# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19md2885


Judge M. Casey Rodgers

This Document Relates to All Cases

Magistrate Judge Gary R. Jones

## PRETRIAL ORDER NO. 1

The Clerk is hereby directed to assign all actions pertaining to the above litigation to United States Magistrate Judge Gary R. Jones.  The direct assignment of Magistrate Judge Gary R. Jones shall apply to: (1) all cases transferred to this Court by the Judicial Panel on Multidistrict Litigation, pursuant to its Order of April 3, 2019; (2) any tag-along actions subsequently transferred or removed to this Court; and, (3) all related cases originally filed in this Court or transferred or removed to this Court.  This Order is entered in the interest of judicial economy.

**DONE and ORDERED** this 5th day of April 2019.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**