# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK



# MEMORANDUM

**DATE:** April 9, 2019

**TO:** Counsel of Record

**FROM:** Susan Simms, Courtroom Deputy to
U.S. District Judge M. Casey Rodgers

**RE:** Conference Call Instructions

IN RE: 3M Combat Arms Earplug Products Liability Litigation
MDL Case # 3:19-md-2885-MCR/GRJ

Pursuant to Pretrial Order No. 2, ECF No. 3, entered in the above case, I am providing the following conference call instructions necessary to connect to AT&T Reservationless Conferencing for the **Initial Case Management Conference** scheduled on **Wednesday, April 17, 2019 @ 9:00 a.m. Central (10:00 a.m. Eastern)** before Judge M. Casey Rodgers. Please note that these instructions will be used in all future court proceedings and/or telephone conference calls in this MDL action, unless otherwise directed.

**Please dial into the conference call at least 10 minutes prior** to the scheduled hearing time shown above to allow extra time for testing the microphones to ensure that we can all hear each other. I will be dialing into the conference call as the host. It is advised that you use a land line phone if possible, cell phone connections are sometimes inaudible.

- To connect to the conference call please dial: **1-888-684-8852**
- You will be prompted for the access code which is: **8296522**
- Once the host has connected, you will be prompted for the security code which is: **3192885**

Please feel free to contact me at (850) 470-8125 or Susan_Simms@flnd.uscourts.gov in advance of the hearing, should you have questions. However, if you encounter problems connecting to the call at the time of the hearing, please contact the Clerk's Office at 850/435-8440 and someone will relay a message to me (since I will be present at the hearing). Thank you.