# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, </br></br> This Document Relates to All Cases | ) Case No. 3:19md2885 </br> ) </br> ) </br> ) </br> ) Judge M. Casey Rodgers </br> ) </br> ) Magistrate Judge Gary R. Jones </br> ) </br> ) </br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly Branscome of the law firm Kirkland & Ellis LLP, hereby enters her appearance as counsel for Defendant 3M Company. Further, Ms. Branscome is attorney of record in the action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

DATED: April 10, 2019

By: */s/ Kimberly Branscome*
Kimberly Branscome
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8370
Email: kimberly.branscome@kirkland.com

*Attorney for Defendant 3M Company*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

**Via U.S. Mail:**

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com | *Liason Counsel for Plaintiffs* |

DATED:  April 10, 2019           /s/ Kimberly Branscome
                                  Kimberly Branscome