# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to All Cases | ) Case No. 3:19md2885 <br> ) <br> ) <br> ) <br> ) Judge M. Casey Rodgers <br> ) <br> ) Magistrate Judge Gary R. Jones <br> ) <br> ) <br> ) |

## DEFENDANT 3M COMPANY'S RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant 3M Company ("3M") hereby states that:

1. 3M is a corporation whose shares are publicly traded;

2. 3M does not have a parent corporation; and

3. No publicly held corporation owns 10% or more of 3M's stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED:  April 10, 2019                By: */s/ Kimberly Branscome*
                                          Kimberly Branscome
                                          KIRKLAND & ELLIS LLP

333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8370
Email: kimberly.branscome@kirkland.com

*Attorney for Defendant 3M Company*

2

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

**Via U.S. Mail:**

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com | *Liason Counsel for Plaintiffs* |

DATED:  April 10, 2019                 /s/ Kimberly Branscome
                                                    Kimberly Branscome

3