**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**<u>MOTION TO APPEAR *PRO HAC VICE*</u>**

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Thomas J. Henry, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1.  Movant resides in Texas, and is not a resident of the State of Florida.

2.  Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.  Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15548432601926, and the CM/ECF online tutorial.

4.  Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.  Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Thomas J. Henry respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  April 10, 2019                    Respectfully submitted,

                                          /s/ *Thomas J. Henry*
                                          THOMAS J. HENRY LAW, PLLC
                                          Thomas J. Henry
                                          tjh.3m@thomasjhenrylaw.com
                                          521 Starr Street
                                          Corpus Christi, Texas 78401
                                          Telephone No.: (361) 985-0600
                                          Facsimile No.:  (361) 985-0601
                                          TX Bar: 09484210

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 10, 2019 served electronically on all counsel of record.

*/s/ Thomas J. Henry*
THOMAS J. HENRY