# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Laurie R. Dobson, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15548405211924, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

WHEREFORE, Laurie R. Dobson respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  April 10, 2019     Respectfully submitted,

            /s/ *Laurie R. Dobson*
            THOMAS J. HENRY LAW, PLLC
            Laurie R. Dobson
            ldobson.3m@thomasjhenrylaw.com
            521 Starr Street
            Corpus Christi, Texas 78401
            Telephone No.: (361) 985-0600
            Facsimile No.:  (361) 985-0601
            TX Bar: 24087431

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 10, 2019 served electronically on all counsel of record.

/s/ *Laurie R. Dobson*
LAURIE R. DOBSON