**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge Rodgers on:  April 11, 2019

Motion/Pleading:  Motion to Appear *Pro Hac Vice*

Filed by:  Lesley C. Paniszczyn, Esq.          on  4/10/2019          Doc. #   8

RESPONSES:

_____          on  _____          Doc. #   _____

_____          on  _____          Doc. #   _____

_____  Stipulated          _____  Joint Pldg.

_____  Unopposed          _____  Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED**, this 11th of April, 2019.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**