# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to All Cases | ) Case No. 3:19md2885 <br> ) <br> ) <br> ) <br> ) Judge M. Casey Rodgers <br> ) Magistrate Judge Gary R. Jones <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Adam M. Moskowitz of The Moskowitz Law Firm, PLLC, hereby enters his appearance as counsel for Plaintiffs, Jonathan N. Dufresne-Yidi, Noel Torres, Roberto Garcia, Shayne Stokes, Thomas McDonagh from the following actions transferred to this Court from the Southern District of Florida: Dufresne-Yidi v. 3M Company, Case No.: 0:19-cv-60739-MGC; Torres v. 3M Company, Case No.: 1:19-cv-21001-RNS; Garcia v. 3M Company; Case No.: 1:19-cv-21005-DPG; Stokes v. 3M Company, Case No.: 2:19-cv-14098-RLR; McDonagh v. 3M Company, Case No. 9:19-cv-80253-DMM.  Further, Mr. Moskowitz is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Dated: April 11, 2019.

                                      Respectfully submitted,

 By: */s/ Adam M. Moskowitz*

        Adam M. Moskowitz
        Florida Bar No. 984280
        adam@moskowitz-law.com
        Howard M. Bushman
        Florida Bar No. 0364230
        howard@moskowitz-law.com
        Joseph M. Kaye
        Florida Bar No. 117520
        joseph@moskowitz-law.com
        **THE MOSKOWITZ LAW FIRM, PLLC**
        2 Alhambra Plaza
        Suite 601
        Coral Gables, FL 33134
        Telephone: (305) 740-1423

        *Attorneys for Plaintiff and the Class*

# **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com | *Liason Counsel for Plaintiffs* |

DATED:  April 11, 2019          */s/ Adam M. Moskowitz*
                                             Adam M. Moskowitz