# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 ) ) ) ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) Magistrate Judge Gary R. Jones ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Howard M. Bushman of The Moskowitz Law Firm, PLLC, hereby enters his appearance as counsel for Plaintiffs, Jonathan N. Dufresne-Yidi, Noel Torres, Roberto Garcia, Shayne Stokes, Thomas McDonagh from the following actions transferred to this Court from the Southern District of Florida: Dufresne-Yidi v. 3M Company, Case No.: 0:19-cv-60739-MGC; Torres v. 3M Company, Case No.: 1:19-cv-21001-RNS; Garcia v. 3M Company; Case No.: 1:19-cv-21005-DPG; Stokes v. 3M Company, Case No.: 2:19-cv-14098-RLR; McDonagh v. 3M Company, Case No. 9:19-cv-80253-DMM.  Further, Mr. Bushman is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Dated: April 11, 2019.

                                          Respectfully submitted,

                                          By: */s/ Howard M. Bushman*

                                          Howard M. Bushman
                                          Florida Bar No. 0364230
                                          howard@moskowitz-law.com
                                          Adam M. Moskowitz
                                          Florida Bar No. 984280
                                          adam@moskowitz-law.com
                                          Joseph M. Kaye
                                          Florida Bar No. 117520
                                          joseph@moskowitz-law.com
                                          **THE MOSKOWITZ LAW FIRM, PLLC**
                                          2 Alhambra Plaza
                                          Suite 601
                                          Coral Gables, FL 33134
                                          Telephone: (305) 740-1423

                                          *Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com | *Liason Counsel for Plaintiffs* |

DATED:  April 11, 2019          */s/ Howard M. Bushman*
                                Howard M. Bushman