**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS | ) Case No. 3:19md2885 |
| EARPLUG PRODUCTS LIABILITY | ) |
| LITIGATION, | ) |
| | ) |
| | ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) Magistrate Judge Gary R. Jones |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph M. Kaye of The Moskowitz Law Firm, PLLC, hereby enters his appearance as counsel for Plaintiffs, Jonathan N. Dufresne-Yidi, Noel Torres, Roberto Garcia, Shayne Stokes, Thomas  McDonagh from the following actions transferred to this Court from the Southern District of Florida: Dufresne-Yidi v. 3M Company, Case No.: 0:19-cv-60739-MGC; Torres v. 3M Company, Case No.: 1:19-cv-21001-RNS; Garcia v. 3M Company; Case No.: 1:19-cv-21005-DPG; Stokes v. 3M Company, Case No.: 2:19-cv-14098-RLR; McDonagh v. 3M Company, Case No. 9:19-cv-80253-DMM.  Further, Mr. Kaye is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Dated: April 11, 2019.

Respectfully submitted,

By: */s/ Joseph M. Kaye*

Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Howard M. Bushman
Florida Bar No. 0364230
howard@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

Bryan F. Aylstock                                   *Liason Counsel for Plaintiffs*
AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
baylstock@awkolaw.com

DATED:  April 11, 2019                     */s/ Joseph M. Kaye*
                                           Joseph M. Kaye