AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| In Re: 3M Combat Arms Earplug Prods. Liab. Litig. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-md-02885-MCR-GRJ |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Alfonso Robinson (Individual Case No: 3:19-cv-00383)   .

Date:   4/12/2019

/s/ Virginia E. Anello
*Attorney's signature*

Virginia E. Anello (VA-8197)
*Printed name and bar number*

Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
*Address*

vanello@douglasandlondon.com
*E-mail address*

212-566-7500
*Telephone number*

212-566-7501
*FAX number*