UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) | |
| PRODUCTS LIABILITY LITIGATION ) | Case No. 3:19-md-2885 |
| ) | |
| This document relates to all cases ) | Judge M. Casey Rodgers |
| ) | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Richard M. Paul III of Paul LLP hereby enters his appearance as counsel for Plaintiffs John Ciaccio, William Peek and Jared Pulliam, case numbers 0:19-cv-00179, 0:19-cv-00192, and 0:19-cv-00603 transferred to this Court from the District of Minnesota. Mr. Paul has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation No. FLND15549952661938). Counsel requests all further papers and pleadings in this matter be served upon him.

                  PAUL LLP
                  */s/ Richard M. Paul III*
                  Richard M. Paul III
                  601 Walnut Street, Suite 300
                  Kansas City, Missouri 64106
                  Telephone: (816) 984-8100
                  Rick@PaulLLP.com

               **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system which sends notice to all counsel of record. In addition, the following parties were notified via U.S. mail:

Bryan Aylstock
Aylstock Witkin Kreis & Overholtz PLLC
17 E. Main Street, Suite 200
Pensacola FL 32502

*/s/ Richard M. Paul III*