# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) | |
| PRODUCTS LIABILITY LITIGATION ) | Case No. 3:19-md-2885 |
| ) | |
| This document relates to all cases ) | Judge M. Casey Rodgers |
| ) | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Ashlea Schwarz of Paul LLP hereby enters her appearance as counsel for Plaintiffs John Ciaccio, William Peek and Jared Pulliam, case numbers 0:19-cv-00179, 0:19-cv-00192, and 0:19-cv-00603 transferred to this Court from the District of Minnesota. Ms. Schwarz has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation No. FLND15549945171936). Counsel requests all further papers and pleadings in this matter be served upon her.

                                                             **PAUL LLP**
                                                             _/s/ Ashlea G. Schwarz_
                                                             Ashlea G. Schwarz
                                                             601 Walnut Street, Suite 300
                                                             Kansas City, Missouri 64106
                                                             Telephone: (816) 984-8100
                                                             Ashlea@PaulLLP.com

                                                        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system which sends notice to all counsel of record.

_/s/ Ashlea G. Schwarz_
