# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | ) Case No. 3:19md2885<br>)<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly Branscome of the law firm Kirkland & Ellis LLP, hereby enters her appearance as counsel for Defendants Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.  Further, Ms. Branscome is attorney of record in the action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  All further papers and pleadings in this action should be served on the undersigned.

DATED:  April 12, 2019            By:  */s/ Kimberly Branscome*
                                                       Kimberly Branscome
                                                       KIRKLAND & ELLIS LLP
                                                       333 South Hope Street
                                                       Los Angeles, California 90071
                                                       Telephone: (213) 680-8370
                                                       Email: kimberly.branscome@kirkland.com

*Attorney for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

**Via U.S. Mail:**

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com | *Liason Counsel for Plaintiffs* |

DATED:  April 12, 2019           */s/ Kimberly Branscome*
                                                     Kimberly Branscome