**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) ) | Case No. 3:19md2885 |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) ) | Magistrate Judge Gary R. Jones |
| | ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark J. Nomellini of the law firm Kirkland & Ellis LLP, hereby enters his appearance as counsel for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC.  Further, Mr. Nomellini is an attorney of record in one of the actions transferred to this Court and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  All further papers and pleadings in this action should be served on the undersigned.

DATED:  April 12, 2019

By: */s/ Mark J. Nomellini*
Kimberly Branscome
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8370
Email: kimberly.branscome@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2410
Email: mark.nomellini@kirkland.com

*Attorneys for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

**Via U.S. Mail:**

Bryan F. Aylstock                            *Liason Counsel for Plaintiffs*
AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
baylstock@awkolaw.com

DATED:  April 12, 2019                  */s/ Mark J. Nomellini*
                                               Mark J. Nomellini

3