UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Francisco R. Maderal, of the Colson Hicks Eidson law firm, and who is admitted to practice in this Court, hereby enters an appearance as counsel for Plaintiff Antonio Mendez.

Antonio Mendez filed an action in the Southern District of Florida, *Mendez v. 3M Company*, FLS/1:19-cv-21314, and the Joint Point Panel on Multidistrict Litigation entered an order conditionally transferring that action to this Court, which no party opposes.

Dated: April 12, 2019

/s/ Francisco R. Maderal
Roberto Martinez, Esq.
Florida Bar No. 305596
Francisco R. Maderal, Esq.
Florida Bar No. 41481
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: 305-476-7400
Fax: 305-476-7444
bob@colson.com
frank@colson.com

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated: April 12, 2019

/s/ Francisco R. Maderal
Francisco R. Maderal, Esq.