# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br><br>This Document Relates to All Cases | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:19md2885

Judge M. Casey Rodgers

Magistrate Judge Gary R. Jones

## MOTION OF ROBERT C. "MIKE" BROCK
## FOR ADMISSION *PRO HAC VICE*
## AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Robert C. "Mike" Brock ("Movant") of the law firm Kirkland & Ellis LLP, 1301 Pennsylvania Avenue, N.W., Washington, DC 20004, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC, and to receive notice of Electronic Case Filings in this action.  In support of this motion Movant states:

1.     Movant resides in Montgomery, Alabama and is not a resident of the State of Florida.

2.     Movant is not admitted to practice in the Northern District of Florida.

3.     Movant is licensed to practice and is a member in good standing of the bars for the states of Alabama and Washington, DC.

4.     A copy of a Certificate of Good Standing from the U.S. District Court, Middle District of Alabama, dated within 30 days of this motion, is attached as Exhibit A.

5.     Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND1513283639794) and the CM/ECF online tutorial, as required by Local Rule 11.1.

6.     Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7.     Movant has updated his PACER account to "NextGen."

8.     Upon admission, Robert C. "Mike" Brock respectfully requests that he be provided notice of Electronic Case Filings to the following email addresses: mike.brock@kirkland.com; pam.cornelius@kirkland.com.

WHEREFORE, Robert C. "Mike" Brock respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

DATED: April 12, 2019

By: *Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
202.389.5200
Email: mike.brock@kirkland.com

*Attorney for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

**Via U.S. Mail:**

Bryan F. Aylstock                              *Liason Counsel for Plaintiffs*
AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
baylstock@awkolaw.com


DATED:  April 12, 2019                    *Robert C. Brock*
                                                            Robert C. Brock