# EXHIBIT A

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, B-110
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3600

## CERTIFICATE OF GOOD STANDING

I, **DEBRA P. HACKETT**, Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that **ROBERT CARMICHAEL BROCK,** was duly admitted to practice in said Court on **October 01, 1984,** and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on April 10, 2019.

**DEBRA P. HACKETT,**
**CLERK**

By: [signature]
Deputy Clerk