# EXHIBIT A

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
ONE CHURCH STREET, B-110
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**
CLERK

**TELEPHONE**
(334) 954-3600

## CERTIFICATE OF GOOD STANDING

I, **DEBRA P. HACKETT**, Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that **FRANK CHADWICK MORRISS**, was duly admitted to practice in said Court on **October 25, 1984**, and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on April 11, 2019.

**DEBRA P. HACKETT,
CLERK**

By: _[signature]_
Deputy Clerk