# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Scott A. Love, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15549973971940**, and the CM/ECF online tutorial.

4.  Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.  Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Scott A. Love respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: April 12, 2019                    Respectfully submitted,

By:   /s/ *Scott A. Love*
      Scott A. Love
      Texas State Bar No. 24002495
      CLARK, LOVE & HUTSON, G.P.
      440 Louisiana St., Ste. 1600
      Houston, TX 77002
      Phone: (713) 757-1400
      Facsimile: (713) 759-1217
      slove@triallawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 12, 2019 and served electronically on all counsel of record.


/s/ *Scott A. Love*
Scott A. Love