**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, April 15, 2019 7:11 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation CTO Final Minute Order (Clerks) |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Monday, April 15, 2019 12:08:55 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation CTO Final Minute Order (Clerks)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/15/2019 at 8:08 AM EDT and filed on 4/15/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in**

GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | MORRISON et al v. 3M COMPANY |
| **Case Number:** | PAE/2:19-cv-00590 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-

cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Foster v. 3M Company |
| **Case Number:** | GAS/4:19-cv-00042 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Accardo v. 3M Company et al
**Case Number:**   LAE/2:19-cv-00678
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        RIMEL v. 3M COMPANY
Case Number:      GAM/4:19-cv-00037
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-

**00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ocasio v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00110 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6**

in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| Case Name: | Cinco v. 3M Company |
|---|---|
| Case Number: | OKW/5:19-cv-00083 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-

60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Gladden v. 3M Company |
| **Case Number:** | ARE/4:19-cv-00186 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-

cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**   Dooley v. 3M Company et al
**Case Number:**   TNM/3:19-cv-00237

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing**

statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**         Medici v. 3M Company
**Case Number:**      ILN/1:19-cv-01507
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 14 in LAE/2:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-

00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:           Heath v. 3M Company and Aearo Technologies, LLC
Case Number:       TNM/3:19-cv-00192
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-

cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Goddard v. 3M Company |
| **Case Number:** | WVN/2:19-cv-00014 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in

KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Clark v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00092 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in

CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:      Johnson v. 3M Company
Case Number:    LAE/2:19-cv-00761
Filer:
Document Number:No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Orlandi v. 3M Company
**Case Number:**   NCE/5:19-cv-00053
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Coyaso v. 3M Company et al
Case Number:      HI/1:19-cv-00097
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in

PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**     McDonagh v. 3M Company
**Case Number:**   FLS/9:19-cv-80253
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064,

7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Avila v. 3M Company |
| **Case Number:** | CAS/3:19-cv-00233 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-

00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       EASTON v. 3M COMPANY
**Case Number:**     GAM/4:19-cv-00047
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-

00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:       BACA et al v. 3M COMPANY
Case Number:     PAE/2:19-cv-00771
Filer:
Document Number: No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Norcross v. 3M Company
**Case Number:**     NCE/7:19-cv-00058
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | Pierce v. 3M Company et al |
| Case Number: | LAE/2:19-cv-01426 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-

**00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Davis v. 3M Company |
| **Case Number:** | [CAS/3:19-cv-00232](CAS/3:19-cv-00232) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**<span style="color:red">\*\*\*TEXT ONLY ENTRY\*\*\*</span>**

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6**

in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Schatz v. 3M Company
**Case Number:**     OKW/5:19-cv-00220
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-

60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Johnson et al v. 3M Company
Case Number:      CAS/3:19-cv-00210
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-

cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:       Govan v. 3M COMPANY
Case Number:     SC/3:19-cv-00465

**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing

statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:         Cox v. 3M Company
Case Number:       OKW/5:19-cv-00082
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-

00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | SPORTS v. 3M COMPANY |
| **Case Number:** | GAM/4:19-cv-00016 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-

cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 5 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | HENDERSON et al v. 3M COMPANY |
| Case Number: | PAE/2:19-cv-00773 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in

KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**        Finnell v. 3M Company
**Case Number:**      NCE/5:19-cv-00051
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in

CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:         SPEAR v. 3M COMPANY
Case Number:       GAM/4:19-cv-00036
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**


**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**


**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**


**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**


**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Walker v. 3M Company et al
**Case Number:**  TXN/3:19-cv-00365
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***


**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**


**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Tate v. 3M Company
Case Number:      NCE/5:19-cv-00044
Filer:
Document Number:  No document attached

Docket Text:
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in**

**PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Fraser v. 3M Company
**Case Number:**   LAE/2:19-cv-01731
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064,**

7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 14 in PAE/2:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Wager v. 3M Company
**Case Number:**     NCE/5:19-cv-00047
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-

00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.


The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.


Signed by Clerk of the Panel John W. Nichols on 4/15/2019.


