**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, April 15, 2019 7:04 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Monday, April 15, 2019 12:01:11 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/15/2019 at 7:59 AM EDT and filed on 4/15/2019

**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation

**Case Number:** MDL No. 2885

**Filer:**

**Document Number:** 372

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-*

*00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | MORRISON et al v. 3M COMPANY |
| **Case Number:** | PAE/2:19-cv-00590 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042,*

*9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Foster v. 3M Company
**Case Number:** GAS/4:19-cv-00042
**Filer:**
**Document Number:** 11

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-**

*00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Accardo v. 3M Company et al |
| **Case Number:** | LAE/2:19-cv-00678 |
| **Filer:** | |
| **Document Number:** | 17 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9*

*in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       RIMEL v. 3M COMPANY
**Case Number:**    GAM/4:19-cv-00037
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885,***

*8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ocasio v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00110 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-*

*cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/1:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Cinco v. 3M Company
**Case Number:**    OKW/5:19-cv-00083
**Filer:**
**Document Number:** 15

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6*

*in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Gladden v. 3M Company |
| **Case Number:** | ARE/4:19-cv-00186 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928,**

*9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       Dooley v. 3M Company et al
Case Number:     TNM/3:19-cv-00237
Filer:
Document Number: 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in*

*OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Medici v. 3M Company
Case Number:     ILN/1:19-cv-01507
Filer:
Document Number: 8

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in*

*PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Heath v. 3M Company and Aearo Technologies, LLC |
| **Case Number:** | TNM/3:19-cv-00192 |
| **Filer:** | |
| **Document Number:** | 10 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3*

*in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Goddard v. 3M Company
**Case Number:**      WVN/2:19-cv-00014
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-*

*00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Clark v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00092 |
| **Filer:** | |
| **Document Number:** | 7 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company |
| **Case Number:** | LAE/2:19-cv-00761 |
| **Filer:** | |
| **Document Number:** | 16 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Orlandi v. 3M Company
**Case Number:**    NCE/5:19-cv-00053
**Filer:**
**Document Number:** 11

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Coyaso v. 3M Company et al
**Case Number:**      HI/1:19-cv-00097
**Filer:**
**Document Number:** 8

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        McDonagh v. 3M Company
**Case Number:**      FLS/9:19-cv-80253

**Filer:**

**Document Number:** 12

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Avila v. 3M Company

**Case Number:**    CAS/3:19-cv-00233

**Filer:**

**Document Number:** 15

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     EASTON v. 3M COMPANY

**Case Number:**     GAM/4:19-cv-00047

**Filer:**

**Document Number:** 7

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg. (6 in ALN/6:19-***

*cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | BACA et al v. 3M COMPANY |
| **Case Number:** | PAE/2:19-cv-00771 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-*

00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Norcross v. 3M Company
Case Number:      NCE/7:19-cv-00058
Filer:
Document Number: 8

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-

*00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Pierce v. 3M Company et al
**Case Number:**     LAE/2:19-cv-01426
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210,*

*10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Davis v. 3M Company

**Case Number:**      CAS/3:19-cv-00232

**Filer:**

**Document Number:** 15

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-**

*cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Schatz v. 3M Company

Case Number:    OKW/5:19-cv-00220

Filer:

Document Number: 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in*

*FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Johnson et al v. 3M Company

**Case Number:**    CAS/3:19-cv-00210

**Filer:**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-*

*00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Govan v. 3M COMPANY
**Case Number:**   SC/3:19-cv-00465
**Filer:**
**Document Number:** 11

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042,*

*9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Cox v. 3M Company |
| **Case Number:** | OKW/5:19-cv-00082 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-*

*00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | SPORTS v. 3M COMPANY |
| **Case Number:** | GAM/4:19-cv-00016 |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9*

*in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**         HENDERSON et al v. 3M COMPANY
**Case Number:**       PAE/2:19-cv-00773
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885,*

*8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Finnell v. 3M Company
**Case Number:**    NCE/5:19-cv-00051
**Filer:**
**Document Number:** 11

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-*

*cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/1:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | SPEAR v. 3M COMPANY |
| **Case Number:** | GAM/4:19-cv-00036 |
| **Filer:** | |
| **Document Number:** | 7 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6***

*in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Walker v. 3M Company et al |
| **Case Number:** | TXN/3:19-cv-00365 |
| **Filer:** | |
| **Document Number:** | 8 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928,*

*9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:         Tate v. 3M Company
Case Number:     NCE/5:19-cv-00044
Filer:
Document Number: 11

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in*

*OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Fraser v. 3M Company

Case Number:        LAE/2:19-cv-01731

Filer:

Document Number: 11

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in**

*PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Wager v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00047 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3*

*in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Carmen Jarediaz Odom v. 3M Company et al
**Case Number:** CAC/8:19-cv-00275
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-*

*00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Jordan v. 3M Company |
| **Case Number:** | SC/3:19-cv-00699 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:      USSERY v. 3M COMPANY
Case Number:    GAM/4:19-cv-00023
Filer:
Document Number: 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Morgan et al v. 3M Company
**Case Number:**    CAS/3:19-cv-00324
**Filer:**
**Document Number:** 8

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Biggers et al v. 3M Company
**Case Number:**     CAS/3:19-cv-00207
**Filer:**
**Document Number:** 8

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Torres v. 3M Company
**Case Number:**     FLS/1:19-cv-21001

Filer:

**Document Number:** 8

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   DAL PORTO v. 3M COMPANY et al

**Case Number:**   PAE/2:19-cv-00660

**Filer:**

**Document Number:** 13

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Keiner v. 3M Company
**Case Number:**      MD/1:19-cv-00452
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-**

*cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | STRINGFELLOW v. 3M COMPANY |
| **Case Number:** | GAM/4:19-cv-00024 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-*

00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:  English v. 3M Company
Case Number:  GAS/4:19-cv-00044
Filer:
Document Number: 11

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-

*00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Nicholson v. 3M Company

**Case Number:** NYE/1:19-cv-01035

**Filer:**

**Document Number:** 11

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210,*

*10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Cote v. 3M Company

**Case Number:**     OKW/5:19-cv-00102

**Filer:**

**Document Number:** 15

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-*

*cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Chandler v. 3M Company |
| **Case Number:** | LAE/2:19-cv-01637 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in*

*FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Milstead v. 3M Company
**Case Number:**      CAS/3:19-cv-00325
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-*

*00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | CORDREY et al v. 3M COMPANY |
| **Case Number:** | PAE/2:19-cv-00769 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042,*

*9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Gere v. 3M Company et al
**Case Number:**   LAE/2:19-cv-01894
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-*

*00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | James Hobbs v. 3M Company et al |
| **Case Number:** | CAC/5:19-cv-00353 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9*

*in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Rogers v. 3M Company |
| **Case Number:** | NCE/7:19-cv-00062 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885,*

*8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Crosby v. 3M Company |
| **Case Number:** | OKW/5:19-cv-00081 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-*

*cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | LYNCH v. 3M COMPANY |
| **Case Number:** | DC/1:19-cv-00273 |
| **Filer:** | |
| **Document Number:** | 13 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6*

*in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Hernandez et al v. 3M Company |
| **Case Number:** | CAS/3:19-cv-00260 |
| **Filer:** | |
| **Document Number:** | 8 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg*. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928,***

*9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Kabia v. 3M Company
**Case Number:**   NCE/5:19-cv-00063
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in*

*OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | McCann v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00099 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in*

*PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Garcia v. 3M Company
Case Number:      FLS/1:19-cv-21005
Filer:
Document Number: 8

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3*

*in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Brian Bruce v. 3M Company et al
**Case Number:**     CAC/2:19-cv-02274
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-*

*00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       JUNK v. 3M COMPANY
Case Number:     PAE/2:19-cv-00768
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Bolton v. 3M Company
**Case Number:**   NCE/5:19-cv-00116
**Filer:**
**Document Number:** 7

