# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to All Cases | ) Case No. 3:19md2885 <br> ) <br> ) <br> ) <br> ) Judge M. Casey Rodgers <br> ) <br> ) Magistrate Judge Gary R. Jones <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert B. Ellis of the law firm Kirkland & Ellis LLP, hereby enters his appearance as counsel for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC. Further, Mr. Ellis is an attorney of record in one of the actions transferred to this Court and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

DATED: April 15, 2019

By: /s/ Robert B. Ellis
Kimberly Branscome
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8370
Email: kimberly.branscome@kirkland.com

Robert C. Brock
F. Chadwick Morriss
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Email: mike.brock@kirkland.com
Email: chad.morriss@kirkland.com

Robert B. Ellis
Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: robert.ellis@kirkland.com
Email: mark.nomellini@kirkland.com

*Attorneys for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in the manner indicated below:

**Via U.S. Mail:**

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com | *Liason Counsel for Plaintiffs* |

DATED: April 15, 2019         */s/ Robert B. Ellis*
                              Robert B. Ellis