# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

This Document relates to All Cases

CASE NO.  3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __April 12, 2019__

Motion/Pleadings: __MOTION OF ROBERT C. "MIKE" BROCK FOR__
__ADMISSION *PRO HAC VICE* AND REQUEST TO__
__RECEIVE ELECTRONIC NOTICE OF FILINGS__

Filed by __Defendants__ on __April 12, 2019__ Doc. # __25__

Response _____ on _____ Doc. # _____

_____ Stipulated _____ Joint Pleading
_____ Unopposed _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 15th day of April 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**