UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 12, 2019

Motion/Pleadings:   MOTION OF F. CHADWICK MORRISS FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Filed by   Defendants       on  April 12, 2019        Doc. #   26

Response _____          on _____          Doc. # _____

____ Stipulated        ____ Joint Pleading
____ Unopposed      ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 15th day of April 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**