# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to the Master Docket | Case No. 3:19md2885<br><br>Judge M. Casey Rodger<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

MaryBeth V. Gibson of The Finley Firm, P.C. hereby enters her appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Gibson is counsel of record in individual cases transferred to this Court from the Middle District of Georgia by the JPML. Ms. Gibson has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND15549969521939) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Respectfully submitted this 15th day of April 2019.

*[signature on following page]*

1

|  |  |
|---|---|
|  | THE FINLEY FIRM, P.C. |
|  | */s/ MaryBeth V. Gibson* |
|  | MARYBETH V. GIBSON |
| 3535 Piedmont Road | Georgia Bar No.:  725843 |
| Building 14, Suite 230 | mgibson@thefinleyfirm.com |
| Atlanta, GA  30305 | *Counsel for Plaintiffs* |
| T: 404.320.9979 | F: 404.320.9978 |  |

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

This 15th day of April 2019.

|  |  |
|---|---|
|  | THE FINLEY FIRM, P.C. |
|  | */s/ MaryBeth V. Gibson* |
|  | MARYBETH V. GIBSON |
| 3535 Piedmont Road | Georgia Bar No.:  725843 |
| Building 14, Suite 230 | mgibson@thefinleyfirm.com |
| Atlanta, GA  30305 | *Counsel for Plaintiffs* |
| T: 404.320.9979 | F: 404.320.9978 |  |