**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | CASE No. 3:19md2885 |
| EARPLUG PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | JUDGE: M. Casey Rodgers |
| | ) | |
| VERSUS | ) | Magistrate: Judge Gary R. Jones |
| | ) | |
| This Document Relates to All Cases | ) | |

<u>**NOTICE OF APPEARANCE**</u>

**PLEASE TAKE NOTICE,** that Jeffrey P. Berniard, of the Berniard Law Firm, L.L.C., hereby enters an appearance as counsel for the following Plaintiffs who by Order of the JPML have been transferred to this Honorable Court, Yuri M. Johnson, v. 3M Company, EDLA, No. 19-0761 and Gregory A. Hays, v. 3M Company, EDLA, No. 19-0850, Stephen Sparks v. 3M Company, WDTX, San Antonio Division, No. 19-CA-0092.

Jeffrey P. Beniard filed two actions in the Eastern District of Louisiana, Yuri M. Johnson, v. 3M Company, EDLA, No. 19-0761 and Gregory A. Hays, v. 3M Company, EDLA, No. 19-0850 and one in the Western District of Texas, San Antonio Division, Stephen Sparks v. 3M Company, WDTX, San Antonio Division, No. 19-CA-0092, and the Joint Panel on Multidistrict Litigation entered an order conditionally transferring those actions to this Court, which no party opposes.

1

Dated April 15, 2019

Respectfully Submitted,

/s/ Jeffrey P. Berniard_____
Jeffrey P. Berniard (Louisiana Bar #29088)
Berniard Law Firm,L.L.C.
7513 Hampson St.
New Orleans, LA 70118
Telephone: (504) 527-6225
Facsimile: (504) 617-6300
Email: Jeff@GetJeff.Com
All Pleadings and Correspondence may be
served by Email only via email address:
Jeff@GetJeff.com

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District

Court Northern District of Florida, I hereby certify that a true and correct copy of the

foregoing was electronically filed via the Court's CM/ECF system, which will

automatically serve notice of this filing via email to all registered counsel of record.

Dated: April 15, 2019.                              /s/ Jeffrey P. Berniard_____
                                                    Jeffrey P. Berniard