UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases | ) ) ) ) ) ) ) ) )   **Case No. 3:19-md-2885**<br>**Judge M. Casey Rodgers**<br>**Magistrate Judge Gary R. Jones** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gary W. Jackson of the Law Offices of James Scott Farrin hereby notices his appearance as counsel for the Plaintiffs in the cases listed in the table below, all of which have been transferred to this District from the Eastern District of North Carolina. The undersigned has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation #FLND15550012061944). All further papers and pleadings in this action should be served on him.

| Plaintiff | Case Number |
|---|---|
| Ryan C. Tate | 5:19-CV-44 (E.D.N.C.) |
| Judson Wager | 5:19-CV-47 (E.D.N.C.) |
| Brent Finnell | 5:19-CV-51 (E.D.N.C.) |
| Anthony Orlandi | 5:19-CV-53 (E.D.N.C.) |
| David Conaway | 5:19-CV-56 (E.D.N.C.) |
| Jeremy Strand | 5:19-CV-59 (E.D.N.C.) |
| Kholifa M. Kabia | 5:19-CV-63 (E.D.N.C.) |
| Jay Edward Garbus | 5:19-CV-64 (E.D.N.C.) |
| Robert J. Wilkinson | 7:19-CV-45 (E.D.N.C.) |

| | |
|---|---|
| Bruce D. Clark | 5:19-CV-92 (E.D.N.C.) |
| June A. Jackson Wyatt | 5:19-CV-96 (E.D.N.C.) |
| Travis Taunton | 7:19-cv-50 (E.D.N.C.) |
| Raymond McCann | 5:19-cv-99 (E.D.N.C.) |
| Theron Kammerer | 5:19-CV-100 (E.D.N.C.) |
| Mark Hollifield | 5:19-CV-107 (E.D.N.C.) |
| Jorge Ocasio | 5:19-CV-112 (E.D.N.C.) |
| Seth Norcross | 5:19-CV-113 (E.D.N.C.) |
| Brandon Leta | 5:19-CV-116 (E.D.N.C.) |

Respectfully submitted, this the 15th day of April 2019.

**LAW OFFICES OF JAMES SCOTT FARRIN**
*Attorneys for Plaintiffs*

By:   */s/ Gary W. Jackson*
Gary W. Jackson (NC Bar No. 13976)
Hoyt G. Tessener (NC Bar No. 16068)
Christopher R. Bagley (NC Bar No. 50567)
280 S. Mangum Street, Suite 400
Durham, North Carolina 27701
Telephone: (800) 220-7321
Facsimile: (800) 716-7881
E-mail: gjackson@farrin.com

**CERTIFICATE OF SERVICE**

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which sends notice to all counsel of record.

/s/ *Gary W. Jackson*
April 15, 2019