UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: Robin Kennedy | Magistrate Judge Gary R. Jones |

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard D. Meadow of the Lanier Law Firm, P.C., hereby enters his appearance as counsel for Plaintiff, Robin Kennedy. Further, Mr. Meadow is attorney of record in the action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

DATED: April 15, 2019    By:    */s/ Richard D. Meadow*
Richard D. Meadow
THE LANIER LAW FIRM, P.C.
10940 W. Sam Houston Pkwy North
Houston, Texas 77064
713.659.5200 (Telephone)
713.659.2204 (Facsimile)
Email: Richard.meadow@lanierlawfirm.com

*Attorney for Plaintiff Robin Kennedy*

## **CERTIFICATE OF SERVICE**

      In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

DATED:    April 15, 2019

                                        */s/ Richard D. Meadow*
                                        Richard D. Meadow