1301 Pennsylvania Avenue NW
Washington, DC  20004
Phone: (202) 389-5000
Facsimile: (202) 879-5200
Email: mike.brock@kirland.com
Email: chad.morriss@kirkland.com


Bradley W. Crocker                                     *Counsel for 3M Company*
Christina M. Schwing
HOLLAND & KNIGHT, LLP
50 N. Laura St., Suite 3900
Jacksonville, Florida  32202
Phone: (904) 353-2000
Facsimile: (904) 358-1872
Email: bradley.crocker@hklaw.com
Email: christina.schwing@hklaw.com


                                                       /s/ *Scott A. Love*
                                                       Scott A. Love