UNITED STATES DISTRICT COURT
NORTHERN DISTRIC OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COPMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | Case No. 3:19md2885/MCR/GRJ <br><br> Judge M. Casey Rodgers |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark D. Samson of Keller Rohrback L.L.P., hereby enters his appearance as counsel for the following Plaintiffs from the following actions transferred to this Court from the District of Minnesota:

*Andrew Futerman v. 3M Company*, Case No. 0:19-cv-00236-JRT-KMM

*John Tymczyszyn v. 3 M Company,* Case No. 0:19-cv-00792-JRT-KMM

Further, Mark D. Samson is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned at msamson@kellerrohrback.com and darla-marshall-7766@ecf.pacerpro.com.

RESPECTFULLY SUBMITTED this 16th day of April, 2019.

                                      **KELLER ROHRBACK L.L.P.**

                                      By: */s/ Mark D. Samson*
                                            Mark D. Samson
                                            KELLER ROHRBACK L.L.P.
                                            3101 North Central Avenue, Suite 1400
                                            Phoenix, AZ  85012
                                            Tel: (602) 248-0088
                                            msamson@kellerrohrback.com
                                            AZ Bar No. 011076

                                        *Attorneys for Plaintiffs Andrew Futerman and*
                                        *John Tymczyszyn*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on April 16, 2019 and served electronically on all counsel of record.

RESPECTFULLY SUBMITTED this 16th day of April, 2019.

/s/ Mark D. Samson