## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.  3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Notice is hereby given that Patrick Howard of Saltz, Mongeluzzi, Barrett & Bendesky, P.C. enters his appearance as counsel on behalf of Plaintiffs, Matthew Morrison and Alyssa Morrison, husband and wife, from the following action transferred to this Court from the Eastern District of Pennsylvania: *Matthew Morrison & Alyssa Morrison, husband and wife v. 3M Company*, Case No. 2:19-cv-00590-BMS.  Further, Mr. Howard is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  All further papers and pleadings in this action should be served on the undersigned.

Dated:  April 16, 2019

**SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.**

 */s/ Patrick Howard*
Patrick Howard
120 Gibraltar Road, Suite 218
Horsham, PA 19044
Tel: (215) 575-3895
Fax: (215) 754-4443
Email:  phoward@smbb.com

*Counsel for Plaintiffs, Matthew Morrison and Alyssa Morrison, husband and wife*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on April 16, 2019 and served electronically on all counsel of record.

                                              */s/ Patrick Howard*
                                              PATRICK HOWARD