# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to All Cases | ) Case No. 3:19md2885 <br> ) <br> ) <br> ) <br> ) Judge M. Casey Rodgers <br> ) <br> ) Magistrate Judge Gary R. Jones <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicole Berg of the law firm Keller Lenkner LLC hereby enters her appearance as counsel for Plaintiffs Robert Carmichael, 6:19-cv-3115; and Wayne Harman, 6:19-cv-3116, transferred to this Court from the Western District of Missouri. Mrs. Berg has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4, Tutorial Confirmation No. FLND15551653061961). Counsel requests that all further papers and pleadings in this action be served on the undersigned.

DATED:  April 16, 2019

By: */s/ Nicole Berg*
Nicole Berg
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Telephone: (312) 948-8477

1

Email: ncb@kellerlenkner.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically send notice to all registered counsel of record.

DATED: April 16, 2019            */s/ Nicole Berg*
                                 Nicole Berg