UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 ) ) ) |
| This Document Relates to All Cases | ) Judge M. Casey Rodgers ) ) Magistrate Judge Gary R. Jones ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Travis Lenkner of the law firm Keller Lenkner LLC hereby enters his appearance as counsel for Plaintiffs Brandon Atwood, 6:19-cv-3036; Jeremy Baker, 6:19-cv-3040; Jonathan Steele, 6:19-cv-3041; Joseph Wolfe, 6:19-cv-3042; Brian Pearson, 6:19-cv-3037; Chris Howard, Sr., 6:19-cv-3038; Christopher Johnson, 6:19-cv-3039; Tedral Towery, 6:19-cv-3043; Thomas Blaylock, 6:19-cv-3044; Travis Boothe, 6:19-cv-3092; Jacob Swift, 6:19-cv-3093; Ronald Smith, 6:19-cv-03111; Robert Carmichael, 6:19-cv-3115; and Wayne Harman, 6:19-cv-3116, transferred to this Court from the Western District of Missouri. Mr. Lenkner also enters his appearance as counsel for Plaintiff Jon Andujo, 3:19-cv-228, transferred to this Court from the Southern District of California. Mr. Lenkner has completed the administrative

1

requirements outlined in Pretrial Order No. 3 (ECF No. 4, Tutorial Confirmation No. FLND15551193671960). Counsel requests that all further papers and pleadings in this action be served on the undersigned.

DATED:  April 16, 2019              By: */s/ Travis Lenkner*
                                                  Travis Lenkner
                                                  KELLER LENKNER LLC
                                                  150 N. Riverside Plaza, Suite 4270
                                                  Chicago, Illinois 60606
                                                  Telephone: (312) 741-5223
                                                  Email: tdl@kellerlenkner.com

                                                  *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically send notice to all registered counsel of record.

DATED:  April 16, 2019        */s/ Travis Lenkner*
                              Travis Lenkner