UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) ) ) ) ) ) ) ) | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory M. Travalio of the law firm Isaac Wiles Burkholder & Teetor, LLC, hereby enters his appearance as counsel for Plaintiffs Anthony F. Ascanio and James B. Lyle, from the following actions transferred to this Court from the District of Minnesota: Ascanio v. 3M Company, et al., Case No. 0:19-cv-00246 and James B. Lyle v. 3M Company, et al., Case No. 0:19-cv-00493, as well as Plaintiffs Adam Gomez and Joseph Matney, from the following actions transferred to this Court from the District of Missouri:  Adam Gomez v. 3M Company, et al., Case No. 6:19-cv-03062 and Joseph Matney v. 3M Company, et al., Case No. 6:19-cv-03072.  Mr. Travalio is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND15552782061963).  All further papers and pleadings in this action should be served on the undersigned.

DATED:    April 16, 2019            /s/*Gregory M. Travalio*
                                    Gregory M. Travalio
                                    ISAAC WILES BURKHOLDER & TEETOR, LLC

Two Miranova Place, Suite 700
Columbus, Ohio 43215
Telephone:	(614) 221-2121
Facsimile:	(614) 365-9516
gtravalio@isaacwiles.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED:	April 16, 2019	/s/*Gregory M. Travalio*
	Gregory M. Travalio