# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION | MDL Case No.: 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Oscar M. Price, IV of the law firm Price Armstrong LLC, who is admitted to practice or otherwise appear in this Court, hereby enters his appearance as counsel for Plaintiff Travis Eidson. Travis Eidson filed an action in the Northern District of Florida, *Eidson v. 3M Company, et. al.*, 3:19cv00596.

Dated: April 16, 2019

Respectfully submitted,

*/s/ Oscar M. Price, IV*
Oscar M. Price, IV
PRICE ARMSTRONG LLC
2226 1st Ave S.
Ste. 105
Birmingham, AL 35233
Phone: 205.706.7517
Fax: 205.208.9598
oscar@pricearmstrong.com

## **CERTIFICATE OF SERVICE**

In compliance with Local Rule 5.1(F), I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Oscar M. Price, IV*
Oscar M. Price, IV
