## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION | MDL Case No.: 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Nicholas W. Armstrong of the law firm Price Armstrong LLC, who is admitted to practice or otherwise appear in this Court, hereby enters his appearance as counsel for Plaintiff Travis Eidson. Travis Eidson filed an action in the Northern District of Florida, *Eidson v. 3M Company, et. al.*, 3:19cv00596.

Dated: April 16, 2019

Respectfully submitted,

*/s/ Nicholas W. Armstrong*
Nicholas W. Armstrong
PRICE ARMSTRONG LLC
2226 1st Ave S.
Ste. 105
Birmingham, AL 35233
Phone: 205.706.7517
Fax: 205.208.9598
nick@pricearmstrong.com

## CERTIFICATE OF SERVICE

In compliance with Local Rule 5.1(F), I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

/s/ Nicholas W. Armstong
Nicholas W. Armstrong