UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Brandon H. Steffey, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15554403021978**, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant initiated the following *In Re: 3M Combat Arms Earplug Products Liability Litigation* case independent of the JPML transfer process: *King v. 3M Company*, 3:19-cv-00703.

WHEREFORE, Brandon H. Steffey, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

                                                Respectfully submitted,

                                                */s/ Brandon H. Steffey*
                                                Brandon H. Steffey
                                                JENSEN & STEFFEY
                                                Texas State Bar No. 24047207
                                                1024 N. Main Street
                                                Fort Worth, Texas 76164
                                                Telephone: (817) 334-0762
                                                Facsimile: (817) 334-0110
                                                Email: bhs@jensen-law.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 17, 2019 and served electronically on all counsel of record.

                                                */s/ Brandon H. Steffey*
                                                Brandon H. Steffey