**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, April 16, 2019 7:07 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, April 16, 2019 12:04:45 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

<div align="center">

**United States**

**United States Judicial Panel on Multidistrict Litigation**

</div>

## Notice of Electronic Filing

The following transaction was entered on 4/16/2019 at 8:03 AM EDT and filed on 4/16/2019
**Case Name:**      IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**    MDL No. 2885
**Filer:**
**Document Number:** 376

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL*</span>

No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* Inasmuch as no objection is pending at this time, the stay is lifted.*

Signed by Clerk of the Panel John W. Nichols on 4/16/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Hinnen v. 3M Company |
| **Case Number:** | MOW/5:19-cv-06019 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-*

*03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Eisenbeis v. 3M Corporation
**Case Number:**     MOW/4:19-cv-00109
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/5:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    FERGUSON v. 3M COMPANY et al

**Case Number:**    INS/1:19-cv-01091

**Filer:**

**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    GUMNS v. 3M COMPANY et al

**Case Number:**    INS/1:19-cv-01054

**Filer:**

**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        MUNARI v. 3M COMPANY et al
**Case Number:**      INS/1:19-cv-01106
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      PUTZ v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-00739
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Carmichael v. Aearo Technologies LLC et al

**Case Number:** MOW/6:19-cv-03115

**Filer:**

**Document Number:** 6

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Jones v. 3M Company
**Case Number:**    MOW/4:19-cv-00137
**Filer:**
**Document Number:** 8

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    CAKORA v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-01079
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Towery v. Aearo Technologies LLC et al
Case Number:      MOW/6:19-cv-03043
Filer:
Document Number:  12

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Atwood v. Aearo Technologies LLC et al
**Case Number:**    MOW/6:19-cv-03036
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   GARCIA v. 3M COMPANY et al
**Case Number:**   INS/1:19-cv-01086
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Walker v. 3M Company
**Case Number:**     MOW/6:19-cv-03097
**Filer:**
**Document Number:** 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Schroeter et al v. 3M Company
**Case Number:**     MOW/4:19-cv-00112
**Filer:**
**Document Number:** 8

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Lashley v. 3M Company et al
**Case Number:**      MOW/4:19-cv-00212
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   WYNN v. 3M COMPANY et al
**Case Number:**   INS/1:19-cv-00741
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** HELTON v. 3M COMPANY et al
**Case Number:** INS/1:19-cv-00726
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Pearson v. Aearo Technologies LLC et al
**Case Number:**     MOW/6:19-cv-03037
**Filer:**
**Document Number:** 12

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg.* (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Murrain v. 3M Company et al
**Case Number:**     MOW/4:19-cv-00203
**Filer:**
**Document Number:** 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg.* (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-**

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** NASH v. 3M COMPANY et al

**Case Number:** INS/1:19-cv-01062

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Winkeler v. 3M Company et al
**Case Number:**    MOW/4:19-cv-00209
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | GRIBBONS v. 3M COMPANY et al |
| **Case Number:** | INS/1:19-cv-00724 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** NORRIS v. 3M COMPANY et al
**Case Number:** INS/1:19-cv-00737
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Taylor v. 3M Company et al
**Case Number:** MOW/4:19-cv-00207
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        POTTER v. 3M COMPANY et al
**Case Number:**      INS/1:19-cv-00618
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Lindstrom et al v. 3M Company et al
**Case Number:** MOW/4:19-cv-00123
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:         BAUM v. 3M COMPANY et al
Case Number:       INS/1:19-cv-00717
Filer:
Document Number: 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Smith v. 3M Company et al
**Case Number:**   MOW/4:19-cv-00206
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg.* (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Nordlof et al v. 3M Company
**Case Number:**   MOW/2:19-cv-04031
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg.* (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-**

