# *United States District Court*
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                           Date:  April 17, 2019

In Re:  **3M Combat Arms Earplug Products Liability Litigation**

---

**DOCKET ENTRY: Initial Case Management Conference**

Order to follow memorializing matters discussed and deadlines set.

---

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
|  | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
|  | **United States Magistrate Judge** | | | |

---

**APPEARANCES:**

**Attorneys for Plaintiffs:**  Bryan Aylstock (interim lead/liaison counsel) and other counsel present & by phone

**Attorneys for Defendant 3M Co. and Aearo:**  Kimberly Branscome (lead counsel) and other counsel present

**PROCEEDINGS:**

Pre-Conference Meeting: 8:05 am to 9:00 am with Judge Rodgers and lead counsel

9:17 am    Court in Session - Introduction of Judge Jones,  lead counsel and court staff present
9:27        Court addresses agenda items:
- Number of cases and Federal/State coordination; Counsel (Aylstock) responds
- PHV motions pending - Order to follow
- Case to be added to our court's website [www.flnd.uscourts.gov/cases-interest]
- Manual for Complex Litigation as a resource
- Organization of Counsel and Committees; Counsel (Aylstock/Moskowitz) respond
- Direct filing of pleadings, master/short form complaints; Counsel (Branscome/Aylstock) respond
- Multi-plaintiff actions, severance, military participation, Asst. U.S. Attorney presentation, service of process
- Discovery - general/special causation; Counsel (Aylstock/Branscome/Yanchunis) respond
- Scheduling Science Day, Rule 26(f) Conference, Rule 16 Conference and Discovery conferences
- Scheduling future Case Management Conferences, etc.
- Judge Jones addresses the courtroom
- Judge Rodgers will contact military or U.S. Attorney's Office to designate a liaison; Counsel (Branscome/Aylstock) respond
10:42      Court in Recess