**Donna Bajzik**

_____

**From:** FLNDdb_efile MDL
**Sent:** Wednesday, April 17, 2019 7:07 AM
**To:** Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence
**Subject:** FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation
Conditional Transfer Order Finalized

_____

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, April 17, 2019 12:05:34 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer
Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/17/2019 at 8:01 AM EDT and filed on 4/17/2019
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** MDL No. 2885
**Filer:**
**Document Number:** 381

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ([355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 13 in MN/0:19-cv-00308, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-*</span>

*cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Anderson et al v. 3M Company et al

**Case Number:**  MN/0:19-cv-00575

**Filer:**

**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319,*

*16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Wagner v. 3M Company et al

**Case Number:**    MN/0:19-cv-00657

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-*

*cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name: Clay v. 3M Company et al

Case Number: MN/0:19-cv-00610

Filer:

Document Number: 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-***

*cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**          Jones v. 3M Company
**Case Number:**     [MN/0:19-cv-00880](#)
**Filer:**
**Document Number:** [4](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-*

*cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 10 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Thompson v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00641 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-*

*cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Singleton v. 3M Company et al

**Case Number:**    MN/0:19-cv-00806

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-*

cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 9 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Phelan v. 3M Company et al
**Case Number:**      MN/0:19-cv-00629
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL*

No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 6 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 11 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/17/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:** Dalton v. 3M Company et al
**Case Number:** MN/0:19-cv-00550
**Filer:**
**Document Number:** 6

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-***

*cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Boone v. 3M Company et al
**Case Number:**    <u>MN/0:19-cv-00389</u>
**Filer:**
**Document Number:** <u>8</u>

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-*

cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)** Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/17/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Ramirez v. 3M Company et al
Case Number:      MN/0:19-cv-00632
Filer:
Document Number: 5

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-*

*cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Welke v. 3M Company et al

**Case Number:**     MN/0:19-cv-00591

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-*

*cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:    Chavez v. 3M Company et al

Case Number:   MN/0:19-cv-00609

Filer:

Document Number: 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-*

*cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 3 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Duran v. 3M Company
**Case Number:**     MN/0:19-cv-00392
**Filer:**
**Document Number:** 13

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Dean v. 3M Company et al
**Case Number:**      MN/0:19-cv-00318
**Filer:**
**Document Number:** 13

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Richardson v. 3M Company et al
**Case Number:**   MN/0:19-cv-00634
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Vitko v. 3M Company et al
**Case Number:**   MN/0:19-cv-00778
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Blain v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00606 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/17/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Solis v. 3M Company et al
Case Number:      MN/0:19-cv-00638
Filer:
Document Number: 5

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Campbell v. 3M Company et al

**Case Number:**    MN/0:19-cv-00887

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Johnson v. 3M Company et al
**Case Number:**   MN/0:19-cv-00503
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       Riddick v. 3M Company et al
Case Number:     [MN/0:19-cv-00653](MN/0:19-cv-00653)
Filer:
Document Number: [5](5)

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Stupka v. 3M Company

**Case Number:**     MN/0:19-cv-00734

**Filer:**

**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00684, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Nilson v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00680 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Riffe v. 3M Company et al |
| **Case Number:** | [MN/0:19-cv-00531](MN/0:19-cv-00531) |
| **Filer:** | |
| **Document Number:** | [6](6) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/17/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Wentzel v. 3M Company et al
Case Number:      MN/0:19-cv-00519
Filer:
Document Number: 6

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Divins v. 3M Company |
| **Case Number:** | MN/0:19-cv-00753 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Smith v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00681 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Moore v. 3M Company et al

**Case Number:**      MN/0:19-cv-00625

**Filer:**

**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Detlefsen v. 3M Company et al
**Case Number:**  MN/0:19-cv-00613
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Roman v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00310 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Keating v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00620 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Daugherty v. 3M Company
**Case Number:**    MN/0:19-cv-00694
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Souther v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00640 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Penny v. 3M Company et al

**Case Number:**    MN/0:19-cv-00322

**Filer:**

**Document Number:** 10

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Hagood v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00616 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Clark v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00308 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       Syverson v. 3M Company et al
Case Number:     MN/0:19-cv-00777
Filer:
Document Number: 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Wilkins v. 3M Company |
| **Case Number:** | MN/0:19-cv-00738 |
| **Filer:** | |
| **Document Number:** | 6 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Woodruff v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00646 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Pate v. 3M Company et al
**Case Number:**    MN/0:19-cv-00793
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Seman v. 3M Company |
| **Case Number:** | MN/0:19-cv-00754 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:   Adame et al v. 3M Company et al

Case Number:   MN/0:19-cv-00725

Filer:

Document Number: 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       Aribuabo et al v. 3M Company et al
Case Number:    MN/0:19-cv-00475
Filer:
Document Number: 8

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Uecker v. 3M Company et al
**Case Number:** MN/0:19-cv-00588
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885*, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-**

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Blanton v. 3M Company et al
Case Number:    [MN/0:19-cv-00801](MN/0:19-cv-00801)
Filer:
Document Number: [5](5)

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Temple v. 3M Company et al
**Case Number:**    MN/0:19-cv-00331
**Filer:**
**Document Number:** 13

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Smith v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00664 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Gore v. 3M Company et al

**Case Number:**      MN/0:19-cv-00473

**Filer:**

**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:     Blagburn v. 3M Company et al

Case Number:   MN/0:19-cv-00316

Filer:

Document Number: 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Haynes v. 3M Company
**Case Number:**      MN/0:19-cv-00861
**Filer:**
**Document Number:** 4

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Chmielewski v. 3M Company et al
**Case Number:**    MN/0:19-cv-00508
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   McNair v. 3M Company
**Case Number:**   MN/0:19-cv-00755
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Elmore v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00767 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Sibley v. 3M Company et al
**Case Number:**    MN/0:19-cv-00635
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Delozier v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00551 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Santos v. 3M Company et al
**Case Number:**   MN/0:19-cv-00324
**Filer:**
**Document Number:** 15

