# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 17, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*
[Brandon H. Steffey on behalf of Plaintiff, Kenneth King]

Filed by  Plaintiff          on  April 17, 2019           Doc. #  67

Response _____      on _____            Doc. # _____

_____  Stipulated       _____  Joint Pleading
_____  Unopposed        _____  Consented

                           JESSICA J. LYUBLANOVITS
                           CLERK OF COURT
                           */s/ Kathy Rock*
                           Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 18th day of April 2019.

                           *M. Casey Rodgers*
                           **M. CASEY RODGERS**
                           **UNITED STATES DISTRICT JUDGE**