UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Henry G. Garrard, III of Blasingame, Burch, Garrard & Ashley, P.C. hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Garrard is counsel of record in individual cases transferred to this Court from the Southern District of Georgia by the JPML. Mr. Garrard has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND15555336991995) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this 19th day of April 2019.

BLASINGAME, BURCH, GARRARD & ASHLEY, PC

By: /*s/ Henry G. Garrard, III*

HENRY G. GARRARD, III
GEORGIA BAR # 286300
P.O. Box 832
Athens, Georgia 30603
Phone: (706) 354-4000
Fax: (706) 353-0673
hgarrard@bbga.com

**Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

> By: */s/ Henry G. Garrard, III*
> HENRY G. GARRARD, III
> GEORGIA BAR # 286300
> P.O. Box 832
> Athens, Georgia 30603
> Phone: (706) 354-4000
> Fax: (706) 353-0673
> hgarrard@bbga.com
>
> **Counsel for Plaintiffs**