# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATIONS | MDL No. 2885 |
| THIS DOCUMENT RELATES TO ALL CASES | Master File No. 3:19-md-2885 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michelle Perkovic of Wexler Wallace, LLP, hereby notices her appearance as counsel for Plaintiffs Javier Duran (0:19-cv-00392) and Jeffrey Lee Jones (0:19-cv-00880). Both of which have been transferred to this District Court from the District of Minnesota. The undersigned has completed the administrative requirements outlined in the Pretrial Order No. 3 (Tutorial Confirmation # **FLND15556212302004**).  All further papers and pleadings in this action should be served on the undersigned.

Dated: April 19, 2019

By: /s/Michelle Perkovic
Michelle Perkovic
WEXLER WALLACE LLP
55 W. Monroe St., Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
Email: mp@wexlerwallace.com

*Attorney for Plaintiffs Javier Duran and Jeffrey Lee Jones*

## <u>CERTIFICATE OF SERVICE</u>

     In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I, Michelle Perkovic, hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

Dated: April 19, 2019

                                            /s/Michelle Perkovic
                                            Michelle Perkovic