**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, April 18, 2019 6:43 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, April 18, 2019 11:40:19 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/18/2019 at 7:35 AM EDT and filed on 4/18/2019
**Case Name:**      IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 384

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ([360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165,*</span>

*3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 7 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-*

*00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Wilson v. 3M Company
Case Number:      TXW/6:19-cv-00081
Filer:
Document Number: 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-*

*00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Dennis v. 3M Company
**Case Number:**   TXW/6:19-cv-00140
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-*

00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 7 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in

*TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dowell et al v. 3M Company et al |
| **Case Number:** | TXW/1:19-cv-00344 |
| **Filer:** | |
| **Document Number:** | 5 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in*

*TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Brooks v. 3M Company
**Case Number:**    TXW/6:19-cv-00119
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153,*

9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-

*00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Meeks v. 3M Company
**Case Number:**   TXW/1:19-cv-00296
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-*

*00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       O'Briant v. 3M Company

**Case Number:**     TXW/6:19-cv-00060

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in***

*TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in*

*TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Garner v. 3M Company
Case Number:      TXW/6:19-cv-00088
Filer:
Document Number: 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336,*

*3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Olson v. 3M Company
**Case Number:**   TXW/1:19-cv-00316
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-*

*00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-*

*00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Gosney v. 3M Company

**Case Number:**    TXW/1:19-cv-00132

**Filer:**

**Document Number:** 12

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in*

*TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Smith v. 3M Company

**Case Number:**     TXW/6:19-cv-00070

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141,*

*9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in*

*TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Phan v. 3M Company
Case Number:        TXW/1:19-cv-00322
Filer:
Document Number: 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-*

*00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Backus v. 3M Company
**Case Number:** TXW/6:19-cv-00063
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in*

*TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 7 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-*

*00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Geddis v. 3M Company
**Case Number:**     TXW/1:19-cv-00129
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325,*

*7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Nixon v. 3M Company

**Case Number:**   TXW/6:19-cv-00062

**Filer:**

**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-*

00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in

*TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** De La Torre v. 3M Company
**Case Number:** TXW/6:19-cv-00137
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in*

*TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Johnson v. 3M Company
**Case Number:** TXW/1:19-cv-00152
**Filer:**
**Document Number:** 11

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in*

*TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-*

*00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Aguilera v. 3M Company
**Case Number:**    TXW/6:19-cv-00049
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-*

*00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Rodriguez v. 3M Company

**Case Number:**    TXW/1:19-cv-00330

**Filer:**

**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-*

00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in

*TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Fajardo v. 3M Company
**Case Number:**   TXW/6:19-cv-00148
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313,***

*7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       Gallegos v. 3M Company

Case Number:     TXW/1:19-cv-00299

Filer:

Document Number: 7

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in*

*TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-*

*00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Frantz v. 3M Company
Case Number:      TXW/1:19-cv-00121
Filer:
Document Number: 12

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in*

*TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Walton v. 3M Company

**Case Number:**      TXW/6:19-cv-00080

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL*

*No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in*

*TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Johnson v. 3M Company

**Case Number:**   [TXW/6:19-cv-00073](TXW/6:19-cv-00073)

**Filer:**

**Document Number:** [14](14)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-*

*00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Donovan v. 3M Company

**Case Number:**   TXW/6:19-cv-00143

**Filer:**

**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Anti v. 3M Company
**Case Number:** TXW/6:19-cv-00104
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Haskett v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00141 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Williamson v. 3M Company
**Case Number:**    TXW/1:19-cv-00289
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Hunter v. 3M Company
**Case Number:**      TXW/1:19-cv-00149
**Filer:**
**Document Number:** 11

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Davidson v. 3M Company
**Case Number:**   TXW/6:19-cv-00135
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 3 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Spence v. 3M Company

Case Number:      TXW/6:19-cv-00071

Filer:

Document Number: 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Carlson v. 3M Company
**Case Number:** TXW/6:19-cv-00052
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Heitman v. 3M Company
**Case Number:**    TXW/1:19-cv-00144
**Filer:**
**Document Number:** 11

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Lopez v. 3M Company
**Case Number:**    TXW/1:19-cv-00266
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**          Hofelich v. 3M Company
**Case Number:**        TXW/1:19-cv-00147
**Filer:**
**Document Number:** 11

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Rudolph v. 3M Company
**Case Number:**   TXW/1:19-cv-00302
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Lopez v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00267 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Wedemeyer v. 3M Company

**Case Number:**   TXW/1:19-cv-00163

**Filer:**

**Document Number:** 10

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Keys v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00156 |
| **Filer:** | |
| **Document Number:** | 11 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Bailey v. 3M Company
**Case Number:** TXW/6:19-cv-00107
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Hamrick v. 3M Company

**Case Number:**    TXW/6:19-cv-00098

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Conner v. 3M company
**Case Number:**    TXW/6:19-cv-00064
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Douglas v. 3M Company
**Case Number:**    TXW/6:19-cv-00144
**Filer:**
**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Bartkowski v. 3M Company
**Case Number:**    TXW/6:19-cv-00111
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Jorgenson v. 3M Company
**Case Number:**   TXW/1:19-cv-00278
**Filer:**
**Document Number:** 9

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Gomez, Jr. v. 3M Company et al
**Case Number:**     TXW/1:19-cv-00226
**Filer:**
**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in**

