UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> This Document Relates to the Master ) <br> Docket ) | Case No. 3:19-cv-02885-MCR-GRJ <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eric D. Holland hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 (ECF No. 4). Mr. Holland is counsel of record in individual cases transferred to this Court from the Western District of Missouri by the JPML. Mr. Holland has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (tutorial confirmation number FLND 15557936572013) and has previously been granted admission pro hac vice in this District. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

/s/ Eric D. Holland
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 20th day of April, 2019.

> */s/ Eric D. Holland*
> Eric D. Holland – MO Bar #: 39935
> Holland Law Firm, LLC
> 300 N. Tucker Blvd., Suite 801
> St. Louis, MO 63101
> Tel: 314-241-8111
> Fax: 314-241-5554
> Email: eholland@allfela.com
>
> *Attorneys for Plaintiffs*