**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, April 19, 2019 7:05 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, April 19, 2019 12:03:08 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/19/2019 at 8:03 AM EDT and filed on 4/19/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 385 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:**      Abdur-Rahman et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-00976

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s) *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:**      Embser et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-00978

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s) *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:**      Land et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-00962

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s) *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-***

*cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

| | |
|---|---|
| **Case Name:** | WEILAND v. 3M COMPANY et al |
| **Case Number:** | INS/1:19-cv-01140 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

| | |
|---|---|
| **Case Name:** | SCHERER v. 3M COMPANY et al |
| **Case Number:** | INS/1:19-cv-01141 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:**   Suarez et al v. 3M Company et al

**Case Number:**   MN/0:19-cv-00982

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:**   PHILLIPS v. 3M COMPANY et al

**Case Number:**   INS/1:19-cv-01143

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:**   Mendez v. 3M Company

**Case Number:**   FLS/1:19-cv-21341

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-*

*cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

| | |
|---|---|
| **Case Name:** | Hines v. 3M |
| **Case Number:** | ALN/2:19-cv-00540 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

| | |
|---|---|
| **Case Name:** | WHITLOW v. 3M COMPANY et al |
| **Case Number:** | INS/1:19-cv-01138 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:**     RUTHEFORD v. 3M COMPANY et al

**Case Number:**     INS/1:19-cv-01121

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:**     Starr et al v. 3M Company et al

**Case Number:**     MN/0:19-cv-00972

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:**     Highsmith et al v. 3M Company et al

**Case Number:**     MN/0:19-cv-00975

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-*

*cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:** WHITAKER v. 3M COMPANY et al
**Case Number:** INS/1:19-cv-01139
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**Case Name:** Thomas et al v. 3M Company et al
**Case Number:** MN/0:19-cv-00961
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 15 action(s)** *re: pldg. (1 in ALN/2:19-cv-00540, 2 in FLS/1:19-cv-21341, 1 in INS/1:19-cv-01121, 1 in INS/1:19-cv-01138, 1 in INS/1:19-cv-01139, 1 in INS/1:19-cv-01140, 1 in INS/1:19-cv-01141, 1 in INS/1:19-cv-01143, [367] in MDL No. 2885, 1 in MN/0:19-cv-00961, 1 in MN/0:19-cv-00962, 1 in MN/0:19-cv-00972, 1 in MN/0:19-cv-00975, 1 in MN/0:19-cv-00976, 1 in MN/0:19-cv-00978, 1 in MN/0:19-cv-00982)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/19/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00540, FLS/1:19-cv-21341, INS/1:19-cv-01121, INS/1:19-cv-01138, INS/1:19-cv-01139, INS/1:19-cv-01140, INS/1:19-cv-01141, INS/1:19-cv-01143, MN/0:19-cv-00961, MN/0:19-cv-00962, MN/0:19-cv-00972, MN/0:19-cv-00975, MN/0:19-cv-00976, MN/0:19-cv-00978, MN/0:19-cv-00982 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-00976 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00976 Notice will not be electronically mailed to:**

**MN/0:19-cv-00978 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00978 Notice will not be electronically mailed to:**

**MN/0:19-cv-00962 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00962 Notice will not be electronically mailed to:**

**INS/1:19-cv-01140 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese    jreese@WagnerReese.com

Stephen M Wagner    swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns    tkarns@wagnerreese.com

Scott B. Cockrum    Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux    adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman    alex.pittman@icemiller.com

**INS/1:19-cv-01140 Notice will not be electronically mailed to:**

**INS/1:19-cv-01141 Notice has been electronically mailed to:**

Renee J. Mortimer    Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01141 Notice will not be electronically mailed to:**

**MN/0:19-cv-00982 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00982 Notice will not be electronically mailed to:**

**INS/1:19-cv-01143 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01143 Notice will not be electronically mailed to:**

**FLS/1:19-cv-21341 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr     frank@colson.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez     bob@colson.com

Lazaro Fields     laz@colson.com

**FLS/1:19-cv-21341 Notice will not be electronically mailed to:**

**ALN/2:19-cv-00540 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Rusha Smith     rsmith@bradley.com

**ALN/2:19-cv-00540 Notice will not be electronically mailed to:**

Michael Hines, Jr
6103 Barrington Park
Moody, AL 35004

**INS/1:19-cv-01138 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01138 Notice will not be electronically mailed to:**

**INS/1:19-cv-01121 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01121 Notice will not be electronically mailed to:**

**MN/0:19-cv-00972 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00972 Notice will not be electronically mailed to:**

**MN/0:19-cv-00975 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00975 Notice will not be electronically mailed to:**

**INS/1:19-cv-01139 Notice has been electronically mailed to:**

Renee J. Mortimer     Renee.Mortimer@lewisbrisbois.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jason R Reese     jreese@WagnerReese.com

Stephen M Wagner     swagner@wagnerreese.com, jpolk@wagnerreese.com

Timothy Loren Karns     tkarns@wagnerreese.com

Scott B. Cockrum     Scott.Cockrum@lewisbrisbois.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

**INS/1:19-cv-01139 Notice will not be electronically mailed to:**

**MN/0:19-cv-00961 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00961 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/19/2019] [FileNumber=905109-0]
[b6d1c527eb70ddb1033bb0c1cd2d8b0927181b532f494963f323f0f181a0c669c0639
f41dd3260cc6a071e131ce67065ed439708ccfe0c33c0799559e756897e]]