# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary r. Jones |

### MOTION OF RICHARD L. ROOT FOR *PRO HAC VICE* ADMISSION AND REQUEST TO RECEIVE ELECTRONIC NOTICES OF FILINGS

In accordance with Northern District of Florida Local Rule 11.1 and the Court's Pretrial Order 3, Doc. No. 4, Richard L. Root of the law firm of Morris Bart, LLC, 601 Poydras Street, 24th Floor, New Orleans, Louisiana, 70130, respectfully moves for admission *pro hac vice* to appear as counsel for individual Plaintiffs, including but not limited to Guan v. 3M Company, et al, (3:19-cv-00644), and to thereafter receive notice of Electronic Case Filings in this action.  In support of the motion, Movant states:

1. Richard L. Root is not a resident of the State of Florida.

2. Richard L. Root is currently admitted to practice in the Northern District of Florida *Pro Hoc Vice* pursuant to Judge Rodgers' Order in Abilify, 3:16-md-02734-MCR-GRJ, Document 444, attached.

3. Richard L. Root is licensed to practice and is a member in good standing in the State of Louisiana.

4. A copy of the Certificate of Good Standing from the United States District Court for the Eastern District of Louisiana, was previously submitted with the prior *pro hoc vice* motion, being document 416.

5. Richard L. Root has successfully completed the Local Rules exam, confirmation number FLND1498865531487, and the required CM/ECF tutorials, pursuant to Local Rule 11.1.

6. Richard L. Root has remitted simultaneously with the filing of this motion the Court's $201.00 *pro hac vice* admission fee for MDL-02885.

7. Richard L. Root has confirmed that his PACER account is an upgraded "NextGen" account.

8. Upon admission, Richard L. Root requests that he be provided notice of Electronic Case Filings to the following email address: rroot@morrisbart.com.

WHEREFORE, Richard L. Root respectfully requests that this Court enter an Order: 1) granting his motion to appear *pro hac vice* on behalf of Plaintiffs; and 2) directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  April 22, 2019                By: */s/ Richard L. Root*

              Richard L. Root
              MORRIS BART, LLC
              601 Poydras, 24th Floor
              New Orleans LA  70130
              Telephone: (504) 525-8000
              Facsimile:  (504) 599-3392
              Email:rroot@morrisbart.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 3rd day of April 22, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

By: */s/ Richard L. Root*

Richard L. Root
MORRIS BART, LLC
601 Poydras, 24th Floor
New Orleans LA  70130
Telephone: (504) 525-8000
Facsimile:  (504) 599-3392
Email:rroot@morrisbart.com