UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:16-md-2734<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    7/3/2017

Motion/Pleadings: Motion to Appear Pro Hac Vice by Richard L. Root

Filed by Atty, Richard L. Root    on 7/3/2017    Doc. # 416

☐ Stipulated            ☐ Joint Pleading
☐ Unopposed         ☐ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/Donna Bajzik*
Deputy Clerk

On consideration, the motion is GRANTED.

**DONE** and **ORDERED** this 14th day of July, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**