UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | CASE NO. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brandon J.B. Boulware of the law firm Boulware Law LLC enters his appearance as counsel for Plaintiffs in the following actions transferred to this Court from the Western District of Missouri:

- *Rick Scism v. 3M Company, et al,* Case No. 4:19-cv-00202-DGK
- *Glen Murrain v. 3M Company, et al,* Case No. 4:19-cv-00203-BCW
- *Daniel Smith v. 3M Company, et al,* Case No. 4:19-cv-00206-ODS
- *Kent Taylor v. 3M Company, et al,* Case No. 4:19-cv-00207-FJG
- *Charles Williams v. 3M Company, et al,* Case No. 4:19-cv-00208-GAF
- *Shawn Winkeler v. 3M Company, et al,* Case No. 4:19-cv-00209-HFS
- *Paul Anderson v. 3M Company, et al*, Case No. 4:19-cv-00210-FJG
- *Daniel Gessley v. 3M Company, et al,* Case No. 4:19-cv-00211-BP
- *Aaron Lashley v. 3M Company, et al,* Case No. 4:19-cv-00212-RK
- *Bret Holder v. 3M Company, et al,* Case No. 4:19-cv-00247-BCW

Brandon J.B. Boulware is an attorney of record in the above-referenced actions transferred to this Court (MDL Case No. 2885) and has completed the administrative

1

requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND15559649072021).

All further papers and pleadings in this action should be served on the undersigned.

Dated: April 23, 2019

Respectfully submitted,

BOULWARE LAW LLC

By:   /s/ Brandon J.B. Boulware
Brandon J.B. Boulware    MO # 54150
Jeremy M. Suhr    MO # 60075
Erin D. Lawrence    MO # 63021
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tele:   (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

*Attorneys for Plaintiffs Paul Anderson, Daniel Gessley, Bret Holder, Aaron Lashley, Glen Murrain, Rick Scism, Daniel Smith, Kent Taylor, Charles Williams, and Shawn Winkeler*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ Brandon J.B. Boulware
*Attorney for Plaintiffs Paul Anderson, Daniel Gessley, Bret Holder, Aaron Lashley, Glen Murrain, Rick Scism, Daniel Smith, Kent Taylor, Charles Williams, and Shawn Winkeler*