- William Ambrose, Ambrose v. 3M Company, Case No.: 3:19-cv-608-MCR/GRJ;

- Kristopher Ballen, Ballen v. 3M Company, Case No.: 3:19-cv-610-MCR/GRJ;

- Mason Beaudry, Beaudry v. 3M Company, Case No.: 3:19-cv-612-MCR/GRJ;

- Christopher Blimka, Blimka v. 3M Company, Case No.: 3:19-cv-614-MCR/GRJ;

- Wayne Bogard, Bogard v. 3M Company, Case No.: 3:19-cv-615-MCR/GRJ;

- Dwayne Clark, Clark v. 3M Company, Case No.: 3:19-cv-617-MCR/GRJ;

- Charles Cox, Cox v. 3M Company, Case No.: 3:19-cv-619-MCR/GRJ;

- David Dowdy, Dowdy v. 3M Company, Case No.: 3:19-cv-620-MCR/GRJ;

- Patrick Hart, Hart v. 3M Company, Case No.: 3:19-cv-622-MCR/GRJ;

- Jean Lopez, Lopez v. 3M Company, Case No.: 3:19-cv-623-MCR/GRJ;

- Jeremy Lowry, Lowry v. 3M Company, Case No.: 3:19-cv-624-MCR/GRJ;

- Andrew Moore, More v. 3M Company, Case No.: 3:19-cv-627-MCR/GRJ;

- Khadeem Nelson, Nelson v. 3M Company, Case No.: 3:19-cv-629-MCR/GRJ;

- Rafael Nina, Nina v. 3M Company, Case No.: 3:19-cv-630-MCR/GRJ;

- Ronald Ranew, Ranew v. 3M Company, Case No.: 3:19-cv-634-MCR/GRJ;

- Alvin Riggs, Riggs v. 3M Company, Case No.: 3:19-cv-687-MCR/GRJ;

- Gregory Stewart, Stewart v. 3M Company, Case No.: 3:19-cv-688-MCR/GRJ;

- William Sweeney, Sweeney v. 3M Company, Case No.: 3:19-cv-689-MCR/GRJ;

- Michael Tracy, Tracy v. 3M Company, Case No.: 3:19-cv-690-MCR/GRJ; and

- Fletcher Valentine, Valentine v. 3M Company, Case No.: 3:19-cv-691-MCR/GRJ.