# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, Kristian Rasmussen, pursuant to Pretrial Order No. 3 [ECF No.4] and hereby enters this appearance in the master docket. See, PTO 3 ¶ V.

I am admitted to practice before this Honorable Court, and I am counsel of record for the Plaintiff in *Shaffer v. 3M* Company, Case No. 3:19cv570-MCR/GRJ.

I respectfully request that all orders, pleadings, papers, documents and correspondence filed and/or served in the master docket also be served on the Plaintiff(s) by and through the undersigned counsel in accordance with all applicable local rules and/or pretrial orders as follows:

Kristian Rasmussen
Cory Watson, P.C.
2131 Magnolia Avenue South, Ste. 200
Birmingham, AL 35205
Phone: (205) 328-2200
Email: KRasmussen@CoryWatson.com

Respectfully submitted this the 23rd day of April, 2019.


*/s/ Kristian Rasmussen*
Kristian Rasmussen (FL Bar 229430)
Cory Watson, P.C.
2131 Magnolia Avenue S., Ste. 200
Birmingham, AL 35205
Phone: (205) 328-2200
Email: KRasmussen@CoryWatson.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 23rd day of April, 2019.

*/s/ Kristian Rasmussen*
Kristian Rasmussen