UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Gregory D. Brown hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the state of Texas. A copy of the Certificate of Good Standing is attached hereto as Exhibit A.

3. Movant has successfully completed both the online Attorney Admission tutorial exam – confirmation no. FLND15548513071928 – and the CM/ECF tutorials.

4. Movant has paid the required *pro hac vice* fee at the time of the filing of this motion.

5. Movant has an upgraded PACER account.

WHEREFORE, Gregory D. Brown respectfully requests the Court enter an order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: April 23, 2019

Respectfully submitted,

/s/ *Gregory D. Brown*
FLEMING NOLEN & JEZ, LLP

                                        Gregory D. Brown  
                                        Texas Bar No. 24078266  
                                        2800 Post Oak Blvd., Suite 4000  
                                        Houston, Texas 77056  
                                        Telephone: (713) 621-7944  
                                        Facsimile: (713) 621-9638  
                                        gregory_brown@fleming-law.com

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on April 23, 2019 and served electronically on all counsel of record.

/s/ *Gregory D. Brown*
Gregory D. Brown