- Alvin Riggs, Riggs v. 3M Company, Case No.: 3:19-cv-687-MCR/GRJ;

- Gregory Stewart, Stewart v. 3M Company, Case No.: 3:19-cv-688-MCR/GRJ;

- William Sweeney, Sweeney v. 3M Company, Case No.: 3:19-cv-689-MCR/GRJ;

- Michael Tracy, Tracy v. 3M Company, Case No.: 3:19-cv-690-MCR/GRJ; and

- Fletcher Valentine, Valentine v. 3M Company, Case No.: 3:19-cv-691-MCR/GRJ.