**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to Civil Case No. 3:19cv556-MCR/GRJ; *Scott D. Rowe v. 3M Company* | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Muhammad S. Aziz, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as **Exhibit "A"** and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record in the related case, Civil Case No. 319cv556-MCR/GRJ; *Scott D. Rowe v. 3M Company*, transferred from the Western District of Texas, Civil Action No. 6:19-cv-19; *Scott D. Rowe v. 3M Company*.

WHEREFORE, Muhammad Aziz respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

        Respectfully submitted,

        **ABRAHAM, WATKINS, NICHOLS,**
        **SORRELS, AGOSTO & AZIZ**

        */s/ Muhammad S. Aziz*
        _____
        MUHAMMAD S. AZIZ
        Texas State Bar No. 24043538
        800 Commerce Street
        Houston, Texas 77002
        Telephone: (713) 222-7211
        Facsimile: (713) 225-0827
        maziz@awtxlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Amended Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on April 23, 2019 served electronically on all counsel of record.

*/s/ Muhammad S. Aziz*_____
Muhammad S. Aziz
