UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |
|---|---|

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __April 23, 2019__

Motion/Pleadings:  MOTION OF RICHARD L. ROOT FOR *PRO HAC VICE* ADMISSION AND REQUEST TO RECEIVE ELECTRONIC NOTICES OF FILINGS    [on behalf of Plaintiff, Shang Xiong Guan]

Filed by __Plaintiff__  on __April 22, 2019__   Doc. # __82__

Response _____  on _____   Doc. # _____

_____ Stipulated     _____ Joint Pleading
_____ Unopposed    _____ Consented

                    JESSICA J. LYUBLANOVITS
                    CLERK OF COURT
                    */s/ Kathy Rock*
                    Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 24th day of April 2019.

                    *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**