UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 24, 2019

Motion/Pleadings:   MOTION FOR ADMISSION *PRO HAC VICE*

Filed by  Gregory Brown      on  April 23, 2019         Doc. #   90

Response _____  on _____  Doc. # _____

_____ Stipulated          _____ Joint Pleading
_____ Unopposed        _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

**DONE and ORDERED** this 24th day of April 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**