# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that D. Todd Mathews of Gori Julian & Associates, P.C. hereby enters his appearance in this action.

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this 24th day of April, 2019.

GORI JULIAN & ASSOCIATES, P.C.,

*/s/ D. Todd Mathews*
D. Todd Mathews
Florida Bar No. 163104
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
todd@gorijulianlaw.com

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 24th day of April, 2019.

GORI JULIAN & ASSOCIATES, P.C.,

*/s/ D. Todd Mathews*
D. Todd Mathews
Florida Bar No. 163104
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
todd@gorijulianlaw.com
*COUNSEL FOR PLAINTIFFS*