UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

Megan T. Arvola of the Gori Julian & Associates, P.C. law firm hereby enters her appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Arvola is counsel of record in individual cases transferred to this Court by the JPML. Ms. Arvola has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND15555325311994) and has sought admission *pro hac vice* pursuant to paragraph IV. A. of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Respectfully submitted this 24th day of April, 2019.

GORI JULIAN & ASSOCIATES, P.C.,

*/s/ Megan T. Arvola*
Megan T. Arvola
Illinois Bar No. 6309754
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
marvola@gorijulianlaw.com

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 24th day of April, 2019.

GORI JULIAN & ASSOCIATES, P.C.,

*/s/ Megan T. Arvola*
Megan T. Arvola
Illinois Bar No. 6309754
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
marvola@gorijulianlaw.com
*COUNSEL FOR PLAINTIFFS*