**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION                    Case No. 3:19-cv-02885-MCR-GRJ


This Document Relates to the Master Docket   Judge M. Casey Rodgers
                                             Magistrate Judge Gary R. Jones


<u>**NOTICE OF APPEARANCE**</u>

**PLEASE TAKE NOTICE** that T. Roe Frazer II hereby enters his appearance

in this case in the Master Docket pursuant to Pretrial Order No. 3. ECF no. 4. Mr.

Frazer is counsel of record in the individual case transferred to this Court from the

Eastern District of North Carolina by the JPML. *Rogers v. 3M Company*, 7:19-cv-

00062-D. Mr. Frazer has completed the administrative requirements outlined in

Pretrial Order No. 3. ECF No. 4. (tutorial confirmation number

FLND15559629792020) and has been granted admission *pro hac vice* pursuant to

paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and

pleadings in the Master Docket of MDL 2885 be served upon him.

Dated this 24th day of April 2019.

                                        Respectfully submitted,

                                        */s/ T. Roe Frazer II*
                                        T. Roe Frazer II
                                        TN #035785

1

FRAZER PLC
30 Burton Hills Blvd, Ste. 450
Nashville, TN 37215
T: (615) 647-0990

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2019, I electronically filed the foregoing document with the Clerk of the Circuit using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ T. Roe Frazer II
T. Roe Frazer II
TN #035785
FRAZER PLC
30 Burton Hills Blvd, Ste. 450
Nashville, TN 37215
T: (615) 647-0990


*Attorney for Plaintiff*