# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION<br>Plaintiff,<br><br>v.<br><br>This Document Relates to All Cases<br>Defendant. | Case No. 3:19md02885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. Fla. LR 11.1(C), I, Michael J. O'Neill, move to be admitted *pro hac vice* to the bar of this Court for an Order for Admission to practice *Pro Hac Vice* in the above-styled case, and in support thereof states as follows:

   a. Full name of the movant-attorney: Michael J. O'Neill

   b. Bar Number and State of Issuance: 82191 Pennsylvania

   c. Firm name, address, and telephone number of the movant-attorney;

> Michael J. O'Neill, Esquire
> Messa & Associates
> 123 South 22nd Street
> Philadelphia, PA 19103
> 215-568-3500
> 215-568-3501 (fax)
> moneill@messalaw.com

   d. Completion of Tutorials:

   Both tutorials are required by ND/FL L.R. 11.1(A). No waiver or exceptions will be allowed.

   __X___ I have completed the following tutorials:

> On-line local rules tutorial:
> Date tutorial completed: April 18, 2019
> Confirmation Number: FLND15556101282000

CM/ECF Tutorial: Date tutorial completed: April 23, 2019

    e. Bar Membership Credentials:

I am admitted to practice before the following courts:

| Court | Date Admitted | Good Standing |
|---|---|---|
| 1. Supreme Court of PA | October 28, 1998 | Yes |
| 2. Supreme Court of NJ | January 15, 1999 | Yes |
| 3. Supreme Court of the State of New York | August 24, 2006 | Yes |

    f. I am a member in good standing of all bars which I am a member and I am not under suspension or disbarment from any bar.

    g. I do not reside in the Northern District of Florida, am not regularly employed in this District, and am not regularly engaged in the practice of law in this District.

    h. Attached to this motion is the original Certificates of Good Standing for the Pennsylvania, New Jersey and New York Bars.

    i. Movant has upgraded his PACER account to "NextGen."

    j. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

    k. Movant is the attorney of record in the related case, Civil Case No. 3:19cv00657-MCR/GRJ; *Thomas Nace vs. 3M Company.*

I attest under penalty to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of this Court and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

                                       */s/ Michael J. O'Neill*
                                       Michael J. O'Neill, Esquire
                                       Messa and Associates
                                       123 South 22nd Street
                                       Philadelphia, PA 19103
                                       215-568-3500/215-568-3501 (fax)
                                       moneill@messalaw.com
                                       Attorney for Plaintiff



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Michael J. O'Neill, Esq.*

DATE OF ADMISSION

*October 28, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 17, 2019

*Patricia Johnson*
_____
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHAEL J O'NEILL** (No. **031041998**) was constituted and appointed an Attorney at Law of New Jersey on **January 15, 1999** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **18TH** day of **April**, 20**19**.

*Heather J Baker*
Clerk of the Supreme Court

-453a-



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michael J. O'Neill

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **24th day of August, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **18th day of April, 2019**.

*Robert D. Mayberger*
Clerk