# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge Rodgers on: April 24, 2019
Motion/Pleading: Amended Motion to Appear *Pro Hac Vice*
Filed by: Scott A. Love, Esq.      on 4/23/2019      Doc. # 91
RESPONSES:
                                         on                Doc. #
                                         on                Doc. #

☐ Stipulated   ☐ Joint Pldg.
☐ Unopposed   ☐ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED** on this 24th of April, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**