UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: April 24, 2019
Motion/Pleading: Amended Motion to Appear *Pro Hac Vice*
Filed by: W. Michael Moreland, Esq.    on  4/23/2019    Doc. #  92
RESPONSES:
　　　　　　　　　　　　　　　　　　　on 　　　　　　　　Doc. #
　　　　　　　　　　　　　　　　　　　on 　　　　　　　　Doc. #

☐ Stipulated  ☐ Joint Pldg.
☐ Unopposed  ☐ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED** on this 24th of April, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**