**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:   April 24, 2019
Motion/Pleading:   Amended Motion to Appear *Pro Hac Vice*
Filed by:   Shelley V. Hutson, Esq.    on   4/23/2019    Doc. #   93
RESPONSES:

    on     Doc. #
    on     Doc. #

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:   Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED** on this 24th of April, 2019.

*M. Casey Rodgers*

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**