UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 24, 2019

Motion/Pleadings:   MOTION FOR ADMISSION *PRO HAC VICE*
                   [Michael J. O'Neill on behalf of Plaintiff, Thomas Nace]

Filed by   Plaintiff           on  April 24, 2019            Doc. #  102

Response _____  on _____  Doc. # ____

\_\_\_\_ Stipulated         \_\_\_\_ Joint Pleading
\_\_\_\_ Unopposed         \_\_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 24th day of April 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**