# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | CASE NO. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Thomas P. Cartmell of the law firm of Wagstaff & Cartmell LLP enters his appearance as counsel for Plaintiffs in the following actions transferred to this Court from the Western District of Missouri:

- *Brian Hinnen v. 3M Company, et al,* Case No. 3:19-cv-00797

- *Devin Jones v. 3M Company, et al,* Case No. 3:19-cv-00796

- *Corey Wiley v. 3M Company, et al,* Case No. 3:19-cv-00799

- *Brian Winters v. 3M Company, et al,* Case No. 3:19-cv-00791

Thomas P. Cartmell is an attorney of record in the above-referenced actions transferred to this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF Doc. No. 4) (Tutorial Confirmation No. FLND15553480361969).

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this 24th day of April 2019.

___/s/Thomas P. Cartmell_____
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

***Attorneys for Plaintiffs Brian Hinnen, Devin Jones, Corey Wiley and Brian Winters***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

___/s/Thomas P. Cartmell_____
THOMAS P. CARTMELL