# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, Richard L. Root, who hereby enters this appearance in the master docket pursuant to Pretrial Order No. 3, ¶ V. [ECF No.4].

I am admitted to practice *pro hoc vice* before this Honorable Court, and I am counsel of record for the following Plaintiffs transferred to this MDL:

Accardo v. 3M Company, et al, Case No. 3:19-cv-00621-MCR/GRJ;

Guan v. 3M Company, et al, Case No. 3:19-cv-00644-MCR/GRJ;

Licciardi v. Aero Technologies, et al, Case No. 3:19-cv-00664-MCR/GRJ;

Pierce v. 3M Company, et al, Case No. 3:19-cv-00665-MCR/GRJ;

Wombacher v. 3M Company, et al, Case No. 3:19-cv-00666-MCR/GRJ;

I respectfully request that all orders, pleadings, papers, documents and correspondence filed and/or served in these cases be served on the Plaintiff(s) by and through the undersigned counsel in accordance with all applicable local rules and/or pretrial orders.

Respectfully submitted this the 24th day of April, 2019.

*/s/ Richard L. Root*

Richard L. Root (La Bar 19988)
MORRIS BART, LLC
601Poydras Street, 24th Floor
New Orleans, La 70130
Phone: (504) 525-8000
Fax: (833) 277-4214
Email: rroot@morrisbart.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 24th day of April, 2019.

                                                    */s/ Richard L. Root*
                                                    Richard L. Root