**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, April 24, 2019 6:48 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, April 24, 2019 11:46:26 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/24/2019 at 7:46 AM EDT and filed on 4/24/2019
**Case Name:**      IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 390

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-**

**00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:**       Hacker et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-00987

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s) *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:**       Erickson et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-01002

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s) *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-**

**00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:**        Miller et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-00985
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:**        Dorado et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-00969
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:**      Pearson et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-00983

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:**      Smith et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-00977

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:**      Thompson v. 3M Company et al

**Case Number:**    ARW/6:19-cv-06041

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

| Case Name: | INZAR v. 3M COMPANY |
|---|---|
| Case Number: | NJ/2:19-cv-09444 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

| Case Name: | Dewitt et al v. 3M Company et al |
|---|---|
| Case Number: | MN/0:19-cv-00992 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

| | |
|---|---|
| **Case Name:** | Glocer v. 3M Company |
| **Case Number:** | FLM/2:19-cv-00231 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

| | |
|---|---|
| **Case Name:** | Breedlove v. 3 M Co |
| **Case Number:** | LAW/1:19-cv-00444 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-*

*cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

| | |
|---|---|
| **Case Name:** | Aderholt et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00988 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

| | |
|---|---|
| **Case Name:** | Bazoon et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01007 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in*

*MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:** Lindsay et al v. 3M Company et al
**Case Number:** MN/0:19-cv-00994
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:** Deyton et al v. 3M Company et al
**Case Number:** MN/0:19-cv-00981
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in*

*MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:** Brown et al v. 3M Company et al
**Case Number:** MN/0:19-cv-00996
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**Case Name:** Carter et al v. 3M Company et al
**Case Number:** MN/0:19-cv-01001
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in*

MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)
Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/24/2019.

Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)

| | |
|---|---|
| **Case Name:** | Brown v. 3M Company |
| **Case Number:** | MSS/3:19-cv-00246 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s) *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)*
Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/24/2019.

Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)

| | |
|---|---|
| **Case Name:** | Brown et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-00998 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s) *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)*
Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

Case Name:         Girard et al v. 3M Company et al
Case Number:       MN/0:19-cv-00986
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

Case Name:         Bolduc et al v. 3M Company et al
Case Number:       MN/0:19-cv-00993
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

Case Name:         Pointer et al v. 3M Company et al
Case Number:       MN/0:19-cv-00979
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

Case Name:         ESTERASPALOS v. 3M COMPANY
Case Number:       GAM/4:19-cv-00041
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-6) - 23 action(s)** *re: pldg. (1 in ARW/6:19-cv-06041, 1 in FLM/2:19-cv-00231, 1 in GAM/4:19-cv-00041, 1 in LAW/1:19-cv-00444, [377] in MDL No. 2885, 1 in MN/0:19-cv-00969, 1 in MN/0:19-cv-00977, 1 in MN/0:19-cv-00979, 1 in MN/0:19-cv-00981, 1 in MN/0:19-cv-00983, 1 in MN/0:19-cv-00985, 1 in MN/0:19-cv-00986, 1 in MN/0:19-cv-00987, 1 in MN/0:19-cv-00988, 1 in MN/0:19-cv-00992, 1 in MN/0:19-cv-00993, 1 in MN/0:19-cv-00994, 1 in MN/0:19-cv-00996, 1 in MN/0:19-cv-00998, 1 in MN/0:19-cv-01001, 1 in MN/0:19-cv-01002, 1 in MN/0:19-cv-01007, 1 in MSS/3:19-cv-00246, 1 in NJ/2:19-cv-09444)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/24/2019.**

**Associated Cases: MDL No. 2885, ARW/6:19-cv-06041, FLM/2:19-cv-00231, GAM/4:19-cv-00041, LAW/1:19-cv-00444, MN/0:19-cv-00969, MN/0:19-cv-00977, MN/0:19-cv-00979, MN/0:19-cv-**

**00981, MN/0:19-cv-00983, MN/0:19-cv-00985, MN/0:19-cv-00986, MN/0:19-cv-00987, MN/0:19-cv-00988, MN/0:19-cv-00992, MN/0:19-cv-00993, MN/0:19-cv-00994, MN/0:19-cv-00996, MN/0:19-cv-00998, MN/0:19-cv-01001, MN/0:19-cv-01002, MN/0:19-cv-01007, MSS/3:19-cv-00246, NJ/2:19-cv-09444 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-00987 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00987 Notice will not be electronically mailed to:**

