# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Robert D. Cain, Jr. of Davis & Crump, P.C., hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Cain is counsel of record in an individual case transferred to this Court from the Southern District of Mississippi by the JPML. Mr. Cain has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND15555193471990) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this 25th day of April, 2019.

DAVIS & CRUMP, P.C.

By: */s/ Robert D. Cain, Jr.*
ROBERT D. CAIN, JR
MISSISSIPPI BAR # 104283
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Facsimile: (228) 864-0907
Email: robert.cain@daviscrump.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

By: */s/ Robert D. Cain, Jr.*
ROBERT D. CAIN, JR.
MISSISSIPPI BAR # 104283
2601 14th Street
Gulfport, MS 39501
Phone:  (228) 863-6000
Facsimile:  (228) 864-0907
Email:  robert.cain@daviscrump.com

**Counsel for Plaintiffs**