# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Jose M. Rosario | **NOTICE OF APPEARANCE** |
| Plaintiff | MDL Case No:   3:19-md-02885 |
| | (3:19-cv-00863) |
| v. | |
| 3M Company | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that Stacy K. Hauer, shall appear as counsel of record for Plaintiff Jose M Rosario in this case.

Dated: April 25, 2019

/s/ Stacy K. Hauer
Stacy Hauer (#0317093)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Tel.: (612) 436-1800
Fax: (612) 436-1801
shauer@johnsonbecker.com

*Attorney for Plaintiff*