**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

Notice is hereby given that Patrick Howard of Saltz, Mongeluzzi, Barrett & Bendesky, P.C. enters his appearance as counsel for Plaintiffs in the following actions transferred to this Court from the Eastern District of Pennsylvania:

- *William Anderegg & Danielle Anderegg v. 3M Company*, Case No. 2:19-cv-00772
- *Chris Baca & Sadie May Baca v. 3M Company*, Case No. 2:19-cv-00771
- *Peter Cordrey & Sierra Cordrey v. 3M Company*, Case No. 2:19-cv-00769
- *David Henderson & Kristina Henderson v. 3M Company*, Case No. 2:19-cv-00773
- *Joseph Robert Junk v. 3M Company*, Case No. 2:19-cv-00768
- *Michele Farren v. 3M Company*, Case No. 2:19-cv-00770

Mr. Howard also enters his appearance as counsel for Plaintiffs in the following actions transferred to this Court form the District of Minnesota:

- *Andrew Josh Gales v. 3M Company*, Case No. 2:19-cv-0524
- *Hysobanny Mujica v. 3M Company*, Case No. 0:19-cv-00762

Mr. Howard is attorney of record in the above actions transferred to this Court (MDL Case No. 2885), and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. **FLND15549935601935**).

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served on the undersigned.

Dated:  April 25, 2019             **SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.**

<u>/s/ Patrick Howard</u>
Patrick Howard
120 Gibraltar Road, Suite 218
Horsham, PA 19044
Tel: (215) 575-3895
Fax: (215) 754-4443
Email:  phoward@smbb.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on April 25, 2019 and served electronically on all counsel of record.

*/s/ Patrick Howard*
PATRICK HOWARD