UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Nixon Daniel, III of Beggs & Lane RLLP hereby enters his appearance as counsel for Plaintiff, Matthew L. Davis, Jr. in the following action: Matthew L. Davis, Jr., v. 3M Company, Case No.: 3:19-1027. All further papers and pleadings in this action should be served on the undersigned.

                                                                          s/ J. Nixon Daniel, III
                                                                          J. Nixon Daniel, III
                                                                          FL Bar No. 228761
                                                                          BEGGS & LANE, RLLP
                                                                          501 Commendencia Street
                                                                          Pensacola, Florida  32502
                                                                          Phone: (850) 432-2451
                                                                          Facsimile: (850) 469-3331
                                                                          jnd@beggslane.com
                                                                          Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action

s/ J. Nixon Daniel, III
J. Nixon Daniel, III
FL Bar No. 228761
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, Florida  32502
Phone: (850) 432-2451
Facsimile: (850) 469-3331
jnd@beggslane.com
Attorney for Plaintiff

2