UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: All Cases | Magistrate Judge Gary R. Jones |

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cristina R. Delise of the Lanier Law Firm, PLLC, hereby enters her appearance as counsel for Plaintiffs. Further, Ms. Delise is attorney of record in the action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

DATED: April 25, 2019        By:    */s/ Cristina Delise*
                                    Cristina R. Delise
                                    THE LANIER LAW FIRM, PLLC
                                    126 E. 56th Street, 7th Floor
                                    New York, NY 10022
                                    212.421.2800 (Telephone)
                                    Email: Cristina.delise@lanierlawfirm.com

                                    *Attorney for Plaintiffs*

-2-

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

DATED:   April 25, 2019

*/s/ Cristina Delise*
Cristina R. Delise