# EXHIBIT B

**Exhibit "B"**

| | |
|---|---|
| Alexander v. 3M Company et al | 3:19-cv-00718-MCR-GRJ |
| Anady v. 3M Company et al | 3:19-cv-00904-MCR-GRJ |
| Anderson v. 3M Company et al | 3:19-cv-00719-MCR-GRJ |
| Baird v. 3M Company et al | 3:19-cv-00720-MCR-GRJ |
| Baker v. 3M Company et al | 3:19-cv-00719-MCR-GRJ |
| Balanowski v. 3M Company et al | 3:19-cv-00722-MCR-GRJ |
| Bartling v. 3M Company et al | 3:19-cv-00826-MCR-GRJ |
| Baum v. 3M Company et al | 3:19-cv-00723-MCR-GRJ |
| Baumert v. 3M Company et al | 3:19-cv-00724-MCR-GRJ |
| Beam v. 3M Company et al | 3:19-cv-00765-MCR-GRJ |
| Bennett, et al. v. 3M Company et al | 3:19-cv-00598-MCR-GRJ |
| Blakesley v. 3M Company et al | 3:19-cv-00871-MCR-GRJ |
| Blazer v. 3M Company et al | 3:19-cv-00725-MCR-GRJ |
| Boyd v. 3M Company et al | 3:19-cv-00782-MCR-GRJ |
| Cakora v. 3M Company et al | 3:19-cv-00884-MCR-GRJ |
| Cooper v. 3M Company et al | 3:19-cv-00845-MCR-GRJ |
| Crum v. 3M Company et al | 3:19-cv-00905-MCR-GRJ |
| Dalton v. 3M Company et al | 3:19-cv-00907-MCR-GRJ |
| Dalziel v. 3M Company et al | 3:19-cv-00745-MCR-GRJ |
| Delozier v. 3M Company et al | 3:19-cv-00906-MCR-GRJ |
| Elmore v. 3M Company et al | 3:19-cv-00825-MCR-GRJ |
| England v. 3M Company et al | 3:19-cv-00768-MCR-GRJ |
| Fall et al v. 3M Company et al | 3:19-cv-01023-MCR-GRJ |
| Farmer v. 3M Company et al | 3:19-cv-00746-MCR-GRJ |
| Ferguson v. 3M Company et al | 3:19-cv-00769-MCR-GRJ |
| Garcia v. 3M Company et al | 3:19-cv-00766-MCR-GRJ |
| Geertz v. 3M Company et al | 3:19-cv-00873-MCR-GRJ |
| Girard v. 3M Company et al | 3:19-cv-00870-MCR-GRJ |
| Gribbons v. 3M Company et al | 3:19-cv-00747-MCR-GRJ |
| Hampton v. 3M Company et al | 3:19-cv-00770-MCR-GRJ |
| Helton v. 3M Company et al | 3:19-cv-00748-MCR-GRJ |
| Hensley v. 3M Company et al | 3:19-cv-00749-MCR-GRJ |
| Herring v. 3M Company et al | 3:19-cv-00772-MCR-GRJ |
| Hille v. 3M Company et al | 3:19-cv-00781-MCR-GRJ |
| Hornby v. 3M Company et al | 3:19-cv-00771-MCR-GRJ |
| Hunt v. 3M Company et al | 3:19-cv-00908-MCR-GRJ |
| Krumviede v. 3M Company et al | 3:19-cv-00874-MCR-GRJ |
| Lewis v. 3M Company et al | 3:19-cv-00875-MCR-GRJ |
| Martinez v. 3M Company et al | 3:19-cv-00912-MCR-GRJ |

**Exhibit "B"**

| | |
|---|---|
| Moss v. 3M Company et al | 3:19-cv-00750-MCR-GRJ |
| Munari v. 3M Company et al | 3:19-cv-00774-MCR-GRJ |
| Napier v. 3M Company et al | 3:19-cv-00886-MCR-GRJ |
| Ness v. 3M Company et al | 3:19-cv-00776-MCR-GRJ |
| Neumiller v. 3M Company et al | 3:19-cv-00827-MCR-GRJ |
| Nicholson v. 3M Company et al | 3:19-cv-00775-MCR-GRJ |
| Norris v. 3M Company et al | 3:19-cv-00751-MCR-GRJ |
| Olson v. 3M Company et al | 3:19-cv-00828-MCR-GRJ |
| Pasco v. 3M Company et al | 3:19-cv-00752-MCR-GRJ |
| Peters v. 3M Company et al | 3:19-cv-00773-MCR-GRJ |
| Potter v. 3M Company et al | 3:19-cv-00717-MCR-GRJ |
| Putz v. 3M Company et al | 3:19-cv-00753-MCR-GRJ |
| Schiller v. 3M Company et al | 3:19-cv-00866-MCR-GRJ |
| Scott v. 3M Company et al | 3:19-cv-00780-MCR-GRJ |
| Sigler v. 3M Company et al | 3:19-cv-00865-MCR-GRJ |
| Sproat v. 3M Company et al | 3:19-cv-00832-MCR-GRJ |
| Stensland v. 3M Company et al | 3:19-cv-00829-MCR-GRJ |
| Stewart v. 3M Company et al | 3:19-cv-00953-MCR-GRJ |
| Stewart v. 3M Company et al | 3:19-cv-00754-MCR-GRJ |
| Syverson v. 3M Company et al | 3:19-cv-00830-MCR-GRJ |
| Uecker v. 3M Company et al | 3-19-cv-00867-MCR-GRJ |
| Vitko v. 3M Company et al | 3:19-cv-00831-MCR-GRJ |
| Welke v. 3M Company et al | 3:19-cv-00869-MCR-GRJ |
| Wink v. 3M Company et al | 3:19-cv-00779-MCR-GRJ |
| Wynn v. 3M Company et al | 3:19-cv-00755-MCR-GRJ |
| Zimmerman v. 3M Company et al | 3:19-cv-00756-MCR-GRJ |