UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**AMENDED MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Erin Rogiers, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15553541371970**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, Erin Rogiers respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directly the clerk to provide notice of Electronic Case Fillings to the undersigned.

Dated: April 25, 2019                    Respectfully submitted,

                                         By:   /s/ *Erin Rogiers*
                                               Erin Rogiers
                                               WATTS GUERRA LLP
                                               Texas State Bar No. 24083597
                                               5726 W. Hausman Rd., Suite 119
                                               San Antonio, Texas 78249
                                               Telephone:  (210) 448-0500
                                               Facsimile:  (210) 448-0501
                                               Email:  erogiers@wattsguerra.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 25, 2019 and served electronically on all counsel of record.

                                               /s/ *Erin Rogiers*
                                               Erin Rogiers