UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

On April 25, 2019, a telephone conference call was held in which Plaintiffs' Interim Lead Counsel and Defendants' Counsel advised the Court of the progress of their discussions on the issue of multi-plaintiff actions. More specifically, the parties have concluded that it would be more productive to address this issue during their Rule 26(f) conference, rather than on the schedule set forth in Case Management Order No. 1 ("CMO 1"), ECF No. 86 at 4-5. On consideration, the Court agrees. The deadlines in CMO 1 regarding multi-plaintiff actions are hereby **VACATED**. The parties must add this issue to the agenda for their Rule 26(f) conference and be prepared to discuss it during the Rule 16/case management conference on June 17, 2019.

**SO ORDERED** on this 25th day of April, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**