UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | **Case No. 3:19md2885** |
| **This Document Relates to All Cases** | **Judge M. Casey Rodgers** <br> **Magistrate Judge Gary R. Jones** |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Mérrida (Buddy) Coxwell of Coxwell & Associates, PLLC, hereby enters his appearance as counsel for the Plaintiff in the following action transferred to this Court from the Southern District of Mississippi:

- *Dameion Brown v. 3M Company,* Case No. 3:19-cv-246

Mérrida (Buddy) Coxwell is an attorney of record in the above-referenced action transferred to this Court (MDL Case No. 2885) and has completed the administrative requirements outlines in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND15553023211965.)

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this the 26th day of April, 2019.

By:    /s/ *Mérrida (Buddy) Coxwell*
MÉRRIDA (BUDDY) COXWELL

OF COUNSEL:

MÉRRIDA (BUDDY) COXWELL (MB# 7782)
COXWELL & ASSOCIATES, PLLC
Post Office Box 1337
Jackson, Mississippi 39215-1337
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
Email:  merridac@coxwelllaw.com

## CERTIFICATE OF SERVICE

I, Mérrida (Buddy) Coxwell, do hereby certify that I have this day filed the above and foregoing *Notice of Entry of Appearance* with the Clerk of Court via the ECF system, which sent notice of same all counsel of record:

THIS, the 26th day of April, 2019.

/s/ *Mérrida (Buddy) Coxwell*
MÉRRIDA (BUDDY) COXWELL