# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Local Rule 11.1, Gregory D. Brown hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the state of Texas.  A copy of the Certificate of Good Standing is attached hereto as Exhibit A.

3. Movant has successfully completed both the online Attorney Admission tutorial exam – confirmation no. FLND15548513071928 – and the CM/ECF tutorials.

4. Movant has paid the required *pro hac vice* fee.

5. Movant has an upgraded PACER account.

6. Movant is the attorney of record in the related case identified in the document attached hereto as Exhibit B.

WHEREFORE, Gregory D. Brown respectfully requests the Court enter an order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  April 26, 2019

                        Respectfully submitted,

                        /s/ *Gregory D. Brown*
                        FLEMING NOLEN & JEZ, LLP
                        Gregory D. Brown
                        Texas Bar No. 24078266
                        2800 Post Oak Blvd., Suite 4000
                        Houston, Texas 77056
                        Telephone: (713) 621-7944
                        Facsimile: (713) 621-9638
                        gregory_brown@fleming-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Amended Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on April 26, 2019 and served electronically on all counsel of record.

/s/ *Gregory D. Brown*
Gregory D. Brown