- Jason Sneed v. 3M Company, et al., Case No. 3:19-cv-00546-MCR-GRJ