# EXHIBIT "A"



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

**STATE OF ALABAMA**

**COUNTY OF MONTGOMERY**

I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that David Lewis Selby II has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that David Lewis Selby II was admitted to the Alabama State Bar April 29, 1991.

I further certify that the said David Lewis Selby II is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2019.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 25th day of April, 2019.

Phillip W. McCallum,
Secretary





LAWYERS RENDER SERVICE