UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No.: 3:19md2885 |
| This Document Relates to All Cases And to *Joshua T. Goddard vs. 3M Company* Case No.: 3:19-cv-00581 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### MOTON TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Katherine E. Charonko, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled cases only, and is support thereof states as follows:

1. Movant resides in West Virginia and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of West Virginia. A copy of a Certificate of Good Standing from the State of West Virginia dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15562980502056** and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant is simultaneously filing her *pro hac vice* in *Joshua T. Goddard vs. 3M Company* Case No.: 3:19-cv-00581-MCR-GRJ which was transferred from the Northern District of West Virginia Case No. 2:19-cv-00014-TSK.

WHEREFORE, Katherine E. Charonko respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

Dated: April 26, 2019.                        Respectfully Submitted,

/s/ *Katherine E. Charonko*
Katherine E. Charonko
West Virginia State Bar No. 11647
Bailey Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone:    (304) 345-6555
Facsimile:     (304) 342-1110
Email: kcharonko@baileyglasser.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of April 2019, that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filling as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

s/*Katherine E. Charonko*
Counsel for Plaintiff