# EXHIBIT "A"

# THE WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Katherine E Charonko - WVSB ID# 11647**

This is to certify that, according to the records of the West Virginia State Bar, Katherine E Charonko, of Charleston, WV, was admitted to practice law by the West Virginia Supreme Court of Appeals on October 19, 2011, and was registered as a member of The West Virginia State Bar in October, 2011.

It is further certified that the said Katherine E Charonko, according to our membership records, is currently an Active member in good standing with The West Virginia State Bar.

Given over my hand and seal of The West Virginia State Bar this day, April 25, 2019.

*Anita R Casey*
Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar