**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19MD 2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Gabriel A. Assaad of Kennedy Hodges, PPL, hereby enters his appearance as counsel for the Plaintiff in the following action transferred to this Court from the Western District of Texas Austin Division

- *Richard Gomez, Jr. v. 3M Company*, Case No. 1:19-cv-00226

Gabriel Assaad is an attorney of record in the above-referenced action transferred to this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND15561635942047).

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this the 26th day of April, 2019.

                                                   KENNEDY HODGES, LLP

                                                   *s/ Gabriel A. Assad*       
                                                   Gabriel A. Assad
                                                   Kennedy Hodges, LLP
                                                   4409 Montrose Blvd., Ste. 200
                                                   Houston, TX 77006
                                                   Phone: (713) 523-0001
                                                   Fax: (713) 523-1116
                                                   gassaad@kennedyhodges.com
                                                   *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 26th day of April, 2019, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                  *s/ Gabriel A. Assad*
                                                  Gabriel A. Assad