UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:  April 26, 2019
Motion/Pleading:  Motion to Appear *Pro Hac Vice*
Filed by:  Katherine E. Charonko, Esq.   on  4/26/2019   Doc. #  126
RESPONSES:
　　　　　　　　　　　　　　　　　　　　　　on 　　　　　　　　　Doc. # 　　
　　　　　　　　　　　　　　　　　　　　　　on 　　　　　　　　　Doc. # 　　

　　　Stipulated　　　　Joint Pldg.
　　　Unopposed　　　　Consented

　　　　　　　　　　　　　　　　　JESSICA J. LYUBLANOVITS
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　*/s/Donna Bajzik*
　　　　　　　　　　　　　　　　　Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED** on this 26th of April, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**