UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shelley V. Hutson of Clark, Love & Hutson, GP, hereby enters her appearance as counsel for the following Plaintiffs:

- From the following actions transferred to this Court from the District of Minnesota:

    - Sabah Alezaireg, Alezaireg v. 3M Company, Case No.: 0:19-cv-00693;

    - Jim Busby, Busby v. 3M Company, Case No.: 0:19-cv-00693;

    - Thomas Cannon, Cannon v. 3M Company, Case No.: 0:19-cv-00756;

    - Andrew Chidley, Chidley v. 3M Company, Case No.: 0:19-cv-00756;

    - Jose Cruz, Cruz v. 3M Company, Case No.: 0:19-cv-00736;

    - Michael Daugherty, Daugherty v. 3M Company, Case No.: 0:19-cv-00693;

    - Dennis Divins, Divins v. 3M Company, Case No.: 0:19-cv-00756;

    - Marc Fishburn, Fishburn v. 3M Company, Case No.: 0:19-cv-00214;

- John Green, Green v. 3M Company, Case No.: 0:19-cv-00693;

- Kyle Knicely, Knicely v. 3M Company, Case No.: 0:19-cv-00736;

- Sean McNair, McNair v. 3M Company, Case No.: 0:19-cv-00756;

- Carter Nichols, Nichols v. 3M Company, Case No.: 0:19-cv-00756;

- Jesse Ramirez, Ramirez v. 3M Company, Case No.: 0:19-cv-00756;

- Aaron Rios, Rios v. 3M Company, Case No.: 0:19-cv-00693;

- Wade Roberts, Roberts v. 3M Company, Case No.: 0:19-cv-00756;

- Dominic Seman, Seman v. 3M Company, Case No.: 0:19-cv-00756;

- Lee Slocum, Slocum v. 3M Company, Case No.: 0:19-cv-00756;

- Katherine Smalls, Smalls v. 3M Company, Case No.: 0:19-cv-00693;

- Timothy Smeltzer, Smeltzer v. 3M Company, Case No.: 0:19-cv-00756;

- Ethan Stupka, Stupka v. 3M Company, Case No.: 0:19-cv-00736;

- Kolin Wilkins, Wilkins v. 3M Company, Case No.: 0:19-cv-00756;

- Kyle Ash, Ash v. 3M Company, Case No.: 19-cv-00937;

- Jon Eidem, Eidem v. 3M Company, Case No.: 19-cv-00937;

- Travis Herbin, Herbin v. 3M Company, Case No.: 19-cv-00937;

- Kenneth Herrington, Herrington v. 3M Company, Case No.: 19-cv-00937;

- Chad Highland, Highland v. 3M Company, Case No.: 19-cv-00937;

- Keldric Kearse, Kearse v. 3M Company, Case No.: 19-cv-00937;

- Ross Kidd, Kidd v. 3M Company, Case No.: 19-cv-00937;

- Bernard Lee, Lee v. 3M Company, Case No.: 19-cv-00937;

- Joseph Lillibridge, Lillibridge v. 3M Company, Case No.: 19-cv-00937;

- Eric Lundquist, Lundquist v. 3M Company, Case No.: 19-cv-00937;

- Logan Nichols, Nichols v. 3M Company, Case No.: 19-cv-00937;

- Travis Sarver, Sarver v. 3M Company, Case No.: 19-cv-00937;

- Valente Vasquez, Vasquez v. 3M Company, Case No.: 19-cv-00937;

- Andrew Vaughn, Vaughn v. 3M Company, Case No.: 19-cv-00937; and

- Daniel Wallack, Wallack v. 3M Company, Case No.: 19-cv-00937.

• From the following actions transferred to this Court from the Western District of Missouri:

- Brian Hinnen, Hinnen v. 3M Company, Case No.: 5:19-cv-06019;

- Devin Jones, Jones v. 3M Company, Case No.: 4:19-cv-137;

- Corey Willey, Willey v. 3M Company, Case No.: 4:19-cv-00138; and

- Brian Winters, Winters v. 3M Company, Case No.: 4:19-cv-00120.

• From the following actions transferred to this Court from the Southern District of Georgia:

- James Wilcox, Wilcox v. 3M Company, Case No.: 4:19-cv-00036.

Further, Ms. Hutson is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Dated: April 29, 2019  Respectfully submitted,

By: /s/ *Shelley V. Hutson*
Shelley V. Hutson
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, G.P.
440 Louisiana St., Ste. 1600
Houston, TX 77002
Phone: (713) 757-1400
Facsimile: (713) 759-1217
Email: shutson@triallawfirm.com

*Attorney for Plaintiffs and the Class*

4

# CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on April 29, 2019 and served electronically on all counsel of record.

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK, WITKIN, KREIS &<br>OVERHOLTZ, PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>Phone: (850) 916-7450<br>Facsimile: (850) 916-7449<br>Email: baylstock@awkolaw.com | *Liason Counsel for Plaintiffs* |
| Kimberly O. Branscome<br>KIRKLAND & ELLIS, LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Phone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>Email: kimberly.branscome@kirland.com | *Counsel for 3M Company* |
| Robert B. Ellis<br>Mark J. Nomellini<br>KIRKLAND & ELLIS, LLP<br>300 N. LaSalle<br>Chicago, Illinois 60654<br>Phone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: robert.ellis@kirland.com<br>Email: mark.nomellini@kirkland.com | *Counsel for 3M Company* |
| Robert C. Brock<br>Frank Chadwick Morriss<br>KIRKLAND & ELLIS, LLP | *Counsel for 3M Company* |

1301 Pennsylvania Avenue NW
Washington, DC  20004
Phone: (202) 389-5000
Facsimile: (202) 879-5200
Email: mike.brock@kirland.com
Email: chad.morriss@kirkland.com


Bradley W. Crocker                                             *Counsel for 3M Company*
Christina M. Schwing
HOLLAND & KNIGHT, LLP
50 N. Laura St., Suite 3900
Jacksonville, Florida  32202
Phone: (904) 353-2000
Facsimile: (904) 358-1872
Email: bradley.crocker@hklaw.com
Email: christina.schwing@hklaw.com


                                               /s/ *Shelley V. Hutson*
                                               Shelley V. Hutson