UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M Combat Arms | ) | Case No. 3:19-md-2885 |
| Earplug Products Liability | ) | |
| Litigation, | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| This document relates to all cases | ) | |

Entry of Appearance

**Please take notice** that Brian Beckcom of the law firm of Vujasinovic & Beckcom, PLLC, hereby enters his appearance as counsel for Plaintiff Gregory Zavala from the following actions transferred to this Court from the Northern District of Texas, Dallas Division: *Gregory Zavala v. 3M Company, Case No. 3:19-cv-0760-S*. Further Mr. Beckcom is an attorney of record in the civil action transferred to this Court and has been administratively admitted pursuant to Pretrial Order No. 3. All further papers and pleadings in this action should be served on the undersigned,

Respectfully submitted,

**VB Attorneys**

*/s/ Brian Beckcom*
_____

Brian Beckcom
**Brian@vbattorneys.com**
6363 Woodway Dr., Suite 400
Houston, Texas 77057
713/224-7800 (Office)
713/224-7801 (Facsimile)

Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record on April 29, 2019.

/s/ Brian Beckcom
_____
Brian Beckcom