# Exhibit "A"



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Joseph L. Messa Jr., Esq.*

### DATE OF ADMISSION

*November 21, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: April 17, 2019**

_____
Patricia A. Johnson
Chief Clerk