# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENNSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, **Joseph L. Messa, Jr.**, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Pennsylvania and is not a full-time resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar of the Commonwealth of Pennsylvania. A true and correct copy of a Certificate of Good Standing from the State of Pennsylvania dated within thirty (30) days of this motion is attached hereto as Exhibit "A," and made a part hereof.

3. Movant is admitted to practice and is a member in good standing of the Bar of the State of New Jersey. A true and correct copy of a Certificate of Good Standing from the State of New Jersey dated within thirty (30) days of this motion is attached hereto as Exhibit "B," and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and exam, confirmation #FLND15558682452015, and the online CM/ECF Tutorial.

5. Movant has submitted to the Clerk the required Two Hundred One ($201.00) Dollar *pro hac vice* admission fee.

6. Movant's PACER account was updated prior to filing this motion.

7. Movant is the attorney of record in the related case, Civil Case No.: 3:19cv00657-MCR-GRJ entitled, Thomas Nace v. 3M Company.

**WHEREFORE**, Joseph L. Messa, Jr., respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide Notice of Electronic Case Filings to the undersigned.

Dated: April 29, 2019

**Respectfully submitted,**

By: _____
Joseph L. Messa, Jr., Esquire
Messa & Associates, P.C.
123 South 22nd Street
Philadelphia, Pennsylvania 19103
(215) 568-3500 / Telephone
(215) 568-3501 / Facsimile
Pa. Bar No.: 53645

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF System on April 29, 2019, and served electronically on all counsel of record.

_____
Joseph L. Messa, Jr., Esquire