# Exhibit "A"



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Joseph L. Messa Jr., Esq.

#### DATE OF ADMISSION

#### November 21, 1988

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 17, 2019

Patricia A. Johnson
Chief Clerk