UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: Jason Sneed v. 3M Company, et al. Case No. 3:19-cv-00546 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory D. Brown of Fleming, Nolen & Jez, LLP, has been admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiff Jason Sneed. All further papers and pleadings in this action should be served on the undersigned.

Dated: April 29, 2019

Respectfully submitted,

/s/ *Gregory D. Brown*
FLEMING NOLEN & JEZ, LLP
Gregory D. Brown
Texas Bar No. 24078266
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
gregory_brown@fleming-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of Court via the CM/ECF system on April 29, 2019 and served electronically on all counsel of record.

/s/ *Gregory D. Brown*
Gregory D. Brown

2