# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# AT PENSACOLA

| | |
|---|---|
| IN RE 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) | 3:19-md-02885-MCR-GRJ<br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This document relates to all actions ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tricia Herzfeld hereby enters her appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 (Dkt. No. 4). Ms. Herzfeld is counsel of record in an individual case transferred to this Court from the Middle District of Tennessee by the JPML on April 15, 2019 (Finalized at Dkt. No. 372), *Heath v. 3M, et al.*, Case. No. 3:19-cv-00704. Ms. Herzfeld is an admitted member of the bar of the Northern District of Florida and the state bar of Florida. Counsel therefore requests that all further papers and pleadings in the Master Docket (MDL 2885) be served upon her.

DATED: April 29, 2019                   Respectfully submitted,

 

*/s/ Tricia Herzfeld*
Tricia Herzfeld (FL Bar No. 0529680)
J. Gerard Stranch, IV* (TN BPR#023045)
Joe P. Leniski, Jr.* (TN BPR#022891)
**BRANSTETTER, STRANCH &**
**JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
Email: triciah@bsjfirm.com
        gerards@bsjfirm.com
        joeyl@bsjfirm.com

**pro hac vice* forthcoming

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served via the Court's electronic CM/ECF System, this 29th day of April, 2019.

>   */s/ Tricia Herzfeld*
>   Tricia Herzfeld