UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Relates to Case No. 3:19-cv-00709 | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, William H. Murphy III, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Maryland and is not a resident of the State Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Maryland. A copy of a Certificate of Good Standing from the United States District Court for the District of Maryland dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15561335912044, and the CM/ECF online tutorial.

4. Movant's PACER account is updated to "NextGen."

WHEREFORE, William H. Murphy III respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

_____
William H. Murphy III
Murphy, Falcon & Murphy
One South Street, 23rd Floor
Baltimore, Maryland 21202
410-539-6500
hassan.murphy@murphyfalcon.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 29, 2019 and served electronically on all counsel of record.

_____
William H. Murphy III