# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to All Cases

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shawn P. Fox of Tracey & Fox Law Firm hereby enters his appearance as counsel for the following Plaintiffs pursuant to PreTrial Order No. 3.

The following actions transferred to this Court from the Eastern District of Pennsylvania.

| Style | Civil Action No. | Judge |
|---|---|---|
| Gene Dal Porto v 3M Company et al. | 3:19-cv-00784-MCR-GRJ | Judge Casey Rodgers |
| Charles Dorner v 3M Company et al. | 3:19-cv-00712-MCR-GRJ | Judge Casey Rodgers |
| James Richardson v 3M Company et al | 3:19-cv-00713-MCR-GRJ | Judge Casey Rodgers |
| Robert Stasio v 3M Company et al. | 3:19-cv-00710-MCR | Judge Casey Rodgers |

From the following actions transferred to this Court from the District of Minnesota.

| Style | Civil Action No. | Judge |
|---|---|---|
| Leopoldo Bejarano v 3M Company et al. | 3:19-cv-00925-MCR-GRJ | Judge Casey Rodgers |
| Christopher Blagburn v 3M Company, et al. | 3:19-cv-00916-MCR-GRJ | Judge Casey Rodgers |
| Benjamin Brackely v 3M Company et al. | 3:19-cv-00917-MCR-GRJ | Judge Casey Rodgers |
| Nicholas Clark v 3M Company et al. | 3:19-cv-00914-MCR-GRJ | Judge Casey Rodgers |
| Chad Dean v 3M Company et al. | 3:19-cv-00918-MCR-GRJ | Judge Casey Rodgers |
| Andre Frazier v 3M Company et al. | 3:19-cv-00927-MCR-GRJ | Judge Casey Rodgers |
| Cody Garner v 3M Company et al. | 3:19-cv-00929-MCR-GRJ | Judge Casey Rodgers |
| David Hyde v 3M Company et al. | 3:19-cv-00919-MCR-GRJ | Judge Casey Rodgers |
| Marcos Luevanos v 3M Company et al. | 3:19-cv-00920-MCR-GRJ | Judge Casey Rodgers |
| Joseph Neal v 3M Company et al. | 3:19-cv-00921-MCR-GRJ | Judge Casey Rodgers |
| Jacob Penny v. 3M Company et al. | 3:19-cv-00922-MCR-GRJ | Judge Casey Rodgers |
| Angel Rodriguez v. 3M Company et al. | 3:19-cv-00923-MCR-GRJ | Judge Casey Rodgers |

| | | |
|---|---|---|
| Carlos Roman v. 3M Company et al. | 3:19-cv-00915-MCR-GRJ | Judge Casey Rodgers |
| Adrian Santos v 3M Company et al. | 3:19-cv-00924-MCR-GRJ | Judge Casey Rodgers |
| Geoffrey Temple v 3M Company et al. | 3:19-cv-00926-MCR-GRJ | Judge Casey Rodgers |
| Richard Andis, Rodney Bago, Benjamin Berk, Christopher Cleland, Denny day, Chad Dean, Josh DeJournett, Les Garcia, Jesse Garin, Paul Hirschmugl, Shawn Hoffman, Jose Leyva, Eli Medeles, Brandon Rocca, Orlander Strickland, Jr., Ryan Swann, Justin Todd, Joshua Tyler, Travis Wright and Thomas Wyner v 3M et al. | 3:19-cv-00868-MCR-GRJ | Judge Casey Rodgers |
| Hugh Acosta, Zachary Adams, Carlos Baez, William Boyles, David Calle, Miguel Carattini, Jason Cribari, Ardrey Dennis, Dustin Earl, Andre Frazier, Cody Garner, Stephen Goff, Christopher Hayman, Trevor Lague, Samuel McMillan, Andre Morrison, Carllie Paul, Michael Pena, Robert Setliff, Frank Shuster, James Somer, Dustin Sulwer, Garrett Wemple, Louis Whaley and Carmen Wise v 3M | 3:19-cv-01088-MCR-GRJ | Judge Casey Rodgers |
| Luis Adame, Bruce Adams, Troy Anderson, Stephen Armstrong, Aaron Arrogante, Joshua Billingsley, Russel Blevins, Christopher Bocanegra, Austin Boswell, Steven Briner, Albert Cash, Cedric Cope, Raul Delgado, Caleb Duty, Raymond Elders, Jeremy Espeleta, Rodney Ferry, Daniel Fiore, Blaze Fuller, Rolando Garcia, Frank Garza, Byron Hawkins, Justin Hoegenauer, James Hollon, Barbara Johnson, Joseph Kelley, Eric Lightner, Pablo Lino Rios, Morgan Lutenbacher, Joseph Maier, Nicholas Marquez, Christopher Marrero, Sanjuanita Martinez, Shannon Matthieu, Lizeth Mayorga, Justin McCarty, Joseph Morris, James Mutz, Maurice Oldham, Kenneth Olson, Jahmaal | 3:19-cv-01096-MCR-GRJ | Judge Casey Rodgers |

