UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge Rodgers on: April 29, 2019
Motion/Pleading: Motion to Appear *Pro Hac Vice*
Filed by: William H. Murphy, III, Esq.   on 4/29/2019   Doc. # 142
RESPONSES:
                                                                on ____   Doc. # ____
                                                                on ____   Doc. # ____

____ Stipulated      ____ Joint Pldg.
____ Unopposed    ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED**, this 29th of April, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**