UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Erin Rogiers of the law firm of Watts Guerra LLP enters her appearance as counsel for Plaintiffs:

- From the following actions transferred to this Court from the District of Minnesota:

    Joseph Anady v. 3M Company et al; 0:19-cv-00548;

    Justin Bartling v. 3M Company et al; Case 0:19-cv-00766;

    William Blakesley v. 3M Company et al; Case 0:19-cv-00597;

    Ben Crum v. 3M Company et al; Case 0:19-cv-00549;

    Teddy Dalton v. 3M Company et al; Case 0:19-cv-00550;

    Michael Delozier v. 3M Company et al; Case 0:19-cv-00551;

    Michael Elmore v. 3M Company et al; Case 0:19-cv-00767;

    Cyle Geertz v. 3M Company et al; Case 0:19-cv-00599;

    Duane Girard v. 3M Company et al; Case 0:19-cv-00592;

    John Hunt v. 3M Company et al; Case 0:19-cv-00552;

    Dylan Krumviede v. 3M Company et al; Case 0:19-cv-00600;

    Larry Lewis v. 3M Company et al; Case 0:19-cv-00601;

    Layla Martinez v. 3M Company et al; Case 0:19-cv-00298;

1

    Chris Neumiller v. 3M Company et al; Case 0:19-cv-00773;

    Samuel Olson v. 3M Company et al; Case 0:19-cv-00775;

    Steve Schiller v. 3M Company et al; Case 0:19-cv-00579;

    David Sigler v. 3M Company et al; Case 0:19-cv-00577;

    Stephen Sproat v. 3M Company et al; Case 0:19-cv-00781;

    Anthony Stensland v. 3M Company et al; Case 0:19-cv-00767;

    Shawn Syverson v. 3M Company et al; Case 0:19-cv-00777;

    Matthew Uecker v. 3M Company et al; Case 0-19-cv-00588;

    Tyler Vitko v. 3M Company et al; Case 0:19-cv-00778; and

    Brandon Welke v. 3M Company et al; Case 0:19-cv-00591.

- From the following actions transferred to this Court from the Southern District of Indiana:

    Bryen Alexander v. 3M Company et al; Case 1:19-cv-00706;

    Steve Anderson v. 3M Company et al; Case 1:19-cv-00710;

    Tommy Baird v. 3M Company et al; Case 1:19-cv-00713;

    John Baker v. 3M Company et al; Case 1:19-cv-00714;

    Joshua Balanowski v. 3M Company et al; Case 1:19-cv-00715;

    Brett Baum v. 3M Company et al; Case 1:19-cv-00717;

    Tadd Baumert v. 3M Company et al; Case 1:19-cv-00718;

    Anthony Beam v. 3M Company et al; Case 1:19-cv-001073;

    Donald Blazer v. 3M Company et al; Case 1:19-cv-00720;

    Jacob Boyd v. 3M Company et al; Case 1:19-cv-01127;

    John Cakora v. 3M Company et al; Case 1:19-cv-01079;

    Thomas Cooper v. 3M Company et al; Case 1:19-cv-01085;

William Dalziel v. 3M Company et al; Case 1:19-cv-00722;

Timothy England v. 3M Company et al; Case 1:19-cv-01087;

Daniel Farmer v. 3M Company et al; Case 1:19-cv-00723;

Jeffrey Ferguson v. 3M Company et al; Case 1:19-cv-01091;

Jamie Garcia v. 3M Company et al; Case 1:19-cv-01086;

Robbie Gribbons v. 3M Company et al; Case 1:19-cv-00724;

Darren Hampton v. 3M Company et al; Case 1:19-cv-01092;

Kevin Helton v. 3M Company et al; Case 1:19-cv-00726;

Donald Hensley v. 3M Company et al; Case 1:19-cv-00734;

John Herring v. 3M Company et al; Case 1:19-cv-01102;

Cory Hille v. 3M Company et al; Case 1:19-cv-01123;

Quentin Hornby v. 3M Company et al; Case 1:19-cv-01095;

David Moss v. 3M Company et al; Case 1:19-cv-00735;

Joseph Munari v. 3M Company et al; Case 1:19-cv-01106;

Bobby Napier v. 3M Company et al; Case 1:19-cv-00736;

Brandon Ness v. 3M Company et al; Case 1:19-cv-01116;

Joseph Nicholson v. 3M Company et al; Case 1:19-cv-01115;

Jerry Norris v. 3M Company et al; Case 1:19-cv-00737;

Michael Pasco v. 3M Company et al; Case 1:19-cv-00738;

Jamie Peters v. 3M Company et al; Case 1:19-cv-01105;

Timothy Potter v. 3M Company et al; Case 1:19-cv-00618;

Samuel Putz v. 3M Company et al; Case 1:19-cv-00739;

William Scott v. 3M Company et al; Case 1:19-cv-01122;

Christopher Stewart v. 3M Company et al; Case 1:19-cv-00740;

Brandon Wink v. 3M Company et al; Case 1:19-cv-01119;

  Walter Wynn v. 3M Company et al; Case 1:19-cv-00741; and

  Matthew Zimmerman v. 3M Company et al; Case 1:19-cv-00742.

- From the following actions transferred to this Court from the Western District of Texas:

  Fall et al v. 3M Company et al; Case 1:19-cv-00356; and

  Dakota Stewart v. 3M Company et al; Case 1:19-cv-00120.

- From the following actions transferred to this Court from the District of Delaware:

  Bennett, et al. v. 3M Company et al; Case 1:19-cv-00590.

Further, Mr. Watts is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Dated: April 30, 2019      Respectfully submitted,

          By:  /s/ *Mikal C. Watts*
            Mikal C. Watts
            WATTS GUERRA LLP
            Texas State Bar No. 20981820
            5726 W. Hausman Rd., Suite 119
            San Antonio, Texas 78249
            Telephone: (210) 448-0500
            Facsimile: (210) 448-0501
            Email: mcwatts@wattsguerra.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on April 30, 2019 and served electronically on all counsel of record.

                                                        */s/ Mikal C. Watts*
                                                        Mikal C. Watts