UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No.: 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin L. Bailey of Bailey Glasser, LLP, hereby enters his appearance as counsel for Plaintiffs in the following actions transferred to this Court from the Northern District of West Virginia:

- *Terry Blake vs. 3M Company,* Case No.: 2:19-cv-00013

- *Joshua T. Goddard vs. 3M Company,* Case No.: 2:19-cv-00014

Mr. Bailey is attorney of record in the above actions that have been transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4) and has completed the administrative requirements outlined in said Pretrial Order (Tutorial Confirmation No. **FLND15563082722058**).  All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted, this 30th day of April 2019.

By: */s/ Benjamin L Bailey*
    Benjamin L. Bailey
    Bailey Glasser, LLP
    209 Capitol Street
    Charleston, West Virginia 25301
    Telephone:     (304) 345-6555
    Facsimile:      (304) 342-1110

        Email:    bbailey@baileyglasser.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of April 2019, that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filling as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

        s/*Benjamin L. Bailey*
        Counsel for Plaintiffs