UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Mag. Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Yvonne M. Flaherty of Lockridge Grindal Nauen P.L.L.P. hereby enters her appearance as counsel for Plaintiff Jeffrey Dran, Sr., case number 3:19-cv-01148, transferred to this Court from the District of Minnesota. Ms. Flaherty has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation No. FLND1488909017224). Counsel requests all further papers and pleadings in this matter be served upon her.

Dated: April 30, 2019   LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: s/ Yvonne M. Flaherty
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
ymflaherty@locklaw.com

**Counsel for Plaintiff Jeffrey Dran, Sr.**

538352.1

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system which sends notice to all counsel of record.

By: s/ Yvonne M. Flaherty