## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | **Court File No. 3:19-md-2885** |
| **This Document Relates to:** *Larkin v. 3M Company;* 19-cv-0565; *Mujica v. 3M Company;* 19-cv-0824; *Duran v. 3M Company;* 19-cv-0887; *Gales v. 3M Company;* 19-cv-0901; *Gossar v. 3M Company*, 19-cv-0910; *Weaver v. 3M Company;* 19-cv-0928; *Pender v. 3M Company;* 19-cv-01066; *Flores v. 3M Company;* 19-cv-01077; *Brown v. 3M Company;* 19-cv-01166; and *Jones v. 3M Company;* 19-cv-01167. | **NOTICE OF APPEARANCE** |

Amanda M. Williams of Gustafson Gluek PLLC hereby enters her appearance in the Master Docket and all individual dockets (cases referenced above) pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Williams is counsel of record in the individual cases transferred to this court from the District of Minnesota by the JPML. Ms. Williams has completed the administrative requirements outlined in Pretrial Order No. 3 (tutorial confirmation no. FLND15560426382029) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Dated: April 30, 2019

Respectfully submitted,

 */s/ Amanda M. Williams*

Amanda M. Williams (#0341691)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
awilliams@gustafsongluek.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on April 30, 2019, which send notice to all counsel of records.

/s/ Amanda M. Williams