UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Charles Seabrook Sams, 3:19-cv-324<br>Michael Shane Butler, 3:19-cv-313<br>Nicholas Vinogradov, 3:19-cv-354<br>Mark A. Matteson, 3:19-cv-355<br>James C. Allen, 3:19-cv-391<br>Michael R. Marston, 3:19-cv-410<br>Marion Arnett, 3:19-cv-412<br>Aaron C. Douglas, 3:19-cv-463 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bryan F. Aylstock of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC has been admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiffs in the following actions:

- *Charles Seabrook Sams v. 3M Company*, Case No. 3:19-cv-324

- *Michael Shane Butler v. 3M Company*, Case No. 3:19-cv-313

- *Nicholas Vinogradov v. 3M Company*, Case No. 3:19-cv-354

- *Mark A. Matteson v. 3M Company*, Case No. 3:19-cv-355

- *James C. Allen v. 3M Company*, Case No. 3:19-cv-391

- *Michael R. Marston v. 3M Company*, Case No. 3:19-cv-410

- *Marion Arnett v. 3M Company*, Case No. 3:19-cv-412

- *Aaron C. Douglas v. 3M Company*, Case No. 3:19-cv-463

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon him.

Dated: April 30, 2019

Respectfully submitted,

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263
Douglass A. Kreis, FL Bar No. 129704
Neil D. Overholtz, FL Bar No. 188761
Caitlyn Prichard Miller, FL Bar No. 126097
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
dkreis@awkolaw.com
noverholtz@awkolaw.com
cprichard@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 30th day of April 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock

2