# EXHIBIT A

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

Mr. David Vincent McLendon

whose address is 7838 Freret St

New Orleans, LA 70118

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 22nd day of April, 2005.

Given over my hand and the Seal of the Louisiana State Bar Association, this 30th day of April, 2019.

*Executive Director*
*Louisiana State Bar Association*