UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**AMENDED MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, David McLendon, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Louisiana, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15565506292068**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record for Plaintiff Joseph Anady; *Anady v. 3M Company, et al*; Case No. 3:19-cv-00904-MCR-GRJ.

1

WHEREFORE, David McLendon respectfully requests that this Court enter an order granting this amended motion to appear *pro hac vice*, and directly the clerk to provide notice of Electronic Case Fillings to the undersigned.

Dated: May 1, 2019                                  Respectfully submitted,

By:   /s/ *David McLendon*  
David McLendon
WATTS GUERRA LLP
Louisiana State Bar No. 29626
5726 W. Hausman Rd., Suite 119
San Antonio, Texas 78249
Telephone: (210) 448-0500
Facsimile: (210) 448-0501
Email: dmclendon@wattsguerra.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Amended Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 1, 2019 and served electronically on all counsel of record.

  /s/ *David McLendon*  
David McLendon

2