UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

George A. Hanson of the law firm Stueve Siegel Hanson LLP, hereby enters his appearance as counsel for Plaintiffs Anthony F. Ascanio and James B. Lyle, from the following actions transferred to this Court from the District of Minnesota: *Ascanio v. 3M Company, et al.*, Case No. 3:19-cv-00913 and *James B. Lyle v. 3M Company, et al.*, Case No. 3:19-cv-00892, as well as Plaintiffs Adam Gomez and Joseph Matney, from the following actions transferred to this Court from the District of Missouri: *Adam Gomez v. 3M Company, et al.*, Case No. 3:19-cv-00842 and *Joseph Matney v. 3M Company, et al.*, Case No. 3:19-cv-00790.  Mr. Hanson is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND1499377383498).  All further papers and pleadings in this action should be served on the undersigned.

Dated: May 1, 2019            **STUEVE SIEGEL HANSON LLP**

/s/*George A. Hanson*
George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
hanson@stuevesiegel.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on May 1, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

/s/*George A Hanson*
George A. Hanson

2