UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Edward Haynes v. 3M Company*<br>*Case No. 3:19-cv-01165* | **Court File No. 3:19-md-2885**<br><br>**Judge M. Casey Rodgers**<br>**Magistrate Judge Gary R. Jones** |

**NOTICE OF APPEARANCE**

Genevieve M. Zimmerman of Meshbesher & Spence, Ltd. hereby enters her appearance in the Master Docket and as counsel for Plaintiff Edward Haynes, case number 3:19-cv-01165, pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Zimmerman is counsel of record in the individual case transferred to this court from the District of Minnesota by the JPML. Ms. Zimmerman has completed the administrative requirements outlined in Pretrial Order No. 3 (tutorial confirmation no. FLND15311727131277). Counsel requests all further papers and pleadings in this matter be served upon her.

Dated:  May 1, 2019                              Respectfully submitted,

                                                 <u>*/s/ Genevieve M. Zimmerman*</u>
                                                 Genevieve M. Zimmerman (MN# 330292)
                                                 MESHBESHER & SPENCE, LTD.
                                                 1616 Park Avenue
                                                 Minneapolis, MN 55404
                                                 Telephone: (612) 339-9121
                                                 Fax: (612) 339-9188
                                                 Email: gzimmerman@meshbesher.com

                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on May 1, 2019, which send notice to all counsel of records.

*/s/ Genevieve M. Zimmerman*