# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

PLEASE TAKE NOTICE that Aaron R. Dias of Richardson, Patrick, Westbrook & Brickman, LLC, hereby enters his appearance as counsel for the following Plaintiffs from the following actions transferred to this Court:

*Jonathan Menendez v. 3M Company*; 3:19-cv-00461; D.S.C.

*Darlene Anderson v. 3M Company*; 6:19-cv-03088; W.D.Mo.

Further, Aaron R. Dias is attorney of record in these actions transferred to this Court (MDL Case No. 2885) and has previously been administratively admitted by fulfilling Pretrial Order No. 3's requirements of completing the online Attorney Admission Tutorial, completing the CM/ECF Online Tutorials, and possessing an upgraded PACER account in the Abilify MDL that is also before this Court (IN RE: Abilify (Aripiprazole) Products Liability Litigation; Case No. 3: 16-md-2734; Order, 10/21/2016, Docket No. 12).

May 1, 2019               Respectfully submitted,

                          By:   /s/*Aaron R. Dias*
                                Aaron R. Dias

        **RICHARDSON, PATRICK,**
        **WESTBROOK & BRICKMAN, L.L.C.**
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
(843) 727-6500
adias@rpwb.com

ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 1, 2019 and served electronically on all counsel of record.

This 1st day of May 2019.

/s/*Aaron R. Dias*
Aaron R. Dias