UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
|---|---|

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:  May 1, 2019
Motion/Pleading:  Amended Motion to Appear *Pro Hac Vice*
Filed by:  David McLendon, Esq.   on  5/01/19   Doc. #  159
RESPONSES:
                                                   on                    Doc. #
                                                   on                    Doc. #

____ Stipulated      ____ Joint Pldg.
____ Unopposed    ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the amended motion is **GRANTED**.  The Clerk is directed to terminate ECF No. 158.

**DONE** and **ORDERED** on this 1st of May, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**