# EXHIBIT B

**Exhibit "B"**

| Plaintiff | Civil Action No. |
|---|---|
| Douglas Greenfield v. 3M Company | 3:19-cv-00695-MCR-GRJ |
| James Wilcox v. 3M Company | 3:19-cv-00696-MCR-GRJ |
| Edmund Diaz v. 3M Company | 3:19-cv-00697-MCR-GRJ |
| Marvin Foster v. 3M Company | 3:19-cv-00698-MCR-GRJ |
| Richard English v. 3M Company | 3:19-cv-00700-MCR-GRJ |
| Jeffrey Dice v. 3M Company | 3:19-cv-00701-MCR-GRJ |