# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, May 01, 2019 7:02 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, May 1, 2019 12:00:51 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/1/2019 at 8:00 AM EDT and filed on 5/1/2019
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 395

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 4 action(s)** *re: pldg. (1 in CO/1:19-cv-01060, [387] in MDL No. 2885, 1 in MIE/2:19-cv-11053, 1 in MN/0:19-cv-01004, 1 in TXW/1:19-cv-00414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/1/2019.**

**Associated Cases: MDL No. 2885, CO/1:19-cv-01060, MIE/2:19-cv-11053, MN/0:19-cv-01004, TXW/1:19-cv-00414 (TLL)**

**Case Name:**     Springman et al v. 3M Company et al
**Case Number:**   MN/0:19-cv-01004
**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 4 action(s)** *re: pldg. (1 in CO/1:19-cv-01060, [387] in MDL No. 2885, 1 in MIE/2:19-cv-11053, 1 in MN/0:19-cv-01004, 1 in TXW/1:19-cv-00414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/1/2019.**

**Associated Cases: MDL No. 2885, CO/1:19-cv-01060, MIE/2:19-cv-11053, MN/0:19-cv-01004, TXW/1:19-cv-00414 (TLL)**

| | |
|---|---|
| **Case Name:** | Leo v. 3M Company et al |
| **Case Number:** | CO/1:19-cv-01060 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 4 action(s)** *re: pldg. (1 in CO/1:19-cv-01060, [387] in MDL No. 2885, 1 in MIE/2:19-cv-11053, 1 in MN/0:19-cv-01004, 1 in TXW/1:19-cv-00414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/1/2019.**

**Associated Cases: MDL No. 2885, CO/1:19-cv-01060, MIE/2:19-cv-11053, MN/0:19-cv-01004, TXW/1:19-cv-00414 (TLL)**

| | |
|---|---|
| **Case Name:** | Mlinek v. 3M Company et al |
| **Case Number:** | MIE/2:19-cv-11053 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 4 action(s)** *re: pldg. (1 in CO/1:19-cv-01060, [387] in MDL No. 2885, 1 in MIE/2:19-cv-11053, 1 in MN/0:19-cv-01004, 1 in TXW/1:19-cv-00414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/1/2019.**

**Associated Cases: MDL No. 2885, CO/1:19-cv-01060, MIE/2:19-cv-11053, MN/0:19-cv-01004, TXW/1:19-cv-00414 (TLL)**

| | |
|---|---|
| **Case Name:** | Perez v. 3M Company et al |
| **Case Number:** | TXW/1:19-cv-00414 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 4 action(s)** *re: pldg. (1 in CO/1:19-cv-*

**01060, [387] in MDL No. 2885, 1 in MIE/2:19-cv-11053, 1 in MN/0:19-cv-01004, 1 in TXW/1:19-cv-00414)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 5/1/2019.**

**Associated Cases: MDL No. 2885, CO/1:19-cv-01060, MIE/2:19-cv-11053, MN/0:19-cv-01004, TXW/1:19-cv-00414 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-01004 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-01004 Notice will not be electronically mailed to:**

**CO/1:19-cv-01060 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Todd C. Werts    werts@learwerts.com, lear@learwerts.com, megan@learwerts.com

**CO/1:19-cv-01060 Notice will not be electronically mailed to:**

**MIE/2:19-cv-11053 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Todd C. Werts     werts@learwerts.com, lear@learwerts.com, megan@learwerts.com

**MIE/2:19-cv-11053 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00414 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Francisco Guerra, IV     fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Russell T Abney     RAbney@lawyerworks.com, atlanta@lawyerworks.com

**TXW/1:19-cv-00414 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/1/2019] [FileNumber=907517-0] [80ec187eba38bf85b1459770e48dec415aed1c2d613643744c9025231ee1dcd3a318af717a2cd9511a12b84fc634ef981c4f6fff4101e134852804d980762ec3]]