**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, May 02, 2019 6:46 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, May 2, 2019 11:44:58 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/2/2019 at 7:44 AM EDT and filed on 5/2/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [401](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-8) - 5 action(s)** *re: pldg.* **(1 in CAS/3:19-cv-00697, 1 in GAN/1:19-cv-01671, [392] in MDL No. 2885, 1 in MN/0:19-cv-01092, 1 in MN/0:19-cv-01093, 1 in TXS/4:19-cv-01377) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/2/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-00697, GAN/1:19-cv-01671, MN/0:19-cv-01092, MN/0:19-cv-01093, TXS/4:19-cv-01377 (TLL)**

| | |
|---|---|
| **Case Name:** | Thigpen v. 3M Company et al |
| **Case Number:** | [MN/0:19-cv-01092](#) |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-8) - 5 action(s)** *re: pldg. (1 in CAS/3:19-cv-00697, 1 in GAN/1:19-cv-01671, [392] in MDL No. 2885, 1 in MN/0:19-cv-01092, 1 in MN/0:19-cv-01093, 1 in TXS/4:19-cv-01377)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/2/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-00697, GAN/1:19-cv-01671, MN/0:19-cv-01092, MN/0:19-cv-01093, TXS/4:19-cv-01377 (TLL)**

| | |
|---|---|
| **Case Name:** | Zhang v. 3M Company et al |
| **Case Number:** | GAN/1:19-cv-01671 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-8) - 5 action(s)** *re: pldg. (1 in CAS/3:19-cv-00697, 1 in GAN/1:19-cv-01671, [392] in MDL No. 2885, 1 in MN/0:19-cv-01092, 1 in MN/0:19-cv-01093, 1 in TXS/4:19-cv-01377)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/2/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-00697, GAN/1:19-cv-01671, MN/0:19-cv-01092, MN/0:19-cv-01093, TXS/4:19-cv-01377 (TLL)**

| | |
|---|---|
| **Case Name:** | Smith v. 3M Company and Aearo Technologies, LLC |
| **Case Number:** | TXS/4:19-cv-01377 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-8) - 5 action(s)** *re: pldg. (1 in CAS/3:19-cv-00697, 1 in GAN/1:19-cv-01671, [392] in MDL No. 2885, 1 in MN/0:19-cv-01092, 1 in MN/0:19-cv-01093, 1 in TXS/4:19-cv-01377)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/2/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-00697, GAN/1:19-cv-01671, MN/0:19-cv-01092, MN/0:19-cv-01093, TXS/4:19-cv-01377 (TLL)**

| | |
|---|---|
| **Case Name:** | Moore v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01093 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-8) - 5 action(s)** *re: pldg. (1 in CAS/3:19-cv-00697, 1 in GAN/1:19-cv-01671, [392] in MDL No. 2885, 1 in MN/0:19-cv-01092, 1 in MN/0:19-cv-01093, 1 in TXS/4:19-cv-01377)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/2/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-00697, GAN/1:19-cv-01671, MN/0:19-cv-01092, MN/0:19-cv-01093, TXS/4:19-cv-01377 (TLL)**

| | |
|---|---|
| Case Name: | Taglieri v. 3M Company et al |
| Case Number: | CAS/3:19-cv-00697 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-8) - 5 action(s)** *re: pldg. (1 in CAS/3:19-cv-00697, 1 in GAN/1:19-cv-01671, [392] in MDL No. 2885, 1 in MN/0:19-cv-01092, 1 in MN/0:19-cv-01093, 1 in TXS/4:19-cv-01377)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/2/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-00697, GAN/1:19-cv-01671, MN/0:19-cv-01092, MN/0:19-cv-01093, TXS/4:19-cv-01377 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-01092 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Randall Seth Crompton     scrompton@allfela.com, tblasa@allfela.com

**MN/0:19-cv-01092 Notice will not be electronically mailed to:**

**GAN/1:19-cv-01671 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Taylor C. Bartlett     taylor@hgdlawfirm.com, swashington@hgdlawfirm.com

**GAN/1:19-cv-01671 Notice will not be electronically mailed to:**

Nicholas W. Armstrong
Price Armstrong, LLC
2421 2nd Avenue North
Suite 1
Birmingham, AL 35203

Oscar M. Price , IV
Price Armstrong, LLC
2421 2nd Avenue North
Suite 1
Birmingham, AL 35203

**TXS/4:19-cv-01377 Notice has been electronically mailed to:**

Tim K Goss     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXS/4:19-cv-01377 Notice will not be electronically mailed to:**

**MN/0:19-cv-01093 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Randall Seth Crompton     scrompton@allfela.com, tblasa@allfela.com

**MN/0:19-cv-01093 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00697 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Charles Clinton Hunter     chunter@reichandbinstock.com, ggonzales@reichandbinstock.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CAS/3:19-cv-00697 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/2/2019] [FileNumber=908031-0] [
3eb93679bb2f04a7b8831cab809b069ace9a16fe5a1c0e4ec5deccdcefe00c8e1983fc
0a1e321e6f49b6efc1b47c948fd006bcaf6250f200b715c8aec4938f9d]]