UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Anderegg v. 3M Company;* 19-cv-00714;<br>*Baca v. 3M Company;* 19-cv-00715;<br>*Cordrey v. 3M Company;* 19-cv-00693;<br>*Farren v. 3M Company;* 19-cv-00787;<br>*Gales v. 3M Company;* 19-cv-00901;<br>*Henderson v. 3M Company;* 19-cv-00711;<br>*Junk v. 3M Company;* 19-cv-00785; and<br>*Mujica v. 3M Company;* 19-cv-00824. | Case No. 3:19-md-2885-MCR-GRJ<br><br>**NOTICE OF APPEARANCE** |

  Robert W. Zimmerman of Saltz, Mongeluzzi, Barrett & Bendesky, P.C. hereby enters his appearance in the Master Docket and all individual dockets (cases referenced above) pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Zimmerman is counsel of record in the individual cases transferred to this court from the Eastern District of Pennsylvania and the District of Minnesota by the JPML. Mr. Zimmerman has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation No. **FLND15567215682091**) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

| | |
|---|---|
| Dated: May 2, 2019 | **SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.**<br><br>*/s/ Robert W. Zimmerman*<br>Robert W. Zimmerman<br>1601 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Tel: (215) 496-8282<br>Fax: (215) 496-0999<br>Email: rzimmerman@smbb.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 2, 2019 and served electronically on all counsel of record.

*/s/ Robert W. Zimmerman*
ROBERT W. ZIMMERMAN