# UNITED STATES DISTRICT COURT
for the

Northern District of Florida 

| | |
|---|---|
| In Re: 3M Combat Earplug Prods. Liab. Litig. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  3:19-md-02885-MCR-GRJ |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Vera Brooker (Individual Case No: 3:19-cv-00686)

Date:   05/02/2019

/s/ Robert A. Schwartz
*Attorney's signature*

Robert A. Schwartz (FL. Fed Bar #17869670)
*Printed name and bar number*
300 Fannin, Suite 200
Houston, Texas 77002

*Address*

bob.schwartz@bcoonlaw.com
*E-mail address*

(713) 225-1682
*Telephone number*

(713) 225-1785
*FAX number*