# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to:<br><br>Kenneth King, 3:19-cv-00703 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brandon H. Steffey of the law firm of Jensen & Steffey has been admitted to appear *proc hac vice* and hereby enters his appearance as counsel for Plaintiff in *Kenneth King v. 3M Company*, Case No. 3:19-cv-00703.

Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon him.

Dated: May 2, 2019

Respectfully submitted,

*/s/ Brandon H. Steffey*
Brandon H. Steffey
JENSEN & STEFFEY
Texas State Bar No. 24047207
1024 N. Main Street
Fort Worth, Texas 76164
Telephone: (817) 334-0762
Facsimile: (817) 334-0110
Email: bhs@jensen-law.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 2, 2019 and served electronically on all counsel of record.

*/s/ Brandon H. Steffey*
Brandon H. Steffey