UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Lynch v. 3M Company*, 1:19-cv-00273 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin S. Hannon of The Hannon Law Firm, LLC hereby enters his appearance in the Master Docket and in the individual docket of *Lynch v. 3M Company*, 1:19-cv-00273 (D.D.C.) pursuant to Pretrial Order No. 3. (ECF No. 4). Mr. Hannon is counsel of record in the individual case transferred to this Court from the District of the District of Columbia by the JPML. Mr. Hannon has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation No. FLND15562237572052) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Dated: May 2, 2019

Respectfully submitted,

*/s/ Kevin S. Hannon*
Kevin S. Hannon
**THE HANNON LAW FIRM, LLC**
1641 Downing Street
Denver, CO 80218
Tel: (303) 861-8800
Fax: (303)861-8855
khannon@hannonlaw.com

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 2, 2019 and served on all counsel of record.

*/s/ Kevin S. Hannon*
Kevin S. Hannon
