# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to PreTrial Order No. 3, Case Management Order No 1, and the Northern District of Florida Local Rule 11.1, I, Sean Patrick Tracey, hereby move this court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1) Movant resides in Texas, and is not a resident of the State of Florida.

2) Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3) Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both online Local Rules tutorial exam, **Confirmation Number: FLND15567221922092** and the CM/ECF online tutorial.

4) Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5) Movant has upgraded his PACER account to "NextGen."

6) Movant is the attorney of record in the related cases identified in Exhibit "B" and made a part thereof.

WHEREFORE, Sean Patrick Tracey respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Date: May 2, 2019                               Respectfully submitted,

By: /s/ Sean Patrick Tracey
Sean Patrick Tracey
Texas State Bar No. No. 20176500
TRACEY & FOX LAW FIRM
440 Louisiana St., Ste. 1901
Houston, Texas 77002
713-495-2333 Tel.
866-709-2333 Facsimile
stracey@traceylawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using CM/ECF system on May 2, 2019 and served electronically on all counsel of record.

*/s/ Sean Patrick Tracey*
Sean Patrick Tracey