UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Civil Docket Case No.: 3:19-md-02885-MCR-GRJ

IN RE: 3M COMBAT ARMS EARPLUG      District Judge M. Casey Rodgers
PRODUCTS LIABILITY LITIGATION     Magistrate Judge Gary R. Jones

Complaint Filed: April 03, 2019

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with this Court Pretrial Order No. 3, and the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Northern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Emily Jeffcott of the law firm of Morgan & Morgan, 700 S Palafox St., Ste. 95, Pensacola, FL 32502, to practice *pro hac vice* in this case, and in support thereof, Movant states as follows:

1. Emily Jeffcott resides in the state of Florida.

2. Emily Jeffcott is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of the Certificate of Good Standing from the State of Texas dated within thirty days of this motion is attached hereto as Exhibit "A".

3. Pursuant to this Courts Pretrial Order No. 3 and Local Rule 11.1, Emily Jeffcott has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15565485022067**, and the CM/ECF online tutorial.

4. Emily Jeffcott has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Emily Jeffcott has a "NextGen" account.

CERTIFICATE OF SERVICE

00142864

6.      Emily Jeffcott currently does not have any cases consolidated before the Court but anticipates having one or more within the next thirty days.

WHEREFORE, Emily Jeffcott moves this Court to enter an Order permitting granting this motion to appear *pro hac vice,* and directs the clerk to provide notice of electronic case filings to the undersigned.

Dated: May 2, 2019

Respectfully submitted,

*s/ Emily Jeffcott*
Emily Jeffcott (Texas State Bar No. 24069993)
MORGAN & MORGAN, P.A.
700 S. Palafox St., Ste 95
Pensacola, FL 32502
Phone: (850) 316-9074
Fax: (850) 316-9079
Email: ejeffcott@forthepeople.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 2, 2019 and served electronically on all counsel of record.

*s/ Emily Jeffcott*
Emily Jeffcott (Texas State Bar No. 24069993)
**MORGAN & MORGAN, P.A.**