UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Local Rule 11.1, Tim K. Goss hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Texas. A copy of the Certificate of Good Standing is attached hereto as Exhibit A.

3. Movant successfully completed both he Attorney Admission tutorial exam – confirmation no. FLND15565358622065 – and the CM/ECF tutorials.

4. Movant has paid the required $201.00 *pro hac vice* fee.

5. Movant has an upgraded PACER account.

6. Movant is attorney of record in the following related case: *Smith v. 3M Company and Aearo Technologies, LLC*, 4:19-cv-01377. On April 24, 2019,

1

the Judicial Panel on Multidistrict Litigation issued Conditional Transfer Order (CTO-8) to have the case transferred from the Northern District of Texas to the Northern District of Florida. Transfer was finalized on May 2, 2019. [*See* Docket 169].

WHEREFORE, Tim K. Goss respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 2, 2019

Respectfully submitted,

*/s/Tim K. Goss*
FREESE & GOSS, PLLC.
Texas Bar No. 08222660
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 761-6610
Facsimile: (214) 761-6688
E-mail: tim@freeseandgoss.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on May 2, 2019 and served electronically on all counsel of record.

*/s/Tim K. Goss*
Tim K. Goss
