UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Brian Bruce v. 3M Company*, 2:2019cv02274 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Jeffrey M. Blank, Norma V. Garcia and Hugo A. Lopez of Garcia Rainey Blank & Bowerbank, LLP hereby enter their appearance in the Master Docket and in the individual docket of *Brian Bruce v. 3M Company,* 2:2019cv02274 (C.D. Cal.) pursuant to Pretrial Oder No. 3 (ECF No. 4). Mr. Blank, Ms. Garcia and Mr. Lopez are counsel of record in the individual case transferred to this Court from the California Central District Court. Mr. Blank, Ms. Garcia and Mr. Lopez have completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation Nos. **FLND15566518852084**, **FLND15566524522085** and **FLND15568185082120**) and have sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel request all further papers and pleadings in the Master Docket of MDL 2885 be served upon them.

DATED: May 2, 2019

Respectfully submitted,

*/s/ Jeffrey M. Blank*
_____
Jeffrey M. Blank
Norma V. Garcia
Hugo A. Lopez
Garcia Rainey Blank & Bowerbank, LLP
Costa Mesa, CA 92626
Tel: (714) 382-7000
Fax: (714) 784-0031
jblank@garciarainey.com
ngarciaguillen@garciarainey.com
hlopez@garciarainey.com

## CERTIFICATE OF SERVICE

    In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 2, 2019 and served on all counsel of record.

                                                _____

                                                    Jeffrey M. Blank