UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to:<br><br>*Keith Chandler v. 3M Company, et al;* Case No. 3:19-cv-00633 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alfred A. Olinde, Jr. of The Olinde Firm, LLC, hereby enters his appearance as counsel for Plaintiff, Keith Chandler. Further, Mr. Olinde is attorney of record in the action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted,

Dated: May 2, 2019          By:   s/*Alfred A Olinde, Jr.*
                                  Alfred A. Olinde, Jr., La. Bar # 20061
                                  **THE OLINDE FIRM, LLC**
                                  2 Sanctuary Blvd., Suite 205
                                  Mandeville, Louisiana 70471
                                  Telephone: (504) 587-1440
                                  Facsimile: (985) 231-7581
                                  Email: folinde@olindefirm.com

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1 (F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that on May 2, 2019, a copy of the above and foregoing was electronically filed via the Court's CM/ECF system.

          /s/ *Alfred A. Olinde, Jr.*
          Alfred A. Olinde, Jr.