IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS

EARPLUG PRODUCTS                               3:19-md-2885

LIABILITY LITIGATION                           Judge M. Casey Rodgers

                                               Magistrate Judge Gary Jones

This Document Relates to All Cases

_____/

**MOTION OF ALYSON OLIVER FOR PRO HAC VICE ADMISSION PURSUANT TO PRETRIAL ORDER NO. 3**

Pursuant to Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Alyson Oliver of the law firm Oliver Law Group PC, 1647 W. Big Beaver Road Troy, MI 48084, respectfully moves for admission pro hac vice to appear as counsel for certain individual Plaintiffs, including but not limited to Gale Jugovich whose case was filed in the Western District of Michigan and assigned case number 1:19-cv-00330. A Notice of Potential Tag-Along Action was filed May 1, 2019 before the United States Judicial Panel on Multidistrict Litigation and the case is expected to be transferred to this Court in short order.

In support of the motion, Movant states:

1. Movant resides in Michigan and is not a resident of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the state bar of Michigan.

4. A copy of a certificate of Good Standing from Michigan, dated within 30 days of the date of this motion, as **Exhibit A**.

5. Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15567303342100 and the CM/ECF online tutorial, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $201.00 pro hac vice admission fee.

7. Movant has upgraded her PACER account to "NextGen."

WHEREFORE, ALYSON OLIVER respectfully requests that this Court enter an order granting her motion to appear pro hac vice on behalf of Plaintiff Gale Jugovich.

Respectfully Submitted,

Date:   May 2, 2019

/s/Alyson Oliver
Alyson Oliver, Esq. (MI State Bar No. P55020)
OLIVER LAW GROUP P.C.
1647 W. Big Beaver Road
Troy, MI 48084
T: (248) 327-6556
E: notifications@oliverlawgroup.com

## **CERTIFICATE OF SERVICE**

I, Lindsay Marino, do hereby Certify that a true and correct copy of the foregoing instrument has been furnished by CM/ECF Filing, on this **2nd** day of **May, 2019**, to all counsel of record.

/s/ Lindsay Marino
Lindsay M. Marino
OLIVER LAW GROUP P.C.
1647 W. Big Beaver Rd.
Troy, MI 48084
T: (248) 327-6556
E: lmarino@oliverlawgroup.com

# EXHIBIT A



# State Bar of Michigan

## Certificate of Good Standing

This certifies that Alyson Oliver, P55020, of Troy, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 10, 1999 in Oakland County and became a member of the State Bar of Michigan on May 12, 1999.

Janet K. Welch, Executive Director
May 2, 2019

NOT THE ORIGINAL DOCUMENT