UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Jennifer M. Hoekstra, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

2. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15567261432095, and the CM/ECF online tutorial.

3. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

4. Movant has upgraded her PACER account to "NextGen."

5. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, Jennifer M. Hoekstra respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 2, 2019          Respectfully submitted

/s/ Jennifer M. Hoekstra
Jennifer M. Hoekstra
Louisiana State Bar No. 31476
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 2nd day of May, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Jennifer M. Hoekstra
Jennifer M. Hoekstra