# **EXHIBIT B**

- *Charles Seabrook Sams v. 3M Company*, Case No. 3:19-cv-324

- *Michael Shane Butler v. 3M Company*, Case No. 3:19-cv-313

- *Nicholas Vinogradov v. 3M Company*, Case No. 3:19-cv-354

- *Mark A. Matteson v. 3M Company*, Case No. 3:19-cv-355

- *James C. Allen v. 3M Company*, Case No. 3:19-cv-391

- *Michael R. Marston v. 3M Company*, Case No. 3:19-cv-410

- *Marion Arnett v. 3M Company*, Case No. 3:19-cv-412

- *Aaron C. Douglas v. 3M Company*, Case No. 3:19-cv-463