## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:  *All Cases* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION OF JUSTIN PRESNAL
## TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and Northern District of Florida Local Rule 11.1(C), Justin Presnal hereby requests that the Court authorize him to appear *pro hac vice* in this case.

1.  Movant resides in Texas, and is not a resident of the State of Florida.

2.  Movant is admitted to practice and is a member of the bar of the State of Texas, SBOT No. 00788220.  A Certificate of Good Standing from the Supreme Court of Texas, dated within 30 days of this motion, is attached as Exhibit 1.

3.  Pursuant to Pretrial Order No. 3 (Doc. 4), Movant has successfully completed both the online Local Rules tutorial, confirmation number **FLND15567475682109**, and the CM/ECF online tutorials.

4.  Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.  Movant already has an upgraded "NextGen" PACER account.

6.     Movant's firm are the attorneys for Plaintiff Daniel S. Medici; *Medici v. 3M Company, et al*; Case No. 3:19-cv-00667-MCR-GRJ, and Movant will be filing a Notice of Appearance in that case and in the MDL, as required by Case Management Order No. 3.

For these reasons, Justin Presnal respectfully requests that this Court enter an order granting his motion to appear *pro hac vice*, and direct the clerk to provide notice of electronic case filings to the undersigned.

Dated: May 2, 2019                    Respectfully submitted,

 */s/ Justin Presnal*
Justin Presnal
SBOT #00788220
SIMMONS HANLY CONROY LLC
5216 Cascades Drive
College Station, Texas 77845
Tel.  (979) 224-2036
Fax. (618) 259-2251
jpresnal@simmonsfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 2, 2019 and served electronically on all counsel of record.

 */s/ Justin Presnal*
Justin Presnal