UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John R. Zoesch, III of Beggs & Lane RLLP hereby enters his appearance as counsel for Plaintiff, GLENN ROBERT BOLLINGER, III in the following action: GLENN ROBERT BOLLINGER, III, v. 3M Company, Case No.: 3:19-1352.  All further papers and pleadings in this action should be served on the undersigned.

s/ John R. Zoesch, III
John R. Zoesch, III
FL Bar No. 0045257
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, Florida  32502
Phone: (850) 432-2451
Facsimile: (850) 469-3331
jrz@beggslane.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action

s/ John R. Zoesch, III
John R. Zoesch, III
FL Bar No. 0045257
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, Florida  32502
Phone: (850) 432-2451
Facsimile: (850) 469-3331
jrz@beggslane.com
Attorney for Plaintiff
