# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to All Cases | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## NOTICES OF APPEARANCE

PLEASE TAKE NOTICE that Larry Hill and Charles F. Beall, Jr. of the law firm of Moore, Hill & Westmoreland, P.A., hereby enter their appearances as additional counsel for Defendants, 3M Company, Aearo Holding, LLC, Aearo Intermediate, LLC, Aearo, LLC, and Aearo Technologies, LLC. All further papers and pleadings in this action should be served on the undersigned.

/S/ Larry Hill
Larry Hill
Florida Bar No. 173908
lhill@mhw-law.com
ljohnson@mhw-law.com
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 2nd day of May, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/S/ Larry Hill*
Larry Hill
