UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Katherine Cornell, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15560636472036**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant has filed the following cases with this Court relating to MDL 2885:

1

      a. 3:19-cv-01338

      b. 3:19-cv-01340

      c. 3:19-cv-01341

      d. 3:19-cv-01343

      e. 3:19-cv-01345

      f. 3:19-cv-01347

      g. 3:19-cv-01349

      h. 3:19-cv-01350

      i. 3:19-cv-01351

WHEREFORE, Katherine Cornell respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directly the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 2, 2019

                                                Respectfully submitted,

                                                PULASKI KHERKHER

                                                By: __/s/ *Katherine Cornell*_____
                                                Katherine Cornell (TX Bar No. 24082858)
                                                PULASKI KHERKHER, PLLC
                                                2925 Richmond Ave. #1725
                                                Houston, TX 77098
                                                T: (713) 664-4555
                                                E: kcornell@pulaskilawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 2, 2019 and served electronically on all counsel of record.

                                                 */s/ Katherine Cornell*
                                                    Katherine Cornell