UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Anthony Ascanio, Case No. 3:19-cv-00913<br>James Lyle, Case No. 3:19-cv-00892<br>Adam Gomez, Case No. 3:19-cv-00842<br>Joseph Matney, Case No. 3:19-cv-00790 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amy M. Zeman of the law firm of Gibbs Law Group LLP has been admitted to practice in this Court and hereby enters her appearance as counsel for Plaintiffs in the following actions:

*Anthony Ascanio v. 3M Combat Earplugs*, Case No. 3:19-cv-00913
*James Lyle v. 3M Combat Earplugs*, Case No. 3:19-cv-00892
*Adam Gomez v. 3M Combat Earplugs*, Case No. 3:19-cv-00842
*Joseph Matney v. 3M Combat Earplugs*, Case No. 3:19-cv-00790

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon her.

Dated: May 2, 2019

Respectfully submitted,

*/s/ Amy M. Zeman*
Amy M. Zeman, FL Bar No. 110653
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9700
Facsimile: (510) 350-9701
Email: amz@classlawgroup.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 2nd day of May 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Amy M. Zeman*
Amy M. Zeman