# EXHIBIT B

# Exhibit "B"

- Alexander v. 3M Company, 3:19-cv-01338

- Stewart v. 3M Company, 3:19-cv-01351

- Baker v. 3M Company, 3:19-cv-1340

- Dodd v. 3M Company, 3:19-cv-1343

- Greenwald v. 3M Company, 3:19-cv-1345

- Morgan v. 3M Company, 3:19-cv-1347

- Pereira v. 3M Company, 3:19-cv-1349

- Scharff v. 3M Company, 3:19-cv-1350