# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Thompson v. 3M Company et al.,*<br>    3:19-cv-01216-MCR-GRJ<br><br>*Leo v. 3M Company et al.,*<br>    -- Case No. Pending --<br><br>*Mlinek v. 3M Company et al.,*<br>    -- Case No. Pending -- | Case No. 3:19md2885<br><br>District Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE
## TODD C. WERTS

Todd C. Werts of the law firm Lear Werts LLP, hereby enters his appearance as counsel for the following three plaintiffs:

1. Plaintiff Rickey Thompson transferred to this Court from the Western District of Arkansas by Conditional Transfer Order (CTO-6) (Doc. 112) as *Thompson v. 3M Company, et al.*, Case No. 3:19-cv-01216-MCR-GRJ

2. Plaintiff Stephen Leo transferred to this Court from the District of Colorado by Conditional Transfer Order No. 7 (Doc. 168) as *Leo v. 3M Company, et al.,* [Case No. Pending]; and

3. Plaintiff Christopher Mlinek transferred to this Court from the Eastern District of Michigan by Conditional Transfer Order No. 7 (Doc. 168) as *Mlinek v. 3M Company, et al.*, [Case No. Pending].

Mr. Werts is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has previously completed the administrative requirements outlined in Pretrial Order No. 3 (Doc. 4) including both the CM/ECF Tutorial and the Local Rules tutorial exam (Tutorial Confirmation No. 16188-WT-32574736). All further papers and pleadings in this action should be served on the undersigned.

Dated: May 2, 2019                              Respectfully submitted,

                                                **LEAR WERTS LLP**

                                                /s/ Todd C. Werts
                                                Todd C. Werts, *Pro Hac Vice*
                                                2003 W. Broadway, Ste. 107
                                                Columbia, MO 65203
                                                Telephone: (573) 875-1991
                                                Facsimile: (573) 875-1985
                                                Email: werts@learwerts.com

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on May 2, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

                                          /s/Todd C. Werts
                                          Todd C. Werts