# United States District Court
## Southern District of Texas

## Certificate of Good Standing

    I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Karen Beyea–Schroeder, Federal ID No 871754

Admission date: February, 7, 2008

Dated May 2, 2019, at Houston, Texas.

David J. Bradley,
Clerk of Court



By: Donna Wilkerson, Deputy Clerk