UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, I, Sara E. Schramm, hereby moves this Court for an Order for admission to practice *pro hac* vice in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Georgia and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Georgia. A copy of a Certificate of Good Standing from the State of Georgia dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15563100482060, and the CM/ECF online tutorial.

1

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, Sara E. Schramm respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 3, 2019.

BLASINGAME, BURCH, GARRARD & ASHLEY, PC

By: */s/ Sara E. Schramm*
SARA E. SCHRAMM
GEORGIA BAR #141793
P.O. Box 832
Athens, Georgia 30603
Phone: (706) 354-4000
sschramm@bbga.com

**Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

By: */s/ Sara E. Schramm*
SARA E. SCHRAMM
GEORGIA BAR #141793
P.O. Box 832
Athens, Georgia 30603
Phone: (706) 354-4000
sschramm@bbga.com

**Attorney for Plaintiffs**