UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-cv-02885-MCR-GRJ |
| This Document Relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Harrison M. Biggs, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in New York, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bars of the States of New York and Massachusetts. Movant's law office is in New York and is the state where he regularly practices law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15568032022114, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant possesses an upgraded "NextGen" PACER account.

6. Movant represents Plaintiffs in the following member cases of MDL No. 2885 (3:19-cv-02885-MCR-GRJ), which were previously transferred by the JPML and that I was not yet listed as attorney of record:

- Hobbs v. 3M Company, *et al.,* 3:19-cv-00726-MCR-GRJ
- Gonzalez v. 3M Company, *et al.,* 3:19-cv-00738-MCR-GRJ
- Graham v. 3M Company, *et al.,* 3:19-cv-00856-MCR-GRJ

7. Movant represents the Plaintiff in the following action which is subject to transfer by the JPML (*see JPML Docket Entry #398, CTO-9*):

- Forbrook v. 3M Company, *et al.* (MN 0:19-cv-01071)

WHEREFORE, Harrison M. Biggs respectfully requests that this Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiffs and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 3rd day of May 2019.

**PARKER WAICHMAN LLP**

By: */s/ Harrison M. Biggs*
Harrison M. Biggs, Esq.
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500
(516) 466-6665
hbiggs@yourlawyer.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Harrison M. Biggs*
Harrison M. Biggs, Esq.
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500
(516) 466-6665
hbiggs@yourlawyer.com

*Attorneys for Plaintiffs*