# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: *All Cases* | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE
## OF JUSTIN PRESNAL

PLEASE TAKE NOTICE that Justin Presnal of the law firm of Simmons Hanly Conroy LLC enters his appearance in the Master Docket of 2885 and as counsel for plaintiff Daniel S. Medici in *Medici v. 3M Company, et al*; Case No. 3:19-cv-00667-MCR-GRJ, which was transferred to this Court from the Northern District of Illinois.

Mr. Presnal has been administratively admitted pursuant to Pretrial Order No. 3 (Dkt. 4) by order dated May 3, 2019 (Dkt. 203). Counsel requests that all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Dated: May 3, 2019                                        Respectfully submitted,

                                                          */s/ Justin Presnal*
                                                          Justin Presnal
                                                          SBOT #00788220
                                                          SIMMONS HANLY CONROY LLC
                                                          5216 Cascades Drive
                                                          College Station, Texas 77845
                                                          Tel. (979) 224-2036
                                                          jpresnal@simmonsfirm.com

2

## CERTIFICATE OF SERVICE

I certify that this instrument was filed electronically with the Clerk of the Court using the CM/ECF system on May 3, 2019 and served electronically on all counsel of record.

                                                  */s/ Justin Presnal*
                                                  Justin Presnal