IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL No. 3:19-md-2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| This Document Relates All Cases | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rebecca K. Timmons of the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., hereby enters her appearance in the Master Docket, pursuant to Pretrial Order No. 3 [No. 4]. Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has completed the administrative requirements outlined in Pretrial Order No. 3 [No. 4]. Counsel respectfully requests that all pleadings, notices and documents filed in this matter be served on the undersigned.

Dated: May 3, 2019

Respectfully submitted,

*/s/* Rebecca K. Timmons
Rebecca K. Timmons
Florida Bar No. 0121701
Levin, Papantonio, Thomas,
 Mitchell, Rafferty & Proctor, P.A.
316 South Baylen St., Ste. 600

Pensacola, FL 32502
Tel: (850) 435-7118
Fax: (850) 436-6118
Email: btimmons@levinlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 3rd day of May, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/s/* Rebecca K. Timmons
Rebecca K. Timmons
