UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David McLendon of the law firm of Watts Guerra LLP enters his appearance as counsel for Plaintiff Joseph Anady; *Anady v. 3M Company, et al*; Case No. 3:19-cv-00904-MCR-GRJ, that was transferred to this Court from the District of Minnesota.

Further, Mr. McLendon has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Dated: May 3, 2018               Respectfully submitted,

By:   /s/ *David McLendon*
David McLendon
WATTS GUERRA LLP
Louisiana State Bar No. 29626
5726 W. Hausman Rd., Suite 119
San Antonio, Texas 78249
Telephone:  (210) 448-0500
Facsimile:  (210) 448-0501
Email:  dmclendon@wattsguerra.com

1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on May 3, 2019 and served electronically on all counsel of record.

                                                  */s/ David McLendon*
                                                  David McLendon