# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This document relates to all cases | Magistrate Judge Gary Jones |

## NOTICE OF APPEARANCE

Michael A. Sacchet of Ciresi Conlin LLP hereby enters his appearance in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Sacchet is counsel of record in *Haynes v. 3M Co.*, No. 3:19-cv-01165-MCR-GRJ, which the JPML transferred to this Court. Mr. Sacchet has completed the administrative requirements outlined in Pretrial Order No. 3 (tutorial confirmation number FLND15562048182048). Counsel requests that all further papers and pleadings in this matter be served upon him.

Dated: May 3, 2019                              Respectfully submitted,

                                                */s/ Michael A. Sacchet*
                                                Michael A. Sacchet (MN #395817)
                                                CIRESI CONLIN LLP
                                                225 S. 6th Street, Suite 4600
                                                Minneapolis, MN 55402
                                                Phone: 612-361-8220
                                                Email: mas@ciresiconlin.com

                                                *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on May 3, 2019, which sent notice to all counsel of record.

By: */s/ Michael A. Sacchet*