UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION<br><br>This Document Relates to the Master Docket | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jennifer R. Scullion of the law firm Seeger Weiss LLP hereby enters her appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Scullion is counsel of record in an individual member case, which has been transferred to this Court from the District Court of New Jersey by the JPML. Please note that we have recently filed Complaints in the Northern District of New York and the Eastern District of Pennsylvania. Ms. Scullion has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND15566453122082) and has been granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Respectfully submitted this 3rd day of May 2019.

By: /s/ *Jennifer R. Scullion*
Jennifer R. Scullion
Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: jscullion@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Jennifer R. Scullion*
Jennifer R. Scullion