UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : : | Case No.: 3:19-md-2885 |
| This Document Relates to: Civil Case No. 0:19-cv-00718-ECT-TNL *Joseph Poag v. 3M Company* | : : : | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Michael P. McGartland, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is a part-time resident in the State of Florida.

2. Movant is admitted to practice and is a member in a good standing of the Bar of the United States District Court for the Northern District of Texas. A true and correct copy of a Certificate of Good Standing from the State of Texas dated within thirty (30) days of this motion is attached hereto as Exhibit "A," and made part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and exam, confirm #FLND15566437002081, and the online CM/ECF Tutorial.

4. Movant has submitted to the Clerk the required Two Hundred One ($201.00) Dollar *pro hac vice* admission fee.

5. Movant's PACER account was updated prior to filing this motion.

6. Movant is the attorney of record in the related case, Civil Case No. 0:19-cv-00718-ECT-TNL entitled, Joseph Poag v. 3M Company.

**WHEREFORE,** Michael P. McGartland, respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide Notice of Electronic Case Filing to the undersigned.

Dated: May 3, 2019

s/ *Michael P. McGartland*
Michael P. McGartland
Texas Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 S. University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:     (817) 332-9301
mike@mcgartland.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF System on May 3, 2019, and served electronically on all counsel of record.

s/ *Michael P. McGartland*
Michael P. McGartland
