UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases: | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION OF ANDRE M. MURA TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, Andre M. Mura hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant resides in and regularly practices law in the jurisdiction of California and is a member in good standing of the bar of the State of California. A copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15567544152111, and the CM/ECF online tutorial.

1

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is counsel for plaintiffs in the following cases:

*Anthony Ascanio v. 3M Combat Earplugs*, Case No. 3:19-cv-00913
*James Lyle v. 3M Combat Earplugs*, Case No. 3:19-cv-00892
*Adam Gomez v. 3M Combat Earplugs*, Case No. 3:19-cv-00842
*Joseph Matney v. 3M Combat Earplugs*, Case No. 3:19-cv-00790
*Sarah Kay Carlson v. 3M Company*, Case No. 0:19-cv-01109 (pending transfer from D. Minn.)
*Joseph Robertson v. 3M Company*, Case No. 0:19-cv-01110 (pending transfer from D. Minn.)

WHEREFORE, Andre M. Mura respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 3, 2019                                   Respectfully submitted,

/s/ Andre M. Mura
Andre M. Mura, CA Bar No. 298541
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9700
Facsimile: (510) 350-9701
Email: amm@classlawgroup.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 3rd day of May 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Andre M. Mura*
Andre M. Mura
