# EXHIBIT A

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617 TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 2, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDRE MICHEL MURA, #298541 was admitted to the practice of law in this state by the Supreme Court of California on October 21, 2014; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records