UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : : | Case No.: 3:19-md-2885 |
| This Document Relates to: Civil Case No. 0:19-cv-00718-ECT-TNL *Joseph Poag v. 3M Company* | : : : | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael P. McGartland of McGartland Law Firm, PLLC, hereby enters his appearance as counsel for Plaintiff in the action transferred to this Court from the United States District Court – District of Minnesota; *Joseph Poag v. 3M Company; 0:19-cv-00718-ECT-TNL*.

I, Michael P. McGartland, is attorney of record in the above action that has been transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4) and has completed the administrative requirements outlined in said Pretrial Order (Tutorial Confirmation No. FLND15566437002081). All further papers and pleadings in this action should be served on the undersigned.

Dated: May 3, 2019

s/ *Michael P. McGartland*
Michael P. McGartland
Texas Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 S. University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF System on May 3, 2019, and served electronically on all counsel of record.

                                              s/ *Michael P. McGartland*
                                              Michael P. McGartland