UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-md-02885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to the Master Docket

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Maxwell H. Kelly of the law firm Seeger Weiss LLP

hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3

[ECF No. 4].  Mr. Kelly is counsel of record in an individual member case, which has been

transferred to this Court from the District Court of New Jersey by the JPML.  Please note that we

have recently filed Complaints in the Northern District of New York and the Eastern District of

Pennsylvania. Mr. Kelly has completed the administrative requirements outlined in Pretrial

Order No. 3 [ECF No. 4] (tutorial confirmation number FLND15566403992079) and has been

granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3.  Counsel

requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this 3rd day of May 2019.

By: /s/ *Maxwell H. Kelly*
Maxwell H. Kelly
Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799
Email: mkelly@seegerweiss.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2019, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Maxwell H. Kelly*
Maxwell H. Kelly