UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | Case No: 3:19-md-02885 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Diana Yastrovskaya, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in New York and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New York.  Movant's law office is in New York and this is the state where she regularly practices law.  Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of New York (the state where she regularly practices law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15553753151974**, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant represents the Plaintiffs in the following actions that were filed independent of the JPML transfer process:

- Nicholson v. 3M Company; 3:19-cv-00577-MCR-GRJ;

- Coleman v. 3M Company; 3:19-cv-00706-MCR-GRJ; and

- Robinson v. 3M Company; 3:19-cv-00383-MCR-GRJ.

WHEREFORE, Diana Yastrovskaya, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated: May 3, 2019

>By: */s/ Diana Yastrovskaya*
>Diana Yastrovskaya
>**DOUGLAS & LONDON, P.C.**
>59 Maiden Lane, 6th Floor
>New York, NY 10038
>Tel: (212) 566-7500
>Fax: (212) 566-7501
>Email: dyastrovskaya@douglasandlondon.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 3, 2019 and served electronically on all counsel of record.

>*/s/ Diana Yastrovskaya*
>Diana Yastrovskaya