UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Akselrud of the Lanier Law Firm, P.C., hereby enters his appearance as counsel for Plaintiffs.  Mr. Akselrud has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4) and is attorney of record in the related cases identified in Exhibit "A" attached hereto and made a part hereof.  Mr. Akselrud has successfully completed both the online Local Rules tutorial exam (confirmation **FLND 15548486351927**) and the CM/ECF online tutorial.  All further papers and pleadings in this action should be served on the undersigned.

DATED:  May 3, 2019

*/s/ Michael A. Akselrud*
Michael A. Akselrud
THE LANIER LAW FIRM, P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
310.277.5100 (Telephone)
310.277.5103 (Facsimile)
Email:  Michael.akselrud@lanierlawfirm.com

*Attorney for Plaintiffs*

-2-

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

DATED:   May 3, 2019

                                                  */s/ Michael A. Akselrud*
                                                  Michael A. Akselrud