# EXHIBIT "A"

**Exhibit A**
**List of Transferred Cases**

| | |
|---|---|
| Berry v. 3M Company | 3:19-cv-00680 |
| Biggers, et al. v. 3M Company | 3:19-cv-00672 |
| Doyle v. 3M Company | 3:19-cv-00683 |
| Glover v. 3M Company | 3:19-cv-00846 |
| Hernandez, et al. v. 3M Company | 3:19-cv-00679 |
| Ivanisin, et al. v. 3M Company | 3:19-cv-00671 |
| Johnson, et al. v. 3M Company | 3:19-cv-00674 |
| Kennedy v 3M Company | 3:19-cv-00550 |
| Maxwell, et al. v. 3M Company | 3:19-cv-00673 |
| Mays v. 3M Company | 3:19-cv-00744 |
| Milstead v. 3M Company | 3:19-cv-00682 |
| Morgan, et al v. 3M Company | 3:19-cv-00681 |
| Nordlof v. 3M Company | 3:19-cv-00741 |
| Pennington v. 3M Company | 3:19-cv-00742 |
| Schroeter v. 3M Company | 3:19-cv-00795 |
| Schonfeld v. 3M Company | 3:19-cv-00743 |