UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mildred S. Conroy of the Lanier Law Firm, PLLC, hereby enters her appearance as counsel for Plaintiffs. Ms. Conroy has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4), and is attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "A" and made a part hereof. Ms. Conroy has successfully completed both the online Local Rules tutorial exam (confirmation **FLND 15568196782121**) and the CM/ECF online tutorial. All further papers and pleadings in this action should be served on the undersigned.

DATED: May 3, 2019

/s/ *Mildred S. Conroy*
Mildred S. Conroy
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 7th Floor
New York, NY 10022
212.421.2800 (Telephone)
212.421.2878 (Fax)
Email: Mildred.conroy@lanierlawfirm.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

DATED:  May 3, 2019

               */s/ Mildred S. Conroy*
               Mildred S. Conroy