UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Dana Lizik, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, Confirmation number: **FLND15568065282116**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record for Plaintiff Christopher Vaughn; *Vaughn v. 3M Company, et al*; Cause No. 3:19-cv-00888-MCR-GRJ.

WHEREFORE, Dana Lizik, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 3, 2019                Respectfully submitted,


By:   */s/ Dana Lizik*
      Dana Lizik
      Texas State Bar No. 24098007
      JOHNSON LAW GROUP
      2925 Richmond Avenue, Suite 1700
      Houston, Texas 77098
      (713) 626-9336
      (713) 583-9460 (facsimile)
      Email: dlizik@johnsonlawgroup.com

2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 3, 2019 and served electronically on all counsel of record.

/s/ *Dana Lizik*
Dana Lizik