UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Keith Chandler v. 3M Company, et al;* Case No. 3:19-cv-00633 | Case No, 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen M. Huber of the Huber Thomas & Marcelle, LLP law firm, hereby enters his appearance as counsel for Plaintiff, Keith Chandler. Further, Mr. Huber is attorney of record in the action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Dated: May 3, 2019

Respectfully submitted,

*s/Stephen M. Huber*
STEPHEN M. HUBER, Bar No. 24463
**HUBER THOMAS & MARCELLE, LLP**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone:    (504) 274-2500
Facsimile:     (504) 910-0838
stephen@huberthomaslaw.com

1

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1 (F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that on May 3, 2019, a copy of the above and foregoing was electronically filed via the Court's CM/ECF system.

*s/Stephen M. Huber*
STEPHEN M. HUBER