UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**In re: 3M Combat Arms Earplug**
**Products Liability Litigation**

Case No. 3:19-md-2885-MCR-GRJ

The Hon. M. Casey Rodgers
MDL No. 2885

*This Document Relates to*:
William Ambrose v. 3M Company, Civil
Action No.: 3:19-cv-608

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Karen H. Beyea-Schroeder, of Burnett Law Firm, hereby enters his appearance as counsel for the Plaintiff in this action, William Ambrose. Ms. Beyea-Schroeder is counsel of record for Mr. Ambrose, whose case, styled *Ambrose v. 3M Company*, Case No.: 3:19-cv-608-MCR/GRJ, was filed in this Court (MDL Case No. 2885) on April 15, 2019.

Ms. Beyea-Schroeder has fulfilled the administrative requirements outlined in Pretrial Order No. 3 and her Motion for Admission *Pro Hac Vice* has been granted. Counsel accordingly requests that all further papers and pleadings in this action be served upon her.

Dated: May 3, 2019

Respectfully submitted,

*/s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
BURNETT LAW FIRM
Suite 1850
3737 Buffalo Speedway
Houston, TX 77098
T: 832/585-9829
F: 832/900-2120
karen.schroeder@schroeder-lawoffice.com

*Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          */s/ Karen H. Beyea-Schroeder*
                                          Karen H. Beyea-Schroeder