# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : : | Case No.: 3:19-md-2885 |
| This Document Relates to: Civil Case No. 1:19-cv-00262-LG-RHW *Nasir Islam v. 3M Company* | : : : | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Lee Rikard McGartland, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is a part-time resident in the State of Florida.

2. Movant is admitted to practice and is a member in a good standing of the Bar of the United States District Court for the Southern District of Mississippi. A true and correct copy of a Certificate of Good Standing from the State of Mississippi dated within thirty (30) days of this motion was requested on May 3, 2019; however the Clerk was not available to issue the certificate until Monday, May 6, 2019. The certificate will be supplemented on May 6, 2019.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and exam, confirm #FLND15569019532131, and the online CM/ECF Tutorial.

4. Movant will submit to the Clerk the required Two Hundred One ($201.00) Dollar *pro hac vice* admission fee.

5. Movant's PACER account was updated prior to filing this motion.

6. Movant is the attorney of record in the related case, Civil Case No. 1:19-cv-00262-LG-RHW; entitled *Nasir Islam v. 3M Company*, filed on May 3, 2019, which is pending transfer to MDL 2885 with such transfer expected to be accomplished within thirty (30) days of the date of this filing.

**WHEREFORE,** Lee Rikard McGartland, respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide Notice of Electronic Case Filing to the undersigned.

Dated: May 3, 2019.

                                                           s/ *Lee Rikard McGartland*
Lee Rikard McGartland
MS Bar No. 100055
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 S. University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:   (817) 332-9301
mike@mcgartland.com
lee@mcgartland.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF System on May 3, 2019, and served electronically on all counsel of record.

                                                           s/ *Lee Rikard McGartland*
Lee Rikard McGartland