IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 3:19-md-2885 |
| This Document Relates All Cases | § § § § | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 [Doc. 4] and the Northern District of Florida Rule 11.1, I, W. Troy Bouk, hereby move this Court for an Order for admission of Archie C. Lamb, Jr. to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Archie C. Lamb, Jr. recently became a resident of Florida.

2. Archie C. Lamb, Jr. is admitted to practice and is a member of the bar of the State of Florida. A copy of a Certificate of Good Standing from the State of Florida dated within 30 days of this motion is attached hereto as Exhibit "A".

3. Archie C. Lamb, Jr. is admitted to practice and is a member in good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing

1

from the State of Alabama dated within 60 days of this motion is attached hereto as Exhibit "B".

4. Pursuant to Pretrial Order No 3 [Doc. 4] and Local Rule 11.1, Archie C. Lamb Jr. has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15569212172136, and the CM/ECF online tutorial.

5. Archie C. Lamb, Jr. has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Archie C. Lamb, Jr. has upgraded his Pacer account to "NextGen".

WHEREFORE, W. Troy Bouk respectfully request that this Court enter an order granting this Motion for Archie C. Lamb Jr. to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to Archie C. Lamb, Jr. at alamb@levinlaw.com.

Dated: May 3, 2019                                     Respectfully submitted,

*/s/* W. Troy Bouk
W. Troy Bouk
Florida Bar No. 24120
Levin, Papantonio, Thomas,
 Mitchell, Rafferty & Proctor, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: (850) 435-7154
Fax: (850) 436-6084
Email: tbouk@levinlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 3rd day of May, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

>*/s/* W. Troy Bouk
>W. Troy Bouk