UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § | Case No. 3:19md2885-MCR-GRJ |
| This Document Related to All Cases | § § | Judge M. Casey Rogers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Catherine S. Hulme, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1.   Movant resides in Colorado and is not a resident of the State of Florida.

2.   Movant is admitted to practice and is a member in good standing of the bar of the State of Colorado. Copy of a Certificate of Good Standing from The United States District Court for the District of Colorado dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.   Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, **Confirmation Number: FLND15568370952128**, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant initiated the following *In Re: 3M Combat Arms Earplug Products Liability Litigation* case independent of the JPML transfer process: *Favata v. 3M Company*, 3:19-cv-1361.

WHEREFORE, Catherine S. Hulme, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 3, 2019.

Respectfully submitted,

s/ *Catherine S. Hulme*
Catherine S. Hulme, CO Bar No. 46720
The Law Office of Sam Cannon
3534 John F. Kennedy Parkway, Suite B
Fort Collins, CO 80525
P: 970-471-7170
F: 970-360-2684
E: kate@cannonlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on May 3, 2019 and served electronically on all counsel of record.

/s/ *Catherine Hulme*

Catherine Hulme, CO reg. #46720