

# Certificate of Good Standing
and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## CATHERINE SARAH HULME

was admitted to practice in this court on
February 17, 2016
and is in good standing with no disciplinary history.

Dated: May 3, 2019

_____
Jeffrey P. Colwell, Clerk

EXHIBIT A

