IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## NOTICE OF APPEARANCE

Mark Chalos of Lieff, Cabraser, Heimann & Bernstein LLP hereby enters his appearance as counsel for Plaintiffs Benjy Lee Partin II, case number 2:19-cv-01624 transferred to this Court from the Central District of California, George Dooley, case number 3:19-cv-00237 and transferred to this Court from the Middle District of Tennessee, and John Bragg, case number 3:19-cv-00254 and transferred to this Court from the Middle District of Tennessee. Mr. Chalos is an attorney of record in these actions transferred to this Court as part of MDL Case No. 2885. Mr. Chalos is admitted to the bar of the Northern District of Florida. Counsel requests all further papers and pleadings in this matter be served upon the undersigned.

Dated:  May 3, 2019  Respectfully submitted,

                                           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Mark Chalos

       Mark P. Chalos

Mark P. Chalos (TN Bar No. 19328)
mchalos@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Ave. S Suite 1640
Nashville, TN 37201-2379
Telephone:  615.313.9000
Facsimile:  615.3139965
Email: mchalos@lchb.com

Attorney for Plaintiffs

1722758.1

## CERTIFICATE OF SERVICE

    In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system which sends notice to all counsel of record.

_____
Mark P. Chalos