UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to All Cases | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that Scott R. Bickford, of Martzell, Bickford & Centola APC, hereby enters an appearance as counsel for the following Plaintiffs who by Order of the JPML have been transferred to this Honorable Court, *Yuri M. Johnson v. 3M Company*, EDLA No. 2:19-cv-00761-SM-JVM, *Gregory A. Hays v. 3M Company*, EDLA, No. 2:19-cv-00850-SM-JVM and *Stephen Sparks v. 3M Company*, WDTX, San Antonio Division, No. 5:19-cv-00092-DAE.

Martzell, Bickford & Centola APC filed two actions in the Eastern District of Louisiana, *Yuri M. Johnson v. 3M Company*, EDLA No. 2:19-cv-00761-SM-JVM, *Gregory A. Hays v. 3M Company*, EDLA, No. 2:19-cv-00850-SM-JVM and one in the Western District of Texas, San Antonio Division, *Stephen Sparks v. 3M Company*, WDTX, San Antonio Division, No. 5:19-cv-00092-DAE, and the Joint Panel on Multidistrict Litigation entered an order conditionally transferring those actions to this Court, which no party opposes.

All further papers and pleadings in these actions should be served on the undersigned.

Respectfully Submitted,

**MARTZELL, BICKFORD & CENTOLA**

*/s/ SCOTT R. BICKFORD*
**SCOTT R. BICKFORD**
**(LA 01165) (TX 02295200)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)
srb@mbfirm.com; usdcedla@mbfirm.com

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of thee United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Dated: May 6, 2019      */s/ SCOTT R. BICKFORD*
　　　　　　　　　　　　　**SCOTT R. BICKFORD**