UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| *This Document Relates to All Cases* | Magistrate Judge Gary R. Jones |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Emily C. Jeffcott of Morgan & Morgan, P.A. hereby enters her appearance as counsel for Plaintiff, Timothy Potter, in the following action: Potter v. 3M Company, Case No.: 3:19-cv-00717-MGR-GRJ. All further papers and pleadings in this action should be served on the undersigned.

*s/ Emily C. Jeffcott*
Emily Jeffcott
MORGAN & MORGAN, P.A.
700 S. Palafox St., Ste 95
Pensacola, FL 32502
Phone: (850) 316-9074
Fax: (850) 316-9079
Email: ejeffcott@forthepeople.com

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

*s/ Emily C. Jeffcott*
Emily Jeffcott
MORGAN & MORGAN, P.A.
700 S. Palafox St., Ste 95
Pensacola, FL 32502
Phone: (850) 316-9074
Fax: (850) 316-9079
Email: ejeffcott@forthepeople.com