# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Anthony Ascanio, Case No. 3:19-cv-00913<br>James Lyle, Case No. 3:19-cv-00892<br>Adam Gomez, Case No. 3:19-cv-00842<br>Joseph Matney, Case No. 3:19-cv-00790 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andre M. Mura of the law firm of Gibbs Law Group LLP hereby enters his appearance as counsel for Plaintiffs in the following actions:

*Anthony Ascanio v. 3M Combat Earplugs*, Case No. 3:19-cv-00913
*James Lyle v. 3M Combat Earplugs*, Case No. 3:19-cv-00892
*Adam Gomez v. 3M Combat Earplugs*, Case No. 3:19-cv-00842
*Joseph Matney v. 3M Combat Earplugs*, Case No. 3:19-cv-00790

Mr. Mura has been administratively admitted to this Court pursuant to Pretrial Order No. 3 (ECF No. 4) and has completed the administrative requirements outlined in said Pretrial Order (Tutorial Confirmation FLND15567544132111).

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon him.

Dated: May 6, 2019                              Respectfully submitted,

                                             */s/ Andre M. Mura*
                                             Andre M. Mura
                                             GIBBS LAW GROUP LLP
                                             505 14th Street, Suite 1110
                                             Oakland, CA 94612
                                             Phone: (510) 350-9700
                                             Facsimile: (510) 350-9701
                                             Email: amm@classlawgroup.com

                                             *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of May 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                                             */s/ Andre M. Mura*
                                             Andre M. Mura