UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
|---|---|
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# **O R D E R**

Pending before the Court is the Motion to Appear *Pro Hac Vice*, ECF No. 186, of attorney Jennifer M. Hoekstra, with the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC.  The motion indicates Ms. Hoekstra is a member in good standing of the Louisiana Bar Association and she has successfully completed the computer-based tutorials required by the Local Rules of this Court.  She has also paid the required admission fee.

This Court's Local Rules allow an attorney to appear *pro hac vice* without being a member of the District's bar or The Florida Bar, so long as the attorney is a member in good standing of the bar of another state.  *See*  N.D. Fla. Loc. R. 11.1. This rule is intended to allow an attorney residing in and licensed to practice law in a state other than Florida to appear as counsel of record in a specific case before the court.  An attorney who resides in Florida but who is not a member of The Florida

Bar cannot properly appear in this Court, whether as a member of the District's bar or as *pro hac vice*. This has been this Court's consistent interpretation of the Local Rule, and it also is a corollary of the Florida state-law prohibition on the unauthorized practice of law in the state. *See* Rule 4-5.5, Rules Regulating The Florida Bar.

The pending motion states that Ms. Hoekstra resides in Florida and practices law with the Pensacola law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, and is a member of the Louisiana Bar Association. It does not appear that Ms. Hoekstra is a member of The Florida Bar. Therefore, it appears Ms. Hoekstra is not eligible to appear before this Court. The Court, however, will allow Ms. Hoekstra an opportunity to show cause why her Motion to Appear *Pro Hac Vice* should not be denied.

Accordingly, the Motion to Appear *Pro Hac Vice*, ECF No. 186, is held in abeyance. Ms. Hoekstra must show cause by May 10, 2019, why her motion should not be denied and she should otherwise be permitted to appear *pro hac vice* before this Court.

**SO ORDERED** this 6th day of May 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**