# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  May 6, 2019

Motion/Pleadings:  MOTION TO APPEAR *PRO HAC VICE*

Filed by Lee Rikard McGartland  on  May 3, 2019          Doc. #  238

Response _____ on _____ Doc. # ____

____ Stipulated     ____ Joint Pleading
____ Unopposed   ____ Consented

                         JESSICA J. LYUBLANOVITS
                         CLERK OF COURT
                         */s/ Kathy Rock*
                         Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice.  Counsel may refile with the required Certification of Good Standing.

**DONE and ORDERED** this 6th day of May 2019.

                         *M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **UNITED STATES DISTRICT JUDGE**