UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 6, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Archie C. Lamb, Jr.   on  May 3, 2019     Doc. #  239

Response _____ on _____ Doc. # ____

____ Stipulated      ____ Joint Pleading
____ Unopposed      ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED.  As a member of The Florida Bar and currently residing in Florida, counsel may apply for admission to the District's bar.  *See* N.D. Fla. Loc. R. 11.1(A) and (B).

**DONE and ORDERED** this 6th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**