**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § § | MDL No. 3:19-md-2885 |
| This Document Relates All Cases | § § § | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brian H. Barr of the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., hereby enters his appearance in the Master Docket, pursuant to Pretrial Order No. 3 [No. 4]. Counsel has made his appearance in *Jason Sneed v. 3M Company, et al.*, 3:19-cv-00546 and *Zackery Mann v. 3M Company, et al.*, 3:19-cv-00545, which are both related to this litigation.  Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has completed the administrative requirements outlined in Pretrial Order No. 3 [No. 4].  Counsel respectfully requests that all pleadings, notices and documents filed in this matter be served on the undersigned.

Dated: May 7, 2019                                          Respectfully submitted,

                                                                        */s/* Brian H. Barr
                                                                        Brian H. Barr

Florida Bar No. 493041
Levin, Papantonio, Thomas,
 Mitchell, Rafferty & Proctor, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: (850) 435-7044
Fax: (850) 436-6076
Email: bbarr@levinlaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 7th day of May, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/s/* Brian H. Bar
Brian H. Barr
