UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG | : | Case No.: 3:19-md-2885 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | Judge M. Casey Rodgers |
| This Document Relates to: | : | Magistrate Judge Gary R. Jones |
| Civil Case No. 1:19-cv-00262-LG-RHW | : | |
| *Nasir Islam v. 3M Company* | : | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Lee Rikard McGartland, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is a part-time resident in the State of Florida.

2. Movant is admitted to practice and is a member in a good standing of the Bar of the United States District Court for the Southern District of Mississippi. A true and correct copy of a Certificate of Good Standing from the State of Mississippi dated within thirty (30) days of this motion is attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and exam, confirm #FLND15569019532131, and the online CM/ECF Tutorial.

4. Movant will submit to the Clerk the required Two Hundred One ($201.00) Dollar *pro hac vice* admission fee.

5. Movant's PACER account was updated prior to filing this motion.

6. Movant is the attorney of record in the related case, Civil Case No. 1:19-cv-00262-LG-RHW; entitled *Nasir Islam v. 3M Company*, filed on May 3, 2019, which is

pending transfer to MDL 2885 with such transfer expected to be accomplished within thirty (30) days of the date of this filing.

**WHEREFORE,** Lee Rikard McGartland, respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide Notice of Electronic Case Filing to the undersigned.

Dated: May 7, 2019.

          s/ *Lee Rikard McGartland*
          Lee Rikard McGartland
          MS Bar No. 100055
          Michael P. McGartland
          MS Bar No. 100487
          McGartland Law Firm, PLLC
          University Centre I, Suite 500
          1300 S. University Drive
          Fort Worth, Texas 76107
          Telephone:   (817) 332-9300
          Facsimile:   (817) 332-9301
          mike@mcgartland.com
          lee@mcgartland.com

          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion to Appear Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF System on May 7, 2019, and served electronically on all counsel of record.

          s/ *Lee Rikard McGartland*
          Lee Rikard McGartland