# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

## SOUTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, __ARTHUR JOHNSTON__, *Clerk of this Court, certify that* __Lee Ann Rikard__ , Bar # __10005__,

*was admitted to practice in this court on*

__April 27, 1995__
DATE

*and is in good standing as a member of the Bar of this Court.*

Dated at __Jackson, Mississippi__, on __May 6, 2019__.
LOCATION                                   DATE

__ARTHUR JOHNSTON__              *Katherine H. Alexander*
CLERK                                              DEPUTY CLERK