# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## O R D E R

By Order dated May 3, 2019, ECF No. 207, the Court granted the Amended Motion to Appear *Pro Hac Vice*, ECF No. 194, of attorney Emily Jeffcott, with the law firm of Morgan & Morgan, P.A.  Pursuant to her motion, Ms. Jeffcott is a member in good standing of the State Bar of Texas and she successfully completed the computer-based tutorials required by the Local Rules of this Court.  She also paid the required admission fee.  The matter is now before the Court for reconsideration *sua sponte*.

This Court's Local Rules allow an attorney to appear *pro hac vice* without being a member of the District's bar or The Florida Bar, so long as the attorney is a member in good standing of the bar of another state.  *See*  N.D. Fla. Loc. R. 11.1. This rule is intended to allow an attorney residing in and licensed to practice law in a state other than Florida to appear as counsel of record in a specific case before the

court.  An attorney who resides in Florida but who is not a member of The Florida Bar cannot properly appear in this Court, whether as a member of the District's bar or as *pro hac vice*.  This has been this Court's consistent interpretation of the Local Rule, and it also is a corollary of the Florida state-law prohibition on the unauthorized practice of law in the state.  *See* Rule 4-5.5, Rules Regulating The Florida Bar.

Ms. Jeffcott's motion states she resides in Florida and practices law in the Pensacola office of the law firm of Morgan & Morgan, P.A., and is a member of the State Bar of Texas.  It does not appear that Ms. Jeffcott is a member of The Florida Bar.  Therefore, it appears Ms. Jeffcott is not eligible to appear before this Court.  The Court, however, will allow Ms. Jeffcott an opportunity to show cause why the Court's prior Order granting her motion to appear *Pro Hac Vice* should not be vacated and her motion denied.

Accordingly, Ms. Jeffcott must show cause by May 10, 2019, why the previously entered Order should not be vacated and her motion denied, and she should otherwise be permitted to appear *pro hac vice* before this Court.

**SO ORDERED** this 7th day of May 2019.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**