UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS                        CASE NO. 3:19-md-2885-MCR-GRJ
LIABILITY LITIGATION

                                        Judge M. Casey Rodgers
This Document Relates to All Cases      Magistrate Judge Gary R. Jones

NOTICE OF WITHDRAWAL
OF COUNSEL PURSUANT TO LOCAL RULE
11.l(H)(l)(B) AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that attorneys Christina M. Schwing, Esquire, and Bradley W. Crocker, Esquire, of the law firm Holland & Knight LLP (collectively "H&K"), hereby withdraw as counsel for Defendant 3M Company ("3M")[1] in the above-referenced multi-district litigation, and request to be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(l)(b), 3M consents to this withdrawal, and the withdrawal will leave 3M with other attorneys of record who intend to continue in the case.

---

[1] H&K appears on behalf of 3M in the matters of *Charles Seabrook Sams v. 3M* Company, Case No. 3:19-cv-00324-MCR-EMT; *Michael Shane Butler v. 3M Company*, Case No. 3:19-cv-00313-MCR-EMT; *Nicholas Vinogradov v. 3M Company*, Case No. 3:19-cv-00354-MCR-EMT; *James C. Allen v. 3M Company*, Case No. 3:19-cv-00391-MCR-HTC; *Alfonso Robinson v. 3M Company*, Case No. 3:19-cv-00383-MCR-HTC; *Michael R. Marston v 3M Company*, Case No. 3:19-cv-00410-MCR-EMT; *Marion Arnett v. 3M Company*, Case No. 3:19-cv-00412-MCR-EMT; and, *Mark A. Matteson v. 3M Company*, Case No. 3:19-cv-00355-MCR-MJF, all of which are pending in the Northern District of Florida.

DATED: May 7, 2019								Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christina M. Schwing*
Christina M. Schwing, Esq. (FBN: 11420)
*Chris.schwing@hklaw.com*
Bradley W. Crocker, Esq. (FBN: 118616)
*Bradley.crocker@hklaw.com*
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: (904) 353-2000
Facsimile: (904) 598-5509

*Attorneys for Defendant 3M COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2019, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

*/s/ Christina M. Schwing*
Christina M. Schwing, Esq.