**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | CASE No. 3:19-md-2885 |
| EARPLUG PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | JUDGE: M. Casey Rodgers |
| | ) | |
| VERSUS | ) | Magistrate: Judge Gary R. Jones |
| | ) | |
| This Document Relates to All Cases | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, I, Jeffrey P. Berniard, hereby moves this Court for an Order for admission to practice pro hac vice in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this Motion is attached hereto as Exhibit "A" and made part hereof.

1

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both online Local Rules tutorial exam, confirmation number FLND15553478781968 and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to the "NextGen."

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, Jeffrey P. Berniard, respectfully requests that this Court enter an Order granting this Motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 7, 2019

                Respectfully Submitted,

                /s/ Jeffrey P. Berniard_____
                Jeffrey P. Berniard (Louisiana Bar #29088)
                Berniard Law Firm,L.L.C.
                7513 Hampson St.
                New Orleans, LA 70118

        Telephone: (504) 527-6225
        Facsimile: (504) 617-6300
        Email:	Jeff@GetJeff.Com
        All Pleadings and Correspondence may be served by Email only via email address: Jeff@GetJeff.com

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Dated: May 7, 2019

        /s/ Jeffrey P. Berniard_____
        Jeffrey P. Berniard