**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | CASE No. 3:19-md-2885 |
| EARPLUG PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | JUDGE: M. Casey Rodgers |
| | ) | |
| VERSUS | ) | Magistrate: Judge Gary R. Jones |
| | ) | |
| This Document Relates to All Cases | ) | |

# EXHIBIT "A" WITH JEFFREY P. BERNIARD'S MOTION TO APPEAR *PRO HAC VICE*

1

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**JEFFREY PAUL BERNIARD ESQ., #29088**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 15th Day of October, 2004 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 7th Day of May, 2019, A.D.

Clerk of Court
Supreme Court of Louisiana