**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) | CASE No. 3:19-md-2885 |
| EARPLUG PRODUCTS ) | |
| LIABILITY LITIGATION ) | JUDGE: M. Casey Rodgers |
| ) | |
| VERSUS ) | Magistrate: Judge Gary R. Jones |
| ) | |
| This Document Relates to All Cases ) | |

# EXHIBIT "B" WITH JEFFREY P. BERNIARD'S MOTION TO APPEAR *PRO HAC VICE*

| Plaintiff | Civil Action No. |
|---|---|
| Yuri M. Johnson, v. 3M Company | EDLA, No. 19-0761 |
| Gregory A. Hays, v. 3M Company | EDLA, No. 19-0850, |
| Stephen Sparks v. 3M Company | WDTX, San Antonio Division, No. 19-CA-0092 |

1