UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: **ALL CASES** | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### Application For Admission of Attorney Pro Hac Vice

I, Sean T. Keith, an actively licensed attorney in the State of Arkansas, Bar No. 93158 and in good standing of USDC Western District of Arkansas and hereby respectfully apply for admission to practice *pro hac vice* pursuant to Pretrial Order No. 3 and Case Management Order No. 1 in the Northern District of Florida and do state as follows:

1. I have entered an appearance and/or filed on record *Gladden v. 3M* case no. 3:19-cv-00585-MCR-GRJ and *Horsey v. 3M Company, 2:19-cv-00145 USDC ED Texas* (transfer pending).

2. A true and correct copy of a certificate of good standing from the United States District Court of Arkansas, Western District is attached to this application.

3. I have completed the online Attorney Admission Tutorial (reference FLND15567284802098), the CM/ECF online tutorial and possess an upgraded Pacer Account.

4. I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:
May 7, 2019

/s/ Sean T. Keith
Sean T. Keith
Ark. Bar. No. 93158
224 S. 2nd St.
Rogers, AR 72756
479.621.0006
skeith@arkattorneys.com