AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

## CERTIFICATE OF GOOD STANDING

I, _____ DOUGLAS F. YOUNG _____ , Clerk of this Court,

certify that _____ Sean T. Keith _____ , Bar # _____ 93158 _____ ,

was duly admitted to practice in this Court on _____ 10/20/1993 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Fayetteville, Arkansas _____ on _____ 05/07/2019 _____
*(Location)* *(Date)*

**DOUGLAS F. YOUNG**
*CLERK*



S. Cummings
*DEPUTY CLERK*