UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br><br>This Document Relates to the Master Docket | Case No. 3:19-md-2885<br><br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Thomas F. Hollingsworth III of Blasingame, Burch, Garrard & Ashley, P.C. hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Hollingsworth is counsel of record in individual cases transferred to this Court from the Southern District of Georgia by the JPML. Mr. Hollingsworth has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND15563102182061) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this 7th day of May 2019.

BLASINGAME, BURCH, GARRARD & ASHLEY, PC

By: /*s/ Thomas F. Hollingsworth III*

1

Thomas F. Hollingsworth III
GEORGIA BAR # 140858
P.O. Box 832
Athens, Georgia 30603
Phone: (706) 354-4000
Fax: (706) 353-0673
tfh@bbga.com

**Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

By: */s/ Thomas F. Hollingsworth III*
Thomas F. Hollingsworth III
GEORGIA BAR # 140858
P.O. Box 832
Athens, Georgia 30603
Phone: (706) 354-4000
Fax: (706) 353-0673
tfh@bbga.com

**Counsel for Plaintiffs**