## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Catherine Hulme of The Law Office of Sam Cannon hereby enters her appearance in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Hulme is counsel of record for Plaintiff Michael Favata; *Favata v. 3M Company, et al*, Case No. 3:19-cv-1361-MCR-GRJ.

Ms. Hulme has fulfilled the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) and her Motion to Appear Pro Hac Vice in this MDL has been granted (ECF No. 262). Counsel requests that all further papers and pleadings in this action be served upon her.

Respectfully submitted this 7th day of May 2019.

THE LAW OFFICE OF SAM CANNON

*/s/ Catherine Hulme*
Catherine Hulme, CO reg. #46720
**Attorney for Plaintiff**
3534 John F. Kennedy Parkway #B
Fort Collins, CO 80525
P: 970-471-7170
F: 970-360-2684