**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENNSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : | Case No.:  3:19md2885-MCR-GRJ |
| | : : | Judg: M. Casey Rodgers |
| This Document Relates to Case No. 3:19-cv-01373, *Matthew D. Taglieri v. 3M Company, et al.* | : : : : | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

J. Alistair McKenzie of the McKenzie Law Firm, P.A., hereby enters his appearance as counsel for Plaintiff in the individual action transferred to this MDL styled *Matthew D. Taglieri v. 3M Company, et al*., Case No. 3:19-cv-01373.  Please direct all future correspondence and pleadings in Master Docket of MDL 2885 and the above-named individual action to the undersigned at the address shown below.

Submitted on May 8, 2019

                                               */s/J. Alistair McKenzie*
                                               J. Alistair McKenzie, Esq.
                                               Florida Bar Number: 91849
                                               **McKenzie Law Firm, P.A.**
                                               905 East Hatton Street
                                               Pensacola, FL  32503-3931
                                               Telephone:  (850) 432-2856
                                               Facsimile:  (850) 202-2012
                                               Email: amckenzie@mckenzielawfirm.com
                                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Submitted on May 8, 2019

*/s/J. Alistair McKenzie*