## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : | Case No.: 3:19md2885-MCR-GRJ |
| This Document Relates to Case No. 3:19-cv-01373, *Matthew D. Taglieri v. 3M Company, et al.* | : : : : : | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Melissa Binstock-Ephron of the firm of Reich & Binstock, L.L.P. hereby enters her appearance as counsel for Plaintiff in the individual action transferred to this MDL styled *Matthew D. Taglieri v. 3M Company, et al.*, Case No. 3:19-cv-01373. Counsel has been admitted to practice before this Court *pro hac vice* accordance to the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] and Case Management Order No. 1 [ECF No. 86]. Please direct all future correspondence and pleadings in Master Docket of MDL 2885 and the above-named individual action to the undersigned at the address shown below.

Submitted on May 8, 2019

                                                    **REICH & BINSTOCK, LLP**

                                                    By: */s/ Melissa Binstock-Ephron*

                                                    Melissa Binstock-Ephron, Esq.
(TX – SBN 24101518)
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
E-mail:
MEphron@reichandbinstock.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Submitted on May 8, 2019

<em>/s/Melissa Binstock-Ephron</em>