**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to:**<br><br>*Edward Haynes v. 3M Company*<br>*Case No. 3:19-cv-01165* | **Court File No. 3:19-md-2885**<br><br><br>**Judge M. Casey Rodgers**<br>**Magistrate Judge Gary R. Jones** |

**NOTICE OF APPEARANCE**

Kyle W. Farrar of Farrar & Ball, LLP. hereby enters his appearance in the Master Docket and as counsel for Plaintiff Edward Haynes, case number 3:19-cv-01165, pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Farrar is counsel of record in the individual case transferred to this court from the District of Minnesota by the JPML. Mr. Farrar has completed the administrative requirements outlined in Pretrial Order No. 3 (tutorial confirmation no. FLND15569152542134). Counsel requests all further papers and pleadings in this matter be served upon him.

Dated: May 8, 2018                    Respectfully submitted,

Kyle W. Farrar
**FARRAR & BALL, LLP**
1010 Lamar, Suite 1600
Houston, Texas 77002
Phone: 713.221.8300
Fax:    713.221.8301
Email: kyle@fbtrial.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on May 8, 2019, which send notice to all counsel of records.

*/s/ Kyle W. Farrar*