UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: ALL CASES | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## Notice of Appearance

NOTICE IS HEREBY GIVEN that Sean T. Keith of the law firm of Keith Miller Butler Schneider & Pawlik, PLLC, appear as attorney of record in the Master Docket and as counsel for Plaintiff Lorne Gladden, case number 3:19-cv-00585-MCR-GRJ pursuant to Pretrial Order No. 3.  Mr. Keith is counsel of record in the individual case transferred to this Court from the Arkansas Eastern District and has completed the administrative requirements outlined in PTO 3 (confirmationnumber FLND15567284802098).  Counsel requests all further papers and pleadings in this matter be served upon him.

DATED this 8th day of May, 2019.

/s/ Sean T. Keith
Sean T. Keith
Ark. Lic No. 93158
Keith Miller Butler Schneider & Pawlik, PLLC
224 S 2nd Street
Rogers, AR 72756

(479) 621-0006
skeith@arkattorneys.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a ture and correct copy of the foregoing was filed via the Court's CM/ECF system on May 8, 2019.

/s/ Sean T. Keith
Sean T. Keith