# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

YVONNE MARIE FLAHERTY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 1996

Given under my hand and seal of this court on

May 07, 2019

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration