UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

Before the Court is Plaintiff Sean Lynch's motion to establish a separate class action track and a procedure for selecting interim class counsel. *See* ECF No. 213. On consideration, the Court finds it appropriate to **TOLL** the deadline for Defendants' response until further order. The parties are directed to include the class action issue on the agenda for their Rule 26(f) conference—in particular, the need for a separate class action track and interim class counsel—and be prepared to discuss it during the Rule 16/case management conference on June 17, 2019.

**SO ORDERED**, on this 8th day of May, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**