## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases | Case No. 3:19md2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

### PRETRIAL ORDER NO. 6
### Plaintiff Leadership Presentations

The Court greatly appreciates the interest and efforts of all counsel who sought plaintiff leadership positions in this MDL. Having carefully reviewed the submissions, the Court invites the following attorneys to make an oral presentation regarding their qualifications, skills and experience. The presentations will be held in Pensacola on **May 20 and 21, 2019**, and will proceed in alphabetical order by each attorney's last name.

| May 20, 2019 | | |
|---|---|---|
| Virginia E. Anello | David R. Buchanan | Clayton A. Clark |
| Gabriel A. Assaad | Elizabeth M. Burke | Clayton M. Connors |
| Bryan F. Aylstock | Riley L. Burnett, Jr. | Katherine L. Cornell |
| Muhammad S. Aziz | Michael A. Burns | Ernest Cory |
| Brian H. Barr | Evan D. Buxner | J. Nixon Daniel, III |
| Taylor C. Bartlett | Kenny S. Byrd | Sindhu S. Daniel |
| Nicole Berg | Thomas P. Cartmell | James R. Dugan, II |
| Karen Beyea-Schroeder | Mark P. Chalos | John C. Enochs |
| W. Troy Bouk | Katherine E. Charonko | Henry G. Garrard, III |

| May 21, 2019 | | |
|---|---|---|
| W. Lewis Garrison, Jr. | Angela J. Mason | Dennis C. Reich |
| Jessica K. Givens | Abby E. McClellan | Ruth Rizkalla |
| Gregory C. Graf | Douglas C. Monsour | Erin J. Rogiers |
| Chris T. Hellums | Adam M. Moskowitz | Edward P. Rowan |
| Bradley D. Honnold | Amber A. Mostyn | Michael A. Sacchet |
| Shelley V. Hutson | Andre M. Mura | Sara Schramm |
| Douglass A. Kreis | Alyson Oliver | Christopher A. Seeger |
| M. Palmer Lambert | Jonathan D. Orent | Sean P. Tracey |
| W. Mark Lanier | Neil D. Overholtz | Mikal C. Watts |
| K. Rachel Lanier | Richard M. Paul, III | Kimberly W. White |
| Jennifer R. Liakos | Paul J. Pennock | Adam Wolfson |
| Roberto Martinez | Thomas W. Pirtle | Genevieve M. Zimmerman |
| D. Todd Matthews | Kristian Rasmussen | |

On **May 20, 2019**, the attorney presentations will begin at **10:00 a.m. CST**. The *Touhy* presentation that was originally set for 9:00 a.m. on May 20, 2019 has been rescheduled for that same day at **2:00 p.m. CST**.  After the *Touhy* presentation, the attorney presentations will resume.  On **May 21, 2019**, the presentations will begin at **8:30 a.m. CST**.

Each attorney's presentation should be no longer than five to ten minutes.  The Court appreciates brevity and the Panel is already familiar with the application materials.   Attorneys should consider addressing how they propose to allocate responsibilities  and  collaborate  with  other  members  of  the  leadership  team,

encourage meaningful participation by non-leadership counsel, and/or use their unique or specialized skills and experience to fairly, effectively, and efficiently represent the interests of all plaintiffs in this litigation.

**SO ORDERED**, on this 8th day of May, 2019.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**