UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to the Master Docket | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David R. Buchanan of the law firm Seeger Weiss LLP hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Counsel has made his appearance in *Al-Farad Inzar v. 3M Company* 3:19-cv-01191 which is related to this litigation. Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this district. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Respectfully submitted this 8th day of May 2019.

By: /s/ *David R. Buchanan*
David R. Buchanan
Seeger Weiss LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile:  (973) 639-9393
Email: dbuchanan@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2019, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                       */s/ David R. Buchanan*
                                       David R. Buchanan