UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No: 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Grant D. Amey, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof, state as follows:

1. Movant is admitted to practice and is a member in good standing of the bar of the State of Alabama. I am a resident of the State of Alabama and regularly practice law in the State of Alabama. A copy of a Certificate of Good Standing from the bar of the State of Alabama dated within 30 days of this motion is attached hereto as Exhibit A and made a part hereof.

2. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15567355412101, and the CM/ECF online tutorial.

3. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

4. Movant has upgraded his PACER account to "NextGen."

5. Movant is the attorney of record in the related case identified in the exhibit attached hereto as Exhibit B and made a part hereof. In accordance with Pretrial Order No. 3, upon admission *pro hac vice* the undersigned will file a Notice of Appearance for the case listed in Exhibit B.

WHEREFORE, Grant D. Amey respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 8th, 2019.   Respectfully Submitted:
*/s/ Grant D. Amey*
Grant D. Amey
Alabama Bar No. 4273 T83A
LAW OFFICE OF GRANT D. AMEY
PO Box 67
Fairhope, AL 36533
grantamey@grantamey.com
(251) 716-0317

### CERTIFICATE OF SERVICE

I do hereby certify that on this, the 8th day of May, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Grant D. Amey*
Grant D. Amey