UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No: 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

CASE LIST

EXHIBIT B

1. <u>Glenn Robert Bollinger, III v. 3M Company</u>, United States District Court for the Northern District of Florida, 3:19-cv-01352-MCR-HTC.