# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19md2885 |
| | Judge M. Casey Rodgers |
| This Document relates to All Cases | Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 8, 2019

Motion/Pleadings:   APPLICATION FOR ADMISSION OF ATTORNEY
              *PRO HAC VICE*

Filed by  Sean T. Keith       on  May 7, 2019        Doc. #  275

Response _____       on _____         Doc. # ____

| | Stipulated | | Joint Pleading |
|---|---|---|---|
| | Unopposed | | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 8th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**