UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Bollinger v. 3M*, 19-cv-01352 | Case No: 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Grant D. Amey of the Law Office of Grant D. Amey, LLC, hereby enters his appearance as counsel for Plaintiff Glenn Robert Bollinger, III; *Bollinger v. 3M*, Case No. 3:19-cv-01352.

Mr. Amey has fulfilled the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) and his Motion to Appear *Pro Hac Vice* in this MDL has been granted (ECF No. 291). Counsel requests that all further papers and pleadings in this action be served upon him.

Dated: May 8th, 2019.   Respectfully Submitted:
/s/ Grant D. Amey
Grant D. Amey
Alabama Bar No. 4273 T83A
LAW OFFICE OF GRANT D. AMEY
PO Box 67
Fairhope, AL 36533
grantamey@grantamey.com
(251) 716-0317

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this, the 8th day of May, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Grant D. Amey*
Grant D. Amey