# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

This Document relates to All Cases

CASE NO.  3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __May 7, 2019__

Motion/Pleadings:  __NOTICE OF WITHDRAWAL OF COUNSEL AND__ __REQUEST FOR REMOVAL FROM SERVICE LIST__ __[Christina M. Schwing and Bradley W. Crocker]__

Filed by __Defendant 3M__  on __May 7, 2019__  Doc. # __272__

JESSICA J. LYUBLANOVITS
CLERK OF COURT
_/s/ Kathy Rock_
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED, as requested.  Attorneys Christina M. Schwing and Bradley W. Crocker, and the law firm of Holland & Knight LLP, are relieved from further representation of Defendant 3M in this litigation.  The clerk is directed to update the docket accordingly.

**DONE and ORDERED** this 8th day of May 2019.

_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**