IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to All Cases | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Charles F. Beall, Jr. of the law firm of Moore, Hill & Westmoreland, P.A., hereby enters his appearance as additional counsel for Defendants, 3M Company, Aearo Holding, LLC, Aearo Intermediate, LLC, Aearo, LLC, and Aearo Technologies, LLC. All further papers and pleadings in this action should be served on the undersigned.

                                              */S/ Charles F. Beall, Jr.*
                                              Charles F. Beall, Jr.
                                              Florida Bar No. 66494
                                              cbeall@mhw-law.com
                                              Larry Hill
                                              Florida Bar No. 173908
                                              lhill@mhw-law.com
                                              ljohnson@mhw-law.com
                                              MOORE, HILL & WESTMORELAND, P.A.
                                              350 West Cedar Street
                                              Maritime Place, Suite 100
                                              Pensacola FL 32502
                                              Telephone: (850) 434-3541

                                              *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 9th day of May, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/S/ Charles F. Beall, Jr.*
Charles F. Beall, Jr.
