**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, May 09, 2019 6:56 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, May 9, 2019 11:54:55 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/9/2019 at 7:54 AM EDT and filed on 5/9/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 424 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s)** *re: pldg.* **(1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135)** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/9/2019.**

**Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)**

| | |
|---|---|
| **Case Name:** | COTTERMAN v. 3M COMPANY |

| | |
|---|---|
| **Case Number:** | INS/1:19-cv-01603 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s)** *re: pldg. (1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/9/2019.**

**Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)**

| | |
|---|---|
| **Case Name:** | Robertson v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01110 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s)** *re: pldg. (1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/9/2019.**

**Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)**

| | |
|---|---|
| **Case Name:** | Carlson v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01109 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s)** *re: pldg. (1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/9/2019.**

Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)

| | |
|---|---|
| **Case Name:** | Albuerne et al v. 3M Company |
| **Case Number:** | FLS/1:19-cv-21554 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s)** *re: pldg. (1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/9/2019.**

Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)

| | |
|---|---|
| **Case Name:** | Dennis Bedford v. 3M Company et al |
| **Case Number:** | CAC/5:19-cv-00761 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s)** *re: pldg. (1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/9/2019.**

Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)

| | |
|---|---|
| **Case Name:** | Bynum v. 3M Company |
| **Case Number:** | TXE/2:19-cv-00135 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s)** *re: pldg. (1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in*

MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 5/9/2019.

Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)

| | |
|---|---|
| Case Name: | Forbrook v. 3M Company et al |
| Case Number: | MN/0:19-cv-01071 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s) re: pldg. (1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 5/9/2019.

Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)

| | |
|---|---|
| Case Name: | Pratt v. 3M Company et al |
| Case Number: | KYW/5:19-cv-00058 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s) re: pldg. (1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 5/9/2019.

Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)

| | |
|---|---|
| Case Name: | Robertson v. 3M Company et al |
| Case Number: | KYW/5:19-cv-00057 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s)** *re: pldg.* **(1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/9/2019.**

**Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)**

| | |
|---|---|
| **Case Name:** | MINAYA et al v. 3M COMPANY et al |
| **Case Number:** | PAE/5:19-cv-01798 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-9) - 10 action(s)** *re: pldg.* **(1 in CAC/5:19-cv-00761, 1 in FLS/1:19-cv-21554, 1 in INS/1:19-cv-01603, 1 in KYW/5:19-cv-00057, 1 in KYW/5:19-cv-00058, [398] in MDL No. 2885, 1 in MN/0:19-cv-01071, 1 in MN/0:19-cv-01109, 1 in MN/0:19-cv-01110, 1 in PAE/5:19-cv-01798, 1 in TXE/2:19-cv-00135) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/9/2019.**

**Associated Cases: MDL No. 2885, CAC/5:19-cv-00761, FLS/1:19-cv-21554, INS/1:19-cv-01603, KYW/5:19-cv-00057, KYW/5:19-cv-00058, MN/0:19-cv-01071, MN/0:19-cv-01109, MN/0:19-cv-01110, PAE/5:19-cv-01798, TXE/2:19-cv-00135 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**INS/1:19-cv-01603 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Kristina J Anderson    kanderson@hensleylegal.com

**INS/1:19-cv-01603 Notice will not be electronically mailed to:**

3M COMPANY

**MN/0:19-cv-01110 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michele R. Fisher     fisher@nka.com, crued@nka.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-01110 Notice will not be electronically mailed to:**

**MN/0:19-cv-01109 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michele R. Fisher     fisher@nka.com, crued@nka.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-01109 Notice will not be electronically mailed to:**

**FLS/1:19-cv-21554 Notice has been electronically mailed to:**

Adam M Moskowitz     adam@moskowitz-law.com, dione@moskowitz-law.com

Howard M. Bushman     howard@moskowitz-law.com, dione@moskowitz-law.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Joseph M. Kaye     joseph@moskowitz-law.com

**FLS/1:19-cv-21554 Notice will not be electronically mailed to:**

**CAC/5:19-cv-00761 Notice has been electronically mailed to:**

Mark P. Robinson, Jr     mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net,

mrobinson@rcrsd.com, wpolischuk@rcrsd.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Lila Razmara     lrazmara@robinsonfirm.com

Shannon Lukei     slukei@robinsonfirm.com

**CAC/5:19-cv-00761 Notice will not be electronically mailed to:**

**TXE/2:19-cv-00135 Notice has been electronically mailed to:**

Douglas C Monsour     doug@monsourlawfirm.com, ronda@monsourlawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Katharine Gale Krottinger     katy@monsourlawfirm.com

**TXE/2:19-cv-00135 Notice will not be electronically mailed to:**

**MN/0:19-cv-01071 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-01071 Notice will not be electronically mailed to:**

**KYW/5:19-cv-00058 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

David George Bryant     david@davidbryantlaw.com

Mark P. Bryant     mark.bryant@bryantpsc.com, becky.laverdi@bryantpsc.com, emily.roark@bryantpsc.com

Emily Ward Roark     emily.roark@bryantpsc.com, christina.ellegood@bryantpsc.com, emily@bryant.law

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**KYW/5:19-cv-00058 Notice will not be electronically mailed to:**

**KYW/5:19-cv-00057 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

David George Bryant     david@davidbryantlaw.com

Mark P. Bryant     mark.bryant@bryantpsc.com, becky.laverdi@bryantpsc.com, emily.roark@bryantpsc.com

Emily Ward Roark     emily.roark@bryantpsc.com, christina.ellegood@bryantpsc.com, emily@bryant.law

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**KYW/5:19-cv-00057 Notice will not be electronically mailed to:**

**PAE/5:19-cv-01798 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

Frank C. Rothrock     frothrock@shb.com

ESTHER EVA BEREZOFSKY     eberezofsky@eblawllc.com, hfonseca@eblawllc.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**PAE/5:19-cv-01798 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/9/2019] [FileNumber=909976-0] [ 32d162a638a64a9be15b1010e0115a1d70ab77f7768aebc00b4c17b87d47ddd8944937 1b7b2f1890f6504dd11bb059890d9bb682b117b26e3306e3ac252f4846]]