**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS   Case No. 3:19md2885
EARPLUGS PRODUCTS
LIABILITY LITIGATION

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

**MOTION FOR LEAVE TO APPEAR**
**PRO HAC VICE BY JASON J. JOY**

In accordance with Pretrial Order No. 4, (Doc. 4) and pursuant to Local Rule 11.1(D), Jason J. Joy, a licensed member of the Texas Bar, seeks permission for this Court to appear pro hac vice in this MDL.

1. Jason J. Joy is a lawyer licensed to practice law in Texas. He is a member in good standing of the U.S. District Court for the Southern District of Texas. His law office is located in Houston, Texas. His Certificate of Good Standing for the U.S. District Court for the Southern District of Texas is attached.

2. Mr. Joy completed the online Local Rules tutorial exam (Confirmation Number FLND 15565581612072 and CM/ECF online tutorials.

3. Mr. Joy studied and is familiar with the Local Rules of this District.

4. Mr. Joy has an active upgraded PACER account. He requests authorization to receive electronic notices of filing. Mr. Joy's email address is jason@jasonjoylaw.com.

5. Mr. Joy is paying the required $201.00 *pro hac vice* admission fee for this case at the time of filing.

Dated: May 9, 2019

Respectfully submitted,

/s/ Jason J. Joy

_____
Jason J. Joy,
Texas State Bar No. 24058932
JASON J. JOY & ASSOCIATES, P.L.L.C.
909 Texas Street, Suite 1801
Houston, Texas 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Jason J. Joy, Federal ID No 1063476

Admission date: 5/6/2010

Dated May 1, 2019, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court



By: Donna Wilkerson, Deputy Clerk