UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |
| This Document Relates to: <br> *Smith v. 3M Company, et al.*, Cause No. 3:19-cv-1410 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tim K. Goss of Freese & Goss, PLLC hereby enters his appearance in the Master Docket and as counsel for Plaintiff in the individual action transferred to this MDL styled *Smith v. 3M Company, et al.*, Cause No. 3:19-cv-1410. Mr. Goss has fulfilled the administrative requirements outlined in Pretrial Order 3 (confirmation no. FLND15565358622065) and his Motion to Appear *Pro Hac Vice* in this MDL has been granted (ECF No. 185). Counsel respectfully requests all notices, correspondence, pleadings, filings and other papers in the Master Docket of MDL 2885 and the above-named individual action be served upon him at the address listed below.

Dated: May 9, 2019.

Respectfully Submitted:

/s/Tim K. Goss

1

Tim K. Goss  
Texas Bar No. 08222660  
FREESE & GOSS, PLLC.  
3500 Maple Avenue, Suite 1100  
Dallas, Texas 75219  
Telephone: (214) 761-6610  
Facsimile: (214) 761-6688  
tim@freeseandgoss.com  

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, Tim K. Goss, hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on May 9, 2019, which sends notice to all counsel of record.

*/s/Tim K. Goss*
Tim K. Goss