UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : : | Case No.: 3:19-md-2885 |
| | | Judge M. Casey Rodgers |
| This Document Relates to: Civil Case No. 0:19-cv-00262 *Nasir Islam v. 3M Company* | : : : | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael P. McGartland of McGartland Law Firm, PLLC, hereby enters his appearance as counsel for Plaintiff in the action transferred to this Court from the United States District Court for the Southern District of Mississippi; *Nasir Islam v. 3M Company; 0:19-cv-00262-LG-RHW*.

I, Michael P. McGartland, is attorney of record in the above action that has been transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4) and has completed the administrative requirements outlined in said Pretrial Order (Tutorial Confirmation No. FLND15566437002081). All further papers and pleadings in this action should be served on the undersigned.

Dated: May 9, 2019

          s/ *Michael P. McGartland*
          Michael P. McGartland
          MS Bar No. 100487
          Lee Rikard McGartland
          MS Bar No. 10005
          McGartland Law Firm, PLLC
          University Centre I, Suite 500
          1300 S. University Drive
          Fort Worth, Texas 76107
          Telephone:   (817) 332-9300
          Facsimile:    (817) 332-9301
          mike@mcgartland.com
          Lee@mcgartland.com

          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF System on May 9, 2019, and served electronically on all counsel of record.

          s/ *Michael P. McGartland*
          Michael P. McGartland