## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG | : | Case No.: 3:19-md-2885 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | Judge M. Casey Rodgers |
| This Document Relates to: | : | Magistrate Judge Gary R. Jones |
| Civil Case No. 0:19-cv-00262 | : | |
| *Nasir Islam v. 3M Company* | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lee Rikard McGartland of McGartland Law Firm, PLLC, hereby enters her appearance as counsel for Plaintiff in the action transferred to this Court from the United States District Court for the Southern District of Mississippi; *Nasir Islam v. 3M Company; 0:19-cv-00262-LG-RHW*.

I, Lee Rikard McGartland, is attorney of record in the above action that has been transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4) and has completed the administrative requirements outlined in said Pretrial Order (Tutorial Confirmation No. FLND15569019532131). All further papers and pleadings in this action should be served on the undersigned.

Dated: May 9, 2019

    s/ *Lee Rikard McGartland*
Lee Rikard McGartland
MS Bar No. 10005
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 S. University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:    (817) 332-9301
Lee@mcgartland.com
mike@mcgartland.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF System on May 9, 2019, and served electronically on all counsel of record.

    s/ *Lee Rikard McGartland*
Lee Rikard McGartland