# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __May 9, 2019__

Motion/Pleadings: __MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*__

Filed by __Jason J. Joy__  on __May 9, 2019__  Doc. # __298__

Response _____  on _____  Doc. # _____

____ Stipulated     ____ Joint Pleading
____ Unopposed      ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

**DONE and ORDERED** this 9th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**