# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>Christopher Vaughn v. 3M Company, et al.<br>Civil Action No. 3:19-cv-00888 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kori Westbrook of the Johnson Law Group, hereby enters her appearance as counsel for Plaintiff Christopher Vaughn; *Vaughn v. 3M Company, et al*, Case No. 3:19-cv-00888-MCR-GRJ.

Ms. Westbrook has fulfilled the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) and her Motion to Appear *Pro Hac Vice* in this MDL has been granted. Counsel requests that all further papers and pleadings in this action be served upon her.

Dated: May 9, 2019         Respectfully submitted,

                    By:    */s/ Kori Westbrook*
                           Kori Westbrook
                           Texas State Bar No. 24037695
                           JOHNSON LAW GROUP
                           2925 Richmond Avenue, Suite 1700
                           Houston, Texas 77098
                           (713) 626-9336
                           (713) 583-9460 (facsimile)
                           Email: kwestbrook@johnsonlawgroup.com

1

# CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on May 9, 2019 and served electronically on all counsel of record.

Bryan F. Alstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main St, Ste. 200
Pensacola, FL 32502
850-916-7450 Tel
850-916-7449 Facsimle
baylstock@awkolaw.com
*Liaison Counsel for Plaintiffs*

Kimberly O. Branscome
Kirkland & Ellis LLP
333 S. Hope St.
Los Angeles, CA 90071
213-680-8400 Tel.
213-680-8500 Facsimile
Kimberly.branscome@kirkland.com
*Counsel for Defendant 3M Company*

Thomas Larry Hill
Moore Hill & Westmoreland PA - Pensacola
PO Box 13290
Pensacola, FL 32591
850-434-3541
Fax: 850-435-7899
Email: lhill@mhw-law.com
*Counsel for Defendant 3M Company*

Robert C. Brock
Frank Chadwick Morriss
Kirkland & Ellis LLP
655 15th Street NW
Washington, DC 20005
202-389-5991 Tel.
202-879-5200 Facsimile
Mike.brock@kirkland.com
Chad.morriss@kirkland.com
*Counsel for Defendant 3M Company*

Robert B. Ellis
Mark J. Nomellini
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, IL 60654
312-862-2000 Tel.
312-862-2200 Facsimile
Robert.ellis@kirkland.com
Mnomellini@kirkland.com
*Counsel for Defendant 3M Company*

/s/ *Kori Westbrook*
    Kori Westbrook