UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Evan Buxner of the Gori Julian & Associates, P.C. law firm hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4].  Mr. Buxner is counsel of record in individual cases transferred to this Court by the JPML.  Mr. Buxner has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND15556873652007) and has sought admission *pro hac vice* pursuant to paragraph IV. A. of Pretrial Order No. 3.  Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this 9th day of May, 2019.

GORI JULIAN & ASSOCIATES, P.C.,

*/s/ Evan Buxner*
Evan Buxner
Illinois Bar No. 6221006
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
evan@gorijulianlaw.com

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 9th day of May, 2019.

                                  GORI JULIAN & ASSOCIATES, P.C.,

*/s/ Evan Buxner*
Evan Buxner
Illinois Bar No. 6221006
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
evan@gorijulianlaw.com
*COUNSEL FOR PLAINTIFFS*