UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Danae N. Benton of the law firm of Baron & Budd, P.C. hereby enters her appearance as counsel for Plaintiff Christopher Turner in the following action: Christopher Turner v. 3M Company, Case No. 3:19-cv-01097. All further papers and pleadings in this action should be served on the undersigned.

Dated: May 9, 2019                                   Respectfully submitted,


/s/ Danae N. Benton
Danae N. Benton
FL Bar No. 1002916
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: 2140-521-3605
Fax: 214-521-1181
dbenton@baronbudd.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Danae N. Benton
Danae N. Benton