UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to all cases* | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to the Court's *sua sponte* reconsideration of its Order granting Ms. Jeffcott's Amended Motion for *Pro Hac Vice* (Rec. Doc. 270), Ms. Jeffcott respectfully requests that the Court's Order remain in place for the following reasons:

1. Pursuant to Rule 2.510 of the Florida Rules of Judicial Administration, "[n]o attorney is authorized to appear pursuant to this rule if the attorney (1) is a Florida resident, unless the attorney has an application pending for admission to The Florida Bar and has not previously been denied admission to The Florida Bar."

2. In January of 2019, Ms. Jeffcott relocated from New Orleans, Louisiana to Pensacola, Florida after joining the law firm, Morgan & Morgan, P.A., that same month. Morgan & Morgan, P.A. is a multi-state firm with offices in Florida, Louisiana, and Texas, among other states.

3. Prior to joining Morgan & Morgan, P.A., Ms. Jeffcott's legal practice, which primarily involves MDL work, utilized her active bar licenses in Louisiana and Texas. Ms. Jeffcott continues this same MDL work with Morgan & Morgan, P.A., and in doing so, Ms. Jeffcott has not held herself out as a member of The Florida Bar, has not given legal advice to Florida clients, and has not given legal advice to non-Florida clients as to Florida law.

4. Moreover, in relocating to Florida, it has been Ms. Jeffcott's intention to obtain admission to The Florida Bar, and since receiving the Court's *sua sponte* Motion for Reconsideration, Ms. Jeffcott has registered with the Florida Board of Bar Examiners so that she may sit for the July 2019 Florida Bar Examination. Ms. Jeffcott has additionally completed 73 of the 75 portions of her online application for admission to The Florida Bar. To finalize her online application, Ms. Jeffcott is waiting on (1) certificates of good standing from certain jurisdictions in which she has previously been admitted and (2) a copy of her application to the Texas Bar or a formal letter stating that a copy of her application no longer exists.

Accordingly, until a decision is rendered by The Florida Board of Bar Examiners as to Ms. Jeffcott's application to The Florida Bar, Ms. Jeffcott respectfully requests that the Court not vacate its Order granting Ms. Jeffcott's Amended Motion for *Pro Hac Vice*.

                                                          Respectfully submitted,

Dated: May 10, 2019

                                                          *s/ Emily C. Jeffcott*

                                                          Emily Jeffcott (Texas No. 24069993)
MORGAN & MORGAN, P.A.
700 S. Palafox St., Ste 95
Pensacola, FL 32502
Phone: (850) 316-9074
Fax: (850) 316-9079

Email: ejeffcott@forthepeople.com

<u>CERTIFICATE OF SERVICE</u>

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

<u>*s/ Emily C. Jeffcott*</u>
Emily Jeffcott (Texas No. 24069993)
MORGAN & MORGAN, P.A.
700 S. Palafox St., Ste 95
Pensacola, FL 32502
Phone: (850) 316-9074
Fax: (850) 316-9079

Email: ejeffcott@forthepeople.com