# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : | Case No.: 3:19md2885-MCR-GRJ |
| | : | Judge: M. Casey Rodgers |
| This Document Relates to Case No. 3:19-cv-01374, *Zhang v. 3M Company et al* | : : : | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Taylor C. Bartlett of the law firm of Heninger Garrison Davis, LLC, hereby enters his appearance as counsel for Plaintiff in the individual action transferred to this MDL styled *Zhang v. 3M Company et al*, Case No. 3:19-cv-01374-MCR-GRJ. Please direct all future correspondence and pleadings in the Master Docket of MDL 2885 and the above-named individual action to the undersigned at the address shown below.

Submitted on May 10, 2019

/s/Taylor C. Bartlett
Taylor C. Bartlett
Heninger Garrison Davis LLC
2224 1st Avenue North
Birmingham, AL 35203
205-326-3336
taylor@hgdlawfirm.com
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Submitted on May 10, 2019

*/s/ Taylor C. Bartlett*