# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS  
EARPLUGS PRODUCTS  
LIABILITY LITIGATION

Case No. 3:19md2885

Judge M. Casey Rodgers  
Magistrate Judge Gary R. Jones

## AMENDED MOTION FOR LEAVE TO APPEAR
## PRO HAC VICE BY JASON J. JOY

In accordance with Pretrial Order No. 4, (Doc. 4) and pursuant to Local Rule 11.1(D), Jason J. Joy, a licensed member of the Texas Bar, seeks permission for this Court to appear *pro hac vice* in this MDL.

1. Jason J. Joy is a lawyer licensed to practice law in Texas. He is a member in good standing of the U.S. District Court for the Southern District of Texas. His law office is located in Houston, Texas. His Certificate of Good Standing for the U.S. District Court for the Southern District of Texas is attached.

2. Mr. Joy completed the online Local Rules tutorial exam (Confirmation Number FLND 15565581612072 and CM/ECF online tutorials.

3. Mr. Joy studied and is familiar with the Local Rules of this District.

4. Mr. Joy has an active upgraded PACER account. He requests authorization to receive electronic notices of filing. Mr. Joy's email address is jason@jasonjoylaw.com.

5. Mr. Joy is paying the required $201.00 *pro hac vice* admission fee for this case at the time of filing.

6. Mr. Joy is Attorney of Record for Plaintiff in Case No. 3:19-cv-01362-MCR-HTC, Lonnie Coburn, III v. 3M Company; In the United States District Court for the Northern District of Florida – Pensacola Division, which was direct filed on May 3, 2019.

7. Additionally, Mr. Joy is Attorney-in-Charge for Plaintiff in Civil Action No. 4:19-cv-01629; Carlos Mercado-Morales v. 3M Company; In the United States District Court for the Southern District of Texas – Houston Division.

Dated: May 10, 2019  Respectfully submitted,

/s/ Jason J. Joy

_____
Jason J. Joy,
Texas State Bar No. 24058932
JASON J. JOY & ASSOCIATES, P.L.L.C.
909 Texas Street, Suite 1801
Houston, Texas 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717