UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO WITHDRAW MOTION TO APPEAR *PRO HAC VICE* OF JENNIFER HOEKSTRA

On May 2, 2019, Attorney Jennifer Hoekstra moved to appear *pro hac vice* in the 3M Combat Arms Earplug Products Liability Litigation. (Doc. 186).

Movant hereby withdraws her motion to appear *pro hac vice*.

WHEREFORE, Jennifer M. Hoekstra respectfully requests that this Court GRANT this motion and WITHDRAW her motion to appear *pro hac vice*.

Dated: May 10, 2019      Respectfully submitted

/s/ Jennifer M. Hoekstra
Jennifer M. Hoekstra
Louisiana State Bar No. 31476
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 10th day of May, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Jennifer M. Hoekstra*
Jennifer M. Hoekstra