IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION<br><br>This Document Relates to All Cases | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Haley J. VanFleteren of the law firm of Moore, Hill & Westmoreland, P.A., hereby enters her appearance as additional counsel for Defendants, 3M Company, Aearo Holding, LLC, Aearo Intermediate, LLC, Aearo, LLC, and Aearo Technologies, LLC. All further papers and pleadings in this action should be served on the undersigned.

>   */S/ Haley J. VanFleteren*
>   Haley J. VanFleteren
>   Florida Bar No. 1003674
>   hvanfleteren@mhw-law.com
>   Larry Hill
>   Florida Bar No. 173908
>   lhill@mhw-law.com
>   ljohnson@mhw-law.com
>   MOORE, HILL & WESTMORELAND, P.A.
>   350 West Cedar Street
>   Maritime Place, Suite 100
>   Pensacola FL 32502
>   Telephone: (850) 434-3541
>
>   *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 10th day of May, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/S/ Haley J. VanFleteren*
Haley J. VanFleteren
