UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 10, 2019

Motion/Pleadings:   AMENDED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Filed by  Jason J. Joy          on  May 10, 2019          Doc. #  310

Response _____          on _____          Doc. # ____

_____  Stipulated          _____  Joint Pleading
_____  Unopposed          _____  Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 10th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**