UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | * * * | Case No. 3:19md2885 |
| This Document Relates to: William Frost v. 3M Company, Case No. 3:19-cv-1106-MCR-EMT | * * * | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Steven L. Nicholas of the law firm of Cunningham Bounds LLC files his Notice of Appearance in the above-referenced case. Steven L. Nicholas is counsel for Plaintiff William Frost in that case styled *William Frost v. 3M Company*, United States District Court for the Northern District of Florida, Case No. 3:19-cv-1106-MCR-EMT.

STEVEN L. NICHOLAS (ASB-2021-N5S)
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama 36660
251-471-6191
251-479-1031 (fax)
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___13___ day of May, 2019, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

STEVEN L. NICHOLAS