## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## O R D E R

This matter is before the Court on attorney Emily Jeffcott's Response to Order to Show Cause regarding the Court's *sua sponte* reconsideration of it's Order granting Ms. Jeffcott's Amended Motion to Appear *Pro Hac Vice*.  ECF No. 308. Despite Ms. Jeffcott's recent steps to become a licensed member of The Florida Bar, that does not alter the fact that, as an attorney residing in Florida but not a member of the Florida Bar, she is currently not eligible to appear before this Court, whether as a member of the District's bar or as *pro hac vice*.

Accordingly, it is ORDERED:

1.     The Court's Order dated May 3, 2019, ECF No. 207, is VACATED.

2.     Ms. Jeffcott's Amended Motion to Appear *Pro Hac Vice*, ECF No. 194, is DENIED and her previous *pro hac vice* status is REVOKED.  Once Ms. Jeffcott

becomes a licensed member of The Florida Bar, she may apply for admission to the

District's bar.  *See* N.D. Fla. Loc. R. 11.1(A) and (B).

**SO ORDERED** this 13th day of May 2019.


*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**