UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | *<br>*<br>*<br>*<br>*  Case No. 3:19md2885<br>*<br>*<br>*<br>*<br>* |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Edward P. Rowan of Taylor Martino, P.C., hereby enters his appearance as counsel for Plaintiff Lorraine C. Matthews from the following action transferred to this Court from the Southern District of Mississippi: Matthews v. 3M Company et al, Case No. 2:19-cv-72-KS-MTP. Further, Mr. Rowan is attorney of record in the action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted,

By: /s/ Edward P. Rowan
    EDWARD P. ROWAN (ROWAE3430)
    Attorney for the Plaintiff
    Post Office Box 894
    Mobile, Alabama 36601
    Phone: (251) 433-3131
    Fax: (251) 433-4020

OF COUNSEL:

TAYLOR MARTINO, P.C.
455 St. Louis St., Suite 2100
Mobile, AL 36602
(251) 433-3131
(251) 433-4207 (fax)
ed@taylormartino.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of May, 2019, the foregoing document has been filed with the Clerk of Court using the Court's ECF system and thereby served on all counsel of record having entered an appearance in this action to date.

  /s/ Edward P. Rowan
OF COUNSEL