**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, May 14, 2019 9:04 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, May 14, 2019 2:02:01 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/14/2019 at 10:01 AM EDT and filed on 5/14/2019
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**     MDL No. 2885
**Filer:**
**Document Number:** 432

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**        Dimonde v. 3 M Co et al
**Case Number:**      LAW/6:19-cv-00566
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**        Barnes v. 3M Company et al
**Case Number:**      LAE/2:19-cv-10046
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**        Brock v. 3M Company
**Case Number:**      FLS/1:19-cv-21689
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Jugovich v. 3M Company |
| **Case Number:** | MIW/1:19-cv-00330 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Hanson v. 3M Company |
| **Case Number:** | MN/0:19-cv-01161 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-*

*00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Eddlemon v. 3M Company |
| **Case Number:** | MN/0:19-cv-01196 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Horsey v. 3M Company |
| **Case Number:** | TXE/2:19-cv-00145 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Hieb v. 3M Company et al |
| **Case Number:** | RI/1:19-cv-00239 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | White v. 3M Company |
| **Case Number:** | ALN/7:19-cv-00630 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Hughes v. 3M Company |
| **Case Number:** | FLM/8:19-cv-01045 |

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**      Bussell et al v. 3M Company
**Case Number:**      MN/0:19-cv-01166
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**      Murphy v. Aearo Technologies et al
**Case Number:**      MOW/4:19-cv-00340
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in*

*FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**       Robinson v. 3M Company
**Case Number:**    FLM/8:19-cv-01041
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**       Nicolas v. 3M Company et al
**Case Number:**    MN/0:19-cv-01187
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-*

*01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**        Hudgens v. 3M Company
**Case Number:**      MN/0:19-cv-01164
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**        Senior v. 3M Company et al
**Case Number:**      MN/0:19-cv-01190
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Fisher v. 3M Company |
| **Case Number:** | WIE/2:19-cv-00621 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Wright v. 3M Company |
| **Case Number:** | GAN/1:19-cv-01908 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Andrews v. 3M Company |
| **Case Number:** | FLM/8:19-cv-01047 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Fleuricourt v. 3M Company |
| **Case Number:** | FLS/0:19-cv-61100 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Jacobs v. 3M Company |
| **Case Number:** | FLM/8:19-cv-01042 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-*

*00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

Case Name:        Champagne v. 3M Company et al
Case Number:      LAE/2:19-cv-10044
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

Case Name:        Cousino v. 3M Company
Case Number:      MN/0:19-cv-01160
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**      Holland v. 3M Company
**Case Number:**    SC/3:19-cv-01279
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s) *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**      Robinson v. 3M Company
**Case Number:**    MN/0:19-cv-01165
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s) *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**      Bruno v. 3M Company
**Case Number:**    NYN/1:19-cv-00528

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**     Rowe v. 3M Company

**Case Number:**     FLM/8:19-cv-01040

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**     Hulsey v. 3M Company et al

**Case Number:**     ALN/2:19-cv-00635

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in*

*FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

Case Name:          Lyon v. Aearo Technologies, LLC et al

Case Number:        MOW/4:19-cv-00341

Filer:

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

Case Name:          Baldwin v. 3M Company et al

Case Number:        MN/0:19-cv-01189

Filer:

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-*

*01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**      Leath v. 3M Company
**Case Number:**    NCE/5:19-cv-00177
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

**Case Name:**      Norman v. 3M Company
**Case Number:**    FLM/6:19-cv-00820
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | WILSON v. 3M Company |
| **Case Number:** | FLS/9:19-cv-80585 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Grant v. 3M Company |
| **Case Number:** | FLM/8:19-cv-01046 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Ortiz v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01188 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) - 35 action(s)** *re: pldg. (1 in ALN/2:19-cv-00635, 1 in ALN/7:19-cv-00630, 1 in FLM/6:19-cv-00820, 1 in FLM/8:19-cv-01040, 1 in FLM/8:19-cv-01041, 1 in FLM/8:19-cv-01042, 1 in FLM/8:19-cv-01045, 1 in FLM/8:19-cv-01046, 1 in FLM/8:19-cv-01047, 1 in FLS/0:19-cv-61100, 1 in FLS/1:19-cv-21689, 1 in FLS/9:19-cv-80585, 1 in GAN/1:19-cv-01908, 1 in LAE/2:19-cv-10044, 1 in LAE/2:19-cv-10046, 1 in LAW/6:19-cv-00566, [412] in MDL No. 2885, 2 in MIW/1:19-cv-00330, 1 in MN/0:19-cv-01160, 1 in MN/0:19-cv-01161, 1 in MN/0:19-cv-01164, 1 in MN/0:19-cv-01165, 1 in MN/0:19-cv-01166, 1 in MN/0:19-cv-01187, 1 in MN/0:19-cv-01188, 1 in MN/0:19-cv-01189, 1 in MN/0:19-cv-01190, 1 in MN/0:19-cv-01196, 1 in MOW/4:19-cv-00340, 1 in MOW/4:19-cv-00341, 1 in NCE/5:19-cv-00177, 1 in NYN/1:19-cv-00528, 1 in RI/1:19-cv-00239, 1 in SC/3:19-cv-01279, 1 in TXE/2:19-cv-00145, 1 in WIE/2:19-cv-00621)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/14/2019.**

