UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Northern District of Florida Local Rule 11.1 and the Court's April 9, 2019 Order, Pretrial Order No. 3, Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Ernest Cory of the law firm Cory Watson, P.C., 2131 Magnolia Avenue S., Ste. 200, Birmingham, Alabama 35205, Telephone: (205) 328-2200, for purposes of appearance as counsel on behalf of the Plaintiffs in the above-styled case only, and in support thereof states as follows:

1. Ernest Cory resides in Alabama, and is not a resident of the State of Florida.

2. Ernest Cory is not admitted to practice in the Northern District of Florida, and is a member in good standing of the bar of the State of Alabama and the Federal District Court for the Northern District of Alabama. A copy of a Certificate of Good Standing from the State of

1

Alabama dated within 30 days of this motion are attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Local Rule 11.1(C) and the Procedures for Admission set by the Clerk's office, Ernest Cory has completed the requirements to appear *pro hac vice* in this Court.

4. Ernest Cory has completed the Local Rules exam, confirmation number 16301-CE-18367670, and the required CM/ECF tutorials.

5. Ernest Cory has submitted to the Clerk the required $201.00 *pro hoc vice* admission fee.

6. Ernest Cory has upgraded his PACER account to "NextGen."

7. Ernest Cory the attorney of record for the following Plaintiffs:

   a. Sara George; *George v. 3M COMPANY;* 3:19-cv-1090-MCR-GRJ

   b. Lee Shaffer; *Shaffer v. 3M COMPANY;* 3:19-cv-00570-MCR-GRJ

WHEREFORE, Plaintiffs respectfully request the Court enter an Order admitting Ernest Cory of Cory Watson, P.C. *pro hac vice* in this case.

Respectfully submitted this the 14th day of May, 2019.

*/s/ Ernest Cory*
Ernest Cory
Cory Watson, P.C.
2131 Magnolia Avenue S., Ste. 200
Birmingham, AL 35205
Phone: (205) 328-2200
Email: ECory@CoryWatson.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Courtesy copies were delivered via email to Interim Lead Counsel for Plaintiffs, Interim Liaison Counsel for Plaintiffs and attorneys for defendants listed in the Order Establishing Interim Procedures, Pretrial Order No. 2.

This the 14th day of May, 2019.

>            */s/ Ernest Cory*
>            Ernest Cory