**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sindhu S. Daniel of the law firm of Baron & Budd, P.C. hereby enters her appearance as counsel for Plaintiff, Christopher Turner.  Further, Ms. Daniel is attorney of record in the action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  Counsel requests all further paper and pleadings in the Master Docket of MDL 2885 be served upon her.

Dated: May 14, 2019                By:     /s/ Sindhu S. Daniel
                                                    Sindhu S. Daniel
                                                    BARON & BUDD, P.C.
                                                    3102 Oak Lawn Avenue, Suite 1100
                                                    Dallas, Texas 75219
                                                    Phone: 2140-521-3605
                                                    Fax: 214-521-1181
                                                    sdaniel@baronbudd.com

                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

DATED: May 14, 2019

                                                /s/ Sindhu S. Daniel
                                                Sindhu S. Daniel