IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **In re: 3M Combat Arms Earplug Products Liability Litigation** | Case No. 3:19-md-2885-MCR-GRJ |
| **This Document Relates to All Cases** | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# SECOND MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Karen Beyea-Schroeder hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the United States District Court for the Southern District of Texas. A copy of the Certificate of Good Standing from the United States District Court for the Southern District of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15559572082019**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen." The reason for this second motion is to file the motion, previously approved, using a different PACER account.

6. Movant is the attorney of record in the related case Ambrose v. 3M Company, 3:19-cv-608.

WHEREFORE, Karen Beyea-Schroeder respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  May 14, 2019

                                            Respectfully submitted,

                                            BURNETT LAW FIRM

                                            /s/ Karen H. Beyea-Schroeder
                                            Karen H. Beyea-Schroeder
                                            Texas Bar No. 24054324
                                            Riley L. Burnett, Jr.
                                            Texas Bar No. 3428900
                                            3737 Buffalo Speedway, 18th Floor
                                            Houston, Texas 77089
                                            Karen.schroeder@rburnettlaw.com
                                            Telephone: (832) 413-4410

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Second Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 14, 2019, and served electronically on all counsel of record.

                                            /s/ Karen H. Beyea-Schroeder
                                            Karen H Beyea-Schroeder