IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHARLES K. PRATT | ) |
| PLAINTIFF, | ) CASE NO. 3:19md2885 |
| VS. | ) Chief Judge M. Casey Rodgers |
|  | ) Magistrate Judge Gary R. Jones |
| 3M COMPANY and AEARO TECHNOLOGIES, LLC., | ) |
| DEFENDANTS, | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Attorney Emily Roark is licensed to practice law in Kentucky. I completed the attorney Admission Tutorial on October 25, 2018, confirmation number is FLND15405025591531, I completed the CM/ECF tutorial. This Notice of Appearance if filed per instruction in Pretrial Order No. 3.

Respectfully submitted,
/s/Emily Roark
Emily Roark
**BRYANT LAW CENTER**
601 Washington Street
Paducah, KY 42003
Office: 270-442-1422
emily@bryant.law

## Certificate of Service

I hereby certify that on 13th day of May 2019, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to all counsel of record.

/s/ *Emily Roark*
Emily Roark

# EXHIBIT A

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org



**OFFICERS**
Douglas C. Ballantine
**President**

J. Stephen Smith
**President-Elect**

Thomas N. Kerrick
**Vice President**

William R. Garmer
**Immediate Past President**

**YOUNG LAWYERS**
Jennifer S. Overmann
**Chair**

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Mindy G. Barfield
Rhonda Jennings Blackburn
Matthew P. Cook
Amy D. Cubbage
Melinda G. Dalton
Howard Oliver Mann
Todd V. McMurtry
J. D. Meyer
Eileen M. O'Brien
W. Fletcher Schrock
Gary J. Sergent
Bobby C. Simpson
Van F. Sims
Judge John F. Vincent

## THIS IS TO CERTIFY THAT

### EMILY MARGARET WARD ROARK
*Bryant Law Center PSC*
*601 Washington*
*Post Office Box 1876*
*Paducah, Kentucky 42002-1876*

### Membership No. 88542

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against her. Dated this 10th day of April, 2019.

**JOHN MEYERS**
**REGISTRAR**

By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar