# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

CASE NO.  3:19md2885

This Document relates to All Cases

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __May 14, 2019__

Motion/Pleadings:  __MOTION TO APPEAR *PRO HAC VICE*__

Filed by _Ernest Cory_      on _May 14, 2019_      Doc. # _319_

Response _____      on _____      Doc. # _____

_____ Stipulated    _____ Joint Pleading
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 15th day of May 2019.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**