**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David S. Scalia of The Dugan Law Firm, APLC, hereby enters his appearance as counsel for Plaintiff, Alexander Fraser. Further, Mr. Scalia is  attorney of record in the action *Fraser v. 3M, 19-cv-01731*  transferred to this Court from the Eastern District of Louisiana.  (MDL Case No. 2885).  Mr. Scalia has completed the administrative requirements and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  Mr. Scalia's Tutorial Confirmation number is **FLND15575072292174**.  All further papers and pleadings in this action should be served on the undersigned.

May 15, 2019

s/David S. Scalia_____
David S. Scalia
The Dugan Law Firm
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
PH: (504) 648-0180
dscalia@dugan-lawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ David S. Scalia____

David S. Scalia