UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**In re: 3M Combat Arms Earplug
Products Liability Litigation**

*This Document Relates to*:
William Ambrose v. 3M Company, Civil
Action No.: 3:19-cv-608

Case No. 3:19-md-2885-MCR-GRJ

The Hon. M. Casey Rodgers
MDL No. 2885

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Riley L. Burnett, Jr., of Burnett Law Firm, hereby enters his appearance as counsel for the Plaintiff in this action, William Ambrose. Mr. Burnett is counsel of record for Mr. Ambrose, whose case, styled *Ambrose v. 3M Company*, Case No.: 3:19-cv-608-MCR/GRJ, was filed in this Court (MDL Case No. 2885) on April 15, 2019.

Ms. Burnett has fulfilled the administrative requirements outlined in Pretrial Order No. 3 and his Motion for Admission *Pro Hac Vice* has been granted. Counsel accordingly requests that all further papers and pleadings in this action be served upon him.

Dated: May 15, 2019

Respectfully submitted,

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
BURNETT LAW FIRM
Suite 1850
3737 Buffalo Speedway
Houston, TX 77098
T: 832/585-9829
F: 832/900-2120
RBurnett@RBurnettLaw.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ Riley L. Burnett, Jr.*
>Riley L. Burnett, Jr.