# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |
| _____ | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, Chris T. Hellums, pursuant to the Court's Order dated April 9, 2019 (Document 4), hereby enters this notice of appearance.

NOTICE OF APPEARANCE to the clerk of court and all parties of record: I am admitted to practice before this Honorable Court, and I appear in this case as counsel for the Plaintiffs in the above styled matter.

I respectfully request that all orders, pleadings, papers, documents and correspondence served in this action also be served on the Plaintiffs by and through the undersigned counsel in accordance with all applicable local rules and/or pretrial orders.

1

Respectfully submitted this the 15th day of May, 2019.

> */s/ Chris T. Hellums*
> Chris T. Hellums
> AL Bar ASB-5583-L73C
> PITTMAN, DUTTON & HELLUMS, P.C.
> 2001 Park Place North, Suite 1100
> Birmingham, AL 35203
> Phone: (205) 322-8880
> Email: chrish@pittmandutton.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 15th day of May, 2019.

> */s/ Chris T. Hellums*
> Chris T. Hellums