UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> *Gale Jugovich v. 3M Company* <br> Civil Action No. 3:19-cv-01488 | Case No. 3:19-md-2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alyson Oliver of Oliver Law Group P.C., hereby enters her appearance in the Master Docket and as counsel for Plaintiff in the individual action transferred to this MDL styled *Jugovich v. 3M Company*, Civil Action No. 3:19-cv-01488. Ms. Oliver has fulfilled the administrative requirements outlined in Pretrial Order No. 3 (Confirmation No.FLND15567303322100) and her Motion to Appear *Pro Hac Vice* in this MDL has been granted (ECF No. 202). Counsel respectfully requests all notices, correspondence, pleadings, filings and other papers in the Master Docket of MDL 2885 and the above-named individual action be served upon her at the address listed below.

Respectfully Submitted,

Date: May 15, 2019

/s/ Alyson Oliver
Alyson Oliver (MI State Bar No. P55020)
OLIVER LAW GROUP P.C.
1647 W. Big Beaver Rd.
Troy, MI 48084
T: (248) 327-6556
F: (248) 436-3385
E: notifications@oliverlawgroup.com

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I, Alyson Oliver, hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on May 15, 2019, which sends notice to all counsel of record.

/s/ Alyson Oliver
Alyson Oliver
