UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To:*<br><br>*Dooley v. 3M Company & Aearo Technologies, LLC,*<br>No. 3:19-cv-00705-MCR-GRJ<br><br>*Bragg v. 3M Company & Aearo Technologies, LLC,*<br>No. 3:19-cv-00708-MCR-GRJ | Case No. 3:19md2885<br><br>**MOTION OF KENNETH S. BYRD FOR *PRO HAC VICE* ADMISSION AND REQUEST TO RECEIVE ELECTRONIC NOTICES AND FILINGS** |

In accordance with Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Court's Pretrial Order 3, Doc. No. 4, Kenneth S. Byrd of the law firm of Lieff, Cabraser, Heimann & Bernstein, 222 Second Avenue South, Suite 1640, Nashville, Tennessee 37201, respectfully moves for admission *pro hac vice* to appear as new counsel for Plaintiffs George Dooley and John Bragg in the above-captioned actions, and to thereafter receive notice of electronic case filings in this action. In support of the motion, Movant states:

1. Kenneth S. Byrd is not a resident of the State of Florida.

2. Kenneth S. Byrd is licensed to practice and is a member in good standing in the State of Tennessee.

3. A copy of the Certificate of Good Standing from the United States District Court for the Middle District of Tennessee is attached hereto.

4. Kenneth S. Byrd has successfully completed the Local Rules exam, confirmation number FLND15573470402160, and the required CM/ECF tutorials, pursuant to Local Rule 11.1.

5. Kenneth S. Byrd has remitted simultaneously with the filing of this motion the

1725344.1

Court's $201.00 *pro hac vice* admission fee for MDL-02885.

6. Kenneth S. Byrd has confirmed that his PACER account is an upgraded "NextGen" account.

7. Upon admission, Kenneth S. Byrd requests that he be provided notice of electronic case filings to the following email address: lbyrd@lchb.com.

WHEREFORE, Kenneth S. Byrd respectfully requests that this Court enter an Order: 1) granting his motion to appear *pro hac vice* on behalf of Plaintiffs; and 2) directing the Clerk to provide notice of electronic case filings to the undersigned.

Dated:  May 15, 2019                          Respectfully submitted,

                                              By:     /s/ Kenneth S. Byrd
                                                      Kenneth S. Byrd

                                              Kenneth S. Byrd
                                              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                              222 Second Avenue South, Suite 1640
                                              Nashville, TN  372101
                                              Telephone:  615.313.9000
                                              Facsimile:  615.313.9965
                                              Email:  kbyrd@lchb.com

                                              *Attorney for Plaintiffs*

1725344.1

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 15th day of May, 2019, a true and correct copy of the foregoing document was filed electronically.  Notice of the filing was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                            /s/   Kenneth S. Byrd
                                            Kenneth S. Byrd

1725344.1