UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISON

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | : | Case No. 3:19-md-2885-MCR-GRJ |
| EARPLUG PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | Judge M. Casey Rodgers |
| This Document Relates to All Cases | : | Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, W. Lewis Garrison, Jr., hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Alabama and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the State of Alabama.  A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15575045582173, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record for Plaintiff Frank Zhang; *Zhang v. 3M Company, et al;* Case No. 3:19-cv-01374.

WHEREFORE, W. Lewis Garrison, Jr. respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:   May 15, 2019         Respectfully submitted,

By:   /s/ W. Lewis Garrison, Jr.
W. Lewis Garrison, Jr.
Alabama State Bar 3591-n74w
HENINGER GARRISON DAVIS, LLC
2224 1ST Avenue North
Birmingham, AL  35203
Phone:  205.326.3336
Fax:  205.326.3332
Email: lewis@hgdlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 15, 2019 and served electronically on all counsel of record.

/s/  W. Lewis Garrison, Jr.
W. Lewis Garrison, Jr.