## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : : | Case No.:  3:19md2885-MCR-GRJ |
| This Document Relates to Case No. 3:19-cv-01374, *Zhang v. 3M Company et al* | : : : | Judge: M. Casey Rodgers Magistrate Judge Gary R. Jones |

## **NOTICE OF APPEARANCE**

W. Lewis Garrison, Jr. of the law firm of Heninger Garrison Davis, LLC, hereby enters his appearance as counsel for Plaintiff in the individual action transferred to this MDL styled *Zhang v. 3M Company et al*, Case No. 3:19-cv-01374-MCR-GRJ. Please direct all future correspondence and pleadings in the Master Docket of MDL 2885 and the above-named individual action to the undersigned at the address shown below.

Submitted on May 15, 2019

*/s/W. Lewis Garrison, Jr.*
W. Lewis Garrison, Jr.
Heninger Garrison Davis LLC
2224 1st Avenue North
Birmingham, AL 35203
205-326-3336
taylor@hgdlawfirm.com
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Submitted on May 15, 2019

*/s/ W. Lewis Garrison, Jr.*