IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **In re: 3M Combat Arms Earplug Products Liability Litigation** | Case No. 3:19-md-2885-MCR-GRJ |
| **This Document Relates to All Cases** | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### PLAINTIFFS' MOTION TO WITHDRAW DOCUMENT DE 322

Plaintiffs file this *Plaintiffs' Motion to Withdraw Document DE* 322, a document filed on May 14, 2019. The Court has previously approved Ms. Beyea-Schroeder's *pro hac* application but in changing the Pacer information for Ms. Beyea-Schroeder there was a miscommunication as to whether this application needed to be filed. Accordingly, the Plaintiffs request that DE 322 be withdrawn.

Dated: May 15, 2019

                                          Respectfully submitted,

                                          BURNETT LAW FIRM

                                          /s/ Karen H. Beyea-Schroeder
                                          Karen H. Beyea-Schroeder
                                          Texas Bar No. 24054324
                                          Riley L. Burnett, Jr.
                                          Texas Bar No. 3428900
                                          3737 Buffalo Speedway, 18th Floor
                                          Houston, Texas 77089
                                          Karen.schroeder@rburnettlaw.com
                                          Telephone: (832) 413-4410

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 15, 2019, and served electronically on all counsel of record.

/s/ Karen H. Beyea-Schroeder
Karen H Beyea-Schroeder