## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, May 16, 2019 7:03 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, May 16, 2019 12:01:55 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/16/2019 at 8:01 AM EDT and filed on 5/16/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [434](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s)** *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/16/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)**

| | |
|---|---|
| **Case Name:** | Griffin v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | LAE/2:19-cv-10058 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s)** *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/16/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)**

| | |
|---|---|
| **Case Name:** | Blackmore v. 3M Company et al |
| **Case Number:** | LAE/2:19-cv-10066 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s)** *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/16/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)**

| | |
|---|---|
| **Case Name:** | Maldonado v. 3M Company, et al |
| **Case Number:** | LAE/2:19-cv-10061 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s)** *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/16/2019.**

**Associated Cases:** MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)

| | |
|---|---|
| **Case Name:** | Salaam v. 3M Company |
| **Case Number:** | MOW/4:19-cv-00346 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s)** *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/16/2019.**

**Associated Cases:** MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)

| | |
|---|---|
| **Case Name:** | Islam v. 3M Company |
| **Case Number:** | MSS/1:19-cv-00262 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s)** *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/16/2019.**

**Associated Cases:** MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)

| | |
|---|---|
| **Case Name:** | McNaughton v. 3M Company |
| **Case Number:** | VAE/1:19-cv-00541 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s)** *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in*

MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 5/16/2019.

Associated Cases: MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)

| | |
|---|---|
| Case Name: | Formoso v. 3M Company |
| Case Number: | TXW/1:19-cv-00476 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s) re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 5/16/2019.

Associated Cases: MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)

| | |
|---|---|
| Case Name: | Ohara v. 3M Company |
| Case Number: | MN/0:19-cv-01203 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s) re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 5/16/2019.

Associated Cases: MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)

| | |
|---|---|
| Case Name: | Jones v. 3M Company |
| Case Number: | MN/0:19-cv-01195 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s) *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541) Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel John W. Nichols on 5/16/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)**

| | |
|---|---|
| **Case Name:** | Jones v. 3M Company et al |
| **Case Number:** | LAE/2:19-cv-10067 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s) *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541) Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel John W. Nichols on 5/16/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)**

| | |
|---|---|
| **Case Name:** | Gray v. 3M Company et al |
| **Case Number:** | LAE/2:19-cv-10069 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 11 action(s) *re: pldg. (1 in LAE/2:19-cv-10058, 1 in LAE/2:19-cv-10061, 1 in LAE/2:19-cv-10066, 1 in LAE/2:19-cv-10067, 1 in LAE/2:19-cv-10069, [422] in MDL No. 2885, 1 in MN/0:19-cv-01195, 1 in MN/0:19-cv-01203, 1 in MOW/4:19-cv-00346, 1 in MSS/1:19-cv-00262, 1 in TXW/1:19-cv-00476, 1 in VAE/1:19-cv-00541) Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel John W. Nichols on 5/16/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-10058, LAE/2:19-cv-10061, LAE/2:19-cv-10066, LAE/2:19-cv-10067, LAE/2:19-cv-10069, MN/0:19-cv-01195, MN/0:19-cv-01203, MOW/4:19-cv-00346, MSS/1:19-cv-00262, TXW/1:19-cv-00476, VAE/1:19-cv-00541 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**LAE/2:19-cv-10058 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

**LAE/2:19-cv-10058 Notice will not be electronically mailed to:**

**LAE/2:19-cv-10066 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

Lauren E. Godshall     lgodshall@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

**LAE/2:19-cv-10066 Notice will not be electronically mailed to:**

**LAE/2:19-cv-10061 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

Lauren E. Godshall     lgodshall@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

**LAE/2:19-cv-10061 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00346 Notice has been electronically mailed to:**

J. Scott Bertram     jsbertram@bertramgraf.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Ryan Joseph Loehr     rloehr@bertramgraf.com

Timothy Ray West     tim@bertramgraf.com

**MOW/4:19-cv-00346 Notice will not be electronically mailed to:**

**MSS/1:19-cv-00262 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michael P McGartland     mike@mcgartland.com

**MSS/1:19-cv-00262 Notice will not be electronically mailed to:**

**VAE/1:19-cv-00541 Notice has been electronically mailed to:**

Paul J. Pennock     ppennock@weitzlux.com, dsavours@weitzlux.com, jfarrell@weitzlux.com, jsedgh@weitzlux.com, lschultz@weitzlux.com

Michael G. Phelan     mphelan@phelanpetty.com

Brielle Marie Hunt     bhunt@phelanpetty.com

**VAE/1:19-cv-00541 Notice will not be electronically mailed to:**

3M Company
3M Corporate Headquarters
3M Center
St. Paul, MN 55144-1000

**TXW/1:19-cv-00476 Notice has been electronically mailed to:**

Paul J. Pennock     ppennock@weitzlux.com, dsavours@weitzlux.com, jfarrell@weitzlux.com, jsedgh@weitzlux.com, lschultz@weitzlux.com

Adam B Wolfson     adamwolfson@quinnemanuel.com

Karl S. Stern     karlstern@quinnemanuel.com

**TXW/1:19-cv-00476 Notice will not be electronically mailed to:**

3M Company

3M Corporate Headquarters
3M Center
St. Paul, MN 55144-1000

Harold A. Barza
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

**MN/0:19-cv-01203 Notice has been electronically mailed to:**

Rhett A McSweeney     ram@westrikeback.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01203 Notice will not be electronically mailed to:**

**MN/0:19-cv-01195 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01195 Notice will not be electronically mailed to:**

**LAE/2:19-cv-10067 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard L. Root     rroot@morrisbart.com, bbarnes@morrisbart.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

Lauren E. Godshall     lgodshall@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

**LAE/2:19-cv-10067 Notice will not be electronically mailed to:**

**LAE/2:19-cv-10069 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Ronnie G. Penton     fedcourtmail@rgplaw.com, fedcourtmail@thepentonlawfirm.com, rgp@rgplaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**LAE/2:19-cv-10069 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/16/2019] [FileNumber=911435-0]
[03f0ff90b1417fd323a861fd8adf79f4048c7a12135a17584fa75c8c53bf68860a436
28aa332245226664a1ae2c4ac51db0a6578ef48d53b37d2623fd2a510a9]]