UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 16, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  W. Lewis Garrison, Jr.   on  May 15, 2019     Doc. #   333

Response _____ on _____ Doc. # _____

____ Stipulated          ____ Joint Pleading
____ Unopposed          ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 16th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**