# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 16, 2019

Motion/Pleadings:   MOTION TO WITHDRAW DOCUMENT DE 322
                    [Second Motion to Appear *Pro Hac Vice*]

Filed by Karen H. Beyea-Schroeder  on  May 10, 2019      Doc. #  335

Response _____ on _____ Doc. # _____

____ Stipulated       ____ Joint Pleading
____ Unopposed        ____ Consented

                                    JESSICA J. LYUBLANOVITS
                                    CLERK OF COURT
                                    */s/ Kathy Rock*
                                    Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 16th day of May 2019.

                                    *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**