# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Northern District of Florida Local Rule 11.1 and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Jennifer Liakos respectfully moves this Court for the admission *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Jennifer Liakos resides in California, and is not a resident of the State of Florida.

2. Ms. Liakos has not been admitted to practice in the Northern District of Florida, and is a member in good standing of the bar of the State of California and the United States District Court for the Central District of California. Copies of the Certificate of Good Standing from the State of California and the Central District of California dated within 30 days of this motion are attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Local Rule 11.1(C) and the Procedures for Admission set by the Clerk's Office, Ms. Liakos has completed the requirements to appear *pro hac vice* in this Court.

4. On May 15, 2019, Ms. Liakos completed the Local Rules exam, (Confirmation Number FLND 15579539832206), and the required CM/ECF tutorials.

5. Ms. Liakos has remitted simultaneously with the filing of this motion the required $201.00 registration fee required for special admission.

6. Ms. Liakos has updated her PACER account to "NextGen."

7. Upon admission, Ms. Liakos respectfully requests that she be provided notice of Electronic Case Filings to the following email address: jliakos@napolilaw.com.

8. Ms. Liakos has been previously granted admission *pro hac vice* by this Court in November 2016 in the Abilify Products Liability Litigation, Case No. 3:16-md-2734. She has not abused the privilege to specially appear.

9. Ms. Liakos is Attorney of Record for Plaintiff in Case No. 4:19-cv-00305-MW-MJF, *Ashley Pratt v. 3M Company, et al.*, filed in the United States District Court for the Northern District of Florida, Tallahassee Division on May 2, 2019, and transferred to this Court on May 3, 2019 under Case No. 3:19-cv-01356-MCR-GRJ.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order admitting Jennifer Liakos of Napoli Shkolnik PLLC *pro hac vice* in this case.

Dated: May 16, 2019                                         */s/ Jennifer Liakos*
                                                    Jennifer Liakos (CA Bar 207487)
                                                    Napoli Shkolnik PLLC
                                                    5757 West Century Blvd, Suite 680
                                                    Los Angeles, CA 90045
                                                    Telephone: (310) 331-8224
                                                    Fax: (646) 843-7603
                                                    Email: jliakos@napolilaw.com

                                                    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac* Vice was filed electronically via the CM/ECF system on May 16, 2019 and served electronically on all registered attorneys of record.

                                                              */s/ Jennifer Liakos*
                                                              Jennifer Liakos