# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Jennifer R. Liakos__, Bar No. __207487__

was duly admitted to practice in this Court on __June 6, 2000__
                                                    *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on   __May 15, 2019__
           *Date*

KIRY K. GRAY
Clerk of Court

By _____
            Lupe Thrasher, Deputy Clerk

G-52 (10/15)                    CERTIFICATE OF GOOD STANDING - BAR MEMBER