UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885<br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, John C. Enochs hereby moves this Honorable Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the Louisiana State Bar Association dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15574368482169, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

1

5.  Movant has upgraded his individual PACER account to "NextGen."

6.  Movant is counsel of record in the related cases identified in Exhibit "B," which is attached hereto and made a part hereof.

WHEREFORE, John C. Enochs, respectfully requests that this Honorable Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated May 16, 2019.

                Respectfully submitted,

                */s/ John C. Enochs*
                MORRIS BART, LLC
                601 Poydras Street, 24th Floor
                New Orleans, Louisiana 70130
                Telephone: 504-526-1087
                Facsimile: 833-277-4214
                jenochs@morrisbart.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 16th day of May, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                */s/ John C. Enochs*