EXHIBIT A

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Mr. John Christian Enochs _____

whose address is _____ 601 Poydras St Fl 24 _____

_____ New Orleans, LA 70130 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____ 11th _____ day of _____ April _____, _____ 1994 _____.

Given over my hand and the Seal of the Louisiana State Bar Association, this _____ 9th _____ day of _____ May _____, _____ 2019 _____.

_____
Executive Director
Louisiana State Bar Association