## EXHIBIT B

*Accardo v. 3M Company, et al*, NDFL No. 19-00621

*Guan v. 3M Company, et al*, NDFL No. 19-00644

*Licciardi v. 3M Company, et al*, NDFL No. 19-00664

*Pierce v. 3M Company, et al*, NDFL No. 19-00665

W*ombacher v. 3M Company, et al*, NDFL No. 19-00666

*Griffin v. 3M Company, et al*, EDLA 19-10058 (pending transfer from E.D. La.)

*Moldonado v. 3M Company, et al*, EDLA 19-10061 (pending transfer from E.D. La.)

*Blackmore v. 3M Company, et al*, EDLA 19-10066 (pending transfer from E.D. La.)

*Jones v. 3M Company, et al*, EDLA 19-10067 (pending transfer from E.D. La.)

*Champagne v. 3M Company*, et al, EDLA 19-10044 (pending transfer from E.D. La.)

*Barnes v. 3M Company, et al*, EDLA 19-10046 (pending transfer from E.D. La.)

*Dimonde v. 3M Company, et al*, WDLA 19-00566 (pending transfer from W.D. La.)