**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to All Cases | * <br> * <br> * <br> * <br> *   Case No. 3:19md2885 <br> * <br> * <br> * <br> * <br> * <br> * |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Edward P. Rowan, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Alabama, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Alabama and the State of Mississippi. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof. A copy of a Certificate of Good Standing from the State of Mississippi dated within 30 days of this motion is attached hereto as Exhibit "B" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15576832012183, and the CM/ECF online tutorial.

4. Movant is counsel of record for the Plaintiff in *Lorraine Matthews v. 3M Companies et al.*, Case Number 2:19-cv-72-KS-MTP. This cause of action was filed in the U.S. District Court of the Southern District of Mississippi on May 3, 2019, and is pending transfer to this Court pursuant to Conditional Transfer Order No. 12.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Edward P. Rowan respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

                                   Respectfully submitted,

                                   By: /s/ Edward P. Rowan
                                        EDWARD P. ROWAN (ROWAE3430)
                                        Attorney for the Plaintiff
                                        Post Office Box 894
                                        Mobile, Alabama 36601
                                        Phone: (251) 433-3131
                                        Fax: (251) 433-4020

OF COUNSEL:

TAYLOR MARTINO, P.C.
455 St. Louis St., Suite 2100
Mobile, AL 36602
(251) 433-3131
(251) 433-4207 (fax)
ed@taylormartino.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 16th day of May, 2019, the foregoing document has been filed with the Clerk of Court using the Court's ECF system and thereby served on all counsel of record having entered an appearance in this action to date.

                                                                             /s/ Edward P. Rowan
                                                                             OF COUNSEL