UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 16, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Jennifer Liakos        on  May 16, 2019            Doc. #   341

Response _____ on _____ Doc. # _____

_____  Stipulated         _____  Joint Pleading
_____  Unopposed      _____  Consented

                    JESSICA J. LYUBLANOVITS
                    CLERK OF COURT
                    */s/ Kathy Rock*
                    Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 16th day of May 2019.

                    *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**