UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 16, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  John C. Enochs    on  May 16, 2019         Doc. #  342

Response _____ on _____ Doc. # _____

\_\_\_\_\_  Stipulated          \_\_\_\_\_  Joint Pleading
\_\_\_\_\_  Unopposed          \_\_\_\_\_  Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 16th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**