

# MARRIAGE LICENSE

The State of Texas
County of Harris

To any regularly licensed or ordained Christian minister or priest; Jewish rabbi; person who is an officer of a religious organization and who is authorized by the organization to conduct a marriage ceremony; justice of the supreme court, judge of the court of criminal appeals, justice of the courts of appeals, judge of the district, county, and probate courts, judge of the county courts at law, judge of the courts of domestic relations, judge of the juvenile courts, retired justice or judge of those courts, justice of the peace, retired justice of the peace, or judge or magistrate of a federal court of this state.

Greeting:

You are hereby authorized to conduct the Rites of Matrimony between

**Jason Patrick King and Rebecca Ann Briggs**

and make due return to the County Clerk of Harris County, Texas, within thirty (30) days of performing the marriage, certifying your action under this license. Witness my official signature and seal of office in Harris County, Texas at 01:16 P.M., January 27, 2006.

Beverly B. Kaufman
County Clerk, Harris County, Texas

Sylvia Gutierrez Gaza                                           Deputy

Mr. & Mrs. Jason Patrick King
8002 Fairdale
Houston, Texas    77063

*Officer's Return*

This certifies that I have united in marriage the parties named on the front of this license on

February 11, 2006
*(Date)*

_William G. Stell_
*Signature*

Minister, St. Luke's United Methodist Church
*Title*

Reverend William G. Stell
*Printed or Typed Name*

Harris County
*County in which ceremony was performed*

```
                                        912423
01/27/06   400279641                    $41.00
Marriage License
```

FILED 2006 FEB 16 AM 8:33
COUNTY CLERK
HARRIS COUNTY TEXAS

Section 2.201 Family Code. If a marriage ceremony has not been conducted before the 31st day after the date the license is issued, the marriage license expires.

This license is not valid for seventy-two (72) hours from the time of issuance.

Accompanied by TDH Material as required by Section 2.009 ( c ) (4) Family Code.

Form No. D-02-50 (Rev. 11/11/98)