# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Kenneth S. Byrd of Lieff, Cabraser, Heimann & Bernstein LLP hereby enters his appearance as counsel for Plaintiffs Benjy Lee Partin II, case number 2:19-cv-01624 transferred to this Court from the Central District of California, George Dooley, case number 3:19-cv-00237 and transferred to this Court from the Middle District of Tennessee, and John Bragg, case number 3:19-cv-00254 and transferred to this Court from the Middle District of Tennessee.  Mr. Byrd is hereby adding himself as an attorney of record in these actions transferred to this Court as part of MDL Case No. 2885.  Mr. Byrd has been admitted to the bar of the Northern District of Florida *pro hac vice* by this Court. Counsel requests all further papers and pleadings in this matter be served upon the undersigned.

Dated:  May 16, 2019             Respectfully submitted,

                                                        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Kenneth S. Byrd

    Kenneth S. Byrd

Kenneth S. Byrd (TN Bar No. 23541)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Ave. S Suite 1640
Nashville, TN 37201-2379
Telephone:  615.313.9000
Facsimile:  615.3139965
Email: kbyrd@lchb.com

Attorney for Plaintiffs

- 2 -

1726700.1

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system which sends notice to all counsel of record.

_Kenneth S. Byrd_

Kenneth S. Byrd