UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Ashley Pratt v. 3M Company, et al.*<br>Case No. 4:19-cv-00205-MW-MJF | Case No. 3:19-md-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jennifer Liakos, Esq., of Napoli Shkolnik, PLLC, hereby enters her appearance in the Master Docket and as counsel of record in the individual action transferred to this MDL styled *Pratt v. 3M Company, et al.*, Case No. 3:19-cv-01356-MCR-GRJ. Ms. Liakos has fulfilled the administrative requirements outlined in Pretrial Order No. 3 (Confirmation No. FLND15579539832206) and her Motion to Appear *Pro Hac Vice* in this MDL has been granted (ECF No. 344). Counsel respectfully requests that all filings and other papers in the Master Docket of MDL 2885 be served upon her.

Respectfully Submitted,

DATED: May 16, 2019

/s/ *Jennifer Liakos*
Jennifer Liakos
NAPOLI SHKOLNIK, PLLC
5757 W. Century Blvd., Suite 680
Los Angeles, CA 90045
(212) 397-1000
JLiakos@NapoliLaw.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Aaron Modiano*
Aaron Modiano