# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 16, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Edward P. Rowan     on  May 16, 2019              Doc. #   343

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT
                                      */s/ Kathy Rock*
                                      Deputy Clerk: Kathy Rock

On consideration, temporary admission is GRANTED for a period of **30 days**.  If the identified case or cases in which movant is attorney of record are timely consolidated in the MDL, this temporary admission will automatically convert to a traditional PHV admission, without further order of the Court.  If no case in which the movant is attorney of record is timely filed, this temporary admission will be automatically revoked.  *See* ECF No. 86, ¶ II.

**DONE and ORDERED** this 16th day of May 2019.

                                      *M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**