UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885<br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

This Document Relates to:

Accardo v. 3M Company, Case No. 3:19-cv-00621
Guan v. 3M Company, Case No. 3:19-cv-00644
Licciardi v. 3M Company, Case No. 3:19-cv-00664
Pierce v. 3M Company, Case No. 3:19-cv-00665
Wombacher v. 3M Company, Case No. 3:19-cv-00666
Moldonado v. 3M Company, Case No. 3:19-cv-01499

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that undersigned counsel, John C. Enochs of the law firm of Morris Bart, LLC, hereby enters an appearance as counsel for Plaintiffs in the following actions transferred into this MDL:

*Accardo v. 3M Company, et al*, 3:19-cv-00621

*Guan v. 3M Company, et al*, 3:19-cv-00644

*Licciardi v. 3M Company, et al*, 3:19-cv-00664

*Pierce v. 3M Company, et al*, 3:19-cv-00665

*Wombacher v. 3M Company, et al*, 3:19-cv-00666

*Moldonado v. 3M Company, et al*, 3:19-cv-01499

Undersigned counsel, John C. Enochs, has been administratively admitted to this Honorable Court pursuant to Pretrial Order No. 3. Undersigned counsel

1

respectfully requests that all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon him.

Dated May 16, 2019.

Respectfully submitted,

*/s/ John C. Enochs*
MORRIS BART, LLC
601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130
Telephone: 504-526-1087
Facsimile: 833-277-4214
jenochs@morrisbart.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 16th day of May, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ John C. Enochs*
