UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

The presentations on May 20-21, 2019 will proceed on the following schedule. All times are Central Standard Time.

| | Monday, May 20 | |
|---|---|---|
| 10:00 a.m. – 11:30 a.m. | W. Mark Lanier<br>Virginia E. Anello<br>Gabriel A. Assaad<br>M. Palmer Lambert<br>Muhammad S. Aziz | Brian H. Barr<br>Taylor C. Bartlett<br>Nicole Berg<br>Karen Beyea-Schroeder |
| 11:30 a.m. – 11:45 a.m. | Recess | |
| 11:45 a.m. – 1:15 p.m. | W. Troy Bouk<br>David R. Buchanan<br>Elizabeth M. Burke<br>Riley L. Burnett, Jr.<br>Michael A. Burns | Evan D. Buxner<br>Kenny S. Byrd<br>Thomas P. Cartmell<br>Mark P. Chalos |
| 1:15 p.m. – 2:00 p.m. | Lunch | |
| 2:00 p.m. – 3:00 p.m. | *Touhy* presentations | |
| 3:00 p.m. – 3:15 p.m. | Recess | |
| 3:15 p.m. – 5:00 p.m. | Katherine E. Charonko<br>Clayton A. Clark<br>Clayton M. Connors<br>Katherine L. Cornell<br>Ernest Cory<br>J. Nixon Daniel, III | Sindhu S. Daniel<br>James R. Dugan, II<br>John C. Enochs<br>Henry G. Garrard, III<br>W. Lewis Garrison, Jr. |

| Tuesday, May 21 | | |
|---|---|---|
| 8:30 a.m. – 10:15 a.m. | Jessica K. Givens<br>Chris T. Hellums<br>Bradley D. Honnold<br>Shelley V. Hutson<br>Douglass A. Kreis | Bryan F. Aylstock<br>K. Rachel Lanier<br>Jennifer R. Liakos<br>Roberto Martinez<br>D. Todd Matthews |
| 10:15 a.m. – 10:30 a.m. | Recess | |
| 10:30 a.m. – 12:30 p.m. | Angela J. Mason<br>Abby E. McClellan<br>Douglas C. Monsour<br>Adam M. Moskowitz<br>Amber A. Mostyn<br>Andre M. Mura | Alyson Oliver<br>Jonathan D. Orent<br>Neil D. Overholtz<br>Richard M. Paul, III<br>Paul J. Pennock<br>Thomas W. Pirtle |
| 12:30 p.m. – 1:15 p.m. | Lunch | |
| 1:15 p.m. – 3:30 p.m. | Kristian Rasmussen<br>Dennis Reich<br>Ruth Rizkalla<br>Erin J. Rogiers<br>Edward P. Rowan<br>Michael A. Sacchet<br>Sara Schram | Christopher A. Seeger<br>Sean P. Tracey<br>Mikal C. Watts<br>Kimberly W. White<br>Adam Wolfson<br>Genevieve M. Zimmerman |

**DONE** and **ORDERED**, on this 17th day of May, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**