UNITED STATES DISTRICT
COURT NORTHERN DISTRIC OF
FLORIDA PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COPMBAT ARMS EARPLUG | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Case No. 3:19md2885/MCR/GRJ |
| | ) | |
| This Document Relates to: | ) | Judge M. Casey Rodgers |
| *Nicolas v 3M Company,* 3:19-cv-01467 | ) ) | |
| *Baldwin v 3M Company*, 3:19-cv-01465 | ) | |
| *Ortiz v 3M Company*, 3:19-cv-01468 | ) ) | |
| *Senior v 3M Company*, 3:19-cv-01470 | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jessica K. Givens of The Cochran Firm – Dothan P.C., hereby enters her appearance as counsel for the following Plaintiffs from the following actions transferred to this Court from the District of Minnesota:

*Nicolas v 3M Company,* 3:19-cv-01467

*Baldwin v 3M Company*, 3:19-cv-01465

*Ortiz v 3M Company*, 3:19-cv-01468

*Senior v 3M Company*, 3:19-cv-01470

Further, Jessica K. Givens is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned at jessicagivens@cochranfirm.com.

RESPECTFULLY SUBMITTED this 17th day of May, 2019.

        **THE COCHRAN FIRM – DOTHAN P.C.**

        By: */s/ Jessica K. Givens*
        Jessica K. Givens
        THE COCHRAN FIRM – DOTHAN P.C.
        111 East Main Street
        Dothan, AL 36301
        Tel: (334) 673-1555
        Fax: (334) 699-7229
        jessicagivens@cochranfirm.com
        AL Bar No. 0138A17S

        *Attorney for Plaintiffs Damon Nicolas, Mark Baldwin, Michael Ortiz, and Gary Senior*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 17, 2019 and served electronically on all counsel of record.

RESPECTFULLY SUBMITTED this 17th day of May, 2019.

        */s/ Jessica K. Givens*