UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: 3M Combat Arms Earplug Products LiabilityLitigation | 3:19md2885/MCR/GRJ<br><br>THIS DOCUMENT APPLIES TO<br>Case No.:  3:19cv00709<br>(Orig Case No: 1:19cv00273- DDC) |

## NOTICE OF ENTRY OF APPEARANCE

Will the Clerk please take notice that Steven W. Teppler of Mandelbaum Salsburg, P.C. hereby enters his appearance on behalf of Plaintiff Sean Lynch.

Date: May 17, 2019

/s/ _____
Steven W. Teppler, Esq.
MANDELBAUM SALSBURG, P.C.
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
Office: (646) 946-5659
Fax Line: (973) 325-7467
Email: steppler@lawfirm.ms
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *[signature]*
Steven W. Teppler