**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLYG PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to All Cases ) <br> ) | Case No.: 3:19-md-2885/MCR/GRJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mario A. Pacella, Strom Law Firm, LLC, hereby enters as counsel for the following Plaintiff in an action transferred from the District of South Carolina:

- *Gordon D. Jordan, III v. 3M Company*, Case No.: 3:19-00699-JMC

Further Mario Pacella is attorney of record in the action transferred to this court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF #4). All further papers and pleadings in this action should be served on the undersigned.

Respectfully Submitted,

May 17, 2019  By:  s/ Mario A. Pacella
Mario A. Pacella
STROM LAW FIRM, LLC
2001 N. Beltline Boulevard
Columbia, South Carolina 29204
Phone: 803-252-4800
Facsimile: 803-252-4801
Email: mpacella@stromlaw.com

*Attorney for Plaintiff*