## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 17, 2019 and served electronically on all counsel of record.

| | |
|---|---|
| Bryan F. Aylstock<br>AYLSTOCK ,WITKIN, KREIS & OVERHOLTZ, PLLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>Phone: (850) 916-7450<br>Facsimile: (850) 916-7449 Email: baylstock@awkolaw.com | *Liaison Counsel for Plaintiffs* |
| Kimberly 0. Branscome<br>KIRKLAND & ELLIS, LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Phone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>Email: kimberly.branscome@kirland.com | *Counsel for 3M Company* |
| Robert B. Ellis<br>Mark J. Nomellini<br>KIRKLAND & ELLIS, LLP<br>300 N. LaSalle<br>Chicago, Illinois 60654<br>Phone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: robert.ellis@kirland.com<br>Email: mark.nomellini@kirkland.com | *Counsel for 3M Company* |

Robert C. Brock                                         *Counsel for 3M Company*
Frank Chadwick Morriss
KIRKLAND & ELLIS, LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 389-5000
Facsimile: (202) 879-5200
Email: mike.brock@kirland.com
Email: chad.morriss@kirkland.com


Bradley W. Crocker                                      *Counsel for 3M Company*
Christina M. Schwing
HOLLAND & KNIGHT, LLP
50 N. Laura St., Suite 3900
Jacksonville, Florida 32202
Phone: (904) 353-2000
Facsimile: (904) 358-1872
Email: bradley.crocker@hldaw.com
Email: christina.schwingAhklaw.com


                                              s/ Mario A. Pacella
                                              Mario A. Pacella