# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COPMBAT ARMS EARPLUG | ) | |
| | ) | Case No. 3:19md2885/MCR/GRJ |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to: | ) | |
| *Nicolas v 3M Company,* 3:19-cv-01467 | ) | |
| | ) | |
| *Baldwin v 3M Company*, 3:19-cv-01465 | ) | |
| | ) | |
| *Ortiz v 3M Company*, 3:19-cv-01468 | ) | |
| | ) | |
| *Senior v 3M Company*, 3:19-cv-01470 | | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Angela J. Mason of The Cochran Firm—Dothan, PC hereby enters her appearance as Plaintiff's counsel in the following actions transferred to the Northern District of Florida from the District of Minnesota:

*Nicolas v 3M Company,* 3:19-cv-01467

*Baldwin v 3M Company*, 3:19-cv-01465

*Ortiz v 3M Company*, 3:19-cv-01468

*Senior v 3M Company*, 3:19-cv-01470

1. Angela J. Mason is attorney of record in the above-referenced actions and has been administratively admitted to the Court pursuant to Pretrial Order No. 3 (ECF No. 4).  She was also duly admitted and qualified to practice as an attorney in the Northern District of Florida in February 2006. All further papers and pleadings in this action should be served on the undersigned at angelamason@cochranfirm.com.

RESPECTFULLY SUBMITTED this 17th day of May, 2019.

**THE COCHRAN FIRM--DOTHAN, P.C.**

By: */s/ Angela J. Mason*
Angela J. Mason,
AL Bar No. 8428S80A
111 East Main Street
Dothan, AL 36301
Tel: (334) 673-1555
Fax: (334) 699-7229
angelamason@cochranfirm.com

***Attorney for Plaintiffs Damon Nicolas, Mark Baldwin, Michael Ortiz, and Gary Senior***

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 17, 2019, and served electronically on all counsel of record.

*/s/ Angela J. Mason*