**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885-MCR-GRJ |
| EARPLUG PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly Wilson White of Wilson Law, P.A. hereby enters her appearance as counsel for Plaintiff Andre L. Leath from the following action transferred to this Court from the Eastern District of North Carolina:  Leath v. 3M Company, Case No. 5:19-cv-00177-D.  Further, Ms. White is attorney of record in the action transferred to this court by the Judicial Panel on Multidistrict Litigation, pursuant to Conditional Transfer Order 10 (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted,

WILSON LAW, P.A.

By:     /s/ Kimberly Wilson White
         Kimberly Wilson White
         *Attorney for Plaintiff*
         NC State Bar No: 30044
         1111 Haynes Street, Suite 103
         Raleigh, North Carolina 27604
         Telephone: (919) 890-0180
         Facsimile: (919) 882-1758
         Email: kim@wilsonlawpa.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS                )   Case No. 3:19-md-2885-MCR-GRJ
EARPLUG PRODUCTS                     )
LIABILITY LITIGATION                 )
                                     )
                                     )   Judge M. Casey Rodgers
This Document Relates to All Cases   )   Magistrate Judge Gary R. Jones

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, I electronically filed the foregoing Notice of

Appearance with the Clerk of Court using the CM/ECF system which will send notification of

such filing to the CM/ECF participants registered to receive service in this MDL.


                      WILSON LAW, P.A.

        By:    */s/ Kimberly Wilson White*____
               Kimberly Wilson White
               *Attorney for Plaintiff*
               NC State Bar No: 30044
               1111 Haynes Street, Suite 103
               Raleigh, North Carolina 27604
               Telephone: (919) 890-0180
               Facsimile: (919) 882-1758
               Email: kim@wilsonlawpa.com