UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885 |
| This Document Relates to:<br>Civil Case No. 1:19-cv-00476-RP<br>Gilbert Formoso v. 3M Company | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Adam Wolfson, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Manhattan Beach and is a resident in the State of California.

2. Movant is admitted to practice and is a member in a good standing of the Bar of the State of California and the Bar of the State of New York. A true and correct copy of a Certificate of Good Standing from the State of California dated within thirty (30) days of this motion is attached hereto as Exhibit "A," and made part hereof. Movant shall provide the Court with a true and correct copy of a Certificate of Good Standing from the State of New York as soon as possible.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and exam, confirm #FLND15579415712200, and the online CM/ECF Tutorial.

4. Movant has submitted to the Clerk the required Two Hundred One ($201.00) Dollar *pro hac vice* admission fee.

5. Movant's PACER account was updated prior to filing this motion.

6. Movant is the attorney of record in the related cases, *Lambert v. 3M Company*, No. 1:19-cv-12074 (D.N.J.), and *Formoso v. 3M Company*, No. 1:19-cv-00476 (W.D. Tex.).

**WHEREFORE,** Adam Wolfson, respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide Notice of Electronic Case Filing to the undersigned.

Dated: May 17, 2019

/s/ *Adam Wolfson*
Adam Wolfson
California Bar No. 262125
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100
adamwolfson@quinnemanuel.com

Attorney for Plaintiffs
Scott Lambert and Gilbert Formoso

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF System on May 17, 2019, and served electronically on all counsel of record.

*/s/ Adam Wolfson*
Adam Wolfson

3