UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885<br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

This Document Relates to:

Griffin v. 3M Company, Case No. 3:19-cv-01500
Blackmore v. 3M Company, Case No. 3:19-cv-01502
Jones v. 3M Company, Case No. 3:19-cv-01503

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that undersigned counsel, John C. Enochs of the law firm of Morris Bart, LLC, hereby enters an appearance as counsel for Plaintiffs in the following actions transferred into this MDL:

*Griffin v. 3M Company, et al*, Case No. 3:19-cv-01500

*Blackmore v. 3M Company, et al*, Case No. 3:19-cv-01502

*Jones v. 3M Company, et al*, Case No. 3:19-cv-01503

Undersigned counsel, John C. Enochs, has been administratively admitted to this Honorable Court pursuant to Pretrial Order No. 3.  Undersigned counsel respectfully requests that all further papers and pleadings in these actions and the Master Docket of MDL 2885 be served upon him.

Dated May 18, 2019.

        Respectfully submitted,

        */s/ John C. Enochs*
        MORRIS BART, LLC
        601 Poydras Street, 24th Floor
        New Orleans, Louisiana 70130
        Telephone: 504-526-1087
        Facsimile: 833-277-4214
        jenochs@morrisbart.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 18th day of May, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

        */s/ John C. Enochs*