UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 20, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Harold Avrum Barza  on  May 17, 2019          Doc. #   359

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, temporary admission is GRANTED for a period of **30 days**.  If the identified case or cases in which movant is attorney of record are timely consolidated in the MDL, this temporary admission will automatically convert to a traditional PHV admission, without further order of the Court.  If no case in which the movant is attorney of record is timely filed, this temporary admission will be automatically revoked.  *See* ECF No. 86, ¶ II.

**DONE and ORDERED** this 20th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**