AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| Nathaniel F. Hieb | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:19-cv-01501 |
| 3M Company and AEARO TECHNOLOGIES, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nathaniel F. Hieb                                                                    .

Date:   05/17/2019

/s/ Jonathan D. Orent
*Attorney's signature*

Jonathan Orent - RI 7408
*Printed name and bar number*

Motley Rice LLC
55 Cedar Street, Suite 100
Providence, RI  02903

*Address*

jorent@motleyrice.com
*E-mail address*

(401) 457-7700
*Telephone number*

(401) 457-7708
*FAX number*