UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Case No: 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | | |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Paul J. Pennock, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and, in support thereof, state as follows:

1. Movant resides in New Jersey and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the States of New York. A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15580430232217, and the CM/ECF online tutorials.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiffs in the following actions that were filed independent of the JPML transfer process:

- *Formoso v. 3M Company*, 3:19-cv-01497-MCR-GRJ; and

- *McNaughton v. 3M Company*, 1:19-cv-00541-LMB-JFA (pending transfer from Eastern District of Virginia)

WHEREFORE, Paul J. Pennock, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*.

Dated:  May 20, 2019

By: /s/ Paul J. Pennock
Paul J. Pennock

Weitz & Luxenberg, P.C.
700 Broadway
New York, NY  10003
Tel: (212) 558-5549
Fax: (212) 344-5461
Email:  ppennock@weitxlux.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 20, 2019 and served electronically on all counsel of record.

/s/ Paul J. Pennock
Paul J. Pennock