# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bradley D. Honnold of the law firm of Goza & Honnold, LLC hereby enters his appearance as counsel for Plaintiffs in the following actions:

- *Alexander Murphy v. Aearo Technologies LLC and 3 M Company*
  Case No. 3:19-cv-01489
- *Dennis Lyon Case Aearo Technologies LLC and 3 M Company*
  *Case* No. 3:19-cv-01490
- *Toby Eugene Castner v. 3M Company and Aearo Technologies, LLC*,
  Case No 3:19-cv-01357

Bradley D. Honnold has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF Doc. No. 4) (Tutorial Confirmation No. FLND **15580280272215**.)

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 2885 be served upon him.

Dated: May 20, 2019          Respectfully submitted

                             */s/ Bradley D. Honnold*
                             Bradley D. Honnold Mo Bar No. 39818
                             Goza & Honnold, LLC
                             9500 Nall Ave. Suite 400
                             Overland Park, KS 66207
                             Telephone: 913.451.3433
                             bhonnold@gohonlaw.com

00567725-1

*Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of May, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Bradley D. Honnold*
Bradley D. Honnold

00567725-1