**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, May 21, 2019 7:02 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, May 21, 2019 12:00:16 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/21/2019 at 8:00 AM EDT and filed on 5/21/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 441 |

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-**</span>

00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)

| | |
|---|---|
| **Case Name:** | KELSON v. 3M COMPANY |
| **Case Number:** | PAE/2:19-cv-01893 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s) *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | Germain v. 3M Company |
| **Case Number:** | FLS/0:19-cv-61124 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s) *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**       Bonnema v. 3M Company
**Case Number:**    INN/3:19-cv-00346
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**       Warren v. 3M Company
**Case Number:**    ALS/1:19-cv-00215
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**       Talley v. 3M Company et al
**Case Number:**    MOE/4:19-cv-01176
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | Smith v. 3M Company |
| **Case Number:** | TXE/4:19-cv-00324 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | KOERS v. 3M COMPANY |
| **Case Number:** | INS/1:19-cv-01788 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in*

*INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**     Bridges v. 3M Company

**Case Number:**   TXS/4:19-cv-01630

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**     Mercado-Morales v. 3M Company

**Case Number:**   TXS/4:19-cv-01629

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-*

*cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | Mills et al v. 3M Company et al |
| **Case Number:** | CAS/3:19-cv-00873 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | Short v. 3M Company |
| **Case Number:** | ALN/2:19-cv-00675 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | Braudrick v. 3M Company et al |
| **Case Number:** | NYN/5:19-cv-00526 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | Matthews v. 3M Company et al |
| **Case Number:** | MSS/2:19-cv-00072 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090,**

**MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**          HOWES et al v. 3M COMPANY et al
**Case Number:**        PAE/5:19-cv-02025
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**          Bugg v. 3M Company et al
**Case Number:**        CO/1:19-cv-01272
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**          Overton v. 3M Company et al

**Case Number:**   ALN/5:19-cv-00666
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**     Smith et al v. 3M Company
**Case Number:**    ILN/1:19-cv-03033
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**Case Name:**     Jackson v. 3M Company
**Case Number:**    MSN/1:19-cv-00090
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | Woods v. Aearo Technologies L L C |
| **Case Number:** | LAW/5:19-cv-00575 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | Swann v. 3M Company et al |
| **Case Number:** | TXW/1:19-cv-00480 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in*

*INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

| | |
|---|---|
| **Case Name:** | ROBBINS v. 3M COMPANY |
| **Case Number:** | PAE/5:19-cv-01902 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 21 action(s)** *re: pldg. (1 in ALN/2:19-cv-00675, 1 in ALN/5:19-cv-00666, 1 in ALS/1:19-cv-00215, 1 in CAS/3:19-cv-00873, 1 in CO/1:19-cv-01272, 1 in FLS/0:19-cv-61124, 1 in ILN/1:19-cv-03033, 1 in INN/3:19-cv-00346, 1 in INS/1:19-cv-01788, 1 in LAW/5:19-cv-00575, [429] in MDL No. 2885, 1 in MOE/4:19-cv-01176, 1 in MSN/1:19-cv-00090, 1 in MSS/2:19-cv-00072, 1 in NYN/5:19-cv-00526, 1 in PAE/2:19-cv-01893, 1 in PAE/5:19-cv-01902, 1 in PAE/5:19-cv-02025, 1 in TXE/4:19-cv-00324, 1 in TXS/4:19-cv-01629, 1 in TXS/4:19-cv-01630, 1 in TXW/1:19-cv-00480)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/21/2019.**

**Associated Cases: MDL No. 2885, ALN/2:19-cv-00675, ALN/5:19-cv-00666, ALS/1:19-cv-00215, CAS/3:19-cv-00873, CO/1:19-cv-01272, FLS/0:19-cv-61124, ILN/1:19-cv-03033, INN/3:19-cv-00346, INS/1:19-cv-01788, LAW/5:19-cv-00575, MOE/4:19-cv-01176, MSN/1:19-cv-00090, MSS/2:19-cv-00072, NYN/5:19-cv-00526, PAE/2:19-cv-01893, PAE/5:19-cv-01902, PAE/5:19-cv-02025, TXE/4:19-cv-00324, TXS/4:19-cv-01629, TXS/4:19-cv-01630, TXW/1:19-cv-00480 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**PAE/2:19-cv-01893 Notice has been electronically mailed to:**

