## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JONATHAN GLOVER,

      PLAINTIFF,

v.                                            CIVIL ACTION NO.:
                                              3:19-md-2885/MCR/GRJ

3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION,

      DEFENDANT.

_____/

### NOTICE OF APPEARANCE

COMES NOW, attorney CLAYTON M. CONNORS of the firm of Westberry & Connors, LLC, and hereby notices his appearance as counsel for the Plaintiff, JONATHAN GLOVER, direct filing Case No. 3:19-cv-574, in the above-captioned matter. Please direct a copy of all future documents, pleadings or correspondence to the address indicated below.

Respectfully submitted this 22nd day of May, 2019.

                                                By:    *s/ Clayton M. Connors*
                                                          CLAYTON M. CONNORS, ESQ.
                                                          Florida Bar No. 0095553
                                                          Email: cmc@westconlaw.com
                                                          WESTBERRY & CONNORS, LLC
                                                          4400 Bayou Blvd., Suite 32A
                                                          Pensacola, Florida 32503
                                                          Telephone: 850-473-0401
                                                          Facsimile: 850-473-1388
                                                          Attorneys for Plaintiff: JONATHAN GLOVER