# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**                                                                 Date: **May 20 & 21, 2019**
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Leadership Presentations**

Panel Members: Judge Rodgers, Judge Jones along with Orran Brown of BrownGreer PLC and Ellen Reisman of Reisman Karron Green LLP.   Order to follow with leadership appointments.  [A transcript of this proceeding will not be available.]

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

Refer to Pretrial Order No. 6 re: Plaintiff Leadership Presentations, ECF No. 286 and Order ECF No. 354 for list of counsel making presentations.

**PROCEEDINGS:**

**Monday, May 20, 2019**

| | |
|---|---|
| 10:05 am | Court in Session |
| | Introduction of Panel Members: Judge Rodgers, Judge Jones, Orran Brown and Ellen Reisman |
| 10:07 | Plaintiffs Leadership presentations begin |
| 11:29 | Court in Recess |
| 11:51 | Court in Session |
| | Leadership presentations resume |
| 1:15 pm | Court in Recess (for lunch) |

[Defense counsel present plus over 60 additional counsel appearing by phone for the *Touhy* presentation.]

| | |
|---|---|
| 2:10 | Court in Session |
| 2:11 | *Touhy* presentation by AUSA Leah Butler |
| 2:29 | *Touhy* presentation by Major Collin Evans, U.S. Army |
| 2:52 | *Touhy* presentation by Kristian Rasmussen, Esq. |
| | Questions and further discussion re: *Touhy* presentations |
| | (including responses by AUSA Kathyrn Drey in addition to the presenters) |
| 3:07 | Court in Recess |
| 3:20 | Court in Session |
| | Leadership presentations resume |
| 4:50 | Court in Recess (until 8:30 am Tuesday) |

**Leadership Presentation Minutes - Continued**

**3:19-md-2885-MCR/GRJ  –   3M Combat Arms Earplug Products Liability Litigation  –  May 2019**

**PROCEEDINGS:**

**Tuesday, May 21, 2019**

| | |
|---|---|
| 8:37 am | Court in Session |
| | Leadership presentations resume |
| 10:15 am | Court in Recess |
| 10:37 | Court in Session |
| | Leadership presentations resume |
| 1:17 pm | Court addresses counsel - Order to follow with leadership appointments |
| 1:19 | Court in Recess |