# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA   )
                           )  ss.
WESTERN DISTRICT OF MISSOURI   )

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Ryan Joseph Loehr was duly admitted to practice in said Court on December 5, 2014.

Ryan Joseph Loehr is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri         *Paige Wymore-Wynn*
on May 22, 2019                            Paige Wymore-Wynn, Clerk

                            By    *Jeri Russel*
                                  Jeri Russel, Deputy Clerk