UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Timothy R. West, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled cases, and in support thereof states as follows:

1. Movant is not licensed in Florida. Movant is admitted to practice and is a member in good standing of the bar of the State of Missouri. A copy of a Certificate of Good Standing from the United States District Court for the Western District of Missouri dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

2. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15584017882227, and the CM/ECF online tutorial.

3. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

4. Movant has upgraded his PACER account to "NextGen."

5. Movant represents Plaintiffs in the following member cases of MDL No. 2885 (3:19-cv-02885-MCR-GRJ), which were previously transferred by the JPML and that I was not listed as attorney of record:

    - Kevin Holland v. 3M Company, Case No. 3:19-cv-01454-MCR-GRJ
    - Tariq Salaam v. 3M Company, Case No. 3:19-cv-01498-MCR-GRJ

WHEREFORE, Timothy R. West respectfully requests that this Court enter an order

granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 23, 2019                                    Respectfully submitted,

/s/ Timothy R. West_____
Timothy R. West,   MO Bar #52187
BERTRAM & GRAF, LLC
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
(816) 523-2205 Telephone
(816) 523-8258 Facsimile
tim@bertramgraf.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on the 23rd day of May, 2019, and was served electronically on all counsel of record.

/s/ Timothy R. West_____
Timothy R. West