# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                )  ss.
WESTERN DISTRICT OF MISSOURI    )

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Timothy Ray West was duly admitted to practice in said Court on December 27, 2002.

Timothy Ray West is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri    *Paige Wymore-Wynn*
on May 22, 2019                       Paige Wymore-Wynn, Clerk

                              By    *Jeri Russel*
                                    Jeri Russel, Deputy Clerk