# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          )
                                  )  ss.
WESTERN DISTRICT OF MISSOURI      )

    I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

    DO HEREBY CERTIFY that J. Scott Bertram was duly admitted to practice in said Court on September 14, 1974.

    J. Scott Bertram is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri  
on May 22, 2019

    *Paige Wymore-Wynn*  
    Paige Wymore-Wynn, Clerk

By    *Jeri Russel*  
    Jeri Russel, Deputy Clerk