UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | *<br>*<br>*<br>*<br>* Case No. 3:19-md-2885<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF APPEARANCE

COMES NOW Amanda D. Summerlin of Taylor Martino, P.C., and hereby enters her appearance as counsel for Plaintiff Lorraine C. Matthews, 3:19-cv-01527. Ms. Summerlin has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).

    Respectfully submitted,

    By: /s/ Amanda D. Summerlin
        AMANDA D. SUMMERLIN
        Attorney for the Plaintiff

OF COUNSEL:

TAYLOR MARTINO, P.C.
455 St. Louis St., Suite 2100
Mobile, AL 36602
(251) 433-3131
(251) 433-4207 (fax)
asummerlin@taylormartino.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of May, 2019, the foregoing document has been filed with the Clerk of Court using the Court's ECF system and thereby served on all counsel of record having entered an appearance in this action to date.

                                                */s/ Amanda D. Summerlin*
                                                Amanda D. Summerlin