UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to All Cases ) <br> ) | CAUSE NO.  3:19-MD-2885 <br><br> Chief Judge: M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida local Rule 11.1, I, Kristina J. Anderson, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and in support thereof, state as follows:

1. Movant resides in the State of Indiana, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Indiana. Movant's law office is in Indiana and is there state where she regularly practices law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of Indiana dated within 30 days of this motion is attached hereto as Exhibit 1 and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial examination, confirmation number FLND15585436042240, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movan possesses an upgraded "NextGen" PACER account.

6. Movant represents Plaintiffs in the following action which is subject to transfer by the JPML (*see JPML Docket Entry #398, CTO-9*):

   a. Cotterman v. 3M Company (INS 1:19-cv-1603)

WHEREFORE, Kristina J. Anderson respectfully requests that this Court enter an Order granting her motion to appear *pro hac vice* on behalf of Plaintiffs and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 23, 2019.

Respectfully Submitted,

/s/ Kristina Anderson_____
Kristina Anderson, Indiana Bar #34493-49
Attorney for Plaintiffs

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
kanderson@hensleylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

/s/ Kristina Anderson_____
Kristina Anderson, Indiana Bar #34493-49
Attorney for Plaintiffs

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
kanderson@hensleylegal.com