# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

## STATE OF INDIANA, SS:

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

**KRISTINA JEAN ANDERSON**

is a member of the bar of said Court since admission on  October 16, 2017 , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 22nd day of May , 20 19 .

*signature*

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA

**PLAINTIFF'S EXHIBIT 1**