UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) |
| | ) CAUSE NO. 3:19-MD-2885 |
| | )<br>) Chief Judge: M. Casey Rodgers |
| This Document Relates to All Cases | ) Magistrate Judge Gary R. Jones |
| | ) |

## ORDER ON MOTION TO APPEAR *PRO HAC VICE*

Movant Kristina Anderson, having filed her Motion to Appear *Pro Hac Vice*, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion and admits Kristina Anderson *Pro Hac Vice* in this litigation.

So ordered, this _____ day of _____, 20___ .

_____
UNITED STATES DISTRICT COURT JUDGE