UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### ORDER

The Science & Technology Day currently scheduled for June 18, 2019 is hereby cancelled. The parties' presentations on the scientific aspects of this litigation will be rescheduled at a later date. The technology presentations will be incorporated into the Rule 16/Case Management Conference previously set for **June 17, 2019**.

**SO ORDERED** on this 24th day of May, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**