UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER OF APPOINTMENT

The Court has determined that the appointment of a special master and a CPA is necessary for the fair and efficient management of the Common Benefit Fund for this litigation. The Court has consulted with Lead Counsel for Plaintiffs and Plaintiffs support this appointment. Accordingly, the Court hereby appoints Ellen Reisman of Reisman Karron Greene LLP as Common Benefit Special Master and Randall Sansom as CPA. The Court is aware of Ms. Reisman and Mr. Sansom's credentials and experience, and finds them well qualified to perform this work.

Special Master Reisman is directed to meet and confer with Lead Counsel and the Common Benefit Fund Committee, and thereafter submit a proposed order regarding the guidelines and procedures for the creation of the Common Benefit Fund, including the submission of time worked and expenses incurred for the common benefit. Both Special Master Reisman and Mr. Sansom may communicate *ex parte* with plaintiffs' counsel and/or with the Court. Finally, Special Master

Reisman and Mr. Sansom shall be compensated from the Common Benefit Fund, once it is established.

**DONE** and **ORDERED**, on this 28th day of May, 2019.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**