**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Northern District of Florida Local Rule 11.1 and the Court's April 9, 2019 Order, Pretrial Order No. 3, Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of George Richard DiGiorgio  of the law firm Cory Watson, P.C., 2131 Magnolia Avenue S., Ste. 200, Birmingham, Alabama 35205, Telephone: (205) 328-2200, for purposes of appearance as counsel on behalf of the Plaintiffs in the above-styled case only, and in support thereof states as follows:

1. George Richard DiGiorgio resides in Alabama, and is not a resident of the State of Florida.

2. George Richard DiGiorgio is not admitted to practice in the Northern District of Florida, and is a member in good standing of the bar of the State of Alabama and the Federal District Court for the Northern District of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion are attached

1

hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Local Rule 11.1(C) and the Procedures for Admission set by the Clerk's office, Ernest Cory has completed the requirements to appear *pro hac vice* in this Court.

4. George Richard DiGiorgio has completed the Local Rules exam, confirmation number **FLND15579523842204**, and the required CM/ECF tutorials.

5. George Richard DiGiorgio has submitted to the Clerk the required $201.00 *pro hoc vice* admission fee.

6. George Richard DiGiorgio has upgraded his PACER account to "NextGen."

7. George Richard DiGiorgio the attorney of record for the following Plaintiffs:

   a. Sara George; *George v. 3M COMPANY;* 3:19-cv-1090-MCR-GRJ

   b. Lee Shaffer; *Shaffer v. 3M COMPANY;* 3:19-cv-00570-MCR-GRJ

WHEREFORE, Plaintiffs respectfully request the Court enter an Order admitting George Richard DiGiorgio of Cory Watson, P.C. *pro hac vice* in this case.

Respectfully submitted this the 28th day of May, 2019.

*/s/ G. Richard DiGiorgio*
G. Richard DiGiorgio
Cory Watson, P.C.
2131 Magnolia Avenue S., Ste. 200
Birmingham, AL 35205
Phone: (205) 328-2200
Email: RDiGiorgio@CoryWatson.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Courtesy copies were delivered via email to Interim Lead Counsel for Plaintiffs, Interim Liaison Counsel for Plaintiffs and attorneys for defendants listed in the Order Establishing Interim Procedures, Pretrial Order No. 2.

This the 28th day of May, 2019.

*/s/ G. Richard DiGiorgio*
G. Richard DiGiorgio