## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, May 29, 2019 8:43 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, May 29, 2019 1:41:28 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/29/2019 at 9:41 AM EDT and filed on 5/29/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 450 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) - 7 action(s)** *re: pldg. (1 in KS/2:19-cv-02214, 1 in MD/8:19-cv-01295, [439] in MDL No. 2885, 1 in MN/0:19-cv-01273, 1 in MN/0:19-cv-01300, 1 in MOW/4:19-cv-00213, 1 in NJ/1:19-cv-12074, 1 in TXS/2:19-cv-00139)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/29/2019.**

**Associated Cases: MDL No. 2885, KS/2:19-cv-02214, MD/8:19-cv-01295, MN/0:19-cv-01273, MN/0:19-cv-01300, MOW/4:19-cv-00213, NJ/1:19-cv-12074, TXS/2:19-cv-00139 (SM)**

| | |
|---|---|
| **Case Name:** | Horne v. 3M Company et al |
| **Case Number:** | MD/8:19-cv-01295 |

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) - 7 action(s)** *re: pldg. (1 in KS/2:19-cv-02214, 1 in MD/8:19-cv-01295, [439] in MDL No. 2885, 1 in MN/0:19-cv-01273, 1 in MN/0:19-cv-01300, 1 in MOW/4:19-cv-00213, 1 in NJ/1:19-cv-12074, 1 in TXS/2:19-cv-00139)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/29/2019.**

**Associated Cases: MDL No. 2885, KS/2:19-cv-02214, MD/8:19-cv-01295, MN/0:19-cv-01273, MN/0:19-cv-01300, MOW/4:19-cv-00213, NJ/1:19-cv-12074, TXS/2:19-cv-00139 (SM)**

| | |
|---|---|
| **Case Name:** | Morgan v. 3M Company et al |
| **Case Number:** | KS/2:19-cv-02214 |

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) - 7 action(s)** *re: pldg. (1 in KS/2:19-cv-02214, 1 in MD/8:19-cv-01295, [439] in MDL No. 2885, 1 in MN/0:19-cv-01273, 1 in MN/0:19-cv-01300, 1 in MOW/4:19-cv-00213, 1 in NJ/1:19-cv-12074, 1 in TXS/2:19-cv-00139)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/29/2019.**

**Associated Cases: MDL No. 2885, KS/2:19-cv-02214, MD/8:19-cv-01295, MN/0:19-cv-01273, MN/0:19-cv-01300, MOW/4:19-cv-00213, NJ/1:19-cv-12074, TXS/2:19-cv-00139 (SM)**

| | |
|---|---|
| **Case Name:** | Arriola v. 3M Company |
| **Case Number:** | TXS/2:19-cv-00139 |

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) - 7 action(s)** *re: pldg. (1 in KS/2:19-cv-02214, 1 in MD/8:19-cv-01295, [439] in MDL No. 2885, 1 in MN/0:19-cv-01273, 1 in MN/0:19-cv-01300, 1 in MOW/4:19-cv-00213, 1 in NJ/1:19-cv-12074, 1 in TXS/2:19-cv-00139)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/29/2019.**

**Associated Cases: MDL No. 2885, KS/2:19-cv-02214, MD/8:19-cv-01295, MN/0:19-cv-01273, MN/0:19-cv-01300, MOW/4:19-cv-00213, NJ/1:19-cv-12074, TXS/2:19-cv-00139 (SM)**

| | |
|---|---|
| **Case Name:** | Akhteebo v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01300 |

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) - 7 action(s)** *re: pldg. (1 in KS/2:19-cv-02214, 1 in MD/8:19-cv-01295, [439] in MDL No. 2885, 1 in MN/0:19-cv-01273, 1 in MN/0:19-cv-01300, 1 in MOW/4:19-cv-00213, 1 in NJ/1:19-cv-12074, 1 in TXS/2:19-cv-00139)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/29/2019.**

