UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas C. Bonadio of the Law Offices of Peter G. Angelos, P.C., hereby enters his appearance as counsel for Plaintiff Joshua Keiner, Civil Action No. 3:19-cv-00597-MCR-GRJ. This action transferred to this Court from the District of Maryland. The undersigned has completed the administrative requirements set forth in Pretrial Order No. 3 (Tutorial Confirmation # **FLND15583640312222**).

Dated:  May 29, 2019         Respectfully submitted,


By: /s/ *Nicholas C. Bonadio*_____
    Nicholas C. Bonadio
    LAW OFFICES OF PETER G. ANGELOS, P.C.
    100 North Charles Street
    22nd Floor
    Baltimore, MD  21201
    Tel: (410) 649-2000
    Fax: (410) 649-2151
    Email: nbonadio@lawpga.com
    *Attorneys for Plaintiff Joshua Keiner*

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on May 29, 2019 and served electronically on all counsel of record.

/s/ *Nicholas C. Bonadio*
Nicholas C. Bonadio