UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to the Master Docket | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ranee Saunders of the law firm McGowan, Hood & Felder, LLC hereby enters her appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Ms. Saunders is filing a notice of appearance in an individual member case that has been transferred to this Court from the District of South Carolina by the JPML, *Govan v. 3M Co*, 3:19-cv-00584-MCR-GRJ. Ms. Saunders has completed the administrative requirements outlined in Pretrial Order No. 3 (tutorial confirmation number FLND15571105642139) and has been granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Respectfully submitted this 29th day of May 2019.

s/ *Ranee Saunders*
Ranee Saunders
McGowan, Hood & Felder, LLC
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Telephone: (843) 388-7202
Facsimile: (843) 388-3194
Email: rsaunders@mcgowanhood.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 29, 2019, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                         s/ *Ranee Saunders*
                                         Ranee Saunders