UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Documents Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

In accordance with Northern District of Florida Local Rule 11.1 and the Court's Pretrial Order No. 3 [Dkt. 4], dated April 9, 2019 Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Brad Ponder of the law firm Montgomery Ponder, LLC, 2226 1st Avenue South, Unit 105, Birmingham, Alabama 35233, Telephone: (205) 201-0303, for purposes of appearance as counsel on behalf of the Plaintiffs in the above-styled case only, and in support thereof states as follows:

  1. Brad Ponder resides in Alabama, and is not a resident of the State of Florida.

  2. Brad Ponder is not admitted to practice in the Northern District of Florida, and is a member in good standing of the bar of the State of Alabama and the Federal District Court for the Northern District of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion are

attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Local Rule 11.1(C) and the Procedures for Admission set by the Clerk's office, Brad Ponder has completed the requirements to appear *pro hac vice* in this Court.

4. Brad Ponder has completed the Local Rules exam, confirmation number FLND155855589092243, and the required CM/ECF tutorials.

5. Brad Ponder has submitted to the Clerk the required $201.00 pro hoc vice admission fee.

6. Brad Ponder has an upgraded PACER account.

7. Brad Ponder the attorney of record for the following Plaintiff:

   a. Jerroll Corbitt v. 3M COMPANY; 3:19-cv-1595-MCRGRJ;

WHEREFORE, Plaintiffs respectfully request the Court enter an Order admitting Brad Ponder *pro hac vice* in this case.

Submitted on May 30, 2019                    Respectfully submitted,

                                             */s/ Brad Ponder*
                                             Brad Ponder
                                             Montgomery Ponder, LLC
                                             2226 First Avenue South; Unit 105
                                             Birmingham, Alabama 35203
                                             Telephone: 205.201.0303
                                             Facsimile: 205.208.9443
                                             Brad@montgomeryponder.com

                                             Attorneys for the Plaintiff

# **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Submitted on May 30, 2019                     */s/ Brad Ponder*