UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Gerald B. Singleton, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of California. Copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15587499512256, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Gerald B. Singleton respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 30, 2019						Respectfully submitted,


							/s/ Gerald Singleton
							SINGLETON LAW FIRM
							Gerald Singleton
							gerald@slffirm.com
							401 A Street, 5th Floor
							San Diego, CA 92101
							Telephone No.: (619) 771-3473
							Facsimile No.:  (619) 255-1515
							CA Bar: 208783

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 30, 2019 and served electronically on all counsel of record.

      /s/ *Gerald Singleton*
      GERALD SINGLETON