# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers |
| This Document Relates to All Cases | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Jonathan R. Mencel of McSweeney Langevin, hereby enters his appearance as counsel for Plaintiff Kristopher Ohara, Civil Action No. 3:19-cv-01493-MCR-GRJ. This action was transferred to this Court from the District of Minnesota. The undersigned has completed the administrative requirements set forth in Pretrial Order No. 3 (Tutorial Confirmation # **FLND15580254822214**.

Dated: June 4, 2019            Respectfully submitted,

/s/ Jonathan R. Mencel

Jonathan R. Mencel, MN Bar No. 390056
McSweeney / Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
Email: jon@westrikeback.com
*Attorneys for Plaintiff Kristopher Ohara*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on June 4, 2019 and served electronically on all counsel of record.

/s/ Jonathan R. Mencel
Jonathan R. Mencel