# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENNSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG : <br> PRODUCTS LIABILITY LITIGATION : <br>   : <br>   : <br> This Document Relates to All Cases : <br>   : | Case No.: 3:19md2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, **Ashley B. DiLiberto**, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Pennsylvania and is not a full-time resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar of the Commonwealth of Pennsylvania. A true and correct copy of a Certificate of Good Standing from the Commonwealth of Pennsylvania dated within thirty (30) days of this motion is attached hereto as Exhibit "A," and made a part hereof.

3. Movant is admitted to practice and is a member in good standing of the Bar of the State of New Jersey. A true and correct copy of a Certificate of Good Standing from the State of New Jersey dated within thirty (30) days of this motion is attached hereto as Exhibit "B," and made a part hereof.

4. Movant is admitted to practice and is a member in good standing of the Bar of the State of Delaware. A true and correct copy of a Certificate of Good Standing from the State of Delaware dated within thirty (30) days of this motion is attached hereto as Exhibit "C," and made a part hereof.

5. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and exam, confirmation #FLND15572679732157, and the online CM/ECF Tutorial.

6. Movant has submitted to the Clerk the required Two Hundred One ($201.00) Dollar pro hac vice admission fee.

7. Movant's PACER account was created prior to filing this motion.

8. Movant is the attorney of record in the below-listed related cases:

    - Civil Case No.: 3:19cv00657-MCR-GRJ; Thomas Nace v. 3M Company.
    - Civil Case No.: 3:19cv01348-MCR-HTC; Llewellyn Hunt v. 3M Company.
    - Civil Case No.: 3:19cv01339-MCR-EMT; Vincent Nash v. 3M Company.
    - Civil Case No.: 3:19cv01344-RV-HTC; Mataio Nuualiitia v. 3M Company.

**WHEREFORE**, Ashley B. DiLiberto, respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide Notice of Electronic Case Filings to the undersigned.

Dated: June 3, 2019                              **Respectfully submitted,**

                                                 By: *Ashley B. DiLiberto*
                                                     Ashley B. DiLiberto, Esquire
                                                     Messa & Associates, P.C.
                                                     123 South 22nd Street
                                                     Philadelphia, Pennsylvania 19103
                                                     (215) 568-3500 / Telephone
                                                     (215) 568-3501 / Facsimile
                                                     Pa. Bar No.: 323701

# Exhibit "A"



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Ashley Beth DiLiberto, Esq.

#### DATE OF ADMISSION

*May 4, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: May 8, 2019**

_____
Patricia A. Johnson
Chief Clerk

# Exhibit "B"

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **ASHLEY B DILIBERTO** (*No.* **249922017**) *was constituted and appointed an Attorney at Law of New Jersey on* **November 22, 2017** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **10TH** *day of* **May**, *20* **19**.

*Heather J Baker*
*Clerk of the Supreme Court*

-453a-

# Exhibit "C"

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Ashley B. Diliberto** was admitted to practice as an attorney in the Courts of this State on **December 14, 2016** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 3rd day of May, 2019.

Lisa A. Dolph
Clerk of the Supreme Court