UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    June 4, 2019

Motion/Pleadings:    MOTION TO APPEAR *PRO HAC VICE*

Filed by  Ashley B. DiLiberto    on  June 4, 2019            Doc. #  406

Response  _____    on  _____    Doc. #  ____

_____ Stipulated          _____ Joint Pleading
_____ Unopposed        _____ Consented

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT
                                        */s/ Kathy Rock*
                                        Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 4th day of June 2019.

                                        *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**