**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

The Science Day proceeding is scheduled for **Monday, August 26, 2019 at 9:00 a.m. (Central)**. The parties must meet and confer regarding proposed parameters for the presentations—including timing, scope (*e.g.*, topics, level of detail), format, and presenters—and submit a joint proposed agenda for Science Day by August 5, 2019.

**SO ORDERED** on this 4th day of June, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**