## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, June 05, 2019 7:10 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, June 5, 2019 12:07:58 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 6/5/2019 at 8:07 AM EDT and filed on 6/5/2019
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](MDL No. 2885)
**Filer:**
**Document Number:** 456

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Lee v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01351 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Hill v. 3M Company |
| **Case Number:** | MN/0:19-cv-01355 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Haslage v. 3M Company |
| **Case Number:** | MN/0:19-cv-01353 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-*

*cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | LaCroix v. 3M Company |
| **Case Number:** | MN/0:19-cv-01358 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Goehring v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01335 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Zanger v. 3M Company |
| **Case Number:** | AZ/2:19-cv-03204 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Cameron Thompson v. 3M Company et al |
| **Case Number:** | CAC/2:19-cv-04547 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Woods v. 3M Company |
| **Case Number:** | MN/0:19-cv-01361 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-*

*cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Hamilton v. 3M Company |
| **Case Number:** | MN/0:19-cv-01352 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Marquis v. 3M Company |
| **Case Number:** | MN/0:19-cv-01359 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

**Case Name:** Johnson v. 3M Company
**Case Number:** MN/0:19-cv-01354
**Filer:**
**Document Number:** 3

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)* re: pldg. *(1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

**Case Name:** DeLapp v. 3M Company
**Case Number:** ALS/1:19-cv-00239
**Filer:**
**Document Number:** 3

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)* re: pldg. *(1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

**Case Name:** Mcafee v. 3M Company
**Case Number:** MN/0:19-cv-01360
**Filer:**
**Document Number:** 3

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)* re: pldg. *(1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-*

*cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

| | |
|---|---|
| **Case Name:** | Johnston v. 3M Company |
| **Case Number:** | MN/0:19-cv-01357 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-14) - 14 action(s)** *re: pldg. (1 in ALS/1:19-cv-00239, 1 in AZ/2:19-cv-03204, 1 in CAC/2:19-cv-04547, [447] in MDL No. 2885, 1 in MN/0:19-cv-01335, 1 in MN/0:19-cv-01351, 1 in MN/0:19-cv-01352, 1 in MN/0:19-cv-01353, 1 in MN/0:19-cv-01354, 1 in MN/0:19-cv-01355, 1 in MN/0:19-cv-01357, 1 in MN/0:19-cv-01358, 1 in MN/0:19-cv-01359, 1 in MN/0:19-cv-01360, 1 in MN/0:19-cv-01361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2019.**

**Associated Cases: MDL No. 2885, ALS/1:19-cv-00239, AZ/2:19-cv-03204, CAC/2:19-cv-04547, MN/0:19-cv-01335, MN/0:19-cv-01351, MN/0:19-cv-01352, MN/0:19-cv-01353, MN/0:19-cv-01354, MN/0:19-cv-01355, MN/0:19-cv-01357, MN/0:19-cv-01358, MN/0:19-cv-01359, MN/0:19-cv-01360, MN/0:19-cv-01361 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-01351 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Nathan M Hansen    nathan@hansenlawoffice.com

**MN/0:19-cv-01351 Notice will not be electronically mailed to:**

**MN/0:19-cv-01355 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com,

rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01355 Notice will not be electronically mailed to:**

**MN/0:19-cv-01353 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01353 Notice will not be electronically mailed to:**

**MN/0:19-cv-01358 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01358 Notice will not be electronically mailed to:**

**MN/0:19-cv-01335 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Nathan M Hansen     nathan@hansenlawoffice.com

**MN/0:19-cv-01335 Notice will not be electronically mailed to:**

**AZ/2:19-cv-03204 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

J Blake Mayes     blake@mayestelles.com

Gail Barsky     gail@mayestelles.com

**AZ/2:19-cv-03204 Notice will not be electronically mailed to:**

**CAC/2:19-cv-04547 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Ramin Kermani-Nejad     rk@kermanillp.com

Sierra Elizabeth     sierra.elizabeth@kirkland.com

Mohamad Saleh Ahmad     ma@kermanillp.com

Hani Ganji     hg@kermanillp.com

**CAC/2:19-cv-04547 Notice will not be electronically mailed to:**

**MN/0:19-cv-01361 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01361 Notice will not be electronically mailed to:**

**MN/0:19-cv-01352 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01352 Notice will not be electronically mailed to:**

**MN/0:19-cv-01359 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01359 Notice will not be electronically mailed to:**

**MN/0:19-cv-01354 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01354 Notice will not be electronically mailed to:**

**ALS/1:19-cv-00239 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Grant David Amey     grantamey@grantamey.com

Frederick Thurman Kuykendall, III     ftkuykendall@yahoo.com, grantamey@grantamey.com, ssteely@aol.com

**ALS/1:19-cv-00239 Notice will not be electronically mailed to:**

**MN/0:19-cv-01360 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01360 Notice will not be electronically mailed to:**

**MN/0:19-cv-01357 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01357 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/5/2019] [FileNumber=915531-0] [
6007fa9d5f3d7faac80af3970ed26d46c590cb958885d8249663db23d48d7df8c18463
bef913a441e6b3db8cb2037c00c96ed77ca3b6048f9b75304b00113437]]