UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILTY LITIGATION<br><br>This Document Relates to the Master Docket | )<br>)<br>)<br>)  Case No. 3:19-md-02885-MCR-GRJ<br>)<br>)  Judge M. Casey Rodgers<br>)  Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jessica S. Williams hereby enters her appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 (ECF No. 4). Ms. Williams is counsel of record in individual cases transferred to this Court from the Southern District of California by the JPML. Ms. Williams has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (tutorial confirmation number FLND 15554576361987) and has previously been granted admission *pro hac vice* in this District. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Respectfully Submitted,

Date: June 3rd, 2019

/s/ Jessica S. Williams
Jessica S. Williams (CA Bar #:314762)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
jwilliams@thegomezfirm.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 3rd day of June, 2019.

/s/ Jessica S. Williams
Jessica S. Williams (CA Bar #:314762)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
jwilliams@thegomezfirm.com

*Attorney for Plaintiff*