# EXHIBIT A



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## GREGORY CHARLES GRAF

was admitted to practice in this court on
November 1, 1983
and is in good standing with no disciplinary history.

Dated: June 3, 2019

_Jeffrey P. Colwell_
Jeffrey P. Colwell, Clerk

