UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> This Document Relates to the Master ) <br> Docket ) <br> _____ | Case No. 3:19-cv-02885-MCR-GRJ <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, Pretrial Order No. 5, and the Northern District of Florida Local Rule 11.1, I, R. Seth Crompton, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof, states as follows:

1. Movant is admitted to practice and is a member in good standing of the bar of the State of Missouri. I am a resident of the State of Missouri and regularly practice law in the State of Missouri. A copy of a Certificate of Good Standing from the bar of the State of Missouri dated within 30 days of this Motion is attached hereto as Exhibit A and made a part hereof.

2. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the online Local Rules tutorial exam and the CM/ECF online tutorial, confirmation number FLND15574055052162.

3. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

4. Movant has upgraded his PACER account to "NextGen".

5. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit B and made a part hereof. In accordance with Pretrial Order No. 3,

upon admission *pro hac vice* the undersigned will file a Notice of Appearance for the cases listed in Exhibit B.

WHEREFORE, R. Seth Crompton respectfully requests that this Court enter and Order granting this Motion to Appear *Pro Hac Vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: June 5, 2019

*/s/ R. Seth Crompton*
R. Seth Crompton – MO Bar #: 57448
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: scrompton@allfela.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 5th day of June, 2019.

*/s/ R. Seth Crompton*
R. Seth Crompton – MO Bar #: 57448
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: scrompton@allfela.com