UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG  Case No.: 3:19-md-2885–MCR-GRJ
PRODUCTS LIABILITY LITIGATION,  Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

_____

CASE LIST

EXHIBIT B

1. Roberto Garcia v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-00659-MCR-GRJ.

2. Dennis Graham v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-00856-MCR-GRJ.

3. Travis Mann v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-00800-MCR-GRJ.

4. Thomas McDonagh v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-00663-MCR-GRJ.

5. Thomas Moore v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-01371-MCR-GRJ.

6. Shayne Stokes v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-00661-MCR-GRJ.

7. Anthony Thigpen v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-01370-MCR-GRJ.

8. Noel Torres v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-00656-MCR-GRJ.

9. Jason Vaughn v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-01506-MCR-GRJ.

10. Daniel Boado v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-01596-MCR-GRJ.

11. Juan M. Cabrera Rosario 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-01599-MCR-GRJ.

12. Rickey Usinger v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-01600-MCR-GRJ.

13. Jadarius Adkins v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-01602-MCR-GRJ.

14. Remediaz Arellano v 3M Company, United States District Court, Northern District of Florida, Case No.: 3:19-cv-01604-MCR-GRJ.