UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 5, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Gregory C. Graf      on  June 5, 2019         Doc. #  411

Response _____ on _____ Doc. # _____

_____ Stipulated         _____ Joint Pleading
_____ Unopposed       _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 5th day of June 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**