UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| This Document Relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

James A. Piatt of Riley Williams & Piatt, LLC, hereby enters his appearance as counsel for Plaintiff Griffin Bonnema, case number 3:19-cv-01517-MCR-GRJ, transferred to this Court from the Northern District of Indiana; and James D. Koers, case number 3:19-cv-01518-MCR-GRJ, transferred to this Court from the Southern District of Indiana. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, the undersigned has successfully completed both the Local Rules tutorial exam, confirmation number FLND15590623782258, and the CM/ECF online tutorial, and has upgraded his PACER account. Counsel requests all further papers and pleadings in this matter be served upon the undersigned.

Dated:  June 6, 2019            Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC

/s/ *James A. Piatt*
James A. Piatt, IN Bar #28320-49
301 Massachusetts Avenue, Suite 301
Indianapolis, IN 46204
(317) 633-5270
Fax:  (317) 426-3348
jpiatt@rwp-law.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on the 6th day of June, 2019, and was served electronically on all counsel of record.

/s/ *James A. Piatt*
James A. Piatt