## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on __June 6, 2019__

Motion/Pleadings:  __MOTION TO APPEAR *PRO HAC VICE*__

Filed by __William L. Barton__ on __June 5, 2019__   Doc. # __415__

Response _____ on _____   Doc. # ____

| | Stipulated | | Joint Pleading |
|---|---|---|---|
| | Unopposed | | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 6th day of June 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**