UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF NAME CHANGE

To the Clerk of Court, all parties and their attorneys of record:

PLEASE TAKE NOTICE that Clark, Love, & Hutson, G.P., counsel for multiple Plaintiffs in this matter, has changed its name to Clark, Love, & Hutson, PLLC. The firm's street address, phone number, fax number, and email addresses have not been affected by this change.

We would appreciate it if you would update your records accordingly.

Dated: June 7, 2019                    Respectfully submitted,

By: /s/ *Scott A. Love*
Scott A. Love
Texas State Bar No. 24002495
CLARK, LOVE & HUTSON, G.P.
440 Louisiana St., Ste. 1600
Houston, TX 77002
Phone: (713) 757-1400
Facsimile: (713) 759-1217
slove@triallawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on June 7, 2019 and served electronically on all counsel of record.

/s/ *Scott A. Love*
Scott A. Love