**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## <u>MOTION TO APPEAR *PRO HAC VICE*</u>

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Lesley Paniszczyn, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1.  Movant resides in Texas, and is not a resident of the State of Florida.

2.  Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.  Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15545004151907, and the CM/ECF online tutorial.

4.  Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.  Movant has upgraded her PACER account to "NextGen."

6.  Movant represents the Plaintiff in the following action that was directly filed into the MDL:

    *   HALL v. 3M COMPANY 3:19-cv-01532-MCR-GRJ

WHEREFORE, Lesley Paniszczyn respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  June 7, 2019                                Respectfully submitted,


                                                    /s/ *Lesley Paniszczyn*
                                                    THOMAS J. HENRY LAW, PLLC

                                                    Lesley Paniszczyn
                                                    lpan.3m@thomasjhenrylaw.com
                                                    521 Starr Street
                                                    Corpus Christi, Texas 78401
                                                    Telephone No.: (361) 985-0600
                                                    Facsimile No.:  (361) 985-0601
                                                    TX Bar: 24079103

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on June 7, 2019 served electronically on all counsel of record.


/s/ *Lesley Paniszczyn*
Lesley Paniszczyn