## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, June 12, 2019 7:05 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, June 12, 2019 12:04:06 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/12/2019 at 8:04 AM EDT and filed on 6/12/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [463](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-15) - 5 action(s)** *re: pldg. (1 in CT/3:19-cv-00796, 1 in LAM/3:19-cv-00338, [454] in MDL No. 2885, 1 in MN/0:19-cv-01390, 1 in MN/0:19-cv-01443, 1 in TXN/4:19-cv-00372)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/12/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00796, LAM/3:19-cv-00338, MN/0:19-cv-01390, MN/0:19-cv-01443, TXN/4:19-cv-00372 (TLL)**

| | |
|---|---|
| **Case Name:** | Zayas-Bazan v. 3M Company et al |
| **Case Number:** | [CT/3:19-cv-00796](#) |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-15) - 5 action(s)** *re: pldg. (1 in CT/3:19-cv-00796, 1 in LAM/3:19-cv-00338, [454] in MDL No. 2885, 1 in MN/0:19-cv-01390, 1 in MN/0:19-cv-01443, 1 in TXN/4:19-cv-00372)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/12/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00796, LAM/3:19-cv-00338, MN/0:19-cv-01390, MN/0:19-cv-01443, TXN/4:19-cv-00372 (TLL)**

| | |
|---|---|
| **Case Name:** | Kurth v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01443 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-15) - 5 action(s)** *re: pldg. (1 in CT/3:19-cv-00796, 1 in LAM/3:19-cv-00338, [454] in MDL No. 2885, 1 in MN/0:19-cv-01390, 1 in MN/0:19-cv-01443, 1 in TXN/4:19-cv-00372)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/12/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00796, LAM/3:19-cv-00338, MN/0:19-cv-01390, MN/0:19-cv-01443, TXN/4:19-cv-00372 (TLL)**

| | |
|---|---|
| **Case Name:** | Massey v 3M Company et al |
| **Case Number:** | TXN/4:19-cv-00372 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-15) - 5 action(s)** *re: pldg. (1 in CT/3:19-cv-00796, 1 in LAM/3:19-cv-00338, [454] in MDL No. 2885, 1 in MN/0:19-cv-01390, 1 in MN/0:19-cv-01443, 1 in TXN/4:19-cv-00372)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/12/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00796, LAM/3:19-cv-00338, MN/0:19-cv-01390, MN/0:19-cv-01443, TXN/4:19-cv-00372 (TLL)**

| | |
|---|---|
| **Case Name:** | Allen v. 3M Company et al |
| **Case Number:** | LAM/3:19-cv-00338 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-15) - 5 action(s)** *re: pldg. (1 in CT/3:19-cv-00796, 1 in LAM/3:19-cv-00338, [454] in MDL No. 2885, 1 in MN/0:19-cv-01390, 1 in MN/0:19-cv-01443, 1 in TXN/4:19-cv-00372)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/12/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00796, LAM/3:19-cv-00338, MN/0:19-cv-01390, MN/0:19-cv-01443, TXN/4:19-cv-00372 (TLL)**

| | |
|---|---|
| Case Name: | Hoggarth v. 3M Company et al |
| Case Number: | MN/0:19-cv-01390 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-15) - 5 action(s)** *re: pldg. (1 in CT/3:19-cv-00796, 1 in LAM/3:19-cv-00338, [454] in MDL No. 2885, 1 in MN/0:19-cv-01390, 1 in MN/0:19-cv-01443, 1 in TXN/4:19-cv-00372)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/12/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00796, LAM/3:19-cv-00338, MN/0:19-cv-01390, MN/0:19-cv-01443, TXN/4:19-cv-00372 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**CT/3:19-cv-00796 Notice has been electronically mailed to:**

Robert I. Reardon, Jr     rreardon@reardonlaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CT/3:19-cv-00796 Notice will not be electronically mailed to:**

**MN/0:19-cv-01443 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Charles H. Johnson     bdehkes@charleshjohnsonlaw.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MN/0:19-cv-01443 Notice will not be electronically mailed to:**

**TXN/4:19-cv-00372 Notice has been electronically mailed to:**

Gregory F Cox    gfcox@mostynlaw.com

Michael A. Burns    epefile@mostynlaw.com

Caroline L Maida    epefile@mostynlaw.com

Amber A Mostyn    ALA_teamefile@mostynlaw.com, amber@mostynlaw.com, aihaynes@mostynlaw.com, epefile@mostynlaw.com

**TXN/4:19-cv-00372 Notice will not be electronically mailed to:**

3M Company
c/o Registered Agent Corporation Service Company
135 North Pennsylvania Street
Suite 1610
Indianapolis, IN 46204

Aearo Technologies LLC
c/o Registered Agent Corporation Service Company
135 North Pennsylvania Street
Suite 1610
Indianapolis, IN 46204

**LAM/3:19-cv-00338 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Scott Michael Mansfield    scott@mansfieldmelancon.com

Kelley Randlev Dick, Jr    kelley@mansfieldmelancon.com

Collin Roy Melancon    Collin@mansfieldmelancon.com

Brad Cranmer    brad@mansfieldmelancon.com

Jay C. Zainey, Jr    chris@huberslack.com

**LAM/3:19-cv-00338 Notice will not be electronically mailed to:**

**MN/0:19-cv-01390 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio     vincent@bennerotte.com

**MN/0:19-cv-01390 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/12/2019] [FileNumber=916984-0]
[64940150f8b9af1c9558e35efbf413f5ec34b72c7c952180820de2a1f209108c1695f
ac4854348555313af094f8ed79afe6cbfe55fdd4cc07217fcf301beff57]]