UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |
| | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel R. Seidman of Seidman Margulis & Fairman, LLP, hereby enters his appearance as counsel for all Plaintiffs in the following actions transferred to this Court from the District of Minnesota:

- *Edmon Akhteebo vs. 3M Company, et al.*, 3:19-cv-01559
- *Nicole Goehring v. 3M Company, et al.*, 3:19-cv-01634
- *Jeremy Lee v. 3M Company, et al.*, 3:19-cv-01635

The undersigned has completed the administrative requirements outlined in Pretrial Order No. 3, including the online Local Rules tutorial exam, confirmation number FLND15595291602280, and the CM/ECF online tutorials.

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Dated: June 12, 2019            Respectfully submitted,

By: /s/ Daniel R. Seidman
Daniel R. Seidman (IL # 6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
F: (224) 603-8345
dseidman@seidmanlaw.net

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on June 12, 2019, served electronically on all counsel of record.

By: /s/ Daniel R. Seidman
Daniel R. Seidman (IL # 6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
F: (224) 603-8345
dseidman@seidmanlaw.net
