UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 12, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Laurie Dobson      on  June 12, 2019         Doc. #  424

Response _____ on _____ Doc. # _____

\_\_\_\_\_  Stipulated        \_\_\_\_\_  Joint Pleading
\_\_\_\_\_  Unopposed         \_\_\_\_\_  Consented

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

                                                  */s/ Kathy Rock*
                                                  Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 12th day of June 2019.

                                                  *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**