UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

# ORDER

Following the parties' Rule 26(f) conference, it has become apparent that the upcoming case management conference and the parties' joint ESI presentation will take the better part of the day on Monday, June 17, 2019. Given the anticipated scope of those proceedings, the vendor technology presentations will be moved back to Tuesday, June 18, 2019, beginning at 9:00 a.m. CST. A more detailed schedule outlining the time allotted for each vendor's presentation will be entered on Friday, June 14, 2019, after the Court has had the opportunity to review the vendors' proposals. Please be advised that all information presented by the vendors, including written proposals, is confidential among the Court, leadership counsel, and pertinent special masters. No vendor will be permitted to observe the presentation of another vendor.

**SO ORDERED** on this 12th day of June, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**