# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers |
| This Document Relates to All Cases | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that A. Paige Caraway of Hollis, Wright, Clay & Vail, P.C., hereby enters her appearance as counsel for Plaintiff Jason Hulsey, Civil Action No. 3:19-cv-01474-MCR-GRJ. This action was transferred to this Court from the Northern District of Alabama. The undersigned has completed the administrative requirements set forth in Pretrial Order No. 3 (Tutorial Confirmation Number FLND15556089721999).

Dated: June 13, 2019

Respectfully submitted,

*/s/ Ashley Paige Caraway*
Ashley Paige Caraway
Bar No.: 6258I44K
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Tel: (205) 324-3600
Fax: (205) 324-3636
paigec@hollis-wright.com
*Attorney for Jason Hulsey*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on June 13, 2019 and served electronically on all counsel of record.

*/s/ Ashley Paige Caraway*
Ashley Paige Caraway