UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Gerald B. Singleton, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of California. Copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15587499512256, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiff in Jeffrey Swann v. 3M Company and Aearo Technologies, LLC. Case No.: 1:19CV-480-RP, filed in the Western District of Texas and transferred into the MDL on May 21, 2019.

WHEREFORE, Gerald B. Singleton respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: June 13, 2019						Respectfully submitted,

/s/ Gerald Singleton
SINGLETON LAW FIRM
Gerald Singleton
gerald@slffirm.com
401 A Street, 5th Floor
San Diego, CA 92101
Telephone No.: (619) 771-3473
Facsimile No.: (619) 255-1515
CA Bar: 208783

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Amended Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on June 13, 2019 and served electronically on all counsel of record.

/s/ *Gerald Singleton*
GERALD SINGLETON