UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| This Document Relates to:<br><br>**JEFFREY SWANN,**<br>*Plaintiff,*<br><br>v.<br><br>**3M COMPANY AND AERO TECHNOLOGIES, LLC,**<br>*Defendants,* | Case No. 3:19-cv-01513-MCR-GRJ<br><br>In Re: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>MDL Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gerald B. Singleton of Singleton Law Firm, hereby enters his appearance as counsel for Plaintiff Jeffrey Swann in the above-entitled action originally filed in the Western District of Texas case number 1:19-cv-480 and transferred to this court pursuant to the Conditional Transfer Order (CTO-12) entered on May 21, 2019. Mr. Singleton's application is pending to appear *pro hac vice* before the United States District Court, Northern District of Florida, Pensacola Division pursuant to Pretrial Order No. 3 (ECF No. 4). Counsel requests that all further papers and pleadings in this matter be served upon the undersigned at the address below.

Dated: June 13, 2019                                Respectfully submitted,


/s/ Gerald Singleton
SINGLETON LAW FIRM
Gerald Singleton
gerald@slffirm.com
450 A Street, 5th Floor
San Diego, CA 92101
Telephone No.: (619) 771-3473
Facsimile No.:  (619) 255-1515
CA Bar: 208783

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing NOTICE OF APPEARANCE was filed electronically with the Clerk of the Court using the CM/ECF system on June 13, 2019 and served electronically on all counsel of record.

/s/ *Gerald Singleton*
GERALD SINGLETON