# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1 of the Local Rules, I, **Jason M. Hart**, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Virginia and is not a full-time resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the Bar of the Commonwealth of Virginia. Movant has attached a true and correct copy of a Certificate of Good Standing from the Commonwealth of Virginia dated within 30 days of this motion as **Exhibit A**.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and Exam, confirmation number FLND15584648782233, and the online CM/ECF Tutorial.

4. Movant has paid to the Clerk the requisite *pro hac vice* admission fee of $201.00.

5. Movant maintains an updated PACER account.

WHEREFORE, Movant Jason M. Hart respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide Notice of Electronic Case Filings to the undersigned.

Dated: June 17, 2019                              Respectfully Submitted,

                                                                                                       /s/ Jason M. Hart  
THE JOEL BIEBER FIRM  
6806 Paragon Place  
Richmond, VA 23230  
(Office) (804) 358-2200  
(Fax) (804) 358-2262  
jhart@joelbieber.com