# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

Jason Matthew Hart

was admitted to practice as an attorney and counsellor at the bar of this Court on October 27, 2008.

I further certify that so far as the records of this office are concerned, Jason Matthew Hart is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 14th day of June
A.D. 2019

By: _____
*Deputy Clerk*