AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| JIMMY TALLEY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-01512 |
| 3M Company, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jimmy Talley                                                                                                                       .

Date:  06/17/2019

/s/ Sarah Shoemake Doles
*Attorney's signature*

Sarah Shoemake Doles, 45747 MO
*Printed name and bar number*

CAREY DANIS & LOWE
8235 Forsyth Blvd, Suite 1100
St. Louis, MO 63105
*Address*

sdoles@careydanis.com
*E-mail address*

(314) 725-7700
*Telephone number*

(314) 721-0905
*FAX number*