UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### ORDER

The vendor technology presentations are scheduled for Tuesday, June 18, 2019 beginning at 9:00 a.m. CST. The presentations will proceed as follows.

| **ESI-Only** |
|---|
| Sandline Discovery |
| KLD |
| MetaE |
| BDO |
| **Litigation Platform** |
| BrownGreer PLC |
| Ankura |
| LMI |
| **Military Records** |
| Cerner |

The ESI-only vendors' presentations should be no longer than 15 to 20 minutes. The litigation platform vendors' presentations should be no longer than 30 to 45 minutes. The military records vendor's presentation should be no longer than 20 to 30 minutes.

**SO ORDERED** on this 17th day of June, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**