UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | ) Case No. 3:19md2885<br>)<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas F. Wasdin of the law firm Kirkland & Ellis LLP hereby enters his appearance as counsel for Defendants 3M Company, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC. Mr. Wasdin is an attorney of record in one of the actions transferred to this Court and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). Pursuant to Pretrial Order No. 3, he has completed the online Local Rules tutorial exam, confirmation number FLND15604637642315, and the CM/ECF online tutorials. All further papers and pleadings in this action should be served on the undersigned.

DATED: June 17, 2019              By: */s/ Nicholas F. Wasdin*
                                  Nicholas F. Wasdin
                                  KIRKLAND & ELLIS LLP

1

300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
Email: nick.wasdin@kirkland.com

*Attorney for Defendants 3M Company, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC*

2

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED:  June 17, 2019                     */s/ Nicholas F. Wasdin*
                                                         Nicholas F. Wasdin