UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATIONS | MDL No. 2885 |
| THIS DOCUMENT RELATES TO ALL CASES | Master File No. 3:19-md-2885 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward A. Wallace of Wexler Wallace, LLP, hereby notices his appearance as counsel for Plaintiffs Javier Duran (0:19-cv-00392) and Jeffrey Lee Jones (0:19-cv-00880). Both of which have been transferred to this District Court from the District of Minnesota. The undersigned has completed the administrative requirements outlined in the Pretrial Order No. 3 (Tutorial Confirmation #**: FLND15602022942302)**.  All further papers and pleadings in this action should be served on the undersigned.

Dated: June 17, 2019       By:   /s/Edward A. Wallace
                                  Edward A. Wallace
                                  WEXLER WALLACE LLP
                                  55 W. Monroe St., Suite 3300
                                  Chicago, IL 60603
                                  Tel: (312) 346-2222
                                  Fax: (312) 346-0022
                                  Email: eaw@wexlerwallace.com

                                  *Attorney for Plaintiffs Javier Duran*
                                  *and Jeffrey Lee Jones*

## **CERTIFICATE OF SERVICE**

      In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I, Edward A. Wallace, hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

Dated: June 17, 2019                                             /s/Edward A. Wallace
                                                                           Edward A. Wallace