# EXHIBIT A

1. BEGPROD or BEGBATES (Beginning Production Number)
2. ENDPROD or ENDBATES (Ending Production Number)
3. BEGATTACH
4. ENDATTACH
5. PARENTID
6. NUMATTACH or ATTACHMENT COUNT
7. MD5HASH
8. CUSTODIAN
9. ALL CUSTODIANS (where applicable)
10. FROM
11. TO
12. CC
13. BCC
14. SUBJECT
15. SENT DATE
16. SENT TIME
17. RECEIVED DATE
18. RECEIVED TIME
19. CONVERSATION INDEX
20. FILE PATH
21. ALL FILE PATHS
22. FILE EXTENSION
23. FILE NAME
24. DOCUMENT TYPE (or FILE DESCRIPTION)
25. FILESIZE
26. AUTHOR
27. ORGANIZATION (or COMPANY)
28. TITLE
29. PAGECOUNT (or IMAGE COUNT)
30. CREATED DATE
31. CREATED TIME
32. LAST MODIFIED DATE
33. LAST MODIFIED TIME
34. NATIVEFILE_LINK
35. TEXTFILE_LINK
36. EMBEDDED OBJECTS (where applicable)
37. ATTACHMENT NAMES
38. LAST MODIFIED BY
39. REDACTED
40. IMPORTANCE (emails only)
41. REDACTIONREASON

42. HASREVISIONS
43. HASCOMMENTS
44. HASHIDDENTEXT
45. HASHIDDENSLIDES
46. HASSPEAKERNOTES
47. HASHIDDENROWS
48. HASHIDDENCOLUMS
49. HASHIDDENWORKSHEETS
50. HASVERYHIDDENWORKSHEETS
51. CONFIDENTIALITY
52. FAMILYDATE
53. MSGID