# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, June 18, 2019 7:24 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, June 18, 2019 12:21:54 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/18/2019 at 8:21 AM EDT and filed on 6/18/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [465](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) - 3 action(s)** *re: pldg. ([461] in MDL No. 2885, 1 in MN/0:19-cv-01461, 1 in NYN/5:19-cv-00667, 1 in PAE/2:19-cv-02361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/18/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01461, NYN/5:19-cv-00667, PAE/2:19-cv-02361 (TLL)**

| | |
|---|---|
| **Case Name:** | Riddick et al v. 3M Company et al |
| **Case Number:** | [MN/0:19-cv-01461](#) |
| **Filer:** | |

| | |
|---|---|
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) - 3 action(s)** *re: pldg. ( [461] in MDL No. 2885, 1 in MN/0:19-cv-01461, 1 in NYN/5:19-cv-00667, 1 in PAE/2:19-cv-02361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/18/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01461, NYN/5:19-cv-00667, PAE/2:19-cv-02361 (TLL)**

| | |
|---|---|
| Case Name: | DOLAN v. 3M COMPANY |
| Case Number: | PAE/2:19-cv-02361 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) - 3 action(s)** *re: pldg. ( [461] in MDL No. 2885, 1 in MN/0:19-cv-01461, 1 in NYN/5:19-cv-00667, 1 in PAE/2:19-cv-02361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/18/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01461, NYN/5:19-cv-00667, PAE/2:19-cv-02361 (TLL)**

| | |
|---|---|
| Case Name: | Castle v. 3M Company |
| Case Number: | NYN/5:19-cv-00667 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) - 3 action(s)** *re: pldg. ( [461] in MDL No. 2885, 1 in MN/0:19-cv-01461, 1 in NYN/5:19-cv-00667, 1 in PAE/2:19-cv-02361)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/18/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01461, NYN/5:19-cv-00667, PAE/2:19-cv-02361 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-01461 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Brittany B Skemp    bskemp@bassford.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-01461 Notice will not be electronically mailed to:**

**PAE/2:19-cv-02361 Notice has been electronically mailed to:**

THOMAS R. ANAPOL    tanapol@anapolweiss.com, ffanelli@anapolschwartz.com, mdonahue@anapolschwartz.com, sslater@anapolschwartz.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**PAE/2:19-cv-02361 Notice will not be electronically mailed to:**

**NYN/5:19-cv-00667 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Frank S. Gattuso    fgattuso@gclawoffice.com

**NYN/5:19-cv-00667 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/18/2019] [FileNumber=918258-0]
[6a5b953412e2ca7e7d38c4e6ae616810f26f584152aa361a7cd07a7e2d5742dbcb1c5
b9ea3666c2b51166491e325451d86bad57dcdea9e79a20bf42b8c072926]]