# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 17, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Jason M. Hart        on  June 17, 2019         Doc. #  437

Response _____  on _____  Doc. # _____

\_\_\_\_  Stipulated          \_\_\_\_  Joint Pleading
\_\_\_\_  Unopposed          \_\_\_\_  Consented

                           JESSICA J. LYUBLANOVITS
                           CLERK OF COURT
                           */s/ Kathy Rock*
                           Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 18th day of June 2019.

                           *M. Casey Rodgers*
                           **M. CASEY RODGERS**
                           **UNITED STATES DISTRICT JUDGE**