UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | |
| EARPLUG PRODUCTS LIABILITY | ) | CAUSE NO. 3:19-MD-2885 |
| LITIGATION | ) | |
| | ) | Chief Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| **This Document Relates to the** | ) | |
| **All Cases** | | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, Ronnie G. Penton, hereby move this Court for an Order for Admission to Practice *pro hac vice* in the above-styled matter, and in support thereof, states as follows:

1. Movant resides in the State of Louisiana and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana. Movant's law office is in Louisiana and is where he regularly practices law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of Louisiana, dated within 30 days of this motion, is attached hereto, made a part hereof, and identified as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rule tutorial examination, confirmation number FLND1559056058257, and the

      CM/ECF online tutorial.

4.  Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.  Movant possesses an updated "NextGen" PACER account.

6.  Movant represents Plaintiff in the following action, which has been transferred to the JPML pursuant to Conditional Transfer Order (CTO-11 - ECF No. 434) on May 16, 2019.

WHEREFORE, Ronnie G. Penton respectfully requests that this Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiffs, and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated  May 28, 2019

    THE PENTON LAW FIRM
    503 GEORGIA AVENUE
    BOGALUSA, LOUISIANA  70427
    PHONE: 985-732-5651
    FACSIMILE: 985-735-5579
    E-MAIL: fedcourtmail@thepentonlawfirm.com

    /s/ Ronnie G. Penton
    Ronnie G. Penton
    Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

In compliance with Local Rule 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will provide electronic notice of same to all counsel of record.

June 19, 2019

                                              /s/ Ronnie G. Penton
                                              Ronnie G. Penton