UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> All Cases | CAUSE NO. 3:19-MD-2885 <br><br> **Chief Judge M. Casey Rodgers** <br> **Magistrate Judge Gary R. Jones** |

## ORDER ON MOTION TO APPEAR *PRO HAC VICE*

Movant, Ronnie G. Penton, having filed his Motion to Appear *Pro Hac Vice*, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion and admits Ronnie G. Penton *pro hac vice,* in this litigation.

So ordered this the _____ day of _____, 2019.


_____
UNITED STATES DISTRICT COURT JUDGE