UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | |
| EARPLUG PRODUCTS LIABILITY | ) | CAUSE NO. 3:19-MD-2885 |
| LITIGATION | ) | |
| | ) | Chief Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |

## APPEARANCE OF COUNSEL

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Armond Gray.

Dated: May 28, 2019

THE PENTON LAW FIRM
503 GEORGIA AVENUE
BOGALUSA, LOUISIANA  70427
PHONE:          985-732-5651
FACSIMILE:          985-735-5579
E-MAIL:     fedcourtmail@thepentonlawfirm.com


/s/ Ronnie G. Penton
Ronnie G. Penton
Louisiana Bar Roll Number 10462

**CERTIFICATE OF SERVICE**

    In compliance with Local Rule 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will provide electronic notice of same to all counsel of record.

    June 19, 2019

                                        /s/ Ronnie G. Penton
                                        Ronnie G. Penton