UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Andrea S. Hirsch, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Georgia and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Georgia. A copy of a Certificate of Good Standing from the State of Georgia dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND15604614112314** and completed the CM/ECF Online Tutorials.

4. Andrea S. Hirsch has submitted to the Clerk the required

4

$201.00 *pro hoc vice* admission fee.

5.     Andrea S. Hirsch has upgraded her PACER account to "NextGen."

6.     Movant represents Plaintiff in the following action: Michael Anthony Brown v. 3M COMPANY; 3:19-CV-1698-MCR-GRJ.

WHEREFORE, Andrea S. Hirsch respectfully request that this Court enter an Order granting Andrea S. Hirsch of Andrea S. Hirsch, LLC., *pro hac vice* in this case.

Respectfully submitted this the 19th day of June, 2019.

*/s/ Andrea S. Hirsch*
Andrea S. Hirsch (GA Bar No. 666557)
ANDREA S. HIRSCH, LLC
ahirsch@thehirschlawfirm.com
230 Peachtree Street, Suite 2260
Atlanta, Georgia 30303
Telephone: 404-487-6552
Facsimile: 678-541-9356

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 19th day of June, 2019.

> */s/ Andrea S. Hirsch*
> Andrea S. Hirsch