# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 11
### Defense Leadership Appointments

The Court hereby appoints Larry Hill of Moore, Hill & Westmoreland, P.A. and Mark Nomellini of Kirkland & Ellis LLP to serve as Defendants' Co-Liaison Counsel. The Court also appoints the following attorneys to represent Defendants on the joint committees in this litigation.

**A.     Joint Armed Services Committee**

    1.     Chad Morriss, Kirkland & Ellis LLP

    2.     Nick Wasdin, Kirkland & Ellis LLP

    3.     Mark Nomellini, Kirkland & Ellis LLP

**B.     Joint Discovery/ESI Committee**

    1.     Michelle Six, Kirkland & Ellis LLP

    2.     Sierra Elizabeth, Kirkland & Ellis LLP

    3.     Mark Nomellini, Kirkland & Ellis LLP

C.   **Joint Settlement Committee**

    1.   Kimberly Branscome, Kirkland & Ellis LLP

    2.   Mike Brock, Kirkland & Ellis LLP

    3.   Rob Ellis, Kirkland & Ellis LLP

D.   **Joint Statutes of Limitations Committee**

    1.   Rob Ellis, Kirkland & Ellis LLP

    2.   Ashley Neglia, Kirkland & Ellis LLP

The governing standards set forth in Pretrial Order No. 7, ECF No. 376 at 6-8, regarding the leadership structure, personal nature of appointments, and term of appointments for plaintiff leadership apply equally to the above appointments for defense leadership.

**SO ORDERED** on this 20th day of June, 2019.

                         *M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **UNITED STATES DISTRICT JUDGE**