# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION            CASE NO. 3:19MD2885

                                                                                      Judge M. Casey Rodgers
                                                                                      Magistrate Judge Gary R. Jones

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| **CODIE JACKSON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action |
| v. ) | File No 3:19-cv-01551-MCR-GRJ |
| ) | |
| **3M COMPANY** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF APPEARANCE

      **COMES NOW**, Casey L. Lott of the firm of Langston & Lott, PLLC, and files this, his Notice of Appearance as attorney for Plaintiff, Codie Jackson, in the above styled and numbered cause. Confirmation Number FLND15591505782265 was issued following the undersigned's fulfillment of the criteria required in Pretrial Order No. 3, ECF No. 4 at 3-4.

      Respectfully submitted, this the 20th day of June, 2019.

                                                      /s/ *Casey L. Lott*
                                                      Casey L. Lott, MBN 101766
                                                      Attorney for Plaintiff

**LANGSTON & LOTT, PLLC**
100 South Main Street
Post Office Box 382
Booneville, MS 38829
Telephone: (662) 728-9733

Facsimile: (662) 728-1992
Email: clott@langstonlott.com

**CERTIFICATE OF SERVICE**

    I, Casey L. Lott, do hereby certify that on June 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

By: /s/ *Casey L. Lott*
      CASEY L. LOTT