# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**          Date: June 17, 2019
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Rule 16 / Second Case Management Conference**

Order to follow memorializing matters discussed.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Attorneys for Plaintiffs:**  Bryan Aylstock, Shelley Hutson and Christopher Seeger

**Attorneys for Defendant 3M Co. and Aearo:**  Kimberly Branscome, Mike Brock, Mark Nomellini and Larry Hill

**PROCEEDINGS:**

9:07 am   Court in Session - Introduction of Judge Jones and lead counsel
- Court and counsel address Joint Report Rule 26(f) items
- Court provides dates for future Case Management Conferences and Science Day
- Bi-weekly conference calls with leadership counsel

10:21   Court in Recess
11:05   Court in Session
- Joint ESI Presentation by David Buchanan and Michelle Six
- TAR Presentation by Paul Lavon (XACT Data Discovery)
- Relativity Demonstration by Elizabeth Koening

12:34   Court in Recess