# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**　　　　　　　　　　　　　　Date: June 18, 2019
In Re:　**3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Vendor Technology Presentations**

ESI, Litigation Platform and Military Records presentations.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | None Present |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Attorneys for Plaintiffs:**  Bryan Aylstock, Shelley Hutson and Christopher Seeger

**Attorneys for Defendant 3M Co. and Aearo:**  Kimberly Branscome, Mark Nomellini and Larry Hill

**PROCEEDINGS:**

| | |
|---|---|
| 9:06 am | Court in Session |
| | • Sandline Discovery Presentation by Mimi Singh |
| 9:30 | Court in Recess |
| 9:35 | Court in Session |
| | • KLDiscovery Presentation by John Chassaniol |
| 9:55 | Court in Recess |
| 10:01 | Court in Session |
| | • MetaE Presentation by Kevin Chang |
| 10:12 | Court in Recess |
| 10:20 | Court in Session |
| | • BrownGreer PLC Presentation by Orran Brown, Lynn Greer, Jake Woody and Roma Petkauska |
| | • BDO Presentation by George Socha |
| 11:47 | Court in Recess |
| 12:15 | Court in Session |
| | • Ankura Presentation by Ed Bell, Katie Jensen and Jennifer Alpert |
| 1:42 | Court in Recess |
| 1:55 | Court in Session |
| | • LMI Presentation by Megan Pizor and Sonya Virant |
| | • Cerner Presentation by Jill Klasko, Art Glascow and Mike McCartin |
| 2:48 | Court inquiry re: July and August CMC Scheduling; counsel respond |
| 2:50 | Court in Recess |

Court and lead counsel post-conference meeting (3:00 pm to 4:15 pm)