# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: Dennis Bedford, 3:19-cv -01431 | ) Case No. 3:19-md-2885 ) ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shannon Lukei of the law firm of Robinson Calcagnie, Inc., has been admitted *pro hac vice* to practice in this Court and hereby enters her appearance as counsel for Plaintiff in the following action:

*Bedford v. 3M Company, et al.*, **3:19-cv-01431-CR-GRJ**

Dated: June 20, 2019          Respectfully submitted,

        /s/ Shannon Lukei
Shannon Lukei, CA Bar No. 202868
slukei@robinsonfirm.com
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: (949) 720-1288
Fax: (949)720-1292

1

Case 3:19-md-02885-MCR-HTC   Document 457   Filed 06/20/19   Page 2 of 2

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 20, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Shannon Lukei<br>
SHANNON LUKEI