UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION<br><br><br>This Document Relates to:<br>*Alan Horne v. 3M Company, et al.*<br>Case No. 3:19-cv-01560 | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Willard J. Moody, Jr. of The Moody Law Firm, Inc. hereby enters his appearance as counsel for Plaintiff, Alan Horne, in the above styled action. Further, Mr. Moody is duly admitted and qualified to practice as an attorney in this District Court. All further papers and pleadings in this action should be served on the undersigned.

DATED: June 21, 2019          By:    /s/ Willard J. Moody, Jr.
                                     Willard J. Moody, Jr.
                                     THE MOODY LAW FIRM, INC.
                                     500 Crawford Street, Suite 200
                                     Portsmouth, Virginia 23704
                                     Phone: (757) 393-4093
                                     Fax: (757) 397-7257
                                     E-mail: will@moodyrrlaw.com

                                     *Attorney for Plaintiff, Alan Horne*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that on June 21, 2019 a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.