IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Wendy Fleishman of Lieff, Cabraser, Heimann & Bernstein LLP hereby enters her appearance as counsel for Plaintiffs in the following cases:

- Benjy Lee Partin II, original case number 2:19-cv-01624 (C.D. Cal.), transferred to this Court and now case number 3:19-cv-00767;

- George Dooley, originally case number 3:19-cv-00237 (M.D. Tenn.), transferred to this Court and now case number 3:19-cv-00705; and

- John Bragg, originally case number 3:19-cv-00254 (M.D. Tenn.), transferred to this Court and now case number 3:19-cv-00708.

Ms. Fleishman is an attorney of record in these actions transferred to this Court as part of MDL Case No. 2885. Ms. Fleishman has been admitted to this Court *pro hac vice* through the process set by this Court in Pretrial Order No. 3, ECF No. 4 at 3-4. Counsel requests all further papers and pleadings in this matter be served upon the undersigned.

Dated:  June 21, 2019   */s/ Wendy R. Fleishman*
Wendy R. Fleishman (NY Bar No. 2500429)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  212-355-9500
Facsimile:  212.355.9592
Email: wfleishman@lchb.com

Attorney for Plaintiffs

- 2 -

1739859.1

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system which sends notice to all counsel of record.

*/s/ Wendy Fleishman*
Wendy Fleishman
