UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | : | Case No.: 3:19md2885 |
| EARPLUG PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | |
| | : | |
| | : | Judge M. Casey Rodgers |
| This Document Relates to All Cases | : | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Plaintiffs, Dustin FitzPatrick and Reynaldo Padilla.

PLAINTIFFS

BY:   /s/Michelle N. Holmes
Michelle N. Holmes
One Exchange Place
21 West Main Street
Waterbury, CT  06702
203-596-1091
203-596-1093 facsimile
michelle@mholmeslaw.com

## **CERTIFICATION**

     I hereby certify that on June 25, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                              ____/s/Michelle N. Holmes_____
                                              Michelle N. Holmes