UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-cv-01809<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, I, Matthew R. McCarley, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND15610664492339** and completed the CM/ECF Online Tutorials.

4. Matthew R. McCarley has submitted to the Clerk the required

1

$201.00 *pro hoc vice* admission fee.

5.  Matthew R.McCarley has upgraded his PACER account to "NextGen."

6.  Movant represents Plaintiff in the following action: Wayne Duncan DUNCAN v. 3M COMPANY,et al;

WHEREFORE, Matthew R. McCarley respectfully request that this Court enter an Order granting Matthew R. McCarley of Fears Nachawati, PLLC., *pro hac vice* in this case.

Respectfully submitted this the 26th day of June, 2019.

*/s/ Matthew R. McCarley*
Matthew R. McCarley Tx Bar No. 24041426
FEARS NACHAWATI, PLLC
mccarley@fnlawfirm.com
5473 Blair Road
Dallas, Texas 75231
Telephone: 214-890-0711
Facsimile: 214-890-0712

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 26th day of June, 2019.

*/s/ Matthew R. McCarley*
Matthew R. McCarley
