# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to All Cases | Magistrate Judge Gary R Jones |

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Movant, Matthew R. McCarley, having filed his Motion to Appear Pro Hac Vice, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion and admits Matthew R. McCarley pro hac vice, in this litigation.

So ordered this the day of_____ , 2019.

_____
UNITED STATES DISTRICT COURT JUDGE