## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, June 27, 2019 6:42 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, June 27, 2019 11:40:31 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/27/2019 at 7:40 AM EDT and filed on 6/27/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 471 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-17) - 3 action(s)** *re: pldg. (1 in CT/3:19-cv-00911, [466] in MDL No. 2885, 1 in MN/0:19-cv-01569, 1 in PAE/2:19-cv-02465)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/27/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00911, MN/0:19-cv-01569, PAE/2:19-cv-02465 (TLL)**

| | |
|---|---|
| **Case Name:** | FitzPatrick et al v. 3M Company et al |
| **Case Number:** | CT/3:19-cv-00911 |
| **Filer:** | |

| | |
|---|---|
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-17) - 3 action(s)** *re: pldg. (1 in CT/3:19-cv-00911, [466] in MDL No. 2885, 1 in MN/0:19-cv-01569, 1 in PAE/2:19-cv-02465)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/27/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00911, MN/0:19-cv-01569, PAE/2:19-cv-02465 (TLL)**

| | |
|---|---|
| **Case Name:** | LUBIN v. 3M COMPANY |
| **Case Number:** | PAE/2:19-cv-02465 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-17) - 3 action(s)** *re: pldg. (1 in CT/3:19-cv-00911, [466] in MDL No. 2885, 1 in MN/0:19-cv-01569, 1 in PAE/2:19-cv-02465)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/27/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00911, MN/0:19-cv-01569, PAE/2:19-cv-02465 (TLL)**

| | |
|---|---|
| **Case Name:** | Eutsey v. 3M Company |
| **Case Number:** | MN/0:19-cv-01569 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-17) - 3 action(s)** *re: pldg. (1 in CT/3:19-cv-00911, [466] in MDL No. 2885, 1 in MN/0:19-cv-01569, 1 in PAE/2:19-cv-02465)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/27/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00911, MN/0:19-cv-01569, PAE/2:19-cv-02465 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**CT/3:19-cv-00911 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michelle N. Holmes     michelle@mholmeslaw.com

**CT/3:19-cv-00911 Notice will not be electronically mailed to:**

**PAE/2:19-cv-02465 Notice has been electronically mailed to:**

Leonard V. Fodera     lfodera@foderalawfirm.com, along@foderalawfirm.com, rholt@foderalawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**PAE/2:19-cv-02465 Notice will not be electronically mailed to:**

**MN/0:19-cv-01569 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01569 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/27/2019] [FileNumber=920314-0]
[110bf62d67c898f7882246c45bcb5008138f21238a59bcac76b2a88820f8f62c9d300
09be111337343b6d3f36afdf38ce201067f15b1372ddbafb0e634d0785e]]