# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION | Case No. 3:19-MD-2885-MCR-GRJ |
| This Document Relates To All Cases | Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## Motion to Appear *Pro Hac Vice*

In accordance with the Court's Pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, I, Charles H. Johnson, respectfully move for admission to practice *pro hac vice* in the above referenced case. Movant certifies as follows:

1. Movant resides in Minnesota and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Minnesota. A copy of a certificate of good standing from the State of Minnesota dated within 30 days is attached to this motion.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation Number: **FLND15614106932352**), and completed the CM/ECF v3.+ online tutorials.

4. Movant has paid the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

1

6. Movant represents Plaintiff in the following action, which was transferred per Conditional Transfer Order No. 15 on June 12, 2019: *Kurth v. 3M Company et al.,* MN/0:19-cv-01443.

Wherefore, Charles H. Johnson respectfully requests that the Court enter an order granting his motion to appear *pro hac vice* on behalf of Plaintiffs, and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: June 27, 2019

        Respectfully submitted,

        /s/ Charles H. Johnson
        Charles H. Johnson
        MN Bar No. 50696
        *Attorney for Plaintiff*
        LAW OFFICES OF CHARLES H.
        JOHNSON, PA 2599 Mississippi Street
        New Brighton, MN 55112-5060
        Telephone:  (651) 633-5685
        Fax Phone:  (651) 633-4442
        bdehkes@charleshjohnsonlaw.com

## **CERTIFICATE OF SERVICE**

In compliance with Local Rule 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will provide electronic notice of same to all counsel of record.

June 27, 2019

/s/ Charles H. Johnson
Charles H. Johnson