# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

CHARLES H JOHNSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

April 15, 1977

Given under my hand and seal of this court on

June 26, 2019

Emily J. Eschweiler, Director
Office of Lawyer Registration