# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION | Case No. 3:19-MD-2885-MCR-GRJ |
| This Document Relates To All Cases | Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## Order on Motion to Appear *Pro Hac Vice*

Having reviewed and examined movant's Motion to Appear *Pro Hac Vice,* this Court hereby grants the motion and admits Charles H. Johnson *pro hac vice* in this litigation.

So ordered on this day, _____ of _____, 2019.

                                              _____
                                              United States District Court Judge
                                              Northern District of Florida
                                              Pensacola Division