UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No.  3:19md2885 |
| This Document Relates to the Master Docket | Judge M. Casey Rodger<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE AND SUSTITUTION OF COUNSEL

Leigh Anne Hodge of BRADLEY ARANT BOULT CUMMINGS LLP hereby enters her appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4].  Ms. Hodge is counsel of record in individual cases transferred to this Court from the Northern District of Alabama by the JPML.  Ms. Hodge has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number **FLND15615651782360**) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3.

Rusha C. Smith has left the firm of BRADLEY ARANT BOULT CUMMINGS LLP and consequently will no longer be working on this matter. Please terminate Rusha C. Smith's appearance and substitute Leigh Anne Hodge in place of Ms. Smith as counsel for Defendant 3M Company.  Ms. Hodge requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her as listed in the signature block below.

Respectfully submitted this 27th day of June 2019.

> */s/ Leigh Anne Hodge*
> Leigh Anne Hodge
> *Attorney for Defendant 3M Company*

OF COUNSEL:

Leigh Anne Hodge
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
(205) 521-8281 (phone)
(205) 488-6281 (fax)
lhodge@bradley.com

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

This 27th day of June 2019.

*/s/ Leigh Anne Hodge*
Leigh Anne Hodge

*Attorney for Defendant 3M Company*

OF COUNSEL:
Leigh Anne Hodge
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
(205) 521-8281 (phone)
(205) 488-6281 (fax)
lhodge@bradley.com