UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | : | Case No.: 3:19md2885 |
| EARPLUG PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | |
| | : | |
| | : | Judge M. Casey Rodgers |
| This Document Relates to: | : | Magistrate Judge Gary R. Jones |

*Bryant D. Germain v. 3M Company*
Case No. 0:19-CV-61124-RKA

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rhon Jones of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. hereby enters his appearance as counsel for Plaintiff Bryant D. Germain, Civil Action No. 0:19-CV-61124-RKA. This action was transferred to this Court from the Southern District of Florida.

Date June 27, 2019.

.

/s/ Rhon E. Jones
Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN
  PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
334-269-2343
334-954-7555 facsimile
Rhon.jones@beasleyallen.com

## **CERTIFICATION**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on June 27, 2019 and served electronically on all counsel of record.

/s/ Rhon E. Jones
Rhon E. Jones