UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | : | Case No.: 3:19md2885 |
| EARPLUG PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | |
| | : | |
| | : | Judge M. Casey Rodgers |
| This Document Relates to: | : | Magistrate Judge Gary R. Jones |

*Antonio Wright v. 3M Company*
Case No. 1:19-CV-01908-WMR

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rhon Jones of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. hereby enters his appearance as counsel for Plaintiff Antonio Wright, Civil Action No. 1:19-CV-01908-WMR. This action was transferred to this Court from the Northern District of Georgia.

Date: June 27, 2019.

.

                                          /s/ Rhon E. Jones
                                        Rhon E. Jones
                                        BEASLEY, ALLEN, CROW, METHVIN
                                              PORTIS & MILES, P.C.
                                        218 Commerce Street
                                        Montgomery, Alabama 36104
                                        334-269-2343
                                        334-954-7555 facsimile
                                        Rhon.jones@beasleyallen.com

## **CERTIFICATION**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on June 27, 2019 and served electronically on all counsel of record.

/s/ Rhon E. Jones
Rhon E. Jones