# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Related to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kyle A. Van Slyke of Aleksy Belcher, hereby enters his appearance as counsel for Plaintiffs, Robert Smith, Brent Archer, Teddy Lawrence, Joseph Lesueur, Joseph Martines, Jordan Stoner, Michael Jacobs, Larry Starratt, and Steven Fanuke. Mr. Van Slyke is attorney of record in the action *Smith et al v. 3M Company*, 19-cv-03033, transferred to this Court from the U.S. District Court for the Northern District of Illinois. MDL Case No. 2885. Mr. Van Slyke has completed the administrative requirements and has been administratively admitted. *See* PTO No. 3, ECF No. 4. The Attorney Admission Tutorial Confirmation number of Mr. Van Slyke is FLND15579864402210. All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted,

/s/ Kyle A. Van Slyke
Kyle A. Van Slyke
One of Plaintiffs' Attorneys

1

ALEKSY BELCHER
Attorneys For Plaintiffs
350 N. LaSalle St., Suite 750
Phone No.: (312) 670-9000
Fax No.: (312) 670-9115
Attorney No.: 6330579
K.VanSlyke@aleksybelcher.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                  /s/ Kyle A. Van Slyke
                                  Kyle A. Van Slyke
                                  One of Plaintiffs' Attorneys

ALEKSY BELCHER
Attorneys For Plaintiffs
350 N. LaSalle St., Suite 750
Phone No.: (312) 670-9000
Fax No.: (312) 670-9115
Attorney No.: 6330579
K.VanSlyke@aleksybelcher.com

3