IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-MDL-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## Motion to Appear *Pro Hac Vice*

In accordance with the Court's pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, I, Whitney J. Butcher, respectfully moves for admission to practice *pro hac vice* in the above referenced case. Movant certifies as follows:

1. Movant resides in North Carolina and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of North Carolina. A copy of a Certificate of Good Standing from the North Carolina State Bar dated within 30 days is attached to this motion.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation Number: FLND15614773832356), and completed the CM/ECF v3.+ online tutorials.

4. Movant has paid the required $201.00, *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

1

6. Movant represents Plaintiff in the following action, which was direct filed on June 26, 2019: *Pichon v 3M*, 3:19-cv-11811.

7. Movant represents the Plaintiff in the following action which was directed filed on July 1, 2019: *Rhame v 3M*, 3:19-cv-1919.

8. Movant represents the plaintiff in the following action which was direct filed on July 1, 2019: *Rutkowski v 3M*, 3:19-cv-1896.

Wherefore, Whitney J. Butcher, respectfully requests that the Court enter an Order granting her motion to appear *pro hac vice* on behalf of Plaintiffs and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 1, 2019.                                    Respectfully submitted,

*/s/Whitney J. Butcher*
Whitney J. Butcher, Esq.
NC Bar No. 44272
3301 Benson Drive
Suite 120
Raleigh, NC 27609
Telephone: 919-785-5000
Facsimile: 919-785-3729
wjb@whitleylawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

In compliance with Local Rule 5/1(f), the undersigned herby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will provide electronic notice of same to all counsel of record.

Dated: July 1, 2019.

        Respectfully submitted,

        */s/Whitney J. Butcher*
        Whitney J. Butcher, Esq.
        NC Bar No. 44272
        3301 Benson Drive
        Suite 120
        Raleigh, NC 27609
        Telephone: 919-785-5000
        Facsimile: 919-785-3729
        wjb@whitleylawfirm.com

        *Attorney for Plaintiff*