UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __July 2, 2019_____

Motion/Pleadings:  __MOTION TO APPEAR *PRO HAC VICE*_____

Filed by _Whitney J. Butcher_____   on _July 2, 2019_____   Doc. # __476__

Response _____  on _____   Doc. # _____

_____   Stipulated         _____   Joint Pleading
_____   Unopposed        _____   Consented

                    JESSICA J. LYUBLANOVITS
                    CLERK OF COURT
                    */s/ Kathy Rock*_____
                    Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 2nd day of July 2019.

                    *M. Casey Rodgers*_____
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**