UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to All Cases | Case No. 3:19md2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael Saltaformaggio of the law firm 'Maggio Thompson, LLP, hereby enters his appearance as counsel for Plaintiff, Dameion Brown, in the following actions transferred to this Court from the Southern District of Mississippi: Dameion Brown v. 3M Company, Case No.: 3:19-cv-246-TSL-RHW. Further, Mr. Saltaformaggio is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

This the 3rd day of July, 2019.

Respectfully submitted,

/s/ Mike Saltaformaggio
Michael Saltaformaggio, MS Bar #104000
'Maggio |Thompson, LLP
1227 E. Fortification Street Jackson, MS 39202
mike@mtlawms.com
601-300-3333 Telephone
769-257-7770 Facsimile

## CERTIFICATE OF SERVICE

In Compliance with Rule 5.1 (F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

This the 2nd day of July, 2019.

/s/ Mike Saltaformaggio