UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M PRODUCTS LIABILITY LITIGATION, MDL NO. 2885 | ) ) ) ) ) ) ) | MASTER DOCKET NO. 3:19md2885 |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Pretrial Order No. 3, dated April 9, 2019, I kindly submit my Entry of Appearance to the 3M Earplug Multidistrict Litigation. I have completed the Attorney Admissions Tutorial, Confirmation Number: FLND15617516402370, and the CM/ECF Online Tutorial. Currently, I represent Plaintiff William Edward Dolan, Case No. 3:19-cv-1715 that was transferred to this Court on Conditional Transfer Order 16.

Dated: July 3, 2019                              Respectfully Submitted,

                                                                 _____
                                                                 Thomas R. Anapol (Pa. Bar No.62121)
                                                                 tanapol@anapolweiss.com
                                                                 ANAPOL WEISS
                                                                 One Logan Square
                                                                 130 N. 18th St., Suite 1600
                                                                 Philadelphia PA 19103
                                                                 215.735.1130
                                                                 *Attorney for Plaintiff*

## **CERTIFICATION OF SERVICE**

I, Thomas Anapol, hereby certify that on July 3, 2019, a copy of the foregoing *Notice of Entry of Appearance* was filed electronically with the Clerk of the United States District Court of the Northern District of Florida and served to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

Dated: July 3, 2019

*/s/ Thomas Anapol*
Thomas R. Anapol (Pa. Bar No.62121)
tanapol@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 N. 18th St., Suite 1600
Philadelphia PA 19103
215.735.1130
Attorney for Plaintiff