**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG** | * | **MDL NO. 2885** |
| **PRODUCTS LIABILITY LITIGATIONS** | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | |
| **ALL CASES** | * | **Master File No. 3:19-md-2885** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Christopher Zainey, Jr. of Huber Thomas & Marcelle,

LLP, hereby notices his appearance as counsel for Plaintiff Danial Allen (3:19-cv-1679). This case

has been transferred to this District Court from the Middle District of Louisiana. The undersigned

has completed the administrative requirements outlined in the Pretrial Order No. 3 (Tutorial

Confirmation #FLND15611341532340). All further papers and pleadings in this action should be

served on the undersigned.

Dated:  July 3, 2019                    By:     */s/J. Christopher Zainey, Jr.*
                                                 J. Christopher Zainey, Jr.
                                                 HUBER THOMAS & MARCELLE LLP
                                                 1100 Poydras St., Suite 2200
                                                 New Orleans, LA 70163
                                                 Tel: (504) 274-2500
                                                 Fax: (504) 910-0838
                                                 Email: Chris@huberthomaslaw.com

                                                 *Attorney for Plaintiff Danial Allen*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida. I, J. Christopher Zainey, Jr., hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

Dated: July 3, 2019                                                       */s/ J. Christopher Zainey, Jr.*
                                                                                 J. Christopher Zainey, Jr.