IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-MDL-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Whitney J. Butcher of the Whitley Law Firm, shall appear as attorney of record for Plaintiffs in the below cases previously filed:

1. Plaintiff in the following action, which was direct filed on June 26, 2019:

   *Pichon v 3M*, 3:19-cv-11811.

2. Plaintiff in the following action which was directed filed on July 1, 2019:

   *Rhame v 3M*, 3:19-cv-1919.

3. Plaintiff in the following action which was direct filed on July 1, 2019:

1

4. *Rutkowski v 3M*, 3:19-cv-1896.

Dated: July 3, 2019.                                    Respectfully submitted,


*/s/Whitney J. Butcher*
Whitney J. Butcher, Esq.
NC Bar No. 44272
3301 Benson Drive
Suite 120
Raleigh, NC 27609
Telephone: 919-785-5000
Facsimile: 919-785-3729
wjb@whitleylawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

In compliance with Local Rule 5/1(f), the undersigned herby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will provide electronic notice of same to all counsel of record.

Dated: July 3, 2019.

Respectfully submitted,

*/s/Whitney J. Butcher*
Whitney J. Butcher, Esq.
NC Bar No. 44272
3301 Benson Drive
Suite 120
Raleigh, NC 27609
Telephone: 919-785-5000
Facsimile: 919-785-3729
wjb@whitleylawfirm.com

*Attorney for Plaintiff*