# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br>Case No. 3:19-cv-01466<br>Case No. 3:19-cv-01534 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Pursuant to Pretrial Order No. 2, the undersigned attorney hereby notifies the Court and counsel that **Jason M. Hart** of The Joel Bieber Firm shall appear as attorney of record for Plaintiffs in the cases below, which were previously filed with this Court. This Court granted Mr. Hart's motion to appear *pro hac vice* on June 18, 2019 (Dkt. No. 445).

1. *Bussell et al. v. 3M Company*, Case No. 3:19-cv-01466, which was filed in the United States District Court for the District of Minnesota and transferred to this Court pursuant to a Conditional Transfer Order (CTO-10).

2. *Pray et al. v. 3M Company*, Case No. 3:19-cv-01534, which was directly filed in this Court.

Dated:   July 8, 2019

Respectfully Submitted,

   /s/ Jason M. Hart
THE JOEL BIEBER FIRM
6806 Paragon Place
Richmond, VA 23230
(Office) (804) 358-2200
(Fax) (804) 358-2262
jhart@joelbieber.com