UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> All Cases | ) Case No. 3:19-md-2885 <br> ) <br> ) Judge M. Casey Rodgers <br> ) Magistrate Judge Gary R. Jones <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Charlotte Long of the law firm of Fears Nachawati, PLLC, has been admitted to practice in this Court and hereby enters her appearance as counsel for the Plaintiff in the following actions: DUNCAN v. 3M COMPANY et al, 3:19-cv-01809; VENSON v. 3M COMPANY et al 3:19-cv-01814; CALDWELL v. 3M COMPANY et al, 3:19-cv-01817; BRACEY v. 3M COMPANY et al, 3:19-cv-01851; CANTON v. 3M COMPANY et al, 3:19-cv-01855; RIERA v. 3M COMPANY et al, 3:19-cv-01859; ANGULO v. 3M COMPANY et al, 3:19-cv-01815; DAUDETTE v. 3M COMPANY et al, 3:19-cv-01828; NETTERFIELD v. 3M COMPANY et al, 3:19-cv-01861.

1

Dated: July 9, 2019

Respectfully submitted,

*/s/ Charlotte Long*

Charlotte Long FL Bar No. 0112517
charlotte@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel:  (214) 890-0711
Fax: (214) 890-0712

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Charlotte Long

Charlotte Long FL Bar No. 0112517
charlotte@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel:  (214) 890-0711
Fax: (214) 890-0712