UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with the Court's April 9, 2019 Order, Pretrial Order No.3, and the Northern District of Florida Local Rule 11.1, I, William R. Sutton, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Alabama and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Alabama. A copy of a Certificate of Good Standing from the State of Alabama dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND15590882852261** and completed the CM/ECF Online Tutorials.

4. William R. Sutton has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. William R. Sutton has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiffs in the following action(s): Wright, Antonio J. v. 3M Earplugs, 3:19-cv-01481-MCR-GRJ and Germain, Bryant D. v. 3M Earplugs; 3:19-cv-01524-MCR-GRJ.

WHEREFORE, William R. Sutton respectfully request that this Court enter an Order granting William R. Sutton of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., *pro hac vice* in this case.

Respectfully submitted this the 10th day of July 2019.

/s/William R. Sutton
WILLIAM R. SUTTON
ASB-3903-L74S

Attorney for Plaintiff

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
ASB-3903-L74S
Post Office Box 4160
Montgomery, Alabama 36103-4160
(800) 898-2034 telephone
(334) 954-7555 facsimile
William.Sutton@beasleyallen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 10th day of July 2019.

                                        /s/William R. Sutton_____
                                        William R. Sutton

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET
MONTGOMERY, ALABAMA 36104-4018

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3600

## CERTIFICATE OF GOOD STANDING

I, **DEBRA P. HACKETT**, Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that **WILLIAM ROBERT SUTTON** was duly admitted to practice in said Court on **MARCH 31, 2011** and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on July 9, 2019.

DEBRA P. HACKETT, CLERK

By: _____
Deputy Clerk