**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER ON MOTION TO APPEAR *PRO HAC VICE*

Movant, William R. Sutton, having filed his Motion to Appear *Pro Hac Vice*, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion, and admits William R. Sutton *pro hac vice*, in this litigation.

So ordered this the __ day of _____ 2019.

_____
UNITED STATES DISTRICT COURT JUDGE