IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION | Case No. 3:19-MDL-2885-MCR-GRJ |
| This Document Relates to All Cases | Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert W. Cowan of Bailey Cowan Heckaman PLLC hereby enters his appearance as counsel for plaintiff from the following action transferred to this Court from the Southern District of Texas on May 22, 2019:

> *Ronnie Bridges v. 3M Company,* Case No. 3:19-cv-01529 in the United States District Court for the Northern District of Florida, Pensacola Division.

Further, Mr. Cowan is attorney of record in this action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All future papers and pleadings in this action should be served on the undersigned.

Date: July 10, 2019

Respectfully submitted,

BAILEY COWAN HECKAMAN PLLC

By: /s/ *Robert W. Cowan*
   Robert W. Cowan

1

Texas Bar No. 24031976<br>
5555 San Felipe St., Suite 900<br>
Houston, Texas 77056<br>
Telephone: (713) 425-7100<br>
Facsimile: (713) 425-7101<br>
rcowan@bchlaw.com

## **CERTIFICATE OF SERVICE**

In compliance with Local Rule 5/1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will provide electronic notification of same to all counsel of record.

/s/ *Robert W. Cowan*
Robert W. Cowan