# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, July 11, 2019 10:51 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, July 11, 2019 3:47:34 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/11/2019 at 11:47 AM EDT and filed on 7/11/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [477](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-19) - 3 action(s)** *re: pldg. (1 in CT/3:19-cv-00972, [475] in MDL No. 2885, 1 in MN/0:19-cv-01735, 1 in OKW/5:19-cv-00586)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/11/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00972, MN/0:19-cv-01735, OKW/5:19-cv-00586 (TLL)**

| | |
|---|---|
| **Case Name:** | Stuart v. 3M Company et al |
| **Case Number:** | [MN/0:19-cv-01735](#) |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-19) - 3 action(s)** *re: pldg. (1 in CT/3:19-cv-00972, [475] in MDL No. 2885, 1 in MN/0:19-cv-01735, 1 in OKW/5:19-cv-00586)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/11/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00972, MN/0:19-cv-01735, OKW/5:19-cv-00586 (TLL)**

| | |
|---|---|
| **Case Name:** | Byrd et al v. 3M Company |
| **Case Number:** | OKW/5:19-cv-00586 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-19) - 3 action(s)** *re: pldg. (1 in CT/3:19-cv-00972, [475] in MDL No. 2885, 1 in MN/0:19-cv-01735, 1 in OKW/5:19-cv-00586)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/11/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00972, MN/0:19-cv-01735, OKW/5:19-cv-00586 (TLL)**

| | |
|---|---|
| **Case Name:** | Jones v. 3M Company et al |
| **Case Number:** | CT/3:19-cv-00972 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-19) - 3 action(s)** *re: pldg. (1 in CT/3:19-cv-00972, [475] in MDL No. 2885, 1 in MN/0:19-cv-01735, 1 in OKW/5:19-cv-00586)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/11/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-00972, MN/0:19-cv-01735, OKW/5:19-cv-00586 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-01735 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Vincent J Moccio     vincent@bennerotte.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-01735 Notice will not be electronically mailed to:**

**OKW/5:19-cv-00586 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

John P Cannon     JPCannonlaw@gmail.com

**OKW/5:19-cv-00586 Notice will not be electronically mailed to:**

**CT/3:19-cv-00972 Notice has been electronically mailed to:**

Robert I. Reardon, Jr     rreardon@reardonlaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**CT/3:19-cv-00972 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/11/2019] [FileNumber=923489-0]
[0d7c1e40cd2162ebdcb76e8346ec9202c094654bc3c5db5eda1812902f6f6534db73d
54eaf17e189a920dee75e9cfcc0af6eb6f09e1d01a4712dcf05809480bb]]