## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-md-0288 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J.P. Sawyer of Sawyer Law Firm, LLC, hereby enters his appearance as counsel for Plaintiffs, Tracy S. Hobbs, Kevin Axton, Jef Edward Fisher, Rufus Miles, Christopher Millard, Logan Mitchell, Jason Palfreeman, Sammy Ward, Jeramy Smith, Delane Holloway, Boyce Howard, and William Willingham in the following action transferred to this Court from the United States District Court of Alabama, Middle District (Southern Division): Hobbs, et als. v. 3M Company, Inc., Case No.: 3:19-cv-01937-MCR-GRJ. Further, Mr. Sawyer is attorney of record in the actions transferred to this Court (MDL Case No.2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Dated: July 12, 2019.

Respectfully submitted,

By: /s/   *J.P. Sawyer*

J.P. Sawyer
Attorney for Plaintiffs
(AL Bar#: 9326-A49J)
jps@sawyerfirm.com
**SAWYER LAW FIRM, LLC**
106 N. Main Street
Enterprise, AL 36330
Telephone: (334) 475-3213

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1 (F) of the Local Rules of the United States District Court of Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Dated: July 12, 2019                                         */s/   J.P. Sawyer*
                                                              J.P. Sawyer