UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:  July 12, 2019
Motion/Pleading:  Motion to Appear *Pro Hac Vice*
Filed by:  Jonathan M. Sedgh, Esq.   on  7/12/2019   Doc. #  490
RESPONSES:
                                                         on                        Doc. #
                                                         on                        Doc. #

____ Stipulated     ____ Joint Pldg.
____ Unopposed   ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED**, this 12th of July, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**