IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION | §<br>§<br>§<br>§<br>§ CASE NO. 3:19-MDL-2885-MCR-GRJ<br>§<br>§<br>§<br>§ **Chief Judge M. Casey Rodgers**<br>§ **Magistrate Judge Gary R. Jones** |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with the Court's pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, I, Caroline L. Maida, respectfully moves for admission to practice *pro hac vice* in the above referenced case. Movant certifies as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the Texas State Bar dated within 30 days is attached to this motion.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District completed the Attorney Admission Tutorial (Confirmation Number: **FLND15605417732317**), and completed the CM/ECF v3.+ online tutorials.

4. Movant has paid the required $201.00, *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiff in the following action, which was transferred on June 12, 2019: *Massey v 3M*, 3:19-cv-01681.

Wherefore, Caroline L. Maida, respectfully requests that the Court enter an Order granting her motion to appear *pro hac vice* on behalf of Plaintiffs and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

|  |  |
|---|---|
| Dated: July 12, 2019. | Respectfully submitted, |
|  | */s/Caroline L. Maida* <br> **MOSTYN LAW FIRM** <br> CAROLINE L. MAIDA <br> TX State Bar No. 24078906 <br> caroline@mostynlaw.com <br> 3810 West Alabama Street <br> Houston, TX 77027 <br> Telephone: (713) 714-0000 <br> Facsimile: (713)-714-1111 <br> *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

In compliance with Local Rule 5/1(f), the undersigned herby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will provide electronic notice of same to

all counsel of record.

Dated: July 12, 2019.

                                                Respectfully submitted,
*/s/Caroline L. Maida*
**MOSTYN LAW FIRM**
CAROLINE L. MAIDA
TX State Bar No. 24078906
caroline@mostynlaw.com
3810 West Alabama Street
Houston, TX 77027
Telephone: (713) 714-0000
Facsimile: (713)-714-1111
*Attorney for Plaintiff*