UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Michael A. Yoder, Esq. hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case only, and in support thereof states as follows:

1. Movant resides in the Commonwealth of Virginia and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bars of the District of Columbia and Commonwealth of Virginia.

3. Movant has attached a Certificate of Good Standing from the District of Columbia Bar. *See* Exhibit 1.

4. Movant has attached a Certificate of Good Standing from the Commonwealth of Virginia Bar. *See* Exhibit 2.

5. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully completed the online Local Rules tutorial exam (confirmation #FLND15626124282407) as well as the CM/ECF online tutorials located at https://www.pacer.gov/ecfcbt/dc3/.

6. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

7. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Movant Michael A. Yoder, respectfully requests that this Court enter an Order granting this Motion to Appear *pro hac vice* in regard to Movant's representation of Plaintiff James Rodgers, Case No. 3:19-cv-02064, as well as in regard to all future cases Movant will file hereafter regarding the above-captioned Multi-District Litigation, and further requests that this Court direct the clerk to provide notice of Electronic Case Filings to the undersigned.

                                                 Respectfully submitted,

Dated: July 13, 2019           /S/ MICHAEL A. YODER
                                      Michael A. Yoder, Esq. [DC #1600519; VA #93863]
                                      SLOCUMB LAW FIRM, LLC
                                        777 6th Street NW, Suite 520
                                        Washington, D.C. 20001
                                        Tel: (202) 779-9200
                                        Fax: (202) 710-9922
                                        myoder@slocumblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion for Admission *Pro Hac Vice* was electronically filed and served with the Clerk of Court using the CM/ECF system on July 13, 2019 and served upon all counsel of record thereafter.

/S/ MICHAEL A. YODER
Michael A. Yoder, Esq.

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Michael Alan Yoder*

was duly qualified and admitted on **July 2, 2018** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 24, 2019.

JULIO A. CASTILLO
Clerk of the Court

**EXHIBIT 1**

Issued By: District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT MICHAEL ALAN YODER IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. YODER WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 19, 2018, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued June 26, 2019

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

**EXHIBIT 2**