UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Documents Relates to all Cases | Judge M. Casey Rogers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, John P. Cannon, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Oklahoma, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Oklahoma. A copy of a Certificate of Good Standing from the State of Oklahoma dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15629524142434**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee contemporaneously with this motion.

5. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, John P. Cannon respectfully requests this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filing to the undersigned.

Dated: July 16, 2019                                  Respectfully submitted,


By: ___/s John P. Cannon____
John P. Cannon
Oklahoma Bar No. 30033
CANNON LAW FIRM, PLLC
600 West Sheridan Avenue
Oklahoma City, OK 73102
Telephone: (405) 888-7469
Facsimile: (405) 231-5601
jpcannonlaw@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 12, 2019 and served electronically on all counsel of record.

s/ John P. Cannon_____<br>
John P. Cannon