# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

## C E R T I F I C A T E

STATE OF OKLAHOMA  )
                                 )
COUNTY OF OKLAHOMA )

       Gina L. Hendryx, being duly sworn, deposes and says:

       That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

       That JOHN PAUL CANNON, OBA #30033 was admitted to the practice of law by the Supreme Court of Oklahoma on September 23, 2010 and is an active member in good standing of the Oklahoma Bar Association.

Gina L. Hendryx
General Counsel

       The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 15th day of July, 2019, by Gina L. Hendryx.

NOTARY PUBLIC

My Commission Expires:
04/25/2023

Commission Number:
19004279



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office  405.416.7007
fax  405.416.7003
toll free  800.522.8065



www.okbar.org

EXHIBIT A