UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: July 15, 2019
Motion/Pleading: Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records
Filed by: Plaintiffs    on 7/15/2019    Doc. #  495
RESPONSES:
                                 on                Doc. #
                                 on                Doc. #

____ Stipulated    ____ Joint Pldg.
____ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

For good cause shown, the motion is **GRANTED**. The Clerk is directed to file and maintain Exhibit A1 to Plaintiffs' Motion to Authorize Disclosure of Military Records, ECF No. 496, which has been marked CONFIDENTIAL pursuant to the Protective Order in this case, **UNDER SEAL** until further Order of the Court. Plaintiffs must file an appropriately redacted version of the exhibit on the public docket.

**DONE** and **ORDERED**, this 16th day of July, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**