UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Actions | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER APPOINTING PLATFORM VENDOR

IT IS HEREBY ORDERED AS FOLLOWS:

1. Following independent and joint presentations by multiple vendors, Defendants and Plaintiffs' Lead and Co-Lead Counsel have selected BrownGreer PLC and its MDL Centrality system as an electronic platform to assist with gathering, managing, and providing access to certain information in connection with this litigation. Accordingly, the Court hereby orders that the parties in MDL 2885 will utilize the services of BrownGreer PLC as necessary to assist the parties as described above. The Court directs the parties to enter into a contract with BrownGreer PLC that specifies the services to be provided, the costs for such services, and the payment obligations of the parties.

2. The Court thanks Jaime Lynn Dodge, Director of the Emory School of Law's Institute for Complex Litigation and Mass Claims, for providing assistance in

vendor presentations. Accordingly, the Court directs Ms. Dodge to submit to the Court an invoice reflecting her fees and expenses in connection with providing such services. The Court understands that the parties have agreed to split evenly the costs of her services.

SO ORDERED on this ___ day of July, 2019.

_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**