# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Kimberly Branscome<br>To Call Writer Directly:<br>+1 213 680 8370<br>Kimberly.branscome@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

July 18, 2019

Judge M.C. Rodgers
United States District Court for the
Northern District of Florida
100 North Palafox Street
Pensacola, Florida 32502

        Re:    *In re: 3M Combat Arms Earplug Products Liability Litigation*, 3:19-md-2885

Dear Judge Rodgers:

    Pursuant to Case Management Order 2, Section IV (Docket No. 452), Lead Counsel for plaintiffs and counsel for Defendants submit this joint letter setting forth the parties' tentative agenda for the July 25, 2019 status conference.

    **1.**    **Science Day.**

    The Science Day proceeding is scheduled for Monday, August 26, 2019 at 9:00 a.m. (Central). The parties have met and conferred regarding the scope of the presentations. Although the parties have made progress and reached agreement on some issues, the parties disagree regarding certain topics to be discussed at Science Day and are seeking the Court's input and clarification on those issues. With the Court's permission, the parties are prepared to submit short letter briefs setting forth their respective positions, not to exceed 2 single spaced pages, by 5 p.m. Central Time on Tuesday, July 23, 2019.

    In accordance with the Court's order dated June 4, 2019 (Dkt. 408), the parties will submit a joint proposed agenda for Science Day by August 5, 2019.

    **2.**    **Deposition Protocol.**

    The parties have met and conferred regarding the proposed deposition protocol. The parties have agreed as to certain issues, and disagree as to others. On Friday, July 19, 2019, the parties will submit: (1) a single order with competing language on the disputed provisions; and (2) separate individual letter briefs, not to exceed four single-spaced pages each, laying out the parties'

## KIRKLAND & ELLIS LLP

Judge M.C. Rodgers
July 18, 2019
Page 2

respective positions.

### 3. Responsive Pleadings.

The parties have met and conferred regarding responsive pleadings, and will be prepared to discuss where they are in their discussions at the status conference.

### 4. Initial Census, Plaintiff Profile Forms, Plaintiff Fact Sheets.

The parties are continuing to discuss initial census forms, plaintiff profile forms, and plaintiff fact sheets.

### 5. Selection of Brown Greer as Vendor

Defendants and Plaintiffs' Lead Counsel have selected BrownGreer PLC and its MDL Centrality system as an electronic platform to assist with gathering, managing, and providing access to certain information in connection with this litigation.

### 6. Government Discovery.

The parties are prepared to update the Court on the progress of *Touhy* discovery to date.

### 7. Defendants' Document Productions.

To date, Defendants have produced approximately 14,463 documents (totaling more than 186,000 pages), including documents from the *Moldex* and *qui tam* cases.

Lead Counsel has requested the production of depositions from the *Moldex* cases, and has further sought a provision in the deposition protocol to ensure timely production of the same. On July 12, 2019, Defendants requested permission from Moldex's General Counsel and outside counsel, to produce relevant depositions under the confidentiality order in the *Moldex* cases. Defendants will timely produce relevant transcripts after receiving permission from Moldex. The parties will be prepared to update the Court on the status of Moldex's response, if any, at the status conference.

### 8. Corporate Discovery

Plaintiffs have filed and served a 30(b)(6) Notice requesting depositions of 3M Corporate designee's on various topics.  3M will serve Plaintiffs with certain objections to Plaintiffs'

## KIRKLAND & ELLIS LLP

Judge M.C. Rodgers
July 18, 2019
Page 3

deposition notice.  Following discussion and resolution of 3M's objections, the parties will continue to work together to schedule dates.

                                        Respectfully submitted,

                                        /s/ Kimberly Branscome

                                        *Counsel for Defendants*

cc:     MDL Counsel of Record