UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Court File No. 3:19-md-2885 |
| **This Document Relates to:**<br><br>*Stuart v. 3M, et al.*, 19-cv-02066<br>*Hoggarth v. 3M, et al.*, 19-cv-01682 | **NOTICE OF APPEARANCE** |

Vincent J. Moccio of Bennerotte & Associates, P.A. hereby enters her appearance in the Master Docket and all individual dockets (cases referenced above) pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Moccio is counsel of record in the individual cases transferred to this court from the District of Minnesota by the JPML. Mr. Gustafson has completed the administrative requirements outlined in Pretrial Order No. 3 (tutorial confirmation no. FLND15634888142460) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Dated:  July 19, 2019                                Respectfully submitted,

                                                   *s/ Vincent J. Moccio*
                                                   Vincent J. Moccio (MN bar # 0184046)
                                                   Bennerotte & Associates, P.A.
                                                   3085 Justice Way, Suite 200
                                                   Eagan, MN 55121
                                                   T: 651-842-9257
                                                   F: 651-288-0860
                                                   *vincent@bennerotte.com*

                                                   ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on July 19, 2019, which send notice to all counsel of records.

_s/ Vincent J. Moccio_