UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER OF APPOINTMENT**

By agreement of the parties, following independent and joint presentations from multiple vendors, the Court hereby **APPOINTS** BrownGreer PLC to serve as the electronic platform firm for this MDL.  BrownGreer PLC's MDL Centrality system will provide centralized litigation management and support, including assistance with gathering, organizing, accessing, and analyzing various categories of information in connection with this matter.  The parties are directed to utilize BrownGreer PLC's service to fulfill these objectives and also to enter into a contract with the company specifying the services to be provided, the costs of such services and the parties' payment obligations.

Relatedly, the Court extends special thanks to Jaime Lynn Dodge, Director of the Emory School of Law's Institute for Complex Litigation and Mass Claims, for her hard work and assistance in the vendor selection process.  Ms. Dodge is directed to submit an invoice to the Court via email reflecting her fees and expenses incurred

in providing these services.  The parties have agreed that Ms. Dodge's fees and expenses will be split evenly between them.

**SO ORDERED**, on this 19th day of July, 2019.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**