# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| This Document Relates to: | Case No. 3:19-cv-02275 |
| **DAVID BAUGHMAN,** *Plaintiff*, | In Re: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION |
| v. | MDL Case No. 3:19-md-2885 |
| **3M COMPANY and AEARO TECHNOLOGIES LLC,** *Defendants*. | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William L. Barton of Onder Law, LLC, hereby enters his appearance as counsel for Plaintiff David Baughman in the above-styled cause of action, pursuant to Pretrial Order No. 3 (ECF No. 4). Mr. Barton's Motion to Appear *Pro Hac Vice* before the United States District Court, Northern District of Florida, Pensacola Division was granted on June 6, 2019 (ECF No. 415).

Dated: July 23, 2019,   By: */s/ William L. Barton*
William L. Barton, #69957-MO
**ONDER LAW, LLC**
110 East Lockwood Avenue
St. Louis, Missouri 63119
T: 314.963.9000
F: 314.963.1700
barton@onderlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of July 2019, a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

By:   */s/ William L. Barton*
William L. Barton
