**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | **CASE NO. 3:19-MDL-2885-MCR-GRJ**<br><br>Chief Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's Pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, I, Michele M. Vercoski, Esq., respectfully move for admission to practice *pro hac vice* in the above referenced case. Movant certifies as follows:

1.     Michele M. Vercoski resides in California and is not a resident of the State of Florida.

2.     Michele M. Vercoski is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of California (admitted on September 2006).  A copy of a Certificate of Good Standing from the California State Bar dated within 30 days is attached to this motion as Exhibit "A".

1

3.     Michele M. Vercoski is also admitted in the State of New York (admitted on May 2005), and State of New Jersey (admitted December 28, 2004). Michele M. Vercoski is in good standing in said courts.

4.     Michele M. Vercoski is also admitted in the United States District Court for the Eastern District of Texas, United States District Court for the Middle District of Florida, United States District Court for the Eastern District of Michigan, and United States District Court for the Southern District of Illinois. Michele M. Vercoski is in good standing in said courts.

5.     Michele M. Vercoski certifies that she is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

6.     Michele M. Vercoski has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation Number:  FLND1556064512203**7**), and completed the CM/ECF online tutorials.

7.     Michele M. Vercoski has paid the required $201.00, *pro hac vice* admission fee.

8.     Movant has an upgraded PACER account.

7.     Michele M. Vercoski represents Plaintiffs in the following action filed in the United States District Court for the Central District of California, *Christopher Hammond v.  3M Company, et al*, Case No.:  8:19-CV-00510.

2

WHEREFORE, Michele M. Vercoski respectfully requests that this Court enter an Order granting Michele M. Vercoski of McCUNE ▪ WRIGHT ▪ AREVALO, LLP *pro hac vice* in this case.

Respectfully submitted this the 23rd day of July, 2019.

*/s/Michele M. Vercoski*
Michele M. Vercoski, Esq., CA Bar No. 244010

**McCUNE ▪ WRIGHT ▪ AREVALO, LLP**
Michele M. Vercoski, Esq., CA Bar No. 244010
mmv@mccunewright.com
18565 Jamboree Road, Ste. 550
Irvine, California 92612
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies the foregoing Motion for Admission

Pro Hac Vice was filed electronically with the Clerk of the Court using the

CM/ECF system on July 23, 2019 and served electronically on all counsel of

record.

*/s/Michele M. Vercoski*
Michele M. Vercoski