**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRCIT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's April 8, 2019 Order, Pretrial Order No. 3, and The Northern District of Florida Local Rule 11.1, I, Attorney Pamela A. Borgess, respectfully moves for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Ohio and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida, but is a member in good standing of the bar of the State of Ohio. A copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion is attached hereto as Exhibit "A."

3. Movant is also admitted to the United States District Court for the Northern District of Ohio, United States District Court for the Southern District of Ohio, United States District Court for the Northern District of Illinois, United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Illinois, and the United States Court of Appeals for the Sixth Circuit, and is in good standing with the same.

4. Movant has reviewed the Attorney Admission Memorandum, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation number **FLND15620807472380** and completed the CM/ECF Online Tutorials.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has upgraded her PACER account to "NextGen."

7. Movant represents Plaintiffs in the following actions filed to date in this MDL:

- Jessica Kress v. 3M, et al.; Case #: 19-cv-02243
- Gregory Gosselin v. 3M, et al.; Case #: 19-cv-02247
- William Brubaker v. 3M, et al.; Case #: 19-cv-02249
- Teresa Murphy, et al. v. 3M, et al.; Case #: 19-cv-02250
- Hank Castin v. 3M, et al.; Case #: 19-cv-02252
- Carter Scott v. 3M, et al.; Case #: 19-cv-02264

WHEREFORE, Attorney Pamela A. Borgess respectfully requests that this Court enter an Order granting Pamela A. Borgess of Borgess Law, LLC, *pro hac vice* in this case.

Respectfully submitted this the 24th day of July, 2019.

/s/ Pamela A. Borgess
Pamela A. Borgess (OH Bar: 0072789)
BORGESS LAW, LLC
pborgess@borgesslaw.com
6800 West Central Ave., Suite E
Toledo, OH 43617
Tel: (567) 455-5955
Fax: (567) 661-1795

## **CERTIFICATE OF SERVICE**

I hereby certified that a true and correct copy of the foregoing Motion for *Pro Hac Vice* was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

    This 24th day of July, 2019.

                                              /s/ Pamela A. Borgess
                                              Pamela A. Borgess, Esq.