AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          :
                                  :     ss.
NORTHERN DISTRICT OF OHIO         :

I, SANDY OPACICH, Clerk of the United States Court for the Northern District of Ohio,

**DO HEREBY CERTIFY**, that **Pamela A. Borgess**, **0072789**, was duly admitted to practice in

said Court on **December 22, 2000**, and is in good standing as a member of the bar of said Court.



Dated at Toledo, Ohio

on July 1, 2019

**SANDY OPACICH**
**Clerk of Court**

By:   s/ Annie Crawford
**Deputy Clerk**