# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# FLORIDA

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | * | **MDL Case No. 3:19md2885** |
| | * | |
| *Claudia Soled Michel v. 3M Company, et al.* | * | **Case No. 3:19-cv-2285** |

## MOTION FOR ADMISSION PRO HAC VICE IN AN MDL

Pursuant to Pre-Trial Order 3 entered in this MDL, I request to be admitted *pro hac vice*, to represent Claudia Soled Michel and other plaintiffs.

I certify that I am a member in good standing of the bars of the following United States District Courts:

| United States District Court | Date of Admission |
|---|---|
| Northern District of Te as | 09 30 2011 |
| District of  a aii | 10 11 1999 |
| | |
| | |
| | |

1. I ma e this application so that I can represent Ms. Michel and other plaintiffs in the In Re:3M Combat Arms Earplug Products Liability Liti ation, Case No. 3:19-md-2885.

2. I understand that admission pro hac vice is for this MDL and does not constitute formal admission to the bar of this Court.

3. I understand that I must register to use the electronic filing system.

4. I have completed the Local Rules Tutorial for the Northern District of  lorida. Confirmation Number:  LND1 49    11  4, revie ed the Attorney Admission Memo, revie ed the Local Rules, and completed the CMEC  online tutorials.

5. I understand that I must immediately notify the Court of any change in my address, telephone number, and email address and that if I fail to do so, my appearance in this case will be terminated.
6. I have attached a Certificate of Good Standing from the Northern District of Texas. I have also attached certificates of good standing from the Supreme Courts of Hawaii and Texas.

Dated this 24th day of July, 2019.    /s/ *Amber M. Pang Parra*
JUSTINIAN & ASSOCIATES PLLC
822 Bandera Rd
San Antonio, TX 23
Telephone: .4 2. 29
Facsimile: 12. 2.19 0
Email: ampp@justinian.com
TX Bar: 24009223
HI Bar: 30
ATTORNEYS FOR PLAINTIFF

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## Amber M.S.Y. Pang Parra

Bar Number:  Date of Admission:

**24009224**  **09/30/2011**

Witness my official signature and the seal of this court.

Dated: June 18, 2019

Karen Mitchell,
Clerk of Court

By: Zelma Z. Medrano
Deputy Clerk

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 18, 2019

Re: Ms. Amber Marie Seu Yin Pang Parra, State Bar Number 24009224

To Whom It May Concern:

This is to certify that Ms. Amber Marie Seu Yin Pang Parra was licensed to practice law in Texas on December 17, 1998, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# IN THE SUPREME COURT OF HAWAIʻI

In the Matter of

**AMBER M.S.Y. PANG PARRA**
................................................................
Attorney at Law.

### CERTIFICATE OF STANDING

I, Jean Kikumoto, clerk of the Supreme Court of the State of Hawaiʻi, do hereby certify that **AMBER M.S.Y. PANG PARRA** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawaiʻi on October 27, 1999. Her current status is active and she is presently in good standing.

DATED:   Honolulu, Hawaiʻi, June 24, 2019.

..................................................
Clerk, Supreme Court of Hawaiʻi