UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | ) Case No. 3:19md2885<br>)<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

**MOTION OF ASHLEY NEGLIA FOR ADMISSION *PRO HAC VICE*
AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS**

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Ashley Neglia ("Movant") of the law firm Kirkland & Ellis LLP, 333 South Hope Street, Los Angeles, CA 90071, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and to receive Notice of Electronic Filings in this action. In support of this motion Movant states:

1

1. Movant resides in Los Angeles, California and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of California.

4. A copy of a Certificate of Good Standing from the State Bar of the State of California, dated within 30 days of this motion, is attached as Exhibit A.

5. Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND15632251532441) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7. Movant has updated her PACER account to "NextGen."

8. Upon admission, Ashley Neglia respectfully requests that she be provided Notice of Electronic Filings to the following email address: ashley.neglia@kirkland.com.

WHEREFORE, Ashley Neglia respectfully requests that this Court enter an order granting her motion to appear *pro hac vice* on behalf of Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and directing the clerk to provide Notice of Electronic Filings to the undersigned.

DATED:  July 24, 2019

By: *Ashley Neglia*
Ashley Neglia
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Tel.:  (213) 680-8400
Email: ashley.neglia@kirkland.com

*Attorney for Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 24th day of July, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED:  July 24, 2019                    */s/ Ashley Neglia*
                                         Ashley Neglia