UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No, 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's Pretrial Order No.3 and Northern District of Florida Local Rule 11.1, I, Stephen M. Huber of the Huber Thomas & Marcelle, LLP law firm, respectfully move for admission to practice *pro hac vice* in the above captioned case. Movant certifies as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the Louisiana State Bar dated within 30 days is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation

1

Number: FLND15568955352129), and completed the CM/ECF v3.+ online tutorials.

4. Movant has paid the required $201.00, *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant is the attorney of records in *Chandler v. 3M Company,* 2:19-cv-01637, which was filed in the United States Court for the Eastern District of Louisiana subsequently transferred to this Court.

7. Movant anticipates directly filing a number of cases in the above captioned case.

Wherefore, Stephen M. Huber, respectfully requests that the court enter an Order granting his motion to appear *pro hac vice* to directly file cases in the above captioned case and to provide notice of Electronic Case Filings to the undersigned.

Dated: July 24, 2019

                                               Respectfully submitted,

                                               *s/Stephen M. Huber*
                                               STEPHEN M. HUBER, Bar No. 24463
                                               **HUBER THOMAS & MARCELLE, LLP**
                                               1100 Poydras Street, Suite 2200
                                               New Orleans, LA 70163
                                               Telephone:  (504) 274-2500
                                               Facsimile:   (504) 910-0838
                                               stephen@huberthomaslaw.com

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1 (F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that on July 24, 2019, a copy of the above and foregoing was electronically filed via the Court's CM/ECF system.

*s/Stephen M. Huber*
STEPHEN M. HUBER
