# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No, 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| *Keith Chandler v. 3M Company, et al;* Case No. 3:19-cv-00633 | |

## ORDER ON MOTION TO APPEAR *PRO HAC VICE*

Having reviewed and examined movant's MOTION TO APPEAR *PRO HAC VICE,* this Court hereby grants the motion and admits Stephen M. Huber *pro hac vice* in this litigation.

So ordered on this day, _____ of _____, 2019.

_____
United State District Court Judge
Northern District of Florida
Pensacola Division