J. Blake Mayes (No. 024159)
**MAYESTELLES PLLC**
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
Telephone: 602.714.7900
Fax: 602.357.3037
courts@mayestelles.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF FLORIDA

# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No. 3:19md2885-MCR-GRJ |
| | **NOTICE OF APPEARANCE** |
| This Document Relates to Case No. 3:19-cv-01631, *Zanger v. 3M Company et al.* | Judge: M. Casey Rodgers<br>Magistrate Judge: Gary R. Jones |

**NOTICE IS HEREBY GIVEN** that J. Blake Mayes and the law firm of MayesTelles PLLC hereby enter their appearance as counsel for Plaintiff in the individual action transferred to this MDL styled *Zanger v. 3M Company, et al.,* Case No. 3:19-cv-01631. Please direct all future correspondence and pleadings in the Master Docket of MDL 2885 and the above-named individual action to the undersigned at the address shown below:

J. Blake Mayes
MAYESTELLES PLLC
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
blake@mayestelles.com

DATED this 25th day of July, 2019.

**MAYESTELLES PLLC**

By: /s/ J. Blake Mayes
 J. Blake Mayes
 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Locale Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

DATED this 25th day of July, 2019

/s/ J. Blake Mayes