# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**　　　　　　　　　　　　Date: **July 25, 2019**
In Re:　**3M Combat Arms Earplug Products Liability Litigation**　　**12:30pm - 1:35pm**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**1:45pm - 2:39pm**

**DOCKET ENTRY: Third Case Management Conference**

Order to follow memorializing matters discussed.

**PRESENT:**

| **Honorable** | **M. Casey Rodgers** | Tevenia Jacobs | Mary Maloy | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| **Honorable** | **Gary R. Jones** | | | |
| | **U.S. Magistrate Judge** | | | |

**APPEARANCES:**

**Attorneys for Plaintiffs:**　Bryan Aylstock, Shelley Hutson, Christophe Seeger

**Attorneys for Defendant 3M Co. and Aearo** :　Kimberly Branscome, Mike Brock, Mark Nomellini, Larry Hill

**PROCEEDINGS:**

Pre-Conference Meeting: 12:30pm to 1:35pm

| | |
|---|---|
| 1:45pm | Court in Session |
| | Court reviews agenda re Science Day, Deposition Protocol, Rule 30(b) notices requesting depositions, various deadlines, etc. |
| | Court announces next conference is Monday, August 26, 2019 at 9:30am |
| 2:39pm | Court adjourned |