UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___July 24, 2019_____

Motion/Pleadings: ___MOTION TO APPEAR *PRO HAC VICE*_____

Filed by_Amber M. Pang Parra__ on _July 24, 2019_____ Doc. # __527__

Response _____ on _____ Doc. # _____

| | Stipulated | | Joint Pleading |
|---|---|---|---|
| _____ | Unopposed | _____ | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*_____
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 25th day of July 2019.

*M. Casey Rodgers*_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**