UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | Case No. 3:19 md 2885 |
| **This Document Relates to All Actions** | ) ) ) | Judge M. Casey Rogers<br>Magistrate Judge Gary R. Jones |

_____

**RENEWED MOTION TO APPEAR PRO HAC VICE**
_____

COMES NOW, the undersigned, and hereby requests, pursuant to N.D. Fla. Loc. R. 11.1, that Joel L. DiLorenzo, of The DiLorenzo Law Firm, LLC, located at 505 20th Street N., Suite # 1275, Birmingham, Alabama 35203, be permitted to appear and practice before this honorable court in the 3M Combat Arms Earplug Products Liability Litigation. As grounds for same, the undersigned states as follows:

1) I am a member in good standing of the bar of the State of Alabama.

2) There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3) I have not previously had an admission *pro hac vice* to this court and/or any other state or federal court ever revoked for misconduct.

4) I have successfully completed the Attorney Admission Tutorial (Confirmation # FLND15635801552463) and I certify that I completed the CM/ECF v3.+ online tutorials.

5) I have attached to this motion a copy of a Certificate of Good Standing issued by the Alabama State Bar on July 22, 2019 (Exhibit "A").

6) I paid the required $201.00, pro hac vice admission fee.

7) I have an upgraded PACER account.

8) I am an attorney of record in <u>Limberakis v. 3M Company (3:19-cv-00583-MCR-GRJ)</u> which was originally filed in the United States District Court for the Northern District of Alabama and subsequently transferred to this Court.

9) I anticipate directly filing a number of cases in the above captioned case.

WHEREFORE PREMISES CONSIDERED, the undersigned hereby respectfully requests that this Honorable Court grant this Motion to be Admitted Pro Hac Vice.

Respectfully Submitted this date <u>July 26, 2019</u>

        By:    <u>/s/ Joel L. DiLorenzo</u>
Joel L. DiLorenzo (ASB-75-75-J64D)

THE DILORENZO LAW FIRM, LLC
505 20th St N. # 1275
Birmingham, AL 35203
Telephone: (205) 212-9988
Fax: (205) 212-9989
Email: joel@dilorenzo-law.com