# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| THIS DOCUMENT RELATES TO: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Justin P. Kaier,<br>Case No. 1:19-cv-00911-GWC<br>　　　　　　　　Plaintiff,<br>v.<br>3M Company,<br>　　　　　　　　Defendant. | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and All Parties of Record

Pursuant to Pretrial Order No. 3, I am authorized to practice in this Court based upon transfer into this MDL, and I appear in this case as counsel for the plaintiff, Justin P. Kaier.

Dated: July 26, 2019
　　　　Buffalo, New York

　　　　　　　　　　　　　　　　　　　/s/ Brian A. Goldstein
　　　　　　　　　　　　　　　　　　　Brian A. Goldstein, New York Bar No. 2715019
　　　　　　　　　　　　　　　　　　　CELLINO & BARNES, P.C.
　　　　　　　　　　　　　　　　　　　2500 Main Place Tower
　　　　　　　　　　　　　　　　　　　350 Main Street
　　　　　　　　　　　　　　　　　　　Buffalo, New York 14202-3725
　　　　　　　　　　　　　　　　　　　Phone: (716) 888-8888
　　　　　　　　　　　　　　　　　　　Facsimile: (716) 854-6291
　　　　　　　　　　　　　　　　　　　brian.goldstein@cellinoandbarnes.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

/s/ *Brian A. Goldstein*
Brian A. Goldstein