IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Justin P. Kaier,<br>Case No. 3:19-CV-02517<br>      Plaintiff,<br><br>v.<br><br>3M Company,<br>      Defendant. | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**FIRST AMENDED APPEARANCE OF COUNSEL**

To: The Clerk of Court and All Parties of Record

Pursuant to Pretrial Order No. 3, I am authorized to practice in this Court based upon transfer into this MDL, and I appear in this case as counsel for the plaintiff, Justin P. Kaier.

Dated: July 26, 2019
   Buffalo, New York

                /s/ Brian A. Goldstein
                Brian A. Goldstein, New York Bar No. 2715019
                CELLINO & BARNES, P.C.
                2500 Main Place Tower
                350 Main Street
                Buffalo, New York 14202-3725
                Phone: (716) 888-8888
                Facsimile: (716) 854-6291
                brian.goldstein@cellinoandbarnes.com

## CERTIFIATE OF SERVICE

I hereby certify that on July 26, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

/s/ *Brian A. Goldstein*
Brian A. Goldstein