UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE: 3M EARPLUG PRODUCTS LIABILITY LITIGATION** | DOCKET NUMBER: 3:19md2885 |
| This Document Relates to: | INDIVIDUAL DOCKET #: 19-2744 |
| **TODD GALLIAND**, Plaintiff | THE HON. M. CASEY RODGERS, PRESIDING JUDGE |
| VERSUS | THE HON. GARY R. JONES, MAGISTRATE |
| **3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC**, Defendants | |

## MOTION TO APPEAR PRO HAC VICE

In accordance the Court's Pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, I, John A. Venezia, respetfuly move for admission to practice *pro hac vice* in the above referenced case. Mover certifies as follows:

1. Movant resides in Louisiana and is not a resident of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Louisiana. Mover attaches a copy of a certificate of good standing from the Supreme Court of the State of Louisiana dated within 30 days.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation Number: FLND15616977772368), and completed the CM/ECF v3.+ online tutorials.

4. Movant has paid the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Mover represents Todd Galliand, a plaintiff who has filed a new case in the directly in the action.

**WHEREFORE**, the John A. Venezia respectfully requests that the Court enter an order granting his motion to appear *pro hac vice* on behalf of Todd Galliand, and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully Submitted:

_____
JOHN A. VENEZIA (#23963)
jav@venezialaw.net
Venezia & Associates (APLC)
757 St. Charles Avenue
Suite 302
New Orleans, Louisiana 70130
(504) 486-3910 voice
(504) 486-3913 fax

## CERTIFICATE OF SERVICE

In compliance with Local Rule 5.1(f), I certify that I filed a true and correct copy of the foregoing with the Clerk of Court using ECF/CM system, which will provide electronic notice of same to be sent to all counsel.

July 26, 2019

_____
John A. Venezia