UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE: 3M EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>DOCKET NUMBER: 3:19md2885<br><br>This Document Relates to a New Action filed in this MDL. | INDIVIDUAL DOCKET NUMBER:<br>_____<br><br>THE HON. M. CASEY RODGERS, PRESIDING JUDGE<br><br>THE HON. GARY R. JONES, MAGISTRATE |

# ORDER

Considering the Motion to Appear Pro Hac Vice,

The Court hereby **ORDERS** that John A. Venezia may appear *pro hac vice* on behalf of Todd M. Galliand in these proceedings. The Court directs the Clerk to provide notice of electronic filing to John A. Venezia.

Pensacola, Florida this \_\_\_\_\_ day of _____, 2019.

_____
**THE HON. M. CASEY RODGERS**
**U.S. DISTRICT COURT JUDGE**