UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   July 26, 2019

Motion/Pleadings:   RENEWED MOTION TO APPEAR *PRO HAC VICE*

Filed by  Joel L. DiLorenzo     on  July 26, 2019           Doc. #  542

Response _____ on _____ Doc. # _____

_____ Stipulated      _____ Joint Pleading
_____ Unopposed    _____ Consented

          JESSICA J. LYUBLANOVITS
          CLERK OF COURT
          */s/ Kathy Rock*
          Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 26th day of July 2019.

          *M. Casey Rodgers*
          **M. CASEY RODGERS**
          **UNITED STATES DISTRICT JUDGE**