# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, </br></br> This Document Relates to All Cases | ) Case No. 3:19md2885 </br> ) </br> ) </br> ) </br> ) Judge M. Casey Rodgers </br> ) </br> ) Magistrate Judge Gary R. Jones </br> ) </br> ) </br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sierra Elizabeth of the law firm Kirkland & Ellis LLP hereby enters her appearance as counsel for Defendants 3M Company, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC.  Ms. Elizabeth is an attorney of record in one of the actions transferred to this Court and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  Pursuant to Pretrial Order No. 3, she has completed the online Local Rules tutorial exam, confirmation number FLND15640857612480, and the CM/ECF online tutorials.  All further papers and pleadings in this action should be served on the undersigned.

DATED:  July 29, 2019            By: */s/ Sierra Elizabeth*
                                      Sierra Elizabeth
                                      KIRKLAND & ELLIS LLP

1

333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Email: sierra.elizabeth@kirkland.com

*Attorney for Defendants 3M Company, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo LLC*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED: July 29, 2019             */s/ Sierra Elizabeth*
                                 Sierra Elizabeth