**KEELY A. PERDUE, ESQ.**
Nevada Bar No. 13931
keely@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:  (702) 240-7979
Facsimile:   (866) 412-6992
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases. | CASE NO.: 3:19-MD-2885<br><br>JUDGE M. CASEY RODGERS<br>MAGISTRATE JUDGE GARY R. JONES |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, and the Northern District Florida Local Rule 11.1, I, Keely Ann Perdue, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Las Vegas, Nevada, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Nevada. A copy of a Certificate of Good Standing from the State of Nevada dated within thirty (30) days of this motion is attached hereto as Exhibit "A".

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam,

confirmation number **FLND15628808722427**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen".

6. Movant represents the Plaintiffs in the following actions:

    a. *Robert Barone v. 3M Company, et al.*, Case No. 3:19-cv-02459

    b. *Geoffrey Bowling v. 3M Company, et al.*, Case No. 3:19-cv-02451

    c. *Juan Caro v. 3M Company, et al.*, Case No. 3:19-cv-02433

    d. *Russell Melton v. 3M Company, et al.*, Case No. 3:19-cv-02442

7. Upon admission, Movant respectfully requests that she be provided notice of Electronic Case Filings to the following email address: keely@christiansenlaw.com

WHEREFORE, Keely Ann Perdue respectfully requests that this Court enter an order granting this Motion to Appear *Pro Hac Vice* on behalf of Plaintiffs and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated this 29th day of July, 2019.

CHRISTIANSEN LAW OFFICES

By /s/ K. Perdue
KEELY A. PERDUE, ESQ.
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5, I certify that I am an employee of CHRISTIANSEN LAW OFFICES, and that on this 29th day of July, 2019 I caused the foregoing document entitled **MOTION TO APPEAR *PRO HAC VICE*** to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

_____
An employee of Christiansen Law Offices