# EXHIBIT A

# EXHIBIT A

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Keely Perdue**, Bar Number **13931** was admitted by the Supreme Court of the State of Nevada on **12/28/2016** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Keely Perdue** is now an **Active** member of the State Bar of Nevada in good standing.

DATED Thursday, July 11, 2019.

*Michael Guttadaro*
Michael Guttadaro
Member Services Administrator
State Bar of Nevada