# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Bollinger v. 3M Company*, 3:19-cv-01352<br>*DeLapp v. 3M Company* 3:19-cv-01652<br>*Kirkland v. 3M Company*, 3:19-cv-2241<br>*Larson v. 3M Company, et al*, 3:19-cv-2646 | Case No: 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Frederick T. Kuykendall, III of the law firm The Kuykendall Group, LLC hereby enters his appearance as counsel for the above referenced Plaintiffs. Mr. Kuykendall is an attorney of record in one of the actions[1] transferred to this Court and has been administratively admitted pursuant to Pretrial Order 3 (ECF No. 4). Pursuant to Pretrial Order No. 3, he has completed the online Local Rules tutorial exam, confirmation number FLND15567355542102, and the CM/ECF online tutorials. All further papers and pleadings in this action should be served on the undersigned.

Dated: July 29th, 2019.    Respectfully Submitted:

/s/ Frederick T. Kuykendall, III
Frederick T. Kuykendall, III
Alabama State Bar No. 4462-A59F

---

[1] Specifically, *DeLapp v. 3M Company* 3:19-cv-01652.

THE KUYKENDALL GROUP, LLC<br>
ftk@thekuykendallgroup.com<br>
356 Morphy Ave., Suite B<br>
Fairhope, AL 36532<br>
(205) 434-2866

## CERTIFICATE OF SERVICE

I do hereby certify that on this, the 29th day of July, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Frederick T. Kuykendall, III*
Frederick T. Kuykendall, III