# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, July 25, 2019 6:39 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, July 25, 2019 11:37:17 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/25/2019 at 7:37 AM EDT and filed on 7/25/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 484 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 1 action(s)** *re: pldg. ([479] in MDL No. 2885, 1 in NYW/1:19-cv-00911)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/25/2019.**

**Associated Cases: MDL No. 2885, NYW/1:19-cv-00911 (TLL)**

| | |
|---|---|
| **Case Name:** | Kaier v. 3M Company |
| **Case Number:** | NYW/1:19-cv-00911 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 1 action(s)** *re: pldg. ( [479] in MDL No. 2885, 1 in NYW/1:19-cv-00911)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/25/2019.**

**Associated Cases: MDL No. 2885, NYW/1:19-cv-00911 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**NYW/1:19-cv-00911 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Brian A. Goldstein     brian.goldstein@cellinoandbarnes.com

**NYW/1:19-cv-00911 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/25/2019] [FileNumber=926675-0]
[9c4c31df1e39f32a9a48ea0cb9ecad1c808b4f8c0b170073c15e1de1cb0e339ab6da7
d2c26099e337c45ebe5f400fb003800d7e881341dc1fa68ea29ee5a2a3c]]