# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Charles W. Beene, Esq. hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case only, and in support thereof states as follows:

1.   Movant resides in the State of Alabama and is not a resident of the State of Florida.

2.   Movant is admitted to practice and is a member of good standing of the bar of the Alabama.

3.   Movant has attached a Certificate of Good Standing from the Alabama Bar. *See* Exhibit 1.

4.   Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully complete both the online Local Rules tutorial exam, confirmation number, FLND15644322992491, and the CM/ECF online tutorial.

5.  Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6.  Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Movant Charles W. Beene, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directed the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 29, 2019

    Respectfully submitted,

    /S/ CHARLES W. BEENE
    Charles W. Beene, Esq. [AL #9128A72E]
    SLOCUMB LAW FIRM, LLC
    145 E. Magnolia Avenue, Suite 201
    Auburn, AL 36830
    Tel: (334) 741-4110
    Fax: (334) 591-1152
    cbeene@slocumblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Admission *Pro Hac Vice* was electronically filed and served with the Clerk of Court using the CM/ECF system on July 29, 2019 and served upon all counsel of record thereafter.

/S/ CHARLES W. BEENE
Charles W. Beene, Esq.

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Charles Walker Beene has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Charles Walker Beene was admitted to the Alabama State Bar September 24, 2015.

I further certify that the said Charles Walker Beene is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2019.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 29th day of July, 2019.

Phillip W. McCallum,
Secretary



**EXHIBIT 1**

P: 334-269-1515    F: 334-261-6310    ALABAR.ORG