# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. Ron Anthony Austin

whose address is 400 Manhattan Blvd

Harvey, LA 70058

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 6th day of October, 1995.

Given over my hand and the Seal of the Louisiana State Bar Association, this 17th day of July, 2019.

*Executive Director*
*Louisiana State Bar Association*


EXHIBIT A