UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    July 31, 2019

Motion/Pleadings:    MOTION TO APPEAR *PRO HAC VICE*

Filed by   Charles W. Beene        on   July 30, 2019             Doc. #   557

Response _____    on _____    Doc. # _____

_____  Stipulated         _____  Joint Pleading
_____  Unopposed       _____  Consented

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT
                                                  */s/ Kathy Rock*
                                                  Deputy Clerk: Kathy Rock

      On consideration, the motion is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record.  *See* ECF No. 86, ¶ II.

      **DONE and ORDERED** this 31st day of July 2019.

                                          *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**