UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  July 31, 2019

Motion/Pleadings:  MOTION TO APPEAR *PRO HAC VICE*

Filed by  Ron A. Austin   on  July 31, 2019    Doc. #  559

Response _____ on _____ Doc. # _____

____ Stipulated     ____ Joint Pleading
____ Unopposed   ____ Consented

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT
                                            */s/ Kathy Rock*
                                            Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 31st day of July 2019.

                                            *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**