# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates To All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Craig M. Silverman, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and in support thereof, state as follows:

1.      Movant resides in New Jersey and is not a resident of the State of Florida.

2.      Movant is admitted to practice and is a member in good standing of the bar of the State of New York. Movant's law office is in New York and this is the state where he regularly practices law.  A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND 15633184722445**, and the CM/ECF online tutorials.

4.      Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.      Movant has upgraded his PACER account to "NextGen".

6.      Movant is the attorney of record for the Plaintiffs in the following related cases:

- DeManuel E. Ross v. 3M Company, et al.; 3:19-cv-02294-MCR-GRJ

- Joseph Broach v. 3M Company, et al.; 3:19-cv-02300-MCR-GRJ

- Daniel J. Moore v. 3M Company, et al.; 3:19-cv-02297-MCR-GRJ

- Armando Cazares v. 3M Company, et al.; 3:19-cv-02298-MCR-GRJ

- Mark Mingee v. 3M Company, et al; 3:19-cv-02331-MCR-GRJ

- Joshua Timms v. 3M Company, et al; 3:19-cv-02885-MCR-GRJ

- Anthony Ciaffone v. 3M Company, et al.; 3:19-cv-02325-MCR-GRJ

- Joseph Flock v. 3M Company, et al.; 3:19-cv-02321-MCR-GRJ

- Donald Levinger v. 3M Company, et al.; 3:19-cv-02323-MCR-GRJ

WHEREFORE, Craig M. Silverman, respectfully requests that this Court enter an Order

Granting this motion to appear *pro hac vice*.


Dated:          August 1, 2019                    SULLIVAN PAPAIN BLOCK McGRATH
                                                   & CANNAVO P.C.


                                        By:  /s/ Craig M. Silverman
                                        Craig M. Silverman
                                        120 Broadway – 18th Floor
                                        New York, New York 10271
                                        Phone: (212) 732-9000
                                        Fax:    (212) 266-4141
                                        Email: Csilverman@triallaw1.com


## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing Motion for Admission Pro Hac Vice

was filed electronically with the Clerk of the Curt using the CM/ECF filing system on August 1,

2019, and served electronically on all counsel of record.


                                        /s/  Craig M. Silverman
                                        Craig M. Silverman

2