# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Stephen G. Lowry, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Georgia and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Georgia. A copy of a Certificate of Good Standing from the State of Georgia is provided.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiffs in the following action: Shawn Gibson and Alicia Savannah-Gibson v. 3M Company, et al.; 3:19-cv-02284.

WHEREFORE, Stephen G. Lowry respectfully requests that this Court enter an order granting this amended motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

*Respectfully submitted,*

**HARRIS LOWRY MANTON LLP**

\_/s/ Stephen G. Lowry_____
STEPHEN G. LOWRY
Georgia Bar No. 460289
410 E. Broughton Street
Savannah, Georgia 31401
(912) 651-9967 (phone)
(912) 651-1276 (fax)
steve@hlmlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Amended Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on August 1, 2019 served electronically on all counsel of record.

        /s/ Stephen G. Lowry_____
STEPHEN G. LOWRY
Georgia Bar No. 460289