UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R Jones |

## ORDER ON AMENDED MOTION TO APPEAR PRO HAC VICE

Movant, Stephen G. Lowry, having filed his Amended Motion to Appear Pro Hac Vice, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion and admits Stephen G. Lowry pro hac vice, in this litigation.

So ordered this the day of _____ , 2019.

_____
UNITED STATES DISTRICT COURT JUDGE