UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 ) ) ) ) ) Judge M. Casey Rodgers |
| This Document Relates to: | ) ) ) Magistrate Judge Gary R. Jones |
| *Claudia Soled Michel v. 3M Company, et al,* Civ. No. 3:19-cv-2285 | ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amber M. Pang Parra of the law firm Justinian & Associates PLLC hereby enters her appearance as counsel for the plaintiff in the above-referenced action.

Mrs. Pang Parra is an attorney of record in one of the actions directly filed in the MDL before this Court and has been admitted to appear *pro hac vice*, pursuant to Pretrial Order No. 3 (ECF No. 4). Pursuant to Pretrial Order No. 3, she has completed the online Local Rules tutorial exam, confirmation number FLND15495555511774, and the CM/ECF online tutorials. All further papers and pleadings in this action should be served on the undersigned.

1

DATED: August 1, 2019

        Respectfully submitted,
        */s/Amber M. Pang Parra*
        Amber M. Pang Parra
        JUSTINIAN & ASSOCIATES PLLC
        6228 Bandera Rd
        San Antonio, TX 78238
        855.452.5529
        TX Bar No. 24009224
        HI Bar No. 07305
        Email: ampp@justinian.com
        COUNSEL FOR PLAINTIFF
        CLAUDIA SOLED MICHEL

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED: August 1, 2019

        */s/Amber M. Pang Parra*
        Amber M. Pang Parra

2