UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, David P. Whatley, Esq. hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case only, and in support thereof states as follows:

1. Movant resides in the State of Alabama and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member of good standing of the bar of the Alabama.

3. Movant has attached a Certificate of Good Standing from the Alabama Bar. *See* Exhibit 1.

4. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully complete both the online Local Rules tutorial exam, confirmation number, FLND15644258742489, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Movant David P. Whatley, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* in regard to *Nichols v. 3M Company, et al.* Civil Action No.: 3:19-md-2877 and direct the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 31, 2019

Respectfully submitted,

/S/ DAVID P. WHATLEY
David P. Whatley, Esq. [AL #7252A52W]
SLOCUMB LAW FIRM, LLC
145 E. Magnolia Avenue, Suite 201
Auburn, AL 36830
Tel: (334) 741-4110
Fax: (334) 591-1152
dwhatley@slocumblaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion for Admission *Pro Hac Vice* was electronically filed and served with the Clerk of Court using the CM/ECF system on July 31, 2019 and served upon all counsel of record thereafter.

/S/ DAVID P. WHATLEY
David P. Whatley, Esq.

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



*STATE OF ALABAMA*

*COUNTY OF MONTGOMERY*

I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that David Phillips Whatley has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that David Phillips Whatley was admitted to the Alabama State Bar April 30, 2009.

I further certify that the said David Phillips Whatley is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2019.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 25th day of July, 2019.

Phillip W. McCallum,
Secretary

**EXHIBIT 1**