UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 1, 2019

Motion/Pleadings:   AMENDED MOTION TO APPEAR *PRO HAC VICE*

Filed by  Stephen G. Lowry      on  August 1, 2019           Doc. #   563

Response _____   on _____   Doc. # _____

_____ Stipulated            _____ Joint Pleading
_____ Unopposed          _____ Consented

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

                                                    */s/ Kathy Rock*
                                                    Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 1st day of August 2019.

                                                    *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**