UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 1, 2019

Motion/Pleadings:   AMENDED MOTION TO APPEAR *PRO HAC VICE*

Filed by  David P. Whatley     on  August 1, 2019         Doc. #  566

Response _____ on _____ Doc. # _____

_____ Stipulated         _____ Joint Pleading
_____ Unopposed       _____ Consented

                              JESSICA J. LYUBLANOVITS
                              CLERK OF COURT
                              */s/ Kathy Rock*
                              Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 1st day of August 2019.

                              *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**