UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 ) ) ) |
| This Document Relates to: | ) Judge M. Casey Rodgers ) ) Magistrate Judge Gary R. Jones |
| *Shawn Gibson, et al. v. 3M Company, et al,* Civ. No. 3:19-cv-02284 | ) ) ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen G Lowry of the law firm Harris Lowry Manton LLP hereby enters his appearance as counsel for the plaintiff in the above-referenced action.

Stephen Lowry is an attorney of record in one of the actions directly filed in the MDL before this Court and has been admitted to appear *pro hac vice*, pursuant to Pretrial Order No. 3 (ECF No. 4). Pursuant to Pretrial Order No. 3, she has completed the online Local Rules tutorial exam, confirmation number FLND15639149282473, and the CM/ECF online tutorials. All further papers and pleadings in this action should be served on the undersigned.

1

DATED:  August 1, 2019

*Respectfully submitted,*
**HARRIS LOWRY MANTON LLP**

__/s/ Stephen G. Lowry_____
STEPHEN G. LOWRY
Georgia Bar No. 460289

410 E. Broughton Street
Savannah, Georgia 31401
(912) 651-9967 (phone)
(912) 651-1276 (fax)
steve@hlmlawfirm.com
COUNSEL FOR PLAINTIFF SHAWN GIBSON
AND ALICIA SAVANNAH-GIBSON

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED:  August 1, 2019

__/s/ Stephen G. Lowry
STEPHEN G. LOWRY