UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>JUDGE M. CASEY RODGERS<br>MAGISTRATE JUDGE GARY R. JONES |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with the Court's Pretrial Order No. 3 and the Northern District of Florida's Local Rule 11.1, I, RYAN P. LINSNER, respectfully moves for admission to appear *pro hac vice* in the above referenced case. Movant certifies as follows:

1. Movant resides in the State of Illinois and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the Illinois State Bar, dated July 24, 2019, is attached to this motion.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the Attorney Admission Tutorial (Confirmation Number: **FLND15620910002386**), and completed the CM/ECF online tutorials.

1

4. Movant has paid the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiffs in the following cases: *Kowalczyk v. 3M Company*, 3:19-cv-2286; and *Desmond v. 3M Company*, 3:19-cv-2288.

Wherefore, RYAN P. LINSNER, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of the Plaintiffs and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  August 2, 2019.                           Respectfully submitted,

 

*s/ Ryan P. Linsner*
Ryan P. Linsner, IL Bar No. 6309557
**COONEY & CONWAY**
120 N. LaSalle St., 30th Floor
Chicago, IL 60602
Phone:  (312) 236-6166
Facsimile:  (312) 236-3029
Email:  rlinsner@cooneyconway.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

  In compliance with Local Rule 5/1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will provide electronic notice of same to all counsel of record.

Dated: August 2, 2019.    Respectfully submitted,

              *s/ Ryan P. Linsner*
              Ryan P. Linsner, IL Bar No. 6309557
              **COONEY & CONWAY**
              120 N. LaSalle St., 30th Floor
              Chicago, IL 60602
              Phone: (312) 236-6166
              Facsimile: (312) 236-3029
              Email: rlinsner@cooneyconway.com

              *Attorney for Plaintiffs*