# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>DeManuel E. Ross v. 3M Company, et al.<br>Case No. 3:19-cv-02294-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 3 (ECF No. 4), Craig M. Silverman of Sullivan Papain Block McGrath & Cannavo P.C., hereby enters his appearance as counsel for Plaintiff DeManuel E. Ross, Civil Action No. 3:19-cv-02294-MCR-GRJ.  Mr. Silverman has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  All further papers and pleadings in this action should be served on the undersigned.

Dated:    August 2, 2019

SULLIVAN PAPAIN BLOCK McGRATH
 & CANNAVO P.C.

By: /s/ Craig M. Silverman
Craig M. Silverman
120 Broadway – 18th Floor
New York, New York 10271
Phone: (212) 732-9000
Fax:    (212) 266-4141
Email: Csilverman@triallaw1.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Curt using the CM/ECF filing system on August 2, 2019, and served electronically on all counsel of record.

/s/  Craig M. Silverman
Craig M. Silverman
