## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, August 05, 2019 7:09 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Monday, August 5, 2019 12:07:34 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 8/5/2019 at 8:07 AM EDT and filed on 8/5/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [509](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-21) - 6 action(s)** *re: pldg. (2 in FLM/3:19-cv-00853, 1 in LAM/3:19-cv-00481, [487] in MDL No. 2885, 1 in MN/0:19-cv-01890, 1 in MN/0:19-cv-01920, 1 in NYN/5:19-cv-00672, 1 in NYN/6:19-cv-00665)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/5/2019.**

**Associated Cases: MDL No. 2885, FLM/3:19-cv-00853, LAM/3:19-cv-00481, MN/0:19-cv-01890, MN/0:19-cv-01920, NYN/5:19-cv-00672, NYN/6:19-cv-00665 (TLL)**

| | |
|---|---|
| **Case Name:** | Enslow v. 3M Company |
| **Case Number:** | [NYN/6:19-cv-00665](#) |

Filer:

Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-21) - 6 action(s)** *re: pldg. (2 in FLM/3:19-cv-00853, 1 in LAM/3:19-cv-00481, [487] in MDL No. 2885, 1 in MN/0:19-cv-01890, 1 in MN/0:19-cv-01920, 1 in NYN/5:19-cv-00672, 1 in NYN/6:19-cv-00665)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/5/2019.**

**Associated Cases: MDL No. 2885, FLM/3:19-cv-00853, LAM/3:19-cv-00481, MN/0:19-cv-01890, MN/0:19-cv-01920, NYN/5:19-cv-00672, NYN/6:19-cv-00665 (TLL)**

| | |
|---|---|
| Case Name: | Perque v. 3M Company, et al |
| Case Number: | LAM/3:19-cv-00481 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-21) - 6 action(s)** *re: pldg. (2 in FLM/3:19-cv-00853, 1 in LAM/3:19-cv-00481, [487] in MDL No. 2885, 1 in MN/0:19-cv-01890, 1 in MN/0:19-cv-01920, 1 in NYN/5:19-cv-00672, 1 in NYN/6:19-cv-00665)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/5/2019.**

**Associated Cases: MDL No. 2885, FLM/3:19-cv-00853, LAM/3:19-cv-00481, MN/0:19-cv-01890, MN/0:19-cv-01920, NYN/5:19-cv-00672, NYN/6:19-cv-00665 (TLL)**

| | |
|---|---|
| Case Name: | McCarty v. 3M Company |
| Case Number: | MN/0:19-cv-01920 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-21) - 6 action(s)** *re: pldg. (2 in FLM/3:19-cv-00853, 1 in LAM/3:19-cv-00481, [487] in MDL No. 2885, 1 in MN/0:19-cv-01890, 1 in MN/0:19-cv-01920, 1 in NYN/5:19-cv-00672, 1 in NYN/6:19-cv-00665)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/5/2019.**

**Associated Cases: MDL No. 2885, FLM/3:19-cv-00853, LAM/3:19-cv-00481, MN/0:19-cv-01890, MN/0:19-cv-01920, NYN/5:19-cv-00672, NYN/6:19-cv-00665 (TLL)**

| | |
|---|---|
| Case Name: | Touchette v. 3M Company |
| Case Number: | NYN/5:19-cv-00672 |
| Filer: | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-21) - 6 action(s)** *re: pldg. (2 in FLM/3:19-cv-00853, 1 in LAM/3:19-cv-00481, [487] in MDL No. 2885, 1 in MN/0:19-cv-01890, 1 in MN/0:19-cv-01920, 1 in NYN/5:19-cv-00672, 1 in NYN/6:19-cv-00665)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/5/2019.**

**Associated Cases: MDL No. 2885, FLM/3:19-cv-00853, LAM/3:19-cv-00481, MN/0:19-cv-01890, MN/0:19-cv-01920, NYN/5:19-cv-00672, NYN/6:19-cv-00665 (TLL)**

| | |
|---|---|
| **Case Name:** | HAMBAUGH et al v. 3M COMPANY |
| **Case Number:** | FLM/3:19-cv-00853 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-21) - 6 action(s)** *re: pldg. (2 in FLM/3:19-cv-00853, 1 in LAM/3:19-cv-00481, [487] in MDL No. 2885, 1 in MN/0:19-cv-01890, 1 in MN/0:19-cv-01920, 1 in NYN/5:19-cv-00672, 1 in NYN/6:19-cv-00665)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/5/2019.**

**Associated Cases: MDL No. 2885, FLM/3:19-cv-00853, LAM/3:19-cv-00481, MN/0:19-cv-01890, MN/0:19-cv-01920, NYN/5:19-cv-00672, NYN/6:19-cv-00665 (TLL)**

| | |
|---|---|
| **Case Name:** | Fergurson v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01890 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-21) - 6 action(s)** *re: pldg. (2 in FLM/3:19-cv-00853, 1 in LAM/3:19-cv-00481, [487] in MDL No. 2885, 1 in MN/0:19-cv-01890, 1 in MN/0:19-cv-01920, 1 in NYN/5:19-cv-00672, 1 in NYN/6:19-cv-00665)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/5/2019.**

**Associated Cases: MDL No. 2885, FLM/3:19-cv-00853, LAM/3:19-cv-00481, MN/0:19-cv-01890, MN/0:19-cv-01920, NYN/5:19-cv-00672, NYN/6:19-cv-00665 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**NYN/6:19-cv-00665 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Frank S. Gattuso     fgattuso@gclawoffice.com

**NYN/6:19-cv-00665 Notice will not be electronically mailed to:**

**LAM/3:19-cv-00481 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Richard Gerard Perque     richard@perquelaw.com

**LAM/3:19-cv-00481 Notice will not be electronically mailed to:**

**MN/0:19-cv-01920 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Amanda M Williams     awilliams@gustafsongluek.com

Karla M. Gluek     kgluek@gustafsongluek.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Eric S Taubel     etaubel@gustafsongluek.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

**MN/0:19-cv-01920 Notice will not be electronically mailed to:**

**NYN/5:19-cv-00672 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Frank S. Gattuso     fgattuso@gclawoffice.com

**NYN/5:19-cv-00672 Notice will not be electronically mailed to:**

**FLM/3:19-cv-00853 Notice has been electronically mailed to:**

Mark J. Dearman     mdearman@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com

Scott Adam Edelsberg     scott@edelsberglaw.com

Ricardo J Marenco     rmarenco@rgrdlaw.com

Andrew John Shamis     ashamis@sflinjuryattorneys.com

**FLM/3:19-cv-00853 Notice will not be electronically mailed to:**

3M Company
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

**MN/0:19-cv-01890 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Monica Lynn Davies     mdavies@blackwellburke.com, monicaldavies@gmail.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-01890 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/5/2019] [FileNumber=929199-0] [
a1cbe379e6a919a30dac27ac7d923ab2d8dc49dec647c3ce14120ba26db566142c13e2
7541cade43de0e4bfb78f820b183df6eadcc8c12cb198d41d91d3ac5a7]]