# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISON

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCT LIABILITY LITIGATION | Related Case No.: 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: | Magistrate Judge Gary R. Jones |
| **ARNELL RAYNOR** | |
| *Plaintiff,* | |
| v. | Civil Action No.: 3:19-cv-2248 (MCR) |
| **3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO TECHNOLOGIES LLC, AEARO HOLDINGS LLC, AEARO INTERMEDIATE LLC, and AEARO LLC** | **NOTICE OF APPEARANCE** |
| *Defendants.* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Yoder, Esq. hereby enters his appearance as counsel for Plaintiff Arnell Raynor in the above-captioned action pursuant to Pretrial Order No. 3 (ECF No. 4). This Court granted Mr. Yoder's Motion to Appear *Pro Hac Vice* before this Court on July 16, 2019 (ECF No. 501).

Dated: August 5, 2019

                                                  Respectfully submitted,

                                                  /S/ MICHAEL A. YODER
                                                  Michael A. Yoder, Esq.
                                                  SLOCUMB LAW FIRM, LLC
                                                  777 6th Street NW, Suite 520
                                                  Washington, D.C. 20001
                                                  Tel: (202) 737-4141
                                                  Fax: (202) 710-9933
                                                  myoder@slocumblaw.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2019, a copy of the foregoing was e-filed with the Court, and all parties of record entitled to receive pleadings received the same through the Court's CM/ECF system.

/S/ MICHAEL A. YODER
Michael A. Yoder, Esq.