IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | Case No. 3:19-md-2885 |
| **This Document Relates to:** | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Thomas K. Hasson, 3:19-cv-02890<br>Robert C. White/Jana K. White, 3:19-cv-02892<br>David Cheek/Kelly Cheek, 3:19-cv-02893<br>Andrew S. Rubin/Megan Rubin, 3:19-cv-02894<br>Harold Garcia/Xiomara Garcia, 3:19-cv-02895<br>Shawn B. Stevens, 3:19-cv-02886 | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, John D. Hafemann, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Georgia and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Georgia. A copy of a Certificate of Good Standing from the State of Georgia dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam,

confirmation number FLND15620876042383, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "Next Gen."

WHEREFORE, John D. Hafemann respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directly the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

　/s/ *John D. Hafemann*_____
John D. Hafemann
HAFEMANN, MAGEE & THOMAS
Georgia Bar No. 327982
john@fed-lit.com
21 West Park Avenue
Savannah, GA 31401
(843) 441-3356

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on August 6, 2019 and served electronically on all counsel of record.

　/s/ *John D. Hafemann*_____
John D. Hafemann