IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>Thomas K. Hasson, 3:19-cv-02890<br>Robert C. White/Jana K. White, 3:19-cv-02892<br>David Cheek/Kelly Cheek, 3:19-cv-02893<br>Andrew S. Rubin/Megan Rubin, 3:19-cv-02894<br>Harold Garcia/Xiomara Garcia, 3:19-cv-02895<br>Shawn B. Stevens, 3:19-cv-02886 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John D. Hafemann of the law firm of Hafemann, Magee & Thomas hereby enters his appearance as counsel for the plaintiffs in the above-referenced actions pursuant to Pretrial Order No. 3 (ECF No. 4) and his Motion to Appear Pro Hac Vice submitted (ECF No. 590). Counsel requests that all further papers and pleadings in these actions be served on the undersigned.

Dated: August 6, 2019

Respectfully submitted,

 /s/ *John D. Hafemann*
John D. Hafemann
HAFEMANN, MAGEE & THOMAS
Georgia Bar No. 327982
John@fed-lit.com
21 West Park Avenue
Savannah, GA 31401
(912) 221-4441

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on August 6, 2019 and served electronically on all counsel of record.

    /s/ *John D. Hafemann*
John D. Hafemann