UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Genevieve M. Zimmerman, of the Meshbesher & Spence firm, 1616 Park Avenue, Minneapolis, MN 55404, hereby moves this Court for an Order for admission to practice pro hac vice in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Minnesota and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida, but is a member in good standing of the bar of Minnesota. A copy of the Certificate of Good Standing from the State of Minnesota dated within 30 days of this motion is attached hereto as Exhibit A.

3.    Movant has completed the requirements to appear *pro hac vice* in this Court and the procedures for Admission set by the Clerk's office.

4.    Movant has completed the Local Rules exam, confirmation number FLND15311727131277 and the required CM/ECF tutorials.

5.    Movant has submitted to the Clerk the required $201.00 pro hac vice admission fee.

6.    Movant has upgraded her PACER account to "NextGen."

7.    Movant represents Plaintiffs in the following actions: *Edward Haynes v. 3M Company; 19-cv-00861; and Jay DeCamps v. 3M Company; 19-cv-02136.*

WHEREFORE, Genevieve M. Zimmerman respectfully requests that this Court enter an Order Granting this motion to appear pro hac vice.

Dated: August 6, 2019          Respectfully submitted,

*/s/ Genevieve M. Zimmerman*
Genevieve M. Zimmerman (MN# 330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: 612-339-9121
Fax: 612-339-9188
Email: gzimmerman@meshbesher.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on August 6, 2019, which will send notification of such filing to all participants registered to receive service in this MDL.

*/s/ Genevieve M. Zimmerman*
Genevieve M. Zimmerman
