IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: *HAMMOND et al. v. 3M COMPANY et al.,*<br>Case No.: 3:19-cv-00739-MCR-GRJ | **CASE NO. 3:19-MDL-2885-MCR-GRJ**<br><br>Chief Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to the Court's Pretrial Order No. 3 [ECF No. 4], Michele M. Vercoski, Esq. of MCCUNE ▪ WRIGHT ▪ AREVALO, LLP, hereby enters her appearance as counsel for Plaintiffs, CHRISTOPHER HAMMOND, JESUS IRACHETA, JR., JAMES ARAIZA, BRENT EVANS, JASON FRAHN, CHRISTOPHER CONELY, MATTHEW DOMINIC FOX, JUSTIN R. URBANY, KYLE EDWARDS PHELPS, DANIEL IRACHETA, DYLAN ROGERS, RONALD SIMMONS, SOCORRO CHRIS HERNANDEZ, DEREK LUTZ, FRANCISCO OLMEDO, MICHAEL PELAYO, STEPHEN THARP, JEFFREY SANCHEZ, KEVIN RODRIGUEZ, GULIVARDO WILLY RAMIREZ, EFRAIN HIGAREDA  Civil Action No. 3:19-cv-00739-MCR-GRJ. Ms. Vercoski has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial Confirmation Number:  LND15560645122037),

1

and has sought admission *pro hac vice* pursuant to paragraph IV. A. of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Respectfully submitted this the 6h day of August, 2019.

/s/Michele M. Vercoski
Michele M. Vercoski, Esq., CA Bar No. 244010

**McCUNE ▪ WRIGHT ▪ AREVALO, LLP**
Michele M. Vercoski, Esq., CA Bar No. 244010
mmv@mccunewright.com
18565 Jamboree Road, Ste. 550
Irvine, California 92612
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

2

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on August 6, 2019 and served electronically on all counsel of record.

*/s/Michele M. Vercoski*
Michele M. Vercoski