# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 5, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Jeremy S. McKenzie   on  August 5, 2019         Doc. #  577

Response _____   on _____   Doc. # ____

_____ Stipulated         _____ Joint Pleading
_____ Unopposed      _____ Consented

                                             JESSICA J. LYUBLANOVITS
                                             CLERK OF COURT
                                             */s/ Kathy Rock*
                                             Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice for failure to provide a Certificate of Good Standing dated **within 30 days** of the motion.

**DONE and ORDERED** this 6th day of August 2019.

                                             *M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**