UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 6, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  John D. Hafemann     on  August 6, 2019       Doc. #   590

Response _____   on _____   Doc. # _____

_____ Stipulated        _____ Joint Pleading
_____ Unopposed        _____ Consented

                                                      JESSICA J. LYUBLANOVITS
                                                     CLERK OF COURT
                                                     */s/ Kathy Rock*
                                                     Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice for failure to provide a Certificate of Good Standing dated **within 30 days** of the motion.

**DONE and ORDERED** this 6th day of August 2019.

                                                 *M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **UNITED STATES DISTRICT JUDGE**