# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Jeffrey P. Green, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof, state as follows:

1. Jeffrey P. Green resides in Louisiana and is not a resident of the State of Florida.

2. Jeffrey P. Green is admitted to practice and is a member in good standing of the bar of the State of Louisiana. A Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Jeffrey P. Green has successfully completed both online Local Rules tutorial exam, confirmation number **FLND15634885252459**, and the CM/ECF online tutorial.

1

4. Jeffrey P. Green has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Jeffrey P. Green has upgraded his PACER account to "NextGen."

6. Jeffrey P. Green represents the Plaintiff in the following action that was directly filed into the MDL:

    - 3:19-cv-02545 Jeremy Johnston v. 3M Company et al
    - 3:19-cv-02575 Andrew Miller v. 3M Company et al
    - 3:19-cv-02591 Ryan Neal v. 3M Company et al
    - 3:19-cv-02604 Ronald Scheuermann III v. 3M Company et al
    - 3:19-cv-02617 Thomas Stang v. 3M Company et al

**WHEREFORE**, Jeffrey P. Green respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: August 6, 2019

        Respectfully submitted,

        /s/ *Jeffrey P. Green*
        **RON AUSTIN LAW, LLC**
        Jeffrey P. Green
        jgreen@ronaustinlaw.com
        400 Manhattan Blvd.
        Harvey, LA 70058
        Telephone No.: (504) 227-8100
        Facsimile No.: (504) 227-8122
        LA Bar: 30531

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on August 6, 2019 served electronically on all counsel of record.

*/s/ Jeffrey P. Green*
Jeffrey P. Green
