# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Mr. Jeffrey Philip Green _____

whose address is _____ 400 Manhattan Blvd _____

_____ Harvey, LA 70058 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____13th____ day of ____October____, ____2006____.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____17th____ day of ____July____, ____2019____.

_[signature]_
Executive Director
Louisiana State Bar Association

**EXHIBIT A**