## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, August 07, 2019 6:56 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, August 7, 2019 11:54:23 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/7/2019 at 7:54 AM EDT and filed on 8/7/2019
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** MDL No. 2885
**Filer:**
**Document Number:** 516

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

**Case Name:** Powers et al v. 3M Company et al
**Case Number:** MN/0:19-cv-01972
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

**Case Name:** Graff v. 3M Company
**Case Number:** MN/0:19-cv-01973
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

**Case Name:** Hunter v. 3M Company
**Case Number:** MN/0:19-cv-01977
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-*

*cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | McBride v. 3M Company |
| **Case Number:** | MN/0:19-cv-01980 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Perkins v. 3M Company et al |
| **Case Number:** | LAE/2:19-cv-11869 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Knight v. 3M Company |
| **Case Number:** | MN/0:19-cv-01958 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Arora v. 3M Company et. al. |
| **Case Number:** | NYE/2:19-cv-04241 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Bond v. 3M Company et al |
| **Case Number:** | MOW/4:19-cv-00583 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-*

cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Martinez v. 3M Company |
| **Case Number:** | MN/0:19-cv-01962 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg.* **(1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Bretz et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01996 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg.* **(1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Erickson v. 3M Company |
| **Case Number:** | MN/0:19-cv-01964 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Kitto v. 3M Company |
| **Case Number:** | MN/0:19-cv-01957 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Spies v. 3M Company |
| **Case Number:** | MN/0:19-cv-01992 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-*

cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Boshell et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-01983 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg.* **(1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

| | |
|---|---|
| **Case Name:** | Wong v. 3M Company, et al |
| **Case Number:** | LAE/2:19-cv-11871 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg.* **(1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

**Case Name:**     Hall v. 3M Company
**Case Number:**   MN/0:19-cv-01979
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-22) - 16 action(s)** *re: pldg. (1 in LAE/2:19-cv-11869, 1 in LAE/2:19-cv-11871, [497] in MDL No. 2885, 1 in MN/0:19-cv-01957, 1 in MN/0:19-cv-01958, 1 in MN/0:19-cv-01962, 1 in MN/0:19-cv-01964, 1 in MN/0:19-cv-01972, 1 in MN/0:19-cv-01973, 1 in MN/0:19-cv-01977, 1 in MN/0:19-cv-01979, 1 in MN/0:19-cv-01980, 1 in MN/0:19-cv-01983, 1 in MN/0:19-cv-01992, 1 in MN/0:19-cv-01996, 1 in MOW/4:19-cv-00583, 1 in NYE/2:19-cv-04241)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/7/2019.**

**Associated Cases: MDL No. 2885, LAE/2:19-cv-11869, LAE/2:19-cv-11871, MN/0:19-cv-01957, MN/0:19-cv-01958, MN/0:19-cv-01962, MN/0:19-cv-01964, MN/0:19-cv-01972, MN/0:19-cv-01973, MN/0:19-cv-01977, MN/0:19-cv-01979, MN/0:19-cv-01980, MN/0:19-cv-01983, MN/0:19-cv-01992, MN/0:19-cv-01996, MOW/4:19-cv-00583, NYE/2:19-cv-04241 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-01972 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Brittany B Skemp     bskemp@bassford.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-01972 Notice will not be electronically mailed to:**

**MN/0:19-cv-01973 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01973 Notice will not be electronically mailed to:**

**MN/0:19-cv-01977 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01977 Notice will not be electronically mailed to:**

**MN/0:19-cv-01980 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01980 Notice will not be electronically mailed to:**

**LAE/2:19-cv-11869 Notice has been electronically mailed to:**

Joseph M. Bruno, Sr     jbruno@brunobrunolaw.com, JONI@BRUNOBRUNOLAW.COM

Markita S Hawkins     mhawkins@brunobrunolaw.com

Donald David Reichert     don@brunobrunolaw.com

Byron M. Forrest     byron@fcjlaw.com

Sara Eliza James     eliza@fcjlaw.com

**LAE/2:19-cv-11869 Notice will not be electronically mailed to:**

3M Company
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

Aearo Technologies, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**MN/0:19-cv-01958 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01958 Notice will not be electronically mailed to:**

**NYE/2:19-cv-04241 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Chris Economou     economouc@aol.com

James Mermigis     mermigislaw@gmail.com

**NYE/2:19-cv-04241 Notice will not be electronically mailed to:**

**MOW/4:19-cv-00583 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

R. Keith Johnston     kjohnston@wrrsvlaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**MOW/4:19-cv-00583 Notice will not be electronically mailed to:**

**MN/0:19-cv-01962 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01962 Notice will not be electronically mailed to:**

**MN/0:19-cv-01996 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-01996 Notice will not be electronically mailed to:**

**MN/0:19-cv-01964 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01964 Notice will not be electronically mailed to:**

**MN/0:19-cv-01957 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01957 Notice will not be electronically mailed to:**

**MN/0:19-cv-01992 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01992 Notice will not be electronically mailed to:**

**MN/0:19-cv-01983 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-01983 Notice will not be electronically mailed to:**

**LAE/2:19-cv-11871 Notice has been electronically mailed to:**

Joseph M. Bruno, Sr     jbruno@brunobrunolaw.com, JONI@BRUNOBRUNOLAW.COM

Markita S Hawkins     mhawkins@brunobrunolaw.com

Donald David Reichert     don@brunobrunolaw.com

Byron M. Forrest     byron@fcjlaw.com

Sara Eliza James     eliza@fcjlaw.com

**LAE/2:19-cv-11871 Notice will not be electronically mailed to:**

3M Company
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

Aearo Technologies, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**MN/0:19-cv-01979 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01979 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/7/2019] [FileNumber=929759-0] [
c742525d1d2d823c5ab326b439fec722ba370a03b4c9949024ceed90660b9bfb94ab23
fa49bdab3cf1c37820681bd878d4e7edfb102ab2b2186b899ed9d5a76c]]