## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) | |
| EARPLUG PRODUCTS ) | **Case No. 3:19-md-2885** |
| LIABILITY LITIGATION ) | |
| ) | |
| ) | Judge M. Casey Rodgers |
| Relates to Case Nos. ) | |
| 3:19-cv-02838; 3:19-cv-02839; ) | |
| 3:19-cv-02840; 3:19-cv-02841; ) | |
| 3:19-cv-02842 ) | Magistrate Judge Gary R. Jones |
| ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to PreTrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, E. Ryan Bradley, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled cases (3:19-cv-02838, 3:19-cv-02839, 3:19-cv-02840, 3:19-cv-02841, and 3:19-cv-02842) only, and in support thereof state as follows:

1. Movant resides in Missouri and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of that the State of Missouri. A copy of a Certificate of Good Standing form the United States District Court for the Eastern District of Missouri dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15644304462490, and the CM/ECF online tutorial.

4. Movant's PACER account is updated to "NextGen."

WHEREFORE, E. Ryan Bradley respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

By: /s/E. Ryan Bradley
E. Ryan Bradley, #53777
The Bradley Law Firm
Attorney for Plaintiff
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2765 (fax)
Ryan@thebradleylawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on August 7, 2019, and served electronically on all counsel for record.

/s/E. Ryan Bradley