AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF GOOD STANDING**

I, _____GREGORY J. LINHARES_____, Clerk of this Court,

certify that _Edward Ryan Bradley_, Bar # _53777MO_,

was duly admitted to practice in this Court on

_March 18, 2003_, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _St. Louis, Missouri_ on _July 30, 2019_.
LOCATION                                                    DATE



CLERK

/s/ Elizabeth A. Kirkland
DEPUTY CLERK