IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Katherine A. Kiziah, of Searcy Denney Scarola Barnhart & Shipley, PA, and who is admitted to practice in this Court, hereby enters an appearance of counsel for Plaintiffs, Ronald Busbin (Case No.: 3:19-cv-02319), Matthew Frederick Louvet, Sr. (Case No.: 3:19-cv-2301) and Jeremy Rashad White (Case No.: 3:19-cv-2359) filed in United States District Court for the Northern District of Florida. All further papers and pleadings in this action should be served on the undersigned.

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system,

which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated: August 8, 2019  Respectfully submitted,

s/Katherine A. Kiziah
Brenda S. Fulmer
Florida Bar No: 999891
Katherine A. Kiziah
Florida Bar No.: 17585
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone:      (561) 686-6300
Fax:           (561) 383-9498
Attorney E-Mail: BSF@searcylaw.com
Attorney E-Mail: kkiziah@searcylaw.com
Secondary E-mail: KKiziahTeam@searcylaw.com
Attorney for Plaintiff(s)