# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) | |
| PRODUCTS LIABILITY LITIGATION ) | Case No. 3:19-cv-02285 |
| ) | |
| ) | Judge M. Casey Rogers |
| This Document Relates to All Cases ) | Magistrate Judge Gary R. Jones |
| ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that R. Keith Johnston of the law firm Walters Renwick Richards Skeens & Vaughan, P.C., hereby enters his appearance as counsel for Plaintiff, Eric R. Bond, in the following action transferred to this Court from the Western District of Missouri: Eric R. Bond v. 3M Company, et al., Case No. 3:19-cv-02965.  The undersigned was admitted to United States District Court for the Northern District of Florida on July 12, 2007, and is currently registered for E-filing with this Court.  All further papers and pleadings in this case should be served on the undersigned.

Dated: August 8, 2019.

        WALTERS RENWICK RICHARDS SKEENS
         & VAUGHAN, P.C.

        By: */s/ R. Keith Johnston*
           R. Keith Johnston, Mo. Bar #37954
           Karen Wedel Renwick, Ks. #41271
           2500 City Center Square
           1100 Main Street
           P.O. Box 26188
           Kansas City, MO 64196
           (816) 421-6620
           (816) 421-4747 (Facsimile)
           kjohnston@wrrsvlaw.com
           krenwick@wrrsvlaw.com
        **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court on August 8, 2019, using the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

                                                         */s/ R. Keith Johnston*