# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to: ) <br> *Bond v. 3M Company, et al.*, 3:19-cv-2965 ) <br> ) <br> ) | Case No. 3:19-md-02285 <br><br> Judge M. Casey Rogers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that R. Keith Johnston of the law firm Walters Renwick Richards Skeens & Vaughan, P.C., hereby enters his appearance as counsel for Plaintiff, Eric R. Bond, in the following action transferred to this Court from the Western District of Missouri: Eric R. Bond v. 3M Company, et al., Case No. 3:19-cv-02965.  The undersigned was admitted to United States District Court for the Northern District of Florida on July 12, 2007, and is currently registered for E-filing with this Court.  All further papers and pleadings in this case should be served on the undersigned.

Dated: August 8, 2019.

        WALTERS RENWICK RICHARDS SKEENS
         & VAUGHAN, P.C.

By: */s/ R. Keith Johnston*
    R. Keith Johnston, Mo. Bar #37954
    Karen Wedel Renwick, Ks. #41271
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO 64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    kjohnston@wrrsvlaw.com
    krenwick@wrrsvlaw.com

2

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court on August 8, 2019, using the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ R. Keith Johnston*