UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 8, 2019

Motion/Pleadings:   AMENDED MOTION TO APPEAR *PRO HAC VICE*

Filed by  Jeremy S. McKenzie   on  August 8, 2019        Doc. #  609

Response _____ on _____ Doc. # _____

____  Stipulated       ____  Joint Pleading
____  Unopposed    ____  Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 8th day of August 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**