## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, August 12, 2019 7:12 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Monday, August 12, 2019 12:09:59 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/12/2019 at 8:09 AM EDT and filed on 8/12/2019
**Case Name:**    IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 527

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ([506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)**

**Case Name:**    Felton v. 3M Company

| | |
|---|---|
| Case Number: | MN/0:19-cv-02013 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ( [506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)**

| | |
|---|---|
| Case Name: | Fant v. 3M Company |
| Case Number: | MN/0:19-cv-02012 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ( [506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)**

| | |
|---|---|
| Case Name: | Chandler v. 3M Company |
| Case Number: | MN/0:19-cv-01988 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ( [506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)

| | |
|---|---|
| **Case Name:** | Clarkson v. 3M Company |
| **Case Number:** | MN/0:19-cv-01989 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ( [506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)

| | |
|---|---|
| **Case Name:** | Davis v. 3M Company |
| **Case Number:** | MN/0:19-cv-01990 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ( [506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)

| | |
|---|---|
| **Case Name:** | Dove v. 3M Company |
| **Case Number:** | MN/0:19-cv-02010 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ( [506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-*

*cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)**

| | |
|---|---|
| **Case Name:** | Provia v. 3M Company |
| **Case Number:** | MN/0:19-cv-01976 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ( [506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)**

| | |
|---|---|
| **Case Name:** | Wallace v. 3M Company |
| **Case Number:** | MN/0:19-cv-01994 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ( [506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)**

| | |
|---|---|
| **Case Name:** | Wood v. 3M Company |
| **Case Number:** | MN/0:19-cv-01999 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-23) - 9 action(s)** *re: pldg. ( [506] in MDL No. 2885, 1 in MN/0:19-cv-01976, 1 in MN/0:19-cv-01988, 1 in MN/0:19-cv-01989, 1 in MN/0:19-cv-01990, 1 in MN/0:19-cv-01994, 1 in MN/0:19-cv-01999, 1 in MN/0:19-cv-02010, 1 in MN/0:19-cv-02012, 1 in MN/0:19-cv-02013)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/12/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-01976, MN/0:19-cv-01988, MN/0:19-cv-01989, MN/0:19-cv-01990, MN/0:19-cv-01994, MN/0:19-cv-01999, MN/0:19-cv-02010, MN/0:19-cv-02012, MN/0:19-cv-02013 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02013 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02013 Notice will not be electronically mailed to:**

**MN/0:19-cv-02012 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02012 Notice will not be electronically mailed to:**

**MN/0:19-cv-01988 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01988 Notice will not be electronically mailed to:**

**MN/0:19-cv-01989 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01989 Notice will not be electronically mailed to:**

**MN/0:19-cv-01990 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01990 Notice will not be electronically mailed to:**

**MN/0:19-cv-02010 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02010 Notice will not be electronically mailed to:**

**MN/0:19-cv-01976 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01976 Notice will not be electronically mailed to:**

**MN/0:19-cv-01994 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01994 Notice will not be electronically mailed to:**

**MN/0:19-cv-01999 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01999 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/12/2019] [FileNumber=930712-0]
[497ecf49a4920b266e860d3453fb7ae5dd4bd9e3684aafbc9447a72a3cb6450645b84
333b53b242fce52c522e3056264cea7cedd63ce80073aff1a2f8436cce9]]