**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers |
| This Document Relates to All Cases | Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Tyler C. Vail, Jr. of Hollis, Wright, Clay & Vail, P.C., hereby enters his appearance as counsel for Plaintiff Jason Hulsey, Civil Action No. 3:19-cv-01474-MCR-GRJ. This action was transferred to this Court from the Northern District of Alabama. The undersigned has completed the administrative requirements set forth in Pretrial Order No. 3 (Tutorial Confirmation Number FLND15565580212071).

Dated: August 12, 2019        Respectfully submitted,

>  */s/ Tyler C. Vail*
>  Tyler C. Vail
>  Bar No.: 1474Y84V
>  Hollis, Wright, Clay & Vail, P.C.
>  2201 Morris Avenue
>  Birmingham, AL 35203
>  Tel: (205) 324-3600
>  Fax: (205) 324-3636
>  tylerv@hollis-wright.com
>  *Attorney for Jason Hulsey*

## CERTIFICATE OF SERVICE

    In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on August 12, 2019 and served electronically on all counsel of record.

                                                 */s/ Tyler C. Vail*
                                                 Tyler C. Vail