**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, August 14, 2019 7:19 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, August 14, 2019 12:16:55 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 8/14/2019 at 8:16 AM EDT and filed on 8/14/2019
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** MDL No. 2885
**Filer:**
**Document Number:** 536

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s) *re: pldg. ([513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**         McKinnon et al v. 3M Company et al
**Case Number:**       MN/0:19-cv-02090
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**         Gonzalez-Bula et al v. 3M Company et al
**Case Number:**       MN/0:19-cv-02041
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**         Bowman v. 3M Company
**Case Number:**       MN/0:19-cv-02025
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-*

*cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Alvarez et al v. 3M Company et al
Case Number:      MN/0:19-cv-02039
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:        Hall et al v. 3M Company et al
Case Number:      MN/0:19-cv-02069
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Johnson et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-02057
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Dixon et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-02043
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**        Riley v. 3M Company et al
**Case Number:**      MN/0:19-cv-02049
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-*

*cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Hicks et al v. 3M Company et al
Case Number:        MN/0:19-cv-02092
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Miranda Burgos v. 3M Company
Case Number:        MN/0:19-cv-02033
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Henry et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-02082
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Ing v. 3M Company
**Case Number:**      MN/0:19-cv-02032
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Hall et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-02074
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-*

*cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Foreman v. 3M Company

Case Number:        MN/0:19-cv-02027

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Hughes et al v. 3M Company et al

Case Number:        MN/0:19-cv-02045

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Perez et al v. 3M Company et al
**Case Number:**     MN/0:19-cv-02024
**Filer:**
**Document Number:** 3

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s) *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Hall et al v. 3M Company et al
**Case Number:**     MN/0:19-cv-02036
**Filer:**
**Document Number:** 3

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s) *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**       Manning et al v. 3M Company et al
**Case Number:**     MN/0:19-cv-02065
**Filer:**
**Document Number:** 3

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s) *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-*

*cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Hickey et al v. 3M Company et al
**Case Number:**     MN/0:19-cv-02085
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**     Gibbs et al v. 3M Company
**Case Number:**     MN/0:19-cv-02040
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Woodham v. 3M Company
**Case Number:**      MN/0:19-cv-02017
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Fant v. 3M Company
**Case Number:**      MN/0:19-cv-02009
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**      Galford et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-02023
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-*

*cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Nessmith et al v. 3M Company et al

Case Number:       MN/0:19-cv-02081

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

Case Name:          Sanders et al v. 3M Company et al

Case Number:       MN/0:19-cv-02083

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Cain v. 3M Company

**Case Number:**    MN/0:19-cv-02030

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**Case Name:**    Sandlin et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-02064

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 27 action(s)** *re: pldg. ( [513] in MDL No. 2885, 1 in MN/0:19-cv-02009, 1 in MN/0:19-cv-02017, 1 in MN/0:19-cv-02023, 1 in MN/0:19-cv-02024, 1 in MN/0:19-cv-02025, 1 in MN/0:19-cv-02027, 1 in MN/0:19-cv-02030, 1 in MN/0:19-cv-02032, 1 in MN/0:19-cv-02033, 1 in MN/0:19-cv-02036, 1 in MN/0:19-cv-02039, 1 in MN/0:19-cv-02040, 1 in MN/0:19-cv-02041, 1 in MN/0:19-cv-02043, 1 in MN/0:19-cv-02045, 1 in MN/0:19-cv-02049, 1 in MN/0:19-cv-02057, 1 in MN/0:19-cv-02064, 1 in MN/0:19-cv-02065, 1 in MN/0:19-cv-02069, 1 in MN/0:19-cv-02074, 1 in MN/0:19-cv-02081, 1 in MN/0:19-cv-02082, 1 in MN/0:19-cv-02083, 1 in MN/0:19-cv-02085, 1 in MN/0:19-cv-02090, 1 in MN/0:19-cv-02092)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/14/2019.**

**Associated Cases: MDL No. 2885 et al. (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02090 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02090 Notice will not be electronically mailed to:**

**MN/0:19-cv-02041 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02041 Notice will not be electronically mailed to:**

**MN/0:19-cv-02025 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com,
rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02025 Notice will not be electronically mailed to:**

**MN/0:19-cv-02039 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02039 Notice will not be electronically mailed to:**

**MN/0:19-cv-02069 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02069 Notice will not be electronically mailed to:**

**MN/0:19-cv-02057 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02057 Notice will not be electronically mailed to:**

**MN/0:19-cv-02043 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02043 Notice will not be electronically mailed to:**

**MN/0:19-cv-02049 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio    vincent@bennerotte.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Thomas R Bennerotte    tom@bennerotte.com

Michael E G Phoenix    michael@bennerotte.com

**MN/0:19-cv-02049 Notice will not be electronically mailed to:**

**MN/0:19-cv-02092 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02092 Notice will not be electronically mailed to:**

**MN/0:19-cv-02033 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02033 Notice will not be electronically mailed to:**

**MN/0:19-cv-02082 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02082 Notice will not be electronically mailed to:**

**MN/0:19-cv-02032 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02032 Notice will not be electronically mailed to:**

**MN/0:19-cv-02074 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02074 Notice will not be electronically mailed to:**

**MN/0:19-cv-02027 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02027 Notice will not be electronically mailed to:**

**MN/0:19-cv-02045 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02045 Notice will not be electronically mailed to:**

**MN/0:19-cv-02024 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02024 Notice will not be electronically mailed to:**

**MN/0:19-cv-02036 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02036 Notice will not be electronically mailed to:**

**MN/0:19-cv-02065 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02065 Notice will not be electronically mailed to:**

**MN/0:19-cv-02085 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02085 Notice will not be electronically mailed to:**

**MN/0:19-cv-02040 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02040 Notice will not be electronically mailed to:**

**MN/0:19-cv-02017 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02017 Notice will not be electronically mailed to:**

**MN/0:19-cv-02009 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02009 Notice will not be electronically mailed to:**

**MN/0:19-cv-02023 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02023 Notice will not be electronically mailed to:**

**MN/0:19-cv-02081 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02081 Notice will not be electronically mailed to:**

**MN/0:19-cv-02083 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock      frothrock@shb.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian      adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall      cmarshall@bassford.com

Benjamin W Hulse      bhulse@blackwellburke.com

S Jamal Faleel      jfaleel@blackwellburke.com

Sheri Lillian Stewart      sstewart@bassford.com

**MN/0:19-cv-02083 Notice will not be electronically mailed to:**

**MN/0:19-cv-02030 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Timothy J. Becker      tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer      shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse      bhulse@blackwellburke.com

S Jamal Faleel      jfaleel@blackwellburke.com

Jacob R Jagdfeld      jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02030 Notice will not be electronically mailed to:**

**MN/0:19-cv-02064 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock      frothrock@shb.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian      adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall      cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02064 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/14/2019] [FileNumber=931540-0]
[6bd3366316cffee738095c4a5e5e9da8af32a3947db35d9ad004bffe8e48a42a351bc
06a6463de7dcbd942e4b503e649c12707055c362fa51a4a2f871cae114f]]