AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | |
|---|---|
| MICHAEL DESMOND | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   3:19md2885 |
| 3M COMPANY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, MICHAEL DESMOND                                                                                      .

Date:     8/14/2019

s/Ryan P. Linsner
*Attorney's signature*

Ryan P. Linsner, IL Bar No. 6309557
*Printed name and bar number*

Cooney & Conway
120 N. LaSalle St., 30th Floor
Chicago, IL 60602
*Address*

rlinsner@cooneyconway.com
*E-mail address*

312-236-6166
*Telephone number*

312-236-3029
*FAX number*