AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| ALEX KOWALCZYK ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:19md2885 |
| 3M COMPANY ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, ALEX KOWALCZYK                                                           .

Date:   8/14/2019                                          s/Ryan P. Linsner
                                                                  *Attorney's signature*

                                           Ryan P. Linsner, IL Bar No. 6309557
                                                     *Printed name and bar number*

                                                           Cooney & Conway
                                                  120 N. LaSalle St., 30th Floor
                                                          Chicago, IL 60602
                                                                *Address*

                                                   rlinsner@cooneyconway.com
                                                           *E-mail address*

                                                              312-236-6166
                                                           *Telephone number*

                                                              312-236-3029
                                                              *FAX number*