**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, August 15, 2019 6:35 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, August 15, 2019 11:34:02 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 8/15/2019 at 7:33 AM EDT and filed on 8/15/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 543 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067,**

MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)

| | |
|---|---|
| **Case Name:** | Infante et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02067 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Divine et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02104 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

**Case Name:** Miller v. 3M Company
**Case Number:** NCE/5:19-cv-00314
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases:** MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)

**Case Name:** Burgess v. 3M Company
**Case Number:** NCE/5:19-cv-00312
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases:** MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)

**Case Name:** Dumont-Vega v. 3M Company et al
**Case Number:** PR/3:19-cv-01723
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Stenzinger et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02102 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Arboneaux et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02114 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-*

cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Carfagno v. 3M Company |
| **Case Number:** | MIE/2:19-cv-12214 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Rose v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02062 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in*

NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| Case Name: | McClain et al v. 3M Company et al |
| Case Number: | MN/0:19-cv-02060 |
| Filer: | |
| Document Number: | 4 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| Case Name: | Stakeley v. 3M Company |
| Case Number: | NCE/5:19-cv-00315 |
| Filer: | |
| Document Number: | 4 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases:** MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)

| | |
|---|---|
| **Case Name:** | Coffey et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02101 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases:** MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)

| | |
|---|---|
| **Case Name:** | Brooks v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00311 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases:** MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104,

MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)

| | |
|---|---|
| **Case Name:** | Burney v. 3M Company |
| **Case Number:** | NCE/5:19-cv-00313 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Schroeder et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02086 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Batten v. 3M Company |

| | |
|---|---|
| **Case Number:** | ALN/5:19-cv-01181 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg.* **(2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Cordingly et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02103 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg.* **(2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Hurley et al v. 3M Company |
| **Case Number:** | MN/0:19-cv-02066 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Cline v. 3M Company et al |
| **Case Number:** | LAE/2:19-cv-11866 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Aris et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02106 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-*

*cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

| | |
|---|---|
| **Case Name:** | Morrison v. 3M Company |
| **Case Number:** | MN/0:19-cv-01982 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-25) - 21 action(s)** *re: pldg. (2 in ALN/5:19-cv-01181, 2 in LAE/2:19-cv-11866, [517] in MDL No. 2885, 2 in MIE/2:19-cv-12214, 2 in MN/0:19-cv-01982, 2 in MN/0:19-cv-02060, 2 in MN/0:19-cv-02062, 2 in MN/0:19-cv-02066, 2 in MN/0:19-cv-02067, 1 in MN/0:19-cv-02086, 1 in MN/0:19-cv-02101, 1 in MN/0:19-cv-02102, 1 in MN/0:19-cv-02103, 1 in MN/0:19-cv-02104, 1 in MN/0:19-cv-02106, 1 in MN/0:19-cv-02114, 2 in NCE/5:19-cv-00311, 2 in NCE/5:19-cv-00312, 2 in NCE/5:19-cv-00313, 2 in NCE/5:19-cv-00314, 2 in NCE/5:19-cv-00315, 2 in PR/3:19-cv-01723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/15/2019.**

**Associated Cases: MDL No. 2885, ALN/5:19-cv-01181, LAE/2:19-cv-11866, MIE/2:19-cv-12214, MN/0:19-cv-01982, MN/0:19-cv-02060, MN/0:19-cv-02062, MN/0:19-cv-02066, MN/0:19-cv-02067, MN/0:19-cv-02086, MN/0:19-cv-02101, MN/0:19-cv-02102, MN/0:19-cv-02103, MN/0:19-cv-02104, MN/0:19-cv-02106, MN/0:19-cv-02114, NCE/5:19-cv-00311, NCE/5:19-cv-00312, NCE/5:19-cv-00313, NCE/5:19-cv-00314, NCE/5:19-cv-00315, PR/3:19-cv-01723 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02067 Notice has been electronically mailed to:**

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02067 Notice will not be electronically mailed to:**

**MN/0:19-cv-02104 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02104 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00314 Notice has been electronically mailed to:**

Martin A Ramey     MJR@rhinelawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NCE/5:19-cv-00314 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00312 Notice has been electronically mailed to:**

Martin A Ramey     MJR@rhinelawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NCE/5:19-cv-00312 Notice will not be electronically mailed to:**

**PR/3:19-cv-01723 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Michael A. Burns    maburns@mostynlaw.com

Caroline L Maida    clmaida@mostynlaw.com

William Rivera-Velez    wrvlaw@gmail.com

**PR/3:19-cv-01723 Notice will not be electronically mailed to:**

3M Occupational Safey LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**MN/0:19-cv-02102 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02102 Notice will not be electronically mailed to:**

**MN/0:19-cv-02114 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02114 Notice will not be electronically mailed to:**

**MIE/2:19-cv-12214 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Harvey Altus    HarveyAltus@AltusLaw.net

**MIE/2:19-cv-12214 Notice will not be electronically mailed to:**

**MN/0:19-cv-02062 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio    vincent@bennerotte.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02062 Notice will not be electronically mailed to:**

**MN/0:19-cv-02060 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02060 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00315 Notice has been electronically mailed to:**

Martin A Ramey     MJR@rhinelawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NCE/5:19-cv-00315 Notice will not be electronically mailed to:**

**MN/0:19-cv-02101 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02101 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00311 Notice has been electronically mailed to:**

Martin A Ramey     MJR@rhinelawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NCE/5:19-cv-00311 Notice will not be electronically mailed to:**

**NCE/5:19-cv-00313 Notice has been electronically mailed to:**

Martin A Ramey     MJR@rhinelawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NCE/5:19-cv-00313 Notice will not be electronically mailed to:**

**MN/0:19-cv-02086 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02086 Notice will not be electronically mailed to:**

**ALN/5:19-cv-01181 Notice has been electronically mailed to:**

Jeffrey G Blackwell     jeff@blackwell-attorneys.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**ALN/5:19-cv-01181 Notice will not be electronically mailed to:**

**MN/0:19-cv-02103 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02103 Notice will not be electronically mailed to:**

**MN/0:19-cv-02066 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02066 Notice will not be electronically mailed to:**

**LAE/2:19-cv-11866 Notice has been electronically mailed to:**

Joseph M. Bruno, Sr     jbruno@brunobrunolaw.com, JONI@BRUNOBRUNOLAW.COM

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Markita S Hawkins     mhawkins@brunobrunolaw.com

Donald David Reichert     don@brunobrunolaw.com

Byron M. Forrest     byron@fcjlaw.com

Sara Eliza James     eliza@fcjlaw.com

**LAE/2:19-cv-11866 Notice will not be electronically mailed to:**

**MN/0:19-cv-02106 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02106 Notice will not be electronically mailed to:**

**MN/0:19-cv-01982 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-01982 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/15/2019] [FileNumber=931786-0]
[56f17e5d9dfbd1ec388b47997c81b5ea2e9c4a78622e6d4c7aa20a0807f5e79f6a2fb
9e8a9a03d91d9ef6392676dc770f2eaa0b4f8bf563c17e4afc94edb68ae]]