IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey L. Haberman, of Schlesinger Law Offices, P.A., and who is admitted to practice in this Court, hereby enters an appearance of counsel for Plaintiff ERIC GLOCER (Case No.:19-cv-00231), originally filed in United States District Court for the Middle District of Florida. This case was later removed to this Court through CTO-6 and assigned **Case No.: 3:19-cv-01393**. All further papers and pleadings in this action should be served on the undersigned.

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system,

which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated: August 15, 2019        Respectfully submitted,

/s/Jeffrey L. Haberman
Jeffrey L. Haberman
Florida Bar No: 98522
Schlesinger Law Offices, P.A.
1212 S.E. 3rd Ave., Fort Lauderdale
Florida 33316
Phone:(954) 467-8800
Fax:   (954) 320-9509
Attorney E-Mail: Jhaberman@schlesingerlaw.com
Attorney for Plaintiff