# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| *Derek Torres v. 3m Company, et al.* | |
| **Plaintiff Name: Derek Torres**<br>**Civil Action No.: 3:19-cv-02740** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Claire E. Berg of the law firm Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC hereby enters her appearance as counsel on behalf of plaintiff, Derek Torres in the above-captioned matter. Ms. Berg completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4, Tutorial Confirmation No. FLND15607878842322).

Dated: August 15, 2019

Respectfully submitted,

*/s/ Claire E. Berg*
M. Palmer Lambert (#33228)
Claire E. Berg (#37029)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
plambert@gainsben.com
cberg@gainsben.com

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically send notice to all registered counsel of record.

*/s/ Claire E. Berg*
Claire E. Berg (#37029)
