**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, August 16, 2019 7:06 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, August 16, 2019 12:04:50 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/16/2019 at 8:04 AM EDT and filed on 8/16/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 546 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ([522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130,**

MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)

| | |
|---|---|
| **Case Name:** | Fogarty v. 3M Company |
| **Case Number:** | MN/0:19-cv-02131 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Naranjo et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02100 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Foreman v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02119 |
| **Filer:** | |

| | |
|---|---|
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Alexander et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02133 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Hawkins v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02120 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-*

*cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Aalaam et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02109 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | McClellan v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02127 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**


**Associated Cases:** MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)

| | |
|---|---|
| **Case Name:** | Lane v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02121 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases:** MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)

| | |
|---|---|
| **Case Name:** | Burks v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02123 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases:** MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)

| | |
|---|---|
| **Case Name:** | Cooper et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02132 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Adkins et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02122 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Ellis et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02099 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Zager et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02143 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Babbs et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02130 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-*

*cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Martin et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02117 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Boykin et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02142 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Gilfether et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02107 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

| | |
|---|---|
| **Case Name:** | Adler et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02124 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

**Case Name:**    Boyer et al v. 3M Company
**Case Number:**  MN/0:19-cv-02134
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-26) - 19 action(s)** *re: pldg. ( [522] in MDL No. 2885, 1 in MN/0:19-cv-02099, 1 in MN/0:19-cv-02100, 1 in MN/0:19-cv-02107, 1 in MN/0:19-cv-02109, 1 in MN/0:19-cv-02117, 1 in MN/0:19-cv-02119, 1 in MN/0:19-cv-02120, 1 in MN/0:19-cv-02121, 1 in MN/0:19-cv-02122, 1 in MN/0:19-cv-02123, 1 in MN/0:19-cv-02124, 1 in MN/0:19-cv-02127, 1 in MN/0:19-cv-02130, 1 in MN/0:19-cv-02131, 1 in MN/0:19-cv-02132, 1 in MN/0:19-cv-02133, 1 in MN/0:19-cv-02134, 1 in MN/0:19-cv-02142, 1 in MN/0:19-cv-02143)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/16/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02099, MN/0:19-cv-02100, MN/0:19-cv-02107, MN/0:19-cv-02109, MN/0:19-cv-02117, MN/0:19-cv-02119, MN/0:19-cv-02120, MN/0:19-cv-02121, MN/0:19-cv-02122, MN/0:19-cv-02123, MN/0:19-cv-02124, MN/0:19-cv-02127, MN/0:19-cv-02130, MN/0:19-cv-02131, MN/0:19-cv-02132, MN/0:19-cv-02133, MN/0:19-cv-02134, MN/0:19-cv-02142, MN/0:19-cv-02143 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02131 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio    vincent@bennerotte.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Thomas R Bennerotte    tom@bennerotte.com

Michael E G Phoenix    michael@bennerotte.com

**MN/0:19-cv-02131 Notice will not be electronically mailed to:**

**MN/0:19-cv-02100 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02100 Notice will not be electronically mailed to:**

**MN/0:19-cv-02119 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio    vincent@bennerotte.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Thomas R Bennerotte    tom@bennerotte.com

Michael E G Phoenix    michael@bennerotte.com

**MN/0:19-cv-02119 Notice will not be electronically mailed to:**

**MN/0:19-cv-02133 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02133 Notice will not be electronically mailed to:**

**MN/0:19-cv-02120 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio     vincent@bennerotte.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02120 Notice will not be electronically mailed to:**

**MN/0:19-cv-02109 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02109 Notice will not be electronically mailed to:**

**MN/0:19-cv-02127 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio     vincent@bennerotte.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Thomas R Bennerotte     tom@bennerotte.com

Michael E G Phoenix     michael@bennerotte.com

**MN/0:19-cv-02127 Notice will not be electronically mailed to:**

**MN/0:19-cv-02121 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio     vincent@bennerotte.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Thomas R Bennerotte     tom@bennerotte.com

Michael E G Phoenix     michael@bennerotte.com

**MN/0:19-cv-02121 Notice will not be electronically mailed to:**

**MN/0:19-cv-02123 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio    vincent@bennerotte.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Thomas R Bennerotte    tom@bennerotte.com

Michael E G Phoenix    michael@bennerotte.com

**MN/0:19-cv-02123 Notice will not be electronically mailed to:**

**MN/0:19-cv-02132 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02132 Notice will not be electronically mailed to:**

**MN/0:19-cv-02122 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02122 Notice will not be electronically mailed to:**

**MN/0:19-cv-02099 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Destieian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02099 Notice will not be electronically mailed to:**

**MN/0:19-cv-02143 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Destieian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02143 Notice will not be electronically mailed to:**

**MN/0:19-cv-02130 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02130 Notice will not be electronically mailed to:**

**MN/0:19-cv-02117 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02117 Notice will not be electronically mailed to:**

**MN/0:19-cv-02142 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Yvonne M Flaherty     ymflaherty@locklaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

**MN/0:19-cv-02142 Notice will not be electronically mailed to:**

**MN/0:19-cv-02107 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02107 Notice will not be electronically mailed to:**

**MN/0:19-cv-02124 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02124 Notice will not be electronically mailed to:**

**MN/0:19-cv-02134 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02134 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/16/2019] [FileNumber=932177-0]
[831ec16a6460c089f83b8b36b1e0d6b635f3f92f2f5624f64c4237edc6eec14481ac2
884ac8acf6b65de5fdfb5851d397936fa685932cb06d72847c666535732]]