## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )  )  )  ) | Case No. 3:19-md-2885-MCR-GRJ |
| ) | |
| This Document Relates to All Cases )  ) | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Martin A. Ramey of the Rhine Law Firm, P.C. hereby enters his appearance as counsel for Plaintiffs Alec Brooks (Case No.: 3:19-cv-3120); Arteze Burgess (Case No.: 3:19-cv-3121); James Burney, Jr. (Case No.: 3:19-cv-3122); Justin Miller (Case No.: 3:19-cv-3123); and William Stakeley (Case No.: 3:19-cv-3124), all transferred to this Court from the Eastern District of North Carolina. Mr. Ramey is an attorney of record in the actions transferred to this court by the Judicial Panel on Multidistrict Litigation, pursuant to Conditional Transfer Order 10 (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted,

/s/ Martin A. Ramey
Martin A. Ramey
NC State Bar No.: 33617
RHINE LAW FIRM, P.C.
1612 Military Cutoff Road
Suite 300
Wilmington, NC 28403
Phone: (910) 772-9960
Fax: (910) 772-9062
Email: mjr@rhinelawfirm.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:19-md-2885-MCR-GRJ |
| This Document Relates to All Cases | ) ) | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

/s/ Martin A. Ramey
Martin A. Ramey
NC State Bar No.: 33617
RHINE LAW FIRM, P.C.
1612 Military Cutoff Road
Suite 300
Wilmington, NC 28403
Phone: (910) 772-9960
Fax: (910) 772-9062
Email: mjr@rhinelawfirm.com