James E. Cecchi (N.J. Bar No. 030861989)
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 0706-1739
(973) 994-1700
jcecchi@carellabyrne.com

*Counsel for Plaintiffs Anthony Patrick, David Haight,*
*and the Proposed Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: ANTHONY PATRICK, 3:19-cv-2971 DAVID HAIGHT, 3:19-cv-3050 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**Motion for leave to appear *pro hac vice* by James E. Cecchi**

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida Local Rule 11.1, I, James E. Cecchi, hereby move before this Court for an Order for admission to practice *pro hac vice* in the above-styled cases only, and in support thereof state as follows:

1. Movant resides in New Jersey and is not a resident of the state of Florida;

2. Movant is admitted to practice and is a member of good standing of the bar of the State of New Jersey.  A copy of a Certificate of Good Standing from the State of New Jersey dated within 30 days of this motion is attached hereto as Exhibit A and made a part hereof;

1

3. Pursuant to Pretrial Order No. 3 and Local rule 11.1, Movant has successfully completed the Local Rules tutorial exam, confirmation number FLND15656313542530, and the CM/ECF online tutorial;

4. Movant has submitted to the Clerk of the Court the required $201.00 *pro hac vice* admission fee;

5. Movant has upgraded his PACER account to "Next Gen;" and

6. Movant requests authorization to receive Notice of Electronic Filings. His email address is jcecchi@carellabyrne.com.

**WHEREFORE**, James E. Cecchi respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*, and direct the Clerk of the Court to provide Notice of Electronic Filings to the undersigned.

Respectfully submitted,

/s/ *James E. Cecchi*

James E. Cecchi
New Jersey Bar No. 030861989
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 0706-1739
(973) 994-1700
jcecchi@carellabyrne.com

*Counsel for Plaintiffs Anthony Patrick, David Haight, and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certified that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on August 19, 2019 and served electronically on all counsel of record.

/s/ *James E. Cecchi*
James E. Cecchi, Esq.