

August 19, 2019

Judge M.C. Rodgers
United State District Court for the
Northern District of Florida
100 North Palafox Street
Pensacola, Florida 32502

    Re:    *In re: 3M Combat Arms Earplug Products Liability Litigation*, 3:19-md-2885

Dear Judge Rodgers,

    Pursuant to Case Management Order 2, Section IV (Docket No. 452), Lead Counsel for plaintiffs and counsel for Defendants submit this joint letter setting forth the parties' tentative agenda for the August 26, 2019 Case Management Conference.

1. **Discovery update**

The parties have made further progress on document discovery, and held a productive meet and confer regarding Plaintiffs' Requests for Production of Documents and the progress of TAR in this matter. The parties will be prepared to update the Court on the status of both issues.

2. ***Touhy*/Protective Order Update**

The parties have had productive discussions with Major Evans and Major Kim, and Lead Counsel and Defendants have agreed on a protective order which will enable production of certain unredacted documents requested by the Plaintiffs via *Touhy*. The parties are further prepared to update the Court on the progress of *Touhy* discovery to date.

3. **30(b)(6) Update**

3M will be in a position to identify its first set of 30(b)(6) witnesses by September 7, 2019, as discussed on the August 9, 2019 status call. 3M will also identify at the status conference dates on which initial 30(b)(6) depositions can occur.

4. **Census/Tolling Update**

The parties have continued to make progress on finalizing a tolling agreement contemplating an initial census and will be prepared to update the Court on the progress of those negotiations.

**5. Production of *Moldex* Materials**

As discussed on the most recent biweekly call with the Court, the parties have continued to meet and confer regarding the production of materials from the *Moldex* litigation. The parties will be prepared to update the Court on the status of this Production.

**6. Motion to Establish Separate Class Action Track**

The parties have briefed and are prepared to discuss Plaintiff Sean Lynch's Motion to Establish a Separate Class Action Track. The parties will be prepared to address this Motion at the Case Management Conference.

Respectfully submitted,

/s/ Shelley Hutson

*Co-Lead Counsel for Plaintiffs*

CC: MDL Counsel of Record