## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, August 20, 2019 7:37 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, August 20, 2019 12:35:42 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/20/2019 at 8:35 AM EDT and filed on 8/20/2019
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 554

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ([528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158,**

MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)

| | |
|---|---|
| **Case Name:** | Parker et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02153 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Crittenden et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02182 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Alexander et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02174 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Thompson v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02171 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Bryant et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02188 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Cowen et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02185 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Zarkevics et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02152 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Ballard et al v. 3M Company |

| | |
|---|---|
| **Case Number:** | MN/0:19-cv-02157 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Addelman et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02161 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Chiprez et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02181 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-*

*cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Claybrook et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02144 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Threadgill et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02165 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases:** MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)

**Case Name:** Adams et al v. 3M Company et al
**Case Number:** MN/0:19-cv-02158
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg.* **( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases:** MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)

**Case Name:** Wyatt et al v. 3M Company et al
**Case Number:** MN/0:19-cv-02141
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg.* **( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases:** MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)

**Case Name:** Strosnider et al v. 3M Company et al
**Case Number:** MN/0:19-cv-02139
**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Abernathy et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02167 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

| | |
|---|---|
| **Case Name:** | Hoskins et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02145 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-27) - 17 action(s)** *re: pldg. ( [528] in MDL No. 2885, 1 in MN/0:19-cv-02139, 1 in MN/0:19-cv-02141, 1 in MN/0:19-cv-02144, 1 in MN/0:19-cv-02145, 1 in MN/0:19-cv-02152, 1 in MN/0:19-cv-02153, 1 in MN/0:19-cv-02157, 1 in MN/0:19-cv-02158, 1 in MN/0:19-cv-02161, 1 in MN/0:19-cv-02165, 1 in MN/0:19-cv-02167, 1 in MN/0:19-cv-02171, 1 in MN/0:19-cv-02174, 1 in MN/0:19-cv-02181, 1 in MN/0:19-cv-02182, 1 in MN/0:19-*

*cv-02185, 1 in MN/0:19-cv-02188)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/20/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02139, MN/0:19-cv-02141, MN/0:19-cv-02144, MN/0:19-cv-02145, MN/0:19-cv-02152, MN/0:19-cv-02153, MN/0:19-cv-02157, MN/0:19-cv-02158, MN/0:19-cv-02161, MN/0:19-cv-02165, MN/0:19-cv-02167, MN/0:19-cv-02171, MN/0:19-cv-02174, MN/0:19-cv-02181, MN/0:19-cv-02182, MN/0:19-cv-02185, MN/0:19-cv-02188 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02153 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02153 Notice will not be electronically mailed to:**

**MN/0:19-cv-02182 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

**MN/0:19-cv-02182 Notice will not be electronically mailed to:**

**MN/0:19-cv-02174 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02174 Notice will not be electronically mailed to:**

**MN/0:19-cv-02171 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Vincent J Moccio    vincent@bennerotte.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Thomas R Bennerotte    tom@bennerotte.com

Michael E G Phoenix    michael@bennerotte.com

**MN/0:19-cv-02171 Notice will not be electronically mailed to:**

**MN/0:19-cv-02188 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02188 Notice will not be electronically mailed to:**

**MN/0:19-cv-02185 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02185 Notice will not be electronically mailed to:**

**MN/0:19-cv-02152 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02152 Notice will not be electronically mailed to:**

**MN/0:19-cv-02157 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Richard M Paul, III     rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, linda@paulllp.com, pat@paulllp.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, ashlea@paulllp.com, Ben@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02157 Notice will not be electronically mailed to:**

**MN/0:19-cv-02161 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02161 Notice will not be electronically mailed to:**

**MN/0:19-cv-02181 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02181 Notice will not be electronically mailed to:**

**MN/0:19-cv-02144 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02144 Notice will not be electronically mailed to:**

**MN/0:19-cv-02165 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02165 Notice will not be electronically mailed to:**

**MN/0:19-cv-02158 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02158 Notice will not be electronically mailed to:**

**MN/0:19-cv-02141 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02141 Notice will not be electronically mailed to:**

**MN/0:19-cv-02139 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02139 Notice will not be electronically mailed to:**

**MN/0:19-cv-02167 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02167 Notice will not be electronically mailed to:**

**MN/0:19-cv-02145 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02145 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/20/2019] [FileNumber=932898-0]
[95f841cb51b31ab09c963a9bff035afc539926da36f9c48b70b077d97557bd2a96524
6c195aeb5affae8bd1cb8fb897f1c0aa53c17e76d31f7650b0df1716881]]