Mark M. Makhail (admitted *pro hac vice*)
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 0706-1739
(973) 994-1700
mmakhail@carellabyrne.com

*Counsel for Plaintiffs Anthony Patrick, David Haight,
and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ANTHONY PATRICK, 3:19-cv-2971<br>DAVID HAIGHT, 3:19-cv-3050 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mark M. Makhail of the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. hereby enters his appearance as counsel for Plaintiffs in the following actions:

*Anthony Patrick v. 3M Company*, Civil Action No. 3:19-cv-2971
*David Haight v. 3M Company*, Civil Action No. 3:19-cv-3050

Mr. Makhail has been admitted to this Court *pro hac vice* pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1, and this Court's Order dated August 19, 2019 (ECF No. 631). Counsel requests all further papers and pleadings in these actions and the Master MDL Docket

1

(MDL 2885) be served upon him electronically.

          Respectfully submitted,

          /s/ *Mark M. Makhail*

          Mark M. Makhail (admitted *pro hac vice*)
          **CARELLA, BYRNE, CECCHI,**
          **OLSTEIN, BRODY & AGNELLO, P.C.**
          5 Becker Farm Road
          Roseland, New Jersey 0706-1739
          (973) 994-1700
          mmakhail@carellabyrne.com

          *Counsel for Plaintiffs Anthony Patrick, David Haight, and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on August 20, 2019 and served electronically on all counsel of record.

/s/  *Mark M. Makhail*
Mark M. Makhail, Esq.