James E. Cecchi (admitted *pro hac vice*)
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 0706-1739
(973) 994-1700
jcecchi@carellabyrne.com

*Counsel for Plaintiffs Anthony Patrick, David Haight, and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| ANTHONY PATRICK, 3:19-cv-2971<br>DAVID HAIGHT, 3:19-cv-3050 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James E. Cecchi of the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. hereby enters his appearance as counsel for Plaintiffs in the following actions:

*Anthony Patrick v. 3M Company*, Civil Action No. 3:19-cv-2971
*David Haight v. 3M Company*, Civil Action No. 3:19-cv-3050

Mr. Cecchi has been admitted to this Court *pro hac vice* pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1, and this Court's Order dated August 19, 2019 (ECF No. 632). Counsel requests all further papers and pleadings in these actions and the Master MDL Docket

(MDL 2885) be served upon him electronically.

Respectfully submitted,

/s/ *James E. Cecchi*

James E. Cecchi (admitted *pro hac vice*)
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 0706-1739
(973) 994-1700
jcecchi@carellabyrne.com

*Counsel for Plaintiffs Anthony Patrick, David Haight, and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on August 20, 2019 and served electronically on all counsel of record.

/s/ *James E. Cecchi*
James E. Cecchi, Esq.