## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, August 21, 2019 8:21 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, August 21, 2019 1:19:20 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/21/2019 at 9:19 AM EDT and filed on 8/21/2019
**Case Name:**      IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**    MDL No. 2885
**Filer:**
**Document Number:** 557

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ([533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**Case Name:**      Buford et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-02159

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**Case Name:**      Bates et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-02180

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**Case Name:**      Edwards et al v. 3M Company et al

**Case Number:**    MN/0:19-cv-02187

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-*

*cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

Case Name:        Acevedo et al v. 3M Company et al
Case Number:      MN/0:19-cv-02140
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

Case Name:        Rojas et al v. Saulsberry et al
Case Number:      MN/0:19-cv-02208
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**Case Name:**        Mastalir et al v. 3M Company et al

**Case Number:**      MN/0:19-cv-02204

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**Case Name:**        Hunt et al v. 3M Company et al

**Case Number:**      MN/0:19-cv-02150

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**Case Name:**        Brown et al v. 3M Company et al

**Case Number:**      MN/0:19-cv-02136

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-*

*cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

Case Name:        Bernier et al v. 3M Company et al
Case Number:      MN/0:19-cv-02160
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

Case Name:        Benjamin et al v. 3M Company
Case Number:      MN/0:19-cv-02170
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**Case Name:**        Pickens et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-02201
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**Case Name:**        Lawrence et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-02202
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**Case Name:**        Davis v. 3M Company et al
**Case Number:**      MN/0:19-cv-02126
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-28) - 13 action(s)** *re: pldg. ( [533] in MDL No. 2885, 1 in MN/0:19-cv-02126, 1 in MN/0:19-cv-02136, 1 in MN/0:19-cv-02140, 1 in MN/0:19-cv-02150, 1 in MN/0:19-cv-02159, 1 in MN/0:19-cv-02160, 1 in MN/0:19-cv-02170, 1 in MN/0:19-cv-02180, 1 in MN/0:19-cv-02187, 1 in MN/0:19-cv-02201, 1 in MN/0:19-cv-02202, 1 in MN/0:19-*

*cv-02204, 1 in MN/0:19-cv-02208)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/21/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02126, MN/0:19-cv-02136, MN/0:19-cv-02140, MN/0:19-cv-02150, MN/0:19-cv-02159, MN/0:19-cv-02160, MN/0:19-cv-02170, MN/0:19-cv-02180, MN/0:19-cv-02187, MN/0:19-cv-02201, MN/0:19-cv-02202, MN/0:19-cv-02204, MN/0:19-cv-02208 (LAH)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02159 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart     sstewart@bassford.com

**MN/0:19-cv-02159 Notice will not be electronically mailed to:**

**MN/0:19-cv-02180 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02180 Notice will not be electronically mailed to:**

**MN/0:19-cv-02187 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02187 Notice will not be electronically mailed to:**

**MN/0:19-cv-02140 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Yvonne M Flaherty     ymflaherty@locklaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02140 Notice will not be electronically mailed to:**

**MN/0:19-cv-02208 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02208 Notice will not be electronically mailed to:**

**MN/0:19-cv-02204 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02204 Notice will not be electronically mailed to:**

**MN/0:19-cv-02150 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Sheri Lillian Stewart    sstewart@bassford.com

**MN/0:19-cv-02150 Notice will not be electronically mailed to:**

**MN/0:19-cv-02136 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Melanie H. Muhlstock    mmuhlstock@yourlawyer.com, hkim@yourlawyer.com

Raymond C Silverman    rsilverman@yourlawyer.com, cdurant@yourlawyer.com, kalexander@yourlawyer.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02136 Notice will not be electronically mailed to:**

**MN/0:19-cv-02160 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02160 Notice will not be electronically mailed to:**

**MN/0:19-cv-02170 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Melanie H. Muhlstock     mmuhlstock@yourlawyer.com, hkim@yourlawyer.com

Raymond C Silverman     rsilverman@yourlawyer.com, cdurant@yourlawyer.com, kalexander@yourlawyer.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02170 Notice will not be electronically mailed to:**

**MN/0:19-cv-02201 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02201 Notice will not be electronically mailed to:**

**MN/0:19-cv-02202 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid      frashid@greeneespel.com

Timothy M Phillips      tphillips@jrwilliamslaw.com

**MN/0:19-cv-02202 Notice will not be electronically mailed to:**

**MN/0:19-cv-02126 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Frank C. Rothrock      frothrock@shb.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Vincent J Moccio      vincent@bennerotte.com

Benjamin W Hulse      bhulse@blackwellburke.com

S Jamal Faleel      jfaleel@blackwellburke.com

Faris Rashid      frashid@greeneespel.com

Thomas R Bennerotte      tom@bennerotte.com

Michael E G Phoenix      michael@bennerotte.com

**MN/0:19-cv-02126 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/21/2019] [FileNumber=933241-0]
[5bfd5cea80beceeeb06fe84486e9d055d6a9e8f996808c075590db4be0a47b365c974
9dceaa37c7929120dda9178a76cc4b9231e547189e8735ee1f277e65232]]