UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Abby E. McClellan, of the law firm Stueve Siegel Hanson LLP, hereby enters her appearance as counsel for Plaintiffs Sarah Kay Carlson and Joseph Robertson, from the following actions transferred to this Court from the District of Minnesota: *Carlson v. 3M Company, et al.*, Case No. 3:19-cv-01417 and *Robertson v. 3M Company, et al*., Case No. 3:19-cv-01418. Ms. McClellan is attorney of record in the actions transferred to this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND15557060792011). All further papers and pleadings in this action should be served on the undersigned.

Dated: August 21, 2019

**STUEVE SIEGEL HANSON LLP**

/s/*Abby E. McClellan*
Abby E. McClellan (MO Bar #66069)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
mcclellan@stuevesiegel.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a August 21, 2019, true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

      /s/ *Abby E. McClellan*
      Abby E. McClellan