UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
|---|---|
| | Judge M. Casey Rodgers |
| This Document relates to All Cases | Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___August 21, 2019___

Motion/Pleadings:  ___MOTION TO APPEAR *PRO HAC VICE*___

Filed by __Jennifer Nolte__  on __August 21, 2019__  Doc. # __637__

Response _____  on _____  Doc. # _____

_____ Stipulated         _____ Joint Pleading
_____ Unopposed       _____ Consented

                          JESSICA J. LYUBLANOVITS
                          CLERK OF COURT
                          */s/ Kathy Rock*
                          Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

**DONE and ORDERED** this 21st day of August 2019.

                          *M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**