**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>  Amy Calhoun, 3:19-cv-1007<br>  Troy Campbell, 3:19-cv-00974<br>  Thomas Culberson, 3:19-cv-00975<br>  Howard Gallegos, 3:19-cv-01005<br>  Chris Garnier, 3:19-cv-00976<br>  Joe Hornacky, 3:19-cv-01051<br>  Ryan McNiel, 3:19-cv-01008<br>  Punahele Kekila Hi'ui'a Moku, 3:19-cv-01199<br>  Nathaniel Moore, 3:19-cv-01006<br>  Spencer Nguyen, 3:19-cv-01058<br>  Michael Rudolph, 3:19-cv-01060<br>  Kurt Thormahlen, 3:19-cv-01052<br>  John Trankovich, 3:19-cv-01061<br>  Brian Wedemeyer, 3:19-cv-01053<br>  Keith Yorman, 3:19-cv-01367<br>  James Zafereo, 3:19-cv-00977 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Rusty Hardin, of Rusty Hardin & Associates, LLP hereby enters his appearance as counsel of record for Plaintiffs in the following actions transferred to this Court from the Western District of Texas, Austin Division:

- *Amy Calhoun v. 3M Company*; Case No. 3:19-cv-01007;

- *Troy Campbell v. 3M Company*; Case No. 3:19-cv-00974;

- *Thomas Culberson v. 3M Company*; Case No. 3:19-cv-00975;

- *Howard Gallegos v. 3M Company*; Case No. 3:19-cv-01005;

- *Chris Garnier v. 3M Company*; Case No. 3:19-cv-00976;

- *Joe Hornacky v. 3M Company*; Case No. 3:19-cv-01051;

- *Ryan McNiel v. 3M Company*; Case No. 3:19-cv-01008;

- *Punahele Kekila Hi'ui'a Moku v. 3M Company*; Case No. 3:19-cv-01199;

- *Nathaniel Moore v. 3M Company*; Case No. 3:19-cv-01006;

- *Spencer Nguyen v. 3M Company*; Case No. 3:19-cv-01058;

- *Michael Rudolph v. 3M Company*; Case No. 3:19-cv-01060;

- *Kurt Thormahlen v. 3M Company*; Case No. 3:19-cv-01052;

- *John Trankovich v. 3M Company*; Case No. 3:19-cv-01061;

- *Brian Wedemeyer v. 3M Company*; Case No. 3:19-cv-01053;

- *Keith Yorman v. 3M Company*; Case No. 3:19-cv-01367; and

- *James Zafereo v. 3M Company*; Case No. 3:19-cv-00977.

Mr. Hardin has fulfilled the required criteria and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  Mr. Hardin's Tutorial Confirmation Number is FLND15659054172552.

Counsel requests that all further papers and pleadings in these actions and in the Master Docket (MDL 2885) be served upon him.

Dated: August 22, 2019                    Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

BY:   */s/ Rusty Hardin*
     Rusty Hardin
       State Bar No. 08972800
       Federal I.D. No. 19424

5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: rhardin@rustyhardin.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                                        */s/ Rusty Hardin*
                                        Rusty Hardin