**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: | Magistrate Judge Gary R. Jones |
| Amy Calhoun, 3:19-cv-1007 | |
| Troy Campbell, 3:19-cv-00974 | |
| Thomas Culberson, 3:19-cv-00975 | |
| Howard Gallegos, 3:19-cv-01005 | |
| Chris Garnier, 3:19-cv-00976 | |
| Joe Hornacky, 3:19-cv-01051 | |
| Ryan McNiel, 3:19-cv-01008 | |
| Punahele Kekila Hi'ui'a Moku, 3:19-cv-01199 | |
| Nathaniel Moore, 3:19-cv-01006 | |
| Spencer Nguyen, 3:19-cv-01058 | |
| Michael Rudolph, 3:19-cv-01060 | |
| Kurt Thormahlen, 3:19-cv-01052 | |
| John Trankovich, 3:19-cv-01061 | |
| Brian Wedemeyer, 3:19-cv-01053 | |
| Keith Yorman, 3:19-cv-01367 | |
| James Zafereo, 3:19-cv-00977 | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Daniel Dutko of Rusty Hardin & Associates, LLP hereby

enters his appearance as counsel of record for Plaintiffs in the following actions transferred to

this Court from the Western District of Texas, Austin Division:

- *Amy Calhoun v. 3M Company*; Case No. 3:19-cv-01007;

- *Troy Campbell v. 3M Company*; Case No. 3:19-cv-00974;

- *Thomas Culberson v. 3M Company*; Case No. 3:19-cv-00975;

- *Howard Gallegos v. 3M Company*; Case No. 3:19-cv-01005;

- *Chris Garnier v. 3M Company*; Case No. 3:19-cv-00976;

- *Joe Hornacky v. 3M Company*; Case No. 3:19-cv-01051;

- *Ryan McNiel v. 3M Company*; Case No. 3:19-cv-01008;

- *Punahele Kekila Hi'ui'a Moku v. 3M Company*; Case No. 3:19-cv-01199;

- *Nathaniel Moore v. 3M Company*; Case No. 3:19-cv-01006;

- *Spencer Nguyen v. 3M Company*; Case No. 3:19-cv-01058;

- *Michael Rudolph v. 3M Company*; Case No. 3:19-cv-01060;

- *Kurt Thormahlen v. 3M Company*; Case No. 3:19-cv-01052;

- *John Trankovich v. 3M Company*; Case No. 3:19-cv-01061;

- *Brian Wedemeyer v. 3M Company*; Case No. 3:19-cv-01053;

- *Keith Yorman v. 3M Company*; Case No. 3:19-cv-01367; and

- *James Zafereo v. 3M Company*; Case No. 3:19-cv-00977.

Mr. Dutko has fulfilled the required criteria and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  Mr. Dutko's Tutorial Confirmation Number is FLND15659045442551.

Counsel requests that all further papers and pleadings in these actions and in the Master Docket (MDL 2885) be served upon him.

Dated: August 22, 2019                         Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

BY:    */s/ Daniel Dutko*
          Daniel Dutko
             State Bar No. 24054206
             Federal I.D. No. 753525

5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: ddutko@rustyhardin.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Daniel Dutko*
Daniel Dutko