# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2885

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –30)

On April 3, 2019, the Panel transferred 8 civil action(s) to the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 366 F.Supp.3d 1368 (J.P.M.L. 2019). Since that time, 871 additional action(s) have been transferred to the Northern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable M. Casey Rodgers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Florida and assigned to Judge Rodgers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Florida for the reasons stated in the order of April 3, 2019, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 23, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By _____
   Deputy Clerk

**IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION**                                              MDL No. 2885

### SCHEDULE CTO-30 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MINNESOTA | | | |
| MN | 0 | 19-02219 | Ayon et al v. 3M Company et al |
| MN | 0 | 19-02223 | Walsh et al v. 3M Company et al |
| MN | 0 | 19-02225 | Williams et al v. 3M Company et al |
| MN | 0 | 19-02226 | Beyard et al v. 3M Company et al |
| MN | 0 | 19-02227 | Karidis et al v. 3M Company et al |
| MN | 0 | 19-02228 | Camacho et al v. 3M Company |
| MN | 0 | 19-02230 | Ledford et al v. 3M Company et al |
| MN | 0 | 19-02233 | Jackson et al v. 3M Company et al |
| MN | 0 | 19-02234 | Cieminski et al v. 3M Company |
| MN | 0 | 19-02235 | Lane et al v. 3M Company et al |
| MN | 0 | 19-02236 | Despot et al v. 3M Company et al |
| MN | 0 | 19-02237 | Bernardo et al v. 3M Company et al |
| MN | 0 | 19-02239 | Holder et al v. 3M Company et al |
| MN | 0 | 19-02241 | Zimmerman et al v. 3M Company et al |
| MN | 0 | 19-02243 | Mullins et al v. 3M Company et al |
| MN | 0 | 19-02244 | Nelson et al v. 3M Company et al |
| MN | 0 | 19-02245 | Hoffman et al v. 3M Company et al |
| MN | 0 | 19-02246 | Grimm et al v. 3M Company et al |
| MN | 0 | 19-02247 | Medley et al v. 3M Company et al |
| MN | 0 | 19-02248 | Friar et al v. 3M Company et al |
| MN | 0 | 19-02250 | Garrett et al v. 3M Company et al |
| MN | 0 | 19-02251 | Mcdermott et al v. 3M Company et al |
| MN | 0 | 19-02253 | Grose et al v. 3M Company et al |