**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, August 23, 2019 7:01 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, August 23, 2019 11:59:43 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 8/23/2019 at 7:59 AM EDT and filed on 8/23/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 559 |

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ([544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

<span style="color:blue">**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**</span>

<span style="color:blue">**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233,**</span>

**MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**     Jackson et al v. 3M Company et al

**Case Number:**     MN/0:19-cv-02233

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**     Hoffman et al v. 3M Company et al

**Case Number:**     MN/0:19-cv-02245

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246,**

**MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**     Lane et al v. 3M Company et al

**Case Number:**   MN/0:19-cv-02235

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**     Despot et al v. 3M Company et al

**Case Number:**   MN/0:19-cv-02236

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**     Beyard et al v. 3M Company et al
**Case Number:**     MN/0:19-cv-02226
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**     Bernardo et al v. 3M Company et al
**Case Number:**     MN/0:19-cv-02237
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**     Friar et al v. 3M Company et al
**Case Number:**     MN/0:19-cv-02248

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

| | |
|---|---|
| **Case Name:** | Williams et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02225 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

| | |
|---|---|
| **Case Name:** | Holder et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02239 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s) *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**       Medley et al v. 3M Company et al

**Case Number:**       MN/0:19-cv-02247

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s) *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**       Walsh et al v. 3M Company et al

**Case Number:**       MN/0:19-cv-02223

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s) *re: pldg. ( [544] in MDL**

*No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**      Nelson et al v. 3M Company et al
**Case Number:**    MN/0:19-cv-02244
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**      Grose et al v. 3M Company et al
**Case Number:**    MN/0:19-cv-02253
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-*

*cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**     Cieminski et al v. 3M Company
**Case Number:**   MN/0:19-cv-02234
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**     Camacho et al v. 3M Company
**Case Number:**   MN/0:19-cv-02228
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-*

cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

| | |
|---|---|
| **Case Name:** | Ledford et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02230 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

| | |
|---|---|
| **Case Name:** | Garrett et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02250 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-*

*cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

| | |
|---|---|
| **Case Name:** | Karidis et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02227 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

| | |
|---|---|
| **Case Name:** | Zimmerman et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02241 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**       Mullins et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-02243
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**Case Name:**       Grimm et al v. 3M Company et al
**Case Number:**      MN/0:19-cv-02246
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s)** *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

| | |
|---|---|
| **Case Name:** | Ayon et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02219 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s) *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233, MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

| | |
|---|---|
| **Case Name:** | Mcdermott et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02251 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-30) - 23 action(s) *re: pldg. ( [544] in MDL No. 2885, 1 in MN/0:19-cv-02219, 1 in MN/0:19-cv-02223, 1 in MN/0:19-cv-02225, 1 in MN/0:19-cv-02226, 1 in MN/0:19-cv-02227, 1 in MN/0:19-cv-02228, 1 in MN/0:19-cv-02230, 1 in MN/0:19-cv-02233, 1 in MN/0:19-cv-02234, 1 in MN/0:19-cv-02235, 1 in MN/0:19-cv-02236, 1 in MN/0:19-cv-02237, 1 in MN/0:19-cv-02239, 1 in MN/0:19-cv-02241, 1 in MN/0:19-cv-02243, 1 in MN/0:19-cv-02244, 1 in MN/0:19-cv-02245, 1 in MN/0:19-cv-02246, 1 in MN/0:19-cv-02247, 1 in MN/0:19-cv-02248, 1 in MN/0:19-cv-02250, 1 in MN/0:19-cv-02251, 1 in MN/0:19-cv-02253)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/23/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02219, MN/0:19-cv-02223, MN/0:19-cv-02225, MN/0:19-cv-02226, MN/0:19-cv-02227, MN/0:19-cv-02228, MN/0:19-cv-02230, MN/0:19-cv-02233,**

**MN/0:19-cv-02234, MN/0:19-cv-02235, MN/0:19-cv-02236, MN/0:19-cv-02237, MN/0:19-cv-02239, MN/0:19-cv-02241, MN/0:19-cv-02243, MN/0:19-cv-02244, MN/0:19-cv-02245, MN/0:19-cv-02246, MN/0:19-cv-02247, MN/0:19-cv-02248, MN/0:19-cv-02250, MN/0:19-cv-02251, MN/0:19-cv-02253 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02233 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02233 Notice will not be electronically mailed to:**

**MN/0:19-cv-02245 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02245 Notice will not be electronically mailed to:**

**MN/0:19-cv-02235 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02235 Notice will not be electronically mailed to:**

**MN/0:19-cv-02236 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02236 Notice will not be electronically mailed to:**

**MN/0:19-cv-02226 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02226 Notice will not be electronically mailed to:**

**MN/0:19-cv-02237 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02237 Notice will not be electronically mailed to:**

**MN/0:19-cv-02248 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02248 Notice will not be electronically mailed to:**

**MN/0:19-cv-02225 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02225 Notice will not be electronically mailed to:**

**MN/0:19-cv-02239 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02239 Notice will not be electronically mailed to:**

**MN/0:19-cv-02247 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02247 Notice will not be electronically mailed to:**

**MN/0:19-cv-02223 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Timothy M Phillips    tphillips@jrwilliamslaw.com

**MN/0:19-cv-02223 Notice will not be electronically mailed to:**

**MN/0:19-cv-02244 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02244 Notice will not be electronically mailed to:**

**MN/0:19-cv-02253 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02253 Notice will not be electronically mailed to:**

**MN/0:19-cv-02234 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02234 Notice will not be electronically mailed to:**

**MN/0:19-cv-02228 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02228 Notice will not be electronically mailed to:**

**MN/0:19-cv-02230 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02230 Notice will not be electronically mailed to:**

**MN/0:19-cv-02250 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02250 Notice will not be electronically mailed to:**

**MN/0:19-cv-02227 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02227 Notice will not be electronically mailed to:**

**MN/0:19-cv-02241 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02241 Notice will not be electronically mailed to:**

**MN/0:19-cv-02243 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com,

jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02243 Notice will not be electronically mailed to:**

**MN/0:19-cv-02246 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02246 Notice will not be electronically mailed to:**

**MN/0:19-cv-02219 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02219 Notice will not be electronically mailed to:**

**MN/0:19-cv-02251 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02251 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/23/2019] [FileNumber=933997-0]
[6defdb5fb86a880cc6c97a647a59c7727316795341ab9aaca779717ed4d9b539913db
1d7b5d2090c0403737c5a38c3e766d25fa83175c82c24d11e33293d3ca6]]