IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Jennifer Nolte, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within thirty (30) days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number, FLND15633851482451, and the CM/ECF online tutorial.

1

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant represents Plaintiff in each of the following actions, which were direct filed on July 26, 2019:

- *Aaron Smith v. 3M Company, et al.*, Civil Action No. 3:19-cv-02583
- *Robert Delph v. 3M Company, et al.*, Civil Action No. 3:19-cv-02610
- *Patrick Ford v. 3M Company, et al.*, Civil Action No. 3:19-cv-02618
- *DeAnthony Graham v. 3M Company, et al.*, Civil Action No. 3:19-cv-02650
- *Bill Hawks v. 3M Company, et al.*, Civil Action No. 3:19-cv-02677
- *Bryan Noble v. 3M Company, et al.*, Civil Action No. 3:19-cv-02687
- *Timothy Pearson v. 3M Company, et al.*, Civil Action No. 3:19-cv-02703
- *Jerome Proctor v. 3M Company, et al.*, Civil Action No. 3:19-cv-02724
- *Richard Purvis v. 3M Company, et al.*, Civil Action No. 3:19-cv-02731
- *Jesse Ostrander v. 3M Company, et al.*, Civil Action No. 3:19-cv-02736
- *Edric Rankin v. 3M Company, et al.*, Civil Action No. 3:19-cv-02743
- *Zachariah Thornton v. 3M Company, et al.*, Civil Action No. 3:19-cv-02746
- *Corey Webb v. 3M Company, et al.*, Civil Action No. 3:19-cv-02751
- *Roderick Forde v. 3M Company, et al.*, Civil Action No. 3:19-cv-02755

- *Lewis Blasé v. 3M Company, et al.*, Civil Action No. 3:19-cv-02759

WHEREFORE, Jennifer Nolte respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: August 23, 2019	Respectfully submitted,

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
Jennifer Nolte
TX Bar No. 24007755
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on August 23, 2019 and served electronically on all counsel of record.

/s/ Jennifer Nolte
Jennifer Nolte