# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates To: *Miller v. 3M Company, et al.*, No. 3:19-cv-02868-MCR-GRJ | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the United States District Court for the Northern District of Florida Local Rule 11.1, Adam H. Weintraub, respectfully moves this Court for an Order for admission to practice *pro hac vice* in the above-captioned action, and in support thereof states as follows:

1. Movant is a member in good standing of the bar of the state of Louisiana where movant resides and regularly practices law;

2. Movant submits a copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion and is attached hereto;

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, movant has successfully completed the online Attorney Admission Tutorial, confirmation number FLND15602981672305;

4.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, movant has successfully completed the online CM/ECF Tutorial;

5.      Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee; and

6.      Movant maintains an upgraded PACER account.

WHEREFORE, movant respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  August 23, 2019                            Respectfully submitted,


                                                                        /s/ *Adam H. Weintraub*_____
                                                                        Adam H. Weintraub
                                                                        Weintraub Law, LLC
                                                                        639 Loyola Avenue, Suite 2180
                                                                        New Orleans, Louisiana  70113
                                                                        Phone:  504-656-6280
                                                                        Facsimile:  504-708-4512
                                                                        Email:  aweintraub@ahwfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of the filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

           /s/ *Adam H. Weintraub*
           Adam H. Weintraub