# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Mr. Adam Herbert Weintraub _____

whose address is _____ 639 Loyola Ave Ste 2180 _____

_____ New Orleans, LA 70113 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____ 5th _____ day of _____ May _____, _____ 2011 _____.

Given over my hand and the Seal of the Louisiana State Bar Association, this _____ 23rd _____ day of _____ August _____, _____ 2019 _____.

*Executive Director*
*Louisiana State Bar Association*