# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to All Cases | Case No. 3:19md2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPERANCE

Jeff Ostrow, of the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, hereby enters his appearance as counsel for Plaintiffs John Baker and David Ortiz Guerra, in the following actions: *Baker v. 3M Company, et. al.*, Case No.: 19-cv-02420; and *Ortiz v. 3M Company, et. al.*, Case No.: 19-cv-02430. All further papers and pleadings in this action should be served on the undersigned.

Dated: August 26, 2019              Respectfully submitted,

                                                */s/Jeff Ostrow*
                                                Jeff Ostrow
                                                Florida Bar No. 121452
                                                **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
                                                One West Las Olas Boulevard, Suite 500
                                                Fort Lauderdale, FL 33301
                                                Telephone: (954) 525-4100
                                                Facsimile: (954) 525-4300
                                                ostrow@kolawyers.com
                                                marcheco@kolawyers.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record on this 26th day of August 2019.

Respectfully submitted,

*/s/ Jeff Ostrow*