## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, August 28, 2019 8:52 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, August 28, 2019 1:50:02 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/28/2019 at 9:49 AM EDT and filed on 8/28/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [564](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg. (1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**

| | |
|---|---|
| **Case Name:** | Welander et al v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:19-cv-02264 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg.* **(1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**

| | |
|---|---|
| **Case Name:** | Player et al v. 3M Company |
| **Case Number:** | MN/0:19-cv-02270 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg.* **(1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**

| | |
|---|---|
| **Case Name:** | Silva et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02263 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg.* **(1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases:** MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)

| | |
|---|---|
| **Case Name:** | Ponce et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02267 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg. (1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases:** MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)

| | |
|---|---|
| **Case Name:** | Ringler et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02260 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg. (1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases:** MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)

| | |
|---|---|
| **Case Name:** | Romero et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02273 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg. (1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-*

cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**

| | |
|---|---|
| **Case Name:** | Morgan et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02259 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg.* **(1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**

| | |
|---|---|
| **Case Name:** | Cross et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02266 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg.* **(1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**

| | |
|---|---|
| **Case Name:** | Oakes et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02255 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg. (1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**

| | |
|---|---|
| **Case Name:** | Rosen v. 3M Company et al |
| **Case Number:** | CT/3:19-cv-01253 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg. (1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**

| | |
|---|---|
| **Case Name:** | Mullins et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02216 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg. (1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**

| | |
|---|---|
| **Case Name:** | Patton et al v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:19-cv-02257 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 12 action(s)** *re: pldg. (1 in CT/3:19-cv-01253, [555] in MDL No. 2885, 1 in MN/0:19-cv-02216, 1 in MN/0:19-cv-02255, 1 in MN/0:19-cv-02257, 1 in MN/0:19-cv-02259, 1 in MN/0:19-cv-02260, 1 in MN/0:19-cv-02263, 1 in MN/0:19-cv-02264, 1 in MN/0:19-cv-02266, 1 in MN/0:19-cv-02267, 1 in MN/0:19-cv-02270, 1 in MN/0:19-cv-02273)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/28/2019.**

**Associated Cases: MDL No. 2885, CT/3:19-cv-01253, MN/0:19-cv-02216, MN/0:19-cv-02255, MN/0:19-cv-02257, MN/0:19-cv-02259, MN/0:19-cv-02260, MN/0:19-cv-02263, MN/0:19-cv-02264, MN/0:19-cv-02266, MN/0:19-cv-02267, MN/0:19-cv-02270, MN/0:19-cv-02273 (JG)**


**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02264 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02264 Notice will not be electronically mailed to:**

**MN/0:19-cv-02270 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com,

rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02270 Notice will not be electronically mailed to:**

**MN/0:19-cv-02263 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02263 Notice will not be electronically mailed to:**

**MN/0:19-cv-02267 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02267 Notice will not be electronically mailed to:**

**MN/0:19-cv-02260 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02260 Notice will not be electronically mailed to:**

**MN/0:19-cv-02273 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02273 Notice will not be electronically mailed to:**

**MN/0:19-cv-02259 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02259 Notice will not be electronically mailed to:**

**MN/0:19-cv-02266 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02266 Notice will not be electronically mailed to:**

**MN/0:19-cv-02255 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02255 Notice will not be electronically mailed to:**

**CT/3:19-cv-01253 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Kelly Elizabeth Reardon     kreardon@reardonlaw.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

**CT/3:19-cv-01253 Notice will not be electronically mailed to:**

**MN/0:19-cv-02216 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Timothy M Phillips    tphillips@jrwilliamslaw.com

**MN/0:19-cv-02216 Notice will not be electronically mailed to:**

**MN/0:19-cv-02257 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02257 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/28/2019] [FileNumber=935086-0]
[09785ca54dda002979d9f7e0baede970b13ea267ef1f0a8afcb6fbbb10dab9ea9d48f
63f284c022772294ff46af649a301ce17c428fdde0987993e0b3175e4b4]]