AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| Kevin Carfagno | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:19md2885 |
| 3M Company | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF KEVIN CARFAGNO

Date:  08/27/2019

/s/ Harvey Altus
*Attorney's signature*

Harvey Altus (P-30846)
*Printed name and bar number*

30500 Northwestern Hwy., Ste. 500
Farmington Hills, MI 48334

*Address*

HarveyAltus@AltusLaw.net
*E-mail address*

(248) 626-7211
*Telephone number*

(248) 851-9421
*FAX number*