UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 3:19md2885 |
| This Document Relates to All Cases | ) ) ) | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION FOR ATTORNEY, TIM L. BOWDEN TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, the signed attorney, Michael W. Gaines, hereby moves this Court for an Order for his partner, Tim L. Bowden's admission to practice *pro hac vice* in the above-styled Multidistrict Litigation, and in support thereof states as follows:

1. Attorney, Tim L. Bowden, resides in the State of Tennessee, and is not a resident of the State of Florida.

2. Attorney, Tim L. Bowden, is admitted to practice and is a member in good standing of the Bar of the State of Tennessee.  A copy of a Certificate of Good Standing from the State of Tennessee dated within thirty (30) days of this Motion is attached hereto as Exhibit "A" and made a part hereof.

3. Attorney, Tim L. Bowden, is also admitted to practice and is a member in good standing of the District Court of the Middle District of Tennessee.  A copy of a Certificate of Good Standing from the Middle District of Tennessee dated within thirty (30) days of this Motion is attached hereto as Exhibit "B" and made a part hereof.

4. This law firm is counsel to plaintiffs in numerous Combat Arms Earplug cases which are, or are expected to be placed under the jurisdiction of this Court under the Master Case Number 3:19md2885.

5. Movant Attorney, Michael W. Gaines, is admitted to practice in the State of Florida and also in the Northern District of Florida, in addition to being admitted in Tennessee, and will act as co-counsel with Attorney, Tim L. Bowden in these cases.

6. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Attorney, Tim L. Bowden has successfully completed both the online Local Rules tutorial exam, confirmation number FLND 15633892772453, and the CM/ECF online tutorial.

7. Attorney, Tim L. Bowden has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

8. Attorney, Tim L. Bowden has upgraded his PACER account to "NextGen."

WHEREFORE, Movant Attorney, Michael W. Gaines, respectfully requests that this Court enter an Order granting this Motion for Attorney, Tim L. Bowden to appear *pro hac vice* on this and other related 3M cases, and directing the Clerk to provide notice of Electronic Case Filings to both Attorneys.

Dated: August 28, 2019           Respectfully submitted,


                                 */s/ Michael W. Gaines*
                                 MICHAEL W. GAINES
                                 Florida Bar No.  775614
                                 TN BPR 037126
                                 Law Offices of Tim Bowden
                                 306 Northcreek Blvd., Suite 200
                                 Goodlettsville, TN  37072
                                 (615) 859-1996 tel. | (615) 859-1921 fax
                                 mwgaines01@gmail.com
                                 bowden_law@bellsouth.net


## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on August 28, 2019, and was served electronically on all counsel of record.


                                 */s/ Michael W. Gaines*
                                 Michael W. Gaines