# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **KIRK L. DAVIES,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**Tim L. Bowden**

was duly admitted to practice in said Court on

**November 2, 2000**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on   August 23, 2019   .

KIRK L. DAVIES, CLERK OF COURT

By: *[signature]*
Deputy Clerk