# Tim L. Bowden, Esq. and Michael W. Gaines, Esq. – 3M Cases List

1. Eric Wayne Lewis v. 3M Company, et al., Case No.: 3:19-CV-00948
2. Christopher Wade Phillips v. 3M Company, et al., Case No.: 3:19-CV-00951
3. Darren Kay Duhl v. 3M Company, et al., Case No.: 3:19-CV-01623
4. Rajesh Motiani v. 3M Company, et al., Case No.: 3:19-CV-01480
5. Caleb McClanahan v. 3M Company, et al., Case No.: 3:19-CV-00933
6. Sloan Williams v. 3M Company, et al., Case No.: 3:19-CV-00930
7. Greg Thomas v. 3M Company, et al., Case No.: 3:19-CV-00939
8. Jarred Simmonds v. 3M Company, et al., Case No.: 3:19-CV-00932
9. Josh Smothers v. 3M Company, et al., Case No.: 3:19-CV-00940
10. Brooke Grubb v. 3M Company, et al., Case No.: 3:19-CV-00934
11. Matthew Fontenot v. 3M Company, et al., Case No.: 3:19-CV00935
12. Daniel A. Beach v. 3M Company, et al., Case No.: 3:19-CV-00943
13. Andrew Bowden v. 3M Company, et al., Case No.: 3:19-CV-00944
14. Adam Cunningham v. 3M Company, et al., Case No.: 3:19-CV-00941
15. Michael Reed v. 3M Company, et al., Case No.: 3:19-CV-00945
16. Christopher Pierce v. 3M Company, et al., Case No.: 3:19-CV-00950
17. Steven Mauzy v. 3M Company, et al., Case No.: 3:19-CV-00947
18. Darrin Boughton v. 3M Company, et al., Case No.: 3:19-CV-00942
19. Mark Smith v. 3M Company, et al., Case No.: 3:19-CV-01202
20. Louis Britton, Jr. v. 3M Company, et al., Case No.: 3:19-CV-01200
21. Gerald Wimberley v. 3M Company, et al., Case No.: 3:19-CV-01204
22. Eric Bennett v. 3M Company, et al., Case No.: 3:19-CV-01265
23. Thomas Niemczyk v. 3M Company, et al., Case No.: 3:19-CV-01266

**<u>Tim L. Bowden, Esq. and Michael W. Gaines, Esq. – 3M Cases List</u>**

24. Michael Cohen v. 3M Company, et al., Case No.: 3:19-CV-01346

25. Robert E. Craig v. 3M Company, et al., Case No.: 3:19-CV-01509

26. Christopher Porginski v. 3M Company, et al., Case No.: 3:19-CV-01479

27. Jimmy Letzkus v. 3M Company, et al., Case No.: 3:19-CV-01540

28. Danny Thomas v. 3M Company, et al., Case No.: 3:19-CV-01546

29. Jean Paul Rodrigue v. 3M Company, et al., Case No.: 3:19-CV-01686

30. Joshua H. Edlin v. 3M Company, et al., Case No.: 3:19-CV-01717

31. James Plunkett v. 3M Company, et al., Case No.: 3:19-CV-01716

32. Ryan Stone v. 3M Company, et al., Case No.: 3:19-CV-02077

33. Nadia Lubetski v. 3M Company, et al., Case No.: 3:19-CV-02075

34. Brian Brenham v. 3M Company, et al., Case No.: 3:19-CV-02088

35. William Fletcher v. 3M Company, et al., Case No.: 3:19-CV-02076

36. Kenneth Kimball v. 3M Company, et al., Case No.: 3:19-CV-002086

37. Joseph Cain v. 3M Company, et al., Case No.: 3:19-CV-01954

38. Brian Gallimore v. 3M Company, et al., Case No.: 3:19-CV-02417

39. Peter Kokoszka v. 3M Company, et al., Case No.: 3:19-CV-02424

40. Shawn Washler v. 3M Company, et al., Case No.: 3:19-CV-02436

41. Roy Marerro v. 3M Company, et al., Case No.: 3:19-CV-03052

42. Kenneth Taylor v. 3M Company, et al., Case No.: 3:19-CV-02934

43. Stephen Hawks v. 3M Company, et al., Case No.: 3:19-CV-03053

44. Harold Chance v. 3M Company, et al., Case No.: 3:19-CV-02936

45. Leroy Blair, Jr. v. 3M Company, et al., Case No.: 3:19-CV-02935

46. Marc Cooper v. 3M Company, et al., Case No.: 3:19-CV-03299

**<u>Tim L. Bowden, Esq. and Michael W. Gaines, Esq. – 3M Cases List</u>**

    47. Mark Stanhope v. 3M Company, et al., Case No.: 3:19-CV-03301

    48. Johnathon Harbaugh v. 3M Company, et al., Case No.: 3:19-CV-03316