# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                            Date:  August 26, 2019
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Science Day and the Fourth Case Management Conference**
Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | United States Magistrate Judge | | | |

**APPEARANCES:**

**Attorneys for Plaintiffs:**  Bryan Aylstock, Shelley Hutson and Christopher Seeger

**Attorneys for Defendant 3M Co. and Aearo:**  Mike Brock, Nicholas Wasdin, Mark Nomellini and Larry Hill

**PROCEEDINGS:**

**Science Day Presentations:**

| | |
|---|---|
| 9:08 am | Court in Session - Introduction |
| 9:12 | Plaintiffs' Opening Statement (Aylstock) |
| 9:28 | Defendants' Opening Statement (Brock) |
| 9:48 | **Defendants' Experts**: |
| | **Dr. Michael F. Seidermann, PhD** (Direct by Mike Brock) |
| 11:03 | Court in Recess |
| 11:19 | Court in Session |
| 11:20 | **Dr. John G. Casali, PhD, CPE** (Direct by Nicholas Wasdin) |
| 12:20 pm | Court in Recess |
| 1:05 | Court in Session |
| | Court inquiry re: length of time; counsel respond |
| 1:07 | **Plaintiffs' Experts:** |
| | **Dr. Sigfrid D. Soli, PhD** (Direct by Christopher Seeger) |
| 1:47 | **Major Nicole Kim**, **U.S. Army** addresses the court |
| 2:02 | **Dr. Sean Hollonbeck, Ret.Col., U.S. Army** (Direct by Bryan Aylstock) |
| 2:41: | Court in Recess |
| 2:56 | Court in Session |
| 2:57 | **Dr. Eric Bielefeld, PhD, CCC-A** (Direct by Shelley Hutson) |
| 3:56 | Court thanks presenters |
| | Court directs clerk to make a docket annotation that Case Management Conference will start at 4:15 pm and attorneys (not present) may connect by phone |
| 3:58 | Court in Recess (for Pre-Conference w/lead counsel) |

**Civil Minutes - Science Day/Case Management Conference** (continued)

**MDL Case #3:19-md-2885**  **In Re: 3M Earplug Litigation**  **August 26, 2019**

[Pre-Conference Held w/lead counsel(4:00 pm to 4:23 pm]

**Fourth Case Management Conference:**

| | |
|---|---|
| 4:26 | Court in Session |
| | Court discusses agenda items re: ECF No. 633 |
| | • Discovery Update |
| | • *Touhy*/Protective Order Update |
| | • 30(b)(6) Update |
| | • Census/Tolling Update |
| | • Production of *Moldex* Materials |
| | • Motion to Establish Separate Class Action Track |
| | • Next CMC is scheduled in September |
| 4:34 | Court Adjourned |