# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:   3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

This Document relates to All Cases

CASE NO.  3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    August 29, 2019

Motion/Pleadings:   MOTION FOR ATTORNEY TIM L. BOWDEN TO
            APPEAR *PRO HAC VICE*

Filed by   Michael W. Gaines     on   August 28, 2019          Doc. #   654

Response _____   on _____   Doc. # _____

_____  Stipulated   _____   Joint Pleading
_____  Unopposed   _____   Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.


**DONE and ORDERED** this 29th day of August 2019.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**