# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Jude Gary R. Jones |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to the Court's Pretrial Order No. 3 [ECF No. 4], Jonathan A. Knoll of Cohen & Malad, LLP, hereby enters his appearance as counsel for Plaintiff Megan M. Lewis, in the following actions: *Megan M. Lewis v. 3M Company and Aearo Technologies, LLC*, Case No.: 3:19-cv-00757-MCR-GRJ. Mr. Knoll has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial Confirmation Number: FLND15670887522595) and has sought admission pro hac vice pursuant to paragraph IV. A. of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Dated: August 30, 2019

Respectfully submitted,

/s/Jonathan A. Knoll
Jonathan A. Knoll, No. 29324-49
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
jknoll@cohenandmalad.com

*Counsel for Plaintiff Megan M. Lewis*

1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on August 30, 2019 and served electronically on all counsel of record.

/s/Jonathan A. Knoll
Jonathan A. Knoll, No. 29324-49