UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: August 31, 2019
Motion/Pleading: Motion for Leave to File Under Seal Exhibits to Plaintiffs' Motion to Authorize Disclosure of Military Records
Filed by: Plaintiffs      on 8/30/2019      Doc. # 659
RESPONSES:
                         on            Doc. #
                         on            Doc. #

____ Stipulated     ____ Joint Pldg.
____ Unopposed   _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

For good cause shown, the motion is **GRANTED**, as requested.

**DONE** and **ORDERED**, this 31st of August, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**