UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to Civil Case No. 3:19cv556-MCR/GRJ; *Scott D. Rowe v. 3M Company* | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Andrew J. Cobos, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as **Exhibit "A"** and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is co-counsel to Muhammad S. Aziz in the related case, Civil Case No. 319cv556-MCR/GRJ; *Scott D. Rowe v. 3M Company*, transferred from the Western District of Texas, Civil Action No. 6:19-cv-19; *Scott D. Rowe v. 3M Company*.

WHEREFORE, Andrew J. Cobos respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

**THE COBOS LAW FIRM**

*/s/ Andrew J. Cobos*
_____
*Andrew J. Cobos*
Texas State Bar No. 24078352
2201 Hermann Dr.
Houston, Texas 77004
Telephone: (713) 234-5860
Facsimile: (713)
maziz@awtxlaw.com

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on September 2, 2019 served electronically on all counsel of record.

*/s/ Andrew J. Cobos*_____
Andrew J. Cobos