# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, September 03, 2019 8:45 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, September 3, 2019 1:43:44 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 09/03/2019 at 09:15:22 AM EDT and filed on 09/03/2019

| | |
|---|---|
| **Case Name:** | Azali v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02297 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-32) - 1 action(s)** *re: pldg. ([561] in MDL No. 2885, 1 in MN/0:19-cv-02297)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/3/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02297 (LH)**

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 570 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-32) - 1 action(s)** *re: pldg. ([561] in MDL No. 2885, 1 in MN/0:19-cv-02297)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/3/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02297 (LH)**


**MN/0:19-cv-02297 Notice has been electronically mailed to:**

**MN/0:19-cv-02297 Notice will not be electronically mailed to:**

Alicia N Sieben
Schwebel, Goetz & Sieben
80 S 8th St Ste 5120
Mpls, MN 55402

Benjamin W Hulse
Blackwell Burke PA
431 S 7th St Ste 2500
Mpls, MN 55415

Faris Rashid
Greene Espel PLLP
222 S. Ninth Street
Suite 2200
Minneapolis, MN 55402

Frank C. Rothrock
Shook, Hardy & Bacon, LLP
East Tower
5 Park Plaza, Suite 1600
Irvine, CA 92614

Jerry W Blackwell
Blackwell Burke PA
431 S 7th St Ste 2500
Mpls, MN 55415

Kimberly O. Branscome
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071

Matthew James Barber
Schwebel, Goetz & Sieben
80 S. 8th Street
Ste 5120
Minneapolis, MN 55402

S Jamal Faleel
Blackwell Burke PA
431 S 7th St Ste 2500
Mpls, MN 55415

William R Sieben
Schwebel Goetz & Sieben, P.A.
5120 IDS Center
80 South 8th Street
Minneapolis, MN 55402

**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/3/2019] [FileNumber=935991-0] [ 57568afdef36d8d96cfef206a3eef5252fcc81a8bfcb60182ea346906fa979cdc19838 56a13031bc0d489dcc6094e71b8ba923282b935feb739e5ef000ede957]]

*This is a re-generated NEF. Created on 9/3/2019 at 9:43 AM EDT*