# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Laura Ann Raymond, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Connecticut and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Connecticut. A copy of a Certificate of

Good Standing from the State of Connecticut dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

    3.    Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15668483082581**, and the CM/ECF online tutorial.

    4.    Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

    5.    Movant has upgraded her PACER account to "NextGen."

    6.    Movant intends to file a Notice of Appearance as the attorney of record for Plaintiffs in Zayas-Bazan v. 3M Company, et al, 3:19-cv-01680-MCR-GRJ; Frew v. 3M Company et al, 3:19-cv-00699-MCR-GRJ; Jones v. 3M Company, et al, 3:19-cv-02062-MCR-GRJ; Rosen v. 3M, 3:19-cv-03356-MCR-GRJ.

Wherefore, Laura Ann Raymond respectfully requests that this Court enter an order granting this amended motion to appear pro hac vice, and

directly the clerk to provide notice of electronic case filings to the undersigned.

Dated: September 3, 2019.

Respectfully submitted,

By: */s/ Laura Ann Raymond*
      Laura Ann Raymond, ct #440117
      The Reardon Law Firm, P.C.
      160 Hempstead Street
      New London, Connecticut
      Telephone: (860) 442-0444
      Facsimile: (860) 444-6445
      Email: lraymond@reardonlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 3, 2019 and served electronically on all counsel of record.

*/s/ Laura Ann Raymond*
Laura Ann Raymond