5

**Exhibit A**

# STATE OF CONNECTICUT
## JUDICIAL BRANCH
*www.jud.ct.gov*



### STATEWIDE GRIEVANCE COMMITTEE
Second Floor - Suite Two
287 Main Street, East Hartford, CT 06118-1885

**Michael P. Bowler**
**Statewide Bar Counsel**

I, Michael P. Bowler, Statewide Bar Counsel, do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## *LAURA A. RAYMOND*

*of*

## *NORWICH, CT*

is a member in good standing of the Connecticut Bar, and has been admitted to same since November 02, 2018.

*Michael P. Bowler,  Statewide Bar Counsel*
*August 29, 2019*

JDBARCERT2, REV. 4/08