UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to<br>Case No. 0:19-cv-02159 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Aram V. Desteian hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Minnesota, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Minnesota. A copy of a Certificate of Good Standing from the State of Minnesota dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15675346742608, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record in the related cases identified in the exhibit attached hereto as Exhibit "B" and made a part hereof.

1

WHEREFORE, Aram V. Desteian respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and direct the clerk to provide notice of Electronic Case Fillings to the undersigned.

Respectfully submitted,

        **BASSFORD REMELE**
        *A Professional Association*

Dated: September 5, 2019    By: /s/ Aram V. Desteian_____
        Aram V. Desteian (MN #396021)
        100 South 5th Street, Suite 1500
        Minneapolis, MN 55402-1254
        Telephone: (612) 333-3000
        Facsimile: (612) 333-8829
        Email: adesteian@bassford.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 5, 2019 and served electronically on all counsel of record.

        */s/ Aram V. Desteian*
        Aram V. Desteian

# EXHIBIT A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ARAM VAHAN SAVAGE DESTEIAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 09, 2014

Given under my hand and seal of this court on

August 27, 2019

Emily J. Eschweiler, Director
Office of Lawyer Registration



# EXHIBIT B

Movant is the attorney of record for purposes of this *pro hac vice* motion for the related case:

*Carnell Buford, et al.*,

    Plaintiffs,

v.

*3M Company and Aearo Technologies, LLC*,

    Defendants.

Court File No. 0:19-cv-02159