UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Bollinger v. 3M Company*, 3:19-cv-01352<br>*DeLapp v. 3M Company* 3:19-cv-01652 | Case No: 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tiffany Winchester of the law firm The Kuykendall Group, LLC hereby enters her appearance as counsel for the above referenced Plaintiffs. Mrs. Kuykendall is licensed to practice law before this Court, and is enrolling as additional counsel in the above referenced cases. All further papers and pleadings in this action should be served on the undersigned.

Dated: September 6th, 2019.           Respectfully Submitted:

/s/ Tiffany Winchester
Tiffany Winchester
Florida State Bar No. 0014881
THE KUYKENDALL GROUP, LLC
tiffanywinchester@hotmail.com
1691 Michigan Ave., Suite 250
Miami Beach, Florida 33139
(305) 458-9968
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I do hereby certify that on this, the 6th day of September, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                                                */s/ Tiffany Winchester*
                                                Tiffany Winchester