# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19-md-2885 ) ) ) ) Judge M. Casey Rodgers ) ) Magistrate Judge Gary R. Jones ) ) ) |
| This Document Relates to All Cases | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimball Jones of the law firm Bighorn Law, LLC hereby enters his appearance as counsel for Plaintiffs, ANDREW LANE KING, 3:19-cv-02663; PHILLIP RANDALL COOK, 3:19-cv-02659; BRIAN WEGNER, 3:19-cv-02671; CHRISTOPHER LEE BISON, 3:19-cv-0265; THOMAS O'BRIEN, 3:19-cv-02869; and DEREK MILLER, 3:19-cv-02867. Kimball Jones has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4, Tutorial Confirmation No. FLND15608965882330). Counsel requests that all further papers and pleadings in this action be served on the undersigned.

1

DATED:  September 6, 2019   By: */s/ Kimball Jones*
Kimball Jones, Esq. -  Nevada Bar #12982
BIGHORN LAW, LLC
evelyn@bighornlaw.com
Kimball@bignornlaw.com
716 S. Jones Blvd.
Las Vegas, Nevada 89107
(702) 333-1111

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically send notice to all registered counsel of record.

DATED:  September 6, 2019  */s/ Evelyn Shaw*
                           Evelyn Shaw -
                           **An employee of Bighorn Law, LLC**