# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | ) Case No. 3:19-md-02885<br>)<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL**
**OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B)**
**AND REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that attorney Ashley Neglia, of the law firm Kirkland & Ellis LLP, is withdrawing as counsel for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC ("Defendants") in the above-referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1(H)(1)(b), Defendants consents to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

DATED: September 6, 2019            By: */s/ Kimberly Branscome*
                                    Kimberly Branscome
                                    KIRKLAND & ELLIS LLP

1

333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8370
Email: kimberly.branscome@kirkland.com

*Attorney for Defendants 3M Company, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on September 6, 2019, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

DATED: September 6, 2019       */s/ Kimberly Branscome*
                                                         Kimberly Branscome