**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG   ) <br> PRODUCTS LIABILITY LITIGATION, ) <br>                              ) <br>                              ) <br>                              ) <br>                              ) <br>                              ) <br>                              ) <br> _____) | Case No. 3:19md2885 <br><br> Pensacola, Florida <br> August 26, 2019 <br> 4:26 p.m. |

**FOURTH CASE MANAGEMENT CONFERENCE**

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE
and
THE HONORABLE GARY R. JONES
UNITED STATES MAGISTRATE JUDGE
(Pages 1-8)

**A P P E A R A N C E S**

FOR THE PLAINTIFFS:   **BRYAN F. AYLSTOCK, ESQUIRE**
Aylstock, Witkin, Kreis & Overholtz
17 E Main Street, Suite 200
Pensacola, Florida   32502

**SHELLEY HUTSON, ESQUIRE**
Clark Love & Hutson, GP
440 Louisiana Street, Suite 1600
Houston, Texas   77002

**CHRISTOPHER A. SEEGER, ESQUIRE**
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey   07660

FOR THE DEFENDANT:   **MIKE BROCK, ESQUIRE**
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.   20004

**MARK J. NOMELLINI, ESQUIRE**
Kirkland & Ellis, LLP
300 N Lasalle
Chicago, Illinois   60654

**LARRY HILL, ESQUIRE**
MOORE, HILL & WESTMORELAND, P.A.
350 W Cedar Street, Suite 100
Pensacola, Florida   32502

P R O C E E D I N G S

**JUDGE RODGERS:** Thank you all for hanging in there with us timewise. I know it's been a long day, but a productive one.

The parties submitted a joint agenda for the CMC, and I have that. And I'm just going to walk through that agenda and give everyone an update as I understand it based on the preconference meeting I just had with leadership.

The first item on the agenda was the discovery update. It sounds like a lot of progress has been made in terms of document discovery. I commend the parties, both sides, for all the efforts that have been made -- good efforts, positive efforts that have been made in that regard.

The Defendants are on track to meet the September 30th deadline for document production. There is potentially one issue outstanding that pertains to documents regarding various versions, both predecessor and successive versions, of the Combat Arms Earplug.

And I've asked the parties to confer about this. I've given them until Friday of this week to try to reach an agreement on that one issue. It's a complicated issue, but I'm hoping they'll be able to reach an agreement. If not, I've asked them to submit simultaneous briefing on the issue by the following Friday, which would be -- today is the 26th, so that would then be the 6th of September.

```
04:28:26   1              Now, continuing with discovery, I'm going to jump to
04:28:32   2   the third item on the agenda, that is the 30(b)(6) update.  A
04:28:38   3   lot of progress has been up there as well.  They are on track,
04:28:41   4   the Defendants, of notifying the Plaintiffs identifying those
04:28:53   5   witnesses by --
04:28:55   6              Well, let's see, your objections are due on September
04:29:02   7   3rd, Mr. Nomellini, correct?
04:29:04   8         MR. NOMELLINI:  Correct, Your Honor.
04:29:06   9         JUDGE RODGERS:  But there are three rounds of
04:29:07  10   witnesses to be identified?
04:29:09  11         MR. NOMELLINI:  You're correct, Your Honor.  So with
04:29:12  12   respect to our first set of witnesses, we're identifying them
04:29:15  13   by September 7th.
04:29:17  14         JUDGE RODGERS:  Okay.
04:29:19  15         MR. NOMELLINI:  And with respect to the September 3rd
04:29:23  16   date you were referring to --
04:29:24  17         JUDGE RODGERS:  Oh, the Plaintiffs request to you?
04:29:28  18         MR. NOMELLINI:  Right, that's correct.
04:29:29  19         JUDGE RODGERS:  So your objections to that third
04:29:31  20   request are due on the 3rd, but the witnesses are to be
04:29:35  21   identified, the first round, by the 7th?
04:29:38  22         MR. NOMELLINI:  Correct, Your Honor.
04:29:39  23         JUDGE RODGERS:  And the parties have, again, to their
04:29:42  24   credit, they have already set aside depo dates for the first
04:29:46  25   round of those 30(b)(6) witnesses.  So that's all on track and
```

```
04:29:51   1    I'm pleased about that.
04:29:52   2             Another discovery potential issue relates to the
04:30:05   3    Moldex -- those depositions that you all have heard us discuss
04:30:10   4    in several CMCs now.  My understanding is that the Plaintiffs
04:30:15   5    have all but four of those deposition transcripts that they are
04:30:20   6    seeking.  The four that are outstanding, 3M potentially has an
04:30:28   7    objection to producing those four -- or two in full, two maybe
04:30:36   8    partial with redactions.  But there is some objections about
04:30:39   9    four depositions, and those objections I believe relate to
04:30:43   10   relevance.
04:30:44   11            I've asked the parties to confer about that as well
04:30:46   12   and given them until Friday.  If they're unable to reach an
04:30:49   13   agreement as to those four depositions to the satisfaction of
04:30:53   14   the Plaintiffs in terms of what the Plaintiffs are
04:30:55   15   requesting -- if the Plaintiffs are satisfied with the
04:30:59   16   redactions that are proposed by the Defendants, then certainly
04:31:02   17   I have no objection to that.  But otherwise, you'll file
04:31:06   18   simultaneous briefs on that issue as well by September 6th.
04:31:14   19            Then to the Touhy issue with the DoD.  My
04:31:23   20   understanding is the DoD is working on producing documents
04:31:31   21   responsive to Defendant 3M's request, which is a very
04:31:37   22   comprehensive Touhy request.  One of the potential snags to
04:31:43   23   this involves emails that the Defendants obviously need and
04:31:49   24   have requested that pertain to their affirmative defenses.
04:31:56   25            Apparently the task of identifying those emails has
```

