# EXHIBIT 3



NOTICES  |  FUNERAL HOMES  |  SEND FLOWERS  |  NEWS & ADVICE  |  MEMORIALS                    Search

### Dr. Douglas Warren Ohlin

✏️ **Add a Memory**

**RESOURCES**
- More Obituaries for Douglas Ohlin
- Looking for an obituary for a different person with this name?



**OHLIN , Dr. Douglas Warren** On June 27, 2013, Dr. Douglas Warren Ohlin passed away at his home in Bel Air, MD. He was born in Weehawken, New Jersey in 1941, the son of John and Angeline Ohlin of Relay, Maryland. Graduate of Catonsville High school class of 1959. He served in the U.S. Navy for 3 years as a color guard, stateside for local ceremonies, including the inauguration of John F. Kennedy. He graduated from Catonsville Community College and Towson University, and received his master's degree and Ph.D. from Ohio state university. He served as consultant and program manager for hearing conservation at the US Army Center for Health Promotion and Preventative Medicine at Aberdeen Proving Ground, Edgewood. Douglas was chair of the Department of Defense Tri-service working group for 13 years and a member of the advisory board to the National Research Center for Rehabilitative Auditory Research for Veteran's Affairs. He was also a contract consultant to 3M. A Resident of Bel Air since 1974, he was also an avid golfer and a member of the Maryland Golf and Country Club. Beloved husband of Marsha Wise Ohlin, father of Amanda Ohlin of Arbutus, stepfather of Sara and Elizabeth Meyers of Bel Air, grandfather of Gabriel Meyers. He is survived by his brother, Jeffery Ohlin of Westminster and sister, Vivi Cullens of St. Petersburg, Florida. His sister, Donna Liebman of Glen Burnie, passed in 2008.
Memorial gathering will be Sunday, July 7th from 2-6 PM at the Maryland Golf and Country Club at 1335 East MacPhail Rd., Bel Air, MD 21014. In lieu of flowers, donations may be made to St. Jude's Children's Hospital Research. www.stjude.org

Published in Baltimore Sun on July 2, 2013

**Print**



**Funeral Etiquette**
Expert advice: what to do and say when someone dies.

**REMEMBER**
Share memories or express condolences below.

| THE GUEST BOOK IS EXPIRED | Please restore the Guest Book to share in the life story for DR. DOUGLAS WARREN OHLIN |
|---|---|
| "Marsha and Family: So sorry to hear about Doug's passing June 27th! He was a good friend to me and my..." | |
| -Connie Robinson | **RESTORE THE GUEST BOOK** |
| 21 ENTRIES  |  1 PHOTO | |