# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL Case No.:  3:19-md-2885 |
| This Document Relates to: *CHIPREZ, et al., v. 3M COMPANY, et al.* Case No. 3:19-cv-3191 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## DECLARATION OF COUNSEL GERALD SINGLETON IN SUPPORT OF MOTION TO REMAND

I, Gerald Singleton, declare as follows:

1.      I am an individual, over the age of 18, and counsel for plaintiffs in the above-entitled action.  If called as a witness, I could and would testify competently as follows.

2.      Exhibit 1, attached hereto, is a true and correct copy of the operative complaint filed in this action, in the Minnesota State Court.

3.      Exhibit 2, attached hereto, is a true and correct copy of defendants' Notice of Removal.

4.      Exhibit 3, attached hereto, is a true and correct copy of an obituary of Dr. Douglas Warren Ohlin's, found online at

https://www.legacy.com/obituaries/baltimoresun/obituary.aspx?n=douglas-warren-ohlin&pid=165640899, and published in the Baltimore Sun on July 2, 2013, according to legacy.com.

5.      Exhibit 4, attached hereto, is a true and correct copy of Industrial Safety & Hygiene News's  biography of Dr. Doug Ohlin, found online at

https://www.ishn.com/authors/2445-doug-ohlin.

6.      Exhibit 5, attached hereto, contains true and correct copies of two articles by Dr. Douglas Ohlin, Ph.D., entitled "Strategic and tactical thinking in the hearing conservation mindset: A military perspective," in Noise & Health, Vol. 11, Issue 42 (2009) (found online at

http://www.noiseandhealth.org/article.asp?issn=1463-1741;year=2009;volume=11;issue=42;spage=22;epage=25;aulast=Ohlin), and

"Hearing Protection: It's Not Just About Noise Reduction," published on July 1, 2010 in EHS Today (found online at https://www.ehstoday.com/ppe/hearing-protection-not-about-noise-1342), respectively.

7.      I swear under penalty of perjury that the foregoing is true and correct, except as to any information stated on information and belief, and as to such information, I believe it to be true.

Sworn and subscribed to at San Diego, California on September 9, 2019:


s/ *Gerald Singleton*
Gerald Singleton