# EXHIBIT 4

✖ This website requires certain cookies to work and uses other cookies to help you have the best experience. By visiting this website, certain cookies have already been set, which you may delete and block. By closing this message or continuing to use our site, you agree to the use of cookies. Visit our updated privacy and cookie policy to learn more.



### Dr. Doug Ohlin Ph.D.

Dr. Doug Ohlin is an audiologist who for 35 years served as a consultant to the U.S. Army Hearing Conservation Program. In his consultant capacity, he was Program Manager for Hearing Conservation at the U.S. Army Center for Health Promotion and Preventive Medicine, Chair of a Department of Defense Tri-Service Working Group for 13 years and a member of NORA, the National Occupational Research Agenda, for NIOSH.

He is past president of the National Hearing Conservation Association and the Military Audiology Society. Dr. Ohlin is presently a member of the American National Standards Institute Working Group S12/WG 11, a member of the Advisory Board to the National Research Center for Rehabilitative Auditory Research for Veterans Affairs and a contract consultant to 3M Company. He can be reach at doug.ohlin@mmm.com

## ARTICLES



### Hearing conservation checklists part 2
#### Evaluate levels of protection
*Dr. Doug Ohlin Ph.D.*
*December 5, 2011*

Hearing conservation program checklists abound on the Internet and in hearing conservation literature.



### Get the "Stupid Stuff Right"
#### Checklists benefit hearing conservation
*Dr. Doug Ohlin Ph.D.*
*November 1, 2011*

Hearing conservation processes that involve people can be better understood as behavioral challenges subject to human

frailty.

Copyright ©2019. All Rights Reserved BNP Media.

Design, CMS, Hosting & Web Development :: ePublishing