UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Carnell Buford, et al.*<br>Case No. 0:19-cv-02159 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

Please take notice that Sheri L. Stewart of Bassford Remele, P.A., hereby enters her appearance as counsel of record for Plaintiffs in the following action transferred to this Court from the Minnesota District:

*Carnell Buford, et al. v. 3M Company, et al,* Case No. 0:19-cv-02159

Ms. Stewart has fulfilled the required criteria and has administratively admitted pursuant to Pretrial Order No. 3 and Local Rule 11.1, successfully completing both the online Local Rules tutorial exam, confirmation number FLND15676099412612, and the CM/ECF online tutorial.

Counsel requests that all further papers and pleadings in this action (02159) and in the Master Docket (MDL 2885) be serve upon her.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: September 11, 2019    By: /s/ *Sheri L. Stewart*
Sheri L. Stewart (MN #400254)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
sstewart@bassford.com

**ATTORNEYS FOR PLAINTIFFS**

1

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on September 11, 2019, which will automatically send notice to all registered counsel of record.

>        */s/ Sheri L. Stewart*
>           Sheri L. Stewart