# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates To All Actions | Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## [PROPOSED] ORDER ON
## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

**THIS MATTER** is before the Court on Plaintiffs' Motion for Leave to File Under Seal Certain Documents in Support of Plaintiffs' Motion to Compel Discovery and Memorandum of Law. Upon review of the motion and the record, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED.**

Plaintiffs' Motion to Compel Discovery and Memorandum of Law, and Exhibits 7, 8 and 9 to their Motion to Compel Discovery and Memorandum of Law have been marked CONFIDENTIAL pursuant to the Protective Order in this case, and accordingly, shall remain under seal, until otherwise ordered by the Court.

**DONE AND ORDERED** in Chambers at Pensacola, Escambia County, Florida, this _____ day of September, 2019.

_____
CHIEF JUDGE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE