UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:  September 12, 2019
Motion/Pleading:  Motion for Leave to File Under Seal Certain Documents in Support of Plaintiffs' Motion to Compel Discovery
Filed by:  Plaintiffs         on  9/12/2019    Doc. #  687
RESPONSES:
                                  on                 Doc. #
                                  on                 Doc. #

___ Stipulated    ___ Joint Pldg.
___ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED, as requested**.

**DONE** and **ORDERED**, this 12th of September, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**