# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's Pretrial Order No. 3 and Northern District of Florida Local Rule 11.1(C), I, Joshua A. Millican, hereby respectfully move for admission to practice *pro hac vice* in the above referenced case. Movant certifies as follows:

1. Movant resides in Georgia and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the State Bar of Georgia. A copy of a Certificate of Good Standing from the State Bar of Georgia dated within 30 days is attached to this motion.

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the online Attorney Admission Tutorial (Confirmation Number: FLND15682594242645), and completed the CM/ECF online tutorials.

4. Movant has paid the required $201.00, *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiff in the following action, which was direct filed on September 12, 2019: *Christopher Viscelli v. 3M Company*, 3:19-cv-3451.

Wherefore, Joshua A. Millican, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiff and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 13, 2019.

        Respectfully submitted,

By: s/ Joshua A. Millican
LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
Joshua A. Millican
Georgia Bar No. 508998
44 Broad Street, N.W., Suite 607
Atlanta, Georgia 30303
Telephone: (404) 522-1152
Facsimile: (404) 522-1153
joshua.millican@lawofficepc.com

*Attorney for Plaintiff Christopher Viscelli*



**State Bar of Georgia**

*Lawyers Serving the Public and the Justice System*

Mr. Joshua Andrew Millican
Law Office of Joshua A. Millican P.C.
The Grant Building, Suite 607
44 Broad Street N.W.
Atlanta, GA  30303


| | |
|---|---|
| CURRENT STATUS: | Active Member-Good Standing |
| DATE OF ADMISSION: | 11/10/1998 |
| BAR NUMBER: | 508998 |
| TODAY'S DATE: | 09/03/2019 |


The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.


This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brenda Lovvorn*

Official Representative of the State Bar of Georgia

| HEADQUARTERS | COASTAL GEORGIA OFFICE | SOUTH GEORGIA OFFICE |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA  30303-2743 | Savannah, GA  31401-1225 | P.O. Box 1390 |
| 404-527-8700 • 800-334-6865 | 912-239-9910 • 877-239-9910 | Tifton, GA  31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 • 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: September 13, 2019.

Respectfully submitted,

By: s/ Joshua A. Millican
LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
Joshua A. Millican
Georgia Bar No. 508998
44 Broad Street, N.W., Suite 607
Atlanta, Georgia 30303
Telephone: (404) 522-1152
Facsimile: (404) 522-1153
joshua.millican@lawofficepc.com

*Attorney for Plaintiff Christopher Viscelli*