# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **JOSEPH BATTEN,** ) | |
| ) | |
| **Plaintiff;** ) | |
| ) | **CIVIL ACTION NUMBER** |
| v. ) | |
| ) | **3:19md2885** |
| **3M COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

Jeffrey G. Blackwell of the Blackwell Law Firm hereby enters an appearance as counsel of record in the above-styled matter. Counsel represents an individual claimant and is listed as counsel of record in that specific case.

This 16th day of September, 2019.

/s/ Jeffrey G. Blackwell
Attorney for Joseph Batten