UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Related to All Cases | Case No. 3:19-md-02885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**DEFENDANTS' MOTION FOR LEAVE TO
SUBMIT DOCUMENTS FOR IN CAMERA REVIEW**

Defendants 3M and Aearo Technologies LLC ("Defendants") respectfully move the Court for leave to submit certain *Moldex* deposition transcripts for *in camera* review. Defendants submit unredacted deposition transcripts of the four depositions at issue: Julie Bushman; Eric Levinson; Karl Hanson; and Frank Little. In addition, Defendants submit deposition transcripts of the twenty four depositions already produced: Harold Barza; Elliott Berger (2013); Elliott Berger (2015); Jeffrey Birkner; Julie Bushman (redacted); Daniel Dix; John Franks; Terry Grimsley; Jeffrey Hamer; James Hornstein; Ronald Kieper; Eric Levinson (redacted); Mark Magidson; Brian McGinley (two transcripts); Kevin Michael; Bernard Mishkin; Douglas Moses (2013); Douglas Moses (2015); Brian Myers; Douglas Ohlin; Walter Pawlowski; William Schubach; and Norman Smith.

Accordingly, Defendants request that this Court enter an Order granting Defendants' leave to submit documents for an *in camera* review.

DATED: September 16, 2019

Respectfully submitted,

*/s/ Kimberly Branscome*

KIRKLAND & ELLIS, LLP
Kimberly Branscome
kimberly.branscome@kirkland.com
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Counsel for Defendant 3M Company and Aearo Technologies LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), counsel for Defendants certify that on September 16, 2019, counsel for Defendants contacted Plaintiffs' counsel to obtain consent to the relief requested in Defendants' Motion for Leave to Submit Documents for *In Camera* Review.

DATED: September 16, 2019    Respectfully submitted,

/s/ Kimberly Branscome

KIRKLAND & ELLIS, LLP
Kimberly Branscome
kimberly.branscome@kirkland.com
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Counsel for Defendant 3M Company and Aearo Technologies LLC*

## CERTIFICATE OF SERVICE

I, Kimberly Branscome, hereby certify that on September 16, 2019, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

DATED: September 16, 2019

Respectfully submitted,

*/s/ Kimberly Branscome*

KIRKLAND & ELLIS, LLP
Kimberly Branscome
kimberly.branscome@kirkland.com
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Counsel for Defendant 3M Company and Aearo Technologies LLC*