UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CAUSE NO. 3:19-MD-2885<br><br>Chief Judge: M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to<br><br>ZACHARY FLICK | CASE NO.: 3:19-cv-03482 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1, and the Northern District of Florida local Rule 11.1, I, James H. Cook, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled matter, and in support thereof, state as follows:

1. Movant resides in the State of Iowa, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Iowa. Movant's law office is in the State of Iowa and is the state where he regularly practices law. Pursuant to Local Rule 11.1, a copy of a Certificate of Good Standing from the State of Iowa dated within 30 days of this motion is attached hereto as Exhibit 1 and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial examination, confirmation number FLND15590750732260, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

1

5. Movant possesses an upgraded "NextGen" PACER account.

6. Movant represents Plaintiff in the following action which has was transferred by the JPML (*see JPML Docket Entry #584, CTO-34*):

    a. Flick v. 3M Company (IAS 4:19-cv-00266)

WHEREFORE, James H. Cook respectfully requests that this Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiff and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 17, 2019

                                      Respectfully Submitted,
                                      DUTTON, DANIELS, HINES, KALKHOFF,
                                      COOK & SWANSON, P.L.C.
                                      Attorneys for Plaintiff

BY:   /s/ *James H. Cook*
           James H. Cook, Iowa Bar #AT0001622
           3151 Brockway Road
           P.O. Box 810
           Waterloo, IA 50704
           (319) 234-4471
           (319) 234-8029 FAX
           Email: jcook@duttonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        DUTTON, DANIELS, HINES, KALKHOFF,
        COOK & SWANSON, P.L.C.
        Attorneys for Plaintiff

BY:   /s/ *James H. Cook*
        James H. Cook, Iowa Bar #AT0001622
        3151 Brockway Road
        P.O. Box 810
        Waterloo, IA 50704
        (319) 234-4471
        (319) 234-8029 FAX
        Email: jcook@duttonfirm.com