**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CAUSE NO.  3:19-MD-2885 |
| | Chief Judge: M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| This Document Relates to | |
| | CASE No.: 3:19-cv-03482 |
| ZACHARY FLICK | |

**ORDER ON MOTION TO APPEAR *PRO HAC VICE***

Movant, James H. Cook, having filed his Motion to Appear *Pro Hac Vice*, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion and admits James H. Cook *Pro Hac Vice* in this litigation.

So ordered, this _____ day of _____, 2019.