## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, September 18, 2019 7:06 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, September 18, 2019 12:05:02 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/18/2019 at 8:04 AM EDT and filed on 9/18/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 588 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Knipp v. 3M Company |
| **Case Number:** | NCE/7:19-cv-00163 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Durham v. 3M Company |
| **Case Number:** | MN/0:19-cv-02441 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | McDougle v. 3M Company et al |
| **Case Number:** | KYW/1:19-cv-00115 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-*

cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Drew v. 3M Company |
| **Case Number:** | MN/0:19-cv-02439 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Broussard v. 3 M Co et al |
| **Case Number:** | LAW/6:19-cv-01156 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Heck v. 3M Company |
| **Case Number:** | MN/0:19-cv-02443 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Anderson v. 3M Company et al |
| **Case Number:** | HI/1:19-cv-00468 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Robles v. 3M Company |
| **Case Number:** | MN/0:19-cv-02447 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-*

*cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Freeman v. 3M Company |
| **Case Number:** | MN/0:19-cv-02442 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Meucci v. 3M Company |
| **Case Number:** | MN/0:19-cv-02445 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Andre v. 3M Company et al |
| **Case Number:** | CAS/3:19-cv-01634 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Resar v. 3M Company |
| **Case Number:** | NCE/7:19-cv-00162 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Mims v. 3M Company |
| **Case Number:** | MN/0:19-cv-02448 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-*

*cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

| | |
|---|---|
| **Case Name:** | Brannan v. 3M Company |
| **Case Number:** | MN/0:19-cv-02449 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 14 action(s)** *re: pldg. (2 in CAS/3:19-cv-01634, 2 in HI/1:19-cv-00468, 2 in KYW/1:19-cv-00115, 2 in LAW/6:19-cv-01156, [581] in MDL No. 2885, 1 in MN/0:19-cv-02439, 1 in MN/0:19-cv-02441, 1 in MN/0:19-cv-02442, 1 in MN/0:19-cv-02443, 1 in MN/0:19-cv-02445, 1 in MN/0:19-cv-02447, 1 in MN/0:19-cv-02448, 1 in MN/0:19-cv-02449, 2 in NCE/7:19-cv-00162, 2 in NCE/7:19-cv-00163)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-01634, HI/1:19-cv-00468, KYW/1:19-cv-00115, LAW/6:19-cv-01156, MN/0:19-cv-02439, MN/0:19-cv-02441, MN/0:19-cv-02442, MN/0:19-cv-02443, MN/0:19-cv-02445, MN/0:19-cv-02447, MN/0:19-cv-02448, MN/0:19-cv-02449, NCE/7:19-cv-00162, NCE/7:19-cv-00163 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**NCE/7:19-cv-00163 Notice has been electronically mailed to:**

Martin A Ramey     MJR@rhinelawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NCE/7:19-cv-00163 Notice will not be electronically mailed to:**

**MN/0:19-cv-02441 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02441 Notice will not be electronically mailed to:**

**KYW/1:19-cv-00115 Notice has been electronically mailed to:**

Byron N Miller     bmiller@tmslawplc.com

Frank C. Rothrock     frothrock@shb.com

James Gerard Stranch, IV     gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com

Bryan Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

David O'Brien Suetholz     davids@bsjfirm.com

Michael J. Bender     mbender@tmslawplc.com

**KYW/1:19-cv-00115 Notice will not be electronically mailed to:**

**MN/0:19-cv-02439 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02439 Notice will not be electronically mailed to:**

**LAW/6:19-cv-01156 Notice has been electronically mailed to:**

Jeffrey M Bassett     jeffb@mmrblaw.com

Frank C. Rothrock     frothrock@shb.com

James P Ryan     jamesr@mmrblaw.com

Bryan Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Patrick Craig Morrow     patm@mmrblaw.com, cmorrow@mmrblaw.com, jld@mmrblaw.com, maria@mmrblaw.com, pmorrow@mmrblaw.com

Richard T Haik, Sr     richardh@mmrblaw.com

Taylor J Bassett     taylorb@mmrblaw.com

Stephen G A Myers     smyers@irwinllc.com

Jay Mathew Mattappally     jmattappally@irwinllc.com

**LAW/6:19-cv-01156 Notice will not be electronically mailed to:**

**MN/0:19-cv-02443 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02443 Notice will not be electronically mailed to:**

**HI/1:19-cv-00468 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Naomi M. Kusachi     naomik@jankapo.com

Jan K. Apo     jankapo@jankapo.com

Mark Reck     markr@jankapo.com

**HI/1:19-cv-00468 Notice will not be electronically mailed to:**

**MN/0:19-cv-02447 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02447 Notice will not be electronically mailed to:**

**MN/0:19-cv-02442 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02442 Notice will not be electronically mailed to:**

**MN/0:19-cv-02445 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02445 Notice will not be electronically mailed to:**

**CAS/3:19-cv-01634 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Robert Kevin Jassoy     rjassoy@cox.net

**CAS/3:19-cv-01634 Notice will not be electronically mailed to:**

**NCE/7:19-cv-00162 Notice has been electronically mailed to:**

Martin A Ramey     MJR@rhinelawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**NCE/7:19-cv-00162 Notice will not be electronically mailed to:**

**MN/0:19-cv-02448 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02448 Notice will not be electronically mailed to:**

**MN/0:19-cv-02449 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02449 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/18/2019] [FileNumber=940111-0]
[1944f54a11b33723ceedb356c1ac090e112f163382d11ebaf956902d2e145ff83bb9e
57c70c30a269a19779e3843954013ba3853c1ebed64b822d9ec3ec493bd]]