UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Actions | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE THE MASTER LONG FORM COMPLAINT AND JURY TRIAL DEMAND UNDER SEAL**

**THIS MATTER** is before the Court on Plaintiffs' Motion for Leave to File the Master Long Form Complaint and Jury Trial Demand Under Seal. Upon review of the motion and the record, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED.**

**DONE AND ORDERED** in Chambers at Pensacola, Escambia County, Florida, this _____ day of September 2019.

_____
JUDGE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE

1