# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT EARPLUGS | § | CASE NO. 3:19-MD-2885 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | JUDGE M. CASEY RODGERS |
| This Document Relates to all Cases | § | MAGISTRATE JUDGE GARY R. JONES |

## NOTICE OF APPEARANCE OF
## OF MITCHELL A. TOUPS

Mitchell A. Toups, of Mitchell A. Toups, Ltd., of Weller, Green, Toups & Terrell, L.L.P., hereby enters an appearance as counsel for an individual Plaintiff in an action which was filed in the United States District Court for the Eastern District of Texas on September 9, 2019, bearing Cause Number 1:19-cv-00412; and styled, *Natalie Hayes vs. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC,* which has been identified as a Tag-Along action in MDL 2885.

Mitchell A. Toups has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, possesses an upgraded PACER account, has completed the online Attorney Admission Tutorial (Confirmation Number:    FLND15687577472658), and completed the CM/ECF online tutorials.  A copy of Certificates of Good Standing for Mitchell A. Toups from the Texas Supreme Court and Texas Bar are attached hereto.

Dated <u>September 23, 2019</u>

Respectfully submitted,

**Mitchell A. Toups, Ltd., of**
**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101
Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

By:   <u>/s/ Mitchell A. Toups</u>
Mitchell A. Toups
Texas Bar No. 20151600

**ATTORNEYS FOR PLAINTIFF, NATALIE**
**HAYES**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed below by this Court's e-file system on September 23, 2019.

<u>/s/ Mitchell A. Toups</u>
Mitchell A. Toups