## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, September 24, 2019 7:27 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, September 24, 2019 12:25:48 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 9/24/2019 at 8:25 AM EDT and filed on 9/24/2019

**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation

**Case Number:** MDL No. 2885

**Filer:**

**Document Number:** 590

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-36) - 3 action(s) *re: pldg. ([585] in MDL No. 2885, 1 in MN/0:19-cv-02444, 1 in MN/0:19-cv-02446, 1 in TXE/1:19-cv-00412)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/24/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02444, MN/0:19-cv-02446, TXE/1:19-cv-00412 (TLL)**

**Case Name:** Hayes v. 3M Company et al

**Case Number:** TXE/1:19-cv-00412

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-36) - 3 action(s)** *re: pldg. ( [585] in MDL No. 2885, 1 in MN/0:19-cv-02444, 1 in MN/0:19-cv-02446, 1 in TXE/1:19-cv-00412)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/24/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02444, MN/0:19-cv-02446, TXE/1:19-cv-00412 (TLL)**

**Case Name:**      Moore v. 3M Company
**Case Number:**   MN/0:19-cv-02446
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-36) - 3 action(s)** *re: pldg. ( [585] in MDL No. 2885, 1 in MN/0:19-cv-02444, 1 in MN/0:19-cv-02446, 1 in TXE/1:19-cv-00412)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/24/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02444, MN/0:19-cv-02446, TXE/1:19-cv-00412 (TLL)**

**Case Name:**      Johnson v. 3M Company
**Case Number:**   MN/0:19-cv-02444
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-36) - 3 action(s)** *re: pldg. ( [585] in MDL No. 2885, 1 in MN/0:19-cv-02444, 1 in MN/0:19-cv-02446, 1 in TXE/1:19-cv-00412)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/24/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02444, MN/0:19-cv-02446, TXE/1:19-cv-00412 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

Michael A. Burns    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**TXE/1:19-cv-00412 Notice has been electronically mailed to:**

Mitchell A Toups     matoups@wgttlaw.com, jgordon@wgttlaw.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

**TXE/1:19-cv-00412 Notice will not be electronically mailed to:**

**MN/0:19-cv-02446 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02446 Notice will not be electronically mailed to:**

**MN/0:19-cv-02444 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02444 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/24/2019] [FileNumber=941314-0]
[ad88dfa3f47c7519a44548699d358c2baa4b86b2c6e92070176b50d49827b6caf57c4
671464342d865d8149a79680122c6d2f5b16dd5475d8eb84ee53a8eb842]]