**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to All Cases | Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: September 24, 2019
Motion/Pleading: Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records
Filed by: Plaintiffs    on 9/24/2019    Doc. # 709
RESPONSES:
                                              on                Doc. #
                                              on                Doc. #

\_\_\_\_ Stipulated   \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed   _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

For good cause shown, the motion is **GRANTED,** as requested.

**DONE** and **ORDERED**, this 24th day of September, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**