# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**  Date: September 27, 2019
In Re: **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Fifth Case Management Conference**
Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Attorneys for Plaintiffs:** Bryan Aylstock, Shelley Hutson and Christopher Seeger

**Attorneys for Defendant 3M Co. and Aearo:** Mike Brock, Mark Nomellini, Nicholas Wasdin and Larry Hill

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:35 am to 9:40 am

9:50 am    Court in Session
　　　　　Court discusses the following matters:
- Pretrial Order forthcoming, Master Pleading, Short Form Complaint
- Tolling and Census, proposed Joint Census Order shall be submitted
- Extending deadlines
- *Touhy* - Affirmative Defenses
- 30(b)(6) update
- Census/Tolling update
- 90 pending motions to remand
- 200 multi-plaintiff actions pending/ severing/filing fees
- Confidentiality and sealed documents
- Next Case Management Conference - Oct. 25, 2019
- Scheduling depositions of 30(b)(6) and fact witnesses
- Production of documents
- Biweekly conference calls with Judge Rodgers and Judge Jones - first on Oct. 10th
- 3rd party discovery and motion to compel pending before Judge Jones

10:36 am   Court in  Adjourned