UNITED STATES DISTRICT
COURT NORTHERN
DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, R. Scot Kraeuter, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Georgia and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Georgia. A copy of a Certificate of Good Standing from the State of Georgia is provided.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial (Confirmation Number FLND15641446062482) and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents Plaintiffs in the following action: Shawn Gibson and Alicia Savannah-Gibson v. 3M Company, et al.; 3:19-cv-02284.

WHEREFORE, R. Scot Kraeuter respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

*Respectfully submitted,*

**JOHNSON KRAEUTER LLC**

\_/s/ R. Scot Kraeuter_____
R. SCOT KRAEUTER
Georgia Bar No. 428960
327 Eisenhower Drive
Savannah, Georgia 31406
(912) 721-9844 (phone)
(912) 721-9849 (fax)
Scot@JohnsonKraeuter.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on September 30, 2019 served electronically on all counsel of record.

                                                **JOHNSON KRAEUTER LLC**

                                                __/s/ R. Scot Kraeuter_____
                                                R. SCOT KRAEUTER
                                                Georgia Bar No. 428960