UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___September 30, 2019___

Motion/Pleadings:  __MOTION TO APPEAR *PRO HAC VICE*__

Filed by _R. Scot Kraeuter_   on _September 30, 2019_   Doc. # _716_

Response _____   on _____   Doc. # _____

_____ Stipulated      _____ Joint Pleading
_____ Unopposed     _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 30th day of September 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**