**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885 |
| | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## <u>MOTION TO APPEAR *PRO HAC VICE*</u>

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Thomas V. Ayala hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case, and in support thereof state as follows:

1.      I am a resident of the Commonwealth of Pennsylvania and is not a resident of the State of Florida.

2.      I am a director with Grant & Eisenhofer, P.A., with the main place of business located at 123 Justison Street, Wilmington, Delaware 19801.

3.      Am admitted to practice and am a member of good stating with the following jurisdictions (*see* copies of Certificates of Good Standing attached hereto):

-   Pennsylvania Supreme Court (admitted October 12, 2004; Bar #93130);
-   United States District Court for the Eastern District of Pennsylvania (admitted August 5, 2005);
-   United States District Court for the Middle District of Pennsylvania (admitted August 16, 2011);

- State of New Jersey Supreme Court (admitted November 15, 2005; Bar #015822004);
- United States District Court for the District of New Jersey (admitted November 1, 2005);
- District of Columbia (admitted September 11, 2009; Bar #1028172);
- United States Court of Appeals, Third Circuit (admitted November 23, 2011);
- United States Court of Appeals, Eleventh Circuit (admitted December 7, 2012);
- United States Court of Appeals, Second Circuit (admitted August 28, 2013); and
- State of Delaware Supreme Court (admitted September 11, 2011; Bar #6629).

4.      Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have successfully completed both the online Local Rules tutorial exam (confirmation # FLND15595712382281) and the CM/ECF online tutorial.

5.      I have submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6.      I have upgraded my PACER account to "NextGen."

7.      I am the attorney of record in the following related cases:

- *David Knight v. 3M Company, et al*; Case No.: 3:19-cv-3621

WHEREFORE, I, Thomas V. Ayala, respectfully request that this Court enter an Order granting this motion to appear *pro hac vice* and direct the clerk to provide notice of Electronic Case Fillings to the undersigned.

Date: October 3, 2019                    Respectfully Submitted,

*/s/ Thomas V. Ayala*
Thomas V. Ayala

GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE 19801
Phone: 302-622-7000
Email: tayala@gelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion for Admission *Pro Hac Vice* was served electronically on all counsel of records on October 3, 2019.


*/s/ Thomas V. Ayala*

3