UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   October 3, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Thomas V. Ayala     on  October 3, 2019       Doc. #  720

Response _____ on _____ Doc. # _____

_____ Stipulated          _____ Joint Pleading
_____ Unopposed       _____ Consented

         JESSICA J. LYUBLANOVITS
         CLERK OF COURT
         */s/ Kathy Rock*
         Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 3rd day of October 2019.

         *M. Casey Rodgers*
         **M. CASEY RODGERS**
         **UNITED STATES DISTRICT JUDGE**