## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| Albert Atkins v. 3M Company, et al. Case No.: 3:19-cv-02754 | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action and Complaint without prejudice. The Defendants have not served an answer or a motion for summary judgment.

Dated this ___3rd___ day of October ___, 2019.

Respectfully submitted,

*/s/ Bobby J. Bell, Jr.*_____
Bobby J. Bell, Jr. (ASB3426B63B)
A. Paige Caraway (ASB6258I44K)
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Tel: (205) 324-3600
Fax: (205) 324-3636
bob@hollis-wright.com
paigec@hollis-wright.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of October, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of the notices of Electronic Filing generated by CM/ECF on all counsel of record.

*s/ Bobby J. Bell, Jr.*
Bobby J. Bell, Jr.
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Tel: (205) 324-3600
Fax: (205) 324-3636
bob@hollis-wright.com