# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> Johnathon Glover v. 3M Company, et al, Case No.: 3:19-cv-00574 | Case No. 3:19-MD-2885 <br><br> JUDGE M. CASEY RODGERS <br> MAGISTRATE JUDGE GARY R. JONES |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action and Complaint without prejudice. The Defendants have not served an answer or a motion for summary judgment.

Dated this 4th day of October, 2019.

                                        Respectfully submitted,

                                        By: */s/ Clayton M. Connors*
                                             CLAYTON M. CONNORS
                                             Florida Bar No.: 0095553
                                             Email: cmc@westconlaw.com
                                             R. JOHN WESTBERRY
                                             Florida Bar No.: 244661
                                             Email: rjw@westconlaw.com
                                             **WESTBERRY & CONNORS, LLC.**
                                             4400 Bayou Blvd., Suite 32A
                                             Pensacola, Florida 32503
                                             Tel:  (850) 473-0401
                                             Fax: (850) 473-1388
                                             Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of October, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of the notices of Electronic Filing generated by CM/ECF on all counsel of record.

        By: */s/ Clayton M. Connors*
        CLAYTON M. CONNORS
        Florida Bar No.: 0095553
        Email: cmc@westconlaw.com
        R. JOHN WESTBERRY
        Florida Bar No.: 244661
        Email: rjw@westconlaw.com
        **WESTBERRY & CONNORS, LLC.**
        4400 Bayou Blvd., Suite 32A
        Pensacola, Florida 32503
        Tel:  (850) 473-0401
        Fax: (850) 473-1388
        Attorney for the Plaintiff