# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) No. 3:19-md-2885 ) ) Judge M. Casey Rodgers ) ) Magistrate Judge Gary R. Jones |
| This Document Relates to: *Hambaugh, et al. v. 3M Company*, Case No. 3:19CV02939 | ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark J. Dearman of the law firm Robbins Geller Rudman & Dowd LLP hereby enters his appearance as counsel for Plaintiffs Christopher Hambaugh, Matthew Kuhn, and Ryan Franks in the above-referenced action.

Mr. Dearman is attorney of record in the action transferred to this Court (MDL Case No. 2885) and is admitted to practice in the Northern District of Florida. Counsel requests that all further papers and pleadings in this action and in the Master Docket of MDL 2885 be served on the undersigned.

DATED: October 7, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
MARK J. DEARMAN (FBN 982407)
RICARDO J. MARENCO (FBN 113008)

*s/Mark J. Dearman*
MARK J. DEARMAN

- 1 -

- 2 -

        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL  33432
        Telephone:  561/750-3000
        561/750-3364 (fax)
        mdearman@rgrdlaw.com
        rmarenco@rgrdlaw.com

Attorneys for Plaintiffs Hambaugh, et al.

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed on October 7, 2019 via the Court's CM/ECF system, which will automatically send notice to all registered counsel of record.

*s/Mark J. Dearman*
MARK J. DEARMAN
