UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION | § § § | CASE NO. 3:19-MD-2885 |
| | § | JUDGE M. CASEY RODGERS |
| This Document Relates to all Cases | § | MAGISTRATE JUDGE GARY R. JONES |

## MOTION TO APPEAR PRO HAC VICE OF MITCHELL A. TOUPS

In accordance with the Court's Pretrial Order No. 3, and Northern District of Florida Local Rule 11.1(c), I, Mitchell A. Toups, hereby respectfully move for admission to practice *pro hac vice* in the above referenced case.  Movant certifies as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.  Movant is a member in good standing from the State Bar of Texas.  A copy of a Certificate of Good Standing from the State Bar of Texas and the Texas Supreme Court are attached to this Motion as Exhibit "A".

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the online Attorney Admission Tutorial (Confirmation Number: FLND156875777472658), and completed the CM/ECF online tutorials.

4. Movant has paid the required $201.00 *pro hac vice* admission fee (AFLNDC-4644071).

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiff in the following action, which was filed on September 9, 2019, in the United States District Court for the Eastern District of Texas, Beaumont Division:

1:19-cv-00412; *Natalie Hayes vs. 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*.

WHEREFORE, Mitchell A. Toups, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiff and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  October 7, 2019

>Respectfully submitted,
>
>Weller, Green, Toups & Terrell, L.L.P.
>P.O. Box 350
>Beaumont, TX 77704
>(409) 838-0101
>Fax: (409) 832-8577
>Email:  matoups@wgttlaw.com
>
>By:  /s/ Mitchell A. Toups
>      Mitchell A. Toups
>      Texas Bar No. 20151600
>
>**ATTORNEYS FOR PLAINTIFF, NATALIE HAYES**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed below by this Court's e-file system on October 7, 2019.

>/s/ Mitchell A. Toups
>Mitchell A. Toups