**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE:  3M COMBAT EARPLUGS<br>PRODUCTS LIABILITY LITIGATION | §<br>§<br>§ | CASE NO. 3:19-MD-2885<br><br>JUDGE M. CASEY RODGERS |
| This Document Relates to all Cases | § | MAGISTRATE JUDGE GARY R. JONES |

**ORDER ON MOTION TO APPEAR *PRO HAC VICE***
**OF MITCHELL A. TOUPS**

Movant, Mitchell A. Toups, having filed his Motion to Appear *Pro Hac Vice*, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion and admits Mitchell A. Toups *pro hac vice* in this litigation.

SO ORDERED, this _____ day of _____, 2019