## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, August 22, 2019 5:30 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, August 22, 2019 10:27:59 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/22/2019 at 6:27 AM EDT and filed on 8/22/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 558 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ([539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)**

| | |
|---|---|
| **Case Name:** | Hays et al v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:19-cv-02215 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ( [539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)**

| | |
|---|---|
| **Case Name:** | Crittenden et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02220 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ( [539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)**

| | |
|---|---|
| **Case Name:** | Gibson et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02212 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ( [539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases:** MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)

| | |
|---|---|
| **Case Name:** | Baker et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02224 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ( [539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases:** MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)

| | |
|---|---|
| **Case Name:** | Signorello et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02214 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ( [539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases:** MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)

| | |
|---|---|
| **Case Name:** | Tapia et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02205 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ( [539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-*

*cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)**

| Case Name: | Johnson et al v. 3M Company et al |
|---|---|
| Case Number: | MN/0:19-cv-02199 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ( [539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)**

| Case Name: | Johns et al v. 3M Company et al |
|---|---|
| Case Number: | MN/0:19-cv-02221 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ( [539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)**

| Case Name: | Brust et al v. 3M Company et al |
|---|---|
| Case Number: | MN/0:19-cv-02222 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. ( [539] in MDL No. 2885, 1 in MN/0:19-cv-02199, 1 in MN/0:19-cv-02205, 1 in MN/0:19-cv-02212, 1 in MN/0:19-cv-02214, 1 in MN/0:19-cv-02215, 1 in MN/0:19-cv-02220, 1 in MN/0:19-cv-02221, 1 in MN/0:19-cv-02222, 1 in MN/0:19-cv-02224)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/22/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02199, MN/0:19-cv-02205, MN/0:19-cv-02212, MN/0:19-cv-02214, MN/0:19-cv-02215, MN/0:19-cv-02220, MN/0:19-cv-02221, MN/0:19-cv-02222, MN/0:19-cv-02224 (TLL)**


**MDL No. 2885 Notice has been electronically mailed to:**

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02215 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02215 Notice will not be electronically mailed to:**

**MN/0:19-cv-02220 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02220 Notice will not be electronically mailed to:**

**MN/0:19-cv-02212 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Timothy M Phillips    tphillips@jrwilliamslaw.com

**MN/0:19-cv-02212 Notice will not be electronically mailed to:**

**MN/0:19-cv-02224 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Timothy J. Becker    tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock    frothrock@shb.com

Stacy K. Hauer    shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jacob R Jagdfeld    jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02224 Notice will not be electronically mailed to:**

**MN/0:19-cv-02214 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02214 Notice will not be electronically mailed to:**

**MN/0:19-cv-02205 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02205 Notice will not be electronically mailed to:**

**MN/0:19-cv-02199 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Timothy M Phillips     tphillips@jrwilliamslaw.com

**MN/0:19-cv-02199 Notice will not be electronically mailed to:**

**MN/0:19-cv-02221 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02221 Notice will not be electronically mailed to:**

**MN/0:19-cv-02222 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Timothy J. Becker     tbecker@johnsonbecker.com, arobertson@johnsonbecker.com, jenright@johnsonbecker.com, rfiebiger@johnsonbecker.com

Frank C. Rothrock     frothrock@shb.com

Stacy K. Hauer     shauer@johnsonbecker.com, kpayne@johnsonbecker.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, 3M_earplugslitig@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jacob R Jagdfeld     jjagdfeld@johnsonbecker.com

**MN/0:19-cv-02222 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/22/2019] [FileNumber=933481-0]
[5e848ded7b1a7ecb707eaf8790cc5350bf8085fc3e63c78ea0903e0d43f72210f6b07
b668572aa498f8fa32633ef268eccea6f2b41028863aba0c5eedb0a89c2]]