UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.  3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, I Barbara Nilva Nevin, hereby moves this Court for admission to practice *pro hac vice* in in the above-styled case only, and in support thereof states as follows:

1. Movant resides in the State of Minnesota and is not a resident of the state of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the Minnesota.  A copy of a Certificate of Good Standing from the State of Minnesota dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order Number 3 and Local Rule 11.1, Movant has successfully completed the Local Rules tutorial exam, and the confirmation number is FLND15676341462616, and she has completed the CM/ECF online tutorial.

1

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Barbara N. Nevin respectfully requests that this court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

                                              Respectfully submitted,

Dated: October 8, 2019.                 /s/ Barbara N. Nevin
                                              Milavetz, Gallop and Milavetz P.A.
                                              bnevin@milavetzlaw.com
                                              1915 57th Avenue North
                                              Brooklyn Center, MN 55430
                                              (763) 560-0000
                                              Facsimile: (763) 566-0211