# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

BARBARA NILVA NEVIN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

April 20, 1979

Given under my hand and seal of this court on

September 09, 2019

Emily J. Eschweiler, Director
Office of Lawyer Registration

EXHIBIT
A