# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   October 7, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Barbara Nilva Nevin   on  October 7, 2019         Doc. #  741

Response _____ on _____ Doc. # _____

_____ Stipulated        _____ Joint Pleading
_____ Unopposed      _____ Consented

                JESSICA J. LYUBLANOVITS
                CLERK OF COURT
                */s/ Kathy Rock*
                Deputy Clerk: Kathy Rock

      On consideration, the motion is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record. *See* ECF No. 86, ¶ II.

      **DONE and ORDERED** this 7th day of October 2019.

                *M. Casey Rodgers*
                **M. CASEY RODGERS**
                **UNITED STATES DISTRICT JUDGE**