## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, October 09, 2019 6:42 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, October 9, 2019 11:41:01 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/9/2019 at 7:41 AM EDT and filed on 10/9/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [603](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-37) - 2 action(s)** *re: pldg. ([597] in MDL No. 2885, 1 in NCE/7:19-cv-00187, 1 in TNE/4:19-cv-00061)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/9/2019.**

**Associated Cases: MDL No. 2885, NCE/7:19-cv-00187, TNE/4:19-cv-00061 (TLL)**

| | |
|---|---|
| **Case Name:** | Griffin v. 3M Company et al (TV1) |
| **Case Number:** | [TNE/4:19-cv-00061](#) |
| **Filer:** | |
| **Document Number:** | [3](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-37) - 2 action(s)** *re: pldg. ( [597] in MDL No. 2885, 1 in NCE/7:19-cv-00187, 1 in TNE/4:19-cv-00061)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/9/2019.**

**Associated Cases: MDL No. 2885, NCE/7:19-cv-00187, TNE/4:19-cv-00061 (TLL)**

| | |
|---|---|
| **Case Name:** | Chavis v. 3M Company |
| **Case Number:** | NCE/7:19-cv-00187 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-37) - 2 action(s)** *re: pldg. ( [597] in MDL No. 2885, 1 in NCE/7:19-cv-00187, 1 in TNE/4:19-cv-00061)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/9/2019.**

**Associated Cases: MDL No. 2885, NCE/7:19-cv-00187, TNE/4:19-cv-00061 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**TNE/4:19-cv-00061 Notice has been electronically mailed to:**

Frank C. Rothrock     frothrock@shb.com

James Gerard Stranch, IV     gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com

Bryan Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, pam.cornelius@kirkland.com

Joe P. Leniski, Jr     joeyl@bsjfirm.com, ecf-processor@bsjfirm.com

John P Rodgers     jrodgers@bradley.com

**TNE/4:19-cv-00061 Notice will not be electronically mailed to:**

**NCE/7:19-cv-00187 Notice has been electronically mailed to:**

Martin A Ramey     MJR@rhinelawfirm.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, pam.cornelius@kirkland.com

**NCE/7:19-cv-00187 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/9/2019] [FileNumber=944432-0]
[4e6dc2ed10503d295677b78821d55d50ee597ea96fec02ede4493243548a71255b1d2
fc623836cd10c0bdab3f140c287b6659ab182c6ddb98b3b356b9adb2920]]