UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) ) ) ) ) ) ) ) ) | No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br><br>Michael Uhlig v. 3M Company, et al, Case No. 3:19-cv-03648-MCR-GRJ | | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jerry W. Sullivan of the law firm of Leefe, Gibbs, Sullivan & Dupre, LLC, hereby enters an appearance as counsel for Plaintiff, Michael Uhlig, in the above captioned matter.

Mr. Sullivan is attorney for record in the action transferred to this Court (MDL Case No. 2885) and is admitted to practice in the Northern District of Florida. Counsel requests that all further papers and pleadings in this action and in the Master Docket of MDL 2885 be served on the undersigned.

Dated: October 9, 2019.

Respectfully submitted,

/s/ Jerry W. Sullivan
Jerry W. Sullivan - FL Bar No. 616620
LEEFE GIBBS SULLIVAN & DUPRE
3900 North Causeway Boulevard
1470 One Lakeway Center
Metairie, LA  70002
Phone: (504)830-3990
Fax: (504) 830-3998
jwsullivan@leefegibbs.com

CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that on October 9, 2019, a copy of the above and foregoing was electronically filed via the Court's CM/ECF system, which will automatically send notice to all registered counsel of record.

/s/ Jerry W. Sullivan
Jerry W. Sullivan