UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION </br></br> This Document Relates To All Actions | Case No. 3:19-md-2885 </br></br> Hon. Judge M. Casey Rodgers </br> Magistrate Judge Gary R. Jones |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO AUTHORIZE DISCLOSURE OF MILITARY RECORDS**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5.5, and the Protective Order entered by this Court on February 9, 2017 (ECF 185), move the Court for leave to file under seal Exhibits A1 through A4 to Plaintiffs' Motion to Authorize Disclosure of Military Records. Plaintiffs will also publicly file a version of its briefing with appropriate redactions.

Pursuant to the Protective Order, Plaintiffs move for leave to file under seal Exhibits A1 through A4 to Plaintiffs' Motion to Authorize Disclosure of Military Records on the basis of Plaintiffs' personal identifying information being provided as part of the associated *Touhy* requests and Plaintiffs' designation as "CONFIDENTIAL" under sections III.D of the Protective Order. Section III.D of the Protective Order states,

> Confidential Information or Items: Any disclosure or Discovery Material that the Producing Party designates as "CONFIDENTIAL."

1

The Producing Party may designate as "CONFIDENTIAL" Discovery Material that the Producing Party reasonably believes constitutes, reflects, discloses, or contains (i) trade secret or other confidential research, development, or commercial information subject to protection under Federal Rule of Civil Procedure 26(c); (ii) material protected by federal, state, or foreign data protection laws or other privacy obligations subject to protection under Federal Rule of Civil Procedure 26(c); or (iii) other information subject to protection under Federal Rule of Civil Procedure 26(c).

Plaintiffs move to file under seal exhibits regarding their Motion to Remand as follows:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A1 through A4 | Spreadsheet of personal information for active duty military pursuant to Touhy request made by Plaintiffs' Counsel. |

The exhibits filed under seal will be sent electronically by email to Judge Rodgers (via email at flnd_rodgers@flnd.uscourts.gov), Judge Jones (via email at flnd_jones@flnd.uscourts.gov) and a copy will also be sent electronically by email to all counsel of record.

## ARGUMENT

A showing of good cause can overcome the public's common law right of access. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Courts balance the asserted right of access against the moving party's interest in keeping information confidential. *Id.* (citing *Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001)). A party's

privacy or proprietary interest may overcome the interest of the public in accessing the information. *Id.* (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)).

Plaintiffs move for leave to file under seal exhibits to their Motion to Remand, on the basis of Plaintiffs' designation as "CONFIDENTIAL" under sections III.D of the Protective Order. Plaintiffs will file the public version of the aforementioned memorandum with discussions of the confidential information redacted in order to protect its confidentiality designations.

WHEREFORE, Plaintiffs request that this Court enter an Order granting Plaintiffs leave to file the specified exhibits under seal and approving the filing of the public version of Plaintiffs' Motion to Authorize Disclosure of Military Records, with corresponding redactions, and directing the Clerk to maintain the documents sealed from public record until further Order of this Court upon the resolution and closing of this matter.

Dated: October 9, 2019            Respectfully submitted,

                                    *s/ Bryan F. Aylstock*
                                    Bryan F. Aylstock, Lead Counsel
                                    Florida State Bar No. 078263
                                    Aylstock, Witkin, Kreis & Overholtz, PLLC
                                    17 East Main Street
                                    Suite 200
                                    Pensacola, FL 32502
                                    Tel.: (850) 202-1010
                                    baylstock@awkolaw.com

> Shelley V. Hutson, Co-Lead Counsel
> (Admitted Pro Hac Vice)
> Texas State Bar No. 00788878
> Clark, Love & Hutson, GP
> 440 Louisiana Street
> Suite 1600
> Houston, TX 77002
> Tel.: (713) 757-1400
> shutson@triallawfirm.com
>
> Christopher A. Seeger, Co-Lead Counsel
> (Admitted Pro Hac Vice)
> New Jersey State Bar No. 042631990
> Seeger Weiss LLP
> 77 Water Street
> 8th Floor
> New York, NY 10005
> Tel.: (212) 587-0700
> cseeger@seegerweiss.com
>
> Brian H. Barr, Co-Liaison Counsel
> Levin, Papantonio, Thomas, Mitchell,
> Rafferty, & Proctor, P.A.
> 316 South Baylen Street
> Pensacola, FL 32502
> Tel.: (850) 435-7044
> bbarr@levinlaw.com
>
> Michael A. Burns, Co-Liaison Counsel
> Mostyn Law Firm
> 3810 W. Alabama Street
> Houston, TX 77027
> Tel.: (713) 714-0000
> epefile@mostynlaw.com
>
> *Counsel for Plaintiffs*

# **CERTIFICATE OF COMPLIANCE**
# **WITH LOCAL RULE 7.1(B)**

Pursuant to Local Rule 7.1(B), counsel for Plaintiffs certify that on July 15, 2019, counsel for Plaintiffs contacted Defendants' counsel and obtained consent to the relief requested in Plaintiffs' Motion for Leave to File Under Seal Certain Documents referred to herein. *See*, Ex. A, email exchange between Bryan Aylstock and Mark Nomellini, dated July 15, 2019.

## **CERTIFICATE OF SERVICE**

I, hereby certify that on October 9, 2019, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

          *s/ Bryan F. Aylstock*
          Bryan F. Aylstock