# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge Rodgers on: October 9, 2019

Motion/Pleading: Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records

Filed by: Plaintiffs    on 10/09/2019    Doc. # 746

RESPONSES:
____ on ____ Doc. # ____
____ on ____ Doc. # ____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

For good cause shown, the motion is **GRANTED**, as requested.

**DONE AND ORDERED**, this 10th day of October, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**