IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,                    Case No. 3:19-md-2885-MCR-GRJ

                                                                            Judge M. Casey Rodgers
                                                                            Magistrate Judge Gary Jones

This Document Relates to All Cases
_____/

## O R D E R

The parties have requested the Court to schedule a telephone conference to address guidelines and standards for sealing documents in this case. Accordingly, a **telephonic** conference is scheduled before Magistrate Judge Gary R. Jones on **Monday, October 21, 2019** at **3:00 PM (EDST).** The parties shall dial into the conference call by calling AT&T Conference Line at 888-684-8852 and entering access code 4251733#. When prompted for a security code enter 3696#. The parties may dial into the conference call up to five minutes before the scheduled start time.

**DONE AND ORDERED** this 10th day of October 2019.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge