

October 11, 2019

<u>VIA EMAIL</u>
Judge M.C. Rodgers
United States District Court
Northern District of Florida
100 North Palafox Street
Pensacola, Florida 32502

      Re:    *In re: 3M Combat Arms Earplug Prods. Liab. Litig.*, 3:19-md-2885
               *David Herndon: Special Master Appointment*

Dear Judge Rodgers:

    Plaintiff Leadership and Defense Counsel jointly submit for your approval the attached proposed order regarding Judge David Herndon's appointment as Special Master in this matter.

    Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com