# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )))))))))) | Case No. 3:19-md-02885-MCR-GRJ  Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## ORDER APPOINTING RETIRED JUDGE DAVID HERNDON AS SPECIAL MASTER

1.     Pursuant to Federal Rule of Civil Procedure 53 and its inherent authority, the Court appoints retired Judge David Herndon as a Special Master in this proceeding relating to discovery from the United States, in particular to assist the Court in facilitating the issues of discovery from the military. As such, Special Master Herndon is directed to proceed with all reasonable diligence to fulfill the duties set forth herein.

2.     The duties of the Special Master will be to help the Court to facilitate and manage discovery from the United States, and in particular the military, to assist in moving the affirmative defenses into a posture for dispositive motion practice and to do so as efficiently and expediently as possible. This process is to conclude with a recommendation for a process to either dispose of the affirmative defense issues by motion practice or resolve that a jury question exists. The duties of the Special Master will not include dealing with discrete discovery issues that would require a report and recommendation to the Court and a ruling. As part of his duties, the Special Master shall be entitled to interact with the parties and officials of the United States government to explore ways to manage and expedite discovery from the United States that is reasonably

necessary and relevant to the claims and defenses of the parties in this case, and to report to the Court and/or the parties ex parte regarding the status of such efforts.

3. The Court has previously provided Plaintiffs' Lead Counsel and Defendants' Counsel notice and an opportunity to be heard regarding its intent to appoint a Special Master relating to discovery sought from the United States. The parties have agreed that Judge Herndon is fair and impartial and as a Special Master will be helpful in the management of this discovery.

4. The Special Master shall maintain normal billing records of time spent on this matter with reasonably detailed descriptions of his activities. If the Court asks the Special Master to submit a formal report, the Special Master shall submit such report in writing for electronic filing on the case docket.

5. The Special Master shall incur only such fees and expenses as may be reasonably necessary to fulfill his duties under this Order or such other Orders as the Court may issue. Fees and expenses for the Special Master shall be shared equally among the Plaintiffs' Lead Counsel and Defendants' Counsel.

**DONE** and **ORDERED** on this \_\_\_ day of \_\_\_, 2019.

---

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:16-md-02885

AFFIDAVIT OF JUDGE DAVID HERNDON
TENDERED PURSUANT TO FED. R. CIV. P. 53

State of Florida

I have thoroughly familiarized myself with the parties and issues involved in MDL-2885, *In re: 3M Combat Arms Earplug Products Liability Litigation.* As a result of my knowledge of this case, I can attest and affirm that there are no grounds for disqualification under 28 U.S.C. §455 that would prevent me from serving as a Special Master in this matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____

Signature of Affiant

Judge David Herndon

*Sworn and subscribed before me this \_\_\_\_day of _____, 20\_\_\_\_.*

_____
Notary Public

Printed Name: _____

Notary or Bar Roll Number: _____ Commission expires: _____

Case No. 3:16-md-02885