UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | § | |
|---|---|---|
| | § | |
| IN RE: 3M COMBAT ARMS | § | CASE NO.: 3:19md2885 |
| EARPLUG PRODUCTS | § | |
| LIABILITY LITIGATION | § | |
| | § | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Adrian Arriola

Date: 10/11/2019 　　　　　　　　　　　　　_____/S/Josh W. Hopkins_____
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　_____Josh W. Hopkins 00787714 & 17618_
　　　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*

　　　　　　　　　　　　　　　　　　　　1201 Third Street, Corpus Christi, TX 78404
　　　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　jhopkins@herrmanandherrman.com____
　　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　_____(361) 882-4357_____
　　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　_____(361) 883-7957_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Fax number*