UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to<br>*Nicole Goehring vs. 3M Company, et al.*,<br>3:19-cv-01634 | ) ) ) | |

## NOTICE OF VOLUNTARY DISIMSSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with no responsive pleadings having yet been filed, Plaintiff, Nicole Goehring, hereby gives notice that she dismisses the matter of 3:19-cv-01634, without prejudice.

Dated: October 14, 2019          Respectfully submitted,


By:/s/ Daniel R. Seidman
Daniel R. Seidman (IL # 6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
F: (224) 603-8345
IL # 6308142
dseidman@seidmanlaw.net

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on October 14, 2019, served electronically on all counsel of record.

By: /s/ Daniel R. Seidman
Daniel R. Seidman (IL # 6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
F: (224) 603-8345
IL # 6308142
dseidman@seidmanlaw.net