UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   October 15, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Sarah L. Adle        on  October 11, 2019         Doc. #  754

Response _____    on _____    Doc. # _____

_____ Stipulated       _____ Joint Pleading
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 15th day of October 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**