**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Alexander Fraser v 3M Company*,<br>19-cv-1731 (ED, La.) | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Alexander Fraser voluntarily dismisses the above-captioned action and Complaint without prejudice. The Defendants have not served an answer or a motion for summary judgment.

October 16, 2019    Respectfully submitted,

    s/James R. Dugan, II
    James R. Dugan, II (admitted *pro hoc vice*)
    David S. Scalia (admitted *pro hoc vice*)
    The Dugan Law Firm
    One Canal Place
    365 Canal Street, Suite 1000
    New Orleans, LA 70130
    PH: (504) 648-0180
    jdugan@dugan-lawfirm.com
    dscalia@dugan-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2019, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ James R. Dugan, II
James R. Dugan, II
