## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, October 17, 2019 7:18 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, October 17, 2019 12:16:06 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 10/17/2019 at 8:16 AM EDT and filed on 10/17/2019
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 607

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-39) - 1 action(s)** *re: pldg. ([604] in MDL No. 2885, 1 in MSN/1:19-cv-00176)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/17/2019.**

**Associated Cases: MDL No. 2885, MSN/1:19-cv-00176 (TLL)**

**Case Name:**   Pevey v. 3M Company et al
**Case Number:**   MSN/1:19-cv-00176
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-39) - 1 action(s)** *re: pldg. ( [604] in MDL No. 2885, 1 in MSN/1:19-cv-00176)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/17/2019.**

**Associated Cases: MDL No. 2885, MSN/1:19-cv-00176 (TLL)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MSN/1:19-cv-00176 Notice has been electronically mailed to:**

J. William Manuel     wmanuel@babc.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, pam.cornelius@kirkland.com

Stacy Everett Pepper     everett@pepperodom.com

Stevie Farrar Rushing     srushing@bradley.com

**MSN/1:19-cv-00176 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/17/2019] [FileNumber=945965-0]
[aff8fba4f93f37ed5a445c3a98ae549ac4a5428faf88e2943480b7d3a9d082cc41c6
f2509d5e85bdf92d8e66ba292b6fcb3b158f20a427025cb6090792afa287]]