**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers |
| ANTHONY PATRICK, 3:19-cv-2971 | Magistrate Judge Gary R. Jones |

PLEASE TAKE NOTICE that the undersigned no longer represents Plaintiff Anthony Patrick. A Substitution of Attorney assigning Plaintiff new counsel has been filed in the above referenced individual action. Accordingly, the undersigned requests that he be removed from the Notice of Electronic Filing listserve for this Multi-District Litigation.

Withdrawing Attorney:

By: _/s/ Mark M. Makhail_____
Mark M. Makhail, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Tel. (973) 994-1700
mmakhail@carellabyrne.com

Dated: October 17, 2019