UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>DAVID HAIGHT, 3:19-cv-3050 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

     PLEASE TAKE NOTICE that the undersigned no longer represents Plaintiff David Haight. A Substitution of Attorney assigning Plaintiff new counsel has been filed in the above referenced individual action. Accordingly, the undersigned requests that he be removed from the Notice of Electronic Filing listserve for this Multi-District Litigation.

                                Withdrawing Attorney:

                                By: /s/ Mark M. Makhail
                                Mark M. Makhail, Esq.
                                CARELLA, BYRNE, CECCHI,
                                OLSTEIN, BRODY & AGNELLO, P.C.
                                5 Becker Farm Road
                                Roseland, New Jersey 07068
                                Tel. (973) 994-1700
                                mmakhail@carellabyrne.com

                                Dated: October 17, 2019