UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>DAVID HAIGHT, 3:19-cv-3050 | Case No. 3:19-md-2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

     PLEASE TAKE NOTICE that the undersigned no longer represents Plaintiff David Haight. A Substitution of Attorney assigning Plaintiff new counsel has been filed in the above referenced individual action. Accordingly, the undersigned requests that he be removed from the Notice of Electronic Filing listserve for this Multi-District Litigation.

     Withdrawing Attorney:

By: /s/ Zachary S. Bower
Zachary S. Bower, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Tel. (973) 994-1700
zbower@carellabyrne.com


Dated: October 17, 2019

1