UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | * * * * * | NO: 3:19-md-2885 |
| | * | Judge M. Casey Rodgers |
| | * * | Magistrate Judge Gary R. Jones |
| This document relates to: | * * | |
| Michael Uhlig v. 3 M Company, et al. Case No. 3:19-cv-03648-MCR-GRJ | * * | |

*********************************************************************

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Thomas C. Cerullo of the Law Offices of Thomas C. Cerullo, J.D., A.P.LC., will be co-counsel with Mr. Jerry W. Sullivan of the Law Firm of Leefe, Gibbs, Sullivan & Dupre, LLC and hereby enters an appearance as co-counsel for Plaintiff, Michael Uhlig, in the above captioned matter.

Mr. Cerullo is co-counsel with Mr. Jerry W. Sullivan of record in the action transferred to this Court (MDL *Case No. 2885)* and is admitted to practice in the Northern District of Florida. Counsel requests that all further papers and pleadings in this action and in the Master Docket of MDL 2885 be served on the undersigned.

Dated: October 18, 2019

Respectfully submitted:

*/s/ Thomas C. Cerullo*
Thomas C. Cerullo, J.D., APLC
Attorney for Plaintiff
3900 North Causeway Blvd., Suite 1045
Metairie, Louisiana 70002
(504) 831-6945 (Bar No. 3966)

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court for the Northern District of Florida, I hereby certify that on October 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. A copy of same will be mailed to all non-CM/ECF participating counsel.

*/s/ Thomas C. Cerullo*
Thomas C. Cerullo