# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |
|---|---|

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Tudor Farcas, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case, and in support thereof state as follows:

1. I am a resident of the Commonwealth of Pennsylvania and is not a resident of the State of Florida.

2. I am an associate with Grant & Eisenhofer, P.A., with the main place of business located at 123 Justison Street, Wilmington, Delaware 19801.

3. I am admitted to practice and am a member of good stating with the following jurisdictions (*see* Certificates of Good Standing attached hereto):

   - Pennsylvania (Bar #316541) (admitted 11/18/2013); and
   - United State District Court for the Eastern District of Pennsylvania (Bar #316541) (admitted 7/11/2018).

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have successfully completed both the online Local Rules tutorial exam (confirmation # FLND15592350412272) and the CM/ECF online tutorial.

5. I have submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. I have upgraded my PACER account to "NextGen."

7. I am the attorney of record in the following related case:

- *David Knight v. 3M Company, et al*; Case No.: 3:19-cv-3621

WHEREFORE, I, Tudor Farcas, respectfully request that this Court enter an Order granting this Motion to appear *pro hac vice* and direct the clerk to provide notice of Electronic Case Fillings to the undersigned.

Date: October 22, 2019

Respectfully Submitted,

*/s/ Tudor Farcas*
Tudor Farcas
GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE 19801
Phone: 302-622-7000
Email: tfarcas@gelaw.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion for Admission *Pro Hac Vice* was served electronically on all counsel of records on October 22, 2019.

*/s/ Tudor Farcas*

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Tudor Ion Farcas, Esq.*

#### DATE OF ADMISSION

*November 18, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 8, 2019

John W. Person Jr., Esq.
Deputy Prothonotary