**EXHIBIT A**
**Filed Case Census Form**
**Initial Census Questions**

1.      Information

      a.      Claimant Name: _____

      b.      Law Firm: _____

      c.      Original Case No (if applicable): _____cv_____      Not applicable:

      d.      Original Case Filing Date: _____

      e.      MDL Case No: _____

      f.      MDL Case Filing Date: _____

      g.      Male      Female

      h.      Date of Birth: _____

      i.      Current state of residence: _____

      j.      Number of years in current state of residence: _____

2.      Did the claimant serve in the military and/or armed forces?

          Yes          No

    If yes:

      a.      Identify each branch the claimant served in, and the dates of service in each branch:

| Branch | Start Date | End Date |
|--------|-----------|----------|
|  |  | Present |
|  |  | Present |
|  |  | Present |
|  |  | Present |
|  |  | Present |

      b.      Identify each of the claimant's duty stations between 2000 and present:

| Duty Station | Military Occupational Specialty | Used Combat Arms Earplugs? | Duty Station Start Date | Duty Station End Date |
|--------------|--------------------------------|----------------------------|-------------------------|-----------------------|
|  |  |  |  | Present |
|  |  |  |  | Present |

| Duty Station | Military Occupational Specialty | Used Combat Arms Earplugs? | Start Date | End Date |
|---|---|---|---|---|
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |
| | | | | Present |

c.    Identify each of the claimant's military occupational specialties between 2000 and present:

| Military Occupation Specialty | Start Date | End Date |
|---|---|---|
| | | Present |
| | | Present |
| | | Present |

| Military Occupation Specialty | Start Date | End Date |
|---|---|---|
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |
| | | Present |

3.    Is the claimant currently on active military duty?

        Yes        No

4.    Did the claimant use the Combat Arms Earplugs version 2 ("CAEv2") when he or she served in the military and/or armed forces?

        Yes        No

If yes,

a.    State whether the claimant used CAEv2 in training, combat, or both:

        Training        Combat        Both        Don't Remember

5.      Did the claimant use CAEv2 earplugs, the Indoor-Outdoor Range earplugs, or the EAR Arc earplugs as a civilian at any time?

      Yes
      No

a.      If yes, select all that apply:

      CAEv2
      Indoor-Outdoor Range earplugs
      EAR Arc earplugs

b.      Specify reason for use:

| Reason for Use | Use |
|---|---|
| Military Contractor | |
| First Responder | |
| Shooting Range | |
| Hunting | |
| Welding | |
| Construction | |
| Other: | |

6.      Identify the physical injuries claimant sustained as a result of using CAEv2 earplugs:

Total Hearing Loss, Left Ear

Total Hearing Loss, Right Ear

Partial Hearing Loss, Left Ear

Partial Hearing Loss, Right Ear

Tinnitus, Left Ear

Tinnitus, Right Ear

Tinnitus - Extent Unknown

Other—Specify: _____

Percentage/grade of hearing loss, if known:

_____

Percentage/grade of hearing loss, if known:

_____

7.   Identify the approximate year on which the claimant first noticed:

a.   that the CAEv2 was not providing adequate protection from loud noises;

Date: _____

b.   the injury described in response to Question No. 6 above.

| Injury described in response to Question No. 6 | Approx. year first noticed injury |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

: 0"""""""J cu'\j g'j gctkpi 'nquu'kf gpvkhgf' 'kp't gur qpug''q'S wguvkqp'P q08''cdqxg'dggp'kf gpvkhgf during an audiogram or other hearing test?"

        Yes            No

If yes, what was the approximate date of the first audiograms or other hearing tests that identified the injuries described in response to Question No. 6 above?

| Injury identified | Approx. Date of the first hearing tests |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| Injury identified | Approx. Date of the first hearing tests |
|---|---|
| | |
| | |
| | |

9.     Has the claimant received disability benefits as a result of hearing loss, tinnitus or other hearing injury?

        Yes        No

If yes, identify the agency or entity that provided the claimant with disability benefits:

**Declaration**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that all the information provided in response to these Initial Census Questions is true and correct to the best of my knowledge, information and belief formed after a reasonable inquiry.  I understand that I am under an obligation to supplement these responses.

Date:     _____

Signature:     _____

Name:     _____