# **EXHIBIT B**

## Initial Census Document Requests

1. Form DD214 and the ORB, ERB and/or NORB relating to the Plaintiff's service in the military.

2. DD2215 and DD2216 audiological exams relating to the Plaintiff's service in the military.

3. Any audiograms or other hearing tests performed on Plaintiff outside of the military.

4. Records relating to any disability benefits Plaintiff applied for and/or received as a result of hearing loss, tinnitus or other hearing injury. Such records would include, where available:

   a. VBA Worksheet 1305 (Audio)

   b. VA Form 21-4138 – Statement in Support of Claim

   c. VA 21-8940 (Application for Increased Compensation Based on Unemployability)

   d. 21-4192 (Request for Employment Information in Connection with Claim for DB)

   e. VA Form 21-265 EZ – Application for disability benefits

   f. VA form 10-2364 and 10-2364a – VA audiological examinations (audiograms)

   g. Rating Decision