# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, I Barbara Nilva Nevin, hereby moves this Court for admission to practice *pro hac vice* in in the above-styled case only, and in support thereof states as follows:

1. Movant resides in the State of Minnesota and is not a resident of the state of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the Minnesota.  A copy of a Certificate of Good Standing from the State of Minnesota dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order Number 3 and Local Rule 11.1, Movant has successfully completed the Local Rules tutorial exam, and the confirmation number is FLND15676341462616, and she has completed the CM/ECF online tutorial.

1

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant has filed a case in this multidistrict litigation, Plaintiff Edmund Michael Nevin whose case was filed on October 18. 2019 In the Northern District of Florida multi-district-litigation, Case No. 3:19md2885.  Plaintiff had initially filed a motion in this matter to be admitted *pro hac vice,* but the case was dismissed without prejudice due to the fact Movant had not yet filed her case.  Movant has corrected this issue.

WHEREFORE, Barbara N. Nevin respectfully requests that this court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 23, 2019. | /s/ Barbara N. Nevin |
|  | Milavetz, Gallop and Milavetz P.A. |
|  | 1915 57th Avenue North |
|  | Brooklyn Center, MN 55430 |
|  | (763) 560-0000 |
|  | bnevin@milavetzlaw,com |
|  | Facsimile: (763) 566-0211 |