# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PLAINTIFFS' MOTION FOR LEAVE TO EXTEND TIME TO SERVE DEFENDANTS

TO THE HONORABLE M. CASEY RODGERS:

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs[1] file this Motion for Leave to Extend Time to Serve Defendants and, in support, show the following:

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION

### SUMMARY OF ARGUMENT

1.    Although Plaintiffs did not serve Defendants within the ninety (90) days required under Federal Rule of Civil Procedure 4(m), Plaintiffs can show good cause for not serving Defendants within the prescribed time.

2.    In the alternative, if the Court finds that Plaintiffs failed to show good cause, the Court should extend the time for service because other circumstances warrant an extension of time based on the facts of this case.

---

[1] Please see **Exhibit A** for the list of Plaintiffs requesting this Motion for Leave to Extend Time to Serve Defendants.

3.     Granting Plaintiffs' request for an additional sixty (60) days to serve Defendants would not create any prejudice to Defendants.

## BACKGROUND

4.     On July 25, 2019, and July 26, 2019, Plaintiffs filed their original and first amended complaints against Defendants in this MDL.

5.     On July 25, 2019, October 17, 2019, and October 18, 2019, Plaintiffs filed their Notices of Summons to be Issued by the Clerk of the Court. Plaintiffs, however, have not served Defendants with their original and first amended complaints.

## ISSUE PRESENTED

6.     Whether this Court should permit Plaintiffs additional time of sixty (60) days to serve Defendants.

## STANDARD OF REVIEW

7.     Generally, under Federal Rule of Civil Procedure 15(a), "the court should freely give leave when justice so requires." The court may, for good cause, extend time for an act before the original time expires. FED. R. CIV. P. 6(b).

8.     Under Federal Rule of Civil Procedure 4(m), if a plaintiff has not served a defendant before a period of ninety (90) days after filing her complaint, the court retains discretion to "dismiss the action without prejudice against that defendant or order that service be made within a specified time." If the plaintiff has good cause

for not serving the defendant within the ninety (90) days, the court must extend time for service for an appropriate period. Fed. R. Civ. P. 4(m).

9.    Absent a showing of good cause, the court has the discretion to extend time for service of process. *Lepone-Dempsey v. Carroll County Com'rs,* 476 F.3d 1277, 1282 (11th Cir. 2007). If the plaintiff fails to show good cause, the court "must consider whether any other circumstances warrant an extension of time based on the facts of the case." *Id*. at 1281.

## ARGUMENT & AUTHORITIES

### A. Plaintiffs Have Good Cause for Failing to Timely Serve Defendants

10.    Pursuant to Federal Rule of Civil Procedure 4(m), if Plaintiffs have good cause for not serving Defendants within ninety (90) days, the Court must extend time for service for an appropriate period. "Good cause exists only when some outside factor such as reliance on faulty advice, rather than inadvertence or negligence, prevented service." *Lepone-Dempsey*, 476 F.3d at 1281.

11.    Plaintiffs have good cause for not effectuating service. Counsel for Plaintiffs has filed nearly four hundred (400) complaints on behalf of claimants seeking redress from injuries caused by Defendants' Dual-ended Combat Arms™ earplugs (Version 2 CAEv.2). Additionally, these four hundred (400) complaints have designated forums in twenty-seven (27) different states.   Counsel for Plaintiffs has

3

been diligently working to serve Defendants in these various states. Currently, of the four hundred (400) complaints, 199 have been served on Defendants.

12.    Further, Counsel for Plaintiffs has been diligently working on serving Defendants for the cases listed in Exhibit A.

## B. <u>In the Absence of Good Cause, the Court Should Extend Time for Plaintiffs to Serve Defendants</u>

13.    Federal Rule of Civil Procedure 4(m) grants discretion to the district court to extend the time for service of process even in the absence of showing good cause. *Horenkamp v. Van Winkle & Co.*, 402 F.3d 1129, 1132 (11th Cir. 2005). Where no good cause is shown, the Court "must still consider whether any other circumstances warrant an extension of time based on the facts of the case." *Lepone-Dempsey*, 476 F.3d at 1282. Courts have considered the nature of the plaintiff's efforts to serve the defendant after the time of service has expired and whether the defendant would be prejudiced if the case were to proceed. *Butler v. Cleburne County Comm'n.*, Civil Action No. 1:10-cv-2561-PWG, 2012 U.S. Dist. LEXIS 82534, at *12 (N.D. Ala. Jan. 17, 2012), adopted by 2012 U.S. Dist. LEXIS 82530, at *1 (N.D. Ala. June 14, 2012) (citations omitted).

14.    Plaintiffs' counsel is currently working on having the remaining complaints served on Defendants. Plaintiffs complaints will be served well within the requested extension of sixty (60) days.

