UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge Rodgers on:  October 23, 2019
Motion/Pleading:  Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records
Filed by:  Plaintiffs     on  10/23/2019     Doc. #  779
RESPONSES:
                            on              Doc. #
                            on              Doc. #

___ Stipulated     ___ Joint Pldg.
___ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

For good cause shown, the motion is **GRANTED**, as requested.

**DONE AND ORDERED**, this 24th day of October, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**