**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | )<br>)<br>) |
| | ) |
| This Document Relates to All Cases | )<br>) |

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

_____

## **ORDER**

On October 21, 2019, the Court conducted a telephone hearing during which it approved a framework by which a party may file a document under seal.  As per agreement between the parties, and with the Court's approval, the protocol regarding retaining documents under seal in MDL 2885 is outlined as follows:

1. Any party may file a document under seal without first having to file a motion to seal.

2. Within seven (7) days of the document being filed, the parties must meet and confer regarding the confidentiality of the sealed documents.

3. The parties then have an additional three (3) days (for a total of ten (10) days) during which to advise the Court whether:

a. the seal should be lifted in the event both parties agree that the document should not be under seal or the 10 days expires without a submission from the parties;

b. the party jointly request that the document remain under seal; or

c. in the event there is a disagreement whether the document should be filed under seal, either party may file a motion to keep the document under seal.

4. If the parties agree jointly, either in favor of unsealing or keeping the document under seal, they will enter a joint statement requesting the Court order the document(s) sealed and/or unsealed.

5. However, once a motion is filed indicating a disagreement between the parties as to the status of a sealed document, the Court will issue a briefing schedule to allow opposition and reply timing.

6. In the event the parties disagree whether the document should remain under seal, following full briefing by the parties, the Court would then rule on the motion to seal, under applicable legal standards governing the sealing of documents.

**DONE AND ORDERED** this 24th day of October 2019.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge