AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| WILLIAM CASTLE<br>*Plaintiff*<br>v.<br>3M COMPANY<br>*Defendant* | )<br>)<br>)  Case No.  3:19 md 2885<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WILLIAM CASTLE

Date:  OCTOBER 24, 2019

*[signature]*
*Attorney's signature*

FRANK S. GATTUSO/2945376
*Printed name and bar number*
GATTUSO & CIOTOLI, PLLC
THE WHITE HOUSE
7030 E. GENESE STREET
FAYETTEVILLE,, NY 13066

*Address*

fgattuso@gclawoffice.com
*E-mail address*

315-314-8000
*Telephone number*

315-446-7521
*FAX number*