# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**  Date: October 25, 2019
In Re: **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Sixth Case Management Conference**
Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Attorneys for Plaintiffs:** Bryan Aylstock, Shelley Hutson and Christopher Seeger

**Attorneys for Defendant 3M Co. and Aearo:** Mike Brock, Mark Nomellini, Sierra Elizabeth and Larry Hill

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:30 am

9:38 am   Court in Session
Court addresses the following matters:
- Deadlines
- Census Questionnaire Form
- Motions to Remand
- Document Production from DOD - Judge Herndon
- Briefing Schedule
- Depositions

9:50   Plaintiffs (Buchanan) addresses document production and TAR update; Judge Jones responds; Defendants (Nomellini) responds

10:06   Court addresses:
- Early Vetting Subcommittee
- Census Process, Deficiency Process, Vetting Process

10:09   Court in Recess