## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the 194 Cases Identified on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

Before the Court is a motion for leave to extend time for service of summonses and complaints on Defendants in the 194 cases identified on Exhibit A.  *See* ECF No. 783.  This motion is denied without prejudice for failure to comply with the Local Rules of this Court, as it lacks a certificate "confirming that the moving party complied with the attorney-conference requirement of Local Rule 7.1(B) and setting out the results" of that conference.  *See* N.D. Fla. Loc. R. 7.1(C).

**SO ORDERED**, on this 28th day of October, 2019.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| | Judge M. Casey Rodgers |
| This Document Relates to the Cases Listed Below | Magistrate Judge Gary R. Jones |

## <u>EXHIBIT A</u>

PLAINTIFFS:

1.  *Ivan Bauer v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2322

2.  *Douglas Edds v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2531

3.  *Efrain Arce-Perez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2533

4.  *Charles Herald v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2537

5.  *Jason Mayo v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2541

6.   *Raub Eason Nash v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2552

7.   *Joseph Palanki v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2324

8.   *Stephen Quarles v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2558

9.   *Eric Beesley v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2326

10.  *Everett Getchell v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2327

11.  *Gary Spence v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2330

12.  *John Gould v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2564

13.  *Paul Luchetsky v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2333

14.  *Robert Koolmees v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2466

15. *Robert Marucci v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2467

16. *Ronald Leblanc v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2469

17. *Ryan Meisch v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2334

18. *Todd Rielly v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2472

19. *Troy Holley v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2474

20. *Alexandra Finley v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2476

21. *Brian Jett v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2479

22. *Jimmy Vazquez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2570

23. *Justin W. Martin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2576

24. *Ronnie L. Myers v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2338

25. *Sarah Cooper v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2535

26. *Vonnette Monteith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2578

27. *Wesley Bourne v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2482

28. *Anthony Smith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2468

29. *Chauncey Phillips v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2470

30. *Zachary Durison v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2473

31. *Leroy Jackson v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2475

32. *Shannon Cormier v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2358

33.   *Giovanni Melendez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2481

34.   *Ralph Lawrence v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2363

35.   *Tommy J. Reason v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2535

36.   *Wyatt Lutz v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2487

37.   *Kyle Lennon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2377

38.   *Benjamin A. Hunter v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2410

39.   *David Palmer v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2594

40.   *Antonio Ruffin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2416

41.   *Brad Gros v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2599

42. *Brandon Lovell v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2485

43. *Christopher Morse v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2490

44. *Darrin Williams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2493

45. *David Watts v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2499

46. *Gerald Rawlins v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2502

47. *Gilberto Orench v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2571

48. *Jesse Flegal v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2478

49. *Justin Colon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2550

50. *Michael Tipton v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2554

51.    *Peter Niemeyer v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2562

52.    *Shawn J. Whyte v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2483

53.    *Zane Lisenby v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2486

54.    *Daniel Harmon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2614

55.    *Christopher Latigue v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2489

56.    *John MacMurray v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2619

57.    *Rene Ramirez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2491

58.    *Tyler Tardiff v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2495

59.    *Chelsea Velez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2501

60.   *Dwayne Martin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2510

61.   *Gerald Smith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2512

62.   *Ronald Adams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2624

63.   *Tyler Loflin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2513

64.   *Jeremy Haynes v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2514

65.   *Ronald Colwell v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2626

66.   *Bryan Crawford v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2516

67.   *Scottie Jones v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2518

68.   *Michael K. Raymer v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2520

69. *Ramon Soberanes v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2524

70. *Bjorn Smith-Cavazos v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2574

71. *Christopher Piekunka v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2335

72. *Maxwell J. Lorge v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2526

73. *Timothy Greenwood v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2581

74. *John Perry King v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2587

75. *Robert Chatman v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2339

76. *Dax Rosenbalm v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2592

77. *Melvin Noel Blanco v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2346

78.  *Cornelius Dartt v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2351

79.  *Grant Miller v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2596

80.  *Carl Coleman v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2601

81.  *Eduardo Gaona v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2357

82.  *Palmer Pederson v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2612

83.  *Edward Nusspickel v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2367

84.  *Navar Pete v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2615

85.  *Jose Luis Martinez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2620

86.  *Jeramie Andrews v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2371

87. *Joseph Adams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2625

88. *William Dugger v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2628

89. *Dennis Harris v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2631

90. *Dalton Justice v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2633

91. *Richard V. McKinzie v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2376

92. *Bryan Prejean v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2637

93. *Stuart Charles Rogers v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2380

