UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 3:19-md-2885 |
| This Document Relates to: | ) ) | **Judge M. Casey Rodgers**<br>**Magistrate Judge Gary R. Jones** |
| SAMUEL TOMAS HEATH, | ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:19-cv-00704<br>JURY DEMANDED |
| vs. | ) ) | |
| 3M COMPANY AND AEARO TECHNOLOGIES, LLC, | ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Samuel Tomas Heath, through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants 3M Company and Aearo Technologies, LLC.

DATED: October 28, 2019      Respectfully submitted,

*/s/ Tricia Herzfeld*
Tricia Herzfeld (FL Bar No. 0529680)
J. Gerard Stranch, IV* (TN BPR#023045)
Joe P. Leniski, Jr.* (TN BPR#022891)

1

**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
Email: triciah@bsjfirm.com
    gerards@bsjfirm.com
    joeyl@bsjfirm.com

*pro hac vice* forthcoming

*Attorneys for Plaintiff Samuel Tomas Heath*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served via the Court's electronic CM/ECF System, this 28th day of October, 2019.

*/s/Tricia Herzfeld*
Tricia Herzfeld