UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Nathaniel Hieb v. 3M Company & Aearo Technologies LLC<br>Civil Action No. 3:19-cv-01501 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Nathaniel F. Hieb and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants and without costs against the defendants, 3M Company and Aearo Technologies, LLC.

Dated: October 29, 2019

                                            Respectfully Submitted,

                                            /s/ Jonathan D. Orent
                                            Jonathan D. Orent, #7408
                                            MOTLEY RICE LLC
                                            55 Cedar Street, Suite 100
                                            Providence, RI 02903
                                            401-457-7700
                                            401-457-7708 Fax
                                            jorent@motleyrice.com
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of October, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of the notices of Electronic Filing generated by CM/ECF on all counsel of record.

                                                /s/ *Jonathan D. Orent*
                                                    Jonathan D. Orent