AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| NAVIN ARORA <br> *Plaintiff* <br> v. <br> IN RE: 3M COMBAT ARMS EARPLUGS PRODUCT <br> *Defendant* | ) <br> ) <br> ) Case No.  3:19MD2885 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Navin Arora v. 3M Company, Aearo Holding et al.  Eastern District of New York Case No. 2:19-cv-04241.

Date: 10/24/19

*Attorney's signature*

Chris Economou 4064739
*Printed name and bar number*

Economou & Economou, P.C.
85 Cold Spring Road, Suite 200
Syosset, New York 11791

*Address*

economouc@aol.com
*E-mail address*

(516) 682-0010
*Telephone number*

(516) 682-0011
*FAX number*



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Chris Economou** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 23 rd day of October 2002, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 17, 2019.

*Aprilanne Agostino*
Clerk of the Court