# Exhibit 4



Restricted
R ⊕ Confidential
limited access

MRK-AAD 0800078

## Alise S. Reicin

[Help]

**Section C: Summary of Employee's Overall Performance and Identification of Strengths & Development Needs** (Completed by the manager)

Based on your evaluation of the employee's performance and demonstration of performance dimensions, summarize the employee's overall accomplishments and identify areas of strength and development needs.

> OP - Redacted - other product    The filing of the NDA for JRA for Vioxx    OP - Redacted were substantive accomplishments. You have been a tenacious defender of the coxib franchise and are considered invaluable on the WBST.
> OP - Redacted - other product    Continue your efforts to expand your group, especially to build up rheumatologic experience to provide a stronger base to deal with the challenges ahead for NO-rofecoxib and the CCR2 and P38 programs.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

10