# Exhibit 7

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

Plaintiff,

v.

Case No.:
1:14–cv–01748

Honorable
Matthew F.
Kennelly

Eli Lilly and Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2015:

MINUTE entry before the Honorable Matthew F. Kennelly: Case management conference held on 10/15/2015. Discussions held on all items listed on the joint agenda. An overall cap of 86 AbbVie custodial files is set, with a "safety valve" as described by the Court orally at today's conference. The deadline for the production of custodial files for Tier A custodians remains due by 11/30/2015; deadline for Tier B custodians is extended to 1/2/2016. (agenda item I). Plaintiff's motion to compel production of personnel files is granted with regard to salary and other compensation information for those employees with bonus–related information producible under the Court's earlier order. Plaintiffs' motion to compel production of documents pertaining to the safety of exogenous testosterone is granted to the extent stated in open court (agenda item V); the parties are to submit an order via Judge Kennelly's draft order e–mail address. If the person has no producible bonus–related information, other compensation information does not need to be produced (agenda item VI). The time for the 11/12/2015 case management conference is moved to 1:30 p.m. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.