# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 19

A number of individual cases that were severed pursuant to Pretrial Order No. 16 have now been improperly refiled in the Gainesville division of this Court. This creates needless and preventable administrative burdens for the Clerk's Office, which must now manually transfer the cases to the Pensacola division, where the 3M Combat Arms Earplug Products Liability Litigation is pending. In the future, any case filed in this district against 3M Company and/or its subsidiaries alleging claims involving the Dual-Ended Combat Arms Earplug must be filed in the Pensacola division of the Court.

**SO ORDERED**, on this 31st day of October, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**