# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary Jones |
| This Document Relates To All Cases | |

## NOTICE OF APPEARANCE

Peter M. Farren of Valrico Law Group, PLLC hereby enters his appearance in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Farren is counsel of record in *DeFoor v. 3M Co.*, No. 3:19-cv-03850, which was direct filed in this Court. Mr. Farren has completed the administrative requirements outlined in Pretrial Order No. 3 (tutorial confirmation number FLND15648612392507). Counsel requests that all further papers and pleadings in the matter be served upon him.

Dated: October 30, 2019

Respectfully submitted,

VALRICO LAW GROUP, PLLC

By: _____
Peter M. Farren, Esq.
VALRICO LAW GROUP, PLLC
Florida Bar No. 0301050
3626 Erindale Drive
Valrico, FL 33596
Tel. (813) 661-5180
Fax (813) 661-5185
peter.farren@valricolawgroup.com
tonya.coglianese@valricolawgroup.com
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(F), the undersigned certifies that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on October 30, 2019.

By: _____
Peter M. Farren