UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: Sean Lynch, et al., 3:19-cv-00709-MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

PLEASE TAKE NOTICE that the undersigned no longer represents Plaintiff Sean Lynch. William H. Murphy III remains counsel for Plaintiff. Accordingly, the undersigned requests that she be removed from the Notice of Electronic Filing listserve for this Multi-District Litigation.

　　　　　　　　　　　　　　　　　　/s/ Jessica H. Meeder
　　　　　　　　　　　　　　　　　Jessica H. Meeder
　　　　　　　　　　　　　　　　　Murphy, Falcon & Murphy
　　　　　　　　　　　　　　　　　One South Street
　　　　　　　　　　　　　　　　　30th Floor
　　　　　　　　　　　　　　　　　Baltimore, MD  21202
　　　　　　　　　　　　　　　　　410-539-6500
　　　　　　　　　　　　　　　　　jessica.meeder@murphyfalcon.com