# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) | |
| EARPLUG PRODUCTS LIABILITY ) | |
| LITIGATION ) | Case No. 3:19-md-2885 |
| ) | |
| ) | Hon. Judge M. Casey Rodgers |
| *This Document Relates to All Actions* ) | Magistrate Judge Gary R. Jones |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Pursuant to the Court's instructions, Plaintiffs respectfully move the Court for leave to file a Reply in Support of Plaintiffs' Motion to Compel Discovery.

Defendants' Response to Plaintiffs' Motion, filed November 1, 2019, for the first time raised an alternative proposal that would permit 3M to redact portions of particular Personnel File documents that 3M unilaterally deems irrelevant, while simultaneously burdening the Court with in camera review of such materials. Plaintiffs request that the Court grant leave to file a reply so that Plaintiffs can, *inter alia*, address this novel and troubling suggestion.

Defendants' have advised Plaintiffs that they have no objection to Plaintiffs filing a Reply, but reserve the right to file a short response if Plaintiffs raise new arguments.

Dated: November 4, 2019

Respectfully submitted,

/s/ *David R. Buchanan*
David R. Buchanan, Co-Chair PSC
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042741993
Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
dbuchanan@seegerweiss.com
cseeger@seegerweiss.com

Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell,
Rafferty, & Proctor, P.A.
316 South Baylen Street
Pensacola, FL 32502
Tel.: (850) 435-7044
bbarr@levinlaw.com

                                        Michael A. Burns, Co-Liaison Counsel
                                        Mostyn Law Firm
                                        3810 W. Alabama Street
                                        Houston, TX 77027
                                        Tel.: (713) 714-0000
                                        epefile@mostynlaw.com

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I caused the foregoing Motion to Compel Discovery to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

          */s/ David R. Buchanan*
          David R. Buchanan