# Exhibit B



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Karl Byron Gunderson, Esq.

#### DATE OF ADMISSION

*June 17, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 21, 2019

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk