IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,	Case No. 3:19-md-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary Jones

This Document Relates to All Cases
_____/

## O R D E R

Plaintiffs' Unopposed Motion for Leave to File Reply in Support of Plaintiffs' Motion to Compel Discovery, ECF No. 808, is **GRANTED.** Plaintiffs must file their reply by the close of business on November 5, 2019.

**DONE AND ORDERED** this 5th day of November 2019.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge