UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: November 6, 2019
Motion/Pleading: Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records
Filed by: Plaintiffs   on 11/06/2019   Doc. # 814
RESPONSES:
                                        on                  Doc. #
                                        on                  Doc. #

____ Stipulated    ____ Joint Pldg.
____ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

For good cause shown, the motion is **GRANTED,** as requested.

**DONE AND ORDERED**, this 6th day of November, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**