UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   November 7, 2019

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  S. Everett Pepper      on  November 6, 2019          Doc. #   819

Response _____    on _____     Doc. # ____

\_\_\_\_\_  Stipulated        \_\_\_\_\_  Joint Pleading
\_\_\_\_\_  Unopposed        \_\_\_\_\_  Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 7th day of November 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**