# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, November 08, 2019 7:34 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, November 8, 2019 1:33:25 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 11/8/2019 at 8:33 AM EST and filed on 11/8/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 613 |

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 1 action(s) *re: pldg. ([611] in MDL No. 2885, 1 in MN/0:19-cv-02788)* Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

<span style="color:blue">**Signed by Clerk of the Panel John W. Nichols on 11/8/2019.**</span>

<span style="color:blue">**Associated Cases: MDL No. 2885, MN/0:19-cv-02788 (TF)**</span>

| | |
|---|---|
| **Case Name:** | Boren et al v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02788 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 1 action(s) *re: pldg. ( [611] in MDL No. 2885, 1 in MN/0:19-cv-02788)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/8/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02788 (TF)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02788 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Frank C. Rothrock     frothrock@shb.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02788 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/8/2019] [FileNumber=950608-0]
[237a43290608e5d5c69bf7159e2c3dec4e010fcbe52d1deeff200b4c6819356015b83
1299e78e5f6c92c582269b7f66fe1950829eb40f91b865fe190daab9486]]