UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS | * Case No. 3:19md2885 |
| EARPLUG PRODUCTS | * |
| LIABILITY LITIGATION | * |
| | * Judge M. Casey Rodgers |
| This Document Relates to All Cases | * Magistrate Judge Gary R. Jones |

******************************************************************

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward A. Ready of the law firm Ready Law LLC hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Ready is counsel of record in an individual member case, Kevin Doyle vs. 3M et al. docket 3:19-cv-3747, which has been transferred to this Court from the Eastern District Court of Louisiana by the JPML. Mr. Ready has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number: FLND15604548362312) and has been granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted November 12th, 2019.

**READY LAW, L.L.C.**

**/s *Edward A. Ready***
EDWARD A. READY (#32927)
2901 Ridgelake Drive, Suite 205
Metairie, Louisiana 70002
Telephone: (504) 292-7375
Facsimile:  (888) 265-8774
eaready@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned, an Attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on November 12, 2019, served electronically on all counsel of record.

/s     *Edward A. Ready*_____
Edward A. Ready