# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER

At the sixth Case Management Conference, the parties were advised that the Court would defer ruling on the motions to remand currently pending in the Minnesota cases and resolve those motions at the same time it resolves any dispositive motions on Defendants' affirmative defenses. This decision was based on the parties' request and a very cursory review of their filings and the law, which the Court felt *suggested* that Defendants had raised a colorable federal defense. At that time, the Court was advised that all individual plaintiffs' counsel and Defendants agreed to the tabling of the remand issue. However, since that time, Attorney Mikal Watts has filed 47 objections to Pretrial Order No. 18, Order Governing Initial Census Requirements for Filed Cases, ECF No. 775 ("Initial Census Order"), based on an argument that this Court lacks subject matter jurisdiction to enter census and discovery-related orders with respect to the Minnesota cases. *See, e.g.*, *Powers, et al.*, No. 3:19cv2957, ECF No. 23. With these objections on the record, the Court feels a prompt decision on the pending motions

to remand is required.  In the meantime, all Minnesota cases in which a remand motion is currently pending are hereby relieved from the obligation to comply with the Initial Census Order, until further order of the Court.

**SO ORDERED**, on this 13th day of November, 2019.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**