UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases

_____

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Leslie M. Kroeger and Adam J. Langino of COHEN MILSTEIN SELLERS & TOLL, PLLC file their Notice of Appearance as counsel on behalf of the following Plaintiffs in the above lawsuit:

- *Timothy Perez v. 3M  - Case No. 3:19-cv-4666*
- *Alonzo Mann v. 3M – Case No. 3:19-cv-4652*
- *Richard Smith v. 3M – Case No. 3:19-cv-4727*
- *Rashad Ross v. 3M – Case No. 3:19-cv-4728*
- *David Rodriguez v. 3M – Case No. 3:19-cv-4729*
- *Ruben Ortega v. 3M – Case No. 3:19-cv-4730*
- *Timothy Martin v. 3M – Case No. 3:19-cv-4731*
- *Patrick Lunsford v. 3M – Case No. 3:19-cv-4732*
- *Brian and Deana Love v. 3M – Case No. 3:19-cv-4733*
- *Pedro Delgado v. 3M – Case No. 3:19-cv-4734*
- *Michael Carrillo v. 3M – Case No. 3:19-cv-4735*
- *Dylan Adkins v. 3M – Case No. 3:19-cv-4736*

*Cohen Milstein Sellers & Toll, PLLC*
*2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410*
*Telephone: (561) 515-1400   Facsimile (561) 515-1401*

Counsel requests that all pleadings and correspondence be sent to their attention in the future at the address below.

Respectfully submitted,

/s/ Adam J. Langino
Leslie M. Kroeger, Esq.
Florida Bar No.: 989762
lkroeger@cohenmilstein.com
Adam J. Langino, Esq.
Florida Bar No.: 031368
alangino@cohenmilstein.com
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
(561) 515-1400

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2019, we electronically filed a true and correct copy of the foregoing via the Clerk of Court via the ECF system which sent notice of same to all counsel of record.

Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
(561) 515-1400
(561) 515-1401 (facsimile)

By:   /s/  Adam J. Langino
      Leslie M. Kroeger, Esq.
      Florida Bar No.:  989762
      Adam J. Langino, Esq.
      Florida Bar No.: 031368