UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION
   Drago v. 3M Company, et al.,
         D. Massachusetts, C.A. No. 1:19-11663        MDL No. 2885

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE DECEMBER 5, 2019, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Drago*) on August 13, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Drago* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiff has withdrawn his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-28" filed on August 13, 2019, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable M. Casey Rodgers.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 21, 2019, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By _____
Deputy Clerk

FILED USDC FLND PN
NOV 19 '19 PM 1:13