**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, November 19, 2019 12:32 PM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Order Lifting Stay of CTO |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, November 19, 2019 6:30:10 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Order Lifting Stay of CTO

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.</span>
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 11/19/2019 at 1:30 PM EST and filed on 11/19/2019
**Case Name:**       IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**    MDL No. 2885
**Filer:**
**Document Number:** 618

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-28) AND VACATING THE DECEMBER 5, 2019 HEARING SESSION ORDER ((1 in MA/1:19-cv-11663, [533] in MDL No. 2885), (15 in MA/1:19-cv-11663, [608] in MDL No. 2885) ) <617> in MDL No. 2885**

**IT IS THEREFORE ORDERED that CTO-28 filed on AUGUST 13, 2019, is lifted insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on OCTOBER 21, 2019, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel John W. Nichols on 11/19/2019.**

**Associated Cases: MDL No. 2885, MA/1:19-cv-11663 (JC)**

**Case Name:**    Drago v. 3M Company et al

**Case Number:**    MA/1:19-cv-11663

**Filer:**

**Document Number:** 17

**Docket Text:**

**ORDER LIFTING STAY OF CTO (CTO-28) AND VACATING THE DECEMBER 5, 2019 HEARING SESSION ORDER ((1 in MA/1:19-cv-11663, [533] in MDL No. 2885), (15 in MA/1:19-cv-11663, [608] in MDL No. 2885) ) <617> in MDL No. 2885**

**IT IS THEREFORE ORDERED that CTO-28 filed on AUGUST 13, 2019, is lifted insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on OCTOBER 21, 2019, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel John W. Nichols on 11/19/2019.**

**Associated Cases: MDL No. 2885, MA/1:19-cv-11663 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

Michael A. Burns    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MA/1:19-cv-11663 Notice has been electronically mailed to:**

Frank C. Rothrock    frothrock@shb.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Brian McNiff    bmcniff@forrestlamothe.com

Michael C. Forrest    mforrest@forrestlamothe.com

David J. Relethford    drelethford@forrestlamothe.com

Matthew T. LaMothe    mlamothe@forrestlamothe.com

Kevin J. McCullough    kjm@helpinginjured.com

**MA/1:19-cv-11663 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/19/2019] [FileNumber=952666-0]
[0c30c56aebdde23275a420d390d3ef4fedb381b71c283d3592c51a783189ceba56a0
51c5c08601bf2ba627859393323ce6efd1e218f052031f8c3b84fab07ecd]]