UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### ORDER

Case management conferences are hereby scheduled at 9:30 Central on the following dates:

Tuesday, January 14, 2020

Friday, February 21, 2020

Friday, March 27, 2020

Friday, April 24, 2020

Friday, May 29, 2020

The Court will hold a preconference meeting at 8:30 Central with those attorneys permitted to attend under Case Management Order No. 2, ECF No. 452.

**SO ORDERED**, on this 19th day of November, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**