UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION | § § § | CASE NO. 3:19-MD-2885 |
| | § | JUDGE M. CASEY RODGERS |
| This Document Relates to all Cases | § | MAGISTRATE JUDGE GARY R. JONES |

**MOTION TO APPEAR PRO HAC VICE OF JOSEPH M. BRUNO**

In accordance with the Court's Pretrial Order No. 3, and Northern District of Florida Local Rule 11.1(c), I, Joseph M. Bruno, hereby respectfully move for admission to practice *pro hac vice* in the above referenced case.  Movant certifies as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.  Movant is a member in good standing from the State Bar of Louisiana.  A copy of a Certificate of Good Standing from the State Bar of Louisiana and the Louisiana Supreme Court are attached to this Motion as Exhibit "A".

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, completed the online Attorney Admission Tutorial (Confirmation Number: FLND15652955822523), and completed the CM/ECF online tutorials.

4. Movant has paid the required $201.00 *pro hac vice* admission fee (BFLNDC-4707052).

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiffs in the following actions, which was filed on July 25, 2019, in the United States District Court for the Eastern District of Louisiana, 2:19-cv-11866,

*Joseph Cline v. 3M Company, et al.*; 2:19-cv-11869, *Kendric Perkins v. 3M Company, et al*.; and 2:19-cv-11871, *Theodore Wong v. 3M Company, et al.*

WHEREFORE, Joseph M. Bruno, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiff and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: November 21, 2019

    Respectfully submitted,

    BRUNO & BRUNO, L.L.P.
    855 Baronne Street
    New Orleans, Louisiana 70113
    (504) 525-1335
    Fax: (504) 561-6775
    Email: jbruno@brunobrunolaw.com

By: /s/ *Joseph M. Bruno*
    Joseph M. Bruno
    Louisiana Bar No. 03604

**ATTORNEYS FOR PLAINTIFFS, JOSEPH CLINE, KENDRIC PERKINS AND THEODORE WONG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed below by this Court's e-file system on November 21, 2019.

/s/ *Joseph M. Bruno*
Joseph M. Bruno