## United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *JOSEPH MICHAEL BRUNO ESQ., #3604*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 6th Day of October, 1978 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 19th Day of November, 2019, A.D.

Clerk of Court
Supreme Court of Louisiana



EXHIBIT

1