# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. Joseph M Bruno

whose address is _____ 855 Baronne St _____

New Orleans, LA 70113-1102

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the

_____6th_____ day of _____October_____, _____1978_____.

Given over my hand and the Seal of the Louisiana State Bar Association, this _____18th_____ day of _____November_____, _____2019_____.

_[signature]_

Executive Director
Louisiana State Bar Association

**EXHIBIT 2**