**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| **IN RE:  3M COMBAT EARPLUGS** | § | **CASE NO. 3:19-MD-2885** |
| **PRODUCTS LIABILITY LITIGATION** | § | |
| | § | **JUDGE M. CASEY RODGERS** |
| **This Document Relates to all Cases** | § | **MAGISTRATE JUDGE GARY R. JONES** |

**ORDER ON MOTION TO APPEAR *PRO HAC VICE***
**OF JOSEPH M. BRUNO**

Movant, Joseph M. Bruno, having filed his Motion to Appear *Pro Hac Vice*, and the Court, having reviewed and examined said Motion, and being duly advised, hereby GRANTS the motion and admits Joseph M. Bruno *pro hac vice* in this litigation.

SO ORDERED, this _____ day of _____, 2019