UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT EARPLUGS PRODUCTS LIABILITY LITIGATION | § § § | CASE NO. 3:19-MD-2885 |
| | § | JUDGE M. CASEY RODGERS |
| This Document Relates to all Cases | § | MAGISTRATE JUDGE GARY R. JONES |

NOTICE OF APPEARANCE OF
OF JOSEPH M. BRUNO

     Joseph M. Bruno, of Bruno & Bruno, L.L.P., hereby enters an appearance as counsel for Plaintiffs in actions which were filed in the United States District Court for the Eastern District of Louisiana on July 25, 2019, bearing Cause Numbers 2:19-cv-11866, *Joseph Cline v. 3M Company, et al.*; 2:19-cv-11869, *Kendric Perkins v. 3M Company, et al*.; and 2:19-cv-11871, *Theodore Wong v. 3M Company, et al.,* which has been identified as a Tag-Along action in MDL 2885.

     Joseph M. Bruno has reviewed the Attorney Admission Memo, reviewed the Local Rules of this District, possesses an upgraded PACER account, has completed the online Attorney Admission Tutorial (Confirmation Number: FLND15652955822523), and completed the CM/ECF online tutorials.  A copy of Certificates of Good Standing for Joseph M. Bruno from the Louisiana Supreme Court and Louisiana Bar are attached hereto.

Dated November 21, 2019

>Respectfully submitted,
>
>BRUNO & BRUNO, L.L.P.
>855 Baronne Street
>New Orleans, Louisiana 70113
>(504) 525-1335
>Fax: (504) 561-6775
>Email:  jbruno@brunobrunolaw.com
>
>By:   /s/ *Joseph M. Bruno*
>         Joseph M. Bruno
>         Louisiana Bar No. 03604

**ATTORNEYS FOR PLAINTIFFS, JOSEPH CLINE, KENDRIC PERKINS AND THEODORE WONG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed below by this Court's e-file system on November 21, 2019.

>/s/ *Joseph M. Bruno*
>Joseph M. Bruno