## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIBAILITY LITIGATION** | ) ) ) ) | **CASE NO: 3:19-MD-2885** |
| **This document relates to Charles Robinson, Jr.** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **V.** | ) ) | |
| **3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO LLC and AEARO TECHNOLOGIES LLC** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW,** D. G. Pantazis, Jr., of the law firm of Wiggins Childs Pantazis Fisher Goldfarb LLC, and gives notice of his appearance as counsel for Plaintiff Charles Robinson, Jr. in the above-styled action.

Dated this 22st day of November, 2019.

                                              /s/ D.G. Pantazis, Jr.
                                              D.G. Pantazis, Jr.
                                              *Attorney for Plaintiff*

OF COUNSEL:
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
301 Nineteenth Street North
Birmingham, Alabama 35203

## **CERTIFICATE OF SERVICE**

I certify that on this 22nd day of November, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF System who will notify all counsel of record in this action.

/s/ D.G. Pantazis, Jr.
Of Counsel