# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**　　　　　　　　　　　　　　Date: November 22, 2019
In Re: **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Seventh Case Management Conference**
Special Master Judge David Herndon present. Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | United States Magistrate Judge | | | |

**APPEARANCES:**

**Attorneys for Plaintiffs:**   Bryan Aylstock, Shelley Hutson and Christopher Seeger

**Attorneys for Defendant 3M Co. and Aearo:**   Mike Brock, Mark Nomellini, Barry Fields, Nicholas Wasdin and Larry Hill

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:00 am to 9:40 am

9:55 am　　Court in Session

　　　　　　Court addresses the following matters:
- Number of claimants versus number of cases filed – parties to confer w/BrownGreer
- Completed forms and deficiencies, categorizing records and identifying pool of complete cases
- Unfiled cases, tolling agreement and cases complete to move into Bellwether pool process
- Deadlines set prior to December 13th biweekly conference call
- Court suspending/resetting deadlines
- Remand motions in Minnesota cases
- *Touhy* requests for interviewing DOD personnel and taking depositions - Court to contact VA
- Production of documents and scheduled depositions
- Motion to Compel and Response to be filed
- Lab visit and depositions in Indiana, enforcing subpoena in France
- Lien Resolution Administrator
- January 14, 2020: date of next Case Management Conference

11:10　　Court in Recess