## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,                   Case No. 3:19-md-2885-MCR-GRJ

                                      Judge M. Casey Rodgers
                                      Magistrate Judge Gary Jones

This Document Relates to All Cases
_____/

## O R D E R

During the November 22, 2019 Case Management Conference the parties advised there was a dispute concerning the collection of ESI discovery from eight 3M custodians. The Court advised a hearing would be set to resolve the dispute.

To assist the Court in resolving the dispute the parties are directed to email the undersigned with a list detailing the eight custodians, their job titles and the dates the custodians held the job titles. The list should be sent to the undersigned by December 2, 2019.

A **telephonic** hearing is scheduled before Magistrate Judge Gary R. Jones on **Tuesday, December 3, 2019** at **10:30 AM (EST).** The parties shall dial into the conference call by calling AT&T Conference Line at 888-684-8852 and entering access code 4251733#. When prompted for a

security code enter 3696#. The parties may dial into the conference call up to five minutes before the scheduled start time.

**DONE AND ORDERED** this 25th day of November 2019.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge