UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | |
| EARPLUG PRODUCTS | ) | Case No.: 3:19-md-02885 |
| LIABILITY LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| _____ | ) | Magistrate Judge Gary R. Jones |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that the undersigned counsel makes this Notice of Appearance as counsel for the Plaintiff in the following civil actions:

1. 3:19-cv-4816;

2. 3:19-cv-4817;

3. 3:19-cv-4818; and

4. 3:19-cv-4826.

Date: December 2, 2019                    SPOHRER & DODD, P.L.


                                        */s/ Keith L. Maynard*
                                        Keith L. Maynard, Esquire
                                        Florida Bar No.: 36214
                                        76 S. Laura St., Suite 1701
                                        Jacksonville, Florida 32202
                                        Tel: (904) 309-6500
                                        Fax: (904) 309-6501
                                        Email: kmaynard@sdlitigation.com
                                        Secondary: sshedlarski@sdlitigation.com
                                        *Trial Counsel for Plaintiffs*