# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, December 03, 2019 8:17 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, December 3, 2019 2:15:47 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/3/2019 at 9:15 AM EST and filed on 12/3/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [625](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 1 action(s)** *re: pldg. ([621] in MDL No. 2885, 1 in MN/0:19-cv-02961)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/3/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02961 (JC)**

| | |
|---|---|
| **Case Name:** | Allen v. 3M Company et al |
| **Case Number:** | [MN/0:19-cv-02961](#) |
| **Filer:** | |
| **Document Number:** | [3](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 1 action(s)** *re: pldg. ( [621] in MDL No. 2885, 1 in MN/0:19-cv-02961)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/3/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02961 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02961 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:19-cv-02961 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/3/2019] [FileNumber=955470-0]
[22a040e43eb21de66b806d25269cde18f467151068f529cdaf50467fc3b7360049b71
298f29c48eb0029d76266f5a63e3dfe192ab5d510019fd54a0fca1e9f8d]]