# Exhibit A

The State Bar
*of California*

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105    888-800-3400    AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

November 27, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SAGHAR ESFANDIARIFARD, #322766 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2018 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records