UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | * Case No. 3:19md2885 * * * Judge M. Casey Rodgers |
| This Document Relates to All Cases | * Magistrate Judge Gary R. Jones |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Philip P. Terrazzino of the law firm Tomasik Kotin Kasserman, LLC hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Terrazzino is counsel of record in an individual member case, Taveras vs. 3M et al. docket 3:19-cv-00600, which has been transferred to this Court from the Northern District Court of Illinois by the JPML. Mr. Terrazzino has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number: FLND15730639872812) and has been granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted December 5th, 2019.

**Tomasik Kotin Kasserman**

*/s/ Philip P. Terrazzino*
PHILIP P. TERRAZZINO (#6314131)
161 N. Clark Street, Suite 3050
Chicago, IL 60601
Telephone: (312) 605-8800
Facsimile: (312) 605-8808
phil@tkklaw.com

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on December 5, 2019, served electronically on all counsel of record.

/s/   *Philip P. Terrazzino*
Philip P. Terrazzino