UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Wesley D. Merillat, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case, and in support thereof, state as follows:

1. Movant resides in Michigan and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Ohio. Movant's law office is in Ohio and this is the state where he regularly practices law.

3. Movant has attached a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion. See Exhibit "A".

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15706487512736, and the CM/ECF online tutorials.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant possesses an upgraded "NextGen" PACER account.

7. Movant is the attorney of record for the Plaintiff in the related case of *Ledoux v. 3M Company, et al.* Civil Action No.: 3:19-cv-03678.

WHEREFORE, Wesley D. Merillat, respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*.

Date: 12/06/2019

    Respectfully submitted,

    */s/ Wesley D. Merillat*
    Wesley D. Merillat (OH 0080253)
    CHARLES E. BOYK LAW OFFICES, LLC
    405 Madison Avenue, Suite 1200
    Toledo, Ohio 43604
    Telephone:  (419) 241-1395
    Facsimile:   (419) 241-8731
    Email:  wmerillat@charlesboyk-law.com

    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was electronically filed and served with the Clerk of Court using the CM/ECF system on December 6, 2019 and served upon all counsel of record thereafter.

/s/   Wesley D. Merillat
Wesley D. Merillat (0080253; OH)