**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to: See Appendix for List of Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBMIT CONSOLIDATED OPPOSITION TO PLAINTIFFS' REMAND MOTIONS AND EXTEND RESPONSE DEADLINE**

Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo, LLC ("Defendants") respectfully submit this motion for leave to file a consolidated response to Plaintiffs' remand motions filed between December 3 and December 6, 2019, and to extend the deadline for filing the consolidated response to January 16, 2020. Pursuant to Local Rule 7.1, counsel for Defendants conferred with counsel for the Plaintiffs who filed these remand motions on Monday, December 9, 2019, and counsel for the Plaintiffs confirmed that they do not oppose Defendants' request. In support of this motion, Defendants state as follows:

1.     As the Court is likely aware, approximately 260 plaintiffs represented by the Paul LLP firm have filed motions seeking to have their cases remanded to Minnesota state court. Those plaintiffs are listed in the attached Appendix. While certain individual arguments may vary, the substance of the remand motions and supporting arguments are

1

largely the same. Defendants thus submit that it would be a better use of the Court's resources – and those of the parties – for Defendants to file a single, consolidated response to the remand motions rather than individual responses that are likely to be substantially identical. To the extent there are individualized issues to be addressed with respect to a particular plaintiff, Defendants propose that they be addressed through an addendum be attached to the Defendants' consolidated response.

2.      Assuming that the Court is amenable to this approach, Defendants respectfully request that its response deadline be extended to January 16, 2020. "Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, a court may grant an extension of time for good cause shown if a motion is made before the original time expires." *Jozwiak v. Stryker Corp.*, No. 6:09CV1985ORL19GJK, 2010 WL 743834, at *2 (M.D. Fla. Feb. 26, 2010). An extension to January 16, 2020, will allow for sufficient time to review each individual remand motion and prepare the consolidated response, while also allowing any individual, plaintiff-specific issues to be efficiently addressed.

3.      As noted above, counsel for the Plaintiffs who filed the remand motions do not oppose this motion.

Dated:  December 10, 2019                     Respectfully submitted,

                                              */s/ Kimberly Branscome*

                                              KIRKLAND & ELLIS, LLP
                                              Kimberly Branscome
                                              kimberly.branscome@kirkland.com
                                              333 South Hope Street
                                              Los Angeles, California 90031
                                              Telephone: (213) 680-8400

2

Facsimile: (213) 680-8500
Email: kimberly.branscome@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATION OF COMPLIANCE WITH ATTORNEY CONFERENCE REQUIREMENT UNDER LOCAL RULE 7.1(C)

The undersigned hereby certifies that counsel for Defendants satisfied the Attorney Conference requirement set forth in Local Rule 7.1 by conferring with counsel for the Plaintiffs who filed these remand motions on Monday, December 9, 2019, As set forth above, Plaintiffs' counsel do not oppose this motion.

*/s/ Kimberly Branscome*
Kimberly Branscome

## CERTIFICATE OF SERVICE

I, Kimberly Branscome, hereby certify that on December 10, 2019, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Kimberly Branscome*
Kimberly Branscome

**APPENDIX**

| First Name | Last Name | Case Number |
|---|---|---|
| Joshua | Abernathy | 3:19-cv-03188 |
| Andre | Alexander | 3:19-cv-3193 |
| Kyle | Amburgey | 3:19-cv-03852 |
| Eric | Axelrad | 3:19-cv-03896 |
| Omnisun | Azali | 3:19-cv-3367 |
| Scott | Baker | 3:19-cv-899 |
| Stephen | Ballard | 3:19-cv-3185 |
| Raymond | Barnett | 3:19-cv-03897 |
| Joseph | Barton | 3:19-cv-03898 |
| Justin | Bates | 3:19-cv-03899 |
| Toby | Bayne | 3:19-cv-03901 |
| Vincent | Beasley | 3:19-cv-03903 |
| Jeremy | Behrns | 3:19-cv-03906 |
| Demarco | Bell | 3:19-cv-03907 |
| Becky | Belsma | 3:19-cv-03909 |
| Brian | Belsma | 3:19-cv-03910 |
| Steve | Benefield | 3:19-cv-03911 |
| Fernando | Berrios | 3:19-cv-03913 |
| Brian | Best | 3:19-cv-03914 |
| Michael | Bettencourt | 3:19-cv-03915 |
| Derek | Bice | 3:19-cv-01139 |
| William | Black | 3:19-cv-03916 |
| Charles | Blackmon | 3:19-cv-03917 |
| Rodney | Blade | 3:19-cv-03919 |
| Brandon | Boren | 3:19-cv-04790 |
| Therrell | Bradley | 3:19-cv-03922 |
| Alton | Brent | 3:19-cv-03923 |
| Catarino | Briseno | 3:19-cv-01140 |
| Melvin | Brown | 3:19-cv-03928 |
| Andrae | Brown | 3:19-cv-03926 |
| Alexander | Bruder | 3:19-cv-04791 |
| Milton | Buell | 3:19-cv-03937 |
| Mike | Burnett | 3:19-cv-03944 |
| Ryan | Butters | 3:19-cv-01142 |
| Jay | Cain | 3:19-cv-04004 |
| Patrick | Callahan | 3:19-cv-04006 |
| Philip | Calligan | 3:19-cv-04008 |
| Jason | Carter | 3:19-cv-04036 |
| Alton | Chesne | 3:19-cv-04041 |
| Eric | Clark | 3:19-cv-04103 |

