# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified on the Appendix to Defendants' Below-Referenced Motion, ECF No. 868 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge Rodgers on:  December 10, 2019

Motion/Pleading:  Unopposed Motion for Leave to Submit Consolidated Opposition to Plaintiffs' Remand Motions and Extend Response Deadline

Filed by:  Defendants     on  12/10/2019     Doc. #  868

RESPONSES:

_____ Stipulated     _____ Joint Pldg.
__X__ Unopposed     _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

## ORDER

On consideration, the motion is **GRANTED, as requested**.

**DONE AND ORDERED**, this 10th of December, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**