**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | **Master File No.: 3:19-md-02885** |
| **THIS DOCUMENT RELATES TO:** | **MDL No.: 2885** |
| *Timothy Ledoux v. 3M Company, et al.* | **Judge M. Casey Rodgers** |
| **Case No.**: 3:19-cv-03678-MCR-GRJ | **Magistrate Judge Gary R. Jones** |

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 3, Wesley D. Merillat, of the firm Charles E. Boyk Law Offices, LLC, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, Timothy Ledoux, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: December 11, 2019

_/s/ Wesley D. Merillat_
Wesley D. Merillat (OH 0080253)
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue, Suite 1200
Toledo, Ohio 43604
Telephone: (419) 241-1395
Facsimile: (419) 241-8731
Email: wmerillat@charlesboyk-law.com
*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 11th day of December 2019, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the CM/ECF participants registered to receive service in this MDL.


    /s/ Wesley D. Merillat

Wesley D. Merillat (OH 0080253)

CHARLES E. BOYK LAW OFFICES, LLC

*Attorney for Plaintiff*