UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No.: 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Kevin S. Laine, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case, and in support thereof, state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Movant's law office is in Texas and this is the state where he regularly practices law.

3. Movant has attached a Certificate of Good Standing from the State of Texas dated within 30 days of this motion. See Exhibit "A".

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15755377192898, and the CM/ECF online tutorials.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant possesses an upgraded "NextGen" PACER account.

7. Movant is the attorney of record for the Plaintiff in the related case of Salazar *v. 3M Company, et al.* Civil Action No.: 3:19-cv-4913.

1

WHEREFORE, Kevin S. Laine, respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*.

Date: 12/10/2019

Respectfully submitted,

*/s/ Kevin S. Laine*
Kevin S. Laine (TX 00798313)
Attorney at Law
1104 Orleans St.
Beaumont, Tx 77701
Telephone: (409) 838-4040
Facsimile: (409) 832-7830
Email: klaine1@msn.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was electronically filed and served with the Clerk of Court using the CM/ECF system on December 10, 2019 and served upon all counsel of record thereafter.

/s/ Kevin S. Laine
Kevin S. Laine (TX 00798313 )

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 10, 2019

Re: Mr. Kevin Symons Laine, State Bar Number 00798313

To Whom It May Concern:

This is to certify that Mr. Kevin Symons Laine was licensed to practice law in Texas on May 02, 1997, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web