UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __December 12, 2019__

Motion/Pleadings:  __MOTION TO APPEAR *PRO HAC VICE*__

Filed by __Kevin S. Laine__   on __December 12, 2019__   Doc. # __871__

Response _____   on _____   Doc. # _____

_____ Stipulated      _____ Joint Pleading
_____ Unopposed    _____ Consented

>                                JESSICA J. LYUBLANOVITS
>                                CLERK OF COURT
>                                */s/ Kathy Rock*
>                                Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 12th day of December 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**