## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, December 13, 2019 7:49 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, December 13, 2019 1:47:31 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/13/2019 at 8:47 AM EST and filed on 12/13/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 632 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 4 action(s)** *re: pldg. ([626] in MDL No. 2885, 1 in MN/0:19-cv-02974, 1 in MN/0:19-cv-02975, 1 in MN/0:19-cv-02976, 1 in MN/0:19-cv-02977)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/13/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02974, MN/0:19-cv-02975, MN/0:19-cv-02976, MN/0:19-cv-02977 (JC)**

| | |
|---|---|
| **Case Name:** | Smith v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02974 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 4 action(s) *re: pldg. ( [626] in MDL No. 2885, 1 in MN/0:19-cv-02974, 1 in MN/0:19-cv-02975, 1 in MN/0:19-cv-02976, 1 in MN/0:19-cv-02977)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/13/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02974, MN/0:19-cv-02975, MN/0:19-cv-02976, MN/0:19-cv-02977 (JC)**

**Case Name:**      Diaz v. 3M Company et al
**Case Number:**      MN/0:19-cv-02977
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 4 action(s) *re: pldg. ( [626] in MDL No. 2885, 1 in MN/0:19-cv-02974, 1 in MN/0:19-cv-02975, 1 in MN/0:19-cv-02976, 1 in MN/0:19-cv-02977)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/13/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02974, MN/0:19-cv-02975, MN/0:19-cv-02976, MN/0:19-cv-02977 (JC)**

**Case Name:**      Uhl v. 3M Company et al
**Case Number:**      MN/0:19-cv-02976
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 4 action(s) *re: pldg. ( [626] in MDL No. 2885, 1 in MN/0:19-cv-02974, 1 in MN/0:19-cv-02975, 1 in MN/0:19-cv-02976, 1 in MN/0:19-cv-02977)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/13/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02974, MN/0:19-cv-02975, MN/0:19-cv-02976, MN/0:19-cv-02977 (JC)**

**Case Name:**      Sobel v. 3M Company et al
**Case Number:**      MN/0:19-cv-02975
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 4 action(s) *re: pldg. ( [626] in MDL***

*No. 2885, 1 in MN/0:19-cv-02974, 1 in MN/0:19-cv-02975, 1 in MN/0:19-cv-02976, 1 in MN/0:19-cv-02977)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/13/2019.**

**Associated Cases: MDL No. 2885, MN/0:19-cv-02974, MN/0:19-cv-02975, MN/0:19-cv-02976, MN/0:19-cv-02977 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Mikal C Watts      rcarmony@wattsguerra.com

Ernest Cory      ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr      bbarr@levinlaw.com

Michael A. Burns      epefile@mostynlaw.com

Erin J Rogiers      erogiers@wattsguerra.com, rcarmony@wattsguerra.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-02974 Notice has been electronically mailed to:**

Mikal C Watts      mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell      blackwell@blackwellburke.com

Francisco Guerra, IV      fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr      lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian      adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall      cmarshall@bassford.com

Benjamin W Hulse      bhulse@blackwellburke.com

Erin J Rogiers      erogiers@wattsguerra.com, rcarmony@wattsguerra.com

S Jamal Faleel      jfaleel@blackwellburke.com

Faris Rashid      frashid@greeneespel.com

**MN/0:19-cv-02974 Notice will not be electronically mailed to:**

**MN/0:19-cv-02977 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:19-cv-02977 Notice will not be electronically mailed to:**

**MN/0:19-cv-02976 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02976 Notice will not be electronically mailed to:**

**MN/0:19-cv-02975 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02975 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/13/2019] [FileNumber=957412-0]
[9d036d1ce4cf0cfd252f600b412bbc1775b4bcf3e24ae3bc6fb066b9d2f202995c50
ce16f56706fc1853283d5245ef209a38cbe8191a50b61fc163856c495da1]]