# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| This Document Relates to: | |
| Michael Allen, | Case No. 3:19-cv-4846-MCR-GRJ |
| Plaintiff, | |
| v. | |
| 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC | |
| Defendants. | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Jeff H. Eckland, Esq. of the law firm of ECKLAND & BLANDO LLP, 800 Lumber Exchange, 10 South Fifth Street, Minneapolis, MN 55402, shall appear as lead counsel of record for Plaintiff Michael Allen in the above-captioned case.

|  |  |
|---|---|
|  | ECKLAND & BLANDO LLP |
| Dated: December 13, 2019 | s/Jeff H. Eckland<br>Jeff H. Eckland (MN Bar #139920)<br>Vince C. Reuter (MN Bar #390874)<br>Jared M. Reams (MN Bar #397159)<br>800 Lumber Exchange Building<br>10 South Fifth Street<br>Minneapolis, MN 55402<br>(612) 236-0160<br>jeckland@ecklandblando.com<br>vreuter@ecklandblando.com<br>jreams@ecklandblando.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

    I, Jeff H. Eckland, hereby certify that on December 13, 2019, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

                                                  S/JEFF H. ECKLAND
                                                  Jeff H. Eckland