# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: | Magistrate Judge Gary R. Jones |
| Jose Diaz, | Case No. 3:19-cv-4935-MCR-GRJ |
| Plaintiff, | |
| v. | |
| 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC | |
| Defendants. | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Jeff H. Eckland, Esq. of the law firm of ECKLAND & BLANDO LLP, 800 Lumber Exchange, 10 South Fifth Street, Minneapolis, MN 55402, shall appear as lead counsel of record for Plaintiff Jose Diaz in the above-captioned case.

ECKLAND & BLANDO LLP

Dated: December 16, 2019

s/JEFF H. ECKLAND
Jeff H. Eckland (MN Bar #139920)
Vince C. Reuter (MN Bar #390874)
Jared M. Reams (MN Bar #397159)
800 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 236-0160
jeckland@ecklandblando.com
vreuter@ecklandblando.com
jreams@ecklandblando.com

*Counsel for Plaintiff*

2

# CERTIFICATE OF SERVICE

I, Jeff H. Eckland, hereby certify that on December 16, 2019, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

 s/JEFF H. ECKLAND
Jeff H. Eckland
