UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Michael Allen,<br><br>       Plaintiff,<br><br>  v.<br><br>3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC<br><br>       Defendants. | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Case No. 3:19-cv-4846-MCR-GRJ |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Vince C. Reuter, Esq. of the law firm of ECKLAND & BLANDO LLP, 800 Lumber Exchange, 10 South Fifth Street, Minneapolis, MN 55402, shall appear as lead counsel of record for Plaintiff Michael Allen in the above-captioned case.

ECKLAND & BLANDO LLP

Dated: December 17, 2019

s/VINCE C. REUTER
Jeff H. Eckland (MN Bar #139920)
Vince C. Reuter (MN Bar #390874)
Jared M. Reams (MN Bar #397159)
800 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 236-0160
jeckland@ecklandblando.com
vreuter@ecklandblando.com
jreams@ecklandblando.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Vince C. Reuter, hereby certify that on December 17, 2019, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

                                                   S/VINCE C. REUTER
                                                   Vince C. Reuter