UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Michael Rothmann, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Illinois and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial with confirmation number FLND15729885442809.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Michael Rothmann respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

*/s// Michael Rothmann*
Law Office of Martin L Glink
1655 N Arlington Heights Rd., Ste 100E
Arlington Heights, IL 60010
847-394-4900 (Phone)
847-394-1521 (Fax)
mrothmann@glinklaw.com
IL ARDC: 6237995

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on December 18, 2019 served electronically on all counsel of record.

> /s// *Michael Rothmann*
> Law Office of Martin L Glink
> 1655 N Arlington Heights Rd., Ste 100E
> Arlington Heights, IL 60010
> 847-394-4900 (Phone)
> 847-394-1521 (Fax)
> mrothmann@glinklaw.com
> IL ARDC: 6237995



# ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
## of the
## SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Michael Rothmann
Law Office of Martin L Glink
1655 N. Arlington Heights Road, Suite 100 East
Arlington Heights, IL 60004

Chicago
Wednesday, November 13, 2019

In re: Michael Rothmann
Admitted: 11/7/1996
Attorney No. 6237995

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Senior Deputy Registrar

DRE