**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |

IN RE:   3M   COMBAT   ARMS   )
EARPLUG   PRODUCTS   LIABILITY   )
LITIGATION   )               Case No. 3:19-md-2885
   )
   )               Hon. Judge M. Casey Rodgers
This Document Relates To All Actions   )   Magistrate Judge Gary R. Jones
   )

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE CERTAIN DOCUMENTS UNDER SEAL**

**THIS MATTER** is before the Court on Plaintiffs' Motion for Leave to File Certain Documents Under Seal. Upon review of the motion and the record, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED.**

Plaintiffs' Exhibit A to its Motion to Authorize Disclosure of Veterans Affairs and Related Military Records have been marked CONFIDENTIAL pursuant to the Protective Order in this case, and accordingly, shall remain under seal, until otherwise ordered by the Court.

**DONE AND ORDERED** in Chambers at Pensacola, Escambia County, Florida, this _____ day of December, 2019.

_____
CHIEF JUDGE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE