# UNITED STATES DISTRICT COURT
## CIVIL MINUTES

**Case #: 3:19md2885 MCR/GRJ**  **Time: 2:01 p.m.**
**Date:  12/18/2019**  **Time: 2:21 p.m.**

**DOCKET ENTRY:** TELEPHONE CONFERENCE

**PRESENT: HONORABLE GARY R. JONES, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Donna Boland, Official |
| Deputy Clerk | Tape #/Court Reporter |

**IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**

**Attorneys for Plaintiffs:**
BRYAN AYLSTOCK, SHELLEY HUTSON, MIKE BURNS

**Attorneys for Defendant 3M CO. AND AEARO:**
NICHOLAS WASDIN, TABITHA PAULO

**Included on conference:** MAX KELLY

**PROCEEDINGS:**

2:01 p.m.    **Calls case**

   **Follow up discussion regarding Dr. Casali/Virginia Tech subpoena**

2:21 p.m.    **Court adjourned**

**Initials of Deputy Clerk: atm**