# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge Rodgers on:  December 18, 2019

Motion/Pleading:  Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records

Filed by:  Plaintiffs        on  12/18/2019        Doc. #  881

RESPONSES:
                            on                    Doc. #
                            on                    Doc. #

___ Stipulated    ___ Joint Pldg.
___ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

## ORDER

For good cause shown, the motion is **GRANTED,** as requested.

**DONE AND ORDERED**, this 19th day of December, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**