UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-02885 |
| This document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Bradley M. Lakin, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-captioned case, and in support thereof, state as follows:

1. Movant resides in Arizona and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Missouri. Movant's law office is in Missouri, and this is the state where he regularly practices law.

3. Movant has attached a Certificate of Good Standing for the State of Missouri dated within 30 days of this motion. See "Exhibit A."

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15770417592933**, and the CM/ECF online tutorials.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant possesses an upgraded "NextGen" PACER account.

7. Movant is the attorney of record for the Plaintiff in the related case of

*D'Angelo Ravizee v. 3M Company, et al.*, Civil Action No.: 3:19-cv-5067.

WHEREFORE, Bradley M. Lakin, respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*.

DATED: December 26, 2019      Respectfully submitted,

        */s/ Bradley M. Lakin*
        Bradley M. Lakin (MO 66488)
        **SLCHAPMAN LLC**
        330 North Fourth Street, Suite 330
        St. Louis, MO  63102
        Telephone:  314.588.9300
        Facsimile:  314-588-9302
        bradl@slchapman.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was electronically filed and served with the Clerk of the Court using the CM/ECF system on December 26, 2019 and served upon all counsel of record thereafter.

        */s/ Bradley M. Lakin*
        Bradley M. Lakin (MO 66488)