# EXHIBIT G

No. 22049

———

**FRANCE**
and
**FEDERAL REPUBLIC OF GERMANY**

**Convention concerning the Franco-German Research Institute of Saint-Louis (with annexes). Signed at Saint-Louis on 31 March 1958**

**Additional Protocol to the above-mentioned Convention. Signed at Paris on 28 August 1979**

*Authentic texts: French and German.*
*Registered by France on 19 July 1983.*

————

**FRANCE**
et
**RÉPUBLIQUE FÉDÉRALE D'ALLEMAGNE**

**Convention relative à l'Institut franco-allemand de recherches de Saint-Louis (avec annexes). Signée à Saint-Louis le 31 mars 1958**

**Protocole additionnel à la Convention susmentionnée. Signé à Paris le 28 août 1979**

*Textes authentiques : français et allemand.*
*Enregistrés par la France le 19 juillet 1983.*

[TRANSLATION — TRADUCTION]

## CONVENTION[1] BETWEEN THE FRENCH REPUBLIC AND THE FEDERAL REPUBLIC OF GERMANY CONCERNING THE FRANCO-GERMAN RESEARCH INSTITUTE OF SAINT-LOUIS

The President of the French Republic and

The President of the Federal Republic of Germany,

Desiring to ensure close co-operation in scientific and technical research and development in the field of armaments and thus to reinforce the common defence of their countries,

Have decided to conclude a Convention for that purpose and have designated as their plenipotentiaries:

The President of the French Republic: Mr. Jacques Chaban-Delmas, Minister for Defence and the Armed Forces,

The President of the Federal Republic of Germany: Mr. Franz Josef Strauss, Federal Minister of Defence,

who, having exchanged their full powers, found in good and due form, have agreed as follows:

*Article 1.* 1. The French Republic and the Federal Republic of Germany, hereinafter referred to as the "Contracting Parties", agree, in accordance with this Convention and its annexes, to operate jointly an institute for research, scientific studies and basic technologies in the field of armaments.

2. For that purpose, under this Convention a non-profit scientific research establishment shall be created which shall be designated the "Franco-German Research Institute of Saint-Louis", hereinafter referred to as "the Institute". The headquarters of the Institute shall be at Saint-Louis (Haut-Rhin).

3. The Institute shall be a body corporate in the territory of both Contracting Parties, and shall enjoy the broadest legal capacity conferred upon legal entities of the Contracting Parties; in particular, the Institute shall be entitled to acquire and dispose of movable and immovable property and to appear in court.

4. The Institute and its operations shall be governed by this Convention and the statutes annexed thereto, by the provisions of agreements concluded with respect to the work of the Institute and by local law in so far as it is not at variance with the Convention, its statutes and other agreements.

5. Irrespective of the level of the resources deriving from the activities of the Institute, each Contracting Party shall be responsible for half of the capital expenditure and operating costs.

*Article 2.* 1. The property and assets of the Institute, whatever their legal status in the respective territories of the two Contracting Parties, may be exempt from seizure.

---

[1] Came into force on 22 June 1959, i.e., one month after the exchange of the instruments of ratification, which took place at Bonn on 22 May 1959, in accordance with article 14.

2. Subject to the provisions of paragraphs 3 and 4 of this article and the provisions of article 6, French officials or civil servants may have access to the premises in order to perform their official duties only with the consent or at the request of the Directors. The archives may be searched or examined only with the consent of the Directors.

3. The premises of the Institute may not serve as a place of refuge for an individual who is sought for the execution of a court sentence or pursued from the scene of a crime or against whom the competent French authorities have issued a warrant for arrest or an order of expulsion.

4. The exemptions provided for in this article shall be granted only in the interest of the Institute and shall not give the employees of the Institute any personal advantage.

*Article 3.* 1. The French Republic shall transfer to the Institute all the property which presently comprises the Saint-Louis Technical Research Laboratory, including all documents and results of previous research and development studies.

2. The Federal Republic of Germany undertakes to pay to the Institute, in accordance with the terms specified below, a sum equal to the value of the property mentioned in paragraph 1:

— Half of that sum within six months after the entry into force of this Convention;

— The balance in three equal payments to be made within 9, 12 and 15 months after the entry into force of the Convention. This sum shall be allocated to the development of the Institute in implementation of the decisions of the Board of Trustees in accordance with the budgetary and accounting rules laid down in this Convention and its annexes.

