# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,                    Case No. 3:19-md-2885-MCR-GRJ

                                                Judge M. Casey Rodgers
                                                Magistrate Judge Gary Jones
This Document Relates to All Cases
_____/

## O R D E R

On December 30, 2019, Plaintiffs filed a Motion to Compel Production of Documents and Memorandum of Law, ECF No. 891, seeking to compel the French-German Research Institute of Saint-Louis ("ISL") to produce documents responsive to Plaintiffs' Subpoena to Produce Documents, Information, or Objects.

The Certificate of Service reflects that the motion to compel was served on all counsel through the CM/ECF system. Exhibit B to the motion includes correspondence from Miller-Chevalier, who represents that the firm represents ISL. Because ISL is not a party in this MDL, and their counsel is not included on the docket as counsel who will receive notice of the motion, Plaintiffs are directed to file on the docket a separate certificate

of service reflecting that the motion to compel was served upon counsel for ISL.

**DONE AND ORDERED** this 2nd day of January 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge