UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION
    Zamudio v. 3M Company Inc.,                              )
        S.D. California, C.A. No. 3:19-02277          )        MDL No. 2885

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

      A conditional transfer order was filed in this action (*Zamudio*) on December 10, 2019. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Zamudio* was lifted on December 18, 2019, and the action was transferred to the Northern District of Florida.

      Subsequently, on December 31, 2019, the Panel received a notice of opposition from pro se plaintiff in *Zamudio.* Consequently, the Panel will reinstate the conditional transfer order in order to permit pro se plaintiff to pursue his opposition to transfer.

      IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-44" filed on December 10, 2019, is REINSTATED insofar as it relates to this action. Plaintiff's notice of opposition is deemed filed as of the date of this order.

      IT IS FURTHER ORDERED that plaintiff's motion and supporting brief to vacate the Panel's conditional transfer order will be due according to the schedule that will issue shortly.

                                                                 FOR THE PANEL:

                                                                 John W. Nichols
                                                                 Clerk of the Panel