# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, January 02, 2020 7:51 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, January 2, 2020 1:50:03 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/2/2020 at 8:50 AM EST and filed on 1/2/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 646 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-47) - 2 action(s)** *re: pldg. (1 in AK/3:19-cv-00286, [640] in MDL No. 2885, 1 in MN/0:19-cv-03085)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/2/2020.**

**Associated Cases: MDL No. 2885, AK/3:19-cv-00286, MN/0:19-cv-03085 (JC)**

| | |
|---|---|
| **Case Name:** | Warren v. 3M Company |
| **Case Number:** | AK/3:19-cv-00286 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-47) - 2 action(s)** *re: pldg. (1 in AK/3:19-cv-00286, [640] in MDL No. 2885, 1 in MN/0:19-cv-03085)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/2/2020.**

**Associated Cases: MDL No. 2885, AK/3:19-cv-00286, MN/0:19-cv-03085 (JC)**

| | |
|---|---|
| **Case Name:** | Williams v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-03085 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-47) - 2 action(s)** *re: pldg. (1 in AK/3:19-cv-00286, [640] in MDL No. 2885, 1 in MN/0:19-cv-03085)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/2/2020.**

**Associated Cases: MDL No. 2885, AK/3:19-cv-00286, MN/0:19-cv-03085 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**AK/3:19-cv-00286 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Larry Raymond Woolford     larry@spw.law

**AK/3:19-cv-00286 Notice will not be electronically mailed to:**

**MN/0:19-cv-03085 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:19-cv-03085 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/2/2020] [FileNumber=960802-0] [
7f49e2f4c4db7f8f093548ef64da4f2e702bbc790321ebdf4db868a1292e7b2de3d872
a839f8b3e9ea5697aa213c7e210f9e13bd10fab313739b505dc504120a]]