**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to the Master Docket | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Brian P. McNiff of Forrest LaMothe Mazow McCullough Yasi and Yasi, P.C. hereby enters his appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. McNiff is counsel in a putative class action transferred to this Court from the United States District Court for the District of Massachusetts by the Judicial Panel on Multidistrict Litigation Rule 7.1. Mr. McNiff has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND15780068752961) and has sought admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel requests all further papers and pleadings in the Master Docket of MDL 2882 be served upon him.

Respectfully submitted,                                           DATED: January 6, 2020


*/s/ Brian McNiff*
Brian P. McNiff
MA BBO# 691655
bmcniff@forrestlamothe.com
Forrest, LaMothe, Mazow,
McCullough, Yasi & Yasi, P.C.
2 Salem Green, Suite 2
Salem, MA 01970
(312) 261-5557

1

**CERTIFICATE OF SERVICE**

Pursuant to Rule 4.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this document, filed through the Panel's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>
> */s/ Brian McNiff*
> Brian P. McNiff
> MA BBO# 691655
> bmcniff@forrestlamothe.com
> Forrest, LaMothe, Mazow,
> McCullough, Yasi & Yasi, P.C.
> 2 Salem Green, Suite 2
> Salem, MA 01970
> (312) 261-5557