UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Actions* | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I caused an un-redacted version of Plaintiffs' Motion to Compel Discovery, ECF No. 891, and the exhibits thereto, to be served upon Miller & Chevalier, counsel to ISL, by hand delivery via process server.

    */s/ Christopher A. Seeger*

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 587-0700
cseeger@seegerweiss.com