UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: Warren v. 3M Company Case No. 3:20-cv-00020-MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

NOTICE OF APPEARANCE

Larry R. Woolford, Sanders Poulson Woolford, LLC, pursuant to Pretrial Order No. 3 [Docket No. 4], submits his Notice of Appearance in the master docket. The undersigned is counsel of record in a related action transferred to this MDL, *Warren v. 3M Company*, Case No. 3:20-cv-00020-MCR-GRJ, and has also filed this notice of appearance in that case's docket.

DATED this 7th day of January, 2020.

SANDERS POULSON WOOLFORD, LLC
Attorneys for the Plaintiff

/s/ Larry R. Woolford
Larry R. Woolford, AK Bar No. 9806023
636 Harris Street
Juneau, AK 99801
(907) 586-6529
larry@spw.law

SANDERS POULSON WOOLFORD, LLC
ATTORNEYS AT LAW
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 • (907) 586-6329 Facsimile