## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | |
| This Document Relates to: | Case No.: 3:19-md-2885 |
| Lamar Settlemires | Judge Casey M. Rodgers<br>Magistrate Judge Gary R. Jones |
| Plaintiff, | NOTICE OF APPEARANCE OF ATTORNEY, MACY D. HANSON, ON BEHALF OF PLAINTIFF, LAMAR SETTLEMIRES |
| v. | |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, | Civil Action No.: 3:19-cv-05092-CMR-GRJ |
| Defendants. | |

### NOTICE OF APPEARANCE OF ATTORNEY, MACY D. HANSON, ON BEHALF OF PLAINTIFF, LAMAR SETTLEMIRES

PLEASE TAKE NOTICE THAT attorney, Macy D. Hanson, *admitted pro hac vice* on the limited basis of representing Plaintiff, Lamar Settlemires, in the above litigation has entered his appearance in these above matter(s) consistent with Pretrial Order No. 3 in the above-referenced MDL proceeding.

Respectfully submitted, this, the 8th day of January, 2020.

By: /s/ Macy D. Hanson
Attorney for Lamar Settlemires

MACY D. HANSON – MS BAR # 104197
macy@macyhanson.com

THE LAW OFFICE OF MACY D. HANSON, PLLC
THE ECHELON CENTER
102 FIRST CHOICE DRIVE
MADISON, MISSISSIPPI 39110
TELEPHONE: (601) 853-9521
FACSIMILE: (601) 853-9327

## CERTIFICATE OF SERVICE

I hereby certify that, on January 8, 2020, I filed, via the ECF System, the above Notice of Attorney Appearance with the Clerk of Court, which sent notice of this filing to the following to all counsel-of-record in this matter.

/s/ Macy D. Hanson