UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates to:<br>Lakeltra Ambrosha Jones<br><br>PLAINTIFF<br><br>vs.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br><br><br><br><br><br><br><br><br>Civil Action No.: 20-17 |

**NOTICE OF APPEARANCE**

  Matías J. Adrogué of Matías J. Adrogué, PLLC hereby provides a notice of appearance as lead counsel for Plaintiff, Lakeltra Ambrosha Jones, in the above-styled cause, and hereby designates Matías J. Adrogué as lead counsel in this proceeding.

           Respectfully submitted,

           **MATÍAS J. ADROGUÉ,**
           P<small>ROFESSIONAL</small> L<small>IMITED liability</small>C<small>ompany</small>

     By:  /s/ Matías J. Adrogué
        Matías J. Adrogué
        **Attorney-In-Charge**
        State Bar No. 24012192
        Southern District ID. 30647
        1629 West Alabama St.
        Houston, TX 77006
        Telephone: (713) 425-7270
        Fax: (713) 425-7271
        service@mjalawyer.com
        **ATTORNEY-IN-CHARGE**

**OF COUNSEL:**

Leila M. El-Hakam
State Bar No.24007147
Southern District ID. 665005
**Matías J. Adrogué, PLLC**
1629 West Alabama St.
Houston, TX 77006
Telephone: (713) 425-7270
Fax: (713) 425-7271
Email:  service@mjalawyer.com

Zeinab K. Zahid
State Bar No.24105648
Southern District ID. 3182117
**Matías J. Adrogué, PLLC**
1629 West Alabama St.
Houston, TX 77006
Telephone: (713) 425-7270
Fax: (713) 425-7271
Email:  service@mjalawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served to all counsel of record by hand delivery, fax transmittal, Certified mail, return receipt requested, electronic mail, e-service, and/or U.S. Mail, on this the  9th day of January, 2020.

 /s/ Matías J. Adrogué
Matías J. Adrogué