UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## RENEWED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Michael Rothmann, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant previously filed a motion to appear pro hac vice, which was denied without prejudice on December 18, 2019, for failure to identify any individual case in which counsel appears as of record. DKT 880. This renewed motion cures said defect.

2. Movant resides in Illinois and is not a resident of the State of Florida.

3. Movant is admitted to practice and is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the State of Illinois dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial with confirmation number FLND15729885442809.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to "NextGen."

7. Movant represents Plaintiffs *Paul Kindzierski and Monika Kindzierski v. 3M Company and Aero Technologies, LLC, et al*, in 19-cv-4906 filed in the ND of Florida.

WHEREFORE, Michael Rothmann respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

                                                  Respectfully submitted,

                                                  <u>*/s// Michael Rothmann*</u>
                                                  Law Office of Martin L Glink
                                                  1655 N Arlington Heights Rd., Ste 100E
                                                  Arlington Heights, IL 60010
                                                  847-394-4900 (Phone)
                                                  847-394-1521 (Fax)
                                                  mrothmann@glinklaw.com
                                                  IL ARDC: 6237995

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on January 9, 2020 served electronically on all counsel of record.

>
> /s// *Michael Rothmann*
> Law Office of Martin L Glink
> 1655 N Arlington Heights Rd., Ste 100E
> Arlington Heights, IL 60010
> 847-394-4900 (Phone)
> 847-394-1521 (Fax)
> mrothmann@glinklaw.com
> IL ARDC: 6237995



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Michael Rothmann
Law Office of Martin L Glink
1655 N. Arlington Heights Rd.
Suite 100 East
Arlington Heights, IL 60004

Chicago
Thursday, January 09, 2020

In re: Michael Rothmann
Admitted: 11/7/1996
Attorney No. 6237995

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *Lisa Medina*
Lisa Medina
Deputy Registrar

LM