UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   January 9, 2020

Motion/Pleadings:   RENEWED MOTION TO APPEAR *PRO HAC VICE*

Filed by  Michael Rothmann     on  January 9, 2020          Doc. #  902

Response _____     on _____     Doc. # _____

_____ Stipulated         _____ Joint Pleading
_____ Unopposed      _____ Consented

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT
                                          */s/ Kathy Rock*
                                          Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 10th day of January 2020.

                                          *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**