UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

The Court has now entered an omnibus Order resolving the Minnesota Plaintiffs' motions to remand. The omnibus Order was provisionally sealed to protect from disclosure any confidential information previously determined to be subject to seal. The parties are granted until **January 21, 2020** to file an appropriate motion, supported by good cause, for maintaining any specific portions of the Order under seal. *See generally Romero v. Drummond*, 480 F.3d 1234, 1245 (11th Cir. 2007) (citing *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304 (11th Cir. 2001). If no timely motion is filed, then the Court will direct the Clerk to unseal the Order on the master docket, except for references to the *Moldex* depositions. If either party shows good cause, then a redacted version of the Order will be filed on the public docket, and in the individual cases.

**SO ORDERED**, on this 13th day of January, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**