# United States District Court
### CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**  Date: January 14, 2020
In Re: **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Eighth Case Management Conference**
Special Master Judge David Herndon present. Order to follow memorializing the Case Management Conference. BrownGreer/MDL Centrality census data (scanned image attached).

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | United States Magistrate Judge | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock, Shelley Hutson and Christopher Seeger

**Lead Counsel for Defendants:**   Kimberly Branscome, Mark Nomellini, Nick Wasdin and Larry Hill
**3M Co. and Aearo**

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:35 am

9:45 am    Court in Session - Introduction of Counsel

Court addresses the following matters:
- Presentation of BrownGreer/MDL Centrality analysis of 76,000 unfiled census forms (attached)
- Bellwether selection pool process
- Fact Sheets being modified – to be called Selection Sheets
- Court and counsel meet in Washington, DC on Jan. 28, 2020 w/VA and DOD re: *Touhy* requests
- Expert testimony, affirmative defenses, amending answer, depositions
- ISL's response (due next week) to Plaintiffs motion to compel production of documents
- Custodial requests - No scheduling order in place - Court/counsel to discuss later
- Privilege issues/documents - Judge Jones sets phone conference for January 16th @ 11:00 am ET
- Bellwether process re: 177 (171) pool representatives - Deadlines for Selection Sheet completion
- Future Case Management Conferences set: Feb. 21, March 27, April 24, and May 12, 2020

10:55 am   Court in Recess