


## Unfiled Case Census Form Prevalence Analysis
### As of 1/12/2020
[1] Analysis includes 76,105 Unfiled Census Forms which does not include hard copy census forms.



**Question 1(d): AGE**
- 18-29: 6,479 (9%)
- 30-39: 33,897 (45%)
- 40-49: 20,053 (26%)
- 50+: 15,384 (20%)
- Answer is Not Provided: 292 (<1%)

**Question 2(a): BRANCH(ES) OF SERVICE**
- Army: 35,539 (47%)
- Multiple Branches Reported: 16,165 (21%)
- Marine Corps: 9,483 (12%)
- Navy: 4,538 (6%)
- Air Force: 3,562 (5%)
- National Guard: 2,999 (4%)
- Others Combined *: 1,716 (2%)
- Answer is Not Provided: 2,103 (3%)

* Includes Reserves, Coast Guard, Navy Reserve, Air Force Reserve, Army National Guard, Air Force Guard, Air National Guard, Army Guard, Marine Corps Reserve.



**Question 6: INJURY(IES)**
- Hearing Loss and Tinnitus: 40,923 (54%)
- Hearing Loss: 6,213 (8%)
- Tinnitus: 17,829 (23%)
- Answer is Blank: 9,291 (12%)
- Other: 275 (<1%)
- Answer To be Provided: 1,574 (2%)



**Combination of Factors**
- Census Forms: 76,105 — 100%
- Ages 30-49: 53,950 — 71%
- Army Service: 25,900 — 34%
- Hearing Loss and Tinnitus: 13,620 — 18%



MDL CENTRALITY

3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

BROWNGREER

## AGE - OVERALL

## AGE - 1%

## BRANCH(ES) OF SERVICE - OVERALL

## BRANCH(ES) OF SERVICE - 1%

* Includes Reserves, Coast Guard, Navy Reserve, Air Force Reserve, Army National Guard, Air Force Guard, Air National Guard, Army Guard, Marine Corps Reserve.

© 2020
BrownGreer PLC



