UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Ellen Williams,<br><br>Plaintiff,<br><br>v.<br><br>3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC<br><br>Defendants. | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>Case No. 3:20-cv-00021-MCR-GRJ |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Jared M. Reams, Esq. of the law firm of ECKLAND & BLANDO LLP, 800 Lumber Exchange, 10 South Fifth Street, Minneapolis, MN 55402, shall appear as lead counsel of record for Plaintiff Ellen Williams in the above-captioned case.

                                                                        ECKLAND & BLANDO LLP

Dated: January 15, 2020                  s/JARED M. REAMS
                                                              Jeff H. Eckland (MN Bar #139920)
                                                             Vince C. Reuter (MN Bar #390874)
                                                             Jared M. Reams (MN Bar #397159)
                                                             800 Lumber Exchange Building
                                                             10 South Fifth Street
                                                             Minneapolis, MN 55402
                                                             (612) 236-0160
                                                             jeckland@ecklandblando.com
                                                             vreuter@ecklandblando.com
                                                             jreams@ecklandblando.com

                                                             *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jared M. Reams, hereby certify that on January 15, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

 s/JARED M. REAMS
Jared M. Reams

3