# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
### Pensacola Division

|  |  |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) Case No. 3:19-md-2885 ) |
| *This Documents Relates to All Actions* | ) ) Hon. Judge M. Casey Rodgers ) Hon. Magistrate Judge Gary R. Jones ) |

## LOCAL RULE 11.1(D) MOTION FOR EMERGENCY ADMISSION OF COUNSEL

Pursuant to Local Rule 11.1(D), and at the direction of the Court, the undersigned, Charles F. B. McAleer, Jr. of Miller & Chevalier Chartered, hereby moves for emergency admission to appear in this case as counsel for non-party French-German Research Institute of Saint Louis ("ISL") for the limited purpose of filing and litigating an unopposed motion by ISL for an extension of time to respond to a motion to compel by Plaintiffs. In support of this motion, the undersigned states and represents as follows:

1. The undersigned is counsel for ISL, which is an institute located in France to which Plaintiffs issued a subpoena in this case pursuant to Fed. R. Civ. P. 45 for the production of documents, dated September 9, 2019 ("Subpoena"). On October 8, 2019, the undersigned issued, on behalf of ISL, objections to the Subpoena. On December 30, 2019, Plaintiffs moved to compel ISL's production

of documents (DE 891) and subsequently certified that service of the motion to compel occurred on January 6, 2020.  DE 896.  Accordingly, the existing deadline for ISL to file its response to the motion to compel is January 21, 2020.  Local Rule 7.1(E).

2. For various reasons, ISL would need an extension of time to properly prepare and file its response to the motion to compel and will be seeking such relief from the Court.  To do so, the undersigned would need to file a motion for extension of time on behalf of ISL.  Plaintiffs have indicated that they do not oppose the two-week extension ISL will be requesting.

3. The undersigned is not otherwise admitted to practice law in this Court and intends to file, pursuant to Local Rule 11.1(C), a motion for admission, *pro hac vice*, to appear in this case on behalf of ISL.  However, given the impending deadline for responding to Plaintiffs' motion to compel, the undersigned requires, and hereby seeks, pursuant to Local Rule 11.1(D), an emergency admission to appear in this case for the limited purpose of filing and litigating an unopposed motion by ISL for an extension of time to respond to Plaintiffs' motion to compel.

4. The undersigned is a member of Miller & Chevalier Chartered, which is located in Washington, D.C.  The undersigned was admitted to the Bar of the Commonwealth of Virginia in 1984 and to the Bar of the District of Columbia in

1985 and is a member in good standing of both bars. The undersigned is also admitted to practice in several federal appellate and trial courts, including the United States District Court for the District of Columbia and the United States District Court for the Eastern District of Virginia.

5. The undersigned respectfully submits that the requested emergency and limited admission is both necessary and reasonable under the present circumstances, including the fact that ISL is a foreign non-party, the impending deadline is just days away and the extension motion is unopposed. The undersigned certainly will comply with whatever additional conditions or limitations the Court may impose in order to permit the requested emergency and limited admission.

6. The undersigned respectfully represents that good cause exists for granting this Motion and awarding the requested relief.

WHEREFORE, the undersigned moves this Court for the entry of an order (a) granting this Motion, (b) permitting the undersigned to appear in this matter as counsel for non-party ISL in this case on an emergency and limited basis for the purpose of filing and litigating an unopposed motion for extension of time for ISL's response to Plaintiffs' motion to compel and (c) awarding such other and further relief as the Court deems just and proper. A proposed Order is being filed with this Motion.

Dated:  January 15, 2020                    Respectfully submitted,

/s/Charles F. B. McAleer, Jr.
Charles F. McAleer (D.C. Bar # 388681)
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
Telephone:  (202) 626-5800
Facsimile: (202) 626-5801
Email: cmcaleer@milchev.com

*Attorneys for Non-Party French-German Research Institute of Saint Louis, Appearing Specially*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 15th day of January, 2020, a true and genuine copy of the foregoing was sent by electronic mail and first-class mail, postage prepaid, to the following:

Christopher A. Seeger
Seeger & Weiss LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
cseeger@seegerweiss.com
*Counsel for Plaintiffs*

Shelley V. Hutson
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
shutson@triallawfirm.com
*Counsel for Plaintiffs*

Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
baylstock@awkolaw.com
*Counsel for Plaintiffs*

Mark J. Nomellini
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, ILL 60654
mnomellini@kirkland.com
*Counsel for Defendants*

/s/ Charles F. B. McAleer, Jr.
Charles F. B. McAleer, Jr.