**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Pensacola Division**

_____

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION

*This Documents Relates to All Actions*

_____

)
)
)
)
)
)
)
)
)
)

Case No. 3:19-md-2885

Hon. Judge M. Casey Rodgers
Hon. Magistrate Judge Gary R. Jones

**[PROPOSED] ORDER GRANTING LOCAL RULE 11.1(D)
MOTION FOR EMERGENCY ADMISSION OF COUNSEL**

THIS MATTER, having come before the Court on the motion of Charles F. B. McAleer, Jr., pursuant to Local Rule 11.1(D), for emergency admission to appear in this case as counsel for non-party French-German Research Institute of Saint Louis ("ISL") for the limited purpose of filing and litigating an unopposed motion by ISL for an extension of time to respond to Plaintiffs' pending motion to compel (DE 891), and

WHEREAS, it appearing to the Court that granting the requested relief would be fair, reasonable and in the interests of justice under the circumstances described in the motion, and

WHEREAS, it further appearing to the Court that good cause exists for granting the requested relief, it is now therefore

ORDERED that the motion is hereby GRANTED and that Charles F. B. McAleer, Jr. is admitted to appear as counsel for non-party French-German Research Institute of Saint Louis ("ISL") for the limited purpose of filing and litigating an unopposed motion by ISL for an extension of time to respond to Plaintiffs' motion to compel.

ENTERED this _____ day of January, 2020.

_____
Judge

Copies to All Counsel of Record