# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
## Pensacola Division

|  |  |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) Case No. 3:19-md-2885 ) ) |
| *This Documents Relates to All Actions* | ) Hon. Judge M. Casey Rodgers ) Hon. Magistrate Judge Gary R. Jones ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Non-Party French-German Research Institute of Saint Louis ("ISL"), by counsel, appearing specially, and pursuant to Local Rule 6.1, moves for a two-week extension of the time by which it must file its response to the motion by Plaintiffs to compel production of documents by ISL pursuant to a document subpoena dated September 9, 2019, issued by Plaintiffs to ISL in the above-captioned action ("Motion to Compel") (DE 891). In support hereof, ISL states as follows:

1. On September 9, 2019, Plaintiffs issued a subpoena to ISL pursuant to Fed. R. Civ. P. 45 seeking to require ISL to produce by October 9, 2019, all documents responsive to thirty categories of requests covering an extended period of time ("Subpoena"). *See* DE 891, Ex. A.

2. Following receipt of the Subpoena, on October 8, 2019, ISL, appearing specially, served objections to the subpoena pursuant to Fed. R. Civ. P. 45(d)(2)(B) ("Objections"). *Id.,* Ex. B.

3. In its Objections and in subsequent meet and confer objections with Plaintiffs, ISL asserted that several laws, conventions and/or treaties are applicable to the Subpoena and can or should prohibit or limit the enforceability of the Subpoena. Those laws, conventions and/or treaties include (a) the Convention between the Republic of France and the Federal Republic of Germany regarding ISL dated March 31, 1958 ("France-Germany Convention"), (b) French Law No. 68-678 of July 26, 1968, amended by Law No. 80-538 of July 16, 1980, and (c) The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, opened for signature Mar. 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444 ("Hague Evidence Convention").

4. From ISL's perspective, and potentially the perspectives of the Republic of France and the Federal Republic of Germany, various governmental entities within France and Germany may have and assert certain opinions and/or positions regarding the enforceability of the Subpoena under the foregoing laws, conventions and/or treaties that this Court might find relevant to its consideration of the Motion to Compel.

5. The process of ascertaining whether and under what circumstances such governmental entities may have and assert opinions and/or positions regarding the enforceability of the Subpoena under the foregoing laws, conventions and/or treaties is time-consuming and unlikely to be completed by the existing deadline for ISL to respond to the Motion to Compel, which is Tuesday, January 21, 2020.

6. Additionally, the nature, scope and substance of the issues raised by the Subpoena and the Objections are complex, extensive and significant and necessitate thoughtful and deliberate consideration beyond the existing deadline for responding to the Motion to Compel.

7. While ISL is not a party to this litigation and is not aware of all of the existing deadlines in the case, ISL respectfully submits that a two-week extension of the existing deadline for responding to the Motion to Compel is reasonable and consistent with the interests of justice. Indeed, a 14-day extension is far less than the 112 days between the issuance of the Subpoena and the filing of the Motion to Compel, as well as the 83 days between the service of the Objections and the filing of the Motion to Compel.

8. ISL also respectfully submits that, as not only a non-party to this litigation but also a foreign non-party, the requested extension of time is particularly reasonable and appropriate.

9.    In serving its Objections and engaging in multiple meet and confer communications with Plaintiffs' counsel regarding the Subpoena, ISL has demonstrated its respect for this Court's processes and rules, as well as ISL's commitment to comply with any obligations it may have regarding such processes and rules.

10.   Plaintiffs' counsel has informed the undersigned, and authorized the undersigned to represent to this Court, that Plaintiffs do not oppose granting ISL the requested extension.

11.   Granting the requested extension would not unduly delay the resolution of the above-captioned matter and would be fair, reasonable and in the interests of justice.  Moreover, good cause exists for granting the requested extension.

WHEREFORE, non-party ISL respectfully requests that the Court grant this Motion and enter an order extending for two weeks (i.e., until and including February 4, 2020) the deadline by which ISL must respond to Plaintiffs' pending Motion to Compel Production of Documents pursuant to the Subpoena dated September 9, 2019, in this matter.  A proposed Order is being filed with this Motion.

Dated:  January 15, 2020                    Respectfully submitted,

/s/Charles F. B. McAleer, Jr.
Charles F. McAleer (D.C. Bar # 388681)
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
Telephone:  (202) 626-5800
Facsimile: (202) 626-5801
Email: cmcaleer@milchev.com

*Attorneys for Non-Party French-German Research Institute of Saint Louis, Appearing Specially*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 15th day of January, 2020, a true and genuine copy of the foregoing was sent by electronic mail and first-class mail, postage prepaid, to the following:

Christopher A. Seeger
Seeger & Weiss LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
cseeger@seegerweiss.com
*Counsel for Plaintiffs*

Shelley V. Hutson
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
shutson@triallawfirm.com
*Counsel for Plaintiffs*

Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
baylstock@awkolaw.com
*Counsel for Plaintiffs*

Mark J. Nomellini
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, ILL 60654
mnomellini@kirkland.com
*Counsel for Defendants*

/s/ Charles F. B. McAleer, Jr.
Charles F. B. McAleer, Jr.