UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Eric J. O'Bell, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Louisiana, and is not a resident of the State Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the State of Louisiana dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15790362312992**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Eric J. O'Bell respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directly the clerk to provide notice of Electronic Case Fillings to the undersigned.

                Respectfully submitted,

                By: __/s/ Eric J. O'Bell_____
                    Eric J. O'Bell (La. Bar No. 26693)
                    O'BELL LAW FIRM, LLC
                    3500 North Hullen St.
                    Metairie, LA 70002
                    Telephone: (504) 456-8677
                    Facsimile: (504) 456-8653
                    Email: ejo@obelllawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on January 16, 2020 and served electronically on all counsel of record.

                    __/s/ Eric J. O'Bell_____
                    ERIC J. O'BELL