# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. Eric J O'Bell

whose address is 3500 N Hullen St

Metairie, LA 70002

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 20th day of April, 2000.

Given over my hand and the Seal of the Louisiana State Bar Association, this 14th day of January, 2020.

*[signature]*
Executive Director
Louisiana State Bar Association