# UNITED STATES DISTRICT COURT
# CIVIL MINUTES

**Case #:** 3:19md2885 MCR/GRJ     **Time:** 11:02 a.m.
**Date:** 1/16/2020     **Time:** 12:33 p.m.

**DOCKET ENTRY:** TELEPHONE CONFERENCE

**PRESENT: HONORABLE GARY R. JONES, UNITED STATES MAGISTRATE JUDGE**

A. Tinaya-Miller     Donna Boland, Official Court Reporter (Pens)
  Deputy Clerk     Tape #/Court Reporter

**IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**

**Attorneys for Plaintiffs:**
BRIAN BARR, BRYAN ALSTOCK, DAVID BUCHANAN

**Attorneys for Defendant 3M CO. AND AEARO:**
KARL GUNDERSON, LARRY HILL, MARK NOMELLINI

Included on conference:

**PROCEEDINGS:**

11:02 a.m.     Calls case

                 Discussion regarding procedures for privilege logs

12:33 p.m.     Written order to follow. Court adjourned

                                             **Initials of Deputy Clerk:** atm