**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION** | **CASE NO. 3:19MD 2885** |
| | **Judge M. Casey Rodgers** |
| **This Document Relates to All Cases** | **Magistrate Judge Gary R. Jones** |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that David W. Hodges of Kennedy Hodges, LLP, hereby enters his appearance as counsel for the Plaintiff in the following actions

- *Richard Gomez, Jr. v. 3M Company*, Case No. 3:19-cv-00978
- *Sky Perry v. 3M Company,* Case No. 3:19-cv-02676
- *George Diaz v. 3M Company,* Case No. 3:19-cv-02404

David W. Hodges is an attorney of record in the above-referenced actions before this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND15774863462941).

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this the 16th day of January, 2020.

1

KENNEDY HODGES, LLP

*/s/ David W. Hodges*_____
David W. Hodges
Kennedy Hodges, LLP
4409 Montrose Blvd., Ste. 200
Houston, TX 77006
Phone: (713) 523-0001
Fax: (713) 523-1116
dhodges@kennedyhodges.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of January, 2020, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ David  W. Hodges*_____
David W. Hodges

2