IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,                     Case No. 3:19-md-2885-MCR-GRJ

                                                                          Judge M. Casey Rodgers
                                                                          Magistrate Judge Gary Jones

This Document Relates to All Cases
_____/

## O R D E R

Pending before the Court is the Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel Production of Documents. ECF No. 910.

Non-party French-German Research Institute of Saint Louis ("ISL") requests a two-week extension of time to file its response to Plaintiffs' Motion to Compel Production of Documents. ECF No. 891. The deadline for ISL to respond to the motion to compel is January 21, 2020. ISL advises that additional time is necessary for counsel to consult with its client and to analyze and address the issues raised by the subpoena in this case, which ISL says are complex and extensive. ISL further advises that Plaintiffs do not oppose granting ISL the requested extension.

The Court concludes that ISL has shown good cause for the requested extension and that because ISL is a foreign entity and non-party a 14-day extension is reasonable.

Accordingly, upon due consideration, it is **ORDERED**:

ISL's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel Production of Documents, ECF No. 910, is **GRANTED**. ISL must file its response to Plaintiffs' Motion to Compel by **February 4, 2020**.

**DONE AND ORDERED** this 16th day of January 2020.

<u>*s/Gary R. Jones*</u>
GARY R. JONES
United States Magistrate Judge