IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,   CASE No. 3:19-md-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary Jones

*This Document Relates to All Cases*
_____/

## ORDER

Pending before the Court is the Local Rule 11.1(D) Motion for Emergency Admission of Counsel. ECF No. 909. Charles F. B. McAleer, Jr. of Miller & Chevalier Chartered requests emergency admission to appear in this case as counsel for non-party French-German Research Institute of Saint Louis ("ISL") for the limited purpose of filing and litigating an unopposed motion by ISL for an extension of time to respond to Plaintiffs' Motion to Compel. While counsel intends to file a motion to appear pro hac vice counsel requests temporary admission to file the motion for an extension. Counsel further represents that he is a member in good standing of the bars of Virginia and the District of Columbia. There is good cause to grant the motion.

Accordingly, it is **ORDERED**:

The Local Rule 11.1(D) Motion for Emergency Admission of Counsel, ECF No. 909, is **GRANTED**. Charles F. B. McAleer, Jr. is permitted to appear in this case as counsel for non-party ISL on an emergency and limited basis for the purpose of filing and litigating an unopposed motion for extension of time for ISL's response to Plaintiffs' motion to compel. Charles F.B. McAleer, Jr. is directed to file his motion for admission pro hac vice under Local Rule 11.1(C) as promptly as possible.

**DONE AND ORDERED** this 16th day of January 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge