**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## **ORDER**

On January 16, 2020, the Court conducted a telephone hearing at the request of the parties to address Defendants' objections to the production of thousands of documents[1] in discovery on the basis that those documents are privileged. Fed. R. Civ. P. 26(b). "[T]o secure the just, speedy, and inexpensive determination of" this action, Fed. R. Civ. P. 1, and for the reasons discussed at the hearing (which are fully incorporated here), the Court establishes the following scheduling order and protocol to resolve dispute regarding privilege issues:

1. The parties must complete their meet and confer regarding the documents Defendants have designated as privileged in their privilege log **on or before January 27, 2020**.

---

[1] To be clear, the Court uses the term "document" here to refer to any paper or electronic file that, if not privileged, is subject to production under Federal Rules of Civil Procedure 26 and 34.

2. Each party must select and designate 100 documents from Defendants' privilege log as a sample for the parties to address Defendants' privilege objections **on or before January 27, 2020.** The parties must advise the Court of their selected documents **on January 28, 2020**.

3. Defendants must provide the Court with a courtesy copy of their privilege log *in camera* **on January 28, 2020**.

4. The parties must meet and confer regarding Defendants' privilege objections to the parties' 200 selected documents, and any additional documents referred to in the privilege log that the Court advises the parties are of interest, **on or before February 7, 2020**.

5. Following the parties' second conferral, the parties must file briefing in support of their respective positions as to Defendants' remaining privilege objections to the 200 selected documents and those selected by the Court **on or before February 21, 2020**. The parties must file any response to the opposing party's brief **on or before February 24, 2020**.

6. The Court will schedule a hearing on the parties' filings by separate order.

**DONE AND ORDERED** this 16th day of January 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge