**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, January 17, 2020 8:24 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, January 17, 2020 2:23:40 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/17/2020 at 9:23 AM EST and filed on 1/17/2020
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** MDL No. 2885
**Filer:**
**Document Number:** 680

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ([654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033,**

MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)

| | |
|---|---|
| **Case Name:** | Smith v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00035 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

| | |
|---|---|
| **Case Name:** | Butler v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00023 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

| | |
|---|---|
| **Case Name:** | Armstrong v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00020 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)

| | |
|---|---|
| **Case Name:** | Baylor v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00024 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)

| | |
|---|---|
| **Case Name:** | Wilkerson v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00032 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-*

*cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

| | |
|---|---|
| **Case Name:** | Witherspoon v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00030 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

| | |
|---|---|
| **Case Name:** | Powell v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00033 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)

| | |
|---|---|
| **Case Name:** | Brown v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00021 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)

| | |
|---|---|
| **Case Name:** | Alger v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00019 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)

**Case Name:** Simone v. 3M Company et al
**Case Number:** MN/0:20-cv-00034
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

**Case Name:** Brooks v. 3M Company et al
**Case Number:** MN/0:20-cv-00014
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

**Case Name:** Brand v. 3M Company et al
**Case Number:** MN/0:20-cv-00010
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

| | |
|---|---|
| **Case Name:** | Wilson v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00031 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

| | |
|---|---|
| **Case Name:** | Dice v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00039 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-*

*cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

| | |
|---|---|
| **Case Name:** | Victory v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00043 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)**

| | |
|---|---|
| **Case Name:** | Player v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00029 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)

| | |
|---|---|
| **Case Name:** | Bevins v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00026 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)

| | |
|---|---|
| **Case Name:** | Stephens v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00042 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-48) - 18 action(s)** *re: pldg. ( [654] in MDL No. 2885, 1 in MN/0:20-cv-00010, 1 in MN/0:20-cv-00014, 1 in MN/0:20-cv-00019, 1 in MN/0:20-cv-00020, 1 in MN/0:20-cv-00021, 1 in MN/0:20-cv-00023, 1 in MN/0:20-cv-00024, 1 in MN/0:20-cv-00026, 1 in MN/0:20-cv-00029, 1 in MN/0:20-cv-00030, 1 in MN/0:20-cv-00031, 1 in MN/0:20-cv-00032, 1 in MN/0:20-cv-00033, 1 in MN/0:20-cv-00034, 1 in MN/0:20-cv-00035, 1 in MN/0:20-cv-00039, 1 in MN/0:20-cv-00042, 1 in MN/0:20-cv-00043)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/17/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00010, MN/0:20-cv-00014, MN/0:20-cv-00019, MN/0:20-cv-00020, MN/0:20-cv-00021, MN/0:20-cv-00023, MN/0:20-cv-00024, MN/0:20-cv-00026, MN/0:20-cv-00029, MN/0:20-cv-00030, MN/0:20-cv-00031, MN/0:20-cv-00032, MN/0:20-cv-00033, MN/0:20-cv-00034, MN/0:20-cv-00035, MN/0:20-cv-00039, MN/0:20-cv-00042, MN/0:20-cv-00043 (JC)

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00035 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00035 Notice will not be electronically mailed to:**

**MN/0:20-cv-00023 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00023 Notice will not be electronically mailed to:**

**MN/0:20-cv-00020 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00020 Notice will not be electronically mailed to:**

**MN/0:20-cv-00024 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00024 Notice will not be electronically mailed to:**

**MN/0:20-cv-00032 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00032 Notice will not be electronically mailed to:**

**MN/0:20-cv-00030 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Destelan    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00030 Notice will not be electronically mailed to:**

**MN/0:20-cv-00033 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Destelan    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00033 Notice will not be electronically mailed to:**

**MN/0:20-cv-00021 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Destelan    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00021 Notice will not be electronically mailed to:**

**MN/0:20-cv-00019 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00019 Notice will not be electronically mailed to:**

**MN/0:20-cv-00034 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00034 Notice will not be electronically mailed to:**

**MN/0:20-cv-00014 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00014 Notice will not be electronically mailed to:**

**MN/0:20-cv-00010 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00010 Notice will not be electronically mailed to:**

**MN/0:20-cv-00031 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00031 Notice will not be electronically mailed to:**

**MN/0:20-cv-00039 Notice has been electronically mailed to:**

Kevin R Duck    krd@ducklawfirm.com, jan@ducklawfirm.com, vicki@ducklawfirm.com

Kristin L Kingsbury    kkingsbury@seilerschindel.com

Mark Chapin Hall    chapin@mchapinhall.com

**MN/0:20-cv-00039 Notice will not be electronically mailed to:**

3M COMPANY
1024 Hazel St N
Suite 2
Saint Paul, MN 55119

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo Technologies LLC
Bldg 224-5N-40
St. Paul, MN 55144

**MN/0:20-cv-00043 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00043 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00029 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00029 Notice will not be electronically mailed to:**

**MN/0:20-cv-00026 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00026 Notice will not be electronically mailed to:**

**MN/0:20-cv-00042 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00042 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/17/2020] [FileNumber=964884-0]
[10b942ff3990e7e30b71b404eff6ccd347af552768ddac1f68533c03de55cc920a4c0
597a99e300bf6b5ed6aa63c32893f0f647c581886289a848dd6ba000db9]]