IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS             CASE NO. 3:19MD2885
EARPLUG PRODUCTS
LIABILITY LITIGATION

                                         Judge M. Casey Rodgers
This Document Relates to All Cases    Magistrate Judge Gary R. Jones

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Brett J. Novick of William Petros Law, hereby enters his appearance as counsel for the Plaintiff in the following actions

- *Frederick Wendal Kaucher IV v. 3M Company et al.*, Case No. 3:19-cv-04496

- *Francisco Kelly v. 3M Company,* Case No. 3:19-cv-04495

- *Zacory Ruiz v. 3M Company,* Case No. 3:19-cv-04494

Brett J. Novick is an attorney of record in the above-referenced actions before this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND15623422332401).

Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Respectfully submitted this the 17th day of January, 2020.

1

    /s/Brett J. Novick
BRETT J. NOVICK, ESQ.
Florida Bar No. 107536
WILLIAM PETROS LAW
4090 Laguna Street, Second Floor
Coral Gables, Florida 33146
Tel: (305) 446-3699
Fax: (305) 446-2799
Primary email:    bnovick@petroslaw.com
Secondary email: pmontalvo@petroslaw.com
                           wlpetros@petroslaw.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 17th day of January, 2020, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                           */s/ Brett J. Novick*
                                            Brett J. Novick