James P. Frantz, Esq. (SBN 87492)
William B. Shinoff, Esq. (SBN 280020)
M. Regina Bagdasarian, Esq. (SBN 296219)
William P. Harris III, Esq. (SBN 123575)
George T. Stiefel III, Esq. (SBN 297611)
FRANTZ LAW GROUP, APLC
402 West Broadway, Suite 860
San Diego, CA  92101
E: jpf@frantzlawgroup.com
E: wshinoff@frantzlawgroup.com
E: regina@frantzlawgroup.com
E: wharris@frantzlawgroup.com
E: gstiefel@frantzlawgroup.com
Tel: (619) 233-5945
Fax: (619) 525-7672
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodolfo Arrieta;<br>Miquel Angel Aguayo;<br>Miquel Arturo Bonillas;<br>Tyler James Gilson;<br>Ricardo Contreras Gonzalez;<br>Derek Henderson;<br>Nixon Mercado;<br>Ryan Joseph O'Hearn;<br>Jacob Wright,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>3M Company; and<br>DOES 1 through 100, inclusive<br><br>　　　　　Defendants. | Case No. 3:19-cv-04882<br>MDL Case # 3:19-md-2885-MCR/GRJ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

I, William B. Shinoff, an active member in good standing of the bar of the state of California, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing plaintiffs Rodolfo Arrieta, Miquel Angel Aguayo, Miquel Arturo Bonillas, Tyler James Gilson, Ricardo Contreras Gonzalez, Derek Henderson, Nixon Mercado, Ryan Joseph O'Hearn, and Jacob Wright in the above-entitled action.

The undersigned counsel respectfully requests that this Court allow counsel leave to proceed without local counsel as this concerns the contested matter in connection with MDL Case # 3:19-md-2885-MCR/GRJ, in which the substantive issues would be governed primarily by Federal law.

I am an active member in good standing of the United States District Court Southern District of California; my bar number is: 280020. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have familiarized myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for Attorneys. I completed the Attorney Admission Tutorial, confirmation #FLND15755000212899, and the CM/ECF tutorials.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2019    **FRANTZ LAW GROUP, APLC**

/S/ William B. Shinoff, Esq.
William B. Shinoff, Esq.
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodolfo Arrieta;<br>Miquel Angel Aguayo;<br>Miquel Arturo Bonillas;<br>Tyler James Gilson;<br>Ricardo Contreras Gonzalez;<br>Derek Henderson;<br>Nixon Mercado;<br>Ryan Joseph O'Hearn;<br>Jacob Wright,<br><br>                    Plaintiffs,<br><br>    v.<br><br>3M Company; and<br>DOES 1 through 100, inclusive<br><br>                    Defendants. | Case No. 3:19-cv-04882<br>MDL Case # 3:19-md-2885-MCR/GRJ<br><br><br>PROPOSED ORDER GRANTING<br>APPLICATION FOR ADMISSION<br>FOR ATTORNEY *PRO HAC VICE* |

Pro Hac Vice Application and Order

PROPOSED ORDER GRANTING APPLICATION FOR ADMISSION FOR ATTORNEY PRO HAC VICE.

IT IS HEREBY ORDERED THAT the application of William B. Shinoff is granted, subject to the terms and conditions of Civil L.R. 11.1. All papers filed by the attorney must indicate appearance *pro hac vice*.

Dated:

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**The State Bar** *of California*

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105   888-800-3400   AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

December 6, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM BENJAMIN SHINOFF, #280020 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2011 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Raquel Hines
Custodian of Records