UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 23**
**Bellwether Selection Protocol**

To further the effective and efficient management of this litigation, the following procedures have been established for identifying and selecting the initial bellwether discovery pool cases.

1. On December 16, 2019, there were 139,693 claimants registered in MDL Centrality in connection with the 3M litigation. The Court, with the assistance of BrownGreer PLC, randomly selected 1% of that population—1,397 claimants—for consideration as potential bellwether candidates. Next, a series of prevalence analyses were conducted on the entire population of claimants with completed census forms, to identify the individual plaintiff characteristics that were most representative of the whole, in terms of branch of service, age, and injury. The analyses revealed that the most representative claimant is between the ages of 30 and 49, serves or served in the Army, and alleges a combination of tinnitus and hearing

loss.  Of the randomly selected 1%, 175 cases met the three criteria.[1]  Those 175 cases, which are identified on Exhibit A, comprise the first potential bellwether candidate pool for this litigation.

2.  The 175 cases in the first potential bellwether candidate pool have already filed Short Form Complaints on either the administrative docket or the 3M MDL docket.  From this pool, the Court randomly selected six cases to proceed with case-specific discovery, along with one alternate.[2]  Plaintiff Leadership and Defendants will each select nine cases from the remaining potential bellwether candidates—seven cases to proceed with discovery, two cases as alternates—using the process outlined below, resulting in an initial discovery pool of 20 cases and 5 alternates.[3]

3.  The parties are currently finalizing an agreed Bellwether Selection Form, which will be made available in MDL Centrality once it has been approved by the Court.  Thereafter, each of the plaintiffs in the first potential bellwether

---

[1] Initially, there were 177 cases that appeared to meet the criteria; however, two cases have since been removed from the list.

[2] The six cases randomly selected by the Court for the initial discovery pool are:  Kevin Lopez (PID 160400), Lewis Keefer (PID 11295), Luke Vilsmeyer (PID 91380), Jared King (PID 30281), Jonathan Vaughn (PID 31013), and William Wayman (PID 83748).  A seventh case, Lonnie Burgus (PID 60806), was randomly selected as an alternate.  The Court's randomly selected cases are highlighted in yellow on Exhibit A.

[3] The alternates must be included in *Touhy* requests for cases in the initial bellwether discovery pool.  The Court will discuss with the parties whether the alternates will be fully worked up as part of the discovery process.

Case No. 3:19md2885/MCR/GRJ

candidate pool, including the seven randomly selected by the Court, must submit a completed Bellwether Selection Form to BrownGreer PLC within **21 days** after notification is made that the form is available in MDL Centrality.[4]  Failure to timely submit a completed Bellwether Selection Form will be grounds for sanctions, up to and including dismissal of a case.

    4.    The plaintiff leadership team—and the Early Vetting Subcommittee, in particular—has been tasked with assisting in the timely submission of Bellwether Selection Forms.  **To protect the integrity of the bellwether selection process, members of the plaintiff leadership team are prohibited from investigating any potential bellwether candidate and/or claim at this time, beyond obtaining responses to the questions on the Bellwether Selection Form.**

    5.    After the Bellwether Selection Forms submission deadline, each side will select seven cases for inclusion in the initial discovery pool, along with two alternates.  By **February 18, 2020**, the parties must jointly advise the Court of their respective selections.

---

[4] A plaintiff may answer appropriate questions, in good faith, by indicating "not applicable," "I don't know," or "unknown." The plaintiffs' responses need not be sworn under penalty of perjury and there wi

6. The parties must be prepared to discuss a schedule for the completion of case-specific discovery and the filing of *Daubert* and/or dispositive motions, if any, for the initial discovery pool during the next leadership call.

