UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Evan D. Buxner of The Gori Law Firm, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant resides in Missouri and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bars of Missouri and Illinois, where Movant resides and/or regularly practices. A copy of the certificates of good standing from Missouri and Illinois dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15556873652007, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is an attorney of record in the following cases: *Terry Blake v. 3M Company, et al.*, 3:19-cv-00579-MCR-GRJ; *Ryan Schatz v. 3M Company, et al.,* 3:19-cv-00592-MCR-GRJ;

*Timothy Barker v. 3M Company, et al.,* 3:19-cv-00851-MCR-GRJ; and *Joshua Goddard v. 3M Company, et al.,* 3:19-cv-00581-MCR-GRJ.

WHEREFORE, Evan D. Buxner respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 22nd day of January, 2020.

                                        THE GORI LAW FIRM

                                        */s/ Evan D. Buxner*
                                        Evan D. Buxner
                                        Missouri Bar No. 41559
                                        156 N. Main Street
                                        Edwardsville, IL 62025
                                        (618) 659-9833 - Telephone
                                        (618) 659-9834 – Facsimile
                                        evan@gorilaw.com

## CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 22nd day of January, 2020.

*/s/ Evan D. Buxner*
Evan D. Buxner
Missouri Bar No. 41559
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
evan@gorilaw.com