## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## ORDER OF DEFICIENCY

This matter is before the Court on the Application for Admission of Attorney *Pro Hac Vice* filed by William B. Shinoff.  ECF No. 921.  Attorney Shinoff's motion is deficient and otherwise fails for these reasons:

- The pleading is not properly captioned for this court. Every paper filed after the Complaint must have the name of this court, the case style and the case number.

- Pursuant to Pretrial Order No. 16 entered October 15, 2019, the Court concluded that multi-plaintiff complaints must be severed and that for any multi-plaintiff complaints filed after the date of that Order, each plaintiff would be subject to automatic severance and dismissal without prejudice.  *See* ECF No. 7 filed in Case No. 3:19cv4882-MCR-GRJ.  Accordingly, all plaintiffs listed in the case

style of Attorney Shinoff's motion, other than the first named plaintiff, Rudolfo Arrieta, have been terminated. Pursuant to Pretrial Order No. 17, in the event any plaintiff was a member of a multi-plaintiff complaint prior to transfer to this MDL, each plaintiff must file a separate short form complaint under a separate docket number. *See* ECF No. 8 filed in Case No. 3:19cv4882-MCR-GRJ. As of this date, separate short form complaints for the terminated plaintiffs have not been filed with the appropriate filing fee for separate civil action number assignment by the Clerk.[1]

- The Certificate of Standing attached to Attorney Shinoff's motion is dated more than 30 days prior to the motion. The Court notes, however, that counsel's original motion was filed in Case No. 3:19cv4883-MCR-GRJ on December 19, 2019, and was refiled in the MDL master docket on direction by the Clerk.

For the foregoing reasons, it is **ORDERED** that Attorney's Shinoff's Application for Admission of Attorney *Pro Hac Vice*, ECF No. 921, will remain in

---

[1] The Court notes counsel for Plaintiff has incorrectly filed short form complaints for each of the Plaintiffs listed in the multi-plaintiff complaint within Case No. 3:19cv4882-MCR-GRJ. Each of the short form complaints for the severed and terminated plaintiffs, ECF Nos. 11, 12, 13, 14, 15, 16, 17 & 18, are stricken.

Case No. 3:19md2885-MCR-GRJ

the electronic file, but the Court will not consider it until the above deficiencies have

been corrected through the filing of a renewed amended document.  The motion is

DENIED without prejudice to refiling.

**DONE and ORDERED** this 22nd day of January 2020.


_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**