## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, January 22, 2020 8:41 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, January 22, 2020 2:39:28 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 1/22/2020 at 9:38 AM EST and filed on 1/22/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 686 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ([668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-*

*cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Charles v. 3M Company et al
**Case Number:**        MN/0:20-cv-00140
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Nye v. 3M Company et al

**Case Number:**   MN/0:20-cv-00168
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Obara v. 3M Company et al
**Case Number:**   MN/0:20-cv-00160
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-*

*cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Shaw v. 3M Company et al
**Case Number:**    MN/0:20-cv-00101
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Magee v. 3M Company et al
**Case Number:**   MN/0:20-cv-00083
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Feran v. 3M Company et al
**Case Number:**   MN/0:20-cv-00136
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-*

*cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    McKenna v. 3M Company et al
**Case Number:**    MN/0:20-cv-00132
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

## Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:**         Easterling v. 3M Company et al
**Case Number:**       MN/0:20-cv-00105
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

## Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:**         Flohr v. 3M Company et al
**Case Number:**       MN/0:20-cv-00138
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-*

*cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Near v. 3M Company et al
**Case Number:**    MN/0:20-cv-00077
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Pearson v. 3M Company et al
Case Number:    MN/0:20-cv-00162
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Karrantza v. 3M Company et al
Case Number:    MN/0:20-cv-00071
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-*

*cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:         Khan v. 3M Company et al
Case Number:       MN/0:20-cv-00130
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-*

*cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Curry v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00047 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Wyatt v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00128 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-*

*cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Johnston v. 3M Company et al
**Case Number:**      MN/0:20-cv-00070
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-*

*cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Fraysher v. 3M Company et al
Case Number:      MN/0:20-cv-00052
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Ferguson v. 3M Company et al
Case Number:      MN/0:20-cv-00137
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL*

No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 1/22/2020.

Associated Cases: MDL No. 2885 et al. (JC)

Case Name:          Tobie v. 3M Company et al
Case Number:        MN/0:20-cv-00126
Filer:
Document Number: 3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s) *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-

*cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Garner v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00050 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Benton v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00121 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Fraipont v. 3M Company et al
**Case Number:**     MN/0:20-cv-00051
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-*

*cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Anderson v. 3M Company et al

**Case Number:**     MN/0:20-cv-00119

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Lopez v. 3M Company et al

**Case Number:**     MN/0:20-cv-00131

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Greiner v. 3M Company et al
**Case Number:**     MN/0:20-cv-00142
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-*

*cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Smith v. 3M Company et al

**Case Number:**        MN/0:20-cv-00103

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Gerord v. 3M Company et al

**Case Number:** MN/0:20-cv-00060
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Mullinax v. 3M Company et al
**Case Number:** MN/0:20-cv-00087
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-*

*cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Halterman v. 3M Company et al
**Case Number:**      MN/0:20-cv-00064
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Kidd v. 3M Company et al
**Case Number:**    MN/0:20-cv-00072
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Moore v. 3M Company et al
**Case Number:**    MN/0:20-cv-00156
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-*

*cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Medeiros v. 3M Company et al
**Case Number:**     MN/0:20-cv-00059
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Oman v. 3M Company et al
**Case Number:**      MN/0:20-cv-00161
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Rohde v. 3M Company et al
**Case Number:**      MN/0:20-cv-00098
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-*

*cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Peters v. 3M Company et al
**Case Number:**     MN/0:20-cv-00096
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Eldridge v. 3M Company et al
**Case Number:**    MN/0:20-cv-00113
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL
No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-
cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-
cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-
cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-
cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-
cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-
cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-
cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-
cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-
cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-
cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-
cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-
cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-
cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-
cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-
cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-
cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-
cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-
cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-
cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-
cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as
no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Pardue v. 3M Company et al
**Case Number:**    MN/0:20-cv-00081
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL
No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-
cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-
cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-
cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-
cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-*

*cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Garcia v. 3M Company et al
**Case Number:**    MN/0:20-cv-00046
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-*

*cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Ciesielski v. 3M Company et al
**Case Number:**    MN/0:20-cv-00129
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Alston v. 3M Company et al
**Case Number:**    MN/0:20-cv-00117
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-*

*cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Holloway v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00066 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-*

*cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Lumpkin v. 3M Company et al
**Case Number:**    MN/0:20-cv-00075
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Aldal v. 3M Company et al
**Case Number:**    MN/0:20-cv-00099
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL*

*No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Owen v. 3M Company et al

**Case Number:**    MN/0:20-cv-00078

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-*

*cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Nash v. 3M Company et al

**Case Number:**    MN/0:20-cv-00084

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Morales v. 3M Company et al

**Case Number:**    MN/0:20-cv-00158

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s) *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    McKenna v. 3M Company et al
**Case Number:**    MN/0:20-cv-00133
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s) *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-***

*cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          White v. 3M Company et al
**Case Number:**      MN/0:20-cv-00108
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Small v. 3M Company et al
**Case Number:**      MN/0:20-cv-00102
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Bunce v. 3M Company et al
**Case Number:**      MN/0:20-cv-00167
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-*

*cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Frazier v. 3M Company et al

**Case Number:**     MN/0:20-cv-00056

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Baber v. 3M Company et al

**Case Number:** MN/0:20-cv-00120
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Pickle v. 3M Company et al
**Case Number:** MN/0:20-cv-00097
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-*

*cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Trotter v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00127 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Aguiar v. 3M Company et al

**Case Number:**   MN/0:20-cv-00017

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Manning v. 3M Company et al

**Case Number:**   MN/0:20-cv-00089

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-*

*cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Peterson v. 3M Company et al
**Case Number:**     MN/0:20-cv-00082
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Leneham v. 3M Company et al
**Case Number:**        MN/0:20-cv-00073
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Jones v. 3M Company et al
**Case Number:**        MN/0:20-cv-00149
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-*

*cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Johnson v. 3M Company et al
**Case Number:**    MN/0:20-cv-00146
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Allen v. 3M Company et al
Case Number:    MN/0:20-cv-00157
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s) *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Carroll v. 3M Company et al
Case Number:    MN/0:20-cv-00044
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s) *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-***

*cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:            Ketchum v. 3M Company et al
Case Number:       MN/0:20-cv-00148
Filer:
Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-*

*cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Dyson v. 3M Company et al
**Case Number:**     MN/0:20-cv-00048
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Tenhopen v. 3M Company et al
**Case Number:**     MN/0:20-cv-00107
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-*

*cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Taylor v. 3M Company et al
**Case Number:**   MN/0:20-cv-00104
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-*

*cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Ozuna v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00080 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | McNally v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00057 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL*

No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 1/22/2020.

Associated Cases: MDL No. 2885 et al. (JC)

**Case Name:** Haar v. 3M Company et al
**Case Number:** MN/0:20-cv-00116
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s) re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-**

*cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Callaham v. 3M Company et al
**Case Number:**    MN/0:20-cv-00022
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Grogan v. 3M Company et al
**Case Number:**    MN/0:20-cv-00143
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Mann v. 3M Company et al
**Case Number:**   MN/0:20-cv-00088
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-*

*cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Yueng v. 3M Company et al
**Case Number:**     MN/0:20-cv-00095
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Johnson v. 3M Company et al
**Case Number:**   MN/0:20-cv-00067
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Miller v. 3M Company et al
**Case Number:**     MN/0:20-cv-00069
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-*

*cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Magnus v. 3M Company et al
**Case Number:**     MN/0:20-cv-00085
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Cox v. 3M Company et al

**Case Number:** MN/0:20-cv-00045
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Habib v. 3M Company et al
**Case Number:** MN/0:20-cv-00063
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-*

*cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Fisher v. 3M Company et al
**Case Number:**   MN/0:20-cv-00049
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Mouzone v. 3M Company et al
**Case Number:**     MN/0:20-cv-00092
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Wimmer v. 3M Company et al
**Case Number:**     MN/0:20-cv-00109
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-*

*cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Wooden v. 3M Company et al
**Case Number:**    MN/0:20-cv-00100
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Timmerman v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00123 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-49) - 83 action(s)** *re: pldg. ( [668] in MDL No. 2885, 1 in MN/0:20-cv-00017, 1 in MN/0:20-cv-00022, 1 in MN/0:20-cv-00044, 1 in MN/0:20-cv-00045, 1 in MN/0:20-cv-00046, 1 in MN/0:20-cv-00047, 1 in MN/0:20-cv-00048, 1 in MN/0:20-cv-00049, 1 in MN/0:20-cv-00050, 1 in MN/0:20-cv-00051, 1 in MN/0:20-cv-00052, 1 in MN/0:20-cv-00056, 1 in MN/0:20-cv-00057, 1 in MN/0:20-cv-00059, 1 in MN/0:20-cv-00060, 1 in MN/0:20-cv-00063, 1 in MN/0:20-cv-00064, 1 in MN/0:20-cv-00066, 1 in MN/0:20-cv-00067, 1 in MN/0:20-cv-00069, 1 in MN/0:20-cv-00070, 1 in MN/0:20-cv-00071, 1 in MN/0:20-cv-00072, 1 in MN/0:20-cv-00073, 1 in MN/0:20-cv-00075, 1 in MN/0:20-cv-00077, 1 in MN/0:20-cv-00078, 1 in MN/0:20-cv-00080, 1 in MN/0:20-cv-00081, 1 in MN/0:20-cv-00082, 1 in MN/0:20-cv-00083, 1 in MN/0:20-cv-00084, 1 in MN/0:20-cv-00085, 1 in MN/0:20-cv-00087, 1 in MN/0:20-cv-00088, 1 in MN/0:20-cv-00089, 1 in MN/0:20-cv-00092, 1 in MN/0:20-cv-00095, 1 in MN/0:20-cv-00096, 1 in MN/0:20-cv-00097, 1 in MN/0:20-cv-00098, 1 in MN/0:20-cv-00099, 1 in MN/0:20-cv-00100, 1 in MN/0:20-cv-00101, 1 in MN/0:20-cv-00102, 1 in MN/0:20-cv-00103, 1 in MN/0:20-cv-00104, 1 in MN/0:20-cv-00105, 1 in MN/0:20-cv-00107, 1 in MN/0:20-cv-00108, 1 in MN/0:20-cv-00109, 1 in MN/0:20-cv-00113, 1 in MN/0:20-cv-00116, 1 in MN/0:20-cv-00117, 1 in MN/0:20-cv-00119, 1 in MN/0:20-cv-00120, 1 in MN/0:20-cv-00121, 1 in MN/0:20-cv-00123, 1 in MN/0:20-cv-00126, 1 in MN/0:20-cv-00127, 1 in MN/0:20-cv-00128, 1 in MN/0:20-cv-00129, 1 in MN/0:20-cv-00130, 1 in MN/0:20-cv-00131, 1 in MN/0:20-cv-00132, 1 in MN/0:20-cv-00133, 1 in MN/0:20-cv-00136, 1 in MN/0:20-cv-00137, 1 in MN/0:20-cv-00138, 1 in MN/0:20-cv-00140, 1 in MN/0:20-cv-00142, 1 in MN/0:20-cv-00143, 1 in MN/0:20-cv-00146, 1 in MN/0:20-cv-00148, 1 in MN/0:20-cv-00149, 1 in MN/0:20-cv-00156, 1 in MN/0:20-cv-00157, 1 in MN/0:20-cv-00158, 1 in MN/0:20-cv-00160, 1 in MN/0:20-cv-00161, 1 in MN/0:20-cv-00162, 1 in MN/0:20-cv-00167, 1 in MN/0:20-cv-00168)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/22/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00140 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00140 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00168 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00168 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00160 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00160 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00101 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00101 Notice will not be electronically mailed to:**

**MN/0:20-cv-00083 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00083 Notice will not be electronically mailed to:**

