## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, January 23, 2020 7:44 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, January 23, 2020 1:42:26 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/23/2020 at 8:42 AM EST and filed on 1/23/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [687](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) -** *re: pldg. ([670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)**

| | |
|---|---|
| **Case Name:** | Jones v. 3M Company et al |

| | |
|---|---|
| **Case Number:** | MN/0:20-cv-00115 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) -** *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)**

| | |
|---|---|
| **Case Name:** | Kyt v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00125 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) -** *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)**

| | |
|---|---|
| **Case Name:** | Ramos v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00182 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) -** *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)

| | |
|---|---|
| **Case Name:** | Carnahan v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00124 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50)** - *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)

| | |
|---|---|
| **Case Name:** | Brotherton v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00166 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50)** - *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)

| | |
|---|---|
| **Case Name:** | Cahill v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00122 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50)** - *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in*

*MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)**

| | |
|---|---|
| Case Name: | Clair v. 3M Company et al |
| Case Number: | MN/0:20-cv-00172 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) -** *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)**

| | |
|---|---|
| Case Name: | Smith v. 3M Company et al |
| Case Number: | MN/0:20-cv-00177 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) -** *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)**

| | |
|---|---|
| Case Name: | Carlson v. 3M Company et al |
| Case Number: | MN/0:20-cv-00180 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) -** *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)**

| | |
|---|---|
| **Case Name:** | Donovan v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00173 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-50) -** *re: pldg. ( [670] in MDL No. 2885, 1 in MN/0:20-cv-00115, 1 in MN/0:20-cv-00122, 1 in MN/0:20-cv-00124, 1 in MN/0:20-cv-00125, 1 in MN/0:20-cv-00166, 1 in MN/0:20-cv-00172, 1 in MN/0:20-cv-00173, 1 in MN/0:20-cv-00177, 1 in MN/0:20-cv-00180, 1 in MN/0:20-cv-00182)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/23/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00115, MN/0:20-cv-00122, MN/0:20-cv-00124, MN/0:20-cv-00125, MN/0:20-cv-00166, MN/0:20-cv-00172, MN/0:20-cv-00173, MN/0:20-cv-00177, MN/0:20-cv-00180, MN/0:20-cv-00182 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

Michael A. Burns    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00115 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00115 Notice will not be electronically mailed to:**

**MN/0:20-cv-00125 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00125 Notice will not be electronically mailed to:**

**MN/0:20-cv-00182 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00182 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00124 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00124 Notice will not be electronically mailed to:**

**MN/0:20-cv-00166 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00166 Notice will not be electronically mailed to:**

**MN/0:20-cv-00122 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00122 Notice will not be electronically mailed to:**

**MN/0:20-cv-00172 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00172 Notice will not be electronically mailed to:**

**MN/0:20-cv-00177 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00177 Notice will not be electronically mailed to:**

**MN/0:20-cv-00180 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00180 Notice will not be electronically mailed to:**

**MN/0:20-cv-00173 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00173 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/23/2020] [FileNumber=965863-0]
[cc0b77e8fc7ec0cd7d6086a67c21417e1fa86916a2a3e8e2ed4104bef9e2799689a66
1135e1dd3b69012f702a9d85188111d8b2694ac487783ebd70c4e1e6bcf]]