**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, David S. Allard-Reyes, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of California. Copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15741160912850**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record for Plaintiffs DAVID PETRISOR and JENNIFER PETRISOR in the related case *Petrisor v. 3M, et al.*, Civil Action No.: 3:19-cv-05036.

WHEREFORE, David S. Allard-Reyes respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: January 23, 2020

Respectfully submitted,
/s/ *David S. Allard-Reyes*
The Gingery Law Group PC
David S. Allard-Reyes
David@gingerylaw.com
1430 Blue Oaks Blvd. Ste. 200
Roseville, CA 95747
Telephone No.: (916) 415-7070
Facsimile No.: (916) 415-7128
CA Bar: 297762

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was electronically filed and served with the Clerk of the Court using the CM/ECF system on January 23, 2020, and served upon all counsel of record thereafter.

/s/ David S. Allard
David S. Allard (CA SBN 297762)