Gary S. Fish, Esq. (New York Bar #2287985)
Attorney for Plaintiff Rasheem Thomas
30 Vesey Street, 15th Floor
New York, New York 10007
(212) 964-5100
Florida Federal Confirmation #: FLND15798147203020

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

3:20-cv19-MCR/GRJ

-----------------------------------------------------------------X CASE NO.: 3:19md2885-MCR-GRJ
IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------------X (19-cv-02593(RA))
RASHEEM THOMAS,                                                    United States District Court,
                                                                   Southern District of New
                                                                   York- original pre-transfer venue)
         PLAINTIFF,
                                                                   NOTICE OF APPEARANCE
         -against-

3M COMPANY AND AERO TECHNOLOGIES,
INC.,

         DEFENDANTS.
-----------------------------------------------------------------X

The plaintiff herein Rasheem Thomas, hereby appears in the subject case by and through his attorney Gary S. Fish, Esq., 30 Vesey Street, 15th Floor, NY, NY 10007, (212) 964-5100., admitted to United States District Court, Southern District of New York.

DATED: NEW YORK, NEW YORK
       JANUARY 23, 2020

Respectfully submitted,

_____
Gary S. Fish, Esq., (GSF 6551)
Attorney for Plaintiff Rasheem Thomas
30 Vesey Street, 15th Floor, NY, NY 10007
(212) 964-5100

-1-