# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-02885 |
| This document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| D'Angelo Ravizee, | Case No. 3:19-cv-05067-MCR-GRJ |
| Plaintiff, | |
| v. | |
| 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC | |
| Defendants. | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Bradley M. Lakin, of the law firm SL Chapman LLC, 330 North Fourth Street, Suite 330, St. Louis, MO 63102 shall appear as lead counsel of record for Plaintiff D'Angelo Ravizee in the above-captioned case.

DATED: January 24, 2020                Respectfully submitted,

*/s/ Bradley M. Lakin*
Bradley M. Lakin (MO 66488)
**SLCHAPMAN LLC**
330 North Fourth Street, Suite 330
St. Louis, MO  63102
Telephone:  314.588.9300
Facsimile:  314-588-9302
bradl@slchapman.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed and served with the Clerk of the Court using the CM/ECF system on January __, 2020 and served upon all counsel of record thereafter.

*/s/ Bradley M. Lakin*
Bradley M. Lakin (MO 66488)
