## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, January 24, 2020 8:03 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, January 24, 2020 2:01:45 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/24/2020 at 9:01 AM EST and filed on 1/24/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 690 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-51) - 6 action(s)** *re: pldg. ([674] in MDL No. 2885, 1 in MN/0:20-cv-00176, 1 in MN/0:20-cv-00183, 1 in MN/0:20-cv-00188, 1 in MN/0:20-cv-00191, 1 in MN/0:20-cv-00197, 1 in MN/0:20-cv-00200)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00176, MN/0:20-cv-00183, MN/0:20-cv-00188, MN/0:20-cv-00191, MN/0:20-cv-00197, MN/0:20-cv-00200 (JC)**

| | |
|---|---|
| **Case Name:** | Wright v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00188 |

**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-51) - 6 action(s)** *re: pldg. ( [674] in MDL No. 2885, 1 in MN/0:20-cv-00176, 1 in MN/0:20-cv-00183, 1 in MN/0:20-cv-00188, 1 in MN/0:20-cv-00191, 1 in MN/0:20-cv-00197, 1 in MN/0:20-cv-00200)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00176, MN/0:20-cv-00183, MN/0:20-cv-00188, MN/0:20-cv-00191, MN/0:20-cv-00197, MN/0:20-cv-00200 (JC)**

**Case Name:** Rogers v. 3M Company et al
**Case Number:** MN/0:20-cv-00183
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-51) - 6 action(s)** *re: pldg. ( [674] in MDL No. 2885, 1 in MN/0:20-cv-00176, 1 in MN/0:20-cv-00183, 1 in MN/0:20-cv-00188, 1 in MN/0:20-cv-00191, 1 in MN/0:20-cv-00197, 1 in MN/0:20-cv-00200)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00176, MN/0:20-cv-00183, MN/0:20-cv-00188, MN/0:20-cv-00191, MN/0:20-cv-00197, MN/0:20-cv-00200 (JC)**

**Case Name:** Tarlton v. 3M Company et al
**Case Number:** MN/0:20-cv-00200
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-51) - 6 action(s)** *re: pldg. ( [674] in MDL No. 2885, 1 in MN/0:20-cv-00176, 1 in MN/0:20-cv-00183, 1 in MN/0:20-cv-00188, 1 in MN/0:20-cv-00191, 1 in MN/0:20-cv-00197, 1 in MN/0:20-cv-00200)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00176, MN/0:20-cv-00183, MN/0:20-cv-00188, MN/0:20-cv-00191, MN/0:20-cv-00197, MN/0:20-cv-00200 (JC)**

**Case Name:** Powell v. 3M Company et al
**Case Number:** MN/0:20-cv-00197
**Filer:**

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-51) - 6 action(s)** *re: pldg. ( [674] in MDL No. 2885, 1 in MN/0:20-cv-00176, 1 in MN/0:20-cv-00183, 1 in MN/0:20-cv-00188, 1 in MN/0:20-cv-00191, 1 in MN/0:20-cv-00197, 1 in MN/0:20-cv-00200)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00176, MN/0:20-cv-00183, MN/0:20-cv-00188, MN/0:20-cv-00191, MN/0:20-cv-00197, MN/0:20-cv-00200 (JC)**

| | |
|---|---|
| **Case Name:** | Black v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00191 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-51) - 6 action(s)** *re: pldg. ( [674] in MDL No. 2885, 1 in MN/0:20-cv-00176, 1 in MN/0:20-cv-00183, 1 in MN/0:20-cv-00188, 1 in MN/0:20-cv-00191, 1 in MN/0:20-cv-00197, 1 in MN/0:20-cv-00200)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00176, MN/0:20-cv-00183, MN/0:20-cv-00188, MN/0:20-cv-00191, MN/0:20-cv-00197, MN/0:20-cv-00200 (JC)**

| | |
|---|---|
| **Case Name:** | Roberts II v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00176 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-51) - 6 action(s)** *re: pldg. ( [674] in MDL No. 2885, 1 in MN/0:20-cv-00176, 1 in MN/0:20-cv-00183, 1 in MN/0:20-cv-00188, 1 in MN/0:20-cv-00191, 1 in MN/0:20-cv-00197, 1 in MN/0:20-cv-00200)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00176, MN/0:20-cv-00183, MN/0:20-cv-00188, MN/0:20-cv-00191, MN/0:20-cv-00197, MN/0:20-cv-00200 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00188 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-00188 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00183 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00183 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00200 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00200 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00197 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00197 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC

7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00191 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00191 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00176 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00176 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/24/2020] [FileNumber=966165-0]
[4380b16334f3a1827b180d097a2fb5eb1b36f47a3bcf5cb448941940bda0082daa0a7
db957fc69b2eafd493672309b415be5366fd95609ba669c69f215dc4128]]