## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, January 24, 2020 8:16 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, January 24, 2020 2:15:16 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 1/24/2020 at 9:15 AM EST and filed on 1/24/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 691 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ([676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Smillie v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00215 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Fox v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00209 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Singleton v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00220 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-*

*cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Reaux v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00218 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Yellowhorse v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00221 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Hardy v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00210 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Trujillo v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00206 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Codrington v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00187 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-*

*cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Maldonado v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00212 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Beggs v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00186 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Losey v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00211 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Rosenau v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00205 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Weaver v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00207 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-*

*cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Cunningham v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00208 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

| | |
|---|---|
| **Case Name:** | Powell v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00196 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 15 action(s)** *re: pldg. ( [676] in MDL No. 2885, 1 in MN/0:20-cv-00186, 1 in MN/0:20-cv-00187, 1 in MN/0:20-cv-00196, 1 in MN/0:20-cv-00205, 1 in MN/0:20-cv-00206, 1 in MN/0:20-cv-00207, 1 in MN/0:20-cv-00208, 1 in MN/0:20-cv-00209, 1 in MN/0:20-cv-00210, 1 in MN/0:20-cv-00211, 1 in MN/0:20-cv-00212, 1 in MN/0:20-cv-00215, 1 in MN/0:20-cv-00218, 1 in MN/0:20-cv-00220, 1 in MN/0:20-cv-00221)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/24/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00186, MN/0:20-cv-00187, MN/0:20-cv-00196, MN/0:20-cv-00205, MN/0:20-cv-00206, MN/0:20-cv-00207, MN/0:20-cv-00208, MN/0:20-cv-00209, MN/0:20-cv-00210, MN/0:20-cv-00211, MN/0:20-cv-00212, MN/0:20-cv-00215, MN/0:20-cv-00218, MN/0:20-cv-00220, MN/0:20-cv-00221 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00215 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00215 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00209 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00209 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC

7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00220 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00220 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00218 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00218 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00221 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00221 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00210 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00210 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00206 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00206 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00187 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00187 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00212 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00212 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00186 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00186 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00211 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00211 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00205 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00205 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00207 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00207 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00208 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00208 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00196 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00196 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/24/2020] [FileNumber=966174-0]
[b29a143bd6eefe905f966da1c620411abf9fc35f7379acf9d329496ec9ae90babee87
24739a49f3bd6a0bc218687efcb389a448a5797ea9fc1da4182f9acc8c2]]