UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# MOTION OF CHARLES F. B. MCALEER, JR. FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Charles F. B. McAleer, Jr. of the law firm Miller & Chevalier Chartered, 900 Sixteenth Street NW, Washington, DC 20006 ("Movant"), respectfully moves for admission *pro hac vice* to appear as counsel for non-party French-German Research Institute of Saint-Louis, appearing specially in this case, and to receive Notices of Electronic Filings in this action.  In support of this motion, Movant states:

1. Movant resides in Virginia and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice in, and is a member in good standing of the Bars of, the District of Columbia and the Commonwealth of Virginia.

4. A copy of a Certificate of Good Standing from the Bar of the Commonwealth of Virginia, dated within 30 days of this motion, is attached as Exhibit A.

5. A copy of a Certificate of Good Standing from the Bar of the District of Columbia, dated within 30 days of this motion, is attached as Exhibit B.

6. Movant certifies that he has successfully completed both the online Attorney Admission Tutorial (Confirmation No. FLND15798986353025) and the CM/ECF Online Tutorial, as required by Local Rule 11.1.

7. Movant has remitted simultaneously with the filing of the motion the $201.00 *pro hac vice* admission fee required by the Court.

8. Movant has updated his PACER account to "NextGen."

9. Upon admission, Charles F. B. McAleer Jr. respectfully requests that he be provided Notice of Electronic Filings to the following email address: cmcaleer@milchev.com.

**WHEREFORE**, Charles F. B. McAleer, Jr. respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of non-party French-German Research Institute of Saint-Louis, appearing specially in this case, and directing the Clerk of Court to provide Notice of Electronic Filings to the undersigned.

Respectfully submitted,

Dated: January 27, 2020

  */s/ Charles F. B. McAleer, Jr.*
Charles F. B. McAleer, Jr.
DC Bar No. 388681
MILLER & CHEVALIER CHARTERED
900 Sixteenth Street NW
Washington, D.C.  20006
(202) 626-5800
Email: cmcaleer@milchev.com

*Attorneys for French-German Research Institute of Saint-Louis, Appearing Specially*

3

## **CERTIFICATE OF SERVICE**

     I hereby certify a true and correct of the foregoing was electronically filed via the Court's CM/ECF system on the 27th day of January, 2020, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Charles F.B. McAleer Jr.*
Charles F.B. McAleer Jr.
