# EXHIBIT A

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT CHARLES F.B. MCALEER, JR. IS AN ACTIVE MEMBER OF THE VIRGINIA

STATE BAR IN GOOD STANDING. MR. MCALEER WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON

OCTOBER 2, 1984, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR

EXAMINERS.

Issued January 15, 2020

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER