UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Northern District of Florida Local Rule 11.1 and the Court's April 9, 2019 Order, Pretrial Order No. 3, Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Hannah Cory of the law firm Cory Watson, P.C., 2131 Magnolia Avenue S., Ste. 200, Birmingham, Alabama 35205, Telephone: (205) 328-2200, for purposes of appearance as counsel on behalf of the Plaintiffs in the above-styled case only, and in support thereof states as follows:

1. Hannah Cory resides in Alabama, and is not a resident of the State of Florida.

2. Hannah Cory is not admitted to practice in the Northern District of Florida, but is a member in good standing of the bar of the State of Alabama and the Federal District Court for the Northern District of Alabama. A copy of a Certificate of Good Standing from the State of

1

Alabama dated within 30 days of this motion are attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Local Rule 11.1(C) and the Procedures for Admission set by the Clerk's office, Hannah Cory has completed the requirements to appear *pro hac vice* in this Court.

4. Hannah Cory has completed the Local Rules exam, confirmation number FLND15798976893024, and the required CM/ECF tutorials.

5. Hannah Cory has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Hannah Cory has upgraded her PACER account to "NextGen."

7. Hannah Cory is the attorney of record for the following Plaintiffs:

    a. Sara George; *George v. 3M COMPANY;* 3:19-cv-1090-MCR-GRJ

    b. Lee Shaffer; *Shaffer v. 3M COMPANY;* 3:19-cv-00570-MCR-GRJ

WHEREFORE, Plaintiffs respectfully request the Court enter an Order admitting Hannah Cory of Cory Watson, P.C. *pro hac vice* in this case.

Respectfully submitted this the 27th day of January, 2020.

                                              */s/ Hannah Cory*
                                              Hannah Cory
                                              Cory Watson, P.C.
                                              2131 Magnolia Avenue S., Ste. 200
                                              Birmingham, AL 35205
                                              Phone: (205) 328-2200
                                              Email: HCory@CoryWatson.com
                                              *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 27th day of January, 2020.

*/s/ Hannah Cory*
Hannah Cory

# "EXHIBIT A"

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Hannah Nicole Cory has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Hannah Nicole Cory was admitted to the Alabama State Bar September 19, 2019.

I further certify that the said Hannah Nicole Cory is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2020.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 27th day of January, 2020.

*Phillip McCallum*

Phillip W. McCallum,
Secretary

