UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION
   Zamudio v. 3M Company Inc.,
       S.D. California, C.A. No. 3:19-02277 )  MDL No. 2885

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Zamudio*) on December 10, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Zamudio* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-44" filed on December 10, 2019, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable M. Casey Rodgers.

FOR THE PANEL:

*John W. Nichols*
Clerk of the Panel

FILED USDC FLND PN
JAN 28 '20 AM 10:03

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court
By _____
Deputy Clerk