# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, January 28, 2020 9:24 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Order Lifting Stay of CTO |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, January 28, 2020 3:22:41 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Order Lifting Stay of CTO

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/28/2020 at 10:22 AM EST and filed on 1/28/2020
**Case Name:**  IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**  [MDL No. 2885](#)
**Filer:**
**Document Number:** [694](#)

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-44) ((4 in CAS/3:19-cv-02277, [647] in MDL No. 2885), (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885), (5 in CAS/3:19-cv-02277, [648] in MDL No. 2885) )**

**IT IS THEREFORE ORDERED that the stay of CTO-44 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2020.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277 (JC)**

**Case Name:**  Zamudio v. 3M Company Inc.

| | |
|---|---|
| **Case Number:** | CAS/3:19-cv-02277 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-44) ((4 in CAS/3:19-cv-02277, [647] in MDL No. 2885), (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885), (5 in CAS/3:19-cv-02277, [648] in MDL No. 2885) )**

**IT IS THEREFORE ORDERED that the stay of CTO-44 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 1/28/2020.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277 (JC)**


**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**CAS/3:19-cv-02277 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Sierra Elizabeth     sierra.elizabeth@kirkland.com

**CAS/3:19-cv-02277 Notice will not be electronically mailed to:**

Clayton L. Zamudio
309 Solana Hills Drive
#723
Solana Beach, CA 92075

Clayton L. Zamudio
9821 N. Afolkey Road
Dakota, IL 61018


The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP JPMLStamp_ID=1090522767 [Date=1/28/2020] [FileNumber=966656-0]
[83fa497d3d6bf1272a7000f89b6b4ccf12be7f0b52743009d12c55373127c3b72641b
e7ffd056038c0b158f95753113c694ac10edb390e6edbebc2ace1469997]]