## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, December 18, 2019 8:05 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, December 18, 2019 2:03:08 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/18/2019 at 9:03 AM EST and filed on 12/18/2019

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 637 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Armstrong v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-03016 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Settlemires v. 3M Company et al |
| **Case Number:** | MSS/1:19-cv-00897 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Hardcastle v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02991 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-*

*cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Young v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-03018 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Kovacs v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-03022 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Garcialomeli v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02985 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Troiano v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-03029 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Lans v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02993 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-*

*cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Gomez v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02986 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Zamudio v. 3M Company Inc. |
| **Case Number:** | CAS/3:19-cv-02277 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | McKeever v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02988 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Malone v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-03026 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

| | |
|---|---|
| **Case Name:** | Nelson v. 3M Company et al |
| **Case Number:** | MN/0:19-cv-02989 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 13 action(s)** *re: pldg. (1 in CAS/3:19-cv-02277, [629] in MDL No. 2885, 1 in MN/0:19-cv-02985, 1 in MN/0:19-cv-02986, 1 in MN/0:19-cv-02988, 1 in MN/0:19-cv-02989, 1 in MN/0:19-cv-02991, 1 in MN/0:19-cv-02993, 1 in MN/0:19-cv-03016, 1 in MN/0:19-cv-03018, 1 in MN/0:19-cv-03022, 1 in MN/0:19-cv-03026, 1 in MN/0:19-*

*cv-03029, 1 in MSS/1:19-cv-00897)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/18/2019.**

**Associated Cases: MDL No. 2885, CAS/3:19-cv-02277, MN/0:19-cv-02985, MN/0:19-cv-02986, MN/0:19-cv-02988, MN/0:19-cv-02989, MN/0:19-cv-02991, MN/0:19-cv-02993, MN/0:19-cv-03016, MN/0:19-cv-03018, MN/0:19-cv-03022, MN/0:19-cv-03026, MN/0:19-cv-03029, MSS/1:19-cv-00897 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:19-cv-03016 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-03016 Notice will not be electronically mailed to:**

**MSS/1:19-cv-00897 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Simon T. Bailey     sbailey@bradley.com

Macy Derald Hanson     macy@macyhanson.com, macyhanson@gmail.com

**MSS/1:19-cv-00897 Notice will not be electronically mailed to:**

**MN/0:19-cv-02991 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02991 Notice will not be electronically mailed to:**

**MN/0:19-cv-03018 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-03018 Notice will not be electronically mailed to:**

**MN/0:19-cv-03022 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-03022 Notice will not be electronically mailed to:**

**MN/0:19-cv-02985 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02985 Notice will not be electronically mailed to:**

**MN/0:19-cv-03029 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-03029 Notice will not be electronically mailed to:**

**MN/0:19-cv-02993 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02993 Notice will not be electronically mailed to:**

**MN/0:19-cv-02986 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:19-cv-02986 Notice will not be electronically mailed to:**

**CAS/3:19-cv-02277 Notice has been electronically mailed to:**

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Sierra Elizabeth    sierra.elizabeth@kirkland.com

**CAS/3:19-cv-02277 Notice will not be electronically mailed to:**

Clayton L. Zamudio
309 Solana Hills Dr.
#723
Solana Beach, CA 92075

**MN/0:19-cv-02988 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02988 Notice will not be electronically mailed to:**

**MN/0:19-cv-03026 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-03026 Notice will not be electronically mailed to:**

**MN/0:19-cv-02989 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:19-cv-02989 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/18/2019] [FileNumber=958427-0]
[77c0bbf3428515050e23b8a90cec80bd8e5bee61405c4122541fab4962c97aede02e
68f2c5c37746eb47dcfc1283b72b822a6c0514f726f15dfb62b0d9124682]]