Gary S. Fish, Esq. (New York Bar #2287985)
Attorney for Plaintiff Rasheem Thomas
30 Vesey Street, 15th Floor
New York, New York 10007
(212) 964-5100
Florida Federal Confirmation #: FLND15798147203020

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

---------------------------------------------------------------X CASE NO.: 3:19md2885-MCR-GRJ

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------------X (19-cv-02593(RA))

RASHEEM THOMAS,

PLAINTIFF,

-against-

3M COMPANY AND AERO TECHNOLOGIES, INC.,

DEFENDANTS.

(19-cv-02593(RA)) United States District Court, Southern District of New York- original pre-transfer venue)

MOTION FOR PRO HAC VICE ADMISSION

---------------------------------------------------------------X

MOTION TO APPEAR PRO HAC VICE

In accordance with Northern District of Florida Local Rule 11.1 and the Court's Pre Trial Order Previously filed herein, plaintiff through his attorney Gary S. Fish, Esq., respectfully moves for Admission pro hac vice of Gary S. Fish, Esq., 30 Vesey Street, 15th Floor, NY ,NY 10007; (212) 964-5100, for purposes of appearance as counsel on behalf of plaintiff Rasheem Thomas And against the named defendants, and in support thereof states as follows:

1. Gary S. Fish resides in New York, and is not a resident of State of Florida.
2. Gary S. Fish is not admitted to practice in Northern District of Florida, but is a member in Good standing of Bar of State of New York Bar #2287985, per the attached Current Registration