Form, Office of Court Administration, State of New York, Batch#RB91, for the year 2019-2020, with next registration date on August 2021.

3. A Certificate of Good Standing from Third Judicial Department will be provided within thirty (30) days of this Motion, Appellate Division, Third Judicial Department, PO Box 7350, Capital Station, Albany, NY 12224.

4. Pursuant to Local Rule 11.1© and the procedures for admission set by Clerk's Office, Gary S. Fish has completed the requirements to appear pro hac vice in this Court, as he has on January 23, 2020 completed the local rules attorney tutorial, with the above confirmation number, and has completed the CM/ECF tutorials, and has upgraded his PACER account to NEXTGEN.

5. Gary S. Fish is the attorney of record for plaintiff Rasheem Thomas, Rasheem Thomas v. 3mCompany, et. al, originally filed on or about March 22, 2019, United States District Court, Southern District of New York , #19-cv-02593 (RA), which was recently transferred to subject Court.

WHEREFORE, plaintiff respectfully requests that The Honorable Court enter an Order Admitting Gary S. Fish pro hac vice in this case, together with any other just relief.

Respectfully submitted this 28th of January 2020.

Gary S. Fish, Esq., (212) 964-5100
Attorney for Plaintiff Rasheem Thomas
30 Vesey Street, 15th Floor, NY, NY
10007; email: garysfishesq@aol.com