**NEW YORK STATE**
Unified Court System
OFFICE OF COURT ADMINISTRATION
ATTORNEY REGISTRATION UNIT

# RECEIPT

**Attorney Registration #:** 2287985
**Batch #:** RB91
**Process Date:** 08/14/2019
**Receipt #:** 1187
**Next Registration:** Aug 2021
**Registration Status:** Currently registered

September 09, 2019

GARY STUART FISH
41 W 86TH ST APT 1F
NEW YORK, NY 10024-3636

**This will acknowledge receipt of your 2019-2020 registration as an attorney and receipt of the $375.00 fee.**

**Name:** GARY STUART FISH
First: GARY
Middle: STUART
Last: FISH
Suffix:

**DOB:** XX/XX/1956
**SSN:** XXX-XX-6551
Social Security numbers are required in order to administer the collection of revenue from attorney registration fees 42 U.S.C. § 405 (c)(2)(C)(i). Your Social Security number will not be made public. The first 5 digits have been concealed to protect your identity.

**Law School:** CAL WESTON SCHL OF LAW

**Admission Data:**
Year Admitted to the NYS Bar: 1989
Judicial Dept. of Admission: 3

**Business Address:**
LAW OFFICE OF GARY S. FISH
30 VESEY ST FL 15
NEW YORK, NY 10007-2988

**Home Address:** (Note: Is public information if no business is listed.)
41 W 86TH ST APT 1F
NEW YORK, NY 10024-3636

**Business County:** New York
**Home County:** New York
**Business Phone:** (212) 964-5100
**e-mail** (optional): GARYSFISHESQ@AOL.COM
Note: If provided, the e-mail address will be made public.

**Our records contain information above, return only if changes to the above are required and retain a copy for your records.**

Please review the above information on this receipt for accuracy. The Rules of the Chief Administrator require that this office be notified of any changes in the above information within 30 days of any such change. If changes are required you may make them online or by mail.

¤ **Online** 1) Go to www.nycourts.gov and Attorney Online Services 2) Make desired changes 3) Print a corrected receipt.

- OR -

¤ **By Mail** 1) Circle the item 2) Enter the correct information directly on the receipt 3) Sign and date the receipt 4) Return to the address at the bottom of the receipt. You will receive a new receipt by mail acknowledging the above changes made.

Signature: ____________________ Date: ____________________

**Certifications Recorded:**
**Child Support Oblig. §3-503:** No Obligation
**Part 1200 (1.15) Affirmation:** Yes
**CLE:** Hours Completed: 24.0