CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice Was served electronically via CM/ECF system, which will automatically serve and send Email notification of such filing to all registered attorneys of records.

DATED: NY, NY. JANAURY 28, 2020

Respectfully submitted,

Gary S. Fish