UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>MOTION TO APPEAR PRO HAC VICE |
|---|---|

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Eashaan Vajpeyi, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Iowa and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Iowa. A copy of a Certificate of Good Standing from the State of Iowa dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial with confirmation number FLND15772062332935.

4. Movant has filed a Master Short Form Complaint and Jury Trial Demand in this district and MDL, individual case no. 20-948.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Eashaan Vajpeyi respectfully requests that this Court enter and order granting his motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

1

2

        BALL, KIRK, HOLM, P.C.

        By:   /s/ Eashaan Vajpeyi
       Eashaan Vajpeyi; Iowa #AT0011094
       3324 Kimball Avenue
      Waterloo, Iowa 50704-2696
       (319) 234-2638
       Fax: (319) 234-2237
       Email: evajpeyi@ballkirkholm.com
       ATTORNEYS FOR PLAINTIFF