**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, January 29, 2020 7:59 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, January 29, 2020 1:57:32 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 1/29/2020 at 8:57 AM EST and filed on 1/29/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 695 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ([682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Sanderson v. 3M Company et al
**Case Number:** MN/0:20-cv-00199
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Dixon v. 3M Company et al
**Case Number:** MN/0:20-cv-00234
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Gains v. 3M Company et al
**Case Number:** MN/0:20-cv-00240
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-*

*cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Downing v. 3M Company et al
Case Number:      MN/0:20-cv-00135
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Misquez v. 3M Company et al
Case Number:      MN/0:20-cv-00154
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Chavis v. 3M Company et al

**Case Number:**    MN/0:20-cv-00189

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Graves v. 3M Company et al

**Case Number:**    MN/0:20-cv-00243

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Westfahl v. 3M Company et al

**Case Number:**    MN/0:20-cv-00217

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-*

*cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Howe v. 3M Company et al

**Case Number:**     MN/0:20-cv-00145

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Campbell v. 3M Company et al

**Case Number:**     MN/0:20-cv-00169

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Pecina v. 3M Company et al
**Case Number:**    MN/0:20-cv-00213
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Brenner v. 3M Company et al
**Case Number:**    MN/0:20-cv-00164
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Bowen v. 3M Company et al
**Case Number:**    MN/0:20-cv-00229
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-*

*cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          McVoy v. 3M Company et al
Case Number:        MN/0:20-cv-00134
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Darnell v. 3M Company et al
Case Number:        MN/0:20-cv-00233
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Randall v. 3M Company et al

**Case Number:**      MN/0:20-cv-00204

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Duncan v. 3M Company et al

**Case Number:**      MN/0:20-cv-00194

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Lovin v. 3M Company et al

**Case Number:**      MN/0:20-cv-00195

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-*

*cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Poindexter v. 3M Company et al

**Case Number:**      MN/0:20-cv-00175

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Sova v. 3M Company et al

**Case Number:**      MN/0:20-cv-00185

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Sullivan v. 3M Company et al
**Case Number:**    MN/0:20-cv-00216
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Barber v. 3M Company et al
**Case Number:**    MN/0:20-cv-00179
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Gunzenhauser v. 3M Company et al
**Case Number:**    MN/0:20-cv-00144
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-*

*cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Schell v. 3M Company et al
**Case Number:**        MN/0:20-cv-00214
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Fuhrman v. 3M Company et al
**Case Number:**        MN/0:20-cv-00239
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Dunn v. 3M Company et al
**Case Number:** MN/0:20-cv-00237
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Beck v. 3M Company et al
**Case Number:** MN/0:20-cv-00159
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 27 action(s)** *re: pldg. ( [682] in MDL No. 2885, 1 in MN/0:20-cv-00134, 1 in MN/0:20-cv-00135, 1 in MN/0:20-cv-00144, 1 in MN/0:20-cv-00145, 1 in MN/0:20-cv-00154, 1 in MN/0:20-cv-00159, 1 in MN/0:20-cv-00164, 1 in MN/0:20-cv-00169, 1 in MN/0:20-cv-00175, 1 in MN/0:20-cv-00179, 1 in MN/0:20-cv-00185, 1 in MN/0:20-cv-00189, 1 in MN/0:20-cv-00194, 1 in MN/0:20-cv-00195, 1 in MN/0:20-cv-00199, 1 in MN/0:20-cv-00204, 1 in MN/0:20-cv-00213, 1 in MN/0:20-cv-00214, 1 in MN/0:20-cv-00216, 1 in MN/0:20-cv-00217, 1 in MN/0:20-cv-00229, 1 in MN/0:20-cv-00233, 1 in MN/0:20-cv-00234, 1 in MN/0:20-cv-00237, 1 in MN/0:20-cv-00239, 1 in MN/0:20-cv-00240, 1 in MN/0:20-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/29/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Mikal C Watts    rcarmony@wattsguerra.com

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

Michael A. Burns    epefile@mostynlaw.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00199 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00199 Notice will not be electronically mailed to:**

**MN/0:20-cv-00234 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00234 Notice will not be electronically mailed to:**

**MN/0:20-cv-00240 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00240 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00135 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00135 Notice will not be electronically mailed to:**

**MN/0:20-cv-00154 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00154 Notice will not be electronically mailed to:**

**MN/0:20-cv-00189 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00189 Notice will not be electronically mailed to:**

**MN/0:20-cv-00243 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00243 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00217 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wattsguerra.com, rcarmony@wattsguerra.com

Jerry W Blackwell    blackwell@blackwellburke.com

Francisco Guerra, IV    fguerra@wattsguerra.com, rcarmony@wattsguerra.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Erin J Rogiers    erogiers@wattsguerra.com, rcarmony@wattsguerra.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00217 Notice will not be electronically mailed to:**

**MN/0:20-cv-00145 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00145 Notice will not be electronically mailed to:**

**MN/0:20-cv-00169 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00169 Notice will not be electronically mailed to:**

**MN/0:20-cv-00213 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00213 Notice will not be electronically mailed to:**

**MN/0:20-cv-00164 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00164 Notice will not be electronically mailed to:**

**MN/0:20-cv-00229 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00229 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC

5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00134 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00134 Notice will not be electronically mailed to:**

**MN/0:20-cv-00233 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00233 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00204 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00204 Notice will not be electronically mailed to:**

**MN/0:20-cv-00194 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00194 Notice will not be electronically mailed to:**

**MN/0:20-cv-00195 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00195 Notice will not be electronically mailed to:**

**MN/0:20-cv-00175 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00175 Notice will not be electronically mailed to:**

**MN/0:20-cv-00185 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00185 Notice will not be electronically mailed to:**

**MN/0:20-cv-00216 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00216 Notice will not be electronically mailed to:**

**MN/0:20-cv-00179 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00179 Notice will not be electronically mailed to:**

**MN/0:20-cv-00144 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00144 Notice will not be electronically mailed to:**

**MN/0:20-cv-00214 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00214 Notice will not be electronically mailed to:**

**MN/0:20-cv-00239 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00239 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00237 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00237 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00159 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
catalina.benech@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com,
nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00159 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/29/2020] [FileNumber=966901-0]
[36ca5a9892ca18429bff18d0615f4962cfd77c16da2f5975993441da2c4cc77636380
ad7f80943bbbcc338d3a8f307e20806376879371aab992732ea3a655e65]]