**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:    3M  COMBAT  ARMS    )
EARPLUG  PRODUCTS  LIABILITY    )
LITIGATION                                  )    Case No. 3:19-md-2885
                                                   )
                                                   )    Hon. Judge M. Casey Rodgers
This Document Relates To All Actions    )    Magistrate Judge Gary R. Jones
                                                   )

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE CERTAIN DOCUMENTS UNDER SEAL**

**THIS MATTER** is before the Court on Plaintiffs' Motion for Leave to File

Certain Documents Under Seal. Upon review of the motion and the record, it is

hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED.**

Plaintiffs' Exhibit A to the Joint Motion to Authorize Disclosure of Military

Records have been marked CONFIDENTIAL pursuant to the Protective Order in

this case, and accordingly, shall remain under seal, until otherwise ordered by the

Court.

**DONE AND ORDERED** in Chambers at Pensacola, Escambia County,

Florida, this _____ day of January, 2020.

_____
CHIEF JUDGE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE