**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   January 27, 2020

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*   [on behalf of non-party French-German Research Institute of Sait-Louis]

Filed by Charles F.B. McAleer, Jr.   on  January 27, 2020      Doc. #   937

Response _____  on _____  Doc. # _____

_____ Stipulated      _____ Joint Pleading
_____ Unopposed     _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 29th day of January 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**