UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Actions | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**JOINT MOTION TO AUTHORIZE DISCLOSURE OF MILITARY RECORDS**

Plaintiffs and Defendants seek an order authorizing disclosure of Military Records subject to the Privacy Act, 5 U.S.C. § 552a. Pursuant to 5 U.S.C. § 552a(b)(11), Plaintiffs and Defendants respectfully move the Court for entry of an Order authorizing the disclosure of records pursuant to the Court's authority to direct and control the coordination of discovery in this litigation. *See*, 5 U.S.C. § 552a(b)(11), 28 U.S.C. §1407, FED. R. CIV. P. 16, Fed. R. Civ. P. 26(b)

**I.   Plaintiffs' Initial *Touhy* Requests**

On June 28, 2019, Plaintiffs submitted their initial *Touhy*[1] requests to Major Collin Evans as the Department of Defense designee for *Touhy* requests in connection with this litigation.and a subsequent *Touhy* request on August 8, 2019. Plaintiffs outlined certain categories of specific information sought in reference to

---

[1] *United States ex rel. Touhy v. Regan*, 340 U.S. 462 (1951).

1

individual servicemembers, fully described in Plaintiff's August 8, 2019, *Touhy* request. The Parties' submitted a subsequent joint *Touhy* request letter on January 27, 2020, requesting specific information for a limited number of plaintiff service members ("Plaintiff SMs") which were randomly selected for evaluation for potential Bellwether consideration. Per the Court's instructions, the list of individual servicemembers and their identifying information is attached hereto as Exhibit A, filed under seal.

Specifically, sections I and II of the January 27, 2020, *Touhy* request (Exhibit B) specifies the documents requested for each servicemember listed on Exhibit A). These include, among other things, medical and audiological records such as DD2215s and DD2216s for each servicemember and administrative/personnel records including OERs, ORBs, NCOERs and ERBs for each servicemember.

## II. Relevance of Requests to this Litigation

Plaintiffs and Defendants are seeking military records including health records, audiology specific records, and medical profiles from the Department of Defense. These records are central to both causation and damages in this litigation. Receipt of these records will allow Plaintiffs and Defendants to begin evaluation of when each servicemember began experiencing hearing damage, the extent of such damage, whether the damage is attributable to noise exposure during military service, and information concerning hearing protection use.

### III. The Need for Disclosure Outweighs any Potential Harm

The need for disclosure of the records in question far outweighs any potential harm to the subject of the disclosure. The servicemembers on attached Exhibit A are all represented by counsel in this litigation and the materials requested will assist the parties in evaluating their claims. Further, Plaintiffs and Defendants note that the privacy interest in these documents is primarily that of the Plaintiffs themselves, who are in effect requesting their own records. Plaintiffs and Defendants are seeking to streamline the process of record retrieval which will minimize both the costs of this litigation and any burden on the Federal Government by obtaining these documents in bulk form. Accordingly, Plaintiffs and Defendants respectfully submit that disclosure of the records is appropriate in this case.

### IV. Authentication.

Plaintiffs and Defendants request that records and documents produced pursuant to these requests be deemed authentic. *See*, FED. R. EVID. 902 and 32 CFR sec. 516.7(h).

> Authenticating Records. Records custodians should authenticate official Army documents for civil litigation through written certification, rather than personally appearing and testifying. DA personnel will submit authenticated copies rather than originals of documents or records for use in legal proceedings, unless directed otherwise by the appropriate litigating division.

32 FR sec. 516.7(h). *See also*, 28 USC 1733.

## V. **Conclusion**

In order to advance this litigation in an efficient and cost-effective manner, Plaintiffs and Defendants hereby request that this Court enter an Order allowing disclosure of certain active duty servicemember's records under 5 U.S.C. § 552a.

Dated: January 29, 2020

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
77 Water Street
8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.
316 South Baylen Street
Pensacola, FL 32502
Tel.: (850) 435-7044
bbarr@levinlaw.com

Michael A. Burns, Co-Liaison Counsel
Mostyn Law Firm
3810 W. Alabama Street
Houston, TX 77027
Tel.: (713) 714-0000
epefile@mostynlaw.com

*Counsel for Plaintiffs*

4

*/s/ Kimberly Branscome*
KIRKLAND & ELLIS, LLP
Kimberly Branscome
kimberly.branscome@kirkland.com
333 South Hope Street
Los Angeles, California 90031
Telephone: (213) 680-8400

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC,*
*Aearo Technologies LLC, Aearo Holdings, LLC,*
*Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

I hereby certify that this brief complies with the word limit of Local Rule 7.1(F) and contains 600 words, excluding the parts exempted by that Rule.

## **CERTIFICATE OF SERVICE**

I, hereby certify that on January 29, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

                                             *s/ Bryan F. Aylstock*
                                             Bryan F. Aylstock