EXHIBIT B

BRYAN F. AYLSTOCK (FL, AL, MS)*
JUSTIN G. WITKIN (FL, MS)
DOUGLASS A. KREIS (FL)
NEIL D. OVERHOLTZ (FL)
R. JASON RICHARDS (FL, CO)
BOBBY J. "BRAD" BRADFORD (FL, AL)
STEPHEN H. ECHSNER (FL)
D. RENÉE BAGGETT (FL)
DANIEL J. THORNBURGH (FL, MN)
NATHAN C. BESS (FL)
* States in which attorney is licensed to practice law

E. SAMUEL "SAM" GEISLER (FL, IL)
JENNIFER M. HOEKSTRA (LA)
JAMES D. BARGER (PA, NJ)
CHELSIE R. WARNER (MT, NV, WA)
S. MARY LIU (CA, FL)
SAMANTHA M. KATEN (FL, NC, CO)
CAITLYN P. MILLER (FL, AL)
D. NICOLE GUNTNER (NY)
LYDIA T. LUCIUS (AL, MO)
MARYBETH PUTNICK (DE, NJ)†
† Of counsel

**Aylstock Witkin Kreis Overholtz**
www.AWKOLAW.com

17 EAST MAIN STREET, SUITE 200 · PENSACOLA, FLORIDA 32502
PHONE: (850) 202-1010 · FAX: (850) 916-7449

January 27, 2020

**Via Email**
Major Collin Evans
Collin.p.evans2.mil@mail.mil
703-693-0352

Re: In Re: 3M Combat Arms Earplug Products Liability Litigation

Dear Major Evans:

This letter constitutes a joint request from Plaintiffs' Leadership and Defense Counsel in MDL 2885 to the United States Department of Defense ("DOD"), Defense Logistics Agency ("DLA"), and Army for certain documents relevant to this litigation relevant to the limited number of plaintiffs who have been randomly selected as potential *Bellwether* trial cases by the Court.

As previously described in the June 28, 2019 *Touhy* request, Plaintiffs in this litigation include servicemen and women who claim to have been issued Combat Arms Earplugs Version 2 ("CAEv2") in connection with their military service. The CAEv2 was initially designed and distributed by Aearo Technologies ("Aearo"). In 2008, Defendant, 3M Company ("3M"), purchased Aearo and continued to market and sell the CAEv2. Servicemember plaintiffs in this litigation allege that the CAEv2 was defective and caused them to sustain serious injuries during their military service, including hearing damage. In connection with this litigation, Plaintiffs seek the information described below to investigate the process by which the CAEv2 was designed, sold, and, distributed to the United States government, and in turn distributed to individual servicemembers. This information will assist the parties in discovery of liability for the CAEv2's defective design and the resulting injuries sustained by servicemember Plaintiffs in this matter. Plaintiffs further seek information specific to their individual claims including medical and service records that will help establish their individual use of the CAEv2 and the nature and extent of their alleged injuries.

**Parties' *Touhy* Request In Connection With *In re: 3M Combat Arms Earplug Products Liability Litigation***

**I.  Medical and Audiological Records**

Plaintiff servicemembers ("Plaintiff SMs") on the attached Exhibit A have been selected

**Via Email**
Major Collin Evans
January 27, 2020
Page 2

for evaluation for potential Bellwether consideration and are seeking their medical records and audiological testing and evaluation records maintained by various government agencies. Such records are highly relevant to Plaintiff SMs' claims in this action, as they may show changes in Plaintiff SMs' hearing over time, and can be used to discover additional information regarding Plaintiffs' position that Defendants 3M Company and Aearo Technologies LLC's ("Defendants") dual-ended Combat Arms Earplugs ("CAEv2") caused Plaintiffs' injuries. These records are also highly probative to damages in this action, as they will go towards showing the extent of Plaintiff SMs' hearing impairment, if any.

