# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates To All Actions | Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

After consideration of the Joint Motion to Authorize Disclosure of Military Records, the Joint Motion is hereby GRANTED. Accordingly, pursuant to 5 U.S.C. § 552a(b)(11), this Court hereby orders the disclosure of the information contained in the Joint January 27, 2020, *Touhy* request as it pertains to the individual service members identified in Exhibit A to the Joint Motion

SO ORDERED on this ___ day of January, 2020.

_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**