**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:  January 29, 2020

Motion/Pleading:  Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records

Filed by:  Plaintiffs      on  1/29/2020      Doc. #  948

RESPONSES:

\_\_\_ Stipulated      \_\_\_ Joint Pldg.
\_\_\_ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

For good cause shown, the motion is **GRANTED,** as requested.

**DONE AND ORDERED**, this 29th day of January, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**