## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, January 31, 2020 7:26 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, January 31, 2020 1:24:46 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/31/2020 at 8:24 AM EST and filed on 1/31/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 700 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s) *re: pldg. ([688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256,**

MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)

**Case Name:**       Jirousek v. 3M Company et al
**Case Number:**     MN/0:20-cv-00280
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:**       Banks v. 3M Company et al
**Case Number:**     MN/0:20-cv-00263
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:**       Lopez v. 3M Company et al
**Case Number:**     MN/0:20-cv-00259
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

| | |
|---|---|
| **Case Name:** | Clauson v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00266 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

| | |
|---|---|
| **Case Name:** | Lee v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00258 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:**      Johnson v. 3M Company et al

**Case Number:**    MN/0:20-cv-00255

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:**      Coleman v. 3M Company et al

**Case Number:**    MN/0:20-cv-00232

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:**      Dixon v. 3M Company et al

**Case Number:**   MN/0:20-cv-00235
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:**   Robins v. 3M Company et al
**Case Number:**   MN/0:20-cv-00262
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:**   Greer v. 3M Company et al
**Case Number:**   MN/0:20-cv-00244
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-*

*cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:** Gonzalez v. 3M Company et al
**Case Number:** MN/0:20-cv-00242
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:** Knoble v. 3M Company et al
**Case Number:** MN/0:20-cv-00257
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:** Bagirov v. 3M Company et al

**Case Number:** MN/0:20-cv-00260

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:** Dowding v. 3M Company et al

**Case Number:** MN/0:20-cv-00273

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:** Jordan v. 3M Company et al

**Case Number:** MN/0:20-cv-00256

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:**      Hall v. 3M Company et al
**Case Number:**    MN/0:20-cv-00245
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**Case Name:**      Bun v. 3M Company et al
**Case Number:**    MN/0:20-cv-00231
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 17 action(s)** *re: pldg. ( [688] in MDL No. 2885, 1 in MN/0:20-cv-00231, 1 in MN/0:20-cv-00232, 1 in MN/0:20-cv-00235, 1 in MN/0:20-cv-00242, 1 in MN/0:20-cv-00244, 1 in MN/0:20-cv-00245, 1 in MN/0:20-cv-00255, 1 in MN/0:20-cv-00256, 1 in MN/0:20-cv-00257, 1 in MN/0:20-cv-00258, 1 in MN/0:20-cv-00259, 1 in MN/0:20-cv-00260, 1 in MN/0:20-cv-00262, 1 in MN/0:20-cv-00263, 1 in MN/0:20-cv-00266, 1 in MN/0:20-*

*cv-00273, 1 in MN/0:20-cv-00280)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/31/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00231, MN/0:20-cv-00232, MN/0:20-cv-00235, MN/0:20-cv-00242, MN/0:20-cv-00244, MN/0:20-cv-00245, MN/0:20-cv-00255, MN/0:20-cv-00256, MN/0:20-cv-00257, MN/0:20-cv-00258, MN/0:20-cv-00259, MN/0:20-cv-00260, MN/0:20-cv-00262, MN/0:20-cv-00263, MN/0:20-cv-00266, MN/0:20-cv-00273, MN/0:20-cv-00280 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00280 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00280 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00263 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00263 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00259 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00259 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00266 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben   wsieben@schwebel.com

Alicia N Sieben   asieben@schwebel.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber   mbarber@schwebel.com

S Jamal Faleel   jfaleel@blackwellburke.com

Faris Rashid   frashid@greeneespel.com

**MN/0:20-cv-00266 Notice will not be electronically mailed to:**

**MN/0:20-cv-00258 Notice has been electronically mailed to:**

Jerry W Blackwell   blackwell@blackwellburke.com

Lewis A. Remele, Jr   lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian   adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall   cmarshall@bassford.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel   jfaleel@blackwellburke.com

Faris Rashid   frashid@greeneespel.com

**MN/0:20-cv-00258 Notice will not be electronically mailed to:**

**MN/0:20-cv-00255 Notice has been electronically mailed to:**

Jerry W Blackwell   blackwell@blackwellburke.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel   jfaleel@blackwellburke.com

Faris Rashid   frashid@greeneespel.com

Jeff H Eckland   jeckland@ecklandblando.com

Vince C Reuter   vreuter@ecklandblando.com

Jared M Reams   jreams@ecklandblando.com

**MN/0:20-cv-00255 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road

Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00232 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00232 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00235 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00235 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00262 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00262 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC

7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-00244 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00244 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00242 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00242 Notice will not be electronically mailed to:**

**MN/0:20-cv-00257 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00257 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00260 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00260 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00273 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00273 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00256 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00256 Notice will not be electronically mailed to:**

**MN/0:20-cv-00245 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00245 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00231 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00231 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/31/2020] [FileNumber=967362-0]
[201b441eba567b4f9fd0b390b112bc87036ed1c1358fe67d7c7831d4dd1965115aa87
fc81511230cd8ca0bab907dca085953339ff11a279c98782ab77dce8b67]]