UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION This Document Relates to All Cases | ) ) ) ) ) ) ) ) Case No. 3:19-md-02885 Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**Unopposed Motion to Amend**
**Answer to Master Long Form Complaint**

Pursuant to Federal Rule of Civil Procedure 15(a), Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC ("Defendants") respectfully move to amend their Answer to the Master Long Form Complaint (the "Master Answer") (ECF No. 800).  Specifically, Defendants have removed the political question doctrine[1] and added a state-law defense—the sophisticated intermediary doctrine.[2] Plaintiffs do not oppose Defendants' amendment to the Master Answer.

---

[1] At the status conference on January 14, 2020, Plaintiffs' counsel stated, "We have yet to see a motion for leave to amend the master answer to reflect that amendment to the master answer.  In my opinion, to formally get that done, 3M should move under Rule 15(a)(2)."  (January 14, 2020 Status Conference, at 22.)

[2] Pursuant to Pretrial Order Number 17, "[t]he adoption of the Master Answer in every case [wa]s without prejudice to Defendants later . . . asserting any affirmative defenses, filing an Amended Answer to address specifically any individual Complaints [described in the Order], or otherwise challenging the

2

| | |
|---|---|
| DATED: February 3, 2020 | Respectfully submitted, |
| | */s/ Kimberly Branscome* |
| | KIRKLAND & ELLIS, LLP<br>Kimberly Branscome<br>kimberly.branscome@kirkland.com<br>2049 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 552-4200<br>Facsimile: (310) 552-5900 |
| | *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, and Aearo LLC* |

---

sufficiency of any claim or cause of action in any Complaint under the applicable state's law." (ECF No. 763 at 3.)

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B), (C)**

Pursuant to Local Rule 7.1(B), counsel for Defendants certify that on January 28, 2020, counsel for Defendants spoke with Plaintiffs' counsel about filing an Amended Answer to the Master Complaint.  On January 31, 2020, Plaintiffs' counsel confirmed by email that Plaintiffs do not oppose the proposed amendment to Defendants' Master Answer.

DATED: February 3, 2020                     Respectfully submitted,

*/s/ Kimberly Branscome*

KIRKLAND & ELLIS, LLP
Kimberly Branscome
kimberly.branscome@kirkland.com
2049 Century Park East
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, and Aearo LLC*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this motion contains 204 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

DATED: February 3, 2020

Respectfully submitted,

*/s/ Kimberly Branscome*

KIRKLAND & ELLIS, LLP
Kimberly Branscome
kimberly.branscome@kirkland.com
2049 Century Park East
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, and Aearo LLC*

## CERTIFICATE OF SERVICE

I, Kimberly Branscome, hereby certify that on February 3, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

DATED: February 3, 2020                   Respectfully submitted,

/s/ Kimberly Branscome

KIRKLAND & ELLIS, LLP
Kimberly Branscome
kimberly.branscome@kirkland.com
2049 Century Park East
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, and Aearo LLC*