UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODCUTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, I, Lindsay A. Lawrence, hereby move this Court for an Order for admission to practice *Pro Hac Vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Ohio and is not a resident of the State of Florida.
2. Movant is admitted to practice and is a member in good standing of the bar of the State of Ohio. Copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.
3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15791969373000, and the CM/ECF online tutorial.
4. Movant has submitted to the Clerk the required $201.00 P*ro Hac Vice* admission fee.
5. Movant has upgraded her PACER account to "Nextgen."

WHEREFORE, Lindsay A. Lawrence respectfully requests that this Court enter an order granting this motion to appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

*/s/ Lindsay A. Lawrence*
Lindsay A. Lawrence, Esq. (0085880)
THE LAWRENCE FIRM. PSC
606 Philadelphia St.
Covington, KY  41011
(859) 578-9130
(859) 578-1032 – facsimile
Lindsay.lawrence@lawrencefirm.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that the foregoing Motion for Admission *pro hac vice* was filed electronically with the Clerk of Court using the CM/ECF system on February 3, 2020 served electronically on all counsel of record.

                                                /s/ *Lindsay A. Lawrence*
                                                LINDSAY A. LAWRENCE