**EXHIBIT A**

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Lindsay Ann Lawrence**
Attorney Registration No. **0085880**

was admitted to the practice of law in Ohio on May 10, 2010; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 15th day of January, 2020.

<u>GINA WHITE PALMER</u>
*Director, Attorney Services Division*

<u>Shannon B. Scheid</u>
Shannon Scheid
Attorney Services Specialist

No. 2020-01-15-1
Verify by email at GoodStandingRequests@sc.ohio.gov