# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __February 3, 2020_____

Motion/Pleadings: __MOTION TO APPEAR *PRO HAC VICE*_____

Filed by _Jennifer L. Lawrence_  on _February 3, 2020_____  Doc. # __960__

Response _____  on _____  Doc. # _____

_____ Stipulated    _____ Joint Pleading
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*_____
Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice for failure to identify any individual case in which counsel appears as attorney of record.  *See* ECF No. 86, ¶ II.

**DONE and ORDERED** this 3rd day of February 2020.

*M. Casey Rodgers*_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**