**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:   February 3, 2020

Motion/Pleading:   Motion to Amend Answer to Master Long Form Complaint

Filed by:  Defendants _____ on  2/03/2020 _____ Doc. #  958 _____

RESPONSES:

_____ on _____ Doc. # _____

_____ on _____ Doc. # _____

_____ Stipulated    _____ Joint Pldg.

__X__ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**.

**DONE AND ORDERED**, this 3rd of February, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**