# "EXHIBIT A"

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **KIRK L. DAVIES,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

### HAMILTON G. JORDAN

was duly admitted to practice in said Court on

**October 21, 2019**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on   January 27, 2020   .


KIRK L. DAVIES, CLERK OF COURT

By: _____
Deputy Clerk

# Supreme Court of Tennessee

## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

### Hamilton G. Jordan

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on October 16, 2017, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 30th day of January, 2020.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Adam F. Bennett, D.C.