Robert K. Jassoy, Esq. (SBN 168016)
JASSOY LAW FIRM
110 West "A" Street, Ste. 950
San Diego, CA 92101
Telephone (619) 233-7441
Facsimile (619) 233-7446
rob@jassoylaw.com

Attorney for Plaintiff: Jempson Andre

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA – PENSACOLA DIVISION

| | |
|---|---|
| JEMPSON ANDRE<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>3M COMPANY; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO.  3:19-md-02885<br><br>Judge: M. Casey Rodgers<br>Magistrate Judge: Gary R. Jones<br><br>**MOTION FOR PRO HAC VICE ADMISSION** |

　　　　Pursuant to Pretrial Order No. 3 (ECF No. 4), Rule 11.1 of the Local Rules of the Untied States District Court for the Northern District of Florida, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Robert K. Jassoy of the Jassoy Law Firm, 110 West A Street, Suite 950, San Diego, CA 92101, respectfully moves for admission *pro hac vice* to appear as counsel for and on behalf of Plaintiff Jempson Andre, and to receive Notices of Electronic Filings in this action.

　　　　In support of this motion, attorney Robert K. Jassoy states and certifies:

1. He resides in San Diego, California, and is not a resident of the State of Florida.

1

MOTION FOR PRO HAC VICE ADMISSION

2. He is not admitted to practice in the Northern District of Florida.
3. He is licensed to practice law in California and a member in good standing of the Bar of the State of California.
4. A true and correct copy of his Certificate of Standing from the California Bar is attached as Exhibit A to this motion.
5. He has successfully completed both the online Attorney Admission Tutorial (<u>Confirmation No. FLND15802441183034</u>) and the CM/ECF Online Tutorial, as required by Local Rule 11.1.
6. He has remitted simultaneously with the filing of this motion the $210 *pro hac vice* admission fee required by the Court.
7. He has updated his PACER account to "NextGen."
8. Upon admission, he respectfully requests that he be provided Notice of Electronic Filings to the following email address: rob@jassoylaw.com
9. He is the attorney of record for Jempson Andre in the case of *Jempson Andre v. 3M Company; and DOES 1-10*, inclusive and originally filed in United States District Court for the Southern District of California, which was transferred to this Court.

WHEREFORE, Robert K. Jassoy respectfully requests this Court enter an order granting this motion to appear *pro hac vice* on behalf of Jempson Andre in this case, and to provide Notice of Electronic Filings to the undersigned, and for any other just relief.

Respectfully submitted,

DATED: February 4, 2019     By:     s/Robert K. Jassoy
ROBERT K. JASSOY
110 West A Street, Suite 950
San Diego, CA 92101
Telephone (619) 233-7441
Facsimile (619) 233-7446
rob@jassoylaw.com
Attorney for Plaintiff Jempson Andre

EXHIBIT A

EXHIBIT A

MOTION FOR PRO HAC VICE ADMISSION

**The State Bar of California**

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

January 29, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT KEVIN JASSOY, #168016 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1993 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records