# EXHIBIT A



*Liberté • Égalité • Fraternité*
RÉPUBLIQUE FRANÇAISE

EXHIBIT A

MINISTÈRE DE LA JUSTICE

Paris, le **30 JAN. 2020**

**DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU**

LE DIRECTEUR

Réf : BDIP/ 202010002329

Monsieur le directeur,

Vous avez appelé l'attention de mes services sur les demandes adressées, dans la procédure engagée devant la District Court de Floride, à l'Institut Saint-Louis, aux fins d'obtenir la communication d'informations et de renseignements entrant dans le champ d'application de la loi du 26 juillet 1968 telle que modifiée par la loi n°80-538 du 16 juillet 1980.

J'ai l'honneur de vous faire part des observations suivantes, dont je comprends qu'elles pourraient être versées à la procédure devant la District Court de Floride.

L'article 1er de la loi n°68-678 du 26 juillet 1968 relative à la communication de documents et renseignements d'ordre économique, commercial ou technique à des personnes physiques ou morales étrangères, dite « loi de blocage », interdit à toute personne physique de nationalité française ou résidant habituellement sur le territoire français et à tout dirigeant, représentant, agent ou préposé d'une personne morale y ayant son siège ou un établissement de communiquer par écrit, oralement ou sous toute autre forme, en quelque lieu que ce soit, à des autorités publiques étrangères, les documents ou les renseignements d'ordre économique, commercial, industriel, financier ou technique dont la communication est de nature à porter atteinte à la souveraineté, à la sécurité, aux intérêts économiques essentiels de la France ou à l'ordre public, précisés par l'autorité administrative en tant que de besoin.

La portée de cette prohibition est particulièrement large puisqu'elle s'applique même si la recherche du document n'est pas suivie d'effet et même si la personne poursuivie n'est ni ressortissante française ni résidente française.
Le non-respect de ces interdictions est puni d'une peine d'emprisonnement de 6 mois et d'une amende de 18 000 euros, conformément à l'article 3 de la loi susvisée.

Toutefois, les prohibitions instituées par la loi de blocage ne s'appliquent que « *sous réserve des traités et accords internationaux* ». Or, comme vous le savez, la France et les Etats-Unis d'Amérique sont liés par la convention de la Haye de 1970 sur l'obtention de preuves à l'étranger en matière civile et commerciale.

Monsieur Christian de Villemagne,
Directeur
Institut franco-allemand de recherches de Saint-Louis
5 rue du Général Cassagnou
68301 SAINT-LOUIS CEDEX

13, place Vendôme
75042 Paris Cedex 01
Téléphone : 01 44 77 60 60
Télécopie : 01 44 77 62 39
www.justice.gouv.fr

Par conséquent, dans la mesure où l'Institut Saint-Louis serait disposé à coopérer dans le cadre de la procédure de *discovery* devant la District Court de Floride, il lui est possible de solliciter auprès de cette juridiction la délivrance d'une commission rogatoire internationale aux fins que la production des pièces requises puisse s'effectuer.

La commission rogatoire devra être adressée à mes services, au bureau du droit de l'Union, du droit international privé et de l'entraide civile, désignée en qualité d'autorité centrale pour l'application de la convention susvisée qui la transmettra dès réception aux autorités judiciaires françaises pour exécution dans les meilleurs délais.

Je vous prie de croire, Monsieur le directeur, en l'expression de ma parfaite considération.

Jean-François De Montgolfier

13, place Vendôme
75042 Paris Cedex 01
Téléphone : 01 44 77 60 60
Télécopie : 01 44 77 62 39
www.justice.gouv.fr

<u>Sworn translation</u>

[Header of the French Republic]
Ministry of Justice

Paris, January 30, 2020

CIVIL AFFAIRS
and SEALS DIRECTORATE

The Director

Reference: BDIP/202010002329

Monsieur le directeur,

You have attracted the attention of my services to the requests addressed to the Institute of Saint-Louis with respect to the subpoena procedure issued by the District Court of Florida to produce information and documents covered by the French Law of July 26, 1968 as amended by Law N°80- 538 of July 16, 1980.

I have the honor to inform you of the following observations, as I understand that they could be deposited to the litigation procedure before the District Court of Florida.

Article 1 of the Law 68-678 of July 26, 1968 relative to the communication of documents and information of economic, commercial or technical order to abroad physical or moral persons, called "loi de blocage – Blockage law" prohibits any physical person of French nationality or being habitual resident on French territory and any executive, representative, agent or attendant of a moral person having its seat or establishment there from communicating to foreign public authorities, in any place, in written, oral or any other form any document or any information of economic, commercial, industrial, financial or technical order that could infringe the sovereignty, security, essential economic interests of France or of the public order, as expressed by the administrative authority in case of necessity.

The extent of this prohibition is particularly large as it is applicable even if the quest for a document does not have any effect and even if the prosecuted person is neither French citizen nor French resident.

The non-observation of these interdictions shall be punished by imprisonment for 6 months and a fine of 18 000 Euros, according to Article 3 of the Law mentioned above.

Anyway, the prohibitions instituted by the blockage law are only applicable "*subject to international treaties and conventions*". Yet, as you know, France and the United States of America are bound by the Hague Convention of 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.

M. Christian de Villemagne,
Director
French-German research Institute of Saint-Louis
68301 SAINT-LOUIS CEDEX

13, place Vendôme
75042 Paris Cedex 01
Phone : 01 44 77 60 60
Fax : 01 44 77 62 39
www.justice.gouv.fr

Therefore, in case that the Saint-Louis Institute should be willing to cooperate in the framework of the *discovery* procedure before the District Court of Florida, it has the possibility to submit to this jurisdiction the deliverance of an international rogatory commission in order to allow the delivery of the requested pieces.

The rogatory commission should be addressed to my services, to the office of European law, of international private law and civil assistance, in charge in its quality as central authority for the application of the mentioned convention and which will transfer the commission at soon as received to the competent judicial French authorities to be implemented without delay.

Yours Sincerely

Signed
Jean-Francois De Montgolfier

---

This is to certify that the present translation is the true and exhaustive rendition of the original produced in French.
Huningue, February 3, 2020

Magdalena Kaufmann-Spachtholz
Sworn translator and interpreter for English, French and German
Accredited to the Courts of justice the Land BW, Germany