# EXHIBIT B



*Liberté • Égalité • Fraternité*
**RÉPUBLIQUE FRANÇAISE**

**MINISTÈRE DES ARMÉES**

EXHIBIT B



Le Délégué général
pour l'armement

Paris, le  3 0 JAN. 2020
N° DGA01D20 0 0 4 1 0 8 DGA/AID

Le Délégué général pour l'armement

à

Messieurs les Directeurs de l'institut franco-allemand de recherches de Saint-Louis (ISL)

**Objet**     :     ISL - 3M Combat Arms Earplug Products Liability Litigation C.A. No. 3:19-md-2885

**Référence** :     *Plaintiffs' motion to compel production of documents and memorandum of law*, reçu par l'ISL le 06/01/2020, envoyé par *the United States District Court Northern District of Florida Pensacola Division*.

En tant que représentant de l'Etat français, délégataire de la Ministre des armées, chargée de l'exercice de la tutelle de l'Institut franco-allemand de recherches de Saint Louis, je vous informe de mon refus que l'Institut communique une quelconque information ou fournisse les documents demandés par les plaignants dans le cadre de la requête judiciaire en référence, en application des articles 1 et 1bis de la loi française N° 68-678 du 26 juillet 1968 modifiée.

La communication des documents demandés serait en effet de nature à porter atteinte :

- À la souveraineté de la France dans la mesure où les modalités d'une telle assignation vont à l'encontre de la convention de la Haye du 18 mars 1970 régulièrement ratifiée sur l'obtention de preuves à l'étranger en matière civile et commerciale ;
- À la sécurité de la France dans la mesure où sont en cause des données de mesures et de tests d'un établissement chargé, par son traité fondateur, d'une mission essentielle pour la Défense nationale ;
- Aux intérêts économiques essentiels de la France dans la mesure où une telle communication permettrait d'accéder à un ensemble d'informations scientifiques, techniques, financières de nature confidentielle attaché à une propriété intellectuelle détenu par un établissement financé majoritairement par les Etats français et allemands et chargé d'une mission de Défense.

Joël Barre

Direction générale de l'armement
60, boulevard du général Martial Valin
CS 21623 – 75509 Paris Cedex 15
Téléphone : 09 88 67 03 63 - Télécopie 09 88 68 78 32

Destinataires :

M. Christian de Villemagne, directeur français de l'ISL,
Dr.-Ing. Thomas Czirwitzky, directeur allemand de l'ISL,
Institut franco-allemand de recherches de Saint-Louis
5 rue du Général Cassagnou
68301 SAINT-LOUIS CEDEX


Copie externe :

- SGA/DAJ/DAJ DIE

Sworn translation

[Header of the French Republic]
Ministry of Armed Forces

[Logo DGA]

The General Delegate for Armament

Paris, January 30, 2020

No *DGA01D20* **004108**     DGA/AID

The General Delegate for Armament

to

The Directors of the French-German
research Institute of Saint-Louis (ISL)

Re:     **ISL - 3 M Combat Arms Earplug Products Liability Litigation C.A. No. 3: 19-md-2885**

**Reference**:     *Plantiffs' motion to compel production of documents and memorandum of law*, received by ISL at 06/01/2020, issued by *the United States District Court Northern District of Florida Pensacola Division*.

In my quality of representative of the French State, as delegate for the French Minister of Armed Forces, in charge of exercising the supervising authority over the French-German research Institute of Saint-Louis, I hereby inform you of my objection to the request that the Institute shall submit any information or deliver those documents as requested by the plaintiffs in the framework of their Motion mentioned in the reference, in application of the articles 1 and 1bis of the French Law N° 68-678 of July 1968, as amended.

The provision of the requested documents would be of the nature to violate:

- the sovereignty of France as far as the modalities of such a compliance of Subpoena infringe the regularly ratified Hague Service Convention of March 18, 1970 on the Service Abroad of proofs in civil and commercial matters;
- the security of France as far as data of measurements and tests could be jeopardized of an institution which, due to its founding treaty, is in charge of an essential mission for national Defence.
- essential economic interests of France as far as such a communication would give access to a whole entity of confidential scientific, technical, financial information which are attached to intellectual property rights detained by an establishment which is majority-owned by the French and German State and in charge of a Defence mission.

Signed
Joel Barre

Direction générale de l'armement
60, boulevard du général Martial Valin
CS 21623 – 75509 Paris Cedex 15
Phone: 09 88 67 03 63 – Fax 09 88 68 78 32

**Recipients:**
M. Christian de Villemagne, French director of ISL
Dr.-Ing. Thomas Czirwitzky, German director of ISL
French-German research Institute of Saint-Louis
683ß1 SAINT-LOUIS CEDEX

**External copy:**

-SGA/DAJ/DAJ DIE

---

This is to certify that the present translation is the true and exhaustive rendition of the original produced in French.

Huningue, February 3, 2020

Magdalena Kaufmann-Spachtholz
Sworn translator and interpreter for English, French and German
Accredited to the Courts of justice of the Land Baden-Württemberg, Germany