# EXHIBIT 3

| | |
|---|---|
| **From:** | McAleer, Chas |
| **To:** | Parvin Aminolroaya; David Buchanan |
| **Cc:** | Wise, Andrew |
| **Subject:** | RE: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.) |
| **Date:** | Tuesday, October 22, 2019 2:18:00 PM |

Great.  Will send the dial-in.

**CHARLES F. B. MCALEER, JR.**

Member | Miller & Chevalier Chartered

cmcaleer@milchev.com | T. 202.626.5963 | M. 571.216.9584

**From:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>
**Sent:** Tuesday, October 22, 2019 2:13 PM
**To:** McAleer, Chas <CMcAleer@milchev.com>; David Buchanan <DBuchanan@seegerweiss.com>
**Cc:** Wise, Andrew <awise@milchev.com>
**Subject:** Re: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

**EXTERNAL**

Yes, 4 pm works on my end. I look forward to speaking then.

Parvin

**From:** McAleer, Chas <CMcAleer@milchev.com>
**Sent:** Tuesday, October 22, 2019 2:08 PM
**To:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>; David Buchanan <DBuchanan@seegerweiss.com>
**Cc:** Wise, Andrew <awise@milchev.com>
**Subject:** RE: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

Parvin:

Thank you for your voicemail and email.  Are you available to speak at 4 pm today?  If so, I will send a dial-in and calendar entry.

(I am copying my partner, Andy Wise, who will also participate in the call.)

Regards,

--Chas

**CHARLES F. B. MCALEER, JR.**

Member | Miller & Chevalier Chartered

cmcaleer@milchev.com | T. 202.626.5963 | M. 571.216.9584

**From:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>
**Sent:** Tuesday, October 22, 2019 12:27 PM
**To:** McAleer, Chas <CMcAleer@milchev.com>
**Cc:** David Buchanan <DBuchanan@seegerweiss.com>
**Subject:** In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

**EXTERNAL**

Charles-

Following up on my voice message to you a few minutes ago, please let me know your availability to discuss your letter re our subpoena to ISL.

Thank you,

Parvin Aminolroaya

PARVIN K. AMINOLROAYA

Partner

**SEEGER WEISS LLP**

55 Challenger Road

Ridgefield Park, NJ 07660

P. 212.584.0741

F. 212.584.0799

paminolroaya@seegerweiss.com