# EXHIBIT 5

| | |
|---|---|
| **From:** | Virginia Anello |
| **To:** | McAleer, Chas |
| **Cc:** | Wise, Andrew; Parvin Aminolroaya |
| **Subject:** | Re: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.) |
| **Date:** | Wednesday, October 30, 2019 8:36:53 AM |
| **Attachments:** | Atl. Specialty Ins. Co. v. M2 Motor Yachts_2017 U.S. D.pdf |
| | TracFone Wireless_Inc. v. Doe_2011 U.S. Dist. LEXIS 1.pdf |

**EXTERNAL**

Good morning, Chas,

In followup to our call yesterday evening, attached please find two cases that support that service of the subpoena on your client ISL was proper under Article 10(a) of the Hague Convention because France does not object to service through the mail under the Hague Convention.   As you will see, these cases cite to many other opinions, including opinions by three court of appeals, that also support  that service of the subpoena was proper.

Please let us now by tomorrow whether you intend to maintain your position that service of the subpoena was improper under the Hague Convention.

Thanks.

Virginia Anello
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Ph: 212-566-7500 x. 291
Fax: 212-566-7501
vanello@douglasandlondon.com

---

**From:** "McAleer, Chas" <CMcAleer@milchev.com>
**Date:** Tuesday, October 29, 2019 at 3:54 PM
**To:** Parvin Aminolroaya <paminolroaya@seegerweiss.com>, Virginia Anello <vanello@douglasandlondon.com>
**Cc:** "Wise, Andrew" <awise@milchev.com>
**Subject:** RE: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

It does.

**CHARLES F. B. MCALEER, JR.**
Member | Miller & Chevalier Chartered
cmcaleer@milchev.com | T. 202.626.5963 | M. 571.216.9584

---

**From:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>

**Sent:** Tuesday, October 29, 2019 3:54 PM
**To:** McAleer, Chas <CMcAleer@milchev.com>; Anello <vanello@douglasandlondon.com>
**Cc:** Wise, Andrew <awise@milchev.com>
**Subject:** Re: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

**EXTERNAL**

Chas-

We can be available at 5 pm. Let us know if that works for you.

Thanks,

Parvin

**From:** McAleer, Chas <CMcAleer@milchev.com>
**Sent:** Tuesday, October 29, 2019 3:02 PM
**To:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>; Anello <vanello@douglasandlondon.com>
**Cc:** Wise, Andrew <awise@milchev.com>
**Subject:** RE: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

Parvin:

I am available to speak at or after 4 pm today.  Let me know what works for your schedule.

Regards,

--Chas

**CHARLES F. B. MCALEER, JR.**
Member | Miller & Chevalier Chartered
cmcaleer@milchev.com | T. 202.626.5963 | M. 571.216.9584

**From:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>
**Sent:** Monday, October 28, 2019 2:29 PM
**To:** McAleer, Chas <CMcAleer@milchev.com>
**Cc:** Wise, Andrew <awise@milchev.com>; Anello <vanello@douglasandlondon.com>
**Subject:** Re: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

**EXTERNAL**

Chas-

Following up on our call last week, we have additional information that we thought would be useful to discuss with respect to our subpoena to ISL. Are you available for a follow up call tomorrow?

Thanks,

Parvin

**From:** McAleer, Chas <CMcAleer@milchev.com>
**Sent:** Tuesday, October 22, 2019 2:18 PM
**To:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>; David Buchanan <DBuchanan@seegerweiss.com>
**Cc:** Wise, Andrew <awise@milchev.com>
**Subject:** RE: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

Great.  Will send the dial-in.

**CHARLES F. B. MCALEER, JR.**
Member | Miller & Chevalier Chartered
cmcaleer@milchev.com | T. 202.626.5963 | M. 571.216.9584

**From:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>
**Sent:** Tuesday, October 22, 2019 2:13 PM
**To:** McAleer, Chas <CMcAleer@milchev.com>; David Buchanan <DBuchanan@seegerweiss.com>
**Cc:** Wise, Andrew <awise@milchev.com>
**Subject:** Re: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

**EXTERNAL**

Yes, 4 pm works on my end. I look forward to speaking then.

Parvin

**From:** McAleer, Chas <CMcAleer@milchev.com>
**Sent:** Tuesday, October 22, 2019 2:08 PM
**To:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>; David Buchanan <DBuchanan@seegerweiss.com>
**Cc:** Wise, Andrew <awise@milchev.com>
**Subject:** RE: In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-

MCR-GRJ (N.D. Fla.)

Parvin:

Thank you for your voicemail and email.  Are you available to speak at 4 pm today?  If so, I will send a dial-in and calendar entry.

(I am copying my partner, Andy Wise, who will also participate in the call.)

Regards,

--Chas

**CHARLES F. B. MCALEER, JR.**
Member | Miller & Chevalier Chartered
cmcaleer@milchev.com | T. 202.626.5963 | M. 571.216.9584

---

**From:** Parvin Aminolroaya <paminolroaya@SeegerWeiss.com>
**Sent:** Tuesday, October 22, 2019 12:27 PM
**To:** McAleer, Chas <CMcAleer@milchev.com>
**Cc:** David Buchanan <DBuchanan@seegerweiss.com>
**Subject:** In Re: 3M Combat Arms Earplug Products Liability Litigation, C.A. No. 3:19-md-02885-MCR-GRJ (N.D. Fla.)

**EXTERNAL**

Charles-

Following up on my voice message to you a few minutes ago, please let me know your availability to discuss your letter re our subpoena to ISL.

Thank you,

Parvin Aminolroaya

**PARVIN K. AMINOLROAYA**

Partner

**SEEGER WEISS LLP**

55 Challenger Road

Ridgefield Park, NJ 07660

P. 212.584.0741

F. 212.584.0799

paminolroaya@seegerweiss.com