**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, February 07, 2020 7:54 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, February 7, 2020 1:52:41 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/7/2020 at 8:52 AM EST and filed on 2/7/2020
**Case Name:**      IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**    MDL No. 2885
**Filer:**
**Document Number:** 705

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Markey v. 3M Company et al
**Case Number:**    MN/0:20-cv-00285
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Landt v. 3M Company et al
**Case Number:**    MN/0:20-cv-00328
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Messer v. 3M Company et al
**Case Number:**     MN/0:20-cv-00291
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Schley v. 3M Company et al
**Case Number:**     MN/0:20-cv-00297
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Walsh v. 3M Company et al
**Case Number:**   MN/0:20-cv-00343
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Wilson v. 3M Company et al
**Case Number:**   MN/0:20-cv-00344
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Truong v. 3M Company et al
**Case Number:**   MN/0:20-cv-00338

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Fisher v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00276 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Stroup v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00299 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Moran v. 3M Company et al
**Case Number:**      MN/0:20-cv-00329
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Eason v. 3M Company et al
**Case Number:**      MN/0:20-cv-00324
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-*

*cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Fendley v. 3M Company et al
**Case Number:**  MN/0:20-cv-00308
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Tubbs v. 3M Company et al
**Case Number:**  MN/0:20-cv-00339
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-*

cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Simmons v. 3M Company et al
**Case Number:**     MN/0:20-cv-00334
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Bauer v. 3M Company et al
**Case Number:**     MN/0:20-cv-00265
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-*

*cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Le v. 3M Company et al
**Case Number:**      MN/0:20-cv-00313
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Orbe v. 3M Company et al
**Case Number:**      MN/0:20-cv-00293
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-*

*cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Henry v. 3M Company et al
**Case Number:** MN/0:20-cv-00347
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Holtel v. 3M Company et al
**Case Number:** MN/0:20-cv-00278
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-*

*cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Peterson v. 3M Company et al
**Case Number:**     MN/0:20-cv-00295
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Johnson v. 3M Company et al
**Case Number:**     MN/0:20-cv-00310
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-*

*cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Kitzmann v. 3M Company et al
Case Number:      MN/0:20-cv-00312
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Molina v. 3M Company et al
Case Number:      MN/0:20-cv-00292
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Daniel Egbert v. 3M Company
Case Number:      CAC/2:20-cv-00742
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s) *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        McMills v. 3M Company et al
Case Number:      MN/0:20-cv-00290
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s) *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Vincent v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00340 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Durkee v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00274 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Robison v. 3M Company et al
**Case Number:** MN/0:20-cv-00332
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Lambdin v. 3M Company et al
**Case Number:** MN/0:20-cv-00281
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Gaboury v. 3M Company et al
**Case Number:** MN/0:20-cv-00277

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Davdison Nguyen v. 3M Company et al |
| **Case Number:** | CAC/2:20-cv-00736 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Sinko v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00298 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Tabert v. 3M Company et al
**Case Number:**    MN/0:20-cv-00300
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Rich v. 3M Company et al
**Case Number:**    MN/0:20-cv-00322
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-*

*cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Murowsky v. 3M Company et al
**Case Number:**        MN/0:20-cv-00330
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Fries v. 3M Company et al
**Case Number:**        MN/0:20-cv-00309
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-*

*cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Shannon v. 3M Company et al
Case Number:      MN/0:20-cv-00323
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Parkhurst v. 3M Company et al
Case Number:      MN/0:20-cv-00316
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-*

*cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Troxel v. 3M Company et al
**Case Number:** MN/0:20-cv-00336
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Knighten v. 3M Company et al
**Case Number:** MN/0:20-cv-00350
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-*

*cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Rosanes v. 3M Company et al
Case Number:      MN/0:20-cv-00296
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Jackson v. 3M Company et al
Case Number:      MN/0:20-cv-00279
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-*

*cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Wolfe v. 3M Company et al
**Case Number:**      MN/0:20-cv-00301
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-cv-00339, 1 in MN/0:20-cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Peters v. 3M Company et al
**Case Number:**      MN/0:20-cv-00294
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 44 action(s)** *re: pldg. (1 in CAC/2:20-cv-00736, 1 in CAC/2:20-cv-00742, [697] in MDL No. 2885, 1 in MN/0:20-cv-00265, 1 in MN/0:20-cv-00274, 1 in MN/0:20-cv-00276, 1 in MN/0:20-cv-00277, 1 in MN/0:20-cv-00278, 1 in MN/0:20-cv-00279, 1 in MN/0:20-cv-00281, 1 in MN/0:20-cv-00285, 1 in MN/0:20-cv-00290, 1 in MN/0:20-cv-00291, 1 in MN/0:20-cv-00292, 1 in MN/0:20-cv-00293, 1 in MN/0:20-cv-00294, 1 in MN/0:20-cv-00295, 1 in MN/0:20-cv-00296, 1 in MN/0:20-cv-00297, 1 in MN/0:20-cv-00298, 1 in MN/0:20-cv-00299, 1 in MN/0:20-cv-00300, 1 in MN/0:20-cv-00301, 1 in MN/0:20-cv-00308, 1 in MN/0:20-cv-00309, 1 in MN/0:20-cv-00310, 1 in MN/0:20-cv-00312, 1 in MN/0:20-cv-00313, 1 in MN/0:20-cv-00316, 1 in MN/0:20-cv-00322, 1 in MN/0:20-cv-00323, 1 in MN/0:20-cv-00324, 1 in MN/0:20-cv-00328, 1 in MN/0:20-cv-00329, 1 in MN/0:20-cv-00330, 1 in MN/0:20-cv-00332, 1 in MN/0:20-cv-00334, 1 in MN/0:20-cv-00336, 1 in MN/0:20-cv-00338, 1 in MN/0:20-*

*cv-00340, 1 in MN/0:20-cv-00343, 1 in MN/0:20-cv-00344, 1 in MN/0:20-cv-00347, 1 in MN/0:20-cv-00350)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/7/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

Michael A. Burns     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00285 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00285 Notice will not be electronically mailed to:**

**MN/0:20-cv-00328 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00328 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00291 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00291 Notice will not be electronically mailed to:**

**MN/0:20-cv-00297 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00297 Notice will not be electronically mailed to:**

**MN/0:20-cv-00343 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00343 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00344 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00344 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00338 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00338 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00276 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00276 Notice will not be electronically mailed to:**

**MN/0:20-cv-00299 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00299 Notice will not be electronically mailed to:**

**MN/0:20-cv-00329 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00329 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00324 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00324 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00308 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00308 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00339 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00339 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00334 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00334 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00265 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00265 Notice will not be electronically mailed to:**

**MN/0:20-cv-00313 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00313 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00293 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00293 Notice will not be electronically mailed to:**

**MN/0:20-cv-00347 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00347 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00278 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00278 Notice will not be electronically mailed to:**

**MN/0:20-cv-00295 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00295 Notice will not be electronically mailed to:**

**MN/0:20-cv-00310 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00310 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00312 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00312 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00292 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00292 Notice will not be electronically mailed to:**

**CAC/2:20-cv-00742 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

Sierra Elizabeth     sierra.elizabeth@kirkland.com

Robert T Simon     robert@thesimonlawgroup.com

Thomas J Conroy     conroy@justiceteam.com

**CAC/2:20-cv-00742 Notice will not be electronically mailed to:**

**MN/0:20-cv-00290 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00290 Notice will not be electronically mailed to:**

**MN/0:20-cv-00340 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00340 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00274 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00274 Notice will not be electronically mailed to:**

**MN/0:20-cv-00332 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00332 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road

Indianapolis, IN 46268

**MN/0:20-cv-00281 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00281 Notice will not be electronically mailed to:**

**MN/0:20-cv-00277 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00277 Notice will not be electronically mailed to:**

**CAC/2:20-cv-00736 Notice has been electronically mailed to:**

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

Sierra Elizabeth    sierra.elizabeth@kirkland.com

Robert T Simon    robert@thesimonlawgroup.com

Thomas J Conroy    conroy@justiceteam.com

**CAC/2:20-cv-00736 Notice will not be electronically mailed to:**

**MN/0:20-cv-00298 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00298 Notice will not be electronically mailed to:**

**MN/0:20-cv-00300 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00300 Notice will not be electronically mailed to:**

**MN/0:20-cv-00322 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00322 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00330 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00330 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00309 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00309 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00323 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00323 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00316 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00316 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00336 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00336 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00350 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00350 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00296 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00296 Notice will not be electronically mailed to:**

**MN/0:20-cv-00279 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00279 Notice will not be electronically mailed to:**

**MN/0:20-cv-00301 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00301 Notice will not be electronically mailed to:**

**MN/0:20-cv-00294 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00294 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/7/2020] [FileNumber=968803-0] [
b534a738c67ae8d4bdcec9b7ac7a8990724338cf4971e9470ad31c7976766756c83771
4a943e1c7e80d370d5db7474e1af8a5e47566ead76e0d2a2b9c9ab4bf8]]