# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Northern District of Florida Local Rule 11.1 and the Court's April 9, 2019 Order, Pretrial Order No. 3, Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Elizabeth E. Chambers of the law firm Cory Watson, P.C., 2131 Magnolia Avenue S., Ste. 200, Birmingham, Alabama 35205, Telephone: (205) 328-2200, for purposes of appearance as counsel on behalf of the Plaintiffs in the above-styled case only, and in support thereof states as follows:

1. Elizabeth E. Chambers resides in Alabama and is not a resident of the State of Florida.

2. Elizabeth E. Chambers is not admitted to practice in the Northern District of Florida but is a member in good standing of the bar of the State of Alabama and the Federal District Court for the Northern District of Alabama. A copy of a Certificate of Good Standing from the

State of Alabama dated within 30 days of this motion are attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Local Rule 11.1(C) and the Procedures for Admission set by the Clerk's office, Elizabeth E. Chambers has completed the requirements to appear *pro hac vice* in this Court.

4. Elizabeth E. Chambers has completed the Local Rules exam, confirmation number FLND15801576193029, and the required CM/ECF tutorials.

5. Elizabeth E. Chambers has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Elizabeth E. Chambers has upgraded her PACER account to "NextGen."

7. Elizabeth E. Chambers is the attorney of record for the following Plaintiffs:

    a. Sara George; *George v. 3M COMPANY;* 3:19-cv-1090-MCR-GRJ

    b. Lee Shaffer; *Shaffer v. 3M COMPANY;* 3:19-cv-00570-MCR-GRJ

WHEREFORE, Plaintiffs respectfully request the Court enter an Order admitting Elizabeth E. Chambers of Cory Watson, P.C. *pro hac vice* in this case.

Respectfully submitted this the 7th day of February, 2020.

                                                */s/ Elizabeth E. Chambers*
                                                Elizabeth E. Chambers
                                                Cory Watson, P.C.
                                                2131 Magnolia Avenue S., Ste. 200
                                                Birmingham, AL 35205
                                                Phone: (205) 328-2200
                                                Email: BChambers@CoryWatson.com
                                                *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 7th day of February, 2020.

>   */s/ Elizabeth Chambers*
>   Elizabeth Chambers