UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### RENEWED MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, William B. Shinoff, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant previously filed a motion to appear pro hac vice, which was denied without prejudice on January 22, 2020, for failure to properly caption the pleading for this court in which counsel appears as of record. DKT 21. This renewed motion cures said defect.
2. Movant resides in California and is not a resident of the State of Florida.
3. Movant is admitted to practice and is a member in good standing of the bar of the State of California. A copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.
4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial with confirmation number #FLND15755000212899.
5. Movant has filed a Master Short Form Complaint and Jury Trial Demand in this district and MDL, individual case no. 3:19-cv-04882.

6. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

7. Movant has upgraded his PACER account to "NextGen."

8. Movant represents Plaintiff *Rodolfo Arrieta v. 3M Company, et al.*, in 3:19-cv-04882 filed in the ND of Florida.

WHEREFORE, William B. Shinoff respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: February 7, 2020                    Respectfully submitted,

/S/ William B. Shinoff, Esq.
William B. Shinoff, Esq., CA SBN 280020
FRANTZ LAW GROUP, APLC
402 West Broadway, Suite 860
San Diego, CA  92101
T: (619) 233-5945
F: (619) 525-7672
E: wshinoff@frantzlawgroup.com