UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILTY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885-MCR-GRJ<br>Civil Case No. 3:19-cv-00684<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4 ), Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Naomi Pontious of Gomez Trial Attorneys, 655 West Broadway, Suite 1700, San Diego, CA 92101, respectfully moves for *admission pro hac vice* to appear as counsel for and on behalf of Plaintiff Kevin Alicie, and to receive Notices of Electronic Filings in this action.

In support of this motion, attorney Naomi Pontious states and certifies:

1. She resides in San Diego, California, and is not a resident of the State of Florida.

2. She is not admitted to practice in the Northern District of Florida.

3. She is licensed to practice law in California and a member in good standing of the Bar of the State of California.

4. A true and correct copy of his Certificate of Standing from the California Bar is attached as Exhibit A to this motion.

1

5. She has successfully completed both the online Attorney Admission Tutorial on January 21, 2020 (Confirmation No. FLND 15796516333013) and the CM/ECF Online Tutorial, as required by Local Rule 11.1.

*6.* She has remitted simultaneously with the filing of this motion the $210 *pro hac vice* admission fee required by the Court.

7. She has updated his PACER account to "NextGen."

8. Upon admission, he respectfully requests that he be provided Notice of Electronic Filings to the following email address: npontious@thegomezfirm.com.

9. She is the attorney of record for Kevin Alicie in the case of Kevin Alicie v. 3M Company; and DOES 1-10, inclusive and originally filed in United States District Court for the Southern District of California, which was transferred to this Court.

WHEREFORE, Naomi Pontious respectfully requests this Coourt enter an order granting this motion to appear *pro hac vice* on behalf of Kevin Alicia in this case, and to provide Notice of Electronic Filings to the undersigned, and for any other just relief.

Date: February 10, 2020　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Naomi Pontious
　　　　　　　　　　　　　　　　　　　　　　Naomi Pontious (CA Bar #:288580)
　　　　　　　　　　　　　　　　　　　　　　GOMEZ TRIAL ATTORNEYS
　　　　　　　　　　　　　　　　　　　　　　655 West Broadway, Ste. 1700
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　　Tel: (619) 237-3490
　　　　　　　　　　　　　　　　　　　　　　Fax: (619)237-3496
　　　　　　　　　　　　　　　　　　　　　　npontious@thegomezfirm.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 10th day of February, 2020.

/s/ Naomi Pontious
Naomi Pontious (CA Bar #:288580)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
npontious@thegomezfirm.com

*Attorney for Plaintiff*