UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___February 11, 2020___

Motion/Pleadings: ___MOTION TO APPEAR *PRO HAC VICE*___

Filed by ___Naomi Pontious___   on ___February 11, 2020___   Doc. # __986__

Response _____   on _____   Doc. # _____

_____ Stipulated          _____ Joint Pleading
_____ Unopposed        _____ Consented

                          JESSICA J. LYUBLANOVITS
                          CLERK OF COURT
                          */s/ Kathy Rock*
                          Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 11th day of February 2020.

                          *M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**