UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS | )Case No. 3:19md2885 |
| EARPLUG PRODUCTS LIABILITY | )Civil Case No. 3:20cv00195 |
| LITIGATION, | ) |
| | ) |
| | )Judge M. Casey Rodgers |
| This Document Relates to All Cases | )Magistrate Judge Gary R. Jones |
| | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Lindsay A. Lawrence of The Lawrence Firm, PSC, hereby enters her appearance as counsel for Plaintiffs, Grady Campbell, Jr. & Lindsay A. Lawrence from the following actions transferred to this Court from the Southern District of Florida: Dufresne-Yidi v. 3M Company, Case No.: 0:19-cv-60739-MGC; Torres v. 3M Company, Case No.: 1:19-cv-21001-RNS; Garcia v. 3M Company; Case No.: 1:19-cv-21005-DPG; Stokes v. 3M Company, Case No.: 2:19-cv-14098-RLR; McDonagh v. 3M Company, Case No. 9:19-cv-80253-DMM. Further, Mrs. Lawrence is attorney of record in this actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted,

*/s/ Lindsay A. Lawrence*
Lindsay A. Lawrence, Esq. (0085880)
THE LAWRENCE FIRM. PSC
606 Philadelphia St.
Covington, KY  41011
(859) 578-9130
(859) 578-1032 – facsimile
Lindsay.lawrence@lawrencefirm.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system on February 11, 2020 served electronically on all counsel of record.

/s/ *Lindsay A . Lawrence*
LINDSAY A. LAWRENCE