# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

This Document Relates to All Cases
_____/

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## ORDER

This matter came before the Court on February 11, 2020, the first day of a scheduled two-day deposition of Defendants' former employee Robert Falco. Mr. Falco was a project engineer at 3M until 2010 and was employed by Defendants and their predecessors for nearly 40 years. Plaintiffs assert that Mr. Falco was involved in the development and testing of the CAEv2. When Plaintiffs questioned Mr. Falco about the reason for his termination from 3M, his counsel (Richard Blaiklock) instructed the deponent not to answer.

On February 11, 2020, during a telephone conference with counsel for Plaintiffs, Defendant, and the deponent, Counsel for Mr. Falco made an *ore tenus* motion for a protective order under Federal Rule of Civil Procedure 30(d)(3) seeking to limit the scope of inquiry regarding Mr.

Falco's termination on the basis that the questioning was unreasonably annoying, embarrassing, or oppressive.

On February 12, 2020, the Court held a telephonic hearing on the deponent's motion. The Court heard arguments from counsel for Plaintiffs, Defendant, and the deponent. For the reasons explained at the hearing, the motion for a protective order under Rule 30(d)(3) is **DENIED** and Mr. Falco is directed to answer Plaintiffs' questions regarding the circumstances of his termination.

This order is subject to the condition that any questions asked of Mr. Falco regarding the reasons for his termination and his answers thereto are governed under the provisions of the Court's June 17, 2019, protective order, ECF No. 442. If counsel for Mr. Falco designates the material as for "Attorney's Eyes Only" (which limits dissemination to counsel of record for Plaintiffs, Defendants, and Mr. Falco, and their paraprofessionals) and Plaintiffs wish to challenge this designation, Plaintiffs must notify counsel for Defendants *and* counsel for Mr. Falco (Richard Blaiklock) so they have the opportunity to be heard on the matter.

**DONE AND ORDERED** this 12th day of February 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge