**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:  February 11, 2020
Motion/Pleading:  Motion for Leave to File Under Seal Exhibits to Motion to Authorize Disclosure of Military Records
Filed by:  Plaintiffs          on  2/11/2020     Doc. #  990
RESPONSES:
                              on              Doc. #
                              on              Doc. #

____ Stipulated      ____ Joint Pldg.
____ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

For good cause shown, the motion is **GRANTED,** as requested.

**DONE AND ORDERED**, this 12th day of February, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**