UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

# ORDER

The case management conference on Friday, February 21, 2020 at 9:30 a.m. Central will be held in Courtroom 1, which is on the first floor of the Winston E. Arnow Federal Building. The Court will hold a preconference meeting at 8:30 a.m. Central with those attorneys permitted to attend under Case Management Order No. 2, ECF No. 452, in the jury room adjacent to Courtroom 1.

**SO ORDERED**, on this 13th day of February, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**