# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br>Civil No. 3:19-cv-04882<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that William B. Shinoff, Esq., hereby enters his appearance as counsel for Plaintiffs from the following action transferred to this Court from the Southern District of California: Rodolfo Arrieta, et al. v. 3M Company, et al., Case No. 19-CV-2087 BEN MSB. Further, Mr. Shinoff is attorney of record in this action transferred to this Court (MDL Case No. 2885), and he has been administratively admitted Pro Hac Vice pursuant to Pretrial Order No. 3 (ECF No. 4).

All further papers and pleadings in this action should be served on the undersigned.

Dated: February 13, 2020          Respectfully submitted,

/S/ William B. Shinoff, Esq.
William B. Shinoff, Esq., CA SBN 280020
FRANTZ LAW GROUP, APLC
402 West Broadway, Suite 860
San Diego, CA  92101
T: (619) 233-5945
F: (619) 525-7672
E: wshinoff@frantzlawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system on February 13, 2020 served electronically on all counsel of record.

<u>/S/ William B. Shinoff.</u>
William B. Shinoff