**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, February 13, 2020 7:32 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, February 13, 2020 1:31:31 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 2/13/2020 at 8:31 AM EST and filed on 2/13/2020

**Case Name:**       IN RE: 3M Combat Arms Earplug Products Liability Litigation

**Case Number:**   MDL No. 2885

**Filer:**

**Document Number:** 712

**Docket Text:**

**<span style="color:blue">CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s) *re: pldg. ([703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* Inasmuch as no objection is pending at this time, the stay is lifted.**</span>**

**<span style="color:blue">Signed by Clerk of the Panel John W. Nichols on 2/13/2020.</span>**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Jordan v. 3M Company et al
**Case Number:**     MN/0:20-cv-00402
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Baird v. 3M Company et al
**Case Number:**     MN/0:20-cv-00374
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Torres v. 3M Company et al
**Case Number:**     MN/0:20-cv-00372
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Crawford v. 3M Company et al
**Case Number:**      MN/0:20-cv-00305
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Orton v. 3M Company et al
**Case Number:**      MN/0:20-cv-00412
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-*

*cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Kidd v. 3M Company et al
Case Number:    MN/0:20-cv-00326
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Lee v. 3M Company et al
Case Number:    MN/0:20-cv-00351
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Kearns v. 3M Company et al
**Case Number:**     MN/0:20-cv-00349
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s) *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Lowther v. 3M Company et al
**Case Number:**     MN/0:20-cv-00404
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s) *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Pineda-Mendiola v. 3M Company et al
**Case Number:**     MN/0:20-cv-00368

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        O'Howell v. 3M Company et al
**Case Number:**      MN/0:20-cv-00315
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Brooks v. 3M Company et al
**Case Number:**      MN/0:20-cv-00386
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-*

*cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Lien v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00352 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Pawlowski v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00367 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-*

*cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Johnston v. 3M Company et al
Case Number:        MN/0:20-cv-00348
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Bleau v. 3M Company et al
Case Number:        MN/0:20-cv-00304
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Gerfen v. 3M Company et al
**Case Number:**      MN/0:20-cv-00390
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Kendrick v. 3M Company et al
**Case Number:**      MN/0:20-cv-00403
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Frakes v. 3M Company et al
**Case Number:**      MN/0:20-cv-00325
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**         Alvarado Diaz v. 3M Company et al
**Case Number:**       MN/0:20-cv-00373
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**         Reck v. 3M Company et al
**Case Number:**       MN/0:20-cv-00413
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-*

*cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Lubitz v. 3M Company et al
**Case Number:**    MN/0:20-cv-00411
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Monreal v. 3M Company et al
**Case Number:**    MN/0:20-cv-00364
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Simons v. 3M Company et al
**Case Number:** MN/0:20-cv-00414
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Boyce v. 3M Company et al
**Case Number:** MN/0:20-cv-00375
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Miller v. 3M Company et al
**Case Number:** MN/0:20-cv-00314

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Blanton v. 3M Company et al

**Case Number:**        MN/0:20-cv-00345

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Moore v. 3M Company et al

**Case Number:**        MN/0:20-cv-00366

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-*

*cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Rivera v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00370 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Garciaparra v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00387 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-*

*cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Bosma v. 3M Company et al
Case Number:     MN/0:20-cv-00346
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Potts v. 3M Company et al
Case Number:     MN/0:20-cv-00369
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s)** *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Young v. 3M Company et al
**Case Number:**     MN/0:20-cv-00415
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-56) - 33 action(s) *re: pldg. ( [703] in MDL No. 2885, 1 in MN/0:20-cv-00304, 1 in MN/0:20-cv-00305, 1 in MN/0:20-cv-00314, 1 in MN/0:20-cv-00315, 1 in MN/0:20-cv-00325, 1 in MN/0:20-cv-00326, 1 in MN/0:20-cv-00345, 1 in MN/0:20-cv-00346, 1 in MN/0:20-cv-00348, 1 in MN/0:20-cv-00349, 1 in MN/0:20-cv-00351, 1 in MN/0:20-cv-00352, 1 in MN/0:20-cv-00364, 1 in MN/0:20-cv-00366, 1 in MN/0:20-cv-00367, 1 in MN/0:20-cv-00368, 1 in MN/0:20-cv-00369, 1 in MN/0:20-cv-00370, 1 in MN/0:20-cv-00372, 1 in MN/0:20-cv-00373, 1 in MN/0:20-cv-00374, 1 in MN/0:20-cv-00375, 1 in MN/0:20-cv-00386, 1 in MN/0:20-cv-00387, 1 in MN/0:20-cv-00390, 1 in MN/0:20-cv-00402, 1 in MN/0:20-cv-00403, 1 in MN/0:20-cv-00404, 1 in MN/0:20-cv-00411, 1 in MN/0:20-cv-00412, 1 in MN/0:20-cv-00413, 1 in MN/0:20-cv-00414, 1 in MN/0:20-cv-00415)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/13/2020.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory       ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr      bbarr@levinlaw.com

