**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 27**
**Suspension of Initial Census Deadlines**

The parties and the Court are currently working with the Department of Veterans Affairs ("VA") and the Department of Justice to establish an effective and efficient process for obtaining the large volumes of servicemember VA records needed for this litigation. In the meantime, and as provided in Case Management Order No. 6, *see* ECF No. 836 at 1, all initial census deadlines are **SUSPENDED**, until further order. This includes initial census deadlines for cases on the 3M MDL docket, as well as cases on the 3M Administrative Docket.

**SO ORDERED**, on this 13th day of February, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**