# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to All Cases | ) Judge M. Casey Rodgers ) ) Magistrate Judge Gary R. Jones |
| _____ | ) ) |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that certain counsel of record from the office of Kirkland & Ellis LLP have changed their addresses, telephone numbers, and facsimile numbers as set forth below.

> Kimberly Branscome
> Sierra Elizabeth
> Saghar Esfandiarifard
> KIRKLAND & ELLIS LLP
> 2049 Century Park East, Suite 3700
> Los Angeles, CA 90067
> Telephone:  (310) 552-4200
> Facsimile:  (310) 552-5900

For purposes of service of notices, correspondence, and documents in the above-captioned case, please amend your service list accordingly.  Counsel's email addresses remain unchanged.

DATED:  February 19, 2020								Respectfully submitted,

											*/s/ Kimberly Branscome*
											Kimberly Branscome
											KIRKLAND & ELLIS, LLP
											2049 Century Park East, Suite 3700
											Los Angeles, California 90067
											Telephone: (310) 552-4200
											Facsimile: (310) 552-5900
											kimberly.branscome@kirkland.com

											*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I, Kimberly Branscome, hereby certify that on February 19, 2019, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Kimberly Branscome*
Kimberly Branscome