UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS LIABILTY ) <br> LITIGATION ) <br> ) <br> This Document Relates to All Cases ) <br> ) <br> _____ ) | Case No. 3:19-md-02885-MCR-GRJ <br> Civil Case No. 3:19-cv-00684 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Naomi P. Pontious hereby enters her appearance in this case in the Master Docket pursuant to Pretrial Order No. 3 (ECF No. 4). Ms. Pontious is counsel of record in individual cases transferred to this Court from the Southern District of California by the JPML. Ms. Pontious has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (tutorial confirmation number FLND 15796516333013) and has previously been granted admission *pro hac vice* in this District. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon her.

Respectfully Submitted,

Date: February 20, 2020

*/s/ Naomi Pontious*
Naomi Pontious (CA Bar #:288580)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
npontious@thegomezfirm.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 20th day of February, 2020.

*/s/ Naomi Pontious*
Naomi Pontious (CA Bar #:288580)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
npontious@thegomezfirm.com

*Attorney for Plaintiff*