UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILTY LITIGATION ) ) ) ) This Document Relates to the Master ) Docket ) ) | Case No. 3:19-md-02885-MCR-GRJ Civil Case No. 3:19-cv-00684 Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

PLEASE TAKE NOTICE that the undersigned no longer represents Plaintiff Kevin Alicie or any future filed 3M Combat Arms Earplugs Product Liability cases. Within our law firm, we have re-assigned cases and will not be continuing with this case. Attorney Naomi C. Ponitous will now be new counsel of record. *Pro Hac Vice* was filed on February 11, 2020 (Doc. No. 986) and ordered on February 11, 2020 (Doc. No.: 988). Notice of Appearance for Ms. Pontious was filed on February 20, 2020 (Doc. 1002) regarding the above referenced individual action, Accordingly, the undersigned requests that he be removed from the Notice of Electronic Filing listserve for this Multi-District Litigation.

Withdrawing Attorney,

Date: February 20, 2020

/s/ Jessica S. Williams
Jessica S. Williams (CA Bar #:314762)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
jwilliams@thegomezfirm.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served by e-filing through the Northern District of Florida Electronic Filing System, this 20th day of February, 2020.

/s/ Jessica S. Williams
Jessica S. Williams (CA Bar #:314762)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
jwilliams@thegomezfirm.com

*Attorney for Plaintiff*