# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885-MCR-GRJ <br> ) Civil Action No.: 3:20-cv-3581-MCR-GRJ <br> ) <br> ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers <br> ) Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

Please take notice that Zeffery A. Mims, Esquire of Zeffery Mims Law, PLLC hereby enters his appearance in this action.

Counsel request all further papers and pleadings in the Master Docket of MDL 3:19-md-2885-MCR-GRJ be served upon him.

Respectfully submitted this 21st day of February 2020.

ZEFFERY MIMS LAW, PLLC

*/s/ Zeffery A. Mims, Esquire*
Zeffery A. Mims, Esquire
Counsel for Plaintiff
Florida Bar No.: 1002319
10200 Dwell Court #214
Orlando, FL 32832
zefferymims@gmail.com
(954) 495-0465

## **CERTIFICATE OF SERVICE**

In compliance with L.R. 5.1 (f) (1), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 21st day of February 2020.

ZEFFERY MIMS LAW, PLLC

*/s/ Zeffery A. Mims, Esquire*
Zeffery A. Mims, Esquire
Counsel for Plaintiff
Florida Bar No.: 1002319
10200 Dwell Court #214
Orlando, FL 32832
zefferymims@gmail.com
(954) 495-0465