# *United States District Court*
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                   Date:  February 21, 2020

In Re:  **3M Combat Arms Earplug Products Liability Litigation**

---

**DOCKET ENTRY: Ninth Case Management Conference**

Special Master Judge David Herndon present.  Order to follow memorializing the Case Management Conference.

---

**PRESENT:**

| Honorable **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|
| United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable **Gary R. Jones** | | | |
| United States Magistrate Judge | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**     Bryan Aylstock, Shelley Hutson and Christopher Seeger

**Lead Counsel for Defendants:**   Kimberly Branscome, Nick Wasdin and Larry Hill
**3M Co. and Aearo**

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:40 am

9:45 am    Court in Session - Introduction of Counsel

Court addresses the following matters:

- Court addresses meeting w/VA and DOD re: *Touhy* requests on Jan. 28, 2020
- Court notifies counsel of  VA's backlog of record requests
- 25 Bellwether cases to be identified and submitted to Judge Herndon
- Court discusses Pretrial Order (PTO 26)
- Future Case Management Conferences set: March 27, April 24, and May 29, 2020

10:02 am   Court in Recess