

ARCHER Systems, LLC ("ARCHER"), offers comprehensive settlement claims administration and healthcare lien resolution services to law firms across the United States with a particular focus on the management of class action settlements, mass tort global and inventory aggregate settlements, and multidistrict litigation matters in a broad range of wage and hour claims, product liability, pharmaceutical, mass disaster, and toxic torts.

ARCHER works with Counsel to specifically tailor claims administration and healthcare lien resolution services to both Claimants' and Counsel's specific needs.

ARCHER performs various litigation-related administrative services to assist in the efficient management of class action and mass tort settlement platforms including, but not limited to:

- Establishing settlement trust and/or escrow accounts, primarily in the form of 26 C.F.R. § 1.468B-1 Qualified Settlement Funds in both federal and state courts throughout the U.S.;
- Appointed as the Qualified Settlement Fund Administrator in both federal and state courts;
- Full-service Treasury management with a complete complement of accounting, settlement check issuance, payment controls, and reconciliation facilities;
- Class Action Notice;
- Full-service data management and mailing resources, including address verification;
- Managing settlement document control processes (e.g., Release deficiency review, quality assurance, settlement compliance, Release processing and submission for Defendant verification);
- Medicolegal nurse review of Claimants' medical records, medical record nurse management and database identification of Claimants' injury status;
- Allocation Neutral;
- Healthcare lien resolution administration;
- National bankruptcy coordination for debtor Claimants;
- National probate coordination for deceased Claimants;
- Claimant call center to answer queries related to settlement status;
- Settlement informational website capabilities; and
- Claimant location services including skip tracing and investigative research.

ARCHER has also been retained by multiple firms to perform independent valuations and analyses of their mass tort and class action inventories.

**BY THE NUMBERS**

- ❖ ARCHER employees more than **240** dedicated team members in **8** states across **5** offices: Houston (Headquarters), Austin, Dallas, Denver, and Philadelphia.

- ❖ ARCHER has resolved nearly 600,000 liens for over 350,000 claimants

- ARCHER has managed more than **$12.5 Billion** in settlement funds.

- Through its litigation-related administrative services, ARCHER has managed the claims of more than **450,000** individual Claimants in all 50 states and most U.S. Territories.

- ARCHER is led by an Executive Team who have a combined **50+** years of experience in mass torts and class action settlement claims administration and healthcare lien resolution.

ARCHER provides valued-added service and technology-based solutions to empower plaintiffs, defendants, and other stakeholders to achieve their collective litigation and other business objectives in the mass tort, class action, and personal injury marketplace.

**SAMPLING OF EXPERIENCE AND CREDENTIALS**

MDL 1871 IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation
MDL 1964 IN RE: NuvaRing Products Liability Litigation
MDL 2158 IN RE: Zimmer Durom Hip Cup Products Liability Litigation
MDL 2187 IN RE: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation
MDL 2244 IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation
MDL 2325 IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
MDL 2326 IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
MDL 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
MDL 2387 IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation
MDL 2428 IN RE: Fresenius GranuFlo/NaturaLyte Dialysate Products Liability Litigation
MDL 2441 IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation
MDL 2545 IN RE: Testosterone Replacement Therapy Products Liability Litigation
MDL 2592 IN RE: Xarelto (Rivaroxaban) Products Liability Litigation
MDL 2606 IN RE: Benicar (Olmesartan) Products Liability Litigation
MDL 2750 IN RE: Invokana (Canagliflozin) Products Liability Litigation
MDL 2768 IN RE: Stryker LFIT V40 Femoral Head Products Liability Litigation
MDL 2816 IN RE: Sorin 3T Heater-Cooler System Products Liability Litigation (No. II)