IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,                    Case No. 3:19-md-2885-MCR-GRJ

                                                      Judge M. Casey Rodgers
                                                      Magistrate Judge Gary Jones

This Document Relates to All Cases
_____/

## O R D E R

During the February 21, 2020, preconference with the Court as part of the Case Management Conference Plaintiffs advised there were several unresolved discovery issues concerning production of documents and ESI. To facilitate resolution of these issues the Court advised that a telephonic conference would be conducted to resolve these issues. The parties have identified a convenient date and time for the telephonic hearing.

Accordingly, a **telephonic** hearing is scheduled before Magistrate Judge Gary R. Jones on **Wednesday, March 4, 2020** at **11:00 AM (EST).** The parties shall dial into the conference call by calling AT&T Conference Line at 888-684-8852 and entering access code 4251733#. When prompted for a security code enter 3696#. The parties may dial into the conference call up to five minutes before the scheduled start time. To

further assist the Court the parties shall email to the undersigned by the close of business on March 2, 2020 an agenda of the discovery issues to be addressed by the Court at the telephonic hearing.

**DONE AND ORDERED** this 25th day of February 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge
