# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 28
### Discovery & Trial Schedule for Initial Bellwether Cases

The Court adopts the following discovery and trial schedule for the initial bellwether cases, which was jointly proposed by the parties.

| Date | Event |
|---|---|
| 2/25/2020 | Parties' initial bellwether selections complete |
| 2/26/2020 | Parties may begin serving interrogatories and requests for case-specific production of documents for bellwether discovery pool |
| 3/09/2020 | Authorizations must be provided to obtain records |
| 5/15/2020 | Deadline for parties to respond to written discovery (subject to record collection completion from the government) |
| 7/31/2020 | Core Discovery Completion Date (depending on the government's responses to document and deposition requests); Maximum of four case-specific depositions per side |
| 7/31/2020 | The Court will create four trial groups—Trial Group A, Trial Group B, Trial Group C, and Trial Group D—and assign five non-alternate cases to each group. To the extent any of the non-alternate cases have been dismissed, the cases will, at the Court's discretion, be replaced by the Court with one of the backup cases. |

| Date | Event |
|---|---|
| 8/04/2020 | Supplemental Fact Discovery for Trial Group A cases.[1] The parties will discuss what, if any, supplemental fact discovery is required and must seek the Court's assistance if they are unable to reach agreement. |
| 9/25/2020 | Fact Discovery Completion Date for Trial Group A cases (depending on the government's responses to document and deposition requests)[2] |
| 10/02/2020 | Plaintiffs' Expert Disclosures on Trial Group A cases due |
| 11/02/2020 | Defendants' Expert Disclosures on Trial Group A cases due |
| 11/11/2020 | Plaintiffs' expert witness rebuttal reports due |
| 12/23/2020 | Depositions of Plaintiffs' and Defendants' Experts Completion Date (Depositions will be phased so that the deposition of plaintiffs' expert on a particular topic occurs prior to the deposition of defendants' expert on that same topic) |
| 1/08/2021 | Case-specific *Daubert* and dispositive motions due for case(s) in first trial |
| April 2021 | First bellwether trial begins (assuming *Lexecon* waivers) |

**DONE AND ORDERED**, on this 25th day of February, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Deadlines for Group B will commence 45 days later; Group C will commence 90 days later; and, Group D will commence 135 days later.

[2] This deadline may not be extended without leave of court.