**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**CASE MANAGEMENT ORDER NO. 9**

Case management conferences through the end of this year are scheduled at 9:30 a.m., Central, on the following dates:

| | |
|---|---|
| Friday, March 27, 2020 | Friday, August 28 |
| Friday, April 24, 2020 | Friday, September 18 |
| Friday, May 29, 2020 | Friday, October 23 |
| Friday, June 26, 2020 | Friday, November 20 |
| Friday, July 31, 2020 | Monday, December 14 |

**SO ORDERED**, on this 26th day of February, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**