# EXHIBIT "A"

**The State Bar
of California**

180 Howard Street, San Francisco, CA 94105

888-800-3400

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

January 29, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MILDRED REGINA BAGDASARIAN, #296219 was admitted to the practice of law in this state by the Supreme Court of California on April 21, 2014 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records