UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

PRETRIAL ORDER NO. 29
Initial Bellwether Cases

In accordance with the procedures set forth in Pretrial Order Nos. 23 and 24, the following cases have been selected for the initial bellwether pool.

| 20 Bellwether Cases | | | |
|---|---|---|---|
| 1 | Baker, Lloyd Eugene | 7:20cv039 | 19465 |
| 2 | Blum, Michelle Marie | 7:20cv122 | 51455 |
| 3 | Camarillorazo, Guillermo | 7:20cv098 | 137410 |
| 4 | Estes, Luke | 7:20cv137 | 26495 |
| 5 | Finley, Theodore | 7:20cv170 | 163273 |
| 6 | Garcia, Sigifredo | 7:20cv072 | 109776 |
| 7 | Hacker, Stephen | 7:20cv131 | 30068 |
| 8 | Hensley, Marcus | 7:20cv093 | 79599 |
| 9 | Keefer, Lewis | 7:20cv104 | 11295 |
| 10 | Kelley, Denise | 7:20cv153 | 165526 |
| 11 | King, Jared Lee | 7:20cv132 | 30281 |
| 12 | Lopez, Kevin | 7:20cv060 | 160400 |
| 13 | McCombs, Dustin | 7:20cv094 | 79857 |
| 14 | McNeal, Chad S. | 7:20cv066 | 45425 |

| 15 | Palanki, Joseph[1] | 3:19cv2324 | 138793 |
|---|---|---|---|
| 16 | Sloan, Ronald Elliot | 7:20cv001 | 116838 |
| 17 | Taylor, Joseph | 7:20cv071 | 10428 |
| 18 | Vaughn, Jonathan Wade | 7:20cv134 | 31013 |
| 19 | Vilsmeyer, Luke | 7:20cv113 | 91380 |
| 20 | Wayman, William | 7:20cv149 | 83748 |
| **5 Alternates** | | | |
| 1 | Adkins, Brandon | 7:20cv012 | 66104 |
| 2 | Beal, James E. | 7:20cv006 | 60447 |
| 3 | Burgus, Lonnie Eugene | 7:20cv007 | 60806 |
| 4 | Rowe, Vernon C. | 7:20cv026 | 65984 |
| 5 | Stoeber, Andrew | 7:20cv059 | 134986 |

The Clerk is directed to enter a copy of this Order on the individual docket for each of the 25 cases, transfer the administrative cases to the 3M MDL docket, 3:19md2885, and send electronic notices of same to the attorneys of record for both sides.

Within **10 days** after a case has been transferred to the 3M MDL docket, a filing fee must be paid, plaintiff's counsel must seek *pro hac vice* admission if he or she is not already admitted to the bar of this district, and the plaintiff must file a Notice of Designated Forum on his or her individual docket, identifying the federal

---

[1] Plaintiff Joseph Frank Palanki also has a case pending on the administrative docket, Case. No. 7:20cv003. Because Mr. Palanki's administrative case is duplicative of his case on the 3M MDL docket, Case No. 3:19cv2324, the Clerk is directed to close the administrative case. In the future, all pleadings and papers involving Mr. Palanki's individual case must be filed on the docket for Case No. 3:19cv2324. The Clerk is directed to file a copy of this Order on the docket for each of Mr. Palanki's cases.

district in which he or she could have filed his or her case in the absence of direct filing on the administrative docket.

Within **14 days** from the date an initial bellwether case or alternate is transferred to the 3M MDL docket, each side must file a statement on the plaintiff's individual docket clearly and unambiguously advising whether they will waive any applicable venue and *forum non conveniens* challenges to the case being tried in this district.[2]

**SO ORDERED**, on this 27th day of February, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).