**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG** | **Case No. 3:19-md-02885-MR-GRJ** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | |
| **This Document Relates to All Cases** | **Chief Judge M. Casey Rodgers** |
| | **Magistrate Judge Gary Jones** |

**MOTION TO APPEAR PRO HAC VICE**

COMES NOW Katharine Krottinger and files this Motion to Appear Pro Vice.

I.

I am the attorney of record for Plaintiff in the following case: Civil Action No. 3:19-cv-1423-MCR-GRJ styled Lance Bynum v. 3M Company transferred from the Eastern District of Texas and transferred and filed in this Court on May 10, 2019.

II.

I am licensed to practice in the following Courts:

All Texas State Courts – November 2012
United States District Court for the Eastern District of Texas – admitted March 3, 2015

A Certificate of Good Standing of the State Bar of Texas, the jurisdiction where I reside and regularly practice law is filed herewith.

III.

I have not been the subject of any disciplinary proceeding, investigation, action or grievance procedure, has not been disbarred in other courts, and has not been denied admission to the Court of any states or of any court of the United States.  On March 4, 2020, I completed the

Local Rules Tutorial for the Northern District of Florida. My confirmation Number is FLND FLND15833445843140. I certify that I completed the CM/ECF tutorials. I make this motion for admission to the bar of this Honorable Court Pro Hac Vice and permission to practice as an attorney of record in the above referenced Multi District Litigation cause of action as well as case specific matters in which I represent the Plaintiff.

Respectfully submitted,

**MONSOUR LAW FIRM**

*/s/* Katharine Krottinger
Katharine Krottinger
Texas State Bar No. 24077251
404 North Green Street
Longview, TX 75601
Tel: (903) 758-5757
Fax: (903) 230-5010
Email: Katy@monsourlawfirm.com

ATTORNEY FOR PLAINTIFF LANCE BYNUM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel record who are deemed to have consented to electronic service are being served this 4th day of March, 2020 with a copy of this document via the Court's CM/ECF system per Federal Rules of Civil Procedure. Any other counsel of record will be served by electronic mail, facsimile and/or first class mail on this date.

*/s/Katharine Krottinger*
Katharine Krottinger