# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, February 19, 2020 7:08 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, February 19, 2020 1:07:27 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/19/2020 at 8:07 AM EST and filed on 2/19/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [714](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ([710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Hebert v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00451 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Abegglen v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00447 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Narewski v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00461 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-*

*cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Morlang v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00455 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Lonnie v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00454 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Brabb v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00449 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Clarke v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00450 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Perry v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00463 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-*

*cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Ritchie v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00467 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Valentin v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00470 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Robinson v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00468 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Kelley v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00452 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Smith v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00469 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-*

*cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

| | |
|---|---|
| **Case Name:** | Wilamowski v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00471 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-57) - 14 action(s)** *re: pldg. ( [710] in MDL No. 2885, 1 in MN/0:20-cv-00447, 1 in MN/0:20-cv-00449, 1 in MN/0:20-cv-00450, 1 in MN/0:20-cv-00451, 1 in MN/0:20-cv-00452, 1 in MN/0:20-cv-00454, 1 in MN/0:20-cv-00455, 1 in MN/0:20-cv-00461, 1 in MN/0:20-cv-00463, 1 in MN/0:20-cv-00467, 1 in MN/0:20-cv-00468, 1 in MN/0:20-cv-00469, 1 in MN/0:20-cv-00470, 1 in MN/0:20-cv-00471)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/19/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00447, MN/0:20-cv-00449, MN/0:20-cv-00450, MN/0:20-cv-00451, MN/0:20-cv-00452, MN/0:20-cv-00454, MN/0:20-cv-00455, MN/0:20-cv-00461, MN/0:20-cv-00463, MN/0:20-cv-00467, MN/0:20-cv-00468, MN/0:20-cv-00469, MN/0:20-cv-00470, MN/0:20-cv-00471 (TF)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

Michael A. Burns    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00451 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00451 Notice will not be electronically mailed to:**

**MN/0:20-cv-00447 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00447 Notice will not be electronically mailed to:**

**MN/0:20-cv-00461 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00461 Notice will not be electronically mailed to:**

**MN/0:20-cv-00455 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00455 Notice will not be electronically mailed to:**

**MN/0:20-cv-00454 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome    kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben    wsieben@schwebel.com

Alicia N Sieben    asieben@schwebel.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber    mbarber@schwebel.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

**MN/0:20-cv-00454 Notice will not be electronically mailed to:**

**MN/0:20-cv-00449 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00449 Notice will not be electronically mailed to:**

**MN/0:20-cv-00450 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00450 Notice will not be electronically mailed to:**

**MN/0:20-cv-00463 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00463 Notice will not be electronically mailed to:**

**MN/0:20-cv-00467 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00467 Notice will not be electronically mailed to:**

**MN/0:20-cv-00470 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00470 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road

Indianapolis, IN 46268

**MN/0:20-cv-00468 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00468 Notice will not be electronically mailed to:**

**MN/0:20-cv-00452 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com, pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00452 Notice will not be electronically mailed to:**

**MN/0:20-cv-00469 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Kimberly O. Branscome     kimberly.branscome@kirkland.com, bianca.pineda@kirkland.com, jelani.solper@kirkland.com, kelly.warren@kirkland.com, manu.salas@kirkland.com, nolan.leuthauser@kirkland.com,

pam.cornelius@kirkland.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00469 Notice will not be electronically mailed to:**

**MN/0:20-cv-00471 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

William R Sieben     wsieben@schwebel.com

Alicia N Sieben     asieben@schwebel.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Matthew James Barber     mbarber@schwebel.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-00471 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/19/2020] [FileNumber=970828-0]
[3b75eef172623c2917a10814b63650e838bc103884867dad89c88a7e7dc56faac7caa
d7f79e64c4576782e15ac4fcbb1cbdc246abf1a8cbd11d5f4efdccd9665]]