# EXHIBIT A

# Betsy Williams

| | |
|---|---|
| **From:** | Nomellini, Mark J. <mnomellini@kirkland.com> |
| **Sent:** | Monday, July 15, 2019 11:46 AM |
| **To:** | Bryan Aylstock |
| **Cc:** | Jennifer Hoekstra; Shelley Hutson; Betsy Williams |
| **Subject:** | RE: 3M - Touhy |

Bryan,
This is fine, provided that you send us an unsealed, unredacted copy.
Thanks.
Mark

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Monday, July 15, 2019 11:28 AM
**To:** Nomellini, Mark J. <mnomellini@kirkland.com>
**Cc:** Jennifer Hoekstra <JHoekstra@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; Betsy Williams <BWilliams@awkolaw.com>
**Subject:** [EXT] 3M - Touhy

Hi Mark,

Sure you are fine with it but we need your consent to file the list of names under seal. Good with that?

Thanks!
bryan

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.