# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Actions | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

After consideration of the Joint Motion to Authorize Disclosure of Military Records, the Joint Motion is hereby GRANTED. Accordingly, pursuant to 5 U.S.C. § 552a(b)(11), this Court hereby orders the disclosure of the information requested in the Joint Motion to Authorize Disclosure of Military Records, *filed March 6, 2020,* as it pertains to the individual service members identified in Exhibit A to the Joint Motion

SO ORDERED on this ___ day of March, 2020.

_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**