# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 30
### Amendment to Pretrial Order No. 29

By agreement of the parties, the deadline for initial bellwether plaintiffs to file a Notice of Designated Forum is extended to March 20, 2020, and the deadline for the parties to file *Lexecon* statements for each initial bellwether case is extended to March 24, 2020.[1]

**SO ORDERED**, on this 6th day of March, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).