UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge Rodgers on: March 9, 2020
Motion/Pleading: Motion for Leave to File Under Seal Exhibit to Joint Motion to Authorize Disclosure of Military Records
Filed by: Plaintiffs    on 3/06/2020    Doc. # 1023
RESPONSES:
    on     Doc. #
    on     Doc. #

____ Stipulated    ____ Joint Pldg.
____ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

## ORDER

For good cause shown, the motion is **GRANTED,** as requested.

**DONE AND ORDERED**, this 9th day of March, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**