**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **In re: 3M Combat Arms Earplug Products Liability Litigation** | Case No. 3:19-md-2885 |
| **This Document Relates to All Cases** | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Deborah Kay Levy hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the United States District Court for the Southern District of Texas. A copy of the Certificate of Good Standing from the United States District Court for the Southern District of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15829326043121**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen" and verified it is not a firm account but an individual account.

6. Movant is the attorney of record in the related case *Lopez v. 3M, et al.,* Civil Action No.: 7:20-cv-60.

WHEREFORE, Deborah Kay Levy. respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: March 2, 2020

Respectfully submitted,

JUNELL & ASSOCIATES, PLLC

/s/ Deborah Kay Levy
Deborah Kay Levy
Texas Bar No. 24083384
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Dlevy@junell-law.com
Telephone: (713) 221-3750

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 9th, 2020, and served electronically on all counsel of record.

/s/ Deborah Kay Levy
Deborah Kay Levy