# Exhibit A

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Deborah Levy, Federal ID No 1708790

Admission date: March, 6, 2020

Dated March 6, 2020, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court

By: Heather McCalip, Deputy Clerk

