UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION   This Document relates to All Cases | CASE NO.  3:19md2885   Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   March 10, 2020

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by Deborah Kay Levy   on March 9, 2020   Doc. # 1031

Response _____   on _____   Doc. # _____

\_\_\_\_\_ Stipulated         \_\_\_\_\_ Joint Pleading
\_\_\_\_\_ Unopposed        \_\_\_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 10th day of March 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**