## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) ) ) ) Case No. 3:19md2885 ) |
| This document relates to the Following Case: *Michael White v. 3M Company* 3:19-cv-1478 | ) ) Chief Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones ) ) ) |

### **NOTICE OF APPEARANCE**

COMES NOW the undersigned counsel, E. Kirk Wood, pursuant to the Court's Order dated April 9, 2019 (Document 4), hereby enters this notice of appearance.

NOTICE OF APPEARANCE to the clerk of court and all parties of record: I am admitted to practice before this Honorable Court, and I appear in this case as counsel for the Plaintiff in the above styled matter.

I respectfully request that all orders, pleadings, papers, documents and correspondence served in this action also be served on the Plaintiffs by and through the undersigned counsel in accordance with all applicable local rules and/or pretrial orders.

Respectfully submitted this the 10th day of March, 2020.

/s/ *E. Kirk Wood*
E. Kirk Wood
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, Alabama 35238-2434
Tel: (205) 612-0243
Fax: (866) 747-3905
Email: kirk@woodlawfirmllc.com
*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

      This the 10th day of March, 2020.

                                  /s/ *E. Kirk Wood*
                                  E. Kirk Wood