UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Case Management Order No. 1, Pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, Thomas P. Valet hereby moves this Court for an Order for admission *pro hac vice* in the above-styled case only, and in support thereof respectfully states as follows:

1. Movant resides in the State of New York and is not a resident of the State of Florida.

2. Movant is admitted to practice law and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York dated within 30 days of this motion is attached hereto as Exhibit A.

3. Movant is admitted to practice in the United States District Court for the Eastern District of New York, The United States District Court for the Southern District of New York, and the Supreme Court of the United States.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial with confirmation number FLND15835135933144.

5. Movant has filed a Master Short Form Complaint and Jury Trial Demand in this District's MDL 3M Combat Arms Earplugs Products Liability Litigation, *Jose Santos v. 3M Company, et*

*al.*, Case No. 3:20-cv-04602-MCR-HTC. Movant anticipates filing additional 3M Earplug cases in this litigation via direct filing of Short-Form Complaints.

6. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

7. Movant has a PACER account upgraded to "NextGen."

WHEREFORE, Thomas P. Valet respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* in this MDL Litigation and directing the Clerk of this Court to provide notice of Electronic Case Filings to the undersigned.

Dated March 11, 2020

_____
Thomas P. Valet

# EXHIBIT "A"



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Thomas Paul Valet** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 31st day of July 1985, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 10, 2020.

*Aprilanne Agostino*

Clerk of the Court