# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge Rodgers on:  March 11, 2020
Motion/Pleading:  Motion for Leave to File Under Seal Exhibit to Motion to Authorize Disclosure of Military Records
Filed by:  Plaintiffs     on  3/11/2020     Doc. #  1036
RESPONSES:
                              on             Doc. #
                              on             Doc. #

____ Stipulated    ____ Joint Pldg.
____ Unopposed   _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

## ORDER

For good cause shown, the motion is **GRANTED,** as requested.

**DONE AND ORDERED**, this 11th day of March, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**