# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : | Case No.: 3:19md2885 |
| This Document Relates to | : | |
| LUKE VILSMEYER, | : | Judge M. Casey Rodgers |
| vs. | : | Magistrate Judge Gary R. Jones |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY, LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES, LLC: | : : : | |

To the Prothonotary:

    Kindly enter my appearance on behalf of the Plaintiff, Luke Vilsmeyer, in the above-captioned matter.

 

By: *Ashley B. DiLiberto*
    Ashley B. DiLiberto, Esquire
    Messa & Associates, P.C.
    123 South 22nd Street
    Philadelphia, Pennsylvania 19103
    (215) 568-3500 / Telephone
    (215) 568-3501 / Facsimile
    Pa. Bar No.: 323701