**THE SIMON LAW GROUP, LLP**
Robert T. Simon (SBN: 238095)
Thomas J. Conroy (SBN 256485)
7028 Owensmouth Avenue
Canoga Park, CA 91303
Tel:  (855)855-8910
Fax: (855)855-8910
Attorneys for Plaintiff, Davidson Nguyen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF FLORIDA

# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-2885 |
| | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| This Document Relates to: Davidson Nguyen and Daniel Egbert | **NOTICE OF APPEARANCE** |
| Plaintiff(s), | |
| v. | |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, | |
| Defendants. | |

To:    Clerk of the Court

And To:    Attorneys for Defendants and All Parties herein

Please take notice that Thomas J. Conroy of the Simon Law Group, LLP,

*(vertical left margin text)* THE SIMON LAW GROUP, LLP   34 Hermosa Ave.   Hermosa Beach, CA 90254   Tel: 855-855-8910 – Fax: 855-855-8910

**NOTICE OF APPEARANCE**

hereby appears in the above-entitled cause on behalf of:

　　　1.　　Plaintiff, Davidson Nguyen, Case No.: 3:20-cv-002741.

　　　2.　　Plaintiff, Daniel Egbert, Case No.: 3:20cv2747.

　　I was admitted to practice in the United States District Court, Central District of California on March 16, 2017.

　　I respectfully request to be noticed, copied and distributed on all orders, notices, pleadings and correspondence in this matter.

DATED: March 12, 2020　　　　Respectfully Submitted,
　　　　　　　　　　　　　　**The Simon Law Group, LLP**

By　　　　　　　　　　　　　.
　　　　　　　　Thomas J. Conroy, Esq.
　　　　　　　　Attorney for Plaintiff,
　　　　　　　　Davidson Nguyen

The Simon Law Group, LLP
34 Hermosa Ave.
Hermosa Beach, CA 90254
Tel: 855-855-8910 – Fax: 855-855-8910

2
**NOTICE OF APPEARANCE**