IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,               Case No. 3:19-md-2885-MCR-GRJ

                                    Judge M. Casey Rodgers
                                    Magistrate Judge Gary Jones
This Document Relates to All Cases
_____/

## O R D E R

During the March 16, 2020, leadership telephone conference Defendants advised there was a dispute between the parties concerning the scope of the authorizations Plaintiffs were required to provide for the bellwether plaintiffs. Because resolution of this issue delays Defendants ability to obtain necessary records of the bellwether plaintiffs, the Court has scheduled a telephonic hearing to resolve the issue. Further, to assist the Court in resolving the dispute the parties must also provide letter briefs to the Court addressing the issues in dispute.

A **telephonic** hearing is scheduled before Magistrate Judge Gary R. Jones on **Tuesday, March 24, 2020** at **2:30 PM (Eastern Time).** Defendants must provide the Court with a letter brief on or before **March 20, 2020.** Plaintiffs must provide the Court with their letter brief in support of

their position on or before **March 23, 2020**.  The parties shall dial into the conference call by calling AT&T Conference Line at 888-684-8852 and entering access code 4251733#. When prompted for a security code enter 3696#. The parties may dial into the conference call up to five minutes before the scheduled start time.

    **DONE AND ORDERED** this 16th day of March 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge