**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Due to the serious health crisis facing the nation and the State of Florida from the outbreak and spread of the coronavirus (COVID-19), the case management conference currently set for Friday, March 27, 2020 is hereby cancelled. The Court will instead hold a conference call with leadership counsel for both sides only.

**SO ORDERED**, on this 17th day of March, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**