# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, March 17, 2020 7:28 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, March 17, 2020 12:27:25 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/17/2020 at 8:27 AM EDT and filed on 3/17/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 727 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-59) - 3 action(s)** *re: pldg. ([721] in MDL No. 2885, 1 in MN/0:20-cv-00665, 1 in MN/0:20-cv-00667, 1 in MN/0:20-cv-00668)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00665, MN/0:20-cv-00667, MN/0:20-cv-00668 (JC)**

| | |
|---|---|
| **Case Name:** | Servedio v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00667 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-59) - 3 action(s)** *re: pldg. ( [721] in MDL No. 2885, 1 in MN/0:20-cv-00665, 1 in MN/0:20-cv-00667, 1 in MN/0:20-cv-00668)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00665, MN/0:20-cv-00667, MN/0:20-cv-00668 (JC)**

| | |
|---|---|
| **Case Name:** | Kelley v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00668 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-59) - 3 action(s)** *re: pldg. ( [721] in MDL No. 2885, 1 in MN/0:20-cv-00665, 1 in MN/0:20-cv-00667, 1 in MN/0:20-cv-00668)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00665, MN/0:20-cv-00667, MN/0:20-cv-00668 (JC)**

| | |
|---|---|
| **Case Name:** | Laughton v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-00665 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-59) - 3 action(s)** *re: pldg. ( [721] in MDL No. 2885, 1 in MN/0:20-cv-00665, 1 in MN/0:20-cv-00667, 1 in MN/0:20-cv-00668)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/17/2020.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-00665, MN/0:20-cv-00667, MN/0:20-cv-00668 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-00667 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00667 Notice will not be electronically mailed to:**

**MN/0:20-cv-00668 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00668 Notice will not be electronically mailed to:**

**MN/0:20-cv-00665 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-00665 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/17/2020] [FileNumber=975741-0]
[1132b8c2da0de40ce368582842aa5228fb4624aa3e41ba2e2579084e665651e7b9001
2e31093eb74f269b810522b4cd4c46148be51f33aa97cfd2b34f3592a2f]]