UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2885<br><br>JUDGE M. CASEY RODGERS<br><br>MAG. JUDGE GARY R. JONES |

**THIS DOCUMENT RELATES TO:**
*Joseph Taylor v. 3M Company, et al*
*Case. No. 7:20-cv-00071-MCR-GRJ*

## NOTICE OF APPEARANCE OF COUNSEL

TO: The Clerk of Court and all Parties of Record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Joseph Taylor.

DATED: March 18, 2020

                                                        By: */s/Kristina Anderson*
                                                            Kristina Anderson, #34493-49

HENSLEY LEGAL GROUP, PC
117 East Washington Street, Ste 200
Indianapolis, Indiana 46204
Telephone:  (317) 472-3333
Facsimile:  (317) 472-3340
Email:  kanderson@hensleylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 18, 2020 and served electronically on all counsel of record.

By: */s/Kristina Anderson*
    Kristina Anderson, #34493-49

HENSLEY LEGAL GROUP, PC
117 East Washington Street, Ste 200
Indianapolis, Indiana 46204
Telephone:  (317) 472-3333
Facsimile:  (317) 472-3340
Email: kanderson@hensleylegal.com