# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

### PRETRIAL ORDER NO. 31
### Plaintiff Leadership Reappointment Process

On May 22, 2019, the plaintiff leadership team for this litigation was appointed to a one-year term, expiring on May 22, 2020, with the option to apply for reappointment annually. *See* Pretrial Order No. 7, ECF No. 376. This Order establishes the reappointment application process.

All plaintiffs' counsel who wish to apply for reappointment to their leadership positions must file an application on the 3M MDL docket detailing the nature and scope of their work over the past year, including the time and resources they have expended. An attorney who fails to timely file an application for reappointment will not be reappointed to his or her leadership position.

Applications for reappointment should be no longer than **two pages** and must be filed by close of business on **April 22, 2020**. The Court will review the submissions and, as necessary, consult with Lead and Co-Lead Counsel, as well as the committee/subcommittee chairs, about the productivity and effectiveness of the

leadership structure and team. Thereafter, the Court will enter the appropriate reappointment order.

**DONE AND ORDERED**, on this 18th day of March, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:19md2885/MCR/GRJ