UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Actions | Case No. 3:19-md-02885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO WITHDRAW HAROLD A. BARZA
AS COUNSEL FOR PLAINTIFFS GILBERT FORMOSO AND SCOTT E. LAMBERT**

Quinn Emanuel Urquhart & Sullivan LLP hereby respectfully requests that this Court enter an order permitting Harold A. Barza to withdraw as counsel for Plaintiffs Gilbert Formosa and Scott E. Lambert and states:

1. Mr. Harold A. Barza was granted pro hac vice in this matter on May 20, 2019 [Dkt. 363].

2. Mr. Barza will be resigning from Quinn Emanuel LLP and will no longer be involved in the handling of this action. Adam A. Wolfson and Matthew Hosen of Quinn Emanuel LLP are admitted in this action and will continue to serve as counsel for Plaintiffs Gilbert Formoso and Scott E. Lambert.

WHEREFORE, the undersigned respectfully requests that this Court enter an order permitting the withdrawal of Harold A. Barza and removing Mr. Barza from the ECF electronic service list for this action.

Dated:  March 20, 2020

*/s/ Adam A. Wolfson*
Adam A. Wolfson
adamwolfson@quinnemanuel.com
Matthew Hosen
matthosen@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3084
***Counsel for Plaintiffs Gilbert Formoso and Scott E. Lambert***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing was served by Notice of Electronic Filing via the Court's CM/ECF electronic filing system on March 20, 2020.

Dated:  March 20, 2020                    /s/ Adam A. Wolfson