**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **In re: 3M Combat Arms Earplug** | Case No. 3:19-md--2885 |
| **Products Liability Litigation** | |
| | |
| This Document Relates to: | Judge M. Casey Rodgers |
| *Adkins, 7:20-cv-012* | Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, K. Camp Bailey hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the State Bar of Texas. A copy of the Certificate of Good Standing from the State Bar of Texas (the jurisdiction where I reside and regularly practice law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND15846479693187**, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen" and verified it is not a firm account but an individual account.

6. Movant is an attorney of record in the related case *Adkins v. 3M, et al.,* Civil Action No.: 7:20-cv-012.

WHEREFORE, K. Camp Bailey respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

/s/  K. Camp Bailey
K. Camp Bailey
Texas Bar No. 24006782
BAILEY COWAN HECKAMAN PLLC
5555 San Felipe St., Suite 900
Houston, Texas 77056
Phone: 713-425-7100
Fax: 713-425-7101
cbailey@bchlaw.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 23, 2020, and served electronically on all counsel of record.

/s/      K. Camp Bailey
K. Camp Bailey