**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to All Cases | Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: March 3, 2020
Motion/Pleading: Motion to Withdraw Harold A. Barza as Counsel for Plaintiffs Gilbert Formoso and Scott E. Lambert
Filed by: Adam A. Wolfson, Esq.   on 3/20/2020   Doc. # 1051
RESPONSES:
    on    Doc. #
    on    Doc. #

☐ Stipulated   ☐ Joint Pldg.
☐ Unopposed   ☐ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the motion is **DENIED without prejudice**. For cases associated with the 3M MDL docket, motions to withdraw as counsel must be filed on individual plaintiffs' dockets. For cases on the 3M administrative docket, a Notice of Representation Issue must be submitted through MDL Centrality.

**DONE AND ORDERED**, this 23rd of March, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**