UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : | Case No. 3:19-md-2885-MCR-GRJ |
| This Document Relates To: | : : | **NOTICE OF APPEARANCE** |
| Sammacicci v. 3M Company, et al 3:20-cv-05117-MCR-GRJ | : : | |

    Henry George, Esq. of The Law Office of Gregory J. Pagano, P.C. hereby enters his appearance in the Master Docket and the individual docket referenced above. Mr. George is counsel of record in the individual case of Sammacicci v. 3M Company, et al 3:20-cv-05117-MCR-GRJ transferred to this court from the Eastern District of Pennsylvania by the JPML. Mr. George has completed the Attorney Admission Tutorial (**Confirmation Number: FLND15849891963196**) and has sought admission *pro hac vice*. Counsel requests all further papers and pleadings in the Master Docket of MDL 2885 be served upon him.

Dated: March 24, 2020

**LAW OFFICE OF GREGORY J. PAGANO, P.C.**

*/s/ Henry George*
HENRY GEORGE, ESQ.
Bar ID: PA 322481
1315 Walnut St. 12th Floor
Philadelphia, PA 19107
Tel: 215-636-0160
Fax: 215-636-0164
Email: hgeorge@paganolaw.net

*Counsel for Plaintiff Christopher Sammacicci*

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 24, 2020 and served electronically on all counsel of record.

                                              */s/ Henry George*
                                              HENRY GEORGE, ESQ.