**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

Case No. 3:19md2885

This Document Relates to All Cases

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

---

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Leslie M. Kroeger and Adam J. Langino of COHEN MILSTEIN SELLERS & TOLL, PLLC file their Notice of Appearance as counsel on behalf of the following Plaintiffs in the above lawsuit:

- *Carlos Casanova v. 3M - Case No. 3:19-cv-4753*
- *Osvaldo Lopez v. 3M – Case No. 3:19-cv-4754*
- *Peter Garcia v. 3M – Case No. 3:19-cv-4752*

Counsel requests that all pleadings and correspondence be sent to their attention in the future at the address below.

Respectfully submitted,

/s/ Adam J. Langino

Leslie M. Kroeger, Esq.
Florida Bar No.: 989762
lkroeger@cohenmilstein.com
Adam J. Langino, Esq.
Florida Bar No.: 031368
alangino@cohenmilstein.com
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
(561) 515-1400

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2020, we electronically filed a true and correct copy of the foregoing via the Clerk of Court via the ECF system which sent notice of same to all counsel of record.

Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
(561) 515-1400
(561) 515-1401 (facsimile)

By: /s/ Adam J. Langino
Leslie M. Kroeger, Esq.
Florida Bar No.: 989762
Adam J. Langino, Esq.
Florida Bar No.: 031368