Eric E. Holm
HOLM LAW FIRM, PLLC
115 N. Broadway, Ste. 304
P.O. Box 3094
Billings, MT  59103
Phone: (406) 252-2900
Fax: (406) 794-0802
Email: eric@holm-law.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| **In re: 3M Combat Arms Earplug Products Liability Litigation** | Case No. 3:19-md-2885-MCR-GRJ |
| | **MOTION TO APPEAR *PRO HAC VICE*** |
| This Document Relates to: *West, 3:20-cv-05182* | |

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I Eric E. Holm hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in Montana and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the State Bar of Montana. A copy of the Certificate of Good Standing from the State Bar

of Montana (the jurisdiction where I reside and regularly practice law) dated within 30 days of this motion is attached hereto as Exhibit A and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15849885963195, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen" and verified it is not a firm account but an individual account.

6. Movant is an attorney of record in the related case *West v. 3M, et al.*, Civil Action No. 3:20-cv-05182.

WHEREFORE, Eric E. Holm respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated this 30th day of March, 2020.

By: /s/ Eric E. Holm
Eric E. Holm
HOLM LAW FIRM, PLLC
115 N. Broadway, Ste. 304
P.O. Box 3094
Billings, MT 59103
Phone: (406) 252-2900
Fax: (406) 794-0802
Email: eric@holm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system on March 30, 2020, and served electronically on all counsel of record.

By: /s/ Eric E. Holm
Eric E. Holm
HOLM LAW FIRM, PLLC
115 N. Broadway, Ste. 304
P.O. Box 3094
Billings, MT 59103
Phone: (406) 252-2900
Fax: (406) 794-0802
Email: eric@holm-law.com