

# Certificate of Membership

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## Eric E. Holm

was admitted to the State Bar of Montana on October 4, 2007 and that his name currently appears on the Roll of Attorneys in this office as an active member in good standing*.

*Dated this 25th day of March 2020*

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.