**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 Case No. 3:19md2885 |
| | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| This document relates to: | |
| *Dylan Sturm v. 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,* 3:20-cv-05092 | |

**MOTION FOR PERMISSION TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 11.1(C), Local Rules, United States District Court, Northern District of Florida, Plaintiff DYLAN STURM, by and through his undersigned counsel, hereby moves this Court to enter an order allowing Rebecca Fredona, Esq., of MOLL LAW GROUP to appear *pro hac vice* and participate in this case as counsel for Plaintiff, for all purposes, and states as follows:

1. Ms. Fredona currently resides in Brookfield, Illinois and is not a resident of the State of Florida.

2. Ms. Fredona is an attorney with the law firm of Moll Law Group which maintains an office at 22 W. Washington Street, 15th Floor, Chicago, Illinois 60602, with a phone number of (312) 462-1700.

3. Ms. Fredona has been retained by Plaintiff to provide legal representation in

connection with the above-styled matter now pending before the above-named court of the Northern District of Florida.

4. Ms. Fredona is an active member in good standing and currently eligible to practice law in the following jurisdictions:

   a. The State of Illinois

   b. The United States District Court for the Northern District of Illinois

   c. The United States District Court for the Southern District of Illinois

5. Ms. Fredona has appeared in Florida State or Federal Courts in the following cases in the past five (5) years and has not, therefore, engaged in the regular practice of law in the State of Florida or abused the privilege to specially appear:

   a. Vervaeke v. Boston Scientific, Case No. 2:19-cv-00575

   b. Mills v. Boston Scientific, Case No. 0:19-cv-62060

6. There are no disciplinary proceedings pending against Ms. Fredona.

7. Within the past five (5) years, Ms. Fredona has not been subject to any disciplinary proceedings.

8. Ms. Fredona has never been subject to any suspension proceedings.

9. Ms. Fredona has never been subject to disbarment proceedings.

10. Ms. Fredona, either by resignation, withdrawal or otherwise, has never been terminated or attempted to terminate her office as an attorney in order to avoid administrative, disciplinary, disbarment or suspension proceedings.

11. Ms. Fredona is not an active member of the Florida Bar.

12. Ms. Fredona is not now and never has been a member of the Florida Bar.

13. Ms. Fredona is not a suspended member of the Florida Bar.

14. Ms. Fredona is not a disbarred member of the Florida Bar nor has Ms. Fredona received a disciplinary resignation from the Florida Bar.

15. Ms. Fredona has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of Judicial Administration 2.510.

16. Ms. Fredona has read the applicable provisions of the Florida Rule of Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating the Florida Bar and certifies that this motion complies with those rules.

17. Ms. Fredona has read the applicable provisions of the Florida Rules of Professional Conduct, agrees to comply with the provisions of the Florida Rule of Professional Conduct and consents to the jurisdiction of the court and the Bar of the State of Florida.

18. Ms. Fredona has completed the Attorney Admission Tutorial and exam as required; confirmation number FLND15845523443181.

19. Ms. Fredona has completed the CM/ECF tutorial as required by the Northern District Court of Florida.

WHEREFORE, Plaintiff requests an order permitting Ms. Fredona to appear *pro hac vice* and participate in this case as counsel for Plaintiffs for all purposes.

Dated this 31th day of March, 2020

*/s/ Rebecca Fredona*
Rebecca Fredona
Attorney to be pro hac
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045

rfredona@molllawgroup.com
info@molllawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31th day of March 2020, that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/Rebecca Fredona*