## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885 |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |

## <u>DECLARATION OF COLE CARTER</u>

I, Cole Carter, declare as follows:

1.      I am an attorney licensed to practice law in the State of Illinois and am an associate with the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, counsel for Defendants 3M and Aearo Technologies LLC.

2.      I am over the age of eighteen and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter.  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Agenda for an April 9, 1998 meeting of the Department of Defense Hearing Conservation Working Group, along with attachments 4 and 5, marked as Defendants' Exhibit 5 of the February 26, 2020 deposition of LTC John Merkley.  The Department of Defense produced an identical copy of this document to Defendants.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of notes taken by Elliott Berger at a December 16, 1997 meeting at Aberdeen Proving Ground, produced by Defendants at 3M_MDL000425673, and marked as Defendants' Exhibit 4 to the December 12, 2020 deposition of Elliott Berger.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of a chain of emails to and from Doug Ohlin, dated from April 8, 1999 to May 20, 1999, and marked as Defendants' Exhibit 11 of the December 12, 2019 deposition of Elliott Berger.  The Department of Defense produced an identical copy of this document to Defendants, and Defendants have stamped it with the Bates numbers DOD00000135 - DOD00000141.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of an email from Doug Ohlin to Brian Myers, bearing Bates number 3M_MDL000569995 - 3M_MDL000569996, dated April 9, 1999, and marked as Defendants' Exhibit 8 of the December 12, 2019 deposition of Elliott Berger.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of an email from Doug Ohlin to Belva Hoffman, bearing Bates number 3M_MDL000569956 - 3M_MDL000569957, dated April 12, 1999, and marked as Defendants' Exhibit 10 of the December 12, 2019 deposition of Elliott Berger.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the page on "Hearing Loss" from the website of the U.S. Department of Veteran Affairs'

Office of Research & Development, as visited on February 27, 2020 (available at
https://www.research.va.gov/topics/hearing.cfm).

9.    Attached hereto as **Exhibit 7** is a true and correct copy of a report
entitled "Wideband Hearing, Intelligibility, and Sound Protection (WHISPr)" by
Captain Brian Hobbs, *et al*., of the Air Force Research Laboratory, dated October
2008, and marked as Defendants' Exhibit 3 of the February 26, 2020 deposition of
LTC John Merkley.  The Department of Defense produced an identical copy of this
document to Defendants.

10.    Attached hereto as **Exhibit 8** is a true and correct copy of Department
of the Army Pamphlet 40–501, dated December 10, 1998, setting forth the
requirements of the Army's Hearing Conservation Program, and marked as
Defendants' Exhibit 2 of the February 26, 2020 deposition of LTC John Merkley
(available at https://www.med.navy.mil/sites/nmcphc/Documents/oem/ARMY-
HCP-P40-501.pdf.)

11.    Attached hereto as **Exhibit 9** is a true and correct copy of a
Memorandum for Staff Director, Joint Readiness Clinical Advisory Board by Doug
Ohlin, bearing Bates numbers 3M_MDL000039900 - 3M_MDL000039904, and
marked as Defendants' Exhibit 8 of the February 26, 2020 deposition of LTC John
Merkley.

12.   Attached hereto as **Exhibit 10** is a true and correct copy of a report entitled "Blast Overpressure Studies" by Daniel L. Johnson from the U.S. Army Aeromedical Research Laboratory, dated May 1998, bearing Bates numbers 3M_MDL000014015 - 3M_MDL000014292, and marked as Defendants' Exhibit 2 of the December 12, 2019 deposition of Elliott Berger.

13.   Attached hereto as **Exhibit 11** is a true and correct copy of a drawing of a dual-ended earplug, numbered "2041-0," bearing Bates numbers 3M_MDL000571966 - 3M_MDL000571967, and marked as Defendants' Exhibit 5 of the December 12, 2019 deposition of Elliott Berger.  Also included is a higher-quality version of the same document.

14.   Attached hereto as **Exhibit 12** is a true and correct copy of a letter from Richard Knauer to Doug Ohlin, dated March 24, 1998, bearing Bates number DOD00000257, and marked as Defendants' Exhibit 7 of the December 12, 2019 deposition of Elliott Berger.

15.   Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt from the Investigation Report created in connection with a False Claims Act suit against Defendants, dated November 29, 2016, and bearing Bates numbers CID File0234 - CID File0237.

16.   Attached hereto as **Exhibit 14** is a set of drawings of a dual-ended earplug and its components, bearing Bates numbers 3M_MDL000393831 - 3M_MDL000393841.

17.   Attached hereto as **Exhibit 15** is a true and correct copy of a letter, with attachments, from Doug Ohlin to John Page, dated May 18, 1999, bearing Bates numbers DOD00000292 - DOD00000297.

