# EXHIBIT 1

P01082.1

120283

Agenda
DoD Hearing Conservation Working Group Meeting
9 April 1998

1. Welcome. BG Patrick Sculley

2. Self-assessment software for hearing conservation programs (John W. Spencer, Environmental Profiles, Inc.). Attachments 1 and 2.

3. Telemedicine consideration for hearing conservation (Dr. Leslie J. Peters, Tripler Army Medical Center). Attachment 3.

4. **The Tactical Combat Earplug (Non-linear) (Dr. Doug Ohlin, USACHPPM), Attachments 4-5.**

5. Update of service specific implementing documents to DoDI 6055.12 [Lt Col (Sel) Theresa Schulz (USAF), Dr. Doug Ohlin, Mr. John Page (USN)].

6. Update on status on EAR3-A [Lt Col (Sel) Theresa Schulz].

7. Update on EAR3-A Corporate data base (DOHRS Program Office).

8. A proposal for modifying civilian hearing compensation award procedures (Dr. Doug Ohlin). Attachment 6.





Encl 3

P01082.2

USHRL HRED B520 APG MD TEL:1-410-278-3587    Mar 17 98    12:07 No.001 P.01

Doug Ohlin



DEPARTMENT OF THE ARMY
UNITED STATES ARMY RESEARCH LABORATORY
BUILDING 459
ABERDEEN PROVING GROUND, MARYLAND 21005-5425

REPLY TO
THE ATTENTION OF

AMSRL-HR-SD (70-1r)                             19 March 1997

MEMORANDUM FOR Director, Human Research & Engineering Directorate

SUBJECT: Trip Report on Visit to the French-German Institute at St. Louis (ISL) France, 5 to 23 December 1996

1. PERSONNEL VISITED                ORGANIZATION

   Armand Dancer                    ISL
   Col. K/Vella                     French Army Technical Section, Paris
   Karl Buck                        ISL
   Dr. Grateau                      Consultant to the French Army
   Pascal Hamery                    ISL
   Georges Parmentier               ISL
   Patrick Vassout                  ISL
   Pierre Naz                       ISL
   Georges Evrard                   ISL

2. During Mr. Garinther's APEX assignment to France in 1995, he discussed a number of studies regarding auditory detection and speech intelligibility of non-linear ear plugs with Dr. Dancer and LTC K/Vella. Non-linear earplugs are protectors that permit low level speech to be heard with very little reduction at the ear (about 2-3 dB) while providing almost the attenuation of standard earplugs at the high noise levels produced by rifles, howitzers, and mortars. The non-linear effect is obtained by placing a small aperture inside the earplug which allows the particle velocity of low level sound (speech) to enter the ear, while creating turbulence at the entrance to the aperture thereby attenuating high-level impulse noise as well as a normal earplug.

3. ISL has been conducting studies to improve the attenuation of currently available non-linear protectors such as the Gunfender (developed in the early 1970's). Personnel at ISL (Dancer and Hamery) found that the diameter of the device should be reduced to 0.3 mm and the length of the aperture reduced to 0.1 mm. In addition, they have modified the original concept to include two orifices in series (like a drum). Testing, using various explosive charges around the French artificial head (HRED will receive such a head this February) has shown that these changes have produced dramatic improvements in the attenuation obtained against gunfire. Enclosure 1 shows the theoretical background of the device, the configuration of the original Racal Gunfender, the



ARL - A NATIONAL REINVENTION LABORATORY

Attachment 4

AMSRL-HR-SD                                                     19 March 1997
SUBJECT: Trip Report on Visit to the French-German Institute at St. Louis
         (ISL), France, 5 to 23 December 1996

configuration of the newly developed French earplug, and the attenuation obtained by 1/3 octave bands at explosive levels ranging from 130 dB to 190 dB.

4. There has been a continuing interest in this type of hearing protection in both the US and the French armies. The use and availability of such a device could greatly reduce hearing loss of soldiers particularly among artillery, armor, and infantry. When shooting, non-linear plugs would provide excellent hearing protection and would also permit personnel to accurately hear commands, firing instructions, fuse setting, etc. Throughout this process, HRED has kept the medical community aware of our involvement through Doug Ohlin and Felix Sachs of the US Army Center for Health Promotion and Preventive Medicine (CHPPM).

