# EXHIBIT 4

**From:** Brian Myers <BrianMyers@compuserve.com>
**Subject:** RE: Letter for Combat Arms earplug



Forwarded Message

From:   Ohlin Douglas W, INTERNET:Douglas.Ohlin@APG.AMEDD.ARMY.MIL To: "'Brian Myers'", BrianMyers

Date:   4/9/99 11:44 AM

RE:   RE: Letter for Combat Arms earplug

Brian: In addition to the plug being too long for the case and an incresed potential for wind noise, my green suit friends tell me it sticks out too far for the kevlar combat helmet. The last one is a show stopper.

                          Doug

Original Message
From: Brian Myers [mailto:BrianMyers@compuserve.com]
Sent: Thursday, April 08, 1999 11:41 AM
To: Doug Ohlin
Subject: Letter for Combat Arms earplug


Doug,

I reviewed the letter it looks great. I took the liberty of making a few corrections regarding our company. The changes are indicated in red with verbiage to be deleted in parenthesis. I thought it might also be helpful to mention the "EAR brand" since most people would associate with that name as opposed to Aearo.

I spoke with Dick Knauer who believes that we can probably shorten the plug by the 1/4" required to fit your current container. The designer will look at this when he gets back from vacation on the 19th. It may help to expedite the redesign if we could get a storage container from you. Since I will be out for most of the next two weeks, if possible send one to:

    Dick Knauer
    Aearo Company
    7911 Zionsville Road
    Indianapolis, IN 46268

Dick's number is 3176923033 in case you need to contact him.
Thanks.

Confidential - Subject to Protective Order

3M_MDL000569995

Internet Header  Sender: Douglas.Ohlin@APG.AMEDD.ARMY.MIL
Received: from dasmtaamp030.amedd.army.mil (dasmtaamp030.amedd.army.mil [131.92. 168.42])
   by hilimg8.compuserve.com (8.8.6/8.8.6/2.18) with ESMTP id MAA00731 for
<BrianMyers@compuserve.com>; Fri, 9 Apr 1999 12:44:07 0400 (EDT) Received: by
dasmtaamp030.amedd.army.mil with Internet Mail Service (5.5.2232.9) id <2SCGYASK>; Fri, 9 Apr 1999
12:43:48 0400

MessageID: <6D662AECE787D211971B0060088FF66BB7DABB@dasmtaamp030.amedd.army.mil> From:
Ohlin Douglas W <Douglas.Ohlin@APG.AMEDD.ARMY.MIL>

To: "'Brian Myers'" <BrianMyers@compuserve.com>
Subject: RE: Letter for Combat Arms earplug
Date: Fri, 9 Apr 1999 12:43:47 0400
MIMEVersion: 1.0
XMailer: Internet Mail Service (5.5.2232.9)
ContentType: text/plain;
   charset="iso88591"

Confidential - Subject to Protective Order

3M_MDL000569996