# EXHIBIT 5

| | |
|---|---|
| From: | Brian Myers <BrianMyers@compuserve.com> |
| Subject: | FW: Letter for Combat Arms earplug |
| Attachments: | ohlinnonl.doc |



Forwarded Message

From:   Ohlin Douglas W, INTERNET:Douglas.Ohlin@APG.AMEDD.ARMY.MIL
To:   "'belva_hoffman@ftdetrckccmail.army.mil'", INTERNET:belva_hoffman@ft detrckccmail.army.mil

CC:   "'brianmyers@compuserve.com'", brianmyers

Date:   4/12/99 10:00 AM

RE:   FW: Letter for Combat Arms earplug

Belva: There are at least three reasons why they are going to have to shorted the production samples I sent you.
1. So they fit in the standard case.
2. To minimize wind noise.
3. To be compatible with the kevlar helmet when the chinstrap is fasten.

  That last one is a show stopper if we can't get the modification.
                              Doug

Original Message
From: Ohlin Douglas W
Sent: Friday, April 09, 1999 12:51 PM
To: Ohlin Douglas W
Subject: FW: Letter for Combat Arms earplug




Original Message
From: Brian Myers [mailto:BrianMyers@compuserve.com]
Sent: Thursday, April 08, 1999 11:41 AM
To: Doug Ohlin
Subject: Letter for Combat Arms earplug



Doug,

I reviewed the letter it looks great. I took the liberty of making a few corrections regarding our company. The changes are indicated in red with verbiage to be deleted in parenthesis. I thought it might also be helpful to mention the "EAR brand" since most people would associate with that name as opposed to Aearo.

Confidential - Subject to Protective Order                                                                                          3M_MDL000569956

I spoke with Dick Knauer who believes that we can probably shorten the plug by the 1/4" required to fit your current container. The designer will look at this when he gets back from vacation on the 19th. It may help to expedite the redesign if we could get a storage container from you. Since I will be out for most of the next two weeks, if possible send one to:

   Dick Knauer
   Aearo Company
   7911 Zionsville Road
   Indianapolis, IN 46268

Dick's number is 3176923033 in case you need to contact him.
Thanks.


Internet Header  Sender: Douglas.Ohlin@APG.AMEDD.ARMY.MIL
Received: from dasmtaamp030.amedd.army.mil (dasmtaamp030.amedd.army.mil [131.92. 168.42])
   by hpamgaaa.compuserve.com (8.8.8/8.8.8/HP1.1) with ESMTP id LAA22017 for
<brianmyers@compuserve.com>; Mon, 12 Apr 1999 11:00:51 0400 (EDT) Received: by dasmtaamp030.amedd.army.mil with Internet Mail Service (5.5.2232.9) id <2SCGY2K0>; Mon, 12 Apr 1999 11:00:27 0400

MessageID: <6D662AECE787D211971B0060088FF66BB7DAC0@dasmtaamp030.amedd.army.mil> From: Ohlin Douglas W <Douglas.Ohlin@APG.AMEDD.ARMY.MIL>

To: "'belva_hoffman@ftdetrckccmail.army.mil'"
   <belva_hoffman@ftdetrckccmail.army.mil>
Cc: "'brianmyers@compuserve.com'" <brianmyers@compuserve.com> Subject: FW: Letter for Combat Arms earplug
Date: Mon, 12 Apr 1999 11:00:18 0400
MIMEVersion: 1.0
XMailer: Internet Mail Service (5.5.2232.9)
ContentType: multipart/mixed;
   boundary="_=_NextPart_000_01BE84F5.330392DE"

Confidential - Subject to Protective Order

3M_MDL000569957