# EXHIBIT 6

An official website of the United States government  Here's how you know

Talk to the **Veterans Crisis Line** now



🔍 Search    ❓ Contact us

**Veterans Benefits and Health Care** ↗    **About VA** ↗    **Find a VA Location** ↗

# Office of Research & Development



Sign up for VA Research Updates    🖨 Print

VA research on

# Hearing Loss

- Introduction
- Selected Major Accomplishments in VA Research
- New, Ongoing, and Published Research
  - The National Center for Rehabilitative Auditory Research
  - Hearing aids
  - Tinnitus
  - Blast injuries
  - Other forms of hearing loss
- More on Our Website
- Selected Scientific Articles by Our Researchers

## Introduction

Hearing loss affects more than 28 million Americans, including more than half of those over age 75. Hearing problems—including tinnitus, which is a ringing, buzzing, or other type of noise that originates in the head—are by far the most prevalent service-connected disability among American Veterans.

Some hearing loss can be reversed through surgery or medication. In other cases, hearing loss is permanent, but can be reduced through the use of hearing aids. Though almost all people with hearing loss could be helped by hearing aids, only about 1 in 5 who would benefit from them uses them, according to the National Institute on Deafness and Other Communication Disorders.

Conductive hearing loss, which is due to damage to the eardrum and middle ear structures, can often be reversed through surgery or medication. Sensorineural hearing loss, caused by damage to the inner ear and auditory nerve, is permanent, but can often be helped through the use of hearing aids.

As of the close of fiscal year 2014, more than 933,000 Veterans were receiving disability compensation for hearing loss, and nearly 1.3 million received compensation for tinnitus. In addition, many Veterans score normally on hearing tests but have difficulty understanding speech. This condition, called auditory processing disorder, is often associated with blast exposure.

top

## Selected Major Accomplishments

- **1992:** Began, with the National Institutes of Health (NIH), an innovative collaboration to support the development of advanced hearing aids

**HEARING LOSS FACT SHEET**

Download PDF

**RELATED ARTICLES**



Dr. James Henry receives VA's Magnuson Award for advancing tinnitus treatment



New device helps halt hearing loss for cancer patients



Audiology pioneer, now retired, looks back at 42-year VA research career

Case 3:19-md-02885-MCR-HTC   Document 1071-7   Filed 04/01/20   Page 3 of 8

- **1996:** Initiated, with NIH, the Hearing Aid Clinical Trial to demonstrate the efficacy of three types of analog hearing aids in both quiet and noisy environments
- **1997:** Established the National Center for Rehabilitative Auditory Research (NCRAR) in Portland, Ore.
- **2000:** Demonstrated, with NIH, that three types of analog hearing aids provided substantial improvements for users both in quiet and noisy environments.
- **2005:** Published a comprehensive protocol for the management of tinnitus, now referred to as Progressive Tinnitus Management (PTM)
- **2014:** Linked exposure to jet propulsion fuel to auditory processing problems



Exposure to jet fuel, not just noise, contributes to hearing problems

top

## New, Ongoing, and Published Research

VA researchers, engineers, and clinicians are studying ways to prevent, diagnose, and treat hearing loss. They are also addressing a wide range of technological, medical, rehabilitative, and social issues associated with tinnitus and blast exposure.

### ► The National Center for Rehabilitative Auditory Research

In 1997, VA established NCRAR to study hearing problems in Veterans, and to develop effective treatments. Researchers here work to alleviate communication, social, and economic problems resulting from hearing loss and tinnitus.

Among the topics studied at the center are methods of early detection of hearing loss; the effects of certain diseases or conditions, such as diabetes and multiple sclerosis, on auditory functioning; and the impact of auditory problems on speech perception.

Center researchers and their colleagues throughout VA system also looking at ways to improve speech recognition in noisy areas for people with hearing impairments, and studying the combined effects of aging and noise exposure on hearing.

In 2014, a team of researchers from the VA Loma Linda (Calif.) Healthcare System published a study that linked exposure to jet propulsion fuel-8 (JP-8) with auditory processing dysfunctions—changes that occur inside the brain rather than the ear.

