# EXHIBIT 14





Confidential - Subject to Protective Order

3M_MDL000393832



Case 3:19-md-02885-MCR-HTC   Document 1071-15   Filed 04/01/20   Page 5 of 12



Confidential - Subject to Protective Order

3M_MDL000393834





| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 350 | .117 | .072 | .076 | .138 | .333 | .286 | .2530 |
| 351 | .117 | .072 | .076 | .138 | .331 | .292 | .2512 |
| 351 | .117 | .072 | .076 | .139 | .332 | .289 | .2504 |
| 350 | .117 | .072 | .076 | .139 | .332 | .292 | .2502 |
| 352 | .116 | .072 | .076 | .142 | .334 | .293 | .2536 |
| 352 | .116 | .072 | .076 | .140 | .337 | .289 | .2536 |
| 351 | .117 | .072 | .076 | .139 | .337 | .292 | .2539 |
| 352 | .117 | .072 | .076 | .139 | .338 | .291 | .2540 |
| 352 | .117 | .072 | .076 | .139 | .334 | .293 | .2506 |
| 352 | .117 | .07 | | | | | |
| 351 | .117 | .07 | | | | | |
| 352 | .117 | .07 | | | | | |
| 352 | .117 | .07 | | | | | |
| 352 | .117 | .07 | | | | | |
| 515 | .1169 | .0 | | | | | |
| OK | -.0001 | 0 | | | | | |

ARE ± .003



Recorded by [signature]   10-12-99

Confidential - Subject to Protective Order

3M_MDL000393837



Confidential - Subject to Protective Order

3M_MDL000393838



Confidential - Subject to Protective Order

3M_MDL000393839





Confidential - Subject to Protective Order

3M_MDL000393840



Confidential - Subject to Protective Order

3M_MDL000393841