# EXHIBIT 15



DEPARTMENT OF THE ARMY
U.S. ARMY CENTER FOR HEALTH PROMOTION AND PREVENTIVE MEDICINE
5158 BLACKHAWK ROAD
ABERDEEN PROVING GROUND, MARYLAND 21010-5422

REPLY TO
ATTENTION OF

**18 MAY 1999**

Hearing Conservation Program

Mr. John Page
Navy Environmental Health Center
Attention: NEHC-30
2510 Walmer Avenue
Norfolk, Virginia  23513-2617

John:

    The Joint Services Clinical Advisory Board at Fort Detrick has forwarded our request for a national stock number on the Combat Arms Earplug to the Defense Supply Center in Philadelphia.  I don't know whether or not they are going to make a bulk purchase or not so that leaves the question of price up in the air… hopefully no too far up in the air.

    No word as yet on the blue case.

                            Sincerely,

                            Doug Ohlin
                            Chair, DoD
                            Hearing Conservation
                              Working Group

*Readiness thru Health*

# COMBAT ARMS EARPLUG




⬅

- Insert YELLOW plugs for weapons fire in dismounted mode.

➡

- Insert OLIVE DRAB plugs for steady state noise in and around aircraft, noisy vehicles and watercraft, etc.

- Keep filter holes free of earwax and other debris.
- Check proper insertion for slight tension by gently tugging on plugs.
- Ensure that plugs are cleaned with soap and water and dry when returned to case.



USACHPPM
Readiness thru Health
U.S. ARMY CENTER FOR HEALTH PROMOTION AND PREVENTIVE MEDICINE

# COMBAT ARMS EARPLUG




- Insert YELLOW plugs for weapons fire in dismounted mode.

- Insert OLIVE DRAB plugs for steady state noise in and around aircraft, noisy vehicles and watercraft, etc.

- Keep filter holes free of earwax and other debris.

- Check proper insertion for slight tension by gently tugging on plugs.

- Ensure that plugs are cleaned with soap and water and dry when returned to case.



USACHPPM
Readiness thru Health
U.S. ARMY CENTER FOR HEALTH PROMOTION AND PREVENTIVE MEDICINE





# Combat Arms Earplug

- Protection against weapons fire increases from 110 to 190dBP
- Promotes realism in training
- Presents little or no insertion loss at low sounds levels
  -speech communication without shouting
  -detection and localization of environmental sounds
- Compatible with most head gear
- Color scheme promotes stealth in dismounted mode and monitoring use in steady state noise
- Cheap, low tech, easy to maintain, requires no batteries