# EXHIBIT 16

Initial Report 30 June, 1999

# ARL-HRED HEARING PROTECTION DEVICE ASSESSMENTS IN REVERBERATING ENVIRONMENTS

Dr. Joel Kalb
Mr. Georges Garinther
Mr. Michael Golden
Dr. Richard Price

*Prepared by:*
Army Research Laboratory
Human Research & Engineering Directorate
Attn: AMSRL-HR
Aberdeen Proving Grounds, MD 21005-5425



## EXECUTIVE SUMMARY

The ARL-Human Research & Engineering Directorate initiated a quick response effort to collect data on several hearing protection devices in support John King, the AMC-FAST Science Advisor to the Southern European Task Force (SETAF), Vicenza, Italy. The Hearing Hazard Assessment results, using the AHA and A-weighted Energy Models, firing three different weapons, in three different environments, for three different hearing protectors, are presented. The results of this study effort will be provided to the U. S. Army Center for Health Promotion and Preventative Medicine (CHPPM), APG, MD as input to development of safety release documentation for the Aearo non-linear Combat Arms Earplug.

## OVERVIEW

The ARL-Human Research & Engineering Directorate initiated a quick response effort to collect data on several hearing protection devices in support John King, the AMC-FAST Science Advisor at SETAF, Vicenza, Italy. The primary objective of the effort was to collect data on the French-designed "Combat Arms Earplug" being manufactured in the US by the Aearo Company, Indianapolis, IN. The Combat Arms Earplug is described as a non-linear device and is purported to allow the wearer to understand normal conversation yet provides protection against impulse noise hazards associated with weapon firing. Mr. King wished to purchase the non-linear devices for use by combat troops located at SETAF as they perform live-fire exercises within Military Operations in Urban Terrain (MOUT) training facilities. As the effectiveness of the Combat Arms Earplug against small arms firing hazards had not been previously evaluated under the reverberating conditions represented by enclosures such as building interiors, ARL undertook an effort to gather data to support the assessment of this non-linear device as compared with several other hearing protection devices under conditions representative of MOUT environments. The results of this effort are the subject of this report.

## TEST CONDITIONS

Weapons: Three weapons were selected as being representative of those most likely to be employed by individual soldiers training in MOUT facilities: (1) M9-9mm Beretta hand gun, (2) M-16 rifle and (3) tactical 12 gauge shotgun. For data collection purposes, a single round and a three-round burst was fired for each weapon condition.

Test Environments: ARL collected impulse noise recordings of the three weapons firing under the following environments: (1) Free-Field conditions represented by the ARL-HRED out door target facility at the M Range, APG, MD; and (2) Reverberating conditions represented by the Modular Armored Tactical Combat House (MATCH) facility, located at the Fairfax Police live-fire training facility, Fairfax, VA. The Fairfax MATCH facility was fabricated on site by Action Target Inc, Provo, UT. The facility features various sized rooms and hallways representative of building interiors and is used to train SWAT-like team

Initial Report 30 June, 1999

operations. Within the MATCH facility, live-fire recordings were taken under two conditions: (a) 12'x12' room with two door openings and (b) a narrow 3'x12' hallway with openings at each end.

Hearing Protection Devices: Three different hearing protection devices were tested under the various weapon and environmental conditions: (1) Aearo's Combat Arms Earplug, with the Non-linear portion inserted into the instrumented Artificial Head ear canal; (2) CABOT Safety Corporation's EAR yellow foam earplug and (3) PELTOR Tactical 7-5 Earmuff (MDL#MT1H7A-01). It should be noted that the PELTOR earmuff is a novel design that includes a limiting circuit that clips noise levels above 90dBA that are generated at the ear. This earmuff permits the wearer to hear normal conversation while providing protection against weapon firing. This device was the standard protective system employed at the Fairfax, VA MATCH training facility.

