# EXHIBIT 18

# Elliott Berger



**Elliott Berger**

*Division Scientist (Retired)*
*3M Personal Safety Division*

## Education

- M.S., Acoustics, North Carolina State University, 1976
- B.S., Physics, Rensselaer Polytechnic Institute, 1974

## Professional Awards & Experience

- National Hearing Conservation Association:
  - Lifetime Achievement Award, 2013
  - Outstanding Hearing Conservationist Award, 1993
  - Fellow Acoustical Society of America and American Industrial Hygiene Association

- Member/Chair of Numerous National and International Standards Committees, Including:
  - Acoustical Society of America Working Group 11, Hearing Protection, 1985-present
  - National Academy of Science, Committee on Noise-Induced Hearing Loss and Tinnitus Associated with Military Service from World War II to the Present
  - International Standards Organization Working Group on Hearing Protection, 1987-2018



**Elliott Berger**

*Division Scientist (Retired)*
*3M Personal Safety Division*

# Publications and Presentations

- 3 Edited Books, 14 Book Chapters, 30 Peer-Reviewed Articles, and over 300 Presentations, Seminars, and Faculty Positions

- Lead Editor, AIHA Noise & Hearing Conservation Manual, 1986

- Review and Tutorial – Methods of Measuring the Attenuation of Hearing Protection Devices, Journal Acoustical Society of America, 1986

- Hearing Protection: Surpassing the Limits of Attenuation Bone-Conduction Pathways (lead author), Journal Acoustical Society of America, 2003

- Development and Validation of a Field Microphone-in-Real-Ear Approach for Measuring Hearing Attenuation (lead author), Noise & Health, 2011

# State of the Art - Circa 1990

## Conventional Linear Earplugs





E-A-R Classic        North Safety Com-Fit        E-A-R UltraFit

## Nonlinear Earplugs





Gunfender

# Design and Development Timeline

**Military Researches
Nonlinear Earplug**

**Military Requests Dual-Ended
Single-Size Earplug From Aearo**

**Military Directs Aearo To
Shorten The Length Of The Plug**

### Nov 1997
Garinther trip to ISL France to test nonlinear earplug; recommended U.S. military move forward with nonlinear earplug use
U.S. Government Production, Berger 30(b)(6) Ex. 14

### Dec 1996
Garinther trip to ISL France to test nonlinear earplug; provided Ohlin with samples
U.S. Government Production, Berger 30(b)(6) Ex. 14

### Jul – Nov 1995
Army Nonlinear Earplug Study in New Mexico
3M_MDL000014015, Berger Ex. 27

### Dec 16, 1997
Meeting between Army, Aearo and ISL; Ohlin requests dual-ended plug with single size Ultrafit tip
3M_MDL00425673, Berger 30(b)(6) Ex. 31: Tab 01-08

### January – March 1998
Aearo creates product samples
3M_MDL000571966,
Berger 30(b)(6) Ex. 31: Tab 01-10

### Mar 24, 1998
Aearo sends prototype dual-ended plug to Ohlin
DOD00000257, Berger 30(b)(6) Ex. 31: Tab 01-09

### Apr 8-9, 1999
Ohlin directs Aearo to shorten length of the plug by ~1/4" to fit into carrying case and fit under military helmet
3M_MDL000569995, Berger 30(b)(6) Ex. 31: Tab 01-14
3M_MDL000570345

### Apr 12-13, 1999
Ohlin informs Army personnel that he cut down the length of the plug
3M_MDL000569956,
Berger 30(b)(6) Ex. 31: Tab 01-14

### Apr 27, 1999
Aearo shortens plug ~1/4" in response to Ohlin's request
3M_MDL000571970, Berger 30(b)(6) Ex. 31, Tab 13

| 1995 | 1996 | 1997 | 1998 | 1999 |

# Design and Development Timeline

**Military Researches Nonlinear Earplug**

**Military Requests Dual-Ended Single-Size Earplug From Aearo**

**Military Directs Aearo To Shorten The Length Of The Plug**

**Nov 1997**
Garinther trip to ISL France to test nonlinear earplug; recommended U.S. military move forward with nonlinear earplug use
U.S. Government Production, Berger 30(b)(6) Ex. 14

