# EXHIBIT 19

# 40 CFR § 211.204-1 - Information content of primary label.

CFR

**§ 211.204-1 Information content of primary label.**

The information to appear on the primary label must be according to § 211.104 of subpart A except as stated here and shown in Figure 1 of § 211.204-2:

**(a)** Area A must state "Noise Reduction Rating."

**(b)**

**(1)** Area B must state the value of the Noise Reduction Rating (NRR) in decibels for that model hearing protector. The value stated on the label must be no greater than the NRR value determined by using the computation method of § 211.207 of this subpart.

**(2)** For devices with headbands that are intended for use with the headband in different positions, the worst case NRR must be specified. The top of Area B must state the position(s) associated with that NRR. The other positions and the respective NRRs must be included with the supporting information specified in § 211.204-4.

**(c)** Area C must contain the statement "The range of Noise Reduction Ratings for existing hearing protectors is approximately 0 to 30 (higher numbers denote greater effectiveness)."

**(d)** At the bottom of Area A-B, there must be the phrase "(When used as directed)."

[44 FR 56127, Sept. 28, 1979, as amended at 45 FR 8275, Feb. 6, 1980]



## CFR Toolbox

Law about... Articles from Wex
Table of Popular Names
Parallel Table of Authorities
How current is this?


3/27/2020 | 40 CFR § 211.204-1 - Information on product primary label. | CFR | US Law | LII / Legal Information Institute

Case 3:19-md-02885-MCR-HTG   Document 1071-20   Filed 04/01/20   Page 4 of 7

ACCESSIBILITY

ABOUT LII

CONTACT US

ADVERTISE HERE

HELP

TERMS OF USE

PRIVACY



# 40 CFR § 211.206-1 - Real ear method.

CFR

## § 211.206-1 Real ear method.

**(a)** The value of sound attenuation to be used in the calculation of the Noise Reduction Rating must be determined according to the "Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Earmuffs." This standard is approved as the American National Standards Institute Standard (ANSI STD) S3.19-1974. The provisions of this standard, with the modifications indicated below, are included by reference in this section. Copies of this standard may be obtained from: American National Standards Institute, Sales Department, 1430 Broadway, New York, New York 10018.

**(b)** For the purpose of this subpart only, sections 1, 2, 3 and appendix A of the standard, as modified below, shall be applicable. These sections describe the "Real Ear Method." Other portions of the standard are not applicable in this section.

**(1)** The sound field characteristics described in paragraph 3.1.1.3 are "required."

**(2)** Sections 3.3.2 and 3.3.3 shall be accomplished in this order during the same testing session. Any breaks in testing should not allow the subject to engage in any activity that may cause a Temporary Threshold Shift.

**(3)** Section 3.3.3.1(1) shall not apply. Only "Experimenter fit" described in Section 3.3.3.1(2) is permitted.

**(4)** Section 3.3.3.3 applies to all devices except custom-molded devices. When testing custom-molded devices, each test subject must receive his own device molded to fit his ear canal.

[44 FR 56139, Sept. 28, 1979, as amended at 45 FR 8275, Feb. 6, 1980]

##  CFR Toolbox

Law about... Articles from Wex
Table of Popular Names
Parallel Table of Authorities
How current is this?

ACCESSIBILITY

ABOUT LII

CONTACT US

ADVERTISE HERE

HELP

TERMS OF USE

PRIVACY

[LII]