# EXHIBIT 20

ANSI S3.19-1974

REF: 62,703

# ACOUSTICAL SOCIETY OF AMERICA

## Standard

**Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Earmuffs**

Approved by the American National Standards Institute

ASA STD 1-1975

Standards Secretariat
Acoustical Society of America
335 East 45th Street, New York, New York 10017



Published by the American Institute of Physics for the Acoustical Society of America

ASA STD 1-1975

# ACOUSTICAL SOCIETY OF AMERICA STANDARD
## Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Earmuffs

Standards Secretariat
Acoustical Society of America
335 East 45th Street
New York, New York 10017

Published by the American Institute of Physics for the Acoustical Society of America

## ACOUSTICAL SOCIETY OF AMERICA STANDARDS

The Acoustical Society of America is the sponsor of American National Standards Committees S1 on Physical Acoustics, S2 on Shock and Vibration (the American Society of Mechanical Engineers is co-sponsor of Standards Committee S2), and S3 on Bioacoustics. Standards developed by these committees, which have wide representation from the technical community (manufacturers, consumers, and general-interest representatives alike) are published by the Acoustical Society of America as Acoustical Society standards after approval by its standards committee.

These standards are developed as a public service to provide standards useful to the public, industry, and consumers, and to Federal, State, and local governments.

This standard was approved by the American National Standards Institute as ANSI S3.19-1974 on 14 August 1974. The following comments therefore apply:

An American National Standard implies a consensus of those substantially concerned with its scope and provisions. An American National Standard is intended as a guide to aid the manufacturer, the consumer, and the general public. The existence of an American National Standard does not in any respect preclude anyone, whether he has approved the standard or not, from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the standard. American National Standards are subject to periodic review and users are cautioned to obtain the latest editions.

*Caution Notice:* An American National Standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute require that action be taken to reaffirm, revise, or withdraw this standard no later than five years from the date of publication.



Copyright © 1975 by the Acoustical Society of America. No portion of this publication may be quoted or reproduced in any form without permission of the Acoustical Society of America

# FOREWORD

(This Foreword is not a part of Acoustical Society of America Standard Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Earmuffs, ASA STD 1-1975.)

This standard specifies the definitions, requirements, and procedures for the measurement of acoustical performance of personal hearing protection devices. It is a revision of American National Standard for the Measurement of the Real-Ear Attenuation of Ear Protectors at Thresholds, Z24.22-1957. The principal changes are the inclusion of a method for the measurement of physical attenuation of earmuff devices and the substitution of narrow bands of noise instead of discrete tones as the test stimuli. The physical measurement method is intended for production test and engineering design; it is not suitable for earplug testing. This standard is not appropriate to the evaluation of hearing-protective devices designed to operate exclusively against impulsive noise.

Performance requirements for personal hearing-protective devices and requirements for their selection, use, care, and maintenance will be specified separately in a future American National Standard.*

American National Standards Committee on Bioacoustics S3, under whose jurisdiction this standard was developed, has the following scope:

> Standards, specifications, and methods of measurement and testing in the fields of psychological and physiological acoustics, including aspects of general acoustics, noise, shock, and vibration, which pertain to biological safety, tolerance, and comfort.

Suggestions for improvement of this standard will be welcome. They should be sent to the Standards Secretariat, Acoustical Society of America, 335 East 45th Street, New York, New York 10017.

Robert W. Benson, *Chairman* Ira J. Hirsh, *Vice-Chairman* Avril Brenig, *Secretary*

---

This standard was processed and approved for publication by the Acoustical Society of America, following approval by American National Standards Committee on Bioacoustics S3. Committee approval of the standard does not necessarily imply that all committee members voted for its approval. At the time it approved this standard, the S3 Committee had the following members (organizations/representatives):

Acoustical Society of America • Robert W. Benson, Ira J. Hirsh
Air Conditioning and Refrigeration Institute • A. C. Potter, R. J. Evans (*Alt*)
American Academy of Ophthalmology and Otolaryngology • Aram Glorig
American Conference of Governmental Industrial Hygienists • D. C. Gasaway
American Industrial Hygiene Association • Paul L. Michael, Thomas B. Bonney (*Alt*)
American Insurance Association • John Ogden, J. Robinson (*Alt*)
American Iron and Steel Institute • James H. Botsford
American Mutual Insurance Alliance • Robert L. Young, S. E. Pihl (*Alt*)
American Otological Society, Inc. • Juergen Tonndorf
American Petroleum Institute • Fred S. Venable
American Society for Testing and Materials • Lewis S. Goodfriend
American Society of Heating, Refrigerating, and Air Conditioning Engineers • Peter K. Baade, Nicholas A. La Courte (*Alt*)
American Society of Mechanical Engineers • A. E. Hirsch
American Society of Safety Engineers • J. Radcliffe, J. Roumas (*Alt*)
American Speech and Hearing Association • William Melnick
Association of Home Appliance Manufacturers • R. S. Musa
Canadian Standards Association (liaison) • Thomas D. Northwood, R. Brownlee (*Alt*)
Electric Light and Power Group • J. L. McCabe, C. K. Poarch (*Alt*)
Electronic Industries Association • F. X. Worden, William W. Lang (*Alt*)
Environmental Protection Agency (liaison) • R. Marrazzo
Hearing Aid Industry Conference Inc. • Samuel F. Lybarger
Industrial Medical Association • Joseph D. Sataloff, H. N. Schultz (*Alt*)
Industrial Safety Equipment Association, Inc. • F. Lotito, Richard Campbell (*Alt*), C. N. Sumwalt (*Alt*)
Institute of Electrical and Electronics Engineers • Herman R. Silbiger, F. L. Thurstone (*Alt*)
National Bureau of Standards • Edith L. R. Corliss, Pearl G. Weissler (*Alt*)
National Electrical Manufacturers Association • R. S. Musa, Richard J. Wells (*Alt*)
Society of Automotive Engineers, Inc. • Ralph K. Hillquist, R. N. Janeway, H. L. Martin (*Alt*)
Telephone Group • John L. Sullivan
Ultrasonic Manufacturers Association • John Antonevich
U. S. Department of the Air Force (liaison) • H. E. von Gierke, C. Nixon (*Alt*)
U. S. Department of the Army, Electronics Command • M. Weinstein
U. S. Department of the Army, Human Engineering Laboratory • G. R. Price, D. C. Hodge (*Alt*)

*A standard on Occupational and Educational Personal Hearing-Protective Devices is under development by American National Standards Committee Z137.



