# EXHIBIT 21

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT WAS PROVIDED IN
NATIVE FORMAT UPON REQUEST.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential - Subject to Protective Order                                                                                3M_MDL000313390

INDIVIDUAL SUBJECT DATA

Test ID: 213015            Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug
Date: 1/25/00        Samples: 10        Position: NA        Comfort:                              3.1
Comments: Plugs are the green end of the Combat Arms Plug.
        Testing stopped after 8 subjects.

| Subj. | Trial | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | Comf. | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KJC | 1 | 32 | 30 | 32 | 32 | 32 | 38 | 37 | 39 | 41 | 31 | | S/S+ | 22.5 |
| | 2 | 28 | 30 | 32 | 24 | 26 | 39 | 37 | 44 | 44 | 27 | | | |
| | 3 | 34 | 31 | 35 | 32 | 31 | 42 | 44 | 50 | 45 | 30 | 3 | | |
| MKF | 1 | 30 | 26 | 31 | 25 | 32 | 40 | 36 | 44 | 49 | 31 | | XS-/XS- | 24.2 |
| | 2 | 38 | 35 | 40 | 34 | 34 | 44 | 46 | 50 | 51 | 37 | | | |
| | 3 | 35 | 34 | 37 | 31 | 32 | 41 | 44 | 51 | 49 | 34 | 1 | | |
| GWG | 1 | 17 | 23 | 26 | 22 | 31 | 38 | 39 | 49 | 49 | 19 | | M/M+ | 16.9 |
| | 2 | 40 | 40 | 41 | 39 | 36 | 38 | 46 | 49 | 50 | 37 | | | |
| | 3 | 39 | 39 | 38 | 40 | 34 | 42 | 44 | 50 | 47 | 37 | 3 | | |
| BAK | 1 | 27 | 22 | 19 | 20 | 25 | 35 | 40 | 46 | 45 | 29 | | XL/XL | 7.8 |
| | 2 | 49 | 48 | 53 | 43 | 41 | 53 | 49 | 55 | 45 | 45 | | | |
| | 3 | 41 | 37 | 37 | 28 | 33 | 46 | 46 | 51 | 47 | 37 | 2 | | |
| RTM | 1 | 19 | 25 | 21 | 24 | 30 | 32 | 31 | 37 | 35 | 19 | | L/M+ | 20.1 |
| | 2 | 33 | 27 | 29 | 28 | 34 | 38 | 40 | 39 | 45 | 28 | | | |
| | 3 | 23 | 21 | 22 | 26 | 32 | 33 | 33 | 33 | 38 | 26 | 2 | | |
| TLS | 1 | 44 | 43 | 40 | 34 | 37 | 39 | 39 | 48 | 39 | 40 | | M+/M | 28.3 |
| | 2 | 33 | 36 | 35 | 28 | 36 | 42 | 42 | 45 | 39 | 35 | | | |
| | 3 | 41 | 39 | 42 | 35 | 36 | 47 | 43 | 48 | 44 | 38 | 2 | | |
| TRS | 1 | 7 | 2 | -4 | 0 | 12 | 13 | 8 | 5 | 6 | 0 | | S/S | -12.5 |
| | 2 | 28 | 21 | 25 | 26 | 23 | 18 | 14 | 34 | 36 | 26 | | | |
| | 3 | 25 | 22 | 24 | 22 | 20 | 27 | 29 | 41 | 38 | 26 | 2 | | |
| JMW | 1 | 31 | 31 | 32 | 31 | 31 | 38 | 38 | 46 | 42 | 30 | | M/M+ | 9.1 |
| | 2 | 17 | 18 | 14 | 16 | 24 | 24 | 22 | 28 | 26 | 13 | | | |
| | 3 | 21 | 24 | 25 | 21 | 32 | 33 | 34 | 36 | 39 | 26 | 10 | | |
| Mean | | 30.5 | 29.3 | 30.3 | 27.5 | 30.6 | 36.7 | 36.7 | 42.4 | 41.2 | 29.2 | 3.1 | | 14.5 |
| sd(24) | | 9.9 | 9.8 | 11.4 | 8.9 | 6.3 | 9.0 | 10.1 | 10.5 | 9.5 | 9.6 | ---- | | ---- |
| sd(8) | | 7.2 | 7.8 | 8.4 | 5.8 | 5.5 | 8.2 | 9.2 | 8.4 | 7.5 | | 2.9 | | 13.1 |
| Q-Value | | 26.8 | 18.3 | 10.6 | 9.8 | 16.9 | | 16.6 | | 22.9 | | | | |

