# EXHIBIT 22

# E-A-RCAL ATTENUATION TEST REPORT
## PER ANSI S3.19-1974

**NVLAP Lab Code 100374-0**

| | |
|---|---|
| **DEVICE:** | Combat Arms Plug / ARC Plug |
| **DEVICE TYPE:** | Premolded, Level-dependent Plug |
| **MANUFACTURER:** | E-A-R/Aearo |
| **TEST DATE:** | January 25, 2000 |
| **TEST ID#:** | 213016 |
| **SUBJECTS/SAMPLES:** | 10/10 |
| **NRR (per EPA-1979):** | -2.0 |
| **BAND FORCE (N):** | NA |
| **FITTING PROCEDURE:** | EPA/Experimenter Fit |
| **POSITION:** | NA |

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 4.7 | 4.0 |
| 250 | 4.2 | 4.3 |
| 500 | 6.0 | 5.0 |
| 1000 | 9.5 | 6.7 |
| 2000 | 16.7 | 4.9 |
| 3150 | 18.6 | 5.7 |
| 4000 | 16.3 | 5.8 |
| 6300 | 16.7 | 6.1 |
| 8000 | 17.2 | 6.8 |

Performed by: *Ronald W. Kieper*
Ronald W. Kieper
Sr. Acoustic Technician

Reviewed by: *Elliott H. Berger*
Elliott H. Berger
Manager, Acoustical Engineering

Comments: See report #213017 for results of UltraFit end of plug.

Exhibit 68
Witness: Berger
Date: 4/2/13   MKD

This report pertains only to the samples and subjects tested. It may **not** be used to claim product endorsement by NVLAP, or any other agency of the U.S. Government.

Confidential - Subject To Protective Order

3M_MDL000188143

INDIVIDUAL SUBJECT DATA                                                Page 2 of 5

Test ID: 213016          Device: Combat Arms Plug
Date: 1/25/00            Samples: 10           Position: NA        Comfort:     2.6
Comments:

