# EXHIBIT 23

# E-A-RCAL ATTENUATION TEST REPORT
## PER ANSI S3.19-1974

NVLAP Lab Code 100374-0

| | |
|---|---|
| **DEVICE:** | UltraFit end of the Combat Arms Plug ARC Plug |
| **DEVICE TYPE:** | Premolded Earplugs |
| **MANUFACTURER:** | E-A-R / Aearo |
| **TEST DATE:** | May 9, 2000 |
| **SUBJECTS/SAMPLES:** | 10/10 |
| **BAND FORCE (N):** | NA |
| **FITTING PROCEDURE:** | EPA/Experimenter Fit |

**TEST ID#:** 213017
**NRR (per EPA-1979):** 21.7
**CSA CLASS:** AL
**POSITION:** NA

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 32.7 | 5.9 |
| 250 | 31.8 | 6.1 |
| 500 | 33.0 | 6.5 |
| 1000 | 32.0 | 5.5 |
| 2000 | 34.5 | 4.1 |
| 3150 | 37.3 | 5.3 |
| 4000 | 38.9 | 6.1 |
| 6300 | 43.8 | 6.7 |
| 8000 | 43.3 | 6.9 |

Performed by: *Ronald W. Kieper*
Ronald W. Kieper
Sr. Acoustic Technician

Reviewed by: *Elliott H. Berger*
Elliott H. Berger
Manager, Acoustical Engineering

**Comments:** GWG failed the Extreme Range Test at 125 and 500 Hz. He was retested. The original NRR was 20.7. See report 213016 for test of the Combat Arms end of the plug.

This report pertains only to the samples and subjects tested. It may not be used to claim product endorsement by NVLAP, or any other agency of the U.S. Government.



## E•A•RCAL ATTENUATION TEST REPORT
## PER ANSI S3.19-1974

| | |
|---|---|
| **DEVICE:** | UltraFit Earplug end of the Combat Arms Plug |
| **DEVICE TYPE:** | Premolded earplug |
| **MANUFACTURER** | E•A•R/Aearo Company |
| **TEST DATE:** | May 9, 2000 |
| **TEST ID#:** | 213017 |
| **SUBJECTS/SAMPLES:** | 10/10 |
| **NRR (per EPA-1979):** | 21.7 |
| **BAND FORCE (N):** | NA |
| **POSITION:** | NA |
| **FITTING PROCEDURE:** | EPA/Experimenter Fit |

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 32.7 | 5.9 |
| 250 | 31.8 | 6.1 |
| 500 | 33.0 | 6.5 |
| 1000 | 32.0 | 5.5 |
| 2000 | 34.5 | 4.1 |
| 3150 | 37.3 | 5.3 |
| 4000 | 38.9 | 6.1 |
| 6300 | 43.8 | 6.7 |
| 8000 | 43.3 | 6.9 |

Performed by: *Ronald W. Kieper*
Ronald W. Kieper
Sr. Acoustic Technician

Reviewed by: *Elliott H. Berger*
Elliott H. Berger
Manager, Acoustical Engineering

Comments: GWG failed the Extreme Range test at 125 (27) and 500 Hz (21); he was retested. The original NRR was 20.7 dB.

Confidential - Subject to Protective Order
3M_MDL000195518

## INDIVIDUAL SUBJECT DATA

Test ID: 213017  
Date: 5/9/00  
Device: UltraFit Earplug end of the Combat Arms Plug  
Samples: 10   Position: NA   Comfort: 3.1  
Comments: Plugs are the green end of the Combat Arms Plug. The yellow flanges were folded outward to allow a deeper insertion of the green plug. GWG failed the Extreme Range Test. He was retested. The original NRR was 21.

