# EXHIBIT 24

00-12

# How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug

E-A-R 00-12/HP

R. W. Kieper, B.S.
E. H. Berger, M.S.

AEARO Company
E·A·RCAL[SM] Laboratory
7911 Zionsville Road
Indianapolis, IN 46268-1657
phone: 317-692-1111
fax:    317-692-3116

July 10, 2000

Version 1.2

E·A·RCAL[SM] Laboratory is accredited by the National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program, for the measurement of attenuation of hearing protection devices re ANSI S3.19-1974 and ANSI S12.6-1997. Laboratory Code 100374-0.

3M Confidential - Attorneys' Eyes Only

3M00005285

Confidential - Subject To Protective Order

3M_MDL000005285

## INTRODUCTION

The Combat Arms earplug was shortened, at the request of the Army, so that it would fit into a carrying case. Because of this, the plug is shorter than any other UltraFit Plug design. The purpose of this report is to document that the current length of the UltraFit Earplug end of the Combat Arms Plug is too short for proper insertion, and how changing the fitting technique affected the results of real-ear tests of this plug.

## DEVICE TESTED

The Combat Arms Plug consists of two UltraFit®-type earplug tips joined together with a hard, plastic stem (part no. 4046-1, see Figure 1). The two plugs were tested independently because they afford different levels of noise reduction. The level-dependent plug (part no. 2039-0) is yellow and has a channel through the plug, into which a filter has been placed. The solid plug end (part no. 2068-0) is green and it was this plug which was evaluated in two separate REAT tests - 213015 and 213017. This plug is the linear-earplug end of the Combat Arms Plug.

## TEST PROCEDURE

Both tests followed the S3.19-1974, Experimenter-Fit protocol, so the plugs were tested three times each on subjects from the E-A-RCAL Laboratory test panel. After each fitting by the experimenter, prior to the experimenter leaving the test chamber, a fitting noise was presented and the subject was allowed to adjust the plugs for maximum noise reduction, if s/he deemed it necessary.

For test 213015, the plugs were fit according to the standard plug's fitting instructions, with no modifications. Because the stem of the green, solid end of the plug is so short, it was difficult for the experimenter to insert the plug deeply into some subjects' earcanals, especially those subjects with medium and larger earcanals. Additionally, the geometry of the earcanal opening sometimes prevented the deep plug insertion required for maximum attenuation values. When the solid plug was fitted during the first test (-015), the basal edge of the third flange of the yellow, level-dependent plug sometimes pressed against the subject's earcanal opening and folded up. When the inward pressure on the plug was released, the yellow plug's flanges tended to return to their original shape and this sometimes loosened the plug, often imperceptibly to the subject.

For test 213017, the yellow flanges of the level-dependent end of the plug were folded back prior to the green, solid plug being inserted into the subjects' ears. The folded-back flanges and the hard plastic stem provided a long, stiff quasi-stem for the experimenter to grasp and allowed for a deeper and more-consistent fit of the solid plugs for test 213017. When folded back in that way, the yellow flanges neither touched the subjects' conchae nor compromised the fit of the solid earplugs.

## RESULTS

Tables 1 and 2 are the Individual Subject Data from tests 213015 and 213017. Figure 2 is a graph comparing the means and standard deviations obtained in these two tests. The initial test 213015 was stopped after eight subjects because the individual results were variable and the NRR was quite low (11). Ten subjects were tested in test 213017. The means from that test are from 0.6 to 4.5 dB higher at all test frequencies and the SDs are 0.6 to 4.9 dB lower than those of test 213015. The 2-$\sigma$ NRR obtained from this test is 22 dB.

3M Confidential - Attorneys' Eyes Only

3M00005286

Confidential - Subject To Protective Order

3M_MDL000005286

Table 1 - INDIVIDUAL SUBJECT DATA

Test ID: 213015  Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug
Date: 1/25/00  Samples: 10  Position: NA  Comfort:  3.1
Comments: Plugs are the green end of the Combat Arms Plug.

