# EXHIBIT 25



12657_bk   8/25/00   1:58 PM   Page 1

AOSafety® Ultimate Range E-A-R® plugs are a breakthrough in hearing protection for shooters. Designed for use by the US Army and NATO, this patented technology provides two types of protection. Insert the olive end for a constant NRR of 22dB. This is especially suited to all high-level noise and reverberation such as in an indoor range. With the yellow end inserted, the patented filter takes over to provide variable level protection for impulse noises without blocking normal communications such as range commands. Noise reduction increases with level for weapons fire above 110dB* (estimated NRRs from about 0 to 22 dB). This is best suited to outdoor ranges.

* The nonlinearity begins at about 110dBP and increases to 22dB at 170dBP as in the instance of the peak sound pressure level of a .44 revolver.

**INSTRUCTIONS FOR USE:**



Grasp the earplug by the stem and insert into ear canal. Adjust plug for best sealing performance.

**Fitting tips:**
Fitting is easier if ear is pulled upward and outward during insertion and is also improved if the sealing rings of the outward directed plug are rolled back upon themselves.

⚠ **CAUTION:**
Keep away from infants. These earplugs are non-toxic, but may interfere with breathing if caught in windpipe.

Improper fit of this device will reduce its effectiveness in attenuating noise. Follow instructions for use for proper fit.

**YELLOW END IN - OUTDOOR RANGE USE**

| Noise Reduction Rating | **0** Decibels |
| | (When used as directed) |

THE RANGE OF NOISE REDUCTION RATINGS
FOR EXISTING HEARING PROTECTORS
IS APPROXIMATELY 0 TO 30
(HIGHER NUMBERS DENOTE GREATER EFFECTIVENESS)

Aearo Company
Indianapolis, IN                    Ultimate E-A-R® Plugs

Federal law prohibits
removal of this label    EPA    LABEL REQUIRED BY
prior to purchase               U.S. E.P.A. REGULATION
                                @ CFR Part 211, Subpart B

Aearo Company
8001 Woodland Dr., Indianapolis, IN 46278
Technical Assistance/Product Information: 1-800-444-4774
Customer Service/Ordering Information: 1-800-327-3431
Visit us on the Web at: www.aosafety.com
© 2000 Aearo Company, AOSafety® and E-A-R® are trademarks licensed to Aearo Company.
U.S. Patent Nos. 4,867,149; 6,068,079; 298,256; 6,070,693
Made in U.S.A.

The EPA has selected the NRR as the measure of a hearing protector's noise reducing capabilities. Aearo Company makes no warranties as to the suitability of the NRR as a measure of actual workplace protection since such protection is highly dependent on user training, motivation, and utilization. A better estimate of workplace protection can be obtained by derating the labeled NRR of this, or any other hearing protector, by 50%.

The level of noise entering a person's ear, when a hearing protector is worn as directed, is closely approximated by the difference between the A-weighted environmental noise level and the NRR.

**ATTENUATION DATA (ANSI S3.19-1974)**

Olive End Inserted

| Test Frequencies (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | NRR |
|---|---|---|---|---|---|---|---|---|---|---|
| Mean Attenuation (dB) | 32.7 | 34.4 | 33.0 | 32.0 | 34.5 | 37.2 | 39.9 | 43.4 | 40.2 | 22 |
| Standard Deviation (dB) | 5.8 | 6.7 | 6.5 | 5.6 | 3.7 | 5.2 | 5.5 | 6.7 | 4.9 | |

**Example:**
1. The environmental noise level as measured at the ear, is 92 dBA.
2. The NRR is 22 decibels (dB).
3. The level of noise entering the ear is approximately equal to 70 dBA.

⚠ **Caution:** For noise environments dominated by frequencies below 500 Hz, the C-weighted environmental noise level should be used.

The NRR used in the above example was achieved under laboratory conditions.

Although hearing protectors can be recommended for protection against the harmful effects of impulse noise, the Noise Reduction Rating (NRR) is based on the attenuation of continuous noise and may not be an accurate indicator of the protection attainable against impulse noise such as gunfire.

**OLIVE END IN - INDOOR/OUTDOOR RANGE USE**

| Noise Reduction Rating | **22** Decibels |
| | (When used as directed) |

THE RANGE OF NOISE REDUCTION RATINGS
FOR EXISTING HEARING PROTECTORS
IS APPROXIMATELY 0 TO 30
(HIGHER NUMBERS DENOTE GREATER EFFECTIVENESS)

Aearo Company
Indianapolis, IN                    Ultimate E-A-R® Plugs

Federal law prohibits
removal of this label    EPA    LABEL REQUIRED BY
prior to purchase               U.S. E.P.A. REGULATION
                                @ CFR Part 211, Subpart B

12657

0  78371 97079  6

---

## CUSTOMER APPROVAL

Display Pack Inc. has thoroughly inspected this material and believes it is correct; however, we would like you to verify that everything is acceptable to you. Please review as outlined in cover letter. To insure prompt delivery, approve and return this proof/mylar and any related items immediately. We will continue production when we receive your signed approval. Please inspect carefully to insure that everything is correct, including any changes you have requested.

DISPLAY PACK   1340 Monroe NW. • Grand Rapids, MI 49505
(616) 451-3061 • FAX: (616) 451-8907



Proofed By: **RG**    Checked By: _____

PROOF                DIE/MYLAR
☑ OK, Approved       ☐ OK, Approved
☐ Revised Proof Needed  ☐ Revised Mylar Needed

Approved by _Chris Armin_ / 928

Date  8-30-00

Confidential - Subject to Protective Order                    3M_MDL000425527