# EXHIBIT 26



Department of Defense
# INSTRUCTION

NUMBER 6055.12

April 22, 1996

USD(A&T)

SUBJECT: DoD Hearing Conservation Program (HCP)

References: (a) DoD Instruction 6055.12, "DoD Hearing Conservation Program," March 26, 1991 (hereby canceled)
           (b) DoD Directive 4715.1, "Environmental Security," February 24, 1996
           (c) American National Standards Institute (ANSI) Standard S3.20-1973, "Psychoacoustical Terminology," 1986
           (d) DoD Directive 5134.1, "Under Secretary of Defense for Acquisition and Technology (USD(A&T))," June 8, 1994
           (e) through (o), see enclosure 1

## 1. REISSUANCE AND PURPOSE

This Instruction reissues reference (a) to implement policy and update responsibilities and procedures for administering a DoD HCP to prevent occupational illness under reference (b).

## 2. APPLICABILITY AND SCOPE

This Instruction:

    2.1. Applies to the Office of the Secretary of Defense, the Military Departments, the Chairman of the Joint Chiefs of Staff, the Unified Combatant Commands, the Inspector General of the Department of Defense, the Uniformed Services University of the Health Sciences, the Defense Agencies, and the DoD Field Activities, including any other integral DoD organizational entity or instrumentality established to perform a governmental function (hereafter referred to collectively as "the DoD

1



Components").   The term "Military Services," as used herein, refers to the Army, the Navy, the Air Force, and the Marine Corps.   This Instruction does not apply to the Civil Works function of the Department of the Army.

2.2.  Applies to all DoD military and civilian (appropriated and nonappropriated) personnel and operations worldwide.

2.3.  With the exception of requirements for reference and termination audiograms, does not apply to personnel defined as "deaf" in ANSI Standard S3.20-1973 (reference (c)).

## 3.  DEFINITIONS

Terms used in this Instruction are defined in enclosure 2.

## 4.  POLICY

It is DoD policy under DoD Directive 4715.1 (reference (b)) to protect all DoD personnel from hearing loss resulting from occupational noise exposure through a continuing, effective, and comprehensive HCP.

## 5.  RESPONSIBILITIES

5.1.  The Under Secretary of Defense for Acquisition and Technology, consistent with DoD Directive 5134.1 (reference (d)), shall:

5.1.1.  Provide policy guidance and coordination on hearing conservation matters in the Department of Defense.

5.1.2.  Serve as the principal DoD point of contact with Federal regulatory agencies that control occupational exposure to hazardous noise.

5.2.  The Heads of the DoD Components that conduct operations involving occupational exposure to hazardous noise shall establish and maintain HCPs to implement this Instruction.   Such programs shall encompass the minimum requirements in section 6., below, and shall periodically evaluate the effectiveness of their HCPs.

*DODI 6055.12, April 22, 1996*

6. <u>PROCEDURES</u>

   6.1.  <u>Written Plan</u>.   The DoD Components shall prepare a written plan for the implementation of a comprehensive HCP.   Such plans shall address occupational noise exposure computation and monitoring, noise abatement, hearing protectors, methods for estimating the adequacy of hearing protector attenuation, training, audiometric testing requirements, audiometric test rooms, audiometric measuring instruments, acoustic calibration of audiometers, record keeping, and program evaluation.

   6.2.  <u>Program Implementation</u>.   HCPs shall be implemented when personnel are exposed to the following:

      6.2.1.  Continuous and intermittent noise that has an 8-hour time-weighted average (TWA) noise level of 85 decibels A-weighted (dBA), or above. Implementation may also be started regardless of the duration of noise exposure. Those criteria apply only to energy in the frequency range from 20 to 16,000 Hertz (Hz).

      6.2.2.  Impulse noise sound pressure levels (SPLs) of 140 decibels (dB) peak, or greater.

      6.2.3.  Upper sonic and ultrasound acoustic radiation exposures occur under special circumstances that require specific measurement and hazard assessment calculations (see paragraph 6.3.11., below).

   6.3.  <u>Noise Measurement and Analysis</u>

      6.3.1.  SPLs shall be measured in all potentially hazardous noise work areas at least once and within 30 days of any change in operations affecting noise levels.

      6.3.2.  TWA noise levels shall be determined for all DoD civilian employees routinely working in hazardous noise areas and military personnel working in hazardous noise industrial-type operations at least once and within 30 days of any change in operations affecting noise levels.

      6.3.3.  A risk assessment code (RAC) shall be assigned to all potentially hazardous noise areas and operations, in accordance with DoD Instruction 6055.1 (reference (e)).

*DODI 6055.12, April 22, 1996*

6.3.4.  A current inventory of all potentially hazardous noise areas and operations shall be maintained to include, minimally, noise levels, RACs, and the types of control measures used.

6.3.5.  Only personnel who meet training requirements specified by the DoD Components shall conduct noise surveys.

6.3.6.  Instrumentation used for those surveys must meet or exceed requirements for type 2 sound level meter, in ANSI Standard S1.4-1983 with revision in 1985 (reference (f)).   Those instruments must have been subjected to a complete electro-acoustic calibration no more than 1 year before the survey.   Acoustical calibration must be performed on the instruments before and after each day's measurements.   The acoustical calibrator must be accurate to within plus or minus one decibel (dB), and must have been subjected to a complete electro-acoustic calibration no more than 1 year before the survey.

6.3.7.  Continuous and intermittent noise levels shall be measured using "A" weighting, with the meter response set to "slow."

6.3.7.1.  When personal noise dosimeters are used for worker exposure measurements, they must integrate all sound levels from 80 dB to 130 dB.   Dosimeters must meet or exceed specifications in the latest approved ANSI Standard S1.25 (reference (g)).   DoD Components shall use a time-intensity exchange rate no less protective than a 4 dB exchange rate, and are strongly recommended to use a 3 dB exchange rate.

6.3.7.2.  Area monitoring may be used to determine worker exposure. In circumstances such as high worker mobility, significant variations in noise levels, or a significant component of impulse noise, representative personnel sampling shall be conducted.

6.3.8.  Worker noise exposure shall be computed, in accordance with enclosure 3, regardless of any attenuation provided by hearing protectors.

6.3.9.  Impulse noise measurements shall be made using calibrated sound level meters (SLMs) that are as follows:

6.3.9.1.  Meet or exceed specifications in the latest approved ANSI Standard S1.4A (1985) to S1.4-1983 (reference (f)).

*DODI 6055.12, April 22, 1996*

6.3.9.2.  Have a peak hold circuit.

6.3.9.3.  Have a rise time not exceeding 35 microseconds.

6.3.9.4.  Are capable of measuring peak SPLs in excess of 140 dB peak SPL.

6.3.10.  If SLMs meeting the requirements of paragraph 6.3.9., above, are not available, a combination of calibrated instruments capable of indicating peak pressure level with a rise time not exceeding 35 microseconds and capable of measuring peak SPLs in excess of 140 dB may be used for impulse noise measurements.

6.3.11.  Special limits apply to upper sonic and ultrasound acoustic radiation.  The values listed at table 1 below shall be used as a guide in the control of noise exposure.  In the workplace where ultrasound is produced and hearing protection is not already used for audible noise, the impact of possible ultrasonic noise should be evaluated and hearing protective devices provided if sound levels exceed those specified in Table T1., below.  Those levels above 20 KHz are for the prevention of possible hearing loss from subharmonics of those frequencies (American Conference of Governmental Industrial Hygienists, "Documentation of the Threshold Limit Values and Biological Exposure Indices").  Consultation with appropriate DoD Component technical centers may be required in measuring or evaluating equipment producing those levels.

| Table T1.  Maximum Permissible Ultrasound Exposure Levels | |
| --- | --- |
| One-Third Octave Band Center Frequency (kHz) | One-Third Octave Band SPL (dB re 20 µPa) |
| 10 | 80 |
| 12.5 | 80 |
| 16 | 80 |
| 20 | 105 |
| 25 | 110 |
| 31.5 | 115 |
| 40 | 115 |
| 50 | 115 |

6.3.12.  Noise exposure data shall be provided to those responsible for HCP effectiveness.

6.4.  Safety Signs and Labels

6.4.1.  All potentially hazardous noise areas must be clearly identified by signs located at their entrances or boundaries.

6.4.2.  Each tool or piece of equipment producing noise levels greater than 85 dBA, to include vehicles, shall be conspicuously marked to alert personnel of the potential hazard.   The exception shall be when an entire space is designated a "hazardous noise area," and the equipment is stationary.   Exteriors of military combatant equipment are excluded from that requirement.   Professional judgment and discretion should be exercised when labeling tools and equipment.

6.4.3.  Signs and decals that describe (words or with other visual symbols) the potential hazard and the protective measures to be taken shall be used to designate "hazardous noise areas" and "equipment"; e.g., "Danger," "Hazardous Noise," "Hearing Protection Required When in Operation."   All symbols and decals shall, as a minimum, comply with 29 CFR 1910.145 (reference(h)).

6.5.  Noise Abatement

6.5.1.  Engineering, controls shall be the primary means of eliminating personnel exposure to potentially hazardous noise.   All practical design approaches to reduce noise levels to below hazardous levels by engineering principles shall be explored.   Priorities for noise control resources shall be assigned based on the applicable RAC.   Where engineering controls are undertaken, the design objective shall be to reduce steady-state levels to below 85 dBA, regardless of personnel exposure time, and to reduce impulse noise levels to below 140 dB peak SPL. Engineering controls shall be applied to "military-unique workplaces," as defined in DoD Instruction 6055.1 (reference (e)) within the constraints of maintaining combat readiness.

6.5.2.  New equipment being considered for purchase shall have the lowest sound emission levels that are technologically and economically possible and compatible with performance and environmental requirements.   42 U.S.C. 4914 (reference (i)) applies.

