# EXHIBIT 28

EXHIBIT D13
WIT: Berger
DATE: 12-15-17
C. Campbell, RDR CRR CSR #13921



Contact Log

Type Email — Incoming — Outgoing

From Mark Little, Maj. US Army

Email Address tzl3@cdc.gov

Date Mon-Aug 20,2001   12:00am

Assign to...
Elliott

Category
C-Serv

Purge After 60 Days

Notes | Custom Fields | Linked Entries | Attachments

Courier New   10   B  I  U  A

Dr Berger, I got your e-mail from the EARLog web pg and you may also have
received an e-mail from Dr Doug Ohlin at the Army Center for Health
Promotion and Prev. Med.(CHPPM) requesting some info for me.  I am an Army
Audiologist doing a 1 yr research fellowship at

OK   Cancel   Help

Notes | Custom Fields | Linked Entries | Attachments

Courier New   10   B  I  U  A

Audiologist doing a 1 yr research fellowship at
NIOSH.  I would like to run
some studies on the Army's Combat Arms Earplug
(CAE), which I'm told and
have read reference to is made from the EAR
Ultrafit plug.   What info can
you provide or discuss with me on actual studies

OK   Cancel   Help

Notes | Custom Fields | Linked Entries | Attachments

Courier New   10   B  I  U  A

have read reference to is made from the EAR
Ultrafit plug.   What info can
you provide or discuss with me on actual studies
done on this plug by your
company??  Looking forward to hearing from you as
there is very little info
out there re: the CAE.

OK   Cancel   Help

w

3M Confidential

3M00020409

Confidential - Subject To Protective Order

3M_MDL000018428