# EXHIBIT 31

INSTITUT FRANCO-ALLEMAND DE RECHERCHES DE SAINT-LOUIS  
DEUTSCH-FRANZÖSISCHES FORSCHUNGSINSTITUT SAINT-LOUIS

Adresse postale en France:  
Boîte postale 34  
F 68301 SAINT LOUIS CEDEX

Postanschrift in Deutschland:  
Postfach 1260  
D 79574 WEIL AM RHEIN

SAINT-LOUIS (Haut-Rhin) - 5 rue du Général Cassagnou - Tél. 03 89 69 50 00 - Fax 03 89 69 50 02

Pascal Hamery  
Groupe Acoustique et Protection du Combattant  
Institut Franco-Allemand de Recherche de Saint-Louis  
Tél. : 3 89 69 50 95  
Fax. : 3 89 69 50 02  
email : hamery@isl.tm.fr

Saint-Louis the 05 of January 2000



Dear Elliott,

Above all, happy New Year and best wishes and success for 2000.

I received today the Ultrafits with holes and I thank you a lot.

You will find enclosed with this letter the result of the tests in impulse noise (from 110 dB to 190 dB) with the combat arms earplug you send us in December. The results are the same as those we have obtain before with the double face earplug prototype.
I am interested to see your REAT values on both ends of the double face earplug.

Regards,

Pascal

Banque : SOGÉNAL Saint-Louis RIB : Banque 10067 - Guichet 00330 - Compte 33260270555 - Clé RIB 72
(No. SWIFT S.G.A.B. - FR - 2 - D) - C.C.P. Strasbourg 438-93 V
Bank: Sparkasse Markgräflerland Weil am Rhein 7012081 (BLZ 683 518 65)
SIRET 180 092 017 00011 - / Code TVA FR 31 180 092 017 / Code APE 731 Z

Confidential - Subject to Protective Order                                           3M_MDL000476760

INSTITUT FRANCO-ALLEMAND DE RECHERCHES DE SAINT-LOUIS

DEUTSCH-FRANZÖSISCHES FORSCHUNGSINSTITUT SAINT-LOUIS

Adresse postale en France : Boîte postale 34 F 68301 SAINT LOUIS CEDEX

Postanschrift in Deutschland: Postfach 1260 D 79574 WEIL AM RHEIN



SAINT-LOUIS (Haut-Rhin) - 5 rue du Général Cassagnou - Tél. 03 89 69 50 00 - Fax 03 89 69 50 02



Banque : SOGÉNAL Saint-Louis RIB : Banque 10067 - Guichet 00330 - Compte 33260270555 - Clé RIB 72
(No. SWIFT S.G.A.B. - FR - 2 - D) - C.C.P. Strasbourg 438-93 V
Bank: Sparkasse Markgräflerland Weil am Rhein 7012081 (BLZ 683 518 65)
SIRET 180 092 017 00011 - / Code TVA FR 31 180 092 017 / Code APE 731 Z

Confidential - Subject to Protective Order

3M_MDL000476761


