# EXHIBIT 32

# E-A-RCAL ATTENUATION TEST REPORT
# PER ANSI S3.19-1974

**NVLAP**

NVLAP Lab
Code 100374-0

| | |
|---|---|
| **DEVICE:** | **UltraFit end of the Combat Arms Plug ARC Plug** |
| **DEVICE TYPE:** | **Premolded Earplugs** |
| **MANUFACTURER:** | **E-A-R / Aearo** |
| **TEST DATE:** | **May 9, 2000** |
| **SUBJECTS/SAMPLES:** | **10/10** |
| **BAND FORCE (N):** | **NA** |
| **FITTING PROCEDURE:** | **EPA/Experimenter Fit** |

**TEST ID#: 213017**

**NRR (per EPA-1979): 21.7**

**CSA CLASS: AL**

**POSITION: NA**

EXHIBIT _D18_
WIT: _Burgn_
DATE: _12 9 2 75_
C. Campbell, RDR CRR CSR #13921

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 32.7 | 5.9 |
| 250 | 31.8 | 6.1 |
| 500 | 33.0 | 6.5 |
| 1000 | 32.0 | 5.5 |
| 2000 | 34.5 | 4.1 |
| 3150 | 37.3 | 5.3 |
| 4000 | 38.9 | 6.1 |
| 6300 | 43.8 | 6.7 |
| 8000 | 43.3 | 6.9 |

**Performed by:** _Ronald W. Kieper_   **Reviewed by:** _Elliott H. Berger_

Ronald W. Kieper
Sr. Acoustic Technician

Elliott H. Berger
Manager, Acoustical Engineering

**Comments:** GWG failed the Extreme Range Test at 125 and 500 Hz. He was retested.
The original NRR was 20.7. See report 213016 for test of the Combat Arms
end of the plug.

This report pertains only to the samples and subjects tested. It may not be used to claim product endorsement by NVLAP, or any other agency of the U.S. Government.

Confidential - Subject to Protective Order



## E•A•RCAL ATTENUATION TEST REPORT
## PER ANSI S3.19-1974

**DEVICE:**      **UltraFit Earplug end of the Combat Arms Plug**

**DEVICE TYPE:**      **Premolded earplug**

**MANUFACTURER**      **E•A•R/Aearo Company**

**TEST DATE:**      **May 9, 2000**      **TEST ID#: 213017**

**SUBJECTS/SAMPLES:**      **10/10**      **NRR (per EPA-1979) : 21.7**

**BAND FORCE (N):**      **NA**      **POSITION: NA**

**FITTING PROCEDURE:**      **EPA/Experimenter Fit**

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 32.7 | 5.9 |
| 250 | 31.8 | 6.1 |
| 500 | 33.0 | 6.5 |
| 1000 | 32.0 | 5.5 |
| 2000 | 34.5 | 4.1 |
| 3150 | 37.3 | 5.3 |
| 4000 | 38.9 | 6.1 |
| 6300 | 43.8 | 6.7 |
| 8000 | 43.3 | 6.9 |

**Performed by:** *Ronald W. Kieper*
**Ronald W. Kieper**
**Sr. Acoustic Technician**

**Reviewed by:** *Elliott H. Berger*
**Elliott H. Berger**
**Manager, Acoustical Engineering**

Comments: GWG failed the Extreme Range test at 125 (27) and 500 Hz (21); he was retested. The original NRR was 20.7 dB.

