EXHIBIT 33



EXHIBIT D 17
WIT: Burn
DATE: 12 12-19
C. Campbell, RDR CRR CSR #13921

Page 1 of 5

## E-A-RCAL ATTENUATION TEST REPORT
## PER ANSI S3.19-1974



NVLAP Lab
Code 100374-0

**DEVICE:** **Combat Arms Plug**
**ARC Plug**

**DEVICE TYPE:** **Premolded, Level-dependent Plug**

**MANUFACTURER:** **E-A-R/Aearo**

**TEST DATE:** **January 25, 2000**          **TEST ID#: 213016**

**SUBJECTS/SAMPLES:** **10/10**          **NRR (per EPA-1979): -2.0**

**BAND FORCE (N):** **NA**

**FITTING PROCEDURE:** **EPA/Experimenter Fit**          **POSITION: NA**

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 4.7 | 4.0 |
| 250 | 4.2 | 4.3 |
| 500 | 6.0 | 5.0 |
| 1000 | 9.5 | 6.7 |
| 2000 | 16.7 | 4.9 |
| 3150 | 18.6 | 5.7 |
| 4000 | 16.3 | 5.8 |
| 6300 | 16.7 | 6.1 |
| 8000 | 17.2 | 6.8 |

**Performed by:** *Ronald W. Kieper*          Reviewed by: *Elliott H. Berger*

Ronald W. Kieper          Elliott H. Berger
Sr. Acoustic Technician          Manager, Acoustical Engineering

**Comments:  See report #213017 for results of UltraFit end of plug.**



Exhibit 5205
Witness J. Hamer
Date 10-7-15 JR



Exhibit 60
Witness baxt
Date 4/2/15 MKD

This report pertains only to the samples and subjects tested. It may not be used to claim product endorsement
by NVLAP, or any other agency of the U.S. Government.

INDIVIDUAL SUBJECT DATA

Test ID: 213016    Device: Combat Arms Plug
Date: 1/25/00    Samples: 10    Position: NA    Comfort: 2.6
Comments:

