# EXHIBIT 34



EXHIBIT D15
WIT: Berger
DATE: 12-12-19
C. Campbell, RDR CRR CSR #13921

Contact Log

Type: Email — (•) Incoming ( ) Outgoing — Assign to... Elliott

From: Mark Little, Maj. US Army

Email Address:

Date: Tue-Sep 25,2001 — 12:00am — Category: C-Serv

[ ] Purge After 60 Days

Notes | Custom Fields | Linked Entries | Attachments

Arial 10 B I U A

more questions:

Thanks again; received your mailing and will make use of the instructions.
Do you know why no instructions get included with the bags of 50 pr sent
with military orders??
As I said, right now the volumes are very small. Costs were kept low, and I don't
believe any were requested.

OK | Cancel | Help

Notes | Custom Fields | Linked Entries | Attachments

Arial 10 B I U A

Also, can you tell me how much your commercial CAE
plugs cost??
suggested retail price is $15.56 is sporting goods store

additionally, i notice the instructions make no mention on how
far into the ear canal the plug should go for a correct fit. Must all 3
flanges/sealing rings be well seated??

OK | Cancel | Help

Notes | Custom Fields | Linked Entries | Attachments

Arial 10 B I U A

flanges/sealing rings be well seated??
neither do our ultrafit instructions. since it is a one sized plug the number of
flanges in canal varies with canal size. users should practice with the sealed
end in so that they can get an acoustic seal and learn how far into the earcanal
a plug must be inserted to achieve that effect. you can also use the tug and
pump tests described in earlog 19 which you can access at
http//www.aearo.com/html/industrial/earlog.htm

OK | Cancel | Help








EXHIBIT D20
WIT: Berger
DATE: 12-12-19
C. Campbell, RDR CRR CSR #13921

Contact Log

Type: Email | (•) Incoming ( ) Outgoing | Assign to... Elliott
From: Mark Little, Maj. US Army
Email Address:
Date: Tue-Sep 25,2001 12:00am | Category: C-Serv

[ ] Purge After 60 Days

Notes | Custom Fields | Linked Entries | Attachments

Arial 10 B I U A

more questions:

Thanks again; received your mailing and will make use of the instructions.
Do you know why no instructions get included with the bags of 50 pr sent with military orders??
As I said, right now the volumes are very small. Costs were kept low, and I don't believe any were requested.

OK | Cancel | Help

Notes | Custom Fields | Linked Entries | Attachments

Arial 10 B I U A

Also, can you tell me how much your commercial CAE plugs cost??
suggested retail price is $15.56 is sporting goods store

additionally, i notice the instructions make no mention on how far into the ear canal the plug should go for a correct fit. Must all 3 flanges/sealing rings be well seated??

OK | Cancel | Help

Notes | Custom Fields | Linked Entries | Attachments

Arial 10 B I U A

flanges/sealing rings be well seated??
neither do our ultrafit instructions. since it is a one sized plug the number of flanges in canal varies with canal size. users should practice with the sealed end in so that they can get an acoustic seal and learn how far into the earcanal a plug must be inserted to achieve that effect. you can also use the tug and pump tests described in earlog 19 which you can access at http//www.aearo.com/html/industrial/earlog.htm

OK | Cancel | Help

3M Confidential

3M00020411

Confidential - Subject To Protective Order

3M_MDL000018430