# EXHIBIT 38

| | |
|---|---|
| From: | "Ohlin, Douglas W Dr USACHPPM" <doug.ohlin@us.army.mil> |
| Sent: | Wednesday, August 25, 2004 2:00 PM |
| To: | BRIAN MYERS |
| Subject: | RE: RE:  Combat Arms Earplugs |

Brian:

    The is concern among our military audiologists that the level-dependent, yellow side is being worn for steady state noise. This has been repeatedly observed in Iraq. Personnally, I am delighted that they even have hearing protection in a combat zone. I'm estatic that the troops are actually wearing the Combat Arms Earplug during missions. They are apparently more comfortable with the yellow side in when riding in vehicles.
MAJ Fallon, our audiologist in Baghdad, has yet to see perferated eardrums from motar attacks or road-side bombs when hearing protection was worn.
Although our preference is that they use the appropriate earplug for a given noise exposure, soldiers are going to do what is in their comfort zone and not necessarily what they have been told or what instructions on a package is going to tell them.

    I'm all for clear instructions, but what is the cost of individual packaging? Until these plugs proved themselves over there, we had a hard time convincing folks that a 10-fold increase in cost for earplugs was worth it. How much will this add? My concern for any earplug issue is that they are going to be handed out without proper instructions.


Doug


-----

From: BRIAN MYERS [mailto:brian_myers@aearo.com]
Sent: Wednesday, August 25, 2004 9:31 AM
To: Ohlin, Douglas W Dr USACHPPM
Subject: Fwd: RE: Combat Arms Earplugs


Doug,
I'll be happy to reply, but I don't really have any good ides other than to
start packaging these in plastic bags with a pair in each bag and some sort
of imprinted instructions on the bag.  Any thoughts?

Confidential - Subject to Protective Order

3M_MDL000257875