# EXHIBIT 39

**From:** "Ohlin, Douglas W Dr USACHPPM" <doug.ohlin@us.army.mil>
**To:** BRIAN MYERS; TIMOTHY MCNAMARA; eberger
**Sent:** 9/30/2004 2:29:27 PM
**Subject:** FW: Combat Arms Earplug Wallet Card

FYI

> <<Wallet card.doc>> <<040817-A-5965B-091.jpg>> <<Earplug.ppt>>
> Kevin:
>
> As a result of a Hearing Conservation briefing to MG(P) Kiley last
> week, my program has been asked us to develop a laminated,
> wallet-sized instruction card for the Combat Arms Earplug. The
> attachments and work order were sent to Illustration today. These will
> primarily be for deploying troops. To give you some idea of the
> numbers involved, this past year the vendor sold 377,000 pairs with
> 80,000 going to the Marines and most of the balance going to the US
> Army. Is your office prepared to fund the printing of...say 200,000
> copies?
>
>
> Doug Ohlin
>
> Program Manager,
>
> Hearing Conservation
>
>
>
>
>
>
>

3M Confidential

3M00019311

Confidential - Subject To Protective Order

3M_MDL000017330