# EXHIBIT 40

## VISUAL INFORMATION (VI) WORK ORDER
For use of this form, see AR 25-1; the proponent agency is ODISC4

| | |
|---|---|
| **1. WORK ORDER NUMBER** | |
| **2. SECURITY CLASSIFICATION** | |

### SECTION I - REQUIREMENT

| 3a. TO *(VI Activity)* | 4. FROM *(Unit or Activity)* |
|---|---|
| Visual Information | Hearing Conservation Program |

| 3b. E-MAIL ADDRESS | 4b. E-MAIL ADDRESS |
|---|---|
| douglas.ohlin@apg.amedd.army.mil | douglas.ohlin@apg.amedd.army.mil |

| 5. ACCOUNT CODE | 6. ACCOUNT NO. |
|---|---|
| 47G009 51MA0001 | 73FK00 |

| 7a. REQUESTER *(Name, Grade)* | b. PHONE AND FAX NUMBERS | 8. DATE REQUESTED *(YYYYMMDD)* |
|---|---|---|
| Doug Ohlin, GS-14 | 5-1060/5-1325 | 2004/09/29 |

| 9a. ALTERNATE POINT OF CONTACT | b. PHONE AND FAX NUMBERS | 10. DATE REQUIRED *(YYYYMMDD)* |
|---|---|---|
| Don Ciliax, GS-13 | 5-3797/5-1325 | 2004/10/08 |

**11. QUANTITY**

| | |
|---|---|
| a. Viewgraph | |
| b. 35mm Slides | |
| c. Camera Ready Artwork | |
| d. Electronic Images | |
| e. TV | |
| f. Audio | |
| g. Video Tape Copies | |
| h. Photo Print Copies | |
| i. Computer Photo Prints | |
| j. Computer Photo Transparencies | |
| k. Presentation Services | |
| l. Motion Picture | |
| m. Other *(Specify)* | |

**12. DESCRIPTION OF WORK** *(Attach diagrams, etc., and list enclosure(s))*

Reduce attachments for a wallet-size, laminated card.

**13. JUSTIFICATION FOR REQUESTED SERVICE**

Marketing purposes.

| 14a. Requested service is for official purposes and is required by stated deadline. | 14b. VALIDATION SIGNATURE |
|---|---|

### SECTION II - JOB ASSIGNMENT *(FOR AUDIOVISUAL OFFICE USE ONLY)*

| 15. DATE RECEIVED *(YYYYMMDD)* | 16. DATE ASSIGNED *(YYYYMMDD)* | 17. AUDIOVISUAL FACILITY APPROVAL *(Signature)* |
|---|---|---|

**18. SPECIAL INSTRUCTIONS**

### SECTION III - WORK RECEIPT

| 19a. CUSTOMER NOTIFIED | 19b. RECEIVED BY *(Signature)* | 19c. DATE *(YYYYMMDD)* |
|---|---|---|

**DA FORM 3903, JUN 1999**     DA FORM 3903-R, FEB 96, IS OBSOLETE     USAPA V1.00

DOD00000712

DOD00000713

# COMBAT ARMS EARPLUG



- Insert YELLOW plugs for weapons fire to protect hearing and to hear between firings.



- Insert GREEN plugs for noise in and around aircraft, noisy vehicles and watercraft, etc.

- Check proper fit by gently tugging on plugs for tension.

- For very large ear canals, fold opposing plug back.

- Keep plugs clean with soap and water and water and filter holes free of ear wax and other debris. Return plugs dry to case.

- Although still protective, weapons fire is louder with yellow plugs in.

USACHPPM

DOD000000714

## From a Soldier in Iraq

"Combat Arms Earplugs...work great in this environment...they probably made the difference between eardrum/hearing damage and not, they definitely allow you to mentally recover very quickly, so you are able to deal with your 'situation' vs. standing around like a stunned mullet for awhile."

## Ordering

Double-ended earplugs (which fit most of adult population) (NSN 6515-01-512-6072).

Single-ended earplugs (for the smallest ear canals) (NSN 6515-01-512-6072).

For More Information:  See http://chppm-www.apgea.army.mil/fs.htm and http://chppm-www.apgea.army.mil/hcp//

DOD00000715

