# EXHIBIT 41

Confidential - Subject to Protective Order

3M_MDL000229332

# COMBAT ARMS EARPLUG



- Insert **YELLOW** plugs for weapons fire to protect hearing and to hear between firings.



- Insert **GREEN** plugs for noise in and around aircraft, noisy vehicles and watercraft, etc.

- Check proper fit by gently tugging on plugs for tension.
- For very large ear canals, fold opposing plug back.
- Keep plugs clean with soap and water and filter holes free of ear wax and other debris. Return plugs dry to case.
- Although still protective, weapons fire is louder with yellow plugs in.





Δ π EXHIBIT 9
Deponent Muckley
Date 2·26·20 Rptr. M
WWW.DEPOBOOKPRODUCTS.COM

Confidential - Subject to Protective Order

3M_MDL000229331

## From a Soldier in Iraq:

"Combat Arms Earplugs…work great in this environment…they probably made the difference between eardrum/hearing damage and not, they definitely allow you to mentally recover very quickly, so you are able to deal with your 'situation' vs. standing around like a stunned mullet for awhile."

## Ordering:

Double-ended earplugs (which fit most of adult population) (NSN 6515-01-512-6072).
Single-ended plugs (for smallest ear canals) (NSN 6515-01-512-6072).

For More Information: See Fact Sheet 51-004-0204 at http://chppm-www.apgea.army.mil/fs.htm and http://chppm-www.apgea.army.mil/hcp//

