# EXHIBIT 43

```
From:         KEVIN SPAHN
To:           MARC SANTORO
CC:           AARON LOOMER
Sent:         12/13/2005 5:00:03 PM
Subject:      Fwd: RE: Instruction sheet
Attachments:  318-00138.pdf; TEXT.htm
```

Marc,

For your final review.

Kevin


>>> MARC SANTORO 12/12 5:16 PM >>>

Kevin,

Just got feedback from the US Army on the instruction guide for the CAE Blister Pack. Please add a line sentence at the end of the "Fitting Tips" that says.......

"Some individuals with smaller ear canals may experience discomfort with the dual-ended Combat Arms Earplug due to their restricted canal opening. A single-sided version of the Combat Arms Earplug is also available and will often times provide greater comfort for smaller ear canals. Single-Sided Combat Arms Earplug - NSN # 6515-01-512-6072"

Once you've made this change and the formatting changes we discussed, please send back to me for final review and then we'll roll!


>>> BRIAN MYERS 12/12/2005 5:01:47 PM >>>

Marc,
See Doug's comments.

>>> "Ohlin, Douglas W Dr USACHPPM" <doug.ohlin@us.army.mil> 12/12/2005 2:40:09 PM >>>

Brian:

Looks great. You did not mention any potential sizing issues for the smaller ear canals and the single-sided version as an alternative. Are you abandoning that concept?

Doug

From: BRIAN MYERS [mailto:brian_myers@aearo.com]
Sent: Friday, December 09, 2005 3:03 PM
To: Ohlin, Douglas W Dr USACHPPM
Subject: Instruction sheet


Doug,
We are in the process of setting up a product which is a single pair of Combat Arms earplugs on a blister card - I'll send you some when available. We have prepared the attached "insert" which will be printed and placed in the package with each pair. We are interested in any comments or modifications which you think are appropriate for us to make. Also, if there is any part of this insert which you would like to use, let us know and we can get you a file with the artwork in it.
Thanks,
Brian

EXHIBIT 34
WIT: Myers 30b6
DATE: 10-18-19
C. Campbell, RDR CRR CSR #13921

3M Confidential                                                                   3M00101319

Confidential - Subject To Protective Order                                        3M_MDL000042065

 

NSN NUMBER:
6515-01-466-2710

# READING THIS COULD SAVE YOUR LIFE

## MORE THAN A HEARING PROTECTOR

The Combat Arms Earplugs™ not only provide hearing protection, they help provide situational awareness by protecting against concussive disorientation effects associated with impulse noise (i.e., weapons fire, improvised explosive devices, etc.).

The patented Hear-Through™ design allows wearers to hear low-level sounds critical to mission safety — conversation, footsteps, rifle bolts, approaching enemies. When needed, the plug's "filter" reacts to provide instant protection from high-level noises. It's that easy. It's that quick.

## DUAL-ENDED DESIGN
## MEETS CRITICAL PROTECTION NEEDS



**Yellow End** — Weapons Fire
Insert the YELLOW end to protect against loud impulse noises such as weapons fire. The yellow end has a built-in filter that allows you to hear commands, approaching vehicles and other low-level noises.

**Green End** — Steady Noises
Insert the GREEN end in situations with high, constant noise levels such as aircraft, armored vehicles, watercraft and machinery.

3M Confidential                                                                                                         3M00101320

Confidential - Subject To Protective Order                                                                3M_MDL000042066



Marc,

For your final review.

Kevin


>>> MARC SANTORO 12/12 5:16 PM >>>
Kevin,

Just got feedback from the US Army on the instruction guide for the CAE Blister Pack. Please add a line sentence at the end of the "Fitting Tips" that says.......

"Some individuals with smaller ear canals may experience discomfort with the dual-ended Combat Arms Earplug due to their restricted canal opening. A single-sided version of the Combat Arms Earplug is also available and will often times provide greater comfort for smaller ear canals. Single-Sided Combat Arms Earplug - NSN # 6515-01-512-6072"

Once you've made this change and the formatting changes we discussed, please send back to me for final review and then we'll roll!


>>> BRIAN MYERS 12/12/2005 5:01:47 PM >>>
Marc,
See Doug's comments.

>>> "Ohlin, Douglas W Dr USACHPPM" <doug.ohlin@us.army.mil> 12/12/2005 2:40:09 PM >>>
Brian:

   Looks great. You did not mention any potential sizing issues for the smaller ear canals and the single-sided version as an alternative. Are you abandoning that concept?

                                                                                               Doug

---

**From:** BRIAN MYERS [mailto:brian_myers@aearo.com]
**Sent:** Friday, December 09, 2005 3:03 PM
**To:** Ohlin, Douglas W Dr USACHPPM
**Subject:** Instruction sheet

Doug,
We are in the process of setting up a product which is a single pair of Combat Arms earplugs on a blister card - I'll send you some when available. We have prepared the attached "insert" which will be printed and placed in the package with each pair. We are interested in any comments or modifications which you think are appropriate for us to make. Also, if there is any part of this insert which you would like to use, let us know and we can get you a file with the artwork in it.
Thanks,
Brian

3M Confidential                                                                                                                                           3M00101322

Confidential - Subject To Protective Order                                                                                               3M_MDL000042068