# EXHIBIT 46

58,066

Level Dependent Hearing Protection and Distortion Otoacoustic Emissions (DPOAE) After Small Arms Fire
LTC Lorraine Babeu, Ph.D.
U.S. Army Research Laboratory
Human Research and Engineering Directorate
Aberdeen Proving Ground, Maryland
3/18/2005 9:15:18 AM
1

Background

- Soldiers need the ability to communicate in their immediate environment
- Traditional Hearing Protective Devices (HPDs) provide protection but are not conducive to low level verbal communication
- The ideal HPD would be adaptive to different environments

2

Δ π EXHIBIT 13
Deponent
Date 2.26.20
Rptr. ML
WWW.DEPOBOOKPRODUCTS.COM

## Background

- Level Dependent Hearing Protection
  - Non-linear HPDs use orifices, valves, diaphragms or electronic circuitry
  - Little attenuation at low noise levels
  - Impulse noise activates attenuation characteristics of level dependent systems
  - This type of system is responsive to the changes in the environment

3

## Background

- Combat Arms Earplug (CAE)
  - Two sides
    - Yellow (level dependent)
    - Green (traditional earplug)
  - Uses orifice for attenuation of impulse noise

4

Background
• Peltor ComTac
– Uses electronics for impulse noise attenuation
– Volume control
– Amplifies low level sounds
– Compression system
– ComTac is designed for military use
5

Background
Octave Band Attenution
dB
50
40
30
20
10
0
125
250
500
1000
2000
3150
4000
6300
8000
Frequency
Combat Arms-Yellow
Combat Arms- Green
Peltor ComTac
6

| Condition | Peak Pressure (dBP) | Insertion Loss (dB) |
|---|---|---|
| No Earplug & PASGT | 164 | 0 |
| Level Dependent Earplug & PASGT | 133 | 31 |
| Non Level Dependent & PASGT | 120 | 34 |
| Com Tac & PASGT | 136 | 28 |

8

 

## Background

- Otoacoustic Emissions (OAEs)
  - Three types
    - Spontaneous, Transient and Distortion Product
  - Reflection of Outer Hair Cell function
  - Normal hearing sensitivity
    - Strong response
  - Hearing loss
    - Weaker response

9

## Background

- Otoacoustic Emissions (OAEs)
  - Used for newborn hearing screening,ototoxic drug monitoring
  - Distortion Product Otoacoustic Emissions (DPOAE)
    - Allows more frequency specificity
    - Used to record dependent variable

10

## Purpose

Assess the effect of level dependent hearing protection on the distortion product otoacoustic emissions of soldiers before and after firing the M4 Rifle

11

## Method

- Overview
  - Field Study
  - Study the effects of encapsulation on performance of soldiers during various tasks such as traversing an obstacle course, cross country course, road march and weapons fire
  - Soldiers wore different configurations of the uniform each day

12





 

Method
Uniform Configuration
Control
Current
LandWarrior
13

Method
Weapon's Fire
Obstacle Course
Road March
Cross Country
14

## Method

- Overview hearing protection study
  - Infantry soldiers over the course of 9 days wore the Combat Arms Earplug (yellow and green side) and the Peltor ComTac earmuff while firing the M4 Rifle
  - On each day soldiers had pre-and post-distortion product otoacoustic emission (DPOAE) measurements recorded during the weapons firing task
  - Soldiers fired 54 each day (486)
  - Noise level at the ear was 155 dBP

15

## Method

- Subjects
  - 14 infantry soldiers from Fort Wainwright, Alaska
  - Ages 20-35
- Started with 14 Subjects
  - Three did not meet hearing sensitivity criteria for inclusion
  - Two were injured during course of the study
  - Net subjects 9
    - Eight subjects had normal hearing sensitivity both ears
    - One subject had moderate to moderately-severe high frequency loss at 6-8kHz in the left ear

16



Procedure
Each subject wore each type of hearing protection three times during the course of the study
Before firing and after firing DPOAEs were recorded
Testing conducted in single walled audiometric booth
17

Experimental Factors
Independent variables
– Hearing protection (3 levels)
Combat Arms Earplug Yellow Side
Combat Arms Earplug Green Side
Peltor ComTac Earmuff
– DPOAE measurement (2 levels)
Before firing
After firing
– Frequency
11 levels
18

## Experimental Factors

- Dependent Variable
  - Change in DPOAE amplitude before and after firing for each hearing protection
- Analysis
  - Within Subjects Repeated-Measures Design
  - ANOVA

## Results

- Tests of Within-Subjects Effects Measure:
  - No significant main effects or interaction for the following factors
    - DPOAE measurement
    - Hearing Protection
  - Significant effect of
    - Frequency
  - Interaction between
    - DPOAE measurement and frequency
  - No interaction between the three factors
    - Hearing protection
    - DPOAE measurement
    - Frequency



Results
• Pairwise Comparisons
– Frequency
• Scattered significant effect for pairwise comparisons
21

Results
DPOAE
Combat Arms Earplug - Level Dependent
Before and After Small Arms Fire
Amplitude DP (dB SPL)
20
18
16
14
12
10
8
6
4
2
0
500
687
812
1000
1250
1625
2000
2562
3187
4062
Frequency (Hz)
CAE-Lev Dep-Before
CAE-Lev Dep-After
22

Results
DPOAE
Combat Arms Earplug- Non Level Dependent
Before and After Small Arms Fire
DP Amplitude (dB SPL)
20
18
16
14
12
10
8
6
4
2
0
500
687
812
1000
1250
1625
2000
2562
3187
4062
Frequency (Hz)
CAE-Non-Lev Dep-Before
CAE-Non-Lev Dep- After
23


Results
DPOAE
ComTac- Level Dependent
Before and After Small Arms Fire
DP Amplitude (dB SPL)
20
18
16
14
12
10
8
6
4
2
0
500
687
812
1000
1250
1625
2000
2562
3187
4062
Frequency(Hz)
ComTac Lev Dep-Before
ComTac Lev Dep-After
24







Summary
• Type of hearing protection did not have significant impact on DPOAE
25

Acknowledgements
Paula Henry, Ph.D., MSG Lamar Garrett and Tomasz Letowski Ph.D., US Army Research Laboratory, Aberdeen Proving Ground, MD
26