# EXHIBIT 51

# Hearing Protector Evaluation Report

## Real Ear Attenuation Experiment

| | |
|---|---|
| **Experiment No:** | 1327 |
| **Type of Device:** | Earplug |
| **Manufacturer:** | Aearo |
| **Model No.:** | EARCombatArmsDoubleEnded |
| **Serial No(s).:** | Green end inserted (continuous noise) |
| **Number of Subjects:** | 20 |
| **Number of Trials per Subject:** | 2 |
| **Test Standard (Method):** | ANSI S12.6-1997 (A) |
| **Principal Investigator:** | Paul Schley |
| **Date:** | 6/18/2007 |



**Real Ear Attenuation**
(Average Attenuation +/- 2 Standard Deviations)

## Real Ear Attenuation Data

**Octave Band Data**

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|
| **Mean** | 24 | 24 | 25 | 28 | 30 | 32 | 43 |
| **Std dev** | 4 | 5 | 6 | 6 | 5 | 6 | 5 |
| **Mean - Std dev** | 20 | 19 | 19 | 22 | 25 | 26 | 37 |
| **Mean - 2*SD** | 15 | 14 | 13 | 15 | 20 | 20 | 32 |

| | |
|---|---|
| **NRR (1 Std dev)** | 21 |
| **NRR (2*SD)** | 16 |

| C - A (USAF) | -2 to 0 | 1 to 3 | 4 to 7 | 8 to 10 | 11 & Up |
|---|---|---|---|---|---|
| **1 Std Dev** | 25 | 22 | 21 | 20 | 18 |
| **2 Std Dev** | 19 | 17 | 15 | 15 | 15 |

**Report provided by:**
AFRL/RHCB Bldg 441
2610 Seventh St
Wright-Patterson AFB, OH  45433-7901
DSN 785-3607
Comm (937) 255-3660

DOD00000723-1

| Subject | Trial | 125 | 250 | 500 | 1K | 2K | 4K | 8K |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 17.33 | 15.67 | 15 | 19.33 | 29.17 | 29.5 | 41.67 |
|  | 2 | 16.17 | 16.67 | 16.83 | 23 | 27.17 | 27.17 | 38.33 |
| 2 | 1 | 27.67 | 27.83 | 29.33 | 31.33 | 27.5 | 31.17 | 45.17 |
|  | 2 | 27.17 | 25.83 | 31.33 | 30.67 | 29 | 32.83 | 42.5 |
| 3 | 1 | 21 | 16.67 | 16.5 | 21.17 | 24.67 | 17.5 | 29 |
|  | 2 | 18.33 | 17.5 | 14.5 | 21.17 | 25.67 | 20.33 | 27 |
| 4 | 1 | 30.83 | 31.17 | 34.83 | 33.5 | 28.83 | 40.5 | 48 |
|  | 2 | 32.5 | 37.83 | 34.33 | 40 | 28.83 | 42.67 | 45.5 |
| 5 | 1 | 20.83 | 29.33 | 23.83 | 27.67 | 37.33 | 32.83 | 41.5 |
|  | 2 | 20.83 | 28.17 | 22.33 | 26.33 | 30.5 | 31.83 | 44.67 |
| 6 | 1 | 21.17 | 30.17 | 26.33 | 30.67 | 33.33 | 31.83 | 47.5 |
|  | 2 | 24.67 | 31.5 | 33.5 | 30.5 | 30 | 33.33 | 51 |
| 7 | 1 | 24 | 22.83 | 25.5 | 30.17 | 29.33 | 36.33 | 43.67 |
|  | 2 | 20.17 | 17 | 22.33 | 24.83 | 31.67 | 34.17 | 39.33 |
| 8 | 1 | 27.67 | 29.17 | 31.67 | 24.5 | 32.5 | 31.33 | 41.17 |
|  | 2 | 28.17 | 29.17 | 21.83 | 26 | 29.67 | 25.83 | 45.33 |
| 9 | 1 | 13.5 | 15.17 | 15.17 | 18.17 | 28.33 | 26.5 | 36.5 |
|  | 2 | 21.33 | 20.17 | 9 | 15 | 30.83 | 23.83 | 33.33 |
| 10 | 1 | 23.33 | 25.17 | 30.33 | 34.83 | 40 | 36.67 | 51.33 |
|  | 2 | 21.83 | 23.67 | 26 | 31.33 | 36.33 | 34.5 | 45.67 |
| 11 | 1 | 21.67 | 19 | 16.5 | 16.67 | 23.83 | 24.67 | 41.17 |
|  | 2 | 21.17 | 20.5 | 21 | 20.33 | 18 | 24.5 | 43.17 |
| 12 | 1 | 17.67 | 20 | 18.5 | 20.83 | 21.67 | 33.5 | 35 |
|  | 2 | 22.33 | 19.67 | 25.17 | 22.33 | 25.33 | 32.33 | 36.67 |
| 13 | 1 | 25.17 | 23.67 | 26.5 | 22.5 | 28.83 | 26.5 | 43.33 |
|  | 2 | 23.33 | 22.83 | 22.33 | 21.67 | 27.17 | 27.33 | 42 |
| 14 | 1 | 27 | 28.5 | 29.17 | 32.5 | 32.83 | 38 | 41.67 |
|  | 2 | 29.83 | 29 | 29 | 35.83 | 33.5 | 38 | 40.17 |
| 15 | 1 | 25.5 | 24.17 | 24.33 | 35.83 | 38.17 | 38.5 | 49.5 |
|  | 2 | 23.17 | 22.83 | 25.33 | 36 | 36.33 | 35.83 | 44.17 |
| 16 | 1 | 20.83 | 21.67 | 24.67 | 28.5 | 28.5 | 27.83 | 47.33 |
|  | 2 | 20.83 | 22 | 19.67 | 30 | 29.17 | 29.67 | 48.17 |
| 17 | 1 | 29.67 | 30.17 | 37.17 | 37 | 30 | 38.5 | 40.5 |
|  | 2 | 27.83 | 25.17 | 30.67 | 34.67 | 24.17 | 36 | 38.17 |
| 18 | 1 | 16 | 21.5 | 22.67 | 34.33 | 32.83 | 30 | 44.5 |
|  | 2 | 26 | 27 | 27.17 | 28.33 | 24.67 | 21.17 | 44 |
| 19 | 1 | 27.17 | 27.17 | 24.5 | 26.17 | 29.17 | 41.5 | 46.5 |
|  | 2 | 24.33 | 27.67 | 32 | 30.17 | 30.83 | 42.67 | 47.5 |
| 20 | 1 | 27 | 29.83 | 31.83 | 36.5 | 44.83 | 38.5 | 45.67 |
|  | 2 | 27.83 | 26.5 | 32.33 | 36.83 | 38 | 33.33 | 43.83 |