# EXHIBIT 53

| | |
|---|---|
| **From:** | Elliott Berger <eberger@compuserve.com> |
| **To:** | Douglas W Dr USACHPPM Ohlin |
| **CC:** | BRIAN MYERS |
| **Sent:** | 7/14/2006 3:15:34 AM |
| **Subject:** | RE: NSN 6515-01-466-2710 Plug, Ear, Combat Arms, Double-Ended |

thank you Doug
eb

At 08:53 AM 7/13/2006, you wrote:
>Yes, it applies to the yellow end only and I would add it at the end
>of paragraph 2.2.1. For example,
>
>
>2.2.1 The yellow end of the earplug shall incorporate a passive
>technology that has empirically shown to provide a level-dependence
>increase in attenuation about a sound pressure level of 115
>dBP(peak). An independent or government laboratory has determined
>that the level dependence technology is protective for human
>subjects for a minimum 100 free-field impulses up to at least 190 dBP.
>
>
>Note that I added the "P" to the decibel notation. We need to be
>more specific about the performance characteristics or we could end
>up with an untested level dependent device that isn't protective at
>the higher impulse noise levels we encounter in the military.
>
>
>----------
>From: Sidor, Thomas (DSCP) [mailto:Thomas.Sidor@dla.mil]
>Sent: Wednesday, July 12, 2006 2:46 PM
>To: Ohlin, Douglas W Dr USACHPPM
>Cc: Thomas, Allen C (DSCP)
>Subject: RE: NSN 6515-01-466-2710 Plug, Ear, Combat Arms, Double-Ended
>
>Hello Dr. Ohlin:
>
>
>
>Can you be more descriptive in our language of this new performance
>requirement? Do you mean that you want this performance requirement
>to be applicable with the yellow end in and the green end
>out? Should it be added to the sound attenuation chart on the
>bottom of page 1 after paragraph 2.2? Does this pertain to what is
>written in paragraph 2.2.1?
>
>
>
>
>
>
>
>Thomas Sidor
>Contracting Officer
> DSCP-MSBAB-PQE
> 700 Robbins Avenue
> Philadelphia, PA 19111
> Thomas.Sidor@dla.mil
> phone: 215-737-2490 DSN 444-2490
> fax: 215-737-8150

EXHIBIT 22
WIT: Burger
DATE: 12-10-19
C. Campbell, RDR CRR CSR #13921

3M Confidential - Attorneys' Eyes Only

3M00019347

Confidential - Subject To Protective Order

3M_MDL000017366

>
>----------
>From: Ohlin, Douglas W Dr USACHPPM [mailto:doug.ohlin@us.army.mil]
>Sent: Wednesday, July 12, 2006 11:00 AM
>To: Sidor, Thomas (DSCP)
>Subject: FW: NSN 6515-01-466-2710 Plug, Ear, Combat Arms, Double-Ended
>
>
>
>Upon refection...Let's tighten that up a little.
>
>
>
>----------
>From: Ohlin, Douglas W Dr USACHPPM
>Sent: Wednesday, July 12, 2006 8:34 AM
>To: 'Sidor, Thomas (DSCP)'
>Subject: RE: NSN 6515-01-466-2710 Plug, Ear, Combat Arms, Double-Ended
>
>Tom:
>
>
>
> I would add one more performance based characteristic to keep
> out inferior products. " An independent or government laboratory
> has found that the non-linear (level dependent) technology used is
> protective for human subjects for a minimum 100 free-field
> impluses up to at least 190 dBP (peak)."
>
>
>
> In addition, there will be a new version available in a few
> weeks. It will be single sided, corded and come in three sizes. I
> have been leaning hard on the manufacturer the last few years to
> address comfort and fit issues and they are responding.
>
>
>
>
>Doug
>
>
>
>----------
>From: Sidor, Thomas (DSCP) [mailto:Thomas.Sidor@dla.mil]
>Sent: Tuesday, July 11, 2006 10:47 AM
>To: Ohlin, Douglas W Dr USACHPPM
>Cc: Gatica, Al (DSCP); Komada, John (DSCP)
>Subject: NSN 6515-01-466-2710 Plug, Ear, Combat Arms, Double-Ended
>
>Hello Dr. Ohlin:
>
>Do you believe that all of the performance outcomes contained in
>Medical Procurement Item Description No. 1 dated 9 Apr 2003 for the
>subject NSN are sufficiently described so that if someone desired to
>do so, they could manufacture an earplug which meets all of our
>desired outcomes?
>
>
>
>Thomas Sidor
>
>Contracting Officer

3M Confidential - Attorneys' Eyes Only                                        3M00019348

Confidential - Subject To Protective Order                                        3M_MDL000017367

&gt;
&gt; DSCP-MSBAB-PQE
&gt;
&gt; 700 Robbins Avenue
&gt;
&gt; Philadelphia, PA 19111
&gt;
&gt; Thomas.Sidor@dla.mil
&gt;
&gt; phone: 215-737-2490 DSN 444-2490
&gt;
&gt; fax: 215-737-8150

Elliott H. Berger
Senior Scientist, Auditory Research
E-A-R / Aearo Technologies
7911 Zionsville Road
Indianapolis, IN 46268-1657
317-692-3031 w
317-692-3116 f
317-752-0614 c

3M Confidential - Attorneys' Eyes Only                                                    3M00019349

Confidential - Subject To Protective Order                                            3M_MDL000017368