# EXHIBIT 54

| | |
|---|---|
| From: | Ohlin, Douglas W Dr USACHPPM <doug.ohlin@us.army.mil> |
| To: | Elliott Berger <eberger@compuserve.com> |
| CC: | Gates, Kathy E LTC OTSG <kathy.gates@us.army.mil> |
| Sent: | 3/23/2005 4:28:04 PM |
| Subject: | FW: Information on Combat Arms earplugs |
| Attachments: | DOCUMENT.PDF |

EXHIBIT 12
WIT: Berger
DATE: 12/92/25
C. Campbell, RDR CRR CSR #13921

Just sent this to your boss.

**From:** Ohlin, Douglas W Dr USACHPPM
**Sent:** Wednesday, March 23, 2005 9:41 AM
**To:** BRIAN MYERS
**Subject:** RE: Information on Combat Arms earplugs

Brian:

The combat arms earplug has been evaluated during blast overpressure studies at White Sands Missile Range and at the Army Research Lab at the Aberdeen Proving Ground. It is used extensively by the US Army and the Marines. It has been approved by the DoD Hearing Conservation Working Group. It appears in our Defense Occupational and Environmental Health Readiness System - Hearing Conservation application's lookup table of approved hearing protectors and in Department of the Army Pamphlet 40-501, Hearing Conservation, 10 December 1998. Yes, I think you can say the combat arms earplug has be "evaluated and specified by the U.S. Armed Forces."

That chart, which you are free to use, was based on a detection model in the attached article. Although unprotected detection distances for "normal hearing" are included in this article for the truck and the rifle bolt closing, our colleagues at ARL ran the attenuation data of the earplugs through the model at our request for that graph. Those data are not in the article.

Doug

**From:** BRIAN MYERS [mailto:brian_myers@aearo.com]
**Sent:** Tuesday, March 22, 2005 5:39 PM
**To:** Ohlin, Douglas W Dr USACHPPM
**Subject:** Information on Combat Arms earplugs

Doug,
I am trying to put together an information sheet on the Combat Arms earplug to allow this product to be better presented. I have two questions regarding the content which I would like to get answered by you.

1. Is it okay to say that the combat arms earplug is "evaluated and specified by the U.S. Armed Forces?"

2. Long ago, you created a powerpoint spreadsheet on the ability of the open ear, "combat arms" protected ear and foam earplug protected ear to hear a truck and a rifle bolt closing. You indicated that the truck could be heard by both the open ear and the "CAE-protected" ear at 800 meters but only at 400 meters for a "foam plug-protected" ear. May I use this data in an illustration on the sell sheet and if so, who or what study would I credit or note for the data?

I'll send you a JPEG of the sheet when I get it completed. Thanks for your help.

3M Confidential

3M00018894

Confidential - Subject To Protective Order

3M_MDL000016913