# EXHIBIT 55

**BRIAN MYERS** - SP0200-06-R-4202   **Plug, Ear, Combat Arms**

**From:** "Thomas, Allen C (DSCP)" <Allen.C.Thomas@dla.mil>
**Date:** 8/7/2006 10:44:12 AM
**Subject:** SP0200-06-R-4202   Plug, Ear, Combat Arms

1. Please respond by 9-5-06.  Thank you.

## EDL49073225US

**Mailed offers should be sent to:**

Defense Logistics Agency
Defense Supply Center
Philadelphia
P. O. Box 56667
Philadelphia, PA 19111-6667

**Hand-carried offers, *including delivery by commercial carrier,* should be delivered to:**

Defense Supply Center Philadelphia
Business Opportunities Office
Bldg. 36, Second Floor
700 Robbins Avenue
Philadelphia, PA 19111-5092

**NOTE:** All hand-carried offers are to be delivered between 8:00 a.m. and 5:00 p.m., Monday through Friday, except for legal federal holidays as set forth in 5 USC 6103. Offerors using a commercial carrier service must ensure that the carrier service "hand-carries" the package to the depository specified above (i.e., the Business Opportunities Office address) prior to the scheduled opening/closing time. **Package must be plainly marked ON THE OUTSIDE OF THE COMMERCIAL CARRIER'S ENVELOPE with the solicitation number, date, and time set forth for receipt of offers as indicated in Block 8 of the Standard Form 1449 -  i.e., .  Offer Due Date/Local Time: Sept. 5, 2006, 3:00PM  Phila., PA Local Time**

Allen Thomas
Contract Specialist (DSCP-MSBA)
Defense Supply Center Philadelphia
Phone: 215-737-2320
allen.c.thomas@dla.mil

Solicitation# SP0200-06-R-4202
9-5-06



EXHIBIT 21
WIT: Myers
DATE: 12-10-19
C. Campbell, RDR CRR CSR #13921

EXHIBIT 31
WIT: Myers 3066
DATE: 10-18-19
C. Campbell, RDR CRR CSR #13921

file://C:\Documents and Settings\user\Local Settings\Temp\GW}00001.HTM

8/9/2006

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000013

3M_MDL000000013

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | 1. REQUISITION NUMBER | | PAGE 1 OF 63 |
|---|---|---|---|
| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER SP0200-06-R-4202 | 6. SOLICITATION ISSUE DATE 8-4-06 |

**7. FOR SOLICITATION INFORMATION CALL:**

| a. NAME | Allen Thomas, Contract Specialist | b. TELEPHONE NUMBER (No collect calls) 215-737-2320 | 8. OFFER DUE DATE/ LOCAL TIME 9-5-06 |

**9. ISSUED BY**    CODE

DEFENSE SUPPLY CENTER PHILADELPHIA
DIRECTORATE OF MEDICAL MATERIEL
700 ROBBINS AVENUE
PHILADELPHIA, PA  19111

**10. THIS ACQUISITON IS**
☑ UNRESTRICTED OR ☐ SET ASIDE:  % FOR:
☐ SMALL BUSINESS ☐ EMERGING SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
NAICS: ☐ SERVICE-DISABLED VETERAN- ☐ 8(A)
SIZE STANDARD: OWNED SMALL BUSINESS

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS Net 30 | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☑ RFP | |

| 15. DELIVER TO   CODE See Schedule | 16. ADMINISTERED BY   CODE |

| 17a. CONTRACTOR/ OFFEROR   CODE   FACILITY CODE Hearo Company 5457 W. 79th Street Indianapolis, IN 46268 Attn: Brian Myers TELEPHONE NO. 317-693-6593 | 18a. PAYMENT WILL BE MADE BY   CODE |

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | NSN 6515-01-466-2710 Plug, Ear, Combat Arms, Double-Ended, 50 Pair Per Package (Brand Name or Equal Product) | | | $300.00 | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |

☑ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA ☑ ARE ☐ ARE NOT ATTACHED
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.  ADDENDA ☐ ARE ☐ ARE NOT ATTACHED

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

☐ 29. AWARD OF CONTRACT: REF, ___ OFFER DATED ___ .  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (Type or print) Brian Myers Senior Marketing Director | 30c. DATE SIGNED 8/23/06 | 31b. NAME OF CONTRACTING OFFICER (Type or print) | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000014

3M_MDL000000014

## TABLE OF CONTENTS
### FOR
### Plug, Ear, Combat Arms

### SOLICITATION: SP0200-06-R-4202

| TITLE | PAGE |
|---|---|
| Caution Notice (if any) | None |
| Standard Form (SF) 1449, Solicitation/Contract/Order for Commercial Items | 1 |
| Solicitation Response Sheet for No Offer | 3 |
| Notice to DLA Suppliers Regarding Implementation of Radio Frequency Identification (RFID) | 4 |
| Continuation of any block(s) from SF 1449 | |
| Block 8 - Offer Due Date/Local Time | 5 |
| Block 17b - Remittance Address | 5 |
| Blocks 19-24 - Schedule of Supplies/Services/Prices | 7-9 |

**Contract Clauses--**

| | |
|---|---|
| 1. FAR clause 52.212-4, *Contract Terms and Conditions--Commercial Items* | 10 |
| 2. Addendum to 52.212-4 | 10-27 |
| 3. FAR clause 52.212-5, *Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items* | 28-32 |
| 4. Addendum to 52.212-5 DFARS clause 252.212-7001 *Contract Terms and Conditions Required to Implement Statutes or Executive Orders Applicable to Defense Acquisitions of Commercial Items* | 32-34 |

Any contract documents, exhibits or attachments—

| | |
|---|---|
| [Item Marking & Packaging and Item Specification] | 35-44 |

**Solicitation Provisions--**

| | |
|---|---|
| 1. FAR provision 52.212-1, *Instructions to Offerors--Commercial Items* | 45 |
| 2. Addendum to 52.212-1 (b) Submission of Offers (c) Period for acceptance of offers (e) Multiple offers (h) Multiple Awards | 45-53 |
| 3. [ ] FAR provision 52.212-2, *Evaluation--Commercial Items* | N/A |
| [ ] Addendum to 52.212-2, *Evaluation Criteria (Continuation Sheet)* | N/A |
| 4. FAR provision 52.212-3, *Offeror Representations and Certifications - Commercial Items* | 54-61 |
| 5. Addenda to 52.212-3 DFARS provision 252.212-7000, *Offeror Representations and Certifications--Commercial Items* | 62-63 |

3M Confidential - Attorneys' Eyes Only

3M00000015

Confidential - Subject To Protective Order

3M_MDL000000015

Solicitation No.: SP0200-06-R-4202                              Page 3 of 63

FOR: <u>Plug, Ear, Combat Arms</u>

OFFER DUE DATE/LOCAL TIME: <u>Sept. 5, 2006, 3:00PM  Phila., PA Local Time</u>

[  ]  CANNOT COMPLY WITH SPECIFICATION.

[  ]  CANNOT MEET DELIVERY REQUIREMENT

[  ]  NO OPEN PRODUCTION CAPACITY AT PLANT

[  ]  DO NOT REGULARLY MANUFACTURE OR SELL TYPE OF ITEMS
INVOLVED

[  ]  OTHER (SPECIFY)

[  ]  WE DO   [  ]  WE DO NOT DESIRE TO BE RETAINED ON THE MAILING
LIST FOR FUTURE PROCUREMENT OF THE TYPE OF ITEM(S) INVOLVED

NAME AND ADDRESS OF FIRM (INCLUDE ZIP CODE)

TYPE OR PRINT NAME AND TITLE OF SIGNER

SIGNATURE

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000016

3M_MDL000000016

### NOTICE TO DLA SUPPLIERS

On May 19, 2006, DoD issued an interim rule amending the Defense Federal Acquisition Regulation Supplement (DFARS) to include additional commodities and DoD locations that require package marking with passive Radio Frequency Identification (RFID) tags (see http://a257.g.akamaitech.net/7/257/2422/01jan20061800/edocket.access.gpo.gov/2006/06-4682.htm). Contractors supplying materiel to the Department are now required to affix passive RFID tags, at the case and palletized unit load levels, to shipments of packaged petroleum, lubricants, oils, preservatives, chemicals, additives, construction and barrier materials, and medical materials to the **Defense Distribution Depots in Albany, GA; Anniston, AL; Barstow, CA; Cherry Point, NC; Columbus, OH; Corpus Christi, TX; Hill, UT; Jacksonville, FL; Oklahoma City, OK; Norfolk, VA; Puget Sound, WA; Red River, TX; Richmond, VA; San Diego, CA; Tobyhanna, PA; Warner Robins, GA; or the Air Mobility Command Terminals at Charleston Air Force Base, Charleston, SC; Naval Air Station, Norfolk, VA; and Travis Air Force Base, Fairfield, CA.** This interim rule addresses the second year of DoD's three-year roll-out plan for supplier implementation of RFID. For packaged operational rations, clothing, individual equipment, tools, personal demand items, or weapon system repair parts shipped to the Defense Distribution Depots in Susquehanna, PA, or San Joaquin, CA, contractors are already required to affix passive RFID tags at the case and palletized unit load levels. When RFID tags are required, contractors must submit advance shipment notices to DoD via the Wide Area Work Flow (WAWF) system (see http://www.acq.osd.mil/log/rfid/advance_shipment_ntc.htm). This permits RFID tag data to be associated with corresponding shipments. The DoD RFID Web site contains a Class of Supply Look-Up Tool to assist suppliers in determining if a Federal Supply Group (first two digits of the National Stock Number) or a Federal Stock Class (first four digits of the National Stock Number) is subject to the RFID requirement (see http://www.acq.osd.mil/log/rfid/FSC.htm). When the clause at DFARS 252.211-7006 is included in a DLA solicitation, MIL-STD-129P, Change 3, will apply. **DLA will be implementing the interim rule using a phased approach based on procurement methods, as follows:**

   *Requests for Proposals/Invitations for Bids issued on/after May 19, 2006 for delivery after July 1, 2006*
   *Manual Requests for Quotation issued on/after July 19, 2006 for delivery after September 1, 2006*
   *Automated Requests for Quotation issued on/after September 19, 2006 for delivery after November 1, 2006*

Supplier options to comply with the requirements of the rule can be as simple as replacing existing military shipping label printers with RFID-enabled printers. This will allow DoD contractors to print military shipping labels with embedded RFID tags. Extensive information, including Supplier Information (Info) and Frequently Asked Questions (FAQs), is posted on the DoD RFID Web site at http://www.dodrfid.org. In addition, the Procurement Technical Assistance Centers (PTACS) offer no-cost RFID training, assistance, and one-on-one counseling to DoD suppliers and small businesses (see http://www.dla.mil/db/procurem.htm). Suppliers can also direct questions to info@dodrfid.org.

See Clause 252.211-7006 on page 18.

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000017

3M_MDL000000017

Solicitation No.: SP0200-06-R-4202                                    Page 5 of 63

## ADDENDUM TO STANDARD FORM 1449

### 1. Continuation of Block 8

Offer Due Date/Local Time: **Sept. 5, 2006, 3:00PM  Phila., PA Local Time**

### 2. Continuation of Block 9:

Mailed offers should be sent to:

Defense Logistics Agency
Defense Supply Center
Philadelphia
P. O. Box 56667
Philadelphia, PA 19111-6667

Hand-carried offers, *including delivery by commercial carrier,*
should be delivered to:

Defense Supply Center Philadelphia
Business Opportunities Office
Bldg. 36, Second Floor
700 Robbins Avenue
Philadelphia, PA 19111-5092

**NOTE:** All hand-carried offers are to be delivered between 8:00 a.m. and 5:00 p.m.,
Monday through Friday, except for legal federal holidays as set forth in 5 USC 6103.
Offerors using a commercial carrier service must ensure that the carrier service "hand-
carries" the package to the depository specified above (i.e., the Business Opportunities
Office address) prior to the scheduled opening/closing time. **Package must be plainly
marked ON THE OUTSIDE OF THE COMMERCIAL CARRIER'S ENVELOPE
with the solicitation number, date, and time set forth for receipt of offers as
indicated in Block 8 of the Standard Form 1449.**

### 3. Continuation of Block 17a:

Offeror's assigned DUNS Number: __6 1 4 1 0 1 5 6 6__.

### 4. Continuation of Block 17b:

Remittance Address is:       *Heare*
                             *2478 Reliable Parkway*
                             *Chicago, IL*
                             *60686-0024*

*Note: The Government will mail checks to this address only in the event of an Electronic
Funds Transfer (EFT) failure, pursuant to 52.232-33 (which is incorporated by reference
at 52.212-5(b)(31)).*

3M Confidential – Attorneys' Eyes
Only

Confidential – Subject To Protective Order

3M00000018

3M_MDL000000018

Solicitation No.: SP0200-06-R-4202

Page 6 of 63

**ADDENDUM TO STANDARD FORM 1449 (continued)**

5. **CAGE Number:** 1M331

6. **Are you registered with the Central Contractor Registration (CCR) database?**

   Yes [X]   No [ ]

   *(If you have not registered or your registration has expired, please visit the website at www.ccr.gov)*

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000019

3M_MDL000000019

## ADDENDUM TO STANDARD FORM 1449 (continued)

### 6. Continuation of Blocks 19-24:

#### SCHEDULE OF SUPPLIES/SERVICES

NSN 6515-01-466-2710
PLUG, EAR, COMBAT ARMS, DOUBLE-ENDED, 50 PAIR (PER PACKAGE): SWEPT-BACK TRIPLE-FLANGE STYLE. OLIVE DRAB END PROTECTS USER FROM CONTINOUS NOISE; YELLOW END PROTECTS USER FROM MILITARY WEAPONS NOISE.

|       |             | Estimated Annual Quantity | Unit Price | Total Price |
|-------|-------------|---------------------------|------------|-------------|
| 0001  | Base Year   | 15,000 Packages (PG)      | $300.00    | $4,500,000  |
| 0001  | Option Year | 15,000 Packages (PG)      | $300.00    | $4,500,000  |

Guaranteed Minimum Annual Quantity:  10,000 PG / Base Year
                                                          5,000 PG /  Option Year.

