# EXHIBIT 57

Confidential - Pursuant to Protective Order

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF FLORIDA

 3                      PENSACOLA DIVISION

 4

 5   IN RE:  3M COMBAT ARMS       )  Case No. 3:19md2885

 6   EARPLUG PRODUCTS LIABILITY   )

 7   LITIGATION                   )  Judge M. Casey

 8   -------------------------    )  Rodgers

 9                                )  Magistrate Judge

10   THIS DOCUMENT RELATES TO     )  Gary R. Jones

11   ALL CASES                    )

12      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

13         The videotaped deposition of RICHARD KNAUER,

14   called by the Plaintiffs for examination, taken

15   pursuant to the Federal Rules of Civil Procedure of

16   the United States District Courts pertaining to the

17   taking of depositions, taken before JULIANA F.

18   ZAJICEK, a Registered Professional Reporter and

19   Certified Shorthand Reporter, at the Indianapolis

20   Marriott Downtown, 350 West Maryland Street,

21   Indianapolis, Indiana, on the 17th day of

22   December, 2019, commencing at 9:09 a.m.

23

24

25
```

```
              Confidential - Pursuant to Protective Order

  1    PRESENT:
  2    ON BEHALF OF THE PLAINTIFFS:
  3         AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
            17 East Main Street, Suite 200
  4         Pensacola, Florida 32502
            850-202-1010
  5         BY:  BRYAN AYLSTOCK, ESQ.
                 baylstock@awkolaw.com;
  6              NEIL D. OVERHOLTZ, ESQ.
                 noverholtz@awkolaw.com;
  7              JENNIFER M. HOEKSTRA, ESQ.
                 jhoekstra@awkolaw.com
  8
                      -and-
  9
            THE MONSOUR LAW FIRM
 10         404 North Green Street
            Longview, Texas 75601
 11         903-999-9999
            BY:  DOUGLAS C. MONSOUR, ESQ.
 12              KATY KROTTINGER, ESQ.
 13              -and-
 14         PULASKI LAW FIRM
            2925 Richmond Avenue, Suite 1725
 15         Houston, Texas 77098
            713-664-4555
 16         BY:  KATHERINE CORNELL, ESQ.
                 kcornell@pulaskilawfirm.com
 17
 18    ON BEHALF OF THE DEFENDANTS:
 19         KIRKLAND & ELLIS LLP
            300 North LaSalle
 20         Chicago, Illinois 60654
            312-862-2000
 21         BY:  BARRY E. FIELDS, P.C.
                 barry.fields@kirkland.com;
 22              NICHOLAS WASDIN, ESQ.
                 nick.wasdin@kirkland.com
 23
 24
 25
```

Confidential - Pursuant to Protective Order

```
 1   ALSO PRESENT:
 2        ZACH HONE, Trial Technician,
 3        Golkow Litigation Services
 4
 5   THE VIDEOGRAPHER:
 6        DEVYN MULHOLLAND,
 7           Golkow Litigation Services
 8
 9
10   REPORTED BY:   JULIANA F. ZAJICEK, CSR No. 84-2604.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

 1   shorten the plug by the 1/4" required to fit your
 2   current container."
 3           When you made the decision that -- that
 4   the plug could be shortened by a quarter of an inch,
 5   were you looking at the capabilities of the plug or
 6   were you looking at the manufacturing process
 7   necessary to create the plug?
 8      A.   We were looking at -- I -- I was
 9   specifically -- or Bob Falco was specifically looking
10   at the capability of being able to manufacture a
11   shorter plug.
12      Q.   Okay.
13      A.   However, we then wanted to provide that
14   plug to the Army and let them evaluate it and tell us
15   whether it works, because we were depending upon their
16   feedback, did this solve your problem, is it working,
17   and that type of thing.
18      Q.   Okay.  How was the original length of the
19   Combat Arms Version 2 plug arrived at?
20      A.   I do not remember how that was arrived at.
21      Q.   Was it your decision or would it have been
22   Berger's decision or would it have been Falco's
23   decision or would it have been somebody else?
24      A.   I do not remember how that was decided.
25      Q.   Okay.  Do you consider yourself one of the

Confidential - Pursuant to Protective Order

1  designers of the Combat Arms Version 2 earplug?
2       A.   No.
3       Q.   Who do you consider to be the designer of
4  the Combat Arms Version 2 earplug?
5       A.   When you -- when you say designed, what do
6  you mean, design?
7       Q.   I don't know any other word.
8       A.   Certainly we provided samples, we provided
9  a variety of samples to the military.  Originally, if
10 I remember correctly, and this is if I remember
11 correctly, the first product we showed them was a
12 single-ended UltraFit long stem, the normal length of
13 the stem of the UltraFit, with a filter in it, provide
14 the samples, got feedback.  So it was an iterative
15 process back and forth, to answer your question the
16 best I can.
17      Q.   Who was the one, though, that came up with
18 the -- the let's take two UltraFits, put them on two
19 ends, we'll put a piece of plastic in the middle and
20 we'll put a filter in there, who is the one that --
21 who is the one that came up with that design?
22      MR. WASDIN:  Objection to foundation.
23 BY THE WITNESS:
24      A.   When you asked who came up with the
25 design, the feedback we got from the military after

