# EXHIBIT 61

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 1

1      UNITED STATES DISTRICT COURT
           DISTRICT OF MINNESOTA
2
3
4    MOLDEX-METRIC, INC.,
5          Plaintiff,
6       -v-              CAUSE NO.
                    14-cv-01821 (JNE/LFN)
7    3M COMPANY and 3M INNOVATIVE
     PROPERTIES COMPANY,
8
           Defendants.
9
10
11
12      The videotaped deposition upon oral
13    examination of ELLIOTT HARRIS BERGER, a witness
14    produced and sworn before me, Julie A. Rupprecht, RPR,
15    CRR, Notary Public in and for the County of Hamilton,
16    State of Indiana, taken on behalf of the Plaintiff at
17    the offices of Katz & Korin, The Emelie Building,
18    334 North Senate Avenue, Indianapolis, Indiana, on
19    October 8, 2015, at 9:48 a.m., pursuant to the Federal
20    Rules of Civil Procedure.
21
22
23
24
25

Case 3:19-md-02885-MCR-HTC   Document 1071-62   Filed 04/01/20   Page 3 of 15

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 2

```
 1                    APPEARANCES
 2      FOR THE PLAINTIFF:
 3          Harold A. Barza, Esq.
            Matthew Hosen, Esq.
 4          QUINN EMANUEL URQUHART & SULLIVAN, LLP
            865 South Figueroa Street, Tenth Floor
 5          Los Angeles, CA  90017
 6
        FOR THE DEFENDANTS:
 7
            Eileen M. Hunter, Esq.
 8          Calvin L. Litsey, Esq.
            FAEGRE BAKER DANIELS, LLP
 9          2200 Wells Fargo Center
            90 South Seventh Street
10          Minneapolis, MN  55402
11
        ALSO PRESENT:  Ann M. Anaya, Esq.
12                     Andrew Foland, Videographer
                       John Franks
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 104

1   THE COURT REPORTER: Which one? This one?
2   MR. BARZA: Yeah.
3   THE COURT REPORTER: 5210.
4   Q  I'm handing you --
5   A  Actually that's --
6   Q  -- 5210.
7   A  Oh, is that a different number than that?
8   Q  Yes, sir, just the loose plug, 5210. That's a
9      dual-ended Combat Arms plug; right?
10  A  Yep.
11  Q  And the green end is solid and blocked; right?
12  A  Yes.
13  Q  So apparently you did two tests on that plug back
14     in 2000; is that right?
15  A  Yes.
16  Q  And it says here for both -- for test -- I'm sorry.
17     In the fourth paragraph of the second page of
18     Exhibit 5211, it says, For test 213015, the plugs
19     were fitted according to the standard plugs fitting
20     instructions with no modifications. Because the
21     stem of the green solid end of the plug is so
22     short, it was difficult for the experimenter to
23     insert the plug deeply into some subjects' ear
24     canals, especially those subjects with medium and
25     large ear canals. Additionally, the geometry of

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 105

1    the ear canal opening sometimes prevented the deep
2    plug insertion required for maximum attenuation
3    values.  When the solid plug was fitted during the
4    first test, paren, 015, closed paren, the basal
5    edge of the third flange of the yellow
6    level-dependent plug sometimes pressed against the
7    subject's ear canal opening and folded up.  When
8    the inward pressure on the plug was released, the
9    yellow plug's flanges tended to return to their
10   original shape and this sometimes loosened the
11   plug, often imperceptibly to the subject.  Do you
12   see that?
13  A  Yes.
14  Q  So you understand what's being described there;
15   right?
16  A  Yes.
17  Q  When somebody sticks the yellow end of the plug --
18   I'm sorry.  When somebody sticks the green end of
19   their plug into their ear or when they did it in
20   this test, the yellow flange, the top yellow flange
21   was getting pressed outward by their ear canal and
22   then when they took their hand off it, it caused
23   the plug to come out a little bit; correct?
24  A  Yes.
25  Q  Were you aware of this back in 2000?

**Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015**
**Moldex-Metric, Inc. v. 3M Company, et al.**

Page 106

1   A  Yes.
2   Q  Okay.  And if you look at the next page of this
3      exhibit, you actually ran some numbers on this test
4      213015 where the plug was coming out; correct?
5   A  We tested eight subjects.
6   Q  And why did -- did you stop the test?
7   A  Yes.
8   Q  Why?
9   A  When we looked at the data, they were more variable
10     than we had ever observed for a solid plug that
11     requires a good acoustical seal in the ear.  And so
12     we decided we wanted to examine a different set of
13     fitting instructions to see if that could be
14     improved.
15  Q  Was test 213015 a labeling test?
16  A  No.
17  Q  When it was started, was it intended to be a
18     labeling test?
19  A  I believe so.
20  Q  And so you decided to stop it.  That meant you
21     couldn't sell those plugs under the way they were
22     being manufactured and fitted in that test;
23     correct?
24  A  Correct.
25  Q  Okay.  And they were being fitted using the

Case 3:19-md-02885-MCR-HTC   Document 1071-62   Filed 04/01/20   Page 7 of 15

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 107

1    standard fitting instructions; correct?
2    A  Yes.
3    Q  So you saw some results and you thought they
4    were -- what was it about the results that made you
5    stop the test?  That the attenuation was low?
6    A  It was in excess of 20 dB variation at some
7    frequencies across subjects and especially in the
8    low frequencies where a premolded sealed earplug
9    needs to make an acoustical seal in the ear canal
10    to work properly.
