# EXHIBIT 63

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                    PENSACOLA DIVISION
 3
      IN RE: 3M COMBAT ARMS  )   Case No.
 4    EARPLUG PRODUCTS       )   3:19md2885
      LIABILITY LITIGATION   )
 5    _____ )   Judge M. Casey
                             )   Rodgers
 6    THIS DOCUMENT RELATES  )   Magistrate Judge
      TO ALL CASES           )   Gary R. Jones
 7
 8              FRIDAY, OCTOBER 18, 2019
 9       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                         - - -
11            Videotaped deposition of Brian
12    Myers, held at the offices of KIRKLAND &
13    ELLIS LLP, 300 North LaSalle, Chicago,
14    Illinois, commencing at 9:00 a.m., on the
15    above date, before Carrie A. Campbell,
16    Registered Diplomate Reporter, Certified
17    Realtime Reporter, Illinois, California &
18    Texas Certified Shorthand Reporter, Missouri
19    & Kansas Certified Court Reporter.
20                         - - -
21
              GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
25
```

Confidential - Pursuant to Protective Order

```
 1              A P P E A R A N C E S :
 2
        SEEGER WEISS, LLP
 3      BY:  DAVID R. BUCHANAN
             dbuchanan@seegerweiss.com
 4           MAX KELLY
             mkelly@seegerweiss.com
 5      77 Water Street
        New York, New York  10005
 6      (212) 584-0700
 7
        WAGSTAFF & CARTMELL, LLP
 8      BY:  THOMAS P. CARTMELL
             tcartmell@wcllp.com
 9           KATHLEEN E. HUDNALL
             khudnall@wcllp.com
10      4740 Grand Avenue, Suite 300
        Kansas City, Missouri  64112
11      (816) 701-1100
12
        ABRAHAM, WATKINS, NICHOLS, SORRELS,
13      AGOSTO & AZIZ
        BY:  MUHAMMAD S. AZIZ
14           maziz@awtxlaw.com
        800 Commerce Street
15      Houston, Texas  77002-1776
        (713) 222-7211
16
17      CLARK, LOVE & HUTSON, PLLC
        BY:  EMILY MARLOWE
18           emarlowe@triallawfirm.com
        440 Louisiana Street, Suite 1600
19      Houston, Texas  77002
        (713) 757-1400
20
21      AYLSTOCK, WITKIN, KREIS &
        OVERHOLTZ, PLLC
22      BY:  BRYAN F. AYLSTOCK
             baylstock@awkolaw.com
23           (VIA TELECONFERENCE)
        17 East Main Street
24      Pensacola, Florida  32502
        (850) 202-1010
25      Counsel for Plaintiffs
```

Confidential - Pursuant to Protective Order

```
 1      KIRKLAND & ELLIS LLP
        BY:  MARK J. NOMELLINI
 2           mark.nomellini@kirkland.com
        300 North LaSalle
 3      Chicago, Illinois  60654
        (312) 862-2000
 4

 5      KIRKLAND & ELLIS LLP
        BY:  WHITNEY N. KNOWLTON
 6           whitney.knowlton@kirkland.com
        333 South Hope Street
 7      Los Angeles, California  90071
        (213) 680-8122
 8

 9      KIRKLAND & ELLIS LLP
        BY:  NOLAN STANTON
10           nolan.stanton@kirkland.com
        601 Lexington Avenue
11      New York, New York  10022
        (212) 446-4800
12      Counsel for Defendants
13
14   ALSO PRESENT:
        CHARLES BACHMANN AND COREY TAM,
15      Seeger Weiss
16      ZACH HONE, trial technician, Golkow
        Litigation Services
17
18   V I D E O G R A P H E R :
        DAVID LANE,
19      Golkow Litigation Services
20                   - - -
21
22
23
24
25
```

