# EXHIBIT 65

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION
 3
      IN RE: 3M COMBAT ARMS  )   Case No.
 4    EARPLUG PRODUCTS       )   3:19md2885
      LIABILITY LITIGATION   )
 5    _____)   Judge M. Casey
                             )   Rodgers
 6    THIS DOCUMENT RELATES  )   Magistrate Judge
      TO ALL CASES           )   Gary R. Jones
 7
 8            TUESDAY, DECEMBER 10, 2019
 9      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                      - - -
11            Videotaped deposition of Elliott H.
12   Berger, M.S., held at the offices of KIRKLAND
13   & ELLIS LLP, 300 North LaSalle, Chicago,
14   Illinois, commencing at 10:38 a.m., on the
15   above date, before Carrie A. Campbell,
16   Registered Diplomate Reporter, Certified
17   Realtime Reporter, Illinois, California &
18   Texas Certified Shorthand Reporter, Missouri
19   & Kansas Certified Court Reporter.
20                      - - -
21
              GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
23
24
25
```

                Confidential - Pursuant to Protective Order

```
 1                A P P E A R A N C E S :
 2
 3        TRACEY & FOX
          BY:  SEAN P. TRACEY
 4             stracey@traceylawfirm.com
               LAWRENCE TRACEY
 5             ltracey@traceylawfirm.com
               SHAWN FOX
 6             (VIA TELECONFERENCE)
          440 Louisiana Street, Suite 1901
 7        Houston, Texas  77002
          (713) 495-2333
 8
          and
 9
          AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
10        PLLC
          BY:  NEIL D. OVERHOLTZ
11             noverholtz@awkolaw.com
          17 East Main Street
12        Pensacola, Florida  32502
          (850) 202-1010
13
          and
14
          MONSOUR LAW FIRM
15        BY:  DOUGLAS C. MONSOUR
               doug@monsourlawfirm.com
16             KATY KROTTINGER
               katy@monsourlawfirm.com
17        404 North Green Street
          Longview, Texas  75601
18        (903) 999-9999
19
          and
20
          QUINN EMANUEL URQUHART & SULLIVAN, LLP
21        BY:  ADAM WOLFSON
               adamwolfson@quinnemanuel.com
22             MATTHEW HOSEN
               matthosen@quinnemanuel.com
23        865 South Figueroa Street, 10th Floor
          Los Angeles, California  90017
24        (213) 443-3000
25        and
```

Confidential - Pursuant to Protective Order

```
 1      CLARK, LOVE & HUTSON, PLLC
        BY:  EMILY MARLOWE
 2           emarlowe@triallawfirm.com
        440 Louisiana Street, Suite 1600
 3      Houston, Texas  77002
        (713) 757-1400
 4      Counsel for Plaintiffs
 5
 6      KIRKLAND & ELLIS LLP
        BY:  NICHOLAS WASDIN
 7           nick.wasdin@kirkland.com
             SIMON GOTTLIEB
 8           simon.gottlieb@kirkland.com
        300 North LaSalle
 9      Chicago, Illinois  60654
        (312) 862-2000
10
        and
11
        KIRKLAND & ELLIS LLP
12      BY:  SIERRA ELIZABETH
             sierra.elizabeth@kirkland.com
13      333 South Hope Street
        Los Angeles, California  90071
14      (213) 680-8122
15      and
16      KIRKLAND & ELLIS LLP
        BY:  MIKE BROCK, P.C.
17           mike.brock@kirkland.com
        1301 Pennsylvania Avenue, NW
18      Washington, DC  20004
        (202) 389-5996
19      Counsel for Defendants
20
21   ALSO PRESENT:
22      ERIC RUCKER, in-house counsel, 3M
23      JAMES BATTLE, Aylstock, Witkin,
        Kreis & Overholtz
24
        DANNY OLIVO, Tracey & Fox
25
```

Confidential - Pursuant to Protective Order

```
 1       EVAN J. WOLFE, trial technician,
         Golkow Litigation Services
 2

