# EXHIBIT 66

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

### DECLARATION OF ERIC FALLON

1. I joined the United States Army in 1985 and served 4 years in an artillery unit before taking an Army-sponsored scholarship to continue my education.

2. I graduated from the University of Mississippi in 1994 with a master's degree in audiology and returned to active service as an audiologist at Fort Sam Houston, Texas in January 1995.

3. In 2003, I was assigned to the Hearing Conservation Program Office at the Center for Health Promotion and Preventative Medicine ("CHPPM") as a Consulting Audiologist.

4. Dr. Doug Ohlin was the Army Hearing Conservation Program Manager from the time I joined CHPPM until his retirement at which time I took over his role.

5. Ohlin was the final decisionmaker in the Program Office. His job was to ensure that the Army properly implemented Department of Defense policy with respect to hearing protection.

6. Ohlin reviewed hearing protection devices, asked manufacturers to make modifications in design when necessary, and made the final determination that a hearing protection device was suitable and approved for military use.

KE 67205431.3

7. In my role at CHPPM and earlier service as an audiologist, I often trained the hearing technicians who issued hearing protection to soldiers in how to obtain the best fit with various hearing protection devices.

8. I instructed technicians that, with any earplugs, it is not possible to determine solely by visual inspection whether a fit is adequate. Instead, it is also necessary to tug on the earplug to check resistance and (for linear hearing protection) to ask the user whether his or her speech sounds muffled and whether surrounding sounds appear degraded.

9. With respect to the dual-ended Combat Arms Earplugs, I instructed technicians that, if they believed the bottom edge of the opposing flange was preventing them from inserting the earplug far enough into a soldier's ear canal, they should roll back the opposing flanges and try again.

10. I told technicians that this problem was particularly likely to occur with soldiers who had large ear canals.

11. I did not, however, tell technicians that the problem would only occur with soldiers who had large ear canals. The shape of an individual's outer ear and ear canal could also prevent full insertion, regardless of ear canal size. Accordingly, I instructed technicians that rolling back the flanges was a generally applicable technique to be used when attempting to fit soldiers with the dual-ended Combat Arms Earplug. Subsequently, if rolling back the flanges did not achieve an adequate fit, I then instructed that the technician should try an alternative hearing protection device.

12. CHPPM utilized a Power Point presentation for training hearing technicians to fit the dual-ended Combat Arms Earplugs. The presentation included a slide advising technicians to

roll back the flanges if they had difficulty achieving a proper fit. The slide also included a picture of the earplugs with one set of flanges rolled back.

13. In my estimation, a very low percentage of users needed to roll back the opposing flanges of the dual-ended Combat Arms Earplugs to obtain an adequate fit.

14. I was aware of and received a "wallet card" from CHPPM with written instructions for fitting the dual-ended Combat Arms Earplugs.

15. CHPPM made large quantities of wallet cards available to audiologists and hearing technicians throughout the Army. Technicians were instructed to hand out the wallet card whenever they issued the dual-ended Combat Arms Earplugs to a soldier.

16. To my knowledge, I never reviewed or depended on written instructions from the manufacturer of the dual-ended Combat Arms Earplugs.

17. In fact, it would have been unusual to rely on manufacturer-provided instructions for passive or non-electronic hearing protection devices during my Army service to educate a technician or soldier on proper use.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Eric Fallon_   30 march 2020

Eric Fallon