## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON GOVERNMENT CONTRACTOR DEFENSE

Pursuant to Federal Rule of Civil Procedure 56 and Pretrial Order No. 26 [Dkt. 987], Plaintiffs respectfully move this Court for an order granting Plaintiffs summary judgment on Defendants' government contractor defense. As set forth in the accompanying memorandum of law, Plaintiffs are entitled to summary judgment on this affirmative defense as to all claims asserted in the Master Complaint [Dkt. 704]. This motion is based on the accompanying memorandum of law, declaration, and exhibits in support of Plaintiffs' motion for summary judgment, as well as all the files, records, and prior proceedings herein.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs do not believe that oral argument is necessary but are prepared to present any amount of oral argument that would assist the Court.

DATED: April 1, 2020

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Michael A. Sacchet, Chair of Law & Briefing
(Admitted Pro Hac Vice)
Minnesota State Bar No. 0395817
Ciresi Conlin LLP
225 South 6th Street, Suite 4600
Minneapolis, MN 55402
Tel.: (612) 361-8220
mas@ciresiconlin.com

**Counsel for Plaintiffs**

2

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 7.1(B) AND (C)

Pursuant to Local Rule 7.1(B) and (C), counsel for Plaintiffs certify that on January 28, 2020, among other dates, counsel for Plaintiffs and Defendants met and conferred in good faith. They agreed to file cross-motions for summary judgment on the government contractor defense.

*s/ Bryan F. Aylstock*
Bryan F. Aylstock

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 1, 2020, I caused a copy of the foregoing to be

filed through the Court's CM/ECF system, which will serve all counsel of record.

*s/ Bryan F. Aylstock*
Bryan F. Aylstock
