## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## DECLARATION OF MICHAEL A. SACCHET IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON GOVERNMENT CONTRACTOR DEFENSE

1.      My name is Michael A. Sacchet, and I am a partner at Ciresi Conlin LLP. I am a member of the Plaintiffs' Steering Committee. I am also the Chair of the Law, Briefing, and Legal Drafting Committee.

2.      Attached hereto as PX1 is a true and correct copy of a letter from Elliott Berger to Dr. Armand Dancer, dated June 23, 1993, bearing Bates No. 3M_MDL000712631.

3.      Attached hereto as PX2 is a true and correct copy of United States Patent No. 6,068,079, dated May 30, 2000, bearing Bates Nos. 3M_MDL000183314–17.

4.      Attached hereto as PX3 is a true and correct copy of United States Patent No. 4,867,149, dated September 19, 1989, which is an excerpt of a larger file bearing Bates No. 3M_MDL000779978.

5.      Attached hereto as PX4 is a true and correct copy of Johnson, *Blast Overpressure Studies*, bearing Bates Nos. 3M_MDL000014015–292.

6.      Attached hereto as PX5 is a true and correct copy of an email from Dr. Armand Dancer to Elliott Berger, dated July 4, 1997, bearing Bates Nos. 3M_MDL000013024–26.

7.      Attached hereto as PX6 is a true and correct copy of United States Patent No. 5,936,208, dated August 10, 1999, bearing Bates Nos. 3M_MDL000019173–79.

8.      Attached hereto as PX7 is a true and correct copy of Aearo meeting notes, dated December 16, 1997, bearing Bates No. 3M_MDL000425673.

9.      Attached hereto as PX8 is a true and correct copy of an Aearo memo from Elliott Berger to Brian Myers, dated December 24, 1997, bearing Bates No. 3M_MDL000434810.

10.     Attached hereto as PX9 is a true and correct copy of excerpts from the deposition transcript of Douglas Ohlin in *3M Co. v. Moldex-Metric, Inc.*, 12-cv-611 (D. Minn.), dated April 24, 2013.

11.     Attached hereto as PX10 is a true and correct copy of excerpts from the 30(b)(6) portion of the deposition transcript of Brian Myers, dated December 13, 2019.

12.     Attached hereto as PX11 is a true and correct copy of excerpts from the deposition transcript of Richard Knauer, dated December 17, 2019.

13.     Attached hereto as PX12 is a true and correct copy of a document titled Project Summary Sheet, dated July 16, 1998, and revised November 18, 1999, bearing Bates No. 3M_MDL000591210.

14.     Attached hereto as PX13 is a true and correct copy of a document titled Combat Arms Earplugs (CAE) Sales Review – April 11 – Notes, created April 7, 2014, bearing Bates Nos. 3M_MDL000277772–74.

15.     Attached hereto as PX14 is a true and correct copy of a document regarding the appointment of Elliott Berger as T6 – Division Scientist at 3M, bearing Bates No. 3M_MDL000343622.

16.     Attached hereto as PX14A is a true and correct copy of an email from Doug Moses to Jason Jones, dated August 24, 2011, bearing Bates Nos. 3M_MDL000826701–10.

17.     Attached hereto as PX15 is a true and correct copy of excerpts from the deposition transcript of Brian Myers, dated December 12 and 13, 2019.

18.     Attached hereto as PX16 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Elliott Berger, dated December 12, 2019.

19.     Attached hereto as PX17 is a true and correct copy of Aearo drawings, including the Combat Arms Earplug Assembly, bearing Bates Nos. 3M_MDL000017774–84.

20.     Attached hereto as PX18 is a true and correct copy of excerpts from the deposition transcript of Timothy McNamara, dated March 11, 2020.

21.     Attached hereto as PX19 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Douglas Moses, dated October 17, 2019.

22.     Attached hereto as PX20 is a true and correct copy of an email from Elliott Berger to Brian Myers, dated November 19, 1999, bearing Bates No. 3M_MDL000257805.

23.     Attached hereto as PX21 is a true and correct copy of Aearo's Test 213015 of the closed end of the CAEv2, dated January 25, 2000, bearing Bates No. 3M_MDL000313390.

