# PX30

Confidential - Pursuant to Protective Order

Page 328

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. |
| EARPLUG PRODUCTS | ) | 3:19md2885 |
| LIABILITY LITIGATION | ) | |
| _____ | ) | Judge M. Casey |
| | ) | Rodgers |
| THIS DOCUMENT RELATES | ) | Magistrate Judge |
| TO ALL CASES | ) | Gary R. Jones |

WEDNESDAY, FEBRUARY 12, 2020
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
CONTAINS AN ATTORNEYS' EYES ONLY PORTION

- - -

Videotaped deposition of Robert Falco, Volume II, held at the J.W. Marriott 10 South West Street, Room 208, Indianapolis, Indiana, commencing at 8:59 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter and Certified Realtime Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Golkow Litigation Services - 877.370.DEPS

Page 329

```
 1            A P P E A R A N C E S :
 2
        AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
 3      PLLC
        BY:  NEIL OVERHOLTZ
 4           noverholtz@awkolaw.com
        17 East Main Street
 5      Pensacola, Florida  32502
        (850) 202-1010
 6
 7      and
 8
        LAMINACK, PIRTLE & MARTINES, LLP
 9      BY:  THOMAS PIRTLE
        5020 Montrose Boulevard, 9th Floor
10      Houston, Texas  77006
        (713) 292-2750
11
12      and
13
        PULASKI LAW FIRM, PLLC
14      BY:  KATHERINE CORNELL
        2925 Richmond Avenue, Suite 1725
15      Houston, Texas  77098
        (888) 472-6814
16
17      and
18
        CLARK, LOVE & HUTSON, PLLC
19      BY:  EMILY MARLOWE
             emarlowe@triallawfirm.com
20      440 Louisiana Street, Suite 1600
        Houston, Texas  77002
21      (713) 757-1400
22
        and
23
24
25
```

Confidential - Pursuant to Protective Order

Page 330

```
 1      QUINN EMANUEL URQUHART & SULLIVAN, LLP
        BY:   ADAM WOLFSON
 2            adamwolfson@quinnemanuel.com
              MATTHEW HOSEN
 3            matthosen@quinnemanuel.com
        865 South Figueroa Street, 10th Floor
 4      Los Angeles, California  90017
        (213) 443-3000
 5
 6      and
 7
        BURNETT LAW FIRM
 8      BY:   KAREN SCHROEDER
              karen.schroeder@rburnettlaw.com
 9      3737 Buffalo Speedway, Suite 1850
        Houston, Texas  77098
10      (832) 413-4410
11
        and
12
13      TRACEY & FOX
        BY:   LAWRENCE TRACEY
14            ltracey@traceylawfirm.com
              (VIA TELECONFERENCE)
15      440 Louisiana Street, Suite 1901,
        Houston, Texas  77002
16      (713) 495-2333
        Counsel for Plaintiffs
17
18
19      KIRKLAND & ELLIS LLP
        BY:   SIERRA ELIZABETH
20            sierra.elizabeth@kirkland.com
        333 South Hope Street
21      Los Angeles, California  90071
        (213) 680-8122
22
23      and
24
25
```

Golkow Litigation Services - 877.370.DEPS

Confidential - Pursuant to Protective Order

Page 331

```
 1        KIRKLAND & ELLIS LLP
          BY:  THOMAS A. WILSON
 2             taxi.wilson@kirkland.com
          300 North LaSalle
 3        Chicago, Illinois  60654
          (312) 862-2000
 4        Counsel for 3M Defendants
 5
 6        LEWIS WAGNER LLP
          BY:  A. RICHARD M. BLAIKLOCK
 7             rblaiklock@lewiswagner.com
          501 Indiana Avenue, Suite 200
 8        Indianapolis, Indiana  46202-6150
          (317) 237-0500
 9        Counsel for Robert Falco
10
11   ALSO PRESENT:
          CHUCK HUNGER, paralegal,
12        Laminack, Pirtle & Martines, LLP
13        COREY SMITH, trial technician,
          Golkow Litigation Services
14
15   V I D E O G R A P H E R :
          DAVID LANE,
16        Golkow Litigation Services
17
                         - - -
18
19
20
21
22
23
24
25
```

