# PX42



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS UNITED STATES AIR FORCE
WASHINGTON DC

30 Jul 19

MEMORANDUM FOR 43EX/4B0X/CIVILIAN PERSONNEL

FROM:  HQ USAF/SG3PB
       7700 Arlington Blvd
       Falls Church, VA 22042

SUBJECT:  Removal of 3M Dual-Ended Combat Earplugs from Inventory; National Item Identification Number (NIIN):  6515-01-466-2710

    Please verify with all shops on the Hearing Conservation Program and all shops that use hearing protection that any 3M Dual-Ended Combat Earplugs are not being used for hearing protection purposes.  These earplugs were found to be defective.  The Air Force stopped purchasing these items from 3M in 2016, however inventory may remain.

    While it is highly unlikely that these earplugs remain in the inventory, we need each base to verify that this is indeed the case.  Please respond back through your MAJCOM SGPB by 30 Aug 19 when you have completed this task.  My point of contact for this tasker is Major Kevin Whitney, Chief of Occupational Health Operations and he can be reached at kevin.n.whitney.mil@mail.mil or (703) 681-7626 with any questions or concerns.

VIETAS.JAY.A.1005440382
Digitally signed by VIETAS.JAY.A.1005440382
Date: 2019.08.01 07:56:57 -04'00'

JAY A. VIETAS, Col, USAF, BSC
Associate Chief, Bioenvironmental Engineering
Air Force Medical Readiness Agency