# PX62

Confidential - Pursuant to Protective Order

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO ALL CASES | Case No. 3:19md2885 Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

      Videotaped Deposition of FRANK C. GAVIN, held at the Scottsdale Marriott Suites Old Town, 7325 East 3rd Avenue, Scottsdale, Arizona, commencing at 9:32 a.m., on the 29th of January, 2020, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, Certified Shorthand Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

Page 2

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFFS:
 4     BY: ADAM WOLFSON, ESQ.
 5         QUINN EMANUEL URQUHART & SULLIVAN LLP
 6         865 South Figueroa Street
 7         Los Angeles, California 90017
 8         213-443-3000
 9         adamwolfson@quinnemanuel.com
10             -and
11     BY: MATTHEW HOSEN, ESQ.
12         QUINN EMANUEL URQUHART & SULLIVAN LLP
13         600 University Street
14         Seattle, Washington 98101
15         206-905-7004
16
17   FOR THE DEFENDANTS:
18     BY: F. CHADWICK MORRISS, ESQ.
19         KIRKLAND & ELLIS LLP
20         1301 Pennsylvania Avenue, N.W.
21         Washington, DC 20004
22         202-389-5996
23         chad.morriss@kirkland.com
24             -and-
```

Golkow Litigation Services - 877.370.DEPS

Confidential - Pursuant to Protective Order

Page 3

1  APPEARANCES (Continued):
2
3  FOR THE DEFENDANTS:
4    BY: TABITHA De PAULO, ESQ.
5        KIRKLAND & ELLIS LLP
6        609 Main Street
7        Houston, Texas 77002
8        713-836-3361
9        tabitha.depaulo@kirkland.com
10
11 Videographer:  Dan Lawlor
12
13 Trial Technician:  Corey Smith
14
15
16
17
18
19
20
21
22
23
24

Confidential - Pursuant to Protective Order

Page 92

```
 1        Q.    Right.
 2        A.    It would be the largest of the
 3   three?
 4        Q.    This is part of our questions,
 5   you know.  Were there any instructions, one,
 6   two, all three?
 7        A.    Oh, no, sir, I have no idea.
 8              MR. MORRISS:  So when you get
 9         to a place, we've been about an hour
10         and a half.  That's what I was trying
11         to get to.
12              MR. WOLFSON:  Sure.
13   BY MR. WOLFSON:
14        Q.    Were you ever shown something
15   within Aearo called a flange report?
16        A.    The flange report?
17        Q.    Yes, sir.
18        A.    No, sir.
19        Q.    No.
20              And did you ever interact with
21   Elliott Berger about the Combat Arms
22   earplugs?
23        A.    I met Elliott once.
24        Q.    Okay.  In what context?
```