**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS<br>PRODUCTS LIABILITY LITIGATION | Case No: 3:19-md-2885 |
| This Document Relates to:<br>Kizziah, 20-5349 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pre-trial order No. 3, Case Management order 1, and the Northern District of Florida Local Rules 11.1, I, Katie L. Merrill hereby move this Court for an Order of Admission to Practice pro had vice in the above styled case, and in support there of state as follows:

1. Movant resides in Washington State and is not a resident of the state of Florida.

2. Movant is admitted to practice and is a member in good standing with the Washington State Bar Association and admitted to practice and is a member in good standing with the Idaho State Bar. Letters of good standing from each state bar is attached hereto as Exhibit A and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and local rule 11.1, and the attorney admission memo, Movant has reviewed the local rules of this district, complete the online Attorney Admission Tutorial (Confirmation Number: FLND15856817473213) and completed the CM/ECF online tutorials

4. Movant has paid the required $201.00 pro hac vice admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiff in the following action was direct filed on 4/2/2020 Jack *Kizziah v. 3M company, 3:20-cv-5349*

Wherefore, Katie L. Merrill, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiff and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated April 2, 2020

>Respectfully submitted,
>By: /s/ Katie L. Merrill
>ELLIOTT LAW GROUP, PLLC
>Katie L. Merrill
>Washington State Bar # 49751
>920 N Argonne Rd., Suite 110
>Spokane Valley, WA 99212
>Telephone: (509) 891-4301

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 23, 2020 and served electronically on all counsel of record.

/s/ Katie L. Merrill

Katie L. Merrill

Exhibit A

# CERTIFICATION OF CURRENT STATUS

April 2, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Katie Lanette Merrill**, license no. **49751** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **October 9, 2015** and is, as of the date of this certificate, a(n) **Active lawyer** of the Washington State Bar Association who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# CERTIFICATE OF GOOD STANDING

## Katie L. Merrill

This is to certify that Katie L. Merrill is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Ms. Merrill was admitted to the Idaho State Bar by examination on May 4, 2017 and has been an Active member since admission.

April 1, 2020
Date

Diane K. Minnich, Executive Director

**I.B.C.R. 301. Definitions.**

\* \* \*

(i) **Good Standing.** The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.

\* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax: (208) 334-2764