**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT EARPLUGS
PRODUCTS LIABILITY LITIGATION

Case No: 3:19-md-2885

This Document Relates to:
Kizziah, 20-5349

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

---

**Notice of Appearance for**

**Katie L. Merrill**

---

      Katie L. Merrill, of Elliott Law Group, PLLC, hereby enters an appearance as counsel for

an individual Plaintiff in an action which  was filed directly in the U.S. District Court for the

Northern District of  Florida on 4/2/2020, bearing case number 3:20-cv-5349 and styled Jack

Kizziah v. 3M Company, 3M occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate

LLC, Aearo LLC, and Aearo Technologies LLC, which is filed as part of MDL 3:19-md-2885.

      Dated April 2, 2020

                Respectfully submitted,
                By: /s/ Katie L. Merrill
                  ELLIOTT LAW GROUP, PLLC
                  Katie L. Merrill
                  Washington State Bar # 49751
                  920 N Argonne Rd., Suite 110
                  Spokane Valley, WA 99212
                  Telephone: (509) 891-4301

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 23, 2020 and served electronically on all counsel of record.


/s/ Katie L. Merrill

Katie L. Merrill

Exhibit A