UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |
|---|---|

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 3, 2020

Motion/Pleadings:  MOTION TO APPEAR *PRO HAC VICE*

Filed by  Katie L. Merrill     on  April 2, 2020         Doc. #  1074

Response _____ on _____ Doc. # _____

☐ Stipulated    ☐ Joint Pleading
☐ Unopposed    ☐ Consented

                        JESSICA J. LYUBLANOVITS
                        CLERK OF COURT

                        */s/ Kathy Rock*
                        Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 3rd day of April 2020.

                        *M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**