UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS EARPLUG   CASE NO.: 3:19-md-2885
PRODUCTS LIABILITY LITIGATION

Judge M. Casey Rodgers
This Document Relates to All Cases   Magistrate Judge Gary R. Jones
_____/

# NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Julie K. Kurtz, Esq., of CANAN LAW, files this Notice of Appearance as counsel for the following Plaintiffs in the above lawsuit:

*Jeremy Goldman and Angelica Goldman v. 3M, et al.*, Case No.: 3:20-cv-05269-MCR-GRJ

Counsel requests that all pleadings and correspondence be sent to her attention at the address below.

Respectfully submitted,

CANAN LAW

By:   \_\_\_/s/ Julie K. Kurtz_____
JULIE K. KURTZ
Florida Bar No. 0056165
jkurtz@cananlaw.com
1030 N. Ponce de Leon Blvd.
St. Augustine, FL 32084

1

>904-824-9402
>904-824-9269 - Fax
>Primary E-Mail - civil@cananlaw.com
>Attorney for Plaintiffs Jeremy & Angelica Goldman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2020, I electronically filed a true and correct copy of the foregoing Notice of Appearance via the Clerk of Court via the CM/ECF system which sent notice of the same to all counsel of record.

>CANAN LAW
>
>By:   \_\_\_/s/ Julie K. Kurtz_____
>         JULIE K. KURTZ
>         Florida Bar No. 0056165
>         jkurtz@cananlaw.com
>         1030 N. Ponce de Leon Blvd.
>         St. Augustine, FL 32084
>         904-824-9402
>         904-824-9269 - Fax
>         Primary E-Mail - civil@cananlaw.com
>         Attorney for Plaintiffs Jeremy & Angelica Goldman