**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS<br>PRODUCTS LIABILITY LITIGATION | Case No: 3:19-md-2885 |
| This Document Relates to:<br>Degiso, 20-5360 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pre-trial order No. 3, Case Management order 1, and the Northern District of Florida Local Rules 11.1, I, Nathaniel B. Morse, hereby move this Court for an Order of Admission to Practice *Pro Hac Vice* in the above styled case, and in support thereof state as follows:

1. Movant resides in New Hampshire and is not a resident of the state of Florida.

2. Movant is admitted to practice and is a member in good standing with the New Hampshire Bar Association. A copy of a Letter of Good Standing from the State of New Hampshire dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3, Local Rule 11.1, and the attorney admission memo, Movant has reviewed the local rules of this district, completed the online Attorney Admission Tutorial (Confirmation Number: FLND15853375603204) and completed the CM/ECF online tutorials.

4. Movant has paid the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiff in the following action, which was direct filed on April 6, 2020: *Steven Degiso v. 3M company, 3:20-cv-5360*

Wherefore, Nathaniel B. Morse, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiff and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

Dated: April 9, 2020	By: */s/ Nathaniel B. Morse*
Nathaniel B. Morse (N.H. Bar No. 266188)
P.O. Box 3550
Concord, New Hampshire 03302-3550
Telephone: (603) 224-2381
Facsimile: (603) 223-2318

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 9, 2020 and served electronically on all counsel of record.

*/s/ Nathaniel B. Morse*
Nathaniel B. Morse

# Exhibit A



# NEW HAMPSHIRE BAR ASSOCIATION
*Equal Justice Under Law*

2 Pillsbury Street, Suite 300, Concord, New Hampshire 03301-3502
T 603-224-6942 | F 603-224-2910 | www.nhbar.org

**BOARD OF GOVERNORS**

**Officers**
EDWARD D. PHILPOT, JR.
*President*
DANIEL E. WILL
*President-Elect*
RICHARD C. GUERRIERO, JR.
*Vice President*
ROBERT R. HOWARD, III
*Secretary*
PETER E. HUTCHINS
*Treasurer*
DAVID W. McGRATH
*Immediate Past President*

**Governors-at-Large**
SANDRA L. CABRERA
*Colebrook*
JONATHAN M. ECK
*Manchester*
CHRISTINE M. HANISCO
*Concord*
CATHERINE E. SHANELARIS
*Nashua*
KATHLEEN M. MAHAN
*Manchester*

**Public Sector Governor**
LISA M. ENGLISH

**Out of State Governor**
JASON B. DENNIS

**County Governors**
KRISTIN G. FIELDS
*Belknap County*
JAMES P. COWLES
*Carroll County*
JOSEPH D. STEINFIELD
*Cheshire County*
SCOTT J. WHITAKER
*Coos County*
MARCIE A. HORNICK
*Grafton County*
LESLIE C. NIXON
*Hillsborough County - North*
DONALD H. SIENKIEWICZ
*Hillsborough County - South*
JOHN A. CURRAN
*Merrimack County*
SUSAN AILEEN LOWRY
*Rockingham County*
CHRISTOPHER T. REGAN
*Strafford County*
GEOFFREY M. GALLAGHER
*Sullivan County*

**Executive Staff**
GEORGE R. MOORE, ESQ.
*Executive Director*
VIRGINIA A. MARTIN
*Associate Executive Director for Legal Services*
JOANNE M. HINNENDAEL
*Director of Professional Development & Member Services*
PAULA D. LEWIS
*Director of Business Operations*
JENNIFER M. PINCKNEY
*Director of Marketing & Strategic Communications*

March 27, 2020

TO WHOM IT MAY CONCERN:

This is to certify that:

| | |
|---|---|
| Name: | Nathaniel B. Morse |
| | Concord, NH |
| Bar ID #: | 266188 |
| Current Status: | ACTIVE |
| Date of Admission: | November 30, 2017 |

is a member in good standing with the New Hampshire Bar Association, meaning the member's Association Dues and Court Fees are current; the member has taken the required Continuing Legal Education courses; and the member has affirmed that his/her Trust Accounts are in good order.

Sincerely,

*Michele Gilbert*

Michele L. Gilbert
Member Records Coordinator


STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 27th day of March 2020 by Michele L. Gilbert.

*Pamela Sharp*

PAMELA SHARP, Notary Public
My Commission Expires September 7, 2021

*Supporting Members of the Legal Profession and Their Service to the Public and Justice System*