# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 32
### Amendment to Pretrial Order No. 31

On March 18, 2020, the Court entered Pretrial Order No. 31, ECF No. 1046, establishing the reappointment application process for the plaintiff leadership team. On further consideration, and consistent with the manner in which initial leadership applications were submitted, the Court hereby amends Pretrial Order No. 31 to require that applications for reappointment be submitted to chambers at flnd_rodgers@flnd.uscourts.gov, for *in camera* review, by close of business on April 22, 2020. The applications should not be filed on the public MDL docket. All other provisions of Pretrial Order No. 31 remain unchanged.

**SO ORDERED**, on this 14th day of April, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**