# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

## DECLARATION OF COLE CARTER

I, Cole Carter, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois and am an associate with the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, counsel for Defendants 3M and Aearo Technologies LLC.

2. I am over the age of eighteen and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. Attached hereto as **DX1** is a true and correct copy of a letter sent from Armand Dancer and Pascal Hamery to Elliott Berger, dated June 9, 1997, and bearing Bates numbers DOD00000234.1 to DOD00000234.2.

4. Attached hereto as **DX2** is a true and correct copy of an email sent from G. Richard Price to Elliott Berger, dated December 9, 1997, and bearing Bates numbers 3M_MDL000476776.

5. Attached hereto as **DX3** is a true and correct copy of excerpts from a spreadsheet detailing individual sales of the Combat Arms earplugs, marked as Exhibit 4 of the October 17, 2019 deposition of Douglas Moses.  It was produced at Bates number 3M_MDL000393647.

6. Attached hereto as **DX4** is a true and correct copy of excerpts from the transcript of the October 18, 2019 and December 13, 2019 depositions of Brian Myers.

7. Attached hereto as **DX5** is a true and correct copy of an email sent from Timothy McNamara to Doug Ohlin, dated September 27, 2004, and bearing Bates numbers 3M_MDL000257880 to 3M_MDL000257881.

8. Attached hereto as **DX6** is a true and correct copy of excerpts from the transcript of the October 17, 2019 deposition of Douglas Moses.

9. Attached hereto as **DX7** is a true and correct copy of excerpts from the transcript of the February 26, 2020 deposition of LTC John Merkley.

10. Attached hereto as **DX8** is a true and correct copy of excerpts from the transcript of the December 19, 2019 deposition of Ronald Kieper.

11. Attached hereto as **DX9** is a true and correct copy of excerpts from the transcript of the March 3, 2020 deposition of Special Agent Jennifer Coleman.

12. Attached hereto as **DX10** is a true and correct copy of excerpts from the transcript of the December 3, 2019 deposition of Marc Santoro.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2020 in Chicago, Illinois

*Cole Carter /jp*
Cole Carter