DX1

Dr. A. Dancer and Dr. P. Hamery                              June 9, 1997
French-German Research Institute of Saint-Louis (ISL)
5 rue du Général Cassagnou, BP 34
68301 SAINT-LOUIS Cedex, France
phone : (33) 3-89-69-50-94, fax: (33) 3-89-69-50-02, e-mail: dancer@nucleus.fr

to

Dr. Elliott Berger
AEARO Company
7911 Zionsville Road
INDIANAPOLIS, IN 46268-1657, USA
phone: (1) 317 692 3066 - 3031, fax: (1) 317 692 3116,
e-mail: 73142.2143@compuserve.com

copy to: Dr. D. Ohlin, Edgewood


Dear Elliott,


The field experiments of the last week went well. 28 soldiers were exposed to 30
rounds of FAMAS (French assault rifle, cal. 0.223) in prone position by groups of 4
(free field, 5 seconds interval, at a distance of about 3 meters one from each other).
The first day, half of the soldiers wore the classical pink foam plug: Howard Leight,
the other half wore your perforated Ultrafit with the ISL filter. The fitting of all the
plugs was controlled immediately before the exposure. None of the soldiers wearing
the Ultrafit plug exhibited TTS larger than 10 dB at any frequency, either 5 minutes or
1 hour after the exposure. 25% of the soldiers wearing the Howard Leight plugs
presented some TTS (10 to 25 dB) at one or several audiometric frequencies. We think
that the TTS observed on the subjects equipped with the Howard Leight plugs are due
to the fact that these plugs have a tendency to go out of the earcanal during the noise
exposure because of their shape, the movements of the head, of the jaw...  .
The second day the same experiment was performed but the soldiers exchanged their
plugs. We found essentially the same results during this second day (very good
performance of the nonlinear Ultrafit plugs).
Then, the Ultrafit plugs with the ISL filter look efficient, easy to insert (with the new
diameter of our filter) and they stay well in place into the earcanal. Moreover, people
are very pleased to be able to hear the orders and the environmental noises when
shooting.
Another series of 28 soldiers will be tested along the same paradigm next week.

The final testing will be this one using 120mm mortar firing with the maximum charge
(it is scheduled for October in Canjuers, south of France, and we hope that some US
people - Dr. Berger, Dr. Ohlin, Dr. Garinther, Dr. Johnson...?  - will be able to attend
this experiment: if you plan to do so, please contact me and Lt-Cl K'vella at the STAT,
Satory).
As a conclusion of this experiment, the French Forces are very much interested in
getting these plugs as soon as possible for their soldiers.
They intend to invite bids for this equipment within one or two months.

Would it be possible for you to give us an indication (nothing official) concerning the
selling price of these plugs. For example, if a French firm was able to sell to you each
assembled filter for about 18 cents (VAT included, customs rights not included), i.e.,
36 cents for the nonlinear filters for one pair of earplugs, what would be your price for
the final product: i.e.,  one pair of perforated Ultrafit with ISL filters inside. Would it

DOD00000234.1

be possible to have an _indication_ (not an official proposition because my demand is not an official one and it does not take into account the various commercial problems related to the intellectual and scientific properties of each component) for the following quantities:
- 12,500 pairs
- 50,000 pairs
- 100,000 pairs
- 200,000 pairs
- 500,000 pairs?

Of course, the most interesting device will be this one with the stem! Could you, in the same way and also according to an unofficial basis, give us analogous indications (if you have any) concerning the price of this more complete and versatile equipment?

A quick answer (within 2 weeks) would be very helpful. We understand perfectly that such information _does_ not commit AEARO as far as future officials answers to invite bids are concerned.

Sincerely Yours,


A. Dancer and P. Hamery