# DX2

```
FROM:   "Dr. G. Richard Price", INTERNET:dprice@ARL.MIL
TO:     Elliott Berger, EBerger
CC:     (unknown), INTERNET:ggarinth@ARL.MIL
        (unknown), INTERNET:jkalb@ARL.MIL
        (unknown), INTERNET:smcmulle@ARL.MIL
DATE:   12/9/97 10:07 AM

Re:     Re: more info
```

Sender: dprice@ARL.MIL
Received: from hel4.arl.mil (hel4.arl.mil [128.63.37.4])
          by hil-img-9.compuserve.com (8.8.6/8.8.6/2.9) with SMTP id KAA18258
          for <EBerger@compuserve.com>; Tue, 9 Dec 1997 10:02:26 -0500 (EST)
Received: from [128.63.34.30] by HEL4.ARL.MIL id aa22171; 9 Dec 97 9:58 EST
Message-Id: <2.2.32.19971209145801.006c584c@128.63.37.4>
X-Sender: dprice@128.63.37.4
X-Mailer: Windows Eudora Pro Version 2.2 (32)
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Date: Tue, 09 Dec 1997 09:58:01 -0500
To: Elliott Berger <EBerger@compuserve.com>
From: "Dr. G. Richard Price" <dprice@ARL.MIL>
Subject: Re: more info
Cc: smcmulle@ARL.MIL, jkalb@ARL.MIL, ggarinth@ARL.MIL

Elliott:

At the security office in Building 328 they will probably issue you an
"escort required" badge and give me a call (when you tell them that's who
you want to see). I'll stop by and escort you to and through the proper
gate and to the lab.

Building 328 used to be the old Ballistics Research Lab Building (now has a
blue cover over its front walk -- and you can park for a short time just on
the side of the street in front of it). It was just down the hall from the
security office that the first electronic computer was installed and used.

It turns out that the French will be arriving in the US on Monday afternoon,
so they'll be coming in at about the same time you are.

See you on Tuesday!

GRP

At 05:09 PM 12/8/97 -0500, you wrote:
>thanx for map and hotel list.
>
>my notes say "security office at 8:30"
>
>on the map I find Harford Gate, and a note that all visitors must register
>at bldg. 328. Is that the security office to which I should proceed?
>Also, will I then go to bldg. 520 which I have as your address, or
>elsewhere?
>
>thanx.
>
>

Confidential - Subject to Protective Order

3M_MDL000476776