# DX5

| | |
|---|---|
| **From:** | TIMOTHY MCNAMARA |
| **Sent:** | Monday, September 27, 2004 9:04 PM |
| **To:** | Douglas W Dr USACHPPM Ohlin |
| **Cc:** | BRIAN MYERS; FRANK GAVIN; MARTY SALON |
| **Subject:** | RE: Combat Arms Earplug |

Our GSA Schedule is with Tactical and Survival Specialties, Inc.  Their contract number is GS-07F-9123D and their phone number is 540-434-8974.  Hope this helps.

Timothy McNamara
Mgr. Military and Federal Gov't Sales
Aearo Company (Mfg. Peltor, EAR and AO Safety Products)
3049 W. US 52
New Palestine, IN  46163
317-861-1740


>>> "Ohlin, Douglas W Dr USACHPPM" <doug.ohlin@us.army.mil> 09/27/04
>>> 03:49PM >>>
Tim:

    This information was helpful in a briefing that had to be presented to our new Surgeon General. One of our taskings from this briefing was to develop a wallet-sized, laminated card for the combat arms earplug. In addition to instructions, we want to include ordering options on the back of the card. I believe you said you were also going to send the supplier's contact information that is in a GSA catalogue.
It would be appreciated for this card.

                                              Doug

-----Original Message-----
From: TIMOTHY MCNAMARA [mailto:timothy_mcnamara@aearo.com]
Sent: Thursday, September 16, 2004 6:54 AM
To: Ohlin, Douglas W Dr USACHPPM
Cc: BRIAN MYERS; FRANK GAVIN; MARTY SALON
Subject: Re: Combat Arms Earplug

Here are the numbers I promised.  These are from Oct. 1, 2003 to August 30, 2004.  They represent five  distinct procurement markets- open market (Brock Sales Co.) being the largest purchaser in open market), prime vendor (ADS and Amron Int'l),,  GSA (Tactical and Survival Specialties, Inc.) and the DSCP:  Here are the quantities:
Prime Vendor:  40,000 pairs
GSA:   32,500 pairs
Open Market:  154990 pairs
Defense Supply Center:  20217 pairs
Medical Market:  approximately 125,000 pairs.

The only way I can track military segments is what I have been actively involved in with those phone calls. Approximately 80,000 went to the Marines with  about 90% of the balance going to the Army.  The rest going to law enforcement, Coast Guard etc.
Hope this helps,

Confidential - Subject to Protective Order                                                                        3M_MDL000257880

There are plenty in stock awaiting last minute procurements.
Take care,

Timothy McNamara
Mgr. Military and Federal Gov't Sales
Aearo Company (Mfg. Peltor, EAR and AO Safety Products)
3049 W. US 52
New Palestine, IN 46163
317-861-1740


>>> "Ohlin, Douglas W Dr USACHPPM" <doug.ohlin@us.army.mil> 09/15/04 11:47AM >>>
Tim:

There is interest about the Combat Arms Earplug at the 3-star level. I really need to know some figures on approximately how many have been purchased by each service. I understand from your last visit that there are at least three sources, DLA, the vendor in your GSA catalogue and Brock Sales. We also discussed the contact information for the GSA source. Thanks.


Doug

Confidential - Subject to Protective Order
3M_MDL000257881