DX7

Page 1

1              UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF

3              FLORIDA, PENSACOLA DIVISION

4    IN RE 3M COMBAT ARMS      : MDL No. 2885

5    EARPLUG PRODUCTS          : Civil Action No.:

6    LIABILITY LITIGATION      :  3:19-md-02885-MCR-GRJ

7                   --------------------

8

9         Deposition of LTC JOHN A. MERKLEY, was

10   taken via videotape on Wednesday, February 26,

11   2020, commencing at 9:09 a.m., at Baltimore

12   Marriott Waterfront Hotel, 700 Aliceanna Street,

13   Baltimore, Maryland, before MICHELE D. LAMBIE,

14   Notary Public.

15                   --------------------

16

17

18

19

20   Reported By:

21            Michele D. Lambie, CSR-RPR

Page 2

1    APPEARANCES:

2             ON BEHALF OF THE PLAINTIFFS:

3        SeegerWeiss LLP.

4             DAVID R. BUCHANAN, ESQUIRE.

5             dbuchanan@seegerweiss.com.

6             MAX KELLY, ESQUIRE.

7             mkelly@seegerweiss.com.

8             (via computer)

9             55 Challenger Road.

10            Ridgefield Park, New Jersey  07660.

11            (212) 584-0713

12

13        Clark, Love & Hutson, PLLC

14            AMANDA HUNT, ESQUIRE.

15            ahunt@triallawfirm.com.

16            440 Louisiana Street.

17            Suite 1600.

18            Houston, Texas  77002.

19            (713) 757-1400

20

21

Page 3

1   APPEARANCES CONTINUED:

2              ON BEHALF OF THE PLAINTIFFS:

3       Tracey & Fox.

4           LAWRENCE TRACEY, ESQUIRE.

5           ltracey@traceylawfirm.com.

6           4400 Louisiana Street.

7           Suite 1901.

8           Houston, Texas  77002.

9           (800) 925-7216

10

11             ON BEHALF OF THE DEFENDANTS:

12      Kirkland & Ellis LLP.

13          NICHOLAS WASDIN, ESQUIRE.

14          nick.wasdin@kirkland.com.

15          COLE CARTER, ESQUIRE.

16          cole.carter@kirkland.com.

17          300 North LaSalle Street.

18          Chicago, Illinois  60654.

19          (312) 862-7090

20

21

Page 4

1   APPEARANCES CONTINUED:

2              ON BEHALF OF LTC JOHN A. MERKLEY:

3        U.S. Army Legal Services Agency.

4              MAJOR COLLIN P. EVANS, ESQUIRE.

5              collin.p.evan2.mil@mail.mil.

6              9275 Gunston Road.

7              Suite 3005.

8              Fort Belvoir, Virginia  22060-5546.

9              (703) 693-0352

10

11

12        ALSO PRESENT:  Charles Bachmann

13                       Zach Hove

14                       Derek Fox - Videographer

15

16

17

18

19

20

21

Page 224

1  requirement --

2      Q.   To wear?

3      A.   -- to wear when exposed to hazardous

4  noise, but I'm not aware that anybody goes out and

5  asks, you know, are you compliant or not compliant?

6      Q.   What percentage of those soldiers that

7  you treated in Iraq during the year that you were

8  there reported wearing hearing protection in

9  combat?

10          MR. BUCHANAN:  Objection to form.

11          THE WITNESS:  I -- I can't tell you right

12  off the top of my head.  I -- I have information

13  that I -- I gathered, but I -- I just don't know it

14  right off the top of my head.

15  BY MR. WASDIN:

16      Q.   Was it more common to wear hearing

17  protection or to not wearing hearing protection in

18  combat?

19      A.   I don't remember.

20          MR. WASDIN:  How much time do I have

21  left?

1            THE VIDEOGRAPHER:  Five minutes.

2            MR. WASDIN:  Ten minutes left on the tape

3    or --

4            THE VIDEOGRAPHER:  (Nodded head yes.)

5            MR. WASDIN:  What's my total time on the

6    record?

7            THE VIDEOGRAPHER:  Three hours, 32

8    minutes.

9            MR. WASDIN:  Can we take a break right

10   now, and I'll just figure out -- I think I'll pass

11   it over and reserve, but give me one second.  Let's

12   go off the record real quick.

13           THE VIDEOGRAPHER:  We're going off the

14   record.  The time is 12:57.

