DX10

Confidential - Pursuant To Protective Order

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. |
| EARPLUG PRODUCTS | ) | 3:19md2885 |
| LIABILITY LITIGATION | ) | |
| _____ | ) | Judge M. Casey |
| | ) | Rodgers |
| THIS DOCUMENT RELATES | ) | Magistrate Judge |
| TO ALL CASES | ) | Gary R. Jones |

TUESDAY, DECEMBER 3, 2019
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
- - -

        Videotaped deposition of Marc A.
Santoro, held at the offices of the
Indianapolis Marriott Downtown, 350 West
Maryland Street, Indianapolis, Indiana,
commencing at 9:06 a.m., on the above date,
before Carrie A. Campbell, Registered
Diplomate Reporter, Certified Realtime
Reporter, Illinois, California & Texas
Certified Shorthand Reporter, Missouri &
Kansas Certified Court Reporter.
                - - -


GOLKOW LITIGATION SERVICES
877.370.DEPS
deps@golkow.com

Confidential - Pursuant To Protective Order

```
                                                              Page 2
  1              A P P E A R A N C E S :
  2
  3        QUINN EMANUEL
           BY:   ADAM B. WOLFSON, ESQUIRE
  4              adamwolfson@quinnemanuel.com
                 MATTHEW HOSEN, ESQUIRE
  5              matthosen@quinnemanuel.com
           865 South Figueroa Street, 10th Floor
  6        Los Angeles, California  90017
           (213) 443-3000
  7
           and
  8
           LAMINACK, PIRTLE & MARTINES, LLP
  9        BY:   THOMAS W. PIRTLE, ESQUIRE
           5020 Montrose Boulevard, 9th Floor
 10        Houston, Texas  77006
           (713) 292-2750
 11
           and
 12
           TRACEY & FOX
 13        BY:   LAWRENCE TRACEY, ESQUIRE
                 ltracey@traceylawfirm.com
 14              (VIA TELECONFERENCE)
           440 Louisiana Street, Suite 1901,
 15        Houston, Texas  77002
           (713) 495-2333
 16        Counsel for Plaintiffs
 17
 18        KIRKLAND & ELLIS LLP
           BY:   GARRET A. LEACH, P.C.
 19              garret.leach@kirkland.com
           300 North LaSalle
 20        Chicago, Illinois  60654
           (312) 862-2000
 21
 22        KIRKLAND & ELLIS LLP
           BY:   SAGHAR ESFANDIARIFARD, ESQUIRE
 23              saghar.esfandiarifard@kirkland.com
           333 South Hope Street
 24        Los Angeles, California  90071
           (213) 680-8122
 25        Counsel for Defendants
```

Confidential - Pursuant To Protective Order

Page 3

 1   ALSO PRESENT:

 2       CHUCK HUNGER, paralegal, Laminack,
         Pirtle & Martines

 3

         ZACH HONE, trial technician, Golkow
 4       Litigation Services

 5

 6   V I D E O G R A P H E R :

         DAVID LANE,
 7       Golkow Litigation Services

 8                      – – –

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Pursuant To Protective Order

Page 324

```
 1              MR. LEACH:  We'll take your
 2         request under advisement.
 3              And I can assure you this
 4         witness does not have them.
 5              MR. WOLFSON:  Right.  And
 6         that's why we're asking.
 7              You also represent 3M.
 8              MR. LEACH:  I do.  I'm just
 9         making clear we did have him check.
10              MR. WOLFSON:  Right.
11   QUESTIONS BY MR. WOLFSON:
12         Q.    Now, Mr. Santoro, you left 3M
13   in approximately February 2014, you said?
14         A.    To the best of my recollection,
15   yes.
16         Q.    Why did you leave the company?
17         A.    I had an opportunity to work in
18   a different field that was -- that was of
19   interest to me.
20         Q.    Did you get that job offer
21   before you announced that you were leaving
22   3M, or had they indicated that you should
23   look for a job?
24         A.    I made that determination on my
25   own.
```

Confidential - Pursuant To Protective Order

1        Q.     And last question:  Are you

2    being paid for your attendance here today?

3        A.     No.

4        Q.     Okay.  Not receiving anything

5    from 3M for your attendance?

6        A.     No.

7               MR. WOLFSON:  Okay.  No further

8        questions, and I'm just going to

9        confirm with my co-counsel --

10              MR. PIRTLE:  Pass the witness.

11              MR. LEACH:  I just have a

12        couple of cleanup questions.  This

13        will be fairly brief.

