**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**DECLARATION OF MICHAEL A. SACCHET IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE GOVERNMENT CONTRACTOR DEFENSE**

1. My name is Michael A. Sacchet, and I am a partner at Ciresi Conlin LLP. I am a member of the Plaintiffs' Steering Committee. I am also the Chair of the Law, Briefing, and Legal Drafting Committee.

2. Attached hereto as PX68 is a true and correct copy of emails between Thomas Sidor and Brian Myers, dated March to May 2006, bearing Bates Nos. 3M_MDL000017349–51.

3. Attached hereto as PX69 is a true and correct copy of a letter from Elliott Berger to Karl Buck, dated April 16, 1997, bearing Bates No. 3M_MDL000425674.

4. Attached hereto as PX70 is a true and correct copy of a 3M Licensing Agreement, dated May 21, 2009, bearing Bates Nos. 3M_MDL000020535–68.

5. Attached hereto as PX71 is a true and correct copy of a document titled Project Summary Sheet, dated July 16, 1998, and revised May 4, 1999, bearing Bates No. 3M_MDL000602273.

6. Attached hereto as PX72 is a true and correct copy of a memorandum titled Request for Modification of Earplug Carrying Case, to Staff Director from Doug Ohlin, dated April 6, 1999, bearing Bates No. CTRL_3M_TOUHY00000318.

7. Attached hereto as PX73 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Elliott Berger, dated December 12, 2019.

8. Attached hereto as PX74 is a true and correct copy of an Aearo memorandum from A. Shaver to R. Bomke, et al., dated July 21, 1999, bearing Bates No. 3M_MDL000821287.

9. Attached hereto as PX75 is a true and correct copy of an email from Douglas Ohlin to Brian Myers, dated November 8, 1999, bearing Bates No. 3M_MDL000258589.

10. Attached hereto as PX76 is a true and correct copy of an Aearo memorandum from Ron Kieper to Elliott Berger, titled Results of Short-stemmed UltraFit Plug Tests, dated April 17, 2000, bearing Bates No. 3M_MDL000627115.

11. Attached hereto as PX77 is a true and correct copy of an email from Elliott Berger to Brian Myers, attaching a draft of the Flange Report, bearing Bates Nos. 3M_MDL000570611–13.

12. Attached hereto as PX78 is a true and correct copy of excerpts from the deposition transcript of Brian Myers, dated December 12 and 13, 2019.

13. Attached hereto as PX79 is a true and correct copy of excerpts from the deposition transcript of Timothy McNamara, dated March 11, 2020.

14. Attached hereto as PX80 is a true and correct copy of excerpts from the deposition transcript of Elliott Berger, dated December 10 and 11, 2019.

15. Attached hereto as PX81 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Brian Myers, dated October 18, 2019.

16. Attached hereto as PX82 is a true and correct copy of excerpts from the deposition transcript of LTC John Merkley, dated February 26, 2020.

17. Attached hereto as PX83 is a true and correct copy of excerpts from the transcript of the *Touhy* Presentation by AUSA Leah Butler, AUSA Kathryn Drey, and Major Collin Evans, dated May 20, 2019.

18. Attached hereto as PX84 is a true and correct copy of excerpts from the transcript of the Eighth Case Management Conference, dated January 14, 2020.

19. Attached hereto as PX85 is a true and correct copy of the Army Hearing Program's Special Text No. 4-02.501, dated February 1, 2008, bearing internal control number P1503.

20. Attached hereto as PX86 is a true and correct copy of an Army Earplug Reference Guide, bearing internal control number P1272.

21. Attached hereto as PX87 is a true and correct copy of excerpts from the deposition transcript of LTC Lorraine Babeu, Ph.D., dated March 10, 2020.

22. Attached hereto as PX88 is a true and correct copy of Ohlin & Stevens, *A Discussion of S12/WG11's Anthropometric Data with a Comparison to Other Available Databases*, bearing Bates No. 3M_MDL000701185.

23. Attached hereto as PX89 is a true and correct copy of Brock Sales Company's Instructions for Inserting the Combat Arms Earplug (CAE), bearing Bates No. BROCK_00000083.

24. Attached hereto as PX90 is a true and correct copy of excerpts from the deposition transcript of Marc Santoro, dated December 3, 2019.

