# PX72



DEPARTMENT OF THE ARMY
U.S. ARMY CENTER FOR HEALTH PROMOTION AND PREVENTIVE MEDICINE
5158 BLACKHAWK ROAD
ABERDEEN PROVING GROUND, MARYLAND 21010-5422

REPLY TO
ATTENTION OF

MCHB-TS-CHC   (40)                                          06 APR 1999

MEMORANDUM FOR Staff Director, Joint Readiness Clinical Advisory
               Board, 1423 Sultan Drive, Fort Detrick, MD
               21702-5013

SUBJECT:  Request for Modification of Earplug Carrying Case, NSN
6515-01-100-1674

1. Request an increase in the height and width of the current earplug carrying case of one-quarter of an inch. See enclosed specification drawing from an initial supplier.

2. Modifications over the years have included a better positive closure for the lid and a non-reflective, matte finish. The only other complaints of the current design have been that the larger sized preformed earplugs (single- and triple-flange) and the foam plugs can "get stuck inside the case". This was always thought to be a minor inconvenience that was not worth a request for a modification. However, the proposed Combat Arms Earplugs clearly do not fit in the current case and can be distorted and damaged in the storage process.

3. The current earplug carrying case has served us well since its introduction in 1983. The non-reflective, translucent olive drab case minimizes complaints that it "contributes to an unsoldierly-like appearance" when worn on the Battle Dress Uniform (BDU's). Moreover, concerns that the case reflected light were eliminated with the current design and the presence of earplugs can be monitored. Finally, the insertion and seating devices incorporated into the lid for the single- and triple-flange earplugs have contributed significantly to the prevention of hearing loss. This has been well documented in the U.S. Army where the case has enjoyed widespread use since its introduction.

4. No other modifications to the earplug carrying case are recommended at this time.

*Readiness thru Health*

MCHB-TS-CHC
SUBJECT: Request for Modification of Earplug Carrying Case, NSN 6515-01-100-1674

5. The undersigned is available at DSN 584-3797, (410) 436-3797 or douglas.ohlin@apg.amedd.army.mil.

FOR THE COMMANDER:

Encl
as

DOUG OHLIN
Program Manager,
Hearing Conservation

CF:
HQDA(SGPS-PSP)
HQDA, OASIL&E
OTSG Consultant for Audiology and Hearing Conservation
CDR, USAMMA, ATTN: MCHR-MMP-SD
CDR, Defense Supply Center, Philadelphia

2





CTRL_3M_TOUHY00000318_4