# PX83

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG  ) | Case No. 3:19md2885 |
| PRODUCTS LIABILITY LITIGATION, ) | |
| ) | Pensacola, Florida |
| ) | May 20, 2019 |
| ) | 2:10 p.m. |
| ) | |
| ) | |
| _____) | |

*TOUHY* **PRESENTATION**
by
AUSA LEAH BUTLER,
AUSA KATHRYN DREY,
and
MAJ. COLLIN EVANS

BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE
(Pages 1-50)

**A P P E A R A N C E S**

**FOR THE PLAINTIFFS:**          **BRYAN F. AYLSTOCK, ESQUIRE**
(Liason)                         Aylstock, Witkin, Kreis & Overholtz
                                 17 E Main Street, Suite 200
                                 Pensacola, Florida  32502


**FOR THE DEFENDANT:**           **KIMBERLY BRANSCOME, ESQUIRE**
                                 Kirkland & Ellis, LLP
                                 333 South Hope Street
                                 Los Angeles, California  90071

                                 **MARK J. NOMELLINI, ESQUIRE**
                                 Kirkland & Ellis, LLP
                                 300 North LaSalle
                                 Chicago, Illinois  60654

14

02:23  1          When you do that, you need to understand that
02:23  2   federal employees who are called to testify in a case
02:23  3   in which the government is not a party about something
02:23  4   that they know because of their employment and within
02:23  5   the scope of their employment, they don't have
02:23  6   authority to testify about anything.  Even if they get
02:23  7   a subpoena, court order, they don't have authority to
02:23  8   testify about it.
02:23  9          So what happens is, they have to get
02:23  10  authority from the agency, and the agency -- that's
02:23  11  why they need you to tell them 'these are the things I
02:23  12  want to ask about.'  And again, you need to be pretty
02:23  13  specific with what you want, but include what you want
02:24  14  to ask.
02:24  15         I had a request from an attorney in state
02:24  16  court not long ago who was really angry when he found
02:24  17  out that he had to comply with it, and so his request
02:24  18  said something like:  'I want to know everything that
02:24  19  the DEA agent thought about this case, knew about this
02:24  20  case, suspected about this case, or dreamed about this
02:24  21  case.'  And so, of course, we had to respond and say
02:24  22  you're not going to get all that.
02:24  23         So, if you make your request reasonable, the
02:24  24  agency can figure out what it is you need and whether
02:24  25  they can give authority to the witness to testify