# PX84

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS EARPLUG   )   Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION,  )
                                )   Pensacola, Florida
                                )   January 14, 2020
                                )   9:46 a.m.
                                )
                                )
_____)

**EIGHTH CASE MANAGEMENT CONFERENCE**

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE
and
THE HONORABLE GARY R. JONES
UNITED STATES MAGISTRATE JUDGE
(Pages 1-45)

*Donna L. Boland, RPR, FCRR
United States Court Reporter
100 N Palafox Street * Pensacola, Florida   32502*
***Donna_Boland@flnd.uscourts.gov***

# A P P E A R A N C E S

FOR THE PLAINTIFFS:    **BRYAN F. AYLSTOCK, ESQUIRE**
Aylstock, Witkin, Kreis & Overholtz
17 E Main Street, Suite 200
Pensacola, Florida   32502

**SHELLEY HUTSON, ESQUIRE**
Clark Love & Hutson, GP
440 Louisiana Street, Suite 1600
Houston, Texas   77002

**CHRISTOPHER A. SEEGER, ESQUIRE**
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey   07660

FOR THE DEFENDANT:    **KIMBERLY BRANSCOME, ESQUIRE**
Kirkland & Ellis, LLP
333 South Hope Street, 29th Floor
Los Angeles, California   90071

**MARK J. NOMELLINI, ESQUIRE**
**NICHOLAS F. WASDIN, ESQUIRE**
Kirkland & Ellis, LLP
300 N Lasalle
Chicago, Illinois   60654

**LARRY HILL, ESQUIRE**
Moore, Hill & Westmoreland, P.A.
350 W Cedar Street, Suite 100
Pensacola, Florida   32502

1         Jake, when can we have that in the system?
2         **MR. WOODY:**  As soon as I get it, it usually takes us a
3    few hours or a day to set it up.
4         **JUDGE RODGERS:**  It will run from the day it's
5    available, whenever that is.
6         **MR. WOODY:**  We'll do it quickly, Your Honor.
7         **JUDGE RODGERS:**  Thank you.
8         **MR. AYLSTOCK:**  Your Honor, one other thing that I
9    think we spoke about before that may help with the 21 days is
10   that you had termed this as not a discovery tool but a
11   selection tool.  And we had discussed the fact that these are
12   to be used for cross-examination and so forth of the plaintiff
13   and obviously to be filled out in good faith.  But we're trying
14   to get this done quickly so --
15        **JUDGE RODGERS:**  Well, they need to be filled out in
16   good faith.  I can't predetermine what is going to happen in a
17   trial.  I don't know.  I think everyone is operating, you know,
18   under at least the spirit certainly that there's no
19   declaration, but it is a statement of a plaintiff.  I don't
20   know.
21             I haven't looked at the evidence rules and boned up on
22   613 and -- I think it's 613, but 611, 12, 13, I haven't done
23   that.  So I can't say for certain that this will never come up.
24   I did say in the jury room this morning when we were meeting
25   that I didn't expect to see this in cross-examination in a

1    trial.  I think that's the spirit of this.  But I'm also
2    expecting that these are going to be filled out by your clients
3    in good faith and there's not going to be any intent to mislead
4    or to -- but I can't today -- I don't have a crystal ball, I
5    can't today opine on whether there will ever be an issue of
6    inconsistency.  I just can't.
7            **MR. AYLSTOCK:**  Understood, Your Honor.
8            **JUDGE RODGERS:**  But we had this discussion and --
9    there is no verification form, there is no penalty of perjury,
10   though, on the form.  That was removed or will be removed.
11           So I'm not sure I answered your question, but I tried
12   to address it.
13           **MR. AYLSTOCK:**  Thank you, Judge.
14           **JUDGE RODGERS:**  Ms. Branscome, do you wish to be heard
15   on that issue, anything more need to be said?
16           **MS. BRANSCOME:**  No.  We understood that Your Honor has
17   removed the declaration.  And from our standpoint, what falls
18   under the Rules of Evidence is something that we'll address
19   when we get there.  We certainly do think this is something
20   that's subject to discovery, but we will cross that bridge when
21   we get there.
22           **JUDGE RODGERS:**  All right.  Anything else we need to
23   discuss on the bellwether process from anyone?
24           Mr. Garrard, are you good?
25           **MR. GARRARD:**  Yes, Your Honor.  The other thing that