# PX86

## Combat Arms Earplugs (double-sided)

A one-size only earplug with double-tree design. (**NSN 6515-01-466-2710**)





When the yellow tip of the earplug is properly inserted in the ear canal, it allows sound below 110 dB to pass through unimpeded, thus allowing for speech communication, detection and localization while protecting against impulse noise (eg. Weapons fire).

**CAUTION - The yellow tip of the earplug (green showing) provides inadequate protection for most steady-state noise conditions!**

When the olive drab tip of the earplug is properly inserted into the ear canal, it protects against steady state noise (eg. Helicopters or armored personnel carriers).



## Combat Arms Earplugs (single-sided)

A one-size only earplug with a triple flange design. (**NSN 6165-01-512-6072**).



The single-sided Combat Arms Earplug allows speech communication, localization and detection.



The plug is best fitted when the first two flanges are in the canal and the third (outermost) flange is completely blocking the canal entrance.

However, those with smaller ear canals can still benefit with less flanges inserted in the canal when a good seal is achieved.

When properly inserted into the ear canal, this HPD protects against impulse noise, while allowing low level sounds to pass through unimpeded.

**CAUTION - This earplug provides inadequate protection for most steady-state noise conditions!**

## Army Earplug Reference

For more information, contact the Clinical Audiology Department or the Hearing Conservation Clinic







## Properly Fitted Hearing Protection Devices (HPDs) are the only way to protect against noise-induced, permanent hearing loss!



*EVERY SOLDIER WHO IN-PROCESSES THROUGH FT. HOOD HEARING CONSERVATION CLINIC IS FITTED WITH A PAIR OF PRE-FORMED EARPLUGS AND ISSUED A CARRYING CASE.*

## Proper Insertion of Triple Flange or Quad Flange Earplugs:



1) Use of the seating device is optional, but recommended. Place earplug stem in seating device.

2) Reach over the head with the opposite hand and pull the ear outward to make the ear canal more accessible.



3) Insert plug into ear canal. Gently push and twist earplug toward the rear center of head.

4) The third flange should be flush with the opening of the ear canal. Tension should be felt when lightly pulling on the stem of the earplug.



5) Example of an <u>improperly inserted</u> triple-flange earplug!

## Hand-Formed Polyvinyl (foam) Earplugs (Unit Issue):



**Sound Guard Earplugs (size medium only)**
**NSN 6515-00-137-6345**
$29.58 for 200 pair

The only approved polyvinyl foam plug is shown above. These earplugs come medium only. These earplugs are formed by the hand and inserted into ear canal. They are bi-colored to help supervisors monitor the correct fit: If the second color can be seen when the earplug is in the ear, it is not fit correctly. Because they are formed by the hand they are not recommended for personnel who must remove and insert their earplugs many times during the day and whose hands come in contact with dirt or chemicals. Hand-formed earplugs can be re-used until they can no longer be cleaned or until they lose their ability to be rolled down. These earplugs do not have to be initially fit by medically trained personnel.

For soldiers who have very small or very large ear canals, installations are currently authorized to purchase the Aearo™ EAR® Classic SuperFit 30™ (designed for small canals) and the Aearo™ EAR® Classic SuperFit 33™ (designed for large ear canals)



SuperFit 30™ Aearo#310-1009 (for small ear canals) www.GSAAdvantage.gov $25.00 for 200 pair.

SuperFit 33™ Aearo#310-1008 (for large ear canals) www.GSAAdvantage.gov $27.00 for 200 pair.

The SuperFit 30™ and SuperFit 33™ is longer than the Classic EAR® foam earplug. DO NOT alter this earplug (ie. Cutting it in half) as the noise reduction benefit to the wearer will be degraded.

## Proper Insertion of Hand-Formed (Polyvinyl) Earplugs:



1) Roll the earplug into a thin tightly compressed cylinder. Individuals with large ear canals should shape the earplug into a golf tee.



2) Place the earplug into the ear canal. Pulling back on the pinna with the opposite hand is not necessary but helps to straighten the ear canal making insertion easier.

3) Gently hold finger over the earplug allowing it to expand in the ear canal.

All earplugs work loose and must be reseated after a period of time. When this occurs with the hand formed earplug the earplug must be removed from the ear and reseated.

 

**Good Fit!**          **Improper Fit!**