# PX89



**Brock Sales Company**
1155 Providence Road, Suite C
Brandon, FL 33511
**Toll Free Military Hotline: 866-604-7233 (SAFE)**
Tel 813-662-2251
Fax 813-662-2252
Email brocksalesco@aol com

### Instructions for Inserting the Combat Arms Earplug (CAE)
National Stock Number (NSN) 6515-01-466-2710
**Brock Sales Company Reorder Part No. 370-1000**
Packaged 50 pair/ bag



1  The yellow side of the earplug is to be used **outdoors** for exposure to impulse noise (weapons fire, i e M16) In low noise environments, the yellow side allows relatively normal verbal communication, however when weapons are fired the attenuation characteristics of the earplug take over and provide protection Once the weapons fire ceases, the attenuation characteristics dissipate



2  The green side of the earplug is to be used for steady-state exposure (engine running, etc ) indoors or outdoors

### Insertion and Removal:
1. Hold the green side of the earplug in the right hand
2. Reach across the head with the left hand, gently grab the top of the right ear and pull up and out. This straightens out the ear canal for easier insertion
3. Insert the yellow side of the earplug into the canal with a slight twisting motion
4. Repeat steps 1-2-3 to insert earplug in the other ear
5. You can tell if the earplugs are inserted correctly if.
    a. Your voice sounds like it is in your head, similar to the effect of having a head cold
    b. When you tug lightly on the earplug, there should be some resistance.
6. When removing the earplug, slowly rotate counter-clockwise to break the seal before pulling it out of the ear canal

### Cleaning:
Insure that earplugs are cleaned with soap and water, wipe, and blow dry