UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG   )     Case No. 3:19md2885
PRODUCTS LIABILITY LITIGATION   )
                                 )
                                 )     Judge M. Casey Rodgers
This Document Relates to All Cases   )

---

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I

attorney Timothy Biasiello, hereby move this Court for the entry of an Order granting me

admission to practice *pro hac vice* in the above captioned case only, and in support thereof, state

as follows:

1.      I reside in the State of Illinois, and I am not a resident of the State of Florida.

2.      I am admitted to practice, and I am a member in good standing of the bar of the

State of Illinois.  A copy of a Certificate of Good Standing from the State of

Texas, which is dated within the last 30 days of this motion, is attached hereto as

Exhibit "A".

3.      Pursuant to Pretrial Order No.3, and the Local Rule 11.1, I have successfully

completed both the Local Rules tutorial examination (confirmation number:

FLND15864778333233) and the CM/ECF online tutorial.

4.      Further, I have submitted the required $201.00 *pro hac vice* admission fee to the

Clerk of Court for the Northern District of Florida.

5.      I have upgraded my PACER account to the "Next Gen".

6.      Mr. Thomas Masse of the State of Illinois, an ex United States Marine Corp

member, has asked that I represent him with respect to his claim of hearing loss

associated with the use of 3M earplugs during the course of his service.

WHEREFORE, Timothy Biasiello, respectfully requests that this Court enter an order

granting this motion to appear *pro hac vice,* and direct that the Clerk of Court provide the

undersigned notice of Electronic Case Filings.

Respectfully submitted,

LAW OFFICES OF TIM BIASIELLO

LAW OFFICES OF TIM BIASIELLO
617 West Devon Avenue
Park Ridge, IL 60068
847-951-1381
Facsimile: 847-825-7746
Illinois Bar #0204501
timbslo@yahoo.com