UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DISTRICT

| | |
|---|---|
| IN RE: 3m COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION<br><br>This Document Relates to All Actions<br><br>*Fennell v. 3M Company, et al.*<br>7:20-cv-46640-MCR-GRJ | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **MOTION TO APPEAR *PRO HAC VICE***

Movant Jason W. Earley respectfully requests this Court for an Order for admission to practice *pro hac vice* in this case, pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, and in support states:

1. Movant resides in Alabama and is not a resident of the state of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the state of Alabama (Bar I.D. 3427Q10M). A copy of the Certificate of Good Standing from Alabama dated within 30 days of this motion is attached as Exhibit "A" and made part hereof.

3. Movant successfully completed the Attorney Admission Tutorial with confirmation number FLND15830022513122, and the CM/ECF online tutorial, as required by Local Rule 11.1.

4. Movant represents Plaintiff in *John Alexander Fennell, III vs. 3M Company, et al*, 7:20-cv-46640-MCR-GRJ. This is one of several cases transitioned from the Administrative Docket into the Multi-District Litigation April 13, 2020 where Movant is representing Plaintiffs.

5. Movant remitted simultaneously with the filing of this motion the required $201.00 *pro hac vice* admission fee.

6. Movant has a "Next Gen" CMECF account and has updated it.

WHEREFORE the undersigned respectfully requests that this Court enter an order

granting him leave to appear *pro hac vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

Date: April 15, 2020

Respectfully Submitted,
HARE, WYNN, NEWELL & NEWTON, LLP

By:      /s/ Jason W. Earley
Jason W. Earley, ALBN 3427Q10M
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203
jason@hwnn.com
Phone: 205-328-5330
Facsimile: 205-324-2165
*Attorney for Plaintiff John Alexander Fennell, III and others*

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system on April 15, 2020 which will serve same electronically on all counsel of record.

/s/ Jason W. Earley

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Jason Earley has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Jason Earley was admitted to the Alabama State Bar on October 15, 2019.

I further certify that said attorney is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2020.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 15th day of April, 2020.

_____
Phillip W. McCallum, Secretary





EXHIBIT A