# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

This Document relates to All Cases

CASE NO.  3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __April 15, 2020__

Motion/Pleadings: __MOTION TO APPEAR *PRO HAC VICE*__

Filed by__Timothy Biasiello__ on _April 15, 2020_ Doc. # _1090_

Response _____ on _____ Doc. # ____

____ Stipulated   ____ Joint Pleading
____ Unopposed    ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 15th day of April 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**