**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT EARPLUGS　　　　　　　　　　Case No: 3:19-md-2885
PRODUCTS LIABILITY LITIGATION

This Document Relates to:　　　　　　　　　　　　Judge M. Casey Rodgers
Moore, 3:20-cv-04934　　　　　　　　　　　　Magistrate Judge Gary R. Jones

# MOTION TO APPEAR PRO HAC VICE

Pursuant to Pre-trial order No. 3, Case Management order 1, and the Northern District of Florida Local Rules 11.1, Kevin W. Connell hereby moves this Court for an Order of Admission to Practice *pro hac vice* in the above-mentioned case, and in support thereof states as follows:

1. Movant resides in New York State and is not a resident of the state of Florida.

2. Movant is admitted to practice in New York State and is a member in good standing with the Western District of New York. A letter of good standing from the Western District of New York is attached hereto as Exhibit A and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and local rule 11.1, and the attorney admission memo, Movant has reviewed the local rules of this district, complete the online Attorney Admission Tutorial (Confirmation Number: FLND15802443873037) and completed the CM/ECF online tutorials.

4. Movant has paid the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiff in the following action was direct filed on 3/16/2020 Brian David Moore v. 3M company, 3:20-cv-4934 Case 3:19-md-02885-MCR-GRJ.

Wherefore, Kevin W. Connell, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiff and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated April 8, 2020

　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　By: /s/ Kevin W. Connell
　　　　　　　　　　　　　　TREVETT CRISTO
　　　　　　　　　　　　　　Kevin W. Connell, Esq.
　　　　　　　　　　　Western District of New York # 568087
　　　　　　　　　　　　　　2 State Street, Suite 1000
　　　　　　　　　　　　　　Rochester, New York 14614

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on April 8, 2020 and served electronically on all counsel of record.
/s/ Kevin W. Connell
Kevin W. Connell

# Exhibit A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Western District of New York

## CERTIFICATE OF GOOD STANDING

I, _____Mary C. Loewenguth_____, Clerk of this Court,

certify that _____Kevin William Connell_____, Bar # N/A,

was duly admitted to practice in this Court on _____01/06/20_____ and is in good standing as a member

of the Bar of this Court.

Dated at _____Rochester, NY_____ on _____03/19/20_____
                            (Location)                                (Date)

N/A

MARY C. LOEWENGUTH
CLERK

DEPUTY CLERK