UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DISTRICT

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions<br><br><br>*Isaac, et.al. v. 3M Company, et.al.*<br>3:20-cv-05348-MCR-GRJ<br>(Transfer from Eastern District of New York- Docket No.: 1:20-cv-1447) | Case No.: 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Movant Stephen L. Drummond respectfully requests this court for an order for admission to practice *pro hac vice* in this case, pursuant to Pretrial Order no. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, and in support states:

1. Movant resides in the State of New York and is not a resident of the State of Florida.

2. Movant is admitted to practice in and is a member in good standing of the bar of the State of Florida (Bar ID 155497).

3. Movant successfully completed the Attorney Admission Tutorial with Confirmation Number FLND 15870508743250 and the CM/ECF online tutorial as required by Local Rule 11.1.

4. Movant represents Plaintiffs in *Tyrane Isaac, et.al. v. 3M Company, et.al., 3:20-cv-05348-MCR-GRJ*. This is one of several cases transitioned from the Administrative Docket into the Multi-District Litigation (transferred to this Court from the Eastern District of New York on April 2, 2020) where Movant is representing Plaintiffs.

5.   Movant remitted simultaneously with the filing of this Motion the required $201.00 *pro hac vice* admission fee.

6.   Movant has a "Next Gen" CMECF account and has updated it.

**WHEREFORE**, the undersigned respectfully requests that this Court enter an Order granting him leave to appear *pro hac vice* and directing the Clerk to provide notice of electronic case filings to the undersigned.

Dated: April 16, 2020              Respectfully Submitted,

/s/ Stephen L. Drummond
Stephen L. Drummond, Esq. (Fla Bar Id 155497)
Drummond & Squillace, PLLC
175-16 Hillside Ave., Suite 205
Jamaica Estate, NY 11432
718-298-5050
718-298-5554(fax)
sdrummond@dswinlaw.com
*Attorney for Plaintiff Tyrane Isaac and others*

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 16, 2020 which will serve same electronically on all counsel of record.

/s/ Stephen L. Drummond