# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 17, 2020

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by Stephen L. Drummond   on   April 16, 2020     Doc. #  1096

Response _____   on _____   Doc. # _____

____ Stipulated      ____ Joint Pleading
____ Unopposed     ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED.  Counsel failed to provide proof of bar membership.  Furthermore, counsel states he is a member of The Florida Bar and therefore may apply for admission to the District's bar.  *See* N.D. Fla. Loc. R. 11.1(A), (B) and (C).

**DONE and ORDERED** this 17th day of April 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**