UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DISTRICT

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions<br><br><br>*Isaac, et.al. v. 3M Company, et.al.*<br>3:20-cv-05348-MCR-GRJ<br>(Transfer from Eastern District of New York-<br>Docket No.: 1:20-cv-1447) | Case No.: 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stephen L. Drummond, Esq. of the Law Firm of Drummond & Squillace, PLLC, hereby enters his appearance and files his Notice of Appearance as counsel for/on behalf of Plaintiffs Tyrane Isaac and Nina Isaac in the above captioned action. Further, Mr. Drummond is the Attorney of Record in the action transferred to this Court (MDL Case No.: 2885) from the Eastern District of New York (Docket No.: 1:20-cv-1447) pursuant to Transfer Order No. 9. The undersigned counsel requests that all pleadings and correspondence be served upon him and sent to his attention in the future at the address below.

Dated: April 18, 2020

Respectfully Submitted,

/s/ Stephen L. Drummond
Stephen L. Drummond, Esq. (Fla Bar Id 155497)
Drummond & Squillace, PLLC
175-16 Hillside Ave., Suite 205
Jamaica Estate, NY 11432
718-298-5050
718-298-5554(fax)
sdrummond@dswinlaw.com
*Attorney for Plaintiffs Tyrane Isaac and Nina Isaac*

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on April 18, 2020 which will serve same electronically on all counsel of record.

/s/ Stephen L. Drummond