UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DISTRICT

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions<br><br><br>*Isaac, et.al. v. 3M Company, et.al.*<br>3:20-cv-05348-MCR-GRJ<br>(Transfer from Eastern District of New York-<br>Docket No.: 1:20-cv-1447) | Case No.: 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stephen L. Drummond, Esq. of the Law Firm of Drummond & Squillace, PLLC, hereby enters his appearance and files his Notice of Appearance as counsel for/on behalf of the following Plaintiffs in the above lawsuit:

- *Patrick Martin, et.al. v. 3M Company, et.al.* – Docket No.: 3:20-cv-5401-MCR-GRJ
- *Neil Vanriel v. 3M Company, et.al.* – Docket No.: 3:20-cv-5402-MCR-GRJ
- *Patrick Nicolas v. 3M Company, et.al.* – Docket No.: 3:20-cv-5403-MCR-GRJ

The undersigned counsel requests that all pleadings and correspondence be served upon him and sent to his attention in the future at the address below.

Dated: April 20, 2020

                Respectfully Submitted,

                /s/ Stephen L. Drummond
                Stephen L. Drummond, Esq. (Fla Bar Id 155497)
                Drummond & Squillace, PLLC
                175-16 Hillside Ave., Suite 205
                Jamaica Estate, NY 11432
                718-298-5050
                718-298-5554(fax)
                sdrummond@dswinlaw.com
                *Attorney for Plaintiffs Martin, Vanriel & Nicolas*

## **CERTIFICATE OF SERVICE**

The undersigned, an Attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on April 20, 2020 which will serve same electronically on all counsel of record.

/s/ Stephen L. Drummond