# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## DECLARATION OF COLE CARTER

I, Cole Carter, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois and am an associate with the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, counsel for Defendants 3M and Aearo Technologies LLC.

2. I am over the age of eighteen and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. Attached hereto as **Exhibit 67** is a true and correct copy of excerpts from the transcript of the December 12, 2019 deposition of Elliott Berger.

4. Attached hereto as **Exhibit 68** is a true and correct copy of excerpts from the transcript of the March 10, 2020 deposition of Lorraine Babeu.

5. Attached hereto as **Exhibit 69** is a true and correct copy of an email from Timothy McNamara to Brian Myers, *et al.*, dated December 27, 2004, along with an attachment. The document was produced at Bates number 3M_MDL000570282.

6. Attached hereto as **Exhibit 70** is a true and correct copy of excerpts from the transcript of the December 3, 2019 deposition of Marc Santoro.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2020 in Chicago, Illinois

_Cole Carter /jr_
Cole Carter