# EXHIBIT 67

Confidential - Pursuant to Protective Order

Page 422

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. |
| EARPLUG PRODUCTS | ) | 3:19md2885 |
| LIABILITY LITIGATION | ) | |
| _____ | ) | Judge M. Casey |
| | ) | Rodgers |
| THIS DOCUMENT RELATES | ) | Magistrate Judge |
| TO ALL CASES | ) | Gary R. Jones |

THURSDAY, DECEMBER 12, 2019
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
- - -
Videotaped 30(b)(6) deposition of Elliott H. Berger, M.S., Volume II, held at the offices of KIRKLAND & ELLIS LLP, 300 North LaSalle, Chicago, Illinois, commencing at 9:40 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.
- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

Page 423

```
 1              A P P E A R A N C E S :
 2
 3      AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
        PLLC
 4      BY:  NEIL OVERHOLTZ
                noverholtz@awkolaw.com
 5           JENNIFER HOEKSTRA
                jhoekstra@awkolaw.com
 6      17 East Main Street
        Pensacola, Florida  32502
 7      (850) 202-1010
 8      and
 9      MONSOUR LAW FIRM
        BY:  DOUGLAS C. MONSOUR
10              doug@monsourlawfirm.com
             KATY KROTTINGER
11              katy@monsourlawfirm.com
        404 North Green Street
12      Longview, Texas  75601
        (903) 999-9999
13
        and
14
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
15      BY:  MATTHEW HOSEN
                matthosen@quinnemanuel.com
16      865 South Figueroa Street, 10th Floor
        Los Angeles, California  90017
17      (213) 443-3000
        Counsel for Plaintiffs
18
19
        KIRKLAND & ELLIS LLP
20      BY:  NICHOLAS WASDIN
                nick.wasdin@kirkland.com
21      300 North LaSalle
        Chicago, Illinois  60654
22      (312) 862-2000
23      and
24
25
```

Confidential - Pursuant to Protective Order

Page 424

```
 1       KIRKLAND & ELLIS LLP
         BY:  MIKE BROCK, P.C.
 2            mike.brock@kirkland.com
         1301 Pennsylvania Avenue, NW
 3       Washington, DC  20004
         (202) 389-5996
 4       Counsel for Defendants
 5
 6   ALSO PRESENT:
 7       ERIC RUCKER, in-house counsel, 3M
 8       JAMES BATTLE, Aylstock, Witkin,
         Kreis & Overholtz
 9
         EVAN WOLFE, trial tech, Golkow
10       Litigation Services
11
12   V I D E O G R A P H E R :
         DAN LAWLOR,
13       Golkow Litigation Services
14                   - - -
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

Page 522

```
 1        A.    Yes.
 2        Q.    Okay.  Do you remember what
 3   that letter was for?
 4              Let me ask you this.
 5        A.    I'm not sure.
 6        Q.    Do you know that Doug Ohlin
 7   wrote a letter to the military to seek
 8   approval of the Combat Arms plug for the
 9   military?
10        A.    He created a letter or a
11   document of some sort.
12        Q.    All right.  And according to
13   this, Brian Myers was reviewing a letter that
14   Ohlin had sent him, but if we can turn to the
15   top of the second page -- and this -- again,
16   this is on April 8, '99.  "I spoke with Dick
17   Knauer, who believes that we can probably
18   shorten the plug by one-quarter inch required
19   to fit your current container."
20              Do you see that?
21        A.    Yes.
22        Q.    "The designer will look at this
23   when he gets back from vacation on the 19th."
24              Right?
25        A.    Yes.
```

Confidential - Pursuant to Protective Order

Page 523

1      Q.     And the designer you're talking
2   about there is Bob Falco, right?
3      A.     Correct.
4      Q.     Okay.  And then if we look up
5   above there, Ohlin, in this e-mail chain,
6   somehow forwards an e-mail from himself to
7   Belva Hoffman.
8             Do you know her?
9      A.     No.
10     Q.     Okay.  Someone at Fort Detrick,
11  it looks like, in the Army, right?
12     A.     That's what the e-mail address
13  would suggest.
14     Q.     And copied Brian Myers.
15            Do you see that?
16     A.     Yes.
17     Q.     And Brian Myers was in the
18  marketing department at your company, right?
19     A.     Yes.
20     Q.     Okay.  And the date of this is
21  April 12th, so six days after the stamped
22  date on the request to make the case bigger,
23  and just a few days later after hearing from
24  Dick Knauer.
25            And Ohlin writes, "Belva, there

Confidential - Pursuant to Protective Order

Page 524

