# EXHIBIT 68

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION
 3
      IN RE: 3M COMBAT ARMS  )   Case No.
 4    EARPLUG PRODUCTS       )   3:19md2885
      LIABILITY LITIGATION   )
 5    _____  )   Judge M. Casey
                             )   Rodgers
 6    THIS DOCUMENT RELATES  )   Magistrate Judge
      TO ALL CASES           )   Gary R. Jones
 7
 8              TUESDAY, MARCH 10, 2020
 9      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                       - - -
11           Videotaped deposition of Lorraine
12    Babeu, Ph.D., held at the offices of Marriott
13    Tampa Westshore, 1001 North Westshore
14    Boulevard, Cypress Room, Tampa, Florida,
15    commencing at 9:02 a.m., on the above date,
16    before Carrie A. Campbell, Registered
17    Diplomate Reporter and Certified Realtime
18    Reporter.
19
20
21                       - - -
22
              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
25
```

Golkow Litigation Services                                   Page 1

```
              Confidential - Pursuant to Protective Order

  1                  A P P E A R A N C E S :
  2
         SEEGER WEISS, LLP
  3      BY:   DAVID R. BUCHANAN
               dbuchanan@seegerweiss.com
  4            CALEB SEELEY
               cseeley@seegerweiss.com
  5            MAX KELLY
               mkelly@seegerweiss.com
  6            (VIA TELECONFERENCE)
         77 Water Street
  7      New York, New York  10005
         (212) 584-0700
  8
         and
  9
         WAGSTAFF & CARTMELL, LLP
 10      BY:   THOMAS P. CARTMELL
               tcartmell@wcllp.com
 11      4740 Grand Avenue, Suite 300
         Kansas City, Missouri  64112
 12      (816) 701-1100
         Counsel for Plaintiffs
 13
 14
         KIRKLAND & ELLIS LLP
 15      BY:   BARRY E. FIELDS
               barry.fields@kirkland.com
 16      300 North LaSalle
         Chicago, Illinois  60654
 17      (312) 862-2000
 18      and
 19      KIRKLAND & ELLIS LLP
         BY:   WHITNEY N. KNOWLTON
 20            whitney.knowlton@kirkland.com
         2049 Century Park East
 21      Los Angeles, California  90067
         (213) 680-8122
 22      Counsel for Defendants
 23
 24
 25
```

Confidential - Pursuant to Protective Order

```
 1        US ARMY LITIGATION CENTER
          BY:  COLLIN EVANS
 2            collin.p.evans2.mil@mail.mil
          901 North Stuart Street, Suite 700
 3        Arlington, Virginia 22203-1837
          (703) 693-0352
 4
          and
 5
          VA OFFICE OF GENERAL COUNSEL
 6        BY:  HEATHER GRIFFITHS BLACKMON
          Mail Code (00C)
 7        1601 SW Archer Road
          Gainesville, Florida  32608-1135
 8        (352) 381-5734
          Counsel for the Witness
 9
10
     ALSO PRESENT:
11        CHARLES BACHMANN, Seeger Weiss
12        SCOTT SIEGEL, Seeger Weiss
13        MICHAEL KAUFFMANN, trial technician,
          Golkow Litigation Services
14
15   V I D E O G R A P H E R :
          DEVYN MULHOLLAND,
16        Golkow Litigation Services
17                     - - -
18
19
20
21
22
23
24
25
```

```
 1        Q.    Did he ever tell you that in
 2   order to get good results you had to fold
 3   back the flanges on everybody who was using
 4   it?
 5              MR. FIELDS:  Objection to form.
 6              THE WITNESS:  I don't think so.
 7   QUESTIONS BY MR. BUCHANAN:
 8        Q.    And that's not the way you
 9   tested it in people, right?
10        A.    I inserted it the way we
11   normally insert earplugs.  I didn't do any
12   special thing.
13        Q.    Right.
14              The way we saw those pictures
15   earlier today --
16        A.    Right.
17        Q.    -- that's the way you did it?
18        A.    Right.
19        Q.    You obviously cared a lot about
20   the service members who you oversaw on the
21   bases over the years, right?
22        A.    Correct.
23        Q.    Continue to care about the
24   veterans that you see?
25        A.    Yes.
```

```
 1          Q.     You wouldn't want to use
 2   anything that would have comprised their
 3   safety for hearing protection, would you?
 4          A.     No.
 5          Q.     So fair to say that Mr. Berger
 6   never brought any information raising those
 7   safety concerns to your attention?
 8          A.     No, he didn't.
 9                 MR. FIELDS:  Objection.  Form.
10   QUESTIONS BY MR. BUCHANAN:
11          Q.     Nobody else from Aearo ever did
12   that?
13                 MR. FIELDS:  Same objection.
14                 THE WITNESS:  No, huh-uh.
15   QUESTIONS BY MR. BUCHANAN:
16          Q.     Now, we see in some of your
17   discussion, ma'am, that you became aware of
18   some complaints about comfort, that they
19   weren't the most comfortable earplugs.
20          A.     Right.
21          Q.     You recall being aware of that,
22   vaguely or not?
23          A.     Yeah.  Vaguely is more like it.
24   Okay.
25          Q.     But you were never aware of a
```

```
 1    concern with protection, were you?
 2         A.    No, not with -- huh-uh.
 3         Q.    I take it you wouldn't have put
 4    people on the range firing guns if you were
 5    aware of a protection concern?
 6         A.    You can't do that.
 7         Q.    If you were aware that they
 8    could imperceptibly loosen, you wouldn't have
 9    put them in people on the range?
10              MR. FIELDS:  Objection to form.
11              THE WITNESS:  When you say
12         "imperceptibly loosen," that's every
13         earplug --
14    QUESTIONS BY MR. BUCHANAN:
15         Q.    Sure.
16         A.    -- when you move your jaw.
17         Q.    And the one thing with the
18    yellow end, right, it's got a hole down the
19    middle, right?
20         A.    Right.
21         Q.    So you can hear through, right?
22         A.    Right, uh-huh.
23         Q.    Right.
24              Did you know that in order to
25    get the NRRs they claimed, they had to flip
```

Confidential - Pursuant to Protective Order

```
 1                      CERTIFICATE
 2
 3           I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Lorraine Babeu, Ph.D.,
     was duly sworn by me to testify to the truth,
 6   the whole truth and nothing but the truth.
 7           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
             I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15
16
             [Signature]
17           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
18           Certified Realtime Reporter
             Notary Public
19           Dated:  March 13, 2020
20
21
22
23
24
25
```