# EXHIBIT 69

| | |
|---|---|
| **From:** | TIMOTHY MCNAMARA |
| **Sent:** | Monday, December 27, 2004 2:35 PM |
| **To:** | MYERS, BRIAN; RHODES, LIZ; SNEED, JODY; TAYLOR, TERRIE |
| **Cc:** | GAVIN, FRANK |
| **Subject:** | Fwd: Purchase Order SP0200 05 M EA28  Ear Plug Combat |

FYI on the labeling for the Defense Supply Center Philly.

Timothy McNamara
Mgr. Military and Federal Gov't Sales
Aearo Company (Mfg. Peltor, EAR and AO Safety Products)
3049 W. US 52
New Palestine, IN  46163
317-861-1740


>>> "Thomas, Allen C (DSCP)" <Allen.C.Thomas@dla.mil> 12/21/04 11:27AM >>>
Mr. McNamara -

Here's a sample make up showing the markings (i.e., Medical Marking
Standard No. 1 with bar codes) you'll need when shipping out this order.

Allen Thomas
Contract Specialist (DSCP-MSBA)
Defense Supply Center Philadelphia
Phone: 215-737-2320
Fax: 215-737-3120
allen.c.thomas@dla.mil

[Attachment: Aearo Markings STD Sample ma...]

Confidential - Subject to Protective Order                                                                                                          3M_MDL000570282

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential - Subject to Protective Order
3M_MDL000570283

Today's Date 12/21/04

**Unit Package Markings:**

> **6515-01-466-2710**
> **CAGE 1M331   P/N      fill in**
> **PLUG, EAR, COMBAT ARMS**
> **DOUBLE-ENDED, 50 PAIR**
> **1 PG**
> **SP0200-05-M-EA28**
> **M10  (month & yr item is packaged) e.g. 09/04**
>
> **AEARO COMPANY**
> **5457 W 79th Street**
> **INDIANAPOLIS, IN 46268-1675**
>             fill in phone no.

3M_MDL000570283.1

**Exterior (Shipping Container) Markings:**

GO ON UPPER LEFT OF SIDE WITH LARGEST MARKING SURFACE AREA:
[All Capital Letters]
[Letter Height – minimum: no less than ¼" High]

| | | |
|---|---|---|
| **6515-01-466-2710** | IIIIIIIIIII III IIIII IIII | IIIIIIIIIIIIIIII |
| **CAGE  1M331   P/N**__fill in____ | **6515014662710** | **1M331** |
| **PLUG, EAR, COMBAT ARMS,** | | |
| **DOUBLE-ENDED, 50 PAIR** | | |
| ___fill in___  **PG** | IIIIIIIIIIIIIIIIII | |
| **M10 (month & yr item is packaged) e.g. 09/04** | **SP020005MEA28** | |
| **WT** ___fill in____   **CU** ___fill in____ | | |
| | | |
| **SP0200-05-M-EA02** | | |
| **AEARO COMPANY** | | |
| **5457 W 79TH STREET** | | |
| **INDIANAPOLIS, IN 46268-1675** | | |

BAR CODES - TO THE UPPER RIGHT

**Destination Address Label:**

***DESTINATION ADDRESS LABEL***
    Is required on each shipping container.  However, if
    palletization (i.e, larger than 20 CU feet or heavier than 250 lbs) is required, the address label is required
    on the palletized load only

```
SP0200-05-M-EA28

FROM:   AEARO COMPANY
        5457 W 79TH STREET
        INDIANAPOLIS, IN 46268-1675

TO:     DEFENSE DEPOT SUSQUEHANNA PA
        WEST SITE-MECHANICSBURG
        5450 CARLISLE IKE
        BUILDING# 12  DOOR# 8
        MECHANICSBURG, PA 17055

   WT  __fill in__    CU __fill in__

   CARTON 1 OF   __fill in__
```

    ***e.g.,***   CARTON 1 OF  **** (if label is applied to the palletized load,
           this entry will read "pallet 1 of ******".)

<u>*Please Note*</u>:  If the material is palletized, the pallet must be marked in accordance with Medical Marking Standard No. 1 for palletized unit loads.

3M_MDL000570283.3

**Intermediate Package Markings:**   **NOTE – INTERMEDIATE PACKAGE MAY BE SUPPLIED AT THE OPTION OF THE CONTRACTOR**

( no bar codes needed)

> **6515-01-466-2710**
> **CAGE  0WZP3   P/N** __fill in__
> **PLUG, EAR, COMBAT ARMS, BAG,**
> **DOUBLE-ENDED, 50 PAIR**
> __fill in__   **PG**
> **SP0200-05-M-EA02**
> **COMM'L (mo. & yr item is packaged) e.g., 09/04**

3M_MDL000570283.4