# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19-md-2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## DECLARATION OF MICHAEL A. SACCHET IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE GOVERNMENT CONTRACTOR DEFENSE

1. My name is Michael A. Sacchet, and I am a partner at Ciresi Conlin LLP. I am a member of the Plaintiffs' Steering Committee. I am also the Chair of the Law, Briefing, and Legal Drafting Committee.

2. Attached hereto as PX113 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Elliott Berger, dated December 12, 2019.

3. Attached hereto as PX114 is a true and correct copy of excerpts from the deposition transcript of Timothy McNamara, dated March 11, 2020.

4. Attached hereto as PX115 is a true and correct copy of excerpts from the deposition transcript of Elliott Berger, dated December 11, 2019.

5. Attached hereto as PX116 is a true and correct copy of excerpts from the deposition transcript of LTC John Merkley, dated February 26, 2020.

6. Attached hereto as PX117 is a true and correct copy of an Aearo memorandum from Elliott Berger to Brian Myers, dated February 1, 2000, bearing Bates No. 3M_MDL000434769.

7. Attached hereto as PX118 is a true and correct copy of an email from Brian Myers to Eric Fallon and Douglas Moses, dated July 17, 2015, bearing Bates Nos. 3M_MDL000398074–75.

8. Attached hereto as PX119 is a true and correct copy of excerpts from the deposition transcript of Ronald Kieper, dated December 20, 2019.

9. Attached hereto as PX120 is a true and correct copy of excerpts from the deposition transcript of Special Agent Jennifer Coleman, dated March 3, 2020.

10. Attached hereto as PX121 is a true and correct copy of excerpts from the deposition transcript of Martin Salon, dated January 29, 2020.

11. Attached hereto as PX122 is a true and correct copy of excerpts from the deposition transcript of Brian Myers, dated December 13, 2019.

12. I swear under penalty of perjury that the foregoing is true and correct.

DATED: April 21, 2020                  *s/ Michael A. Sacchet*
                                       Michael A. Sacchet
                                       Chair of Law & Briefing
                                       (Admitted Pro Hac Vice)
                                       Minnesota State Bar No. 0395817
                                       Ciresi Conlin LLP
                                       225 South 6th Street, Suite 4600
                                       Minneapolis, MN 55402
                                       Tel.: (612) 361-8220
                                       mas@ciresiconlin.com