# PX113

Confidential - Pursuant to Protective Order

Page 422

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS   )   Case No.
EARPLUG PRODUCTS        )   3:19md2885
LIABILITY LITIGATION    )
_____)   Judge M. Casey
                        )   Rodgers
THIS DOCUMENT RELATES   )   Magistrate Judge
TO ALL CASES            )   Gary R. Jones

THURSDAY, DECEMBER 12, 2019
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
- - -

Videotaped 30(b)(6) deposition of Elliott H. Berger, M.S., Volume II, held at the offices of KIRKLAND & ELLIS LLP, 300 North LaSalle, Chicago, Illinois, commencing at 9:40 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.
- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

Page 423

```
 1              A P P E A R A N C E S :
 2
 3       AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
         PLLC
 4       BY:  NEIL OVERHOLTZ
                 noverholtz@awkolaw.com
 5            JENNIFER HOEKSTRA
                 jhoekstra@awkolaw.com
 6       17 East Main Street
         Pensacola, Florida  32502
 7       (850) 202-1010
 8       and
 9       MONSOUR LAW FIRM
         BY:  DOUGLAS C. MONSOUR
10               doug@monsourlawfirm.com
              KATY KROTTINGER
11               katy@monsourlawfirm.com
         404 North Green Street
12       Longview, Texas  75601
         (903) 999-9999
13
         and
14
         QUINN EMANUEL URQUHART & SULLIVAN, LLP
15       BY:  MATTHEW HOSEN
                 matthosen@quinnemanuel.com
16       865 South Figueroa Street, 10th Floor
         Los Angeles, California  90017
17       (213) 443-3000
         Counsel for Plaintiffs
18
19
         KIRKLAND & ELLIS LLP
20       BY:  NICHOLAS WASDIN
                 nick.wasdin@kirkland.com
21       300 North LaSalle
         Chicago, Illinois  60654
22       (312) 862-2000
23       and
24
25
```

Confidential - Pursuant to Protective Order

Page 424

```
 1       KIRKLAND & ELLIS LLP
         BY:  MIKE BROCK, P.C.
 2            mike.brock@kirkland.com
         1301 Pennsylvania Avenue, NW
 3       Washington, DC  20004
         (202) 389-5996
 4       Counsel for Defendants
 5
 6    ALSO PRESENT:
 7       ERIC RUCKER, in-house counsel, 3M
 8       JAMES BATTLE, Aylstock, Witkin,
         Kreis & Overholtz
 9
         EVAN WOLFE, trial tech, Golkow
10       Litigation Services
11
12    V I D E O G R A P H E R :
         DAN LAWLOR,
13       Golkow Litigation Services
14                   - - -
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

Page 506

```
 1          point to him at the time was
 2          interference with the chinstrap of the
 3          helmet.
 4               We're not dealing with A, B or
 5          C.  We're dealing with a customer
 6          wants a shorter plug.  He cut the plug
 7          down, he sent it to us, "this is the
 8          length I'd like the plug."  We
 9          endeavored to make the plug the length
10          he requested.
11   QUESTIONS BY MR. OVERHOLTZ:
12        Q.    Do you know what day he
13   requested the case be made a little bigger?
14        A.    Not the exact date.
15        Q.    Do you know what day that the
16   company said, "don't worry, we'll shorten the
17   plug"?
18        A.    I'd need to look at the
19   documents.  I believe we're talking about the
20   1998 time frame.
21        Q.    Do you know if the -- did the
22   military or the people that make that case,
23   did they reject the request to make it
24   bigger?
25               MR. WASDIN:  Objection to
```

Confidential - Pursuant to Protective Order

Page 507

1        foundation.
2              THE WITNESS:  The case was
3        never made bigger.  I don't know if it
4        was rejected.  We see that request to
5        make it larger.  I never saw a larger
6        case.
7   QUESTIONS BY MR. OVERHOLTZ:
8        Q.     Just to be clear, the company
9   has no evidence that the request to make the
10  case bigger back in '99 was rejected in any
11  way, right?
12       A.     Other than we've not seen a
13  larger case.
14       Q.     But you have -- well, later
15  there was a larger case, right, when you
16  added the strings to the plugs?
17       A.     I don't recall.
18       Q.     Ohlin requested that the
19  company make it bigger, and they did, so it
20  would fit the strings in it?
21       A.     Possible.  I don't recall.
22       Q.     When we're talking about the
23  case, we're talking about this thing, right?
24       A.     Possible.  I don't recall.
25       Q.     Okay.  So you're not aware as