# PX115

Confidential - Pursuant to Protective Order

Page 339

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS  ) Case No.
EARPLUG PRODUCTS       ) 3:19md2885
LIABILITY LITIGATION   )
_____    ) Judge M. Casey
                       ) Rodgers
THIS DOCUMENT RELATES  ) Magistrate Judge
TO ALL CASES           ) Gary R. Jones

WEDNESDAY, DECEMBER 11, 2019
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
- - -
Videotaped deposition of Elliott H. Berger, M.S., Volume II, held at the offices of KIRKLAND & ELLIS LLP, 300 North LaSalle, Chicago, Illinois, commencing at 9:38 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.
- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

Page 340

```
 1           A P P E A R A N C E S :
 2
         MONSOUR LAW FIRM
 3       BY:  DOUGLAS C. MONSOUR
              doug@monsourlawfirm.com
 4            KATY KROTTINGER
              katy@monsourlawfirm.com
 5       404 North Green Street
         Longview, Texas  75601
 6       (903) 999-9999
 7       and
 8       AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
         PLLC
 9       BY:  BRYAN F. AYLSTOCK
              baylstock@awkolaw.com
10            NEIL D. OVERHOLTZ
              noverholtz@awkolaw.com
11       17 East Main Street
         Pensacola, Florida  32502
12       (850) 202-1010
13       and
14       QUINN EMANUEL URQUHART & SULLIVAN, LLP
         BY:  MATTHEW HOSEN
15            matthosen@quinnemanuel.com
         865 South Figueroa Street, 10th Floor
16       Los Angeles, California  90017
         (213) 443-3000
17
         and
18
         LAMINACK, PIRTLE & MARTINES, LLP
19       BY:  THOMAS PIRTLE
         5020 Montrose Boulevard, 9th Floor
20       Houston, Texas  77006
         (713) 292-2750
21
         and
22
         PULASKI LAW FIRM
23       BY:  KATHERINE CORNELL
         2925 Richmond Avenue, Suite 1725
24       Houston, Texas  77098
         Counsel for Plaintiffs
25
```

Confidential - Pursuant to Protective Order

Page 341

```
 1      KIRKLAND & ELLIS LLP
        BY:  NICHOLAS WASDIN
 2           nick.wasdin@kirkland.com
             SIMON GOTTLIEB
 3           simon.gottlieb@kirkland.com
        300 North LaSalle
 4      Chicago, Illinois  60654
        (312) 862-2000
 5
        and
 6
        KIRKLAND & ELLIS LLP
 7      BY:  SIERRA ELIZABETH
             sierra.elizabeth@kirkland.com
 8      333 South Hope Street
        Los Angeles, California  90071
 9      (213) 680-8122
10      and
11      KIRKLAND & ELLIS LLP
        BY:  MIKE BROCK, P.C.
12           mike.brock@kirkland.com
        1301 Pennsylvania Avenue, NW
13      Washington, DC  20004
        (202) 389-5996
14      Counsel for Defendants
15
16   ALSO PRESENT:
17      ERIC RUCKER, in-house counsel, 3M
18      JAMES BATTLE, Aylstock, Witkin,
        Kreis & Overholtz
19
20
     V I D E O G R A P H E R :
21      DAN LAWLOR,
        Golkow Litigation Services
22
                       - - -
23
24
25
```

Confidential - Pursuant to Protective Order

Page 465

1  information about the enemy, and loud sound
2  can destroy the needed sensor, the ear.
3  Therefore, both hearing protection and
4  auditory awareness of environments are
5  important to the soldier."
6             Right?
7        A.   That's what it says.
8        Q.   So you got a -- you need
9  something that'll provide protection and
10 allow for auditory awareness, right?
11            MR. WASDIN:  Object to the
12       form.
13            THE WITNESS:  That's what is
14       stated there.
15 QUESTIONS BY MR. MONSOUR:
16       Q.   And that's what the Combat Arms
17 Earplug was intended to accomplish, right?
18       A.   It was intended to provide
19 adequate protection and more ability for
20 hearing the sounds around you, yes.
21       Q.   Okay.  And in fact, we've
22 looked at the marketing of it, and the
23 marketing of it says this product allows
24 people to hear clearly.  It says to hear
25 clearly.  It says the soldiers can hear

