# PX116

```
 1              UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF

 3              FLORIDA, PENSACOLA DIVISION

 4   IN RE 3M COMBAT ARMS      : MDL No. 2885

 5   EARPLUG PRODUCTS          : Civil Action No.:

 6   LIABILITY LITIGATION      : 3:19-md-02885-MCR-GRJ

 7                  --------------------

 8

 9          Deposition of LTC JOHN A. MERKLEY, was

10   taken via videotape on Wednesday, February 26,

11   2020, commencing at 9:09 a.m., at Baltimore

12   Marriott Waterfront Hotel, 700 Aliceanna Street,

13   Baltimore, Maryland, before MICHELE D. LAMBIE,

14   Notary Public.

15                  --------------------

16

17

18

19

20   Reported By:

21          Michele D. Lambie, CSR-RPR
```

Page 2

1  APPEARANCES:
2         ON BEHALF OF THE PLAINTIFFS:
3     SeegerWeiss LLP.
4         DAVID R. BUCHANAN, ESQUIRE.
5         dbuchanan@seegerweiss.com.
6         MAX KELLY, ESQUIRE.
7         mkelly@seegerweiss.com.
8         (via computer)
9         55 Challenger Road.
10        Ridgefield Park, New Jersey  07660.
11        (212) 584-0713
12
13    Clark, Love & Hutson, PLLC
14        AMANDA HUNT, ESQUIRE.
15        ahunt@triallawfirm.com.
16        440 Louisiana Street.
17        Suite 1600.
18        Houston, Texas  77002.
19        (713) 757-1400
20
21

1  APPEARANCES CONTINUED:

2          ON BEHALF OF THE PLAINTIFFS:

3     Tracey & Fox.

4          LAWRENCE TRACEY, ESQUIRE.

5          ltracey@traceylawfirm.com.

6          4400 Louisiana Street.

7          Suite 1901.

8          Houston, Texas  77002.

9          (800) 925-7216

10

11         ON BEHALF OF THE DEFENDANTS:

12    Kirkland & Ellis LLP.

13         NICHOLAS WASDIN, ESQUIRE.

14         nick.wasdin@kirkland.com.

15         COLE CARTER, ESQUIRE.

16         cole.carter@kirkland.com.

17         300 North LaSalle Street.

18         Chicago, Illinois  60654.

19         (312) 862-7090

20

21

Page 4

1  APPEARANCES CONTINUED:

2          ON BEHALF OF LTC JOHN A. MERKLEY:

3      U.S. Army Legal Services Agency.

4          MAJOR COLLIN P. EVANS, ESQUIRE.

5          collin.p.evan2.mil@mail.mil.

6          9275 Gunston Road.

7          Suite 3005.

8          Fort Belvoir, Virginia  22060-5546.

9          (703) 693-0352

10

11

12     ALSO PRESENT:  Charles Bachmann

13                    Zach Hove

14                    Derek Fox - Videographer

15

16

17

18

19

20

21

1  business line when it came to market in 1999, sir,
2  and this is some 15, 16 years later where he's
3  noting he's always noticed that he never gets that
4  feeling that they're working.
5          Would it surprise you, sir, if other
6  users, like the product manager for the Combat
7  Arms, had similar experiences?
8          MR. WASDIN:  Objection to form and
9  foundation.
10         THE WITNESS:  Similar experiences in that
11 they don't feel like it's working?  I'm sure.  I
12 mean, I -- I can speak just to my own experience.
13 BY MR. BUCHANAN:
14    Q.   I understand.
15    A.   Yeah.
16    Q.   That's -- and that was really what I was
17 trying to discern.  You had a certain level of
18 experience with the plugs, and you are a Ph.D.
19 audiologist who's been in hearing --
20    A.   I'm not a Ph.D.  A doctor of audiology.
21    Q.   A doctor of audiology, yeah, for

1  some -- withdrawn.
2          You're a doctor, an audiologist who has
3  been in hearing conservation for the last 20 years,
4  fair?
5      A.   Correct.
6      Q.   You're an expert in determining whether
7  your earplugs fit well, correct?
8      A.   Yes.
9      Q.   And, certainly, you have more experience
10 making that determination and training in how to do
11 it than your average soldier, fair?
12     A.   Yes.
13          MR. BUCHANAN:  Thank you.  I have no
14 further questions.
15          THE VIDEOGRAPHER:  We are off the record
16 at 7:16 p.m., and this concludes the testimony
17 given by LTC John A. Merkley.  The total number of
18 media unit numbers is five and will be retained by
19 Veritext.
20          (Whereupon, the deposition of LTC John A.
21 Merkley was concluded at 7:17 p.m., and the reading