# PX117

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential - Subject to Protective Order

3M_MDL000434769



# E•A•R
## Research & Development

**To:** Brian C. Myers

**From:** Elliott H. Berger

**Date:** February 1, 2000

**Re:** January Monthly Report / Hearing Technical Marketing

### E•A•R CLINIC
The last of the Berger/Gasaway clinics was taught in San Ramon, CA on Jan 13, 2000. It was one of the best ever taught; a fitting goodbye to Don after these many years together. We had 172 in attendance.

### PRODUCT DEVELOPMENT

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

An initial draft of Technical report E•A•R 99-28/HP on the setup and use of the ER Acoustic Resistance Checker for use in QC testing the Combat arms and Hi-Fi earplugs, is ready for review.

### NVLAP ACCREDITATION
Subject reliability testing per E•A•R 91-44/HP is 65% completed (26 of 40 tests).

Fifty per cent of the test subjects (10 of 20) have been given their annual re-qualification audiogram.

### NRR LABELING/EPA-TYPE TESTING
E•A•R Classic + Peltor Clear H6 on AO Hard Hat [268116] – NRR - 33
E•A•RSoft Plug (2 sizes) + Peltor Clear H6 on AO Hard Hat [268117] – NRR - 33
Combat Arms Plug [213016] – NRR - -2
UltraFit end of Combat Arms Plug [213015] – Stopped after eight subjects, NRR 11; a new test will begin because it appears there is a learning effect as the experimenter better understands how to insert this unusual earplug.
ReFlex MA (UTC) [244003] – 7 subjects tested
ReFlex MA (OTH) [244004] – 7 subjects tested
ReFlex MA (BTH) [244005] – 5 subjects tested

### METHOD B TESTING
Only one person has responded to phone calls, made in an attempt to recruit new subjects. There are still about 10 people on the list who have not been contacted; they will be called in February. We are

January Monthly Report                                                                                                              Page - 2

trying to conclude the tests with the exist list of subject names without having to re-run a new advertisement.

**PRESENTATIONS/ARTICLES**
A précis was prepared of EHB's lecture/workshop at the NIOSH/NHCA Best Practices Conference. This will be included in a NIOSH publication of the proceedings.

Materials were prepared and sent to NHCA for the HPD fitting workshop that will either be led by EHB or DCG.

**INTERVIEWS**
EHB was quoted in a recent Occupational Hazards article on noise and hearing conservation.

**MARKETING AND SALES**
RWK and KLD gave lab tours to two groups of Sales Reps. for BCM.

**INTERNAL HEARING CONSERVATION PROGRAM (HCP)**
Sound survey sampling of the 79th Street production areas (Packaging, Maintenance, Polyurethane, and Shipping) was completed in January, and no change was noted relative to prior levels.

Robert C. (Bobby) Hedges, a new Maintenance Mechanic, was given his initial audiogram.

**CUSTOMER SERVICE**
Fifteen (15) calls, letters, and email communications were handled this month.

**COMMITTEES AND PROFESSIONAL ORGANIZATIONS**
Good progress continued on the AIHA Noise Manual. This included development of a comparison table of OSHA/MSHA/NIOSH that will be the basis for an upcoming memo to our field sales force.

**FACILITIES/EQUIPMENT/CALIBRATION**
The lab's primary 2636 Measuring amp and the reference 4144/2619 mic/preamp systems returned from B&K after being calibrated. The amplifier and preamp were in-spec. as received and the mic's response curves and sensitivity were consistent with previous B&K measurements.

The backup GenRad 1382 Noise Generator and the HP Electronic Counter were in spec as-received by Hayes Instrument. They have been certified for another two years and are back in service in the lab.

**MISCELLANEOUS**
The NRR slide was finalized and duplicates of it were made. Older slides are being updated to the PPT '97 format.

HPDA program – John Goins visited the lab twice in January, both times with a more-complete version of the program. On January 28th, he thought he had everything working, but that was not the case. He expects to return the first week of February with a complete, fully-working version for us to troubleshoot.

**TRAVEL**
- Feb 15-20; NHCA Conference, Denver (possible, pending health issues)
- Apr 4; E•A•R Clinic, Boston (postponed)
- Apr. 13-14: CAOHC, Philadelphia (possible, pending health issues)
- May 4; E•A•R Clinic, Raleigh (tentative for now)
- May 21-25; AIHCE, Orlando
- May-June 2; ASA, Atlanta
- June 6 or 7; E•A•R Clinic, Denver

Elliott H. Berger

ec:      Ron Kieper      Don Peyton

c:\_myfiles\_wrdfiles\monthly\00janehb.doc