# PX118

| | |
|---|---|
| **From:** | Brian Myers |
| **Sent:** | Friday, July 17, 2015 5:42 PM |
| **To:** | Eric Fallon |
| **Cc:** | Douglas Moses |
| **Subject:** | RE: Thank You |

I thought this was a tremendous experience for building an appreciation of protection/communication needs for military. You are both to be congratulated for putting this together and making it highly successful.

I would just offer a couple of constructive comments.

Combat Arms earplugs – something I have always noticed with the Combat Arms is that I never feel like they are working because I am used to that "plugged up" distorted listening with a conventional earplug. I don't know if others feel that way as well, but I think it is always worth telling people that they may have the sensations that it is not working because of this.

The field listening exercise is by far the most valuable piece of this session. We had one person whose radio was not working during the hike out to the range. Doug was great and ran back to get another headset – but my suggestion is to take steps to be absolutely certain you are ready with all necessary back-ups to preserve that particular experience for participants.

Again – congratulations. I have not ever had this kind of immersion experience in my twenty years of hearing protection. I 5really appreciate the way it drives home the point.
Thanks,
Brian


**3M**

**Brian C. Myers** | Business Director - Hearing Protection
3M Personal Safety Division
3M Center, Bldg 235-2E-85 | St. Paul, MN 55144-1000 USA
Office: US 651 733 9770 | Mobile: US 317 796 1344
brian.myers@mmm.com | www.3M.com


**From:** Eric Fallon
**Sent:** Friday, July 17, 2015 11:11 AM
**To:** Brian Myers; Douglas Moses; Eric Fallon; george.pauls@motorolasolutions.com; Jeffrey Bair; Jorge Alonso; Karen Cuta; Laurie Wells; Nicole McCullough; Pegeen Smith; Stephen Jaksec; Tim Whalen
**Subject:** Thank You

All,

I want to express my thanks again for your participation in ECHO this week. It was a personal pleasure to get to kno each of you better over the past few days. I hope all of you brought away something from ECHO that you can use as we interface with our customers and go about our daily activities. The event on Thursday was very well received and COL gates from the HCE could not have been happier with the two events.

Confidential - Subject to Protective Order                                                                                          3M_MDL000398074

Please feel free to send me thoughts about how we can improve the course. Suggestions from our attendees and SME staff have helped us improve the course over the last 2 years.

Thanks in advance for your assistance.

Eric

Confidential - Subject to Protective Order

3M_MDL000398075