# PX119

Page 449

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:   3M COMBAT ARMS | ) | Case No. 3:19md2885 |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | Judge M. Casey |
| -------------------------- | ) | Rodgers |
| | ) | Magistrate Judge |
| THIS DOCUMENT RELATES TO | ) | Gary R. Jones |
| ALL CASES | ) | Volume 2 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

The continued videotaped deposition of RONALD WILLIAM KIEPER, called by the Plaintiffs for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before JULIANA F. ZAJICEK, a Registered Professional Reporter and Certified Shorthand Reporter, at the Indianapolis Marriott Downtown, The Lincoln Room, 350 West Maryland Street, Indianapolis, Indiana, on the 20th day of December, 2019, commencing at 9:03 a.m.

Confidential - Pursuant to Protective Order

Page 450

```
 1   PRESENT:
 2   ON BEHALF OF THE PLAINTIFFS:
 3          AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
            17 East Main Street, Suite 200
 4          Pensacola, Florida 32502
            850-202-1010
 5          BY:  NEIL D. OVERHOLTZ, ESQ.
                 noverholtz@awkolaw.com;
 6               JENNIFER M. HOEKSTRA, ESQ.
                 jhoekstra@awkolaw.com
 7
                      -and-
 8
            SEEGER WEISS, LLP
 9          77 Water Street
            New York, New York 10005
10          212-584-0700
            BY:  DAVID R. BUCHANAN, ESQ.
11               dbuchanan@seegerweiss.com;
                 CALEB SEELEY, ESQ.
12               cseeley@seegerweiss.com
13
     ON BEHALF OF THE DEFENDANTS:
14
            KIRKLAND & ELLIS LLP
15          300 North LaSalle
            Chicago, Illinois 60654
16          312-862-2000
            BY:  SIMON GOTTLIEB, ESQ.
17               simon.gottlieb@kirkland.com
18                    -and-
19          KIRKLAND & ELLIS LLP
            333 South Hope Street
20          Los Angeles, California 90071
            213-680-8122
21          BY:  SIERRA ELIZABETH, ESQ.
                 sierra.elizabeth@kirkland.com
22
23
24
25
```

Confidential - Pursuant to Protective Order

Page 451

```
 1   ALSO PRESENT:
 2        CHARLES BACHMANN, Legal Analyst,
 3           Seeger Weiss, LLP
 4        ZACH HONE, Trial Technician,
 5           Golkow Litigation Services
 6
 7
 8
 9
10   THE VIDEOGRAPHER:
11        DEVYN MULHOLLAND,
12           Golkow Litigation Services
13
14
15
16
17
18
19
20   REPORTED BY:   JULIANA F. ZAJICEK, CSR No. 84-2604.
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

Page 928

```
 1      Q.    Here you go.
 2      A.    Oh, on the back.  I didn't look at that.
 3      Q.    Here it is, sir, it was on the front.
 4            Do you see that Dual End Design?  "Insert
 5   the plug's yellow end for ambient hear-through
 6   protection."
 7            Do you see that, sir?
 8      A.    I see that.
 9      Q.    Okay.  All right.
10            And that's how you marketed the yellow end
11   of the Combat Arms with that hear-through so you'd be
12   able to hear the voices and hear low level sounds,
13   right?
14            MS. ELIZABETH:  Objection; form, foundation.
15   BY THE WITNESS:
16      A.    That's -- that's what's stated on this
17   sales sheet.
18   BY MR. BUCHANAN:
19      Q.    And turning back to Exhibit 86, what
20   Mr. Myers is saying, he could never tell if they were
21   working because you don't have that plugged up
22   distorted listening feeling when you got the yellow
23   end in like you do with other types of hearing
24   protection, right?
25            MS. ELIZABETH:  Objection; form, foundation.
```

Confidential - Pursuant to Protective Order

Page 929

1   BY THE WITNESS:
2       A.   Yes, conventional hearing protectors tend
3   to distort the -- the shape of the noises and the
4   sounds that a person hears.
5   BY MR. BUCHANAN:
6       Q.   Right.
7            And so that whole discussion you were
8   having with counsel about being in that quiet room
9   out -- people can't really tell if earplugs are
10  imperceptibly listening because it is so quiet, that's
11  a different story with the yellow end of the plug,
12  right?
13      MS. ELIZABETH:   Objection; form.
14  BY MR. BUCHANAN:
15      Q.   Because you don't get that plugged up
16  feeling with the yellow end of the plug, do you?
17      MS. ELIZABETH:   Objection; foundation.
18  BY THE WITNESS:
19      A.   Mr. Myers doesn't.
20  BY MR. BUCHANAN:
21      Q.   Right.
22           You don't get that plugged up distorted
23  listening feeling like you do with a conventional
24  earplug, right?
25      A.   That's what Mr. Myers said.