# PX122

Confidential - Pursuant to Protective Order

Page 422

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS | ) | Case No. 3:19md2885 |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | Judge M. Casey |
| ------------------------- | ) | Rodgers |
| | ) | Magistrate Judge |
| THIS DOCUMENT RELATES TO | ) | Gary R. Jones |
| ALL CASES | ) | |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

The continued videotaped deposition of BRIAN MYERS, called by the Plaintiffs for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before JULIANA F. ZAJICEK, a Registered Professional Reporter and Certified Shorthand Reporter, at the offices of Kirkland & Ellis, LLP, Suite 600, 300 North LaSalle Street, Chicago, Illinois, on the 13th day of December, 2019, commencing at 9:08 a.m.

Confidential - Pursuant to Protective Order

Page 423

```
 1   PRESENT:
 2   ON BEHALF OF THE PLAINTIFFS:
 3        CLARK, LOVE & HUTSON, PLLC
          440 Louisiana Street, Suite 1600
 4        Houston, Texas 77002
          713-757-1400
 5        BY:  EMILY MARLOWE, ESQ.
               emarlowe@triallawfirm.com
 6
                    -and-
 7
          SEEGER WEISS, LLP
 8        77 Water Street
          New York, New York 10005
 9        212-584-0700
          BY:  DAVID R. BUCHANAN, ESQ.
10             dbuchanan@seegerweiss.com
               MAX KELLY, ESQ.
11             mkelly@seegerweiss.com
12                  -and-
13        TRACEY & FOX
          440 Louisiana Street, Suite 1901
14        Houston, Texas 77002
          713-495-2333
15        BY:  LAWRENCE TRACEY, ESQ.
               ltracey@traceylawfirm.com
16             SEAN TRACEY, ESQ.
               stracey@traceylawfirm.com
17             CARTER SNEAD, ESQ.
               csnead@traceylawfirm.com
18
19   ON BEHALF OF THE DEFENDANTS:
20        KIRKLAND & ELLIS LLP
          300 North LaSalle
21        Chicago, Illinois 60654
          312-862-2000
22        BY:  MARK J. NOMELLINI, ESQ.
               mark.nomellini@kirkland.com;
23             TABITHA DE PAULO, ESQ.
               tabitha.depaulo@kirkland.com;
24             NOLAN LEUTHAUSER, ESQ.
               nolan.leuthauser@kirkland.com
25
```

Golkow Litigation Services - 877.370.DEPS

Confidential - Pursuant to Protective Order

Page 424

1  ALSO PRESENT:
2      CHARLES BACHMANN, Legal Analyst,
3          Seeger Weiss, LLP
4      DANIEL OLIVIO, Paralegal,
5          Tracey & Fox
6      CHRIS GRIMM, Trial Technician,
7          Golkow Litigation Services
8
9  THE VIDEOGRAPHER:
10     DEVYN MULHOLLAND,
11         Golkow Litigation Services
12
13
14
15 REPORTED BY:  JULIANA F. ZAJICEK, CSR No. 84-2604.
16
17
18
19
20
21
22
23
24
25

1  BY THE WITNESS:
2      A.   So based on my looking at the sales of
3  this device in different packaging forms, it was sold
4  to some distributors as well as to the military.
5  BY MR. BUCHANAN:
6      Q.   Yeah, and we can go back all of the way to
7  2000 and find that this product was sold commercially
8  through distributors, it was sold in consumer
9  packaging, it was sold in various ways all of the way
10 back to 2000, fair?
11     A.   I'd want to look at the data, but I recall
12 sales in 2000 to somebody in Japan, so that's probably
13 true.
14     Q.   And also sales in 2000 to sportsmen, hunt
15 shops, distributors who sold to commercial outlets,
16 right, sir?
17     A.   I'd want to go back and look at the data.
18     Q.   Okay.  You don't have that recollection?
19     A.   I don't -- I don't recall specifically who
20 it was sold to in 2000.
21     Q.   So let's go forward here, if we could.
22          In the top right corner there is dot
23 numbers that we talked about yesterday.  If you'd go
24 to .42, if you can see that.  The title says:
25 "Medical Procurement Item Description."