# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                                                 Date:   April 24, 2020
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Eleventh Case Management Conference (by telephone)**

Attendance of leadership counsel only by telephone.  Special Master Judge David Herndon present by phone.  Order to follow memorializing the Case Management Conference.

**PRESENT:**

| **Honorable**   **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|
| **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| **Honorable**   **Gary R. Jones** | | | |
| **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**      Bryan Aylstock, Shelley Hutson, Christopher Seeger, et al

**Lead Counsel for Defendants:**      Mark Nomellini, Mike Brock, Barry Fields, Nick Wasdin, Larry Hill, et al
**3M Co. and Aearo**

**PROCEEDINGS:**

9:30 am     Telephone Conference Begins:
            Court addresses the following matters:
            ⬥ Scheduling remote depositions in May and in-person or by video in June
            ⬥ 30-minute webinar re: technology to use for remote depositions
            ⬥ State Court Judge and motions to remand
            ⬥ Possible CMC or conference call with state court judge and counsel in May
            ⬥ VA requiring wet signatures
            ⬥ Personnel files from DOD and *Touhy* requests
            ⬥ Interrogatory requests before Judge Gary Jones
            ⬥ Next CMCs:   May 29th, June 26th and July 29th
            ⬥ Joint proposal forthcoming re: dividing samples of earplugs
            ⬥ 3 categories of cases:   25 bellwether cases, 1,500 in 1% of plaintiff population and 148,000 administrative cases
            ⬥ Show Cause Order to be entered re: appointment of independent expert (biostatistician)

10:43 am    Court in Recess