# EXHIBIT A

Confidential - Pursuant to Protective Order

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
 2                  PENSACOLA DIVISION
 3
       IN RE: 3M COMBAT ARMS  )   Case No.
 4     EARPLUG PRODUCTS       )   3:19md2885
       LIABILITY LITIGATION   )
 5     _____ )   Judge M. Casey
                              )   Rodgers
 6     THIS DOCUMENT RELATES  )   Magistrate Judge
       TO ALL CASES           )   Gary R. Jones
 7
 8           WEDNESDAY, NOVEMBER 13, 2019
 9      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                      - - -
11            Videotaped 30(b)(6) deposition of
12     Elliott H. Berger, M.S., held at the offices
13     of KIRKLAND & ELLIS LLP, 300 North LaSalle,
14     Chicago, Illinois, commencing at 9:04 a.m.,
15     on the above date, before Carrie A. Campbell,
16     Registered Diplomate Reporter, Certified
17     Realtime Reporter, Illinois, California &
18     Texas Certified Shorthand Reporter, Missouri
19     & Kansas Certified Court Reporter.
20                      - - -
21
                GOLKOW LITIGATION SERVICES
22         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
23
24
25
```

Golkow Litigation Services                                   Page 1

```
              Confidential - Pursuant to Protective Order

   1                A P P E A R A N C E S :
   2
            AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
   3        PLLC
            BY:  NEIL D. OVERHOLTZ
   4             noverholtz@awkolaw.com
                 JENNIFER HOEKSTRA
   5             jhoekstra@awkolaw.com
                 BRYAN F. AYLSTOCK
   6             baylstock@awkolaw.com
            17 East Main Street
   7        Pensacola, Florida  32502
            (850) 202-1010
   8
            and
   9
            SEEGER WEISS, LLP
  10        BY:  DAVID R. BUCHANAN
                 dbuchanan@seegerweiss.com
  11             MAX KELLY
                 mkelly@seegerweiss.com
  12        77 Water Street
            New York, New York  10005
  13        (212) 584-0700
  14        and
  15        CLARK, LOVE & HUTSON, PLLC
            BY:  SHELLEY HUTSON
  16             shutson@triallawfirm.com
                 EMILY MARLOWE
  17             emarlowe@triallawfirm.com
            440 Louisiana Street, Suite 1600
  18        Houston, Texas  77002
            (713) 757-1400
  19
            and
  20
            TRACEY & FOX
  21        BY:  SEAN P. TRACEY
                 stracey@traceylawfirm.com
  22        440 Louisiana Street, Suite 1901,
            Houston, Texas  77002
  23        (713) 495-2333
  24        and
  25
```

Confidential - Pursuant to Protective Order

```
 1     MONSOUR LAW FIRM
       BY:  DOUGLAS C. MONSOUR
 2          doug@monsourlawfirm.com
       404 North Green Street
 3     Longview, Texas   75601
       (903) 999-9999
 4
       and
 5
       COLSON HICKS EIDSON
 6     BY:  ROBERTO MARTÍNEZ
            bob@colson.com
 7     255 Alhambra Circle Penthouse
       Coral Gables, Florida  33134
 8     (305) 476-7400
       Counsel for Plaintiffs
 9
10
       KIRKLAND & ELLIS LLP
11     BY:  SIERRA ELIZABETH
            sierra.elizabeth@kirkland.com
12     333 South Hope Street
       Los Angeles, California  90071
13     (213) 680-8122
14     and
15     KIRKLAND & ELLIS LLP
       BY:  MIKE BROCK, P.C.
16          mike.brock@kirkland.com
       1301 Pennsylvania Avenue, NW
17     Washington, DC  20004
       (202) 389-5996
18
       and
19
       KIRKLAND & ELLIS LLP
20     BY:  NICHOLAS WASDIN
            nick.wasdin@kirkland.com
21          SIMON GOTTLIEB
            simon.gottlieb@kirkland.com
22     300 North LaSalle
       Chicago, Illinois  60654
23     (312) 862-2000
       Counsel for Defendants
24
25
```

Confidential - Pursuant to Protective Order

