UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: April 27, 2020
Motion/Pleading: Motion for Leave to File Under Seal an Exhibit from Plaintiffs' Motion for Summary Judgment
Filed by: Defendants   on 4/24/2020   Doc. # 1105
RESPONSES:
_____ on _____ Doc. # _____
_____ on _____ Doc. # _____

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

For good cause shown, the motion is **GRANTED**. The Clerk is directed to maintain Exhibit 58 to Plaintiffs' Motion for Summary Judgment, ECF No. 1072-61, **UNDER SEAL**.

**DONE AND ORDERED**, this 28th of April, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**