## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 3:19-md-2885<br><br>Chief Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

### NOTICE OF CHANGE OF ADDRESS FOR KRISTIAN RASMUSSEN

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Kristian Rasmussen, counsel of record for the Plaintiffs, has changed offices and contact information to the following:

>Kristian Rasmussen
>Rasmussen Law Firm, LLC
>2343 River Grand Drive
>Birmingham AL 35243
>Phone: (205) 529-1559
>Email: KRasmussen@KRfirm.com

For purposes of service of notices, correspondence, and documents in the above captioned case, please amend your service list accordingly.

Respectfully submitted this the 30th day of April, 2020.

>/s/ Kristian Rasmussen
>Kristian Rasmussen (FL Bar 229430)
>Rasmussen Law Firm, LLC
>2343 River Grand Drive
>Birmingham AL 35243
>Phone: (205) 529-1559
>Email: KRasmussen@KRfirm.com
>
>*Counsel for Plaintiffs*

## Certificate of Service

  I HEREBY CERTIFY that on April 30, 2020, a true and correct copy of the foregoing Notice was electronically filed via the Court's CM/ECF system, which will automatically serve all counsel of record.

            /s/ Kristian Rasmussen