# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to All Cases | ) Judge M. Casey Rodgers ) ) Magistrate Judge Gary R. Jones ) |
| _____ | ) ) |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Danae N. Benton is with D Benton Law Firm and has changed her address, telephone number, email, and facsimile number as set forth below.

    Danae N. Benton
    D BENTON LAW FIRM
    1220 Blalock, Suite 300
    Houston, TX 77055
    Telephone:  877-404-4277
    Facsimile:  832-565-1252
    Email: danae@thebentonlawgroup.com

For purposes of service of notices, correspondence, and documents in the above-captioned case, please amend your service list accordingly.

DATED: May 4, 2020                               Respectfully submitted,


                                                 */s/ Danae N. Benton*
                                                 Danae N. Benton
                                                 Florida Bar: 1002916
                                                 Texas Bar: 24080422
                                                 D BENTON LAW FIRM
                                                 1220 Blalock, Suite 300
                                                 Houston, TX 77055 Telephone:
                                                 877-404-4277 Facsimile:
                                                 832-565-1252
                                                 danae@thebentonlawgroup.com


                                                 *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Danae N. Benton, hereby certify that on May 4, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

                                                  */s/ Danae N. Benton*
                                                 Danae N. Benton