UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 filed previously in this matter, and the Northern District of Florida Local Rule 11.1, I Attorney Kristin M. Kizziah, hereby moves this Court for an Order for admissions to practice *pro hac vice* in the above styled case currently pending, and all future cases transferred, moved to, or filed directly into this MDL, and in support thereof states as follows:

1. Movant is a resident of the State of Alabama and it not a resident of the State of Florida.

2. Movant is admitted to practice law and is a member of good standing of the Alabama State Bar. A copy of a Certificate of Good Standing from the Alabama Bar is attached hereto for the Court's review.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1. Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial. The confirmation number is FLND15883620723290.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded PACER "NextGen" account.

6. Movant represents Plaintiff Kimberly Brown v. 3M Company, and Aero Technologies LLC in 3:2019-cv-03755 currently pending before this Court.

WHEREFORE, Kristin M. Kizziah respectfully request that this Court enter an order granting this Motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted May 7th, 2020.

**PEPPER & ODOM, P.C.**

/s/ Kristin M. Kizziah
Kristin M. Kizziah (AL Bar #KIZ004)
1929 3rd Avenue North, Suite 600
Birmingham, AL 35203
Telephone: 205-250-1107
Facsimile: 205-994-6746
Email: kristin@pepperodom.com

**CERTIFICATE OF SERVICE**

The undersigned, an Attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 7, 2020, served electronically on all counsel of record.

/s/ Kristin M. Kizziah
Kristin M. Kizziah (AL Bar# KIZ004)