# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885-MCR-GRJ |
| | Judge M. Casey Rodgers |
| This Document Relates to All Cases | Magistrate Judge Gary R. Jones |

## NOTICE OF CHANGE IN REPRESENTATION

Pursuant to the Court's Pretrial Order No. 34, Kirkland & Ellis LLP as counsel of record for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC (collectively, "3M") provides notice of the following change in legal representation:

Ms. Kimberly Branscome, who has served as a counsel of record for 3M, has departed Kirkland & Ellis LLP and joined Dechert LLP.

Kirkland & Ellis LLP certifies that it has provided notice of Ms. Branscome's departure to 3M pursuant to Florida Rule of Professional Conduct 4-5.8.

3M has confirmed that Kirkland & Ellis LLP will continue to lead its defense through the following counsel of record: Robert ("Mike") C. Brock, Barry E. Fields, Frank Chadwick Morris, Mark J. Nomellini, Garret Alan Leach, Robert B. Ellis, Sierra Elizabeth, Nicholas F. Wasdin, Karl B. Gunderson, Saghar Esfandiarifard, Tabitha Joy De Paulo, Hariklia ("Carrie") Karis (*pro hac vice* application forthcoming), and Ashley Neglia (*pro hac vice* application forthcoming).

3M has also confirmed that the following attorneys from Moore Hill & Westmoreland PA will remain counsel of record: Charles Franklin Beall, Jr., Thomas Larry Hill, and Haley J. VanFleteren.

In addition, 3M has been informed that other attorneys at Kirkland & Ellis LLP who are not counsel of record will continue to work on the litigation.

3M has not yet determined what role, if any, Ms. Branscome will have in representing Defendants going forward in this litigation.

DATED: May 7, 2020	/s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
Email: mike.brock@kirkland.com

Mark J. Nomellini
Nicholas F. Wasdin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
Email: mark.nomellini@kirkland.com
Email: nick.wasdin@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I, Mike Brock, hereby certify that on May 7, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

DATED: May 7, 2020          */s/ Robert C. Brock*
                                            Robert C. "Mike" Brock