# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 7, 2020

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Kristin M. Kizziah     on  May 7, 2020              Doc. #  1118

Response _____  on _____  Doc. # _____

_____ Stipulated           _____ Joint Pleading
_____ Unopposed         _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 7th day of May 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**