**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PLAINTIFFS' RESPONSE TO PRETRIAL ORDER NO. 33 REGARDING COURT APPOINTED WITNESS

Counsel for Plaintiffs file this statement, in response to the Court's Pretrial Order No. 33. In PTO 33, the Court stated the intention of appointing an independent expert to assist the Court in developing a complete and accurate picture of the full universe of cases in the MDL and understanding the characteristics of the *most* representative plaintiffs so that the Court can continue moving this litigation forward. Plaintiffs have no objection to this appointment.

Further, Plaintiffs have conferred with Defendants, but because 3M has indicated its intention to object to the appointment of an expert or certain aspects of such an appointment, plaintiffs have not had meaningful discussions regarding proposing an expert. We have no objection to the Court appointing whomever it wants or, if 3M's objection is overruled, the parties could promptly meet and confer to see if they can agree on an expert to be proposed to the Court.

Dated: May 8, 2020	Respectfully submitted,

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
77 Water Street
8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell,
Rafferty, & Proctor, P.A.
316 South Baylen Street
Pensacola, FL 32502
Tel.: (850) 435-7044
bbarr@levinlaw.com

>Michael A. Burns, Co-Liaison Counsel
>Mostyn Law Firm
>3810 W. Alabama Street
>Houston, TX 77027
>Tel.: (713) 714-0000
>epefile@mostynlaw.com
>
>*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 8th day of May, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

>*/s/ Bryan F. Aylstock*
>Bryan F. Aylstock