# ADDENDUM A

# ADDENDUM A

| NAME | CASE NO. |
|---|---|
| Allen, Michael | 3:19-cv-04846-MCR-GRJ |
| Diaz, Jose | 3:19-cv-04935-MCR-GRJ |
| Erhart, John | 3:19-cv-05103-MCR-GRJ |
| Friel, Jonathon | 3:19-cv-05101-MCR-GRJ |
| Daniels, William | 3:19-cv-05102-MCR-GRJ |
| Williams, Ellen | 3:20-cv-00021-MCR-GRJ |
| Smith, Damien | 3:20-cv-01007-MCR-GRJ |
| Taylor, Justin | 3:20-cv-01008-MCR-GRJ |
| Tenhopen, Bryan | 3:20-cv-01009-MCR-GRJ |
| White, Dennis | 3:20-cv-01010-MCR-GRJ |
| Easterling, Kevin | 3:20-cv-01012-MCR-GRJ |
| Wimmer, James | 3:20-cv-01014-MCR-GRJ |
| Tobie, Shawn | 3:20-cv-01015-MCR-GRJ |
| Wyatt, Emma | 3:20-cv-01016-MCR-GRJ |
| Trotter, Scott | 3:20-cv-01017-MCR-GRJ |
| Timmermann, Justin | 3:20-cv-01019-MCR-GRJ |
| Baber, Kevin | 3:20-cv-01021-MCR-GRJ |
| Benton, Jeremy | 3:20-cv-01023-MCR-GRJ |
| Anderson, Ken | 3:20-cv-01025-MCR-GRJ |
| Alston, Ray | 3:20-cv-01027-MCR-GRJ |
| Haar, Mikael | 3:20-cv-01028-MCR-GRJ |
| Eldridge, Chadwick | 3:20-cv-01030-MCR-GRJ |
| Magnus, Timothy | 3:20-cv-01053-MCR-GRJ |
| Mouzone, Kieosha | 3:20-cv-01054-MCR-GRJ |
| Yueng, Joshuo | 3:20-cv-01055-MCR-GRJ |
| Mann, Marcel | 3:20-cv-01056-MCR-GRJ |
| Manning, Kenneth | 3:20-cv-01057-MCR-GRJ |
| Peters, Nathan | 3:20-cv-01058-MCR-GRJ |
| Pickle, Richard | 3:20-cv-01059-MCR-GRJ |
| Rohde, Justin | 3:20-cv-01060-MCR-GRJ |
| Wooden Jr., Robert | 3:20-cv-01062-MCR-GRJ |
| Shaw, Benjamin | 3:20-cv-01063-MCR-GRJ |
| Small, John | 3:20-cv-01064-MCR-GRJ |
| Nye, Blaine | 3:20-cv-01065-MCR-GRJ |
| Morales, Saul | 3:20-cv-01070-MCR-GRJ |
| Moore, Charles | 3:20-cv-01072-MCR-GRJ |

| NAME | CASE NO. |
|---|---|
| Jones, Keith | 3:20-cv-01073-MCR-GRJ |
| Johnson, Leonard | 3:20-cv-01074-MCR-GRJ |
| Grogan, Michael | 3:20-cv-01075-MCR-GRJ |
| Feran, Michael | 3:20-cv-01079-MCR-GRJ |
| Ketchum, Casey | 3:20-cv-01081-MCR-GRJ |
| Jones, Quintin | 3:20-cv-01082-MCR-GRJ |
| Cahill, Patrick | 3:20-cv-01083-MCR-GRJ |
| Brotherton, Tyler | 3:20-cv-01084-MCR-GRJ |
| Clair, Austen | 3:20-cv-01085-MCR-GRJ |
| Kyt, Andrew | 3:20-cv-01086-MCR-GRJ |
| Smith, Christopher | 3:20-cv-01089-MCR-GRJ |
| Ramos, Jose | 3:20-cv-01090-MCR-GRJ |
| McKenna, Scott | 3:20-cv-01095-MCR-GRJ |
| Lopez, Aaron | 3:20-cv-01096-MCR-GRJ |
| Ciesielski, Steven | 3:20-cv-01097-MCR-GRJ |
| Carnahan, Glenn | 3:20-cv-01098-MCR-GRJ |
| Roberts II, Roy | 3:20-cv-01414-MCR-GRJ |
| Wright, Stephen | 3:20-cv-01416-MCR-GRJ |
| Howe Jr., Roger | 3:20-cv-01802-MCR-GRJ |
| Brenner, Joshua | 3:20-cv-01805-MCR-GRJ |
| Sova, Ryan | 3:20-cv-01808-MCR-GRJ |
| Bowen, Brandon | 3:20-cv-01821-MCR-GRJ |
| Gaines, Jr., John | 3:20-cv-01825-MCR-GRJ |
| Coleman, Charles | 3:20-cv-02433-MCR-GRJ |
| Dixon, Randal | 3:20-cv-02434-MCR-GRJ |
| Gonzalez, Julie | 3:20-cv-02435-MCR-GRJ |
| Jordan, Bruce | 3:20-cv-02437-MCR-GRJ |
| Johnson, William L. | 3:20-cv-02439-MCR-GRJ |
| Lopez, Jesus | 3:20-cv-02441-MCR-GRJ |
| Robins, Ashley | 3:20-cv-02443-MCR-GRJ |
| Johnson, Micah | 3:20-cv-04362-MCR-GRJ |
| Laughton, Jayco | 3:20-cv-04972-MCR-GRJ |
| Kelley, John | 3:20-cv-04970-MCR-GRJ |
| Servedio, Matthew | 3:20-cv-04971-MCR-GRJ |