# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION </br></br>This Document Relates to: </br>See Addendum A | Case No. 3:19-md-2885-MCR-GRJ </br></br>Judge M. Casey Rodgers </br></br>Magistrate Judge Gary R. Jones |

## DECLARATION OF COLE CARTER

I, Cole Carter, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois and am an associate with the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, counsel for Defendants 3M and Aearo Technologies LLC.

2. I am over the age of eighteen and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so completely under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of notes taken by Elliott Berger at a December 16, 1997 meeting at Aberdeen Proving Ground,

produced by Defendants at 3M_MDL000425673, and marked as Defendants' Exhibit 4 to the December 12, 2020 deposition of Elliott Berger.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the December 12, 2019 deposition of Elliott Berger.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a drawing of a dual-ended earplug, numbered "2041-0," bearing Bates numbers 3M_MDL000571966 - 3M_MDL000571967, and marked as Defendants' Exhibit 5 of the December 12, 2019 deposition of Elliott Berger. Also included is a higher-quality version of the same document.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the December 17, 2019 deposition of Richard Knauer.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a letter from Richard Knauer to Doug Ohlin, dated March 24, 1998, bearing Bates number DOD00000257, and marked as Defendants' Exhibit 7 of the December 12, 2019 deposition of Elliott Berger.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an email from Doug Ohlin to Brian Myers, bearing Bates number 3M_MDL000569995 -

3M_MDL000569996, dated April 9, 1999, and marked as Defendants' Exhibit 8 of the December 12, 2019 deposition of Elliott Berger.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a chain of emails to and from Doug Ohlin, dated from April 8, 1999 to May 20, 1999, and marked as Defendants' Exhibit 11 of the December 12, 2019 deposition of Elliott Berger.  The Department of Defense produced an identical copy of this document to Defendants, and Defendants have stamped it with the Bates numbers DOD00000135 - DOD00000141.

10. Attached here to as **Exhibit 8** is a true and correct copy of an email from Doug Ohlin to Belva Hoffman, bearing Bates number 3M_MDL000569956 - 3M_MDL000569957, dated April 12, 1999, and marked as Defendants' Exhibit 10 of the December 12, 2019 deposition of Elliott Berger.

11. Attached hereto as **Exhibit 9** is a set of drawings of a dual-ended earplug and its components, bearing Bates numbers 3M_MDL000393831 - 3M_MDL000393841.

12. Attached hereto as **Exhibit 10 i**s a true and correct copy of an Aearo Company Memorandum, dated April 9, 1999, by Annette Shaver, produced by Defendants at 3M_MDL000570345, and marked as Defendants' Exhibit 9 of the December 12, 2019 deposition of Elliott Berger.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a Memorandum for Staff Director, Joint Readiness Clinical Advisory Board by Doug Ohlin, bearing Bates numbers 3M_MDL000039900 - 3M_MDL000039904, and marked as Defendants' Exhibit 8 of the February 26, 2020 deposition of LTC John Merkley.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the February 26, 2020 deposition of LTC John Merkley.

15. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the transcript of the March 3, 2020 deposition of Special Agent Jennifer Coleman.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an email from John Komada to Brian Myers, dated May 7, 2003, and an attached document, bearing Bates numbers 3M_MDL000569950 - 3M_MDL000569951, and marked as Plaintiffs' Exhibit 50 to the December 13, 2019 deposition of Brian Myers.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a redline "Specification Sheet," bearing Bates numbers 3M_MDL000254134 - 3M_MDL000254137, and marked as Plaintiffs' Exhibit 52 to the December 13, 2019 deposition of Brian Myers.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a real-ear attenuation at threshold (REAT) test report of the green end of the Combat Arms, with the test ID "213015," dated January 25, 2000, produced by Defendants at 3M_MDL000313390.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a REAT test report of the yellow end of the Combat Arms, with the test ID "213016," dated January 25, 2000, bearing Bates numbers 3M_MDL000188143 - 3M_MDL000188147.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a REAT test report of the green end of the Combat Arms, dated May 9, 2000, with the test ID "213017," bearing Bates numbers 3M_MDL000195517 - 3M_MDL000195524.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a report entitled "Wideband Hearing, Intelligibility, and Sound Protection (WHISPr)" by Captain Brian Hobbs, *et al.*, of the Air Force Research Laboratory, dated October 2008, and marked as Defendants' Exhibit 3 of the February 26, 2020 deposition of LTC John Merkley.  The Department of Defense produced an identical copy of this document to Defendants.

