# EXHIBIT 1



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential - Subject to Protective Order

3M_MDL000425673

## Meeting at Aberdeen Proving Ground, 12/16/97
Dick Price, Doug Ohlin, George Garinther, Theresa Schulz
Armand Dancer, Pascal Hammery

1. Exact definition of part that was tested / approved?
   Tested a drilled-out standard Auditory Systems UltraFit tip w/custom stem w/their filter.
   Field Trials
       crews of 4 each
       H. Leight Max and ILS nonlinear on each soldier
       experimenter-supervised fit
       SPLs ~ 183 dB, 7 rounds each session
       Determined TTS @ 5 min., 1 hr., 24 hr.
       Criterion was $\leq$ 15 dB TTS at 24 hr. either ear, any frequency

       Found that both nonlinear and Leight plug were safe to use.
       But H. Leight Max was refit after each round since it worked loose.

2. Have you or can you purchase a tool for new part?
   No.

3. Quantities? Buyers?
   U.S. Army ~ 380,000 - ½ need this plug 2 times/year.
   French ~300,000/year - may buy 2 years in advance.

4. Color of stem and plug? 2-color stem?
   Red and yellow for 2-ended plug

5. Patentability? Licensing?
   They already have patent on new nonlinear value and have applied for patent on 2-ended plug.

6. Can you document H. Leight problem? Can we use such data?
   Will document in upcoming report on field study.

7. Review data? Advantage over gunfender.
   Gunfender starts with too little protection - smaller hole didn't raise it enough to be helpful.

8. Pricing
   $1.00 - $3.00 O.K.
   $5.00 heartburn, $10.00 deal breaker

   Their vendor will sell us filters at $0.13 each in quantity of 1,000,000

Armand
French Army prefers UltraFit as best vehicle for a nonlinear plug. Armand estimates Army uses one Classic/person/year. Amazing!? They want the nonlinear plug to be easier to adjust open and shut, but harder to disassemble.

Armand's goal is protection of the soldiers, not making money. He has no interest in charging royalty because he knows we would just tack that on to the price of the product.

Ohlin
Accepts our plug because they have had good experience with Comfit. Would not accept 2 different plugs, i.e. one nonlinear and one conventional. Is interested in 2-ended plug 1-size plug because easier to dispense and they are losing so many field audiologists that they need a less labor-intensive item to use.


Bid Process
Bid to go out to us and competitors.
RFQ will issue in Jan/Feb for discussion in Spring
Delivery of products in early 1999

We have advantage because ours is tested - PerFit didn't work well.
    1. unisize
    2. protection and communication in impulse and steady
    3. HP in high continuous noise
    4. propose 3 solutions - 1) original openable/closable concept
                            2) 2- ended plug, w/nonlin end=yellow, closed end=red
                              3) two separate earplugs, one=nonlin and one=UltraFit


Thicker stem walls have been shown to have better attenuation but this is not of enough practical importance; therefore, don't redesign stem/filter, simply use the filter they have available to put into a stem.


c:\myfiles\wrdfiles\proddev\apgvis1.doc