# EXHIBIT 3

EXHIBIT D5
WIT: Berger
DATE: 12-12-19
C. Campbell, RDR CRR CSR #13921

A
D
C
B
REV
DATE
DESCRIPTION
BY
APRV
REVISIONS
TOLERANCE TO BE ± .010
UNLESS OTHERWISE SPECIFIED
Aearo
AEARO COMPANY
7911 ZIONSVILLE ROAD
INDIANAPOLIS, IN 46268
REVERSIBLE NONLINEAR
ULTRAFIT PLUG ASSEMBLY
4X
2041-0

Confidential - Subject to Protective Order 3M_MDL000571967

| DET | QTY | PART NUMBER | DESCRIPTION |
|---|---|---|---|
| A | 1 | 2039-0 | NONLINEAR EAR PLUG |
| B | 1 | 2032-B | ULTRAFLEX EAR PLUG |
| C | 1 | 4046-0 | NONLINEAR ULTRAFIT STEM, BARBED & REVERSIBLE |
| D | 1 | 4047-0 | FILTER FOR NONLINEAR PLUG - 2 HALVES ASSEMBLED |

ORIGINAL

DIMENSIONS ARE IN INCHES AND [MILLIMETERS]

| REV | DATE | DESCRIPTION | BY | APRV |
|---|---|---|---|---|
| | | | | |

REVISIONS

TOLERANCE TO BE ± .010
UNLESS OTHERWISE SPECIFIED

| SIGNATURES | DATE |
|---|---|
| DRAWN BY: M. DOT | 3-23-98 |
| CHECKED BY: R. FALCO | 3-24-98 |
| PROJECT ENGINEER: R. FALCO | 3-24-98 |
| OPERATIONS: | |

Aearo

AEARO COMPANY
7911 ZIONSVILLE ROAD
INDIANAPOLIS, IN 46268

TITLE
REVERSIBLE NONLINEAR
ULTRAFIT PLUG ASSEMBLY

REF NO. | SCALE: 4X | SHT. 1 OF 1

POSITIVELY- NO CHANGES MAY BE MADE TO MATERIALS OR DIMENSIONS WITHOUT WRITTEN APPROVAL

DRAWING NO. 2041-0