# EXHIBIT 4

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF FLORIDA

 3                 PENSACOLA DIVISION

 4

 5   IN RE:  3M COMBAT ARMS      )  Case No. 3:19md2885

 6   EARPLUG PRODUCTS LIABILITY  )

 7   LITIGATION                  )  Judge M. Casey

 8   ------------------------    )  Rodgers

 9                               )  Magistrate Judge

10   THIS DOCUMENT RELATES TO    )  Gary R. Jones

11   ALL CASES                   )

12      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

13         The videotaped deposition of RICHARD KNAUER,

14   called by the Plaintiffs for examination, taken

15   pursuant to the Federal Rules of Civil Procedure of

16   the United States District Courts pertaining to the

17   taking of depositions, taken before JULIANA F.

18   ZAJICEK, a Registered Professional Reporter and

19   Certified Shorthand Reporter, at the Indianapolis

20   Marriott Downtown, 350 West Maryland Street,

21   Indianapolis, Indiana, on the 17th day of

22   December, 2019, commencing at 9:09 a.m.

23

24

25
```

Confidential - Pursuant to Protective Order

```
 1    PRESENT:
 2    ON BEHALF OF THE PLAINTIFFS:
 3          AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
            17 East Main Street, Suite 200
 4          Pensacola, Florida 32502
            850-202-1010
 5          BY:  BRYAN AYLSTOCK, ESQ.
                 baylstock@awkolaw.com;
 6               NEIL D. OVERHOLTZ, ESQ.
                 noverholtz@awkolaw.com;
 7               JENNIFER M. HOEKSTRA, ESQ.
                 jhoekstra@awkolaw.com
 8
                         -and-
 9
            THE MONSOUR LAW FIRM
10          404 North Green Street
            Longview, Texas 75601
11          903-999-9999
            BY:  DOUGLAS C. MONSOUR, ESQ.
12               KATY KROTTINGER, ESQ.
13                   -and-
14          PULASKI LAW FIRM
            2925 Richmond Avenue, Suite 1725
15          Houston, Texas 77098
            713-664-4555
16          BY:  KATHERINE CORNELL, ESQ.
                 kcornell@pulaskilawfirm.com
17
18    ON BEHALF OF THE DEFENDANTS:
19          KIRKLAND & ELLIS LLP
            300 North LaSalle
20          Chicago, Illinois 60654
            312-862-2000
21          BY:  BARRY E. FIELDS, P.C.
                 barry.fields@kirkland.com;
22               NICHOLAS WASDIN, ESQ.
                 nick.wasdin@kirkland.com
23
24
25
```

Confidential - Pursuant to Protective Order

1   ALSO PRESENT:

2        ZACH HONE, Trial Technician,

3        Golkow Litigation Services

4

5   THE VIDEOGRAPHER:

6        DEVYN MULHOLLAND,

7         Golkow Litigation Services

8

9

10  REPORTED BY:  JULIANA F. ZAJICEK, CSR No. 84-2604.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Pursuant to Protective Order

1    shorten the plug by the 1/4" required to fit your

2    current container."

3              When you made the decision that -- that

4    the plug could be shortened by a quarter of an inch,

5    were you looking at the capabilities of the plug or

6    were you looking at the manufacturing process

7    necessary to create the plug?

8        A.    We were looking at -- I -- I was

9    specifically -- or Bob Falco was specifically looking

10   at the capability of being able to manufacture a

11   shorter plug.

12       Q.    Okay.

13       A.    However, we then wanted to provide that

14   plug to the Army and let them evaluate it and tell us

15   whether it works, because we were depending upon their

16   feedback, did this solve your problem, is it working,

17   and that type of thing.

18       Q.    Okay.  How was the original length of the

19   Combat Arms Version 2 plug arrived at?

20       A.    I do not remember how that was arrived at.

21       Q.    Was it your decision or would it have been

22   Berger's decision or would it have been Falco's

23   decision or would it have been somebody else?

24       A.    I do not remember how that was decided.

25       Q.    Okay.  Do you consider yourself one of the

Confidential - Pursuant to Protective Order

1    designers of the Combat Arms Version 2 earplug?

2         A.    No.

3         Q.    Who do you consider to be the designer of

4    the Combat Arms Version 2 earplug?

5         A.    When you -- when you say designed, what do

6    you mean, design?

7         Q.    I don't know any other word.

8         A.    Certainly we provided samples, we provided

9    a variety of samples to the military.  Originally, if

10   I remember correctly, and this is if I remember

11   correctly, the first product we showed them was a

12   single-ended UltraFit long stem, the normal length of

13   the stem of the UltraFit, with a filter in it, provide

14   the samples, got feedback.  So it was an iterative

15   process back and forth, to answer your question the

16   best I can.

17        Q.    Who was the one, though, that came up with

18   the -- the let's take two UltraFits, put them on two

19   ends, we'll put a piece of plastic in the middle and

20   we'll put a filter in there, who is the one that --

21   who is the one that came up with that design?

22        MR. WASDIN:  Objection to foundation.

23   BY THE WITNESS:

24        A.    When you asked who came up with the

25   design, the feedback we got from the military after

Confidential - Pursuant to Protective Order

