# EXHIBIT 5





Aearo Company
7911 Zionsville Road
Indianapolis, IN 46268-1657
317-692-6666  Fax: 317-692-3116

March 24, 1998

Doug Ohlin
USACHPPM
BioAcoustics Division
Bldg 1570
Aberdeen Proving Ground, MD  21010-5422

Dear Doug:

Approximately 25 pair of the non-linear earplugs you requested from Brian Myers at the NHCA conference are enclosed.  For these samples, the white end of the plug is to be worn for non-linear performance and the yellow portion for standard performance.  If different color arrangements are desired for a long term basis, we can accommodate a variety of color combinations.

Please feel free to contact me if you have any questions.

Sincerely,

Richard E. Knauer
Technical Director, Hearing Protection

Enc.

product/ohlin.doc

DOD00000257