# EXHIBIT 7

## Ohlin Douglas W

**From:** Ohlin Douglas W
**Sent:** Friday, April 09, 1999 12:51 PM
**To:** Ohlin Douglas W
**Subject:** FW: Letter for Combat Arms earplug


ohlinnonl.doc


EXHIBIT D 11
WIT: Berger
DATE: 12-12-19
C. Campbell, RDR CRR CSR #13921

-----Original Message-----
From: Brian Myers [mailto:BrianMyers@compuserve.com]
Sent: Thursday, April 08, 1999 11:41 AM
To: Doug Ohlin
Subject: Letter for Combat Arms earplug

Doug,

I reviewed the letter it looks great. I took the liberty of making a few corrections regarding our company. The changes are indicated in red with verbiage to be deleted in parenthesis. I thought it might also be helpful to mention the "EAR brand" since most people would associate with that name as opposed to Aearo.

I spoke with Dick Knauer who believes that we can probably shorten the plug by the 1/4" required to fit your current container. The designer will look at this when he gets back from vacation on the 19th. It may help to expedite the redesign if we could get a storage container from you. Since I will be out for most of the next two weeks, if possible send one to:

Dick Knauer
Aearo Company
7911 Zionsville Road
Indianapolis, IN 46268

Dick's number is 317-692-3033 in case you need to contact him.

Thanks.

## Ohlin Douglas W CHPPM

**From:** Ohlin Douglas W
**Sent:** Tuesday, April 20, 1999 4:15 PM
**To:** Ohlin Douglas W
**Subject:** FW: Letter for Combat Arms earplug


ohlinnonl.doc

LTC Campbell:

LTC Smith asked me to pass these along to you for your input. I've enclosed some background materials.

Doug Ohlin

-----Original Message-----
From: Ohlin Douglas W
Sent: Tuesday, April 13, 1999 8:43 AM
To: Loyborg, Wayne ; Chandler, LTC David ; 'ungvarsk@arl.mil';
Robinette, CPT Martin
Subject: FW: Letter for Combat Arms earplug

The production samples Aearo sent me were at least a quarter of an inch too long. I took the liberty in cutting down the samples I'm sending you under a separate cover. The production samples didn't fit in the standard earplug carrying case, didn't take advantage of a design that could minimize wind noise and, most importantly, were hit by the kevlar helmet chin strap when it was fasten.

Dr. Dancer told me that the French soldiers who first wore the non-linear plug around weapon's fire thought it wasn't working because the impulse noise sounded so loud as compared to conventional earplugs. This will be something we will have to prepare them for and something we can make work for us. Our line commanders want realism in training and rightly so. Here is an earplug that will afford the loud realism of combat, but protect them at the same time.

Doug

1

## Ohlin Douglas W CHPPM

**From:** belva_hoffman@ftdetrck-ccmail.army.mil
**Sent:** Monday, May 17, 1999 9:31 AM
**To:** Douglas.Ohlin@APG.AMEDD.ARMY.MIL
**Subject:** Re: Combat Arms Earplug

Doug,

Brenda (my staff assistant) has sent the paper work to DSCP for an NSN for the new ear plugs. As of this date, no response has been received.

Belva

_____ Reply Separator _____
Subject: Combat Arms Earplug
Author: Ohlin Douglas W <Douglas.Ohlin@APG.AMEDD.ARMY.MIL> at Internet-Mail
Date:   5/12/99 12:16 PM

Belva:

   The manufacturer, Aearo, got back to us with acceptable production samples. Do you require a pair? I'm curious as to the status of our request. Is there anything you need?

Doug

1

DOD00000137

## Ohlin Douglas W CHPPM

**From:** King, John P. [kingj@setaf.vicenza.army.mil]
**Sent:** Tuesday, May 18, 1999 2:10 AM
**To:** Ohlin Douglas W (CHPPM)
**Subject:** RE: Letter for Combat Arms earplug

Sir;
My Address is:
HQ, USASETAF
ATTN; AESE-SA (MR. KING)
APO AE 09630

I was hoping I could MiPR money to you since I have limited contracting resources. I need to commit funds by Jun.
V/R
JPK

-----Original Message-----
**From:** Ohlin Douglas W (CHPPM) [SMTP:Douglas.Ohlin@APG.AMEDD.ARMY.MIL]
**Sent:** Monday, May 17, 1999 7:33 PM
**To:** 'kingj@setaf.vicenza.army.mil'
**Subject:** FW: Letter for Combat Arms earplug

John:
   The Joint Services Clinical Advisory Board has submitted the combat arms earplug to the Defense Logistics Agency for a National Stock Number. I don't know how long that will take or whether or not they will go along with our recommendation for a bulk purchase. Meanwhile, if you want to make a purchase now, see the POC in the enclosure, Mr. Brian Myers. I'd like to send you some promotional materials and instructions. I don't have electronic versions so I need your snail mail address.

                    Doug

-----Original Message-----
From: Ohlin Douglas W
Sent: Tuesday, April 27, 1999 9:09 AM
To: 'kingj@setaf.vicenza.army.mil'
Subject: FW: Letter for Combat Arms earplug


My address is:
    U.S.Army Center for Health Promotion and Preventive Medicine
    5158 Blackhawk RD.
    ATTN: MCHB-TS-CHS (Dr. Doug Ohlin)
    Aberdeen Proving Ground, MD 21010-5403

Subject: FW: Letter for Combat Arms earplug


   Dr. Dancer told me that the French soldiers who first wore the non-linear plug around weapon's fire thought it wasn't working because the impulse noise sounded so loud as compared to conventional earplugs. This will be something we will have to prepare them for and something we can make work for us. Our line commanders want realism in training and rightly so. Here is an earplug that will afford the loud realism of combat, but protect them at the same time.

