# EXHIBIT 9



Confidential - Subject to Protective Order

3M_MDL000393831



Confidential - Subject to Protective Order

3M_MDL000393832





Confidential - Subject to Protective Order

3M_MDL000393834





| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 350 | .117 | .072 | .076 | .138 | .333 | .282 | .2530 |
| 350 | .117 | .072 | .076 | .138 | .333 | .286 | .2512 |
| 351 | .117 | .072 | .076 | .138 | .331 | .282 | .2512 |
| 351 | .117 | .072 | .076 | .139 | .332 | .289 | .2504 |
| 350 | .117 | .072 | .076 | .139 | .332 | .292 | .2502 |
| 352 | .116 | .072 | .076 | .142 | .334 | .293 | .2536 |
| 352 | .116 | .072 | .076 | .140 | .337 | .289 | .2536 |
| 351 | .117 | .072 | .076 | .139 | .337 | .292 | .2539 |
| 352 | .117 | .072 | .076 | .139 | .338 | .291 | .2540 |
| 352 | .117 | .072 | .076 | .136 | .334 | .293 | .2506 |
| 352 | .117 | .07 | | | | | |
| 351 | .117 | .07 | | | | | |
| 352 | .117 | .07 | | | | | |
| 352 | .117 | .07 | | | | | |
| 352 | .117 | .07 | | | | | |
| 515 | .1169 | .0 | | | | | |
| OK | -.0001 | 0 | | | | | |

ARE ±.003



NOTE: MATERIAL TO BE DELRIN

DIMENSIONS IN INCHES & [MILLIMETERS]

TOL. U.O.S.
.X ± .1
.XX ± .01
.XXX ± .003
ANGLES ± 1°

Aearo Company
7911 Zionsville Road
Indianapolis, IN 46268

DRAWN BY: M. DOTY 1-19-98
CHECKED BY:
ENGINEER: R. FALCO
APPROVED BY:
POSITIVELY— NO CHANGES MAY BE MADE TO MATERIALS OR DIMENSIONS WITHOUT WRITTEN APPROVAL

TITLE: NONLINEAR ULTRAFIT STEM BARBED & REVERSIBLE
REF NO. 4040-0
DRAWING NO. 4046-1
SCALE: 1/4  SHT. 1 OF 1

REV 1  DATE 3-9-99  DESCRIPTION ø.160 DIM ADDED  BY MLD  APRV RNF

C:\CAD\DWG\4PARTS\4046-1  Tue Oct 12 14:51:14 1999

3388

Date | Invented by | Date
Recorded by [signature] | 10-12-99

Confidential - Subject to Protective Order

3M_MDL000393837


Confidential - Subject to Protective Order

3M_MDL000393838



Confidential - Subject to Protective Order

3M_MDL000393839



Confidential - Subject to Protective Order

3M_MDL000393840



Confidential - Subject to Protective Order

3M_MDL000393841