# EXHIBIT 10



**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# THIS DOCUMENT WAS PROVIDED IN
# NATIVE FORMAT UPON REQUEST.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Confidential - Subject to Protective Order

# Aearo Company
## Memorandum

To:    R. Bomke
          D. Knauer
          B. Myers
          G. Grogan
          S. Todor
          B. Zielinski

From:  Annette Shaver

Date:  April 9, 1999

Subject:     Design Review

A design review meeting was held on Friday, April 9th, to review the following product from Marketing and Technical:

## A. Combat arms earplugs

A preliminary design review was completed discussing the non-linear earplug primarily for military usage.

### Design Input
The design is a non-linear earplug primarily for military usage.  It is a two sided earplug; one side utilizing a regular Ultrafit and the other side using an Ultrafit with hole, joining both with an adapter and a special filter from France.

### Program Requirement Update
The projected volume was updated to 200,000 to 250,000 pairs annually in the United States and 300,000 pairs annually in Europe.

### Packaging Requirements Update
The packaging of this item will be a clear bag in a craft die cut.  Four die cuts will be in a case.

### Product Design (Preliminary)
The Technical Department provided samples of the products along with Aearo drawings.  The length of the earplug, once assembled, was discussed.  It has been requested by the military that the earplug fit into a case, which is in current use by the military, this would require reducing the length by ¼ of an inch.

### Materials & Specifications
The filters for the earplug will be obtained from France.  Research will begin to investigate lead time along with the cost effectiveness of having the adapters assembled vs. unassembled in France.

### Design Acceptance Criteria
Technical will develop design acceptance utilizing an air flow test to ensure that the correct Ultrafit plug is inserted onto the filter end of the adapter.

Preliminary Design/Output Verification
The output verification of this product will be acceptance for use by the customer.

Process to be Used
Assembly of the five components for this product will be a hand assembly process.  It was noted that the assembly of the plugs onto the adapter was difficult, but it was felt that a soap solution would not be acceptable, due to the possibility of clogging the filter with its .012 diameter.

Capital & Expense Requirement
The royalty will remain the same at 2%.   Adapters will be purchased to be utilized when estimating cost and rate studies.  Technical will obtain 50-100 adapters for the study.  Technical will be evaluating the need for a new tool for the manufacturing of the Ultrafit.

Process Capability Requirements
To be established when plug is assembled in cost and rate studies

Quality Plan - Preliminary
A quality plan will be developed by the Quality Manager after the process and all attributes of the product are identified.

Master Plan Update
To be completed by D. Knauer.

Manufacturing Cost Estimate
Operations Manager will be completing the cost manufacturing cost estimate.