# EXHIBIT 14

| | |
|---|---|
| **From:** | "Komada; John (DSCP)"  <John.Komada@dla.mil> |
| **Sent:** | Wednesday, May 7, 2003 3:47 PM |
| **To:** | Brian Myers |
| **Subject:** | My Current Draft of the Spec Sheet on the Combat Arms Earplu |
| **Attachments:** | Combat Arms Earplug Spec.doc |

Dear Brian:

Attached below is a copy of subject document. It is in Word2000 format.
<<Combat Arms Earplug Spec.doc>>
I appreciate the data you sent. It is appreciated by me and my management,
Best Regards,
John M. Komada

BRIAN MYERS
EXHIBIT
050
Friday, December 13, 2019
Juliana Zajicek, CSR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential - Subject to Protective Order

3M_MDL000569951

| SPECIFICATION SHEET NO. 1 | 22 January 2003 |
|---|---|
| NATIONAL STOCK NO. | ITEM IDENTIFICATION: |
| 6515-01-466-2710 | PLUG, EAR, Combat Arms, Double-Ended, 50 Pair. |

This specification sheet covers a military-unique, double-ended earplug that is designed for use in chronically noisy environments and is designed to provide protection from the impulse noises created by military firearms while allowing the wearer to hear softer sounds on the battlefield.

Shall be Aearo Corporation, part number 370-1000, or equal. "Equal" items shall possess the salient characteristics specified below.

**Salient Characteristics:**

<u>General.</u> Shall be a pair of double-ended, swept-back triple-flange style earplugs designed for double use as hearing protectors for military personnel working in chronically noisy environments and as hearing protectors designed to protect the user from impulse noises created by military firearms while allowing the user to clearly hear normal speech and other softer sounds normally encountered in battle. The end designed for protection shall be gray or another suitable dark color; the end designed for protection from impulse noises shall be yellow or another suitable bright color. The earplugs shall meet all requirements set forth in this document.

<u>Sound Attenuation.</u> At each frequency listed below, each end of the earplugs shall provide the level of sound attenuation specified below. Sound attenuation shall be measured in decibels (dB).

| Sound Attenuation of the "Grey" End of the Earplug. ||
|---|---|
| Sound Frequency (Hz) | Minimum Mean Attenuation (dB) |
| 125 | |
| 250 | |
| 500 | |
| 1000 | |
| 2000 | |
| 4000 | |
| 8000 | |

| Sound Attenuation of the "Yellow" End of the Earplug. ||
|---|---|
| Sound Frequency (Hz) | Minimum Mean Attenuation (dB) |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| SPECIFICATION SHEET NO. 1 | 22 January 2003 |
|---|---|

The sound attenuation of both ends of the earplugs shall be tested in accordance with Method "B" of ANSI/ASA S12.6-1997: "METHODS FOR MEASURING THE REAL-EAR ATTENUATION OF HEARING PROTECTORS". A laboratory accredited in accordance with the requirements of the U.S. Department of Commerce's National Voluntary Laboratory Accreditation Program (NVLAP) shall perform the sound attenuation testing.

Material. The earplugs shall be made of         This material shall be non-allergenic and non-toxic.

Instructions. Detailed illustrated instructions explaining the proper use and handling of the earplugs covered by this document shall be supplied with each pair of earplugs. These instructions shall be printed on a separate piece of paper and placed inside the immediate and unit container. As an alternate, these instructions may be printed on the exterior of the immediate and unit container.

Workmanship. The earplugs shall be free from all defects that detract from their appearance or impair their serviceability.

Unit. Package (PG). One package containing fifty (50) pairs of earplugs shall constitute one unit. Each pair of earplugs in the unit shall be packaged separately in a suitable reclosable paperboard container. The unit package shall be a self-dispensing paperboard box that can be mounted on a wall or a bulkhead (*i.e., a wall inside a ship*). As a minimum, the unit package shall be marked with the manufacturer's name, address and telephone number; the manufacturer's commercial brand name; and the earplugs' NSN and Item Identification.

**Quality Assurance Provisions:**

Responsibility for Inspection. Unless otherwise specified in the contract or purchase order, the contractor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or purchase order, the contractor may use his own or any facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

Inspection. Inspection, as used herein, shall be defined as the examination and testing of an item. Examination shall be defined as unaided visual, auditory, tactile, or olfactory investigation. Testing shall be defined as the use of laboratory equipment & procedures to determine various properties of an item. Inspections shall be conducted to determine compliance with specification requirements. Where feasible, the same sample shall be used for the determination of two or more inspection characteristics. For inspection purposes, the unit of product shall be one pair of earplugs.

| SPECIFICATION SHEET NO. 1 | 22 January 2003 |
|---|---|

Sampling for Inspection. Sampling for inspection shall be conducted in accordance with ANSI/ASQC Z1.4-1993. A sampling shall be performed for each salient characteristic specified herein. For each sampling, inspection level S-2 shall be used; the AQL (Acceptable Quality Level) shall be 1.0 percent.

Records. Records of inspections performed by or for the contractor shall be maintained by the contractor and made available to the Government upon the Government's request, at any time, or from time to time, during the performance of the contract and for a period of three years after delivery of the supplies to which such records relate.

Contractor Certification. The contractor shall certify that the products offered meets the salient characteristics of this description and conforms to the producer's own drawings, specifications, standards, and quality assurance practices. The Government reserves the right to require proof of such conformance prior to first delivery and thereafter as may be otherwise provided for under the provisions of the contract.

**Regulatory Requirements.**

Federal Food, Drug, and Cosmetic Act. If the products covered by this document have been determined by the U.S. Food and Drug Administration to be under its jurisdiction, the offeror/contractor shall comply, and be responsible for compliance by its subcontractors/suppliers, with the requirements of the Federal Food, Drug, and Cosmetic Act, as amended, and regulations promulgated thereunder. In addition, the offeror/contractor shall comply, and be responsible for compliance by its subcontractors/suppliers, with all other applicable Federal, State, and local statutes, ordinances, and regulations.

Recovered Materials. The offeror/contractor is encouraged to use recovered material in accordance with Federal Acquisition Regulation Subpart 23.4 to the maximum extent practical.

Preservation, packaging, packing, labeling, and marking. Unless otherwise specified, preservation, packaging, and packing shall be to a degree of protection to preclude damage to containers and/or contents thereof under normal shipping conditions, handling, etc., involving shipment from the supply source to the receiving activity, plus reshipment from receiving activity, and shall conform to applicable carrier's rules and regulations. Intermediate and exterior package quantities and labeling and marking shall be as specified in the contract and/or order.

3