# EXHIBIT 17

Page 1 of 5

# E-A-RCAL ATTENUATION TEST REPORT
## PER ANSI S3.19-1974

NVLAP Lab
Code 100374-0

**DEVICE:**            **Combat Arms Plug**
                       **ARC Plug**

**DEVICE TYPE:**       **Premolded, Level-dependent Plug**

**MANUFACTURER:**      **E-A-R/Aearo**

**TEST DATE:**         **January 25, 2000**          **TEST ID#: 213016**

**SUBJECTS/SAMPLES:**  10/10                         **NRR (per EPA-1979): -2.0**

**BAND FORCE (N):**    **NA**

**FITTING PROCEDURE:** **EPA/Experimenter Fit**      **POSITION: NA**

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 4.7 | 4.0 |
| 250 | 4.2 | 4.3 |
| 500 | 6.0 | 5.0 |
| 1000 | 9.5 | 6.7 |
| 2000 | 16.7 | 4.9 |
| 3150 | 18.6 | 5.7 |
| 4000 | 16.3 | 5.8 |
| 6300 | 16.7 | 6.1 |
| 8000 | 17.2 | 6.8 |

Performed by: _Ronald W. Kieper_         Reviewed by: _Elliott H. Berger_

Ronald W. Kieper                          Elliott H. Berger
Sr. Acoustic Technician                   Manager, Acoustical Engineering

Comments:  See report #213017 for results of UltraFit end of plug.

Exhibit  68
Witness  Berger
Date  7/2/15   MKD

This report pertains only to the samples and subjects tested.  It may not be used to claim product endorsement
by NVLAP, or any other agency of the U.S. Government.

INDIVIDUAL SUBJECT DATA                                           Page 2 of 5

Test ID: 213016          Device: Combat Arms Plug
Date: 1/25/00            Samples: 10        Position: NA          Comfort:        2.6
Comments:

| Subj. | Trial | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | Comf. | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KJC | 1 | 5 | 6 | 7 | 16 | 21 | 24 | 24 | 18 | 14 | 1 | | S/S+ | 9.2 |
| | 2 | 5 | 6 | 9 | 16 | 21 | 22 | 22 | 14 | 13 | 3 | | | |
| | 3 | 1 | 4 | 11 | 19 | 20 | 25 | 23 | 16 | 16 | 3 | 2 | | |
| MKF | 1 | 2 | 3 | 11 | 18 | 22 | 28 | 26 | 16 | 17 | 3 | | XS-/XS- | 10.4 |
| | 2 | 3 | 6 | 11 | 17 | 23 | 27 | 25 | 15 | 13 | 6 | | | |
| | 3 | 3 | 7 | 13 | 16 | 22 | 32 | 25 | 18 | 12 | 1 | 4 | | |
| GWG | 1 | -2 | 3 | 8 | 18 | 24 | 21 | 21 | 21 | 23 | 2 | | M/M+ | -8.3 |
| | 2 | 0 | -1 | -2 | -1 | 9 | 12 | 7 | 14 | 10 | 1 | | | |
| | 3 | 4 | -1 | 3 | 5 | 13 | 19 | 14 | 14 | 16 | 4 | 3 | | |
| BAK | 1 | 3 | 6 | 4 | 11 | 17 | 18 | 21 | 25 | 26 | 4 | | XL/XL | 2.6 |
| | 2 | 5 | 3 | 8 | 12 | 17 | 15 | 13 | 29 | 29 | 3 | | | |
| | 3 | 9 | 4 | 0 | 8 | 15 | 20 | 18 | 28 | 32 | 6 | 2 | | |
| RTM | 1 | 2 | -4 | 0 | 2 | 13 | 17 | 14 | 6 | 11 | 1 | | L/M+ | -5.5 |
| | 2 | 3 | 2 | 6 | 5 | 14 | 13 | 14 | 12 | 10 | 3 | | | |
| | 3 | 2 | -5 | -5 | -2 | 13 | 10 | 7 | 8 | 9 | 2 | 1 | | |
| DLP | 1 | 4 | 5 | 9 | 10 | 21 | 22 | 19 | 15 | 17 | 5 | | L+/L+ | 8.3 |
| | 2 | 7 | 7 | 12 | 15 | 21 | 21 | 20 | 22 | 27 | 8 | | | |
| | 3 | 6 | 8 | 9 | 15 | 27 | 23 | 18 | 25 | 22 | 3 | 1 | | |
| TLS | 1 | 3 | 3 | 2 | 1 | 11 | 12 | 12 | 11 | 12 | 1 | | M+/M | -0.6 |
| | 2 | 8 | 4 | 5 | 3 | 14 | 14 | 12 | 21 | 20 | 6 | | | |
| | 3 | 2 | 2 | 2 | 0 | 7 | 15 | 9 | 7 | 9 | 2 | 1 | | |
| TRS | 1 | 4 | 11 | 8 | 17 | 15 | 14 | 17 | 17 | 22 | 2 | | S/S | -7.9 |
| | 2 | 1 | 2 | -1 | 0 | 9 | 8 | 5 | 8 | 5 | -2 | | | |
| | 3 | 4 | 0 | 2 | 3 | 10 | 14 | 8 | 9 | 10 | 2 | 2 | | |
| MV | 1 | 13 | 11 | 9 | 14 | 17 | 19 | 16 | 21 | 23 | 15 | | M/M+ | 7.9 |
| | 2 | 13 | 9 | 7 | 11 | 15 | 24 | 20 | 22 | 18 | 12 | | | |
| | 3 | 16 | 15 | 14 | 14 | 18 | 22 | 18 | 23 | 25 | 13 | 2 | | |
| JMW | 1 | 8 | 6 | 13 | 11 | 18 | 17 | 17 | 17 | 21 | 6 | | M/M+ | 0.5 |
| | 2 | 2 | 2 | 4 | 6 | 17 | 16 | 13 | 13 | 15 | 1 | | | |
| | 3 | 5 | 1 | 2 | 6 | 17 | 13 | 12 | 15 | 20 | 3 | 8 | | |
| Mean | | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 | 4.0 | 2.6 | | 1.7 |
| sd(30) | | 4.0 | 4.3 | 5.0 | 6.7 | 4.9 | 5.7 | 5.8 | 6.1 | 6.8 | 3.8 | ---- | | ---- |
| sd(10) | | 3.6 | 3.7 | 3.9 | 5.6 | 4.3 | 5.4 | 5.1 | 5.5 | 5.7 | | 2.1 | | 7.2 |
| Q-Value | | 12.8 | 4.2 | -0.7 | -3.8 | 5.7 | | 4.9 | | 5.2 | | | | |

