# EXHIBIT 21

58,066



# Level Dependent Hearing Protection and Distortion Otoacoustic Emissions (DPOAE) After Small Arms Fire

LTC Lorraine Babeu, Ph.D.
U.S. Army Research Laboratory
Human Research and Engineering Directorate
Aberdeen Proving Ground, Maryland

## Background

- Soldiers need the ability to communicate in their immediate environment
- Traditional Hearing Protective Devices (HPDs) provide protection but are not conducive to low level verbal communication
- The ideal HPD would be adaptive to different environments



Δπ EXHIBIT 13
Deponent Meckley
Date 2.26.20  Rptr. ML

1

## Background

- Level Dependent Hearing Protection
  - Non-linear HPDs use orifices, valves, diaphragms or electronic circuitry
  - Little attenuation at low noise levels
  - Impulse noise activates attenuation characteristics of level dependent systems
  - This type of system is responsive to the changes in the environment

## Background



- Combat Arms Earplug (CAE)
  - Two sides
    - Yellow (level dependent)
    - Green (traditional earplug)
  - Uses orifice for attenuation of impulse noise







| Condition | Peak Pressure (dBP) | Insertion Loss (dB) |
|---|---|---|
| No Earplug & PASGT | 164 | 0 |
| Level Dependent Earplug & PASGT | 133 | 31 |
| Non Level Dependent & PASGT | 120 | 34 |
| Com Tac & PASGT | 136 | 28 |

 

## Background

- Otoacoustic Emissions (OAEs)
  - Three types
    - Spontaneous, Transient and Distortion Product
  - Reflection of Outer Hair Cell function
  - Normal hearing sensitivity
    - Strong response
  - Hearing loss
    - Weaker response

 

## Background

- Otoacoustic Emissions (OAEs)
  - Used for newborn hearing screening, ototoxic drug monitoring
  - Distortion Product Otoacoustic Emissions (DPOAE)
    - Allows more frequency specificity
    - Used to record dependent variable

 

## Purpose

Assess the effect of level dependent hearing protection on the distortion product otoacoustic emissions of soldiers before and after firing the M4 Rifle

 

## Method

- Overview
  - Field Study
  - Study the effects of encapsulation on performance of soldiers during various tasks such as traversing an obstacle course, cross country course, road march and weapons fire
  - Soldiers wore different configurations of the uniform each day







## Method

- Overview hearing protection study
  - Infantry soldiers over the course of 9 days wore the Combat Arms Earplug (yellow and green side) and the Peltor ComTac earmuff while firing the M4 Rifle
  - On each day soldiers had pre-and post-distortion product otoacoustic emission (DPOAE) measurements recorded during the weapons firing task
  - Soldiers fired 54 each day (486)
  - Noise level at the ear was 155 dBP





## Method

- Subjects
  - 14 infantry soldiers from Fort Wainwright, Alaska
  - Ages 20-35
- Started with 14 Subjects
  - Three did not meet hearing sensitivity criteria for inclusion
  - Two were injured during course of the study
  - Net subjects 9
    - Eight subjects had normal hearing sensitivity both ears
    - One subject had moderate to moderately-severe high frequency loss at 6-8kHz in the left ear



## Procedure

- Each subject wore each type of hearing protection three times during the course of the study
- Before firing and after firing DPOAEs were recorded
- Testing conducted in single walled audiometric booth



## Experimental Factors

- Independent variables
  - Hearing protection (3 levels)
    - Combat Arms Earplug Yellow Side
    - Combat Arms Earplug Green Side
    - Peltor ComTac Earmuff
  - DPOAE measurement (2 levels)
    - Before firing
    - After firing
  - Frequency
    - 11 levels



 

## Experimental Factors

- Dependent Variable
  - Change in DPOAE amplitude before and after firing for each hearing protection
- Analysis
  - Within Subjects Repeated-Measures Design
  - ANOVA

 

## Results

- Tests of Within-Subjects Effects Measure:
  - No significant main effects or interaction for the following factors
    - DPOAE measurement
    - Hearing Protection
  - Significant effect of
    - Frequency
  - Interaction between
    - DPOAE measurement and frequency
  - No interaction between the three factors
    - Hearing protection
    - DPOAE measurement
    - Frequency



# Results

- Pairwise Comparisons
  - Frequency
    - Scattered significant effect for pairwise comparisons



# Results

DPOAE
Combat Arms Earplug - Level Dependent
Before and After Small Arms Fire







## Summary

- Type of hearing protection did not have significant impact on DPOAE



## Acknowledgements

Paula Henry, Ph.D., MSG Lamar Garrett and Tomasz Letowski Ph.D., US Army Research Laboratory, Aberdeen Proving Ground, MD