# EXHIBIT 27

# Hearing Protector Evaluation Report

**Real Ear Attenuation Experiment**

| | |
|---|---|
| **Experiment No:** | 1328 |
| **Type of Device:** | Earplug |
| **Manufacturer:** | Aearo |
| **Model No.:** | EARCombatArmsDoubleEnded |
| **Serial No(s).:** | Yellow end inserted (impulse noise) |
| **Number of Subjects:** | 20 |
| **Number of Trials per Subject:** | 2 |
| **Test Standard (Method):** | ANSI S12.6-1997 (A) |
| **Principal Investigator:** | Paul Schley |
| **Date:** | 6/18/2007 |



**Real Ear Attenuation**
(Average Attenuation +/- 2 Standard Deviations)

## Real Ear Attenuation Data

### Octave Band Data

| Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|
| **Mean** | 0 | 1 | 5 | 17 | 23 | 21 | 21 |
| **Std dev** | 3 | 2 | 3 | 3 | 4 | 3 | 6 |
| **Mean - Std dev** | -3 | -2 | 2 | 13 | 19 | 18 | 15 |
| **Mean - 2*SD** | -6 | -4 | -1 | 10 | 15 | 15 | 9 |

| | |
|---|---|
| **NRR (1 Std dev)** | 7 |
| **NRR (2*SD)** | 4 |

| C - A (USAF) | -2 to 0 | 1 to 3 | 4 to 7 | 8 to 10 | 11 & Up |
|---|---|---|---|---|---|
| 1 Std Dev | 12 | 7 | 3 | 1 | -2 |
| 2 Std Dev | 8 | 4 | 0 | -2 | -3 |

**Report provided by:**
AFRL/RHCB Bldg 441
2610 Seventh St
Wright-Patterson AFB, OH  45433-7901
DSN 785-3607
Comm (937) 255-3660

DOD00000724-1

| Subject | Trial | | 125 | 250 | 500 | 1K | 2K | 4K | 8K |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 1.17 | 2.83 | 7 | 15.83 | 21.83 | 21.67 | 28 |
| | 2 | | 4.17 | 2.83 | 9 | 14.83 | 20.5 | 16.17 | 26 |
| 2 | 1 | | 2 | -1 | 3.5 | 17.67 | 20.5 | 16.5 | 11.33 |
| | 2 | | 4 | 3.5 | 7.33 | 19.33 | 21.83 | 22 | 12.33 |
| 3 | 1 | | -2.17 | 1.83 | 2.83 | 14.33 | 18.67 | 22 | 20.17 |
| | 2 | | 2.33 | 5.5 | 5.5 | 16 | 22.83 | 18.83 | 16.17 |
| 4 | 1 | | 0.83 | -1.67 | 3.5 | 16.33 | 22.67 | 21.33 | 22.67 |
| | 2 | | -2 | -1 | -2.33 | 16.5 | 19 | 26.83 | 20.83 |
| 5 | 1 | | -2.83 | -4.33 | 1.83 | 13.67 | 22.5 | 15.67 | 15.5 |
| | 2 | | 3.5 | -4.17 | 0 | 10.67 | 25.17 | 17.83 | 14.5 |
| 6 | 1 | | -1.83 | 1.83 | 2.83 | 16.5 | 16.67 | 25 | 26.67 |
| | 2 | | -0.33 | -1.17 | 3.5 | 12.67 | 15 | 26.67 | 27.17 |
| 7 | 1 | | 0.83 | 0 | 10.67 | 17.33 | 29 | 20.67 | 16.67 |
| | 2 | | -2.5 | 1.17 | 4.17 | 10.17 | 28.33 | 23 | 10.83 |
| 8 | 1 | | -2.17 | 1.67 | 11.5 | 14.17 | 19.33 | 19.5 | 23.17 |
| | 2 | | -2.5 | 1.83 | 9 | 17.5 | 18.33 | 21.5 | 20 |
| 9 | 1 | | 2.5 | 2.33 | 7.83 | 14.83 | 23.67 | 26.67 | 23.67 |
| | 2 | | -1.83 | 1.67 | 8 | 13.83 | 17.17 | 27.5 | 25.33 |
| 10 | 1 | | 5.33 | 2.33 | 6 | 20 | 28.17 | 28.5 | 19.17 |
| | 2 | | 3.33 | 2.33 | 6.5 | 17.33 | 26.83 | 24.5 | 15.5 |
| 11 | 1 | | -2.17 | 1.83 | 5.83 | 16.83 | 21.33 | 21 | 18.67 |
| | 2 | | 1.17 | 1.67 | 7.67 | 17.17 | 20.17 | 18.33 | 23 |
| 12 | 1 | | 0 | 1.33 | 5.83 | 27.83 | 23.83 | 22.67 | 31.5 |
| | 2 | | 7.17 | 5.83 | 7.17 | 23.17 | 26.33 | 24.5 | 26 |
| 13 | 1 | | -4 | -4.17 | 4.5 | 17.17 | 17.83 | 23.67 | 20.33 |
| | 2 | | -3.5 | -2.33 | 2.5 | 20.5 | 15.5 | 17.5 | 16.33 |
| 14 | 1 | | -3.33 | 0 | 2.17 | 21 | 23.5 | 22 | 20 |
| | 2 | | 1.83 | 3.67 | 2.5 | 17.67 | 26 | 24.67 | 20.83 |
| 15 | 1 | | 4 | 4.5 | 3.83 | 14.67 | 23.5 | 15 | 37.5 |
| | 2 | | 2.5 | -1.17 | 9.5 | 16.33 | 24.5 | 15.33 | 34 |
| 16 | 1 | | -4.67 | -4.5 | 2 | 19.33 | 21.33 | 15.83 | 29.67 |
| | 2 | | 3.67 | 4.5 | 2 | 17.5 | 23.67 | 21 | 34.5 |
| 17 | 1 | | -4.33 | 1.5 | 1.83 | 18.67 | 27 | 19.83 | 15.5 |
| | 2 | | -5 | -1 | 6.17 | 18.5 | 30.33 | 21.5 | 20.33 |
| 18 | 1 | | -1.17 | 2.83 | 8.17 | 20 | 29 | 24.5 | 20 |
| | 2 | | 1.67 | 1.83 | 8.67 | 17.67 | 28.17 | 17.5 | 20 |
| 19 | 1 | | -6.17 | -3.67 | -1.17 | 11 | 21.67 | 24.67 | 20.5 |
| | 2 | | -5.67 | -4.83 | 0.33 | 14.67 | 23.33 | 23.17 | 14.5 |
| 20 | 1 | | 2.83 | 3.5 | 7.5 | 12.67 | 20.33 | 18.5 | 18.83 |
| | 2 | | 3.17 | 1.5 | 7 | 9.33 | 19 | 20.67 | 21 |

DOD00000724-2