# EXHIBIT 34

# COMBAT ARMS EARPLUG



- Insert **YELLOW** plugs for weapons fire to protect hearing and to hear between firings.



- Insert **GREEN** plugs for noise in and around aircraft, noisy vehicles and watercraft, etc.



- Check proper fit by gently tugging on plugs for tension.
- For very large ear canals, fold opposing plug back.
- Keep plugs clean with soap and water and filter holes free of ear wax and other debris. Return plugs dry to case.
- Although still protective, weapons fire is louder with yellow plugs in.

Confidential - Subject to Protective Order

3M_MDL00000229332



Δ π EXHIBIT 9
Deponent Mukley
Date 2.26.20 Rptr. ML
WWW.DEPOBOOKPRODUCTS.COM

### From a Soldier in Iraq:

"Combat Arms Earplugs… work great in this environment… they probably made the difference between eardrum/hearing damage and not, they definitely allow you to mentally recover very quickly, so you are able to deal with your 'situation' vs. standing around like a stunned mullet for awhile."

### Ordering:

Double-ended earplugs (which fit most of adult population) (NSN 6515-01-512-6072).

Single-ended plugs (for smallest ear canals) (NSN 6515-01-512-6072).

### For More Information: 
See Fact Sheet 51-004-0204 at http://chppm-www.apgea.army.mil/fs.htm and http://chppm-www.apgea.army.mil/hcp//



Confidential - Subject to Protective Order

3M_MDL00229331