UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-md-2885

Judge M. Case Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 filed previously in this matter, and the Northern District of Florida Local Rule 11.1, attorney Jinan M. Hamood, respectfully moves this Court grant an Order for Admissions to practice *pro hac vice* in the above styled case currently pending, and all future cases transferred, moved to, or filed directly into this MDL.

In support of this request, Movant states as follows:

1. Movant is a resident of the State of Michigan and is not a resident of the State of Florida.

2. Movant is admitted to practice law and is a member of good standing of the Michigan State Bar. A copy of a Certificate of Good Standing from the Michigan Bar is attached for the Court's review.

3. Movant has successfully completed the Attorney Admission Tutorial (Confirmation No. FLND15894722013341) and CM/ECF Online Tutorial as required under Pretrial Order No. 3 and Local Rule 11.1.

4. Movant has paid the $201.00 *pro hac vice* admission fee to the Court clerk subsequent to filing this motion.

5. Movant has an upgraded PACER "NexGen" account.

6. Movant represents Plaintiff Dillon James LaChance v. 3M Company et al., (Case No. 3:20-cv-5457) and Caleb Matthew Bruder v. 3M Company et al., (Case No. 3:20-cv-5458), and both cases are currently pending before this Court.

WHEREFORE, Jinan M. Hamood, respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the Undersigned.

                                              Respectfully Submitted:

Dated: May 15, 2020
                                              /s/ Jinan M. Hamood
Jinan M. Hamood (MI Bar # P77315)
Law Office of Jinan M. Hamood
214 N. 4th Ave., 2nd Floor
Ann Arbor, MI 48104
(734) 355-5666
hamoodjm@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned, an Attorney, certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on May 15, 2020, served electronically on all counsel of record.

                                              /s/ Jinan M. Hamood
                                              Jinan M. Hamood (MI Bar # P7731