# State Bar of Michigan

## Certificate of Good Standing

This certifies that Jinan Mustapha Hamood, P77315 of Ann Arbor, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on June 13, 2013 in Washtenaw County and became a member of the State Bar of Michigan on July 16, 2013.

*Janet K. Welch, Executive Director*
May 14, 2020

This is an official document issued by the State Bar of Michigan and will be valid for 45 days from the date on this certificate. While the State Bar of Michigan operates under the advisement of government officials during the COVID-19 pandemic, Certificates of Good Standing will only be issued in this manner and sent by email.
No paper copies will be issued or mailed until further notice.