## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:  3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

This Document relates to All Cases

CASE NO.  3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___May 15, 2020_____

Motion/Pleadings: __MOTION TO APPEAR *PRO HAC VICE*_____

Filed by__Jinan M. Hamood____ on _May 15, 2020_____ Doc. # _1128_

Response _____ on _____ Doc. # _____

_____ Stipulated  _____ Joint Pleading
_____ Unopposed  _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*_____
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 15th day of May 2020.

_*M. Casey Rodgers*_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**