**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 37
Plaintiff Leadership Reappointments**

In accordance with Pretrial Order Nos. 7 and 31, and having carefully considered the submissions of plaintiffs' counsel, the Court hereby reappoints the following leadership team to continue fairly, effectively, and efficiently representing the interests of all plaintiffs in this litigation.[1]

### A. Plaintiff Leadership Team

#### 1. Lead

Bryan Aylstock, Lead
Shelley Hutson, Co-Lead
Chris Seeger, Co-Lead

#### 2. Co-Liaison Counsel

Brian Barr
Mike Burns

---

[1] All attorneys who reapplied were reappointed. Some members of the team were moved to different positions, after consultation with Lead and Co-Lead Counsel, and on further consideration of where the attorneys' skills and experience may better serve the litigation.

### 3. Executive Committee

| | |
|---|---|
| Evan Buxner | Paul Pennock |
| Thomas Cartmell | Sean Tracey |
| Roberto Martinez | Adam Wolfson |
| Doug Monsour | Genevieve Zimmerman |

### 4. Steering Committee

| | |
|---|---|
| Dave Buchanan, Co-Chair | W. Lewis Garrison, Jr. |
| Elizabeth Burke, Co-Chair | Bradley Honnold |
| Virginia Anello | Rachel Lanier |
| Karen Beyea-Schroeder | Ruth Rizkalla |
| Katherine Cornell | Michael Sacchet |
| Sindhu Daniel | Mikal Watts |

### 5. Common Benefit Fund Committee

| | |
|---|---|
| Shelley Hutson, Chair | Chris Hellums |
| Riley Burnett | Roberto Martinez |
| Henry Garrard | |

### 6. Discovery & ESI Subcommittee

| | |
|---|---|
| Dave Buchanan, Chair | Katherine Charonko |
| Virginia Anello | Nix Daniel |
| Taylor Bartlett | Neil Overholtz |

### 7. Early Vetting Subcommittee

| | |
|---|---|
| Rachel Lanier, Chair | Abby McClellan |
| Elizabeth Burke | Erin Rogiers |
| Kenny Byrd | Sara Schram |

### 8. Law & Briefing Subcommittee

| | |
|---|---|
| Michael Sacchet, Chair | Nicole Berg |
| Gabriel Assaad | Andre Mura |

### 9. Science & Experts Subcommittee

| | |
|---|---|
| Doug Monsour, Chair | Tom Pirtle |
| Gregory Graf | Kimberly White |
| Doug Kreis | |

### 10. Joint Armed Services Committee

| | |
|---|---|
| Karen Beyea-Schroeder | Kristian Rasmussen |
| Gregory Graf | Edward Rowan |

### 11. Joint Statute of Limitations Committee

Palmer Lambert
Troy Bouk

### 12. Joint Settlement Committee

| | |
|---|---|
| Chris Seeger, Chair | Clayton Clark |
| Bryan Aylstock | Ernie Cory |

### B. Leadership Structure and Responsibilities

Plaintiffs' leadership will continue to have the responsibilities assigned to their respective positions in Pretrial Order No. 4, ECF No. 76, as well as the general obligations set forth in Pretrial Order No. 7, ECF No. 376.

## C. Term of Appointments

All appointments are made for an approximate one-year period and will expire on May 21, 2021. A schedule for applying for reappointment at the end of this term will be established at an appropriate time in advance of the expiration date.

**SO ORDERED**, on this 16th day of May, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**