# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 38[1]
### Amended Plaintiff Leadership Reappointments

In accordance with Pretrial Order Nos. 7 and 31, and having carefully considered the submissions of plaintiffs' counsel, the Court hereby reappoints the following leadership team to continue fairly, effectively, and efficiently representing the interests of all plaintiffs in this litigation.[2]

## A.      Plaintiff Leadership Team

### 1.      Lead

Bryan Aylstock, Lead
Shelley Hutson, Co-Lead
Chris Seeger, Co-Lead

### 2.      Co-Liaison Counsel

Brian Barr
Mike Burns

---

[1] This Order amends Pretrial Order No. 37, ECF No. 1130, to add an inadvertently omitted new appointment to the Executive Committee.

[2] All attorneys who reapplied were reappointed. Some members of the team were moved to different positions, after consultation with Lead and Co-Lead Counsel, and on further consideration of where the attorneys' skills and experience may better serve the litigation.

### 3.  Executive Committee

| | |
|---|---|
| Evan Buxner | Tom Pirtle |
| Thomas Cartmell | Sean Tracey |
| Roberto Martinez | Adam Wolfson |
| Doug Monsour | Genevieve Zimmerman |
| Paul Pennock | |

### 4.  Steering Committee

| | |
|---|---|
| Dave Buchanan, Co-Chair | W. Lewis Garrison, Jr. |
| Elizabeth Burke, Co-Chair | Bradley Honnold |
| Virginia Anello | Rachel Lanier |
| Karen Beyea-Schroeder | Ruth Rizkalla |
| Katherine Cornell | Michael Sacchet |
| Sindhu Daniel | Mikal Watts |

### 5.  Common Benefit Fund Committee

| | |
|---|---|
| Shelley Hutson, Chair | Chris Hellums |
| Riley Burnett | Roberto Martinez |
| Henry Garrard | |

### 6.  Discovery & ESI Subcommittee

| | |
|---|---|
| Dave Buchanan, Chair | Katherine Charonko |
| Virginia Anello | Nix Daniel |
| Taylor Bartlett | Neil Overholtz |

### 7.  Early Vetting Subcommittee

| | |
|---|---|
| Rachel Lanier, Chair | Abby McClellan |
| Elizabeth Burke | Erin Rogiers |
| Kenny Byrd | Sara Schram |

### 8. Law & Briefing Subcommittee

Michael Sacchet, Chair                    Nicole Berg
Gabriel Assaad                                    Andre Mura


### 9. Science & Experts Subcommittee

Doug Monsour, Chair                       Tom Pirtle
Gregory Graf                                       Kimberly White
Doug Kreis


### 10. Joint Armed Services Committee

Karen Beyea-Schroeder                    Kristian Rasmussen
Gregory Graf                                       Edward Rowan


### 11. Joint Statute of Limitations Committee

Palmer Lambert
Troy Bouk


### 12. Joint Settlement Committee

Chris Seeger, Chair                            Clayton Clark
Bryan Aylstock                                    Ernie Cory


## B. Leadership Structure and Responsibilities

Plaintiffs' leadership will continue to have the responsibilities assigned to their respective positions in Pretrial Order No. 4, ECF No. 76, as well as the general obligations set forth in Pretrial Order No. 7, ECF No. 376.

C.     **Term of Appointments**

All appointments are made for an approximate one-year period and will expire on May 21, 2021.  A schedule for applying for reappointment at the end of this term will be established at an appropriate time in advance of the expiration date.

**SO ORDERED**, on this 17th day of May, 2020.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**