UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, the undersigned attorney hereby moves this Court for an order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in North Carolina, and is not a resident of the state of Florida.

2. Movant is admitted to practice and is a member in good standing of the North Carolina State Bar. A copy of a Certificate of Good Standing is attached hereto as Exhibit A.

3. Movant is attorney of record in case 3:20-cv-5443, *Brad Scott Bruce, Jr. v. 3M Company et al*, which was filed in the Northern District of Florida.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam (confirmation number **FLND15886227313298**) and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has an upgraded "NextGen" PACER account.

WHEREFORE, Eugene E. Lester III respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of electronic case filings to the undersigned.

This the 20th day of May, 2020.

    Respectfully submitted,

    By: /s/<u>Eugene E. Lester III</u>
    Eugene E. Lester III
    Attorney for Brad Bruce
    N.C. State Bar No. 23255

OF COUNSEL:
Sharpless McClearn Lester Duffy, PA
200 South Elm Street, Suite 400
Greensboro, NC  27401
Telephone: (336) 333-6382
Facsimile: (336) 333-6399
elester@sharplesslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **MOTION TO APPEAR *PRO HAC VICE*** was served upon the parties to this action by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 20th day of May, 2020.

                                                            By:/s/Eugene E. Lester III
                                                            Eugene E. Lester III
                                                            Attorney for Brad Bruce
                                                            N.C. State Bar No. 23255

OF COUNSEL:
Sharpless McClearn Lester Duffy, PA
200 South Elm Street, Suite 400
Greensboro, NC  27401
Telephone: (336) 333-6382
Facsimile: (336) 333-6399
elester@sharplesslaw.com