# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar,

do hereby certify that

Mr. Eugene E. Lester III (Bar # 23255)

was licensed to practice law by the State of North Carolina on August 24, 1996.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 11th day of May, 2020.

*Alice Neece Mine*

Alice Neece Mine
Secretary of the North Carolina State Bar