# UNITED STATES DISTRICT COURT
## NORTHERN DISCTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David R. Heffernan of Kaire & Heffernan, PLLC., hereby enters his appearance as counsel for Plaintiff, SHAUN HUFFMAN in the following action filed in this Court Case No.: 3:20-cv-05477.  Further, Mr. Heffernan is attorney of record in the action filed in this Court (MDL Case No.: 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4).  All further papers and pleadings in this action should be served on the undersigned.

Dated: May 22, 2020.

        Respectfully Submitted,

        *By: /s/ David R. Heffernan*
        DAVID R. HEFFERNAN, ESQ.
        Florida Bar No.: 0893005
        david@kairelaw.com
        KAIRE & HEFFERNAN, LLC
        999 Brickell Avenue
        Suite PH 1102
        Miami, Florida  33131
        Tel.:  (305) 372-0123
        *Attorney for Plaintiff,*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of The United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on counsel or parties in this manner indicated below.