UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS § | |
| EARPLUG PRODUCTS § | CASE NO. 3:19MD2885 |
| LIABLITY LITIGATION § | |
| § | |
| This Document Relates to All Cases § | Judge M. Casey Rodgers |
| § | Magistrate Judge Gary R. Jones |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sean B. Swords of Wenholz Dow, P.C., hereby enters this appearance as counsel for Plaintiff RICKY ALAN WUOLLET in the following action filed in this Court Case No. 3:20-cv-05473. Further, Mr. Swords is the attorney of record in the action filed in this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

Dated May 22, 2020.

Respectfully submitted,

**WENHOLZ | DOW P.C.**
9433 Bee Caves Rd., Ste. 1-200
Austin, Texas 78733
(512) 478-2211
(512) 478-3625 (fax)

By: */S/ Sean B. Swords*
 Sean B. Swords
 Texas Bar No. 24102554
 sswords@wenholzdow.com

**ATTORNEY FOR PLAINTIFF
RICKY ALAN WUOLLET**

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of The United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record, and was served on all counsel or parties in this manner indicated below.