## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Eugene E. Lester III, hereby enters his appearance as counsel for Plaintiff Brad Scott Bruce, Jr. in this multi-district matter. The undersigned is attorney of record in individual case 3:20-cv-5443, *Brad Scott Bruce, Jr. v. 3M Company et al*, which was filed in the Northern District of Florida. Pursuant to Pretrial Order No. 3, the undersigned is admitted to appear *pro hac vice* in this matter (DOC 1135).

WHEREFORE, Eugene E. Lester III respectfully enters this notice of appearance and requests that he be served with all further papers and pleadings in this action.

This the 26th day of May, 2020.

Respectfully submitted,

By: /s/Eugene E. Lester III
Eugene E. Lester III
Attorney for Brad Bruce
N.C. State Bar No. 23255

OF COUNSEL:
Sharpless McClearn Lester Duffy, PA
200 South Elm Street, Suite 400
Greensboro, NC  27401
Telephone: (336) 333-6382
Facsimile: (336) 333-6399
elester@sharplesslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **NOTICE OF APPEARANCE** was served upon the parties to this action by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      This the 26th day of May, 2020.

                                                           By:/s/<u>Eugene E. Lester III</u>
                                                            Eugene E. Lester III
                                                             Attorney for Brad Bruce
                                                             N.C. State Bar No. 23255

OF COUNSEL:
Sharpless McClearn Lester Duffy, PA
200 South Elm Street, Suite 400
Greensboro, NC  27401
Telephone: (336) 333-6382
Facsimile: (336) 333-6399
elester@sharplesslaw.com