# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 34 (ECF No. 1107), Kimberly Branscome of the law firm Dechert LLP hereby enters her appearance as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC. Ms. Branscome previously had served as an attorney of record in one of the actions transferred to this Court and previously had been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). All further papers and pleadings in this action should be served on the undersigned.

DATED:  May 26, 2020	Respectfully submitted,

*/s/ Kimberly Branscome*
Kimberly Branscome
California Bar No. 255480
District of Columbia Bar No. 987587
DECHERT LLP
633 West 5th Street
Suite 4900
Los Angeles, California  90071-2032
Telephone:  (213) 808-5762
Email: kimberly.branscome@dechert.com

*Attorney for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*