# EXHIBIT D

# CONFIDENTIAL --

# FILED UNDER SEAL