UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## DECLARATION OF ELLEN K. REISMAN

Ellen K. Reisman deposes and states, pursuant to 28 U.S.C. § 1746:

I am an attorney at law, duly licensed to practice law in the District of Columbia and California.

I have thoroughly familiarized myself with the issues involved in the currently pending cases arising from 3M's development, manufacture, and sale of the Combat Arms Earplugs version 2 ("CAEv2"). As a result of my knowledge of the proceedings, I attest and affirm that I know of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the special master in the matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of May, 2020.

Ellen K. Reisman