**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT EARPLUGS  Case No: 3:19-md-2885
PRODUCTS LIABILITY LITIGATION

This Document Relates to:  Judge M. Casey Rodgers
Kizziah, 3:20-5349  Magistrate Judge Gary R. Jones

# MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pre-trial order No. 3, Case Management order 1, and the Northern District of Florida Local Rules 11.1, I, Svitlana Elliott hereby move this Court for an Order of Admission to Practice pro had vice in the above styled case, and in support there of state as follows:

1. Movant resides in Washington State and is not a resident of the state of Florida.

2. Movant is admitted to practice and is a member in good standing with the Washington State Bar Association. A Letter of good standing from the Washington State Bar Association is attached here to as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and local rule 11.1, and the attorney admission memo, Movant has reviewed the local rules of this district, complete the online Attorney Admission Tutorial (Confirmation Number: **FLND15906182273390)** and completed the CM/ECF online tutorials

4. Movant has paid the required $201.00 pro hac vice admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents Plaintiff in the following action was direct filed on 4/2/2020 Jack *Kizziah v. 3M company, 3:20-cv-5349*

Wherefore, Svitlana Elliott, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiff and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Dated May 29, 2020

> Respectfully submitted,
> By: /s/ Svitlana Elliott
> ELLIOTT LAW GROUP, PLLC
> Svitlana Elliott
> Washington State Bar #36496
> 920 N Argonne Rd., Suite 110
> Spokane Valley, WA 99212
> Telephone: (509) 891-4301

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 29, 2020 and served electronically on all counsel of record.

/s/ Svitlana Elliott

Svitlana Elliott

# Exhibit A

# CERTIFICATION OF CURRENT STATUS

May 28, 2020

### TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Svitlana V Elliott**, license no. **36496** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **August 15, 2005** and is, as of the date of this certificate, a(n) **Active lawyer** of the Washington State Bar Association who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA