IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT EARPLUGS<br>PRODUCTS LIABILITY LITIGATION | Case No: 3:19-md-2885 |
| This Document Relates to:<br>Kizziah 3:20-cv-5349 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## Notice of Appearance and Substitution of Counsel

Svitlana Elliott of ELLIOTT LAW GROUP, PLLCE, hereby enters her notice of appearance in this case in the Master Docket Pursuant to Pretrial order No. 3. Ms. Elliott is counsel of record in the individual case for Mr. Jack Kizziah 3:20-5349. Ms. Elliott has completed the administrative requirements for and sought *pro hac vice* admission to the district by motion.

Katie L. Merrill has left the firm of Elliott Law Group, PLLC, and with client's consent and agreement will no longer be working on this matter and Ms. Elliott will be assuming the representation of Mr. Kizziah in this matter. Please terminate Katie L. Merrill's appearance and substitute Svtilana Elliott in place of Ms. Merrill as counsel for Mr. Jack Kizziah case number 3:

Dated May 29, 2020

Respectfully submitted,
By: /s/
ELLIOTT LAW GROUP, PLLC
Svitlana Elliott
Washington State Bar #
920 N Argonne Rd., Suite 110
Spokane Valley, WA 99212
Telephone: (509) 891-4301

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on May 29, 2020 and served electronically on all counsel of record.

/s/
Svitlana Elliott

Exhibit A