## United States District Court
### CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**  Date: May 29, 2020
In Re: **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Twelfth Case Management Conference**

Attendance of counsel in person and by telephone. U.S. Magistrate Judge Gary Jones, Special Master Judge David Herndon and Judge Thomas Fraser, Fourth Judicial District of Minnesota present by video. Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock, Jennifer Hoekstra, Richard Paul, and additional counsel by phone

**Lead Counsel for Defendants:**   Mike Brock, Larry Hill, and additional counsel by phone
**3M Co. and Aearo**

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:45 am

9:52 am  Court in Session - Introduction of Counsel
 Court addresses the following matters:
- Federal/State Coordination
- Samples of Earplug and Wallet Cards
- Amending Pretrial Order #25
- List of Medications and Medical Records
- Motion to Compel before Judge Jones
- In Camera Submissions
- Bellwether Process and Discovery Pools
- Oral Argument on June 15, 2020 @ 1:00 pm CT
- Appointment of Special Settlement Master, Ellen Riesman
- Privilege Log Updates
- Depositions, Additional Custodians and TAR process
- Next CMC is June 26th

11:48 am  Court in Recess