UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

MOTION TO APPEAR PRO HAC VICE

Pursuant to Case Management Order No. 1, Pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, Christopher M. Glass hereby moves this Court for an Order for admission *pro hac vice* in the above-styled case only, and in support thereof respectfully states as follows:

1. Movant resides in the State of New York and is not a resident of the State of Florida.

2. Movant is admitted to practice law and is a member in good standing of the bar of the State of New York and the United States District Court Eastern District of New York. A copy of a Certificate of Good Standing from the United States District Court Eastern District of New York dated within 30 days of this motion is attached hereto as Exhibit A.

3. Movant is admitted to practice in the United States District Court for the Eastern District of New York, The United States District Court for the Southern District of New York, and the bar of the State of New York.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial with confirmation number FLND15906996453393.

5. Movant has filed a Master Short Form Complaint and Jury Trial Demand in this District's MDL 3M Combat Arms Earplugs Products Liability Litigation, *Jose Santos v. 3M Company, et*

*al.*, Case No. 3:20-cv-04602-MCR-HTC.  Movant anticipates filing additional 3M Earplug cases in this litigation via direct filing of Short-Form Complaints.

6. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

7. Movant has a PACER account upgraded to "NextGen."

WHEREFORE, Christopher M. Glass respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* in this MDL Litigation and directing the Clerk of this Court to provide notice of Electronic Case Filings to the undersigned.

Dated: June 2, 2020

_____
Christopher M. Glass