AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Douglas C. Palmer__, Clerk of this Court, certify that __Christopher Michael Glass__, Bar # __CG6004__, was duly admitted to practice in this Court on __08/07/2014__, and is in good standing as a member of the Bar of this Court.

Dated at __Central Islip__ on __05/28/2020__
     *(Location)*          *(Date)*

**Douglas C. Palmer**
CLERK OF COURT

*Concetta Landow*
Concetta Landow, DEPUTY CLERK