IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

CASE NO: 3:19-md-2885

This document relates to:

JOHN I. ISMACH-EASTMAN.,
3:20-5510

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pre-trial order No. 3, Case Management order 1, and the Northern District of Florida Local Rules 11.1, I Emmet D. Alexander hereby move this Court for an Order of Admission to Practice *pro hac vice* in the above styled case, and in support thereof state as follows:

1. Movant resides in the Commonwealth of Virginia and is not a resident of the state of Florida

2. Movant is admitted to practice and is a member in good standing with the Virginia State Bar. A Certificate of Good Standing from the Virginia State Bar is attached hereto as Exhibit A.

3. Pursuant to Pretrial Order No. 3 and local rule 11.1, and the attorney admission memo of this Court, the Movant has reviewed the local rules of this district, completed the online Attorney Admission Tutorial (Confirmation Number: **FLND15898488753360**) and completed the CM/ECF online tutorials.

4. Movant has paid herewith the required $201 *pro hac vice* admission fee.

5. Movant has an upgraded PACER account.

6. Movant represents the Plaintiff, John I. Ismach-Eastman in the following related, direct filed, action, which was filed on June 2, 2020, *Ismach-Eastman v. 3M Company, et al.,* 3:20-cv-5510.

WHEREFORE, Movant, Emmet D. Alexander, respectfully requests that the Court enter an Order granting his motion to appear *pro hac* vice on behalf of Plaintiff, John I. Ismach-Eastman and direct the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully,

BY: /s/ Emmet D. Alexander
Emmet D. Alexander
VA State Bar No: 41248
Alexander Law Group, PLC
6601 Irongate Square
Suite A
Richmond, VA 23234
Phone: (804) 271-1969
Fax: (804) 271-
Email: info@alexanderlawgroupplc.com;
donald@alexanderlawgroupplc.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney certifies that the foregoing Motion to Appear Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF system on June 2, 2020 and served electronically on counsel of record.

/s/ Emmet D. Alexander
Emmet D. Alexander
VA State Bar No: 41248
Alexander Law Group, PLC
6601 Irongate Square
Suite A
Richmond, VA 23234
Phone: (804) 271-1969
Fax: (804) 271-
Email:info@alexanderlawgroupplc.com;
donald@alexanderlawgroupplc.com

# EXHIBIT A

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT EMMET DWAYNE ALEXANDER IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. ALEXANDER WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 9, 1997, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued May 6, 2020

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER