IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CASE NO.:  3-19-md-2885 |
| This document relates to: | ) ) | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| CLAUS P. HELLBERG Case No.: 3:20-5514, and LAMAR B. WILLIANS and LATOYA WILLIAMS, Case No.: 3:20-5515 | ) ) ) ) ) ) | |

**MOTION TO APPEAR PRO HAC VICE**

Comes Bobby D. Davidson, Arkansas Bar No., 84034, attorney of record in this Court for Claus P. Hellberg, Case No.: 3:20-5514, and Lamar B. Williams and Latoya Williams, Case No.: 3-20-5515, and files this Motion to Appear *pro hac vice* in the Florida District Court, Northern District, Pensacola Division, in the 3M Combat Arms Products Liability Litigation MDL 2885, Pursuant to  MDL Pre-trial Order No. 3, Case Management Order No. 1, and Florida Northern District Local Rule 11.1, and moves the Court to enter its Order of Admission to practice *pro hac vice* in the above styled cases.  In support thereof, Movant states:

1. Movant is a resident of the State of Arkansas and is not a resident of the State of Florida.

2. Movant has been a member in good standing of the Bar of Arkansas for 35 years; ABN 84034.  See Certificate of Good Standing issued by the Supreme Court of Arkansas on May 26, 2020, attached hereto as Exhibit "A."

3. Pursuant to Pre-trial Order No. 3, Case Management Order No. 1 regarding Attorney Admission rules for Attorneys of Record in Cases Filed In or Removed To this District,

1

and Local Rule 11.1, Movant completed the Attorney Admission Tutorial on May 29, 2020, Confirmation Number **FLND15907935573397,** and completed the CM/ECF Online Tutorials.

4. Movant has an Upgraded Pacer Account, Number 3876441.

5. On June 3, 2020, Movant paid the required *pro hac vice* admission fee through Pacer in the amount of $201.

6. Movant filed two (2) cases in this MDL on June 3, 2020, styled *Claus P. Hellberg v. 3 M Company, et al,* Case No.: 3:20-5514, and *Lamar B. Williams and Latoya Williams v. 3M Company, et al*, Case No.: 3:20-5515, and is lead counsel in those cases.

WHEREFORE, premises considered, Movant respectfully requests that this Court consider the foregoing and enter its Order granting the Motion to Appear Pro Hac Vice on behalf of Plaintiffs Claus P. Hellberg and Lamar B. Williams and his wife Latoya Williams, and direct the Clerk to provide notice to Movant of all Electronic Case Filings in this MDL.

    Respectfully submitted

    s/ Bobby D. Davidson, ABN 84034
    Bobby D. Davidson
    Law Offices of Lisa Douglas
    2300 Main Street
    North Little Rock, AR 72114
    (501) 551-3649 Direct
    (501) 798-0004 Office
    (501) 771-1880 Fax
    E-mail: bob.davidson@sbcglobal.net;
    lisagdouglas@aol.com

**CERTIFICATE OF SERVICE**

I, Bobby D. Davidson, hereby certify that the foregoing Motion to Appear Pro Hac Vice was electronically filed pursuant to the CM/ECF filing system on the 3rd day of June, 2020, and request that all counsel of record in this MDL be served through the Court's electronic filing system.

    s/ Bobby D. Davidson

# **<u>EXHIBIT A</u>**