UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, William P. Harris III, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.
2. Movant is admitted to practice and is a member in good standing of the bar of the State of California. A copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.
3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed the Attorney Admission Tutorial and the CM/ECF online tutorial with confirmation number FLND15869920393247.
4. Movant has filed a Master Short Form Complaint and Jury Trial Demand in this district's MDL Re 3m Combat Arms Earplug Products Liability Litigation Case no. 3:19-md-02885.
5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.
6. Movant has upgraded his PACER account to "NextGen."

7. Movant represents plaintiff Rodolfo Arrieta in *Rodolfo Arrieta v. 3M Company, et al*. case no. 3:19-cv-04882 filed in the ND of Florida.

WHEREFORE, William P. Harris III respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: June 4, 2020                     Respectfully submitted,

/S/ William P. Harris III, Esq.
William P. Harris III, Esq.
FRANTZ LAW GROUP, APLC
402 West Broadway, Suite 860
San Diego, CA  92101
T: (619) 233-5945
F: (619) 525-7672
E: wharris@frantzlawgroup.com