## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, June 5, 2020 7:31 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, June 5, 2020 12:28:53 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/5/2020 at 8:28 AM EDT and filed on 6/5/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [780](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-66) - 3 action(s)** *re: pldg. (1 in INS/1:20-cv-01467, 1 in LAW/2:20-cv-00645, [767] in MDL No. 2885, 1 in MN/0:20-cv-01230)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2020.**

**Associated Cases: MDL No. 2885, INS/1:20-cv-01467, LAW/2:20-cv-00645, MN/0:20-cv-01230 (JC)**

| | |
|---|---|
| **Case Name:** | Anderson v. 3M Company et al |
| **Case Number:** | [MN/0:20-cv-01230](#) |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-66) - 3 action(s)** *re: pldg. (1 in INS/1:20-cv-01467, 1 in LAW/2:20-cv-00645, [767] in MDL No. 2885, 1 in MN/0:20-cv-01230)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2020.**

**Associated Cases: MDL No. 2885, INS/1:20-cv-01467, LAW/2:20-cv-00645, MN/0:20-cv-01230 (JC)**

| | |
|---|---|
| **Case Name:** | Holloway et al v. 3 M Co et al |
| **Case Number:** | LAW/2:20-cv-00645 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-66) - 3 action(s)** *re: pldg. (1 in INS/1:20-cv-01467, 1 in LAW/2:20-cv-00645, [767] in MDL No. 2885, 1 in MN/0:20-cv-01230)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2020.**

**Associated Cases: MDL No. 2885, INS/1:20-cv-01467, LAW/2:20-cv-00645, MN/0:20-cv-01230 (JC)**

| | |
|---|---|
| **Case Name:** | BRITTON v. 3M COMPANY |
| **Case Number:** | INS/1:20-cv-01467 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-66) - 3 action(s)** *re: pldg. (1 in INS/1:20-cv-01467, 1 in LAW/2:20-cv-00645, [767] in MDL No. 2885, 1 in MN/0:20-cv-01230)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/5/2020.**

**Associated Cases: MDL No. 2885, INS/1:20-cv-01467, LAW/2:20-cv-00645, MN/0:20-cv-01230 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-01230 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Yvonne M Flaherty     ymflaherty@locklaw.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

**MN/0:20-cv-01230 Notice will not be electronically mailed to:**

**LAW/2:20-cv-00645 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Stephen G A Myers     smyers@irwinllc.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jay Mathew Mattappally     jmattappally@irwinllc.com

Jonathan Asher Cobb     jcobb@bolenlaw.com

**LAW/2:20-cv-00645 Notice will not be electronically mailed to:**

**INS/1:20-cv-01467 Notice has been electronically mailed to:**

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Adam Arceneaux     adam.arceneaux@icemiller.com

Alexandria Hanauer Pittman     alex.pittman@icemiller.com

Clinton E. Blanck     cblanck@blancklegal.com

**INS/1:20-cv-01467 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/5/2020] [FileNumber=990615-0] [
57af8b10566ea5595a381e18ef7d46c0bb43a5596fbcc512a532bcaaed671da1e9115b
7ae36a667a9805f788d6ca69dd773d98561f5f9e2dcef8213af252ba76]]