Associated Cases: MDL No. 2885 et al. (TLL)


**Case Name:**      Carmen Jarediaz Odom v. 3M Company et al

**Case Number:**    CAC/8:19-cv-00275

**Filer:**

**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***


MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-

00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:         Jordan v. 3M Company
Case Number:       SC/3:19-cv-00699
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        USSERY v. 3M COMPANY
**Case Number:**      GAM/4:19-cv-00023
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Morgan et al v. 3M Company
Case Number:      CAS/3:19-cv-00324
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-

00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:          Biggers et al v. 3M Company
Case Number:        CAS/3:19-cv-00207
Filer:
Document Number:    No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6

in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Torres v. 3M Company
Case Number:      FLS/1:19-cv-21001
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-

60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.


The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.


Signed by Clerk of the Panel John W. Nichols on 4/15/2019.


Associated Cases: MDL No. 2885 et al. (TLL)


| | |
|---|---|
| **Case Name:** | DAL PORTO v. 3M COMPANY et al |
| **Case Number:** | PAE/2:19-cv-00660 |
| **Filer:** | |
| **Document Number:** | No document attached |


**Docket Text:**
***TEXT ONLY ENTRY***


MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-

cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.


The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.


Signed by Clerk of the Panel John W. Nichols on 4/15/2019.


Associated Cases: MDL No. 2885 et al. (TLL)


**Case Name:**   Keiner v. 3M Company
**Case Number:**   MD/1:19-cv-00452

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-20561, 8 in FLS/1:19-21001, 8 in FLS/1:19-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing**

statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:          STRINGFELLOW v. 3M COMPANY
Case Number:        GAM/4:19-cv-00024
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 14 in LAE/2:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-

00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | English v. 3M Company |
| Case Number: | GAS/4:19-cv-00044 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-

cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | Nicholson v. 3M Company |
| Case Number: | NYE/1:19-cv-01035 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in

KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Cote v. 3M Company
**Case Number:**    OKW/5:19-cv-00102
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in

CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Chandler v. 3M Company |
| **Case Number:** | LAE/2:19-cv-01637 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Milstead v. 3M Company

**Case Number:** CAS/3:19-cv-00325

**Filer:**

**Document Number:** No document attached

Docket Text:

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:           CORDREY et al v. 3M COMPANY
Case Number:         PAE/2:19-cv-00769
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in

PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)


**Case Name:**   Gere v. 3M Company et al
**Case Number:**   LAE/2:19-cv-01894
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***


MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064,

7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       James Hobbs v. 3M Company et al
**Case Number:**     CAC/5:19-cv-00353
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-

00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:** Rogers v. 3M Company
**Case Number:** NCE/7:19-cv-00062
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-

00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Crosby v. 3M Company

**Case Number:**     OKW/5:19-cv-00081

**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      LYNCH v. 3M COMPANY
**Case Number:**    DC/1:19-cv-00273
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-20561, 8 in FLS/1:19-21001, 8 in FLS/1:19-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Hernandez et al v. 3M Company
**Case Number:**     CAS/3:19-cv-00260
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-

00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)


**Case Name:**    Kabia v. 3M Company

**Case Number:**   [NCE/5:19-cv-00063](NCE/5:19-cv-00063)

**Filer:**

**Document Number:** No document attached


Docket Text:
***TEXT ONLY ENTRY***


MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6

in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 15 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**        McCann v. 3M Company
**Case Number:**     NCE/5:19-cv-00099
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-

60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Garcia v. 3M Company
Case Number:      FLS/1:19-cv-21005
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-

cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**     Brian Bruce v. 3M Company et al
**Case Number:**   CAC/2:19-cv-02274

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing**

statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:** JUNK v. 3M COMPANY
**Case Number:** PAE/2:19-cv-00768
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-

**00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Bolton v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00116 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***\*\*\*TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-**

cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | Fortie v. 3M Company et al |
| Case Number: | UT/1:19-cv-00011 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in

KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | RICHARDSON v. 3M COMPANY et al |
| **Case Number:** | PAE/2:19-cv-00662 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in

CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:           Christopher Hammond et al v. 3M Company et al
Case Number:         CAC/8:19-cv-00510
Filer:
Document Number:     No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Edison v. 3M Company, et al
**Case Number:** LAE/2:19-cv-01985
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Benjy Lee Partin v. 3M Company
**Case Number:**     CAC/2:19-cv-01624
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in

PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Blake v. 3M Company
Case Number:      WVN/2:19-cv-00013
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064,

7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 14 in PAE/2:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**   DeGaine v. 3M Company
**Case Number:**   OKW/5:19-cv-00101
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-

**00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   JOHN v. 3M COMPANY
**Case Number:**   GAM/4:19-cv-00017
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-**

00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:       Doyle et al v. 3M Company
Case Number:     CAS/3:19-cv-00326
Filer:
Document Number: No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Bennett et al v. 3M Company et al
**Case Number:**   DE/1:19-cv-00590
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:** Bragg v. 3M Company et al
**Case Number:** TNM/3:19-cv-00254
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-

00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:          Kenny Phan v. 3M Company et al
Case Number:        CAC/8:19-cv-00272
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6

in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 15 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Licciardi v. Aearo Technologies, LLC et al |
| **Case Number:** | LAE/2:19-cv-00679 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-

60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | Wilkinson v. 3M Company |
| Case Number: | NCE/7:19-cv-00045 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-

cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.