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Fortie v. 3M Company et al
**Case Number:**   UT/1:19-cv-00011
**Filer:**
**Document Number:** 8

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 4 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     RICHARDSON v. 3M COMPANY et al

**Case Number:**   PAE/2:19-cv-00662

**Filer:**

**Document Number:** 13

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Christopher Hammond et al v. 3M Company et al

**Case Number:**   CAC/8:19-cv-00510

Filer:

**Document Number:** 6

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Edison v. 3M Company, et al

**Case Number:**      LAE/2:19-cv-01985

**Filer:**

**Document Number:** 6

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Benjy Lee Partin v. 3M Company
**Case Number:**    CAC/2:19-cv-01624
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-**

*cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Blake v. 3M Company |
| **Case Number:** | WVN/2:19-cv-00013 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-*

00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     DeGaine v. 3M Company
**Case Number:**     OKW/5:19-cv-00101
**Filer:**
**Document Number:** 15

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-*

*00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   JOHN v. 3M COMPANY

**Case Number:**   GAM/4:19-cv-00017

**Filer:**

**Document Number:** 13

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210,*

10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:     Doyle et al v. 3M Company

Case Number:   CAS/3:19-cv-00326

Filer:

Document Number: 8

Docket Text:

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-

*cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Bennett et al v. 3M Company et al

**Case Number:** DE/1:19-cv-00590

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in*

*FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Bragg v. 3M Company et al

**Case Number:**   TNM/3:19-cv-00254

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-*

*00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Licciardi v. Aearo Technologies, LLC et al |
| **Case Number:** | LAE/2:19-cv-00679 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042,*

*9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Kenny Phan v. 3M Company et al

**Case Number:**   CAC/8:19-cv-00272

**Filer:**

**Document Number:** 12

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-*

*00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Wilkinson v. 3M Company |
| **Case Number:** | NCE/7:19-cv-00045 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9*

in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:          Anthony Gonzalez v. 3M Company et al
Case Number:        CAC/8:19-cv-00425
Filer:
Document Number: 10

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885,

*8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Jay Pasion v. 3M Company et al |
| **Case Number:** | CAC/8:19-cv-00279 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-02274, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-*

*cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | SARDUY v. 3M Company |
| **Case Number:** | FLS/1:19-cv-20561 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6**

*in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dufresne-Yidi v. 3M Company |
| **Case Number:** | FLS/0:19-cv-60739 |
| **Filer:** | |
| **Document Number:** | 8 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928,*

*9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Diaz v. 3M Company
**Case Number:**    GAS/4:19-cv-00043
**Filer:**
**Document Number:** 11

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in*

OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:         Nick Saifan v. 3M Company et al
Case Number:       CAC/8:19-cv-00284
Filer:
Document Number: 12

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in

*PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Christian Werthmuller v. 3M Company et al |
| **Case Number:** | CAC/8:19-cv-00267 |
| **Filer:** | |
| **Document Number:** | 13 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3*

*in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**          Hutchison v. 3M Company
**Case Number:**     NCE/5:19-cv-00113
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-*

*00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       Jackson Wyatt v. 3M Company
Case Number:    NCE/5:19-cv-00096
Filer:
Document Number: 7

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Davis v. 3M Company
**Case Number:**    KYW/3:19-cv-00122
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Blackman v. 3 M Co et al
**Case Number:**      LAW/6:19-cv-00273
**Filer:**
**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Anthony Alvarado v. 3M Company et al

**Case Number:**      CAC/8:19-cv-00281

**Filer:**

**Document Number:** 12

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Simon v. 3M Company, et al

**Case Number:**      LAE/2:19-cv-01984

Filer:

**Document Number:** 6

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Kammerer v. 3M Company

**Case Number:**    NCE/5:19-cv-00100

**Filer:**

**Document Number:** 7

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Irvin v. 3M Company et al
**Case Number:**      LAE/2:19-cv-01895
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg. (6 in ALN/6:19-***

*cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Melix v. 3M Company |
| **Case Number:** | CAS/3:19-cv-00231 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-*

*00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Taunton v. 3M Company

**Case Number:**     NCE/7:19-cv-00050

**Filer:**

**Document Number:** 7

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-*

*00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Wombacher v. 3M Company et al

Case Number:      LAE/2:19-cv-01430

Filer:

Document Number: 8

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210,*

10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Phet Chanthavy v. 3M Company et al

Case Number:      CAC/8:19-cv-00278

Filer:

Document Number: 12

Docket Text:

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-

*cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Stokes v. 3M Company

**Case Number:**  FLS/2:19-cv-14098

**Filer:**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in*

*FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Hays v. 3M Company |
| **Case Number:** | LAE/2:19-cv-00850 |
| **Filer:** | |
| **Document Number:** | 16 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-*

*00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dice v. 3M Company |
| **Case Number:** | GAS/4:19-cv-00046 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042,*

*9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Wilcox v. 3M Company |
| **Case Number:** | GAS/4:19-cv-00036 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-*

*00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Robert Meza v. 3M Company et al |
| **Case Number:** | CAC/8:19-cv-00283 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9*

*in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        DORNER v. 3M COMPANY et al
**Case Number:**      PAE/2:19-cv-00661
**Filer:**
**Document Number:** 13

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885,*

*8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Andujo v. Aearo Technologies LLC et al
**Case Number:**    CAS/3:19-cv-00228
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-*

*cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/1:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Garbus v. 3M Company
Case Number:      NCE/5:19-cv-00064
Filer:
Document Number: 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6*

*in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Frew v. 3M Company et al |
| **Case Number:** | CT/3:19-cv-00415 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928,*

*9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Hollifield v. 3M Company
**Case Number:**     NCE/5:19-cv-00107
**Filer:**
**Document Number:** 8

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in*

*OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Maxwell et al v. 3M Company

**Case Number:**      CAS/3:19-cv-00208

**Filer:**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in***

*PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Strand v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00059 |
| **Filer:** | |
| **Document Number:** | 11 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3*

*in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      STASIO v. 3M COMPANY et al
**Case Number:**    PAE/2:19-cv-00663
**Filer:**
**Document Number:** 13

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-*

*00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | ANDEREGG et al v. 3M COMPANY |
| **Case Number:** | PAE/2:19-cv-00772 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Limberakis v. 3M Company
**Case Number:** ALN/6:19-cv-00289
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Phillips et al v. 3M Company et al

**Case Number:**     TNM/3:19-cv-00211

**Filer:**

**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Timothy Odom v. 3M Company et al

**Case Number:**     CAC/8:19-cv-00271

**Filer:**

**Document Number:** 12

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Alicie v. 3M Company

**Case Number:**     CAS/3:19-cv-00559

Filer:

**Document Number:** 4

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Lehman v. 3M Company

**Case Number:**      OHS/2:19-cv-00564

Filer:

**Document Number:** 11

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Ivanisin et al v. 3M Company
**Case Number:**     CAS/3:19-cv-00206
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg. (6 in ALN/6:19-***

*cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | EDINGER v. 3M COMPANY et al |
| **Case Number:** | PAE/2:19-cv-00999 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-*

00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Guan v. 3M Company et al
Case Number:      LAE/2:19-cv-00680
Filer:
Document Number: 17

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-

*00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Conaway v. 3M Company

**Case Number:**   NCE/5:19-cv-00056

**Filer:**

**Document Number:** 11

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210,*

*10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Baker v. 3M Company

**Case Number:**    MSS/1:19-cv-00126

**Filer:**

**Document Number:** 10

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-*

*cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Francisco Cortesflores v. 3M Company et al |
| **Case Number:** | CAC/8:19-cv-00282 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in*

*FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  COLEMAN v. 3M COMPANY

**Case Number:**  NJ/3:19-cv-08928

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg.* **(6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-**

00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:      Harry Martinez v. 3M Company et al
Case Number:    CAC/8:19-cv-00280
Filer:
Document Number: 12