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Gessley v. 3M Company et al
**Case Number:**     MOW/4:19-cv-00211
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** BAKER v. 3M COMPANY et al
**Case Number:** INS/1:19-cv-00714
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Wood v. 3M Company |
| **Case Number:** | MOW/6:19-cv-03075 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Doege v. 3M Company
**Case Number:**      MOW/6:19-cv-03078
**Filer:**
**Document Number:** 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        MOSS v. 3M COMPANY et al
**Case Number:**      INS/1:19-cv-00735
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-***

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Boothe v. Aearo Technologies LLC et al
**Case Number:**    MOW/6:19-cv-03092
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Blaylock v. Aearo Technologies LLC et al
Case Number:      MOW/6:19-cv-03044
Filer:
Document Number: 12

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Smith v. Aearo Technologies LLC et al

**Case Number:**   MOW/6:19-cv-03111

**Filer:**

**Document Number:** 7

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Schonfeld v. 3M Company
**Case Number:**    MOW/2:19-cv-04040
**Filer:**
**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Dupuis v. 3M Company
**Case Number:**    MOW/6:19-cv-03085
**Filer:**
**Document Number:** 6

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Baker v. Aearo Technologies LLC et al
**Case Number:**       MOW/6:19-cv-03040
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     BAUMERT v. 3M COMPANY et al
**Case Number:**   INS/1:19-cv-00718
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Wolfe v. Aearo Technologies LLC et al |
| **Case Number:** | MOW/6:19-cv-03042 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      COOPER v. 3M COMPANY et al

**Case Number:**    INS/1:19-cv-01085

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      PENZENIK v. 3M COMPANY et al

**Case Number:**    INS/1:19-cv-01065

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | GOODMAN v. 3M COMPANY et al |
| **Case Number:** | INS/1:19-cv-01061 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Howard v. Aearo Technologies LLC et al
**Case Number:**      MOW/6:19-cv-03038
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          HERRING v. 3M COMPANY et al
Case Number:        INS/1:19-cv-01102
Filer:
Document Number: 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    BAIRD v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-00713
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    LEWIS v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-00988
**Filer:**
**Document Number:** 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Matney v. 3M Company et al
Case Number:      MOW/6:19-cv-03072
Filer:
Document Number: 12

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      BOYD v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-01127
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      NESS v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-01116
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     SCOTT v. 3M COMPANY et al
**Case Number:**     INS/1:19-cv-01122
**Filer:**
**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Gomez v. 3M Company et al
**Case Number:**     MOW/6:19-cv-03062
**Filer:**
**Document Number:** 12

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Edmond v. 3M Company
**Case Number:**      MOW/6:19-cv-03096
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Mann et al v. 3M Company
**Case Number:**    MOW/5:19-cv-06014
**Filer:**
**Document Number:** 13

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        GIESE v. 3M COMPANY et al
Case Number:      INS/1:19-cv-01045
Filer:
Document Number: 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Barker v. 3M Company
**Case Number:**      MOW/6:19-cv-03084
**Filer:**
**Document Number:** 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Mays et al v. 3M Company
**Case Number:**      MOW/2:19-cv-04041
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      BEAM v. 3M COMPANY et al
**Case Number:**      INS/1:19-cv-01073
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      BALANOWSKI v. 3M COMPANY et al
**Case Number:**   INS/1:19-cv-00715
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:           Swift v. Aearo Technologies LLC et al
Case Number:         MOW/6:19-cv-03093
Filer:
Document Number: 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Pennington v. 3M Company
**Case Number:**    MOW/2:19-cv-04032
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      PASCO v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-00738
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Scism v. 3M Company et al
**Case Number:**      MOW/4:19-cv-00202
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Wiley v. 3M Company
**Case Number:** MOW/4:19-cv-00138
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** KISSEL v. 3M COMPANY et al
**Case Number:** INS/1:19-cv-01063
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      FARMER v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-00723
**Filer:**
**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Foster v. 3M Company
**Case Number:**    MOW/6:19-cv-03076
**Filer:**
**Document Number:** 6