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Crum v. 3M Company et al
Case Number:     MN/0:19-cv-00549
Filer:
Document Number: 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Flores v. 3M Company
**Case Number:**     MN/0:19-cv-00688
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Brooks v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00608 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Baker v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00521 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:      Pacheco v. 3M Company et al

Case Number:    MN/0:19-cv-00628

Filer:

Document Number: 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

## Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:** Geertz v. 3M Company et al
**Case Number:** MN/0:19-cv-00599
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Vaughn v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00404 |
| **Filer:** | |
| **Document Number:** | 11 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Denman v. 3M Company et al
**Case Number:**    MN/0:19-cv-00921
**Filer:**
**Document Number:** 4

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Carter v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00523 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Aguilar v. 3M Company et al
**Case Number:**    MN/0:19-cv-00468
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-***

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Bejarano v. 3M Company et al
**Case Number:**    MN/0:19-cv-00330
**Filer:**
**Document Number:** 18

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Becker v. 3M Company et al
**Case Number:**    MN/0:19-cv-00791
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Briseno v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00648 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Keck v. 3M Company et al
**Case Number:**   MN/0:19-cv-00621
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Gales v. 3M Company |
| **Case Number:** | MN/0:19-cv-00524 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Tymczyszyn v. 3M Company

**Case Number:**   MN/0:19-cv-00792

**Filer:**

**Document Number:** 6

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Brackely v. 3M Company et al
Case Number:      MN/0:19-cv-00317
Filer:
Document Number: 15

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Davis v. 3M Company et al
**Case Number:**    MN/0:19-cv-00612
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Brown v. 3M Company |
| **Case Number:** | MN/0:19-cv-00850 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Krumviede v. 3M Company et al

**Case Number:**   MN/0:19-cv-00600

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Schiller v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00579 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Walker v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00785 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Green v. 3M Company

Case Number:      MN/0:19-cv-00699

Filer:

Document Number: 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Brehm v. 3M Company et al
**Case Number:**    MN/0:19-cv-00675
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Amaro et al v. 3M Company |
| **Case Number:** | MN/0:19-cv-00913 |
| **Filer:** | |
| **Document Number:** | 4 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Olson v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00775 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Miller v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00624 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Weaver v. 3M Company |
| **Case Number:** | MN/0:19-cv-00334 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Roberts v. 3M Company
**Case Number:**   MN/0:19-cv-00752
**Filer:**
**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Butters v. 3M Company et al
**Case Number:**    MN/0:19-cv-00649
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Garner v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00333 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Martinez v. 3M Company et al
**Case Number:**      MN/0:19-cv-00298
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Slocum v. 3M Company |
| **Case Number:** | MN/0:19-cv-00756 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Poag v. 3M Company

**Case Number:**     MN/0:19-cv-00718

**Filer:**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Busby v. 3M Company
**Case Number:** MN/0:19-cv-00697
**Filer:**
**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Andis et al v. 3M Company et al
**Case Number:**    MN/0:19-cv-00589
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | LaVoi v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00542 |
| **Filer:** | |
| **Document Number:** | 6 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Lyle v. 3M Company et al
**Case Number:**   MN/0:19-cv-00493
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Holder v. 3M Company et al |
| **Case Number:** | MOW/4:19-cv-00247 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Williams v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00645 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Futerman v. 3M Company |
| **Case Number:** | MN/0:19-cv-00236 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Hamilton v. 3M Company et al
**Case Number:**    MN/0:19-cv-00617
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Pender v. 3M Company
**Case Number:**    MN/0:19-cv-00671
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Neumiller v. 3M Company et al
**Case Number:**    MN/0:19-cv-00773
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Whitfield v. 3M Company et al
**Case Number:**     MN/0:19-cv-00644
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Mora v. 3M Company et al

**Case Number:**   <u>MN/0:19-cv-00627</u>

**Filer:**

**Document Number:** <u>5</u>

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Smith v. 3M Company et al

**Case Number:**     MN/0:19-cv-00636

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Nichols v. 3M Company
**Case Number:**  MN/0:19-cv-00757
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/17/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| Case Name: | Hunt v. 3M Company et al |
| Case Number: | MN/0:19-cv-00552 |
| Filer: | |
| Document Number: | 6 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Hyde v. 3M Company et al
**Case Number:**    MN/0:19-cv-00319
**Filer:**
**Document Number:** 15

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Abbott et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-00663
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Travist v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00804 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Garza v. 3M Company et al

**Case Number:**     MN/0:19-cv-00651

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Sorrell v. 3M Company et al
**Case Number:**   MN/0:19-cv-00639
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Deuel v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00614 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Yount v. 3M Company et al
**Case Number:**    MN/0:19-cv-00787
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Cannon v. 3M Company |
| **Case Number:** | MN/0:19-cv-00751 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Luevanos v. 3M Company et al

**Case Number:**   MN/0:19-cv-00320

**Filer:**

**Document Number:** 18

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Acosta et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00714 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

## Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**       Blakesley v. 3M Company et al

**Case Number:**     MN/0:19-cv-00597

**Filer:**

**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:         Chidley v. 3M Company
Case Number:       MN/0:19-cv-00730
Filer:
Document Number: 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Ter Laan v. 3M Company et al

**Case Number:**   MN/0:19-cv-00782

**Filer:**

**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Corwin v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00611 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Phelps v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00630 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Martin v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00520 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Bice v. 3M Company et al
**Case Number:**    MN/0:19-cv-00647
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Fishburn v. 3M Company |
| **Case Number:** | MN/0:19-cv-00214 |
| **Filer:** | |
| **Document Number:** | 15 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Goodfellow v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00652 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Sproat v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00781 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Mujica v. 3M Company |
| **Case Number:** | MN/0:19-cv-00762 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Zavala v. 3M Company

**Case Number:**      TXN/3:19-cv-00760

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Lahay v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00803 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Zieman v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00683 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Barker v. 3M Company et al
**Case Number:**      MN/0:19-cv-00604
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Alezaireg v. 3M Company |
| **Case Number:** | MN/0:19-cv-00693 |
| **Filer:** | |
| **Document Number:** | 6 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 13 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Neal v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00321 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Rosario v. 3M Company |
| **Case Number:** | MN/0:19-cv-00569 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Thomas v. 3M Company et al
**Case Number:**    MN/0:19-cv-00783
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dran, Sr. v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00658 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Knicely v. 3M Company
**Case Number:**  MN/0:19-cv-00732
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-***

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Ward v. 3M Company et al
**Case Number:**   MN/0:19-cv-00786
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Brock v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00607 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:      Girard v. 3M Company et al
Case Number:    MN/0:19-cv-00592
Filer:
Document Number: 5

Docket Text:

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/17/2019.