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 3 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Carlson v. 3M Company
**Case Number:** TXW/6:19-cv-00093
**Filer:**
**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       Fall et al v. 3M Company et al
Case Number:    TXW/1:19-cv-00356
Filer:
Document Number: 4

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Rojas v. 3M Company
**Case Number:** TXW/1:19-cv-00288
**Filer:**
**Document Number:** 9

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Mayer v. 3M Company
**Case Number:**      TXW/1:19-cv-00294
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Frost v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00124 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Garnier v. 3M Company

**Case Number:**   TXW/1:19-cv-00160

**Filer:**

**Document Number:** 10

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Aungst v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00105 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Constable v. 3M Company
**Case Number:**    [TXW/6:19-cv-00127](TXW/6:19-cv-00127)
**Filer:**
**Document Number:** [14](14)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Meijerink v. 3M Company

**Case Number:**    TXW/1:19-cv-00297

**Filer:**

**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg.* ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Eichner v. 3M Company
**Case Number:**     TXW/6:19-cv-00147
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Levy v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00252 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Medina v. 3M Company
**Case Number:**    TXW/6:19-cv-00059
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Heidner v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00057 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Combs v. 3M Company
**Case Number:**    TXW/1:19-cv-00273
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Schwartz v. 3M Company

**Case Number:**      TXW/6:19-cv-00076

**Filer:**

**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Bass v. 3M Company
**Case Number:**    TXW/6:19-cv-00112
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Coppock v. 3M Company
**Case Number:**    TXW/6:19-cv-00097
**Filer:**
**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Bateman v. 3M Company

**Case Number:**   [TXW/6:19-cv-00113](TXW/6:19-cv-00113)

**Filer:**

**Document Number:** [14](14)

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Anderson v. 3M Company
**Case Number:**    TXW/6:19-cv-00103
**Filer:**
**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      AbouZaki v. 3M Company
**Case Number:**    TXW/6:19-cv-00101
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ohayon v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00099 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Lopez v. 3M Company

**Case Number:** TXW/1:19-cv-00265

**Filer:**

**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Culberson v. 3M Company
**Case Number:**     TXW/1:19-cv-00159
**Filer:**
**Document Number:** 10

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Deforrest v. 3M Company
**Case Number:**  TXW/6:19-cv-00138
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Gorzelnik v. 3M Company

**Case Number:**   TXW/1:19-cv-00131

**Filer:**

**Document Number:** 12

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Devlin v. 3M Company
**Case Number:** TXW/6:19-cv-00141
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Kittredge v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00244 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Campbell v. 3M Company
**Case Number:**     TXW/1:19-cv-00158
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Nguyen v. 3M Company

**Case Number:**   TXW/1:19-cv-00301

**Filer:**

**Document Number:** 7

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Brodniak v. 3M Company
**Case Number:**     TXW/6:19-cv-00118
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | McNiel v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00308 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Martin v. 3M Company
**Case Number:**     TXW/1:19-cv-00293
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Halstead v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00140 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Sparks v. 3M Company
**Case Number:**    TXW/5:19-cv-00092
**Filer:**
**Document Number:** 8

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Hall v. 3M Company
**Case Number:**   TXW/1:19-cv-00138
**Filer:**
**Document Number:** 11

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Halpin v. 3M Company
**Case Number:**   TXW/1:19-cv-00139
**Filer:**
**Document Number:** 11

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 3 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Palmer v. 3M Company
**Case Number:**   TXW/1:19-cv-00318
**Filer:**
**Document Number:** 9

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Walley v. 3M Company
**Case Number:** TXW/6:19-cv-00079
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dandini v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00134 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Pilon v. 3M Company
**Case Number:**    TXW/1:19-cv-00323
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in***

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Guzman v. 3M Company
**Case Number:** TXW/6:19-cv-00056
**Filer:**
**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Stewart v. 3M Company et al
**Case Number:**     TXW/1:19-cv-00120
**Filer:**
**Document Number:** 11

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Griffith v. 3M Company
**Case Number:**     TXW/1:19-cv-00135
**Filer:**
**Document Number:** 12

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Garcia v. 3M Company

**Case Number:**      TXW/1:19-cv-00127

**Filer:**

**Document Number:** 12

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Nipper vs. 3M Company |
| **Case Number:** | TXW/1:19-cv-00315 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Zavalnyuk v. 3M Company
**Case Number:**  TXW/6:19-cv-00082
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/18/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

Case Name:        Plumley v. 3M Company
Case Number:      TXW/1:19-cv-00277
Filer:
Document Number: 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Knobbe v. 3M Company
**Case Number:**   TXW/1:19-cv-00246
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dozier v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00145 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Freed v. 3M Company
**Case Number:**   TXW/1:19-cv-00123
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Jermy v. 3M Company

**Case Number:**      TXW/1:19-cv-00151

**Filer:**

**Document Number:** 11

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Carroll v. 3M Company
**Case Number:**   TXW/6:19-cv-00123
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Legg v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00250 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Kelly v. 3M Company
**Case Number:** TXW/1:19-cv-00155
**Filer:**
**Document Number:** 11

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Bradley v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00117 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ramos v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00061 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Najera v. 3M Company

**Case Number:**    TXW/1:19-cv-00312

**Filer:**

**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**         Reedy v. 3M Company
**Case Number:**       TXW/1:19-cv-00326
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**  Moore v. 3M Company