**MN/0:19-cv-01002 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-01002 Notice will not be electronically mailed to:**

**MN/0:19-cv-00985 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00985 Notice will not be electronically mailed to:**

**MN/0:19-cv-00969 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00969 Notice will not be electronically mailed to:**

**MN/0:19-cv-00983 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00983 Notice will not be electronically mailed to:**

**MN/0:19-cv-00977 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00977 Notice will not be electronically mailed to:**

**ARW/6:19-cv-06041 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Todd C. Werts    werts@learwerts.com, lear@learwerts.com, megan@learwerts.com

Bradford B. Lear    lear@learwerts.com, megan@learwerts.com, werts@learwerts.com

**ARW/6:19-cv-06041 Notice will not be electronically mailed to:**

**NJ/2:19-cv-09444 Notice has been electronically mailed to:**

David R Buchanan    dbuchanan@seegerweiss.com, sperovich@seegerweiss.com

Christopher A. Seeger    cseeger@seegerweiss.com, cayers@seegerweiss.com, dbuchanan@seegerweiss.com, jscullion@seegerweiss.com, scott-siegel-5111@ecf.pacerpro.com, ssiegel@seegerweiss.com, styjer@seegerweiss.com

Asim M. Badaruzzaman    abadaruzzaman@seegerweiss.com

Jeffrey Scott Grand    jgrand@seegerweiss.com, jgrand@bernlieb.com, jscottgrand@mac.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Maxwell H. Kelly    mkelly@seegerweiss.com

**NJ/2:19-cv-09444 Notice will not be electronically mailed to:**

**MN/0:19-cv-00992 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00992 Notice will not be electronically mailed to:**

**FLM/2:19-cv-00231 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Scott P. Schlesinger     scott@schlesingerlaw.com, aifhylton@schlesingerlaw.com, jhaberman@schlesingerlaw.com

Jeffrey Louis Haberman     JHaberman@schlesingerlaw.com

**FLM/2:19-cv-00231 Notice will not be electronically mailed to:**

**LAW/1:19-cv-00444 Notice has been electronically mailed to:**

Robert L. Salim     robertsalim@cp-tel.net, BBeasley@Salim-Beasley.com, CRoberts@salim-beasley.com, EBailey@Salim-Beasley.com, LCausey@Salim-Beasley.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Lisa L. Causey     lcausey@salim-beasley.com

Barrett Beasley     bbeasley@salim-beasley.com, croberts@salim-beasley.com, ebailey@salim-beasley.com

**LAW/1:19-cv-00444 Notice will not be electronically mailed to:**

**MN/0:19-cv-00988 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00988 Notice will not be electronically mailed to:**

**MN/0:19-cv-01007 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-01007 Notice will not be electronically mailed to:**

**MN/0:19-cv-00994 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00994 Notice will not be electronically mailed to:**

**MN/0:19-cv-00981 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00981 Notice will not be electronically mailed to:**

**MN/0:19-cv-00996 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Monica Lynn Davies    mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-00996 Notice will not be electronically mailed to:**

**MN/0:19-cv-01001 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-01001 Notice will not be electronically mailed to:**

**MSS/3:19-cv-00246 Notice has been electronically mailed to:**

Merrida P. Coxwell, Jr    merridac@coxwelllaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michael Saltaformaggio    mike@mtlawms.com

**MSS/3:19-cv-00246 Notice will not be electronically mailed to:**

**MN/0:19-cv-00998 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00998 Notice will not be electronically mailed to:**

**MN/0:19-cv-00986 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00986 Notice will not be electronically mailed to:**

**MN/0:19-cv-00993 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00993 Notice will not be electronically mailed to:**

**MN/0:19-cv-00979 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-00979 Notice will not be electronically mailed to:**

**GAM/4:19-cv-00041 Notice has been electronically mailed to:**

J BENJAMIN FINLEY     bfinley@thefinleyfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MaryBeth V. Gibson     mgibson@thefinleyfirm.com

Robert Matthew Martin    matt.martin@dentons.com

**GAM/4:19-cv-00041 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/24/2019] [FileNumber=906002-0]
[587fb3f57771277f80f4ab9db07ae48741a8e093765472fcca2d9fa4f9f0a27abf9cc
921042ca6f34b3e64e5e171abd1f5c89c11451dc77016493ac9d9d8d755]]