| | | |
|---|---|---|
| Onoh, Charles Ortiz, John Patsfield Sr., Nicholas Petrie, Jose Picena, Jeremy Plowman, Joseph Pruszinski, Zachary Rabern, Jose Ramos, Samuel Reyes, Sonny Robertson, Efren Rojas, Theresa Schatte, Steve Scheck, Veronica Shaw, Frank Simoneaux, Michael Sparkes, William Stubblefield, Michael Thomas, Teddy Thomas, Joshua Trigo, Lucas Wallek, Syed Waqik, Kevin Watson Jr., Wesley Wilkerson, Michael Williams, and Anthony Willis | | |
| Chris Abbott, Will Allen, Jermaine Avinger, Jeffery Barnet, Justin Beck, Andrew Besong, Timothy Bowman, Benjamin Bozeman, Christopher Bridges, Randall Carte, Ernest Charles III, Shawn DeJournett, David Douglas-Lamar, Jeffrey Durgin, Steven Everling, Clayton Ferguson, Stuart Fowler, Timothy Gammey, Robert George, Herbert Gill, Christopher Hanna, Cheryl Henneberry, Christopher Hillegass, Raymond Jodoin, Kenneth Jones, William Kelly, Jared Kent, Christopher Leblanc, James Lindsey, Brandon Little, Guadalupe Lopez, Joshua McGinty, Javier Navasanjuan, Kyle Nichols, Robert Normandin, David Ortega, Justin Parks, Alex Perebeynos, Andres Perez, Allen Preusse, Brad Reeves, John Rickett II, Waltus Ross, Michael Shipley, Randall Simmons, Shaun Slaughter, Diego Soto, Geoffery A. Temple, James Wallace, Nicolas Wright, and Justin Ybarra v 3M et al. | 3:19-cv-01063-MCR-GRJ | Judge Casey Rodgers |

From the following actions transferred to this Court from the District of Minnesota.

| Style | Civil Action No. | Judge |
|---|---|---|
| Joshua Carter v 3M Company et al | 3:19-cv-00900-MCR-GRJ | Judge Casey Rodgers |

| | | |
|---|---|---|
| Richard Chmielewski v 3M et al | 3:19-cv-00894-MCR-GRJ | Judge Casey Rodgers |
| Zachary Gore v 3M Company et al. | 3:19-cv-00890-MCR-GRJ | Judge Casey Rodgers |
| Brian Johnson v 3M et al. | 3:19-cv-00895-MCR-GRJ | Judge Casey Rodgers |
| Sadadika Johnson v 3M et al. | 3:19-cv-00898-MCR-GRJ | Judge Casey Rodgers |
| Ryan Lavoi v 3M et al | 3:19-cv-00903-MCR-GRJ | Judge Casey Rodgers |
| Richard Martin v 3M et al. | 3:19-cv-00896-MCR-GRJ | Judge Casey Rodgers |
| Shaun Riffe v 3M et al. | 3:19-cv-00902-MCR-GRJ | Judge Casey Rodgers |
| Paul Wentzel v 3M et al. | 3:19-cv-00897-MCR-GRJ | Judge Casey Rodgers |
| Troy Aderholdt, Roy Allen, Jorge Alvarado, Sheri Anderson, Kenneth Anderson, Aaron Atchison, Anthony Austin, Leif Backlin, Ronald Bailey, Lizze Baker, Michael Barger, Michael Baumert, John Baumgartner, William Baur, Jonathon Beard, Jeff Beckum, Levi Benson, Michael Bergeron, Joshua Besson, Roger Beverage, Brian Bickerton, Mark Bishop, Aaron Bivins, Jackson Blankenship, Brad Bockenstedt, Ashley Boddie, Steven Bodek, Donald Bourg, Jacob Boyd, Marvin Brandt, Mitchell Brewer, Daniel Bright, Roger Brock, James Brooks, Eric Broussard, Thaddious Brown, Micah Brown, Taylor Brundage, Michael Bruccieri, Sean Buckley, Joseph Buehler, Nicholas Burhans, Michael Burkhart, Benjamin Bush, James | 19-cv-988 | Senior Judge Paul A. Magnuson<br><br>***pending transfer to the MDL* |