**Associated Cases: MDL No. 2885 et al. (DP)**

MDL No. 2885 Notice has been electronically mailed to:

MDL No. 2885 Notice will not be electronically mailed to:

LAW/6:19-cv-00566 Notice has been electronically mailed to:

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

Lauren E. Godshall     lgodshall@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

LAW/6:19-cv-00566 Notice will not be electronically mailed to:

LAE/2:19-cv-10046 Notice has been electronically mailed to:

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

Lauren E. Godshall     lgodshall@morrisbart.com

John Christian Enochs    jenochs@morrisbart.com

**LAE/2:19-cv-10046 Notice will not be electronically mailed to:**

**FLS/1:19-cv-21689 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr    frank@colson.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez    bob@colson.com

Lazaro Fields    laz@colson.com

**FLS/1:19-cv-21689 Notice will not be electronically mailed to:**

**MIW/1:19-cv-00330 Notice has been electronically mailed to:**

Alyson L. Oliver    notifications@oliverlawgroup.com, notifications@OliverLG.com, notifications@oliverlg.com

**MIW/1:19-cv-00330 Notice will not be electronically mailed to:**

3M Company
3M Center
Bldg. 224-5N-40
2501 Hudson Road
Maplewood, MN 55144

**MN/0:19-cv-01161 Notice has been electronically mailed to:**

Yvonne M Flaherty    ymflaherty@locklaw.com

Francisco Raul Maderal, Jr    frank@colson.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez    bob@colson.com

**MN/0:19-cv-01161 Notice will not be electronically mailed to:**

**MN/0:19-cv-01196 Notice has been electronically mailed to:**

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01196 Notice will not be electronically mailed to:**

**TXE/2:19-cv-00145 Notice has been electronically mailed to:**

Douglas C Monsour     doug@monsourlawfirm.com, ronda@monsourlawfirm.com

Sean T. Keith     skeith@arkattorneys.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Katharine Gale Krottinger     katy@monsourlawfirm.com

Mason Lee Boling     mboling@arkattorneys.com

**TXE/2:19-cv-00145 Notice will not be electronically mailed to:**

**RI/1:19-cv-00239 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Jonathan Orent     jorent@motleyrice.com, kmenard@motleyrice.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**RI/1:19-cv-00239 Notice will not be electronically mailed to:**

**ALN/7:19-cv-00630 Notice has been electronically mailed to:**

Chris T Hellums     chrish@pittmandutton.com

Edward Kirksey Wood, Jr     kirk@woodlawfirmllc.com, bakercarla@bellsouth.net

Michael E Gurley, Jr     mgurleyjr@yahoo.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jonathan S Mann     jonm@pittmandutton.com, PDH-efiling@pittmandutton.com, jon@pittmandutton.com

Charles Justin Cooper     ccooper@cooperkirk.com, ebarton@cooperkirk.com

**ALN/7:19-cv-00630 Notice will not be electronically mailed to:**

**FLM/8:19-cv-01045 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr     frank@colson.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez     bob@colson.com

**FLM/8:19-cv-01045 Notice will not be electronically mailed to:**

**MN/0:19-cv-01166 Notice has been electronically mailed to:**

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01166 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00340 Notice has been electronically mailed to:**

Kirk J. Goza    kgoza@gohonlaw.com

Frank C. Rothrock    frothrock@shb.com

Thomas V Bender    tbender@wbsvlaw.com, ehandke@wbsvlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MOW/4:19-cv-00340 Notice will not be electronically mailed to:**

**FLM/8:19-cv-01041 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr    frank@colson.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez    bob@colson.com

**FLM/8:19-cv-01041 Notice will not be electronically mailed to:**

**MN/0:19-cv-01187 Notice has been electronically mailed to:**

Yvonne M Flaherty    ymflaherty@locklaw.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Angela J. Mason    angelamason@cochranfirm.com

Jessica K Givens    jgivens@babc.com

**MN/0:19-cv-01187 Notice will not be electronically mailed to:**

**MN/0:19-cv-01164 Notice has been electronically mailed to:**

Yvonne M Flaherty    ymflaherty@locklaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01164 Notice will not be electronically mailed to:**

**MN/0:19-cv-01190 Notice has been electronically mailed to:**

Yvonne M Flaherty    ymflaherty@locklaw.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01190 Notice will not be electronically mailed to:**

**WIE/2:19-cv-00621 Notice has been electronically mailed to:**

Larry D Drury    ldd@larrydrury.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Shpetim Ademi    sademi@ademilaw.com