MICHAEL M. WEINKOWITZ    mweinkowitz@lfsblaw.com, kshub@lfsblaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**PAE/2:19-cv-01893 Notice will not be electronically mailed to:**

**FLS/0:19-cv-61124 Notice has been electronically mailed to:**

Sharon J. Zinns    sharon.zinns@beasleyallen.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**FLS/0:19-cv-61124 Notice will not be electronically mailed to:**

**INN/3:19-cv-00346 Notice has been electronically mailed to:**

Joseph N. Williams    jwilliams@rwp-law.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

James Piatt    jpiatt@rwp-law.com

**INN/3:19-cv-00346 Notice will not be electronically mailed to:**

**ALS/1:19-cv-00215 Notice has been electronically mailed to:**

Steven L. Nicholas    sln@cunninghambounds.com, apc@cunninghambounds.com, ash@cunninghambounds.com, bcc@cunninghambounds.com, jca@cunninghambounds.com

William Earl Bonner    web@cunninghambounds.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**ALS/1:19-cv-00215 Notice will not be electronically mailed to:**

**MOE/4:19-cv-01176 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Sarah Shoemake Doles    sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

**MOE/4:19-cv-01176 Notice will not be electronically mailed to:**

**TXE/4:19-cv-00324 Notice has been electronically mailed to:**

Richard N Laminack    rickl@lpm-triallaw.com

Thomas W Pirtle    tomp@lpm-triallaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Buffy Kay Martines    buffym@lpm-triallaw.com

**TXE/4:19-cv-00324 Notice will not be electronically mailed to:**

**INS/1:19-cv-01788 Notice has been electronically mailed to:**

Joseph N. Williams    jwilliams@rwp-law.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

James Piatt    jpiatt@rwp-law.com

**INS/1:19-cv-01788 Notice will not be electronically mailed to:**

3M COMPANY

**TXS/4:19-cv-01630 Notice has been electronically mailed to:**

Aaron M Heckaman    aheckaman@bpblaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert W. Cowan    rcowan@bchlaw.com, bailey-svc@bpblaw.com, jmckee@bpblaw.com

Kenneth Camp Bailey    bailey-svc@bpblaw.com

**TXS/4:19-cv-01630 Notice will not be electronically mailed to:**

**TXS/4:19-cv-01629 Notice has been electronically mailed to:**

Jason J. Joy    jason@jasonjoylaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXS/4:19-cv-01629 Notice will not be electronically mailed to:**

**CAS/3:19-cv-00873 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MICHAEL ALLEN AKSELRUD    michael.akselrud@lanierlawfirm.com, Michael.Akselrud@lanierlawfirm.com

Sierra Elizabeth    sierra.elizabeth@kirkland.com

**CAS/3:19-cv-00873 Notice will not be electronically mailed to:**

**ALN/2:19-cv-00675 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Dennis George Pantazis, Jr     dgpjr@wigginschilds.com, cfarmer@wigginschilds.com, lhicks@wigginschilds.com

**ALN/2:19-cv-00675 Notice will not be electronically mailed to:**

3M Company
c/o Registered Agent
Corporation Service Compay, Inc.
641 South Lawrence Street
Montgomery, AL 36104

**NYN/5:19-cv-00526 Notice has been electronically mailed to:**

Stanley D. Bernstein     bernstein@bernlieb.com

Daniel Christopher Burke     dburke@bernlieb.com, dlee@bernlieb.com, jkeller@bernlieb.com

Thomas Larry Hill     lhill@mhw-law.com

Robert Carmichael Brock     mike.brock@kirkland.com, lmrussell@kirkland.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Ruth Rizkalla     rr@kirtlandpackard.com, kcb@kirtlandpackard.com, pac@kirtlandpackard.com

Frank Chadwick Morriss     chad.morriss@kirkland.com

Michael Louis Kelly     mlk@kirtlandpackard.com

Mark J. Nomellini     mnomellini@kirkland.com, jsolper@kirkland.com

CHRISTINA MICHELLE SCHWING     christina.schwing@hklaw.com

Robert B. Ellis     robert.ellis@kirkland.com, lisa.sandmire@kirkland.com

BRADLEY WILLIAM CROCKER     bradley.crocker@hklaw.com

Georgiana Boss     gboss@bernlieb.com

**NYN/5:19-cv-00526 Notice will not be electronically mailed to:**

**MSS/2:19-cv-00072 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Edward P Rowan     ed@taylormartino.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MSS/2:19-cv-00072 Notice will not be electronically mailed to:**