**Associated Cases: MDL No. 2885, KS/2:19-cv-02214, MD/8:19-cv-01295, MN/0:19-cv-01273, MN/0:19-cv-01300, MOW/4:19-cv-00213, NJ/1:19-cv-12074, TXS/2:19-cv-00139 (SM)**

| | |
|---|---|
| **Case Name:** | LAMBERT v. 3M COMPANY |
| **Case Number:** | NJ/1:19-cv-12074 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) - 7 action(s)** *re: pldg. (1 in KS/2:19-cv-02214, 1 in MD/8:19-cv-01295, [439] in MDL No. 2885, 1 in MN/0:19-cv-01273, 1 in MN/0:19-cv-01300, 1 in MOW/4:19-cv-00213, 1 in NJ/1:19-cv-12074, 1 in TXS/2:19-cv-00139)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/29/2019.**

**Associated Cases: MDL No. 2885, KS/2:19-cv-02214, MD/8:19-cv-01295, MN/0:19-cv-01273, MN/0:19-cv-01300, MOW/4:19-cv-00213, NJ/1:19-cv-12074, TXS/2:19-cv-00139 (SM)**

| | |
|---|---|
| **Case Name:** | McElroy v. 3M Company et al |
| **Case Number:** | MOW/4:19-cv-00213 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) - 7 action(s)** *re: pldg. (1 in KS/2:19-cv-02214, 1 in MD/8:19-cv-01295, [439] in MDL No. 2885, 1 in MN/0:19-cv-01273, 1 in MN/0:19-cv-01300, 1 in MOW/4:19-cv-00213, 1 in NJ/1:19-cv-12074, 1 in TXS/2:19-cv-00139)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/29/2019.**

**Associated Cases: MDL No. 2885, KS/2:19-cv-02214, MD/8:19-cv-01295, MN/0:19-cv-01273, MN/0:19-cv-01300, MOW/4:19-cv-00213, NJ/1:19-cv-12074, TXS/2:19-cv-00139 (SM)**

| | |
|---|---|
| **Case Name:** | Brown v. 3M Company |
| **Case Number:** | MN/0:19-cv-01273 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-13) - 7 action(s)** *re: pldg. (1 in KS/2:19-cv-02214, 1 in MD/8:19-cv-01295, [439] in MDL No. 2885, 1 in MN/0:19-cv-01273, 1 in MN/0:19-cv-01300, 1 in MOW/4:19-cv-00213, 1 in NJ/1:19-cv-12074, 1 in TXS/2:19-cv-00139)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/29/2019.**

**Associated Cases: MDL No. 2885, KS/2:19-cv-02214, MD/8:19-cv-01295, MN/0:19-cv-01273, MN/0:19-cv-01300, MOW/4:19-cv-00213, NJ/1:19-cv-12074, TXS/2:19-cv-00139 (SM)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MD/8:19-cv-01295 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Nicholas D Thompson    nthompson@moodyrrlaw.com

**MD/8:19-cv-01295 Notice will not be electronically mailed to:**

**KS/2:19-cv-02214 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Richard M Paul, III    rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Ashlea G Schwarz    Ashlea@PaulLLP.com, Alexis@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com

Sean R. Cooper    Sean@PaulLLP.com

**KS/2:19-cv-02214 Notice will not be electronically mailed to:**

**TXS/2:19-cv-00139 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Josh William Hopkins    jhopkins@herrmanandherrman.com

**TXS/2:19-cv-00139 Notice will not be electronically mailed to:**

**MN/0:19-cv-01300 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Nathan M Hansen     nathan@hansenlawoffice.com

**MN/0:19-cv-01300 Notice will not be electronically mailed to:**

**NJ/1:19-cv-12074 Notice has been electronically mailed to:**

Daniel Christopher Burke     dburke@bernlieb.com, dlee@bernlieb.com, jkeller@bernlieb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

MORRIS S. DWECK     dweck.morris@gmail.com

**NJ/1:19-cv-12074 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00213 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brandon James Bluford Boulware     brandon@boulware-law.com, info@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr     jeremy@boulware-law.com

**MOW/4:19-cv-00213 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

**MN/0:19-cv-01273 Notice has been electronically mailed to:**

Yvonne M Flaherty     ymflaherty@locklaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01273 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/29/2019] [FileNumber=913934-0]
[bb3642163f6ecf8c76bf06539a75fe232937dc1e9934bde32b2e4ad142d5b41fd94bc
22c6e7ac0c88cee3de326f23da1437e8c544805cc5916017280bc4ba64d]]