|          |    |                                                                            |
|----------|----|----------------------------------------------------------------------------|
| 04:32:01 | 1  | been given to -- I don't want to say delegated, that might be              |
| 04:32:07 | 2  | too strong of a word -- but has been given to the Defense                  |
| 04:32:11 | 3  | information systems agency, and at this point there's no                   |
| 04:32:14 | 4  | telling how long that's going to take.  There's no timeline.               |
| 04:32:17 | 5  | So I'm going to get in touch with our contact at the Department            |
| 04:32:20 | 6  | of Defense and see if we can't speed that along.                           |
| 04:32:24 | 7  | The Plaintiffs are continuing to submit their *Touhy*                      |
| 04:32:33 | 8  | requests to the DoD.  The Court is pleased to report the                   |
| 04:32:41 | 9  | parties have entered into a tolling agreement that I think now             |
| 04:32:44 | 10 | the Plaintiffs are more comfortable in pursuing the *Touhy*                |
| 04:32:55 | 11 | requests and hopefully are on track for identifying and getting            |
| 04:33:00 | 12 | our hands around the census of this litigation as quickly as               |
| 04:33:04 | 13 | possible, but that is going to take some time.                             |
| 04:33:07 | 14 | Fortunately the parties have also entered into the                         |
| 04:33:10 | 15 | BrownGreer contract for the platform firm.  That's been entered            |
| 04:33:15 | 16 | into along with the tolling agreement, so that should allow                |
| 04:33:18 | 17 | that census process to proceed.  And again, that's all good                |
| 04:33:23 | 18 | news for the litigation.                                                   |
| 04:33:25 | 19 | There was also identified in the agenda the issue                          |
| 04:33:34 | 20 | related to a motion to establish a separate class action track.            |
| 04:33:39 | 21 | Do we have anyone here attorney-wise from the firm                         |
| 04:33:43 | 22 | that filed that motion on behalf of Plaintiff Sean Lynch?  That            |
| 04:33:50 | 23 | would, I believe, be Jennifer Meador filed that.  Anyone?                  |
| 04:34:00 | 24 | Excuse me, Jessica Meador.                                                 |
| 04:34:00 | 25 | *[No response.]*                                                           |

```
04:34:05   1              I am going to rule on this based on the written
04:34:08   2    submissions that have been filed.  I have the motions, I have
04:34:11   3    Plaintiffs' leadership response, and I have the Defendant 3M's
04:34:15   4    response, and I am prepared to proceed with that.
04:34:17   5              What have I overlooked?  I jumped around a good bit
04:34:22   6    here.  Anything from anyone?
04:34:24   7              MR. NOMELLINI:  Nothing from our perspective, Your
04:34:27   8    Honor.
04:34:27   9              MR. AYLSTOCK:  Nor from ours, Your Honor.
04:34:29  10              JUDGE RODGERS:  Anyone on the phone have anything
04:34:31  11    they'd like to raise?
04:34:34  12              [No response.]
04:34:35  13              Not hearing anything, then I will take that as a no.
04:34:40  14              Again, thanks to everyone for a very productive and
04:34:47  15    informative day.
04:34:48  16              Judge Jones, is there anything that you have or would
04:34:50  17    like to say?
04:34:51  18              JUDGE JONES:  No.
04:34:52  19              JUDGE RODGERS:  All right.  Then all of you please
04:34:54  20    have a safe travel home, if you're traveling, and see you at
04:34:58  21    the next case management conference.
04:35:03  22              Do we have that date, Tevenia, for that?  I probably
04:35:12  23    have it in my book.  September 27th, I think I heard someone
04:35:12  24    say in the crowd.
04:35:14  25              All right.  Court is adjourned.
```

1         *(Proceedings concluded at 4:35 p.m.)*

2         --------------------

3 *I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  Any*
4 *redaction of personal data identifiers pursuant to the Judicial Conference Policy on Privacy are noted within the transcript.*

5

6

7 *s/Donna L. Boland*                                   *9-9-2019*
*Donna L. Boland, RPR, FCRR*                *Date*
*Official Court Reporter*