15.     Further, Defendants will not be prejudiced by the extension of time for service. Plaintiffs will comply with the ordered document production, census, and short form complaint deadlines for these cases. Defendants will not be prejudiced by the delay of service for sixty (60) days.

## **CONCLUSION**

16.     This Court should grant Plaintiffs' Motion for Leave to Extend Time to Serve Defendants and allow Plaintiffs an additional sixty (60) days to effectuate service.

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ**

*/s/ Muhammad S. Aziz*
_____
MUHAMMAD S. AZIZ
Texas State Bar No. 24043538
800 Commerce Street
Houston, Texas 77002
(713) 222-7211
(713) 225-0827 – Facsimile
maziz@awtxlaw.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF WORD COUNT**

The word count of the memorandum within this motion is 799 words.

*/s/ Muhammad S. Aziz*_____
Muhammad S. Aziz

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion was filed electronically with the Clerk of the Court using the CM/ECF system on October 23, 2019 served electronically on all counsel of record.

*/s/ Muhammad S. Aziz*_____
Muhammad S. Aziz

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## EXHIBIT A

PLAINTIFFS:

1.  *Ivan Bauer v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2322

2.  *Douglas Edds v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2531

3.  *Efrain Arce-Perez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2533

4.  *Charles Herald v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2537

5.  *Jason Mayo v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2541

6.    *Raub Eason Nash v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2552

7.    *Joseph Palanki v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2324

8.    *Stephen Quarles v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2558

9.    *Eric Beesley v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2326

10.   *Everett Getchell v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2327

11.   *Gary Spence v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2330

12.   *John Gould v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2564

13.   *Paul Luchetsky v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2333

14.   *Robert Koolmees v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2466

15. *Robert Marucci v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2467

16. *Ronald Leblanc v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2469

17. *Ryan Meisch v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2334

18. *Todd Rielly v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2472

19. *Troy Holley v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2474

20. *Alexandra Finley v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2476

21. *Brian Jett v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2479

22. *Jimmy Vazquez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2570

23. *Justin W. Martin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2576

24. *Ronnie L. Myers v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2338

25. *Sarah Cooper v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2535

26. *Vonnette Monteith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2578

27. *Wesley Bourne v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2482

28. *Anthony Smith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2468

29. *Chauncey Phillips v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2470

30. *Zachary Durison v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2473

31. *Leroy Jackson v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2475

32. *Shannon Cormier v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2358

33.   *Giovanni Melendez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2481

34.   *Ralph Lawrence v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2363

35.   *Tommy J. Reason v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2535

36.   *Wyatt Lutz v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2487

37.   *Kyle Lennon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2377

38.   *Benjamin A. Hunter v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2410

39.   *David Palmer v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2594

40.   *Antonio Ruffin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2416

41.   *Brad Gros v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2599

42. *Brandon Lovell v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2485

43. *Christopher Morse v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2490

44. *Darrin Williams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2493

45. *David Watts v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2499

46. *Gerald Rawlins v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2502

47. *Gilberto Orench v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2571

48. *Jesse Flegal v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2478

49. *Justin Colon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2550

50. *Michael Tipton v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2554

51. *Peter Niemeyer v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2562

52. *Shawn J. Whyte v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2483

53. *Zane Lisenby v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2486

54. *Daniel Harmon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2614

55. *Christopher Latigue v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2489

56. *John MacMurray v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2619

57. *Rene Ramirez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2491

58. *Tyler Tardiff v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2495

59. *Chelsea Velez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2501

60. *Dwayne Martin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2510

61. *Gerald Smith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2512

62. *Ronald Adams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2624

63. *Tyler Loflin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2513

64. *Jeremy Haynes v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2514

65. *Ronald Colwell v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2626

66. *Bryan Crawford v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2516

67. *Scottie Jones v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2518

68. *Michael K. Raymer v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2520

69. *Ramon Soberanes v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2524

70. *Bjorn Smith-Cavazos v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2574

71. *Christopher Piekunka v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2335

72. *Maxwell J. Lorge v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2526

73. *Timothy Greenwood v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2581

74. *John Perry King v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2587

75. *Robert Chatman v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2339

76. *Dax Rosenbalm v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2592

77. *Melvin Noel Blanco v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2346

78. *Cornelius Dartt v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2351

79. *Grant Miller v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2596

80. *Carl Coleman v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2601

81. *Eduardo Gaona v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2357

82. *Palmer Pederson v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2612

83. *Edward Nusspickel v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2367

84. *Navar Pete v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2615

85. *Jose Luis Martinez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2620

86. *Jeramie Andrews v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2371

87.  *Joseph Adams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2625

88.  *William Dugger v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2628

89.  *Dennis Harris v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2631

90.  *Dalton Justice v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2633

91.  *Richard V. McKinzie v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2376

92.  *Bryan Prejean v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2637

93.  *Stuart Charles Rogers v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2380