94. *Zebadiah Jones v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2642

95. *Christopher A. Williams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2386

96. *Timothy Roy Billue v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2649

97. *Isaac Batista v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2391

98. *Bryan Denny v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2396

99. *Xavier Ramirez v. 3M company, 3M Occupational Safety LLC, 3M Puerto Rico, Inc., Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2580

100. *Patrick Shane Thomason v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2632

101. *Robert Chapman v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2639

102. *Ira Ehrenpreis v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2644

103. *Antamica Norris v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2401

104. *Rene Galarza v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2411

105.   *Devin French v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2652

106.   *Jerald Jones v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2668

107.   *Robert Ross v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2675

108.   *Michael Vickery v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2682

109.   *Arthur Dean v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2690

110.   *Houston Levi Shimp v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2412

111.   *Tim Bolenbaugh v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2693

112.   *Bradley Dean Graham v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2696

113.   *Nolan Opp v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2678

114.  *Braulio A. Torres v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2681

115.  *Joseph W. Marcum v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2698

116.  *Leisel Dallam v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2702

117.  *Daniel Burke v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2708

118.  *Matthew Whistler v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2403

119.  *Ryan Kenneth Lee v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2715

120.  *Logan Fileccia v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2723

121.  *Robert Ruben Juarez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2729

122.  *Roger Ray Sanchez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2399

123. *David Early Mize v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2735

124. *Christopher Guilbeau v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2748

125. *John Brenner v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2689

126. *Devon J. Wildig v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2712

127. *James Hill v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2718

128. *John D. Royalty v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2722

129. *Nicholas McMahan v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2394

130. *Joshua Hendricks v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2634

131. *Landon Schwartz v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2730

132. *Deon Carson v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2733

133. *Kyle E. Gaubert v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2393

134. *Russell K. Reel v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2385

135. *Charles Bryan Smith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2680

136. *Dustin Whitten v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2657

137. *Virgilio Lappost v. 3M company, 3M Occupational Safety LLC, 3M Puerto Rico, Inc., Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2582

138. *Andrew Swanson v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2366

139. *Kenneth M. Adams v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2360

140. *Jason Coker v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2527

141.  *Gregor Gregorian v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2529

142.  *Timothy Charles Welch v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2532

143.  *David Koch v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2536

144.  *Robert F. Hirschi v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2542

145.  *Jeremy Ryan Byrd v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2546

146.  *Jose Lopez Rodriguez v. 3M company, 3M Occupational Safety LLC, 3M Puerto Rico, Inc., Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2549

147.  *William Clement v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2352

148.  *Claude Harper v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2553

149.  *Dewayne Scales v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2347

150.   *Danny Beard v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2691

151.   *Eric Daniel Simon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2340

152.   *Aaron S. Leach v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2557

153.   *Mark A. Cole v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2559

154.   *Chris Fairchild v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2563

155.   *Jakila King v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2568

156.   *Mark Torres v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2572

157.   *Norman Lehman v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2425

158.   *Charles Kindred v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2584

159.  *Rodney Martin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2664

160.  *Johnny Miracle v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2600

161.  *Matthew Nardo v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2623

162.  *Dalton Gaudin v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2630

163.  *John Madia v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2636

164.  *Jason Wild v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2643

165.  *Ronald David Leonard v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2647

166.  *Brian S. Edgar v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2651

167.  *Billy Woods v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2658

168. *Shaun Lee Smith v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2706

169. *Michael Leroy Brooks v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2569

170. *Michael Yowk v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2538

171. *Terrell Phillips v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2714

172. *Daniel Hutchins v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2547

173. *David Erik Crews v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2720

174. *Timothy Faust v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2551

175. *Ronald Guffey v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2734

176. *Donald Obrien v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2749

177. *Edward Green v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2573

178. *Howard Butt v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2579

179. *Jesse Balch v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2757

180. *John McCombs v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2765

181. *Joyce Kirkham v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2770

182. *Brian Kindley v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2555

183. *Torrell Jasper v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2607

184. *Robert Graves v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2585

185. *Jonathan L. Colon v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2589

186. *Monica Alpi v. 3M company, 3M Occupational Safety LLC, 3M Puerto Rico, Inc., Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2588

187. *Arnaldo Lamberty v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2595

188. *Carlos Daniels v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2560

189. *James Whitted v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2777

190. *Victor M. Vega Rodriguez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2598

191. *Charles Turner v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2640

192. *Joshua Michael Casey v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2648

193. *Jonathan Zeigler v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2787

194. *Denita Minnis v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2685