| | | |
|---|---|---|
| Edward | Clay | 3:19-cv-04118 |
| Jason | Clifton | 3:19-cv-04129 |
| Sara | Collins | 3:19-cv-04133 |
| Jeffery | Colyer | 3:19-cv-04135 |
| Kevin | Couch | 3:19-cv-04138 |
| Rachel | Currie | 3:19-cv-04139 |
| Robert | Cutajar | 3:19-cv-04140 |
| Christopher | Cutrer | 3:19-cv-04141 |
| David | Cyphers | 3:19-cv-04142 |
| Billy | Davenport | 3:19-cv-04143 |
| Michael | Davis | 3:19-cv-04183 |
| Brandon | Davis | 3:19-cv-04177 |
| Elliot | Dawson | 3:19-cv-04186 |
| Jesse | Derouen | 3:19-cv-04192 |
| Charles | DeSantis | 3:19-cv-04193 |
| Steven | Despiegelaere | 3:19-cv-04792 |
| Benjamin | Dillon | 3:19-cv-04194 |
| Markarious | Dixon | 3:19-cv-04197 |
| Thomas | Dixon | 3:19-cv-04198 |
| Cody | Dugas | 3:19-cv-04200 |
| Tyler | Eckenrod | 3:19-cv-04201 |
| Garry | Edison | 3:19-cv-04202 |
| Anthony | Edwards | 3:19-cv-04203 |
| Andre | Ellis | 3:19-cv-04204 |
| Patrick | Ellsworth | 3:19-cv-04205 |
| Kevin | Ervine | 3:19-cv-04207 |
| Michael | Fank | 3:19-cv-04208 |
| Charlie | Fergurson | 3:19-cv-2926 |
| Ashley | Figueroa Rivera | 3:19-cv-04209 |
| Amos | Finch | 3:19-cv-04210 |
| Jerry | Forrest | 3:19-cv-04214 |
| Eric | Fournier | 3:19-cv-04215 |
| Christopher | Fultz | 3:19-cv-04216 |
| Phillip | Gallardo | 3:19-cv-04235 |
| Randy | Garza | 3:19-cv-01141 |
| Thomas | Geoghagan | 3:19-cv-04289 |
| Michael | Gilliam | 3:19-cv-04290 |
| Norman | Goble | 3:19-cv-04292 |
| Robert | Goodfellow | 3:19-cv-01144 |
| Michael | Goosey | 3:19-cv-04295 |
| Shawn | Gourdine | 3:19-cv-04793 |
| Joshua | Gower | 3:19-cv-04296 |