3. If, before the entry into force of this Convention, the Federal Republic of Germany has paid for the apparatus installed in the Saint-Louis Research Laboratory, the sum to be paid shall be reduced by the value of such apparatus. The Federal Republic of Germany undertakes to contribute such apparatus to the Institute.

4. The property referred to in paragraphs 1 and 3 shall be appraised on the basis of the balance sheet to be drawn up on the date of the establishment of the Institute by a commission consisting of two representatives of each Contracting Party appointed by their respective Governments. As soon as the two Governments have taken note of the work of the Commission, they shall, by agreement, determine the sum to be paid by the Federal Republic of Germany.

*Article 4.* The administration of the Institute shall comprise:

(*a*) A board of Trustees;

(*b*) Two directors, one French and the other German.

The Board of Trustees shall have at its disposal, if the need arises, an Advisory Council on Research and Development.

The statutes annexed to this Convention shall determine the membership and tasks of those bodies.

The official languages of the Institute shall be French and German.

*Article 5.* 1. The various building materials, products and equipment coming from and originating in the Federal Republic of Germany intended for construction and fitting work, installations, and development and research work at the Insti-

tute shall, at the time of their import into France and subject to such control measures as shall be deemed necessary by the competent French authorities, be exempt from all customs duties and charges other than charges for services rendered.

2.   Foreign equipment intended for construction, fitting and installation work at the Institute shall be dealt with in accordance with ordinary law on temporary import into France.

3.   When they first take up residence in France, the staff of the Institute shall be exempt from customs duties and charges other than charges for services rendered, on their furniture, personal effects and other used household objects.

4.   The goods which, in application of the provisions of this article, shall be exempt from customs duties may not be disposed of or lent anywhere in the area in which French customs regulations are in effect, either free of charge or in return for payment, without prior payment of the customs duties and charges at the rate in effect at the time of disposal or loan.

5.   The import into the territory of the Federal Republic of Germany of objects resulting from research and development work at the Institute or the re-export of the goods referred to in this article shall be exempt from customs duties and charges.

*Article 6.*   The French customs authorities shall be authorized to inspect the premises of the Institute in order to verify that the materials and equipment referred to in article 5, paragraph 1, are present. The inspections may be carried out only in the presence of an Institute employee appointed by the Directors.

*Article 7.*   Without prejudice to the customs regulations contained in article 5, the Institute shall be exempt from all direct taxes.

It shall, however, in accordance with ordinary law, pay:

1.   The lump-sum tax (*versement forfaitaire*), on the salaries paid to its staff;
2.   Taxes and charges payable to authorities other than the State;
3.   Charges which represent solely basic remuneration for public utility services.

The Institute shall be exempt from all duties and charges payable at the time of acquisition of immovable property necessary for its operation.

*Article 8.*   The Governments parties to this Convention shall, in their regulations on foreign trade and foreign exchange, make the necessary arrangements to issue, as generously as possible, permits for conducting the commercial and financial business of the Institute and making the relevant payments.

*Article 9.*   1.   The Contracting Parties undertake to apply to all studies, research, discoveries and inventions of or known to the Institute, the legislative and administrative provisions regarding breaches of State security, and the protection of official secrets and classified documents.

The Contracting Parties undertake to carry out security checks on the members of the staff of the Institute who are their nationals and to assist each other in that respect.

The French Republic undertakes to apply to the Institute the legislative and administrative provisions on the protection of military installations.

2.   All new discoveries and inventions resulting from development and research work carried out by the staff of the Institute in fulfilment of their professional obligations shall be the property of the Institute.

The Institute shall secure and protect such property by obtaining patents or any other title providing legal protection in all countries where such protection seems expedient.

However, the staff of the Institute shall have the right to be recognized as inventors and to receive fair compensation, which shall be determined on the basis of:

— The economic value of the invention;

— The functions of the inventor at the Institute and the remuneration he receives for his functions;

— Participation in bringing about the invention.

Where an invention is of significance for national defence, the two Contracting Parties shall take the necessary steps to maintain the secrecy of the application for a patent registered in the two countries and of the patent granted, in accordance with the provisions of their respective domestic law regarding inventions of significance for national defence. In such case, once agreement is reached between the two Contracting Parties, the Institute or the inventor may be permitted to submit applications for a patent in certain other countries, provided that the invention is kept secret in those countries.

The studies, research, discoveries and inventions which result from the work of the Institute, whether or not they have been kept secret, shall be made known to the Contracting Parties and shall be handed over to them free of charge provided that the two Contracting Parties have agreed that such studies, research, discoveries and inventions are required for specific national defence purposes.