**SO ORDERED**, on this 21st day of January, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A

| | Claims Within 1% Random Selection: Age 30-49, Army, Hearing Loss and Tinnitus | | |
|---|---|---|---|
| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
| 1. | 116838 | Sloan, Ronald Elliot | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz |
| 2. | 116964 | McGraw, Jesse Michael | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz |
| 3. | 138793 | Palanki, Joseph Frank | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz |
| 4. | 138901 | Adams, Joseph Jay | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz |
| 5. | 162092 | Gutierrez Reyes, Luis A. | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz |
| 6. | 60447 | Beal, James E. | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 7. | 60806 | Burgus, Lonnie Eugene | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 8. | 63126 | Lawrence, Ralph | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 9. | 65397 | Troy, Travis | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 10. | 65936 | Zavalavieyra, Jose | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 11. | 99806 | Otero, Ary | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 12. | 66104 | Adkins, Brandon | Bailey Cowan Heckaman PLLC |
| 13. | 117177 | Cater, Colin | Baron & Budd |
| 14. | 117349 | Fausett, Matthew William | Baron & Budd |
| 15. | 66875 | Eargle, Whitney Vaughn | Bernstein Liebhard LLP |
| 16. | 67340 | Knisell, Kevin | Bernstein Liebhard LLP |
| 17. | 1329 | Lemapu, Nathan | Blasingame, Burch, Garrard & Ashley, P.C. |
| 18. | 168825 | Hansberry, April | Blasingame, Burch, Garrard & Ashley, P.C. |
| 19. | 68112 | Carr, Brandon | Brent Coon & Associates |
| 20. | 91889 | Byrd, Charlie Edward | Burwell Nebout Trial Lawyers |
| 21. | 78744 | Belton, Rima D | Carey Danis & Lowe |
| 22. | 90718 | Ziolkowski, David | Clark, Love & Hutson PLLC |
| 23. | 90795 | Guess, Brandon V | Clark, Love & Hutson PLLC |
| 24. | 89947 | Tyler, Tim | Clark, Love & Hutson PLLC |
| 25. | 167468 | Blankenship, Chad | Clark, Love & Hutson PLLC |
| 26. | 65984 | Rowe, Vernon C | Colson Hicks Eidson |
| 27. | 74142 | Poore, Timothy | Danziger & De Llano |
| 28. | 74976 | Smith, Clint | Danziger & De Llano |
| 29. | 75939 | Wilkinson, David | Danziger & De Llano |
| 30. | 75993 | Wilson, Daniel | Danziger & De Llano |
| 31. | 76177 | Blackmon, Andrew | DeGaris Wright McCall |
| 32. | 76323 | Wilkison, Jerry | DeGaris Wright McCall |
| 33. | 76328 | Wooten, Joshua | DeGaris Wright McCall |
| 34. | 107236 | Alexander, Gary | Douglas & London |
| 35. | 108329 | Caruso, Nathan | Douglas & London |
| 36. | 108744 | Craft, Kristopher | Douglas & London |
| 37. | 108756 | Craven, Michael | Douglas & London |
| 38. | 109776 | Garcia, Sigifredo | Douglas & London |
| 39. | 110175 | Guzman, Jonathan | Douglas & London |
| 40. | 112454 | Montanez, Luis | Douglas & London |
| 41. | 115039 | Valencia, Francisco | Douglas & London |
| 42. | 115141 | Vlasto, Christopher | Douglas & London |
| 43. | 115450 | Wilkins, Mark | Douglas & London |
| 44. | 115491 | Williams, Calvin | Douglas & London |

| | Claims Within 1% Random Selection: Age 30-49, Army, Hearing Loss and Tinnitus | | |
|---|---|---|---|
| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
| 45. | 107485 | Ball, Dustin | Douglas & London |
| 46. | 167705 | Potter, Grant | Fears \| Nachawati |
| 47. | 167715 | Sholley, Erik | Fears \| Nachawati |
| 48. | 76356 | Barton, Reuben | Fleming, Nolen & Jez, L.L.P. |
| 49. | 76399 | Christenson, Ryan | Fleming, Nolen & Jez, L.L.P. |
| 50. | 76535 | Huante, Rudy | Fleming, Nolen & Jez, L.L.P. |
| 51. | 56508 | Watson, Christopher | Gori Julian & Associates |
| 52. | 56617 | Gellerman, Milton | Gori Julian & Associates |
| 53. | 57509 | James, Richard | Gori Julian & Associates |
| 54. | 58778 | Pelkey, Jessica | Gori Julian & Associates |
| 55. | 58878 | Nosko, Jordan | Gori Julian & Associates |
| 56. | 59637 | Bookhart, Cedric L. | Gori Julian & Associates |
| 57. | 155989 | Leardo, Eduardo | Goza & Honnold, LLC |
| 58. | 170563 | Macias, Francisco | Grant & Eisenhofer |
| 59. | 79599 | Hensley, Marcus | Heninger Garrison Davis, LLC |
| 60. | 79857 | McCombs, Dustin | Heninger Garrison Davis, LLC |
| 61. | 170138 | Herrin, Kristopher | Heninger Garrison Davis, LLC |
| 62. | 10428 | Taylor, Joseph | Hensley Legal Group, PC |
| 63. | 80663 | Graham, Jeffrey | Holland Law Firm |
| 64. | 80944 | Tapia, Brandon | Holland Law Firm |
| 65. | 137410 | Camarillorazo, Guillermo | Jensen & Associates |
| 66. | 137901 | Baker, Kevin | Jensen & Associates |
| 67. | 138590 | Wilkerson, Steven | Jensen & Associates |
| 68. | 116003 | Reyes, Jonathan | Joel Bieber Firm |
| 69. | 16834 | Thomas, Andrew James | Johnson Becker |
| 70. | 19183 | Askew, Laquinsa | Tracey & Fox Law Firm |
| 71. | 19465 | Baker, Lloyd E. | Tracey & Fox Law Firm |
| 72. | 20660 | Davis, Jeremy M. | Tracey & Fox Law Firm |
| 73. | 20868 | Doss, Darry L. | Tracey & Fox Law Firm |
| 74. | 21040 | Emerson, Andrew C | Tracey & Fox Law Firm |
| 75. | 22137 | Horres, Kenneth | Tracey & Fox Law Firm |
| 76. | 22300 | Jaeger, Andrew J. | Tracey & Fox Law Firm |
| 77. | 23779 | Nicholson, Jason M | Tracey & Fox Law Firm |
| 78. | 24539 | Rivera, Derik | Tracey & Fox Law Firm |
| 79. | 24701 | Rothe, Kirt W. | Tracey & Fox Law Firm |
| 80. | 24850 | Sartain, Brandon | Tracey & Fox Law Firm |
| 81. | 25689 | Vales, Joseph | Tracey & Fox Law Firm |
| 82. | 26053 | Wilke, Tylor | Tracey & Fox Law Firm |
| 83. | 129600 | Adams, Tarun | Junell & Associates, PLLC |
| 84. | 131382 | Floyd, Kedrick | Junell & Associates, PLLC |
| 85. | 131556 | Garza, Christopher | Junell & Associates, PLLC |
| 86. | 131574 | Genessy, Nathan | Junell & Associates, PLLC |
| 87. | 133116 | Matthews, Joseph | Junell & Associates, PLLC |
| 88. | 133326 | Mick, Andrew | Junell & Associates, PLLC |