**MN/0:20-cv-00136 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00136 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00132 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00132 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00105 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00105 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00138 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00138 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00077 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00077 Notice will not be electronically mailed to:**

**MN/0:20-cv-00162 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00162 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00071 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00071 Notice will not be electronically mailed to:**

**MN/0:20-cv-00130 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00130 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00047 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00047 Notice will not be electronically mailed to:**

**MN/0:20-cv-00128 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00128 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00070 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00070 Notice will not be electronically mailed to:**

**MN/0:20-cv-00052 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00052 Notice will not be electronically mailed to:**

**MN/0:20-cv-00137 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00137 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00126 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00126 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00050 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00050 Notice will not be electronically mailed to:**

**MN/0:20-cv-00121 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00121 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00051 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00051 Notice will not be electronically mailed to:**

**MN/0:20-cv-00119 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00119 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00131 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00131 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00142 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00142 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00103 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00103 Notice will not be electronically mailed to:**

**MN/0:20-cv-00060 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00060 Notice will not be electronically mailed to:**

**MN/0:20-cv-00087 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00087 Notice will not be electronically mailed to:**

**MN/0:20-cv-00064 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00064 Notice will not be electronically mailed to:**

**MN/0:20-cv-00072 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00072 Notice will not be electronically mailed to:**

**MN/0:20-cv-00156 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00156 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40

St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00059 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00059 Notice will not be electronically mailed to:**

**MN/0:20-cv-00161 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00161 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00098 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00098 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00096 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00096 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC

7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00113 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00113 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00081 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00081 Notice will not be electronically mailed to:**

**MN/0:20-cv-00046 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00046 Notice will not be electronically mailed to:**

**MN/0:20-cv-00129 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00129 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00117 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00117 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00066 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00066 Notice will not be electronically mailed to:**

**MN/0:20-cv-00075 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00075 Notice will not be electronically mailed to:**

**MN/0:20-cv-00099 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00099 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC

7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00078 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00078 Notice will not be electronically mailed to:**

**MN/0:20-cv-00084 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00084 Notice will not be electronically mailed to:**

**MN/0:20-cv-00158 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00158 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00133 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00133 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00108 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00108 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00102 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00102 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00167 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00167 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00056 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00056 Notice will not be electronically mailed to:**

**MN/0:20-cv-00120 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00120 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00097 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00097 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00127 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00127 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC

3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00017 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Destenian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00017 Notice will not be electronically mailed to:**

**MN/0:20-cv-00089 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00089 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00082 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00082 Notice will not be electronically mailed to:**

**MN/0:20-cv-00073 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00073 Notice will not be electronically mailed to:**

**MN/0:20-cv-00149 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00149 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00146 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00146 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00157 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00157 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00044 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00044 Notice will not be electronically mailed to:**

**MN/0:20-cv-00148 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00148 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00048 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00048 Notice will not be electronically mailed to:**

**MN/0:20-cv-00107 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00107 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00104 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00104 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00080 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00080 Notice will not be electronically mailed to:**

**MN/0:20-cv-00057 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00057 Notice will not be electronically mailed to:**

**MN/0:20-cv-00116 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00116 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00022 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00022 Notice will not be electronically mailed to:**

**MN/0:20-cv-00143 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00143 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00088 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00088 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00095 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00095 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC

3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00067 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00067 Notice will not be electronically mailed to:**

**MN/0:20-cv-00069 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00069 Notice will not be electronically mailed to:**

**MN/0:20-cv-00085 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00085 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00045 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00045 Notice will not be electronically mailed to:**

**MN/0:20-cv-00063 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00063 Notice will not be electronically mailed to:**

**MN/0:20-cv-00049 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00049 Notice will not be electronically mailed to:**

**MN/0:20-cv-00092 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00092 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC

7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00109 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00109 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00100 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00100 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00123 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00123 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/22/2020] [FileNumber=965602-0]
[455b1a849fffe7d1e0857fdc799fa04b53e3dc2fe0632567639126652f3e7caaefd1a
33922d14a4933b3365ebc23fcfe45690531adfdba9019da96c69384cd70]]