### A. Health records including audiology specific records, and medical profiles from the military and the VA

The Parties jointly request the following:
  a. DD 2215s (Reference, or baseline, audiograms which SMs receive upon entering the military before being exposed to noise hazardous areas) (Note: there may be SMs with DD 2215s if such SMs re-entered military active duty)

  b. DD 2216s (periodic subsequent audiograms that SMs receive, which are compared to their baseline audiograms)

The Parties jointly request all DD 2215s and DD 2216s for the Plaintiff SMs.

## II. Individual Service Member (SM) Administrative/Personnel records

Similar to the medical records set forth in Section I above, the Parties, on behalf of the Plaintiff SMs on Exhibit A jointly request their administrative/personnel records, as such records may be relevant to showing when and where the Plaintiff SMs used the CAEv2. These administrative/personnel records may also detail instances in which Plaintiff SMs' hearing was allegedly damaged as a result of wearing the CAEv2. The following categories are provided for the government's review and, as warranted, feedback.

Below are the types of records to which the Parties jointly request:
- OERs – Officer Evaluation Reports
- ORBs – Office Record Brief
- NCOERs – Noncommissioned Officer Evaluation Report
- ERBs – Enlisted Record Brief
- DD214s (Upon release from military service, a DD214 is issued by the respective branch of service)

**Via Email**
Major Collin Evans
January 27, 2020
Page 3

### III.     Administrative Matters

The parties will bear the cost of duplicating and producing the documents sought by this joint *Touhy* request. Costs will be paid by check or money order payable to the Treasury of the United States. Any requests for assistance with any information to be electronically transmitted should be made to Shelley Hutson, co-lead counsel for Plaintiffs, at (713)757-1400 or shutson@triallawfirm.com.

In addition, both parties will agree to a stipulation by which any information protected by 38 U.S.C. 7332 may be excluded and/or redacted from the production of any records in this case. Further, the parties request that any DOD records be produced to plaintiffs and defendants via the BrownGreer MDL Centrality system.

Plaintiffs are willing to work with all Federal agencies implicated in this request in order to properly narrow or tailor the scope of this and any future request. Should you require additional information as to the relevancy of any document listed in this request, we would be happy to provide it at your convenience. Should you have any questions or require any additional information concerning this request, please do not hesitate to contact me. Thank you for your assistance.

|  |  |
|---|---|
| */s/ Kimberly Branscome* <br> Kimberly Branscome <br> KIRKLAND & ELLIS LLP <br> 333 South Hope Street <br> Los Angeles, CA 90071 <br> Tel.: (213) 680-8400 <br> kimberly.branscome@kirkland.com <br><br> *Attorney for Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC* | Respectfully submitted, <br> */s/Bryan F. Aylstock* <br> Bryan F. Aylstock, Lead Counsel <br> Florida State Bar No. 078263 <br> Aylstock, Witkin, Kreis & Overholtz, PLLC <br> 17 East Main Street <br> Suite 200 <br> Pensacola, FL 32502 <br> Tel.: (850) 202-1010 <br> baylstock@awkolaw.com <br><br> */s/ Shelley V. Hutson* <br> Shelley V. Hutson, Co-Lead Counsel <br> (Admitted Pro Hac Vice) <br> Texas State Bar No. 00788878 <br> Clark, Love & Hutson, GP <br> 440 Louisiana Street <br> Suite 1600 <br> Houston, TX 77002 <br> Tel.: (713) 757-1400 <br> shutson@triallawfirm.com |

**<u>Via Email</u>**
Major Collin Evans
January 27, 2020
Page 4

                                      Christopher A. Seeger, Co-Lead Counsel
                                      (Admitted Pro Hac Vice)
                                      New Jersey State Bar No. 042631990
                                      Seeger Weiss LLP
                                      55 Challenger Road
                                      6th Floor
                                      Ridgefield Park, NJ 07660
                                      Tel.: (212) 587-0700
                                      cseeger@seegerweiss.com

                                      *Counsel for Plaintiffs*

CC:
Michael J. Fucci (Michael.j.fucci.civ@mail.mil)
Major Nicole Kim (nicole.m.kim2.mil@mail.mil)
Snead, Jacqueline (Jacqueline.Snead@usdoj.gov)