Michael A. Burns      epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00402 Notice has been electronically mailed to:**

Jerry W Blackwell       blackwell@blackwellburke.com

Kimberly O. Branscome       kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben       wsieben@schwebel.com

Alicia N Sieben       asieben@schwebel.com

Benjamin W Hulse       bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber       mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00402 Notice will not be electronically mailed to:**

**MN/0:20-cv-00374 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00374 Notice will not be electronically mailed to:**

**MN/0:20-cv-00372 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00372 Notice will not be electronically mailed to:**

**MN/0:20-cv-00305 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00305 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00412 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Richard M. Paul, III    rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Franklin D. Azar    azarf@fdazar.com

Ashlea G Schwarz    Ashlea@PaulLLP.com, Ben@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com,
Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

JOHN CARL FRIEDBERG    friedbergj@fdazar.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00412 Notice will not be electronically mailed to:**

Sean O. McCrary

Franklin D. Azar & Associates P.C.
14426 E. Evans Ave.
Aurora, CO 80014

**MN/0:20-cv-00326 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00326 Notice will not be electronically mailed to:**

**MN/0:20-cv-00351 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00351 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00349 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

**MN/0:20-cv-00349 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00404 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00404 Notice will not be electronically mailed to:**

**MN/0:20-cv-00368 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00368 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00315 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00315 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00386 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00386 Notice will not be electronically mailed to:**

**MN/0:20-cv-00352 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00352 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00367 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00367 Notice will not be electronically mailed to:**

**MN/0:20-cv-00348 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

**MN/0:20-cv-00348 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00304 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00304 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00390 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00390 Notice will not be electronically mailed to:**

**MN/0:20-cv-00403 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00403 Notice will not be electronically mailed to:**

**MN/0:20-cv-00325 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00325 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00373 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00373 Notice will not be electronically mailed to:**

**MN/0:20-cv-00413 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Ben@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com, Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00413 Notice will not be electronically mailed to:**

**MN/0:20-cv-00411 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00411 Notice will not be electronically mailed to:**

**MN/0:20-cv-00364 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00364 Notice will not be electronically mailed to:**

**MN/0:20-cv-00414 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Richard M. Paul, III     rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Ashlea G Schwarz     Ashlea@PaulLLP.com, Ben@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com,

Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00414 Notice will not be electronically mailed to:**

**MN/0:20-cv-00375 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00375 Notice will not be electronically mailed to:**

**MN/0:20-cv-00314 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00314 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00345 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

**MN/0:20-cv-00345 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00366 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian    adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall    cmarshall@bassford.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00366 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00370 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Lewis A. Remele, Jr    lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00370 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00387 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00387 Notice will not be electronically mailed to:**

**MN/0:20-cv-00346 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Lewis A. Remele, Jr     lremele@bassford.com, mbordian@bassford.com

Aram V. Desteian     adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall     cmarshall@bassford.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

**MN/0:20-cv-00346 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

**MN/0:20-cv-00369 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Lewis A. Remele, Jr      lremele@bassford.com, mbordian@bassford.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

Aram V. Desteian      adesteian@bassford.com, achell@bassford.com, mbaye@bassford.com

Casey D Marshall      cmarshall@bassford.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel      jfaleel@blackwellburke.com

Faris Rashid      frashid@greeneespel.com

**MN/0:20-cv-00369 Notice will not be electronically mailed to:**

**MN/0:20-cv-00415 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Richard M. Paul, III      rick@paulllp.com, Ashlea@PaulLLP.com, kendra@paulllp.com, pat@paulllp.com

Kimberly O. Branscome      kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com,
jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,
pam.cornelius@kirkland.com

William R Sieben      wsieben@schwebel.com

Alicia N Sieben      asieben@schwebel.com

Ashlea G Schwarz      Ashlea@PaulLLP.com, Ben@PaulLLP.com, Kendra@PaulLLP.com, Laura@PaulLLP.com,
Pat@PaulLLP.com, Rick@PaulLLP.com, Sean@PaulLLP.com, ashlea@paulllp.com, sarah@paulllp.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber      mbarber@schwebel.com

S Jamal Faleel      jfaleel@blackwellburke.com

Faris Rashid      frashid@greeneespel.com

**MN/0:20-cv-00415 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/13/2020] [FileNumber=969911-0]
[8fdc777123a8cfe1bd0a465b1a085b66404be2cf82d551246d9dbb854e45b55a19dab
05c0b92eedf213884182def3276e6f0601f5da29acaa004a4e4019b7ba5]]