18.   Attached hereto as **Exhibit 16** is a true and correct copy of a report entitled "ARL-HRED Hearing Protection Device Assessments in Reverberating Environments" by Dr. Joel Kalb, *et al.*, of the Army Research Laboratory, dated June 30, 1999, marked as Defendants' Exhibit 7 of the February 26, 2020 deposition of LTC John Merkley.  The Department of Defense produced an identical copy of this document to Defendants.

19.   Attached hereto as **Exhibit 17** is a true and correct copy of an Aearo Company Memorandum, dated April 9, 1999, by Annette Shaver, produced by Defendants at 3M_MDL000570345, and marked as Defendants' Exhibit 9 of the December 12, 2019 deposition of Elliott Berger.

20.   Attached hereto as **Exhibit 18** is a true and correct copy of the PowerPoint slides used by Defendants at the December 12, 2019 deposition of Elliott Berger.

21.   Attached hereto as **Exhibit 19** is a true and correct copy of 42 C.F.R. §§ 211.204-1, 211.206-1.

22.   Attached hereto as **Exhibit 20** is a true and correct copy of the ANSI S3.19-1974 standard issued by the American National Standards Institute, bearing Bates numbers 3M_MDL000011401 - 3M_MDL000011417.

23.   Attached hereto as **Exhibit 21** is a true and correct copy of a real-ear attenuation at threshold (REAT) test report of the green end of the Combat Arms, with the test ID "213015," dated January 25, 2000, produced by Defendants at 3M_MDL000313390.

24.   Attached hereto as **Exhibit 22** is a true and correct copy of a REAT test report of the yellow end of the Combat Arms, with the test ID "213016," dated January 25, 2000, bearing Bates numbers 3M_MDL000188143 - 3M_MDL000188147.

25.   Attached hereto as **Exhibit 23** is a true and correct copy of a REAT test report of the green end of the Combat Arms, dated May 9, 2000, with the test ID "213017," bearing Bates numbers 3M_MDL000195517 - 3M_MDL000195524.

26.   Attached hereto as **Exhibit 24** is a true and correct copy of a report entitled "How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug," by Ronald W. Kieper and Elliott Berger,

dated July 10, 2000, bearing Bates numbers 3M_MDL000005282 -

3M_MDL000005290.

27.   Attached hereto as **Exhibit 25** is a true and correct image of the

packaging for the "Indoor/Outdoor Range E-A-R Plugs," dated August 30, 2000,

bearing Bates numbers 3M_MDL000425526 - 3M_MDL000425527.

28.   Attached hereto as **Exhibit 26** is a true and correct copy of

Department of Defense Instruction Number 6055.12, regarding the "DoD Hearing

Conservation Program (HCP)," and marked as Defendants' Exhibit 1 of the

February 26, 2020 deposition of LTC John Merkley.

29.   Attached hereto as **Exhibit 27** is a bellwether selection sheet

submitted by a plaintiff in this MDL.

30.   Attached hereto as **Exhibit 28** is a true and correct copy of the text of

an email from Mark Little to Elliott Berger, dated August 20, 2001, bearing Bates

number 3M_MDL000018428, and marked as Defendants' Exhibit 13 of the

December 12, 2019 deposition of Elliott Berger.

31.   Attached hereto as **Exhibit 29** is a true and correct copy of a letter

sent to Mark Little by Elliott Berger, dated September 18, 2001, bearing Bates

number 3M_MDL000008624, and marked as Defendants' Exhibit 14 of the

December 12, 2019 deposition of Elliott Berger.

32.   Attached hereto as **Exhibit 30** is a true and correct copy of the packaging for the "Indoor/Outdoor Range E-A-R Plugs," dated August 30, 2000, that Elliott Berger included as an attachment to his September 18, 2001 letter to Mark Little.  It bears Bates numbers 3M_MDL000425526 - 3M_MDL000425527 and is marked as Defendants' Exhibit 16 to the December 12, 2019 deposition of Elliott Berger.

33.   Attached hereto as **Exhibit 31** is a true and correct copy of a letter, with attachments, from Pascal Hamery to Elliott Berger, dated January 5, 2000, that Berger included as an attachment to his September 18, 2001 letter to Mark Little.  It bears Bates numbers 3M_MDL000476760 - 3M_NDL000476762 and is marked as Defendants' Exhibit 17 to the December 12, 2019 deposition of Elliott Berger.

34.   Attached hereto as **Exhibit 32** is a true and correct copy of a REAT test report of the green end of the Combat Arms, dated May 9, 2000, with the test ID "213017," that Elliott Berger included as an attachment to his September 18, 2001 letter to Mark Little.  It bears Bates numbers 3M_MDL000195517 - 3M_MDL000195524 and is marked as Defendants' Exhibit 18 to the December 12, 2019 deposition of Elliott Berger.