5. In view of the potential positive impact of non-linear earplugs, Mr. Garinther participated in a series of experiments conducted by ISL in December 1996 at a large French Army training area near the city of Nimes, France. This study is preliminary to a more complete study being planned for May of 1997 using a larger number of subjects and exposing the soldiers to large caliber mortars. The experiments conducted in December consisted of:

   a. Measuring the temporary hearing loss (Temporary Threshold Shift-TTS) after 5 minutes, 1 hour, and 24 hours for soldiers wearing both the standard and the non-linear earplug while firing 90 rounds from the 5.56 mm FAMAS. Three configurations of non-linear earplugs were used: the "Ultra-fit", the "Bilsom", and the "PERFIT." All three earplugs contained the same configuration of non-linear device (aperture) described above. All soldiers were examined by Dr. Grateau and found to have normal hearing; they were also all given 4 training audiograms prior to testing and a baseline audiogram prior to each exposure.

   b. Measuring the number of errors made by these soldiers when listening (through both the standard "Max-Lyte foam" and the non-linear earplugs) to a set of complicated firing commands from the range officer. This "intelligibility" test was conducted both in quiet and with a generator operating 10 meters away.

   c. Measuring the time required for soldiers to detect and localize the sound of five distant noise sources: an AMX-10 armored personnel carrier idling at 3000 rpm, a Berliet truck idling at 1500 rpm, the firing of single shots from the FAMAS, a generator, and the squelch from a radio. These noise sources were located at distances and directions where they could just be detected (see map

2

P01082.4

USARL HRED BSZU HPG MD TEL:1-410-278-3587          Mar 17 98   12:08 No.001 P.03

AMSRL-HR-SD                                                  19 March 1997
SUBJECT: Trip Report on Visit to the French-German Institute at St. Louis
(ISL), France, 5 to 23 December 1996

at Enclosure 2). The distances ranged from 25 meters for the squelch from the radio, to 1.5 km for the FAMAS. At a later date, the Army Research Laboratory's Auditory Detection Model will be used to compare the detection distance used by the soldiers with the computations of the model.

   d. Administration of a questionnaire (Enclosure 3) to the soldiers conducting the above experiments with the non-linear earplug to determine the experience, preference, discomfort, insertion and removal problems, the soldier's normal use of earplugs during exercises, etc.

6. Preliminary results prior to a detailed analysis indicate that:

   a. The non-linear earplug protected hearing as effectively as the Max-Lyte earplug that is normally worn by French soldiers. The temporary threshold shifts obtained with the non-linear earplugs 5 minutes after exposure were well within the requirements of CHABA (TTS no greater than 10 dB at 1000 Hz and below, 15 dB at 2000 Hz, and 20 dB at 3000 Hz and above for the 95% ear); also, the threshold shifts met the Pfander requirement (all thresholds returned to normal after 24 hours). TTS 24 hours for the non-linear earplug was not available at the time of this writing; TTS 1 hour was inserted in its place. See the following tables showing the temporary threshold shifts resulting when firing the FAMAS while wearing both the normal Max-Lyte earplug and the non-linear earplug. The high-lighted values are TTS's greater than 10 dB; negative TTS's indicate an increase in hearing sensitivity.

   b. Fewer errors and misunderstandings of commands were made when wearing the non-linear earplugs in comparison to the standard earplug. Many of the soldiers volunteered the information, without solicitation, that they could hear commands much better than when wearing the standard earplug.

   c. Soldiers were able to detect and localize distant sounds of the five noise sources placed on the training area more accurately and more quickly when wearing the non-linear earplug in comparison to the standard earplug. More specifically, for low frequency sounds (such as the AMX-10), they could detect and localize with the non-linear earplug almost as well as when wearing no hearing protection. For high frequency sounds (such as the squelch of the radio), they could detect and localize with the non-linear earplug slightly better than when wearing the standard earplug.

   d. Results of the questionnaire are not yet available.