In auditory processing dysfunction, people hear sounds properly, but the brain has a hard time deciphering the message. The research team believes that hydrocarbon chemicals in JP-8 may be the reason this occurs, and advocates for increased monitoring of the combined exposure of fuel and noise around aircraft.

top

### ► Hearing aids

Hearing aids are small electronic devices worn in or behind the ear that amplify sounds to someone with hearing loss. Although hearing devices have been used for centuries, the first electronic hearing aid was developed in the early 1950s. These devices have become smaller and more sophisticated over time.

It is VA policy that all Veterans enrolled in VA health care are eligible for medical services that include diagnostic audiology. Many Veterans are also eligible to receive hearing aids from VA.

**Developing more advanced hearing aids—**In 1992, VA and NIH began an innovative collaboration to support the development of more advanced hearing aids. Among the research projects funded were studies looking at how hearing

**VA RESEARCH IN THE NEWS**

Neuroscience may offer hope to millions robbed of silence by tinnitus, *PBS Newshour*, Nov. 6, 2013

WTAMU professor gains global attention for tinnitus research, *NewsChannel 10* (Amarillo, Tex.), March 13, 2015

Study shows relief from tinnitus, debilitating ringing in ears, *The Oregonian*, July 16, 2015

Music to tinnitus sufferers' ears, *The Dallas Morning News*, Aug. 1, 2015

National program makes phone conversations easier for area Veterans with hearing loss, *Waseca County News*, Nov. 16, 2015

**VA & OTHER U.S. GOVERMENT ONLINE RESOURCES**

Prescribing hearing aids and eyeglasses, Veterans Health Administration Directive 2008-070, Oct. 28, 2008

Hearing Impairment Veterans Health Initiative, Office of Public Health, Department of Veterans Affairs

Quality of care: hearing loss, Department of Veterans Affairs

Hearing center of excellence, U.S. Department of Defense

Hearing loss, U.S. Library of Medicine, Medline Plus

Hearing loss, NIH Senior Health

Hearing Aids, National Institutes of Health Research Timelines

aids affect speech understanding in noisy and quiet environments, and how to measure and predict the benefits of hearing aids.

In addition, the two agencies awarded a contract to support the design and evaluation of creative new technologies and strategies for hearing aids.

In 1995, VA, NIH, and NASA joined forces to survey all federal laboratories for acoustic or electronic technology that might help improve hearing aids.

In 1996, NIH and VA initiated the Hearing Aid Clinical Trial, the first large-scale clinical trial to demonstrate the effectiveness of three types of hearing aids in both quiet and noisy environments for a wide range of individuals with hearing loss. The study showed that all three types provide substantial improvement for people both in quiet and noise.

**Group vs. individual visits for hearing aid services**—In 2013, researchers at the VA Puget Sound Health Care System published the results of a study in which 644 people were asked to attend either group or individual visits for hearing aid fittings and follow up. The team found no differences in how well the hearing aids performed, or how often they were worn.

Group visits cost about half of what individual visits cost. Those who had group visits were more likely to wish they had more one-on-one time with an audiologist, but also reported they gained support and insight from other patients during the visits. The researchers concluded that group visits could reduce costs while providing community support for patients with hearing loss.

The research team also suggested that, in a group session, audiologists should take care to provide sufficient direct one-on-one interaction with each participant during a group visit, and all participants should be given time for hands-on practice with their hearing aids and opportunities to ask questions.

Hearing loss and deafness, womenshealth.gov.

National Institute on Deafness and Other Communication Disorders, National Institutes of Health

Buying a hearing aid, Federal Trade Commission consumer information

Hearing conservation, Occupational Safety and Health Administration, United States Department of Labor

top

---

## ► Tinnitus

Tinnitus is the number-one disability among Veterans and affects at least 1 in 10 American adults. People with tinnitus describe ringing sounds, a buzzing sound, a high-pitched whistle, or numerous other sounds.

The causes and effects of tinnitus vary from person to person. Because tinnitus has many causes, VA believes the approach to treating it should be interdisciplinary. And because there is no cure for tinnitus, VA's goal is not to silence the sounds it causes, but to help patients manage their reactions.

About 80 percent of people with tinnitus are not bothered by it, because it does not affect their sleep or their ability to concentrate. Those who struggle with the noise in their head can be more prone to other mental health problems, such as depression and anxiety.