Noise Measurement Apparatus: B&K 4136 condenser microphones measured the impulse noise both outside and at the eardrum of the ISL (Institute at St. Louis, France) manikin fitted with the three forms of hearing protection tested. The microphones were powered with a B&K 2804-power supply set for a polarization voltage of 28 volts. This allowed a maximum pressure level of 192 dB. The signals were digitized with 16-bit resolution at a sampling rate of 100 kHz using the Tucker Davis Technologies AP2 array processor and signal processing modules. The hazard analysis was performed using the eardrum pressure wave inserted into the eardrum location of the electro-acoustic circuit model of the AHA ear model. The A-weight energy levels were calculated by Fourier analysis of the eardrum waveform followed by a frequency weighting and energy summation.

## DATA ANALYSIS AND RESULTS

The Impulse Noise data collected under the conditions outlined above were analyzed using two separate Hearing Hazard Assessment models: (1) the AHA model, which was developed by the ARL (Price, et al, 1991, 1996) and is a mathematical model of the ear that simulates the hearing loss produced by high-intensity noise, and (2) the A-weighted Energy Model which was promulgated by the Institute at St. Louis, France. This latter model states that an A-weighted equivalent level of 8 hours at 85 dBA at the eardrum must not be exceeded. The NATO Research Study Group on Impulse Noise (RSG-29) has recommended the use of both the A-weighted model and the AHA model for assessing noise hazards with hearing protection.

The Hearing Hazard Assessment results, using the AHA and A-weighted Energy Models, firing three different weapons, in three different environments, for three different hearing protectors, are presented in **Table 1**. For each set of conditions (weapons, protectors, environments), the table provides the allowable number of single rounds using the two models. Note that for the AHA model, data is presented for two conditions (a) with the listener being aware that the firing was going to occur (i. e., warned), and (b) the listener being unwarned (i.e., the event is unexpected relative to the physiological condition of the ear). This condition is important since given a warning, a person's two middle ear muscles contract and provide an additional 15db of hearing protection. As can been seen in Table 1, the number of allowable rounds differs somewhat as a function of the model used for plotting the Hearing Hazard Assessment limits.

Army Research laboratory, Human Research & Engineering Directorate, APG, MD

TABLE 1 Hearing Hazard Assessment, using the AHA (warned & unwarned) and A-weighted Energy models, when firing three weapons, while wearing three different hearing protectors, in three different environments

| | Free Field | | | Room | | | Hallway | | |
|---|---|---|---|---|---|---|---|---|---|
| | EAR plug | NL Combat | Earmuff | EAR plug | NL Combat | Earmuff | EAR plug | NL Combat | Earmuff |
| | \multicolumn{9}{c}{Allowable No. of Single Rds (AHA Model-Warned)} |
| **Weapon** | | | | | | | | | |
| M16 | 300,000 | 3,417 | 7,294 | 16,130 | 508 | 526 | 838 | 276 | 450 |
| 9mm | 1,150,000 | 8,108 | 2,860 | 3,472 | 608 | 601 | 6,772 | 413 | 633 |
| Shotgun | 21,740 | 4,845 | 4,098 | 9,260 | 943 | 1,130 | 7,463 | 649 | 372 |
| | \multicolumn{9}{c}{Allowable No. of Single Rds (AHA Model-Unwarned)} |
| **Weapon** | | | | | | | | | |
| M16 | 3,226 | 222 | 746 | 936 | 63 | 114 | 72 | 34 | 91 |
| 9mm | 8,912 | 179 | 509 | 250 | 84 | 123 | 283 | 49 | 128 |
| Shotgun | 1,450 | 270 | 615 | 595 | 171 | 233 | 388 | 67 | 76 |
| | \multicolumn{9}{c}{Allowable No. of Single Rds (A-weighted Energy Model)} |
| **Weapon** | | | | | | | | | |
| M16 | 140,000 | 1,661 | 6,388 | 5,500 | 186 | 347 | 537 | 126 | 372 |
| 9mm | 372,000 | 2,293 | 1,950 | 1,863 | 269 | 432 | 2,674 | 156 | 475 |
| Shotgun | 17,920 | 2,319 | 5,188 | 3,165 | 295 | 892 | 3,022 | 200 | 157 |

Initial Report 30 June, 1999

**CAVEATS: In interpreting the results of the AHA model-based analysis of impulse noise exposures presented in Table 1, the following caveats should be observed:**