**Dec 16, 1997**
Meeting between Army, Aearo and ISL; Ohlin requests dual-ended plug with single size Ultrafit tip
3M_MDL00425673, Berger 30(b)(6) Ex. 31: Tab 01-08

**Apr 8-9, 1999**
Ohlin directs Aearo to shorten length of the plug by ~1/4" to fit into carrying case and fit under military helmet
3M_MDL000569995, Berger 30(b)(6) Ex. 31: Tab 01-14
3M_MDL000570345

**Dec 1996**
Garinther trip to ISL France to test nonlinear earplug; provided Ohlin with samples
U.S. Government Production, Berger 30(b)(6) Ex. 14

**January – March 1998**
Aearo creates product samples
3M_MDL000571966, Berger 30(b)(6) Ex. 31: Tab 01-10

**Apr 12-13, 1999**
Ohlin informs Army personnel that he cut down the length of the plug
3M_MDL000569956, Berger 30(b)(6) Ex. 31: Tab 01-14

**Mar 24, 1998**
Aearo sends prototype dual-ended plug to Ohlin
DOD00000257, Berger 30(b)(6) Ex. 31: Tab 01-09

**Apr 27, 1999**
Aearo shortens plug ~1/4" in response to Ohlin's request
3M_MDL000571970, Berger 30(b)(6) Ex. 31, Tab 13

**Jul – Nov 1995**
Army Nonlinear Earplug Study in New Mexico
3M_MDL000014015, Berger Ex. 27

| 1995 | 1996 | 1997 | 1998 | 1999 |





The Nonlinear Plug Study (freefield waveform) was conducted from July 1995 through November 1995.

Like the perforated plug of the previous study, the nonlinear plug designed at Ft Rucker was inadequate.

The nonlinear plug that used a special filter designed in France performed better and may be a satisfactory solution. However, not enough subjects were exposed to provide a definitive answer.



**SUBJECT:** Trip Report on Visit to the French-German Institute at St. Louis (ISL) France, 5 to 23 December 1996

5. In view of the potential positive impact of non-linear earplugs, Mr. Garinther participated in a series of experiments conducted by ISL in December 1996 at a large French Army training area near the city of Nimes, France.

Three configurations of non-linear earplugs were used: the "Ultra-fit", the "Bilsom", and the "PERFIT."

6. Preliminary results prior to a detailed analysis indicate that:

a. The non-linear earplug protected hearing as effectively as the Max-Lyte earplug that is normally worn by French soldiers.

11. I have discussed these results with Felix Sachs and Doug Ohlin, of CHPPM, who also believe that non-linear earplugs should be included as a standard (or specialized) earplug in the military. I have provided them with samples of the three types of plugs that Dr. Dancer asked me to give them.



**SUBJECT: Visit to the French-German Institute at Saint-Louis, 21-29 November 1997**

The main question being presently being discussed is the configuration of the non-linear ear plug. Since the non-linear ear plug provides essentially no attenuation against high level steady-state noise, such as that produced by armored vehicles, it would still be necessary to provide the soldiers with normal earplugs.

- a non-linear earplug, and a separate normal ear plug, or
- a non-linear ear plug in which the 2 tiny holes can be closed, or
- an ear plug that is reversible, with a non-linear ear plug at one end and a normal earplug at the other end.

3. RECOMMENDATION: It is the recommendation of the undersigned that this non-linear ear plug be considered for use by the US Army since its use by weapon crews would reduce hearing loss among soldiers while permitting them to hear voice commands and combat related sounds.

# Design and Development Timeline

| Military Researches Nonlinear Earplug | **Military Requests Dual-Ended Single-Size Earplug From Aearo** | Military Directs Aearo To Shorten The Length Of The Plug |
|---|---|---|

### Nov 1997
Garinther trip to ISL France to test nonlinear earplug; recommended U.S. military move forward with nonlinear earplug use
U.S. Government Production, Berger 30(b)(6) Ex. 14

### Dec 16, 1997
Meeting between Army, Aearo and ISL; Ohlin requests dual-ended plug with single size Ultrafit tip
3M_MDL00425673, Berger 30(b)(6) Ex. 31: Tab 01-08

### Apr 8-9, 1999
Ohlin directs Aearo to shorten length of the plug by ~1/4" to fit into carrying case and fit under military helmet
3M_MDL000569995, Berger 30(b)(6) Ex. 31: Tab 01-14
3M_MDL000570345