3M Confidential 3M00011404

Confidential - Subject To Protective Order 3M_MDL000011404

U. S. Department of the Army, Medical Corps • D. W. Worthington
U. S. Department of Housing and Urban Development • George E. Winzer, R. Broun (*Alt*)
U. S. Department of the Interior, Bureau of Mines • A. Goodwin
U. S. Department of Labor, Occupational Safety and Health Administration • F. A. Van Atta, G. W. Daubenspeck (*Alt*)
U. S. Department of the Navy, Bureau of Medicine and Surgery • J. Donald Harris
U. S. Department of the Navy, Naval Ship Systems Command • John R. Ruff
U. S. Department of Transportation • Charles R. Foster
U. S. Public Health Service • R. D. Willson, A. Cohen (*Alt*)

---

Individual members of the S3 Committee were:

| | |
|---|---|
| Laurence Batchelder | Walter Koidan |
| Raymond R. Bouche | Karl D. Kryter |
| Richard K. Cook | William W. Lang |
| Hallowell Davis | Harry Levitt |
| Kenneth M. Eldred | Wayne Rudmose |
| E. E. Gross Jr. | H. E. von Gierke |
| Vern O. Knudsen | Robert W. Young |

The S3-52 Writing Group on Measurement of Hearing Protectors, which was responsible for the development of this standard, had the following personnel:

Charles W. Nixon, *Chairman*

| | |
|---|---|
| Fred P. Beguin | Elaine Schiller |
| Robert W. Benson | Gerald A. Studebaker |
| John L. Fletcher | George J. Thiessen |
| Paul L. Michael | John C. Webster |

The physical measurement procedure section of the standard was formulated in cooperation with Subcommittee 30.10 of the Standards Committee of the IEEE Group on Audio and Electroacoustics, which had the following personnel:

M. Copel, *Chairman*
Fred P. Beguin, *Vice-Chairman*
R. H. Campbell, *Secretary*

| | |
|---|---|
| C. J. Boyer | D. Kliewer |
| B. Cochran | Paul L. Michael |
| R. P. Devaney | William B. Wadsworth |
| A. Di Mattia | W. R. Walters |
| E. Joscelyn | Pearl G. Weissler |

Consultants who worked with IEEE Subcommittee 30.10 were:

| | |
|---|---|
| C. W. Nixon | R. W. Benson |

## CONTENTS

1 GENERAL

1.1 Scope . . . . . 1
1.2 Real-Ear Protection Method . . . . . 1
1.3 Physical Attenuation Method . . . . . 1
1.4 Applications . . . . . 1

2 DEFINITIONS

2.1 Hearing Protector . . . . . 1
2.2 Open Threshold of Audibility . . . . . 1
2.3 Occluded Threshold of Audibility . . . . . 1
2.4 Real-Ear Protection at Threshold . . . . . 2
2.5 Dummy Head . . . . . 2
2.6 Earmuff Attenuation . . . . . 2
2.7 Random Incidence Field . . . . . 2
2.8 Reverberation Time . . . . . 2

3 REAL-EAR METHOD (Primary)

3.1 Physical Requirements . . . . . 2
3.2 Listeners . . . . . 4
3.3 Test Procedures . . . . . 4
3.4 Processing and Reporting the Data . . . . . 5

4 PHYSICAL METHOD (Supplemental)

4.1 Physical Requirements . . . . . 6
4.2 Test Procedures . . . . . 7
4.3 Reporting the Data . . . . . 8

APPENDIX A: Calculation of Maximum Permissible Noise Levels . . . . . 9

TABLES

Table 1 Maximum Permissible Ambient Noise . . . . . 2
Table 2 Allowable Random Incidence Field Response Variation . . . . . 3
Table A1 Data for Calculating Maximum Permissible Noise Levels . . . . . 9

FIGURES

Fig. 1 Dummy Head . . . . . 6
Fig. 2 Acoustic Isolation Test Cup . . . . . 7
Fig. 3 Force Measurement System . . . . . 8

# Acoustical Society of America Standard Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Earmuffs

## 1 GENERAL

### 1.1 Scope

This standard specifies the psychophysical procedures, physical requirements, and means of reporting results for measuring the protective and attenuation characteristics of wearable devices that are used to protect the auditory system against excessive sound.[1]

### 1.2 Real-Ear Protection Method

Procedures described in the real-ear (primary) method are performed by psychoacoustic test on human subjects and are designed to measure real-ear protection at hearing threshold for completely developed hearing protectors. This primary method is described in Section 3.

### 1.3 Physical Attenuation Method

Procedures described in the physical attenuation (supplemental) method are performed by physical test on a dummy head and are designed to measure sound attenuation at relatively high sound pressure levels.[2] The physical attenuation test is intended to supplement the real-ear protection test and it is described in Section 4.