NRR     (2sd) =            10.9  (1sd) =            20.3  (0sd) =            29.1        NRR* - Individual 2sd NRR

| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
| 1 Q-Val. | 36.7 | 28.1 | 22.0 | 18.7 | 23.1 | | 26.1 | | 32.9 |
| 0 Q-Val. | 46.6 | 37.9 | 33.5 | 27.5 | 29.4 | | 35.7 | | 42.9 |

INDIVIDUAL NRR CALCULATIONS:

| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
| S. D. | 3.1 | 0.6 | 1.7 | 4.6 | 3.2 | 2.1 | 4.0 | 5.5 | 2.1 |
| Q-VALUE | 41.3 | 37.8 | 32.7 | 20.1 | 22.0 | | 32.4 | | 37.3 |
| S. D. | 4.0 | 4.9 | 4.6 | 4.6 | 1.2 | 2.1 | 5.3 | 3.8 | 1.2 |
| Q-VALUE | 42.4 | 30.4 | 30.0 | 20.8 | 29.2 | | 33.5 | | 45.2 |
| S. D. | 13.0 | 9.5 | 7.9 | 10.1 | 2.5 | 2.3 | 3.6 | 0.6 | 1.5 |
| Q-VALUE | 22.1 | 23.5 | 22.3 | 13.4 | 27.4 | | 34.3 | | 48.0 |
| S. D. | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| Q-VALUE | #REF! | #REF! | #REF! | #REF! | #REF! | | #REF! | | #REF! |
| S. D. | 11.1 | 13.1 | 17.0 | 11.7 | 8.0 | 9.1 | 4.6 | 4.5 | 1.2 |
| Q-VALUE | 32.8 | 18.2 | 5.5 | 7.0 | 15.8 | | 30.2 | | 43.6 |
| S. D. | 7.2 | 3.1 | 4.4 | 2.0 | 2.0 | 3.2 | 4.7 | 3.1 | 5.1 |
| Q-VALUE | 26.7 | 26.8 | 18.5 | 22.0 | 26.8 | | 25.6 | | 30.7 |
| S. D. | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| Q-VALUE | #REF! | #REF! | #REF! | #REF! | #REF! | | #REF! | | #REF! |
| S. D. | 5.7 | 3.5 | 3.6 | 3.8 | 0.6 | 4.0 | 2.1 | 1.7 | 2.9 |
| Q-VALUE | 44.1 | 40.9 | 35.0 | 24.8 | 34.0 | | 34.9 | | 40.3 |
| S. D. | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| Q-VALUE | #REF! | #REF! | #REF! | #REF! | #REF! | | #REF! | | #REF! |
| S. D. | 11.4 | 11.3 | 16.5 | 14.0 | 5.7 | 7.1 | 10.8 | 19.1 | 17.9 |
| Q-VALUE | 13.4 | 1.1 | -14.7 | -12.0 | 5.8 | | -0.7 | | -9.2 |
| S. D. | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| Q-VALUE | #REF! | #REF! | #REF! | #REF! | #REF! | | #REF! | | #REF! |
| S. D. | 7.2 | 6.5 | 9.1 | 7.6 | 4.4 | 7.1 | 8.3 | 9.0 | 8.5 |
| Q-VALUE | 24.7 | 19.9 | 8.7 | 7.4 | 19.1 | | 15.1 | | 19.7 |
| S. D. | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| Q-VALUE | #REF! | #REF! | #REF! | #REF! | #REF! | | #REF! | | #REF! |