| Subj. | Trial | \multicolumn{10}{c}{1/3 Octave-Band Frequency} | | | | | | | | | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | Comf. | Size | NRR* |
| KJC | 1 | 5 | 6 | 7 | 16 | 21 | 24 | 24 | 18 | 14 | 1 |   | S/S+ | 9.2 |
|   | 2 | 5 | 6 | 9 | 16 | 21 | 22 | 22 | 14 | 13 | 3 |   |   |   |
|   | 3 | 1 | 4 | 11 | 19 | 20 | 25 | 23 | 16 | 16 | 3 | 2 |   |   |
| MKF | 1 | 2 | 3 | 11 | 18 | 22 | 28 | 26 | 16 | 17 | 3 |   | XS-/XS- | 10.4 |
|   | 2 | 3 | 6 | 11 | 17 | 23 | 27 | 25 | 15 | 13 | 6 |   |   |   |
|   | 3 | 3 | 7 | 13 | 16 | 22 | 32 | 25 | 18 | 12 | 1 | 4 |   |   |
| GWG | 1 | -2 | 3 | 8 | 18 | 24 | 21 | 21 | 21 | 23 | 2 |   | M/M+ | -8.3 |
|   | 2 | 0 | -1 | -2 | -1 | 9 | 12 | 7 | 14 | 10 | 1 |   |   |   |
|   | 3 | 4 | -1 | 3 | 5 | 13 | 19 | 14 | 14 | 16 | 4 | 3 |   |   |
| BAK | 1 | 3 | 6 | 4 | 11 | 17 | 18 | 21 | 25 | 26 | 4 |   | XL/XL | 2.6 |
|   | 2 | 5 | 3 | 8 | 12 | 17 | 15 | 13 | 29 | 29 | 3 |   |   |   |
|   | 3 | 9 | 4 | 0 | 8 | 15 | 20 | 18 | 28 | 32 | 6 | 2 |   |   |
| RTM | 1 | 2 | -4 | 0 | 2 | 13 | 17 | 14 | 6 | 11 | 1 |   | L/M+ | -5.5 |
|   | 2 | 3 | 2 | 6 | 5 | 14 | 13 | 14 | 12 | 10 | 3 |   |   |   |
|   | 3 | 2 | -5 | -5 | -2 | 13 | 10 | 7 | 8 | 9 | 2 | 1 |   |   |
| DLP | 1 | 4 | 5 | 9 | 10 | 21 | 22 | 19 | 15 | 17 | 5 |   | L+/L+ | 8.3 |
|   | 2 | 7 | 7 | 12 | 15 | 21 | 21 | 20 | 22 | 27 | 8 |   |   |   |
|   | 3 | 6 | 8 | 9 | 15 | 27 | 23 | 18 | 25 | 22 | 3 | 1 |   |   |
| TLS | 1 | 3 | 3 | 2 | 1 | 11 | 12 | 12 | 11 | 12 | 1 |   | M+/M | -0.6 |
|   | 2 | 8 | 4 | 5 | 3 | 14 | 14 | 12 | 21 | 20 | 6 |   |   |   |
|   | 3 | 2 | 2 | 2 | 0 | 7 | 15 | 9 | 7 | 9 | 2 | 1 |   |   |
| TRS | 1 | 4 | 11 | 8 | 17 | 15 | 14 | 17 | 17 | 22 | 2 |   | S/S | -7.9 |
|   | 2 | 1 | 2 | -1 | 0 | 9 | 8 | 5 | 8 | 5 | -2 |   |   |   |
|   | 3 | 4 | 0 | 2 | 3 | 10 | 14 | 8 | 9 | 10 | 2 | 2 |   |   |
| MV | 1 | 13 | 11 | 9 | 14 | 17 | 19 | 16 | 21 | 23 | 15 |   | M/M+ | 7.9 |
|   | 2 | 13 | 9 | 7 | 11 | 15 | 24 | 20 | 22 | 18 | 12 |   |   |   |
|   | 3 | 16 | 15 | 14 | 14 | 18 | 22 | 18 | 23 | 25 | 13 | 2 |   |   |
| JMW | 1 | 8 | 6 | 13 | 11 | 18 | 17 | 17 | 17 | 21 | 6 |   | M/M+ | 0.5 |
|   | 2 | 2 | 2 | 4 | 6 | 17 | 16 | 13 | 13 | 15 | 1 |   |   |   |
|   | 3 | 5 | 1 | 2 | 6 | 17 | 13 | 12 | 15 | 20 | 3 | 8 |   |   |
| Mean |   | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 | 4.0 | 2.6 |   | 1.7 |
| sd(30) |   | 4.0 | 4.3 | 5.0 | 6.7 | 4.9 | 5.7 | 5.8 | 6.1 | 6.8 | 3.8 | ---- |   | ---- |
| sd(10) |   | 3.6 | 3.7 | 3.9 | 5.6 | 4.3 | 5.4 | 5.1 | 5.5 | 5.7 |   | 2.1 |   | 7.2 |
| Q-Value |   | 12.8 | 4.2 | -0.7 | -3.8 | 5.7 |   | 4.9 |   | 5.2 |   |   |   |   |

NRR    (2sd) =        -2.0  (1sd) =        3.8   (0sd) =         9.4          NRR* - Individual 2sd NRR

Confidential - Subject To Protective Order                                        3M_MDL000188144