| Subj. | Trial | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 Comf. | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KJC | 1 | 32 | 35 | 36 | 34 | 32 | 44 | 46 | 45 | 44 | 33 | S/S+ | 26.6 |
|  | 2 | 32 | 30 | 32 | 27 | 30 | 41 | 44 | 46 | 45 | 28 |  |  |
|  | 3 | 32 | 34 | 39 | 33 | 32 | 45 | 48 | 46 | 44 | 32 | 4 |  |
| GWG | 1 | 41 | 41 | 40 | 36 | 37 | 39 | 46 | 48 | 46 | 35 | M/M+ | 32.1 |
|  | 2 | 41 | 42 | 41 | 37 | 38 | 41 | 47 | 49 | 48 | 37 |  |  |
|  | 3 | 35 | 37 | 37 | 37 | 33 | 35 | 42 | 50 | 49 | 31 | 2 |  |
| JTH | 1 | 30 | 30 | 33 | 35 | 34 | 37 | 38 | 50 | 52 | 35 | XS/XS | 21.9 |
|  | 2 | 31 | 27 | 27 | 26 | 30 | 28 | 29 | 35 | 39 | 29 |  |  |
|  | 3 | 35 | 29 | 30 | 28 | 32 | 35 | 41 | 49 | 49 | 35 | 8 |  |
| BAK | 1 | 36 | 35 | 35 | 27 | 39 | 32 | 34 | 46 | 40 | 33 | XL/XL | 24.6 |
|  | 2 | 41 | 36 | 36 | 38 | 39 | 30 | 34 | 45 | 42 | 36 |  |  |
|  | 3 | 40 | 33 | 33 | 34 | 38 | 29 | 27 | 49 | 45 | 33 | 2 |  |
| RTM | 1 | 30 | 37 | 34 | 29 | 40 | 48 | 40 | 39 | 40 | 32 | L/M+ | 17.8 |
|  | 2 | 24 | 25 | 25 | 27 | 31 | 36 | 33 | 32 | 31 | 21 |  |  |
|  | 3 | 22 | 20 | 25 | 27 | 29 | 30 | 27 | 27 | 34 | 24 | 3 |  |
| DLP | 1 | 40 | 38 | 41 | 42 | 40 | 32 | 33 | 51 | 50 | 42 | L+/L+ | 30.2 |
|  | 2 | 35 | 36 | 39 | 39 | 36 | 38 | 39 | 56 | 54 | 38 |  |  |
|  | 3 | 41 | 39 | 42 | 39 | 45 | 33 | 39 | 46 | 53 | 42 | 2 |  |
| EAS | 1 | 25 | 25 | 26 | 30 | 38 | 41 | 36 | 42 | 35 | 24 | M/M+ | 25.0 |
|  | 2 | 33 | 36 | 35 | 33 | 35 | 37 | 39 | 40 | 44 | 34 |  |  |
|  | 3 | 31 | 27 | 30 | 33 | 32 | 40 | 39 | 39 | 42 | 31 | 3 |  |
| TLS | 1 | 35 | 32 | 36 | 38 | 33 | 44 | 46 | 45 | 40 | 39 | M+/M | 19.6 |
|  | 2 | 32 | 25 | 24 | 23 | 33 | 36 | 40 | 45 | 40 | 25 |  |  |
|  | 3 | 34 | 35 | 34 | 33 | 34 | 41 | 40 | 48 | 43 | 34 | 2 |  |
| KKS | 1 | 25 | 20 | 21 | 22 | 30 | 36 | 37 | 35 | 34 | 26 | M/M+ | 20.0 |
|  | 2 | 23 | 23 | 19 | 22 | 30 | 30 | 31 | 35 | 31 | 23 |  |  |
|  | 3 | 20 | 23 | 24 | 26 | 31 | 35 | 36 | 33 | 32 | 18 | 1 |  |
| DLW | 1 | 36 | 36 | 41 | 33 | 35 | 43 | 42 | 46 | 52 | 41 | S/XS+ | 26.0 |
|  | 2 | 34 | 32 | 40 | 37 | 29 | 43 | 48 | 51 | 54 | 35 |  |  |
|  | 3 | 35 | 36 | 36 | 36 | 41 | 41 | 47 | 45 | 48 | 37 | 4 |  |
| Mean |  | 32.7 | 31.8 | 33.0 | 32.0 | 34.5 | 37.3 | 38.9 | 43.8 | 43.3 | 32.1 | 3.1 |  | 24.4 |
| sd(30) |  | 5.9 | 6.1 | 6.5 | 5.5 | 4.1 | 5.3 | 6.1 | 6.7 | 6.9 | 6.2 | ---- |  | ---- |
| sd(10) |  | 5.6 | 5.3 | 6.0 | 4.7 | 3.2 | 4.3 | 5.3 | 6.1 | 6.5 |  | 2.0 |  | 4.6 |
| Q-Value |  | 36.9 | 28.1 | 23.2 | 21.0 | 25.0 |  | 25.7 |  | 31.0 |  |  |  |  |

NRR   (2sd) =   21.7 (1sd) =   27.3 (0sd) =   32.8   NRR* - Individual 2sd NRR

Confidential - Subject to Protective Order

3M_MDL000195519

DIXON'S OUTLIER TEST: EXTREME RANGES                                                   Page 3 of 4

Test ID: 213017          Device: UltraFit Earplug end of the Combat Arms Plug

Range in attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 0 | 5 | 7 | 7 | 2 | 4 | 4 | 1 | 1 |
| GWG | 6 | 5 | 4 | 1 | 5 | 6 | 5 | 2 | 3 |
| JTH | 5 | 3 | 6 | 9 | 4 | 9 | 12 | 15 | 13 |
| BAK | 5 | 3 | 3 | 11 | 1 | 3 | 7 | 4 | 5 |
| RTM | 8 | 17 | 9 | 2 | 11 | 18 | 13 | 12 | 9 |
| DLP | 6 | 3 | 3 | 3 | 9 | 6 | 6 | 10 | 4 |
| EAS | 8 | 11 | 9 | 3 | 6 | 4 | 3 | 3 | 9 |
| TLS | 3 | 10 | 12 | 15 | 1 | 8 | 6 | 3 | 3 |
| KKS | 5 | 3 | 5 | 4 | 1 | 6 | 6 | 2 | 3 |
| DLW | 2 | 4 | 5 | 4 | 12 | 2 | 6 | 6 | 6 |
| Mean | 4.8 | 6.4 | 6.3 | 5.9 | 5.2 | 6.6 | 6.8 | 5.8 | 5.6 |
| Max. | 8 | 17 | 12 | 15 | 12 | 18 | 13 | 15 | 13 |
| r | 0.000 | 0.429 | 0.333 | 0.308 | 0.091 | 0.600 | 0.111 | 0.231 | 0.400 |