| Subj. | Trial | 1/3 Octave-Band Frequency | | | | | | | | | 125 Comf. | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | | | |
| KJC | 1 | 32 | 30 | 32 | 32 | 32 | 38 | 37 | 39 | 41 | 31 | S/S+ | 22.5 |
| | 2 | 28 | 30 | 32 | 24 | 26 | 39 | 37 | 44 | 44 | 27 | | |
| | 3 | 34 | 31 | 35 | 32 | 31 | 42 | 44 | 50 | 45 | 30 | 3 | |
| MKF | 1 | 30 | 26 | 31 | 25 | 32 | 40 | 36 | 44 | 49 | 31 | XS-/XS- | 24.2 |
| | 2 | 38 | 35 | 40 | 34 | 34 | 44 | 46 | 50 | 51 | 37 | | |
| | 3 | 35 | 34 | 37 | 31 | 32 | 41 | 44 | 51 | 49 | 34 | 1 | |
| GWG | 1 | 17 | 23 | 26 | 22 | 31 | 38 | 39 | 49 | 49 | 19 | M/M+ | 16.9 |
| | 2 | 40 | 40 | 41 | 39 | 36 | 38 | 46 | 49 | 50 | 37 | | |
| | 3 | 39 | 39 | 38 | 40 | 34 | 42 | 44 | 50 | 47 | 37 | 3 | |
| BAK | 1 | 27 | 22 | 19 | 20 | 25 | 35 | 40 | 46 | 45 | 29 | XL/XL | 7.8 |
| | 2 | 49 | 48 | 53 | 43 | 41 | 53 | 49 | 55 | 45 | 45 | | |
| | 3 | 41 | 37 | 37 | 28 | 33 | 46 | 46 | 51 | 47 | 37 | 2 | |
| RTM | 1 | 19 | 25 | 21 | 24 | 30 | 32 | 31 | 37 | 35 | 19 | L/M+ | 20.1 |
| | 2 | 33 | 27 | 29 | 28 | 34 | 38 | 40 | 39 | 45 | 28 | | |
| | 3 | 23 | 21 | 22 | 26 | 32 | 33 | 33 | 33 | 38 | 26 | 2 | |
| TLS | 1 | 44 | 43 | 40 | 34 | 37 | 39 | 39 | 48 | 39 | 40 | M+/M | 28.3 |
| | 2 | 33 | 36 | 35 | 28 | 36 | 42 | 42 | 45 | 39 | 35 | | |
| | 3 | 41 | 39 | 42 | 35 | 36 | 47 | 43 | 48 | 44 | 38 | 2 | |
| TRS | 1 | 7 | 2 | -4 | 0 | 12 | 13 | 8 | 5 | 6 | 0 | S/S | -12.5 |
| | 2 | 28 | 21 | 25 | 26 | 23 | 18 | 14 | 34 | 36 | 26 | | |
| | 3 | 25 | 22 | 24 | 22 | 20 | 27 | 29 | 41 | 38 | 26 | 2 | |
| JMW | 1 | 31 | 31 | 32 | 31 | 31 | 38 | 38 | 46 | 42 | 30 | M/M+ | 9.1 |
| | 2 | 17 | 18 | 14 | 16 | 24 | 24 | 22 | 28 | 26 | 13 | | |
| | 3 | 21 | 24 | 25 | 21 | 32 | 33 | 34 | 36 | 39 | 26 | 10 | |
| Mean | | 30.5 | 29.3 | 30.3 | 27.5 | 30.6 | 36.7 | 36.7 | 42.4 | 41.2 | 29.2 | 3.1 | | 14.5 |
| sd(24) | | 9.9 | 9.8 | 11.4 | 8.9 | 6.3 | 9.0 | 10.1 | 10.5 | 9.5 | 9.6 | ---- | | ---- |
| sd(8) | | 7.2 | 7.8 | 8.4 | 5.8 | 5.5 | 8.2 | 9.2 | 8.4 | 7.5 | | 2.9 | | 13.1 |
| Q-Value | | 26.8 | 18.3 | 10.6 | 9.8 | 16.9 | | 16.6 | | 22.9 | | | | |

NRR  (2sd) =  10.9 (1sd) =  20.3 (0sd) =  29.1  NRR* - Individual 2sd NRR

Table 2 - INDIVIDUAL SUBJECT DATA

Test ID: 213017  Device: Short-stemmed UltraFit Plug, part of Combat Arms Plug
Date: 5/9/00  Samples: 10  Position: NA  Comfort: 3.1
Comments: Plugs are the green end of the Combat Arms Plug. The yellow flanges were folded outward to allow a deeper insertion of the green plug. GWG failed the Extreme Range Test. He was retested. The original NRR was 21.