6.5.3.  Acoustics shall be included in specifications for all new facilities, equipment, and substantial modification projects, as well as weapon systems and subsystems (MIL-STD-882C, reference (j)).   The objective shall be to ensure, if possible, a steady-state level less than 85 dBA at all personnel locations during normal operation.

6.6.  Personal Hearing Protectors

6.6.1.  The use of personal hearing protectors to limit noise exposure is considered to be an interim protective measure, while engineering control measures are being explored.   Such devices shall constitute a permanent measure, only if engineering controls are not technologically, economically, or operationally possible.

6.6.2.  The DoD Components shall issue personal hearing protectors free to all personnel who work in designated "hazardous noise areas" or operate noise-hazardous equipment.

6.6.3.  All DoD facilities with hazardous noise areas and employing individuals trained in fitting of preformed earplugs shall maintain an adequate supply of all sizes of approved preformed earplugs.   All other facilities shall maintain disposable earplugs and muffs.

6.6.4.  The hearing protectors provided must be capable of attenuating worker noise exposure below a TWA of 85 dBA.   If hearing protectors do not provide sufficient attenuation, administrative control of exposure shall be necessary.

6.6.5.  Personnel shall be allowed to choose personal hearing protectors from among those approved devices, available through supply channels unless medically contraindicated or inappropriate for a particular hazardous noise exposure.   Local activities may choose not to maintain stocks of all approved devices, but will then inform individuals of their ability to choose other protectors.   Enclosure 4 provides National Stock Numbers (NSNs) for earplugs, noise muffs, noise muff replacement seals, and noise muff replacement filters that have been approved by all Military Service medical authorities.   That does not restrict the DoD Components from purchase of hearing protective devices not included on the list for special applications.   Noise muffs with built-in radios that are designed for recreational listening must not be used in place of, or with, approved hearing protectors.   Hearing aids must not be used in place of approved hearing protectors.   Certain hearing aids may be used with over-the-ear hearing protectors after evaluation and approval by a military audiologist or otolaryngologist, on a case-by-case basis.

6.6.6.  An earplug carrying case (NSN 6515-01-100-1674) must be provided at no cost with each set of preformed earplugs.   That case can also be used for hand formed earplugs.

*DODI 6055.12, April 22, 1996*

6.6.7.  Preformed earplugs shall be fitted and issued only under the supervision of personnel who have been specifically trained to fit earplugs.

6.6.8.  Personnel may use custom earplugs only if they cannot be properly fitted with approved hearing protectors or if a custom device is required for special circumstances.   Preformed or custom molded musician's earplugs shall be provided to Service band members.   In that instance, only audiologists, otolaryngologists, or trained medical technicians may take impressions of the ear necessary to make the custom earplugs.

6.6.9.  Medically trained personnel must examine the fit and condition of preformed and custom earplugs at least annually.

6.6.10.  Personnel shall receive adequate and effective training in the proper care and use of personal hearing protectors (enclosures 5 through 10).

6.6.11.  Personnel working in or entering designated "hazardous noise areas" shall always carry hearing protectors.   When noise sources are operating, personnel shall wear their hearing protection devices regardless of exposure time.   All personnel exposed to gunfire or artillery fire in test or training situations must wear hearing protectors (enclosure 10).

6.6.12.  The DoD Components must assess the adequacy of hearing protectors when used in very high noise environments or for extended exposure periods.

6.6.13.  All levels of supervision and management, by personal example and precept, shall enforce the use of hearing protectors.   Additionally, DoD Component programs should stimulate peer pressure to strengthen compliance.   For noncompliance, management shall consider disciplinary action as a corrective measure against the offender and the supervisor.

6.7.  Education

6.7.1.  All personnel who routinely work in designated "hazardous noise areas" shall receive annual training on the following:

6.7.1.1.  The effects of noise on hearing.

6.7.1.2.  The purpose of hearing protection.

*DODI 6055.12, April 22, 1996*

6.7.1.3.  The advantages, disadvantages, and attenuation of various hearing protectors.

6.7.1.4.  Mandatory requirement to wear assigned protective equipment, and administrative actions that may follow for failure to wear.

6.7.1.5.  The purpose of audiometric testing.

6.7.1.6.  An explanation of the test procedures.

6.7.1.7.  Hearing loss could lead to disqualification from current duties, if hearing is critical to job performance.

6.7.2.  All personnel shall be encouraged to use hearing protectors when they are exposed to hazardous noise during off-duty activities.

6.8.  Audiometric Testing.  The DoD Hearing Evaluation and Audiometric Reporting System (HEARS) shall be the system used by the Military Services for hearing conservation purposes as follows:

6.8.1.  All personnel routinely exposed to hazardous noise shall be placed in a hearing testing program.   That program shall include preplacement, periodic (at least annually), and termination audiograms.   Personnel who infrequently or incidentally enter designated "hazardous noise areas" need not participate in the audiometric testing program.

6.8.2.  All audiometric testing shall do the following:

6.8.2.1.  Be performed by a licensed or certified audiologist, otolaryngologist, or other physician; or by a technician who is certified by the Council for Accreditation in Occupational Hearing Conservation or who has completed equivalent military training.   A technician who performs audiometric tests shall be responsible to an audiologist, an otolaryngologist, or other physician.   Standard instructions shall be given to individuals before testing (enclosure 11).

6.8.2.2.  Be conducted in a testing environment with background octave band SPLs not greater than the following:

6.8.2.2.1.  For 500 Hz, 27 dB.

6.8.2.2.2.  For 1000 Hz, 29 dB.

*DODI 6055.12, April 22, 1996*

6.8.2.2.3.  For 2000 Hz, 34 dB.

6.8.2.2.4.  For 4000 Hz, 39 dB.

6.8.2.2.5.  For 8000 Hz, 41 dB.   The test environment shall be resurveyed annually using equipment conforming at least to the Type 1 requirements of the latest approved ANSI Standards S1.4A to S1.4-1983 and the order 3 extended range requirements of the latest approved ANSI Standard S1.11-1986 (references (f) and (k)).

6.8.2.3.  Include pure tone, air conduction, and hearing threshold examinations of each ear at the test frequencies of 500, 1000, 2000, 3000, 4000, and 6000 Hz.

6.8.2.4.  Be performed on audiometers calibrated to the specifications of the latest approved ANSI Standard S3.6-1989 (reference (l)).

6.8.2.5.  Occur on audiometers calibrated for specifications in reference (k).  Audiometers currently in calibration must receive annual electroacoustic calibration.

6.8.2.6.  Occur on audiometers that have received a functional operation check before each day's use for specifications in 29 CFR 1910.95 reference (m).

6.8.3.  All military personnel shall receive a reference audiogram at basic training prior to noise exposure.  Every effort should be made to conduct a reference audiogram on civilian workers before they are assigned to duties involving hazardous noise exposure.  In no case shall a reference audiogram be conducted more than 1 month from the date of the worker's initial exposure to hazardous noise.  Regardless when started, the first valid hearing test administered is the reference audiogram and shall be preceded by at least 14 hours without exposure to noise from any source (hearing protectors shall not be used to meet that requirement).  The worker shall be informed to avoid high levels of occupational or nonoccupational noise exposure during a 14-hour period preceding the examination.

6.8.4.  Personnel who are exposed to hazardous noise levels exceeding the standard in paragraph 6.2., above, shall receive annual audiograms.

6.8.5.  A termination audiogram shall be conducted on each worker about to stop working in designated "hazardous noise areas."  Personnel moving to other DoD

*DODI 6055.12, April 22, 1996*

jobs involving hazardous noise exposure need not be given a termination audiogram unless they change DoD Components.

6.8.6.   When calculating the significant threshold shift (STS), the reference audiogram test results are to be transcribed into the "Reference Audiogram" spaces on the DD Form 2216, "Hearing Conservation Data" (enclosure 12).   The reference levels are subtracted from the current levels at 1000, 2000, 3000, and 4000 Hz.   The differences in hearing levels calculated at 2000, 3000, and 4000 Hz are added together and divided by three, for each ear.   STS exists if the resulting average hearing loss in either ear is greater than or equal to $\pm 10$ dB (29 CFR 1910.95, reference (m)).   Additionally, any change of $\pm 15$ dB at 1000, 2000, 3000, or 4000 Hz in either ear shall constitute a "STS."   Those results shall be recorded on the DD Form 2216 (enclosure 12) under the "Reference Audiogram" results beneath the word "Left" for the left ear and the word "Right" for the right ear.   The National Institute for Occupational Safety and Health (NIOSH) age corrections shall NOT be applied when determining "STS."

6.8.7.   A follow-up audiogram shall be conducted when an individual's audiogram shows an STS relative to the current reference audiogram in either ear. Medical evaluation is required to validate the existence of a permanent noise-induced threshold shift and/or to determine if further medical referral is required.   That evaluation shall be performed by an audiologist, an otolaryngologist, or other physician.   Any determination that the noise-induced STS is not work-related or has not been aggravated by occupational noise exposure shall be made by a physician.

6.8.8.   When a negative STS (improvement in hearing threshold from the reference audiogram) is noted on the periodic audiogram, one 14-hour noise-free follow-up test is required.   That may be administered the same day as the periodic test.   The results of the follow-up test may be used to create a re-established reference audiogram.

6.8.9.   When a positive STS (decrease in hearing threshold from the reference audiogram) is noted on the periodic audiogram, two 14-hour noise-free follow-up tests must be administered to confirm that the decrease in hearing is permanent.   Those two follow-up tests may be administered on the same day, but may not be performed on the same day as the annual audiogram.   The results of the second follow-up test may be used to create a re-established reference audiogram.   If the results of the first follow-up test do not indicate a STS, a second follow-up test is not required.

6.8.10.   When an audiologist or a physician confirms the positive threshold shift is permanent, the individual shall be notified in writing within 21 days of such

*DODI 6055.12, April 22, 1996*

determination, and the condition entered in the individual's medical record.   The individual shall be refitted with hearing protection, instructed in its care and use, and strongly encouraged to wear the hearing protection.   Supervisors shall be notified, in writing, that the worker has experienced a decrease in hearing.   The notification letter shall not contain additional details without prior written permission by the worker. The supervisor shall also be advised that any discussion of a worker's hearing abilities with non-authorized personnel is strictly prohibited.