Confidential - Subject to Protective Order

INDIVIDUAL SUBJECT DATA

Test ID: 213017          Device: UltraFit Earplug end of the Combat Arms Plug
Date: 5/9/00             Samples: 10        Position: NA        Comfort:        3.1
Comments: Plugs are the green end of the Combat Arms Plug.  The yellow flanges were folded outward
          to allow a deeper insertion of the green plug.  GWG failed the Extreme Range Test.  He was
          retested.  The original NRR was 21.

| Subj. | Trial | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | Comf. | Canal Size | NRR* |
|-------|-------|-----|-----|-----|------|------|------|------|------|------|-----|-------|------------|------|
| KJC | 1 | 32 | 35 | 36 | 34 | 32 | 44 | 46 | 45 | 44 | 33 | | S/S+ | 26.6 |
| | 2 | 32 | 30 | 32 | 27 | 30 | 41 | 44 | 46 | 45 | 28 | | | |
| | 3 | 32 | 34 | 39 | 33 | 32 | 45 | 48 | 46 | 44 | 32 | 4 | | |
| GWG | 1 | 41 | 41 | 40 | 36 | 37 | 39 | 46 | 48 | 46 | 35 | | M/M+ | 32.1 |
| | 2 | 41 | 42 | 41 | 37 | 38 | 41 | 47 | 49 | 48 | 37 | | | |
| | 3 | 35 | 37 | 37 | 37 | 33 | 35 | 42 | 50 | 49 | 31 | 2 | | |
| JTH | 1 | 30 | 30 | 33 | 35 | 34 | 37 | 38 | 50 | 52 | 35 | | XS/XS | 21.9 |
| | 2 | 31 | 27 | 27 | 26 | 30 | 28 | 29 | 35 | 39 | 29 | | | |
| | 3 | 35 | 29 | 30 | 28 | 32 | 35 | 41 | 49 | 49 | 35 | 8 | | |
| BAK | 1 | 36 | 35 | 35 | 27 | 39 | 32 | 34 | 46 | 40 | 33 | | XL/XL | 24.6 |
| | 2 | 41 | 36 | 36 | 38 | 39 | 30 | 34 | 45 | 42 | 36 | | | |
| | 3 | 40 | 33 | 33 | 34 | 38 | 29 | 27 | 49 | 45 | 33 | 2 | | |
| RTM | 1 | 30 | 37 | 34 | 29 | 40 | 48 | 40 | 39 | 40 | 32 | | L/M+ | 17.8 |
| | 2 | 24 | 25 | 25 | 27 | 31 | 36 | 33 | 32 | 31 | 21 | | | |
| | 3 | 22 | 20 | 25 | 27 | 29 | 30 | 27 | 27 | 34 | 24 | 3 | | |
| DLP | 1 | 40 | 38 | 41 | 42 | 40 | 32 | 33 | 51 | 50 | 42 | | L+/L+ | 30.2 |
| | 2 | 35 | 36 | 39 | 39 | 36 | 38 | 39 | 56 | 54 | 38 | | | |
| | 3 | 41 | 39 | 42 | 39 | 45 | 33 | 39 | 46 | 53 | 42 | 2 | | |
| EAS | 1 | 25 | 25 | 26 | 30 | 38 | 41 | 36 | 42 | 35 | 24 | | M/M+ | 25.0 |
| | 2 | 33 | 36 | 35 | 33 | 35 | 37 | 39 | 40 | 44 | 34 | | | |
| | 3 | 31 | 27 | 30 | 33 | 32 | 40 | 39 | 39 | 42 | 31 | 3 | | |
| TLS | 1 | 35 | 32 | 36 | 38 | 33 | 44 | 46 | 45 | 40 | 39 | | M+/M | 19.6 |
| | 2 | 32 | 25 | 24 | 23 | 33 | 36 | 40 | 45 | 40 | 25 | | | |
| | 3 | 34 | 35 | 34 | 33 | 34 | 41 | 40 | 48 | 43 | 34 | 2 | | |
| KKS | 1 | 25 | 20 | 21 | 22 | 30 | 36 | 37 | 35 | 34 | 26 | | M/M+ | 20.0 |
| | 2 | 23 | 23 | 19 | 22 | 30 | 30 | 31 | 35 | 31 | 23 | | | |
| | 3 | 20 | 23 | 24 | 26 | 31 | 35 | 36 | 33 | 32 | 18 | 1 | | |
| DLW | 1 | 36 | 36 | 41 | 33 | 35 | 43 | 42 | 46 | 52 | 41 | | S/XS+ | 26.0 |
| | 2 | 34 | 32 | 40 | 37 | 29 | 43 | 48 | 51 | 54 | 35 | | | |
| | 3 | 35 | 36 | 36 | 36 | 41 | 41 | 47 | 45 | 48 | 37 | 4 | | |
| Mean | | 32.7 | 31.8 | 33.0 | 32.0 | 34.5 | 37.3 | 38.9 | 43.8 | 43.3 | 32.1 | 3.1 | | 24.4 |
| sd(30) | | 5.9 | 6.1 | 6.5 | 5.5 | 4.1 | 5.3 | 6.1 | 6.7 | 6.9 | 6.2 | ---- | | ---- |
| sd(10) | | 5.6 | 5.3 | 6.0 | 4.7 | 3.2 | 4.3 | 5.3 | 6.1 | 6.5 | | 2.0 | | 4.6 |
| Q-Value | | 36.9 | 28.1 | 23.2 | 21.0 | 25.0 | | 25.7 | | 31.0 | | | | |