| Subj. | Trial | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 Comf. | | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KJC | 1 | 5 | 6 | 7 | 16 | 21 | 24 | 24 | 18 | 14 | 1 | | S/S+ | 9.2 |
| | 2 | 5 | 6 | 9 | 16 | 21 | 22 | 22 | 14 | 13 | 3 | | | |
| | 3 | 1 | 4 | 11 | 19 | 20 | 25 | 23 | 16 | 16 | 3 | 2 | | |
| MKF | 1 | 2 | 3 | 11 | 18 | 22 | 28 | 26 | 16 | 17 | 3 | | XS-/XS- | 10.4 |
| | 2 | 3 | 6 | 11 | 17 | 23 | 27 | 25 | 15 | 13 | 6 | | | |
| | 3 | 3 | 7 | 13 | 16 | 22 | 32 | 25 | 18 | 12 | 1 | 4 | | |
| GWG | 1 | -2 | 3 | 8 | 18 | 24 | 21 | 21 | 21 | 23 | 2 | | M/M+ | -8.3 |
| | 2 | 0 | -1 | -2 | -1 | 9 | 12 | 7 | 14 | 10 | 1 | | | |
| | 3 | 4 | -1 | 3 | 5 | 13 | 19 | 14 | 14 | 16 | 4 | 3 | | |
| BAK | 1 | 3 | 6 | 4 | 11 | 17 | 18 | 21 | 25 | 26 | 4 | | XL/XL | 2.6 |
| | 2 | 5 | 3 | 8 | 12 | 17 | 15 | 13 | 29 | 29 | 3 | | | |
| | 3 | 9 | 4 | 0 | 8 | 15 | 20 | 18 | 28 | 32 | 6 | 2 | | |
| RTM | 1 | 2 | -4 | 0 | 2 | 13 | 17 | 14 | 6 | 11 | 1 | | L/M+ | -5.5 |
| | 2 | 3 | 2 | 6 | 5 | 14 | 13 | 14 | 12 | 10 | 3 | | | |
| | 3 | 2 | -5 | -5 | -2 | 13 | 10 | 7 | 8 | 9 | 2 | 1 | | |
| DLP | 1 | 4 | 5 | 9 | 10 | 21 | 22 | 19 | 15 | 17 | 5 | | L+/L+ | 8.3 |
| | 2 | 7 | 7 | 12 | 15 | 21 | 21 | 20 | 22 | 27 | 8 | | | |
| | 3 | 6 | 8 | 9 | 15 | 27 | 23 | 18 | 25 | 22 | 3 | 1 | | |
| TLS | 1 | 3 | 3 | 2 | 1 | 11 | 12 | 12 | 11 | 12 | 1 | | M+/M | -0.6 |
| | 2 | 8 | 4 | 5 | 3 | 14 | 14 | 12 | 21 | 20 | 6 | | | |
| | 3 | 2 | 2 | 2 | 0 | 7 | 15 | 9 | 7 | 9 | 2 | 1 | | |
| TRS | 1 | 4 | 11 | 8 | 17 | 15 | 14 | 17 | 17 | 22 | 2 | | S/S | -7.9 |
| | 2 | 1 | 2 | -1 | 0 | 9 | 8 | 5 | 8 | 5 | -2 | | | |
| | 3 | 4 | 0 | 2 | 3 | 10 | 14 | 8 | 9 | 10 | 2 | 2 | | |
| MV | 1 | 13 | 11 | 9 | 14 | 17 | 19 | 16 | 21 | 23 | 15 | | M/M+ | 7.9 |
| | 2 | 13 | 9 | 7 | 11 | 15 | 24 | 20 | 22 | 18 | 12 | | | |
| | 3 | 16 | 15 | 14 | 14 | 18 | 22 | 18 | 23 | 25 | 13 | 2 | | |
| JMW | 1 | 8 | 6 | 13 | 11 | 18 | 17 | 17 | 17 | 21 | 6 | | M/M+ | 0.5 |
| | 2 | 2 | 2 | 4 | 6 | 17 | 16 | 13 | 13 | 15 | 1 | | | |
| | 3 | 5 | 1 | 2 | 8 | 17 | 13 | 12 | 15 | 20 | 3 | 8 | | |
| Mean | | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 | 4.0 | 2.6 | | 1.7 |
| sd(30) | | 4.0 | 4.3 | 5.0 | 6.7 | 4.9 | 5.7 | 5.8 | 6.1 | 6.8 | 3.8 | ---- | | ---- |
| sd(10) | | 3.6 | 3.7 | 3.9 | 5.6 | 4.3 | 5.4 | 5.1 | 5.5 | 5.7 | | 2.1 | | 7.2 |
| Q-Value | | 12.8 | 4.2 | -0.7 | -3.8 | 5.7 | | 4.9 | | 5.2 | | | | |

NRR   (2sd) =   -2.0 (1sd) =   3.8  (0sd) =   9.4   NRR* - Individual 2sd NRR

3M Confidential

Confidential - Subject To Protective Order

DIXON'S OUTLIER TEST: EXTREME RANGES                                  Page 3 of 5

Test ID: 213016          Device: Combat Arms Plug

Range in attenuation in dB across trials

| Subj. | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
| KJC | 4 | 2 | 4 | 3 | 1 | 3 | 2 | 4 | 3 |
| MKF | 1 | 4 | 2 | 2 | 1 | 5 | 1 | 3 | 5 |
| GWG | 6 | 4 | 10 | 19 | 15 | 9 | 14 | 7 | 13 |
| BAK | 6 | 3 | 8 | 4 | 2 | 5 | 8 | 4 | 6 |
| RTM | 1 | 7 | 11 | 7 | 1 | 7 | 7 | 6 | 2 |
| DLP | 3 | 3 | 3 | 5 | 6 | 2 | 2 | 10 | 10 |
| TLS | 6 | 2 | 3 | 3 | 7 | 3 | 3 | 14 | 11 |
| TRS | 3 | 11 | 9 | 17 | 6 | 6 | 12 | 9 | 17 |
| MV | 3 | 6 | 7 | 3 | 3 | 5 | 4 | 2 | 7 |
| JMW | 6 | 5 | 11 | 5 | 1 | 4 | 5 | 4 | 6 |
| Mean | 3.9 | 4.7 | 6.8 | 6.8 | 4.3 | 4.9 | 5.8 | 6.3 | 8.0 |
| Max. | 6 | 11 | 11 | 19 | 15 | 9 | 14 | 14 | 17 |
| r | 0.000 | 0.444 | 0.000 | 0.125 | 0.571 | 0.333 | 0.167 | 0.364 | 0.286 |