Estimated Maximum Annual Quantity:   45,000 PG /  Base Year
                                                           45,000 PG /  Option Year.

GENERAL NOTES  -  [ However, see actual clause language herein for specific coverage. ]

The above item is being solicited to establish an Indefinite-Delivery, Indefinite-Quantity Contract (IQC) against which delivery orders will be issued.

EVALUATION – This is a Low Price/Technically-Acceptable solicitation. The Government will award a contract resulting from this solicitation to the responsible offeror submitting the lowest price that conforms to the specification requirements.

The IQC contract will be effective for one year(i.e, Base Year), with 1 option period to extend the contract for one additional year. Total length of the contract will not exceed 2 years.  See clause 52.217-9P12 contained in this solicitation.

Submission of an offer on the option year is mandatory. Failure to offer on the option year will result in the offer being eliminated from further consideration.

A determination of price reasonableness for the option year will be made prior to award.

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000020

3M_MDL000000020

## ADDENDUM TO STANDARD FORM 1449 (Continued)

6. **Continuation of Blocks 19-24:**

### SCHEDULE OF SUPPLIES/SERVICES (Cont'd)

GENERAL NOTES (cont'd ) *[ However, see actual clause language herein for specific coverage. ]*

The required delivery dates will be cited on each delivery order. The delivery date specified in each delivery order shall not be less than 45 days after the effective date of the delivery order.

Deliveries required for emergency situations shall be negotiated with the contractor prior to order placement.

Each delivery order will satisfy a minimum quantity of 1,400 PG and will not exceed a maximum of 5,000 PG. No more than one delivery order will be placed during any 60 day period for the duration of the contract.    Pg 14

Any issued order calling for delivery beyond the contract expiration date shall be completed within the time specified in the order. However, no deliveries shall be required beyond 90 days past the contract expiration date.    Pg 15

Offerors should develop their pricing based on the estimated quantities rather than the guaranteed minimum or the maximum quantities.

The Government may reject without negotiation any offer placing restrictions on the Government's ability to order quantities up to the maximum annual quantities cited on page 7.

The estimated annual quantity is the most realistic quantity that the Government expects to order in a 365 day period. The cited maximum quantity has been inflated to ensure contract coverage for unforecasted demands and applies to the Base Year and the Option Year

The Government intends to make one award.    Pg 46

Alternate offers of commercial items will not be considered for award. Unless the offeror clearly indicates in its offer that the product being offered is an "equal" product, the offeror shall provide the brand name product referenced in the solicitation,    Pg 46, 48

A pre-award plant survey may be required to establish the capability of unknown offerors who have not previously supplied this item.    Pg 52

The Government reserves the right to request pre-award sample(s). Offerors are required to submit such samples within 15 days after the Government s request. Submission time of 15 days is vital to the Government in making a timely award.    Pg 52

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000021

3M_MDL000000021

Solicitation No.: SP0200-06-R-4202                                    Page 9 of 63

**ADDENDUM TO STANDARD FORM 1449 (Continued)**

6. **Continuation of Blocks 19-24:**

## SCHEDULE OF SUPPLIES/SERVICES (Cont'd)

Offers are to based on FOB Destination pricing. Deliveries will be to the following three destinations:

| | | |
|---|---|---|
| **DD SUSQUEHANNA** | **DD SAN JOAQUIN** | **DD Hill AFB** |
| Defense Distribution Depot Susquehanna | Defense Distribution San Joaquin | Distribution Dept Hill |
| U Ave. Bldg 89 Door 7 | 25600 S Chrisman Road | 7537 Wardleigh Road, |
| New Cumberland, Pa. 17070 | Receiving Warehouse 10 | Bldg. 849W |
| | Tracy, CA  95376-5000 | Hill AFB, UT 84056-5734 |

**PREVIOUS AWARD HISTORY:**
A & A Glove and Safety Co.
Unit Price: $323.00   Quantity: 3,398 PG   DATE: 1/30/06

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000022

3M_MDL000000022



*This clause is now incorporated by reference. The full text may be accessed electronically at www.dla.mil/j-3/j-336/fcps.htm. Once you arrive at this website, click on the Hill AFB FAR link, then click on 52.000 (located on the left-hand side of the page). Scroll down until you reach 52.212-4.*

**ADDENDUM TO 52.212-4**

### 1. Addenda to 52.212-4(g)

The invoicing and payment office for orders/contracts issued by DSCP-Medical shall be as follows:

Normal Mail Delivery:  **DFAS-Columbus Center**
**ATTN: DFAS-BVDPII/CC**
**P.O. BOX 182317**
**COLUMBUS, OHIO 43218-6248**

Overnight Delivery:   **DFAS-Columbus Center**
**ATTN: DFAS-BVDPII/CC**
**3990 EAST BROAD STREET**
**BUILDING 21**
**COLUMBUS, OHIO 43213-1152**

### 2. Addenda to 52.212-4(i)

Substitute the following for the first sentence:

☐ Fast Payment procedures apply to all Direct Vendor Delivery (DVD) delivery orders, regardless of dollar value, issued against this indefinite-delivery contract. The clause at 52.213-1, *Fast Payment Procedure*, and the clauses at DLAD 52.212-9001, *Application of Fast Pay to Part 12 Acquisitions* and at DLAD 52.213-9009, *Fast Payment Procedure*, are hereby incorporated by reference.

☐ Fast Payment procedures apply to all Direct Vendor Delivery (DVD) orders $25,000 or less. The clause at 52.213-1, *Fast Payment Procedure*, and the DLAD clauses at 52.212-9001, *Application of Fast Payment to Part 12 Acquisitions*, and at DLAD 52.213-9009, *Fast Payment Procedure*, are hereby incorporated by reference. **NOTE: Fast Pay also applies to any order, regardless of dollar value, that requires direct shipment overseas.**

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000023

3M_MDL000000023

**ADDENDUM TO 52.212.5 (continued)**

*NOTE: DLAD 52.213-9009 requires the vendor to annotate the invoice or packing slip with a notice instructing the consignee to notify DSCP promptly (i.e., within 60 days) if supplies are not received, if they are damaged in transit, or if they do not conform to the specifications of the order.*

### 3. CONTRACT CLAUSES INCORPORATED BY REFERENCE

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. The full text of any FAR, DFARS, DLAD and DSCP solicitation clause may be accessed electronically at www.dla.mil/j-3/l-336/icps.htm or obtained from the Contracting Officer. The clauses listed below are incorporated by reference only when checked.

| CLAUSE NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| [x] 52.203-12 | *LIMITATION ON PAYMENTS TO INFLUENCE   (SEP 2005)    FAR CERTAIN FEDERAL TRANSACTIONS* | | |
| [x] 52.204-4 | *PRINTED OR COPIED, DOUBLE-SIDED ON   (AUG 2000) FAR RECYCLED PAPER* | | |
| [x] 52.211-17 | *DELIVERY OF EXCESS QUANTITIES   (SEP 1989) FAR* | | |
| [x] 52.215-14 | *INTEGRITY OF UNIT PRICES (OCT 1997) FAR* | | |
| [x] 52.219-16 | *LIQUIDATED DAMAGES - SUBCONTRACTING PLAN (JAN 1999) FAR* | | |
| [x] 52.222-20 | *WALSH-HEALEY PUBLIC CONTRACTS ACT (DEC 1996) FAR* | | |
| [x] 52.227-2 | *NOTICE AND ASSISTANCE REGARDING PATENT (AUG 1996) FAR AND CPYRIGHT INFRINGEMENT* | | |
| [x] 52.232-11 | *EXTRAS (APR 1984)* FAR | | |
| [x] 52.232-17 | *INTEREST (JUN 1996) FAR* | | |
| [x] 52.242-13 | *BANKRUPTCY (JUL 1995) FAR* | | |
| [x] 52.242-15 | *STOP WORK ORDER (AUG 1989) FAR* | | |
| [x] 52.244-5 | *COMPETITION IN SUBCONTRACTING (DEC 1996) FAR* | | |
| [x] 52.247-34 | *F.O.B DESTINATION (NOV 1991) FAR* | | |

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000024

3M_MDL000000024

Case 3:19-md-02885-MCR-HTC   Document 1071-56   Filed 04/01/20   Page 14 of 66

### ADDENDUM TO PART 12 CONDITIONS

[x] 52.253-1  *COMPUTER GENERATED FORMS (JAN 1991) FAR*

[x] 252.203-7002  *DISPLAY OF DoD HOTLINE POSTER  (DEC 1991) DFARS*

[x] 252.204-7003  *CONTROL OF GOVT. WORK PRODUCT (APR 1992) DFARS*

[x] 252.211-7006  *RADIO FREQUENCY IDENTIFICATION    MAY 2006  DFARS*

*(The requirement for use of RFID is being implemented over a three-year period.  The Notice at the beginning of this document explains the phases of implementation, the affected commodities, and the destinations involved.  At this point, this clause applies to Requests for Proposals and Invitations for Bid issued on/after May 19, 2006 for delivery after July 1, 2006 for purchases of Subclass of Class VIII Medical Materials that will be shipped to any of the locations listed in the notice.  However, pharmaceuticals, biologicals, and reagents under Class VIII and medical-peculiar repair parts that fall under Class IX –Repair Parts and Components are currently exempt from the requirement for RFID tagging.)*

[x] 252.225-7002  *QUALIFYING COUNTRY SOURCES AS  (APR 2003) DFARS*
                  *SUBCONTRACTORS*

[x] 252.225-7013  *DUTY-FREE ENTRY (JUN 2005) DFARS*

[x] 252.225-7031  *SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 2005) DFARS*

[x] 252.243-7001  *PRICING OF CONTRACT MODIFICATIONS (DEC 1991) DFARS*

[x] 252.246-7000  *MATERIAL INSPECTION AND RECEIVING (MAR 2003) DFARS*
                  *REPORT*

[ ] 52.211-9004   *PRIORITY RATING FOR VARIOUS        MAR 2000 DLAD*
                  *LONG-TERM CONTRACTS*

*(Applies to delivery orders for surge or sustainment requirements.  May also apply to urgent requirements at contracting officer's discretion.)*

[x] 52.211-9010   *SHIPPING DOCUMENTATION—            DEC 2005  DLAD*
                  *MIL-STD 129P – TAKES PRECEDENCE*
                  *OVER SCHEDULE*

*(Applies to all contractor shipments of packaged material to the Government.)*

[ ] 52.217-9006   *LIMITATIONS ON USE OF SURGE AND    JUL 1999   DLAD*
                  *SUSTAINMENT (S&S) INVESTMENTS*

[ ] 52.239-9000   *YEAR 2000 (Y2K) COMPLIANCE NOTICE    JUN 2002  DLAD*

[x] 52.246-9001  *MANUFACTURING PROCESS CONTROLS &  (JUN 1998) DLAD*
                 *IN-PROCESS INSPECTIONS*

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000025

3M_MDL000000025

Solicitation No.: SP0200-06-R-4202                                    Page 13 of 63

ADDENDUM TO 52.212-3 (Continued)

## 4. THE FOLLOWING ADDITIONAL CLAUSES ARE INCORPORATED IN FULL TEXT:

[x] 52.211-16 VARIATION IN QUANTITY (APR 1984) FAR

Paragraph (b):  The permissible variation shall be limited to:

_____2%_____ Percent increase _____2%_____ Percent decrease

This increase or decrease shall apply to:

[x]  1.  Each contract sub-line item number (e.g., 0001AA)

[ ]  2.  The following contract sub-line item numbers:

[X] 52.215-6 PLACE OF PERFORMANCE (OCT 1997) FAR

(a)  The offeror or respondent, in the performance of any contract resulting from this solicitation,

[x] intends, [ ] does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b)  If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

| Place of performance (street address, city, state, county, zip code) | Name and address of owner and operator of the plant or facility if other than offeror or respondent |
|---|---|
| 90 Mechanic Street, Southbridge, MA, USA, 01550 | injection molding of components   Aearo Co. |

TJR Manufacturing Services S.A. de C.V.,
Av. CFE No.780, Zona Industrial del Potosi, Villa de Pozos, San Luis Potosi,
NOTE:  If using one or more plants or facilities as indicated, offeror/respondent shall provide the Mexico,
following additional information for each plant location to be used in the performance of a contract
resulting from this solicitation:                                                              Z.C. 78090

| Operation (cutting, shipping etc.) | Quantity by Plant |
|---|---|
|  |  assembly + test |
| 9001 Woodland Drive, Indianapolis, IN 46278 | Package + Ship |

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000026

3M_MDL000000026

Case 3:19-md-02885-MCR-HTC Document 1071-56 Filed 04/01/20 Page 16 of 66

████████████████████████████████████████████████████

### [ X ] 52.216-18 ORDERING (Oct 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from date of award through one year thereafter as well as through the option period for one additional year (i.e, 2 years total ordering time ).