Confidential - Pursuant to Protective Order

 1   providing them with a single-ended stem, single-ended
 2   product, was we liked the concept, we would like
 3   something -- Doug Ohlin specifically, but it was the
 4   military in general, we -- we like the concept, but we
 5   would like it to have a double-ended plug to it.
 6   BY MR. MONSOUR:
 7       Q.   Right.  And so if Doug Ohlin says, We
 8   would like to have a double-ended to it, that product
 9   doesn't just appear, somebody has to literally design
10   the product so you can make it, right?
11       A.   Basically, when he asked for that, we then
12   went in and made up samples, however we made them up,
13   and sent them to Doug, and it could have been two or
14   three, I don't remember.
15       Q.   Okay.
16       A.   We sent samples to him, he said this is --
17   this is good, this is bad, whatever.
18       Q.   Okay.  So that's my question.
19            Who is the one that came up with the
20   samples?
21       A.   Who manufactured, who --
22       Q.   Who -- who -- who came --
23       A.   Who put them together or who --
24       Q.   Yeah.  Yeah.  Who -- who came up with the
25   idea of how to put the -- the -- come up with this --

Confidential - Pursuant to Protective Order

1  if the military said we wanted a two-sided document,
2  who is the one that came up with the design for the
3  two sides?
4        MR. WASDIN:  Objection to form.
5  BY THE WITNESS:
6        A.    To the best of my memory, what we did was
7  we took the -- because we had the UltraFit tips, we
8  took them and cut them down to certain lengths, put a
9  filter in the adapter and put them together and sent
10 them and said, Doug, is this what you want, is this
11 not what you want, that type of thing.
12       Q.    So who did that, was it you?
13       A.    No, it was not me.
14       Q.    Okay.
15       A.    The most likely person that had did -- had
16 made the actual samples was Bob Falco, the design
17 engineer.
18       Q.    Okay.  All right.
19             Do you know -- do you know --
20             There are obviously different sizes of
21 triple flange plugs that can go in people's ears,
22 correct?
23       A.    There are obviously different sizes of
24 triple flange, yes, I'm sure there are.
25       Q.    And I'm not trying to trick you.  If you

Confidential - Pursuant to Protective Order

1  look at the Version 3 and the Version 4 of the Combat
2  Arms, they come in three different sizes, right?
3      A.   I -- I'm sorry.  I'm not -- those products
4  got developed after my time.
5      Q.   Okay.
6      A.   I -- I believe you are probably correct,
7  but those products got --
8      Q.   Okay.
9      A.   -- designed after my time.
10     Q.   Okay.  But for the simple premise, you --
11 you understand that -- that triple flange plugs do
12 come in more than one size, right?
13     A.   They can come in more than one size, yes.
14     Q.   Okay.  How did the company arrive at this
15 size for the Version 2 Combat Arms?
16          MR. WASDIN:  Objection to foundation.
17 BY THE WITNESS:
18     A.   How did they determine that that size for
19 the Combat Arms?
20 BY MR. MONSOUR:
21     Q.   Uh-huh.
22     A.   The company basically made the UltraFit
23 earplug and -- and did since I believe the early --
24 excuse me -- mid '80s.
25     Q.   Okay.

Confidential - Pursuant to Protective Order

1      A.    They came out -- came out with the
2   UltraFit earplug, and field experience, feedback from
3   end users, indicated that that product, the UltraFit,
4   fit almost everyone, no -- no product fits everybody.
5   There are people that have very small ear canals, very
6   large ear canals.  That product fit the vast majority
7   of the population.  So the design was a good design to
8   fit a lot of people, the vast majority of the
9   population.
10     Q.    Okay.  So is this -- the UltraFit was a
11  one-size product, correct?
12     A.    The UltraFit was a one-size product with a
13  longer stem, yes.
14     Q.    Okay.  Is the Version 2 the exact same
15  size as the UltraFit?
16     A.    To the best of my memory, the UltraFit --
17  the -- excuse me.  Let me -- let me take a step back.
18           To the best of my memory, the Combat
19  Arms 2 version uses the same size flanges, of course
20  the stem is shorter, but the flanges are the same as
21  they were in the UltraFit, to the best of my memory.
22     Q.    Okay.  So literally you took the existing
23  UltraFits that you had, you kind of stuck them
24  together with the piece of plastic and that's the
25  Version 2, and you added a filter?

Confidential - Pursuant to Protective Order

1                    REPORTER'S CERTIFICATE

2

3           I, JULIANA F. ZAJICEK, a Registered

4    Professional Reporter and Certified Shorthand

5    Reporter, do hereby certify:

6           That previous to the commencement of the

7    examination of the witness herein, the witness was

8    duly sworn to testify the whole truth concerning the

9    matters herein;

10          That the foregoing deposition transcript

11   was reported stenographically by me, was thereafter

12   reduced to typewriting under my personal direction and

13   constitutes a true record of the testimony given and

14   the proceedings had;

15          That the said deposition was taken before

16   me at the time and place specified;

17          That I am not a relative or employee or

18   attorney or counsel, nor a relative or employee of

19   such attorney or counsel for any of the parties

20   hereto, nor interested directly or indirectly in the

21   outcome of this action.

22          IN WITNESS WHEREOF, I do hereunto set my

23   hand on this 18th day of December, 2019.

24

25          JULIANA F. ZAJICEK, Certified Reporter