11    Q  Now, directing your -- withdrawn.
12    And so what you did is if you look at the
13    next -- the fifth paragraph of the second page of
14    Exhibit 5211, it says, quote, For test 213017, the
15    yellow flanges of the level-dependent end of the
16    plug were folded back prior to the green solid plug
17    being inserted into the subject's ear.  Could you
18    take the plug that we've given to you and fold back
19    that flange as you understand it was done in this
20    test?
21    Now, if you could, just hold it up -- hold the
22    green end, please, and just hold it up so that
23    maybe the video can get -- capture it.  The
24    document -- thank you.
25    The document -- I'm just reading again from

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 108

1      the fifth paragraph of the second page of
2      Exhibit 5211 from where I left off.  The folded
3      back flanges and the hard plastic stem provide a
4      long stiff quasi stem for the experimenter to grasp
5      and allowed for a deeper and more consistent fit of
6      the solid plugs for test 213017.  When folded back
7      in that way, the yellow flanges neither touched the
8      subject's conchae, nor compromised the fit of the
9      solid earplugs.  Do you see that?
10   A  Yes.
11   Q  So is it your understanding that another test was
12      conducted with that dual-ended earplug in the --
13      for the green end in which that flange was folded
14      back as you just showed us?
15   A  Yes.
16   Q  And was that -- was it left like that when the test
17      was run?  Was the flange left folded back like
18      that?
19   A  I believe so.
20   Q  Okay.  And that test 213017 produced a much higher
21      NRR than test 213015; correct?
22   A  It produced overall higher average values.  The --
23      really, an NRR requires ten subjects so the number
24      on the first test did not have ten, but the
25      estimated value was lower.

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 109

1    Q  The estimated value of the NRR in test 213015 was
2       10.9; correct?
3    A  Yes.
4    Q  And the NRR in test 213017 is 21.7; right?
5    A  Yes.
6    Q  Now, what was the justification for doing a retest?
7       Was it the change in fitting procedures?
8    A  As I said, we looked at the original results.  We
9       found that multiple subjects were highly variable.
10      For a sealed plug, it is important that -- for a
11      premolded plug that's sealed, it's important that
12      you have a deep and consistent seal to get proper
13      protection.  We were not achieving that.  We
14      decided to look at alternative instructions, which
15      were then the instructions that we delivered with
16      the product.
17         We also discussed this at the time with the
18      military because we were doing this to meet the
19      customer requirements.  The Army was unhappy with
20      the original design, not for any reason having to
21      do with the plug, but because it wouldn't fit in a
22      carrying case that they were using.  And so they
23      had asked us to shorten the earplug to fit in this
24      carrying case and we discussed the ramifications
25      with them, the need for changing the fitting

**Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015**
**Moldex-Metric, Inc. v. 3M Company, et al.**

Page 110

1      instructions and the problems that that created.
2   Q  I'm sorry.  You discussed this with the Army?
3   A  Yes.
4   Q  You discussed with them the fact that you were
5      folding back the flange to test the plug?
6   A  Yes.
7   Q  With whom in the Army did you discuss this?
8   A  Doug Ohlin.
9   Q  Anybody else?
10  A  He was the principal contact at this point on this
11     project.
12  Q  When did you talk to Mr. Ohlin about this?
13  A  At the time it was occurring.
14  Q  In 2000?
15  A  Yes.
16  Q  So am I right that -- withdrawn.
17        And are there any written documents whatsoever
18     reflecting any discussion you had with Mr. Ohlin or
19     anyone else at the Army about rolling back the
20     flange on the dual-ended plug?
21  A  Not that I have located.
22        MR. BARZA:  We're going to take a lunch break
23     now because I need to make a call.  We'll pick this
24     up when I come back.  I think -- do we have
25     sandwiches here?

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 111

1     MR. HOSEN:  They've just been ordered a couple
2     minutes ago so they're not here yet.
3     THE VIDEOGRAPHER:  Okay.  We're going off the
4     record at 12:29.
5     (The deposition recessed from 12:29 p.m. to
6     1:31 p.m. for lunch.)
7     THE VIDEOGRAPHER:  This marks the start of
8     disk three in the deposition of Elliott Berger, and
9     we're on the record at 1:31.
10  BY MR. BARZA:
11  Q  Sir, we broke for lunch.  And before lunch, we had
12     looked at Exhibit 5211, which is a document
13     addressing rolling back -- folding back the flanges
14     on the dual-ended Combat Arms.  Do you recall that?
15     Do you recall it?
16  A  Yes.
17  Q  Okay.  So you -- Aearo or 3M did two different
18     tests on the closed or green end of the dual-ended
19     Version 2 of Combat Arms for NRR labeling; correct?
20     MR. LITSEY:  Object to the form.
21  Q  You can answer.
22  A  We did an initial test which we decided was
23     indicating a large degree of variability and
24     problems working with the plug so we stopped it,
25     and we changed the instruction set and began a

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 273