```
 1                  My question is --
 2                  MR. NOMELLINI:  You can keep
 3          answering the question -- you can keep
 4          answering the question.
 5                  MR. CARTMELL:  Stop coaching
 6          the witness.
 7                  MR. NOMELLINI:  He was not
 8          finished.
 9   QUESTIONS BY MR. CARTMELL:
10          Q.    Were you finished, sir?
11                I'll withdraw my question.  Let
12   me you ask another.
13                  MR. NOMELLINI:  He's not
14          finished answering.
15                  MR. CARTMELL:  I think he
16          answered it.
17                  MR. NOMELLINI:  Were you
18          finished answering?
19                  THE WITNESS:  I wanted to point
20          out that I do have some very specific
21          directions from, I think her name was,
22          Loretta about things to include,
23          things not to include, that seem to be
24          counter even to directions that their
25          own office had given me.
```

Confidential - Pursuant to Protective Order

1            So we tried to be -- we tried
2       to be precise in following the
3       directions that we were given by the
4       place we were shipping the product.
5            MR. NOMELLINI:  Are you looking
6       for a document there?
7            MR. CARTMELL:  Mark, this is
8       out of control.  Stop coaching the
9       witness, giving the witness documents.
10           He's here to answer my
11      questions, this is my deposition, and
12      he needs to respond.
13           If you continue to do it, we'll
14      shut it down and show the examples to
15      the judge.  You've been doing this all
16      day.  It's ridiculous.
17           Right?  I didn't ask him to
18      look for a document.  I'm going to ask
19      him --
20           MR. NOMELLINI:  He's entitled
21      to look for a document in response to
22      your question.
23           MR. CARTMELL:  Not when you are
24      the one that asked him to look for a
25      document.

1                MR. NOMELLINI:  He started to
2       look for it.
3                MR. CARTMELL:  No, he didn't.
4       You handed him the documents and said,
5       "Were you looking for a document?"
6  QUESTIONS BY MR. CARTMELL:
7       Q.     Sir, I'm going to ask you about
8  those e-mails in a little while.  We'll get
9  back to that.  I want to go back to my
10 question, though.
11               If 3M had information that
12 there was difficulty inserting the Combat
13 Arms Earplug version 2, 3M could have put an
14 instruction for use in its inserts or in its
15 label to that effect, correct?
16      A.     Unless we were told not to.
17      Q.     Okay.  And is your testimony --
18 let me ask you this:  From 19 -- I'm going to
19 break it down.
20               From 1999 to 2005 is your
21 testimony that -- and I want to be very
22 precise -- the military told 3M not to
23 include instructions relating to how to fit
24 or use the Combat Arms Earplug?
25      A.     That was my recollection.

Confidential - Pursuant to Protective Order

1  Q. Do you recall a conversation
2  about that?
3  A. I don't recall how that was
4  conveyed.
5  Q. Who was the conversation with?
6  A. Probably -- it would have
7  either been directly from Doug Ohlin or
8  perhaps through Elliott.
9  Q. Okay. And when was that
10 conversation?
11 A. Again, I don't recall exactly
12 when that conversation may have taken place.
13 Q. After 3M obtained this
14 information that according to the testing of
15 the Combat Arms plug the plug was too short
16 for proper insertion, did 3M ever -- or
17 Aearo, at the time -- ever attempt to offer
18 an instruction telling soldiers that the
19 Combat Arms plug was too short for proper
20 insertion?
21 A. I don't know.
22     MR. NOMELLINI: Object to form.
23 QUESTIONS BY MR. CARTMELL:
24 Q. After the company got the
25 information in May of 2000 from the testing

```
 1    of the Combat Arms plug that it was difficult
 2    to insert the plugs deeply enough into one's
 3    ear canals if you had medium or larger ear
 4    canals, did 3M ever offer or suggest that
 5    type of instruction or warning or caution to
 6    the military?
 7              MR. NOMELLINI:  Foundation.
 8         Form.
 9              THE WITNESS:  I don't know.
10    QUESTIONS BY MR. CARTMELL:
11         Q.    Once the -- strike that.
12              When 3M learned in 2000, May of
13    2000, from its testing of the Combat Arms
14    Earplug that when the green end of the plug
15    was placed in certain individuals' ears the
16    yellow end on the outside tended to push
17    against the ear and could cause the plug to
18    actually loosen and that it would be
19    imperceptible to the soldier, did 3M ever
20    offer that instruction or offer that warning
21    or caution to be placed in any materials?
22              MR. NOMELLINI:  Form and
23         foundation.
24              THE WITNESS:  We saw in the
25         2005 insert that happened, but I can't
```

Confidential - Pursuant to Protective Order

```
 1                      CERTIFICATE
 2
 3           I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Brian Myers, was duly
     sworn by me to testify to the truth, the
 6   whole truth and nothing but the truth.
 7           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
             I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15
16
             _____
17           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
18           Certified Realtime Reporter
             California Certified Shorthand
19           Reporter #13921
             Missouri Certified Court Reporter #859
20           Illinois Certified Shorthand Reporter
             #084-004229
21           Texas Certified Shorthand Reporter #9328
             Kansas Certified Court Reporter #1715
22           Notary Public
23           Dated:  November 1, 2019
24
25
```