 3

    V I D E O G R A P H E R :
 4       DAN LAWLOR,
         Golkow Litigation Services
 5
                           - - -
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Pursuant to Protective Order

```
 1            report.  It appears in the fitting
 2            tips.  I don't know what he was
 3            reading when he responded to me.
 4   QUESTIONS BY MR. TRACEY:
 5       Q.     Then why did you tell me that's
 6   where he got it from if you don't know?
 7            MR. WASDIN:  Objection to form.
 8            THE WITNESS:  I told you that
 9            he got it from the materials I sent
10            him, and I said that it was in two
11            places.  It was in the test report on
12            page 2.  It was in the fitting tip to
13            the instructions for the
14            indoor/outdoor range plug.
15   QUESTIONS BY MR. TRACEY:
16       Q.     Okay.  You sure about that?
17       A.     Yes.
18       Q.     Other than that, that you claim
19   to have sent those two things to Major
20   Little, is there any other documentation
21   where I can see something that you informed
22   the military about the flanges folding back?
23       A.     Just to clarify, yes, I claim
24   it, but I have documentary evidence that that
25   was done in an interaction with him.
```

1                    I don't have any other
2    documentary evidence in that time frame,
3    except inferentially I can tell you that when
4    we first see a picture of the wallet card,
5    which is in a document that was created by
6    the military probably prior to 2000, there is
7    no discussion or picture of a flange fold.
8                    But when we see the final
9    version of the wallet card in 2004, there is
10   a flange fold instruction included.
11        Q.    All right.  Well, let's look at
12   that now.  Go right to the flange -- the
13   page 2.
14                    So this is now Exhibit 15.
15                    Let's look at the flange -- the
16   actual wallet card.
17                    So this is the wallet card,
18   Mr. Berger, right?
19              MR. WASDIN:  Sorry.  The one I
20         have has a sticker on it.  Is this for
21         him?
22              MR. TRACEY:  Yeah, it's for
23         him.
24              15?
25              MR. WASDIN:  Yeah.  He's got a

Confidential - Pursuant to Protective Order

1           different copy.  You want to swap
2         them?
3    QUESTIONS BY MR. TRACEY:
4         Q.    So here it is, right,
5    Mr. Berger, the wallet card on the screen?
6         A.    Yes.
7         Q.    And it says under the second
8    bullet point, it says, "For very large ear
9    canals, fold opposing plug back."
10              Right?
11        A.    Yes.
12        Q.    Where did that come from?
13              MR. WASDIN:  Objection to
14        foundation.
15   QUESTIONS BY MR. TRACEY:
16        Q.    If you know.  All of my
17   questions are if you know, by the way.
18        A.    Thank you for the
19   clarification.
20              The opposing flange, I'm
21   presuming, came from information that we
22   provided.  The very large ear canals, I don't
23   know where that came from.
24        Q.    That's not from your company's
25   data?

Confidential - Pursuant to Protective Order

```
 1          A.    No.
 2          Q.    So did you tell Mr. Ohlin,
 3    "Wait a second.  Our report, our flange
 4    report, doesn't say 'just very large ear
 5    canals.'  It says 'medium and large'"?
 6          A.    I don't recall what my response
 7    was.  In terms of why that appears there,
 8    CHPPM was involved in interacting with the
 9    troops.  It was a large research group.  I
10    would presume that his experience in working
11    with them, they determined that that was the
12    best way to represent that.
13                I also see some subsequent
14    correspondence from Doug Ohlin in which it's
15    called "extremely large canals."  So the
16    wording varies.
17                It's his wording.  I don't know
18    why that's there.
19          Q.    And you just let him go with
20    it?
21                MR. WASDIN:  Objection to form.
22                THE WITNESS:  I do not know.
23          We may have had a conversation, and he
24          may have said, "This is what we feel
25          more appropriate."  I don't recall the
```

Confidential  -  Pursuant to Protective Order

1            details of that.
2       QUESTIONS BY MR. TRACEY:
3            Q.   Okay.  But what we do have in
4       writing is his request to you for input or
5       feedback, and we have nothing in response?
6            A.   I don't believe we have a
7       response document.
8            Q.   You haven't seen it?
9            A.   I don't recall seeing it.
10           Q.   With respect to what you sent
11      Major Little, do you have the copies of the
12      things you actually attached that you sent
13      him?
14           A.   At the bottom of the letter,
15      there was a listing of the three attachments
16      and it's very explicit.
17           Q.   Yeah.  Okay.
18                We're going to look at 0137 --
19      213017, and is it -- tell me what you believe
20      the report is.
21           A.   What do you mean?
22           Q.   You said you gave to Major
23      Little the report of 3017, right?
24           A.   May I look through here?
25           Q.   Yeah.  Is it in your materials?