24.     Attached hereto as PX22 is a true and correct copy of Aearo's Test 213016 of the open end of the CAEv2, dated January 25, 2000, bearing Bates Nos. 3M_MDL000057209–12.

25.     Attached hereto as PX23 is a true and correct copy of excerpts from the deposition transcript of Lorraine Babeu, Ph.D., dated March 10, 2020.

26.     Attached hereto as PX24 is a true and correct copy of excerpts from the deposition transcript of Elliott Berger in *Moldex-Metric, Inc. v. 3M Co.*, 14-cv-01821 (D. Minn.), dated October 8, 2015.

27.     Attached hereto as PX25 is a true and correct copy of excerpts from the deposition transcript of Ronald Kieper, dated December 19 and 20, 2019.

28.     Attached hereto as PX26 is a true and correct copy of excerpts from the deposition transcript of Elliott Berger, dated December 10 and 11, 2019.

29.     Attached hereto as PX27 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Elliott Berger, dated November 13, 2019.

30.     Attached hereto as PX28 is a true and correct copy of excerpts from the deposition transcript of Ronald Kieper in *Moldex-Metric, Inc. v. 3M Co.*, 14-cv-01821 (D. Minn.), dated October 9, 2015.

31.     Attached hereto as PX29 is a true and correct copy of Aearo's Test 213017 of the closed end of the CAEv2, dated May 9, 2000, bearing Bates No. 3M_MDL000005365–68.

32.     Attached hereto as PX30 is a true and correct copy of excerpts from the deposition transcript of Robert Falco, dated February 12, 2020.

33.     Attached hereto as PX31 is a true and correct copy of excerpts from the deposition transcript of Jeffrey Hamer in *Moldex-Metric, Inc. v. 3M Co.*, 14-cv-01821 (D. Minn.), dated October 7, 2015.

34. Attached hereto as PX32 is a true and correct copy of an email from Elliott Berger to Brian Myers, dated May 12, 2000, bearing Bates No. 3M_MDL000258590.

35. Attached hereto as PX33 is a true and correct copy of Kieper & Berger, *How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug* (July 10, 2000) ("Flange Report"), bearing Bates Nos. 3M_MDL000728811–16.

36. Attached hereto as PX34 is a true and correct copy of excerpts from the deposition transcript of D. Garrad Warren, III, dated January 23, 2020.

37. Attached hereto as PX35 is a true and correct copy of excerpts from the deposition transcript of Marc Santoro, dated December 3, 2019.

38. Attached hereto as PX36 is a true and correct copy of a spreadsheet titled Combat Sales History 1999-2009, created May 31, 2012, bearing Bates No. 3M_MDL000803138.

39. Attached hereto as PX37 is a true and correct copy of Solicitation No. SP0200-06-R-4202 ("MPID"), dated August 4, 2006, bearing Bates Nos. 3M_MDL000000013–77.

40. Attached hereto as PX38 is a true and correct copy of an email from Brian Myers to Kay Mckenzie Chaussee, dated October 8, 2015, bearing Bates No. 3M_MDL000332111.

41.     Attached hereto as PX39 is a true and correct copy of excerpts from the deposition transcript of Ted Madison, dated December 10, 2019.

42.     Attached hereto as PX40 is a true and correct copy of a Department of the Army Law Enforcement Report, dated December 13, 2018, bearing Bates Nos. CID File0001–6.

43.     Attached hereto as PX41 is a true and correct copy of a text message from Doug Moses to Jason Jones, dated July 30, 2018, bearing Bates No. 3M_MDL000623882.

44.     Attached hereto as PX42 is a true and correct copy of a Department of the Air Force Memorandum, dated July 30, 2019, bearing Bates No. CTRL_3M_TOUHY00002040.

45.     Attached hereto as PX43 is a true and correct copy of excerpts from the deposition transcript of LTC John Merkley, dated February 26, 2020.

46.     Attached hereto as PX44 is a true and correct copy of excerpts from the deposition transcript of Special Agent Jennifer Coleman, dated March 3, 2020.

47.     Attached hereto as PX45 is a true and correct copy of excerpts from the deposition transcript of Peter Murphy, dated January 29, 2020.

48.     Attached hereto as PX46 is a true and correct copy of a demonstrative bar graph titled Sales of the Combat Arms Version 2, 1999-2010, dated January 29, 2020, based on Bates No. 3M_MDL000393647, and marked Murphy Ex. 21.