Page 648

1                MS. ELIZABETH:  Sorry, one
2        second.
3                THE WITNESS:  Excuse me?
4    QUESTIONS BY MR. OVERHOLTZ:
5        Q.    Yes, sir.
6              Were there ever any drawings --
7                MS. ELIZABETH:  Can I just get
8        one second?  Because I think you said
9        he made the plastic stem.
10               Okay.  Objection.  Form.
11               MR. OVERHOLTZ:  I said he made
12       the parts.  That's what he said.
13       Anyway, it doesn't matter.
14   QUESTIONS BY MR. OVERHOLTZ:
15       Q.    You recall going through these
16   drawings, right?  Earlier exhibit?
17       A.    Yes.
18       Q.    Were there any drawings made by
19   you or Marc Doty that showed those flanges
20   folded back on the Combat Arms plug?
21       A.    On the Combat Arms plug?
22               MS. ELIZABETH:  Objection.
23       Form.
24   QUESTIONS BY MR. OVERHOLTZ:
25       Q.    Yes.

```
 1        A.     Not that I remember.
 2        Q.     You never designed a version of
 3   the plug that would have the flanges folded
 4   back, right?
 5              MS. ELIZABETH:  Objection.
 6        Form.
 7              THE WITNESS:  I don't recall
 8        that, no.
 9   QUESTIONS BY MR. OVERHOLTZ:
10        Q.     Did you do any testing, ever,
11   of the Combat Arms plug with the flanges
12   folded back?
13        A.     Me personally?
14        Q.     Yes.
15        A.     No.
16        Q.     Were you aware of any testing
17   done on the Combat Arms plug as far as the --
18   what it means to the material and the quality
19   of the material and strength of the material
20   from a manufacturing perspective if the
21   flanges are folded back?
22              MS. ELIZABETH:  Objection.
23        Form.  Compound.  Foundation.
24              THE WITNESS:  I don't recall
25        any of -- anything like that.
```

Confidential - Pursuant to Protective Order

Page 650

1  QUESTIONS BY MR. OVERHOLTZ:
2       Q.   You said the flanges were made
3  out of some kind of elastomer; is that right?
4       A.   Yes.
5       Q.   Did you ever do any testing of
6  the elastomer and what would happen to the
7  elastomer as far as whether it could tear or
8  crack if the flanges were folded back?
9       A.   Any testing of it?
10      Q.   Yeah.
11      A.   No.
12      Q.   In your design of the Combat
13 Arms version 3 and then version 4 that you
14 designed, right?
15      A.   Yes.
16      Q.   On those plugs, did you ever
17 design any of them for having the flanges
18 folded back?
19      A.   Not that I remember.
20      Q.   And when you worked on the
21 UltraFit -- that was your design as well, the
22 UltraFit plug, right?
23      A.   Yes.
24      Q.   Did you ever design the
25 UltraFit plug, ever do any drawings with the

Confidential - Pursuant to Protective Order

Page 651

1  flanges of the UltraFit folded back?
2       A.    Not that I can recall.
3       Q.    In fact, I found a version of
4  Exhibit 20 from yesterday with the pictures
5  where you could see them.
6             Do you remember going through
7  this exhibit regarding the defects, defects
8  not allowed?
9             MS. ELIZABETH:  Objection.
10       Form.
11             THE WITNESS:  I remember that,
12       yes.
13  QUESTIONS BY MR. OVERHOLTZ:
14       Q.    All right.  And in fact -- so
15  these defects, when the flanges are folded
16  back, those are defects that aren't even
17  allowed according to 3M's documents, right?
18             MS. ELIZABETH:  Objection.
19       Form.  Foundation.
20             THE WITNESS:  Those three
21       pictures that you have there, those --
22       what they are is when the cavity of a
23       tool didn't completely -- the plug
24       didn't completely come out of the
25       cavity and another cavity was shot

Page 652

```
 1        over it.  So that's like two plugs
 2        rammed together.
 3             So that's a distortion of the
 4        plug because it was, you know,
 5        double-injected.
 6   QUESTIONS BY MR. OVERHOLTZ:
 7        Q.   And that was a defect that's
 8   not allowed, right?
 9             MS. ELIZABETH:  Objection.
10        Form.
11   QUESTIONS BY MR. OVERHOLTZ:
12        Q.   It would be considered a defect
13   if that happened?
14             MS. ELIZABETH:  Same objection.
15             THE WITNESS:  It was an
16        obvious, you know, malfunction of the
17        tool to cause that.  The part was not
18        molded like that.
19   QUESTIONS BY MR. OVERHOLTZ:
20        Q.   There's never been a mold of a
21   Combat Arms plug or an UltraFit plug that
22   would mold it so that the flanges would fold
23   back?
24             MS. ELIZABETH:  Objection.
25        Form.  Vague and confusing.
```

Confidential - Pursuant to Protective Order

Page 653

1              THE WITNESS:  Not that I'm
2      aware of.
3  QUESTIONS BY MR. OVERHOLTZ:
4      Q.     It wasn't designed that way?
5              MS. ELIZABETH:  Objection.
6      Form.  Foundation.
7              THE WITNESS:  Not that I'm
8      aware of.
9              (Falco Exhibit 67 marked for
10     identification.)
11 QUESTIONS BY MR. OVERHOLTZ:
12     Q.     Okay.  Let me show you what
13 we'll mark as Exhibit Number 67.
14             So I've shown you what we've
15 marked as Exhibit 67, which is
16 Plaintiff's 2370.  And this is a performance
17 assessment from 2006.  Supervisor is listed
18 as Klun and Knauer.
19             Do you see that?
20     A.     Yes.
21     Q.     Okay.  And under Section A
22 under Performance Assessment, it talks about
23 major accomplishments.
24             Do you see that?
25     A.     Yes.