15           (Recess taken -- 12:57 p.m.)

16           (After recess -- 1:10 p.m.)

17           THE VIDEOGRAPHER:  We are back on the

18   record.  This is the beginning of media unit three.

19   The time is 1:10.

20   BY MR. WASDIN:

21       Q.   LTC Merkley, I just have a few more

Page 226

1    questions before we break for lunch, the first of

2    which relates to your own use of the Combat Arms

3    Earplug Version 2.

4        A.    Okay.

5        Q.    I think you told me that when you used

6    the Combat Arms Version 2, you did not need to roll

7    back the flanges in order to achieve a proper fit?

8              MR. BUCHANAN:  Objection to form.

9              THE WITNESS:  Correct.

10   BY MR. WASDIN:

11       Q.    When you used the Combat Arms Version 2,

12   were you able to achieve a good fit?

13             MR. BUCHANAN:  Objection to form.

14             THE WITNESS:  Yes.

15   BY MR. WASDIN:

16       Q.    And during the course of whatever time

17   you used them, were you able to keep that fit with

18   the Combat Arms Version 2?

19             MR. BUCHANAN:  Objection to form.

20             THE WITNESS:  Yes.

21   BY MR. WASDIN:

1      Q.   It didn't wiggle out of your ear or

2   something?

3           MR. BUCHANAN:  Objection to form.

4           THE WITNESS:  Well, if it wiggled out, I

5   knew it, and I could put it back in, but that's

6   common with -- with all premolded earplugs.

7   BY MR. WASDIN:

8      Q.   That's -- the idea that a premolded

9   earplug, you know, may lose its seal is reported in

10  the academic literature in hearing conservation,

11  right?

12          MR. BUCHANAN:  Objection.  Foundation and

13  form.

14          THE WITNESS:  Yes.

15  BY MR. WASDIN:

16     Q.   That's just a known phenomenon is what

17  I'm talking about?

18     A.   Yes.

19          MR. BUCHANAN:  Objection to form.  Use of

20  known.

21  BY MR. WASDIN:

1      Q.   You were aware when you were a military

2   audiologist or an Army audiologist that preformed

3   earplugs of any variety could loosen in a wearer's

4   ear, right?

5           MR. BUCHANAN:  Objection to the

6   leadingness.

7           THE WITNESS:  Yes.

8   BY MR. WASDIN:

9      Q.   And on occasions when a preformed earplug

10  does lose its seal, you found that to be

11  perceptible because you could hear ambient noise

12  louder than you did when you had a seal, right?

13          MR. BUCHANAN:  Objection to form.

14          THE WITNESS:  Yes.

15  BY MR. WASDIN:

16     Q.   Did you have any problem properly

17  inserting the CAEv2 into your ear when you used it?

18          MR. BUCHANAN:  Objection to form to the

19  personal use.

20          THE WITNESS:  No.

21  BY MR. WASDIN:

Page 229

1      Q.   The last thing I want to ask you about is

2   we talked a little bit about experimenter fit

3   versus user fit in the testing of hearing

4   protection devices; do you remember that?

5      A.   Yes.

6      Q.   And we said that experimenter fit was

7   definitely the standard -- the fitting methodology

8   for the 1974 ANSI standard, right?

9      A.   Correct.

10     Q.   That's the standard that's used during

11  NRR labeling testing?

12     A.   Yes.

13     Q.   Are you aware that the results achieved

14  when an experimenter fits an earplug are often

15  greater than when a user fits the plug themselves?

16          MR. BUCHANAN:  Objection to form.

17          THE WITNESS:  Yes.

18  BY MR. WASDIN:

19     Q.   Is that something that is discussed at

20  the NHCA conference from time to time?

21     A.   Yes.

Page 497

1  State of Maryland

2  County of Baltimore, to wit:

3          I, Michele D. Lambie, a Notary Public of

4  the State of Maryland, County of Baltimore, do

5  hereby certify that the within-named witness

6  personally appeared before me at the time and place

7  herein set out, and after having been duly sworn by

8  me, according to law, was examined by counsel.

9          I further certify that the examination

10  was recorded stenographically by me and this

11  transcript is a true record of the proceedings.

12          I further certify that I am not of

13  counsel to any of the parties, nor related to any

14  of the parties, nor in any way interested in the

15  outcome of this action.

16          As witness my hand and notarial seal this

17  2nd day of March 2020.

18

19                              *Michele D Lambie*

20

21