14              CROSS-EXAMINATION

15    QUESTIONS BY MR. LEACH:

16        Q.     Mr. Santoro, earlier today you

17    mentioned that you had had some discussions

18    with Doug Ohlin when he was working for the

19    military.

20              Do you remember that testimony?

21        A.     Yes.

22        Q.     Now, what do you recall about

23    those discussions with Mr. Ohlin when he

24    worked for the military?

25        A.     The discussions were Doug

Confidential - Pursuant To Protective Order

Page 326

1    providing direction on how he wanted to see

2    the product packaged and sold to them.

3         Q.     Was there any particular

4    product that you recall discussing with him?

5         A.     Yes.

6         Q.     And what product is that?

7         A.     Combat Arms generation 2.

8         Q.     Was there any particular

9    package or size that you recall discussing

10   with Mr. Ohlin?

11        A.     Yes.  Doug requested the

12   generation 2 to be put in a bulk pack.

13        Q.     And did he indicate how he

14   wanted that packaged?

15        A.     Yes.  He requested that

16   specifically 50 pair in a box -- sorry, 50

17   pair in a plastic bag, with nothing else in

18   there, inside a box.

19        Q.     Did he tell you not to include

20   instructions in that box?

21        A.     He did.

22        Q.     Did he indicate why he didn't

23   want instructions in that box?

24        A.     He felt that personal training

25   was the most effective way to train the

Confidential - Pursuant To Protective Order

Page 327

1  soldiers, and that the military audiologists

2  were going to take on that responsibility of

3  individually training every soldier.

4       Q.    Did you follow Mr. Ohlin's

5  requests?

6       A.    Yes.

7       Q.    And why is that?

8       A.    Doug was the one that pretty

9  much dictated how we were to provide hearing

10  protection to the military.

11            MR. LEACH:  I have no further

12       questions.

13            REDIRECT EXAMINATION

14  QUESTIONS BY MR. WOLFSON:

15       Q.    All right.  I have a few

16  follow-up to that.

17            That's a remarkable

18  recollection of a specific conversation, sir.

19            When about did that

20  conversation with Doug Ohlin occur?

21       A.    I don't recall specifically.

22       Q.    How about generally?

23       A.    First third of my employment

24  with 3M, Aearo.

25       Q.    So within about --

Confidential - Pursuant To Protective Order

Page 328

1        A.      First three or four years.
2        Q.      Okay.  And how did you -- did
3   you just remember that conversation without
4   any outside assistance?
5        A.      I specifically remember the
6   conversation.
7        Q.      Okay.  Did you look at any
8   documents to help you refresh your
9   recollection on that conversation?
10       A.      No.
11       Q.      Who else was on the call?
12       A.      I don't recall if anyone else
13   was on the call.
14       Q.      So you remember speaking to
15   Mr. Ohlin, but not necessarily if anyone else
16   joined you from Aearo?
17       A.      No.
18       Q.      And Mr. Ohlin talked to you
19   about how the product was packaged and sold
20   but not how it was designed; is that right?
21       A.      I don't recall any discussion
22   about the design of the product with him.
23       Q.      Okay.  And you said that he
24   felt personal training was the most effective
25   way to train soldiers?

Confidential - Pursuant To Protective Order

Page 329

1         A.      Yes.

2         Q.      Okay.  Do you recall

3    specifically what he said?

4         A.      Yeah.  Whatever -- if we can

5    read back my testimony, that was what I

6    recall he said.

7         Q.      Well, what was your testimony?

8    You said you remember the conversation.

9              What did he say about his views

10   on the best way to train soldiers for using

11   Combat Arms version 2?

12        A.      Again, he said that the -- that

13   he felt the best way to train the soldiers

14   was individually and that he was working with

15   the military audiology group to provide that

16   training so that every soldier would be --

17   would receive training as they went into Army

18   training.

19        Q.      And did Aearo provide any

20   instruction to military audiologists about

21   the proper insertion and usage of the Combat

22   Arms version 2?

23        A.      Yes, we provided instructions

24   to them.

25        Q.      Okay.  Such as that sheet that

Confidential - Pursuant To Protective Order

Page 333

```
 1                      CERTIFICATE
 2
 3            I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Marc A. Santoro, was duly
     sworn by me to testify to the truth, the
 6   whole truth and nothing but the truth.
 7            I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
              I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15
              _____
17           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
18           Certified Realtime Reporter
             California Certified Shorthand
19           Reporter #13921
             Missouri Certified Court Reporter #859
20           Illinois Certified Shorthand Reporter
             #084-004229
21           Texas Certified Shorthand Reporter #9328
             Kansas Certified Court Reporter #1715
22           Notary Public
23           Dated:  December 6, 2019
24
25
```