25. Attached hereto as PX91 is a true and correct copy of excerpts from the deposition transcript of Jeffrey Hamer, dated December 18, 2019.

26. Attached hereto as PX92 is a true and correct copy of excerpts from the deposition transcript of Special Agent Jennifer Coleman, dated March 3, 2020.

27. Attached hereto as PX93 is a true and correct copy of a letter from Drs. A. Dancer and P. Hamery to Elliott Berger, dated July 25, 1997, bearing Bates Nos. 3M_MDL000427465–67.

28. Attached hereto as PX94 is a true and correct copy of excerpts from the deposition transcript of Ronald Kieper, dated December 19 and 20, 2019.

29. Attached hereto as PX95 is a true and correct copy of Aearo's Test 213030 of the closed end of the CAEv2, dated June 27, 2006, bearing Bates Nos. 3M_MDL000473611–19.

30. Attached hereto as PX96 is a true and correct copy of Aearo's Test 215012 of the open end of CAEv2, dated April 20, 2006, bearing Bates No. 3M_MDL000011826.

31. Attached hereto as PX97 is a true and correct copy of Aearo's Test 215507 of the open end of the CAEv2, dated June 8, 2005, bearing Bates No. 3M_MDL000018619.

32. Attached hereto as PX98 is a true and correct copy of ANSI S3.19, dated October 3, 1994, bearing Bates Nos. 3M_MDL000023299–318.

33. Attached hereto as PX99 is a true and correct copy of Kieper & Berger, *How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug* (June 10, 2000), bearing Bates No. 3M_MDL000534021.

34. Attached hereto as PX100 is a true and correct copy of excerpts from the deposition transcript of Douglas Ohlin in *3M Co. v. Moldex-Metric, Inc.*, 12-cv-611 (D. Minn.), dated April 24, 2013.

35. Attached hereto as PX101 is a true and correct copy of excerpts from the deposition transcript of Martin Salon, dated January 29, 2020.

36. Attached hereto as PX102 is a true and correct copy of Aearo's Test 215516 of the closed end of the CAEv2, dated April 26, 2007, bearing Bates No. 3M_MDL000016456.

37. Attached hereto as PX103 is a true and correct copy of excerpts from the deposition transcript of Elliott Berger in *Moldex-Metric, Inc. v. 3M Co.*, 14-cv-01821 (D. Minn.), dated October 8, 2015.

38. Attached hereto as PX104 is a true and correct copy of excerpts from the deposition transcript of Peter Murphy, dated January 29, 2020.

39. Attached hereto as PX105 is a true and correct copy of excerpts from the deposition transcript of Cynthia Kladden, dated January 31, 2020.

40. Attached hereto as PX106 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Elliott Berger, dated November 13, 2019.

41. Attached hereto as PX107 is a true and correct copy of emails between Douglas Ohlin, Brian Myers, and Elliott Berger, dated September 26, 2006, bearing Bates Nos. 3M_MDL00013975–76.

42. Attached hereto as PX108 is a true and correct copy of an email from Brian Myers to Elliott Berger, Timothy McNamara, Doug Moses, and Jeff Hamer, dated April 10, 2007, bearing Bates No. 3M_MDL000340215.

43. Attached hereto as PX109 is a true and correct copy of excerpts from the deposition transcript of Frank Gavin, dated January 29, 2020.

44. Attached hereto as PX110 is a true and correct copy of excerpts from the deposition transcript of Douglas Moses, dated December 5, 2019.

45. Attached hereto as PX111 is a true and correct copy of excerpts from the deposition transcript of Mike Cimino, dated December 11, 2019.

46. Attached hereto as PX112 is a true and correct copy of excerpts from the deposition transcript of Ted Madison, dated December 10, 2019.

47. I swear under penalty of perjury that the foregoing is true and correct.

DATED: April 14, 2020                    *s/ Michael A. Sacchet*
                                          Michael A. Sacchet
                                          Chair of Law & Briefing
                                          (Admitted Pro Hac Vice)
                                          Minnesota State Bar No. 0395817
                                          Ciresi Conlin LLP
                                          225 South 6th Street, Suite 4600
                                          Minneapolis, MN 55402
                                          Tel.: (612) 361-8220
                                          mas@ciresiconlin.com