```
 1   are at least three reasons why they're going
 2   to have to shorten the production samples I
 3   sent you."
 4              Do you see that?
 5       A.     Yes.
 6       Q.     And he gives three reasons, and
 7   these are the three reasons we talked about
 8   before, right?  So they fit in the standard
 9   case, number one, right?
10       A.     Yes.
11       Q.     Two, to minimize wind noise,
12   right?
13       A.     Yes.
14       Q.     And three, to be compatible
15   with the Kevlar helmet when the chinstrap is
16   fastened, right?
17       A.     Yes.
18       Q.     And then he adds one more
19   sentence before he signs it and says, "That
20   last one is a show stopper if we can't get
21   the modification."
22              Right?
23       A.     That's what he wrote.
24       Q.     It's a show stopper if they
25   can't get the modification.  It means they're
```

Confidential - Pursuant to Protective Order

Page 525

1  not going to be able to sell this plug, use
2  this plug, in the military, right?
3       A.    That would appear to be one
4  interpretation of the words.
5       Q.    So by April 12th of 1999, Aearo
6  is aware that if they don't get this
7  shortened plug, it's a show stopper because
8  it won't fit with the helmet chinstrap,
9  right?
10      A.    We had received that e-mail
11 that indicates those words.
12      Q.    Okay. One of the things that
13 we saw in the flange report from Ron Kieper
14 was the fact when he folded back that flange,
15 he was able to have a bigger part of the stem
16 to grab hold of is what he reported, right?
17      A.    That's what he reported.
18      Q.    Right.
19            And he called it a quasi-stem
20 that allowed him to grasp it better and be
21 stiffer so he could insert it into the ear,
22 right?
23      A.    He spoke about a quasi-stem.
24      Q.    And in fact, when he did the
25 213017 test, he spent about three months

Confidential - Pursuant to Protective Order

Page 526

1  trying to figure out how to get those plugs
2  in those ears, right?
3      A.   It had transpired over a
4  three-month period of time.  I wouldn't say
5  he took three months working on the project.
6  There is many other projects in the
7  laboratory.  And so during that period of
8  time, I don't know how much was devoted to
9  it, but that's the time that elapsed.
10     Q.   Right.
11          Now, you remember whenever --
12 you recall the time that you saw Doug Ohlin
13 down at the beach, and you sent an e-mail to
14 him and said "great seeing you at the beach"?
15     A.   We discussed that before.  It
16 was at a military conference.
17     Q.   Right.  I think it was one of
18 the exhibits back in November when we talked
19 about it.
20     A.   Yes.
21     Q.   But one of the things you
22 described in that -- one of the things you
23 described in that "see you at the beach"
24 e-mail -- "great seeing you at the beach" was
25 the fact that when the plug was shortened to

Golkow Litigation Services - 877.370.DEPS

Confidential - Pursuant to Protective Order

Page 527

1  fit into the case, that it made that -- the
2  stem, the plastic stem, stick further up into
3  the plug and not have as much flexibility as
4  the normal UltraFit plug would have.
5              Do you recall that?
6       A.     Could we look at that?
7       Q.     Sure.  I don't know what
8  exhibit this one was.  913.
9              I'll put it on the screen and
10 then I'll hand it to you.
11             Let you take a look at that.
12             It says -- you told Doug Ohlin,
13 "Doug, good to see you at the beach."
14             MR. BROCK:  Can you just state
15      the number?
16             MR. OVERHOLTZ:  What exhibit
17      number was that, Mr. Berger?
18             THE WITNESS:  24.
19             MR. OVERHOLTZ:  24?
20             THE WITNESS:  24.
21             MR. OVERHOLTZ:  Yeah,
22      Exhibit 24.
23 QUESTIONS BY MR. OVERHOLTZ:
24      Q.     So on Exhibit 24 you had
25 written to Doug Ohlin, and you were

Confidential - Pursuant to Protective Order

Page 610

1                     CERTIFICATE
2
3            I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
4   Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
5   of the examination, Elliott H. Berger, M.S.,
    was duly sworn by me to testify to the truth,
6   the whole truth and nothing but the truth.
7            I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
8   testimony as taken stenographically by and
    before me at the time, place and on the date
9   hereinbefore set forth, to the best of my
    ability.
10
             I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15
16
      _____
17         CARRIE A. CAMPBELL,
           NCRA Registered Diplomate Reporter
18         Certified Realtime Reporter
           California Certified Shorthand
19         Reporter #13921
           Missouri Certified Court Reporter #859
20         Illinois Certified Shorthand Reporter
           #084-004229
21         Texas Certified Shorthand Reporter #9328
           Kansas Certified Court Reporter #1715
22         Notary Public
23         Dated:  December 16, 2019
24
25

Golkow Litigation Services - 877.370.DEPS