Confidential - Pursuant to Protective Order

Page 466

1  things -- sounds virtually unaffected.  It
2  says they can hear it clear.  It says they
3  can hear it without impairment.  It says
4  there is Hear-Through® clarity.  It says they
5  can hear without interruption.
6           And the company uses the term
7  "Hear-Through® technology," which they
8  trademarked, right?
9           MR. WASDIN:  Objection to form.
10          THE WITNESS:  Those are words
11     that you pulled from the various seven
12     documents.
13 QUESTIONS BY MR. MONSOUR:
14     Q.    Those are words I pulled from
15 the various seven documents which were
16 written by 3M, correct?
17     A.    Yes.
18     Q.    If you flip over to the fifth
19 page of the document with regard to the
20 Combat Arms Earplug, there is some user
21 feedback under number 1.
22           Do you see that?
23     A.    I was looking at another page
24 there for a minute, but which page are you
25 on?

Confidential - Pursuant to Protective Order

Page 538

1        the subjects.
2   QUESTIONS BY MR. MONSOUR:
3        Q.   So here's my question:  Let's
4   say there's a soldier out there that can fit
5   the plug okay without folding the flanges
6   back, okay?
7             You following me thus far?
8        A.   Yes.
9        Q.   Shouldn't that soldier also be
10  told, "Hey, that opposing flange might push
11  out your plug"?
12            MR. WASDIN:  Objection to form.
13            THE WITNESS:  If you look
14       through -- you cited my textbook.  If
15       you look at my textbook, you look at
16       the military literature, what you will
17       discover is that pre-molded earplugs
18       work loose.  And myself and other
19       authorities will point out that when
20       people are trained to wear pre-molded
21       earplugs, they need to be told that
22       "You need to be aware of them, both
23       how they feel, how they sound, that
24       periodically they may work loose
25       during your shift or during the day

Confidential - Pursuant to Protective Order

Page 539

1   and need to be reseated."
2           So in the same way that a
3   conventional UltraFit earplug without
4   any nonlinear filter in it has a
5   potential to work loose and would need
6   reseating, likewise this plug is
7   susceptible to that problem.
8  QUESTIONS BY MR. MONSOUR:
9       Q.   Well, but that -- let's clear
10 this up.  Let's be honest, okay?  You're
11 talking about a one-sided, triple-flanged
12 plug, correct?
13      A.   Correct.
14      Q.   And those on their own will
15 loosen, right, and work themselves out.
16           That's what you just said,
17 right?
18      A.   Yes.
19      Q.   It's in your book?
20      A.   They have -- they have the
21 potential to do that for certain individuals.
22      Q.   But what Ron Kieper saw, and he
23 put in the flange report, is not only is
24 there that risk, but there's the additional
25 risk of the opposing flange pushing on the

Confidential - Pursuant to Protective Order

Page 540

1  outside of the ear canal, providing an extra
2  problem with the earplugs working out, true?
3              MR. WASDIN:  Objection to form.
4              THE WITNESS:  He noticed -- he
5       thought that that's the problem he
6       noticed for one or more of the people.
7              When he went back and redid
8       the -- completed the 017 test, if you
9       look at the experimenter notes on that
10      test, it appears as though he only
11      folded back the flanges for one
12      subject of the group.  He may have
13      folded it back for others, but the --
14      his written laboratory experimenter
15      notes say "fold back as needed."  He
16      identifies one subject for whom those
17      flanges were folded back.
18 QUESTIONS BY MR. MONSOUR:
19      Q.     I understand.
20             But in all fairness, you're not
21 sure that that's the only one, true?
22             MR. WASDIN:  Objection to form.
23             THE WITNESS:  Correct.  That's
24      what's -- the best documentary
25      evidence that I have.