```
 1   ALSO PRESENT:
 2        ERIC RUCKER, in-house counsel, 3M
 3        JAMES BATTLE, Aylstock, Witkin,
          Kreis & Overholtz
 4
          ZACH HONE, trial technician, Golkow
 5        Litigation Services
 6
     V I D E O G R A P H E R :
 7        DAN LAWLOR,
          Golkow Litigation Services
 8
                         - - -
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

```
 1          marked for identification.)
 2   QUESTIONS BY MR. OVERHOLTZ:
 3          Q.    Let's look at what we'll mark
 4   as Exhibit Number 3, which is Bates
 5   number 3M_MDL000528437.
 6                I don't think that's the right
 7   copy.  I'm sorry, I may have given you the
 8   wrong exhibit, but we'll come back to that
 9   one.
10                (Berger 30(b)(6) Exhibit 4
11          marked for identification.)
12   QUESTIONS BY MR. OVERHOLTZ:
13          Q.    Show you what we'll mark as
14   Exhibit Number 4, which is 3M_MDL000528443.
15                Mr. Berger, so this is a letter
16   dated July 15, 2009, from Michael Vale to
17   Chuck Boeder.
18                Can you tell me who those two
19   gentlemen are?
20          A.    At the time, Michael Vale was
21   the managing director of 3M Brazil, as it
22   indicates in the letter here.
23                I do not recall who Chuck
24   Boeder was.
25          Q.    Okay.  And so Michael Vale
```

```
 1   writes in this letter, "I am pleased to
 2   submit this letter of support for the
 3   advancement of Elliott Berger to the position
 4   of division scientist."
 5               Do you see that?
 6        A.     I do.
 7        Q.     Okay.  And it talks about
 8   "Elliott has been with 3M Aearo for over
 9   33 years and an internationally recognized
10   expert specializing in the area of hearing
11   protection and conservation."
12               Do you see that?
13        A.     I do.
14        Q.     And then there is a summary of
15   your accomplishments listed on the document;
16   lists several bullet points.
17               Do you see that?
18        A.     I do.
19        Q.     Okay.  If we could look down at
20   the one, two, three, four, five, sixth bullet
21   point, it says, "Founder, developer and
22   manager of the E-A-RCAL laboratory, a
23   world-renowned test facility for both passive
24   hearing protection and electronic/
25   electroacoustic communication products."
```

```
 1                 Do you see that?
 2        A.       Yes.
 3        Q.       Okay.  And that's talking about
 4   the lab that you run -- that you ran at Aearo
 5   and then 3M; is that right?
 6        A.       Yes.
 7        Q.       Founder.  Were you a founder of
 8   that laboratory at Aearo -- or E-A-R at
 9   Cabot?
10        A.       It's an interesting word that
11   he uses.  I designed that facility when we
12   moved from Boston to Indianapolis, so I
13   designed the acoustic features, the test
14   chamber, et cetera, and set it up.  So you
15   could call me a founder.
16        Q.       Okay.  If we could look at the
17   next bullet point, it says, "For new
18   products, Elliott has been involved with
19   almost every E-A-R product launched since
20   1980, including the E-A-R Classic."
21                 Do you see that?
22        A.       Yes.
23        Q.       "He continually provides input
24   to the design of new earplugs to optimize
25   noise reduction ratings."
```

Confidential - Pursuant to Protective Order

```
 1                      CERTIFICATE
 2
 3            I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, Elliott H. Berger, M.S.
    30(b)(6), was duly sworn by me to testify to
 6  the truth, the whole truth and nothing but
    the truth.
 7
              I DO FURTHER CERTIFY that the
 8  foregoing is a verbatim transcript of the
    testimony as taken stenographically by and
 9  before me at the time, place and on the date
    hereinbefore set forth, to the best of my
10  ability.
11            I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor attorney
12  nor counsel of any of the parties to this
    action, and that I am neither a relative nor
13  employee of such attorney or counsel, and
    that I am not financially interested in the
14  action.
15
16
17  _____
    CARRIE A. CAMPBELL,
18  NCRA Registered Diplomate Reporter
    Certified Realtime Reporter
19  California Certified Shorthand
    Reporter #13921
20  Missouri Certified Court Reporter #859
    Illinois Certified Shorthand Reporter
21  #084-004229
    Texas Certified Shorthand Reporter #9328
22  Kansas Certified Court Reporter #1715
    Notary Public
23
    Dated:  November 15, 2019
24
25
```