22. Attached hereto as **Exhibit 20** is a true and correct copy of an email from William Murphy to Elliott Berger, Armand Dancer, Doug Ohlin, Vern

5

Larson, and Per Hiselius, dated October 23, 2001, bearing Bates number 3M_MDL000024875, and marked as Defendants' Exhibit 12 of the deposition of LTC John Merkley.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a presentation entitled "Level Dependent Hearing Protection and Distortion Otoacoustic Emissions (DPOAE) After Small Arms Fire" by Dr. Lorraine Babeu of the Army Research Laboratory, and marked as Defendants' Exhibit 13 of the February 26, 2020 deposition of LTC John Merkley.  Defendants produced this document at 3M_MDL000393650.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a report entitled "Hearing Protection Evaluation for the Combat Arms Earplug at Idaho National Laboratory" by James Lovejoy, dated March 2007.  Defendants produced this document at Bates number 3M_MDL000357176.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a report entitled "Modeling of Acoustic Pressure Waves in Level-Dependent Earplugs" by James DeSpirito and Mary Binseel of the Army Research Laboratory, dated September 2008, and marked as Defendants' Exhibit 14 of the February 26, 2020 deposition of LTC John Merkley.  The Department of Defense produced an identical copy of this document to Defendants.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a report entitled "A Comparison of the Single-Sided (Gen II) and Double-Sided (Gen I) Combat Arms Earplugs (CAE): Acoustic Properties, Human Performance, and User Acceptance," by M. Binseel, *et al*. of the Army Research Laboratroy, dated December 2012. The document is available at https://apps.dtic.mil/dtic/tr/fulltext/u2/a609344.pdf.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a report entitled "U.S. Marine Corps Level-Dependent Hearing Protector Assessment: Objective Measures of Hearing Protection Devices," by Angelique A. Scharine and Rachel A. Weatherless, dated January 2014. Defendants produced this document at Bates numbers 3M_MDL000012099 - 3M_MDL000012130.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a REAT test report of the green end of the Combat Arms earplugs by Paul Schley, labeled experiment number 1327, dated June 18, 2007, and bearing Bates numbers DOD00000723-1 - DOD00000723-2.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a REAT test report of the yellow end of the Combat Arms earplugs by Paul Schley, labeled experiment number 1328, dated June 18, 2007, and bearing Bates numbers DOD00000724-1 - DOD00000724-2.

30. Attached hereto as **Exhibit 28** is a true and correct copy of an excerpt from the Investigation Report created in connection with a False Claims Act suit against Defendants, dated November 29, 2016, and bearing Bates numbers CID File0234 - CID File0237.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the declaration of Eric Fallon, dated March 30, 2020.

32. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from a spreadsheet detailing individual sales of the Combat Arms earplugs, marked as Exhibit 4 of the October 17, 2019 deposition of Douglas Moses. It was produced at Bates number 3M_MDL000393647.

33. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts of the transcript of the November 13, 2020 Rule 30(b)(6) deposition of Elliott Berger.

34. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the transcript of the December 3, 2019 deposition of Marc Santoro.

35. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of the transcript of the October 18, 2019 Rule 30(b)(6) deposition of Brian Myers.

36. Attached hereto as **Exhibit 34** is a true and correct copy of an instructional card for the dual-ended Combat Arms earplugs, bearing Bates

numbers 3M_MDL00022931 - 3M_MDL000229332, and marked as Defendants' Exhibit 9 of the February 26, 2020 deposition of LTC John Merkley.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2020 in Chicago, Illinois

DATED: May 8, 2020

Cole Carter