```
 1   providing them with a single-ended stem, single-ended
 2   product, was we liked the concept, we would like
 3   something -- Doug Ohlin specifically, but it was the
 4   military in general, we -- we like the concept, but we
 5   would like it to have a double-ended plug to it.
 6   BY MR. MONSOUR:
 7        Q.   Right.  And so if Doug Ohlin says, We
 8   would like to have a double-ended to it, that product
 9   doesn't just appear, somebody has to literally design
10   the product so you can make it, right?
11        A.   Basically, when he asked for that, we then
12   went in and made up samples, however we made them up,
13   and sent them to Doug, and it could have been two or
14   three, I don't remember.
15        Q.   Okay.
16        A.   We sent samples to him, he said this is --
17   this is good, this is bad, whatever.
18        Q.   Okay.  So that's my question.
19             Who is the one that came up with the
20   samples?
21        A.   Who manufactured, who --
22        Q.   Who -- who -- who came --
23        A.   Who put them together or who --
24        Q.   Yeah.  Yeah.  Who -- who came up with the
25   idea of how to put the -- the -- come up with this --
```

Confidential - Pursuant to Protective Order

 1    if the military said we wanted a two-sided document,

 2    who is the one that came up with the design for the

 3    two sides?

 4         MR. WASDIN:  Objection to form.

 5    BY THE WITNESS:

 6         A.    To the best of my memory, what we did was

 7    we took the -- because we had the UltraFit tips, we

 8    took them and cut them down to certain lengths, put a

 9    filter in the adapter and put them together and sent

10    them and said, Doug, is this what you want, is this

11    not what you want, that type of thing.

12         Q.    So who did that, was it you?

13         A.    No, it was not me.

14         Q.    Okay.

15         A.    The most likely person that had did -- had

16    made the actual samples was Bob Falco, the design

17    engineer.

18         Q.    Okay.  All right.

19               Do you know -- do you know --

20               There are obviously different sizes of

21    triple flange plugs that can go in people's ears,

22    correct?

23         A.    There are obviously different sizes of

24    triple flange, yes, I'm sure there are.

25         Q.    And I'm not trying to trick you.  If you

Confidential - Pursuant to Protective Order

 1    look at the Version 3 and the Version 4 of the Combat

 2    Arms, they come in three different sizes, right?

 3         A.    I -- I'm sorry.  I'm not -- those products

 4    got developed after my time.

 5         Q.    Okay.

 6         A.    I -- I believe you are probably correct,

 7    but those products got --

 8         Q.    Okay.

 9         A.    -- designed after my time.

10         Q.    Okay.  But for the simple premise, you --

11    you understand that -- that triple flange plugs do

12    come in more than one size, right?

13         A.    They can come in more than one size, yes.

14         Q.    Okay.  How did the company arrive at this

15    size for the Version 2 Combat Arms?

16         MR. WASDIN:  Objection to foundation.

17    BY THE WITNESS:

18         A.    How did they determine that that size for

19    the Combat Arms?

20    BY MR. MONSOUR:

21         Q.    Uh-huh.

22         A.    The company basically made the UltraFit

23    earplug and -- and did since I believe the early --

24    excuse me -- mid '80s.

25         Q.    Okay.

Confidential - Pursuant to Protective Order

```
 1        A.    They came out -- came out with the
 2   UltraFit earplug, and field experience, feedback from
 3   end users, indicated that that product, the UltraFit,
 4   fit almost everyone, no -- no product fits everybody.
 5   There are people that have very small ear canals, very
 6   large ear canals.  That product fit the vast majority
 7   of the population.  So the design was a good design to
 8   fit a lot of people, the vast majority of the
 9   population.
10        Q.    Okay.  So is this -- the UltraFit was a
11   one-size product, correct?
12        A.    The UltraFit was a one-size product with a
13   longer stem, yes.
14        Q.    Okay.  Is the Version 2 the exact same
15   size as the UltraFit?
16        A.    To the best of my memory, the UltraFit --
17   the -- excuse me.  Let me -- let me take a step back.
18             To the best of my memory, the Combat
19   Arms 2 version uses the same size flanges, of course
20   the stem is shorter, but the flanges are the same as
21   they were in the UltraFit, to the best of my memory.
22        Q.    Okay.  So literally you took the existing
23   UltraFits that you had, you kind of stuck them
24   together with the piece of plastic and that's the
25   Version 2, and you added a filter?
```

Confidential - Pursuant to Protective Order

1                   REPORTER'S CERTIFICATE

2

3              I, JULIANA F. ZAJICEK, a Registered

4      Professional Reporter and Certified Shorthand

5      Reporter, do hereby certify:

6              That previous to the commencement of the

7      examination of the witness herein, the witness was

8      duly sworn to testify the whole truth concerning the

9      matters herein;

10             That the foregoing deposition transcript

11     was reported stenographically by me, was thereafter

12     reduced to typewriting under my personal direction and

13     constitutes a true record of the testimony given and

14     the proceedings had;

15             That the said deposition was taken before

16     me at the time and place specified;

17             That I am not a relative or employee or

18     attorney or counsel, nor a relative or employee of

19     such attorney or counsel for any of the parties

20     hereto, nor interested directly or indirectly in the

21     outcome of this action.

22             IN WITNESS WHEREOF, I do hereunto set my

23     hand on this 18th day of December, 2019.

24             *Juliana F. Zajicek*

25     JULIANA F. ZAJICEK, Certified Reporter