                    Doug

1

DOD00000138

**Ohlin Douglas W CHPPM**

| | |
|---|---|
| From: | Brian Myers [brian_myers@aearo.com] |
| Sent: | Thursday, May 20, 1999 5:08 PM |
| To: | Douglas.Ohlin@APG.AMEDD.ARMY.MIL |
| Cc: | kingj@setaf.vicenza.army.mil; Wayne.Loyborg@CEN.AMEDD.ARMY.MIL; LTCDavid.Chandler@CEN.AMEDD.ARMY.MIL; richard_knauer@aearo.com; joseph_marlette@aearo.com; bob_klun@aearo.com; robin_bomke@aearo.com |
| Subject: | Re: FW: Letter for Combat Arms earplug |

We have filters on the way from France and have put a single cavity
tool on order to make the required adapter. We should be able to
deliver in 6 to 8 weeks (my best guess at this time). All of the
prototypes which we had made contained handmade adapters which cost
about $6 per adapter. This would be far too expensive and
time-consuming for any kind of a delivery like 1,000 pieces.

I will quote a price of $5 per pair for the initial 1,000. Right
now a lot of our costs are estimates, so that price may change a
bit with future orders.

John,
If you want to get an order on our system, let me know by e:mail or
call me at (317)692-6593 (US). Our product code for 200 pair of
bulk will be 370-1000.

_____ Reply Separator _____
Subject: FW: Letter for Combat Arms earplug
Author: "Ohlin Douglas W (CHPPM)" <Douglas.Ohlin@APG.AMEDD.ARMY.MIL> at INTERNET-MAIL
Date: 5/18/99 9:11 AM

Brian:
      John King is the scientific advisor to our Southern Europe
Command. He wants to purchase 1000 combat arms earplugs through me. Although
the Joint Services Clinical Advisory Board has sent forth our request for a
national stock number to the Defense Supply Center, I don't know how long
that will take and whether or not they will go along with our request for a
bulk purchase. Meanwhile, John wants this earplug now! How much for 1000
pairs?

Doug

> -----Original Message-----
> From:    King, John P. [mailto:kingj@setaf.vicenza.army.mil]
> Sent:    Tuesday, May 18, 1999 2:10 AM
> To:      Ohlin Douglas W (CHPPM)
> Subject:    RE: Letter for Combat Arms earplug
>
> Sir;
> My Address is:
> HQ, USASETAF
> ATTN; AESE-SA (MR. KING)
> APO AE 09630
>
> I was hoping I could MiPR money to you since I have limited contracting
> resources. I need to commit funds by Jun.
> V/R
> JPK

1

```
> -----Original Message-----
> From:    Ohlin Douglas W (CHPPM) [SMTP:Douglas.Ohlin@APG.AMEDD.ARMY.MIL]
> Sent:    Monday, May 17, 1999 7:33 PM
> To:      'kingj@setaf.vicenza.army.mil'
> Subject: FW: Letter for Combat Arms earplug
>
> John:
>    The Joint Services Clinical Advisory Board has submitted the combat
> arms earplug to the Defense Logistics Agency for a National Stock Number.
> I
> don't know how long that will take or whether or not they will go along
> with
> our recommendation for a bulk purchase. Meanwhile, if you want to make a
> purchase now, see the POC in the enclosure, Mr. Brian Myers. I'd like to
> send you some promotional materials and instructions. I don't have
> electronic versions so I need your snail mail address.
>
>                            Doug
>
> -----Original Message-----
> From: Ohlin Douglas W
> Sent: Tuesday, April 27, 1999 9:09 AM
> To: 'kingj@setaf.vicenza.army.mil'
> Subject: FW: Letter for Combat Arms earplug
>
>
> My address is:
>         U.S.Army Center for Health Promotion and Preventive
> Medicine
>         5158 Blackhawk RD.
>         ATTN: MCHB-TS-CHS (Dr. Doug Ohlin)
>         Aberdeen Proving Ground, MD 21010-5403
>
> Subject: FW: Letter for Combat Arms earplug
>
>
>
>    Dr. Dancer told me that the French soldiers who first wore the
> non-linear plug around weapon's fire thought it wasn't working because the
> impulse noise sounded so loud as compared to conventional earplugs. This
> will be something we will have to prepare them for and something we can
> make
> work for us. Our line commanders want realism in training and rightly so.
> Here is an earplug that will afford the loud realism of combat, but
> protect
> them at the same time.
>
>
>                            Doug
>
> << File: ohlinnonl.doc >>
```

2

DOD00000140

**Ohlin Douglas W**

**From:** Stevens, MAJ Marc
**Sent:** Monday, May 03, 1999 5:03 PM
**To:** Ohlin Douglas W; "ROBYN HAMILTON" <hamil70@hotmail.com> at Internet-Mail
**Subject:** Referral

Dr. Ohlin:

Our new team member in Alaska wants to touch base with you and introduce herself. It is a real shame that we can no longer afford to send our new folks for a week at CHPPM and WRAMC.

Please send her a line to welcome her on board. She tried to contact you but her message was sent back.

Marc

DOD00000141