NRR   (2sd) =          -2.0 (1sd) =          3.8   (0sd) =          9.4          NRR* - Individual 2sd NRR

DIXON'S OUTLIER TEST: EXTREME RANGES

Page 3 of 5

Test ID: 213016     Device: Combat Arms Plug

Range in attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 4 | 2 | 4 | 3 | 1 | 3 | 2 | 4 | 3 |
| MKF | 1 | 4 | 2 | 2 | 1 | 5 | 1 | 3 | 5 |
| GWG | 6 | 4 | 10 | 19 | 15 | 9 | 14 | 7 | 13 |
| BAK | 6 | 3 | 8 | 4 | 2 | 5 | 8 | 4 | 6 |
| RTM | 1 | 7 | 11 | 7 | 1 | 7 | 7 | 6 | 2 |
| DLP | 3 | 3 | 3 | 5 | 6 | 2 | 2 | 10 | 10 |
| TLS | 6 | 2 | 3 | 3 | 7 | 3 | 3 | 14 | 11 |
| TRS | 3 | 11 | 9 | 17 | 6 | 6 | 12 | 9 | 17 |
| MV | 3 | 6 | 7 | 3 | 3 | 5 | 4 | 2 | 7 |
| JMW | 6 | 5 | 11 | 5 | 1 | 4 | 5 | 4 | 6 |
| Mean | 3.9 | 4.7 | 6.8 | 6.8 | 4.3 | 4.9 | 5.8 | 6.3 | 8.0 |
| Max. | 6 | 11 | 11 | 19 | 15 | 9 | 14 | 14 | 17 |
| r | 0.000 | 0.444 | 0.000 | 0.125 | 0.571 | 0.333 | 0.167 | 0.364 | 0.286 |

Extreme value rejected if $r > 0.477$. One-sided test of significance at $p < 0.05$.
Rejected values are shaded.

3M_MDL000188145

DIXON'S OUTLIER TEST: EXTREME MEANS

Page 4 of 5

Test ID: 213016          Device: Combat Arms Plug

Mean attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 3.7 | 5.3 | 9.0 | 17.0 | 20.7 | 23.7 | 23.0 | 16.0 | 14.3 |
| MKF | 2.7 | 5.3 | 11.7 | 17.0 | 22.3 | 29.0 | 25.3 | 16.3 | 14.0 |
| GWG | 0.7 | 0.3 | 3.0 | 7.3 | 15.3 | 17.3 | 14.0 | 16.3 | 16.3 |
| BAK | 5.7 | 4.3 | 4.0 | 10.3 | 16.3 | 17.7 | 17.3 | 27.3 | 29.0 |
| RTM | 2.3 | -2.3 | 0.3 | 1.7 | 13.3 | 13.3 | 11.7 | 8.7 | 10.0 |
| DLP | 5.7 | 6.7 | 10.0 | 13.3 | 23.0 | 22.0 | 19.0 | 20.7 | 22.0 |
| TLS | 4.3 | 3.0 | 3.0 | 1.3 | 10.7 | 13.7 | 11.0 | 13.0 | 13.7 |
| TRS | 3.0 | 4.3 | 3.0 | 6.7 | 11.3 | 12.0 | 10.0 | 11.3 | 12.3 |
| MV | 14.0 | 11.7 | 10.0 | 13.0 | 16.7 | 21.7 | 18.0 | 22.0 | 22.0 |
| JMW | 5.0 | 3.0 | 6.3 | 7.7 | 17.3 | 15.3 | 14.0 | 15.0 | 18.7 |
| Mean | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 |
| Min. | 0.7 | -2.3 | 0.3 | 1.3 | 10.7 | 12.0 | 10.0 | 8.7 | 10.0 |
| Max. | 14.0 | 11.7 | 11.7 | 17.0 | 23.0 | 29.0 | 25.3 | 27.3 | 29.0 |
| Low r | 0.333 | 0.296 | 0.276 | 0.021 | 0.057 | 0.114 | 0.077 | 0.200 | 0.194 |
| High r | 0.714 | 0.441 | 0.192 | 0.000 | 0.057 | 0.340 | 0.163 | 0.333 | 0.420 |

Extreme value rejected if r > 0.551.  Two-sided test of significance at p<0.05.
Rejected values are shaded.

Confidential - Subject To Protective Order

3M_MDL000188146



Individual and Group Means
Combat-Arms Plug [213016]

Confidential - Subject To Protective Order

3M_MDL000188147