The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.


Signed by Clerk of the Panel John W. Nichols on 4/15/2019.


Associated Cases: MDL No. 2885 et al. (TLL)


**Case Name:**  Anthony Gonzalez v. 3M Company et al
**Case Number:**  CAC/8:19-cv-00425

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-20561, 8 in FLS/1:19-21001, 8 in FLS/1:19-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing**

statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Jay Pasion v. 3M Company et al
Case Number:      CAC/8:19-cv-00279
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 14 in LAE/2:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-

00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | SARDUY v. 3M Company |
| **Case Number:** | FLS/1:19-cv-20561 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-

cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | Dufresne-Yidi v. 3M Company |
| Case Number: | FLS/0:19-cv-60739 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in

KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**     Diaz v. 3M Company
**Case Number:**   GAS/4:19-cv-00043
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in

CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**     Nick Saifan v. 3M Company et al
**Case Number:**   CAC/8:19-cv-00284
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**          Christian Werthmuller v. 3M Company et al
**Case Number:**        CAC/8:19-cv-00267
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**


**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Hutchison v. 3M Company
**Case Number:**     NCE/5:19-cv-00113
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in

**PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Jackson Wyatt v. 3M Company
**Case Number:** NCE/5:19-cv-00096
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064,**

7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 15 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**   Davis v. 3M Company
**Case Number:**   KYW/3:19-cv-00122
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-

00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.


The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.


Signed by Clerk of the Panel John W. Nichols on 4/15/2019.


Associated Cases: MDL No. 2885 et al. (TLL)


**Case Name:**        Blackman v. 3 M Co et al
**Case Number:**     LAW/6:19-cv-00273
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***


MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-

00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Anthony Alvarado v. 3M Company et al |
| **Case Number:** | CAC/8:19-cv-00281 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**


**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**


**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**


**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Simon v. 3M Company, et al
**Case Number:**    LAE/2:19-cv-01984
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**      Kammerer v. 3M Company
**Case Number:**   NCE/5:19-cv-00100
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-

00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)


**Case Name:**      Irvin v. 3M Company et al
**Case Number:**    LAE/2:19-cv-01895
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6

in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 15 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Melix v. 3M Company
**Case Number:**     CAS/3:19-cv-00231
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-

60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:            Taunton v. 3M Company
Case Number:          NCE/7:19-cv-00050
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-

cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.


The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.


Signed by Clerk of the Panel John W. Nichols on 4/15/2019.


Associated Cases: MDL No. 2885 et al. (TLL)


**Case Name:**        Wombacher v. 3M Company et al

**Case Number:**      LAE/2:19-cv-01430

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing**

statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Phet Chanthavy v. 3M Company et al |
| **Case Number:** | CAC/8:19-cv-00278 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 4 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-

00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | Stokes v. 3M Company |
| Case Number: | FLS/2:19-cv-14098 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-

cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | Hays v. 3M Company |
| Case Number: | LAE/2:19-cv-00850 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in

KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:** Robert Meza v. 3M Company et al
**Case Number:** CAC/8:19-cv-00283
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in

CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**   Wilcox v. 3M Company
**Case Number:**   GAS/4:19-cv-00036
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Dice v. 3M Company
**Case Number:**  GAS/4:19-cv-00046
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00097, 8 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**


**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | DORNER v. 3M COMPANY et al |
| Case Number: | PAE/2:19-cv-00661 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in

**PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Andujo v. Aearo Technologies LLC et al
**Case Number:**   CAS/3:19-cv-00228
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064,**

7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 15 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**      Garbus v. 3M Company
**Case Number:**    NCE/5:19-cv-00064
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-

00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Frew v. 3M Company et al
**Case Number:**   CT/3:19-cv-00415
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-