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042,**

*9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Menendez v. 3M COMPANY

**Case Number:**  SC/3:19-cv-00461

**Filer:**

**Document Number:** 13

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-*

*00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | BULEY v. 3M COMPANY |
| **Case Number:** | GAM/4:19-cv-00022 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9*

*in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Greenfield v. 3M Company |
| **Case Number:** | GAS/4:19-cv-00041 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885,*

*8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      FARREN v. 3M COMPANY
**Case Number:**     PAE/2:19-cv-00770
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s)** *re: pldg. (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-*

*cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Leta v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00112 |
| **Filer:** | |
| **Document Number:** | 8 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6**

in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/15/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:** Taveras v. 3M Company
**Case Number:** ILN/1:19-cv-00870
**Filer:**
**Document Number:** 8

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928,

*9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Berry v. 3M Company |
| **Case Number:** | CAS/3:19-cv-00266 |
| **Filer:** | |
| **Document Number:** | 8 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 128 action(s) *re: pldg.* (6 in ALN/6:19-cv-00289, 4 in ARE/4:19-cv-00186, 6 in CAC/2:19-cv-01624, 1 in CAC/2:19-cv-02274, 8 in CAC/5:19-cv-00353, 11 in CAC/8:19-cv-00267, 10 in CAC/8:19-cv-00271, 10 in CAC/8:19-cv-00272, 10 in CAC/8:19-cv-00275, 10 in CAC/8:19-cv-00278, 10 in CAC/8:19-cv-00279, 10 in CAC/8:19-cv-00280, 10 in CAC/8:19-cv-00281, 10 in CAC/8:19-cv-00282, 10 in CAC/8:19-cv-00283, 10 in CAC/8:19-cv-00284, 8 in CAC/8:19-cv-00425, 4 in CAC/8:19-cv-00510, 6 in CAS/3:19-cv-00206, 6 in CAS/3:19-cv-00207, 6 in CAS/3:19-cv-00208, 6 in CAS/3:19-cv-00210, 10 in CAS/3:19-cv-00228, 13 in CAS/3:19-cv-00231, 13 in CAS/3:19-cv-00232, 13 in CAS/3:19-cv-00233, 6 in CAS/3:19-cv-00260, 6 in CAS/3:19-cv-00266, 6 in CAS/3:19-cv-00324, 6 in CAS/3:19-cv-00325, 6 in CAS/3:19-cv-00326, 1 in CAS/3:19-cv-00559, 4 in CT/3:19-cv-00415, 11 in DC/1:19-cv-00273, 1 in DE/1:19-cv-00590, 6 in FLS/0:19-cv-60739, 6 in FLS/1:19-cv-20561, 6 in FLS/1:19-cv-21001, 6 in FLS/1:19-cv-21005, 6 in FLS/2:19-cv-14098, 10 in FLS/9:19-cv-80253, 11 in GAM/4:19-cv-00016, 11 in GAM/4:19-cv-00017, 7 in GAM/4:19-cv-00022, 7 in GAM/4:19-cv-00023, 7 in GAM/4:19-cv-00024, 5 in GAM/4:19-cv-00036, 5 in GAM/4:19-cv-00037, 5 in GAM/4:19-cv-00047, 12 in GAS/4:19-cv-00036, 9 in GAS/4:19-cv-00041, 9 in GAS/4:19-cv-00042, 9 in GAS/4:19-cv-00043, 9 in GAS/4:19-cv-00044, 9 in GAS/4:19-cv-00046, 6 in HI/1:19-cv-00097, 6 in ILN/1:19-cv-00870, 6 in ILN/1:19-cv-01507, 6 in KYW/3:19-cv-00122, 15 in LAE/2:19-cv-00678, 12 in LAE/2:19-cv-00679, 15 in LAE/2:19-cv-00680, 14 in LAE/2:19-cv-00761, 14 in LAE/2:19-cv-00850, 6 in LAE/2:19-cv-01426, 6 in LAE/2:19-cv-01430, 7 in LAE/2:19-cv-01637, 9 in LAE/2:19-cv-01731, 4 in LAE/2:19-cv-01894, 4 in LAE/2:19-cv-01895, 4 in LAE/2:19-cv-01984, 4 in LAE/2:19-cv-01985, 3 in LAW/6:19-cv-00273, 6 in MD/1:19-cv-00452, [345] in MDL No. 2885, 8 in MSS/1:19-cv-00126, 9 in NCE/5:19-cv-00044, 9 in NCE/5:19-cv-00047, 9 in NCE/5:19-cv-00051, 9 in NCE/5:19-cv-00053, 9 in NCE/5:19-cv-00056, 9 in NCE/5:19-cv-00059, 7 in NCE/5:19-cv-00063, 7 in NCE/5:19-cv-00064, 5 in NCE/5:19-cv-00092, 5 in NCE/5:19-cv-00096, 6 in NCE/5:19-cv-00099, 5 in NCE/5:19-cv-00100, 6 in NCE/5:19-cv-00107, 6 in NCE/5:19-cv-00110, 6 in NCE/5:19-cv-00112, 6 in NCE/5:19-cv-00113, 5 in NCE/5:19-cv-00116, 5 in NCE/7:19-cv-00045, 5 in NCE/7:19-cv-00050, 6 in NCE/7:19-cv-00058, 1 in NCE/7:19-cv-00062, 1 in NJ/3:19-cv-08928, 9 in NYE/1:19-cv-01035, 9 in OHS/2:19-cv-00564, 13 in OKW/5:19-cv-00081, 13 in OKW/5:19-cv-00082, 13 in OKW/5:19-cv-00083, 13 in OKW/5:19-cv-00101, 13 in OKW/5:19-cv-00102, 2 in**

*OKW/5:19-cv-00220, 12 in PAE/2:19-cv-00590, 11 in PAE/2:19-cv-00660, 11 in PAE/2:19-cv-00661, 11 in PAE/2:19-cv-00662, 11 in PAE/2:19-cv-00663, 6 in PAE/2:19-cv-00768, 6 in PAE/2:19-cv-00769, 6 in PAE/2:19-cv-00770, 3 in PAE/2:19-cv-00771, 3 in PAE/2:19-cv-00772, 3 in PAE/2:19-cv-00773, 6 in PAE/2:19-cv-00999, 11 in SC/3:19-cv-00461, 9 in SC/3:19-cv-00465, 3 in SC/3:19-cv-00699, 8 in TNM/3:19-cv-00192, 3 in TNM/3:19-cv-00211, 3 in TNM/3:19-cv-00237, 1 in TNM/3:19-cv-00254, 6 in TXN/3:19-cv-00365, 6 in UT/1:19-cv-00011, 8 in WVN/2:19-cv-00013, 8 in WVN/2:19-cv-00014)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/15/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**PAE/2:19-cv-00590 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

Patrick J Howard     phoward@smbb.com, bhartman@smbb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Simon B. Paris     sparis@smbb.com, alafontaine@smbb.com, bhartman@smbb.com, ckocher@smbb.com, phoward@smbb.com

ROBERT J. MONGELUZZI     rjmongeluzzi@smbb.com

**PAE/2:19-cv-00590 Notice will not be electronically mailed to:**

**GAS/4:19-cv-00042 Notice has been electronically mailed to:**

HENRY G GARRARD, III     hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

Josh B. Wages     jbw@bbgbalaw.com

James B. Matthews, III     jmatthews@bbga.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Patrick Hammond Garrard     pgarrard@bbga.com, jab@bbgbalaw.com, jbm@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

**GAS/4:19-cv-00042 Notice will not be electronically mailed to:**

**LAE/2:19-cv-00678 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root    rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes    bbarnes@morrisbart.com, tcanino@morrisbart.com

Lauren E. Godshall    lgodshall@morrisbart.com

John Christian Enochs    jenochs@morrisbart.com

**LAE/2:19-cv-00678 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**GAM/4:19-cv-00037 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Cristina B McGarr    cristina@ssjmlaw.com, jennifer@ssjmlaw.com