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Rice v. 3M Company
**Case Number:**    MOW/4:19-cv-00073
**Filer:**
**Document Number:** 15

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        NAPIER v. 3M COMPANY et al
Case Number:      INS/1:19-cv-00736
Filer:
Document Number: 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      ENGLAND v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-01087
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   ALEXANDER v. 3M COMPANY et al
**Case Number:**   INS/1:19-cv-00706
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   ZIMMERMAN v. 3M COMPANY et al
**Case Number:**   INS/1:19-cv-00742
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Williams v. 3M Company et al
**Case Number:** [MOW/4:19-cv-00208](#)
**Filer:**
**Document Number:** [5](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Glover, et al v. 3M Company
**Case Number:**   MOW/6:19-cv-03067
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** HAMPTON v. 3M COMPANY et al
**Case Number:** INS/1:19-cv-01092
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  HENSLEY v. 3M COMPANY et al
**Case Number:**  INS/1:19-cv-00734
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Harman v. Aearo Technologies LLC et al
**Case Number:**  MOW/6:19-cv-03116
**Filer:**
**Document Number:** 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       HORNBY v. 3M COMPANY et al
**Case Number:**     INS/1:19-cv-01095
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Steele v. Aearo Technologies LLC et al

**Case Number:** MOW/6:19-cv-03041

**Filer:**

**Document Number:** 12

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:            BLAZER v. 3M COMPANY et al
Case Number:          INS/1:19-cv-00720
Filer:
Document Number: 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Winters v. 3M Company

**Case Number:**    MOW/4:19-cv-00120

**Filer:**

**Document Number:** 9

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Johnson v. Aearo Technologies LLC et al

**Case Number:**    MOW/6:19-cv-03039

**Filer:**

**Document Number:** 12

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-*

*cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Graham v. 3M Company et al |
| **Case Number:** | MOW/6:19-cv-03094 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     ANDERSON v. 3M COMPANY et al
**Case Number:**   INS/1:19-cv-00710
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Way v. 3M Company |
| **Case Number:** | MOW/6:19-cv-03098 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**          PETERS v. 3M COMPANY et al
**Case Number:**        INS/1:19-cv-01105
**Filer:**
**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg.* (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**          Anderson v. 3M Company et al
**Case Number:**        MOW/4:19-cv-00210
**Filer:**
**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg.* (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-**

cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)** Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/16/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Anderson v. 3M Company
Case Number:      MOW/6:19-cv-03088
Filer:
Document Number: 5

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in*

*MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      STROBBE v. 3M COMPANY et al
**Case Number:**   INS/1:19-cv-01071
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in*

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | NICHOLSON v. 3M COMPANY et al |
| **Case Number:** | INS/1:19-cv-01115 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    HILLE v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-01123
**Filer:**
**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg.* **(12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    GARY v. 3M COMPANY et al
**Case Number:**    INS/1:19-cv-01064
**Filer:**
**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg.* **(12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-**

cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/16/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       DALZIEL v. 3M COMPANY et al
**Case Number:**     INS/1:19-cv-00722
**Filer:**
**Document Number:** 9

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s) re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in

***MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** WINK v. 3M COMPANY et al
**Case Number:** INS/1:19-cv-01119
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** ***re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in***

*MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       STEWART v. 3M COMPANY et al
**Case Number:**     INS/1:19-cv-00740
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg. (12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Finkle v. 3M Company
**Case Number:**   MOW/4:19-cv-00113
**Filer:**
**Document Number:** 10