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Santiago v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00654 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Gilbert v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00615 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Richardson v. 3M Company et al

**Case Number:**    MN/0:19-cv-00633

**Filer:**

**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Waters v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00642 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Gossar v. 3M Company
**Case Number:**     MN/0:19-cv-00228
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:      Cerula v. 3M Company et al
Case Number:    MN/0:19-cv-00433
Filer:
Document Number: 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Mauldin v. 3M Company et al
**Case Number:**    MN/0:19-cv-00623
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       Smoot v. 3M Company et al
Case Number:     MN/0:19-cv-00637
Filer:
Document Number: 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Crawford v. 3M Company et al

**Case Number:**    MN/0:19-cv-00678

**Filer:**

**Document Number:** 5

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-***

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ramirez v. 3M Company |
| **Case Number:** | MN/0:19-cv-00737 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Bettes v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00800 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**


**Associated Cases: MDL No. 2885 et al. (TLL)**


**Case Name:**   Smeltzer v. 3M Company
**Case Number:**   MN/0:19-cv-00758
**Filer:**
**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Rodriguez v. 3M Company et al
**Case Number:**     MN/0:19-cv-00323
**Filer:**
**Document Number:** 10

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Jorgensen v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00619 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Anady v. 3M Company et al
**Case Number:**    MN/0:19-cv-00548
**Filer:**
**Document Number:** 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Pritt v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00631 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Webb v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00643 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Archdekin v. 3M Company et al
Case Number:      MN/0:19-cv-00790
Filer:
Document Number: 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 3 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

## Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**      Eidem et al v. 3M Company et al
**Case Number:**    MN/0:19-cv-00937
**Filer:**
**Document Number:** 4

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Moore v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00626 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Ascanio v. 3M Company et al
**Case Number:**   MN/0:19-cv-00246
**Filer:**
**Document Number:** 12

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Frazier v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00332 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 4 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Bartling v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00766 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Gould et al v. 3M Company

**Case Number:**     MN/0:19-cv-00784

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Cruz v. 3M Company
**Case Number:**   MN/0:19-cv-00736
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Smalls v. 3M Company |
| **Case Number:** | MN/0:19-cv-00700 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Coleman v. 3M Company et al
**Case Number:** [MN/0:19-cv-00802](MN/0:19-cv-00802)
**Filer:**
**Document Number:** [5](5)

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Stensland v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00776 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Quigley v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00805 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Rios v. 3M Company

**Case Number:**      MN/0:19-cv-00695

**Filer:**

**Document Number:** 6

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 3 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Joiner et al v. 3M Company et al

**Case Number:**   MN/0:19-cv-00949

**Filer:**

**Document Number:** 4

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s) *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-***

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Baumbach v. 3M Company et al
**Case Number:**   MN/0:19-cv-00605
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Michel v. 3M Company et al
**Case Number:**    MN/0:19-cv-00662
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Sigler v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00577 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Byron et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00595 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Sparks v. 3M Company et al

**Case Number:**    MN/0:19-cv-00682

**Filer:**

**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Stevenson v. 3M Company et al
**Case Number:**    MN/0:19-cv-00655
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-*

*cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Turner v. 3M Company |
| **Case Number:** | MN/0:19-cv-00726 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-*

*cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Lewis v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00601 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-*

*cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00516 |
| **Filer:** | |
| **Document Number:** | 6 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-*

*cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 13 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Koceja v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00622 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-*