**Case Number:**  TXW/1:19-cv-00298

**Filer:**

**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Edwards v. 3M Company
**Case Number:**     TXW/6:19-cv-00146
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/18/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

**Case Name:**     Lee v. 3M Company
**Case Number:**   TXW/1:19-cv-00287
**Filer:**
**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Cassels v. 3M Company
**Case Number:**   TXW/6:19-cv-00125
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Hedge v. 3M Company

**Case Number:**    TXW/1:19-cv-00143

**Filer:**

**Document Number:** 11

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Pansa v. 3M Company
**Case Number:**     TXW/1:19-cv-00319
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Jabour v. 3M Company
**Case Number:**   TXW/1:19-cv-00150
**Filer:**
**Document Number:** 11

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Davis v. 3M Company
**Case Number:**   TXW/6:19-cv-00136
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Lafferty v. 3M Company
**Case Number:**   TXW/6:19-cv-00068
**Filer:**
**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Grossman v. 3M Company
**Case Number:**   TXW/1:19-cv-00257
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Salazar v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00336 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Alawar v. 3M Company

**Case Number:**     TXW/6:19-cv-00050

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dipuccio v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00091 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Cooper v. 3M Company

**Case Number:** TXW/6:19-cv-00128

**Filer:**

**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Cummings v. 3M Company
**Case Number:**     TXW/6:19-cv-00133
**Filer:**
**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Bailey v. 3M Company

**Case Number:**     TXW/6:19-cv-00108

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Austin v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00106 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Bunyard v. 3M Company
**Case Number:**     TXW/1:19-cv-00282
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Delatorre v. 3M Company

**Case Number:**   TXW/6:19-cv-00139

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Fischer v. 3M Company

**Case Number:** TXW/6:19-cv-00151

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Calhoun v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00306 |
| **Filer:** | |
| **Document Number:** | 7 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Rosander v. 3M Company
**Case Number:**      TXW/1:19-cv-00332
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Moore v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00310 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Bastien v. 3M Company
**Case Number:**    TXW/6:19-cv-00087
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Newman v. 3M Company

**Case Number:**    TXW/6:19-cv-00090

**Filer:**

**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Moku v. 3M Company
**Case Number:**   TXW/1:19-cv-00304
**Filer:**
**Document Number:** 7

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Linemann v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00253 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Kinsel v. 3M Company
**Case Number:**    TXW/1:19-cv-00275
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Blackwell v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00069 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Schaal v. 3M Company
**Case Number:**     TXW/6:19-cv-00083
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Horan v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00058 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Martin v. 3M Company
**Case Number:**    TXW/1:19-cv-00271
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Neal v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00313 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**         Mason v. 3M Company
**Case Number:**     TXW/1:19-cv-00290
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Payn v. 3M Company

**Case Number:**      TXW/6:19-cv-00066

**Filer:**

**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Garza et al v. 3M Company et al

**Case Number:**   TXW/1:19-cv-00263

**Filer:**

**Document Number:** 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Guynes v. 3M Company
**Case Number:**    TXW/1:19-cv-00137
**Filer:**
**Document Number:** 11

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Provencher v. 3M Company
**Case Number:** TXW/1:19-cv-00324
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Moreno v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00276 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Gaston v. 3M Company
**Case Number:**     TXW/6:19-cv-00075
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Layton v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00249 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Manley v. 3M Company
**Case Number:**     TXW/1:19-cv-00270
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Bucknor v. 3M Company

**Case Number:**    TXW/6:19-cv-00122

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Jones v. 3M Company
**Case Number:**   TXW/1:19-cv-00154
**Filer:**
**Document Number:** 11

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Blomgren v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00115 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Grice v. 3M Company
**Case Number:**   TXW/1:19-cv-00134
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Allman v. 3M Company

**Case Number:**    TXW/6:19-cv-00095

**Filer:**

**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Bryant v. 3M Company
**Case Number:**   TXW/6:19-cv-00121
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Riddle v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00084 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Thormahlen v. 3M Company
**Case Number:**    TXW/1:19-cv-00162
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Geddes v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00272 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Garcia v. 3M Company
**Case Number:**    TXW/1:19-cv-00126
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/18/2019.

Associated Cases: MDL No. 2885 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Hodur v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00146 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Vera v. 3M Company
**Case Number:**    TXW/6:19-cv-00078
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Trankovich v. 3M Company

Case Number:      TXW/1:19-cv-00303

Filer:

Document Number: 7

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Allen et al v. 3M Company et al
Case Number:        TXW/1:19-cv-00343
Filer:
Document Number: 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Kijowski v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00243 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Chapman v. 3M Company
**Case Number:**   TXW/6:19-cv-00126
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Roemhildt v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00331 |
| **Filer:** | |
| **Document Number:** | 8 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Maevers v. 3M Company

**Case Number:**    TXW/1:19-cv-00269

**Filer:**

**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Davison v. 3M Company

**Case Number:**    TXW/6:19-cv-00054

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg.* ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       McCown v. 3M Company
**Case Number:**     TXW/6:19-cv-00085
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Haggard v. 3M Company