| | | |
|---|---|---|
| Butcher, Joshua Butler, Timothy Byrne, John Calderon, John Calle, Jerrett Campbell, David Jr. Capps, Anthony Caracio, Joshua Cassidy, Aleksieyi Cedeno Rivera, Lisandro Cerda, Russel Chiacchia, Joseph Cipriano, Jacob Clark, Boyd Clark, Geoffrey Clayton, Joshua Coates, Thomas Coleman, Robert Colletti, Christopher Collins, Daniel Conley, Arthur Conners, William Cook, Keith Cook, Bryan Cook, Anthony Mark Copeland, Thomas Corbisiero, Juan Cornejo, Dominik Cotton, Jordon Cox, Bradley Craft, John Craft, Bethany Cram, Rusty Crawford, Joshua Crespo, Ben Cripe, Nicholas Cunningham, Lan Currier, Amakoe Dalmeida, Louis D'Angelo, Stevie Daniels, Michael Daniels, Zachary Davis, David Shane Davis, Michael DeBenedetti, Tyrrell DeCoteau, Ruben Dedman, Josh DeMartino, Zachary Dennis, Jerome Depner, Darcy Desormiers, Mark DeYoung, Esmerlyn Diaz, and James Doble | | |
| Dion Dorado, Adam Dotson, Travis Douglas, Casey Dow, Paul Dragicevich, Joseph Duncan, Jacob Duncan, Christopher Dungan, Anthony Dunn, James Durst, Andrew Dutil, Joseph Dytrt, Scott Edwards, Roger Edwards, James Everette, Aaron Fachini, Matthew Fare, Aron Farmer, Thomas Farrell, Kevin Felton, Jose Fernandez, Sharon Finch, Terrance Flaugher, Bernand Floranda, Stephen Flores, Vincent Floyd, Henry Francis, Elizabeth Fritz, Ryan Garcia, Kieshana Garrison, Barry Gaynor, Stephen Gibbons, Michael Gibson, Anthony Ginnetti, Kevin Goddard, Dylan Gokey, Maciej Golonka, William Gonzales, Sebastian Gorczynski, Christopher Goubeaux, Steven Gray, Paul Green, Gresham Gregg, Bryce Greider, Eric Griffin, Don Griffis, Kyle Grimm, Gary Haag, Chris Hagen, John Hamilton, Mitchell Hammock, Matthew Hampton, Chase Hanahan, John Handrahan, Nicholas Harbison, Derek Hargrove, | 19-CV-969 | Judge Eric C. Tostrud<br><br>***pending transfer to the MDL* |

| | | |
|---|---|---|
| Richard Hartley, Thomas Hartzell, Christopher Heinrich, Doug Hennen, Johnathon Henson, Kirk Herman, John Higgins, Patrick Hinkle, Justin Hoag, Gregg Hoge, Jaris Hollier, Kevin Holmes, Kyle Holmes, Joey Holsclaw, James Holt, Jason Hommes, Willie Hooks, Albert Hopkins, Jesse Hostetler, Austin Howe, Marquea Hoyett, Forrest Hunt, Leon Jackson, Andrea Jackson, Edonel Jean, Luis Jimenez, Jayme Joel, Peter Johnson, Mikel Jones, Jamario Jones, Douglas Jones, Christian Jones, Derrick Jones, Wesley Joseph, Frank Joyner, Tarra Juneau, Joseph Lee King, Russell Knorr, Kenneth Koon, Ryon Kosino, Matthew Kues, Sean Kusky, and Lorenzo Lafountain | | |
| Chance Land, Adam Landers, Jay Lawson, Michael Lebow, Anthony Lee, Adam Lee, Brett Lehr, Jeffrey Levesque, Todd Levin, James Lewis, Christopher Lewis, Eric Lieber, Derek Little, William Longmore, Adam Lorenzetti, Charles Lubnow, Brandon Luke, Christopher Lynch, Jonathon Mackey, Eduardo Maldonado, Chad Mangham, Heriberto Marrero, Christopher Marrero, Matthew Marshall, Nathan Massey, Justin Maze, Scott McAvoy, Robert McDonald, Jeff McDonald, Frank McKinley, Travis McNeil, Rob Mendenhall, Timothy Miller, Robert Miller, Mark Mina, Jared Mitchell, Tony Mitchell, Eric Mizner, Matthew Moen, Arron Momon, Jamie Moore, Timothy Moore, Blaine Morgan, Kayla Morrison, Robert Morrison, Michael Mosier, Joel Moss, Steven Mueck, James Mueller, Carlos Munoz, Jimmy Neighbors, Michael Newsom, George Nipper, Binyaamem Novus-Khan, Dwight Oaks, Bernadette Olave, David Oliver, Kurt Olsen, Joseph Olson, Ryan O'Sullivan, Kenneth Parker, Raymond Pate, Derek Patsey, Anibal Paz, Jeremy Pearsall, Joseph Pena, Christopher Penington, Gregory Perkins, Ralph Persaud, Lucas Phillips, Todd Pirich, Victor | 3:19-cv-01179-MCR-GRJ | Judge Casey Rodgers |