Mark Andrew Eldridge    meldridge@ademilaw.com

Jesse Fruchter    jfruchter@ademilaw.com

**WIE/2:19-cv-00621 Notice will not be electronically mailed to:**

**GAN/1:19-cv-01908 Notice has been electronically mailed to:**

Rhon Eugene Jones    rhon.jones@beasleyallen.com, Rhon.Jones@BeasleyAllen.com, sandra.walters@beasleyallen.com

Joseph Parker Miller    parker.miller@beasleyallen.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**GAN/1:19-cv-01908 Notice will not be electronically mailed to:**

Andrew F. Banks
Beasley Allen Crow Methvin Portis & Miles-AL
P.O. Box 4160
218 Commerce Street
Montgomery, AL 36103-4160

**FLM/8:19-cv-01047 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr    frank@colson.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez     bob@colson.com

**FLM/8:19-cv-01047 Notice will not be electronically mailed to:**

**FLS/0:19-cv-61100 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr     frank@colson.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez     bob@colson.com

Lazaro Fields     laz@colson.com

**FLS/0:19-cv-61100 Notice will not be electronically mailed to:**

**FLM/8:19-cv-01042 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr     frank@colson.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez     bob@colson.com

**FLM/8:19-cv-01042 Notice will not be electronically mailed to:**

**LAE/2:19-cv-10044 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

Lauren E. Godshall     lgodshall@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

**LAE/2:19-cv-10044 Notice will not be electronically mailed to:**

**MN/0:19-cv-01160 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Francisco Raul Maderal, Jr     frank@colson.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez     bob@colson.com

**MN/0:19-cv-01160 Notice will not be electronically mailed to:**

**SC/3:19-cv-01279 Notice has been electronically mailed to:**

Katherine E Middleton     bburke@rpwb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aaron R Dias     adias@rpwb.com

**SC/3:19-cv-01279 Notice will not be electronically mailed to:**

**MN/0:19-cv-01165 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01165 Notice will not be electronically mailed to:**

**NYN/1:19-cv-00528 Notice has been electronically mailed to:**

David R Buchanan     dbuchanan@seegerweiss.com, sperovich@seegerweiss.com

Christopher A. Seeger     cseeger@seegerweiss.com, cayers@seegerweiss.com, dbuchanan@seegerweiss.com, jscullion@seegerweiss.com, scott-siegel-5111@ecf.pacerpro.com, ssiegel@seegerweiss.com, styjer@seegerweiss.com

Parvin Aminolroaya     paminolroaya@seegerweiss.com

Asim M. Badaruzzaman     abadaruzzaman@seegerweiss.com

Jeffrey Scott Grand     jgrand@seegerweiss.com, jgrand@bernlieb.com, jscottgrand@mac.com

Jennifer R. Scullion     jscullion@seegerweiss.com

Maxwell H. Kelly     mkelly@seegerweiss.com

**NYN/1:19-cv-00528 Notice will not be electronically mailed to:**

3M Company
c/o CT Corp.
1010 Dale Street N

St. Paul, MN 55117

**FLM/8:19-cv-01040 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr    frank@colson.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William E. Robertson, Jr    wrobertson@kirkpinkerton.com

Roberto Martinez    bob@colson.com

**FLM/8:19-cv-01040 Notice will not be electronically mailed to:**

**ALN/2:19-cv-00635 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Bobby J. Bell, Jr    bob@hollis-wright.com, ashleyc@hollis-wright.com, tylerv@hollis-wright.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Tyler C. Vail    tylerv@hollis-wright.com

Ashley Paige Caraway    paigec@hollis-wright.com

**ALN/2:19-cv-00635 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00341 Notice has been electronically mailed to:**

Kirk J. Goza    kgoza@gohonlaw.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MOW/4:19-cv-00341 Notice will not be electronically mailed to:**

**MN/0:19-cv-01189 Notice has been electronically mailed to:**

Yvonne M Flaherty    ymflaherty@locklaw.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01189 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00177 Notice has been electronically mailed to:**

Kimberly Wilson White     kim@wilsonlawpa.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NCE/5:19-cv-00177 Notice will not be electronically mailed to:**

**FLM/6:19-cv-00820 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr     frank@colson.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez     bob@colson.com

**FLM/6:19-cv-00820 Notice will not be electronically mailed to:**

**FLS/9:19-cv-80585 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr     frank@colson.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez     bob@colson.com

Lazaro Fields     laz@colson.com

**FLS/9:19-cv-80585 Notice will not be electronically mailed to:**

**FLM/8:19-cv-01046 Notice has been electronically mailed to:**

Francisco Raul Maderal, Jr     frank@colson.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Roberto Martinez     bob@colson.com

**FLM/8:19-cv-01046 Notice will not be electronically mailed to:**

**MN/0:19-cv-01188 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01188 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/14/2019] [FileNumber=910865-0]
[1567c0ab042c268928ffcd2402838a36b1b6ddabd2dbcf264819621ceb61f5533bd93
50ec2dc898dba99166d50fce087a6844bc3be51f60b8e5d56968e947656]]