**PAE/5:19-cv-02025 Notice has been electronically mailed to:**

BASIL A. DISIPIO     bad@lavin-law.com, cmccormack@lavin-law.com

Frank C. Rothrock     frothrock@shb.com

ESTHER EVA BEREZOFSKY     eberezofsky@motleyrice.com, hfonseca@eblawllc.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**PAE/5:19-cv-02025 Notice will not be electronically mailed to:**

**CO/1:19-cv-01272 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Richard M Paul, III     rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CO/1:19-cv-01272 Notice will not be electronically mailed to:**

**ALN/5:19-cv-00666 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

William Lewis Garrison, Jr     lewis@hgdlawfirm.com, chood@hgdlawfirm.com, pputman@hgdlawfirm.com, taylor@hgdlawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Taylor C. Bartlett     taylor@hgdlawfirm.com, swashington@hgdlawfirm.com

Amanda S Williamson     amanda@hgdlawfirm.com

**ALN/5:19-cv-00666 Notice will not be electronically mailed to:**

**ILN/1:19-cv-03033 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Kyle Adam Van Slyke     kyle@legalrideshare.com

Bryant Michael Greening    b.greening@aleksybelcher.com

**ILN/1:19-cv-03033 Notice will not be electronically mailed to:**

**MSN/1:19-cv-00090 Notice has been electronically mailed to:**

Casey Langston Lott    clott@langstonlott.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MSN/1:19-cv-00090 Notice will not be electronically mailed to:**

**LAW/5:19-cv-00575 Notice has been electronically mailed to:**

Stephen B. Murray, Sr    smurray@murray-lawfirm.com, bfisse@murray-lawfirm.com, jhenry@murray-lawfirm.com, smurrayjr@murray-lawfirm.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Stephen B Murray, Jr.    smurrayjr@murray-lawfirm.com, kbeck@murray-lawfirm.com, smurray@murray-lawfirm.com

**LAW/5:19-cv-00575 Notice will not be electronically mailed to:**

**TXW/1:19-cv-00480 Notice has been electronically mailed to:**

Robert Carl Hilliard    bobh@hmglawfirm.com, chelsey@hmglawfirm.com, dee@hmglawfirm.com, jvasquez@hmglawfirm.com, lauren@hmglawfirm.com, marion@hmglawfirm.com, nicole@hmglawfirm.com, sharon@hmglawfirm.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Gerald B Singleton    Gerald@slffirm.com, cori@slffirm.com

Amanda LoCurto    amanda@slffirm.com

Christine Brekke    brekke@slffirm.com

**TXW/1:19-cv-00480 Notice will not be electronically mailed to:**

Gerald Blane Singleton
Singleton Law Firm
450 A Street, 5th Floor
San Diego, CA 92101

**PAE/5:19-cv-01902 Notice has been electronically mailed to:**

SCOTT A GEORGE    sgeorge@seegerweiss.com, cbarnes@seegerweiss.com, cchoe@seegerweiss.com

David R Buchanan    dbuchanan@seegerweiss.com, sperovich@seegerweiss.com

Christopher A. Seeger    cseeger@seegerweiss.com, cayers@seegerweiss.com, dbuchanan@seegerweiss.com, jscullion@seegerweiss.com, scott-siegel-5111@ecf.pacerpro.com, ssiegel@seegerweiss.com, styjer@seegerweiss.com

Parvin Aminolroaya    paminolroaya@seegerweiss.com

Asim M. Badaruzzaman    abadaruzzaman@seegerweiss.com

Jeffrey Scott Grand    jgrand@seegerweiss.com, jgrand@bernlieb.com, jscottgrand@mac.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Jennifer R. Scullion    jscullion@seegerweiss.com

Maxwell H. Kelly    mkelly@seegerweiss.com

**PAE/5:19-cv-01902 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/21/2019] [FileNumber=912456-0]
[8fa8a47d9b9d31c63949aaee259379cc8a2176a17983b83ba44526e9c761a5f850368
f9f7352308bd22aa9f2e06c1a89dfa3ccc37c419435bdcdd1210edf3317]]