94.  *Zebadiah Jones v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2642

95.  *Christopher A. Williams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2386

96. *Timothy Roy Billue v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2649

97. *Isaac Batista v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2391

98. *Bryan Denny v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2396

99. *Xavier Ramirez v. 3M company, 3M Occupational Safety LLC, 3M Puerto Rico, Inc., Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2580

100. *Patrick Shane Thomason v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2632

101. *Robert Chapman v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2639

102. *Ira Ehrenpreis v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2644

103. *Antamica Norris v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2401

104. *Rene Galarza v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2411

105. *Devin French v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2652

106. *Jerald Jones v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2668

107. *Robert Ross v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2675

108. *Michael Vickery v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2682

109. *Arthur Dean v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2690

110. *Houston Levi Shimp v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2412

111. *Tim Bolenbaugh v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2693

112. *Bradley Dean Graham v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2696

113. *Nolan Opp v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2678

114. *Braulio A. Torres v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2681

115. *Joseph W. Marcum v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2698

116. *Leisel Dallam v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2702

117. *Daniel Burke v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2708

118. *Matthew Whistler v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2403

119. *Ryan Kenneth Lee v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2715

120. *Logan Fileccia v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2723

121. *Robert Ruben Juarez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2729

122. *Roger Ray Sanchez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2399

123. *David Early Mize v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2735

124. *Christopher Guilbeau v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2748

125. *John Brenner v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2689

126. *Devon J. Wildig v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2712

127. *James Hill v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2718

128. *John D. Royalty v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2722

129. *Nicholas McMahan v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2394

130. *Joshua Hendricks v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2634

131. *Landon Schwartz v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2730

132.  *Deon Carson v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2733

133.  *Kyle E. Gaubert v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2393

134.  *Russell K. Reel v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2385

135.  *Charles Bryan Smith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2680

136.  *Dustin Whitten v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2657

137.  *Virgilio Lappost v. 3M company, 3M Occupational Safety LLC, 3M Puerto Rico, Inc., Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2582

138.  *Andrew Swanson v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2366

139.  *Kenneth M. Adams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2360

140.  *Jason Coker v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2527

141. *Gregor Gregorian v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2529

142. *Timothy Charles Welch v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2532

143. *David Koch v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2536

144. *Robert F. Hirschi v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2542

145. *Jeremy Ryan Byrd v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2546

146. *Jose Lopez Rodriguez v. 3M company, 3M Occupational Safety LLC, 3M Puerto Rico, Inc., Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2549

147. *William Clement v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2352

148. *Claude Harper v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2553

149. *Dewayne Scales v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2347

150.   *Danny Beard v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2691

151.   *Eric Daniel Simon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2340

152.   *Aaron S. Leach v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2557

153.   *Mark A. Cole v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2559

154.   *Chris Fairchild v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2563

155.   *Jakila King v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2568

156.   *Mark Torres v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2572

157.   *Norman Lehman v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2425

158.   *Charles Kindred v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2584

159. *Rodney Martin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2664

160. *Johnny Miracle v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2600

161. *Matthew Nardo v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2623

162. *Dalton Gaudin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2630

163. *John Madia v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2636

164. *Jason Wild v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2643

165. *Ronald David Leonard v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2647

166. *Brian S. Edgar v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2651

167. *Billy Woods v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2658

168. *Shaun Lee Smith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2706

169. *Michael Leroy Brooks v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2569

170. *Michael Yowk v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2538

171. *Terrell Phillips v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2714

172. *Daniel Hutchins v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2547

173. *David Erik Crews v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2720

174. *Timothy Faust v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2551

175. *Ronald Guffey v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2734

176. *Donald Obrien v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2749

177.   *Edward Green v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2573

178.   *Howard Butt v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2579

179.   *Jesse Balch v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2757

180.   *John McCombs v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2765

181.   *Joyce Kirkham v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2770

182.   *Brian Kindley v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2555

183.   *Torrell Jasper v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2607

184.   *Robert Graves v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2585

185.   *Jonathan L. Colon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2589

186. *Monica Alpi v. 3M company, 3M Occupational Safety LLC, 3M Puerto Rico, Inc., Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2588

187. *Arnaldo Lamberty v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2595

188. *Carlos Daniels v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2560

189. *James Whitted v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2777

190. *Victor M. Vega Rodriguez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2598

191. *Charles Turner v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2640

192. *Joshua Michael Casey v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2648

193. *Jonathan Zeigler v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2787

194. *Denita Minnis v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2685

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & AZIZ**

*/s/ Muhammad S. Aziz*
_____
MUHAMMAD S. AZIZ
Texas State Bar No. 24043538
800 Commerce Street
Houston, Texas 77002
(713) 222-7211
(713) 225-0827 – Facsimile
maziz@awtxlaw.com

**ATTORNEY FOR PLAINTIFFS**

23