| | | |
|---|---|---|
| Tony | Graham | 3:19-cv-04298 |
| Joshua | Granger | 3:19-cv-04299 |
| Michael | Graves | 3:19-cv-04300 |
| Jacob | Grenstiener | 3:19-cv-04794 |
| James | Griffith Jr. | 3:19-cv-04301 |
| Joshua | Grigsby | 3:19-cv-04302 |
| Anthony | Gugliuzza | 3:19-cv-04303 |
| Daniel | Guient | 3:19-cv-04304 |
| Frank | Hall | 3:19-cv-04305 |
| Nicholas | Hardy | 3:19-cv-04306 |
| Major | Harris | 3:19-cv-04307 |
| Roshaun | Hawkins | 3:19-cv-04309 |
| Mark | Hayes | 3:19-cv-04310 |
| Clifford | Heart | 3:19-cv-04311 |
| Jason | Hebert | 3:19-cv-04312 |
| Patrick | Hendry | 3:19-cv-04313 |
| Anthony | Hillard | 3:19-cv-04316 |
| Majia | Hinton | 3:19-cv-04317 |
| Jason | Hodgen | 3:19-cv-04318 |
| Joshua | Holcomb | 3:19-cv-04319 |
| Latonia | Holland | 3:19-cv-04320 |
| Robert | Holley | 3:19-cv-04341 |
| Dante | Holmes | 3:19-cv-04342 |
| Doris | Holt | 3:19-cv-04344 |
| Nathan | Horner | 3:19-cv-04347 |
| Peter | Houtman | 3:19-cv-04349 |
| Blake | Howard | 3:19-cv-04351 |
| William | Howell | 3:19-cv-04353 |
| Jason | Hunley | 3:19-cv-04355 |
| Carzell | Hunter | 3:19-cv-04357 |
| Dorian | Jenkins | 3:19-cv-04362 |
| Alan | Johnson | 3:19-cv-04365 |
| Daniel | Johnson | 3:19-cv-04795 |
| Matthew | Johnston | 3:19-cv-04366 |
| Michelle | Jones | 3:19-cv-04369 |
| Matthew | Jones | 3:19-cv-04368 |
| Steven | Kearns | 3:19-cv-04371 |
| Mark | Kelley | 3:19-cv-04372 |
| Jerry | Kennedy | 3:19-cv-04386 |
| Bradley | King | 3:19-cv-04389 |
| Charles | King | 3:19-cv-04390 |
| Daniel | Knudson | 3:19-cv-04796 |
| Phillip | Laister | 3:19-cv-04405 |

| | | |
|---|---|---|
| Tyrone | Leary | 3:19-cv-04407 |
| Robert | Long | 3:19-cv-04409 |
| Kizzy | Louis | 3:19-cv-04411 |
| Derek | Love | 3:19-cv-04412 |
| Andrew | Majors | 3:19-cv-04414 |
| Jeffrey | Malone | 3:19-cv-04415 |
| James | Marbury | 3:19-cv-04416 |
| Demorian | Martin | 3:19-cv-04417 |
| Ryan | Mathews | 3:19-cv-04419 |
| Edmund | McCarthy | 3:19-cv-04420 |
| Gladwin | McClintock | 3:19-cv-04421 |
| Patrick | McClure | 3:19-cv-04423 |
| James | McCool | 3:19-cv-04425 |
| James | McDaniel | 3:19-cv-04426 |
| Gregory | McReynolds | 3:19-cv-04427 |
| Robert | McWhirter | 3:19-cv-04428 |
| Daniel | Menard | 3:19-cv-04431 |
| Carlos | Mendoza | 3:19-cv-04432 |
| Michael | Miller | 3:19-cv-04434 |
| Charles | Miller | 3:19-cv-04433 |
| William | Mink | 3:19-cv-04435 |
| George | Mitchell | 3:19-cv-04436 |
| Andrew | Modica | 3:19-cv-04450 |
| Brian | Monroe | 3:19-cv-04453 |
| Timothy | Moore | 3:19-cv-04456 |
| Eugene | Morgan | 3:19-cv-04457 |
| Stephen | Morton | 3:19-cv-04458 |
| Daniel | Mott | 3:19-cv-04460 |
| Justin | Muehlich | 3:19-cv-04797 |
| Troy | Mullins | 3:19-cv-04461 |
| Matthew | Mulrey | 3:19-cv-04462 |
| David | Murcko | 3:19-cv-04463 |
| Samuel | Murray | 3:19-cv-04464 |
| Kyle | Nelson | 3:19-cv-04466 |
| Andrew | Nelson | 3:19-cv-04465 |
| Michael | Nerren | 3:19-cv-04467 |
| Albert | New III | 3:19-cv-04468 |
| Todd | Nichols | 3:19-cv-04469 |
| Averick | Nickson | 3:19-cv-04470 |
| James | Noar | 3:19-cv-04471 |
| John | Odom | 3:19-cv-04472 |
| Michael | Offe | 3:19-cv-04473 |
| Leonard | Osbron | 3:19-cv-04474 |