In all other cases, such transfer shall require an agreement between the two Contracting Parties and shall not be granted free of charge.

The Institute may not make use of any provision of the domestic law of the two Contracting States in order to claim compensation from them for maintaining the secrecy of its patent rights and its applications for such rights.

*Article 10.*   Financial supervision shall be carried out by a commission consisting of two members of each nationality appointed by their respective Governments.

The functions and competence of the Commission are set out in annex II.

*Article 11.*   Any dispute between the Contracting Parties regarding the interpretation or application of this Convention or of annexes I, II and III thereto which cannot be settled through direct negotiation shall be submitted to the procedure set out in annex IV of this Convention.

The two Contracting Parties agree to conform to the decisions of the arbitral tribunal.

*Article 12.*   This Convention is concluded for an indefinite period and may not be denounced by either Contracting Party earlier than three years after its entry into force.

The Institute shall be closed down on 30 June or 31 December following the date of denunciation, provided that there is a minimum period of six months between the date of denunciation and the date on which it is closed down.

The Institute may also be closed down on the basis of an amicable agreement between the two Contracting Parties.

The provisions governing the liquidation of the Institute are contained in annex III.

*Article 13.* The Governments of the Contracting Parties shall consult one another in order to allow third States, which must be parties to the North Atlantic Treaty,[1] to accede to this Convention.

*Article 14.* This Convention, including its annexes, shall be ratified, and the instruments of ratification shall be exchanged at Bonn as soon as possible.

The Convention shall enter into force one month after the exchange of the instruments of ratification.

IN WITNESS WHEREOF the undersigned plenipotentiaries have signed this Convention and have thereto affixed their seals.

DONE at Saint-Louis, on 31 March 1958, in duplicate in the French and German languages, both texts being equally authentic.

For the French Republic:

[JACQUES CHABAN-DELMAS]

For the Federal Republic
of Germany:

[FRANZ JOSEF STRAUSS]

## ANNEX I.  STATUTES

### CHAPTER 1.  THE BOARD OF TRUSTEES

*Article 1.* The Board of Trustees shall consist of three French members and three German members appointed by their respective Governments.

The term of office of the members shall be three years, unless they are recalled by their respective Governments. The term of office shall be renewable.

The members of the Board shall receive no compensation or remuneration from the Institute.

The Board may draw up rules of procedure.

*Article 2.* The Chairman of the Board of Trustees shall be elected by the members of the Board for one year and shall be alternately French or German. He must be a member of the Board at the time of his election.

The Board shall also appoint from among its members a Vice-Chairman whose nationality shall be different from that of the Chairman.

*Article 3.* 1. The Board of Trustees shall meet twice a year in regular session at the Institute at the request of its Chairman; it shall meet more often if the interests of the Institute and official matters so require.

In addition, the Chairman shall convene the Board within three days if he is requested to do so by at least half of the members.

A complete agenda, which shall include at least the items whose discussion has been requested by half the members, must be circulated to all members. In the case of regular sessions, the agenda must be circulated at least two weeks before the date set for the meeting.

---

[1] United Nations, *Treaty Series*, vol. 34, p. 243.

The first meeting of the Board of Trustees shall be convened by the two Governments.

2. The Board shall be competent to take decisions only when at least two regular representatives of each Contracting Party take part in the meeting.

An absent member may delegate his voting right to another member of the same nationality.

If there is no quorum, another meeting of the Board must be convened, with the same agenda; such meeting shall be separated from the first meeting by an interval of at least three full days.

The Board shall then be competent to take decisions even if there is no quorum.

3. Decisions shall be taken by majority.

4. The Board of Trustees shall transmit the records of its meetings to the two Governments as soon as possible.

5. The Directors shall attend meetings of the Board of Trustees in an advisory capacity. If the Board so decides, they shall withdraw from the meeting.

*Article 4.* The Board of Trustees shall establish general guidelines for the Institute and supervise its activities.

In particular, it shall decide on the following matters:

1. General programme of research and development work;
2. Manning table and staff regulations;
3. Budget estimates for income and expenditure;
4. Balance and profit-and-loss account accompanied by the annual report of the Directors, as provided for in article 5 of this annex;
5. Proposals for the use of financial gains;
6. Conclusion of contracts exceeding 10 million French francs or the equivalent in any other currency; employment contracts shall not be subject to this limitation;
7. Purchase and disposal of real estate, as well as any charges in respect of immovable property;
8. Determination of compensation in cases where the Institute reserves the right to make use of the inventions of its staff (see article 9, paragraph 2, of the Convention);
9. Subsidies, acceptance of gifts and legacies, and conclusion of contracts of guarantee;
10. Actions at law;
11. Loans;
12. Any questions submitted by one of the Directors or by the Advisory Council on Research and Development.