| | Claims Within 1% Random Selection: Age 30-49, Army, Hearing Loss and Tinnitus | | |
|---|---|---|---|
| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
| 89. | 133362 | Miller, Andrew | Junell & Associates, PLLC |
| 90. | 134986 | Stoeber, Andrew | Junell & Associates, PLLC |
| 91. | 160400 | Lopez, Kevin | Junell & Associates, PLLC |
| 92. | 43581 | Butler, Ben C | Keller Lenkner |
| 93. | 43635 | Carr, Zachary | Keller Lenkner |
| 94. | 44768 | Horton, William | Keller Lenkner |
| 95. | 45022 | Kibler, Dak | Keller Lenkner |
| 96. | 45425 | McNeal, Chad S | Keller Lenkner |
| 97. | 45531 | Montero, Carlos A | Keller Lenkner |
| 98. | 46591 | Taylor, Michael R | Keller Lenkner |
| 99. | 158129 | Batocabe, Joselito | Keller Lenkner |
| 100. | 164055 | Firster, Jesse | Langston & Lott, PLLC |
| 101. | 11295 | Keefer, Lewis | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. |
| 102. | 102337 | Bednarek, Brian | Lockridge Grindal Nauen |
| 103. | 139639 | Garcia, Joshua | Matthews & Associates |
| 104. | 11895 | Benson, Kenneth | McDonald Worley |
| 105. | 12029 | Wonser, Benjamin | McDonald Worley |
| 106. | 12134 | Austin, Toby | McDonald Worley |
| 107. | 12196 | Williams, Charles | McDonald Worley |
| 108. | 12839 | Colondres, Jose Antonio | McSweeney/Langevin LLC |
| 109. | 91198 | Belfi, Matthew | Messa & Associates |
| 110. | 91380 | Vilsmeyer, Luke F. | Messa & Associates |
| 111. | 85799 | Manning, Sandra | Monsour Law Firm |
| 112. | 85833 | Perry, Nathan | Monsour Law Firm |
| 113. | 5323 | Jordan, James | Morgan & Morgan |
| 114. | 126252 | Stryker, Mark Vincent | Morgan & Morgan |
| 115. | 165088 | Minor, Todd | Morgan & Morgan |
| 116. | 165134 | Vater, Richard Wilson | Morgan & Morgan |
| 117. | 128730 | Clark, Tremayne | Morris Bart, LLC |
| 118. | 129388 | Forstall, Derek | Morris Bart, LLC |
| 119. | 51455 | Blum, Michelle | Mostyn Law |
| 120. | 51655 | Patterson, Damon | Mostyn Law |
| 121. | 51836 | Carter, Daniel | Mostyn Law |
| 122. | 126960 | Stephens, Alberta | Mostyn Law |
| 123. | 167901 | Donato, David | Mostyn Law |
| 124. | 17110 | Anderson, Alexander E. | Murphy Law Firm |
| 125. | 17764 | Campsey, Ryan Dale | Murphy Law Firm |
| 126. | 29996 | Garcia, Tlaloc | OnderLaw, LLC |
| 127. | 30033 | Graham, Chris | OnderLaw, LLC |
| 128. | 30068 | Hacker, Stephen | OnderLaw, LLC |
| 129. | 30281 | King, Jared | OnderLaw, LLC |
| 130. | 30301 | Kudlo, David | OnderLaw, LLC |
| 131. | 31013 | Vaughn, Jonathan | OnderLaw, LLC |
| 132. | 160131 | Husband, Joshua Alan | OnderLaw, LLC |