35.   Attached hereto as **Exhibit 33** is a true and correct copy of a REAT test report of the yellow end of the Combat Arms, with the test ID "213016," dated

January 25, 2000, that Elliott Berger included as an attachment to his September 18, 2001 letter to Mark Little.  It bears Bates numbers 3M_MDL000019339 - 3M_MDL000019373 and is marked as Defendants' Exhibit 19 to the December 12, 2019 deposition of Elliott Berger.

36.   Attached hereto as **Exhibit 34** is a true and correct copy of the text of an email from Mark Little to Elliott Berger, dated September 25, 2001, bearing Bates number 3M_MDL000018429 - 3M_MDL000018430.  Because the document was inadvertently introduced twice at the December 12, 2019 deposition of Elliott Berger, Defendants have provided two copies, one marked Defendants' Exhibit 15 and one marked Defendants' Exhibit 20.

37.   Attached hereto as **Exhibit 35** is a true and correct copy of an email from John Komada to Brian Myers, dated May 7, 2003, and an attached document, bearing Bates numbers 3M_MDL000569950 - 3M_MDL000569951, and marked as Plaintiffs' Exhibit 50 to the December 13, 2019 deposition of Brian Myers.

38.   Attached hereto as **Exhibit 36** is a true and correct copy of a redline "Specification Sheet," bearing Bates numbers 3M_MDL000254134 - 3M_MDL000254137, and marked as Plaintiffs' Exhibit 52 to the December 13, 2019 deposition of Brian Myers.

39.   Attached hereto as **Exhibit 37** is a true and correct copy of a "Medical Procurement Item Description," dated April 9, 2003, bearing Bates numbers

CTRL_3M_TOUHY00000952 - CTRL_3M_TOUHY00000954, and marked as Plaintiffs' Exhibit 56 to the December 13, 2019 deposition of Brian Myers.

40.   Attached hereto as **Exhibit 38** is a true and correct copy of an email from Doug Ohlin to Brian Myers, dated August 25, 2004, bearing Bates number 3M_MDL000257875.

41.   Attached hereto as **Exhibit 39** is a true and correct copy of an email from Doug Ohlin to Brian Myers, dated September 30, 2004, bearing Bates number 3M_MDL000017330.

42.   Attached hereto as **Exhibit 40** is a true and correct copy of a work order made by Doug Ohlin for "a wallet-size, laminated card," bearing Bates numbers DOD00000712 - DOD00000715.

43.   Attached hereto as **Exhibit 41** is a true and correct copy of an instructional card for the dual-ended Combat Arms earplugs, bearing Bates numbers 3M_MDL00022931 - 3M_MDL000229332, and marked as Defendants' Exhibit 9 of the February 26, 2020 deposition of LTC John Merkley.

44.   Attached hereto as **Exhibit 42** is a true and correct copy of a newsletter entitled "Just the Facts…" on the Combat Arms Earplug by the United States Army Center for Health Promotion and Preventive Medicine, bearing Bates numbers 3M_MDL000055849 - 3M_MDL000055850, and marked as Defendants' Exhibit 11 of the February 26, 2020 deposition of LTC John Merkley.

45.   Attached hereto as **Exhibit 43** is a true and correct copy of an email from Kevin Spahn to Marc Santoro, with attachment, dated December 13, 2005, bearing Bates numbers 3M_MDL000042065 - 3M_MDL000042068, and marked as Exhibit 34 of the October 18, 2019 deposition of Brian Myers.

46.   Attached hereto as **Exhibit 44** is a true and correct copy of excerpts from the transcript of the March 3, 2020 deposition of Special Agent Jennifer Coleman.

47.   Attached hereto as **Exhibit 45** is a true and correct copy of an email from William Murphy to Elliott Berger, Armand Dancer, Doug Ohlin, Vern Larson, and Per Hiselius, dated October 23, 2001, bearing Bates number 3M_MDL000024875, and marked as Defendants' Exhibit 12 of the deposition of LTC John Merkley.

48.   Attached hereto as **Exhibit 46** is a true and correct copy of a presentation entitled "Level Dependent Hearing Protection and Distortion Otoacoustic Emissions (DPOAE) After Small Arms Fire" by Dr. Lorraine Babeu of the Army Research Laboratory, and marked as Defendants' Exhibit 13 of the February 26, 2020 deposition of LTC John Merkley.  Defendants produced this document at 3M_MDL000393650.

49.   Attached hereto as **Exhibit 47** is a true and correct copy of a report entitled "Hearing Protection Evaluation for the Combat Arms Earplug at Idaho

National Laboratory" by James Lovejoy, dated March 2007.  Defendants produced this document at Bates number 3M_MDL000357176.