3

```
VVIIIVL  IIIVLI/  UJ&U  HTG  IID  ILL·1-410-278-3587          Mar 17 98   12:09 No.001 P.04
```

AMSRL-HR-SD                                                          19 March 1997
SUBJECT: Trip Report on Visit to the French-German Institute at St. Louis
(ISL), France, 5 to 23 December 1996

### Temporary Threshold Shift (dB) for the Normal Max-Lyte Earplug
**LINEAR HEARING PROTECTOR**

[Data table with subject numbers (11, 12, 13, 14, 21, 22, 23, 24, 31, 32, 33, 34, 41, 42, 43, 44, 51, 52, 53, 54) and threshold shift values at frequencies 0.5, 1, 2, 3, 4, 6, 8 kHz across four test conditions. Averages (AV), standard deviations (sd), and 95% confidence intervals shown at bottom.]

### Temporary Threshold Shift (dB) for the Non-Linear Earplug
**NON LINEAR HEARING PROTECTOR**

[Data table with subject numbers (11, 12, 13, 14, 21, 22, 23, 24, 31, 32, 33, 34, 41, 42, 43, 44, 51, 52, 53, 54) and threshold shift values at frequencies 0.5, 1, 2, 3, 4, 6, 8 kHz across four test conditions. Averages (AV), standard deviations (sd), and 95% confidence intervals shown at bottom.]

USARL HRED BSZO HPG MD TEL:1-410-278-3587         Mar 17 98   12:09 No.001 P.05

AMSRL-HR-SD                                                    19 March 1997
SUBJECT: Trip Report on Visit to the French-German Institute at St. Louis
(ISL), France, 5 to 23 December 1996

7. During testing it became readily apparent that, because of the tiny aperture in these experimental earplugs, wind is a significant problem when attempting to detect distant sounds (the wind produced a whistling sound that tended to mask the distant sound). Although, even when listening with bare ears, wind makes it more difficult to detect sounds, the non-linear earplugs caused serious listening problems even at low wind velocities. Many of the soldiers reported this problem to us during the detection phase of the experiments. We believe that this effect can be reduced by "scalloping" and applying foam to the exit aperture.

8. Although the intent of non-linear earplugs is to protect against high-level impulse noise (140-190 dB), it would be interesting to determine if these plugs provide any protection against high-level steady-state noise (115 dB). For this reason, Karl Buck and Pascal Hamery of ISL and LTC K/Vella will be at HRED during the month of March to conduct tests in our high noise level simulator. Using the artificial head which we have obtained from ISL, we will determine the noise level under the non-linear earplug at steady-state noise levels ranging from 90-150 dBA. The shape of the spectrum used for these tests will be that of armored vehicles, since these produce the loudest noise levels to which soldiers are routinely exposed, i.e., the 115 dBA Bradley Fighting Vehicle and the French AMX-10.

9. It is also planned, by ISL, to investigate the feasibility of placing a valve in the non-linear earplug that could be manually closed when soldiers are exposed to steady-state noise.

10. I have also discussed with Tom Letowski the possibility of conducting laboratory quality speech intelligibility testing of soldiers communicating with non-linear earplugs at various distances and in various ambient noise levels. If deemed necessary, the ability of soldiers to localize accurately might also be investigated through a laboratory study.

11. I have discussed these results with Felix Sachs and Doug Ohlin, of CHPPM, who also believe that non-linear earplugs should be included as a standard (or specialized) earplug in the military. I have provided them with samples of the three types of plugs that Dr. Dancer asked me to give them. CHPPM has also been involved with the testing at Albuquerque where soldiers were exposed to blast levels up to 190 dB using prototypes of these non-linear plugs. Results of those tests have shown that non-linear earplugs protect hearing for specified numbers of rounds up to 190 dB.

5

P01082.7

USHRL HRED B520 APG MD TEL:1-410-278-3587        Mar 17 98   12:10 No.001 P.06

AMSRL-HR-SD                                                    19 March 1997
SUBJECT: Trip Report on Visit to the French-German Institute at St. Louis
(ISL), France, 5 to 23 December 1996

12. Discussions with LCT K/Vella and Dr. Dancer indicate that there is interest by the French Army of providing armor crews and other crew operations with 3D technology. ISL and HRED both believe that improved combat performance and situational awareness will result with the incorporation of this technology.