**Testing for tinnitus**—Tinnitus is common in Veterans, but there are no objective tests to diagnose the problem. In 2013, NCRAR researchers and researchers from Oregon Health and Science University conducted three phases of testing to try to distinguish Veterans with tinnitus from those who do not have it.

They found some differences between the groups, but also that no single test or series of tests could reliably diagnose the condition. The team concluded additional work is needed to develop a specific battery of tests for detecting the presence or absence of tinnitus with a high degree of confidence.

**Progressive Tinnitus Management**—In 2006, an NCRAR research team developed the Progressive Tinnitus Management (PTM) approach. PTM is the culmination of years of studies and clinical trials, and is designed to address the needs of all patients who complain about tinnitus, while effectively utilizing VA's clinical resources.

Throughout the PTM process, Veterans work with a team of clinicians to create a personalized action plan to help manage their reactions to tinnitus and make it less of a problem. The five levels of management in the program include triage, evaluation, group education, interdisciplinary evaluation, and individualized support.

In 2016, VA [announced](#) that Dr. James Henry, the audiology researcher credited with leading the development of the PTM approach, was the recipient of the department's Paul B. Magnuson Award for the year. The Magnuson Award is the highest honor given to investigators by VA's Rehabilitation Research Service.

**Tinnitus and mental health conditions**—Also in 2016, a researcher at the Mountain Home (Tenn.) VA Medical Center and another with East Tennessee State University [studied](#) 199 Veterans with tinnitus. Some of the Veterans in the study had tinnitus only, some had tinnitus and a mental health condition other than posttraumatic stress disorder (PTSD), and others had tinnitus and PTSD.

The two researchers found that the group with tinnitus and PTSD were less confident in their abilities to successfully manage their tinnitus than either of the other two groups. They also found that the group with tinnitus and PTSD was most affected by the symptoms of their tinnitus, followed by the group with tinnitus and another mental health condition. The group with tinnitus only was least affected by their condition.

A similar [study](#), conducted in 2015 by researchers at the VA Loma Linda Healthcare System and the Loma Linda University Medical School, found that 71.9 percent of the 91 Veterans with tinnitus they studied also had a diagnosis of anxiety, 59.3 percent had depression, and 58.2 percent had both conditions.

Patients with either or both conditions suffered from more severe tinnitus symptoms than patients without either condition.

**Transcranial magnetic stimulation**—Because tinnitus appears to involve over-active neurons in a part of the brain called the auditory cortex, VA researchers at NCRAR and elsewhere are studying the effects of a treatment called transcranial magnetic stimulation (TMS) on the condition. (Neurons are cells that transmit nerve impulses.)

In TMS, clinicians hold a magnetic coil, usually in the form of a figure eight, against the skull. The coil emits repetitive electromagnetic pulses that reach the brain cells under the scalp and change their activity pattern. This may help reduce the abnormal perception of sounds.

In a 2015 [study](#), 32 Veterans received TMS treatments for 10 working days; another 32 received a placebo treatment. According to the study team, 56 percent of those who received the TMS treatment saw their tinnitus symptoms improve, compared to 22 percent of those who received the placebo treatment.

The team now hopes to conduct larger studies to develop protocols for ways this treatment should be best used.

[top](#)

### ► Blast injuries

Many Veterans who have served in Iraq and Afghanistan have been exposed to blasts during their service. VA researchers are learning about the varied effects of exposures to blasts on the brain.

Among these effects are hearing loss, which can occur in Veterans even when there is no obvious injury. A blast can compromise not only the ear itself, but also the connection between the ear and the brain.

**Traumatic brain injury and sensory problems**—Sensory problems are common among Veterans who have had traumatic brain injury (TBI). In 2012, VA researchers [reported](#) on a previous [study](#) of 21,000 Veterans evaluated for TBI in VA outpatient clinics. They found that 9.9 percent of them reported

vision problems, 31.3 percent reported hearing impairments, and 34.6 percent reported both vision and hearing issues.

**Frequency modulation**—A study by NCRAR and Tampa VA researchers, completed in 2014, showed that frequency modulation (FM) may help Veterans who have normal hearing but problems understanding speech due to mild TBI.

The researchers tested an FM system, which uses radio waves to transmit signals directly from a microphone to an earpiece to make a speaker's voice more clear.