Basic premises for the AHA model calculation:

    a. The AHA model calculates the hazard for the 95th percentile ear (most susceptible ear).

    b. Hazard can be calculated for an ear that is "surprised" (unwarned) by the impulse and hence has no protection from the middle ear muscles when the impulse arrives at the ear. Such a calculation would be appropriate if the subject were unaware that the impulse was coming, e.g. someone else was firing. Following a latent period of 9 msec, AHA does begin to include middle ear muscle effects (as the ear does). As a result, bursts of impulses or impulses in reverberant environments may be affected by middle ear muscle contractions, even when the ear is "unwarned".

    c. Alternatively, hazard can be calculated with a middle ear muscle contraction that precedes the arrival of the impulse. Such a calculation would be appropriate when the impulse comes from the firer's own weapon (warned), for example.

    d. A dose of 200 ADUs (auditory damage units) or less would be expected to produce no threshold shift ½ hour after the exposure. A dose of greater than 500 ADUs would be expected to produce some permanent threshold shift.

    e. Because the damage processes at these very high levels are mechanical in nature and the recovery processes run slowly, repeated exposures in the 200 to 500 ADU region should be avoided.

Application to the present exposure conditions.

    a. Given that the individuals in the test range are firing their own weapons, it is reasonable to assume that the ears are all "warned" and that a middle ear muscle contraction precedes the exposure, thus protecting the ear.

    b. As a matter of curiosity, "unwarned" exposure data are included in the Table 1 as a worst-case calculation and represent a highly conservative value.

## OPERATIONAL SIGNIFICANCE

The results of this assessment, as depicted in Table 1, suggest that for the protective device of primary interest to the AMC-FAST Advisor, the Combat Arms Earplug, when properly fitted, will provide acceptable protection for most situations when firing up to **276 rounds** of M16- 556 ball ammunition in a hallway-scaled MOUT environment (the worst case condition ARL tested in the Match-type MOUT training facility). In the case of one student with one instructor going through the MOUT training facility, both individuals would be aware (warned) of when firing would take place, and there would typically be no hearing hazard firing this number of rounds while wearing the Combat Arms Earplug. In situations where personnel may not be aware of weapon firing in close proximity, such exposures should be limited to **34 rounds**. This protects 95% of the population when they are not expecting the shot (i.e., the first round fired by the weapon user is considered).

## CAUTIONS

It has been reported by Dr. Doug Ohlin (CHPPM e-mail to John King, dated 27 April, 1999), that French soldiers who first wore the non-linear plug (i. e., the Combat Arms Earplug) around weapons fire thought

4

Initial Report 30 June, 1999

the ear plug wasn't working because the impulse noise sounded so loud as compared to conventional earplugs. Dr. Ohlin indicated that this phenomenon would be something that US troops would have to be prepared for. Additionally, Dr. Ohlin indicated that the louder sound experienced while wearing the Combat Arms Earplug would provide for more realistic training environments while protecting the wearer at the same time. With regard to this last point, the levels of hearing protection recorded for the Combat Arms Earplug during the ARL study were achieved after careful insertion and seating of the device into the artificial head ear canal test apparatus. Achievement of the same degree of protection in human use as achieved here, will be dependent upon careful training of the user on the proper techniques for insertion of the Combat Arms Earplug device.

## DISCLAIMER

It should be noted that the data reported here does not constitute a safety release for any hearing protection device tested. The results of this study effort will be provided to the U. S. Army Center for Health Promotion and Preventative Medicine (CHPPM) as input to development of safety release documentation for the Aearo non-linear Combat Arms Earplug.

## REFERENCES

Price, G. R. and Kalb, J.T. (1991). "Insights into hazard from intense impulses from a mathematical model of the ear", J. Acoust. Soc. Am. 90, 219-227

Price, G.R. and Kalb, J.T. (1996) "Evaluation of hazard from intense sound from a mathematical model of the human ear", J. Acoust. Soc. Am, 100, 2674. Invited paper at joint meeting of ASA and Acoust. Soc. Japan, Honolulu, HA

Army Research Laboratory, Human Research & Engineering Directorate, APG, MD