### Dec 1996
Garinther trip to ISL France to test nonlinear earplug; provided Ohlin with samples
U.S. Government Production, Berger 30(b)(6) Ex. 14

### January – March 1998
Aearo creates product samples
3M_MDL000571966, Berger 30(b)(6) Ex. 31: Tab 01-10

### Apr 12-13, 1999
Ohlin informs Army personnel that he cut down the length of the plug
3M_MDL000569956, Berger 30(b)(6) Ex. 31: Tab 01-14

### Jul – Nov 1995
Army Nonlinear Earplug Study in New Mexico
3M_MDL000014015, Berger Ex. 27

### Mar 24, 1998
Aearo sends prototype dual-ended plug to Ohlin
DOD00000257, Berger 30(b)(6) Ex. 31: Tab 01-09

### Apr 27, 1999
Aearo shortens plug ~1/4" in response to Ohlin's request
3M_MDL000571970, Berger 30(b)(6) Ex. 31, Tab 13

| 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|

**Meeting at Aberdeen Proving Ground, 12/16/97**
Dick Price, Doug Ohlin, George Garinther, Theresa Schulz
Armand Dancer, Pascal Hammery

1. Exact definition of part that was tested / approved?
   Tested a drilled-out standard Auditory Systems UltraFit tip w/custom stem w/their filter.
   Field Trials
   crews of 4 each
   H. Leight Max and ILS nonlinear on each soldier
   experimenter-supervised fit
   SPLs – 183 dB. 7 rounds each session
   Determined TTS @ 5 min., 1 hr., 24 hr.
   Criterion was ≤ 15 dB TTS at 24 hr. either ear, any frequency.

   Found that both nonlinear and Leight plug were safe to use.
   But H. Leight Max was refit after each round since it worked loose.

2. Have you or can you purchase a tool for new part?
   No.

3. Quantities?  Buyers?
   U.S. Army ≈ 380,000 - ½ need this plug 2 times/year.
   French ~300,000/year - may buy 2 years in advance.

4. Color of stem and plug?  2-color stem?
   Red and yellow for 2-ended plug

5. Patentability? Licensing?
   They already have patent on new nonlinear value and have applied for patent on 2-ended plug.

6. Can you document H. Leight problem? Can we use such data?
   Will document in upcoming report on field study.

7. Review data?  Advantage over gunfender.
   Gunfender starts with too little protection - smaller hole didn't raise it enough to be helpful.

8. Pricing
   $1.00 - $3.0
   $5.00 hearti

   Their vendor

## Meeting at Aberdeen Proving Ground, 12/16/97

Dick Price, Doug Ohlin, George Garinther, Theresa Schulz
Armand Dancer, Pascal Hammery

### Ohlin

Accepts our plug because they have had good experience with Comfit.  Would not accept 2 different plugs, i.e. one nonlinear and one conventional.  Is interested in 2-ended plug 1-size plug because easier to dispense and they are losing so many field audiologists that they need a less labor-intensive item to use.



| DET | QTY | PART NUMBER | DESCRIPTION |
|---|---|---|---|
| A | 1 | 2039-0 | NONLINEAR EAR PLUG |
| B | 1 | 2032-B | ULTRAFLEX EAR PLUG |
| C | 1 | 4046-0 | NONLINEAR ULTRAFIT STEM, BARBED & REVERSIBLE |
| D | 1 | 4047-0 | FILTER FOR NONLINEAR PLUG - 2 HALVES ASSEMBLED |



TOLERANCE TO BE ± .010
UNLESS OTHERWISE SPECIFIED

| SIGNATURES | | DATE |
|---|---|---|
| DRAWN BY: *M. DOT* | | 3-23-98 |
| CHECKED BY:   R. FALCO | | 3-24-98 |
| PROJECT ENGINEER:  R. FALCO | | 3-24-98 |
| OPERATIONS: | | |

POSITIVELY- NO CHANGES MAY BE MADE TO
MATERIALS OR DIMENSIONS WITHOUT WRITTEN APPROVAL





March 24, 1998

Doug Ohlin
USACHPPM
BioAcoustics Division
Bldg 1570
Aberdeen Proving Ground, MD 21010-5422

Dear Doug:

Approximately 25 pair of the non-linear earplugs you requested from Brian Myers at the NHCA conference are enclosed.  For these samples, the white end of the plug is to be worn for non-linear performance and the yellow portion for standard performance.  If different color arrangements are desired for a long term basis, we can accommodate a variety of color combinations.