### 1.4 Applications

The primary method of this standard applies to communication units, special helmets including safety helmets, pressure suits and other systems with sound-protective features, and to hearing-protective devices used in combination with one another, that is, earplugs plus earmuffs. The supplemental method applies to earmuff-type devices and provides data for use in earmuff design and production quality control, as well as for various other attenuation performance specification purposes. Earplugs may not be evaluated by this method. Neither the primary nor supplemental method is applicable for testing the nonlinear devices, amplitude-sensitive devices, and other hearing-protective devices with features designed to operate exclusively against impulsive noises. These devices are included only insofar as their performance complies with the requirements of the standard. Standard methods for the real-ear evaluation of these devices are not established; consequently, the effectiveness of their special features cannot be adequately described in a uniform manner.

[1] The psychophysical procedures and physical requirements specified in this standard are documented in the following technical report: P.L. Michael and D.F. Bolka, "An Objective Method for Evaluating Ear Protectors," Technical Report, Public Health Service, U.S. Department of Health, Education, and Welfare (15 June 1972).

[2] A real-head physical attenuation method (that is, microphone under an earcup worn by subject), as has sometimes been applied in research and development work, is not standardized in this document. Data and experience with this method have been examined and found to be insufficient for development of a uniform procedure suitable for standardization at this time.

## 2 DEFINITIONS

### 2.1 Hearing Protector

A device that is worn to prevent the harmful effects of sound on the auditory system.

2.1.1 **Earplug.** A hearing protector worn within the external ear canal (aural) or in the concha against the entrance to the external ear canal (semi-aural).

2.1.2 **Earmuff.** A hearing protector usually comprised of headband and earcups with a soft outer ring intended to fit snugly against the pinna (supra-aural) or the sides of the head around the pinna (circumaural).

2.1.3 **Communication Headset.** A device (earplug or earmuff) designed primarily for communication which may also provide or be used for hearing protection.

2.1.4 **Helmet.** A device, sometimes functioning as a hearing protector, that usually covers a substantial part of the head.

### 2.2 Open Threshold of Audibility

The minimum effective sound pressure level for a specified signal that is capable of evoking an auditory sensation when a hearing protector is not worn.

### 2.3 Occluded Threshold of Audibility

The minimum effective sound pressure level, for a specified signal, that is capable of evoking an auditory sensation when the hearing protector under test is worn.



3M Confidential 3M00011407

Confidential - Subject To Protective Order 3M_MDL000011407

**TABLE 1.** Maximum permissible ambient noise.*

| Frequency in hertz | | | Octave band level in decibels |
|---|---|---|---|
| Limits | | | |
| Lower | Upper | Center | re 20 μN/m² (20 μPa) |
| 90 | 180 | 125 | 24 |
| 180 | 355 | 250 | 18 |
| 355 | 710 | 500 | 16 |
| 710 | 1400 | 1000 | 16 |
| 1400 | 2800 | 2000 | 14 |
| 2800 | 5600 | 4000 | 9 |
| 5600 | 11 200 | 8000 | 30 |

*The levels in Table 1 were obtained from the calculations in Appendix A. The octave band levels specified above are based on preferred center frequencies in accordance with American National Standard Preferred Frequencies and Band Numbers for Acoustical Measurements, S1.6-1967(1971), in order to correspond with third-octave-band test signals employed in this standard.

Any audible noise in the room is likely to cause masking over a portion of the range of test signals. This will elevate the open threshold and result in erroneously small values of real-ear protection for the device under test. Many rooms that cannot meet the limiting ambient noise continuously will be suitable if test periods are selected during times of minimum noise. In case extraneous noise becomes audible in such rooms, means should be employed whereby the listener may signal the tester to stop the test.

Physiological noises may occur under earmuff devices at sufficient levels to cause masking over the low-frequency portion of the range of test signals. This will elevate the occluded threshold and result in erroneously high values of real-ear protection for the device under test.

### 2.4 Real-Ear Protection at Threshold

The mean value (in decibels) of the occluded threshold (hearing protector in place) of audibility minus the open threshold of audibility (ears open and uncovered) for all listeners on all trials under otherwise identical test conditions.

### 2.5 Dummy Head

A device that approximates certain physical characteristics and dimensions of an average adult male human head and is used for measuring the attenuation of circumaural hearing protectors.

### 2.6 Earmuff Attenuation

The algebraic difference (in decibels) between the band pressure levels of the test signals measured at the microphone of the dummy head with and without the earmuff in position.

### 2.7 Random Incidence Field

A sound field in which the angle of arrival of sound at a given point is random in time.

### 2.8 Reverberation Time

The time that would be required for the mean-square sound pressure level, originally in a steady state, to fall 60 dB after the source is stopped.

## 3 REAL-EAR METHOD (Primary)

### 3.1 Physical Requirements

#### 3.1.1 Acoustic Environment of Test Room

*3.1.1.1 Ambient Noise.* The ambient noise (with instrumentation on and no test signal present) at the position of the listener in the test room shall not exceed the values given in Table 1, measured with the listener absent from the room.

*3.1.1.2 Test Sounds.* Third-octave bands of noise shall be used as test sounds for measuring real-ear protection at threshold for at least the bands with the following center frequencies: 125, 250, 500, 1000, 2000, 3150, 4000, 6300, and 8000 Hz. Test signals interrupted or pulsed a maximum of one time per second with a 50% duty cycle and without audible transients are required for the psychophysical procedures. When hearing protectors provide small or negative protection at some test bands, measurements should also be taken at the third-octave bands immediately adjacent to these bands and results reported in the data.

*3.1.1.3 Sound Field Characteristics.* An acceptable sound field as approximated by the following conditions is desired.

(1) The sound shall be generated in a room whose reverberation time in the test space (without subject) shall be between 0.5 and 1.6 seconds for each of the test bands.