DIXON'S OUTLIER TEST: EXTREME RANGES          Page 3 of 4

Test ID: 213015          Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug

Range in attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | | |
| KJC | 6 | 1 | 3 | 8 | 6 | 4 | 7 | 11 | 4 | 50 | 1 |
| MKF | 8 | 9 | 9 | 9 | 2 | 4 | 10 | 7 | 2 | 60 | 3 |
| GWG | 23 | 17 | 15 | 18 | 5 | 4 | 7 | 1 | 3 | 93 | 5 |
| BAK | 22 | 26 | 34 | 23 | 16 | 18 | 9 | 9 | 2 | 159 | 7 |
| RTM | 14 | 6 | 8 | 4 | 4 | 6 | 9 | 6 | 10 | 67 | 4 |
| TLS | 11 | 7 | 7 | 7 | 1 | 8 | 4 | 3 | 5 | 53 | 2 |
| TRS | 21 | 20 | 29 | 26 | 11 | 14 | 21 | 36 | 32 | 210 | 8 |
| JMW | 14 | 13 | 18 | 15 | 8 | 14 | 16 | 18 | 16 | 132 | 6 |
| Mean | 14.9 | 12.4 | 15.4 | 13.8 | 6.6 | 9.0 | 10.4 | 11.4 | 9.3 | | |
| Max. | 23 | 26 | 34 | 26 | 16 | 18 | 21 | 36 | 32 | | |
| r | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | |

Extreme value rejected if r > 0.477.   One-sided test of significance at $p<0.05$.
Rejected values are shaded.

Means

DIXON'S OUTLIER TEST: EXTREME MEANS                                                                Page 4 of 4

Test ID: 213015          Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug

Mean attenuation in dB across trials

|  | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Subj. | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 31.3 | 30.3 | 33.0 | 29.3 | 29.7 | 39.7 | 39.3 | 44.3 | 43.3 |
| MKF | 34.3 | 31.7 | 36.0 | 30.0 | 32.7 | 41.7 | 42.0 | 48.3 | 49.7 |
| GWG | 32.0 | 34.0 | 35.0 | 33.7 | 33.7 | 39.3 | 43.0 | 49.3 | 48.7 |
| BAK | 39.0 | 35.7 | 36.3 | 30.3 | 33.0 | 44.7 | 45.0 | 50.7 | 45.7 |
| RTM | 25.0 | 24.3 | 24.0 | 26.0 | 32.0 | 34.3 | 34.7 | 36.3 | 39.3 |
| TLS | 39.3 | 39.3 | 39.0 | 32.3 | 36.3 | 42.7 | 41.3 | 47.0 | 40.7 |
| TRS | 20.0 | 15.0 | 15.0 | 16.0 | 18.3 | 19.3 | 17.0 | 26.7 | 26.7 |
| JMW | 23.0 | 24.3 | 23.7 | 22.7 | 29.0 | 31.7 | 31.3 | 36.7 | 35.7 |
| Mean | 30.5 | 29.3 | 30.3 | 27.5 | 30.6 | 36.7 | 36.7 | 42.4 | 41.2 |
| Min. | 20.0 | 15.0 | 15.0 | 16.0 | 18.3 | 19.3 | 17.0 | 26.7 | 26.7 |
| Max. | 39.3 | 39.3 | 39.0 | 33.7 | 36.3 | 44.7 | 45.0 | 50.7 | 49.7 |
| Low r | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| High r | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

Extreme value rejected if r > 0.551.  Two-sided test of significance at p<0.05.
Rejected values are shaded.

| Subject | 125 | 250 | 500 | 1000 | 2000 | 4000 |  | 8000 |
|---|---|---|---|---|---|---|---|---|
| =B11 | =C11 | =D11 | =E11 | =F11 | =G11 | =H11 | =I11 | =J11 | =K11 |
| =B14 | =C14 | =D14 | =E14 | =F14 | =G14 | =H14 | =I14 | =J14 | =K14 |
| =B17 | =C17 | =D17 | =E17 | =F17 | =G17 | =H17 | =I17 | =J17 | =K17 |
| =B20 | =C20 | =D20 | =E20 | =F20 | =G20 | =H20 | =I20 | =J20 | =K20 |
| =B23 | =C23 | =D23 | =E23 | =F23 | =G23 | =H23 | =I23 | =J23 | =K23 |
| =B26 | =C26 | =D26 | =E26 | =F26 | =G26 | =H26 | =I26 | =J26 | =K26 |
| =B29 | =C29 | =D29 | =E29 | =F29 | =G29 | =H29 | =I29 | =J29 | =K29 |
| =B32 | =C32 | =D32 | =E32 | =F32 | =G32 | =H32 | =I32 | =J32 | =K32 |
| =B35 | =C35 | =D35 | =E35 | =F35 | =G35 | =H35 | =I35 | =J35 | =K35 |
| =B38 | =C38 | =D38 | =E38 | =F38 | =G38 | =H38 | =I38 | =J38 | =K38 |
| =B42 | =C42 | =D42 | =E42 | =F42 | =G42 | =H42 | =I42 | =J42 | =K42 |