DIXON'S OUTLIER TEST: EXTREME RANGES               Page 3 of 5

Test ID: 213016          Device: Combat Arms Plug

Range in attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 4 | 2 | 4 | 3 | 1 | 3 | 2 | 4 | 3 |
| MKF | 1 | 4 | 2 | 2 | 1 | 5 | 1 | 3 | 5 |
| GWG | 6 | 4 | 10 | 19 | 15 | 9 | 14 | 7 | 13 |
| BAK | 6 | 3 | 8 | 4 | 2 | 5 | 8 | 4 | 6 |
| RTM | 1 | 7 | 11 | 7 | 1 | 7 | 7 | 6 | 2 |
| DLP | 3 | 3 | 3 | 5 | 6 | 2 | 2 | 10 | 10 |
| TLS | 6 | 2 | 3 | 3 | 7 | 3 | 3 | 14 | 11 |
| TRS | 3 | 11 | 9 | 17 | 6 | 6 | 12 | 9 | 17 |
| MV | 3 | 6 | 7 | 3 | 3 | 5 | 4 | 2 | 7 |
| JMW | 6 | 5 | 11 | 5 | 1 | 4 | 5 | 4 | 6 |
| Mean | 3.9 | 4.7 | 6.8 | 6.8 | 4.3 | 4.9 | 5.8 | 6.3 | 8.0 |
| Max. | 6 | 11 | 11 | 19 | 15 | 9 | 14 | 14 | 17 |
| r | 0.000 | 0.444 | 0.000 | 0.125 | 0.571 | 0.333 | 0.167 | 0.364 | 0.286 |

Extreme value rejected if r > 0.477.  One-sided test of significance at p<0.05.
Rejected values are shaded.

Confidential - Subject To Protective Order                                      3M_MDL000188145

DIXON'S OUTLIER TEST: EXTREME MEANS

Test ID: 213016    Device: Combat Arms Plug

Mean attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 3.7 | 5.3 | 9.0 | 17.0 | 20.7 | 23.7 | 23.0 | 16.0 | 14.3 |
| MKF | 2.7 | 5.3 | 11.7 | 17.0 | 22.3 | 29.0 | 25.3 | 16.3 | 14.0 |
| GWG | 0.7 | 0.3 | 3.0 | 7.3 | 15.3 | 17.3 | 14.0 | 16.3 | 16.3 |
| BAK | 5.7 | 4.3 | 4.0 | 10.3 | 16.3 | 17.7 | 17.3 | 27.3 | 29.0 |
| RTM | 2.3 | -2.3 | 0.3 | 1.7 | 13.3 | 13.3 | 11.7 | 8.7 | 10.0 |
| DLP | 5.7 | 6.7 | 10.0 | 13.3 | 23.0 | 22.0 | 19.0 | 20.7 | 22.0 |
| TLS | 4.3 | 3.0 | 3.0 | 1.3 | 10.7 | 13.7 | 11.0 | 13.0 | 13.7 |
| TRS | 3.0 | 4.3 | 3.0 | 6.7 | 11.3 | 12.0 | 10.0 | 11.3 | 12.3 |
| MV | *14.0* | 11.7 | 10.0 | 13.0 | 16.7 | 21.7 | 18.0 | 22.0 | 22.0 |
| JMW | 5.0 | 3.0 | 6.3 | 7.7 | 17.3 | 15.3 | 14.0 | 15.0 | 18.7 |
| Mean | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 |
| Min. | 0.7 | -2.3 | 0.3 | 1.3 | 10.7 | 12.0 | 10.0 | 8.7 | 10.0 |
| Max. | 14.0 | 11.7 | 11.7 | 17.0 | 23.0 | 29.0 | 25.3 | 27.3 | 29.0 |
| Low r | 0.333 | 0.296 | 0.276 | 0.021 | 0.057 | 0.114 | 0.077 | 0.200 | 0.194 |
| High r | *0.714* | 0.441 | 0.192 | 0.000 | 0.057 | 0.340 | 0.163 | 0.333 | 0.420 |

Extreme value rejected if r > 0.551. Two-sided test of significance at p<0.05.
Rejected values are shaded.

Confidential - Subject To Protective Order

3M_MDL000188146



Confidential - Subject To Protective Order

3M_MDL000188147