Extreme value rejected if r > 0.477. One-sided test of significance at p<0.05.
Rejected values are shaded

DIXON'S OUTLIER TEST: EXTREME MEANS                                        Page 4 of 4

Test ID: 213017        Device: UltraFit Earplug end of the Combat Arms Plug

Mean attenuation in dB across trials

| Subj. | \multicolumn{9}{c}{1/3 Octave-Band Frequency} |
|---|---|---|---|---|---|---|---|---|---|
|       | 125   | 250   | 500   | 1000  | 2000  | 3150  | 4000  | 6300  | 8000  |
| KJC   | 32.0  | 33.0  | 35.7  | 31.3  | 31.3  | 43.3  | 46.0  | 45.7  | 44.3  |
| GWG   | 39.0  | 40.0  | 39.3  | 36.7  | 36.0  | 38.3  | 45.0  | 49.0  | 47.7  |
| JTH   | 32.0  | 28.7  | 30.0  | 29.7  | 32.0  | 33.3  | 36.0  | 44.7  | 46.7  |
| BAK   | 39.0  | 34.7  | 34.7  | 33.0  | 38.7  | 30.3  | 31.7  | 46.7  | 42.3  |
| RTM   | 25.3  | 27.3  | 28.0  | 27.7  | 33.3  | 38.0  | 33.3  | 32.7  | 35.0  |
| DLP   | 38.7  | 37.7  | 40.7  | 40.0  | 40.3  | 34.3  | 37.0  | 51.0  | 52.3  |
| EAS   | 29.7  | 29.3  | 30.3  | 32.0  | 35.0  | 39.3  | 38.0  | 40.3  | 40.3  |
| TLS   | 33.7  | 30.7  | 31.3  | 31.3  | 33.3  | 40.3  | 42.0  | 46.0  | 41.0  |
| KKS   | 22.7  | 22.0  | 21.3  | 23.3  | 30.3  | 33.7  | 34.7  | 34.3  | 32.3  |
| DLW   | 35.0  | 34.7  | 39.0  | 35.3  | 35.0  | 42.3  | 45.7  | 47.3  | 51.3  |
| Mean  | 32.7  | 31.8  | 33.0  | 32.0  | 34.5  | 37.3  | 38.9  | 43.8  | 43.3  |
| Min.  | 22.7  | 22.0  | 21.3  | 23.3  | 30.3  | 30.3  | 31.7  | 32.7  | 32.3  |
| Max.  | 39.0  | 40.0  | 40.7  | 40.0  | 40.3  | 43.3  | 46.0  | 51.0  | 52.3  |
| Low r | 0.163 | 0.340 | 0.370 | 0.325 | 0.120 | 0.250 | 0.119 | 0.102 | 0.140 |
| High r| 0.000 | 0.184 | 0.105 | 0.270 | 0.185 | 0.100 | 0.026 | 0.120 | 0.058 |

Extreme value rejected if r > 0.551. Two-sided test of significance at p<0.05.
Rejected values are shaded.



Individual and Group Means [213017]
UltraFit Earplug end of the Combat Arms Plug

Confidential - Subject to Protective Order

3M_MDL000195522



Confidential - Subject to Protective Order

3M_MDL000195523

## Table II - HPD Test Administration Form [E-A-R 91-41/HP; 1/19/99]

Test ID#: 213017  Device (Mfg., Model, Type): Short-stemmed Ultrafit
Start date: 2/8/00  Source of samples: PRODUCTION  Date received: 12/13/99
End date: 5/9/00  Test type: EPA/EXP FIT  Lot or NB#: ____  Temp: ____  RH: ____
Comments: If subj's data are variable, fold flanges back on additional test.

| Subject | Sizes Canal | Sizes HPD | Dev. # | Force | Seq. | Comments |
|---|---|---|---|---|---|---|
| 1 GWG | M | M+ | | | P-O | Fails Range Test — |
| 2 DLP | L+ | L+ | | | O-P | Flanges of C-A plug folded outward to allow deeper insertion. |
| 3 KJC | S | S+ | | | P-O | Plug(s) slid(s) out of ear(s) after subj leaves room. |
| 4 DLW | S | XS+ | | | O-P | |
| 5 BAK | XL | XL | | | P-O | |
| 6 TLS | M+ | M | | | O-P | |
| 7 RTM | L | M+ | | | P-O | Pressure in (R) loosened during 1st trial |
| 8 JTH | XS | XS | | | O-P | |
| 9 EAS | M | M+ | | | P-O | |
| 10 KKS | M | M+ | | | O-P | |
| 11 | | | | | | |

KKS

c:\myfiles\wwrdfiles\forms\hpdfrmnv.doc

Confidential - Subject to Protective Order

3M_MDL000195524