| Subj. | Trial | 1/3 Octave-Band Frequency | | | | | | | | | 125 Comf. | Canal Size | NRR* |
| | | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KJC | 1 | 32 | 35 | 36 | 34 | 32 | 44 | 46 | 45 | 44 | 33 | S/S+ | 26.6 |
|  | 2 | 32 | 30 | 32 | 27 | 30 | 41 | 44 | 46 | 45 | 28 | | |
|  | 3 | 32 | 34 | 39 | 33 | 32 | 45 | 48 | 46 | 44 | 32 | 4 | |
| GWG | 1 | 41 | 41 | 40 | 36 | 37 | 39 | 46 | 48 | 46 | 35 | M/M+ | 32.1 |
|  | 2 | 41 | 42 | 41 | 37 | 38 | 41 | 47 | 49 | 48 | 37 | | |
|  | 3 | 35 | 37 | 37 | 37 | 33 | 35 | 42 | 50 | 49 | 31 | 2 | |
| JTH | 1 | 30 | 30 | 33 | 35 | 34 | 37 | 38 | 50 | 52 | 35 | XS/XS | 21.9 |
|  | 2 | 31 | 27 | 27 | 26 | 30 | 28 | 29 | 35 | 39 | 29 | | |
|  | 3 | 35 | 29 | 30 | 28 | 32 | 35 | 41 | 49 | 49 | 35 | 8 | |
| BAK | 1 | 36 | 35 | 35 | 27 | 39 | 32 | 34 | 46 | 40 | 33 | XL/XL | 24.6 |
|  | 2 | 41 | 36 | 36 | 38 | 39 | 30 | 34 | 45 | 42 | 36 | | |
|  | 3 | 40 | 33 | 33 | 34 | 38 | 29 | 27 | 49 | 45 | 33 | 2 | |
| RTM | 1 | 30 | 37 | 34 | 29 | 40 | 48 | 40 | 39 | 40 | 32 | L/M+ | 17.8 |
|  | 2 | 24 | 25 | 25 | 27 | 31 | 36 | 33 | 32 | 31 | 21 | | |
|  | 3 | 22 | 20 | 25 | 27 | 29 | 30 | 27 | 27 | 34 | 24 | 3 | |
| DLP | 1 | 40 | 38 | 41 | 42 | 40 | 32 | 33 | 51 | 50 | 42 | L+/L+ | 30.2 |
|  | 2 | 35 | 36 | 39 | 39 | 36 | 38 | 39 | 56 | 54 | 38 | | |
|  | 3 | 41 | 39 | 42 | 39 | 45 | 33 | 39 | 46 | 53 | 42 | 2 | |
| EAS | 1 | 25 | 25 | 26 | 30 | 38 | 41 | 36 | 42 | 35 | 24 | M/M+ | 25.0 |
|  | 2 | 33 | 36 | 35 | 33 | 35 | 37 | 39 | 40 | 44 | 34 | | |
|  | 3 | 31 | 27 | 30 | 33 | 32 | 40 | 39 | 39 | 42 | 31 | 3 | |
| TLS | 1 | 35 | 32 | 36 | 38 | 33 | 44 | 46 | 45 | 40 | 39 | M+/M | 19.6 |
|  | 2 | 32 | 25 | 24 | 23 | 33 | 36 | 40 | 45 | 40 | 25 | | |
|  | 3 | 34 | 35 | 34 | 33 | 34 | 41 | 40 | 48 | 43 | 34 | 2 | |
| KKS | 1 | 25 | 20 | 21 | 22 | 30 | 36 | 37 | 35 | 34 | 26 | M/M+ | 20.0 |
|  | 2 | 23 | 23 | 19 | 22 | 30 | 30 | 31 | 35 | 31 | 23 | | |
|  | 3 | 20 | 23 | 24 | 26 | 31 | 35 | 36 | 33 | 32 | 18 | 1 | |
| DLW | 1 | 36 | 36 | 41 | 33 | 35 | 43 | 42 | 46 | 52 | 41 | S/XS+ | 26.0 |
|  | 2 | 34 | 32 | 40 | 37 | 29 | 43 | 48 | 51 | 54 | 35 | | |
|  | 3 | 35 | 36 | 36 | 36 | 41 | 41 | 47 | 45 | 48 | 37 | 4 | |
| Mean | | 32.7 | 31.8 | 33.0 | 32.0 | 34.5 | 37.3 | 38.9 | 43.8 | 43.3 | 32.1 | 3.1 | | 24.4 |
| sd(30) | | 5.9 | 6.1 | 6.5 | 5.5 | 4.1 | 5.3 | 6.1 | 6.7 | 6.9 | 6.2 | ---- | | ---- |
| sd(10) | | 5.6 | 5.3 | 6.0 | 4.7 | 3.2 | 4.3 | 5.3 | 6.1 | 6.5 | | 2.0 | | 4.6 |
| Q-Value | | 36.9 | 28.1 | 23.2 | 21.0 | 25.0 | | 25.7 | | 31.0 | | | | |

NRR   (2sd) ≈   21.7 (1sd) =   27.3 (0sd) =   32.8   NRR* - Individual 2sd NRR

3M Confidential - Attorneys' Eyes Only

3M00005288

Confidential - Subject To Protective Order

3M_MDL000005288



Figure 1 – Combat Arms Ear Plug Assembly, Drawing 2041-3

3M Confidential - Attorneys' Eyes Only

3M00005289

Confidential - Subject To Protective Order

3M_MDL000005289



Figure 2 - Two Experimenter-Fit tests of the green, solid end of the Combat Arms Plug

E-A-R 00-12/HP

3M Confidential - Attorneys' Eyes Only

3M00005290

Confidential - Subject To Protective Order

3M_MDL000005290