6.8.11.  A new reference audiogram shall replace the original reference audiogram, when the medical evaluation confirms the STS noted during the annual and follow-up audiograms is permanent.   The original reference audiogram shall be retained in the patient's medical record on a DD Form 2215, "Reference Audiogram" (enclosure 13).   A revised reference audiogram should also be established when the hearing threshold demonstrated on the annual and follow-up audiograms indicate significant improvement over the existing reference audiogram.   For a positive STS, the reviewing audiologist or physician shall choose one of the following options for reestablishing the reference audiogram:

6.8.11.1.  Use the results of the most recent follow-up test;

6.8.11.2.  Use the results of the audiologic referral (if all pertinent examiner and audiometer information are available for the DD Form 2215); or,

6.8.11.3.  Conduct a separate hearing test and use its results to complete a new DD Form 2215 (enclosure 13).

6.8.12.  The DoD Components shall comply with Department of Labor Office of Workers' Compensation Programs (OWCP) Hearing Loss Medical Requirements (enclosure 14) when completing physician and audiologist reports.   Those reports shall be supplemented by any recommendation for hearing aids, hearing protection, further referral, or an interpretation of test results with site-of-lesion and a noise exposure history.

6.8.13.  The DoD Components shall comply with the Occupational Safety and Health Administration (OSHA) requirements for Federal Agencies on recordable hearing loss.   Noise-induced hearing loss shall usually be considered as a "cumulative trauma disorder" and, therefore, recorded as "illness" rather than "injury."

6.8.14.  When an OSHA-recordable hearing loss occurs from an instantaneous event (e.g., acoustic trauma from a one-time blast over pressure) the hearing loss shall be recorded as an "injury according to OSHA-recommended

*DODI 6055.12, April 22, 1996*

guidelines."   NIOSH age corrections shall NOT be used for calculating an OSHA recordable hearing loss.   That loss shall only be reported once unless an additional OSHA-recordable loss of hearing is incurred.

### 6.9.  Personnel Assignments

6.9.1.  The DoD Components may require personnel under consideration for entry-level DoD service (either civilian or military duty), in an occupational specialty that involves routine exposure to hazardous noise, to meet minimum preselection hearing level criteria.   The DoD Components may develop minimum preselection criteria and designate applicable occupational specialties.

6.9.2.  The DoD Components may establish criteria for permanently excluding personnel with a substantial hearing loss from working in hazardous noise environments.   Any exclusion criteria must be applied judiciously to ensure that qualified personnel are not inappropriately excluded from their career field.

6.9.3.  Excluding a worker from a career field should be the last resort after repeated attempts to protect the individual's hearing have failed.

### 6.10.  Access to Information, Training Material, and Records

6.10.1.  The DoD Components shall make available to personnel copies of DoD Component Directives issued on the DoD HCP and the latest approved OSHA standard 29 CFR 1910.95 (reference (m)).

6.10.2.  On request, the DoD Components shall provide affected personnel with any information on the DoD Component HCP that is supplied to the DoD Component by the Assistant Secretary of Labor for Occupational Safety and Health.

6.10.3.  On request, the DoD Components shall provide workers, former workers, and representatives designated in writing by the individual civilian employees, with copies of all records about the audiometric testing and noise exposure of a specific worker, as described in DoD Instruction 6055.5 (reference (n)).

6.10.4.  On request, the DoD Components shall provide representatives of the Assistant Secretary of Labor for Occupational Safety and Health with all records on the DoD Component HCP.

### 6.11.  Record-keeping

*DODI 6055.12, April 22, 1996*

6.11.1.  All audiometric testing data shall be maintained for 40 years, or the duration of employment plus 30 years, whichever is greater.

6.11.2.  Results of hearing tests performed for hearing conservation, as well as exposure documentation, shall be a permanent part of an individual's health record. DoD Components using Military Service audiometric databases shall record hearing tests on a DD Form 2215 (enclosure 13) or a DD Form 2216 (enclosure 12) as appropriate.

6.11.3.  Noise exposure data shall be kept for the duration of employment plus 40 years and recorded on a DD Form 2214, "Sound Level Meter Survey," (enclosure 15) or in the equivalent format with automated measurement equipment or a health hazard inventory system that contains at least the mandatory data elements.

6.11.4.  All personnel who are routinely exposed to hazardous noise shall be identified by name and SSN by those designated by each DoD Component to those responsible for medical surveillance and health education.   That information shall be maintained by the medical surveillance personnel and updated at least semiannually by the responsible authority who develops and/or has ready access to personnel rosters.

6.11.5.  Each DoD Component shall maintain a hearing conservation database for assessing the effectiveness of its HCP.

6.11.6.  The following DD Forms, or computer-generated facsimiles, shall be used in the appropriate elements of each DoD Component's program:

6.11.6.1.  DD Form 2214 (enclosure 15).

6.11.6.2.  DD Form 2214C, "Noise Survey" Sound Level Meter Survey (Continuation Sheet) (enclosure 16).

6.11.6.3.  DD Form 2215 (enclosure 13).

6.11.6.4.  DD Form 2216 (enclosure 12).

6.11.6.5.  DD Form 2217, "Biological Audiometer Calibration Check" (enclosure 17).

*DODI 6055.12, April 22, 1996*

6.12.  <u>Program Performance Evaluation</u>.   The DoD Components shall evaluate their HCP effectiveness, annually, based on the prevalence of STSs during the annual audiograms, and on the percent of identified personnel receiving annual audiograms (enclosure 18).

7.  <u>INFORMATION REQUIREMENTS</u>

The record keeping requirements of this Instruction are exempt from licensing, in accordance with DoD Directive 8910.1, paragraph 5.4.2. (reference (o)).

*DODI 6055.12, April 22, 1996*

## 8. EFFECTIVE DATE

This Instruction is effective immediately.

*Paul Kaminski*

Paul Kaminski
Under Secretary of Defense
for Acquisition and Technology

Enclosures - 18
    E1.   References, continued
    E2.   Definitions
    E3.   Noise Exposure Computation
    E4.   Table E4.T1.  NSNs for Approved Hearing Protective Devices
    E5.   Figure E5.F1.  Earplug Seating Device and Carrying Case Poster
    E6.   Figure E6.F1.  Earplugs:   General Information Poster
    E7.   Figure E7.F1.  Single-Flange Earplug Instruction Poster
    E8.   Figure E8.F1.  Triple-Flange Earplug Instruction Poster
    E9.   Figure E9.F1.  Foam Earplug Instruction Poster
    E10.  Figure E10.F1.  Noise Muffs:   General Information Poster
    E11.  Figure E11.F1.  Audiometric Instructions Poster
    E12.  Figure E12.F1.  DD Form 2216, "Hearing Conservation Data"
    E13.  Figure E13.F1.  DD Form 2215, "Reference Audiogram"
    E14.  DoL and OWCP Hearing Loss Medical Requirements
    E15.  Figure E15.F1.  DD Form 2214, "Noise Survey Sound Level Meter Survey"
    E16.  Figure E16.F1.  DD Form 2214C, "Noise Survey Sound Level Meter Survey
        (Continuation Sheet)"
    E17.  Figure E17.F1.  DD Form 2217, "Biological Audiometer Calibration Check"
    E18.  HCP Effectiveness Evaluation Procedures

### E1.   ENCLOSURE 1

REFERENCES, continued

(e)  DoD Instruction 6055.1, "DoD Occupational Safety and Health Program," October 26, 1984

(f)  American National Standards Institute Standard S1.4A (1985) through S1.4-1983, "Specifications for Sound Level Meters," June 25, 1985

(g)  American National Standards Institute Standard S1.25-1991, "Specification for Personal Noise Dosimeters," 1991

(h)  Title 29, Code of Federal Regulations (CFR), Subpart 1910.145, "Specifications for Accident Prevention Signs and Tags," current edition

(i)  Section 4914 of title 42, United States Code, "Development of Low-Noise-Emission Products"

(j)  Military Standard 882C, "System Safety Program Requirements," January 19, 1993

(k)  American National Standards Institute Standard S1.11-1993, "Specifications for Octave-Band and Fractional Octave-Band Analog and Digital Filters," current edition

(l)  American National Standards Institute Standard S3.6-1989, "Specifications for Audiometers," current edition

(m)  Title 29, Code of Federal Regulations (CFR), Subpart 1910.95, "Occupational Noise Exposure," current edition

(n)  DoD Instruction 6055.5, "Industrial Hygiene and Occupational Health," January 10, 1989

(o)  DoD Directive 8910.1, "Management and Control of Information Requirements," June 11, 1993

*DODI 6055.12, April 22, 1996*

## E2.  ENCLOSURE 2

## DEFINITIONS

E2.1.1.  <u>Decibel (dB)</u>.   A unit of measurement of SPL.   When used to measure SPL, a dB is equal to 20 times the common logarithm of the ratio of the existing sound pressure to a reference sound pressure of 20 micropascals.

E2.1.2.  <u>Decibel A-weighted (dBA)</u>.   The standard abbreviation for sound levels measured with an instrument set to the A-weighting network.   The A-weighting network reduces the contribution of lower frequencies, which are of less concern for hearing conservation.

E2.1.3.  <u>Decibel C-weighted (dBC)</u>.   The standard abbreviation for sound levels measured with an instrument set to the C-weighting network.   The C-weighting network corresponds to the ear's response for levels above 85 dB.

E2.1.4.  <u>Decibel Peak SPL (dB)</u>.   Standard abbreviation for peak sound level equal to 20 times the common logarithm of the ratio of the highest instantaneous sound pressure to a reference sound pressure of 20 micropascals.   Used in the measurement of impulse noise.