The header spans: 1/3 Octave-Band Frequency (125–8000); 125 Comf.; Canal Size; NRR*

NRR    (2sd) =        21.7 (1sd) =        27.3  (0sd) =        32.8        NRR* - Individual 2sd NRR

Confidential - Subject to Protective Order                                    3M_MDL000195519

DIXON'S OUTLIER TEST: EXTREME RANGES                              Page 3 of 4

Test ID: 213017              Device: UltraFit Earplug end of the Combat Arms Plug

Range in attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 0 | 5 | 7 | 7 | 2 | 4 | 4 | 1 | 1 |
| GWG | 6 | 5 | 4 | 1 | 5 | 6 | 5 | 2 | 3 |
| JTH | 5 | 3 | 6 | 9 | 4 | 9 | 12 | 15 | 13 |
| BAK | 5 | 3 | 3 | 11 | 1 | 3 | 7 | 4 | 5 |
| RTM | 8 | 17 | 9 | 2 | 11 | 18 | 13 | 12 | 9 |
| DLP | 6 | 3 | 3 | 3 | 9 | 6 | 6 | 10 | 4 |
| EAS | 8 | 11 | 9 | 3 | 6 | 4 | 3 | 3 | 9 |
| TLS | 3 | 10 | 12 | 15 | 1 | 8 | 6 | 3 | 3 |
| KKS | 5 | 3 | 5 | 4 | 1 | 6 | 6 | 2 | 3 |
| DLW | 2 | 4 | 5 | 4 | 12 | 2 | 6 | 6 | 6 |
| Mean | 4.8 | 6.4 | 6.3 | 5.9 | 5.2 | 6.6 | 6.8 | 5.8 | 5.6 |
| Max. | 8 | 17 | 12 | 15 | 12 | 18 | 13 | 15 | 13 |
| r | 0.000 | 0.429 | 0.333 | 0.308 | 0.091 | 0.600 | 0.111 | 0.231 | 0.400 |

Extreme value rejected if $r > 0.477$.   One-sided test of significance at $p < 0.05$.
Rejected values are shaded