The title row above the table header reads: **1/3 Octave-Band Frequency**

Extreme value rejected if r > 0.477.   One-sided test of significance at p<0.05.
Rejected values are shaded.

3M Confidential                                                          3M00021322

Confidential - Subject To Protective Order                          3M_MDL000019341

DIXON'S OUTLIER TEST: EXTREME MEANS

Test ID: 213016          Device: Combat Arms Plug

Mean attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 3.7 | 5.3 | 9.0 | 17.0 | 20.7 | 23.7 | 23.0 | 16.0 | 14.3 |
| MKF | 2.7 | 5.3 | 11.7 | 17.0 | 22.3 | 29.0 | 25.3 | 16.3 | 14.0 |
| GWG | 0.7 | 0.3 | 3.0 | 7.3 | 15.3 | 17.3 | 14.0 | 16.3 | 16.3 |
| BAK | 5.7 | 4.3 | 4.0 | 10.3 | 16.3 | 17.7 | 17.3 | 27.3 | 29.0 |
| RTM | 2.3 | -2.3 | 0.3 | 1.7 | 13.3 | 13.3 | 11.7 | 8.7 | 10.0 |
| DLP | 5.7 | 6.7 | 10.0 | 13.3 | 23.0 | 22.0 | 19.0 | 20.7 | 22.0 |
| TLS | 4.3 | 3.0 | 3.0 | 1.3 | 10.7 | 13.7 | 11.0 | 13.0 | 13.7 |
| TRS | 3.0 | 4.3 | 3.0 | 6.7 | 11.3 | 12.0 | 10.0 | 11.3 | 12.3 |
| MV | 14.0 | 11.7 | 10.0 | 13.0 | 16.7 | 21.7 | 18.0 | 22.0 | 22.0 |
| JMW | 5.0 | 3.0 | 6.3 | 7.7 | 17.3 | 15.3 | 14.0 | 15.0 | 18.7 |
| Mean | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 |
| Min. | 0.7 | -2.3 | 0.3 | 1.3 | 10.7 | 12.0 | 10.0 | 8.7 | 10.0 |
| Max. | 14.0 | 11.7 | 11.7 | 17.0 | 23.0 | 29.0 | 25.3 | 27.3 | 29.0 |
| Low r | 0.333 | 0.296 | 0.276 | 0.021 | 0.057 | 0.114 | 0.077 | 0.200 | 0.194 |
| High r | 0.714 | 0.441 | 0.192 | 0.000 | 0.057 | 0.340 | 0.163 | 0.333 | 0.420 |

Extreme value rejected if r > 0.551. Two-sided test of significance at p<0.05.
Rejected values are shaded.

3M Confidential

3M00021323

Confidential - Subject To Protective Order

3M_MDL000019342

3M Confidential

Confidential - Subject To Protective Order

3M_MDL000019343

3M00021324



## Individual and Group Means
## Combat-Arms Plug [213016]

The yellow end of the plug was tested.

c:\myfiles\...\213016.xls:Graph

Page 5 of 5



**EARCAL**®

SUBJECT BAK TESTED BY RWK PAGE # 1

DATE 1/4/00 TIME 3:24 AM/PM TEMP(°F) 69 RH(%) 60 COMFORT ___ POSITION ___ FIT E

TEST ID # 213016 DEVICE Combat Arms Plug CANAL XL/XL PLUG ___

COMMENTS P-0 FORCE ___

| 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 4 | 6 | 4 | 0 | 9 | 11 | 12 | 4 | 3 | | – OPEN |
| 8 | 10 | 10 | 15 | 17 | 27 | 32 | 37 | 30 | 7 | | – OCCLUDED |
| 3 | 6 | 4 | 11 | 17 | 18 | 21 | 25 | 26 | 4 | | – ATTEN. |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-1/DP5-97