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

### [ X ] 52.216-19 ORDER LIMITATIONS (Oct 1995)

(a) *Minimum order*. When the Government requires supplies or services covered by this contract in an amount of less than ___1,400 PG___, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) *Maximum order*. The Contractor is not obligated to honor --

(1) Any order for a single item in excess of ___5,000 PG___ ;

(2) Any order for a combination of items in excess of ___5,000 PG___ ; or

(3) A series of orders from the same ordering office within ___60___ days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (*i.e.*, includes the *Requirements* clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within ___10___ days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000027

3M_MDL000000027

Solicitation No.: SP0200-06-R-4202                                    Page 15 of 63

ADDENDUM TO 52.301  (Continued)

**[ X ] 52.216-22 INDEFINITE QUANTITY (OCT 1995)  FAR**

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule.  The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause.  The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the *Order Limitations* clause or in the Schedule, there is no limit on the number of orders that may be issued.  The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order.  The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided that the Contractor shall not be required to make any deliveries under this contract after 90 days from contract expiration.

**[x] 52.227-9  REFUND OF ROYALTIES (APR 1984) FAR**

(a) The contract price includes certain amounts for royalties payable by the Contractor or subcontractors or both, which amounts have been reported to the Contracting Officer.

(b) The term "royalties" as used in this clause refers to any costs or charges in the nature of royalties, license fees, patent or license amortization costs, or the like, for the use of or for rights in patents and patent applications in connection with performing this contract or any subcontract hereunder.

(c) The Contractor shall furnish to the Contracting Officer, before final payment under this contract, a statement of royalties paid or required to be paid in connection with performing this contract and subcontracts hereunder together with the reasons.

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000028

3M_MDL000000028

**ADDENDUM TO 52.212-4 (continued)**

### 52.227-9 (continued)

(d) The Contractor will be compensated for royalties reported under paragraph (c) of this clause, only to the extent that such royalties were included in the contract price and are determined by the Contracting Officer to be properly chargeable to the Government and allocable to the contract. To the extent that any royalties that are included in the contract price are not in fact paid by the Contractor or are determined by the Contracting Officer not to be properly chargeable to the Government and allocable to the contract, the contract price shall be reduced. Repayment or credit to the Government shall be made as the Contracting Officer directs.

(e) If, at any time within 3 years after final payment under this contract, the Contractor for any reason is relieved in whole or in part from the payment of the royalties included in the final contract price as adjusted pursuant to paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer of that fact and shall reimburse the Government in a corresponding amount.

(f) The substance of this clause, including this paragraph (f), shall be included in any subcontract in which the amount of royalties reported during negotiation of the subcontract exceeds $250.

### [x] 52.233-1 DISPUTES (JULY 2002) ALTERNATE I (DEC 1991) FAR

(a) This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613).

(b) Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved under this clause.

(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $100,000 is not a claim under the Act until certified. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Act. The submission may be converted to a claim under the Act, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(d)

(1) A claim by the Contractor shall be made in writing and, unless otherwise stated in this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000029

3M_MDL000000029

**ADDENDUM TO 52.212 (Continued)**

### 52.233-1 (continued)

a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.

(2)

(i) The contractor shall provide the certification specified in paragraph (d)(2)(iii) of this clause when submitting any claim exceeding $100,000.

(ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.

(iii) The certification shall state as follows: "I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor."

(3) The certification may be executed by any person duly authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in the Act.

(g) If the claim by the Contractor is submitted to the Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use alternative dispute resolution (ADR). If the Contractor refuses an offer for ADR, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the offer.

(h) The Government shall pay interest on the amount found due and unpaid from
(1) the date that the Contracting Officer receives the claim (certified, if required); or
(2) the date that payment otherwise would be due, if that date is later, until the date of payment.

With regard to claims having defective certifications, as defined in FAR 33.201, interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

**52.233-1 (continued)**

_ Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under or relating to the contract, and comply with any decision of the Contracting Officer.

### [x]  252.211-7006 RADIO FREQUENCY IDENTIFICATION (NOV 2005) DFARS

(a)  Definitions. As used in this clause—

"Advance shipment notice" means an electronic notification used to list the contents of a shipment of goods as well as additional information relating to the shipment, such as order information, product description, physical characteristics, type of packaging, marking, carrier information, and configuration of goods within the transportation equipment.

"Bulk commodities" means the following commodities, when shipped in rail tank cars, tanker trucks, trailers, other bulk wheeled conveyances, or pipelines:

    (1)  Sand.
    (2)  Gravel.
    (3)  Bulk liquids (water, chemicals, or petroleum products).
    (4)  Ready-mix concrete or similar construction materials.
    (5)  Coal or combustibles such as firewood.
    (6)  Agricultural products such as seeds, grains, or animal feed.

"Case" means either a MIL-STD-129 defined exterior container within a palletized unit load or a MIL-STD-129 defined individual shipping container.

"Electronic Product Code™ (EPC)" means an identification scheme for universally identifying physical objects via RFID tags and other means. The standardized EPC data consists of an EPC (or EPC identifier) that uniquely identifies an individual object, as well as an optional filter value when judged to be necessary to enable effective and efficient reading of the EPC tags. In addition to this standardized data, certain classes of EPC tags will allow user-defined data. The EPC tag data standards will define the length and position of this data, without defining its content.

"EPCglobal™" means a joint venture between EAN International and the Uniform Code Council to establish and support the EPC network as the global standard for immediate,

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000031

3M_MDL000000031

**252.211-7006 (continued)**
automatic, and accurate identification of any item in the supply chain of any company, in any industry, anywhere in the world.

"Exterior container" means a MIL-STD-129 defined container, bundle, or assembly that is sufficient by reason of material, design, and construction to protect unit packs and intermediate containers and their contents during shipment and storage. It can be a unit pack or a container with a combination of unit packs or intermediate containers. An exterior container may or may not be used as a shipping container.

"Palletized unit load" means a MIL-STD-129 defined quantity of items, packed or unpacked, arranged on a pallet in a specified manner and secured, strapped, or fastened on the pallet so that the whole palletized load is handled as a single unit. A palletized or skidded load is not considered to be a shipping container. A loaded 463L System pallet is not considered to be a palletized unit load. Refer to the Defense Transportation Regulation, DoD 4500.9-R, Part II, Chapter 203, for marking of 463L System pallets.

"Passive RFID tag" means a tag that reflects energy from the reader/interrogator or that receives and temporarily stores a small amount of energy from the reader/interrogator signal in order to generate the tag response. Acceptable tags are—
   (1) EPC Class 0 passive RFID tags that meet the EPCglobal Class 0 specification; and
   (2) EPC Class 1 passive RFID tags that meet the EPCglobal Class 1 specification.

"Radio Frequency Identification (RFID)" means an automatic identification and data capture technology comprising one or more reader/interrogators and one or more radio frequency transponders in which data transfer is achieved by means of suitably modulated inductive or radiating electromagnetic carriers.

"Shipping container" means a MIL-STD-129 defined exterior container that meets carrier regulations and is of sufficient strength, by reason of material, design, and construction, to be shipped safely without further packing (e.g., wooden boxes or crates, fiber and metal drums, and corrugated and solid fiberboard boxes).

(b)(1) Except as provided in paragraph (b)(2) of this clause, the Contractor shall affix passive RFID tags, at the case and palletized unit load packaging levels, for shipments of items that—

   (i) Are in any of the following classes of supply, as defined in DoD 4140.1-R, DoD Supply Chain Materiel Management Regulation, AP1.1.11:

      (A) Subclass of Class I - Packaged operational rations.

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000032

3M_MDL000000032

Case 3:19-md-02885-MCR-HTC   Document 1071-56   Filed 04/01/20   Page 22 of 66

P0998.21

**ADDENDUM TO 52.212-4 (continued)**

**252.211-7006 (continued)**

(B) Class II - Clothing, individual equipment, tentage, organizational tool kits, hand tools, and administrative and housekeeping supplies and equipment.

(C) Class VI - Personal demand items (non-military sales items).

(D) Class IX – Repair parts and components including kits, assemblies and subassemblies, reparable and consumable items required for maintenance support of all equipment, excluding medical-peculiar repair parts; and

(ii) Are being shipped to—

(A) Defense Distribution Depot, Susquehanna, PA: DoDAAC W25G1U or SW3124; or

(B) Defense Distribution Depot, San Joaquin, CA: DoDAAC W62G2T or SW3224.

(2) Bulk commodities are excluded from the requirements of paragraph (b)(1) of this clause.

(c) The Contractor shall ensure that—

(1) The data encoded on each passive RFID tag are unique (i.e., the binary number is never repeated on any and all contracts) and conforms to the requirements in paragraph (d) of this clause;

(2) Each passive tag is readable at the time of shipment in accordance with MIL-STD-129 (Section 4.9.1.1) readability performance requirements; and

(3) The passive tag is affixed at the appropriate location on the specific level of packaging, in accordance with MIL-STD-129 (Section 4.9.2) tag placement specifications.

(d) Data syntax and standards. The Contractor shall use one or more of the following data constructs to write the RFID tag identification to the passive tag, depending upon the type of passive RFID tag being used in accordance with the tag construct details located at http://www.dodrfid.org/tagdata.htm (version in effect as of the date of the solicitation):

(1) Class 0, 64 Bit Tag – EPCglobal Serialized Global Trade Item Number (SGTIN), Global Returnable Asset Identifier (GRAI), Global Individual Asset Identifier (GIAI), or Serialized Shipment Container Code (SSCC).

(2) Class 0, 64 Bit Tag – DoD Tag Construct.

(3) Class 1, 64 Bit Tag – EPCglobal SGTIN, GRAI, GIAI, or SSCC.

(4) Class 1, 64 Bit Tag – DoD Tag Construct.

(5) Class 0, 96 Bit Tag – EPCglobal SGTIN, GRAI, GIAI, or SSCC.

(6) Class 0, 96 Bit Tag – DoD Tag Construct.

(7) Class 1, 96 Bit Tag – EPCglobal SGTIN, GRAI, GIAI, or SSCC.

(8) Class 1, 96 Bit Tag – DoD Tag Construct.

(e) Receiving report. The Contractor shall electronically submit advance shipment notice(s) with the RFID tag identification (specified in paragraph (d) of this clause) in

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

ADDENDUM TO 52.212-5 (continued)

**252.211-7006 (continued)**
advance of the shipment in accordance with the procedures at
http://www.dodrfid.org/asn.htm.

### [x] 252.225-7005  IDENTIFICATION OF EXPENDITURES IN THE UNITED STATES) (JUN 2005) DFARS

(a) *Definition.* "United States," as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) This clause applies only if the Contractor is--

(1) A concern incorporated in the United States (including a subsidiary that is incorporated in the United States, even if the parent corporation is not incorporated in the United States); or

(2) An unincorporated concern having its principal place of business in the United States.

(c) On each invoice, voucher, or other request for payment under this contract, the Contractor shall identify that part of the requested payment that represents estimated expenditures in the United States. The identification—

(1) May be expressed either as dollar amounts or as percentages of the total amount of the request for payment;

(2) Should be based on reasonable estimates; and

(3) Shall state the full amount of the payment requested, subdivided into the following categories:

(i) U.S. products--expenditures for material and equipment manufactured or produced in the United States, including end products, components, or construction material, but excluding transportation;

(ii) U.S. services--expenditures for services performed in the United States, including all charges for overhead, other indirect costs, and profit under construction or service contracts;

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000034

3M_MDL000000034

ADDENDUM TO 52.212-4 (continued)

**252.225-7005 (continued)**

> (iii) Transportation on U.S. carriers--expenditures for transportation furnished by U.S. flag, ocean, surface, and air carriers; and

> (iv) Expenditures not identified under paragraphs (c)(3)(i) through (iii) of this clause.

(d) Nothing in this clause requires the establishment or maintenance of detailed accounting records or gives the U.S. Government any right to audit the Contractor's books or records.

**[ X ]  52.212-9000 CHANGES--MILITARY READINESS (MAR 2001) DLAD**

The commercial changes clause at FAR 52.212-4(c) is applicable to this contract in lieu of the changes clause at FAR 52.243-1. However, in the event of a Contingency Operation or a Humanitarian or Peace Keeping Operation, as defined below, the contracting officer may, by written order, change 1) the method of shipment or packing, and 2) the place of delivery. If any such change causes an increase in the cost of, or the time required for performance, the contracting officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract. The contractor must assert its right to an adjustment within 30 days from the date of receipt of the modification.

"Contingency operation" means a military operation that-

(i) Is designated by the Secretary of Defense as an operation in which members of the armed forces are or may become involved in military actions, operations, or hostilities against an enemy of the United States or against an opposing military force; or

(ii) Results in the call or order to, or retention on, active duty of members of the uniformed services under 10 U.S.C. 688, 12301(a), 12302, 12304, 12305, or 12406, Chapter 15 of U.S.C., or any other provision of law during a war or during an national emergency declared by the President or Congress (10 U.S.C. 101(a)(13)).