```
1              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
2

3

4     MOLDEX-METRIC, INC.,       )
                                 )
5              Plaintiff,        )
                                 )
6          -v-                   ) CAUSE NO.
                                 ) 14-cv-01821 (JNE/LFN)
7     3M COMPANY and 3M INNOVATIVE )
      PROPERTIES COMPANY,        )
8                                )
               Defendants.       )
9

10
                   Job No. 102379
11

12         I, ELLIOTT HARRIS BERGER, state that I have
      read the foregoing transcript of the testimony given
13    by me at my videotaped deposition on October 8, 2015,
      and that said transcript constitutes a true and
14    correct record of the testimony given by me at said
      videotaped deposition except as I have so indicated on
15    the errata sheets provided herein.

16

17              _____
                    ELLIOTT HARRIS BERGER
18

19

20

21

22

23

24

25
```

Case 3:19-md-02885-MCR-HTC   Document 1071-62   Filed 04/01/20   Page 13 of 15

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 274

1  STATE OF INDIANA
2  COUNTY OF HAMILTON
3
4       I, Julie A. Rupprecht, RPR, CRR, a Notary
5  Public in and for said county and state, do hereby
6  certify that the deponent herein was by me first duly
7  sworn to tell the truth, the whole truth, and nothing
8  but the truth in the aforementioned matter;
9       That the foregoing videotaped deposition was
10 taken on behalf of the Plaintiff; that said videotaped
11 deposition was taken at the time and place heretofore
12 mentioned between 9:48 a.m. and 6:26 p.m.;
13      That said videotaped deposition was taken down
14 in stenograph notes and afterwards reduced to
15 typewriting under my direction; and that the
16 typewritten transcript is a true record of the
17 testimony given by said deponent;
18      And thereafter presented to said witness for
19 signature; that this certificate does not purport to
20 acknowledge or verify the signature hereto of the
21 deponent.
22      I do further certify that I am a disinterested
23 person in this cause of action; that I am not a
24 relative of the attorneys for any of the parties.
25      IN WITNESS WHEREOF, I have hereunto set my

Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 275

1  hand and affixed my notarial seal this 21st day of
2  October, 2015.
3
4
5
6
7
8  _____
9       Julie A. Rupprecht, Notary Public
10
11 My commission expires:
   September 1, 2022
12
   Job No. 102379
13
14
15
16
17
18
19
20
21
22
23
24
25

**Highly Confidential Deposition of Elliott Harris Berger - 10/8/2015**
**Moldex-Metric, Inc. v. 3M Company, et al.**

Page 276

1  Harold A. Barza, Esq. (Originating Party)
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  865 South Figueroa Street, Tenth Floor
   Los Angeles, CA  90017
3
4          NOTICE OF DEPOSITION SUBMISSION
                JOB NO. 102379
5
   In the United States District Court
6  District of Minnesota
   Cause No. 14-cv-01821 (JNE/LFN)
7  MOLDEX-METRIC, INC., Plaintiff,
         v.
8  3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,
   Defendants.
9
10      In compliance with all applicable rules, you
   are notified the signed original deposition of
11 ELLIOTT HARRIS BERGER has been sealed and submitted
   to the originating party.
12
13 _____
14 (Date of submission or mailing by certified mail)
15
   cc:  Eileen M. Hunter, Esq.
16
17
18
19
20
21
22
23
24
25