Confidential - Pursuant to Protective Order

```
 1        A.      I believe it was in the
 2   materials for the 30(b)(6).
 3        Q.      Ah, okay.
 4        A.      I would prefer looking at it.
 5        Q.      Yeah.
 6                MR. BROCK:  I don't want to
 7        interrupt your exam.  Can we do this
 8        document and then take a break?
 9                MR. TRACEY:  Yeah.
10                THE WITNESS:  So would you
11        repeat your question, please?
12                MR. TRACEY:  Yeah.
13                Let me finish the wallet card
14        because it's in front of me first,
15        then we'll get to that, and then we'll
16        take a break before we get to your
17        document.
18                MR. BROCK:  That's fine.
19   QUESTIONS BY MR. TRACEY:
20        Q.      As I look at this picture with
21   the flange folded back, is the right flange
22   folded back?
23        A.      In our instructions, we didn't
24   specify which end you needed to fold the
25   flack back on.  Although the flange was
```

```
 1   folded back on the yellow -- on the yellow
 2   end of the plug for the fitting for
 3   attenuation of closed condition, our
 4   instructions were agnostic.  It said it was a
 5   general tip.
 6              For whatever reason, they've
 7   chosen to illustrate it with the flanges
 8   folded back at the other end.  I don't know
 9   why that is.  That's the way that picture
10   is -- appears in that document.
11        Q.   Uh-huh.
12              That's not the side you folded
13   back when you tested it in 017, is it?
14              MR. WASDIN:  Objection to form.
15              THE WITNESS:  Correct.
16   QUESTIONS BY MR. TRACEY:
17        Q.   The way you actually tested it
18   was with the yellow flange folded back --
19              MR. WASDIN:  Objection to form.
20   QUESTIONS BY MR. TRACEY:
21        Q.   -- correct?
22        A.   When we tested it, the yellow
23   flange was folded back.
24        Q.   In fact, you didn't fold back
25   the olive flange at all during your testing
```

```
 1                       CERTIFICATE
 2
 3              I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, Elliott H. Berger, M.S.,
    was duly sworn by me to testify to the truth,
 6  the whole truth and nothing but the truth.
 7              I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10
                I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15
16       _____
17       CARRIE A. CAMPBELL,
         NCRA Registered Diplomate Reporter
18       Certified Realtime Reporter
         California Certified Shorthand
19       Reporter #13921
         Missouri Certified Court Reporter #859
20       Illinois Certified Shorthand Reporter
         #084-004229
21       Texas Certified Shorthand Reporter #9328
         Kansas Certified Court Reporter #1715
22       Notary Public
23       Dated:  December 13, 2019
24
25
```

Confidential - Pursuant to Protective Order

```
 1                INSTRUCTIONS TO WITNESS
 2
 3              Please read your deposition over
 4    carefully and make any necessary corrections.
 5    You should state the reason in the
 6    appropriate space on the errata sheet for any
 7    corrections that are made.
 8              After doing so, please sign the
 9    errata sheet and date it.  You are signing
10    same subject to the changes you have noted on
11    the errata sheet, which will be attached to
12    your deposition.
13              It is imperative that you return
14    the original errata sheet to the deposing
15    attorney within thirty (30) days of receipt
16    of the deposition transcript by you.  If you
17    fail to do so, the deposition transcript may
18    be deemed to be accurate and may be used in
19    court.
20
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

```
 1                ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4           I,_____, do
     hereby certify that I have read the foregoing
 5   pages and that the same is a correct
     transcription of the answers given by me to
 6   the questions therein propounded, except for
     the corrections or changes in form or
 7   substance, if any, noted in the attached
     Errata Sheet.
 8
 9
10
11
12   _____
     Elliott H. Berger, M.S.                DATE
13
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 _____.
17   My commission expires: _____
18
19   Notary Public
20
21
22
23
24
25
```