49.     Attached hereto as PX47 is a true and correct copy of a spreadsheet titled Analysis for Doug Moses and Brian Myers.xlsx, created October 4, 2019, bearing Bates No. 3M_MDL000393647.

50.     Attached hereto as PX48 is a true and correct copy of emails between Doug Moses and Bill Pearson, dated September 2009, bearing Bates Nos. 3M_MDL000348499–508.

51.     Attached hereto as PX49 is a true and correct copy of excerpts from the deposition transcript of Brian McGinley, dated December 20, 2019.

52.     Attached hereto as PX50 is a true and correct copy of the Section 845 Prototype Agreement between The Aearo Company and the U.S. Army Research Laboratory for the CAEv3, created November 23, 2005, bearing Bates No. 3M_MDL000689903.

53.     Attached hereto as PX51 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Brian Myers, dated October 18, 2019.

54.     Attached hereto as PX52 is a true and correct copy of a document titled Aearo Development Project Summary Sheets, dated August 16, 2001, bearing Bates No. 3M_MDL000254204.

55.     Attached hereto as PX53 is a true and correct copy of an email from Douglas Ohlin to Marion Burgess, dated March 14, 2006, bearing Bates No. 3M_MDL000527305.

56.     Attached hereto as PX54 is a true and correct copy of Military Specification MIL-P-37407B, dated November 8, 1985, bearing Bates Nos. 3M_MDL000188595–606.

57.     Attached hereto as PX55 is a true and correct copy of excerpts from the deposition transcript of Elliott Berger, dated December 12, 2019.

58.     Attached hereto as PX56 is a true and correct copy of emails with the subject line "Clarification of Contacts Permissible in First Year Post Retirement," dated August 2007, bearing Bates No. 3M_MDL000456625.

59.     Attached hereto as PX57 is a true and correct copy of a memorandum titled Request for National Stock Number (NSN) and Bulk Purchase of Combat Arms Earplug, to Staff Director from Doug Ohlin, bearing Bates Nos. 3M_MDL000039900–04.

60.     Attached hereto as PX58 is a true and correct copy of a spreadsheet titled DTO Export 20171112.xlsx, bearing Bates No. 3M_MDL000696204.

61.     Attached hereto as PX59 is a true and correct copy of a letter from Aearo's CEO Michael McLain, dated November 27, 2002, bearing Bates No. 3M_MDL000332847.

62.     Attached hereto as PX60 is a true and correct copy of excerpts from the deposition transcript of Jeffrey Hamer, dated December 18, 2019.

9

63.     Attached hereto as PX61 is a true and correct copy of excerpts from the deposition transcript of Douglas Moses, dated December 5, 2019.

64.     Attached hereto as PX62 is a true and correct copy of excerpts from the deposition transcript of Frank Gavin, dated January 29, 2020.

65.     Attached hereto as PX63 is a true and correct copy of Aearo's 2010 "fitting tip" for the CAEv2, bearing Bates Nos. 3M_MDL000023463–64.

66.     Attached hereto as PX64 is a true and correct copy of USACHPPM, *Personal Hearing Protective Devices: Their Fitting, Care and Use* (March 2006), bearing Bates No. 3M_MDL000345123.

67.     Attached hereto as PX65 is a true and correct copy of excerpts from the deposition transcript of Mike Cimino, dated December 11, 2019.

68.     Attached hereto as PX66 is a true and correct copy of a 3M Personal Safety Division Release Specification, created January 29, 2013, bearing Bates No. 3M_MDL000531885.

69.     Attached hereto as PX67 is a true and correct copy of excerpts from the deposition transcript of Martin Salon, dated January 29, 2020.

70.     I swear under penalty of perjury that the foregoing is true and correct.


DATED: April 1, 2020                    s/ Michael A. Sacchet
                                        Michael A. Sacchet
                                        Chair of Law & Briefing
                                        (Admitted Pro Hac Vice)
                                        Minnesota State Bar No. 0395817

Ciresi Conlin LLP
225 South 6th Street, Suite 4600
Minneapolis, MN 55402
Tel.: (612) 361-8220
mas@ciresiconlin.com