00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Hollifield v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00107 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Maxwell et al v. 3M Company
**Case Number:**    CAS/3:19-cv-00208
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | Strand v. 3M Company |
| Case Number: | NCE/5:19-cv-00059 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-

00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**     STASIO v. 3M COMPANY et al
**Case Number:**   [PAE/2:19-cv-00663](PAE/2:19-cv-00663)
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6

in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | ANDEREGG et al v. 3M COMPANY |
| **Case Number:** | PAE/2:19-cv-00772 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-

60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**     Limberakis v. 3M Company

**Case Number:**     ALN/6:19-cv-00289

**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-

cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**     Phillips et al v. 3M Company et al

**Case Number:**     TNM/3:19-cv-00211

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-20561, 8 in FLS/1:19-21001, 8 in FLS/1:19-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 4 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing

statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Timothy Odom v. 3M Company et al
**Case Number:**     CAC/8:19-cv-00271
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 4 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-

00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:       Alicie v. 3M Company
Case Number:     CAS/3:19-cv-00559
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-

cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Lehman v. 3M Company |
| **Case Number:** | OHS/2:19-cv-00564 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in

KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Ivanisin et al v. 3M Company |
| **Case Number:** | CAS/3:19-cv-00206 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in

CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/5:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**     EDINGER v. 3M COMPANY et al
**Case Number:**   PAE/2:19-cv-00999
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Guan v. 3M Company et al

**Case Number:**    LAE/2:19-cv-00680

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:          Conaway v. 3M Company
Case Number:        NCE/5:19-cv-00056
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in

**PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Baker v. 3M Company
**Case Number:**    MSS/1:19-cv-00126
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064,**

7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 14 in PAE/2:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Francisco Cortesflores v. 3M Company et al
**Case Number:**     CAC/8:19-cv-00282
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-**

00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | COLEMAN v. 3M COMPANY |
| Case Number: | NJ/3:19-cv-08928 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-

00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Harry Martinez v. 3M Company et al

**Case Number:**     CAC/8:19-cv-00280

**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Menendez v. 3M COMPANY

**Case Number:**    SC/3:19-cv-00461

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:          BULEY v. 3M COMPANY
Case Number:        GAM/4:19-cv-00022
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-

00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Greenfield v. 3M Company
Case Number:      GAS/4:19-cv-00041
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6

in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.


The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.


Signed by Clerk of the Panel John W. Nichols on 4/15/2019.


Associated Cases: MDL No. 2885 et al. (TLL)


Case Name:          FARREN v. 3M COMPANY

Case Number:        PAE/2:19-cv-00770

Filer:

Document Number: No document attached


Docket Text:
***TEXT ONLY ENTRY***


MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-

60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:          Leta v. 3M Company
Case Number:        NCE/5:19-cv-00112
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-

cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Taveras v. 3M Company
Case Number:      ILN/1:19-cv-00870