**GAM/4:19-cv-00037 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00110 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

**NCE/5:19-cv-00110 Notice will not be electronically mailed to:**

**OKW/5:19-cv-00083 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Reagan E Bradford    Reagan.Bradford@lanierlawfirm.com

D. Todd Matthews    todd@gorijulianlaw.com

Michael T Maloan    michaelmaloan@oklahomacounsel.com

Kaitlyn R Dunn    kaitlyndunn@oklahomacounsel.com

**OKW/5:19-cv-00083 Notice will not be electronically mailed to:**

**ARE/4:19-cv-00186 Notice has been electronically mailed to:**

Jim Jackson    jim@jimjacksonatty.com, jack.jim1@gmail.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**ARE/4:19-cv-00186 Notice will not be electronically mailed to:**

**TNM/3:19-cv-00237 Notice has been electronically mailed to:**

Fabrice N Vincent    fvincent@lchb.com, jlester@lchb.com

Mark P Chalos    mchalos@lchb.com, aalmand@lchb.com, korsland@lchb.com

Wendy R Fleishman    wfleishman@lchb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

James S. Higgins    jsh@higginsfirm.com

Avery S. Halfon    ahalfon@lchb.com, jlester@lchb.com

**TNM/3:19-cv-00237 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
c/o Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203-1312

**ILN/1:19-cv-01507 Notice has been electronically mailed to:**

Trent B Miracle    tmiracle@simmonsfirm.com, awilliams@simmonsfirm.com, lwooten@simmonsfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Mark J. Nomellini    mnomellini@kirkland.com, jsolper@kirkland.com

**ILN/1:19-cv-01507 Notice will not be electronically mailed to:**

**TNM/3:19-cv-00192 Notice has been electronically mailed to:**

James Gerard Stranch, IV    gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Joey P. Leniski, Jr    joeyl@bsjfirm.com

John P. Rodgers    jrodgers@bradley.com

**TNM/3:19-cv-00192 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**WVN/2:19-cv-00014 Notice has been electronically mailed to:**

Benjamin L. Bailey    bbailey@baileyglasser.com

Brian A. Glasser    bglasser@baileyglasser.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

David L. Selby, II    dselby@baileyglasser.com, aholman@baileyglasser.com, fcaruthers@baileyglasser.com,
wjohnson@baileyglasser.com

**WVN/2:19-cv-00014 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00092 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio    mdeantonio@bradley.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

Timothy Patrick Lendino    tlendino@bradley.com

**NCE/5:19-cv-00092 Notice will not be electronically mailed to:**

**LAE/2:19-cv-00761 Notice has been electronically mailed to:**

Jeffrey P. Berniard    Jeff@GetJeff.com, jeff@getjeff.com

Lawrence J. Centola, III    lcentola@mbfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Stephen G.A. Myers    smyers@irwinllc.com

Jay Mathew Mattappally    jmattappally@irwinllc.com

**LAE/2:19-cv-00761 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00053 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio    mdeantonio@bradley.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

Timothy Patrick Lendino    tlendino@bradley.com

**NCE/5:19-cv-00053 Notice will not be electronically mailed to:**

**HI/1:19-cv-00097 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

John F. Perkin    perkin@perkinlaw.com

Brandee J. Faria    bjkfaria@perkinlaw.com

James J. Wade    jwade@perkinlaw.com

**HI/1:19-cv-00097 Notice will not be electronically mailed to:**

Aearo Holdings, LLC
c/o Registered Agent
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113

Aearo Intermediate, LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo Technologies, LLC
Corporation Service Company

2345 Rice Street
Suite 230
Roseville, MN 55113-5603

Aearo, LLC
5447 W 79th Street
Indianapolis, IN 46268

**FLS/9:19-cv-80253 Notice has been electronically mailed to:**

Adam M Moskowitz     adam@moskowitz-law.com, dione@moskowitz-law.com

Howard M. Bushman     howard@moskowitz-law.com, dione@moskowitz-law.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Adam Abraham Schwartzbaum     adams@moskowitz-law.com

Joseph M. Kaye     joseph@moskowitz-law.com

R. Seth Crompton     scrompton@allfela.com

Suzanne Marie Aldahan     suzanne.aldahan@hklaw.com

**FLS/9:19-cv-80253 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00233 Notice has been electronically mailed to:**

David Todd Mathews     todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD     michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

D. Todd Matthews     todd@gorijulianlaw.com

**CAS/3:19-cv-00233 Notice will not be electronically mailed to:**

**GAM/4:19-cv-00047 Notice has been electronically mailed to:**

Robert Brent Irby     birby@mhcilaw.com, lmarler@mhcilaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**GAM/4:19-cv-00047 Notice will not be electronically mailed to:**

**PAE/2:19-cv-00771 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

Patrick J Howard     phoward@smbb.com, bhartman@smbb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

ROBERT J. MONGELUZZI     rjmongeluzzi@smbb.com

ANDREW R. DUFFY     aduffy@smbb.com

LARRY BENDESKY     lbendesky@smbb.com

Robert Zimmerman     rzimmerman@smbb.com

**PAE/2:19-cv-00771 Notice will not be electronically mailed to:**

**NCE/7:19-cv-00058 Notice has been electronically mailed to:**

Gary W. Jackson     gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Christopher R Bagley     cbagley@farrin.com

Hoyt G. Tessener     htessener@farrin.com

**NCE/7:19-cv-00058 Notice will not be electronically mailed to:**

**LAE/2:19-cv-01426 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

**LAE/2:19-cv-01426 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**CAS/3:19-cv-00232 Notice has been electronically mailed to:**

David Todd Mathews     todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,

kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD     michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

D. Todd Matthews     todd@gorijulianlaw.com

**CAS/3:19-cv-00232 Notice will not be electronically mailed to:**

**OKW/5:19-cv-00220 Notice has been electronically mailed to:**

W. Mark Lanier     wml@lanierlawfirm.com, amber.nona@lanierlawfirm.com, jrm@lanierlawfirm.com, rachel.lanier@lanierlawfirm.com

Lee Cirsch     lee.cirsch@lanierlawfirm.com, lec@lanierlawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

RICHARD D MEADOW     Richard.Meadow@lanierlawfirm.com, richard.meadow@lanierlawfirm.com

Evan D. Buxner     evan@gorijulianlaw.com

Reagan E Bradford     Reagan.Bradford@lanierlawfirm.com

Rachel Lanier     Rachel.lanier@lanierlawfirm.com

MICHAEL ALLEN AKSELRUD     michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

D. Todd Matthews     todd@gorijulianlaw.com

Megan Arvola     marvola@gorijulianlaw.com

**OKW/5:19-cv-00220 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00210 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD     michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00210 Notice will not be electronically mailed to:**

**SC/3:19-cv-00465 Notice has been electronically mailed to:**

James L Ward, Jr     jward@mcgowanhood.com, colejarczyk@mcgowanhood.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**SC/3:19-cv-00465 Notice will not be electronically mailed to:**

**OKW/5:19-cv-00082 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Reagan E Bradford    Reagan.Bradford@lanierlawfirm.com

D. Todd Matthews    todd@gorijulianlaw.com

Michael T Maloan    michaelmaloan@oklahomacounsel.com

Kaitlyn R Dunn    kaitlyndunn@oklahomacounsel.com

**OKW/5:19-cv-00082 Notice will not be electronically mailed to:**

**GAM/4:19-cv-00016 Notice has been electronically mailed to:**

J BENJAMIN FINLEY    bfinley@thefinleyfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MaryBeth V. Gibson    mgibson@thefinleyfirm.com, bstringfellow@thefinleyfirm.com, njackson@thefinleyfirm.com

Robert Matthew Martin    matt.martin@dentons.com

**GAM/4:19-cv-00016 Notice will not be electronically mailed to:**

**PAE/2:19-cv-00773 Notice has been electronically mailed to:**

BASIL A. DISIPIO    bad@lavin-law.com, cmccormack@lavin-law.com

Patrick J Howard    phoward@smbb.com, bhartman@smbb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