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 98 action(s)** *re: pldg.* **(12 in INS/1:19-cv-00618, 7 in INS/1:19-cv-00706, 7 in INS/1:19-cv-00710, 7 in INS/1:19-cv-00713, 7 in INS/1:19-cv-00714, 7 in INS/1:19-cv-00715, 7 in INS/1:19-cv-00717, 7 in INS/1:19-cv-00718, 7 in INS/1:19-cv-00720, 7 in INS/1:19-cv-00722, 7 in INS/1:19-cv-00723, 7 in INS/1:19-cv-00724, 7 in INS/1:19-cv-00726, 7 in INS/1:19-cv-00734, 7 in INS/1:19-cv-00735, 7 in INS/1:19-cv-00736, 7 in INS/1:19-cv-00737, 7 in INS/1:19-cv-00738, 7 in INS/1:19-cv-00739, 7 in INS/1:19-cv-00740, 7 in INS/1:19-cv-00741, 7 in INS/1:19-cv-00742, 4 in INS/1:19-cv-00988, 3 in INS/1:19-cv-01045, 3 in INS/1:19-cv-01054, 3 in INS/1:19-cv-01061, 3 in INS/1:19-cv-01062, 3 in INS/1:19-cv-01063, 3 in INS/1:19-cv-01064, 3 in INS/1:19-cv-01065, 3 in INS/1:19-cv-01071, 3 in INS/1:19-cv-01073, 3 in INS/1:19-cv-01079, 3 in INS/1:19-cv-01085, 3 in INS/1:19-cv-01086, 3 in INS/1:19-cv-01087, 3 in INS/1:19-cv-01091, 3 in INS/1:19-cv-01092, 3 in INS/1:19-cv-01095, 3 in INS/1:19-cv-01102, 3 in INS/1:19-cv-01105, 3 in INS/1:19-cv-01106, 3 in INS/1:19-cv-01115, 3 in INS/1:19-cv-01116, 3 in INS/1:19-cv-01119, 3 in INS/1:19-cv-01122, 3 in INS/1:19-cv-01123, 3 in INS/1:19-cv-01127, [351] in MDL No. 2885, 6 in MOW/2:19-cv-04031, 6 in MOW/2:19-cv-04032, 3 in MOW/2:19-cv-04040, 3 in MOW/2:19-cv-04041, 13 in MOW/4:19-cv-00073, 7 in MOW/4:19-cv-00109, 6 in MOW/4:19-cv-00112, 8 in MOW/4:19-cv-00113, 7 in MOW/4:19-cv-00120, 6 in MOW/4:19-cv-00123, 6 in MOW/4:19-cv-00137, 6 in MOW/4:19-cv-00138, 4 in MOW/4:19-cv-00202, 4 in MOW/4:19-cv-00203, 3 in MOW/4:19-cv-00206, 3 in MOW/4:19-cv-00207, 3 in MOW/4:19-cv-00208, 3 in MOW/4:19-cv-00209, 3 in MOW/4:19-cv-00210, 3 in MOW/4:19-cv-00211, 3 in MOW/4:19-cv-00212, 11 in MOW/5:19-cv-06014, 7 in MOW/5:19-cv-06019, 10 in MOW/6:19-cv-03036, 10 in MOW/6:19-cv-03037, 10 in MOW/6:19-cv-03038, 10 in MOW/6:19-cv-03039, 10 in MOW/6:19-cv-03040, 10 in MOW/6:19-cv-03041, 10 in MOW/6:19-cv-03042, 10 in MOW/6:19-cv-03043, 10 in MOW/6:19-cv-03044, 10 in MOW/6:19-cv-03062, 6 in MOW/6:19-cv-03067, 10 in MOW/6:19-cv-03072, 4 in MOW/6:19-cv-03075, 4 in MOW/6:19-cv-03076, 4 in MOW/6:19-cv-03078, 4 in MOW/6:19-cv-03084, 4 in MOW/6:19-cv-03085, 3 in MOW/6:19-cv-03088, 4 in MOW/6:19-cv-03092, 4 in MOW/6:19-cv-03093, 8 in MOW/6:19-cv-03094, 4 in MOW/6:19-cv-03096, 4 in MOW/6:19-cv-03097, 4 in MOW/6:19-cv-03098, 5 in MOW/6:19-cv-03111, 4 in MOW/6:19-cv-03115, 4 in MOW/6:19-cv-03116)** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/16/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MOW/5:19-cv-06019 Notice has been electronically mailed to:**