*00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      James v. 3M Company et al
**Case Number:**    MN/0:19-cv-00618
**Filer:**
**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-3) - 181 action(s)** *re: pldg. ( [355] in MDL No. 2885, 13 in MN/0:19-cv-00214, 6 in MN/0:19-cv-00228, 10 in MN/0:19-cv-00236, 10 in MN/0:19-cv-00246, 12 in MN/0:19-cv-00298, 12 in MN/0:19-cv-00308, 13 in MN/0:19-cv-00310, 12 in MN/0:19-cv-00316, 13 in MN/0:19-cv-00317, 11 in MN/0:19-cv-00318, 13 in MN/0:19-cv-00319, 16 in MN/0:19-cv-00320, 7 in MN/0:19-cv-00321, 8 in MN/0:19-cv-00322, 8 in MN/0:19-cv-00323, 13 in MN/0:19-cv-00324, 16 in MN/0:19-cv-00330, 11 in MN/0:19-cv-00331, 12 in MN/0:19-cv-00332, 12 in MN/0:19-cv-00333, 10 in MN/0:19-cv-00334, 6 in MN/0:19-cv-00389, 11 in MN/0:19-cv-00392, 9 in MN/0:19-cv-00404, 3 in MN/0:19-cv-00433, 6 in MN/0:19-cv-00468, 3 in MN/0:19-cv-00473, 6 in MN/0:19-cv-00475, 3 in MN/0:19-cv-00493, 3 in MN/0:19-cv-00503, 3 in MN/0:19-cv-00508, 4 in MN/0:19-cv-00516, 4 in MN/0:19-cv-00519, 4 in MN/0:19-cv-00520, 4 in MN/0:19-cv-00521, 3 in MN/0:19-cv-00523, 4 in MN/0:19-cv-00524, 4 in MN/0:19-cv-00531, 4 in MN/0:19-cv-00542, 4 in MN/0:19-cv-00548, 4 in MN/0:19-cv-00549, 4 in MN/0:19-cv-00550, 4 in MN/0:19-cv-00551, 4 in MN/0:19-cv-00552, 4 in MN/0:19-cv-00569, 3 in MN/0:19-cv-00575, 3 in MN/0:19-cv-00577, 3 in MN/0:19-cv-00579, 3 in MN/0:19-cv-00588, 3 in MN/0:19-cv-00589, 3 in MN/0:19-cv-00591, 3 in MN/0:19-cv-00592, 3 in MN/0:19-cv-00595, 3 in MN/0:19-cv-00597, 3 in MN/0:19-cv-00599, 3 in MN/0:19-cv-00600, 3 in MN/0:19-cv-00601, 3 in MN/0:19-cv-00604, 3 in MN/0:19-cv-00605, 3 in MN/0:19-cv-00606, 3 in MN/0:19-cv-00607, 3 in MN/0:19-cv-00608, 3 in MN/0:19-cv-00609, 3 in MN/0:19-cv-00610, 3 in MN/0:19-cv-00611, 3 in MN/0:19-cv-00612, 3 in MN/0:19-cv-00613, 3 in MN/0:19-cv-00614, 3 in MN/0:19-cv-00615, 3 in MN/0:19-cv-00616, 3 in MN/0:19-cv-00617, 3 in MN/0:19-cv-00618, 3 in MN/0:19-cv-00619, 3 in MN/0:19-cv-00620, 3 in MN/0:19-cv-00621, 3 in MN/0:19-cv-00622, 3 in MN/0:19-cv-00623, 3 in MN/0:19-cv-00624, 3 in MN/0:19-cv-00625, 3 in MN/0:19-cv-00626, 3 in MN/0:19-cv-00627, 3 in MN/0:19-cv-00628, 3 in MN/0:19-cv-00629, 3 in MN/0:19-cv-00630, 3 in MN/0:19-cv-00631, 3 in MN/0:19-cv-00632, 3 in MN/0:19-cv-00633, 3 in MN/0:19-cv-00634, 3 in MN/0:19-cv-00635, 3 in MN/0:19-cv-00636, 3 in MN/0:19-cv-00637, 3 in MN/0:19-cv-00638, 3 in MN/0:19-cv-00639, 3 in MN/0:19-cv-00640, 3 in MN/0:19-cv-00641, 3 in MN/0:19-cv-00642, 3 in MN/0:19-cv-00643, 3 in MN/0:19-cv-00644, 3 in MN/0:19-cv-00645, 3 in MN/0:19-cv-00646, 3 in MN/0:19-cv-00647, 3 in MN/0:19-cv-00648, 3 in MN/0:19-cv-00649, 3 in MN/0:19-cv-00651, 3 in MN/0:19-cv-00652, 3 in MN/0:19-cv-00653, 3 in MN/0:19-cv-00654, 3 in MN/0:19-cv-00655, 3 in MN/0:19-cv-00657, 3 in MN/0:19-cv-00658, 3 in MN/0:19-cv-00662, 3 in MN/0:19-cv-00663, 3 in MN/0:19-cv-00664, 3 in MN/0:19-cv-00671, 3 in MN/0:19-cv-00675, 3 in MN/0:19-cv-00678, 3 in MN/0:19-cv-00680, 3 in MN/0:19-cv-00681, 3 in MN/0:19-cv-00682, 3 in MN/0:19-cv-00683, 3 in MN/0:19-cv-00688, 4 in MN/0:19-cv-00693, 3 in MN/0:19-cv-00694, 4 in MN/0:19-cv-00695, 3 in MN/0:19-cv-00697, 3 in MN/0:19-cv-00699, 3 in MN/0:19-cv-00700, 3 in MN/0:19-cv-00714, 6 in MN/0:19-cv-00718, 3 in MN/0:19-cv-00725, 5 in MN/0:19-cv-00726, 3 in MN/0:19-cv-00730, 3 in MN/0:19-cv-00732, 3 in MN/0:19-cv-00734, 3 in MN/0:19-cv-00736, 3 in MN/0:19-cv-00737, 4 in MN/0:19-cv-00738, 3 in MN/0:19-cv-00751, 3 in MN/0:19-cv-00752, 3 in MN/0:19-cv-00753, 3 in MN/0:19-cv-00754, 3 in MN/0:19-cv-00755, 3 in MN/0:19-cv-00756, 3 in MN/0:19-cv-00757, 3 in MN/0:19-cv-00758, 3 in MN/0:19-cv-00762, 3 in MN/0:19-cv-00766, 3 in MN/0:19-cv-00767, 3 in MN/0:19-cv-00773, 3 in MN/0:19-cv-00775, 3 in MN/0:19-cv-00776, 3 in MN/0:19-cv-00777, 3 in MN/0:19-cv-00778, 3 in MN/0:19-cv-00781, 3 in MN/0:19-cv-00782, 3 in MN/0:19-cv-00783, 3 in MN/0:19-cv-00784, 3 in MN/0:19-cv-00785, 3 in MN/0:19-cv-00786, 3 in MN/0:19-cv-00787, 3 in MN/0:19-cv-00790, 3 in MN/0:19-cv-00791, 4 in MN/0:19-cv-00792, 3 in MN/0:19-cv-00793, 3 in MN/0:19-cv-00800, 3 in MN/0:19-cv-00801, 3 in MN/0:19-cv-00802, 3 in MN/0:19-cv-00803, 3 in MN/0:19-cv-00804, 3 in MN/0:19-cv-00805, 3 in MN/0:19-cv-00806, 2 in MN/0:19-cv-00850, 2 in MN/0:19-cv-00861, 2 in MN/0:19-cv-00880, 2 in MN/0:19-cv-00887, 1 in MN/0:19-cv-00913, 1 in MN/0:19-cv-00921, 1 in MN/0:19-cv-00937, 1 in MN/0:19-cv-00949, 1 in MOW/4:19-cv-00247, 1 in TXN/3:19-cv-00760)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/17/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-00575 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Richard M Paul, III     rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

Sean Cooper     Sean@PaulLLP.com, cooper@stuevesiegel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00575 Notice will not be electronically mailed to:**