**Case Number:**     TXW/1:19-cv-00283

**Filer:**

**Document Number:** 9

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg.* ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/:1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Zafereo v. 3M Company
**Case Number:**    TXW/1:19-cv-00165
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Robinson v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00329 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Perez v. 3M Company
**Case Number:**    TXW/1:19-cv-00321
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      McElrath v. 3M Company
**Case Number:**    TXW/1:19-cv-00295
**Filer:**
**Document Number:** 9

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Reese v. 3M Company
**Case Number:**   TXW/1:19-cv-00327
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in***

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Moore v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00300 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Woodard v. 3M Company

**Case Number:**    TXW/6:19-cv-00092

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Braudt v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00086 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Barnett v. 3M Company
**Case Number:**    TXW/6:19-cv-00110
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Horkey et al v. 3M Company et al. |
| **Case Number:** | MN/0:19-cv-00964 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Gordon v. 3M Company
**Case Number:**   TXW/1:19-cv-00130
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ross v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00333 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Figures v. 3M Company
**Case Number:**   TXW/6:19-cv-00150
**Filer:**
**Document Number:** 14

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Fields v. 3M Company

**Case Number:**    TXW/6:19-cv-00149

**Filer:**

**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Salas v. 3M Company
**Case Number:**   TXW/1:19-cv-00335
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Hornacky v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00161 |
| **Filer:** | |
| **Document Number:** | 10 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:       Bennefeld v. 3M Company
Case Number:    TXW/1:19-cv-00281
Filer:
Document Number: 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Cromartie v. 3M Company

**Case Number:**     TXW/6:19-cv-00132

**Filer:**

**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Murphy v. 3M Company
**Case Number:**   TXW/1:19-cv-00311
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 3 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Gewinner v. 3M Company

**Case Number:**     TXW/6:19-cv-00055

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Hughey v. 3M Company
**Case Number:** TXW/6:19-cv-00074
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Gaston v. 3M Company

**Case Number:**   TXW/1:19-cv-00128

**Filer:**

**Document Number:** 12

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Perry v. 3M Company
**Case Number:**   TXW/1:19-cv-00280
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Bova v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00116 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Ramos v. 3M Company
**Case Number:**   TXW/1:19-cv-00325
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Kurtz v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00247 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in ( TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Nichols v. 3M Company

**Case Number:**   TXW/1:19-cv-00314

**Filer:**

**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Matos v. 3M Company
**Case Number:**   TXW/1:19-cv-00292
**Filer:**
**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Fotre v. 3M Company

**Case Number:**     TXW/6:19-cv-00152

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Donovan v. 3M Company

**Case Number:**      TXW/6:19-cv-00142

**Filer:**

**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Peddicord v. 3M Company
**Case Number:**   TXW/1:19-cv-00320
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Bergeron v. 3M Company

**Case Number:** TXW/6:19-cv-00096

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Iqbal v. 3M Company

**Case Number:**   TXW/6:19-cv-00089

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Greer v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00133 |
| **Filer:** | |
| **Document Number:** | 12 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:** Rhame v. 3M Company

**Case Number:** TXW/1:19-cv-00328

**Filer:**

**Document Number:** 9

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Abarca v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00100 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Grillo v. 3M Company
**Case Number:**    TXW/6:19-cv-00072
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Haskins-Coppola v. 3M Company

**Case Number:**   TXW/1:19-cv-00142

**Filer:**

**Document Number:** 11

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Ryan v. 3M Company
**Case Number:**      TXW/1:19-cv-00334
**Filer:**
**Document Number:** 9

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 3 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Nahhas v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00279 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Helton v. 3M Company
**Case Number:**    TXW/1:19-cv-00145
**Filer:**
**Document Number:** 11

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Spinks v. 3M Company

**Case Number:**     TXW/6:19-cv-00077

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Groke v. 3M Company
**Case Number:**    TXW/1:19-cv-00136
**Filer:**
**Document Number:** 12

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Latkovic v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00248 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Johnston v. 3M Company
**Case Number:**   TXW/1:19-cv-00153
**Filer:**
**Document Number:** 11

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Figueroa v. 3M Company |
| **Case Number:** | TXW/1:19-cv-00274 |
| **Filer:** | |
| **Document Number:** | 9 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Barnett v. 3M Company
**Case Number:**      TXW/6:19-cv-00051
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**　　　　　Crawford v. 3M Company

**Case Number:**　　　TXW/6:19-cv-00131

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Courtney v. 3M Company
**Case Number:**     TXW/6:19-cv-00130
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Chung v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00053 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in*

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**   Lopez v. 3M Company
**Case Number:**   TXW/1:19-cv-00268
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Bencini v. 3M Company

**Case Number:**   TXW/6:19-cv-00114

**Filer:**

**Document Number:** 14

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**          Perez v. 3M Company
**Case Number:**      TXW/6:19-cv-00094
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Yorman v. 3M Company

**Case Number:**    TXW/1:19-cv-00164

**Filer:**

**Document Number:** 10

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Ellenburg v. 3M Company et al
**Case Number:**    TXW/1:19-cv-00174
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)** Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Brown v. 3M Company
**Case Number:**     TXW/6:19-cv-00120
**Filer:**
**Document Number:** 14

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in**

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Motta v. 3M Company
**Case Number:**    TXW/6:19-cv-00067
**Filer:**
**Document Number:** 14

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s)** *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in*

*TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Adams v. 3M Company |
| **Case Number:** | TXW/6:19-cv-00102 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) - 224 action(s) *re: pldg. ( [360] in MDL No. 2885, 1 in MN/0:19-cv-00964, 9 in TXW/1:19-cv-00120, 10 in TXW/1:19-cv-00121, 10 in TXW/1:19-cv-00123, 10 in TXW/1:19-cv-00124, 10 in TXW/1:19-cv-00126, 10 in TXW/1:19-cv-00127, 10 in TXW/1:19-cv-00128, 10 in TXW/1:19-cv-00129, 10 in TXW/1:19-cv-00130, 10 in TXW/1:19-cv-00131, 10 in TXW/1:19-cv-00132, 10 in TXW/1:19-cv-00133, 10 in TXW/1:19-cv-00134, 10 in TXW/1:19-cv-00135, 10 in TXW/1:19-cv-00136, 9 in TXW/1:19-cv-00137, 9 in TXW/1:19-cv-00138, 9 in TXW/1:19-cv-00139, 9 in TXW/1:19-cv-00140, 9 in TXW/1:19-cv-00141, 9 in TXW/1:19-cv-00142, 9 in TXW/1:19-cv-00143, 9 in TXW/1:19-cv-00144, 9 in TXW/1:19-cv-00145, 9 in TXW/1:19-cv-00146, 9 in TXW/1:19-cv-00147, 9 in TXW/1:19-cv-00149, 9 in TXW/1:19-cv-00150, 9 in TXW/1:19-cv-00151, 9 in TXW/1:19-cv-00152, 9 in TXW/1:19-cv-00153, 9 in TXW/1:19-cv-00154, 9 in TXW/1:19-cv-00155, 9 in TXW/1:19-cv-00156, 8 in TXW/1:19-cv-00158, 8 in TXW/1:19-cv-00159, 8 in TXW/1:19-cv-00160, 8 in TXW/1:19-cv-00161, 8 in TXW/1:19-cv-00162, 8 in TXW/1:19-cv-00163, 8 in TXW/1:19-cv-00164, 8 in TXW/1:19-cv-00165, 3 in TXW/1:19-cv-00174, 3 in TXW/1:19-cv-00226, 7 in TXW/1:19-cv-00243, 7 in TXW/1:19-cv-00244, 7 in TXW/1:19-cv-00246, 7 in TXW/1:19-cv-00247, 7 in TXW/1:19-cv-00248, 7 in TXW/1:19-cv-00249, 7 in TXW/1:19-cv-00250, 7 in TXW/1:19-cv-00252, 7 in TXW/1:19-cv-00253, 7 in TXW/1:19-cv-00257, 3 in TXW/1:19-cv-00263, 7 in TXW/1:19-cv-00265, 7 in TXW/1:19-cv-00266, 7 in TXW/1:19-cv-00267, 7 in TXW/1:19-cv-00268, 7 in TXW/1:19-cv-00269, 7 in TXW/1:19-cv-00270, 7 in TXW/1:19-cv-00271, 7 in TXW/1:19-cv-00272, 7 in TXW/1:19-cv-00273, 7 in TXW/1:19-cv-00274, 7 in TXW/1:19-cv-00275, 7 in TXW/1:19-cv-00276, 7 in TXW/1:19-cv-00277, 7 in TXW/1:19-cv-00278, 7 in TXW/1:19-cv-00279, 7 in TXW/1:19-cv-00280, 7 in TXW/1:19-cv-00281, 7 in TXW/1:19-cv-00282, 7 in TXW/1:19-cv-00283, 7 in TXW/1:19-cv-00287, 7 in TXW/1:19-cv-00288, 7 in TXW/1:19-cv-00289, 7 in TXW/1:19-cv-00290, 7 in TXW/1:19-cv-00292, 7 in TXW/1:19-cv-00293, 7 in TXW/1:19-cv-00294, 7 in TXW/1:19-cv-00295, 7 in TXW/1:19-cv-00296, 7 in TXW/1:19-cv-00297, 7 in TXW/1:19-cv-00298, 5 in TXW/1:19-cv-00299, 5 in TXW/1:19-cv-00300, 5 in TXW/1:19-cv-00301, 5 in TXW/1:19-cv-00302, 5 in TXW/1:19-cv-00303, 5 in TXW/1:19-cv-00304, 5 in TXW/1:19-cv-00306, 5 in TXW/1:19-cv-00308, 7 in TXW/1:19-cv-00310, 7 in TXW/1:19-cv-00311, 7 in TXW/1:19-cv-00312, 7 in TXW/1:19-cv-00313, 7 in TXW/1:19-cv-00314, 7 in TXW/1:19-cv-00315, 7 in TXW/1:19-cv-00316, 7 in TXW/1:19-cv-00318, 7 in TXW/1:19-cv-00319, 7 in TXW/1:19-cv-00320, 7 in TXW/1:19-cv-00321, 7 in TXW/1:19-cv-00322, 7 in TXW/1:19-cv-00323, 7 in TXW/1:19-cv-00324, 7 in TXW/1:19-cv-00325, 7 in TXW/1:19-cv-00326, 7 in TXW/1:19-cv-00327, 7 in TXW/1:19-cv-00328, 7 in TXW/1:19-cv-00329, 6 in TXW/1:19-cv-00330, 6 in TXW/1:19-cv-00331, 6 in TXW/1:19-cv-00332, 7 in TXW/1:19-cv-00333, 7 in TXW/1:19-cv-00334, 7 in TXW/1:19-cv-00335, 7 in TXW/1:19-cv-00336, 3 in TXW/1:19-cv-00343, 3 in TXW/1:19-cv-00344, 2 in TXW/1:19-cv-00356, 6 in TXW/5:19-cv-00092, 12 in TXW/6:19-cv-00049, 12 in TXW/6:19-cv-00050, 12 in TXW/6:19-cv-00051, 12 in TXW/6:19-cv-00052, 12 in TXW/6:19-cv-00053, 12 in TXW/6:19-cv-00054, 12 in TXW/6:19-cv-00055, 12 in TXW/6:19-cv-00056, 12 in TXW/6:19-cv-00057, 12 in TXW/6:19-cv-00058, 12 in TXW/6:19-cv-00059, 12 in TXW/6:19-cv-00060, 12 in TXW/6:19-cv-00061, 12 in TXW/6:19-cv-00062, 12 in TXW/6:19-cv-00063, 12 in TXW/6:19-cv-00064, 12 in TXW/6:19-cv-00066, 12 in TXW/6:19-cv-00067, 12 in TXW/6:19-cv-00068, 12 in TXW/6:19-cv-00069, 12 in TXW/6:19-cv-00070, 12 in TXW/6:19-cv-00071, 12 in TXW/6:19-cv-00072, 12 in TXW/6:19-cv-00073, 12 in TXW/6:19-cv-00074, 12 in TXW/6:19-cv-00075, 12 in TXW/6:19-cv-00076, 12 in TXW/6:19-cv-00077, 12 in TXW/6:19-cv-00078, 12 in TXW/6:19-cv-00079, 12 in TXW/6:19-cv-00080, 12 in TXW/6:19-cv-00081, 12 in TXW/6:19-cv-00082, 12 in TXW/6:19-cv-00083, 12 in TXW/6:19-cv-00084, 12 in TXW/6:19-cv-00085, 12 in TXW/6:19-cv-00086, 12 in TXW/6:19-cv-00087, 12 in TXW/6:19-cv-00088, 12 in TXW/6:19-cv-00089, 12 in TXW/6:19-cv-00090, 12 in TXW/6:19-cv-00091, 12 in TXW/6:19-cv-00092, 12 in TXW/6:19-cv-00093, 12 in TXW/6:19-cv-00094, 12 in TXW/6:19-cv-00095, 12 in TXW/6:19-cv-00096, 12 in TXW/6:19-cv-00097, 12 in TXW/6:19-cv-00098, 12 in TXW/6:19-cv-00099, 12 in TXW/6:19-cv-00100, 12 in TXW/6:19-cv-00101, 12 in***