| Polanco, Michael Porrazzo, Calvin Potts, Jesse Powell, Robby Price, Taylor Primack, Brian Pryor, Joshua Pryor, Bruce Pryor, Robert Rasely, Chace Readshaw, Ross Reed, Joshua Reynolds, Anthony Rhymer, Michael Riccardi, Joshua Riddle, Scott Rider, Patrick Riggs, Nelson Rivera Ocasio, Anthony Roberts, Jonathan Robey, Tony Robinson, Jacob Rogge, Angelina Roman, Erik Romine, Brett Rozelle, Robert Ruckdeschel, and Robert Rucker. | | |
|---|---|---|

From the following actions transferred to this Court from the Superior Court of the State of Delaware.

| Style | Civil Action No. | Judge |
|---|---|---|
| Tamall Spurlock v 3M Company et al. | 3:19-cv-00598-MCR-GRJ | Judge Casey Rodgers |

From the following actions transferred to this Court from Marion County Superior Court of Indiana.

| Style | Civil Action No. | Judge |
|---|---|---|
| Dominic Giese v 3M Company | 3:19-cv-00758-MCR-GRJ | Judge Casey Rodgers |
| John Goodman v 3M Company | 3:19-cv-00760-MCR-GRJ | Judge Casey Rodgers |
| Levi Gumns v 3M Company | 3:19-cv-00759-MCR-GRJ | Judge Casey Rodgers |
| Cory Kissel v 3M Company | 3:19-cv-00761-MCR-GRJ | Judge Casey Rodgers |
| Dale Nash v 3M Company | 3:19-cv-00843-MCR-GRJ | Judge Casey Rodgers |
| Alex Penzenik v 3M Company | 3:19-cv-00763-MCR-GRJ | Judge Casey Rodgers |
| Patrick Strobbe v 3M Company | 3:19-cv-00764-MCR-GRJ | Judge Casey Rodgers |

Date: April 29, 2019                    Respectfully submitted,

                                        By: /s/ Shawn P. Fox
                                        Shawn P. Fox
                                        Texas State Bar No. No. 240040926
                                        TRACEY & FOX LAW FIRM
                                        440 Louisiana St., Ste. 1901
                                        Houston, Texas 77002
                                        713-495-2333 Tel.
                                        866-709-2333 Facsimile
                                        sfox@traceylawfirm.com

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system on April 29, 2019 and served electronically on all counsel of record.

Bryan F. Alstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main St, Ste. 200
Pensacola, FL 32502
850-916-7450 Tel.
850-916-7449 Facsimile
baylstock@awkolaw.com
*Liaison Counsel for Plaintiffs*

Kimberly O. Branscome
Kirkland & Ellis LLP
333 S. Hope St.
Los Angeles, CA 90071
213-680-8400 Tel.
213-680-8500 Facsimile
Kimberly.branscome@kirkland.com
*Counsel for Defendant 3M Company*

Robert B. Ellis
Mark J. Nomellini
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, IL 60654
312-862-2000 Tel.
312-862-2200 Facsimile
Robert.ellis@kirkland.com
Mark.nomellini@kirkland.com

*Counsel for Defendant 3M Company*

Robert C. Brock
Frank Chadwick
Kirkland & Ellis LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
202-389-5000 Tel.
202-879-5200 Facsimile
Mike.brock@kirkland.com
Chad.morriss@kirkland.com
*Counsel for Defendant 3M Company*

Bradley W. Crocker
Christina M. Schwing
Holland & Knight LLP
50 N. Laura St., Ste. 3900
Jacksonville, FL 32202
904-353-2000 Tel.
904-358-1872 Facsimile
Bradley.crocker@hklaw.com
Christina.schwing@hklaw.com
*Counsel for 3M Company*

*/s/ Shawn P. Fox*
Shawn P. Fox