| Edward | Otis | 3:19-cv-04475 |
|---|---|---|
| Timothy | Overstreet | 3:19-cv-04476 |
| Anthony | Parente | 3:19-cv-04478 |
| Matt | Pate | 3:19-cv-1157 |
| Joshua | Phillips | 3:19-cv-04499 |
| Darryl | Pinto | 3:19-cv-04501 |
| Willard | Pippin | 3:19-cv-04502 |
| Reginald | Pope | 3:19-cv-04503 |
| Lemuel | Powell | 3:19-cv-04504 |
| Daniel | Prayfrock | 3:19-cv-04798 |
| Carey | Presha | 3:19-cv-04505 |
| Charlie | Presley | 3:19-cv-04506 |
| Don | Proctor | 3:19-cv-04508 |
| Kenneth | Quire | 3:19-cv-04509 |
| Ronnie | Raley | 3:19-cv-04510 |
| Rex | Ray | 3:19-cv-04511 |
| Timothy | Regan | 3:19-cv-04512 |
| Keri | Reid | 3:19-cv-04513 |
| Charles | Reilly | 3:19-cv-04514 |
| Christopher | Riddick | 3:19-cv-01143 |
| Scott | Rife | 3:19-cv-04516 |
| Richard | Riffle | 3:19-cv-04517 |
| Thomas | Roberts | 3:19-cv-04518 |
| Robert | Robison | 3:19-cv-04520 |
| Austin | Rogers | 3:19-cv-04521 |
| Adam | Saba | 3:19-cv-04799 |
| Albert | Salazar | 3:19-cv-04548 |
| Randy | Salinas | 3:19-cv-04549 |
| Brandon | Sampson | 3:19-cv-04550 |
| James | Sanders | 3:19-cv-04551 |
| Francisco | Santiago | 3:19-cv-1145 |
| Arthur | Scharein | 3:19-cv-04552 |
| Joe | Schmitt | 3:19-cv-04554 |
| Jerrod | Sharp | 3:19-cv-04556 |
| Benjamin | Sheffield | 3:19-cv-04557 |
| James | Sheffield | 3:19-cv-04558 |
| Jeremy | Shoemaker | 3:19-cv-04559 |
| Robert | Simpson | 3:19-cv-04560 |
| Mason | Sims | 3:19-cv-04561 |
| John | Smartt | 3:19-cv-04562 |
| Matthew | Snyder | 3:19-cv-04563 |
| Jeremy | Sonnier | 3:19-cv-04564 |
| James | Steffens | 3:19-cv-04566 |

| | | |
|---|---|---|
| Bryan | Stephey | 3:19-cv-04567 |
| Kristopher | Stevenson | 3:19-cv-01147 |
| Bennett | Stewart | 3:19-cv-04568 |
| Jon | Stoeckman | 3:19-cv-04800 |
| Benjamin | Stovic | 3:19-cv-04570 |
| Adam | Taff | 3:19-cv-04573 |
| Jefferson | Taylor | 3:19-cv-04575 |
| Tyler | Thomas | 3:19-cv-04606 |
| Shelby | Thomas | 3:19-cv-04605 |
| Curtis | Thomas | 3:19-cv-04576 |
| Nicholas | Thompson | 3:19-cv-04607 |
| Michael | Thorin | 3:19-cv-04608 |
| William | Tilsley | 3:19-cv-04614 |
| Angela | Tinnerello | 3:19-cv-04615 |
| Benjamin | True | 3:19-cv-04617 |
| William | Tunstill | 3:19-cv-04619 |
| Joseph | Valentino | 3:19-cv-04801 |
| Donald | Vanness | 3:19-cv-04622 |
| Kurt | Wagner | 3:19-cv-1146 |
| Brian | Webb | 3:19-cv-04625 |
| Dell | Webb | 3:19-cv-04627 |
| Calvin | Weekly | 3:19-cv-04628 |
| Gary | Whipple | 3:19-cv-04631 |
| David | Whisonant | 3:19-cv-04632 |
| Nicholas | Whitmore | 3:19-cv-04633 |
| Joe | Whitney | 3:19-cv-04634 |
| Evan | Williams | 3:19-cv-04638 |
| Mark | Williams | 3:19-cv-04639 |
| Andrew | Williams | 3:19-cv-04637 |
| Ryan | Willis | 3:19-cv-04641 |
| Brian | Wingate | 3:19-cv-04642 |
| Jared | Wolford | 3:19-cv-04644 |
| Roderick | Woods | 3:19-cv-04645 |
| Aubrey | Wooten | 3:19-cv-04646 |
| Donovan | Wright | 3:19-cv-04648 |
| Wesley | Zabriskie | 3:19-cv-04650 |
| Harrison | Bernier | 3:19-cv-03214 |
| Joshua | Brown | 3:19-cv-03927 |
| Dennis | Cambillo | 3:19-cv-04011 |
| Gordon | Fisher | 3:19-cv-04212 |
| Robin | Flanery | 3:19-cv-04213 |
| Jeffrey | Hawk | 3:19-cv-04308 |
| Daniel | Koogler | 3:19-cv-04404 |

| John | London | 3:19-cv-04408 |
| Grant | Ross | 3:19-cv-04522 |
| Leslie | Ryan | 3:19-cv-04525 |
| Jason | Tucker | 3:19-cv-04618 |
| Bruce | Wherry | 3:19-cv-04630 |
| Arthur | Wiegele | 3:19-cv-04635 |