The Board of Trustees may, however, explicitly delegate the Directors to deal with one or several of the matters listed above.

CHAPTER II.   THE DIRECTORS

*Article 5.* 1. The Directors shall be appointed by the Board of Trustees with the agreement of the Governments of the Contracting Parties. They shall be relieved of their posts in the same way.

2. The Directors shall be jointly responsible for carrying out the general policy of the Institute, and shall ensure that the Institute functions in accordance with the decisions of the Board of Trustees. In particular, they shall jointly represent the Institute in all transactions which entail commitments for it, subject to the provisions contained in paragraph 4 below.

3. In so far as they have been authorized to do so by the Board of Trustees, the Directors may recruit, promote and dismiss the staff of the Institute.

4.   The Institute shall be represented in courts of law by one of the two Directors who, if the Directors are unable to reach agreement, shall be appointed by the Board of Trustees.

5.   The two Directors shall take decisions jointly. If they are unable to reach agreement, the matter shall, at the request of either Director, be brought before the Board of Trustees.

6.   Each year the Directors shall draw up a report to the Board of Trustees on the routine work and general state of the Institute. They shall immediately inform the Chairman or the Vice-Chairman of the Board of Trustees of important developments either in writing or orally.

The Directors may not, without authorization by the Board of Trustees, carry on a business or conclude commercial transactions other than on behalf of the Institute. They may not, without authorization by the Board, participate in a trading company as personally liable partners.

CHAPTER III.   THE ADVISORY COUNCIL ON RESEARCH AND DEVELOPMENT

*Article 6.*   The Advisory Council on Research and Development shall provide advisory assistance to the Board of Trustees in scientific and technical matters.

It may also make proposals or suggestions to the Board of Trustees.

The members of the Council shall receive no remuneration from the Institute. They shall be reimbursed by the Institute for mission expenses only.

*Article 7.*   The Advisory Council on Research and Development shall consist at most, of nine French members and nine German members who shall be appointed by their respective Governments on the basis of their high scientific or technical qualifications.

The President of the Council, who shall be elected for one year by the members, shall be German when the Chairman of the Board of Trustees is French, and vice versa.

The Directors shall be *ex officio* advisory members of the Advisory Council on Research and Development.

The members of the Board of Trustees may attend meetings of the Advisory Council on Research and Development.

*Article 8.*   At the request of the Board of Trustees, the Advisory Council on Research and Development shall be convened by its President at the Institute.

CHAPTER IV.   FINANCIAL SYSTEM

*Article 9.*   The business transactions of the Institute shall be governed by the rules of private law.

Transactions shall be entered into the books in keeping with business practice; receipts and payments shall be dealt with in accordance with customary business practices.

The proceeds of such transactions shall be determined by inventories and the annual balance.

*Article 10.*   1.   The fiscal year shall begin on 1 January and end on 31 December.

2.   By way of exception, the first fiscal year shall comprise the time period from the date of the establishment of the Institute until 31 December of the year in which such establishment takes place.

*Article 11.*   1.   Each year the Directors shall prepare draft budget estimates of income and expenditure over the following fiscal year.

The draft shall be submitted before 15 June to the Board of Trustees, which shall transmit it before 1 July to the two Governments for approval.

2.   The estimates of income and expenditure shall be dealt with in the draft in separate sections on operations and investments. The estimates shall be divided into chapters. The budgetary nomenclature shall be in keeping with that of the accounting plan of the Institute provided for in article 13 below.

The resources listed in the section on investment shall be considered to be an upper limit.

3.   If the estimates of income and expenditure have not been approved by the beginning of the fiscal year, the Board of Trustees may authorize the Directors, within the limit of the expenditure approved for the preceding fiscal year, to enter into commitments for current operating costs.

*Article 12.*   The Directors shall give instructions regarding the management of income expenditure and bear responsibility therefor.

For that purpose, they may delegate their signatures to one or several employees of the Institute who have been approved beforehand by the Board of Trustees.

*Article 13.*   The accounts shall be kept in accordance with the rules of the general French accounting plan.

The chief of accounting services shall be appointed by the Board of Trustees on the proposal of the Directors.