| | Claims Within 1% Random Selection: Age 30-49, Army, Hearing Loss and Tinnitus | | |
|---|---|---|---|
| Row | Plaintiff ID | Plaintiff Name | Law Firm Name |
| 133. | 164121 | Cone, Richard | OnderLaw, LLC |
| 134. | 52882 | Coar, Larry | Peterson & Associates, P.C. |
| 135. | 106559 | Angerstein, Michael | Price Armstrong |
| 136. | 15385 | Franklin, Wesley | Pulaski Law Firm, PLLC |
| 137. | 26495 | Estes, Luke | Pulaski Law Firm, PLLC |
| 138. | 26956 | Mayfield, Bradley | Pulaski Law Firm, PLLC |
| 139. | 28194 | Johnson, Robert | Pulaski Law Firm, PLLC |
| 140. | 94115 | Parent, Scott C. | Richardson, Patrick, Westbrook & Brickman, LLC |
| 141. | 92368 | Crouchet, Darrick | Robinson Calcagnie, Inc. |
| 142. | 148989 | Green, Joshuah | Searcy Denney Scarola Barnhart and Shipley |
| 143. | 81923 | Stelling, Carter | Seeger Weiss LLP |
| 144. | 82204 | Vassar, David | Seeger Weiss LLP |
| 145. | 82346 | Smith, Eric | Seeger Weiss LLP |
| 146. | 83093 | Johnson, Maurice | Seeger Weiss LLP |
| 147. | 83334 | Atteberry, Ricky | Seeger Weiss LLP |
| 148. | 83660 | Kirk, Tony | Seeger Weiss LLP |
| 149. | 83748 | Wayman, William | Seeger Weiss LLP |
| 150. | 16118 | Gomez, Carlos | Simmons Hanly Conroy |
| 151. | 16206 | Ging, Wesley | Simmons Hanly Conroy |
| 152. | 165487 | Cornell, Sean | Simmons Hanly Conroy |
| 153. | 165526 | Kelley, Denise | Simmons Hanly Conroy |
| 154. | 6429 | Baker, John | Stueve Siegel Hanson |
| 155. | 6731 | De Alba, Oscar | Stueve Siegel Hanson |
| 156. | 7740 | Rissinger, Jeff | Stueve Siegel Hanson |
| 157. | 7971 | Taylor, Steven | Stueve Siegel Hanson |
| 158. | 29208 | Van Winkle, Leo | The Carlson Law Firm |
| 159. | 127869 | Silven, Benjamin | The DiLorenzo Law Firm, LLC |
| 160. | 127967 | Whaley, Christopher | The DiLorenzo Law Firm, LLC |
| 161. | 49034 | Netto, Bruce | The Lanier Law Firm |
| 162. | 49521 | Duling, Eric | The Spencer Law Firm |
| 163. | 151325 | Olson, Robert | Thomas J Henry |
| 164. | 151564 | Reviere, Anthony | Thomas J Henry |
| 165. | 151595 | Rivas, Joel | Thomas J Henry |
| 166. | 151598 | Rivera, Carlos | Thomas J Henry |
| 167. | 151901 | Smith, Brian | Thomas J Henry |
| 168. | 162146 | Vaillancourt, Joshua | Thomas J Henry |
| 169. | 163246 | Bucko, Kenneth | Thomas J Henry |
| 170. | 163273 | Finley, Theodore | Thomas J Henry |
| 171. | 136427 | Robinson, Orane | Thomas J Henry |
| 172. | 4946 | Kessler, Franklin | Thornton Law Firm |
| 173. | 95350 | Arbour, Garrett Joseph | Wagstaff & Cartmell, LLP |
| 174. | 95556 | Love, Jamal Rashad | Wagstaff & Cartmell, LLP |
| 175. | 4601 | Sansone, Vincent | Weller, Green, Toups & Terrell, LLP |