50.   Attached hereto as **Exhibit 48** is a true and correct copy of a report entitled "Modeling of Acoustic Pressure Waves in Level-Dependent Earplugs" by James DeSpirito and Mary Binseel of the Army Research Laboratory, dated September 2008, and marked as Defendants' Exhibit 14 of the February 26, 2020 deposition of LTC John Merkley.  The Department of Defense produced an identical copy of this document to Defendants.

51.   Attached hereto as **Exhibit 49** is a true and correct copy of a report entitled "A Comparison of the Single-Sided (Gen II) and Double-Sided (Gen I) Combat Arms Earplugs (CAE):  Acoustic Properties, Human Performance, and User Acceptance," by M. Binseel, *et al*. of the Army Research Laboratroy, dated December 2012.  The document is available at https://apps.dtic.mil/dtic/tr/fulltext/u2/a609344.pdf.

52.   Attached hereto as **Exhibit 50** is a true and correct copy of a report entitled "U.S. Marine Corps Level-Dependent Hearing Protector Assessment: Objective Measures of Hearing Protection Devices," by Angelique A. Scharine and Rachel A. Weatherless, dated January 2014.  Defendants produced this document at Bates numbers 3M_MDL000012099 - 3M_MDL000012130.

53.   Attached hereto as **Exhibit 51** is a true and correct copy of a REAT test report of the green end of the Combat Arms earplugs by Paul Schley, labeled experiment number 1327, dated June 18, 2007, and bearing Bates numbers DOD00000723-1 - DOD00000723-2.

54.   Attached hereto as **Exhibit 52** is a true and correct copy of a REAT test report of the yellow end of the Combat Arms earplugs by Paul Schley, labeled experiment number 1328, dated June 18, 2007, and bearing Bates numbers DOD00000724-1 - DOD00000724-2.

55.   Attached hereto as **Exhibit 53** is a true and correct copy an email sent by Elliott Berger to Doug Ohlin, dated July 14, 2006, bearing Bates numbers 3M_MDL000017366 - 3M_MDL000017368, and marked as Plaintiffs' Exhibit 22 of the December 10, 2019 deposition of Elliott Berger.

56.   Attached hereto as **Exhibit 54** is a true and correct copy of an email sent by Doug Ohlin to Elliott Berger, dated March 23, 2005, bearing Bates number 3M_MDL000016913, and marked as Defendants' Exhibit 22 of the December 12, 2012 deposition of Elliott Berger.

57.   Attached hereto as **Exhibit 55** is a true and correct copy of a solicitation submitted by Aearo Company, dated August 23, 2006, bearing Bates numbers 3M_MDL000000014 - 3M_MDL000000077.

58.   Attached hereto as **Exhibit 56** is a true and correct copy of excerpts of the transcript of the December 12, 2019 deposition of Elliott Berger.

59.   Attached hereto as **Exhibit 57** is a true and correct copy of excerpts of the transcript of the December 17, 2019 deposition of Richard Knauer.

60.   Attached hereto as **Exhibit 58** is a true and correct copy of excerpts of the transcript of the February 26, 2020 deposition of LTC John Merkley.

61.   Attached hereto as **Exhibit 59** is a true and correct copy of excerpts of the transcript of the November 13, 2020 Rule 30(b)(6) deposition of Elliott Berger.

62.   Attached hereto as **Exhibit 60** is a true and correct copy of excerpts of the transcript of the December 19, 2019 deposition of Ronald Kieper.

63.   Attached hereto as **Exhibit 61** is a true and correct copy of excerpts of the transcript of the October 8, 2015 deposition of Elliott Berger in *Moldex-Metric, Inc. v. 3M Company*, No. 14-cv-1821 (D. Minn.).

64.   Attached hereto as **Exhibit 62** is a true and correct copy of excerpts of the transcript of the December 3, 2019 deposition of Marc Santoro.

65.   Attached hereto as **Exhibit 63** is a true and correct copy of excerpts of the transcript of the October 18, 2019 Rule 30(b)(6) deposition of Brian Myers.

66.   Attached hereto as **Exhibit 64** is a true and correct copy of excerpts of the transcript of the October 17, 2019 Rule 30(b)(6) deposition of Douglas Moses.

67.   Attached hereto as **Exhibit 65** is a true and correct copy of excerpts of the transcript of the December 19, 2019 deposition of Ronald Kieper.

68.   Attached hereto as **Exhibit 66** is a true and correct copy of the declaration of Eric Fallon, dated March 30, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2020 in Chicago, Illinois

DATED:  April 1, 2020

Cole Carter