13. Point of contact for the above is the undersigned at telephone 410-278-5984 or DSN 298-5984.

3 Enclosures                             GEORGES R. GARINTHER

Copies Furnished:

G. Richard Price, ARL, APG
Tomasz R. Letowski, ARL, APG
Kim S. Abouchacra, ARL, APG
Ellen C. Haas, ARL, APG
Timothy J. Mermagen, ARL, APG
Tuyen V. Tran, ARL, APG
Rene dePontbriand, ARL, APG
Austin W. Barrows, ARL, APG
Dennis K. Leedom, ARL, APG
B. Wayne Anderson, ARL Fort Monmouth Field Element
Frank J. Malkin, ARL Fort Bragg Field Element
Linda Pierce, ARL Fort Sill Field Element
Joyce Johnson, ARL Fort Knox Field Element
Felix Sachs, CHPPM, APG-EA
Doug Ohlin, CHPPM, APG-EA
LTC Linda L. Pierson, PERSCOM
Armand Dancer, ISL, France, without enclosures
Karl Buck, ISL, France, without enclosures
Pascal Hamery, ISL, France, without enclosures

6

P01082.8



DEPARTMENT OF THE ARMY
UNITED STATES ARMY RESEARCH LABORATORY
BUILDING 459
ABERDEEN PROVING GROUND, MARYLAND 21005-5425

REPLY TO
THE ATTENTION OF

AMSRL-HR-SD  (70-1r)                                      2 March 1998

MEMORANDUM THRU

Dr. V. Grayson CuQlock-Knopp, Acting Chief, Visual and Auditory Processes Branch

Dr. Austin W. Barrows, Chief, Soldier Performance Division

FOR Director, Human Research and Engineering Directorate

SUBJECT: Visit to the French-German Institute at Saint-Louis, 21-29 November 1997

1. VISITING PERSON:

    Georges R. Garinther        Guest Researcher, HRED, ARL

PERSONNEL VISITED:

| | |
|---|---|
| Dr. Armand Dancer | Franco-German Institute at St. Louis (ISL) |
| Dr. Karl Buck | ISL |
| Dr. Grateau | Consultant to the French Army |
| Pascal Hamrey | ISL |
| LTC Cabanis | Paris |
| Dr. Poncet | Paris, Physician |
| Dr. Rondet | Paris, Physician |
| Capt. Merat | Paris |
| Georges Parmentier | ISL |
| Pierre Naz | ISL |
| Georges Evrard | ISL |
| Axelson | Swedish researcher |

2. PURPOSE OF VISIT: To participate in testing of the non-linear earplug developed by the French to protect the hearing of soldiers exposed to impulse noise while permitting them to hear low level sounds such as speech and combat related sounds that are critical for survival.



ARL - A NATIONAL REINVENTION LABORATORY

P01082.9

AMSRL-HR-SD (70-1r)  2 March 1998
SUBJECT: Visit to the French-German Institute at Saint-Louis, 21-29 November 1997

The concept of non-linear ear plugs is not new, however, it has been dramatically improved by the French researchers at the Institute of Saint Louis (ISL). Basically a small "filter" is inserted into an ear plug; this filter is a drum-like device that has a hole with a very precise length and diameter in each end. HRED has been following this work very closely and participating in its development with the French during the past five or six years. ==We believe that the fielding of this hearing protector will dramatically reduce hearing loss among personnel shooting rifles, mortars, artillery, and other impulse producing weapons.==

During 24-28 November 1997, the undersigned participated in testing of this device using French soldiers firing mortars at Canjuers, France. During 1996 Mr. Garinther also took part in the evaluation of this ear plug to determine its hearing protective qualities when firing the FAMAS (the French equivalent to the M-16), when detecting and localizing various military sounds, and when listening to speech (see trip report dated January 1997).