They also tested a "brain training" computer program that has users follow instructions or interpret sound. Preliminary results showed improved outcomes among those using the system.

**Auditory processing**—A 2015 NCRAR study looked at 99 Veterans who were exposed to blasts in Iraq or Afghanistan. All 99 had clinically normal hearing, but all reported problems hearing in difficult listening situations.

The research team asked study participants to participate in 10 performance-based tests that have been shown to uncover problems people may have in processing hearing signals. They found that many of the participants had difficulty in one or more of the tests compared to non-blast exposed Veterans, but that they also performed well in other tests.

The team therefore concluded that there was no common set of symptoms relating to problems with auditory processing experienced by Veterans exposed to blasts, but that blast injuries can and do result in damage to the central auditory system.

top

### ► Other forms of hearing loss

Chemotherapy drugs are potent weapons against cancer cells, but can have serious and permanent side effects, including hearing loss.

NCRAR researchers have developed a device, called the ototoxicity identification device (OtoID), which allows patients to easily and reliably test their own hearing. If the patients detect any hearing loss, doctors will be able to adjust the dose of the drug the patients are taking, or perhaps use a different one.

The system runs on tablet computers like iPads, and allows hearing test results to be transmitted back to VA clinics via a secure wireless network. Audiology staff then enter those results into patients' electronic health records, so that they can be shared with oncologists and other members of the patients' care teams.

Cisplatin is the most common chemotherapy drug linked to permanent hearing loss.

In 2015, the research team published the results of a study involving 21 Veterans undergoing cisplatin chemotherapy.

The team found that the OtoID had sufficient sensitivity to measure changes of hearing in these Veterans when they used the device at remote locations and the results of the testing was sent to an audiologist for evaluation.

top

## More on Our Website

- Trial yields hope for blast-related auditory problems, *VA Research Currents*, Feb. 2013

- Can magnetic coil ease tinnitus? VA trial aims to find out. *VA Research Currents*, Feb. 3, 2014
- Exposure to jet fuel, not just noise, contributes to hearing problems, *VA Research Currents*, March 20, 2014
- Audiology pioneer, now retired, looks back at 42-year VA research career, *VA Research Currents*, Nov. 18, 2014
- New device helps halt hearing loss for cancer patients, *VA Research Currents*, Dec. 8, 2014
- Hearing and balance research showcased at Mountain Home VAMC, *VA Research Quarterly Update*, summer 2015
- Dr. James Henry receives VA's Magnuson Award for advancing tinnitus treatment, *VA Research Currents*, Jan. 12, 2016
- Video: Hearing Loss Research
- A hands-on, multimedia approach to prevent hearing loss. VA Research news feature
- National Center for Rehabilitative Auditory Research

top

## Selected Scientific Articles by Our Researchers

- NIDCD/VA hearing aid clinical trial and follow-up: Background. Bratt GW, Rosenfeld MA, Williams DW. Short-term benefits of hearing aid use persist in the long term. J Am Acad Audiol. 2007 Apr;18(4):274-81.
- Prevalence of dual sensory impairment and its association with traumatic brain injury and blast exposure in OEF/OIF Veterans. Lew HL, Pogoda TK, Baker E, Stolzman KL, Meterko M, Cifu DX, Amara J, Hendricks AM. Veterans who self-report clinically significant hearing or vision difficulty during routine TBI evaluation should be evaluated systematically and comprehensively to determine the extent of sensory impairment. J Head Trauma Rehabil. 2011 Nov-Dec;26(6):489-96.
- Multisensory impairment reported by Veterans with and without mild traumatic brain injury history. Pogoda TK, Hendricks AM, Iverson KM, Stolzmann KL, Krengel MH, Baker E, Meterko M, Lew HL. A better comprehension of physical and psychological injuries sustained by service members exposed to general conditions, blast, and nonblast injuries is needed to fully understand the spectrum of dysfunction and may allow clinicians to development more targeted interventions. J Rehab Res Dev. 2012;49(7):971-84.
- Evaluating psychoacoustic measures for establishing presence of tinnitus. Henry JA, McMillan GP, Thielman EJ, Galvez G, Zaugg TL, Porsov E, Silaski G. A major challenge of tinnitus is that the subjective nature of the condition makes it very difficult to know whether or not the condition actually exists as claimed. This study has not resulted in a defined test for this purpose, although the data reveal significant differences in responses between groups with versus without tinnitus. J Rehab Res Dev. 2013;50(4):573-84.
- Hearing aid effectiveness after aural rehabilitation: Individual versus group trial results. Collins MP, Liu CF, Taylor L, Souza PE, Yueh B. Outcomes for group hearing aid fitting and hearing aid follow-up visits were not inferior to individual hearing aid fitting and follow-up visits, with group fitting and follow-up visits yielding cost savings. J Rehab Res Dev. 2013;50(4):585-98.
- Exposure to low levels of jet-propulsion fuel impairs brainstem encoding of stimulus intensity. Guthrie OW, Xu H, Wong BA, McInturf SM, Reboulet JE, Ortiz PA, Mattie DR. Jet fuel exposure may exert consequences on auditory function that may be more widespread and insidious than what was previously shown. J Toxicol Environ Health A. 2014;77(5):261-80.
- Auditory difficulties in blast-exposed Veterans with clinically normal hearing. Saunders GH, Frederick MT, Arnold M, Silverman S, Chisolm TH, Myers P. Blast injury results in damage to the central auditory system. J Rehabil Res Dev. 2015;52(3):343-60.
- The correlation of the tinnitus handicap inventory with depression and anxiety in Veterans with tinnitus. Hu J, Xu J, Streeelman M, Xu H, Guthrie O. A majority of patients with tinnitus exhibited anxiety and depression. These patients suffered more severe tinnitus than those without anxiety and depression. Int J Otolarngol. 205;2015:689375.