# Design and Development Timeline



**Military Researches Nonlinear Earplug**

**Military Requests Dual-Ended Single-Size Earplug From Aearo**

**Military Directs Aearo To Shorten The Length Of The Plug**

Nov 1997
Garinther trip to ISL France to test nonlinear earplug; recommended U.S. military move forward with nonlinear earplug use
U.S. Government Production, Berger 30(b)(6) Ex. 14

Dec 16, 1997
Meeting between Army, Aearo and ISL; Ohlin requests dual-ended plug with single size Ultrafit tip
3M_MDL00425673, Berger 30(b)(6) Ex. 31: Tab 01-08

Apr 8-9, 1999
Ohlin directs Aearo to shorten length of the plug by ~1/4" to fit into carrying case and fit under military helmet
3M_MDL000569995, Berger 30(b)(6) Ex. 31: Tab 01-14
3M_MDL000570345

Dec 1996
Garinther trip to ISL France to test nonlinear earplug; provided Ohlin with samples
U.S. Government Production, Berger 30(b)(6) Ex. 14

January – March 1998
Aearo creates product samples
3M_MDL000571966, Berger 30(b)(6) Ex. 31: Tab 01-10

Apr 12-13, 1999
Ohlin informs Army personnel that he cut down the length of the plug
3M_MDL000569956, Berger 30(b)(6) Ex. 31: Tab 01-14

Mar 24, 1998
Aearo sends prototype dual-ended plug to Ohlin
DOD00000257, Berger 30(b)(6) Ex. 31: Tab 01-09

Jul – Nov 1995
Army Nonlinear Earplug Study in New Mexico
3M_MDL000014015, Berger Ex. 27

Apr 27, 1999
Aearo shortens plug ~1/4" in response to Ohlin's request
3M_MDL000571970, Berger 30(b)(6) Ex. 31, Tab 13

| 1995 | 1996 | 1997 | 1998 | 1999 |



Original Message
From: Brian Myers [mailto:BrianMyers@compuserve.com]
Sent: Thursday, April 08, 1999 11:41 AM
To: Doug Ohlin
Subject: Letter for Combat Arms earplug

I spoke with Dick Knauer who believes that we can probably shorten the plug by the 1/4" required to fit your current container.  The designer will look at this when he gets back from vacation on the 19th.  It may help to expedite the redesign if we could get a storage container from you.  Since I will be out for most of the next two weeks, if possible send one to:

From:      Ohlin Douglas W, INTERNET:Douglas.Ohlin@APG.AMEDD.ARMY.MIL To:   "'Brian Myers'", BrianMyers

Date:      4/9/99 11:44 AM

RE:   RE: Letter for Combat Arms earplug

Brian:  In addition to the plug being too long for the case and an incresed potential for wind noise, my green suit friends tell me it sticks out too far for the kevlar combat helmet. The last one is a show stopper.

                              Doug

Date:   April 9, 1999

Subject:        Design Review

A design review meeting was held on Friday, April 9th, to review the following product from Marketing and Technical:

**A.  Combat arms earplugs**

Product Design (Preliminary)
The Technical Department provided samples of the products along with Aearo drawings.  The length of the earplug, once assembled, was discussed.  It has been requested by the military that the earplug fit into a case, which is in current use by the military, this would require reducing the length by ¼ of an inch.



From:     Ohlin Douglas W, INTERNET:Douglas.Ohlin@APG.AMEDD.ARMY.MIL

To:   "'belva_hoffman@ftdetrckccmail.army.mil'", INTERNET:belva_hoffman@ft detrckccmail.army.mil

CC:   "'brianmyers@compuserve.com'", brianmyers

Date:     4/12/99 10:00 AM

RE:   FW: Letter for Combat Arms earplug

Belva:  There are at least three reasons why they are going to have to shorted the production samples I sent you.
1. So they fit in the standard case.
2. To minimize wind noise.
3. To be compatible with the kevlar helmet when the chinstrap is fasten.