(2) The sound pressure level measured at six positions relative to the center of the subject's head (without subjects), ± 10 cm (± 3.9 in.) in front-back dimension and ± 15 cm (± 5.9 in.) in the up-down and right-left dimensions, shall remain within a range of 6 dB for all test bands (see 3.1.1.2). The difference in sound pressure level between the right-left positions shall not exceed 2 dB.

*3.1.1.4 Sound Field Measurement.* A directional (cosine or cardioid) microphone that exhibits in its free-field polar response at least 10-dB front-to-side and front-to-back rejection for each test band shall be used to measure the sound field at the test space. The sound field shall be considered to approximate a random incidence field if, when the microphone is rotated about the center of the test space through 360° in each of the three perpendicular planes of the room, the observed sound pressure level in each test band remains within the variation allowed in Table 2.

3.1.2 Test Apparatus. Test equipment shall include the following: white noise generator, third-octave band filter set, control circuits (on-off switch and calibrated attenuators), loudspeakers with power amplifier, and a head-positioning device.

*3.1.2.1 White Noise Generator.* The signal source shall generate a signal voltage whose spectrum level measured in a band 1 Hz wide is uniform within ± 2 dB over the frequency range of 50 to 10 000 Hz.

*3.1.2.2 Third-Octave Filter Set.* A third-octave filter set whose particular bandwidths, band-edge frequencies, and other characteristics conform to those specified as Class III filters in American National Standard Specifications for Octave, Half-Octave, and Third-Octave Band Filter Sets, S1.11-1966 (R1971), shall be used. The mode of operation of the filters in changing from one contiguous band to another shall be a discrete step function; a gradual, continuously adjustable mode of change is not acceptable. Only filter sets allowing direct access to band outputs prior to summing shall be used.

*3.1.2.3 Control Circuits*

(1) Attenuators that provide a test signal range of at least 90 dB in each test frequency band shall be used. Attenuation steps shall be 2.5 dB or smaller. The attenuators shall be calibrated at levels at which the system is used, in the minimum steps, when connected in the system. Corrections for measured departures from linearity shall be applied to the data.

(2) Procedures which employ an attenuation network that is operated manually by the subject shall have some calibrated means to vary the signal presented to the subject attenuator. Performance characteristics of attenuation networks shall be at least equal to the requirements of (1).

(3) The signal on-off switch shall operate in such a manner that no transient or extraneous noises are audible to the normal ear. After operation of the switch, the time required for the sound pressure level of the test signal to rise from -20 to -1 dB, with reference to its final steady value, shall be not less than 0.02 second and not more than 0.10 second, and the time required for the sound pressure of the signal to fall by 20 dB shall be not less than 0.005 second and not more than 0.10 second. This requirement is consistent with American National Standard Specifications for Audiometers, S3.6-1969 (R1973), and shall be met by the electronic system feeding the loudspeakers.

*3.1.2.4 Loudspeakers*

(1) The loudspeakers used in conjunction with the apparatus described in 3.1.2 shall provide a sound field such that at any test band the sound pressure level at the listener's position can be varied from at least 20 dB above the occluded threshold of hearing to 10 dB below the open threshold of hearing. For most protective devices this is equivalent to a level of 70 dB above to a level of 10 dB below[3] the threshold of audibility.

(2) At least one loudspeaker shall be placed on the surface of each of the three major planes (ceiling-floor plane and two opposing wall planes) of the room.[4] Each loudspeaker shall be housed in a configuration that

TABLE 2. Allowable random incidence field response variation for corresponding microphone free-field rejection.*

| Microphone free-field rejection (dB) | Allowable random incidence field response variation |
|---|---|
| > 25 | 6 |
| 20 | 5 |
| 15 | 4 |
| 10 | 3 |
| < 10, microphone not suitable | |

*The variation in microphone response as the microphone is rotated in a random incidence field is related to the directional characteristics of the microphone and the degree of randomness of the field. Allowable sound field response variations must be presented in terms of the free-field directional response characteristic of the microphone. Table 2 presents the free-field rejection values of directional microphones and corresponding allowable sound field variations for purposes of this standard. The microphone free-field rejection may be obtained by measurement or from the microphone manufacturer.

[3] This may be calculated on the basis of electrical calibration.

[4] In order to achieve the desired sound field, it may be necessary to employ as many as nine loudspeakers, three in each room plane. A simple installation is to mount three individual

approaches an "infinite" baffle. No loudspeaker shall have its axis oriented directly toward the subject (minimum orientation of 5° off).

*3.1.2.5 Head-Positioning Device.* Some means shall be used to provide a reference for maintaining the listener's head in a constant position (not a head rest; a plumb bob to the nose of the listener has proved acceptable). This device shall not transmit to the listener's head any vibrations that might affect the measurements or present a reflective or absorptive surface that might alter the level of the sound at the ears of the subject.

3.1.3 **Distortion.** The entire system shall produce less than 5% total harmonic distortion, measured at the position of the subject's head, while the stimulus system is operated at maximum sound pressure level, with discrete tone inputs corresponding to the center frequencies of the test bands ranging from 250 to 6300 Hz. When the test room is excited with a test band at maximum sound pressure level, the levels measured in adjacent bands shall be consistent with the filter characteristics specified for the third-octave band filter, Class III, on page 16 of American National Standard S1.11-1966 (R1971).

3.1.4 **Earmuff Device Force Measurement.** Some means shall be provided for the measurement of force exerted against the sides of the head by earmuff devices mounted on suspension systems. The measurements shall represent the force found in new, unused hearing protectors separated to a distance of 14.35 cm (5.65 in.) between earcups (medium head width) and 13.08 cm (5.15 in.) between the inside of the headband and an imaginary line through the pivot points of the attachments of the headband to the earcups (median head height). These data shall be reported along with the real-ear protection data.