E2.1.5.  <u>Potentially Hazardous Noise</u>.   Exposure to steady-state noise having an 8-hour TWA noise level of ≥85 dBA, or exposure to impulse/impact noise levels greater than 140 dB peak SPL, regardless of duration.

E2.1.6.  <u>Potentially Hazardous Noise Area</u>.   Any area where workers are likely to receive a daily total noise dose in excess of that calculated using enclosure 3, section E3.1.2., or where impulse noise levels exceed 140 dB peak SPL.

E2.1.7.  <u>Hertz (Hz)</u>.   A unit of measure of frequency, numerically equivalent to cycles per second.

E2.1.8.  <u>Impulse/Impact Noise</u>.   A short burst of acoustic energy consisting of either a single impulse or a series of impulses.   The pressure-time history of a single impulse includes a rise of 40 dB or more in 1 second or faster to a peak pressure, followed by a somewhat slower decay of the pressure envelope to ambient pressure, both occurring within 1 second.   When the intervals between impulses are less than 500 milliseconds, the noise is considered continuous, except for short bursts of automatic weapons fire, which are considered "impulse noise."

*DODI 6055.12, April 22, 1996*

E2.1.9.  <u>Reference Audiogram</u>.   An audiogram free from auditory fatigue and other transient otologic pathology, against which future audiograms are compared.

E2.1.10.  <u>Significant Threshold Shift (STS)</u>.   A STS is present when there is a change in hearing threshold relative to the current reference audiogram of an average of less or greater than ±10 dB or more at 2000, 3000, and 4000 Hz in either ear and/or any change of less or greater than ±15 dB at 1000, 2000, 3000, or 4000 Hz in either ear.

E2.1.11.  <u>Time-Weighted Average (TWA)</u>.   An 8-hour time-weighted average sound level.

ENCLOSURE 2

*DODI 6055.12, April 22, 1996*

### E3.  ENCLOSURE 3

### NOISE EXPOSURE COMPUTATION

E3.1.1.  When using a 3 dB time-intensity exchange rate, noise dose may be computed from noise measurements as follows:

E3.1.1.1.  When the sound level is constant over the entire work shift, the noise dose "D" in percent is given by the following:

$$D = 100 * C/T$$

Where "C" is the total length of the workday in hours, and "T" is the reference duration corresponding to the measured SPL.   "T" is computed by the following equation:

$$T = 8 * 2^{85-L/3}$$

Where "L" is the measured A-weighted SPL.

E3.1.1.2.  When the work shift noise exposure is composed of two or more periods of noise at different levels, the total noise dose over the workday is given by:

$$D = 100(C1/T1 + C2/T2 . . . Cn/Tn)$$

Where "Cn" indicates the total time of exposure at a specific noise level, and "Tn" indicates the reference duration for that level.   "Tn" is computed by the following equation:

$$T_n = 8 * 2^{85-L/3}$$

E3.1.1.3.  When using a noise dosimeter which displays dose as a percentage of the daily limit, the TWA may be computed from noise dosimeter readings as follows in the equation below.   The noise dosimeter shall be capable of integrating all noise levels from 80-130 dBA and shall use a 3 dB time-intensity exchange rate and must use an 85 dBA criterion level.

$$TWA = 85 + 10 \log D/100$$

*DODI 6055.12, April 22, 1996*

Where "TWA" is the 8-hour time-weighted average sound level; and "D" is the accumulated dose in percent exposure.

E3.1.2.  When using a 4 dB time-intensity exchange rate, noise dose may be computed from noise measurements as follows:

E3.1.2.1.  When the sound level is constant over the entire work shift, the noise dose "D" in percent is given by the following:

$$D = 100 * C/T$$

Where "C" is the total length of the workday in hours, and "T" is the reference duration corresponding to the measured SPL.   "T" is computed by the following equation:

$$T = 8 * 2^{85-L/4}$$

Where "L" is the measured A-weighted SPL.

E3.1.2.2.  When the work shift noise exposure is composed of two or more periods of noise at different levels, the total noise dose over the workday is given by:

$$D = 100(C1/T1 + C2/T2 \ldots Cn/Tn)$$

Where "Cn" indicates the total time of exposure at a specific noise level, and "Tn" indicates the reference duration for that level.   "Tn" is computed by the following equation:

$$T_n = 8 * 2^{85-L/4}$$

E3.1.2.3.  When using a noise dosimeter that displays dose as a percentage of the daily limit, the TWA may be computed from noise dosimeter readings as follows in the equation below.   The noise dosimeter shall be capable of integrating all noise levels from 80-130 dBA and shall use a 4 dB time-intensity exchange rate and must use an 85 dBA criterion level.

$$TWA = 85 + 13.29 \log D/100$$

Where "TWA" is the 8-hour time-weighted average sound level; and "D" is the accumulated dose in percent exposure.

ENCLOSURE 3

E3.1.3.  When exposures to steady-state noise, including impulse noise below 130 dB peak SPL, occur simultaneously within the same 24-hour period as exposure to impulse noise above 130 dB peak SPL, the hazard criteria shall be applied separately (i.e., the allowable exposure to steady-state noise shall not be reduced because of exposure to impulse noise).

ENCLOSURE 3

*DODI 6055.12, April 22, 1996*

## E4.  ENCLOSURE 4

### TABLE E4.T1.  NSNs FOR APPROVED HEARING PROTECTION DEVICES

| Type of protector | Nomenclature | National Stock Number (NSN) | Sizes & misc. Information |
|---|---|---|---|
| Single-flange earplugs | Earplug, hearing protection, single-flange, 24s | 6515-00-442-4765<br>6515-00-467-0085<br>6515-00-467-0089<br>6515-00-442-4807<br>6515-00-442-4813 | extra sm.(wht)<br>small (green)<br>medium  (orng)<br>large (blue)<br>extra lrg(red) |
| Triple-flange earplugs | Earplug, hearing protection, triple-flange, 24s | 6515-00-442-4821<br>6515-00-442-4818<br>6515-00-467-0092 | small(green)<br>medium(orange)<br>large(blue) |
| Vinyl foam earplugs | Earplug, hearing protection, yellow 400s<br>Plug, ear, white, 400s | 6515-00-137-6345<br><br>6515-01-117-7159 | 200 individual wrapped pairs, container w/ adhesive backing for attachment to wall surface |
| Silicon earplugs | Earplug, silicone rubber, hearing protection, cylindrical, disposable, 48s and 200s | 6515-00-135-2612<br>6515-00-133-5416 | Individual plastic case blister pack |
| Noise muffs | Aural protector, sound Type II<br>High Performance Muff, Navy Type I<br>Replacement seal, dome<br>Replacement filter, dome | 4240-00-022-2946<br><br>4240-00-759-3290<br><br>4240-00-979-4040<br><br>5965-00-674-5379 | |
| Earplug carrying case | Earplug carrying case | 6515-01-100-1674 | Includes insertion devices for single- and triple-flange earplugs |

*DODI 6055.12, April 22, 1996*

E5.  ENCLOSURE 5

FIGURE E5.F1.  EARPLUG SEATING DEVICE AND CARYING CASE POSTER

# EARPLUG SEATING DEVICE AND CARRYING CASE

 **TRIPLE-FLANGE EARPLUGS (INSERTION INSTRUCTIONS):**
   A. INSERT STEM OF PLUG IN OPEN END OF CASE LID.
   B. PUSH AND WIGGLE PLUG TOWARD REAR-CENTER OF HEAD

 **SINGLE-FLANGE EARPLUGS (INSERTION INSTRUCTIONS):**
   A. GRASP PLUG TAB BETWEEN THUMB AND FOREFINGER AND
      INSERT INTO EAR CANAL.
   B. USE POINTED END OF CASE LID TO IMPROVE SNUG FIT.

**3 GENERAL INSTRUCTIONS:**
   A. WHEN NOT IN USE, KEEP PLUGS IN CARRYING CASE.
   B. ENSURE THAT PLUGS ARE CLEANED WITH SOAP AND
      WATER AND ARE DRY WHEN RETURNED TO THE CASE.
   C. WEAR YOUR EARPLUG CARRYING CASE
      (WITH EARPLUGS) AS PART OF YOUR
      WORK UNIFORM.  THEY ARE PART OF
      YOUR PERSONAL ISSUE AND ARE TO BE
      RETAINED UPON CHANGE OF STATION.

(CASE AND EARPLUG INSERTER, PLASTIC, NONREFLECTIVE, 20S, NSN 6515-01-100-1874)

AZHA POSTER 13, 1 JUN 86  (IISN3-NO-2)





TAB SHOULD BE
TO THE REAR.

*DODI 6055.12, April 22, 1996*

E6.  ENCLOSURE 6

FIGURE E6.F1.  GENERAL INFORMATION POSTER

# Earplugs:  General Information

1. Make the ear canal accessible by reaching over the head with opposite hand and pulling ear outward.

2. A good seal should be accomplished by a vacuum sensation (a back pressure).  Also, your voice should sound muffled to you as if talking inside a barrel.

3. Plugs tend to work loose as a result of talking and chewing and must be reseated.

4. Little difficulty is experienced under-standing speech when plugs are worn, if the voice is raised slightly above the level of ordinary conversation.

5. Even a small leak defeats the purpose of wearing plugs.

6. Keep plugs clean with soap and water, but ensure plugs are dry when returned to case.  When not in use, keep plugs in plastic carrying case provided.