DIXON'S OUTLIER TEST: EXTREME MEANS

Page 4 of 4

Test ID: 213017          Device: UltraFit Earplug end of the Combat Arms Plug

Mean attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 32.0 | 33.0 | 35.7 | 31.3 | 31.3 | 43.3 | 46.0 | 45.7 | 44.3 |
| GWG | 39.0 | 40.0 | 39.3 | 36.7 | 36.0 | 38.3 | 45.0 | 49.0 | 47.7 |
| JTH | 32.0 | 28.7 | 30.0 | 29.7 | 32.0 | 33.3 | 36.0 | 44.7 | 46.7 |
| BAK | 39.0 | 34.7 | 34.7 | 33.0 | 38.7 | 30.3 | 31.7 | 46.7 | 42.3 |
| RTM | 25.3 | 27.3 | 28.0 | 27.7 | 33.3 | 38.0 | 33.3 | 32.7 | 35.0 |
| DLP | 38.7 | 37.7 | 40.7 | 40.0 | 40.3 | 34.3 | 37.0 | 51.0 | 52.3 |
| EAS | 29.7 | 29.3 | 30.3 | 32.0 | 35.0 | 39.3 | 38.0 | 40.3 | 40.3 |
| TLS | 33.7 | 30.7 | 31.3 | 31.3 | 33.3 | 40.3 | 42.0 | 46.0 | 41.0 |
| KKS | 22.7 | 22.0 | 21.3 | 23.3 | 30.3 | 33.7 | 34.7 | 34.3 | 32.3 |
| DLW | 35.0 | 34.7 | 39.0 | 35.3 | 35.0 | 42.3 | 45.7 | 47.3 | 51.3 |
| Mean | 32.7 | 31.8 | 33.0 | 32.0 | 34.5 | 37.3 | 38.9 | 43.8 | 43.3 |
| Min. | 22.7 | 22.0 | 21.3 | 23.3 | 30.3 | 30.3 | 31.7 | 32.7 | 32.3 |
| Max. | 39.0 | 40.0 | 40.7 | 40.0 | 40.3 | 43.3 | 46.0 | 51.0 | 52.3 |
| Low r | 0.163 | 0.340 | 0.370 | 0.325 | 0.120 | 0.250 | 0.119 | 0.102 | 0.140 |
| High r | 0.000 | 0.184 | 0.105 | 0.270 | 0.185 | 0.100 | 0.026 | 0.120 | 0.058 |

Extreme value rejected if r > 0.551.  Two-sided test of significance at p<0.05.
Rejected values are shaded.

Confidential - Subject to Protective Order

3M_MDL000195521

Confidential - Subject to Protective Order

3M_MDL000195522



**Individual and Group Means [213017]**
**UltraFit Earplug end of the Combat Arms Plug**

c:\_Myfiles\...\213017.xls:Graph

8/7/00

Confidential - Subject to Protective Order

3M_MDL000195523



# Short-stemmed UltaFit Plug

─■─ 213015 * UltraFit part of Combat Arms Plug * NRR - 10.8   ─◆─ 213017 * Short-stemmed UltraFit Plug, part of the Combat Arms Plug * NRR - 21.7

5/10/00

## Table II - HPD Test Administration Form [E-A-R 91-41/HP; 1/19/99]

Test ID#: _____ Device (Mfg., Model, Type): ____ est Jlemmed Ultrafit

Start date: _____ Source of samples: PRODUCTION _____ Date received: 12/13/99

End date: ___/9/ Test type: EPA/EN FIT Lot or NB#: _____ Temp: _____ RH: _____

Comments: If subj's data are variable, bring changes back on additional test

| Subject | Sizes Canal | HPD | Dev. # | Force | Seq. | Comments |
|---------|-------------|-----|--------|-------|------|----------|
| 1 | L/H | | | | P-C | Fail / uge 7 at — |
| 2 DLP | L+/L+ | | | | C-P | changes  |
| 3 KSC | S/L+ | | | | P-C | Plug(s) slides out of mold(s) after HPD driven from. |
| 4 | lxr | | | | | |
| 5 BAK | xL/xL | | | | | |
| 6 TLS | M+/M | | | | C-P | |
| 7 PTM | L/M+ | | | | P-C | Pressure  during 1st trial |
| 8 JTH | | | | | | |
| 9 EAS | | | | | | |
| 10 | M/M | | | | C-P | |
| 11 | | | | | | |

KKS

Confidential - Subject to Protective Order

3M_MDL000195524