3M Confidential 3M00157891



3M Confidential

3M00157892

3M Confidential

3M00021326

Confidential - Subject To Protective Order

3M_MDL000019345



SUBJECT __BAK__ TESTED BY __RWK__ PAGE # __3__ ■EARCAL®

DATE __1/4/00__ TIME __3:49__ AM/PM TEMP(°F)____ RH(%)____ COMFORT __2__ POSITION____ FIT __E__

TEST ID # __2/30/6__ DEVICE __E-A plug__ CANAL____ PLUG____

COMMENTS ____ FORCE ____

3M Confidential

3M00157893

3M Confidential

3M00021327

Confidential - Subject To Protective Order

3M_MDL000019346



3M Confidential

3M Confidential

Confidential - Subject To Protective Order

3M00157897

3M00021328

3M_MDL000019347



**EARCAL**

SUBJECT DLP TESTED BY RWK PAGE # 2

DATE 1/13/00 TIME 5:26 AM/PM TEMP(°F) ___ RH(%) ___ COMFORT ___ POSITION ___ FIT E

TEST ID # 213016 DEVICE C-A plug CANAL ___ PLUG ___

COMMENTS ___ FORCE ___

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -3 | 3 | 2 | 2 | -4 | 0 | 3 | 3 | -5 | -5 | | – OPEN |
| 4 | 10 | 14 | 17 | 17 | 21 | 23 | 25 | 22 | 3 | | – OCCLUDED |
| 7 | 7 | 12 | 15 | 21 | 21 | 20 | 22 | 27 | 8 | | – ATTEN. |

FORM 84-1/DP5-97

3M Confidential 3M00157898

3M Confidential 3M00021329



**EARCAL®**

SUBJECT DLP TESTED BY RWK PAGE # 3

DATE 1/13/00 TIME 5:38 AM/PM TEMP(°F)____ RH(%)____ COMFORT 1 POSITION________ FIT E

TEST ID # 213016 DEVICE C-A plug CANAL________ PLUG________

COMMENTS________ FORCE________

| Band (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPEN | -1 | 2 | 2 | 0 | -8 | 1 | 5 | 1 | -5 | -7 | |
| OCCLUDED | 5 | 10 | 11 | 15 | 19 | 24 | 23 | 26 | 17 | 1 | |
| ATTEN. | 6 | 8 | 9 | 15 | 27 | 23 | 18 | 25 | 22 | 3 | |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-1/DP5-97



**EARCAL®**

SUBJECT GWG. TESTED BY RWK PAGE # 1

DATE 12/29/99 TIME 2:03 AM/PM TEMP(°F) 69 RH(%) 59 COMFORT ___ POSITION ___ FIT E

TEST ID # 213016 DEVICE Combat Arms Plug CANAL M/M+ PLUG ___

COMMENTS P-O FORCE ___

| | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPEN | 3 | 3 | 1 | 1 | 3 | 22 | 28 | 10 | 0 | 1 | |
| OCCLUDED | 1 | 6 | 9 | 19 | 24 | 43 | 49 | 31 | 23 | 3 | |
| ATTEN. | -2 | 3 | 8 | 18 | 24 | 21 | 21 | 21 | 23 | 2 | |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-2/DPS-97

3M Confidential 3M00157888



3M Confidential

3M00157889

3M Confidential

3M00021332

Confidential - Subject To Protective Order

3M_MDL000019351



SUBJECT _GWG_ TESTED BY _RWK_ PAGE # _3_   **E·A·RCAL**®

DATE _12/29/99_ TIME _2:29_ AM/(PM) TEMP(°F)___ RH(%)___ COMFORT _3_ POSITION_____ FIT _E_

TEST ID # _213016_ DEVICE _Combat Arms Plug_ CANAL_____ PLUG_____

COMMENTS_____ FORCE_____

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 4 | 0 | 2 | 5 | 18 | 27 | 10 | 1 | -1 | | – OPEN |
| 7 | 3 | 3 | 7 | 18 | 37 | 41 | 24 | 17 | 3 | | – OCCLUDED |
| 4 | -1 | 3 | 5 | 13 | 19 | 19 | 14 | 16 | 4 | | – ATTEN. |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