"Humanitarian or peacekeeping operation" means a military operation in support of the provision of humanitarian or foreign disaster assistance or in support of peacekeeping operation under Chapter VI or VII of the Charter of the United Nations. The term does not include routine training, force rotation, or stationing. (10 U.S.C. 2302 (8) and 41 U.S.C. 259 (d) (2) (B)).

3M Confidential - Attorneys' Eyes Only                                              3M00000035

Confidential - Subject To Protective Order                              3M_MDL000000035

**SOLICITATION PROVISIONS (Continued)**

## [ X ] 52.233-9001 DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (JUN 2001) DLAD

(a) The parties agree to negotiate with each other to try to resolve any disputes that may arise. If unassisted negotiations are unsuccessful, the parties will use alternative dispute resolution (ADR) techniques to try to resolve the dispute. Litigation will only be considered as a last resort when ADR is unsuccessful or has been documented by the party rejecting ADR to be inappropriate for resolving the dispute.

(b) Before either party determines ADR inappropriate, that party must discuss the use of ADR with the other party. The documentation rejecting ADR must be signed by an official authorized to bind the contractor (see FAR 52.233-1), or, for the Agency, by the contracting officer, and approved at a level above the contracting officer after consultation with the ADR Specialist and with legal counsel (see DLA Directive 5145.1). Contractor personnel are also encouraged to include the ADR Specialist in their discussions with the contracting officer before determining ADR to be inappropriate.

(c) If you wish to opt out of this clause, check here [ ]. Alternate wording may be negotiated with the contracting officer.

## [x] 52.246-9000 CERTIFICATE OF QUALITY (DEC 1994) DLAD COMPLIANCE

The Contractor shall prepare and furnish a Certificate of Quality Compliance (COQC) for all supplies delivered under this contract. If the supplies delivered under this contract are from more than one manufacturing lot, a separate COQC shall be prepared and furnished for each manufacturing lot represented by, manufactured or produced under a product specification, original equipment manufacturer (OEM)/manufacturer's part number, commercial, industry or military standard, or drawings, or other technical data.

(a) This Certificate shall contain the following:

(1) The Contractor's name, address, and commercial and Government entity (CAGE) code number (if assigned), the contract/order number, the applicable specification, drawing, or standard (including revision/amendment and date), identification of the specific supplies manufactured or produced (including National Stock Number, nomenclature, type, grade, and class, if applicable); for metal products, the COQC shall include the alloy designation and condition (finish and temper), if applicable. If the contractor is not a manufacturer, the Certificate shall include the name, address and CAGE Code (if assigned) for each of the entities through which the supplies or materials, components, subassemblies, assemblies or parts passed, so that traceability to the manufacturer will be readily discernible therefrom.

(2) The identification of each parameter for which the contract, specification, drawing, or standard required inspection or testing;

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000036

3M_MDL000000036

**ADDENDUM TO 52.212-4 (continued)**

**52.246-9000 (continued)**

         (3) The identification of the specific requirement for each of the parameters in (2), above, for the particular material being produced and covered by the certificate;

         (4) The actual results of inspections or tests conducted by the contractor to demonstrate conformance with each of the specific requirements of (3), above;

         (5) The marking requirement for the material and the source of this requirement (contract and specification or standard); and

         (6) A statement, signed by an authorized contractor representative responsible for quality assurance, that (i) the lot has been produced, sampled, tested, and inspected, and marked in accordance with all contract and specification requirements; and (ii) the material complies with all of the contract and specification requirements.

        (b) For contracts assigned for Government inspection at source, the Contractor shall have the completed certificate available for review by the Government representative when the material is presented for acceptance by the Government. In the case of destination –inspected material, the Contractor shall attach a copy of the completed certificate to the packing list sent with each shipment to each shipping point designated in the contract. For source inspected material, a copy may (but need not) accompany the shipment. If the Contractor offering the material to the Government is not the manufacturer of the material, the Contractor is responsible for obtaining a certified test report from the manufacturer, including it as part of this COQC, and for demonstrating that the specific material being offered under this certificate is covered by the certified test report.

        (c) Unless otherwise specified by the contract, the Contractor shall be responsible for retaining the certificate for a period of 4 years. When requested by the Contracting Officer, the Contractor shall make the certificate available for review by the Government at any time during the period the certificate is required to be retained.

**[X] 52.217-9P12    OPTION FOR INDEFINITE-DELIVERY, INDEFINITE-QUANTITY CONTRACT TERM EXTENSION (MAR 2004) DSCP**

    (a)  Acceptance of the option provision(s)/clauses contained herein is mandatory. Failure to indicate acceptance of the option by annotating the offeror's option price in the Schedule or elsewhere in the solicitation will be deemed non-acceptance of the option and may result in rejection of the offeror's entire bid/proposal.

    (b)  Offerors may offer options at unit prices which differ from the unit prices for the base ordering period. These prices may vary with the quantities actually ordered and the dates when ordered.

    (c)  The contracting officer may extend the term of this contract for _____ one _____ additional _____ 1-year _____ period(s) by written notice to the contractor within the

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000037

3M_MDL000000037

Solicitation No.: SP0200-06-R-4202                                    Page 25 of 63

## ADDENDUM TO 52.212-5(b) (Continued)

**52.217-9P12 (continued)**
timespecified in the Schedule; provided that the contracting officer shall give the contractor a preliminary written notice of intent to extend at least 60 days before expiration of the contract. The preliminary notice does not commit the Government to an extension.

(d) Performance under the option period shall continue at the same performance level specified for the basic contract.

(e) The option to extend the term of the contract shall be exercised not later than three (3) days before the expiration date of the contract.

(f) The option is deemed exercised when mailed or otherwise furnished to the contractor.

(g) If the contracting officer exercises this option, the extended contract shall be considered to include this option clause and the minimum and maximum quantities specified in the award for that option period will apply.

(h) The total duration of any options exercised under this clause, shall not exceed <u>one year.</u>

(i) The following provisions apply only to negotiated acquisitions:

(1) If an option has been priced under this solicitation and is to be exercised at time of award of the basic contract, the submission of certified cost or pricing data shall be required prior to award where the combined dollar value of the basic contract and option exceeds $550,000, unless an exemption thereto is appropriate in accordance with FAR 15.403-1.

(2) Prior to the award of any contract which will contain one or more priced options totaling $550,000 or more, the submission of certified cost or pricing data covering the basic contract and the option(s) shall be required regardless of when the option(s) may be exercised, unless an exemption thereto is appropriate in accordance with FAR 15.403-1.

**[x] 52.246-9P02   SUPPLIER RESPONSIBILITY FOR TESTING OF   (JAN 1992) DSCP MATERIALS AND COMPONENTS**

If the value of the entire quantity of a material/component used in the assembly/production of all end items under this contract does not exceed $3,000, the contractor need only furnish a Certificate of Compliance for that material/component. This authority supersedes any other contract requirement to the contrary. The Government, however, reserves the right to select sample units to verify that such materials/components are in strict compliance with the specification requirements. The Certificate of Compliance shall contain the following information:

3M Confidential – Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000038

3M_MDL000000038

ADDENDUM TO SP0200 (continued)

**52.246-9P02 (continued)**

(a) Item identification of the material/component.

(b) Reference to the specification for the material/component.

(c) Lot, batch, control or serial number of the material/component.

(d) Quantity and dollar value of the material/component.

(e) Name of supplier of the material/component.

(f) Date of purchase.

(g) National Stock Number (NSN), item identification and lot number of the end item.

(h) The approximate number of end items to be manufactured from the material/component.

I certify that the above material(s) or component(s) presented for acceptance under the terms of contract no. DLA _____ comply with the applicable specification(s) and/or contract requirements and that the information furnished above is accurate.

SIGNED _____

TITLE _____

COMPANY _____

DATE _____

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000039

3M_MDL000000039

Solicitation No.: SP0200-06-R-4202                                    Page 27 of 63

## SECTION E - INSPECTION AND ACCEPTANCE

[ X |52.246-9P12     INSPECTION AND ACCEPTANCE BY THE GOVERNMENT (JAN 1992) DSCP

(a) Saving and reserving to the Government all rights under the inspection provision, the following is applicable to this acquisition:

Inspection at                        Acceptance at
[ ] Contractor's Plant and           [ ] Contractor's Plant

[X] Destination                      [X] Destination

upon execution of DD Form 250 by the authorized Government representative.

(b) Resultant award or contract will contain the name and address of the office responsible for performance of inspection.

(c) Offeror shall indicate below the location where supplies will be inspected:

    Plant: _____
    Street: _____
    City/St/Zip: _____

[X] (d) Notwithstanding the foregoing designation of destination as the place for inspection and acceptance of supplies furnished hereunder, the Government reserves the right to require inspection and acceptance at contractor's plant. Said right may be exercised either before award or during the course of performance of any resultant contract. Should said right be exercised during the course of performance, only the undelivered portion of the contract quantities will be subject to inspection and acceptance at contractor's plant. In view of the foregoing, offerors are required to supply the information requested in paragraph (c), above.

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order



(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive Orders applicable to acquisitions of commercial items:

(1) 52.233-3, *Protest after Award* (AUG 1996)(31 U.S.C 3553).

(2) 52.233-4, *Applicable Law for Breach of Contract Claim* (OCT 2004) (Pub. L 108-77, 108-78)

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

_x_         *Restrictions on Subcontractor Sales to the Government* (JUL 1995), with *Alternate I* (OCT 1995)(41 U.S.C.253g and 10 U.S.C.2402).

___ (2) 52.219-3, *Notice of Total HUBZone Set-Aside* (Jan 1999) (15 U.S.C. 657a).

___ (3) 52.219-4, *Notice of Price Evaluation Preference for HUBZone Small Business Concerns* (JUL 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer)(15 U.S.C. 657a).

___ (4) [Reserved]

___ (5) (i) 52.219-6, *Notice of Total Small Business Set-Aside* (JUNE 2003)(15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-6.

___ (iii) Alternate II (MAR 2004) of 52.219-6.

___ (6) (i) 52.219-7, *Notice of Partial Small Business Set-Aside* (JUNE 2003)(15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-7.

___ (iii) Alternate II (MAR 2004) of 52.219-7.

_x_         *Utilization of Small Business Concerns* (MAY 2004)(15 U.S.C. 637 (d)(2) and (3)).

_x_         52.219-9, *Small Business Subcontracting Plan* (JUL 2005)(15 U.S.C. 637 (d)(4)).

___ (ii) Alternate I (OCT 2001) of 52.219-9.

___ (iii) Alternate II (OCT 2001) of 52.219-9.

___ (9) 52.219-14, *Limitations on Subcontracting* (DEC 1996)(15 U.S.C. 637(a)(14)).



(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive Orders applicable to acquisitions of commercial items:

      (1) 52.233-3, *Protest after Award* (AUG 1996)(31 U.S.C 3553).

      (2) 52.233-4, *Applicable Law for Breach of Contract Claim* (OCT 2004) (Pub. L 108-77, 108-78)

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

  x (1) 52.203-6, *Restrictions on Subcontractor Sales to the Government* (JUL 1995), *with Alternate I* (OCT 1995)(41 U.S.C.253g and 10 U.S.C.2402).

  ___ (2) 52.219-3, *Notice of Total HUBZone Set-Aside* (Jan 1999) (15 U.S.C. 657a).

  ___ (3) 52.219-4, *Notice of Price Evaluation Preference for HUBZone Small Business Concerns* (JUL 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer)(15 U.S.C. 657a).

  ___ (4) [Reserved]

      ___(5) (i) 52.219-6, *Notice of Total Small Business Set-Aside* (JUNE 2003)(15 U.S.C. 644).

      ___(ii) Alternate I (OCT 1995) of 52.219-6.

      ___(iii) Alternate II (MAR 2004) of 52.219-6.

      ___(6) (i) 52.219-7, *Notice of Partial Small Business Set-Aside* (JUNE 2003)(15 U.S.C. 644).

      ___(ii) Alternate I (OCT 1995) of 52.219-7.

      ___(iii) Alternate II (MAR 2004) of 52.219-7.

  x (7) 52.219-8, *Utilization of Small Business Concerns* (MAY 2004)(15 U.S.C. 637 (d)(2) and (3)).

  x (8) (i) 52.219-9, *Small Business Subcontracting Plan* (JUL 2005)(15 U.S.C. 637 (d)(4)).

  ___(ii) Alternate I (OCT 2001) of 52.219-9.

  ___(iii) Alternate II (OCT 2001) of 52.219-9.

  ___ (9) 52.219-14, *Limitations on Subcontracting* (DEC 1996)(15 U.S.C. 637(a)(14)).

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000042

3M_MDL000000042

**52.212-5 (continued)**

___ (10) (i) 52.219-23, *Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns* (SEP 2005)(10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

___ (ii) Alternate I (JUNE 2003) of 52.219-23.

___ (11) 52.219-25, *Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting* (OCT 1999)(Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (12) 52.219-26, *Small Disadvantaged Business Participation Program-Incentive Subcontracting* (OCT 2000)(Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (13) 52.219-27, *Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside* (May 2004)

_x_ (14) 52.222-3, *Convict Labor* (JUNE 2003)(E.O. 11755)

_x_ (15) 52.222-19, *Child Labor—Cooperation with Authorities and Remedies* (JAN 2006)(E.O. 13126)

_x_ (16) 52.222-21, *Prohibition of Segregated Facilities* (FEB 1999),

_x_ (17) 52.222-26, *Equal Opportunity* (APR 2002)(E.O.11246).