**Filer:**

**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing

**statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Berry v. 3M Company
**Case Number:**   CAS/3:19-cv-00266
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***\*\*\*TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 4/15/19. Please see pleading (9 in ALN/6:19-cv-00289, 6 in ARE/4:19-cv-00186, 8 in CAC/2:19-cv-01624, 4 in CAC/2:19-cv-02274, 10 in CAC/5:19-cv-00353, 13 in CAC/8:19-cv-00267, 12 in CAC/8:19-cv-00271, 12 in CAC/8:19-cv-00272, 12 in CAC/8:19-cv-00275, 12 in CAC/8:19-cv-00278, 12 in CAC/8:19-cv-00279, 12 in CAC/8:19-cv-00280, 12 in CAC/8:19-cv-00281, 12 in CAC/8:19-cv-00282, 12 in CAC/8:19-cv-00283, 12 in CAC/8:19-cv-00284, 10 in CAC/8:19-cv-00425, 6 in CAC/8:19-cv-00510, 8 in CAS/3:19-cv-00206, 8 in CAS/3:19-cv-00207, 8 in CAS/3:19-cv-00208, 8 in CAS/3:19-cv-00210, 12 in CAS/3:19-cv-00228, 15 in CAS/3:19-cv-00231, 15 in CAS/3:19-cv-00232, 15 in CAS/3:19-cv-00233, 8 in CAS/3:19-cv-00260, 8 in CAS/3:19-cv-00266, 8 in CAS/3:19-cv-00324, 8 in CAS/3:19-cv-00325, 8 in CAS/3:19-cv-00326, 4 in CAS/3:19-cv-00559, 6 in CT/3:19-cv-00415, 13 in DC/1:19-cv-00273, 4 in DE/1:19-cv-00590, 8 in FLS/0:19-cv-60739, 8 in FLS/1:19-cv-20561, 8 in FLS/1:19-cv-21001, 8 in FLS/1:19-cv-21005, 8 in FLS/2:19-cv-14098, 12 in FLS/9:19-cv-80253, 13 in GAM/4:19-cv-00016, 13 in GAM/4:19-cv-00017, 9 in GAM/4:19-cv-00022, 9 in GAM/4:19-cv-00023, 9 in GAM/4:19-cv-00024, 7 in GAM/4:19-cv-00036, 7 in GAM/4:19-cv-00037, 7 in GAM/4:19-cv-00047, 14 in GAS/4:19-cv-00036, 11 in GAS/4:19-cv-00041, 11 in GAS/4:19-cv-00042, 11 in GAS/4:19-cv-00043, 11 in GAS/4:19-cv-00044, 11 in GAS/4:19-cv-00046, 8 in HI/1:19-cv-00097, 8 in ILN/1:19-cv-00870, 8 in ILN/1:19-cv-01507, 8 in KYW/3:19-cv-00122, 17 in LAE/2:19-cv-00678, 14 in LAE/2:19-cv-00679, 17 in LAE/2:19-cv-00680, 16 in LAE/2:19-cv-00761, 16 in LAE/2:19-cv-00850, 8 in LAE/2:19-cv-01426, 8 in LAE/2:19-cv-01430, 9 in LAE/2:19-cv-01637, 11 in LAE/2:19-cv-01731, 6 in LAE/2:19-cv-01894, 6 in LAE/2:19-cv-01895, 6 in LAE/2:19-cv-01984, 6 in LAE/2:19-cv-01985, 5 in LAW/6:19-cv-00273, 8 in MD/1:19-cv-00452, [372] in MDL No. 2885, 10 in MSS/1:19-cv-00126, 11 in NCE/5:19-cv-00044, 11 in NCE/5:19-cv-00047, 11 in NCE/5:19-cv-00051, 11 in NCE/5:19-cv-00053, 11 in NCE/5:19-cv-00056, 11 in NCE/5:19-cv-00059, 9 in NCE/5:19-cv-00063, 9 in NCE/5:19-cv-00064, 7 in NCE/5:19-cv-00092, 7 in NCE/5:19-cv-00096, 8 in NCE/5:19-cv-00099, 7 in NCE/5:19-cv-00100, 8 in NCE/5:19-cv-00107, 8 in NCE/5:19-cv-00110, 8 in NCE/5:19-cv-00112, 8 in NCE/5:19-cv-00113, 7 in NCE/5:19-cv-00116, 7 in NCE/7:19-cv-00045, 7 in NCE/7:19-cv-00050, 8 in NCE/7:19-cv-00058, 4 in NCE/7:19-cv-00062, 4 in NJ/3:19-cv-08928, 11 in NYE/1:19-cv-01035, 11 in OHS/2:19-cv-00564, 15 in OKW/5:19-cv-00081, 15 in OKW/5:19-cv-00082, 15 in OKW/5:19-cv-00083, 15 in OKW/5:19-cv-00101, 15 in OKW/5:19-cv-00102, 5 in OKW/5:19-cv-00220, 14 in PAE/2:19-cv-00590, 13 in PAE/2:19-cv-00660, 13 in PAE/2:19-cv-00661, 13 in PAE/2:19-cv-00662, 13 in PAE/2:19-cv-00663, 8 in PAE/2:19-cv-00768, 8 in PAE/2:19-cv-00769, 8 in PAE/2:19-cv-00770, 5 in PAE/2:19-cv-00771, 5 in PAE/2:19-cv-00772, 5 in PAE/2:19-cv-00773, 8 in PAE/2:19-cv-00999, 13 in SC/3:19-cv-00461, 11 in SC/3:19-cv-00465, 5 in SC/3:19-cv-00699, 10 in TNM/3:19-cv-00192, 5 in TNM/3:19-cv-00211, 5 in TNM/3:19-cv-00237, 4 in TNM/3:19-cv-**

00254, 8 in TXN/3:19-cv-00365, 8 in UT/1:19-cv-00011, 10 in WVN/2:19-cv-00013, 10 in WVN/2:19-cv-00014).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Florida for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

No public notice (electronic or otherwise) sent because the entry is private