ROBERT J. MONGELUZZI    rjmongeluzzi@smbb.com

**PAE/2:19-cv-00773 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00051 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio      mdeantonio@bradley.com

Christopher R Bagley      cbagley@farrin.com

Hoyt G. Tessener      htessener@farrin.com

Timothy Patrick Lendino      tlendino@bradley.com

**NCE/5:19-cv-00051 Notice will not be electronically mailed to:**

**GAM/4:19-cv-00036 Notice has been electronically mailed to:**

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Cristina B McGarr      cristina@ssjmlaw.com, jennifer@ssjmlaw.com

**GAM/4:19-cv-00036 Notice will not be electronically mailed to:**

**TXN/3:19-cv-00365 Notice has been electronically mailed to:**

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Stephanie Sherman      ssherman@kirkendalldwyer.com, ksharp@kirkendalldwyer.com

**TXN/3:19-cv-00365 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**NCE/5:19-cv-00044 Notice has been electronically mailed to:**

Gary W. Jackson      gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio      mdeantonio@bradley.com

Christopher R Bagley      cbagley@farrin.com

Hoyt G. Tessener      htessener@farrin.com

Timothy Patrick Lendino      tlendino@bradley.com

**NCE/5:19-cv-00044 Notice will not be electronically mailed to:**

**LAE/2:19-cv-01731 Notice has been electronically mailed to:**

James R Dugan, II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com

David Scott Scalia     dscalia@dugan-lawfirm.com

Douglas R. Plymale     Dplymale@dugan-lawfirm.com, drplymale@plymalelawfirm.com

Mekel S. Alvarez     mekel@dugan-lawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Bonnie Adele Kendrick     Bonnie@dugan-lawfirm.com, bonnie@dugan-lawfirm.com

James McClendon Williams     jmw@chehardy.com, dmb@chehardy.com

Stephen G.A. Myers     smyers@irwinllc.com

Jay Mathew Mattappally     jmattappally@irwinllc.com

**LAE/2:19-cv-01731 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00047 Notice has been electronically mailed to:**

Gary W. Jackson     gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio     mdeantonio@bradley.com

Christopher R Bagley     cbagley@farrin.com

Hoyt G. Tessener     htessener@farrin.com

Timothy Patrick Lendino     tlendino@bradley.com

**NCE/5:19-cv-00047 Notice will not be electronically mailed to:**

**CAC/8:19-cv-00275 Notice has been electronically mailed to:**

Mark P. Robinson, Jr     mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com,
ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net,
mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00275 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**SC/3:19-cv-00699 Notice has been electronically mailed to:**

Mario A Pacella    mpacella@stromlaw.com, dmendenhall@stromlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Joseph Preston Strom, Jr    petestrom@stromlaw.com

**SC/3:19-cv-00699 Notice will not be electronically mailed to:**

**GAM/4:19-cv-00023 Notice has been electronically mailed to:**

J BENJAMIN FINLEY    bfinley@thefinleyfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

MaryBeth V. Gibson    mgibson@thefinleyfirm.com

Robert Matthew Martin    matt.martin@dentons.com

**GAM/4:19-cv-00023 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00324 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00324 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00207 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00207 Notice will not be electronically mailed to:**

**FLS/1:19-cv-21001 Notice has been electronically mailed to:**

Adam M Moskowitz    adam@moskowitz-law.com, dione@moskowitz-law.com

Howard M. Bushman     howard@moskowitz-law.com, dione@moskowitz-law.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Joseph M. Kaye     joseph@moskowitz-law.com

R. Seth Crompton     scrompton@allfela.com

Suzanne Marie Aldahan     suzanne.aldahan@hklaw.com

**FLS/1:19-cv-21001 Notice will not be electronically mailed to:**

**PAE/2:19-cv-00660 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

ROSEMARY PINTO     rpinto@feldmanpinto.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Shawn P Fox     sfox@traceylawfirm.com, dolivo@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Clinton James Casperson     ccasperson@traceylawfirm.com

**PAE/2:19-cv-00660 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**MD/1:19-cv-00452 Notice has been electronically mailed to:**

Malcolm Sean Brisker     msb@gdldlaw.com

Glenn Edward Mintzer     gmintzer@lawpga.com

Aaron Robert Parker     aparker@lawpga.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jay Dante Miller     jmiller@lawpga.com, Jmiller@lawpga.com

Nicholas Charles Bonadio     nbonadio@lawpga.com

**MD/1:19-cv-00452 Notice will not be electronically mailed to:**

**GAM/4:19-cv-00024 Notice has been electronically mailed to:**

J BENJAMIN FINLEY     bfinley@thefinleyfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

MaryBeth V. Gibson     mgibson@thefinleyfirm.com

Robert Matthew Martin     matt.martin@dentons.com

**GAM/4:19-cv-00024 Notice will not be electronically mailed to:**

**GAS/4:19-cv-00044 Notice has been electronically mailed to:**

HENRY G GARRARD, III     hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com,
jbw@bbgbalaw.com, slh@bbgbalaw.com

Josh B. Wages     jbw@bbgbalaw.com

James B. Matthews, III     jmatthews@bbga.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Patrick Hammond Garrard     pgarrard@bbga.com, jab@bbgbalaw.com, jbm@bbgbalaw.com, jbw@bbgbalaw.com,
slh@bbgbalaw.com

**GAS/4:19-cv-00044 Notice will not be electronically mailed to:**

**NYE/1:19-cv-01035 Notice has been electronically mailed to:**

Michael A. London     mlondon@douglasandlondon.com, adileo@douglasandlondon.com,
dyastrovskaya@douglasandlondon.com, kpadden@douglasandlondon.com, lferrante@douglasandlondon.com,
vanello@douglasandlondon.com

David Ian Horowitz     david.horowitz@kirkland.com

Virginia E Anello     vanello@douglasandlondon.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NYE/1:19-cv-01035 Notice will not be electronically mailed to:**

**OKW/5:19-cv-00102 Notice has been electronically mailed to:**

David Todd Mathews     todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Reagan E Bradford    Reagan.Bradford@lanierlawfirm.com

D. Todd Matthews    todd@gorijulianlaw.com

Michael T Maloan    michaelmaloan@oklahomacounsel.com

Kaitlyn R Dunn    kaitlyndunn@oklahomacounsel.com

**OKW/5:19-cv-00102 Notice will not be electronically mailed to:**

**LAE/2:19-cv-01637 Notice has been electronically mailed to:**

Charles Marshall Thomas    charlie@huberslack.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Alfred A. Olinde, Jr    folinde@olindefirm.com

Logan Schonekas Albertine    Logan@huberslack.com, melissa@huberslack.com

Stephen Michael Huber    stephen@huberthomaslaw.com, theresa@huberthomaslaw.com

Ashley Barriere    abarriere@huberthomaslaw.com

**LAE/2:19-cv-01637 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00325 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00325 Notice will not be electronically mailed to:**

**PAE/2:19-cv-00769 Notice has been electronically mailed to:**

BASIL A. DISIPIO    bad@lavin-law.com, cmccormack@lavin-law.com

Patrick J Howard    phoward@smbb.com, bhartman@smbb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

ROBERT J. MONGELUZZI    rjmongeluzzi@smbb.com

ANDREW R. DUFFY    aduffy@smbb.com

LARRY BENDESKY    lbendesky@smbb.com

Robert Zimmerman    rzimmerman@smbb.com

**PAE/2:19-cv-00769 Notice will not be electronically mailed to:**

**LAE/2:19-cv-01894 Notice has been electronically mailed to:**

Allan Berger    aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger    ageiger@allan-berger.com, aberger@allan-berger.com, aberger@bergerlawnola.com, geiger.andrew@gmail.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Stephen G.A. Myers    smyers@irwinllc.com