Thomas P. Cartmell    tcartmell@wcllp.com, m.goldwasser@wcllp.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

Jeffrey M. Kuntz    jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

Thomas A. Rottinghaus    trottinghaus@wcllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Diane K. Watkins    dwatkins@wcllp.com

Michael T. Crabb    mcrabb@ktk-law.com

John O'Connor    joconnor@wcllp.com

**MOW/5:19-cv-06019 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00109 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/4:19-cv-00109 Notice will not be electronically mailed to:**

**INS/1:19-cv-01091 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01091 Notice will not be electronically mailed to:**

**INS/1:19-cv-01054 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01054 Notice will not be electronically mailed to:**

**INS/1:19-cv-01106 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01106 Notice will not be electronically mailed to:**

**INS/1:19-cv-00739 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00739 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/6:19-cv-03115 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Michael T. Crabb    mcrabb@ktk-law.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

Nicole Berg    ncb@kellerlenkner.com

**MOW/6:19-cv-03115 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**MOW/4:19-cv-00137 Notice has been electronically mailed to:**

Thomas P. Cartmell    tcartmell@wcllp.com, m.goldwasser@wcllp.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

Jeffrey M. Kuntz    jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

Thomas A. Rottinghaus    trottinghaus@wcllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Diane K. Watkins    dwatkins@wcllp.com

Michael T. Crabb    mcrabb@ktk-law.com

John O'Connor    joconnor@wcllp.com

**MOW/4:19-cv-00137 Notice will not be electronically mailed to:**

**INS/1:19-cv-01079 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01079 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03043 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03043 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**MOW/6:19-cv-03036 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03036 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**INS/1:19-cv-01086 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01086 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03097 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/6:19-cv-03097 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00112 Notice has been electronically mailed to:**

Lee Cirsch    lee.cirsch@lanierlawfirm.com, lec@lanierlawfirm.com

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

RICHARD D MEADOW    richard.meadow@lanierlawfirm.com

Rachel Lanier    Rachel.lanier@lanierlawfirm.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**MOW/4:19-cv-00112 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00212 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware    brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr    jeremy@boulware-law.com

**MOW/4:19-cv-00212 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**INS/1:19-cv-00741 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00741 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**INS/1:19-cv-00726 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-00726 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/6:19-cv-03037 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann     tim@frlawkc.com

Ashley C Keller     ack@kellerlenkner.com

Travis D Lenkner     tdl@kellerlenkner.com

**MOW/6:19-cv-03037 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**MOW/4:19-cv-00203 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware     brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr     jeremy@boulware-law.com

**MOW/4:19-cv-00203 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**INS/1:19-cv-01062 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01062 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00209 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware    brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr    jeremy@boulware-law.com

**MOW/4:19-cv-00209 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**INS/1:19-cv-00724 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00724 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**INS/1:19-cv-00737 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00737 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/4:19-cv-00207 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware    brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr    jeremy@boulware-law.com

**MOW/4:19-cv-00207 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**INS/1:19-cv-00618 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00618 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230

Roseville, MN 55113-5603

**MOW/4:19-cv-00123 Notice has been electronically mailed to:**

Richard M Paul, III    rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Ashlea G Schwarz    Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com

Michael T. Crabb    mcrabb@ktk-law.com

Sean Cooper    Sean@PaulLLP.com

**MOW/4:19-cv-00123 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**INS/1:19-cv-00717 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-00717 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/4:19-cv-00206 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware     brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr     jeremy@boulware-law.com

**MOW/4:19-cv-00206 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**MOW/2:19-cv-04031 Notice has been electronically mailed to:**