**MN/0:19-cv-00657 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00657 Notice will not be electronically mailed to:**

**MN/0:19-cv-00610 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00610 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00880 Notice has been electronically mailed to:**

Edward A Wallace     eaw@wexlerwallace.com, ecf@wexlerwallace.com

Amanda M Williams     awilliams@gustafsongluek.com

Karla M. Gluek     kgluek@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Eric S Taubel     etaubel@gustafsongluek.com

Michelle Perkovic     mp@wexlerwallace.com

**MN/0:19-cv-00880 Notice will not be electronically mailed to:**

**MN/0:19-cv-00641 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00641 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00806 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00806 Notice will not be electronically mailed to:**

**MN/0:19-cv-00629 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00629 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00550 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00550 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00389 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brent S Schafer     bschafer@schaferlawfirm.com

**MN/0:19-cv-00389 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00632 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00632 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00591 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00591 Notice will not be electronically mailed to:**

**MN/0:19-cv-00609 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00609 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40

St. Paul, MN 55144-1000

**MN/0:19-cv-00392 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Edward A Wallace    eaw@wexlerwallace.com, ecf@wexlerwallace.com

Amanda M Williams    awilliams@gustafsongluek.com

Karla M. Gluek    kgluek@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Eric S Taubel    etaubel@gustafsongluek.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Michelle Perkovic    mp@wexlerwallace.com

**MN/0:19-cv-00392 Notice will not be electronically mailed to:**

**MN/0:19-cv-00318 Notice has been electronically mailed to:**

Sean Patrick Tracey    stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00318 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00634 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00634 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00778 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00778 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00606 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00606 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00638 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00638 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00887 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-00887 Notice will not be electronically mailed to:**

Lindon Campbell
2836 Coral Springs Drive
Coral Springs, FL 33065

**MN/0:19-cv-00503 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00503 Notice will not be electronically mailed to:**

**MN/0:19-cv-00653 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00653 Notice will not be electronically mailed to:**

**MN/0:19-cv-00734 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

**MN/0:19-cv-00734 Notice will not be electronically mailed to:**

**MN/0:19-cv-00680 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00680 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00531 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00531 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00519 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00519 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00753 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Yvonne M Flaherty     ymflaherty@locklaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

**MN/0:19-cv-00753 Notice will not be electronically mailed to:**

**MN/0:19-cv-00681 Notice has been electronically mailed to:**

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

**MN/0:19-cv-00681 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00625 Notice has been electronically mailed to:**

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W Hulse      bhulse@blackwellburke.com

Matthew James Barber      mbarber@schwebel.com

**MN/0:19-cv-00625 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00613 Notice has been electronically mailed to:**

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W Hulse      bhulse@blackwellburke.com

Matthew James Barber      mbarber@schwebel.com

**MN/0:19-cv-00613 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00310 Notice has been electronically mailed to:**

Mikal C Watts      mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell      blackwell@blackwellburke.com

Francisco Guerra, IV      fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr      lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

**MN/0:19-cv-00310 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00620 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00620 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00694 Notice has been electronically mailed to:**

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00694 Notice will not be electronically mailed to:**

**MN/0:19-cv-00640 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00640 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00322 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell     blackwell@blackwellburke.com

Francisco Guerra, IV     fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Shelly Ann Sanford     ssanford@wattsguerra.com, cwilson@wattsguerra.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Erin J Rogiers     erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker     mdrukker@wattsguerra.com

**MN/0:19-cv-00322 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MN/0:19-cv-00616 Notice has been electronically mailed to:**

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Benjamin W Hulse      bhulse@blackwellburke.com

Matthew James Barber      mbarber@schwebel.com

**MN/0:19-cv-00616 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00308 Notice has been electronically mailed to:**

Mikal C Watts      mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell      blackwell@blackwellburke.com

Francisco Guerra, IV      fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr      lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian      adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall      cmarshall@bassford.com

Monica Lynn Davies      mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse      bhulse@blackwellburke.com

Erin J Rogiers      erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Brittany B Skemp      bskemp@bassford.com

**MN/0:19-cv-00308 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MN/0:19-cv-00777 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00777 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00738 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00738 Notice will not be electronically mailed to:**

**MN/0:19-cv-00646 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00646 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00793 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00793 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00754 Notice has been electronically mailed to:**

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00754 Notice will not be electronically mailed to:**

**MN/0:19-cv-00725 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00725 Notice will not be electronically mailed to:**

**MN/0:19-cv-00475 Notice has been electronically mailed to:**

Richard M Paul, III    rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Ashlea Schwartz    ashlea@paulllp.com

Matthew James Barber    mbarber@schwebel.com

Sean Cooper    Sean@PaulLLP.com

**MN/0:19-cv-00475 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00588 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00588 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00801 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00801 Notice will not be electronically mailed to:**

Aearo Technologies, LLC

3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00331 Notice has been electronically mailed to:**

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

**MN/0:19-cv-00331 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00664 Notice has been electronically mailed to:**

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

**MN/0:19-cv-00664 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00473 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Richard M Paul, III    rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Ashlea G Schwarz    Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

Sean Cooper    Sean@PaulLLP.com, cooper@stuevesiegel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00473 Notice will not be electronically mailed to:**

**MN/0:19-cv-00316 Notice has been electronically mailed to:**

Sean Patrick Tracey    stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00316 Notice will not be electronically mailed to:**

Aearo Technologies, LLC

3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00861 Notice has been electronically mailed to:**

Genevieve M Zimmerman    gzimmerman@meshbesher.com, hsternquist@meshbesher.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

Michael A. Sacchet    mas@ciresiconlin.com

Kyle W Farrar    kyle@fbtrial.com

**MN/0:19-cv-00861 Notice will not be electronically mailed to:**

**MN/0:19-cv-00508 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00508 Notice will not be electronically mailed to:**

**MN/0:19-cv-00755 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00755 Notice will not be electronically mailed to:**

**MN/0:19-cv-00767 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00767 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00635 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00635 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00551 Notice has been electronically mailed to:**