*TXW/6:19-cv-00102, 12 in TXW/6:19-cv-00103, 12 in TXW/6:19-cv-00104, 12 in TXW/6:19-cv-00105, 12 in TXW/6:19-cv-00106, 12 in TXW/6:19-cv-00107, 12 in TXW/6:19-cv-00108, 12 in TXW/6:19-cv-00110, 12 in TXW/6:19-cv-00111, 12 in TXW/6:19-cv-00112, 12 in TXW/6:19-cv-00113, 12 in TXW/6:19-cv-00114, 12 in TXW/6:19-cv-00115, 12 in TXW/6:19-cv-00116, 12 in TXW/6:19-cv-00117, 12 in TXW/6:19-cv-00118, 12 in TXW/6:19-cv-00119, 12 in TXW/6:19-cv-00120, 12 in TXW/6:19-cv-00121, 12 in TXW/6:19-cv-00122, 12 in TXW/6:19-cv-00123, 12 in TXW/6:19-cv-00125, 12 in TXW/6:19-cv-00126, 12 in TXW/6:19-cv-00127, 12 in TXW/6:19-cv-00128, 12 in TXW/6:19-cv-00130, 12 in TXW/6:19-cv-00131, 12 in TXW/6:19-cv-00132, 12 in TXW/6:19-cv-00133, 12 in TXW/6:19-cv-00134, 12 in TXW/6:19-cv-00135, 12 in TXW/6:19-cv-00136, 12 in TXW/6:19-cv-00137, 12 in TXW/6:19-cv-00138, 12 in TXW/6:19-cv-00139, 12 in TXW/6:19-cv-00140, 12 in TXW/6:19-cv-00141, 12 in TXW/6:19-cv-00142, 12 in TXW/6:19-cv-00143, 12 in TXW/6:19-cv-00144, 12 in TXW/6:19-cv-00145, 12 in TXW/6:19-cv-00146, 12 in TXW/6:19-cv-00147, 12 in TXW/6:19-cv-00148, 12 in TXW/6:19-cv-00149, 12 in TXW/6:19-cv-00150, 12 in TXW/6:19-cv-00151, 12 in TXW/6:19-cv-00152)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/18/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00081 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00081 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00140 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00140 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00344 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Shelly Ann Sanford     ssanford@wattsguerra.com, cwilson@wattsguerra.com

**TXW/1:19-cv-00344 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00119 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00119 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00296 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00296 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00060 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00060 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00088 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00088 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00316 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00316 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00132 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00132 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00070 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Stem, Jr    robert@rstemlaw.com