*Article 14.*   The balance sheet, the profit-and-loss accounts and proposals on the use of profits which have been approved by the Board of Trustees shall be transmitted to the two Governments before 1 July of the year following the close of the fiscal year.

*Article 15.*   The two Governments shall pay, at the beginning of each trimester, and at the latest on the fifteenth day of the first month of each trimester, a quarter of the agreed contribution for the year.

The investment of available funds shall be determined by the Board of Trustees.


## ANNEX II.   FINANCIAL SUPERVISION

*Article 1.*   Financial supervision shall be carried out by the Commission provided for in article 10 of the Convention.

The Commission shall elect each year a chairman who shall, in particular, be responsible for assigning supervisory tasks to the members.

It shall meet at least twice a year and, in addition, at the request of either Government.

The members of the Commission shall receive no remuneration from the Institute. They shall be reimbursed by the Institute for mission expenses only.

*Article 2.*   The members of the Commission shall have the broadest powers of investigation on the basis of documentary evidence and on the spot. They may summon all members of the Board of Trustees and all employees of the Institute. The individuals summoned shall be obliged to comply with such summons to appear and to respond to the questions asked.

*Article 3.*   The Commission shall, in particular, supervise the execution of the budget and review the accounts and the financial management of the Institute.

Within nine months after the close of the fiscal year, the Commission shall prepare a report on the financial management of the Institute during the past fiscal year and shall formulate its opinion on the regularity of operations and the accuracy of the books.

The Chairman of the Commission shall transmit such report, together with the comments of the Chairman of the Board of Trustees and of the Directors regarding the observations contained therein, to the two Governments.

If the report does not express, either in whole or in part, the unanimous opinion of the members of the Commission, any member of the Commission shall have the right to attach thereto a statement of his personal opinion.

## ANNEX III.   LIQUIDATION

*Article 1.*   In the event that the Institute is closed down either as a result of an amicable agreement or as a result of a denunciation of the Convention, each Government shall appoint a liquidator who may begin his duties before the date on which the Institute is closed down. The powers of the liquidators and the date on which they begin their duties shall be determined, by agreement, by the Governments.

When the liquidators begin their duties, the powers of the Board of Trustees and the Directors shall cease.

*Article 2.*   The competent French and German authorities shall be empowered to approve the liquidation accounts and to give quittance.

*Article 3.*   After settlement of debts, the net assets shall be divided between the two States, the French State gaining possession, in all cases, of the land and building situated in its territory.

A commission set up in accordance with the rules laid down in article 3, paragraph 4, of the Convention shall determine, on the basis of the final balance sheet of the Institute, the value of the property of the Institute, including the property mentioned in the first paragraph of this article, allocated by agreement to each State, as well as the amount of compensation which may be payable by one State to the other.

## ANNEX IV.   ARBITRATION

1.   If a dispute relating to the interpretation or application of this Convention or of annexes I, II and III thereto cannot be settled through direct negotiation, it shall be arbitrated by a tribunal composed of three members. The parties shall each appoint a member who may be chosen from among their respective nationals. The third arbitrator shall be chosen, by agreement, from among the nationals of third Powers parties to the North Atlantic Treaty.

2.   If the members of the arbitral tribunal are not appointed within two months of the request made by one of the Parties to the other to submit the dispute to arbitration, either Contracting Party may request the President of the International Court of Justice or, if the latter is prevented or if he is a national of France or the Federal Republic of Germany, the Vice-President of the International Court of Justice, to make the necessary appointments. If the latter is also prevented, or if he is a national of either Contracting Party, the most senior member of the International Court of Justice who is available and who is not a national of either Contracting State shall be requested to make the appointments.

3.    The Parties shall endeavour to reach a compromise within two months of the appoint-ment of the arbitrators.

If a compromise is not reached, the dispute shall be submitted to the arbitral tribunal at the request of either Party.

The arbitrators may request to receive all records and documents and to hear all individ-uals whose testimony may help to settle the dispute.

If the Contracting Parties cannot reach agreement, the arbitrators shall, in order to settle the disputes submitted to them, apply the sources of law listed in article 38, paragraph 1, of the Statute of the International Court of Justice.

4.    Each Contracting Party shall be responsible for the remuneration of the arbitrator whom it has appointed. The two Contracting Parties shall each pay half of the remuneration of the third arbitrator and the operating expenses of the Tribunal.

The Tribunal shall determine the costs of proceedings.