Tests were conducted at the military exercise area at Canjuers using 4 crews (16 mortarmen) firing 7 round missions using both zone 7 and zone 10 charges. Both the normal earplug used by French soldiers (the Howard Leight) and the experimental non-linear earplug were tested. Prior to firing, the soldiers were given 4 training audiograms to produce accurate and consistent audiograms during testing. On the day following this training each soldier was given a pre-exposure audiogram. Following each firing exercise, the soldiers were given audiograms 5 minutes, 1 hour, and 24 hours after shooting. The order of firing was as follows:

- Day 1  Audiometric training

- Day 2  Firing

    | | Type of ear plug | Charge |
    |---|---|---|
    | 1st crew | normal ear plug | 7 |
    | 2nd crew | normal ear plug | 7 |
    | 3rd crew | non-linear ear plug | 7 |
    | 4th crew | non-linear ear plug | 7 |

- Day 3  Audiometric testing

2

P01082.10

AMSRL-HR-SD (70-1r)                                              2 March 1998
SUBJECT: Visit to the French-German Institute at Saint-Louis, 21-29 November 1997

After watching the soldiers fire a demonstration rapid-fire mission, it was apparent why they could not normally wear ear plugs nor cover their ears. The <u>loader</u> did not cover his ears with his hands because he was loading the round with his hands; after releasing the round he jumped to the ground, off a small stool, and the round went off before his feet hit the ground (there is about 1 second from the time the round is released to the firing). The <u>aimer</u> was constantly adjusting his controls so he was not able to cover his ears. The <u>ammo handler</u> did not cover his ears because he was constantly moving rounds up to the loader. The <u>weapon chief</u> was listening for the mortar settings and passing these settings and other commands to the crew. The firing rate was about 5 to 6 seconds per round. It was apparent from this rapid-fire mission, that a non-linear ear plug which permits weapon crews to hear commands and warnings while effectively protecting hearing should dramatically reduce hearing loss among those soldiers who are presently not protecting their hearing by any method.

During the mortar firing the ISL artificial head into which ear plugs could be inserted (also being used by HRED) was located at the mirror image to the loader (183.8 dB). Measurements indicate that the non-linear earplug provided attenuation of approximately 26 dB, while the same earplug without the non-linear feature provided attenuation of 35 dB.

==A preliminary analysis of the data indicates that none of the soldiers had a hearing loss exceeding the criterion of acceptability after 24 hours, and that none of the soldiers incurred a TTS after 5 minutes that exceeded the CHABA criterion. This analysis indicates that non-linear earplugs provide acceptable hearing protection, especially when one considers that the alternative presently being used is not to wear hearing protection.==

==As a result of this experiment, the French Army is presently issuing a "request for proposal" for 300,000 earplugs. It is probable that the earplug would be manufactured by the same company that manufactures the EAR earplug.== The earplugs would be received by the French Army in late 1998. The main question being presently being discussed is the configuration of the non-linear ear plug. Since the non-linear ear plug provides essentially no attenuation against high level steady-state noise, such as that produced by armored vehicles, it would still be necessary to provide the soldiers with normal earplugs. The configuration issue centers about providing soldiers with:

- a non-linear earplug, and a separate normal ear plug, or
- a non-linear ear plug in which the 2 tiny holes can be closed, or
- an ear plug that is reversible, with a non-linear ear plug at one end and a normal earplug at the other end.

4

P01082.11

It is probable that the company will provide pricing for all three configurations.

3. RECOMMENDATION: It is the recommendation of the undersigned that this non-linear ear plug be considered for use by the US Army since its use by weapon crews would reduce hearing loss among soldiers while permitting them to hear voice commands and combat related sounds.

GEORGES R. GARINTHER

CF:
B. Wayne Anderson, AMSRL-HR-ML
Tomasz R. Letowski, AMSRL-HR-SD
G. Richard Price, AMSRL-HR-SD
Felix Sachs, USACHPPM, Bldg E-1570, APG-EA
Doug Ohlin, USACHPPM, Bldg E-1570, APG-EA

1

# NONLINEAR HEARING PROTECTION DEVICES

A. Dancer and P. Hamery
French-German Research Institute of Saint-Louis - ISL
5 rue du General Cassagnou, BP 34
68301 SAINT-LOUIS Cedex, France