- [Repetitive transcranial magnetic stimulation treatment for chronic tinnitus: a randomized clinical trial.](#) Folmer RL, Theodoroff SM, Casiana L, Shi Y, Griest S, Vacchani J. Application of repetitive transcranial magnetic stimulation for 10 days resulted in a statistically significant greater percentage of responders to treatment compared to a placebo. JAMA Otolaryngol Head Neck Surg. 2015 Aug;141(8):716-22.
- [Tele-audiology: expanding access to hearing care and enhancing patient connectivity.](#) Gladden C, Beck L, Chandler D. Tele-audiology initiatives have the potential to match existing capacity with emerging patient demands in a mutually beneficial partnership and can be successfully integrated into diverse health care and private sector organizations. J Am Acad Audiol. 2015 Oct;26(9):792-9.
- [A store-and-forward tele-audiology solution to promote efficient screenings for ototoxicity during cisplatin cancer treatment.](#) Dille MF, McMillan GP, Helt WJ, Konrad-Martin D, Jacobs P. The OtoID automated test for hearing loss can be recommended for use. J Am Acad Audiol. 2015 Oct;26(9):750-60.
- [Tinnitus self-efficacy and other tinnitus self-report variables in patients with or without post-traumatic stress disorder](#). Fagelson MA, Smith SL. Individuals with tinnitus and concurrent PTSD reported significantly poorer tinnitus self-efficacy and more handicapping tinnitus effects when compared to individuals with other psychological conditions or those with tinnitus alone. Ear Hear. 2016 Mar 4. (Epub ahead of print).

[top](#)

---

**Questions about the R&D website?** [Email the Web Team](#).

Any health information on this website is strictly for informational purposes and is not intended as medical advice. It should not be used to diagnose or treat any condition.

## Veteran programs and services

- Homeless Veterans
- Women Veterans
- Minority Veterans
- PTSD
- Mental health
- Adaptive sports and special events
- National Resource Directory

## More VA resources

- Find a VA form
- Get VA mobile apps
- Careers at VA
- Doing business with VA
- VA claims accreditation
- Find a VA health care provider
- Veterans Service Organizations (VSOs)
- State Veterans Affairs offices
- Print your VA welcome kit

## Get VA updates

- VAntage Point blog
- Email updates
- Facebook
- Instagram
- Twitter
- Flickr
- YouTube
- All VA social media

## In crisis? Get help now

Veterans Crisis Line:
1-800-273-8255 (Press 1)

## Contact us

Find a VA location
Ask a question
Call MyVA311: 844-698-2311
TTY: 711

U.S. Department of Veterans Affairs | 810 Vermont Avenue, NW Washington DC 20420
UPDATED/REVIEWED: AUG. 12, 2016