   That last one is a show stopper if we can't get the modification.
                                        Doug



Doug Ohlin

-----Original Message-----
From: Ohlin Douglas W
Sent: Tuesday, April 13, 1999 8:43 AM
To: Loyborg, Wayne ; Chandler, LTC David ; 'ungvarsk@arl.mil';
Robinette, CPT Martin
Subject: FW: Letter for Combat Arms earplug

The production samples Aearo sent me were at least a quarter of an inch too long. I took the liberty in cutting down the samples I'm sending you under a separate cover. The production samples didn't fit in the standard earplug carrying case, didn't take advantage of a design that could minimize wind noise and, most importantly, were hit by the kevlar helmet chin strap when it was fasten.



| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **2** | **4-27-99** | **DET B WAS 2032-B, OAL WAS 1.588** | | **MLD** | **RNF** |
| 1 | 1-8-99 | TITLE CHANGED, NOMINAL NOTE ADDED | | MLD | RNF |
| REV | DATE | DESCRIPTION | | BY | APRV |
| | | REVISIONS | | | |

Source: 3M_MDL000571970, Berger 30(b)(6) Ex. 31: Tab 13

19



**From:** Ohlin, Douglas W Dr USACHPPM
**Sent:** Wednesday, March 23, 2005 9:41 AM
**To:** BRIAN MYERS
**Subject:** RE: Information on Combat Arms earplugs

The combat arms earplug has been evaluated during blast overpressure studies at White Sands Missile Range and at the Army Research Lab at the Aberdeen Proving Ground. It is used extensively by the US Army and the Marines. It has been approved by the DoD Hearing Conservation Working Group. It appears in our Defense Occupational and Environmental Health Readiness System - Hearing Conservation application's lookup table of approved hearing protectors and in Department of the Army Pamphlet 40-501, Hearing Conservation, 10 December 1998. Yes, I think you can say the combat arms earplug has be "evaluated and specified by the U.S. Armed Forces."



Contact Log

Type | Email | Incoming | Outgoing
From | Mark Little, Maj. US Army
Email Address | tzl3@cdc.gov
Date | Mon Aug 20, 2001 | 12:00am

Assign to...
Elliott
Category
C-Serv

I would like to run some studies on the Army's Combat Arms Earplug (CAE), which I'm told and have read reference to is made from the EAR Ultrafit plug. What info can you provide or discuss with me on actual studies done on this plug by your company??

Major Mark Little
NIOSH
Robert Taft Laboratories
Mailstop C-27
4676 Columbia Pkwy.
Cincinnati, OH  45226-1998

September 18, 2001

In response to our conversation this morning I have put together the following information on the Combat Arms Earplug (CAE).

- A consumer package is enclosed.  In that market we sell the product as the Indoor/Outdoor Range E•A•R® Plugs.  You can use the instructions from the package for your Method B testing.  You can also find that product listed on our web site under the AO Safety brand name, consumer products, hunters/shooters.  The exact address is: http://www.aosafety.com/shooters/products/ear_03.htm.
- A copy of a letter from Pascal Hamery from January 2000 in which he provides insertion loss data in impulsive noise, measured on the ISL blockhead for the CAE.
- REAT test reports for both ends of the CAE measured according to ANSI S3.19.

Encl.:   1 consumer pkg. Of Indoor/Outdoor Range plugs
        Copy of ISL impulsive data for the CAE
        REAT evaluations for CAE, both ends

Sincerely,

Elliott H. Berger
Senior Scientist, Auditory Research





Fitting tips:
Fitting is easier if ear is pulled upward and outward during insertion and is also improved if the sealing rings of the outward directed plug are rolled back upon themselves.



Pascal Hamery
Groupe Acoustique et Protection du Combattant
Institut Franco-Allemand de Recherche de Saint-Louis

Saint-Louis the 05 of January 2000

You will find enclosed with this letter the result of the tests in impulse noise (from 110 dB to 190 dB) with the combat arms earplug you send us in December. The results are the same as those we have obtain before with the double face earplug prototype.