## 3.2 Listeners

3.2.1 Listeners to be used in the tests described in the following section shall have hearing threshold levels in either ear no higher than 10 dB at the 250-1000-Hz test frequencies and no higher than 20 dB at any other test frequency as measured by a standard audiometer (American National Standard S3.6-1969).

3.2.2 No listener shall be selected as a subject for these tests whose variability for the open threshold of audibility described under 3.3.2 is such that the range on three successive open threshold measurements at any test band between the 250- and 4000-Hz bands is greater than 6 dB.

3.2.3 Listeners who satisfy the other requirements of this standard and who do obtain an adequate fit with the test item (3.3.3.1) may not be dismissed for reporting small amounts of protection. In reporting the results, listeners for whom an adequate fit cannot be obtained should be noted, but should not be included in the evaluation.

## 3.3 Test Procedures

### 3.3.1 Instructions to Listeners

*3.3.1.1* Listeners shall be completely informed regarding the test situation and procedure.

*3.3.1.2* The listener shall be seated in such a way that, using the head-positioning reference device, the listener's head will be placed in the same "fixed" position in the sound field for all repeated measurements.

### 3.3.2 Open Threshold of Audibility

*3.3.2.1 Procedure*

(1) In order to allow for accommodation to the test situation, listeners shall be seated in the test room, with no signals present, for a minimum period of 5 minutes prior to the initial trial of a test session, after which time the threshold determinations may begin. The listener should not have been exposed to excessive noise for at least 1 hour prior to the test.

(2) The listener's ears shall be uncovered and unprotected. The control attenuation for each of the test bands listed in 3.1.1.2 shall be varied until a level is reached at which the signal is just audible.[5] This level shall be the open threshold of audibility. An open threshold for all test bands shall be measured immediately before or after each set of occluded thresholds, the order to be alternated.

(3) Any psychophysical or audiometric technique[6] suitable for threshold determinations of individual signals within the limits of 3.1.1.2 shall be used, and the same technique shall be used for measuring the open and the occluded thresholds.

(4) Some means shall be provided to vary each presentation so that the level of the test signal presented

loudspeakers on each of three single sheets of plywood (at least 1.9 cm or 0.75 in. thick), one for each of the three room planes (axes). At least one 30.5 cm or 12 in.–or larger–diameter loudspeaker should be employed in each room plane. Base reflex, ducted port, acoustic suspension, etc., loudspeaker systems should not be used.

[5] A recommended procedure is to present the signal at an audible level, to decrease the level until the signal is not heard, and then to increase the level until the tone is just heard. Threshold level is considered to be the lowest level of the signal which is heard on at least 50% of the trials during three or four ascents and descents across this lowest-level value.

[6] I.J. Hirsh, *Measurement of Hearing* (McGraw-Hill, New York, 1952), Chap. 4, pp. 95-101; or D.E. Robinson and C.S. Watson, "Psychophysical methods in modern psychoacoustics," in *Foundation of Modern Auditory Theory*, J.V. Tobias, Ed. (Academic, New York, 1972), Vol. 2, Chap. 3.

to the subject attenuator shall differ from trial to trial. The total value recorded for each trial shall be the variation introduced by the experimenter combined with the subject's response and shall be reflected in the subject's attenuator setting.

*3.3.2.2 Recording Data.* The final results of the hearing protection test will be expressed in terms of the difference between attenuator settings, that is, the mean-occluded minus the mean-open threshold levels in decibels. Therefore, only attenuator settings (which represent threshold levels) need to be recorded.

#### 3.3.3 Determining Occluded Threshold of Audibility

*3.3.3.1 Fitting Hearing Protectors.* The fitting of hearing-protective devices is critical to acoustic fit and the amount of hearing protection obtained; therefore, the method of installation for occluded threshold determinations shall be reported as "subject (average) fit" or "experimenter (best) fit." Eyeglasses should not be worn during earmuff evaluations. Special studies of earmuff effectiveness with eyeglasses should be clearly identified.

(1) *Subject Fit.* The experimenter is to give each listener precise instructions on fitting the hearing protectors, in accordance with instructions from the manufacturer, and to select the proper size hearing protector for the listener. Earplugs shall be inserted and earmuffs shall be put on by the listener. Additionally: (a) After the hearing protector has been installed, a white noise shall be introduced whose overall sound pressure level at the listener's position is 60 to 70 dB with reference to 20 $\mu N/m^2$ (20 $\mu Pa$). The listener shall be instructed to manipulate the hearing protector until satisfied that the noise is minimal. (b) After the test is begun, further manipulation of the hearing protector in order to gain attenuation approvement at a specific test signal is prohibited.

(2) *Experimenter Fit.* When optimum protector performance is desired, the experimenter shall personally check each hearing protector installation to assure a good fit and acoustic seal after 3.3.3.1(1)(a) is completed. When he deems necessary, the experimenter shall reinsert earplugs and readjust other protectors to a "best" fit prior to testing but not after the test has begun. The results obtained using this fitting procedure shall be reported as "experimenter fit" protection.

*3.3.3.2 Occluded Threshold Levels.* After the hearing protector has been installed in accordance with 3.3.3.1, a threshold of audibility for the test signals shall be measured in exactly the same way as prescribed for the open thresholds (3.3.2). These levels shall be the occluded thresholds.

*3.3.3.3 Number of Hearing Protector Units.* A minimum of two individual units of a hearing protector model that is manufactured in standard sizes shall be used alternately in the execution of this test.