7. Earplugs are part of your personal issue and are to be retained upon change of station.



*DODI 6055.12, April 22, 1996*

E7.  ENCLOSURE 7

FIGURE E7.F1.  SINGLE-FLANGE EARPLUG INSTRUCTION POSTER

## FOR MAXIMUM PROTECTION AND COMFORT, INSERT SINGLE FLANGE EARPLUGS AS FOLLOWS:

1. MAKE THE EAR CANAL ACCESSIBLE BY REACHING OVER HEAD WITH OPPOSITE HAND AND PULLING EAR OUTWARD.

2. GRASP PLUG TAB BETWEEN THUMB AND FOREFINGER AND INSERT PLUG INTO EAR CANAL.

3. PUSH AND TWIST PLUG TOWARD REAR-CENTER OF HEAD UNTIL SEAL IS MADE.

4. IF A GOOD SEAL IS NOT OBTAINED, USE SMALLER OR LARGER SIZE. SINGLE FLANGE PLUGS ARE AVAILABLE IN FIVE SIZES- EX. SMALL , SMALL, MEDIUM, LARGE, AND EX. LARGE.

TAB SHOULD BE TO THE REAR.

DA Poster 40-501C, Apr 1991 DISTRIBUTION: To be distributed in accordance with DA Form 12-04, block 0656, requirements for DA Poster 40-501C.

ENCLOSURE 7

*DODI 6055.12, April 22, 1996*

## E8.  ENCLOSURE 8

### FIGURE E8.F1.  TRIPLE-FLANGE EARPLUG INSTRUCTION POSTER

**FOR MAXIMUM PROTECTION AND COMFORT
INSERT  TRIPLE FLANGE EARPLUGS
AS FOLLOWS :**

1. MAKE THE EAR CANAL ACCESSIBLE BY REACHING OVER HEAD WITH OPPOSITE HAND AND PULLING EAR OUTWARD.

2. GRASP PLUG FIRMLY BEHIND LARGEST FLANGE.

3. INSERT SMALLER FLANGE IN EAR CANAL.  PUSH AND TWIST  TOWARD REAR-CENTER OF HEAD.

4. IF A GOOD SEAL IS NOT OBTAINED, USE SMALLER OR LARGER SIZE.  TRIPLE FLANGE  PLUGS ARE AVAILABLE IN THREE SIZES- LARGE, REGULAR, AND SMALL.

DA Poster 40-501D, Apr 1991 DISTRIBUTION: To be distributed in accordance with DA Form 12-04, block 0656, requirements for DA Poster 40-501D.

ENCLOSURE 8

*DODI 6055.12, April 22, 1996*

E9.  ENCLOSURE 9

FIGURE E9.F1.  FOAM EARPLUG INSTRUCTION POSTER

## *FOAM EARPLUGS*

FOR MAXIMUM EFFECTIVENESS AND COMFORT INSERT FOAM EARPLUGS (NSN 6515-00-137-6345) AS FOLLOWS: IMPORTANT – HANDS AND PLUGS SHOULD BE CLEAN PRIOR TO USE.  DO NOT USE WHERE HAZARDOUS CHEMICALS OR MATERIALS COULD BE TRANSFERRED TO PLUG.

**1** WITH BOTH HANDS GRASP THE ROUND SIDE OF THE PLUG.  SLOWLY ROLL AND COMPRESS THE PLUG INTO A VERY THIN, CREASE-FREE CYLINDER.



**2** WHILE COMPRESSED, INSERT THE PLUG WELL INTO THE EAR CANAL.  FITTING THE PLUG IS EASIER IF THE OUTER EAR IS PULLED OUTWARD AND UPWARD DURING INSERTION.



**3** WITH FINGERTIP, GENTLY HOLD THE PLUG IN PLACE UNTIL IT BEGINS TO EXPAND AND BLOCK THE NOISE. QUALITY OF FIT MAY BE ESTIMATED BY OBSERVATION.



**4** EARPLUG FIT CAN BE TESTED IN THE PRESENCE OF NOISE BY ALTERNATELY COVERING AND UNCOVERING THE EARS WITH TIGHTLY PRESSED HANDS.  WITH PROPERLY FITTED PLUGS THE NOISE LEVELS SHOULD SEEM NEARLY THE SAME WHETHER OR NOT THE EARS ARE COVERED.  KEEP PLUGS CLEAN BY WASHING IN MILD SOAP AND RINSING THOROUGHLY IN WATER.  DISCARD IF DISCOLORATION OR DISFIGUR-ATION OCCURS AFTER CLEANING.



DA Poster 40-501B, Apr 1991 DISTRIBUTION: To be distributed in accordance with DA Form 12-04, block 0656, requirements for DA Poster 40-501B.

*DODI 6055.12, April 22, 1996*

E10.  ENCLOSURE 10

FIGURE E10.F1.  NOISE MUFFS:   GENERAL INFORMATION POSTER

## EAR MUFFS: GENERAL INFORMATION

**1.** ADJUST HEADBAND TO INSURE EARCUP SEALS
ARE IN COMPLETE CONTACT WITH HEAD.

**2.** EARCUP SEALS MUST FIT WELL AROUND TEMPLES
OF EYEGLASSES.

**3.** THE TYPE II EAR MUFF CAN BE WORN OVER THE
HEAD, BEHIND THE HEAD OR UNDER THE CHIN. ➤➤

**4.** WHEN EAR MUFFS ARE PROPERLY WORN,
YOUR OWN VOICE SHOULD SOUND MUFFLED
TO YOU AS IF TALKING INSIDE A BARREL.

**5.** DO NOT BEND, ALTER OR MODIFY ANY PART OF
HEADBAND, CUPS, CUP LINING OR EARCUP SEALS.

**6.** REPLACE EARCUP SEALS THAT HAVE BECOME
HARDENED, DAMAGED OR OTHERWISE UNSERVICEABLE.

**7.** EVEN A SMALL LEAK ELIMINATES THE PROTECTION
PROVIDED BY EAR MUFFS.



AURAL PROTECTOR, SOUND, TYPE II
NSN 4240-00-022-2946

DA Poster 40-501F, Apr 1991 DISTRIBUTION: To be distributed in accordance with DA Form 12-04, block 0856,
requirements for DA Poster 40-501F.

*DODI 6055.12, April 22, 1996*

E11.  ENCLOSURE 11

FIGURE E11.F1.  AUDIOMETRIC INSTRUCTIONS POSTER

# AUDIOMETRIC INSTRUCTIONS

### SELF-RECORDING

1.  THIS IS A HEARING CHECK.

2.  YOU WILL BE LISTENING FOR SOME TONES. EACH TIME YOU HEAR A TONE, PRESS THE BUTTON.  WHEN THE TONE GOES AWAY RELEASE THE BUTTON.

3.  NO MATTER HOW FAINT THE TONE, PRESS THE BUTTON WHEN YOU HEAR THE TONE AND RELEASE THE BUTTON WHEN THE TONE GOES AWAY.

4.  UPON COMPLETION OF YOUR HEARING CHECK, PLEASE REMAIN SEATED AND QUIET UNTIL THE OPERATOR RELEASES YOU.




AEHA POSTER 10-7, 1 JUN 86  (REPLACES

USAEHA

30                                                    ENCLOSURE 11

*DODI 6055.12, April 22, 1996*

E12. ENCLOSURE 12

FIGURE E12.F1. DD FORM 2216, "HEARING CONSERVATION DATA"

*DODI 6055.12, April 22, 1996*

## INSTRUCTIONS
*(Refer to DoD Component Instructions for additional guidance)*

**PURPOSE:** This form is used to record the results of periodic and followup audiometry for individuals routinely exposed to hazardous noise. Before this form is used, a DD Form 2215, "Reference Audiogram," must already be filed in the individual's health record.

**1. ZIP CODE/APO/FPO/PAS.** Enter nine digit ZIP Code/APO/FPO/ PAS of where audiometric test is conducted.

**2. DOD COMPONENT.** Enter letter in box of major organizational subdivision of DoD to which military or civilian individual is assigned. Enter "1" if DoD component is not listed.

**3. SERVICE COMPONENT.** Enter letter in box corresponding to primary subdivision of separate military service in which military is assigned (e.g., Regular (R) - standing military component of armed forces in peace and war; Reserve (V) - component of ready trained personnel for military service when needed, etc.; National Guard (G) - component of National Guard personnel in full-time or part-time status). Enter "1" for all others not listed.

**4. SOCIAL SECURITY NUMBER.** Enter nine digit social security number. If foreign national, enter "FN" in middle two blocks.

**5. NAME.** Enter surname, given name and middle initial of individual being tested.

**6. DATE OF BIRTH.** Enter year, month, day.

**7. SEX.** Enter "M" if male, "F" if female.

**8. PAY GRADE, UNIFORMED SERVICES.** For military personnel only, enter military personnel class and pay level serial number as follows:
O11 - General of the Army/General of the Air Force/Fleet Admiral
O10 - General/Admiral
O09 - Lieutenant General/Vice Admiral
O08 - Major General/Rear Admiral (Upper Half)
O07 - Brigadier General/Rear Admiral (Lower Half)/Commodore
O06 - Colonel (A,F,M)/Captain (N)
O05 - Lieutenant Colonel/Commander
O04 - Major/Lieutenant Commander
O03 - Captain (A,F,M)/Lieutenant (N)
O02 - First Lieutenant/Lieutenant Junior Grade
O01 - Second Lieutenant/Ensign
W06 - Chief Warrant Officer, W-6
W04 - Chief Warrant Officer, W-4
W03 - Chief Warrant Officer, W-3
W02 - Chief Warrant Officer, W-2
W01 - Warrant Officer, W-1
C00 - Cadet/Midshipman
E09 - Sergeant Major/Chief Master Sergeant/Master Chief Petty Officer
E08 - Master Sergeant (A,M)/Senior Chief Petty Officer/Senior Master Sergeant/Sergeant(A)
E07 - Sergeant First Class/Gunnery Sergeant/Chief Petty Officer/ Master Sergeant (F)/Platoon Sergeant (A)/Specialist-7
E08 - Staff Sergeant/Technical Sergeant/Petty Officer First Class/ Specialist-6
E05 - Sergeant (A,M)/Staff Sergeant/Petty Officer Second Class/ Specialist-5
E04 - Corporal/Sergeant (F)/Petty Officer Third Class/Specialist-4
E03 - Private First Class (A)/Airman First Class/Lance Corporal/Seaman
E02 - Private (PV1)/Airman/Private First Class (M)/Seaman Apprentice
E01 - Private (PV2)/Private (M)/Airman Basic/Seaman Recruit

**9. GRADE, CIVILIAN.** Enter two letters and two numbers of Federal civilian employee rank (e.g., WG05, GS11, etc). Letter entries will be WG, WL, WS, WN, WD or GS. Number entries will be 01 to 18. Enter "1111" if other (e.g., foreign national, contractor, etc.).