RED TRACE AXIS
LEFT ■ RIGHT □

FORM 84-3/DPS-97

3M Confidential

3M00157890

3M Confidential

3M00021333

Confidential - Subject To Protective Order

3M_MDL000019352



**EARCAL**®

SUBJECT JMW TESTED BY RWK PAGE # 1

DATE 1/7/00 TIME 4:13 AM/PM TEMP(°F) 69 RH(%) 62 COMFORT ___ POSITION ___ FIT E

TEST ID # 213016 DEVICE Combat Arms Plug CANAL M/MT PLUG ___

COMMENTS O-P FORCE ___

| 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 9 | 5 | 4 | 3 | 5 | 3 | 5 | -2 | 8 | – OPEN |
| 16 | 15 | 18 | 15 | 21 | 22 | 20 | 22 | 19 | 14 | – OCCLUDED |
| 8 | 6 | 13 | 11 | 18 | 17 | 17 | 17 | 21 | 6 | – ATTEN. |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-1/DP5-97



SUBJECT _JMW_  TESTED BY _RWK_ PAGE # 2

**EARCAL®**

DATE _1/7/00_ TIME _4:25_ AM/PM  TEMP(°F)____ RH(%)____ COMFORT____ POSITION____ FIT _E_

TEST ID # _213016_ DEVICE _C-A plug_ _____ CANAL _____ PLUG _____

COMMENTS _____ FORCE _____

| 13 | 12 | 7 | 5 | 4 | 2 | 8 | 7 | 0 | 11 | | – OPEN |
| 15 | 14 | 11 | 11 | 21 | 18 | 20 | 20 | 15 | 12 | | - OCCLUDED |
| 2 | 2 | 4 | 6 | 17 | 16 | 13 | 13 | 15 | 1 | | - ATTEN. |

| 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | RED TRACE AXIS / LEFT ☒ RIGHT ☐ |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

OPEN HTL IN DB RE ISO R226-1961 (GREEN TRACE)
OCCLUDED HTL IN DB RE ISO R226-1961

FORM 84-1/DPE-97

3M Confidential

3M00157910

3M Confidential

3M00021335

Confidential - Subject To Protective Order

3M_MDL000019354



SUBJECT _JmW_ TESTED BY _RWK_ PAGE # _3_ **EARCAL**

DATE _1/7/00_ TIME _4:38_ AM/PM TEMP(°F)___ RH(%)___ COMFORT _8_ POSITION___ FIT _E_

TEST ID # _213016_ DEVICE ___ _E-A Plug_ ___ CANAL ___ PLUG ___

COMMENTS ___ FORCE ___

3M Confidential

3M00157911

3M Confidential

3M00021336

Confidential - Subject To Protective Order

3M_MDL000019355



SUBJECT _KTC_ TESTED BY _RWK_ PAGE # _1_

DATE _1/18/00_ TIME _8:47_ AM/PM TEMP(°F) _69_ RH(%) _61_ COMFORT____ POSITION____ FIT _E_

TEST ID # _213016_ DEVICE _Combat Arms Plug_ CANAL _S/St_ PLUG ____

COMMENTS ____

**■EARCAL®**

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 64-1/DPS-07

3M Confidential

3M Confidential

Confidential - Subject To Protective Order

3M00157882

3M00021337

3M_MDL000019356



SUBJECT _KJC_  TESTED BY _RWK_  PAGE # _2_  **EARCAL®**

DATE _02/00_ TIME _9:00_ (AM/)PM  TEMP(°F)____ RH(%)____ COMFORT____ POSITION_____ FIT _E_

TEST ID # _213016_ DEVICE _CA Plug_  CANAL_____ PLUG_____

COMMENTS _____ FORCE_____

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 7 | 6 | 4 | 5 | 3 | 3 | 6 | 4 | 10 | | – OPEN |
| 13 | 13 | 15 | 20 | 26 | 35 | 25 | 20 | 17 | 13 | | – OCCLUDED |
| 5 | 6 | 9 | 16 | 21 | 22 | 22 | 14 | 13 | 3 | | – ATTEN. |