_x_ (18) 52.222-35, *Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans* (DEC 2001)(38 U.S.C. 4212).

_x_ (19) 52.222-36, *Affirmative Action for Workers with Disabilities* (JUN 1998)(29 U.S.C.793).

_x_ (20) 52.222-37, *Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans* (DEC 2001)(38 U.S.C. 4212).

_x_ (21) 52.222-39, *Notification of Employee Rights Concerning Payment of Union Dues or Fees* (DEC 2004) (E.O. 13201)

___ (22)(i) 52.223-9, *Estimate of Percentage of Recovered Material Content for EPA-Designated Products* (AUG 2000)(42 U.S.C. 6962(c)(3)(A)(ii))

___ (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C))

*Paragraphs (23) through (25) are not applicable and have been deleted.*

_x_ (26) 52.225-13, *Restrictions on Certain Foreign Purchases* (FEB 2006)(E.O.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

___ (27) [Reserved]

___ (28) [Reserved]

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

Solicitation No.: SP0200-06-R-4202                    Page 30 of 63

████████████████████████████████████████████████████

___(29) 52.232-29, *Terms for Financing of Purchases of Commercial Items* (FEB 2002)(41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
___(30) 52.232-30, *Installment Payments for Commercial Items* (OCT 1995)(41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
_x_ (31) 52.232-33, *Payment by Electronic Funds Transfer-Central Contractor Registration* (OCT 2003)(31 U.S.C. 3332).

*Paragraph (32) is not applicable and has been deleted.*

___ (33) 52.232-36, *Payment by Third Party* (MAY 1999)(31 U.S.C. 3332).
___ (34) 52.239-1, *Privacy or Security Safeguards* (AUG 1996)(5 U.S.C.552a).

*Paragraph (35) is not applicable and has been deleted.*

*Paragraph (c) is not applicable and has been deleted.*

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000044

3M_MDL000000044

(d) *Comptroller General Examination of Record*. The Contractor agrees to comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, *Audit and Records -- Negotiation*.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vii) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(i) 52.219-8, *Utilization of Small Business Concerns* (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, *Equal Opportunity* (April 2002)(E.O.11246).

(iii) 52.222-35, *Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans* (December 2001)(38 U.S.C. 4212).

(iv) 52.222-36, *Affirmative Action for Workers with Disabilities* (June 1998)(29 U.S.C.793).

(v) 52.222-39, *Notification of Employee Rights Concerning Payment of Union Dues or Fees* (DEC 2004) (E.O. 13201)

(vi) 52.222-41, *Service Contract Act of 1965*, As Amended (JUL 2005), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vii) 52.247-64, *Preference for Privately-Owned U.S.- Flag Commercial Vessels*

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000045

3M_MDL000000045

**[ ██████████████████████████████████████████████ ]**

(FEB 2006)(46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64,

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**ADDENDUM TO 52.212 ████████████████████████████████████████**

[ X ]   252.212-7001   *CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS* (MAY 2006) DFARS ████████████████

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause, which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

   x  52.203-3   *Gratuities* (APR 1984) (10 U.S.C. 2207).

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement clauses, which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

   x  252.205-7000   *Provision of Information to Cooperative Agreement Holders* (DEC 1991) (10 U.S.C. 2416).

   x  252.219-7003   *Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan* (DoD Contracts)(APR 1996) (15 U.S.C. 637).

       252.219-7004   *Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (Test Program)* (JUN 1997) (10 U.S.C. 637 Note).

       252.225-7001   *Buy American Act and Balance of Payments Program* (JUN 2005) (41 U.S.C. 10a-10d, E.O. 10582).

       252.225-7012   *Preference for Certain Domestic Commodities.* (JUN 2004) (10 U.S.C. 2533a).
            [ ████████████████████████████████████████ ]

       252.225-7014   *Preference for Domestic Specialty Metals* (JUN 2005) (10 U.S.C. 2533a).
            [ ████████████████████████████████████████ ]

       252.225-7015   *Restriction on Acquisition of Hand and Measuring Tools* (JUN 2005)(10 U.S.C. 2533a).
            [ ████████████████████████████████████████ ]

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000046

3M_MDL000000046

**ADDENDUM B**

**DFARS 252.212-7001 (continued)**

| | | |
|---|---|---|
| ___ | 252.225-7016 | *Restriction on Acquisition of Ball and Roller Bearings* (MAR 2006) (Section 8065 of Public Law 107-117 and the same restriction in subsequent DoD appropriations acts). |
| x | 252.225-7021 | *Trade Agreements* (FEB 2006) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note). |
| ___ | 252.225-7027 | *Restriction on Contingent Fees for Foreign Military Sales* (APR 2003) (22 U.S.C. 2779). |
| | *Para (b):  Government(s) of* _____ | |
| ___ | 252.225-7028 | *Exclusionary Policies and Practices of Foreign Governments* (APR 2003 ) (22 U.S.C. 2755). |
| ___ | 252.225-7036 | *Buy American Act--Free Trade Agreements--Balance of Payments Program* (JUN 2005) (___ Alternate I) (JAN 2005) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note). |
| ___ | 252.225-7038 | *Restriction on Acquisition of Air Circuit Breakers* (JUN 2005) (10 U.S.C. 2534(a)(3)). |
| x | 252.226-7001 | *Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns* (SEP 2004)(Section 8021 of Pub. L. 107-248 and similar sections in subsequent DoD appropriations acts). |
| ___ | 252.227-7015 | *Technical Data--Commercial Items* (NOV 1995) (10 U.S.C. 2320). |
| ___ | 252.227-7037 | *Validation of Restrictive Markings on Technical Data* (SEP 1999) (10 U.S.C. 2321). |
| x | 252.232-7003 | *Electronic Submission of Payment Requests* (MAY 2006) (10 U.S.C. 2227) |
| ___ | 252.237-7019 | *Training for Contractor Personnel Interacting with Detainees* (SEP 2005)(Section 1092 of Pub. L. 108-375) |
| x | 252.243-7002 | *Requests for Equitable Adjustment* (MAR 1998) (10 U.S.C. 2410). |
| x | 252.247-7023 | *Transportation of Supplies by Sea* (MAY 2002) (___Alternate I) (MAR 2000) (___Alternate II) (MAR 2000) (Alternate III) (MAY 2002) (10 U.S.C. 2631). |
| x | 252.247-7024 | *Notification of Transportation of Supplies by Sea* (MAR 2000) (10 U.S.C. 2631). |

**NOTE:  Contractor agrees to comply with clause 252.247-7024, which is included in this contract by reference, when it represents in its offer that it does not anticipate that supplies will be transported by sea.**

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000047

3M_MDL000000047

**ADDENDUM (continued)**

**DFARS 252.212-7001 (continued)**

(c)  In addition to the clauses listed in paragraph (e) of the *Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items* clause of this contract (Federal Acquisition Regulation 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014   This clause is not applicable and has been deleted.
252.237-7019   *Training for Contractor Personnel Interacting with Detainees* (SEP 2005) (Section 1092 of Pub. L. 108-375)
252.247-7023   *Transportation of Supplies by Sea* (MAY 2002) (10 U.S.C. 2631).
252.247-7024   *Notification of Transportation of Supplies by Sea* (MAR 2000) (10 U.S.C. 2631).

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000048

3M_MDL000000048

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF PAGES |
|---|---|
| | |

6515014662710

## SECTION C – DESCRIPTION/SPECIFICATION

ITEM IDENTIFICATION

PLUG, EAR, COMBAT ARMS, DOUBLE-ENDED, 50 PAIR:
SWEPT-BACK TRIPLE-FLANGE STYLE. OLIVE DRAB END
PROTECTS USER FROM CONTINUOUS NOISE; YELLOW END
PROTECTS USER FROM MILITARY WEAPONS NOISE.

SHALL BE IN ACCORANCE WITH MEDICAL PROCUREMENT
ITEM DESCRIPTION NO. 2 DATED 16 JULY 2006.

PRESERVATION, PACKAGING, PACKING, LABELING AND
MARKING FOR 6515-01-466-2710 SHALL BE AS
SPECIFIED IN MEDICAL PROCUREMENT ITEM
DESCRIPTION NO. 2.

6515-01-466-2710  27 JULY 2006

## SECTION D – PACKAGING AND MARKING

PREPARATION FOR DELIVERY

```
=================================================
| CERTIFICATION REQUIREMENT FOR NON-            |
| MANUFACTURED WOOD PACKING MATERIAL (NMWPM)    |
| --   --   --   --   --   --   --   --   --    |
|   APPLICABLE TO ALL COMMERCIAL/GOVERNMENT     |
|   EXPORT SHIPMENTS OF SUPPLIES PACKED         |
|   IN/ON NMWPM AND DESTINED FOR DELIVERY TO    |
|   EUROPE ON/AFTER OCTOBER 1, 2001, EITHER     |
|   DIRECTLY TO THE CUSTOMER OR THROUGH A       |
|   DEFENSE DEPOT OR OTHER CONSOLIDATION        |
|   POINT.                                      |
| --   --   --   --   --   --   --   --   --    |
```

3M Confidential - Attorneys' Eyes
Only

3M00000049

Confidential - Subject To Protective Order                    3M_MDL000000049

| REFERENCE NO. OT DOCUMENT BEING CONTINUED | PAGE OF PAGES |
|---|---|
| | |

6515014662710

ALL WOODEN PALLETS AND WOODEN CONTAINERS
PRODUCED ENTIRELY OR IN PART OF
NON-MANUFACTURED SOFTWOOD SPECIES SHALL
BE CONSTRUCTED FROM HEAT-TREATED (HT TO
56 DEGREES CENTIGRADE FOR 30 MINUTES)
CONIFEROUS MATERIAL AND CERTIFIED
ACCORDINGLY BY AN ACCREDITED AGENCY
RECOGNIZED BY THE AMERICAN LUMBER STANDARD
COMMITTEE, INCORPORATED (ALSC), IN
ACCORDANCE WITH THE LATEST REVISION OF THE
ALSC NON-MANUFACTURED WOOD PACKING POLICY
AND NON-MANUFACTURED WOOD PACKING
ENFORCEMENT REGULATIONS (SEE URL:
HTTP://WWW.ALSC.ORG/).

ALL WOODEN PALLETS AND WOODEN CONTAINERS
PRODUCED ENTIRELY OF NON-MANUFACTURED
HARDWOOD SPECIES SHALL BE IDENTIFIED BY A
PERMANENT MARKING OF "NC-US", 1.25 INCHES
OR GREATER IN HEIGHT, ACCOMPANIED BY THE
CAGE CODE OF THE PALLET/CONTAINER
MANUFACTURER AND THE MONTH AND YEAR OF THE
CONTRACT.  ON PALLETS, THE MARKING SHALL BE
APPLIED TO THE STRINGER OR BLOCK ON
DIAGONALLY OPPOSITE SIDES AND ENDS OF THE
PALLET AND SHALL BE CONTRASTING AND CLEARLY
VISIBLE.  ON CONTAINERS, THE MARKING SHALL
BE APPLIED ON A SIDE OTHER THAN THE TOP OR
BOTTOM, AND SHALL BE CONTRASTING AND CLEARLY
VISIBLE.

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000050

3M_MDL000000050

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE  OF  PAGES |
|---|---|

6515014662710

```
|  --   --   --   --   --   --   --   --   --  |
| FAILURE TO COMPLY WITH ALL THE REQUIREMENTS  |
| OF THIS RESTRICTION MAY RESULT IN REFUSAL,   |
| DESTRUCTION, OR TREATMENT OF MATERIALS AT    |
| THE POINT OF ENTRY.                          |
|  --   --   --   --   --   --   --   --   --  |
|                                              |
| DEFENSE CONSOLIDATION POINTS INCLUDE THE     |
| FOLLOWING:                                   |
|    A.  DEFENSE DISTRIBUTION DEPOTS,          |
| SUSQUEHANNA, PA, AND SAN JOAQUIN, CA         |
|    B.  CONTAINER FREIGHT STATION, NORFOLK, VA |
|    C.  ARMY PREPOSITIONED SHIP (APS 3)       |
| UPLOAD SITE, CHARLESTON, SC (DODAAC W81X89   |
| AND W81YUK)                                  |
|    D.  MARINE CORPS BLOUNT ISLAND COMMAND,   |
| JACKSONVILLE, FL 32226-3404                  |
|    E.  AERIAL PORTS OF EMBARKATION,          |
| DOVER, DE; TRAVIS AIR FORCE BASE, CA;        |
| NAVAL AIR STATION, NORFOLK, VA; AND          |
| CHARLESTON AIR FORCE BASE, SC.               |
==================================================
```

PACKAGING AND PACKING SHALL BE
.   PACKAGING - MILITARY
.   PACKING - LEVEL B
IN ACCORDANCE WITH APPLICABLE SPECIFICATION
CITED IN SECTION 'C'.