Jay Mathew Mattappally    jmattappally@irwinllc.com

**LAE/2:19-cv-01894 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**CAC/5:19-cv-00353 Notice has been electronically mailed to:**

Nicholas J. Drakulich    njd@draklaw.com

Raymond C Silverman    rsilverman@yourlawyer.com, cdurant@yourlawyer.com, kalexander@yourlawyer.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert J Drakulich    rjd@draklaw.com

Christopher C Oxx    oxx@yourlawyer.com

**CAC/5:19-cv-00353 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**NCE/7:19-cv-00062 Notice has been electronically mailed to:**

I. TImothy Zarsadias    tim@injuryhelp.org

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NCE/7:19-cv-00062 Notice will not be electronically mailed to:**

**OKW/5:19-cv-00081 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Reagan E Bradford    Reagan.Bradford@lanierlawfirm.com

D. Todd Matthews    todd@gorijulianlaw.com

Michael T Maloan    michaelmaloan@oklahomacounsel.com

Kaitlyn R Dunn    kaitlyndunn@oklahomacounsel.com

**OKW/5:19-cv-00081 Notice will not be electronically mailed to:**

**DC/1:19-cv-00273 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

John A. Yanchunis    jyanchunis@forthepeople.com, jcabezas@forthepeople.com, lpajak@forthepeople.com

Steven William Teppler    steppler@lawfirm.ms, steppler@me.com

Ryan J McGee    rmcgee@forthepeople.com, jcabezas@forthepeople.com

Jessica Hamman Meeder    jessica.meeder@murphyfalcon.com

Robert B. Ellis    robert.ellis@kirkland.com, lisa.sandmire@kirkland.com

**DC/1:19-cv-00273 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00260 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00260 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00063 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio    mdeantonio@bradley.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

Timothy Patrick Lendino    tlendino@bradley.com

**NCE/5:19-cv-00063 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00099 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio    mdeantonio@bradley.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

Timothy Patrick Lendino    tlendino@bradley.com

**NCE/5:19-cv-00099 Notice will not be electronically mailed to:**

**FLS/1:19-cv-21005 Notice has been electronically mailed to:**

Adam M Moskowitz    adam@moskowitz-law.com, dione@moskowitz-law.com

Howard M. Bushman    howard@moskowitz-law.com, dione@moskowitz-law.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Joseph M. Kaye    joseph@moskowitz-law.com

R. Seth Crompton    scrompton@allfela.com

Suzanne Marie Aldahan    suzanne.aldahan@hklaw.com

**FLS/1:19-cv-21005 Notice will not be electronically mailed to:**

**CAC/2:19-cv-02274 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jeffrey Michael Blank    jblank@garciarainey.com

Norma V Garcia    ngarciaguillen@garciarainey.com

Hugo A Lopez    hlopez@garciarainey.com

**CAC/2:19-cv-02274 Notice will not be electronically mailed to:**

**PAE/2:19-cv-00768 Notice has been electronically mailed to:**

BASIL A. DISIPIO    bad@lavin-law.com, cmccormack@lavin-law.com

Patrick J Howard    phoward@smbb.com, bhartman@smbb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

ROBERT J. MONGELUZZI    rjmongeluzzi@smbb.com

ANDREW R. DUFFY    aduffy@smbb.com

LARRY BENDESKY    lbendesky@smbb.com

Robert Zimmerman    rzimmerman@smbb.com

**PAE/2:19-cv-00768 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00116 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

**NCE/5:19-cv-00116 Notice will not be electronically mailed to:**

**UT/1:19-cv-00011 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Lauren E.H. DiFrancesco    lauren.difrancesco@stoel.com

Matthew Ryan McCarley    mccarley@fnlawfirm.com, Charlotte@fnlawfirm.com

Glenn R. Bronson    grb@princeyeates.com

**UT/1:19-cv-00011 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**PAE/2:19-cv-00662 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

ROSEMARY PINTO     rpinto@feldmanpinto.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Shawn P Fox     sfox@traceylawfirm.com, dolivo@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Clinton James Casperson     ccasperson@traceylawfirm.com

**PAE/2:19-cv-00662 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**CAC/8:19-cv-00510 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Richard D. McCune, Jr     rdm@mccunewright.com, ams@mccunewright.com, dcw@mccunewright.com, ece@mccunewright.com, led@mccunewright.com

Stephen Gerard Larson     SLarson@larsonobrienlaw.com, kfoster@larsonobrienlaw.com, slarson@larsonobrienlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michele Marie Vercoski     mmv@mccunewright.com

**CAC/8:19-cv-00510 Notice will not be electronically mailed to:**

**LAE/2:19-cv-01985 Notice has been electronically mailed to:**

Allan Berger     aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger     ageiger@allan-berger.com, aberger@allan-berger.com, aberger@bergerlawnola.com, geiger.andrew@gmail.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Stephen G.A. Myers    smyers@irwinllc.com

Jay Mathew Mattappally    jmattappally@irwinllc.com

**LAE/2:19-cv-01985 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**CAC/2:19-cv-01624 Notice has been electronically mailed to:**

Fabrice N Vincent    fvincent@lchb.com, jlester@lchb.com

Mark P Chalos    mchalos@lchb.com, aalmand@lchb.com, korsland@lchb.com

Wendy R Fleishman    wfleishman@lchb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Avery S. Halfon    ahalfon@lchb.com, jlester@lchb.com

Ellen K Wolf    ewolf@wolfwallenstein.com

**CAC/2:19-cv-01624 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**WVN/2:19-cv-00013 Notice has been electronically mailed to:**

Benjamin L. Bailey    bbailey@baileyglasser.com

Brian A. Glasser    bglasser@baileyglasser.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

David L. Selby, II    dselby@baileyglasser.com, aholman@baileyglasser.com, fcaruthers@baileyglasser.com, wjohnson@baileyglasser.com

**WVN/2:19-cv-00013 Notice will not be electronically mailed to:**

**OKW/5:19-cv-00101 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Reagan E Bradford    Reagan.Bradford@lanierlawfirm.com

D. Todd Matthews    todd@gorijulianlaw.com

Michael T Maloan    michaelmaloan@oklahomacounsel.com

Kaitlyn R Dunn    kaitlyndunn@oklahomacounsel.com

**OKW/5:19-cv-00101 Notice will not be electronically mailed to:**

**GAM/4:19-cv-00017 Notice has been electronically mailed to:**

J BENJAMIN FINLEY    bfinley@thefinleyfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MaryBeth V. Gibson    mgibson@thefinleyfirm.com, bstringfellow@thefinleyfirm.com, njackson@thefinleyfirm.com

Robert Matthew Martin    matt.martin@dentons.com

**GAM/4:19-cv-00017 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00326 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00326 Notice will not be electronically mailed to:**

**DE/1:19-cv-00590 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Jason A Cincilla    jcincilla@mgmlaw.com

Amaryah K Bocchino    abocchino@mgmlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jonathan M. Stemerman    jms@elliottgreenleaf.com

Raeann Warner     raeann@jcdelaw.com, paula@jcdelaw.com

Patrick Christopher Gallagher     pat@jcdelaw.com

William Bruce Larson, Jr     wlarson@mgmlaw.com

**DE/1:19-cv-00590 Notice will not be electronically mailed to:**

**TNM/3:19-cv-00254 Notice has been electronically mailed to:**

Fabrice N Vincent     fvincent@lchb.com, jlester@lchb.com

Mark P Chalos     mchalos@lchb.com, aalmand@lchb.com, korsland@lchb.com

Frank C. Rothrock     frothrock@shb.com

Wendy R Fleishman     wfleishman@lchb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Blair Pierson Durham     blair@blairdurham.com

Avery S. Halfon     ahalfon@lchb.com, jlester@lchb.com

**TNM/3:19-cv-00254 Notice will not be electronically mailed to:**

**LAE/2:19-cv-00679 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

Lauren E. Godshall     lgodshall@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