Lee Cirsch     lee.cirsch@lanierlawfirm.com, lec@lanierlawfirm.com

David Todd Mathews     todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

RICHARD D MEADOW     richard.meadow@lanierlawfirm.com

Rachel Lanier     Rachel.lanier@lanierlawfirm.com

MICHAEL ALLEN AKSELRUD     michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**MOW/2:19-cv-04031 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00211 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware    brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr    jeremy@boulware-law.com

**MOW/4:19-cv-00211 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**INS/1:19-cv-00714 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00714 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/6:19-cv-03075 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,

kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/6:19-cv-03075 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03078 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/6:19-cv-03078 Notice will not be electronically mailed to:**

**INS/1:19-cv-00735 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00735 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/6:19-cv-03092 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03092 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03044 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03044 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**MOW/6:19-cv-03111 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03111 Notice will not be electronically mailed to:**

Aearo Holdings, LLC
3M Center
Building 22011W02
St. Paul, MN 55144-1000

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MOW/2:19-cv-04040 Notice has been electronically mailed to:**

Lee Cirsch    lee.cirsch@lanierlawfirm.com, lec@lanierlawfirm.com

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**MOW/2:19-cv-04040 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03085 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/6:19-cv-03085 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03040 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03040 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**INS/1:19-cv-00718 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00718 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/6:19-cv-03042 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03042 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**INS/1:19-cv-01085 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01085 Notice will not be electronically mailed to:**

**INS/1:19-cv-01065 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01065 Notice will not be electronically mailed to:**

**INS/1:19-cv-01061 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01061 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03038 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03038 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**INS/1:19-cv-01102 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01102 Notice will not be electronically mailed to:**

**INS/1:19-cv-00713 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV     fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford     ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns     tkarns@wagnerreese.com

Erin J Rogiers     erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker     mdrukker@wattsguerra.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-00713 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**INS/1:19-cv-00988 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Gregory L Laker     glaker@cohenandmalad.com

Irwin B. Levin     ilevin@cohenandmalad.com, llowe@cohenandmalad.com

Gabriel Adam Hawkins     ghawkins@cohenandmalad.com

Lynn Antoinette Toops     ltoops@cohenandmalad.com, llowe@cohenandmalad.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jonathan A Knoll     jknoll@cohenandmalad.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

**INS/1:19-cv-00988 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC


Aearo Technologies, LLC
c/o Registered Agent
Corporation Service Company
135 North Pennsylvania Street
Suite 1610
Indianapolis, IN 46204

**MOW/6:19-cv-03072 Notice has been electronically mailed to:**

George A. Hanson     hanson@stuevesiegel.com, cook@stuevesiegel.com, mcclellan@stuevesiegel.com, perez@stuevesiegel.com

Norman E. Siegel     siegel@stuevesiegel.com, perez@stuevesiegel.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Abby McClellan     mcclellan@stuevesiegel.com

Crystal R Cook     cook@stuevesiegel.com

**MOW/6:19-cv-03072 Notice will not be electronically mailed to:**

Aearo Holdings, LLC
3M Center
Building 22011W02
St. Paul, MN 55144-1000

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street

Indianapolis, IN 46268

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**INS/1:19-cv-01127 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01127 Notice will not be electronically mailed to:**

**INS/1:19-cv-01116 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01116 Notice will not be electronically mailed to:**

**INS/1:19-cv-01122 Notice has been electronically mailed to:**

Renee J. Mortimer      Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock      frothrock@shb.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese      jreese@WagnerReese.com

Stephen M Wagner      swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns      tkarns@wagnerreese.com

Scott B. Cockrum      Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux      adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman      alex.pittman@icemiller.com

**INS/1:19-cv-01122 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03062 Notice has been electronically mailed to:**

George A. Hanson      hanson@stuevesiegel.com, cook@stuevesiegel.com, mcclellan@stuevesiegel.com, perez@stuevesiegel.com

Norman E. Siegel      siegel@stuevesiegel.com, perez@stuevesiegel.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Abby McClellan      mcclellan@stuevesiegel.com