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

**MN/0:19-cv-00551 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00324 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

**MN/0:19-cv-00324 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00549 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00549 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00688 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Amanda M Williams    awilliams@gustafsongluek.com

Karla M. Gluek    kgluek@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Eric S Taubel    etaubel@gustafsongluek.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

**MN/0:19-cv-00688 Notice will not be electronically mailed to:**

**MN/0:19-cv-00608 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00608 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00521 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00521 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00628 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00628 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00599 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00599 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00404 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Kori Westbrook     kwestbrook@johnsonlawgroup.com, dlizik@johnsonlawgroup.com

Nick H. Johnson     njohnson@johnsonlawgroup.com

**MN/0:19-cv-00404 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

**MN/0:19-cv-00921 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00921 Notice will not be electronically mailed to:**

**MN/0:19-cv-00523 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Jerry W Blackwell     blackwell@blackwellburke.com

Francisco Guerra, IV     fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Shawn P Fox     sfox@traceylawfirm.com, dolivo@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Clinton James Casperson     ccasperson@traceylawfirm.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Erin J Rogiers     erogiers@wattsguerra.com, rcarmony@wattsguerra.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00523 Notice will not be electronically mailed to:**

**MN/0:19-cv-00468 Notice has been electronically mailed to:**

Richard M Paul, III     rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea Schwartz     ashlea@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

Sean Cooper     Sean@PaulLLP.com

**MN/0:19-cv-00468 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00330 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

**MN/0:19-cv-00330 Notice will not be electronically mailed to:**

3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MN/0:19-cv-00791 Notice has been electronically mailed to:**

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

**MN/0:19-cv-00791 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00648 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00648 Notice will not be electronically mailed to:**

**MN/0:19-cv-00621 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00621 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00524 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Amanda M Williams    awilliams@gustafsongluek.com

Patrick J Howard    phoward@smbb.com, bhartman@smbb.com

Karla M. Gluek    kgluek@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Zimmerman    rzimmerman@smbb.com

Eric S Taubel    etaubel@gustafsongluek.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00524 Notice will not be electronically mailed to:**

**MN/0:19-cv-00792 Notice has been electronically mailed to:**

Mark Adam Griffin    mgriffin@kellerrohrback.com, bspangler@kellerrohrback.com, darla-marshall-7766@ecf.pacerpro.com, dmarshall@kellerrohrback.com, mark-griffin-2010@ecf.pacerpro.com

Jerry W Blackwell    blackwell@blackwellburke.com

Mark D Samson    msamson@kellerrohrback.com, dheller@kellerrohrback.com, kkendrick@kellerrohrback.com

John Gordon Rudd, Jr    gordon.rudd@zimmreed.com, Gordon.Rudd@zimmreed.com, heidi.cuppy@zimmreed.com, jgr@zimmreed.com

Jason P Johnston    Jason.Johnston@zimmreed.com, Jennifer.Galzki@zimmreed.com, Tina.Olson@zimmreed.com, jason.johnston@zimmreed.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Maxwell H Goins    mgoins@kellerrohrback.com, dmarshall@kellerrohrback.com

Alia M. Abdi    alia.abdi@zimmreed.com

**MN/0:19-cv-00792 Notice will not be electronically mailed to:**

**MN/0:19-cv-00317 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

**MN/0:19-cv-00317 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00612 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00612 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00850 Notice has been electronically mailed to:**

Amanda M Williams    awilliams@gustafsongluek.com

Karla M. Gluek    kgluek@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Eric S Taubel    etaubel@gustafsongluek.com

**MN/0:19-cv-00850 Notice will not be electronically mailed to:**

**MN/0:19-cv-00600 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Rodrigo R. de Llano, Jr    rod@dandell.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

Paul Danziger    paul@dandell.com

**MN/0:19-cv-00600 Notice will not be electronically mailed to:**

**MN/0:19-cv-00579 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00579 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00785 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00785 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00699 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Yvonne M Flaherty     ymflaherty@locklaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

**MN/0:19-cv-00699 Notice will not be electronically mailed to:**

**MN/0:19-cv-00675 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00675 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00913 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-00913 Notice will not be electronically mailed to:**

**MN/0:19-cv-00775 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00775 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00624 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00624 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00334 Notice has been electronically mailed to:**

Dianne M. Nast    dnast@nastlaw.com

Jerry W Blackwell    blackwell@blackwellburke.com

Amanda M Williams    awilliams@gustafsongluek.com

Karla M. Gluek    kgluek@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

DANIEL N GALLUCCI    dgallucci@nastlaw.com

Eric S Taubel    etaubel@gustafsongluek.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Michael Tarringer    mtarringer@nastlaw.com, mtarringer@gmail.com

**MN/0:19-cv-00334 Notice will not be electronically mailed to:**

**MN/0:19-cv-00752 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00752 Notice will not be electronically mailed to:**

**MN/0:19-cv-00649 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben   wsieben@schwebel.com

Alicia N Sieben   asieben@schwebel.com

Benjamin W Hulse   bhulse@blackwellburke.com

Matthew James Barber   mbarber@schwebel.com

S Jamal Faleel   jfaleel@blackwellburke.com

Faris Rashid   frashid@greeneespel.com

**MN/0:19-cv-00649 Notice will not be electronically mailed to:**

**MN/0:19-cv-00333 Notice has been electronically mailed to:**

Sean Patrick Tracey   stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Jerry W Blackwell   blackwell@blackwellburke.com

Lewis A. Remele, Jr   lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome   kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian   adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall   cmarshall@bassford.com

Monica Lynn Davies   mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse   bhulse@blackwellburke.com

**MN/0:19-cv-00333 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00298 Notice has been electronically mailed to:**

Mikal C Watts   mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell   blackwell@blackwellburke.com

Francisco Guerra, IV   fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr   lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome   kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

**MN/0:19-cv-00298 Notice will not be electronically mailed to:**

Aearo Techonologies LLC
Corporation Service Co
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00756 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00756 Notice will not be electronically mailed to:**