**TXW/6:19-cv-00070 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00322 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00322 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00063 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Stem, Jr    robert@rstemlaw.com

**TXW/6:19-cv-00063 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00129 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00129 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00062 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Stem, Jr   robert@rstemlaw.com

**TXW/6:19-cv-00062 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00137 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00137 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00152 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00152 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00049 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00049 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00330 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00330 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00148 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00148 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00299 Notice has been electronically mailed to:**

Russell Hardin, Jr     rhardin@rustyhardin.com

Ryan Kees Higgins     rhiggins@rustyhardin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko     ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com,
lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com,
sjares@rustyhardin.com

**TXW/1:19-cv-00299 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00121 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00121 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00080 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00080 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00073 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00073 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00143 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos      andrew@bellroselaw.com

**TXW/6:19-cv-00143 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00104 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos      andrew@bellroselaw.com

**TXW/6:19-cv-00104 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00141 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos      andrew@bellroselaw.com

**TXW/1:19-cv-00141 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00289 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00289 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00149 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00149 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00135 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00135 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00071 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00071 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00052 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00052 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00144 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00144 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00266 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00266 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00147 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00147 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00302 Notice has been electronically mailed to:**

Russell Hardin, Jr     rhardin@rustyhardin.com

Ryan Kees Higgins     rhiggins@rustyhardin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko     ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00302 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00267 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00267 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00163 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins    rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00163 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00156 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00156 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00107 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00107 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00098 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00098 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00064 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Stem, Jr   robert@rstemlaw.com

**TXW/6:19-cv-00064 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00144 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00144 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00111 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00111 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00278 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00278 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00226 Notice has been electronically mailed to:**

Jeffrey D. Otto    jotto@thompsoncoe.com

Frank C. Rothrock    frothrock@shb.com

David W Hodges    dhodges@kennedyhodges.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Gabriel A Assaad    gassaad@kennedyhodges.com, kblack@kennedyhodges.com

William L. Mennucci    bmennucci@thompsoncoe.com, chand@thompsoncoe.com, mfuentes@thompsoncoe.com, trush@thompsoncoe.com

**TXW/1:19-cv-00226 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00093 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00093 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00356 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV     fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Shelly Ann Sanford     ssanford@wattsguerra.com, cwilson@wattsguerra.com

**TXW/1:19-cv-00356 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00288 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00288 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00294 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00294 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00124 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00124 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00160 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins    rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00160 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00105 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00105 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00127 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00127 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00297 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00297 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00147 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos      andrew@bellroselaw.com

**TXW/6:19-cv-00147 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00252 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos      andrew@bellroselaw.com

**TXW/1:19-cv-00252 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00059 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00059 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00057 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00057 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00273 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00273 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00076 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00076 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00112 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00112 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00097 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00097 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00113 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00113 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00103 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00103 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00101 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00101 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00099 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00099 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00265 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00265 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00159 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins    rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00159 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00138 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00138 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00131 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00131 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00141 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00141 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00244 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00244 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00158 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins    rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00158 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00301 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins     rhiggins@rustyhardin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko     ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00301 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00118 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00118 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00308 Notice has been electronically mailed to:**

Russell Hardin, Jr     rhardin@rustyhardin.com

Ryan Kees Higgins     rhiggins@rustyhardin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko     ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00308 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00293 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00293 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00140 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00140 Notice will not be electronically mailed to:**

**TXW/5:19-cv-00092 Notice has been electronically mailed to:**

Jeffrey P. Berniard    Jeff@GetJeff.com, jeff@getjeff.com

Jeffrey D. Otto    jotto@thompsoncoe.com

SCOTT R. BICKFORD    srb@mbfirm.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William L. Mennucci    bmennucci@thompsoncoe.com, chand@thompsoncoe.com, mfuentes@thompsoncoe.com, trush@thompsoncoe.com

**TXW/5:19-cv-00092 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00138 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00138 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00139 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00139 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00318 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00318 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00079 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00079 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00134 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00134 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00323 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00323 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00056 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00056 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00120 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

Meredith Drukker    mdrukker@wattsguerra.com

**TXW/1:19-cv-00120 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice St., Suite 230
Roseville, MN 55113

**TXW/1:19-cv-00135 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00135 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00127 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00127 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00315 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00315 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00082 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00082 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00277 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Minesh J. Patel     minesh@thepatelfirm.com

**TXW/1:19-cv-00277 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00246 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00246 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00145 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00145 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00123 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00123 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00151 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00151 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00123 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00123 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00250 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00250 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00155 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00155 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00117 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00117 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00061 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00061 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00312 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00312 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00326 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00326 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00298 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00298 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00146 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00146 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00287 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00287 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00125 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos      andrew@bellroselaw.com

**TXW/6:19-cv-00125 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00143 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos      andrew@bellroselaw.com

**TXW/1:19-cv-00143 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00319 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos      andrew@bellroselaw.com

**TXW/1:19-cv-00319 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00150 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz      maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos      andrew@bellroselaw.com

**TXW/1:19-cv-00150 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00136 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00136 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00068 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Stem, Jr    robert@rstemlaw.com