———————

[TRANSLATION — TRADUCTION]

## ADDITIONAL PROTOCOL[1] TO THE CONVENTION OF 31 MARCH 1958 BETWEEN THE FRENCH REPUBLIC AND THE FEDERAL REPUBLIC OF GERMANY CONCERNING THE FRANCO-GERMAN RESEARCH INSTITUTE OF SAINT-LOUIS[2]

The Government of the French Republic and

The Government of the Federal Republic of Germany

Have agreed on the following provisions regarding the value-added tax régime of the Franco-German Research Institute of Saint-Louis.

*Article 1.*    Article 1, paragraph 5, of the above-mentioned Convention provides that, irrespective of the level of the resources deriving from the activities of the Institute, each Contracting Party shall be responsible for half of the capital expenditure and operating costs. In order to ensure the application of that principle with respect to the value-added tax which the Institute pays on the basis of its operations and in the course of its official activities, the Government of the French Republic is prepared to reimburse the Government of the Federal Republic of Germany for the part of the value-added tax collected by the French Treasury which is regarded as having been paid by the Federal Republic of Germany as part of its budgetary contribution to the operation of the Institute.

*Article 2.*    In the calculation of the value-added tax to be reimbursed, account shall be taken of the tax imposed on the acquisition of property and the services used by the Institute in the course of its activities as set out in article 1 of the Convention. However, the tax on transactions relating to the personal needs of the employees of the Institute shall be excluded. In that respect, the same procedure shall be applied as at the Max von Laue—Paul Langevin Research Institute at Grenoble.

*Article 3.*    At the end of each year, the Institute shall draw up a statement of the amount of value-added tax which it has paid during that year.

The statement shall be transmitted as soon as possible, but at the latest on 1 April of the following year, to a committee of experts set up by the two Governments, which shall audit the statement. For that purpose, the committee may have access, with the agreement of the Directors of the Institute, to the Institute's accounting documents and records.

The committee of experts shall determine, before 1 September of each year, the amount of value-added tax which the Government of the French Republic must reimburse for the preceding year. That amount shall be equal to the value-added tax paid by the Institute, less the value-added tax paid on expenses relating to the personal needs of the employees of the Institute and multiplied by the ratio between the direct and indirect budgetary contribution of the Federal Republic of Germany and the gross receipts of the Institute.

---

[1] Came into force on 28 August 1979 by signature, in accordance with article 7.

[2] See p. 154 of this volume.

*Article 4.*   The committee of experts shall be authorized to take measures to simplify the calculation of the refundable value-added tax. This provision shall apply, in particular, to the implementation of the reimbursement procedure and to the establishment of minimum amounts which shall be disregarded in the calculation of the refundable value-added tax.

*Article 5.*   After the audit has been completed, the committee of experts shall inform the two Governments of the amount which it has determined. The reimbursement to the Institute must take place as soon as possible. The amount reimbursed shall be deducted from the financial contribution of the Federal Republic of Germany.

*Article 6.*   The aforesaid measures shall be applicable as of 1 January 1971.

Reimbursement for the years 1971 to 1977 shall be made to the Federal Republic of Germany.

Beginning in 1978, reimbursement shall be made directly to the Institute and shall be deducted from the amounts to be paid by the Federal Republic of Germany as its financial contribution, without any alteration in the level of the sums indicated in the budget of the Institute.

*Article 7.*   Starting from the date of the signature of the Protocol, the French Government shall make quarterly payments towards the amount of value-added tax to be refunded to the Federal Republic of Germany each year. Such payments shall be made one month before the end of each quarter and shall be credited towards the quarterly contributions to be paid by the Federal Republic of Germany.

Such payments shall be calculated on the basis of the ratio between the total amount of the value-added tax paid by the Institute in the preceding year and its gross receipts for the same year. The resulting percentage shall be applied to the contribution to be made by the Federal Republic of Germany for each quarter of the current year.

The payments made shall be adjusted by the committee of experts at the time of the payment for the quarter following the preparation of the final account.

This Protocol, in the French and German languages, shall enter into effect on the date of its signature, both texts being equally authentic.

IN WITNESS WHEREOF the undersigned plenipotentiaries have signed this Protocol and have thereto affixed their seals.

DONE at Paris, on 28 August 1979.

|  For the Government  |  For the Government  |
|:---:|:---:|
|  of the French Republic:  |  of the Federal Republic of Germany:  |
|  [FRANÇOIS PLAISANT]  |  [CARL LAHUSEN]  |

---