## ABSTRACT

Passive nonlinear hearing protection devices can provide satisfactory speech intelligiblity, signal detection, and localization and identification of the sound sources in the environment while protecting the ear against large impulses. These devices are especially valuable for the military, as for target and/or hunting shooters. New nonlinear perforated acoustic filters have been developped by the French-German Research Institute of Saint-Louis. These filters (overall length: 3.7 mm, outside diameter: 3.0 mm) can be inserted in a variety of earplugs. The nonlinearity is manifest for impulses and for continuous noises beyond 110 dB peak. It increases with the level of the impulses: the Noise Reduction of the peak pressure increases from 8 dB to 25 dB when the external peak pressure comes from 110 dB to 190 dB. In the low frequency range the Insertion Loss increases by about 30 dB from 110 dB (IL: 0 dB at 300 Hz) to 190 dB peak pressure (IL: 30 dB at 300 Hz). Such earplugs have been demonstrated to fully protect the ear against impulses up to 187 dB peak pressure (100 rounds) by the US Army (Dr. D. Johnson, Albuquerque), when they are well-fitted. Experiments performed on soldiers in the French Army during rifle and mortar shooting have confirmed the efficiency of this new design. The final design of these plugs will also allow to get a full attenuation (if necessary) even at moderate levels in case of exposure to large continuous noises.

## INTRODUCTION

The impulse noises produced by weapons are highly hazardous and are frequently the cause of acoustic trauma (NATO, 1987). In the military, hearing impairments and their correlates: tinnitus, difficulties in understanding of speech... represent an important prejudice for the health of the soldiers. This prejudice is considered as a war injury and can be compensated for. In 1995, 251.9 million dollar have been distributed to 59,088 veterans of the US forces who had hearing loss as a primary disability (an additional 200,975 veterans had hearing loss as a secondary disability) (Ohlin, 1995). In 1996 in France, 966 soldiers suffering from acute acoustic trauma have been treated in the military hospitals (medical expenses: 4 million dollar). The yearly cost of the compensations to the French veterans is about 60 million dollar (CCSA, 1997).

Therefore, the use of well-fitted and very effective Hearing Protectors (HP) is absolutely necessary during shooting exercises. However, wearing HP deteriorates the performance of the soldier: discomfort, difficulties to detect, identify and localize acoustic sources, difficulties to understand speech and intercom systems (Price, Kalb, and Garinther, 1989) (Peters and Garinther, 1990).

*Attachment 5*

3

region, (ii) the B&K ear simulator (equipped with a 1/4" microphone type 4136). The measured Transfer Function of the Open Ear (TFOE) of the ISL ATF is in close agreement with the experimental data published by Shaw (1974) and is linear up to a peak pressure of about 190 dB at the ear microphone.



FIGURE 1

Minimal Insertion Loss of ATF as defined by the ISO and ANSI standards.
Insertion loss performance of the KEMAR and ISL ATFs (1/3 oct. bands)

When the ISL ATF "earcanal" is sealed, the maximum IL undergoing the exposure to Friedlander waves (i.e., shock waves in free field) is better than 80 dB from 0.4 to 5 kHz, and well better the ANSI and ISO criteria (fig. 1). It is now possible to study the nonlinear behaviour of earmuffs and earplugs without any limitation of the dynamics of the measurements.

### INSERTION LOSS OF NONLINEAR HEARING PROTECTORS IN HIGH-LEVEL IMPULSE NOISE

*E.A.R. Ultra 9000 Earmuff*

This passive muff is designed to be nonlinear and to present larger attenuation values when the noise level increases beyond 110 dB.

Figure 2 presents the IL of this muff as a function of frequency (1/3 octave bands) for impulses of 110, 130, 150 and 170 dB peak pressure (A-duration: 2 ms, normal incidence). Beyond 130 dB, a favourable nonlinearity is observed from 0.5 to 10 kHz (in this frequency range IL increases by 10 to 14 dB when the level of the impulse goes up from 130 to 170 dB).

5



FIGURE 3
Insertion Loss and NR peak afforded by the RACAL Gunfender earplug for different levels of the impulses (measured with the ISL ATF) (1/3 oct. bands).



FIGURE 4
Insertion Loss and NR peak afforded by the "improved" RACAL Gunfender earplug for different levels of the impulses (measured with the ISL ATF) (1/3 oct. bands).