**DEVICE:** Combat Arms Plug
ARC Plug

**DEVICE TYPE:** Premolded, Level-dependent Plug

**MANUFACTURER:** E-A-R/Aearo

**TEST DATE:** January 25, 2000    **TEST ID#:** 213016

**SUBJECTS/SAMPLES:** 10/10    **NRR (per EPA-1979):** -2.0

**BAND FORCE (N):** NA

**FITTING PROCEDURE:** EPA/Experimenter Fit    **POSITION:** NA

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 4.7 | 4.0 |
| 250 | 4.2 | 4.3 |
| 500 | 6.0 | 5.0 |
| 1000 | 9.5 | 6.7 |
| 2000 | 16.7 | 4.9 |
| 3150 | 18.6 | 5.7 |
| 4000 | 16.3 | 5.8 |
| 6300 | 16.7 | 6.1 |
| 8000 | 17.2 | 6.8 |



| DEVICE: | UltraFit end of the Combat Arms Plug ARC Plug | NVLAP Lab Code 100374-0 |
| DEVICE TYPE: | Premolded Earplugs | |
| MANUFACTURER: | E-A-R / Aearo | |
| TEST DATE: | May 9, 2000 | TEST ID#: 213017 |
| SUBJECTS/SAMPLES: | 10/10 | NRR (per EPA-1979): 21.7 |
| BAND FORCE (N): | NA | CSA CLASS: AL |
| FITTING PROCEDURE: | EPA/Experimenter Fit | POSITION: NA |

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 32.7 | 5.9 |
| 250 | 31.8 | 6.1 |
| 500 | 33.0 | 6.5 |
| 1000 | 32.0 | 5.5 |
| 2000 | 34.5 | 4.1 |
| 3150 | 37.3 | 5.3 |
| 4000 | 38.9 | 6.1 |
| 6300 | 43.8 | 6.7 |
| 8000 | 43.3 | 6.9 |

Test ID: 213017        Device:  UltraFit Earplug end of the Combat Arms Plug
Date: 5/9/00        Samples:  10        Position:  NA        Comfort:        3.1
Comments:  Plugs are the green end of the Combat Arms Plug. The yellow flanges were folded outward to allow a deeper insertion of the green plug. GWG failed the Extreme Range Test. He was retested. The original NRR was 21.





Thanks again; received your mailing and will make use of the instructions.

Finally, do the sealing rings of the outward facing plug that were rolled back upon themselves during fitting, as per the instructions, stay this way in the ear or should they be unrolled?? they should stay that way



Subject: Combat Arms Earplug
Author: "Ohlin; Douglas W Dr USACHPPM" <Douglas.Ohlin@APG.AMEDD.ARMY.MIL> Date: 4/16/02 8:52 AM

> The DLA (FEDLOG) catalog is in error. The manufacturer changed > their minimum order at our request and someone in DLA did not update their > documentation properly. You can obtain these earplugs in lots of 50 at > $5.00 a pair which works out to $250.00 for an minimum order. Recommend > you contact Aearo directly at 1-800-225-9038 to expedite your order. > Lately, however, they have been referring customers to distributors which > has increased the price. The dual-ended plug will fit a majority of the > adult male population. For those with excessively large ear canals, we > recommend that the opposing plug be folded back before attempting > insertion. Aearo also offers a single plug version that works better with > smaller ear canals. There is no NSN on this version at this time, but the > price for this version is around $1.50 a pair. Unfortunately, the company > did not confer with us and made this single plug yellow which is more > visible than we like to see for dismounted operations. The dual-ended plug > precludes this problem with a solid olive drab plug in view when the > non-linear plug is inserted.



# COMBAT ARMS EARPLUG

- Insert **YELLOW** plugs for weapons fire to protect hearing and to hear between firings.



- Insert **GREEN** plugs for noise in and around aircraft, noisy vehicles and watercraft, etc.

- Check proper fit by gently tugging on plugs for tension.
- For very large ear canals, fold opposing plug back.
- Keep plugs clean with soap and water and filter holes free of ear wax and other debris. Return plugs dry to case.
- Although still protective, weapons fire is louder with yellow plugs in.



**From a Soldier in Iraq:**

"Combat Arms Earplugs…work great in this environment…they probably made the difference between eardrum/hearing damage and not, they definitely allow you to mentally recover very quickly, so you are able to deal with your 'situation' vs. standing around like a stunned mullet for awhile."

**Ordering:**

Double-ended earplugs (which fit most of adult population) (NSN 6515-01-512-6072).
Single-ended plugs (for smallest ear canals) (NSN 6515-01-512-6072).

**For More Information:** See Fact Sheet 51-004-0204 at http://chppm-www.apgea.army.mil/fs.htm and http://chppm-www.apgea.army.mil/hcp//

USACHPPM