### 3.4 Processing and Reporting the Data

3.4.1 **Minimum Samples.** The real-ear protection at threshold for each listener shall be based, for each test signal, on measures of open thresholds made on no less than three separate trials and on measures of occluded thresholds made on no less than three separate trials. Each separate trial shall include a refit of the hearing protector. Frequent rest periods shall be provided the subject during the threshold determinations. Measurements shall be made on not less than ten subjects.

3.4.2 **Measurements to Be Reported.** The measurements shall be summarized for at least each of the nine specified test signals (one-third octave band) in terms of a grand mean and a standard deviation of the protection values. Standard deviations ($\sigma$) shall be computed using the formula

$$\sigma = \sqrt{\frac{\Sigma d^2}{N-1}},$$

where $d$ is the difference between the grand mean and an individual observation and $N$ is the number of observations (30, ten subjects with three measures each). There will be as many real-ear protections and standard deviations as there are test signals, and the data shall, therefore, be summarized in a table or graph that displays real-ear protection at threshold and standard deviation as a function of the frequency of the one-third-octave test bands of noise.

*3.4.2.1* When hearing protection data are presented in graphic form, a paper shall be used whose frequency scale along the abscissa is in equal intervals of one-third-octave-band center frequencies and whose hearing protection scale along the ordinate is linear in decibels. The length for a decade of third octaves shall be equal to the length for 25 dB.

*3.4.2.2* The method used to establish that the ambient noise level in the test room did not mask thresholds of audibility (3.1.1.1) shall be described.

*3.4.2.3* Listeners shall be described in terms of age, sex, and manner of selection.

*3.4.2.4* The psychophysical procedure used for obtaining thresholds (3.3.2 and 3.3.3) shall be described.

*3.4.2.5* The manner of hearing protector installation shall be described as subject fit or experimenter fit and also noted on the graphic or tabular displays of the protection data.

*3.4.2.6* The earmuff force measurements shall be described and noted on the graphic or tabular displays, or both, of the hearing-protection data.



Confidential - Subject To Protective Order 

## 4 PHYSICAL METHOD (Supplemental)

### 4.1 Physical Requirements

#### 4.1.1 Test Room

*4.1.1.1 Acoustic Test Field.* A random incidence sound field, as approximated by the following conditions, is desired for each third-octave-band test frequency from 80 to 10 000 Hz.

(1) A broad-band electrical noise source, whose spectrum level in 1-Hz bands is uniform within ± 2 dB over the frequency range of 50 to 12 500 Hz, shall be presented to a third-octave contiguous filter set ranging from 80 to 10 000 Hz center frequency to provide the test signals. Each of the test bands beginning at 125 Hz and extending to 8000 Hz center frequency shall be measured.

(2) The band pressure level at the microphone for each test band frequency shall be not less than 85 dB with reference to 20 $\mu N/m^2$ (20 $\mu Pa$) and shall be at least 60 dB higher than the level of the test room ambient noise in each test frequency band.

(3) The random incidence characteristics of the sound field shall be determined in accordance with 3.1.1.4. The sound field used in the primary method is adequate for the physical measures when the band pressure level requirement of (2) is satisfied.

#### 4.1.2 Apparatus

*4.1.2.1 Dummy Head.* The dummy head shall be constructed in accordance with the critical surface dimensions as shown in Fig. 1. The two nonparallel surfaces, representing the sides of the human head, and the curved surface representing the top of the human head shall be covered with artificial flesh.[7] There shall also be provided in one or both surfaces, as shown in Fig. 1, a centrally located mounting means that shall accept a laboratory standard type microphone (American National Standard type L or M pressure microphone) or




FIG. 1. Dummy head.

NOTES:

(1) All dimensions are references to the hard surface beneath the artifical flesh.

(2) Dashed lines indicate unspecified contour or structure.

(3) Tolerance is ± 2.0 mm unless otherwise noted.

(4) The configuration of the dummy head was formulated by Subcommittee 30.10 of the Standards Committee of the IEEE Group on Audio and Electroacoustics.

3M Confidential 3M00011412

Confidential - Subject To Protective Order 3M_MDL000011412

FIG. 2. Acoustic isolation test cup.




NOTES: One metal cup fabricated to the dimensions shown has provided adequate isolation in practice.

a microphone normally used on an American National Standard type II sound level meter. Adapters shall be used with microphones having outside diameters less than 0.936 in. ± 0.0002 in. The diaphragm of the microphone shall be coplanar with the outer surface of the artificial flesh.

(1) The acoustic isolation of the dummy head shall be no less than 60 dB in any test frequency band in the range of interest. Isolation shall be determined as the difference at each test band between the output of the microphone uncovered and of the microphone covered with a thick-walled metal cup, grease sealed to the hard surface of the dummy head (before artificial flesh is attached). A sample test cup is shown in Fig. 2.

(2) The artificial flesh shall be fabricated to a thickness of 6.0 mm ± 1.0 mm (0.2 in. ± 0.04 in.) and applied to the critical surface as shown in Fig. 1. The material as applied shall exhibit a reading of 20 ± 5, when measured with a Shore "00" durometer, or the equivalent.

*4.1.2.2 Observed Sound Pressure Level Apparatus.* An automatic graphic level recorder (pen speed of 10 mm/sec and paper speed of 25 mm/sec have proved satisfactory) synchronized with either a stepping-type or a continuously swept third-octave filter set is the recommended instrument for measuring the sound pressure level. A manually scanned filter may be used with a voltmeter readout (slow meter response is mandatory). A simultaneous visual/graphic analyzer or a standard sound pressure level meter with third-octave-band analyzer may also be employed. The measuring system used shall be calibrated to measure band pressure level with reference to 20 $\mu$N/m$^2$ (20 $\mu$Pa).