**10. SERVICE DUTY OCCUPATION CODE.** Enter code to which military member's duty occupation is assigned (e.g., MOS, SSI, NEC/Rating, NOBC or AFSC in which individual is actually working). Enter number code of civilian job series in which civilian member is actually working (e.g., for a carpenter enter "4607").

**11. MAILING ADDRESS OF ASSIGNMENT.** Enter installation name (and street address for Navy and Marines), unit, office symbol, and ZIP Code/APO/ FPO/PAS of individual's current duty assignment.

**12. LOCATION - PLACE OF WORK.** Enter specific location where individual is routinely exposed to hazardous noise including building number (e.g., Corpus Christi, NAS, Building 1671, Carpenter Shop). For Air Force personnel, enter 12-digit Workplace Identifier Code per AFOSH Std. 161-17.

**13. MAJOR COMMAND.** Enter authorized abbreviation of military major command to which individual is assigned.

**14. DUTY TELEPHONE.** Enter individual's duty telephone number.

**15. AUDIOMETRY.**
a. **Purpose.** Enter number in box for reason to complete audiogram. "1" - First periodic test given 90 days after beginning duties in noise- hazardous area or operation; "2" - Periodic test given at yearly intervals; "3" - Last test given, regardless of noise exposure history, before termination of active duty or employment; "4" - Test at interval for reason not listed above.
b. **Current Audiogram Date.** Enter year, month, day (e.g., if January 31, 1995, enter 950131) that audiometric test is given and current threshold levels determined for this individual at six frequencies in each ear. Results are entered in 6 dB increments (e.g., 0, 5, 10, 15, etc.). If responses exceed maximum limits of audiometer, enter that limit with plus sign (e.g., 110+).

**16.c. Reference Audiogram Date.** Enter year, month, and day reference test results were obtained. See DD Form 2215, "Reference Audiogram," or other appropriate source. Enter threshold levels in 5 dB increments from reference audiogram.
d. **Significant Threshold Shift (STS).** Enter "1" if no STS is present; enter "2" if STS is present.
   STS - NO: See DoD component specific manuals for detailed guidance.
   STS-YES: Outlines procedures required when a significant threshold shift present: "Notify Supervisor" - Notify individual's supervisor that significant threshold shift has been found and followup audiogram must be done. "Followup No. 1 After Minimum 14 Hours Noise Free" - Schedule individual for first followup audiogram. They must be instructed to stay in a noise free environment (not to exceed 75 dBA or 120 dBP) for at least 14 hours prior to test. They must be told to avoid environments in which noise levels make it necessary to use raised voice to talk at 1 meter (3 feet) distance. If examinee has obvious ear problem (e.g., cerumen, draining ear, excessive cerumen buildup), he/she should be examined by physician and followup postponed until after any necessary treatment.
e. **Threshold Shift.** Enter difference between current and most recent reference audiogram for 1000, 2000, 3000 and 4000 Hz. Refer to DoD component manuals for established criteria. Enter " + " to indicate positive shift (poorer hearing) or "-" to indicate negative shift (better hearing) on current audiogram.
f. **Remarks.** Print any information considered pertinent. Include the individual's 8-hour TWA noise exposure, when available.
g. **Type of Personal Hearing Protection Used.** Enter number for type of hearing protection that is routinely used by individual.
h. **Examiner Name.** Enter surname, given name and middle initial of individual operating audiometer.
i. **Training Certificate Number.** Enter audiometric technician training certificate number.
j. **Service Duty Occupation Code.** Enter examiner's service duty occupation code (see item 10).
k. **Office Symbol.** Enter complete office symbol where examiner is performing the test.
l. **Audiometer Type.** Enter number for type of audiometer used (e.g., "1" for manual type, etc.).
m. **Model.** Enter manufacturer's designation of audiometer.
n. **Manufacturer.** Enter name of company that produced audiometer.
o. **Serial Number.** Enter manufacturer's serial number of audiometer.
p. **Last Electroacoustic Calibration Date.** Enter year, month and day (see item 15.b.) of last electroacoustic determination of this audiometer's performance specifications.

**16. FOLLOWUP NO. 1.** If significant threshold shift determined on periodic test, record results of first followup audiogram in this section. Mark (X) box to certify "Minimum 14 Hours Noise Free Since Current Audiogram (see item 15.b.)".
b., c., and e., "Current Audiogram," "Reference Audiogram," and "Threshold Shift" completed in same format as above. Note: Hearing threshold levels entered in 16.c. are the same values as those used in 15.c.
d. "STS - NO" - If no STS noted, enter "1" in box and follow steps in "STS - NO" section.
   "STS - YES" - If STS remains following this examination (Followup No. 1), follow service component instructions (e.g., supervisor is notified for the second time, individual is scheduled for Followup No. 2 audiogram, and individual is instructed to stay in a noise free environment (not to exceed 75 dBA or 120 dBP) for a minimum of 14 hours of auditory rest since current audiogram (item 15.b.)).
e. **through m.** Enter the required information according to guidelines for entries on periodic audiogram.

**17. FOLLOWUP NO. 2.** If significant threshold shift determined on Followup No. 1, record results of Followup No. 2 in this section. Mark (X) box to certify "Minimum 14 Hours Noise Free Since Current Audiogram (see item 15.b.)".
b., c., and e., "Current Audiogram," "Reference Audiogram," and "Threshold Shift" completed in same format as above. Note: Hearing threshold levels entered in 17.c. are the same values as those used in 15.c.
d. "STS - NO" - If no STS noted, enter "1" in box and follow steps in "STS - NO" section.
   "STS - YES" - If STS remains following this examination (Followup No. 2), enter "2" in box. Refer to DoD component instructions for appropriate patient disposition.
e. **through m.** Enter the required information according to guidelines for entries on periodic audiogram.

See specific DoD component manuals regarding followup procedures required in addition to those listed above. For example, if the annual test indicates a "negative" threshold shift and is confirmed on the first followup, the reference audiogram may be reestablished at this time without any further followup testing for DA personnel.

**DD FORM 2216 (BACK), MAY 96**

ENCLOSURE 12

*DODI 6055.12, April 22, 1996*

## E13.  ENCLOSURE 13

## FIGURE E13.F1.  DD FORM 2215, "REFERENCE AUDIOGRAM"



DD FORM 2215, MAY 96          PREVIOUS EDITIONS ARE OBSOLETE.

*DODI 6055.12, April 22, 1996*

## INSTRUCTIONS
*(Refer to DoD Component Instructions for additional guidance)*

**PURPOSE:** This form is used to record initial audiometric test results with which later audiometric test results can be compared (see DD Form 2216, "Hearing Conservation Data," to record periodic test results).

**1. ZIP CODE/APO/FPO/PAS.** Enter nine digit ZIP Code/APO/FPO/PAS of where audiometric test is conducted.

**2. DOD COMPONENT.** Enter letter in box of major organizational subdivision of DoD with which military or civilian individual is assigned. Enter "1" if DoD component is not listed.

**3. SERVICE COMPONENT.** Enter letter in box corresponding to primary subdivision of separate military service in which military is assigned (e.g., Regular (R) - standing military component of armed forces in peace and war; Reserve (V) - component of ready trained personnel for military service when needed, etc.; National Guard (G) - component of National Guard personnel in full-time or part-time status). Enter "1" for all others, including civilians.

**PERSONAL DATA OF INDIVIDUAL BEING TESTED:**

**4. SOCIAL SECURITY NUMBER.** Enter nine digit social security number. If foreign national, enter "FN" in middle two blocks.

**5. NAME.** Enter surname, given name and middle initial.

**6. DATE OF BIRTH.** Enter year, month, day.

**7. SEX.** Enter "M" if male, "F" if female.

**8. PAY GRADE, UNIFORMED SERVICES.** For military personnel only, enter military personnel class and pay level serial number as follows:

O11 - General of the Army/General of the Air Force/Fleet Admiral
O10 - General/Admiral
O09 - Lieutenant General/Vice Admiral
O08 - Major General/Rear Admiral (Upper Half)
O07 - Brigadier General/Rear Admiral (Lower Half)/Commodore
O06 - Colonel (A,F,M)/Captain (N)
O05 - Lieutenant Colonel/Commander
O04 - Major/Lieutenant Commander
O03 - Captain (A,F,M)/Lieutenant (N)
O02 - First Lieutenant/Lieutenant Junior Grade
O01 - Second Lieutenant/Ensign
W06 - Chief Warrant Officer, W-5
W04 - Chief Warrant Officer, W-4
W03 - Chief Warrant Officer, W-3
W02 - Chief Warrant Officer, W-2
W01 - Warrant Officer, W-1
C00 - Cadet/Midshipman
E09 - Sergeant Major/Chief Master Sergeant/Master Chief Petty Officer
E08 - Master Sergeant (A,M)/Senior Chief Petty Officer/Senior Master Sergeant/First Sergeant(A)
E07 - First Sergeant First Class/Gunnery Sergeant/Chief Petty Officer/Master Sergeant (F)/Platoon Sergeant (A)/Specialist-7
E06 - Staff Sergeant/Technical Sergeant/Petty Officer First Class/Specialist-6
E05 - Sergeant (A,M)/Staff Sergeant/Petty Officer Second Class/Specialist-5
E04 - Corporal/Sergeant (F)/Petty Officer Third Class/Specialist-4
E03 - Private First Class (A)/Airman First Class/Lance Corporal/Seaman
E02 - Private (PV1)/Airman/Private First Class (M)/Seaman Apprentice
E01 - Private (PV2)/Private (M)/Airman Basic/Seaman Recruit

**9. GRADE, CIVILIAN.** Enter two letters and two numbers of Federal civilian employee rank (e.g., WG05, GS11, etc.). Letter entries will be WG, WL, WS, WN, WD or GS. Number entries will be 01 to 18. Enter "1111" if other (e.g., foreign national, contractor, etc.).