3M Confidential                                    3M00157883

3M Confidential                                    3M00021338

Confidential - Subject To Protective Order                    3M_MDL000019357



SUBJECT __KJC__ TESTED BY __RWK__ PAGE # __3__

DATE __1/12/00__ TIME __9:13__ (AM)PM TEMP(°F)____ RH(%)____ COMFORT __2__ POSITION____ FIT __E__

TEST ID # __2130/6__ DEVICE __CA Plug__ CANAL ____ PLUG ____

COMMENTS ____ FORCE ____

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-1/DP5-97

3M Confidential

3M00157884

3M Confidential

3M00021339

Confidential - Subject To Protective Order

3M_MDL000019358



SUBJECT _MKF_   TESTED BY _RWK_   PAGE # _1_   **FARCAL**®
DATE _12/17/99_ TIME _1:15_ AM(PM)   TEMP(°F) _68_ RH(%) _60_ COMFORT ___ POSITION ___ FIT _E_
TEST ID # _213016_ DEVICE _Combat Arms Plugs_   CANAL _XS / XS_ PLUG ___
COMMENTS _P-O_   FORCE ___

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 8 | 7 | 5 | 10 | 11 | 11 | 6 | -3 | 9 | | – OPEN |
| | 12 | 11 | 18 | 23 | 32 | 39 | 37 | 22 | 14 | 12 | | – OCCLUDED |
| | 0 | 3 | 11 | 18 | 22 | 28 | 26 | 16 | 17 | 3 | | – ATTEN. |

FORM 84-1/DP5-97

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

125   250   500   1000   2000   3150   4000   6300   8000   125

RED TRACE AXIS
LEFT◼RIGHT☐

3M Confidential

3M00157885

3M Confidential

3M00021340

Confidential - Subject To Protective Order

3M_MDL000019359



3M Confidential

3M Confidential

Confidential - Subject To Protective Order

3M00157886

3M00021341

3M_MDL000019360



SUBJECT MKF   TESTED BY RWK   PAGE # 3   ■EARCAL®

DATE 12/7/99  TIME 1:42  AM/PM  TEMP(°F)____ RH(%)____ COMFORT 4 POSITION_____ FIT E

TEST ID # 813016  DEVICE C A Plug _____ CANAL _____ PLUG _____

COMMENTS _____ FORCE _____

3M Confidential

3M00157887

3M Confidential

3M00021342

Confidential - Subject To Protective Order

3M_MDL000019361



SUBJECT _MV_   TESTED BY _RWK_   PAGE # _1_   ■EARCAL®

DATE _1/25/00_ TIME _9:17_ AM/PM   TEMP(°F) _68_ RH(%) _56_ COMFORT ___ POSITION ___ FIT _E_

TEST ID # _213016_   DEVICE _Combat Arms Plug_   CANAL _M/Mt_ PLUG ___

COMMENTS ___   _O-P_   FORCE ___

| | -5 | -4 | -2 | 2 | 6 | 4 | 8 | 7 | 0 | -6 | ~ OPEN |
| | 8 | 7 | 9 | 16 | 23 | 23 | 24 | 29 | 23 | 9 | - OCCLUDED |
| | 13 | 11 | 9 | 14 | 17 | 19 | 16 | 21 | 23 | 15 | - ATTEN. |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-1/DP5-27