UNITIZED LOADS COMMENSURATE WITH THE LEVEL OF
PACKING SPECIFIED IN THE CONTRACT OR ORDER SHALL
BE USED WHENEVER TOTAL QUANTITY FOR SHIPMENT TO

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000051

3M_MDL000000051

Case 3:19-md-02885-MCR-HTC   Document 1071-56   Filed 04/01/20   Page 41 of 66

P0998.40

6515014662710

ONE DESTINATION EXCEEDS 250 LBS (EXCLUDING THE
PALLET) OR 20 CU FT.  LOADS SHALL BE  UNITIZED
ON TYPE IV OR TYPE V 4-WAY ENTRY  PALLETS.
PALLET SHALL HAVE A LENGTH OF 40 INCHES AND A
WIDTH OF 48 INCHES.  PALLET LOADS, INCLUDING THE
PALLET, SHALL NOT EXCEED 54 INCHES IN HEIGHT, 43
INCHES IN LENGTH AND 52 INCHES IN WIDTH.
QUANTITY FOR SHIPMENT TO ONE DESTINATION OF LESS
THAN 250 LBS OR 20 CUBIC FEET NEED NOT BE
PALLETIZED.

APPLICABLE TO EQUIPMENT ITEMS HAVING A HEIGHT OF
48 INCHES OR GREATER:

IF A PROPERLY PALLETIZED LOAD (EQUIPMENT ITEM
AND PALLET) EXCEEDS 54 INCHES IN HEIGHT, HEIGHT
LIMITATION NEED NOT BE ADHERED TO.

NOTE:  THE PALLETIZATION STANDARD, MIL-STD-147D,
HAS BEEN REDESIGNATED AS A PALLETIZATION
HANDBOOK, MIL-HDBK-774 DATED 25 MARCH 1996.
THEREFORE, THIS DOCUMENT MAY NO LONGER BE CITED
AS A REQUIREMENT; IT IS NOW USED FOR GUIDANCE
PURPOSES ONLY.  THE ONLY PHYSICAL CHANGE TO THE
DOCUMENT IS THE COVER SHEET DESIGNATING IT
AS A HANDBOOK.  THEREFORE, IF YOU HAVE A COPY
OF MIL-STD-147D ON HAND, YOU MAY USE IT FOR
GUIDANCE WHEN PALLETIZING YOUR SHIPMENTS.
COPIES OF MIL-HDBK-774 MAY BE OBTAINED FROM THE
DEFENSE PRINTING SERVICE DETACHMENT OFFICE,BLDG
4D (NPM-DODSP), 700 ROBBINS AVENUE,
PHILADELPHIA, PA  19111-5094.

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000052

3M_MDL000000052

Solicitation No.: SP0200-06-R-4202          Page 39 of 63

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF PAGES |
|---|---|
| | |

6650009736945

MARKING SHALL BE AS SPECIFIED IN MEDICAL
MARKING STANDARD NO. 1 DATED 19 JULY 1999,
EXCEPT, IN PARA. V.C.2., DELETE LAST SENTENCE
(WHEN LABELS ARE USED . . . SHIPMENT AND
STORAGE.) ENTIRELY AND SUBSTITUTE:
"APPLICABLE TO EXTERIOR (SHIPPING) CONTAINER
AND UNITIZED LOAD:  WHEN LABELS ARE USED, THEY
SHALL BE WEATHER-RESISTANT, REMAIN SECURELY
AFFIXED AND HAVE A FINISH CAPABLE OF
WITHSTANDING NORMAL HANDLING DURING SHIPMENT
AND STORAGE.".

MARKINGS SHALL INCLUDE BAR CODES, AS FOLLOWS:

UNIT - BAR CODES ARE NOT REQUIRED UNLESS THE
UNIT IS ALSO THE EXTERIOR (SHIPPING) CONTAINER.

INTERMEDIATE PACKAGE - BAR CODES ARE NOT
REQUIRED.

EXTERIOR (SHIPPING) CONTAINER - BAR CODES (NSN
AND PIIN) SHALL BE SUPPLIED ON THE
IDENTIFICATION-MARKED SIDE OF THE CONTAINER.

UNITIZED LOAD - BAR CODES (NSN AND PIIN) SHALL
BE SUPPLIED ON THE IDENTIFICATION MARKED SIDES
OF THE LOAD.

NOTES:

.  SEE MEDICAL MARKING STANDARD NO. 1 FOR
PLACEMENT OF ALL REQUIRED MARKINGS.

.  BAR CODES SHALL INCLUDE THE HUMAN READABLE
INTERPRETATION (HRI).

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000053

3M_MDL000000053

Solicitation No.: SP0200-06-R-4202                          Page 40 of 63

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF PAGES |
|---|---|
| | |

6515014662710

.  PIIN REFERS TO THE CONTRACT OR ORDER NUMBER,
TOGETHER WITH DELIVERY ORDER NUMBER, WHEN
APPLICABLE.

.

MIL-STD-1189B (STANDARD DEPARTMENT OF DEFENSE
BAR CODE SYMBOLOGY) HAS BEEN CANCELLED AND
REPLACED BY COMMERCIAL BAR CODE STANDARD
ISO/IEC 16388 (INFORMATION TECHNOLOGY -
AUTOMATIC IDENTIFICATION AND DATA CAPTURE
TECHNIQUES - CODE SYMBOLOGY SPECIFICATION - CODE
39).  COPIES OF ISO/IEC 16388 ARE AVAILABLE FROM
ANSI, 25 WEST 43RD STREET, NEW YORK, NY  10036,
WWW.ANSI.ORG.

.

COPIES OF MEDICAL MARKING STANDARD NO. 1 MAY BE
OBTAINED BY CONTACTING DEFENSE SUPPLY CENTER
PHILADELPHIA, ATTN:  DSCP-MSBA (L. CONNORS),
BLDG 6A SOUTH, 700 ROBBINS AVENUE,
PHILADELPHIA, PA  19111-5092.
PHONE:  (215) 737-4189  /  FAX:  (215) 737-8150
EMAIL:  LCONNORS@DSCP.DLA.MIL

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000054

3M_MDL000000054

P0998.43

PGC 46852

| MEDICAL PROCUREMENT ITEM DESCRIPTION | NUMBER 2 | DATE 16 July 2006 |
|---|---|---|

| NATIONAL STOCK NO. | ITEM IDENTIFICATION |
|---|---|
| 6515-01-466-2710 | PLUG, EAR, Combat Arms, Double-Ended, 50 pair |

1.  SCOPE.

1.1 This Medical Procurement Item Description covers military-unique, double-ended ear plugs suitable for use as hearing protectors for military personnel in chronically noisy environments.

1.2 Shall be Aearo Corporation's P/N 370-1000, or equal. "Equal" items shall possess the salient characteristics as specified herein.

2.  SALIENT CHARACTERISTICS.

2.1 General. Shall be double-ended, swept-back triple-flange style ear plugs.

2.1.1 Ear plugs shall be designed to provide protection from the impulse noises created by military firearms, while allowing the wearer to clearly hear normal speech and other quieter sounds, such as voice commands, on the battlefield.

2.1.2 The end designed for protection from chronic noises shall be camouflage green or another suitable dark color; the end designed for protection from impulse noises shall be yellow or another suitable bright color. The ear plugs shall meet all requirements as set forth herein.

2.2 Sound attenuation. At each frequency listed below, each end of the ear plug shall provide the level of sound attenuation as specified. Sound attenuation shall be measured in decibels (dB).

| SOUND ATTENUATION OF THE CAMOUFLAGE GREEN END OF THE EAR PLUG | | SOUND ATTENUATION OF THE YELLOW END OF THE EAR PLUG | |
|---|---|---|---|
| Sound Frequency, Hz | Minimum Mean Attenuation, dB | Sound Frequency, Hz | Minimum and Maximum Mean Attenuation, dB |
| 125 | 25 dB | 125 | 0 dB to 10 dB |
| 250 | 25 dB | 250 | 0 dB to 10 dB |
| 500 | 25 dB | 500 | 0 dB to 10 dB |
| 1000 | 25 dB | 1000 | 5 dB to 15 dB |
| 2000 | 30 dB | 2000 | 10 dB to 20 dB |
| 4000 | 35 dB | 4000 | 10 dB to 20 dB |
| 8000 | 40 dB | 8000 | 10 dB to 25 dB |

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000055

3M_MDL000000055

MPID #2 (6515-01-466-2710)

2.2.1  The yellow end of the earplug shall incorporate a passive non-linear technology that has been empirically shown to provide a level-dependant increase in sound attenuation above a sound pressure level of 115 dBF(peak). It shall also provide this protection at sound-pressure levels up to 190 dBF(peak), even after the user has been exposed to 100 free-field noise impulses of 190 dBF(peak), minimum.

2.2.2  The sound attenuation of both ends of the ear plugs shall be tested in accordance with ANSI S3.19. A laboratory accredited in accordance with the requirements of the U.S. Department of Commerce's National Voluntary Laboratory Accreditation Program (NVLAP) shall perform the sound attenuation testing.

2.3  Material.  The ear plugs shall be made of thermoplastic elastomeric polymer. This material shall be non-allergenic and non-toxic.

2.4  Workmanship.  The ear plugs shall be free from all defects that detract from their appearance or impair their serviceability.

2.5  Instructions.  Illustrated instructions explaining the proper use and handling of the ear plugs shall be supplied with each unit. Instructions shall be legible and easy to read. Instructions shall be printed in permanent black or navy blue ink on a suitable sheet of paper which shall be placed inside the unit package prior to sealing. As an alternate, instructions may be printed on a suitable, clearly visible location on the unit container in permanent black or navy blue ink.

3.  REGULATORY REQUIREMENTS.

3.1  Federal Food, Drug and Cosmetic Act.  If the product covered by this document has been determined by the U. S. Food and Drug Administration to be under its jurisdiction, the offeror/contractor shall comply, and be responsible for compliance by its subcontractors/suppliers, with the requirements of the Federal Food, Drug and Cosmetic Act, as amended, and regulations promulgated thereunder.  In addition, the offeror/contractor shall comply, and be responsible for compliance by its subcontractors/ suppliers, with the requirements of all other applicable Federal, State and local statutes, ordinances, and regulations.

3.2  Recovered materials.  The offeror/contractor is encouraged to use recovered material in accordance with Federal Acquisition Regulation Subpart 23.4 to the maximum extent practical.

4.  QUALITY ASSURANCE PROVISIONS.

4.1  Responsibility for inspection.  Unless otherwise specified in the contract or purchase order, the contractor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or purchase order, the contractor may use his own or any facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government.  The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000056

3M_MDL000000056

MPID #2 (6515-01-466-2710)

and services conform to prescribed requirements.

4.2  Inspection.  Inspection, as used herein, shall be defined as the examination and testing of an item.  Examination shall be defined as unaided visual, auditory, tactile, or olfactory investigation.  Testing shall be defined as the use of laboratory equipment and procedures to determine various properties of an item.  Inspections shall be conducted to determine compliance with specification requirements.  Where feasible, the same sample shall be used for the determination of two or more inspection characteristics.  For inspection purposes, the unit of product shall be one pair of ear plugs.

4.3  Sampling for inspection.

4.3.1  For each specified salient characteristic, except "Sound Attenuation", sampling for inspection shall be conducted in accordance with ANSI/ASQ Z1.4. A sampling shall be performed for each salient characteristic.  Inspection level S-2 shall be used; acceptable quality level (AQL) shall be 1.0 percent.

4.3.2  Sound attenuation.  Sampling for inspection of sound attenuation of the level-dependent yellow end shall be 100 percent, and shall be verified using an acoustical impedance test.  Sampling for inspection of the sound attenuation of the camouflage green end shall be conducted in accordance with ANSI/ASQ Z1.4.  Inspection level S-2 shall be used;  the AQL shall be 1.0 percent.

4.4  Records.  Records of inspections performed by or for the contractor shall be maintained by the contractor and made available to the Government upon the Government's request, at any time, or from time to time, during the performance of the contract and for a period of three years after delivery of the supplies to which such records relate.

4.5  Contractor certification.  The contractor shall certify that the product offered meets the salient characteristics of this document and conforms to the producer's own drawings, specifications, standards, and quality assurance practices.  The Government reserves the right to require proof of such conformance prior to first delivery and thereafter as may be otherwise provided for under the provisions of the contract.

5.  PACKAGING.

5.1  Preservation.  Preservation shall be military.

5.1  Unit.  Package (PG).  One package containing 50 pairs of ear plugs, as specified, constitutes one unit.  Unit package shall be any suitable sealed commercial container capable of protecting the contents from damage, and shall be designed to permit easy dispensing of the ear plugs.  Illustrated instructions for use, as specified in para. 2.5, shall be supplied with each unit.

5.1.2  Intermediate package.  Intermediate package may be supplied at the option of the contractor.

Page 3 of 4 Pages

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000057

3M_MDL000000057

MPID #2 (6515-01-466-2710)

5.2 <u>Packing</u>.  Packing shall be level B.

5.2.1 <u>Exterior (shipping) container</u>.  Twenty-four units shall be packed in
an exterior (shipping) container designed for a type 2 load and conforming to
ASTM D 5118, class domestic.  Closure shall be as specified in ASTM D 1974,
closure method 1E.

5.2.3 <u>Unitization</u>.  Material shall be unitized as specified in the contract
or order.

5.3 <u>Marking</u>.