**LAE/2:19-cv-00679 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**CAC/8:19-cv-00272 Notice has been electronically mailed to:**

Mark P. Robinson, Jr     mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net,

mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey    stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00272 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**NCE/7:19-cv-00045 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio    mdeantonio@bradley.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

Timothy Patrick Lendino    tlendino@bradley.com

**NCE/7:19-cv-00045 Notice will not be electronically mailed to:**

**CAC/8:19-cv-00425 Notice has been electronically mailed to:**

Nicholas J. Drakulich    njd@draklaw.com

Raymond C Silverman    rsilverman@yourlawyer.com, cdurant@yourlawyer.com, kalexander@yourlawyer.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert J Drakulich    rjd@draklaw.com

**CAC/8:19-cv-00425 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**CAC/8:19-cv-00279 Notice has been electronically mailed to:**

Mark P. Robinson, Jr    mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey      stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00279 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**FLS/1:19-cv-20561 Notice has been electronically mailed to:**

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Darren Jeffery Rousso      roussolaw@aol.com

Suzanne Marie Aldahan      suzanne.aldahan@hklaw.com

**FLS/1:19-cv-20561 Notice will not be electronically mailed to:**

**FLS/0:19-cv-60739 Notice has been electronically mailed to:**

Adam M Moskowitz      adam@moskowitz-law.com, dione@moskowitz-law.com

Howard M. Bushman      howard@moskowitz-law.com, dione@moskowitz-law.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Joseph M. Kaye      joseph@moskowitz-law.com

R. Seth Crompton      scrompton@allfela.com

Suzanne Marie Aldahan      suzanne.aldahan@hklaw.com

**FLS/0:19-cv-60739 Notice will not be electronically mailed to:**

**GAS/4:19-cv-00043 Notice has been electronically mailed to:**

HENRY G GARRARD, III      hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

Josh B. Wages      jbw@bbgbalaw.com

James B. Matthews, III      jmatthews@bbga.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Patrick Hammond Garrard     pgarrard@bbga.com, jab@bbgbalaw.com, jbm@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

**GAS/4:19-cv-00043 Notice will not be electronically mailed to:**

**CAC/8:19-cv-00284 Notice has been electronically mailed to:**

Mark P. Robinson, Jr     mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00284 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**CAC/8:19-cv-00267 Notice has been electronically mailed to:**

Mark P. Robinson, Jr     mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00267 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**NCE/5:19-cv-00113 Notice has been electronically mailed to:**

Gary W. Jackson     gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Christopher R Bagley     cbagley@farrin.com

Hoyt G. Tessener     htessener@farrin.com

**NCE/5:19-cv-00113 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00096 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio    mdeantonio@bradley.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

Timothy Patrick Lendino    tlendino@bradley.com

**NCE/5:19-cv-00096 Notice will not be electronically mailed to:**

**KYW/3:19-cv-00122 Notice has been electronically mailed to:**

Lawrence L. Jones, II    larry@jonesward.com

Byron N Miller    bmiller@tmslawplc.com

Jasper Dudley Ward, IV    jasper@jonesward.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Alex C. Davis    alex@jonesward.com

**KYW/3:19-cv-00122 Notice will not be electronically mailed to:**

**LAW/6:19-cv-00273 Notice has been electronically mailed to:**

Allan Berger    aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger    ageiger@allan-berger.com, aberger@allan-berger.com, aberger@bergerlawnola.com, geiger.andrew@gmail.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Stephen G.A. Myers    smyers@irwinllc.com

Jay Mathew Mattappally    jmattappally@irwinllc.com

**LAW/6:19-cv-00273 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**CAC/8:19-cv-00281 Notice has been electronically mailed to:**

Mark P. Robinson, Jr    mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey    stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00281 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**LAE/2:19-cv-01984 Notice has been electronically mailed to:**

Allan Berger    aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger    ageiger@allan-berger.com, aberger@allan-berger.com, aberger@bergerlawnola.com, geiger.andrew@gmail.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Stephen G.A. Myers    smyers@irwinllc.com

Jay Mathew Mattappally    jmattappally@irwinllc.com

**LAE/2:19-cv-01984 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**NCE/5:19-cv-00100 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

**NCE/5:19-cv-00100 Notice will not be electronically mailed to:**

**LAE/2:19-cv-01895 Notice has been electronically mailed to:**

Allan Berger     aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger     ageiger@allan-berger.com, aberger@allan-berger.com, aberger@bergerlawnola.com, geiger.andrew@gmail.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Stephen G.A. Myers     smyers@irwinllc.com

Jay Mathew Mattappally     jmattappally@irwinllc.com

**LAE/2:19-cv-01895 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**CAS/3:19-cv-00231 Notice has been electronically mailed to:**

David Todd Mathews     todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

D. Todd Mathews     todd@gorijulianlaw.com

MICHAEL ALLEN AKSELRUD     michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00231 Notice will not be electronically mailed to:**

**NCE/7:19-cv-00050 Notice has been electronically mailed to:**

Gary W. Jackson     gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio     mdeantonio@bradley.com

Christopher R Bagley     cbagley@farrin.com

Hoyt G. Tessener     htessener@farrin.com

Timothy Patrick Lendino     tlendino@bradley.com

**NCE/7:19-cv-00050 Notice will not be electronically mailed to:**

**LAE/2:19-cv-01430 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

**LAE/2:19-cv-01430 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**CAC/8:19-cv-00278 Notice has been electronically mailed to:**

Mark P. Robinson, Jr     mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00278 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**FLS/2:19-cv-14098 Notice has been electronically mailed to:**

Adam M Moskowitz     adam@moskowitz-law.com, dione@moskowitz-law.com

Howard M. Bushman     howard@moskowitz-law.com, dione@moskowitz-law.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Joseph M. Kaye     joseph@moskowitz-law.com

R. Seth Crompton     scrompton@allfela.com

Suzanne Marie Aldahan     suzanne.aldahan@hklaw.com

**FLS/2:19-cv-14098 Notice will not be electronically mailed to:**

**LAE/2:19-cv-00850 Notice has been electronically mailed to:**

Jeffrey P. Berniard    Jeff@GetJeff.com, jeff@getjeff.com

Lawrence J. Centola, III    lcentola@mbfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Stephen G.A. Myers    smyers@irwinllc.com

Jay Mathew Mattappally    jmattappally@irwinllc.com

**LAE/2:19-cv-00850 Notice will not be electronically mailed to:**

**GAS/4:19-cv-00046 Notice has been electronically mailed to:**

HENRY G GARRARD, III    hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

Josh B. Wages    jbw@bbgbalaw.com

James B. Matthews, III    jmatthews@bbga.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Patrick Hammond Garrard    pgarrard@bbga.com, jab@bbgbalaw.com, jbm@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

**GAS/4:19-cv-00046 Notice will not be electronically mailed to:**

**GAS/4:19-cv-00036 Notice has been electronically mailed to:**

HENRY G GARRARD, III    hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

Josh B. Wages    jbw@bbgbalaw.com

James B. Matthews, III    jmatthews@bbga.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**GAS/4:19-cv-00036 Notice will not be electronically mailed to:**

**CAC/8:19-cv-00283 Notice has been electronically mailed to:**

Mark P. Robinson, Jr    mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com,

ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00283 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**PAE/2:19-cv-00661 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

ROSEMARY PINTO     rpinto@feldmanpinto.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Shawn P Fox     sfox@traceylawfirm.com, dolivo@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Clinton James Casperson     ccasperson@traceylawfirm.com

**PAE/2:19-cv-00661 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**CAS/3:19-cv-00228 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Ashley C Keller     ack@kellerlenkner.com

Travis D Lenkner     tdl@kellerlenkner.com

Matthew Lawrence Venezia     mvenezia@bgrfirm.com

Eric Marc George     egeorge@bgrfirm.com

**CAS/3:19-cv-00228 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road

Indianapolis, MN 46268

**NCE/5:19-cv-00064 Notice has been electronically mailed to:**

Gary W. Jackson     gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio     mdeantonio@bradley.com