**MOW/6:19-cv-03062 Notice will not be electronically mailed to:**

Aearo Holdings LLC
3M Corporate Headquarters
3M Center
Building 22011W02
St. Paul, MN 55144-1000

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MOW/6:19-cv-03096 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/6:19-cv-03096 Notice will not be electronically mailed to:**

**MOW/5:19-cv-06014 Notice has been electronically mailed to:**

Eric D. Holland    eholland@allfela.com, lhenderson@allfela.com, scrompton@allfela.com, tblasa@allfela.com,
theepke@allfela.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Randall Seth Crompton    scrompton@allfela.com, tblasa@allfela.com

Stephen J Torline    storline@ktklattorneys.com, dvandervoort@ktklattorneys.com

Michael T. Crabb    mcrabb@ktk-law.com

**MOW/5:19-cv-06014 Notice will not be electronically mailed to:**

**INS/1:19-cv-01045 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01045 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03084 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/6:19-cv-03084 Notice will not be electronically mailed to:**

**MOW/2:19-cv-04041 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/2:19-cv-04041 Notice will not be electronically mailed to:**

**INS/1:19-cv-01073 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01073 Notice will not be electronically mailed to:**

**INS/1:19-cv-00715 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00715 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/6:19-cv-03093 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03093 Notice will not be electronically mailed to:**

**MOW/2:19-cv-04032 Notice has been electronically mailed to:**

Lee Cirsch    lee.cirsch@lanierlawfirm.com, lec@lanierlawfirm.com

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

RICHARD D MEADOW    richard.meadow@lanierlawfirm.com

Rachel Lanier    Rachel.lanier@lanierlawfirm.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

**MOW/2:19-cv-04032 Notice will not be electronically mailed to:**

**INS/1:19-cv-00738 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00738 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230

Roseville, MN 55113

**MOW/4:19-cv-00202 Notice has been electronically mailed to:**

Frank C. Rothrock      frothrock@shb.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware      brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr      jeremy@boulware-law.com

**MOW/4:19-cv-00202 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**MOW/4:19-cv-00138 Notice has been electronically mailed to:**

Thomas P. Cartmell      tcartmell@wcllp.com, m.goldwasser@wcllp.com

Clayton A Clark      slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com,
twindham@triallawfirm.com

Jeffrey M. Kuntz      jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

Thomas A. Rottinghaus      trottinghaus@wcllp.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Diane K. Watkins      dwatkins@wcllp.com

Michael T. Crabb      mcrabb@ktk-law.com

John O'Connor      joconnor@wcllp.com

**MOW/4:19-cv-00138 Notice will not be electronically mailed to:**

**INS/1:19-cv-01063 Notice has been electronically mailed to:**

Renee J. Mortimer      Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock      frothrock@shb.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01063 Notice will not be electronically mailed to:**

**INS/1:19-cv-00723 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00723 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/6:19-cv-03076 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/6:19-cv-03076 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00073 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com, kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

Michael T. Crabb    mcrabb@ktk-law.com

**MOW/4:19-cv-00073 Notice will not be electronically mailed to:**

**INS/1:19-cv-00736 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00736 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**INS/1:19-cv-01087 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01087 Notice will not be electronically mailed to:**

**INS/1:19-cv-00706 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00706 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**INS/1:19-cv-00742 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00742 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/4:19-cv-00208 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware    brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr    jeremy@boulware-law.com

**MOW/4:19-cv-00208 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**MOW/6:19-cv-03067 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MOW/6:19-cv-03067 Notice will not be electronically mailed to:**

**INS/1:19-cv-01092 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01092 Notice will not be electronically mailed to:**

**INS/1:19-cv-00734 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00734 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/6:19-cv-03116 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Michael T. Crabb    mcrabb@ktk-law.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

Nicole Berg     ncb@kellerlenkner.com

**MOW/6:19-cv-03116 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**INS/1:19-cv-01095 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01095 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03041 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann     tim@frlawkc.com