**MN/0:19-cv-00718 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

John Gordon Rudd, Jr    gordon.rudd@zimmreed.com, Gordon.Rudd@zimmreed.com, heidi.cuppy@zimmreed.com,
jgr@zimmreed.com

Jason P Johnston    Jason.Johnston@zimmreed.com, Jennifer.Galzki@zimmreed.com, Tina.Olson@zimmreed.com,
jason.johnston@zimmreed.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michael P McGartland    mike@mcgartland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Alia M. Abdi    alia.abdi@zimmreed.com

**MN/0:19-cv-00718 Notice will not be electronically mailed to:**

**MN/0:19-cv-00697 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00697 Notice will not be electronically mailed to:**

**MN/0:19-cv-00589 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00589 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00542 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00542 Notice will not be electronically mailed to:**

**MN/0:19-cv-00493 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michele R. Fisher     fisher@nka.com, crued@nka.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00493 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00247 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware     brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

**MOW/4:19-cv-00247 Notice will not be electronically mailed to:**

**MN/0:19-cv-00645 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00645 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00236 Notice has been electronically mailed to:**

Charles S Zimmerman    charles.zimmerman@zimmreed.com, Tina.Olson@zimmreed.com,
leslie.harms@zimmreed.com

Mark Adam Griffin    mgriffin@kellerrohrback.com, bspangler@kellerrohrback.com, darla-marshall-
7766@ecf.pacerpro.com, dmarshall@kellerrohrback.com, mark-griffin-2010@ecf.pacerpro.com

Jerry W Blackwell    blackwell@blackwellburke.com

Mark D Samson    msamson@kellerrohrback.com, dheller@kellerrohrback.com, kkendrick@kellerrohrback.com

John Gordon Rudd, Jr    gordon.rudd@zimmreed.com, Gordon.Rudd@zimmreed.com, heidi.cuppy@zimmreed.com,
jgr@zimmreed.com

Jason P Johnston    Jason.Johnston@zimmreed.com, Jennifer.Galzki@zimmreed.com, Tina.Olson@zimmreed.com,
jason.johnston@zimmreed.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Maxwell H Goins    mgoins@kellerrohrback.com, dmarshall@kellerrohrback.com

Alia M. Abdi    alia.abdi@zimmreed.com

**MN/0:19-cv-00236 Notice will not be electronically mailed to:**

**MN/0:19-cv-00617 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00617 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00671 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Amanda M Williams    awilliams@gustafsongluek.com

Karla M. Gluek    kgluek@gustafsongluek.com

Daniel E Gustafson    dgustafson@gustafsongluek.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Eric S Taubel    etaubel@gustafsongluek.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

**MN/0:19-cv-00671 Notice will not be electronically mailed to:**

**MN/0:19-cv-00773 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00773 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00644 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00644 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00627 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00627 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00636 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00636 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00757 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00757 Notice will not be electronically mailed to:**

**MN/0:19-cv-00552 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00552 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00319 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

**MN/0:19-cv-00319 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00663 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00663 Notice will not be electronically mailed to:**

**MN/0:19-cv-00804 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00804 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00651 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00651 Notice will not be electronically mailed to:**

**MN/0:19-cv-00639 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00639 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00614 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00614 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00787 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00787 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00751 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

**MN/0:19-cv-00751 Notice will not be electronically mailed to:**

**MN/0:19-cv-00320 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Jerry W Blackwell     blackwell@blackwellburke.com

Francisco Guerra, IV     fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Shawn P Fox     sfox@traceylawfirm.com, dolivo@traceylawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Clinton James Casperson     ccasperson@traceylawfirm.com

Shelly Ann Sanford     ssanford@wattsguerra.com, cwilson@wattsguerra.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Erin J Rogiers     erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker     mdrukker@wattsguerra.com

**MN/0:19-cv-00320 Notice will not be electronically mailed to:**

3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113

Aearo Technologies, LLC
7911 Zionsville Road
Indianapolis, MN 46268

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MN/0:19-cv-00714 Notice has been electronically mailed to:**

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

**MN/0:19-cv-00714 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00597 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00597 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00730 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00730 Notice will not be electronically mailed to:**

**MN/0:19-cv-00782 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00782 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00611 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00611 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00630 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00630 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40

St. Paul, MN 55144-1000

**MN/0:19-cv-00520 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00520 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00647 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00647 Notice will not be electronically mailed to:**

**MN/0:19-cv-00214 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

Scott A Love    slove@triallawfirm.com, bgreif@triallawfirm.com

William Michael Moreland    mmoreland@triallawfirm.com, bgreif@triallawfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00214 Notice will not be electronically mailed to:**

**MN/0:19-cv-00652 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00652 Notice will not be electronically mailed to:**

**MN/0:19-cv-00781 Notice has been electronically mailed to:**

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

**MN/0:19-cv-00781 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00762 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Amanda M Williams     awilliams@gustafsongluek.com

Karla M. Gluek     kgluek@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Eric S Taubel     etaubel@gustafsongluek.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

**MN/0:19-cv-00762 Notice will not be electronically mailed to:**

**TXN/3:19-cv-00760 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brian A. Beckcom     brian@vbattorneys.com, Brian@vbattorneys.com, Lena@vbattorneys.com,
kenneth@vbattorneys.com, patti@VBATTORNEYS.COM, patti@vbattorneys.com

Job Tennant     Job@VBattorneys.com

Vuk S Vujasinovic     vuk@vbattorneys.com

**TXN/3:19-cv-00760 Notice will not be electronically mailed to:**

**MN/0:19-cv-00803 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00803 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00683 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00683 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00604 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00604 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00693 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00693 Notice will not be electronically mailed to:**

**MN/0:19-cv-00321 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Benjamin W Hulse    bhulse@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

**MN/0:19-cv-00321 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MN/0:19-cv-00569 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-00569 Notice will not be electronically mailed to:**

**MN/0:19-cv-00783 Notice has been electronically mailed to:**

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00783 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00658 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00658 Notice will not be electronically mailed to:**