**TXW/6:19-cv-00068 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00257 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00257 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00336 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00336 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00050 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00050 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00091 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00091 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00128 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00128 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00133 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00133 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00108 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00108 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00106 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00106 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00282 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00282 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00139 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00139 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00151 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00151 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00306 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins    rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00306 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00332 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00332 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00310 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00310 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00087 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00087 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00090 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00090 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00304 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins    rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00304 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00253 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00253 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00275 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Minesh J. Patel    minesh@thepatelfirm.com

**TXW/1:19-cv-00275 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00069 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Stem, Jr    robert@rstemlaw.com

**TXW/6:19-cv-00069 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00083 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00083 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00058 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00058 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00271 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00271 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00313 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00313 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00290 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00290 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00066 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Stem, Jr    robert@rstemlaw.com

**TXW/6:19-cv-00066 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00263 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

**TXW/1:19-cv-00263 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00137 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00137 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00324 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00324 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00276 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Minesh J. Patel    minesh@thepatelfirm.com

**TXW/1:19-cv-00276 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00075 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00075 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00249 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00249 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00270 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00270 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00122 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00122 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00154 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00154 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00115 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00115 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00134 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00134 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00095 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00095 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00121 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00121 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00084 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00084 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00162 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins    rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00162 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00272 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00272 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00126 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00126 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00146 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00146 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00078 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00078 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00303 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins    rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00303 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00343 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

**TXW/1:19-cv-00343 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00243 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00243 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00126 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00126 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00331 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00331 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00269 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00269 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00054 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00054 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00085 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00085 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00283 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00283 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00165 Notice has been electronically mailed to:**

Russell Hardin, Jr     rhardin@rustyhardin.com

Ryan Kees Higgins     rhiggins@rustyhardin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko     ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00165 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00329 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00329 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00321 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00321 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00295 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00295 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00327 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00327 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00300 Notice has been electronically mailed to:**

Russell Hardin, Jr     rhardin@rustyhardin.com

Ryan Kees Higgins     rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com,
lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com,
sjares@rustyhardin.com

**TXW/1:19-cv-00300 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00092 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00092 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00086 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00086 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00110 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00110 Notice will not be electronically mailed to:**

**MN/0:19-cv-00964 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00964 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00130 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00130 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00333 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00333 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00150 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00150 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00149 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00149 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00335 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00335 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00161 Notice has been electronically mailed to:**

Russell Hardin, Jr     rhardin@rustyhardin.com

Ryan Kees Higgins     rhiggins@rustyhardin.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko     ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com,
lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com,
sjares@rustyhardin.com

**TXW/1:19-cv-00161 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00281 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00281 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00132 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00132 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00311 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00311 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00055 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00055 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00074 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00074 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00128 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00128 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00280 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00280 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00116 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/6:19-cv-00116 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00325 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00325 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00247 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00247 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00314 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00314 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00292 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos     andrew@bellroselaw.com

**TXW/1:19-cv-00292 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00152 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz     maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00152 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00142 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00142 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00320 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00320 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00096 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00096 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00089 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00089 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00133 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00133 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00328 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00328 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00100 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00100 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00072 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00072 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00142 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00142 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00334 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00334 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00279 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/1:19-cv-00279 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00145 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00145 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00077 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00077 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00136 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00136 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00248 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos   andrew@bellroselaw.com

**TXW/1:19-cv-00248 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00153 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz   maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome   kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos   andrew@bellroselaw.com

**TXW/1:19-cv-00153 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00274 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz   maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome   kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Minesh J. Patel   minesh@thepatelfirm.com

**TXW/1:19-cv-00274 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00051 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz   maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome   kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00051 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00131 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz   maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome   kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos   andrew@bellroselaw.com

**TXW/6:19-cv-00131 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00130 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz   maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00130 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00053 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00053 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00268 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/1:19-cv-00268 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00114 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00114 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00094 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXW/6:19-cv-00094 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00164 Notice has been electronically mailed to:**

Russell Hardin, Jr    rhardin@rustyhardin.com

Ryan Kees Higgins    rhiggins@rustyhardin.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Daniel R Dutko    ddutko@rustyhardin.com, jroden@rustyhardin.com, khagen@rustyhardin.com, lriley@rustyhardin.com, rhardin@rustyhardin.com, rhiggins@rustyhardin.com, scampbell@rustyhardin.com, sjares@rustyhardin.com

**TXW/1:19-cv-00164 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00174 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jeffrey D. Otto    jotto@thompsoncoe.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Shelly Ann Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com

William L. Mennucci    bmennucci@thompsoncoe.com, chand@thompsoncoe.com, mfuentes@thompsoncoe.com, trush@thompsoncoe.com

**TXW/1:19-cv-00174 Notice will not be electronically mailed to:**

Aearo Technologies, LLC
Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113-5603

**TXW/6:19-cv-00120 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00120 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00067 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Stem, Jr    robert@rstemlaw.com

**TXW/6:19-cv-00067 Notice will not be electronically mailed to:**

**TXW/6:19-cv-00102 Notice has been electronically mailed to:**

Muhammad Suleiman Aziz    maziz@awtxlaw.com, jdean@awtxlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Andrew James Cobos    andrew@bellroselaw.com

**TXW/6:19-cv-00102 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/18/2019] [FileNumber=904797-0]
[1f7050e0e638fff7c2cfdeeca2cfdd6b7e212250171564ad164aff71f07b091e2ca3f
f6d5ad27b00c031c544187c1b6859873eff4bfd4a1df153e5bc6ea60e83]]