7

*Nonlinear ISL-EAR Ultrafit Earplug*

Figure 6 presents the IL of the nonlinear ISL-EAR Ultrafit earplug as a function of frequency for impulses of 110, 130, 150, 170 and 190 dB peak (A-duration: 2 ms). We can note the increased nonlinear performances compared to the original and "improved" RACAL Gunfender earplugs (see fig. 3 and 4). The frequency range for which the nonlinearity is significant goes from 0.025 to 10 kHz. The nonlinearity begins at 110 dB and increases by about 0.4 dB/dB around 0.3 kHz. The NR peak increases by 17 dB from 110 to 190 dB.



FIGURE 6

Insertion Loss and NR peak afforded by the ISL-EAR Ultrafit earplug for different levels of the impulses (1/3 oct. bands). Insertion Loss afforded by the ISL-EAR Ultrafit earplug when measured with a pink noise at 100 dB (full line and diamonds). Insertion Loss afforded by the original EAR Ultrafit earplug when measured with a pink noise at 120 dB (full line and squares).
All measurements are performed with the help of the ISL ATF.

It is interesting to note that at low levels, the IL of the nonlinear ISL-EAR Ultrafit earplug is small (therefore allowing speech communication and detection and localization of environmental noises), whereas at the highest levels the amount of protection (IL) is quite comparable (beyond 0.2 kHz) to the original (linear) EAR Ultrafit earplug.

9

## ACKNOWLEDGMENTS

The authors would like to thank A.E.A.R.O. (Indianapolis, USA) and P.R.O.T.A.C. (Le Petit Quevilly, France) for providing various equipments, and Dr. Elliott Berger who was very helpful during this study.
This work was supported by Research Grant 93 02 155 from the Etablissement Technique de Bourges (DGA).

## REFERENCES

ANSI S3.19-1974 (1974). Method for the measurement of the real ear protection and physical attenuation of earmuffs. *American National Standards Inst.*, New York.

Berger, E.H. (1986). Methods of measuring the attenuation of hearing protection devices. *Journal of the Acoustical Society of America, 79*, 1655-1687.

CCSA - Comité Consultatif de Santé des Armées (1997). Les effets des bruits d'armes en milieu militaire. Ministère de la Défense, *Service de Santé des Armées, Paris*, 1-277.

Dancer, A., Grateau, P., Cabanis, A., Barnabe, G., Cagnin, G., Vaillant, T., and Lafont, D. (1992). Effectiveness of earplugs in high-intensity impulse noise. *Journal of the Acoustical Society of America, 91*, 1677-1689.

Dancer, A. (1992). Status and Shortcomings of Military Noise Standa: *in: Noise-Induced Hearing Loss, Dancer, A., Henderson, D., Salvi, R.J., and Hamernik, R.P. eds., Mosby Year Book, Saint-Louis*, 513-520.

Dancer, A., Franke, R., Parmentier, G., and Buck, K. (1996). Hearing Protector Performance and NIHL in extreme environments: actual performance of hearing protectors in impulse noise/nonlinear behavior. *in: Scientific Basis of Noise-Induced Hearing Loss, Axelsson, A., Borchgrevink, H., Hamernik, R.P., Hellström, P.A., Henderson, D., and Salvi, R.J. eds., Thieme, New York*, 321-338.

Forrest, M., and Coles, R. (1970). Problems of communication and ear protection in the royal marines. *J. R. Nav. Med. Serv., 56*, 162-169.

Hamery, P., Dancer, A., and Evrard, G. (1997). Etude et réalisation de bouchons d'oreilles perforés nonlinéaires. *French-German Research Institute of Saint-Louis, France*, R128/97.

Hellström, P. (1992). Objective methods for evaluating conventional, nonlinear, and active hearing protector attenuation, *in: Noise-Induced Hearing Loss, Dancer, A., Henderson, D., Salvi, R.J., and Hamernik, R.P. eds., Mosby Year Book, Saint-Louis*, 401-412.

Ingard, U., and Ising, H. (1967). Acoustic nonlinearity of an orifice. *Journal of the Acoustical Society of America 42* (1), 6-17.