[7] One suitable artificial flesh material has the trade name "Satin Flex Plastiflex 664" and is obtainable from General Fabricators, Inc., 11826 Sheldon Street, Sun Valley, California 91352. When the material is supplied in bulk form, it needs to be made into the thin sheets required by this standard in accordance with the vendor's instructions for working with the material.

*4.1.2.3 Headband Force Apparatus.* The apparatus for the measurement of headband force is described in Fig. 3.

## 4.2 Test Procedures

### 4.2.1 Attenuation Measurement

*4.2.1.1 Earmuff Placement.* The earmuff shall be positioned in the following manner: The adjustable headband shall be extended to its largest size. The hearing protector shall be spread and placed on the dummy head with the circumaural seals centrally located on the appropriate surfaces. The headband shall be contracted so as to rest firmly upon the curved surface of the dummy head.

NOTE: Nape spring hearing protectors or those that do not have rigid headband springs shall be positioned on the dummy head in accordance with manufacturer's instructions. The applicable conditions of 4.2.1.1 shall be met.

*4.2.1.2 Measurement.* The band pressure levels at the microphone shall be measured for the acoustic test field without earmuffs. The hearing protector shall be placed over the microphone in accordance with 4.2.1.1 and the band pressure levels measured again. Readings are taken at the preferred center frequency when continuously swept filter sets are used.

(1) The measurements shall be taken for each earcup of the hearing protector in position covering the test microphone.

(2) When the measured difference in band pressure levels between the right and left earcups is less than 5 dB, the arithmetic average of the two values shall be reported. When the measured difference between earcups is 5 dB or greater, the attenuation of each earcup shall be reported.

*4.2.1.3 Hearing Protector Attenuation.* The algebraic difference in band pressure level, in decibels, for each




**FIG. 3.** Force measurement system.

NOTES:

(1) A: Centerline passes through pivot point of earcup attachment to headband.

(2) B: After correct headband distance is obtained, move out of way for force measurement.

(3) *Construction:* Almost any material can be used providing that the units are made sufficiently rigid. The only critical dimensions are the earcup separation distance (14.35 cm or 5.65 in.) and the headband extension distance (13.08 cm or 5.85 in.). For best results, dimension "a" should be 12.0 cm (4.72 in.) to 15.0 cm (5.90 in.) and dimension "c" should be 30.5 cm (12 in.). A good free-working hinge with a small center pin is satisfactory as the pivot point. Weight is recommended to be about 900 g (about 2 lb).

(4) *Calibration:* With the pointer aligned, the distance between the two faces must be read 14.35 cm ± 0.2 cm. If the construction is such that the weight can be moved over the pivot point, then the zero force location is found by positioning the weight where it just balances. The force ($F$) at any location at a distance $b$ that the weight has moved from the zero point is found by $F=b\,W/a$. A scale of grams (pounds) can be marked.

(5) *Operation:* The earmuff to be measured is positioned so that the points of attachment of the headband to the earcups are located at the centerline marks (13.08 cm) and the headband contacts the vertical post. The post is moved away, and the weight is positioned to where the pointers are aligned. The force is read from the scale which converts weight location into grams. When the pointers are aligned, the distance of 14.35 cm is automatically satisfied.

(6) *Accuracy:* The positioning of the earcup must be done with care in order to ensure that the point of attachment of the cup to the headband is the distance $a$ from the pivot point. Practically, this is the largest source of error. With care, the position will be in error less than 0.3 cm for a maximum measurement error of 0.3 cm ÷ 12 cm = 2.6% (2.1% for $a$ = 15 cm). Actual measurements of ten different hearing protectors by three different persons have shown that 95% of the measurements will be within ± 5 g (about 2 ounces).

test frequency band with and without the hearing protector in place on the dummy head is considered to be the attenuation of the device.

### 4.3 Reporting the Data

4.3.1 The hearing protector attenuation data shall be presented in graphic form, with the data points connected by straight lines, on a paper whose frequency scale along the abscissa is in equal intervals of one-third-octave-band center frequencies and whose attenuation scale along the ordinate is linear in decibels. The length for a decade of third octaves shall be equal to the length for 25 dB. The ordinate shall be labeled in 14 equal intervals of 5 dB ranging from 60 dB at the abscissa to - 10 dB. Subdivision of the ordinate is acceptable.

4.3.2 The graph shall be clearly labeled to indicate a physical measurement method. The date, model number, headband force, individual conducting the test, and any other appropriate data shall be included on the graph.

## Appendix A: Calculation of Maximum Permissible Noise Levels

This Appendix is not a part of Acoustical Society of America Standard Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Earmuffs, ASA STD 1-1975, but is included for information purposes only.

The maximum permissible noise levels in the octave bands contained in Table 1 of the standards were calculated applying the data in Table A1 to the following formula:

$$L_N = T + C_N - C_B ,$$

where the masking level is assumed to be zero,

$T$ = hearing threshold levels from ISO R226[A1] at ($re$ 20 $\mu$N/m$^2$) (20 $\mu$Pa),

$C_N = 10 \log_{10} (NB/1 \text{ Hz})$,

and

$C_B$ = critical band for two-ear listening.[A2]

**TABLE A1.** Data for calculating maximum permissible noise levels.

| Frequency (Hz) | Noise band (Hz) | $T$ (dB) | $C_N$ (dB) | $C_B$ (dB) | $L_N$ (dB) |
|---|---|---|---|---|---|
| 125 | 90– 180 | 20.8 | 19.5 | 16.0 | 24 |
| 250 | 180– 355 | 11.2 | 22.4 | 15.5 | 18 |
| 500 | 355– 710 | 6.0 | 25.5 | 15.5 | 16 |
| 1000 | 710– 1400 | 4.2 | 28.4 | 16.5 | 16 |
| 2000 | 1400– 2800 | 1.0 | 31.5 | 18.5 | 14 |
| 4000 | 2800– 5600 | - 3.9 | 34.5 | 21.0 | 9 |
| 8000 | 5600–11200 | 15.3 | 37.5 | 23.0 | 30 |

*Reduced from 10 to 9 dB to be equal to level in band centered at 3000 Hz.