**10. SERVICE DUTY OCCUPATION CODE.** Enter code to which military member's duty occupation is assigned (e.g., MOS, SSI, NEC/Rating, NOBC or AFSC in which individual is actually working). Enter number code of civilian job series in which civilian member is actually working (e.g., for a carpenter enter "4607").

**11. MAILING ADDRESS OF ASSIGNMENT.** Enter installation name (and street address for Navy and Marines), unit, office symbol, and ZIP Code/APO/FPO/PAS of individual's current duty assignment.

**12. LOCATION - PLACE OF WORK.** Enter specific location where individual is routinely exposed to hazardous noise including building number (e.g., Corpus Christi, NAS, Building 1571, Carpenter Shop). For Air Force personnel, enter 12-digit Workplace Identifier Code per AFOSH Std. 161-17.

**13. MAJOR COMMAND.** Enter authorized abbreviation of military major command to which individual is assigned.

**14. DUTY TELEPHONE.** Enter individual's duty telephone number.

**AUDIOMETRY:**

**15. REASON FOR CONDUCTING AUDIOGRAM.** Enter number in box for reason to complete reference audiogram.

1 - Individual has not yet worked in hazardous noise duty areas and no reference audiogram has been accomplished.
2 - Individual has worked in hazardous noise duty areas but reference audiogram has been lost or no longer recoverable, and 3 - Individual has worked in hazardous noise duty areas and requires revised reference audiogram following completion of hearing conservation follow-up program.

**16. AUDIOMETRIC DATA RE: ANSI S3.6 - 1989.** Enter threshold levels determined for the individual at six frequencies in each ear. Results are entered in 5dB increments (e.g., 0, 5, 10, 15, etc.). If responses exceed maximum limits of audiometer, enter that limit with plus sign (e.g., 110+).

**17. DATE OF AUDIOGRAM.** Enter year, month, and day the audiometric test is given. (If January 14, 1996, enter 960114.)

**18. MEETS REFERRAL CRITERIA.** Based on the audiometric test results, each DoD component should apply its own criteria.

**19. MILITARY TIME OF DAY.** Enter four digits for hour of day (24-hour clock) this audiogram is conducted (e.g., "0830," "1400," etc.). This field is optional.

**20. HOURS SINCE LAST NOISE EXPOSURE.** Enter appropriate number of hours prior to this audiogram that individual was last exposed to hazardous noise (e.g., steady noise 85 dBA or greater and/or impulse noise above 140 dBP).

**21. EAR, NOSE, AND THROAT PROBLEM AT TIME OF TEST.** Enter "1" (NO) if individual has no ear, nose or throat problems at time of test that could be causing a temporary (conductive) hearing loss (e.g., ear canal blocked with ear wax, ear infection, head cold, etc.). Enter "2" (YES) if problem was present and "3" (UNKNOWN) if no way to determine presence of problem.

**22. EXAMINER.**
a. Name. Enter surname, given name and middle initial of individual operating audiometer.
b. Training Certification Number. Enter audiometric technician training certification number.
c. Service Duty Occupation Code. Enter examiner's service duty occupation code (see Item 10).
d. Office Symbol. Enter complete office symbol where examiner is performing the test.

**23. AUDIOMETER.**
a. Type. Enter number for type of audiometer used (e.g., "1" for manual type).
b. Model. Enter manufacturer's designation.
c. Manufacturer. Enter name of company that produced audiometer.
d. Serial Number. Enter manufacturer's serial number.
e. Last Electroacoustic Calibration Date. Enter year, month and day (see Item 16) of last electroacoustic determination of this audiometer's performance specifications.

**24. PERSONAL HEARING PROTECTION.**
a. Type Issued. Enter number for type of hearing protector that the individual was issued (e.g., "2" for triple flange, etc.; if "6 - OTHER," explain in Item 25, "Remarks").
b. Size Earplugs. Enter number for size of earplug (single or triple flange) used for each ear (e.g., "4" for Large in right ear (R) and "3" for Medium or Regular in left ear (L)).
c. Double Protection Used. Enter "1" in box if earplugs are not routinely worn in combination with noise muffs or a noise-attenuating helmet. Enter "2" if they are routinely worn together.
d. Glasses Worn. Enter "1" in box if eye glasses or goggles are not routinely worn with noise muffs or noise-attenuating helmet.
e. Frequency Glasses Worn. Indicate frequency of use. If "2" was entered in Item 24.d, enter "3" - N/A.

**25. REMARKS.** Print explanations for any of above items marked "OTHER" and any information considered pertinent. Include the individual's 8-hour TWA noise exposure, when available.

**DD FORM 2215 (BACK), MAY 96**

ENCLOSURE 13

*DODI 6055.12, April 22, 1996*

## E14.  ENCLOSURE 14

### OWCP HEARING LOSS MEDICAL REQUIREMENTS AS PARAPHRASED FROM DOL OWCP HEARING LOSS SECTION INSTRUCTIONS

E14.1.1.  The report which is submitted must include the results of an otological (ENT) examination, conducted by a physician, and the results of an audiological examination administered in a sound-treated booth.

E14.1.2.  The report of the physician's ENT examination must include:

E14.1.2.1.  The date and hour of examination;

E14.1.2.2.  The date and hour of the claimant's last exposure to employment related noise;

E14.1.2.3.  A detailed and relevant medical history;

E14.1.2.4.  The physician's reasoned opinion concerning the etiology of any indicated hearing loss and, specifically, its relationship to the claimant's occupational noise-exposure history;

E14.1.2.5.  The physician's recommendations for treatment, including the need for a hearing aid; and,

E14.1.2.6.  The physician's original signature.

E14.1.3.   The report of the audiological evaluation must include:

E14.1.3.1.  An authenticated, legible, and dated audiogram consisting of pure tone air conduction threshold from 250 to 8000 Hz, including 3000 Hz, and bone conduction thresholds from 250 to 4000 Hz, also including 3000 Hz;

E14.1.3.2.  The results of speech reception threshold (SRT) and speech discrimination testing, including stimuli and method of presentation (SRT and pure tone average (PTA) should agree within ± 10 dB);

E14.1.3.3.  The results of an impedance test battery, including tympanometry and stapedial reflex threshold measurements;

*DODI 6055.12, April 22, 1996*

E14.1.3.4.  The standard and date of last electronic calibration, and the name of the person who performed the calibration, (our procedures require that the date of last electronic calibration be within 1 year of the date of examination) for each instrument used;

E14.1.3.5.  A statement regarding the reliability of the audiological evaluation (if questionable, administer additional tests so that reliable conventional audiometric responses will be obtained); and,

E14.1.3.6.  A statement indicating that the claimant was removed from any exposure to injuries noise for at least 16 hours prior to your examination.

E14.1.4.  Please forward the ENT report and the audiological evaluation together to this office.   Bills can only be paid when we have received the ENT report and the audiological evaluation.

ENCLOSURE 14

*DODI 6055.12, April 22, 1996*

## E15.  ENCLOSURE 15

### FIGURE E15.F1.  DD FORM 2214, "NOISE SURVEY SOUND LEVEL METER SURVEY"



DD Form 2214, SEP 79

DODI 6055.12, April 22, 1996

## INSTRUCTIONS
(Refer to DOD Component Instructions for Additional Guidance)

**PURPOSE:** This form is intended to record noise survey results for the identification of potentially noise-hazardous environments.

**GENERAL:** Print all information in ink. Only medical, industrial hygiene, safety, or engineering personnel who meet training requirements specified by the DOD components will make sound level measurements.

1. Date - Enter date noise survey conducted (e.g., if Jan 14, 1979, enter 79/01/14).

2. Type, Survey - Enter appropriate numeric code in box (e.g., enter "1" if area or operation not surveyed before or no available records of previous survey; enter "2" if resurvey conducted at regular intervals (such as once each 12 months); or enter "3" if noise being reevaluated to confirm validity of previously obtained measurements or for purposes other than indicated).

3. Sound Level Meter:
   a. Mfgr - Enter name of company that produced sound level meter.
   b. Model - Enter manufacturer's designation.
   c. Serial No. - Enter manufacturer's serial number.
   d. Last Electroacoustic Calib Date - Enter year, month, day (see item 1) of last comprehensive calibration required by DOD component. Not to include calibration checks made with acoustical calibrator.

4. Microphone (Fill in this section if microphone is detachable from sound level meter)
   a. Manufacturer - Enter name of company that produced microphone.
   b. Model - If available, enter manufacturer's designation.
   c. Serial No. - Enter manufacturer's serial number.
   d. Last Electroacoustic Calib Date - Enter year, month, and day (see item 1) of last comprehensive calibration as required by DOD component.

5. Calibrator:
   a. Manufacturer - Enter name of company that produced calibrator.
   b. Model - Enter manufacturer's designation.
   c. Serial No. - Enter manufacturer's serial number.
   d. Last Electroacoustic Calib Date - Enter year, month, and day (see item 1) of last comprehensive calibration as required by DOD component.

6. Wind Screen - Check appropriate box indicating if manufacturer's device to reduce wind noise is mounted over microphone assembly.

7. Measurements Obtained - Check appropriate box indicating if measurements obtained indoors or outdoors.

8. Description of Areas/Duties Where Noise Survey Conducted -Include building number(s), name of activity and / or operation, identify specific microphone locations, performance conditions and descriptions of machinery (e.g., rpm, load, etc). Where applicable, include noise-hazard contours of area. On additional sheet make simple line drawing of area and identify noise sources and locations of measurement.