3M Confidential

3M Confidential

Confidential - Subject To Protective Order

3M00157906

3M00021343

3M_MDL000019362



SUBJECT _MV_   TESTED BY _RWK_ PAGE # _2_   **EARCAL**®

DATE _1/25/00_ TIME _9:30_ AM/PM  TEMP(°F)___ RH(%)___ COMFORT___ POSITION___ FIT _E_

TEST ID # _21306_ DEVICE _Combat Arms Plug_   CANAL___ PLUG___

COMMENTS ___   FORCE___

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -3 | -4 | 0 | 3 | 7 | 15 | 16 | 8 | 4 | -5 | — OPEN |
| 10 | 5 | 7 | 14 | 22 | 25 | 26 | 30 | 14 | 7 | — OCCLUDED |
| 13 | 9 | 7 | 11 | 15 | 24 | 20 | 22 | 19 | 12 | — ATTEN. |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

RED TRACE AXIS

LEFT ▨ RIGHT ☐

FORM 84-1/DPE-97

3M Confidential

3M Confidential

Confidential - Subject To Protective Order

3M00157907

3M00021344

3M_MDL000019363



**EARCAL**

SUBJECT MV TESTED BY RWK PAGE # 3

DATE 1/25/00 TIME 9:42 AM/PM TEMP(°F) ___ RH(%) ___ COMFORT 2 POSITION ___ FIT E

TEST ID # 213016 DEVICE Combat Arms Plug CANAL ___ PLUG ___

COMMENTS ___ FORCE ___

| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 |
|---|---|---|---|---|---|---|---|---|---|---|
| OPEN | -3 | -3 | -1 | 3 | 3 | 4 | 9 | 8 | 2 | -5 |
| OCCLUDED | 13 | 12 | 13 | 17 | 21 | 26 | 27 | 31 | 27 | 8 |
| ATTEN. | 16 | 15 | 14 | 14 | 18 | 22 | 18 | 23 | 25 | 13 |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 64-1/DPS-97



**EARCAL®**

SUBJECT RTM TESTED BY RWK PAGE # 1

DATE 1/10/00 TIME 7:44 AM/PM TEMP(°F) 69 RH(%) 56 COMFORT ___ POSITION ___ FIT E

TEST ID # 213016 DEVICE Combat Arms Plug CANAL L/Mt PLUG ___

COMMENTS O-P FORCE ___

| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPEN | 9 | 8 | -1 | 2 | 5 | -2 | 6 | 1 | -5 | 9 | |
| OCCLUDED | 11 | 4 | -1 | 4 | 18 | 15 | 14 | 7 | 6 | 10 | |
| ATTEN. | 2 | -4 | 0 | 2 | 13 | 17 | 14 | 6 | 11 | 1 | |
| | | | X | | | X | | | | | |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-1/DP5-97



SUBJECT RTM TESTED BY RWK PAGE # 2

**EARCAL**

DATE 1/10/00 TIME 7:58 AM/PM TEMP(°F)___ RH(%)___ COMFORT___ POSITION___ FIT E

TEST ID # 213016 DEVICE Combat Arms Plug ___ CANAL ___ PLUG ___

COMMENTS ___ FORCE ___

3M Confidential

3M00157895

3M Confidential

3M00021347

Confidential - Subject To Protective Order

3M_MDL000019366



**EARCAL**

SUBJECT RTM TESTED BY RWK PAGE # 3

DATE 1/10/00 TIME 8:11 AM/PM TEMP(°F) ___ RH(%) ___ COMFORT 1 POSITION ___ FIT E

TEST ID # 213016 DEVICE C-A Plug CANAL ___ PLUG ___

COMMENTS ___ FORCE ___

| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPEN | 8 | 7 | 3 | 4 | 2 | -1 | -1 | -3 | -4 | 7 | |
| OCCLUDED | 10 | 2 | -2 | 2 | 15 | 9 | 6 | 5 | 5 | 9 | |
| ATTEN. | 2 | -5 | -5 | -2 | 13 | 10 | 7 | 8 | 9 | 2 | |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-1/DP5-97