5.3.1 <u>Unit</u>.  Each unit shall be marked as specified in Medical Marking
Standard No. 1 for military material.  In addition, markings shall include
the item identification, and the manufacturer's name, address and telephone
number.

5.3.3 <u>Intermediate package (if supplied), exterior (shipping) container and
unitized load</u>.  Each intermediate package (if supplied), exterior (shipping)
container and unitized load shall be marked as specified in Medical Marking
Standard No. 1.

6.  <u>NOTES</u>.

6.1 <u>Sources of documents</u>.

6.1.1  The Federal Food, Drug and Cosmetic Act is available from the Food and
Drug Administration, Washington, DC 20204.

6.1.2  ASTM Standards are available from ASTM International, 100 Barr Harbor
Drive, West Conshohocken, PA 19428-2959.

6.1.3  ANSI Standards are available from the American National Standards
Institute, 11 West 42nd Street, New York, NY  10036-8002.).

6.1.4  Medical Marking Standard No. 1 is available from Defense Supply Center
Philadelphia, ATTN:  DSCP-MSBA (L. Connors), Bldg 6A South, 700 Robbins
Avenue, Philadelphia, PA 19111-5092, email <u>Loretta.Connors@dla.mil</u>.

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000058

3M_MDL000000058

Solicitation No.:  SP0200-06-R-4202                    Page 45 of 63



*This provision is now incorporated by reference.  The full text can be accessed
electronically at www.dla.mil/j-3/j-336/icps.htm.  Once you arrive at this website, click
on the Hill AFB FAR link, then click on 52.000 (located on the left-hand side of the
page).  Scroll down until you reach 52.212-1.*

ADDENDUM TO 52.212-1

1. Underline{Addenda to 52.212-1 (b)}  *Submission of offers.*

<u>Mailed offers should be sent to:</u>
Defense Logistics Agency
Defense Supply Center Philadelphia
P. O. Box 56667
Philadelphia, PA  19111-6667

<u>Hand carried offers,</u> *including delivery by commercial carrier,* <u>should be delivered to:</u>
Defense Supply Center Philadelphia
Business Opportunities Office
Bldg. 36, Second Floor
700 Robbins Avenue
Philadelphia, PA  19111-5092

<u>NOTE:</u>  All hand-carried offers are to be delivered between 8:00 a.m. and 5:00 p.m.,
Monday through Friday, except for legal federal holidays as set forth in 5 USC 6103.
Offerors using a commercial carrier service must ensure that the carrier service "hand-
carries" the package to the depository specified above (i.e., the Business Opportunities
Office address) prior to the scheduled opening/closing time.  **Package must be plainly
marked <u>ON THE OUTSIDE OF THE COMMERCIAL CARRIER'S ENVELOPE</u>
with the solicitation number, date, and time set forth for receipt of offers as
indicated in <u>Block 8 of the Standard Form 1449.</u>**

<u>Facsimile offers (if authorized) or facsimile offer modifications/withdrawals should
be transmitted to:</u>     (215) 737-9300, 9301, 9302 or 9303

     Faxed offers ☐ ARE     ☒ ARE NOT authorized for this solicitation.

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000059

3M_MDL000000059

**ADDENDA TO 52.212-1 (Continued)**

Facsimile offers that fail to furnish required representations, or information, or that reject any of the terms, conditions and provisions of the solicitations, may be excluded from consideration. Facsimile offers must contain the required signatures. The Government reserves the right to make award solely on the facsimile offer. However, if requested to do so by the Contracting Officer, the apparently successful offeror agrees to promptly submit the complete original signed proposal. The Government will not be responsible for any failure attributable to the transmission or receipt of the facsimile offer.

**Special Instructions for the Submission of Source Selection Information:**

☐   The Government will consider other factors in addition to price when evaluating proposals to determine the best overall expected value. To facilitate evaluation of your proposal in accordance with the factors listed in FAR 52.212-2, please prepare your proposal in accordance with the special instructions attached in paragraph 7 of this addendum and submit such information as an attachment to your offer.

**2.  Addenda to 52.212-1(c)  *Period for acceptance of offers.***

☒ Period of acceptance is  _120_  days.

**3.  Addenda to 52.212-1(e)  *Multiple offers.***

☒ Alternate offers of commercial items will not be considered for award. Although such offers will not be considered for award, alternate offers of commercial items may, however, be submitted by offerors for consideration by the Government for market research purposes on future acquisitions.

**4.  Addenda to 52.212-1(g),  *Contract Award***

Evaluation - lowest price/technically acceptable solicitation. The Government intends to evaluate and award a contract to the low responsible offeror whose offer conforms to the specification requirements. Price will be the determining factor in evaluating offers for award. The Government, however, reserves the right to conduct discussions if determined by the Contracting Officer to be necessary.

**4.  Addenda to 52.212-1 (h)  *Multiple awards.***

☒ The Government intends to make one award.

☐ Offers may be submitted for quantities less than those specified.

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000060

3M_MDL000000060

Case 3:19-md-02885-MCR-HTC   Document 1071-56   Filed 04/01/20   Page 50 of 66 P0998.49

**ADDENDUM (52.252-1)(Continued)**

## 5. Solicitation Provisions Incorporated by Reference :

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. The full text of any FAR, DFARS, DLAD and DSCP solicitation provision may be accessed electronically at www.dla.mil/j-3/j-336/icps.htm or obtained from the Contracting Officer.

### The following provisions are incorporated by reference:

| PROVISION # | TITLE | DATE | SOURCE |
|---|---|---|---|
| [ ] 52.216-27 | SINGLE OR MULTIPLE AWARDS | (OCT 1995) | FAR |
| [ ] 52.217-5 | EVALUATION OF OPTIONS | (JUL 1990) | FAR |
| [x] 52.222-24 | PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE EVALUATION | (FEB 1999) | FAR |
| [x] 52.233-2 | SERVICE OF PROTEST | (AUG 1996) | FAR |
| [x] 252.209-7001 | DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY | (SEP 2004) | DFARS |
| [x] 52.233-9000 | AGENCY PROTESTS | (SEP 1999) | DLAD |

## 6. The following provision is incorporated in full text:

[x] 52.207-4 ECONOMIC PURCHASE QUANTITY - SUPPLIES (AUG 1987) FAR

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is (are) economically advantageous to the Government.

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000061

3M_MDL000000061

███████████████████████████████████████████████████████████████████

**52.207-4 (continued)**

(b) Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which a significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

OFFEROR RECOMMENDATIONS
ITEM        QUANTITY    PRICE_QUOTATION  TOTAL

---

---

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantageous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

---

**[x] 52.211-6  Brand Name or Equal (Aug 1999)  FAR**

(a) If an item in this solicitation is identified as "brand name or equal," the purchase description reflects the characteristics and level of quality that will satisfy the Government's needs. The salient physical, functional, or performance characteristics that "equal" products must meet are specified in the solicitation.

(b) To be considered for award, offers of "equal" products, including "equal" products of the brand name manufacturer, must—

Meet the salient physical, functional, or performance characteristic specified in this solicitation;

Clearly identify the item by—

(i) Brand name, if any; and

(ii) Make or model number;

Include descriptive literature such as illustrations, drawings, or a clear reference to previously furnished descriptive data or information available to the Contracting Officer; and

Clearly describe any modification the offeror plans to make in a product to make it conform to the solicitation requirements. Mark any descriptive material to clearly show the modification.

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000062

3M_MDL000000062

Solicitation No.: SP0200-06-R-4202                                    Page 49 of 63

**ADDENDUM TO 52.211 (continued)**

**52.211-6(continued)**

(c) The Contracting Officer will evaluate "equal" products on the basis of information furnished by the offeror or identified in the offer and reasonably available to the Contracting Officer. The Contracting Officer is not responsible for locating or obtaining any information not identified in the offer.

(d) Unless the offeror clearly indicates in its offer that the product being offered is an "equal" product, the offeror shall provide the brand name product referenced in the solicitation.

**[x] 52.215-20  REQUIREMENTS FOR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997), ALTERNATE IV (OCT 1997) FAR**

(a)  Submission of cost or pricing data is not required.

(b)  Provide information described below:

(1) For commercial item(s), the offeror shall submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information shall include—

(i)  Sales information, optional for each individual item, as follows:

| | | |
|---|---|---|
| Total Sales to the General Public (Other than to the U.S. Government or its instrumentalities) at Catalog Price | 1,420  
5/24/06- 8/23/06 | (Quantity)  
(Most recent sales period available — 3 mos. min.) |
| | **PLUS** | |
| Total Sales to the General Public at Other than Catalog Price. | 0  
0 | (Quantity)  
(Most recent sales period available — 3 mos. Min.) |
| | **EQUALS** | |
| Total Sales to the General Public | 1,420  
5/24/06- 8/23/06 | (Quantity)  
(Most recent sales period available — 3 mos. Min.) |
| The lowest price sale to the General Public. (Identify date, price, and quantity). | 7/6/06  
$3.00  
330 | (Date)  
(Unit Price)  
(Quantity) |
| The lowest price sale to the General Public under terms and conditions that are the most comparable to those solicited by the Government. | 7/6/06  
$3.00  
330 | (Date)  
(Unit Price)  
(Quantity) |

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000063

3M_MDL000000063

### 52.215-20 (continued)
(Identify date, price, and quantity).

(ii) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages which include the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished); e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities. **If offer prices are, or are based on, discounted catalog prices,** furnish, in lieu of or in addition to the price information required by the previous sentence, the following information **for each different discount offered:**

(A) Identify the largest discount offered currently or within the preceding 12 months to any customer for that item or items.

(B) If the offered discount is lower than the largest discount offered to any customer —

(I) justify why you are unable and/or unwilling to offer that largest discount; and

(II) identify the largest discount offered currently or within the preceding 12 months to any customer for that item or items under terms and conditions that are the most comparable to those sought by the Government.

(C) If the offered discount is lower than the largest discount offered to any customer under the most comparable terms and conditions, justify why you are unable and/or unwilling to offer that largest discount.

(iii) For market-priced items, the source and date or period of the market quotation or other basis for the market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(2) For items on a FSS and/or Veterans Affairs (VA) contract, regardless of whether they are or are not commercial items, furnish a copy of, or the appropriate pages from, the FSS and/or VA contract. Unless offerors can justify that the proposed contract terms and conditions under this acquisition are less favorable than those under their FSS and/or VA contracts, award prices under this acquisition may not exceed the FSS and/or VA contract prices. For items included on an active Federal Supply Service (FSS) Multiple Award Schedule contract, proof that an exception from the submission of certified cost and pricing data has been granted for the schedule item is required if the offeror has not furnished the information required by (1) above that is adequate for the Contracting Officer to determine that the offered item(s) are commercial items.

(c) Delay in furnishing the appropriate information other than cost or pricing data that is required by paragraph (b) above and that is adequate for evaluating the reasonableness of

3M Confidential - Attorneys' Eyes Only

3M00000064

Confidential - Subject To Protective Order

3M_MDL000000064

**ADDENDUM TO 52.212-4 (Continued)**

**52.215-20 (continued)**

the offered prices, may delay any potential award to that offeror. As a consequence, if the Government has indicated elsewhere in this solicitation that multiple awards are intended, delivery orders that might otherwise have been placed with that offeror may be placed with awardees that furnished the required information on a timely basis. Failure to furnish the appropriate information other than cost or pricing data that is required by paragraph (b) above and that is adequate for evaluating the reasonableness of the offered prices may result in a determination that there is insufficient information to determine the offer prices to be fair and reasonable. The Contracting Officer may determine that cost or pricing data (and an audit) is required. If ultimately there is insufficient information to determine the offer prices to be fair and reasonable, the Contracting Officer has no choice but to determine the offer prices to be unreasonable. Unreasonable offer prices may be rejected for award.

**[x] 52.216-1 TYPE OF CONTRACT (APR 1984) FAR**

The Government contemplates award of a _Firm Fixed :Price, Indefinite-Delivery, Indefinite-Quantity (IOC) Contract_ resulting from this solicitation.

**[x] 52.252-1  SOLICITATION PROVISIONS INCORPORATED (FEB 1998 FAR BY REFERENCE**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

http://www.dla.mil/j-3/j-336/icps.htm

**[x] 52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998) FAR**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full  text of a clause may be accessed electronically at this/these address(es):

http://www.dla.mil/j-3/j-336/icps.htm

3M Confidential – Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000065

3M_MDL000000065

████████████████████████████████████████████████████████████

**[x] 52.209-9P07   PRE-AWARD PLANT SURVEY (JAN 1992) DSCP**

To determine the responsibility of prospective contractors, the Government reserves the right to conduct physical surveys of the plants which are to be used in the performance of a contract. In the event the Government is prevented from making such survey by the offeror or its proposed subcontractor, the offer may be rejected. As a part of the pre-award survey, the offeror may be required to obtain from its intended sources of supply, letters confirming availability of components, materials, machinery and tooling.