Christopher R Bagley     cbagley@farrin.com

Hoyt G. Tessener     htessener@farrin.com

Timothy Patrick Lendino     tlendino@bradley.com

**NCE/5:19-cv-00064 Notice will not be electronically mailed to:**

**CT/3:19-cv-00415 Notice has been electronically mailed to:**

Robert I. Reardon, Jr     rreardon@reardonlaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CT/3:19-cv-00415 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00107 Notice has been electronically mailed to:**

Gary W. Jackson     gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Christopher R Bagley     cbagley@farrin.com

Hoyt G. Tessener     htessener@farrin.com

**NCE/5:19-cv-00107 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00208 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD     michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00208 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00059 Notice has been electronically mailed to:**

Gary W. Jackson     gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio     mdeantonio@bradley.com

Christopher R Bagley     cbagley@farrin.com

Hoyt G. Tessener     htessener@farrin.com

Timothy Patrick Lendino     tlendino@bradley.com

**NCE/5:19-cv-00059 Notice will not be electronically mailed to:**

**PAE/2:19-cv-00663 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

ROSEMARY PINTO     rpinto@feldmanpinto.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Shawn P Fox     sfox@traceylawfirm.com, dolivo@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Clinton James Casperson     ccasperson@traceylawfirm.com

**PAE/2:19-cv-00663 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**PAE/2:19-cv-00772 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

Patrick J Howard     phoward@smbb.com, bhartman@smbb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

ROBERT J. MONGELUZZI     rjmongeluzzi@smbb.com

ANDREW R. DUFFY     aduffy@smbb.com

LARRY BENDESKY     lbendesky@smbb.com

Robert Zimmerman    rzimmerman@smbb.com

**PAE/2:19-cv-00772 Notice will not be electronically mailed to:**

**ALN/6:19-cv-00289 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Joel L DiLorenzo    joel@dilorenzo-law.com

Robert O. Bryan    bob@nelsonbryancross.com

Rusha Smith    rsmith@bradley.com

**ALN/6:19-cv-00289 Notice will not be electronically mailed to:**

**TNM/3:19-cv-00211 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Tim L Bowden    bowden_law@bellsouth.net, bowden1megan@gmail.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michael W Gaines    mwgaines01@gmail.com, bowden1megan@gmail.com

**TNM/3:19-cv-00211 Notice will not be electronically mailed to:**

**CAC/8:19-cv-00271 Notice has been electronically mailed to:**

Mark P. Robinson, Jr    mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey    stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00271 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**CAS/3:19-cv-00559 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jessica Suzanne Williams     jwilliams@thegomezfirm.com

**CAS/3:19-cv-00559 Notice will not be electronically mailed to:**

**OHS/2:19-cv-00564 Notice has been electronically mailed to:**

Michael A. London     mlondon@douglasandlondon.com, adileo@douglasandlondon.com,
dyastrovskaya@douglasandlondon.com, kpadden@douglasandlondon.com, lferrante@douglasandlondon.com,
vanello@douglasandlondon.com

Virginia E Anello     vanello@douglasandlondon.com

RICHARD D. SCHUSTER     rdschuster@vorys.com, paclark@vorys.com, rdschuster@vssp.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

David John Butler     dbutler@taftlaw.com, khines@taftlaw.com

**OHS/2:19-cv-00564 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00206 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD     michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00206 Notice will not be electronically mailed to:**

**PAE/2:19-cv-00999 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Jonathan Shub     jshub@kohnswift.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Nick Suciu, III     nicksuciu@bmslawyers.com

Marc Edelson     medelson@edelson-law.com

Kevin Laukaitis     klaukaitis@kohnswift.com

**PAE/2:19-cv-00999 Notice will not be electronically mailed to:**

**LAE/2:19-cv-00680 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root    rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes    bbarnes@morrisbart.com, tcanino@morrisbart.com

Lauren E. Godshall    lgodshall@morrisbart.com

John Christian Enochs    jenochs@morrisbart.com

**LAE/2:19-cv-00680 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**NCE/5:19-cv-00056 Notice has been electronically mailed to:**

Gary W. Jackson    gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Matthew S. DeAntonio    mdeantonio@bradley.com

Christopher R Bagley    cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

Timothy Patrick Lendino    tlendino@bradley.com

**NCE/5:19-cv-00056 Notice will not be electronically mailed to:**

**MSS/1:19-cv-00126 Notice has been electronically mailed to:**

Martin Daniel Crump    martincrump@daviscrump.com, latrisha.crump@daviscrump.com,
robert.cain@daviscrump.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert D. Cain, Jr    robert.cain@daviscrump.com

Ashley Elizabeth Neglia    ashley.neglia@kirkland.com

**MSS/1:19-cv-00126 Notice will not be electronically mailed to:**

**CAC/8:19-cv-00282 Notice has been electronically mailed to:**

Mark P. Robinson, Jr    mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com,
ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net,
mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00282 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**NJ/3:19-cv-08928 Notice has been electronically mailed to:**

Michael A. London     mlondon@douglasandlondon.com, adileo@douglasandlondon.com, dyastrovskaya@douglasandlondon.com, kpadden@douglasandlondon.com, lferrante@douglasandlondon.com, vanello@douglasandlondon.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NJ/3:19-cv-08928 Notice will not be electronically mailed to:**

**CAC/8:19-cv-00280 Notice has been electronically mailed to:**

Mark P. Robinson, Jr     mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAC/8:19-cv-00280 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**SC/3:19-cv-00461 Notice has been electronically mailed to:**

Katherine E Middleton     bburke@rpwb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Christiaan A. Marcum     cmarcum@rpwb.com

Aaron R Dias     adias@rpwb.com

Misty Black O'Neal     moneal@rpwb.com

**SC/3:19-cv-00461 Notice will not be electronically mailed to:**

**GAM/4:19-cv-00022 Notice has been electronically mailed to:**

J BENJAMIN FINLEY     bfinley@thefinleyfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MaryBeth V. Gibson     mgibson@thefinleyfirm.com

Robert Matthew Martin     matt.martin@dentons.com

**GAM/4:19-cv-00022 Notice will not be electronically mailed to:**

**GAS/4:19-cv-00041 Notice has been electronically mailed to:**

HENRY G GARRARD, III     hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

Josh B. Wages     jbw@bbgbalaw.com

James B. Matthews, III     jmatthews@bbga.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Patrick Hammond Garrard     pgarrard@bbga.com, jab@bbgbalaw.com, jbm@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

**GAS/4:19-cv-00041 Notice will not be electronically mailed to:**

**PAE/2:19-cv-00770 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

ROBERT J. MONGELUZZI     rjmongeluzzi@smbb.com

**PAE/2:19-cv-00770 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00112 Notice has been electronically mailed to:**

Gary W. Jackson     gary.jackson@farrin.com, dyeager@farrin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Christopher R Bagley     cbagley@farrin.com

Hoyt G. Tessener    htessener@farrin.com

**NCE/5:19-cv-00112 Notice will not be electronically mailed to:**

**ILN/1:19-cv-00870 Notice has been electronically mailed to:**

Daniel M Kotin    Dan@tkklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Mark J. Nomellini    mnomellini@kirkland.com, jsolper@kirkland.com

Kasif Khowaja    kasif@khowajalaw.com

Frank Castiglione    fcastiglione@khowajalaw.com

Philip P. Terrazzino    phil@tkklaw.com

**ILN/1:19-cv-00870 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00266 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**CAS/3:19-cv-00266 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/15/2019] [FileNumber=903928-0]
[8f327b4369a64c2e69a6ef98b910ad0a3a1ae4ca53b660688e151e10ba2ac8e4f18ab
d6522a5e0bdec1087c1a57baece24f6a81250ee843a758e643e02a96ac0]]