Ashley C Keller     ack@kellerlenkner.com

Travis D Lenkner     tdl@kellerlenkner.com

**MOW/6:19-cv-03041 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**INS/1:19-cv-00720 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00720 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/4:19-cv-00120 Notice has been electronically mailed to:**

Thomas P. Cartmell    tcartmell@wcllp.com, m.goldwasser@wcllp.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

Jeffrey M. Kuntz    jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

Thomas A. Rottinghaus    trottinghaus@wcllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Diane K. Watkins    dwatkins@wcllp.com

Michael T. Crabb    mcrabb@ktk-law.com

John O'Connor    joconnor@wcllp.com

**MOW/4:19-cv-00120 Notice will not be electronically mailed to:**

**MOW/6:19-cv-03039 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tim J. Riemann    tim@frlawkc.com

Ashley C Keller    ack@kellerlenkner.com

Travis D Lenkner    tdl@kellerlenkner.com

**MOW/6:19-cv-03039 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**MOW/6:19-cv-03094 Notice has been electronically mailed to:**

Raymond C Silverman    rsilverman@yourlawyer.com, cdurant@yourlawyer.com, kalexander@yourlawyer.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Randall Seth Crompton    scrompton@allfela.com, tblasa@allfela.com

Michael T. Crabb    mcrabb@ktk-law.com

**MOW/6:19-cv-03094 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**INS/1:19-cv-00710 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-00710 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/6:19-cv-03098 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Evan D. Buxner    evan@gorijulianlaw.com

**MOW/6:19-cv-03098 Notice will not be electronically mailed to:**

**INS/1:19-cv-01105 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01105 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00210 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware    brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr    jeremy@boulware-law.com

**MOW/4:19-cv-00210 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**MOW/6:19-cv-03088 Notice has been electronically mailed to:**

David Todd Mathews    todd@gorijulianlaw.com, Todd@GoriJulianLaw.com, dtoddatty@yahoo.com,
kmeyer@gorijulianlaw.com, mmyers@gorijulianlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Christiaan A. Marcum    cmarcum@rpwb.com

Evan D. Buxner    evan@gorijulianlaw.com

ELIZABETH MIDDLETON BURKE    bburke@rpwb.com

Aaron R Dias    adias@rpwb.com

Misty Black O'Neal    moneal@rpwb.com

**MOW/6:19-cv-03088 Notice will not be electronically mailed to:**

**INS/1:19-cv-01071 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01071 Notice will not be electronically mailed to:**

**INS/1:19-cv-01115 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01115 Notice will not be electronically mailed to:**

**INS/1:19-cv-01123 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01123 Notice will not be electronically mailed to:**

**INS/1:19-cv-01064 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01064 Notice will not be electronically mailed to:**

**INS/1:19-cv-00722 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns    tkarns@wagnerreese.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker     mdrukker@wattsguerra.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-00722 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**INS/1:19-cv-01119 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01119 Notice will not be electronically mailed to:**

**INS/1:19-cv-00740 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV     fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Shelly Ann Sanford     ssanford@wattsguerra.com, cwilson@wattsguerra.com

Timothy Loren Karns     tkarns@wagnerreese.com

Erin J Rogiers     erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker     mdrukker@wattsguerra.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-00740 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MOW/4:19-cv-00113 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Anne Schiavone     aschiavone@hslawllc.com

Brandon L. Corl     bcorl@hslawllc.com

Michael T. Crabb     mcrabb@ktk-law.com

Wade A Schilling     WSchilling@hslawllc.com

**MOW/4:19-cv-00113 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/16/2019] [FileNumber=904261-0]
[ac3af17563a72611aef0c7619a6c161ef8ba27d4ac0e8ea05b39f249384e3c00850a0
f2b76351bfa58fba8581c32cf419389cc853bbf221b66bfd25300ff9573]]