**MN/0:19-cv-00732 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00732 Notice will not be electronically mailed to:**

**MN/0:19-cv-00786 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00786 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00607 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00607 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00592 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00592 Notice will not be electronically mailed to:**

**MN/0:19-cv-00654 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00654 Notice will not be electronically mailed to:**

**MN/0:19-cv-00615 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00615 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00633 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00633 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00642 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00642 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00228 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Amanda M Williams     awilliams@gustafsongluek.com

Karla M. Gluek     kgluek@gustafsongluek.com

Joseph G. Sauder     jgs@sstriallawyers.com, NMM@McCuneWright.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Eric S Taubel     etaubel@gustafsongluek.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

**MN/0:19-cv-00228 Notice will not be electronically mailed to:**

**MN/0:19-cv-00433 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Richard M Paul, III    rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Ashlea G Schwarz    Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

Sean Cooper    Sean@PaulLLP.com, cooper@stuevesiegel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00433 Notice will not be electronically mailed to:**

**MN/0:19-cv-00623 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00623 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40

St. Paul, MN 55144-1000

**MN/0:19-cv-00637 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00637 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00678 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00678 Notice will not be electronically mailed to:**

**MN/0:19-cv-00737 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Yvonne M Flaherty     ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00737 Notice will not be electronically mailed to:**

**MN/0:19-cv-00800 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00800 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00758 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00758 Notice will not be electronically mailed to:**

**MN/0:19-cv-00323 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell     blackwell@blackwellburke.com

Francisco Guerra, IV     fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Shelly Ann Sanford     ssanford@wattsguerra.com, cwilson@wattsguerra.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Erin J Rogiers     erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker     mdrukker@wattsguerra.com

**MN/0:19-cv-00323 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**MN/0:19-cv-00619 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00619 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00548 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00548 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00631 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00631 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00643 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00643 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00790 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00790 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00937 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

Scott A Love    slove@triallawfirm.com, bgreif@triallawfirm.com

Frank C. Rothrock    frothrock@shb.com

William Michael Moreland    mmoreland@triallawfirm.com, bgreif@triallawfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00937 Notice will not be electronically mailed to:**

**MN/0:19-cv-00626 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00626 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00246 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Eric H Gibbs    ehg@classlawgroup.com, 9141823420@filings.docketbird.com, ecf@classlawgroup.com

George A. Hanson    hanson@stuevesiegel.com, cook@stuevesiegel.com, mcclellan@stuevesiegel.com, perez@stuevesiegel.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michele R. Fisher    fisher@nka.com, crued@nka.com

Gregory Michael Travalio    gtravalio@isaacwiles.com

Mark H Troutman     mtroutman@isaacwiles.com, llabair@isaacwiles.com

Amy M. Zeman     amz@classlawgroup.com, amyzeman@classlawgroup.com

Abby McClellan     mcclellan@stuevesiegel.com

Shawn K Judge     sjudge@isaacwiles.com, LLABAIR@ISAACWILES.COM

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

**MN/0:19-cv-00246 Notice will not be electronically mailed to:**

Aearo Holdings, LLC
3M Center
Building 22011W02
St. Paul, MN 55144-1000

Aearo Intermediate, LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo Technologies, LLC
3M Company
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

Aearo, LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:19-cv-00332 Notice has been electronically mailed to:**

Sean Patrick Tracey     stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00332 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00766 Notice has been electronically mailed to:**

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00766 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00784 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com,
rfiebiger@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-00784 Notice will not be electronically mailed to:**

**MN/0:19-cv-00736 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00736 Notice will not be electronically mailed to:**

**MN/0:19-cv-00700 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00700 Notice will not be electronically mailed to:**

**MN/0:19-cv-00802 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00802 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40

St. Paul, MN 55144-1000

**MN/0:19-cv-00776 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Lewis A. Remele, Jr      lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian      adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall      cmarshall@bassford.com

Monica Lynn Davies      mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse      bhulse@blackwellburke.com

Brittany B Skemp      bskemp@bassford.com

Faris Rashid      frashid@greeneespel.com

**MN/0:19-cv-00776 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00805 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Lewis A. Remele, Jr      lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian      adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall      cmarshall@bassford.com

Monica Lynn Davies      mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse      bhulse@blackwellburke.com

Brittany B Skemp      bskemp@bassford.com

Faris Rashid      frashid@greeneespel.com

**MN/0:19-cv-00805 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00695 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00695 Notice will not be electronically mailed to:**

**MN/0:19-cv-00949 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00949 Notice will not be electronically mailed to:**

**MN/0:19-cv-00605 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

**MN/0:19-cv-00605 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00662 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00662 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00577 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00577 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00595 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Richard M Paul, III    rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Ashlea G Schwarz    Ashlea@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

Sean Cooper    Sean@PaulLLP.com, cooper@stuevesiegel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00595 Notice will not be electronically mailed to:**

**MN/0:19-cv-00682 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00682 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00655 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00655 Notice will not be electronically mailed to:**

**MN/0:19-cv-00726 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, hwerkema@baronbudd.com,
spierce@baronbudd.com

Jerry W Blackwell     blackwell@blackwellburke.com

Yvonne M Flaherty     ymflaherty@locklaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Sindhu Susan Daniel    sdaniel@baronbudd.com, awilson@baronbudd.com, khewlett@baronbudd.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

**MN/0:19-cv-00726 Notice will not be electronically mailed to:**

**MN/0:19-cv-00601 Notice has been electronically mailed to:**

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

**MN/0:19-cv-00601 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00516 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00516 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company

2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**MN/0:19-cv-00622 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00622 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

**MN/0:19-cv-00618 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

**MN/0:19-cv-00618 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
3M Center Bldg 224-5N-40
St. Paul, MN 55144-1000

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/17/2019] [FileNumber=904571-0]
[711fec05e43ddd65b806113f564debbf3ae188d5ae73f6223f353fe1c379c4be4dc70
9174cd9a2d8a2e0b0b5591ef1ecdf91aa69ba3ff9c62b45cc46369966ed]]