[A1] ISO (International Organization for Standardization) Recommendation R226-1961, Normal Equal-Loudness Contours for Pure Tones and Normal Threshold of Hearing under Free Field Listening Conditions.

[A2] N. R. French and J. C. Steinberg, "Factors Governing the Intelligibility of Speech Sounds," J. Acoust. Soc. Am. **19**, 90–119 (1947), Fig. 7.

## ACOUSTICAL SOCIETY OF AMERICA
## STANDARDS SECRETARIAT

The ASA's standards program is the responsibility of ASA's Committee on Standards (ASACOS) and is executed by ASA's Standards Secretariat headed by its Standards manager.

The Acoustical Society of America is the sponsor of three standards committees of the American National Standards Institute (ANSI): S1 on Physical Acoustics, S2 on Mechanical Shock and Vibration (the American Society of Mechanical Engineers is co-sponsor of Standards Committee S2), and S3 on Bioacoustics, and is also responsible for the international activities of ISO/TC 43 on Acoustics, for which S1 and S3 serve as the technical advisory group. ASA also administers the international secretariat of ISO/TC 108 on Mechanical Vibration and Shock (on behalf of the American National Standards Institute) and provides the U.S. input via the technical advisory group for ISO/TC 108, which is Standards Committee S2.

Standards are produced in three broad areas: physical acoustics, mechanical shock and vibration, and bioacoustics, and are reaffirmed or revised every five years. The latest information on current ASA standards as well as those under preparation is available from the Standards Secretariat.

If you wish to order a copy or copies of this standard (or previous standards) as listed in the ASA Standards Catalog, please write to the following address:

Back Numbers Department, Dept. STD
American Institute of Physics
335 East 45th Street
New York, New York 10017

Telephone: (212) 685-1940

If you wish to have further information on the Standards Publication Program of the Acoustical Society, address your inquiries to:

Standards Manager
Standards Secretariat
Acoustical Society of America
335 East 45th Street
New York, New York 10017

Telephone: (212) 685-1940



# ACOUSTICAL SOCIETY OF AMERICA

*The Acoustical Society of America* was founded in 1929 to increase and diffuse the knowledge of acoustics and promote its practical applications. Any person or corporation interested in acoustics is eligible for membership in this Society.

Annual Dues: Fellows and Members, $35; Associates, $30; Associates after the 5th year, $35; Students, $10 (limit of 4 years); Sustaining Members, $200. Further information concerning membership, together with application blanks, may be obtained by addressing the Administrative Secretary of the Society.

## Officers 1974–1975

Murray Strasberg, *President*
Naval Ship Research and Development Center
Washington, D.C. 20034

Robert S. Gales, *President-Elect*
Naval Undersea Center
San Diego, California 92132

Arthur H. Benade, *Vice President*
Department of Physics
Case Western Reserve University
Cleveland, Ohio 44106

William S. Cramer, *Vice President-Elect*
Naval Ship Research and Development Center
Bethesda, Maryland 20034

Robert T. Beyer, *Treasurer*
Department of Physics
Brown University
Providence, Rhode Island 02912

Betty H. Goodfriend, *Administrative Secretary*
Acoustical Society of America
335 East 45th Street
New York, New York 10017

R. Bruce Lindsay, *Editor-in-Chief*
Department of Physics
Brown University
Providence, Rhode Island 02912

## Executive Councilmen

Edgar A.G. Shaw
Division of Physics
National Research Council
Ottawa, Ontario K1A 0S1, Canada

David M. Green
Department of Psychology and Social Relations
Harvard University
Cambridge, Massachusetts 02138

John C. Snowdon
Applied Research Laboratory
P.O. Box 30
State College, Pennsylvania 16801

David T. Blackstock
Applied Research Laboratories
University of Texas
Austin, Texas 78712

Edith L.R. Corliss
National Bureau of Standards
Washington, D.C. 20234

Lois L. Elliott
National Institutes of Health
Bethesda, Maryland 20014

Chester M. McKinney
Applied Research Laboratories
University of Texas
Austin, Texas 78712

## Standards Publication Program

Henning E. von Gierke, *Standards Advisor and Chairman of ASA Committee on Standards*
Biodynamics and Bionics Division
6570 AMRL (MRBA)
U.S. Department of the Air Force
Wright–Patterson AFB, Ohio 45433

Avril Brenig, *Standards Manager*
Standards Secretariat
Acoustical Society of America
335 East 45th Street
New York, New York 10017

Ervin E. Gross Jr., *Chairman, Standards Committee S1*
General Radio Company
300 Baker Avenue
Concord, Massachusetts 01742

R. R. Bouche, *Chairman, Standards Committee S2*
P.O. Box 2461
Pasadena, California 91105

Robert W. Benson, *Chairman, Standards Committee S3*
2970 Sidco Drive
Nashville, Tennessee 37204

## Technical Councilmen

W.J. Cavanaugh, *Architectural Acoustics*
J.E. West, *Engineering Acoustics*
P.C. Boomsliter, *Musical Acoustics*
G.E. Warnaka, *Noise*
O.K. Mawardi, *Physical Acoustics*
Irwin Pollack, *Psychological and Physiological Acoustics*
A.O. Sykes, *Shock and Vibration*
M.H.L. Hecker, *Speech Communication*
B.G. Hurdle, *Underwater Acoustics*