9. Primary Source of Noise - If possible, identify the location(s) of the highest dBA value.

10. Secondary Source of Noise - If possible, identify all other noise sources when the primary noise source is off (e.g., background noise sources and other noise sources that may or may not be noise hazardous).

11. Sound Level Data
   a. Location - Position where measurement is obtained should correspond with those identified, or illustrated on form.
   b. Meter Action - See NOTES in Sound Level Data Sec. levels measured with weighting switch of meter in "C" position.
   c. dBC - If required by DOD component, enter sound levels measured with weighting switch of meter in "C" position.
   d. dBA - Enter sound levels measured with weighting switch of meter in "A" position. See NOTES in Sound Level Data Section.
   e. Risk Assessment Code - Enter expression of risk that combines elements of hazard severity and mishap probability. Hazard severity categories shall be assigned by roman numeral as follows:

   (1) Category I - Catastrophic: May cause death or loss of a facility (Code I).
   (2) Category II - Critical: May cause severe injury, e.g., severe occupational illness, or major property damage (Code II).
   (3) Category III - Marginal: May cause minor injury, e.g., minor occupational illness, or minor property damage (Code III).
   (4) Category IV - Negligible: Probably would not affect personnel safety or health, but is nevertheless in violation of specific criteria (Code IV). Mishap probability shall be assigned capital letter according to following criteria:
   (a) Subcategory A: Likely to occur immediately or within a short period of time (Code A).
   (b) Subcategory B: Probably will occur in time (Code B).
   (c) Subcategory C: May occur in time (Code C).
   (d) Subcategory D: Unlikely to occur (Code D). Enter codes as IIB, IIIC, etc. Refer to DOD Instruction 6055.1/DOD component instructions for specific definitions and guidance.

12. Protection Required (re: dBA Level)
   a. None (less than 85): If dBA levels less than 85, check this column. No hearing protectors required.
   b. Plug or Muff (85-108): If dBA levels 85-108 inclusive, check this column. Earplugs, ear muffs, ear-canal caps, or noise-attenuating helmet required.
   c. Plug and Muff (108-118): If dBA levels over 108 to 118 inclusive, check this column. Earplugs worn in combination with ear muffs or noise-attenuating helmet required.
   d. Plug, Muff & Time: If dBA levels over 118, check this column. Earplugs worn in combination with ear muffs or noise-attenuating helmet and time limit (to be determined by DOD component) required.

13. Remarks - Enter type of hearing protection in use, whether area and equipment posted with appropriate caution signs, etc.

14. More Detailed Noise Evaluation Required - Check "yes" box if more detailed noise evaluation is required; check "no" box if not. Specify the type of evaluation needed (e.g., octave band analysis, etc).

15. Name(s) of Persons Identified for Audiometric Monitoring - List names of individuals routinely exposed to noise in preceding locations.

16. Name, Phone No. and Organization of Supervisor of Noise-Hazardous Area or Operation - Enter name (surname, given name & middle initial) of the first echelon (immediate) supervisor of the location (and personnel) surveyed.

17. Survey Performed by - Enter name (surname, given name & middle initial) of individual performing survey & signature.

18. Hearing Conservation Monitor - Enter name of individual reviewing survey results & signature. Usually local surgeon or designated representative.

**DD Form 2214 Reverse, SEP 79**

ENCLOSURE 15

*DODI 6055.12, April 22, 1996*

## E16.  ENCLOSURE 16

## FIGURE E16.1.  DD FORM 2217C, "NOISE SURVEY SOUND LEVEL METER SURVEY (CONTINUATION SHEET)"



| NOISE SURVEY *(Continuation Sheet)* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *(Sound Level Meter Survey)* | | | | | | | | | |
| 1. DATE *(YYMMDD)* | 2. TYPE SURVEY *(Enter 1, 2, or 3 in box)*  □  1 - INITIAL SURVEY      2 - RE-SURVEY      3 - OTHER | | | | | | | | |
| 3.  SOUND LEVEL DATA | | | | | 4.  PROTECTION REQUIRED *(re: dBA Level)* | | | | |
| LOCATION | METER ACTION | dBC | dBA | RISK ASSESS-MENT CODE | NONE less than 85 | PLUG OR MUFF 85 - 108 | PLUG AND MUFF 108 - 118 | PLUG + MUFF + TIME LIMIT greater than 118 | |
| a | b | c | d | e | a | b | c | d | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 5. SURVEY PERFORMED BY *(Last Name, First Name, MI)* | | | | 6. HEARING CONSERVATION MONITOR *(Last Name, First Name, MI)* | | | | | |

DD Form 2214C, MAY 87

*DODI 6055.12, April 22, 1996*

## E17.  ENCLOSURE 17

## FIGURE E17.F1.  DD FORM 2217, "BIOLOGICAL AUDIOMETER CALIBRATION CHECK"



DD FORM 2217, MAY 96          PREVIOUS EDITIONS ARE OBSOLETE.

*DODI 6055.12, April 22, 1996*

## INSTRUCTIONS
*(Refer to DoD Component Instructions for additional guidance.)*

**PURPOSE:** This form is used to record biological/ electroacoustic monitor checks of the calibration of one audiometer. Hearing threshold levels of one person tested on this audiometer are recorded as well as notations of any signal distortions and noise transients.

**GENERAL:** Print all information in ink. Biological audiometer calibration checks will be performed every day the audiometer is used. More frequent intervals (e.g., daily checks) may be required by the DoD component. Start a new form if a different listener is used and/or after the audiometer is re-calibrated.

**1. AUDIOMETER.**

**a. Manufacturer.** Enter name of company that produced audiometer.

**b. Model.** Enter manufacturer's model designation.

**c. Serial Number.** Enter manufacturer's serial number.

**d. Last Electroacoustic Calibration Date.** Enter year, month, and day of last electroacoustic determination of this audiometer's performance specifications. If January 31, 1996, enter 960131.

**2. LISTENER.**

**a. Name.** Enter surname, given name and middle initial of individual being tested, i.e., the person listening through earphones of audiometer.

**b. Facility.** Enter name of installation (e.g., Fort Bliss).

**c. Location.** Enter state or APO (e.g., TX, etc.).

**3. DATES AND DATA REVIEW.**

**a. Date.** Enter year, month, and day (see Item 1.d.) of each biological calibration check.

**b. Name of Examiner.** Enter surname, given name and middle initial of individual operating audiometer.

**3. DATES AND DATA REVIEW** *(Continued)*

**c. Calibration Check.**

(1) Pass: $\pm$ 5 dB of Baseline at 500 - 4000 Hertz (Hz) and $\pm$ 10 dB at 6000 Hz. Mark (X) this column if periodic biological calibration check is within $\pm$ 5 dB of baseline at 500 - 4000 Hz and $\pm$ 10 dB at 6000 Hz (e.g., if baseline of 15 dB has been established at 1000 Hz in right ear, any of the following hearing threshold levels obtained on periodic check would require no action: 10, 15, or 20 dB).

(2) Fail: Greater Than $\pm$ 5 dB of Baseline at 500 - 4000 Hz and $\pm$ 10 dB at 6000 Hz. Mark this column if periodic biological calibration check is greater than $\pm$ 5 dB of baseline at 500 - 4000 Hz and $\pm$ 10 dB at 6000 Hz (e.g., if baseline of 15 dB has been established at 1000 Hz in right ear, any threshold levels of 5 dB or less or 25 dB or greater would require action). This discrepancy must be accounted for or audiometer should receive an electroacoustic calibration. Refer to DoD component instructions for further guidance.

**4. HEARING THRESHOLD LEVELS OF TEST FREQUENCIES.**

**a. Baseline.** After listener has demonstrated test-retest reliability (i.e., if test results of several pre-tests are consistently within $\pm$ 5 dB of each other), enter hearing threshold levels of last test results in increments of 5 dB (e.g., 0, 5, 10, 15, etc.).

**b. Periodic Biological Calibration Checks.** Enter hearing threshold levels in increments of 5 dB. Use a separate line for each calibration check.

**5. REMARKS.** Enter any comments pertaining to signal distortion or noise transients including date of check. Include additional information on location of the audiometer (e.g., building number and room number) and the type of acoustic test environment (e.g., single-walled, single-person audiometric examination booth, etc.).

**DD FORM 2217 (BACK), MAY 96**

ENCLOSURE 17

*DODI 6055.12, April 22, 1996*

E18.  ENCLOSURE 18

HCP EFFECTIVENESS EVALUATION PROCEDURES

E18.1.1.  The DoD Components shall evaluate HCP effectiveness by monitoring STS rates for hazardous noise exposed military, civilian, and combined totals.   That measure is intended primarily for installations to monitor their effectiveness in preventing noise-induced hearing loss.   Organizations at higher levels can also use STS rates to monitor effectiveness of unit policy.   Because those STS rates are heavily influenced by the percentage of exposed workers actually receiving annual audiograms, the rate of completion of audiograms is also measured.

E18.1.1.1.  STS Rates.   STS rate is defined as the "number of STSs identified during annual audiograms, regardless of the findings of follow-up audiometry, for each 100 workers identified as potentially exposed to hazardous noise and tested during the annual reporting period."   STS rates should be monitored over time with statistical process control to identify changes in statistical behavior.   An example with notional data follows (figure E18.F1.).   Other factors that may influence STS rates and should be considered in reviewing STS rates include the following:

E18.1.1.1.1.  Criteria used for placing workers on annual monitoring.

E18.1.1.1.2.  Frequency distribution of continuous and intermittent noise exposures for civilian and military personnel in industrial operations.

E18.1.1.1.3.  Distribution of age and gender for the exposed population.

E18.1.1.2.  Audiogram Completion Rates.   Completion rates are defined as the "percentage of workers identified as requiring annual audiograms who receive their audiograms.

*DODI 6055.12, April 22, 1996*

FIGURE E18.F1.  Example with Notional Data; Significant Threshold Shift Rate