3M Confidential

3M Confidential

Confidential - Subject To Protective Order



3M Confidential

3M00157900

3M Confidential

3M00021349

Confidential - Subject To Protective Order

3M_MDL000019368



SUBJECT _TZS_ TESTED BY _RWK_ PAGE # _2_ ■EARCAL®

DATE _12/21/99_ TIME _3:33_ AM/PM TEMP(°F)____ RH(%)____ COMFORT____ POSITION_____ FIT _E_

TEST ID # _21301b_ DEVICE _C-A plugs_ _____ CANAL _____ PLUG _____

COMMENTS _____ FORCE _____

| -5 | -1 | -2 | -1 | 0 | 2 | 1 | 5 | -2 | -6 | | — OPEN |
| 3 | 3 | 3 | 2 | 14 | 16 | 13 | 26 | 18 | 0 | | — OCCLUDED |
| 8 | 4 | 5 | 3 | 14 | 14 | 12 | 21 | 20 | 6 | | — ATTEN. |

| 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | LEFT☒RIGHT☐ |

RED TRACE AXIS

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

OPEN HTL IN DB RE ISO R226-1961 (GREEN TRACE)

OCCLUDED HTL IN DB RE ISO R226-1961

FORM 84-1/DP5-97

3M Confidential

3M00157901

3M Confidential

3M00021350

Confidential - Subject To Protective Order

3M_MDL000019369



3M Confidential

3M Confidential

Confidential - Subject To Protective Order

3M00157902

3M00021351

3M_MDL000019370



SUBJECT _TRS_ TESTED BY _RWK_ PAGE # _1_ ■EARCAL®

DATE _1/10/00_ TIME _11:10_ AM/PM TEMP(°F) _69_ RH(%) _56_ COMFORT ___ POSITION ___ FIT _E_

TEST ID # _213016_ DEVICE _Combat Arms Plug_ CANAL _S/S_ PLUG ___
P-0

COMMENTS ___

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -1 | -5 | -3 | -1 | 4 | 4 | 4 | 9 | 0 | -1 | | – OPEN |
| 3 | 6 | 5 | 16 | 19 | 18 | 21 | 26 | 22 | 1 | | – OCCLUDED |
| 4 | 11 | 8 | 17 | 15 | 14 | 17 | 17 | 22 | 2 | | – ATTEN. |

OPEN HTL IN DB RE ISO R226-1961 (GREEN TRACE)

OCCLUDED HTL IN DB RE ISO R226-1961

RED TRACE AXIS

LEFT ☒ RIGHT ☐

125   250   500   1000   2000   3150   4000   6300   8000   125

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-1/DPS-97

3M Confidential

3M Confidential

Confidential - Subject To Protective Order

3M00157903

3M00021352

3M_MDL000019371



SUBJECT _TRS_   TESTED BY _RWK_   PAGE # _2_   **EARCAL**®

DATE _1/10/00_ TIME _11:25_ AM/PM   TEMP(°F)___ RH(%)___ COMFORT___ POSITION_____ FIT _E_

TEST ID # _213016_ DEVICE _Combat Arms Plug_   CANAL _____ PLUG _____

COMMENTS _____   FORCE ___

3M Confidential

3M00157904

3M Confidential

3M00021353

Confidential - Subject To Protective Order

3M_MDL000019372



**EARCAL**®

SUBJECT: TRS  TESTED BY: PWK  PAGE #: 3

DATE: 1/10/00  TIME: 11:39 AM (circled)/PM  TEMP(°F): ____  RH(%): ____  COMFORT: 2  POSITION: ____  FIT: E

TEST ID #: 213016  DEVICE: Combat Arms Plug  CANAL: ____  PLUG: ____

COMMENTS: ____  FORCE: ____

| 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | -4 | 0 | 1 | 2 | 3 | 9 | 0 | -2 | | – OPEN |
| 5 | 0 | -2 | 3 | 11 | 16 | 11 | 18 | 10 | 0 | | – OCCLUDED |
| 4 | 0 | 2 | 3 | 10 | 14 | 8 | 9 | 10 | 2 | | – ATTEN. |

1/3 OCTAVE BAND CENTER FREQUENCY (Hz)

FORM 84-1/DP5-97

3M Confidential  3M00157905

3M Confidential  3M00021354