**[x] 52.209-9P08  PRE-AWARD SAMPLE(S) (MAY 2004)  DPSC**

(a)  The submission of samples of supplies proposed to be furnished by the successful offeror may be required prior to making any award under this solicitation.  The following item(s), in the quantity(ies) specified, is (are) subject to this pre-award sample provision:

ITEM NUMBER                                    NUMBER OF UNITS REQUIRED

**10 Pairs**

(b)  Any offeror who has not previously furnished to the Government the items called for under this solicitation, or substantially similar items, will be requested to submit samples to the Government prior to award.  Samples must be submitted within the time specified by the Government and must be produced by the offeror or its designated subcontractor at the place of performance identified by the offeror in this solicitation.  Together with the pre-award samples, the offeror shall submit its protocol consisting of an analysis of materials and test data which establishes that the offered item conforms to all design and performance characteristics specified in this solicitation.  Additional pre-award samples and contractor-supplied protocol will not be accepted or requested if the original samples and protocol are not approved.

(c)  Samples will be shipped to Defense Supply Center Philadelphia, Directorate of Medical Materiel Laboratory, ATTN:  Code MQA, 700 Robbins Avenue, Philadelphia, Pa. 19111-5092, unless otherwise directed by the contracting officer.  In the submission of samples:

(1)  Samples and protocol, consisting of test data and analysis of materials, shall be submitted at no cost to the Government within 15 calendar days after receipt by the offeror of the Government's request for such samples.  NOTE: Offerors are cautioned that the submission time is vital to the Government in making a timely award.  Offerors must be prepared to submit samples and protocol timely, as late receipt may render the offer ineligible for award.

(2)  The contracting officer shall advise the offeror of the results of the evaluation by written notice within ___30___ calendar days after receipt of the sample.

(d)  The samples referred to in the preceding paragraphs are not bid samples; rather, these samples are for the purpose of establishing the offeror's capability, if awarded a contract, to produce items conforming to the specifications.  Failure to furnish the requested number of samples within the time specified above, failure to furnish samples conforming to the specifications, or failure to furnish the protocol, consisting of test data and analysis of materials required by the preceding paragraph, may result in rejection of the offer.  Offerors are cautioned that upon receipt of any award hereunder, they are obliged to deliver supplies which comply with

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000066

3M_MDL000000066

P0998.55

Solicitation No.: SP0200-06-R-4202                                    Page 53 of 63

**52.209-9P08 (continued)**
the specifications regardless of whether any sample submitted hereunder deviates in any way
from the specification requirements.

### [x] 52.217-9P14 EVALUATION OF OPTIONS (JAN 1992) DPSC

(a) If award by line item is permitted by the solicitation, the Government will evaluate offers
for award purposes by adding the proposed price per line item for the basic quantity with the
proposed price for the corresponding option quantity line item. If a single award for all items is
specified in the solicitation, the Government will evaluate offers for award purposes by adding
the total price for all options to the total price for the basic requirement. If award by lot is
specified in the solicitation the Government will evaluate offers for award purposes by adding the
total price for each lot with the proposed total price for the corresponding option quantity lot.
Evaluation of options will not obligate the Government to exercise the option(s).

(b) Should offerors propose option prices which vary (for example, with quantities actually
ordered and the dates when ordered), these offers will be evaluated using the highest option price
offered for each item.

(c) The Government reserves the right to make awards for quantities less than those solicited.
However, in no event will an award be made for a portion of the basic quantity without a
corresponding portion of the option quantity.

3M Confidential – Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000067

3M_MDL000000067



The offeror shall only complete paragraph (j) of this provision if he has completed the annual representations and certificates electronically at http://orca.bpn.gov . If the offeror has **not** completed the annual representations and certifications electronically at the ORCA website, he shall complete paragraphs (b) through (i) of this provision.



(a) *Definitions.* As used in this provision:

"*Emerging small business*" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

"*Forced or indentured child labor*" means all work or service –

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

"*Service-disabled veteran-owned small business concern*"–

(1) Means a small business concern–

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000068

3M_MDL000000068

**[Clause (Continued)]**

*"Small business concern"* means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

*"Veteran-owned small business concern"* means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

*"Women-owned business concern"* means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

*"Women-owned small business concern"* means a small business concern --

(1) That is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) *Taxpayer identification number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701).* **(Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)**

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) *Taxpayer Identification Number (TIN).*

      ☒ TIN: 13-384-0356     .

[ ] TIN has been applied for.

[ ] TIN is not required because:
[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000069

3M_MDL000000069

**(c)(1) (continued)**

the United States and does not have an office or place of business or a fiscal paying agent in the United States;

      [ ] Offeror is an agency or instrumentality of a foreign government;

      [ ] Offeror is an agency or instrumentality of the Federal Government;

  (4) *Type of organization.*

      [ ] Sole proprietorship;

      [ ] Partnership;

      [X] Corporate entity (not tax-exempt);

      [ ] Corporate entity (tax-exempt);

      [ ] Government entity (Federal, State, or local);

      [ ] Foreign government;

      [ ] International organization per 26 CFR 1.6049-4;

      [ ] Other _____.

  (5) *Common parent.*

      [X] Offeror is not owned or controlled by a common parent:

      [ ] Name and TIN of common parent:

        Name _____

        TIN _____

(c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

    (1) *Small business concern.* The offeror represents as part of its offer that it [ ] is, [X] is not a small business concern.

    (2) *Veteran-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]* The offeror represents as part of its offer that it [ ] is, [X] is not a veteran-owned small business concern.

    (3) *Service-disabled veteran-owned small business concern. [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.]* The offeror represents as part of its offer that it [ ] is, [X] is not a service-disabled veteran-owned small business concern.

    (4) *Small disadvantaged business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]* The offeror represents, for general statistical purposes, that it [ ] is, [X] is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

    (5) *Women-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]* The offeror represents that it [ ] is, [X] is not a women-owned small business concern. **NOTE: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.**

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000070

3M_MDL000000070

(6) *Women-owned business concern (other than small business concern).*
*[Complete only if the offeror is a women-owned business concern and did not represent*
*itself as a small business concern in paragraph (c)(1) of this provision.]* The offeror
represents that it [ ] is, a women-owned business concern.

(7) *Tie bid priority for labor surplus area concerns.* If this is an invitation for bid,
small business offerors may identify the labor surplus areas in which costs to be incurred
on account of manufacturing or production (by offeror or first-tier subcontractors)
amount to more than 50 percent of the contract price:

_____

(8) Small Business Size for the Small Business Competitiveness Demonstration
Program and for the Targeted Industry Categories under the Small Business
Competitiveness Demonstration Program. *[Complete only if the offeror has represented*
*itself to be a small business concern under the size standards for this solicitation.]*

(i) *(Complete only for solicitations indicated in an addendum as being set-*
*aside for emerging small businesses in one of the designated industry groups (DIGs).)*
The offeror represents as part of its offer that it [ ] is, ☒ is not an emerging small
business.

(ii) *(Complete only for solicitations indicated in an addendum as being for*
*one of the targeted industry categories (TICs) or designated industry groups (DIGs).)*
Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the
Employees column if size standard stated in the solicitation is expressed in terms of
number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check
the Average Annual Gross Number of Revenues column if size standard stated in the
solicitation is expressed in terms of annual receipts).

(Check one of the following):

| Number of Employees | Average Annual Gross Revenues |
|---|---|
| 50 or fewer | $1 million or less |
| 51-100 | $1,000,001-$2 million |
| 101-250 | $2,000,001-$3.5 million |
| 251-500 | $3,500,001-$5 million |
| 501-750 | $5,000,001-$10 million |
| 751-1,000 | $10,000,001-$17 million |
| Over 1,000 | Over $17 million |

(9) (Complete only if the solicitation contains the clause at FAR 52.219-23,
*Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns,* or

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000071

3M_MDL000000071

FAR 52.219-25, *Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting,* **and the offeror desires a benefit based on its disadvantaged status.)**

(i) General. The offeror represents that either-

(A) It [ ] is, ☒ is not certified by the Small Business Administration as a small disadvantaged business concern and is identified on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration PRO-Net, and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It [ ] has, ☒ has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. *[The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: _____ .]*

(10) HUBZone small business concern. *[Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]* The offeror represents as part of its offer that -

(i) It ___ is, ☒ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns Maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ___ is, ☒ is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. *[The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: _____ .]* Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.) *[The offeror shall check the category in which its ownership falls]*:

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order



___ Black American
___ Hispanic American
___ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians)
___ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, the Philippines, U.S. Trust Territory or the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).
___ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal)
___ Individual/concern, other than one of the preceding.

(d)  Representations required to implement provisions of Executive Order 11246 —
    (1) *Previous contracts and compliance.* The offeror represents that --
       (i) It [ ] has, [ ] has not, participated in a previous contract or subcontract subject either to the *Equal Opportunity* clause of this solicitation; and
       (ii) It [ ] has, [ ] has not, filed all required compliance reports.
    (2) *Affirmative Action Compliance.* The offeror represents that --
       (i) It [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or
       (ii) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) *Certification Regarding Payments to Influence Federal Transactions (31 U.S.C.1352).* **(Applies only if the contract is expected to exceed $100,000.)** By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) *Buy American Act Certificate.* This certificate and its provisions shall be completed if so provided in the Addendum to this solicitation 52.213-25.

(g) *Buy American Act–Free Trade Agreements—Israeli Trade Act Certificate.* This certificate and its provisions shall be completed if so provided in the Addendum to this solicitation 52.225.

3M Confidential - Attorneys' Eyes Only                               3M00000073

Confidential - Subject To Protective Order                          3M_MDL000000073

Solicitation No.:  SP0200-06-R-4202                                    Page 60 of 63

**§ 1.3.2.4.1 (continued)**

(h)  *Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549).* **(Applies only if the contract value is expected to exceed the simplified acquisition threshold.)**  The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals--

    (1) [ ] Are, [X] are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

    (2) [ ] Have, [X] have not, within the three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for:  Commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state, or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

    (3) [ ] Are, [X] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(i)  *Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b)].* **This provision does not apply.**
    (1) Listed end products.

Listed End Product

_____

_____

Listed Countries of Origin

_____

_____

    (2) *Certification.* **[If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]**

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000074

3M_MDL000000074

Solicitation No.: SP0200-06-R-4202                                    Page 61 of 63

**[CONTINUED]**

    [ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

    [ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j)(1) *Annual Representations and Certifications.* Any changes provided by the offeror in paragraph (j) of this provision do not automatically change the representations and certifications posted on the Online Representations and Certifications Application (ORCA) website.

(2) The offeror has completed the annual representations and certification electronically via the ORCA website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of this offer that the representation and certifications currently posted electronically at FAR 52.212-3, *Offeror Representations and Certifications—Commercial Items*, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs _____.

*(Offeror to identify the applicable paragraphs at (b) through (i) of this provision that the offeror has completed for the purposes of this solicitation only, if any. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer. Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.)*

3M Confidential - Attorneys' Eyes
Only

Confidential - Subject To Protective Order

3M00000075

3M_MDL000000075

ADDENDUM TO 52.212-1

**252.225-7020 Trade Agreements Certificate (JAN 2005) DFARS**

(a) *Definitions.* "Designated country end product", "nondesignated country end product", "qualifying country end product", and "U.S.-made end product" have the meanings given in the Trade Agreements clause of this solicitation.

(b) *Evaluation.* The Government—

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) Will consider only offers of end products that are U.S.- made, qualifying country, or designated country end products, unless

(i) There are no offers of such end products;

(ii) The offers of such end products are insufficient to fulfill the Government's requirements; or

(iii) A national interest waiver has been granted.

(c) *Certification and identification of country of origin.*

(1) For all line items subject to the *Trade Agreements* clause of this solicitation, the offeror certifies that each end product to be delivered under this contract, except those listed in paragraph (c)(2) of this provision, is a U.S.-made, qualifying country, or designated country end product.

(2) The following supplies are other nondesignated country end products:

Line Item Number                         Country of Origin

_____                         _____

_____                         _____

_____                         _____

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000076

3M_MDL000000076



(a) *Definitions.*

As used in this clause--

(1) Foreign person means any person other than a United States person as defined in Section 16(2) of the Export Administration Act of 1979 (50 U.S.C. App. Sec. 2415).

(2) United States means the 50 States, the District of Columbia, outlying areas, and the outer Continental Shelf as defined in 43 U.S.C. 1331.

(3) United States person is defined in Section 16(2) of the Export Administration Act of 1979 and means any United States resident or national (other than an individual resident outside the United States and employed by other than a United States person), any domestic concern (including any permanent domestic establishment of any foreign concern), and any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern which is controlled in fact by such domestic concern, as determined under regulations of the President.

(b) *Certification.*

By submitting this offer, the Offeror, if a foreign person, company or entity certifies that it--

(1) Does not comply with the Secondary Arab Boycott of Israel; and

(2) Is not taking or knowingly agreeing to take any action, with respect to the Secondary Boycott of Israel by Arab countries, which 50 U.S.C. App. Sec. 2407(a) prohibits a United States person from taking.

(c) *Representation of Extent of Transportation by Sea.* (This representation does not apply to solicitations for the direct purchase of ocean transportation services).

(1) The Offeror shall indicate by checking the appropriate blank in paragraph (c)(2) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the *Transportation of Supplies by Sea* clause of this solicitation.

(2) **Representation.**

The Offeror represents that it--

___Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

_X_Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(3) Any contract resulting from this solicitation will include clause 252.247-7023, *Transportation of Supplies by Sea* clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense Federal Acquisition Regulation Supplement clause at 252.247-7024, *Notification of Transportation of Supplies by Sea.*

3M Confidential - Attorneys' Eyes Only

Confidential - Subject To Protective Order

3M00000077

3M_MDL000000077