UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Actions | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THEIR MOTION TO AUTHORIZE DISCLOSURE OF MILITARY RECORDS**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5.5, move the Court for leave to file under seal Exhibits A1 through A4 to Plaintiffs' Motion to Authorize Disclosure of Military Records. Plaintiffs will also publicly file a version of its briefing with appropriate redactions.

Pursuant to the Protective Order, Plaintiffs move for leave to file under seal Exhibits A1 through A4 to Plaintiffs' Motion to Authorize Disclosure of Military Records on the basis of Plaintiffs' personal identifying information being provided as part of the associated *Touhy* requests and Plaintiffs' designation as "CONFIDENTIAL" under sections III.D of the Protective Order. Section III.D of the Protective Order states,

> Confidential Information or Items: Any disclosure or Discovery Material that the Producing Party designates as "CONFIDENTIAL." The Producing Party may designate as "CONFIDENTIAL" Discovery Material that the Producing Party reasonably believes constitutes,

1

reflects, discloses, or contains (i) trade secret or other confidential research, development, or commercial information subject to protection under Federal Rule of Civil Procedure 26(c); (ii) material protected by federal, state, or foreign data protection laws or other privacy obligations subject to protection under Federal Rule of Civil Procedure 26(c); or (iii) other information subject to protection under Federal Rule of Civil Procedure 26(c).

Plaintiffs move to file under seal exhibits regarding their Motion to Remand as follows:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A1 through A4 | Spreadsheet of personal information for military personnel pursuant to Touhy request made by Plaintiffs' Counsel. |

The exhibits filed under seal will be sent electronically by email to Judge Rodgers (via email at flnd_rodgers@flnd.uscourts.gov), Judge Jones (via email at flnd_jones@flnd.uscourts.gov) and a copy will also be sent electronically by email to all counsel of record.

## ARGUMENT

A showing of good cause can overcome the public's common law right of access. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Courts balance the asserted right of access against the moving party's interest in keeping information confidential. *Id.* (citing *Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001)). A party's privacy or proprietary interest may overcome the interest of the public in

accessing the information. *Id.* (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)).

Plaintiffs move for leave to file under seal exhibits to their Motion to Remand, on the basis of Plaintiffs' designation as "CONFIDENTIAL" under sections III.D of the Protective Order. Plaintiffs will file the public version of the aforementioned memorandum with discussions of the confidential information redacted in order to protect its confidentiality designations.

WHEREFORE, Plaintiffs request that this Court enter an Order granting Plaintiffs leave to file the specified exhibits under seal and approving the filing of the public version of Plaintiffs' Motion to Authorize Disclosure of Military Records, with corresponding redactions, and directing the Clerk to maintain the documents sealed from public record until further Order of this Court upon the resolution and closing of this matter.

Dated: June 9, 2020                Respectfully submitted,

                                         *s/ Bryan F. Aylstock*
                                        Bryan F. Aylstock, Lead Counsel
                                        Florida State Bar No. 078263
                                        Aylstock, Witkin, Kreis & Overholtz, PLLC
                                        17 East Main Street
                                        Suite 200
                                        Pensacola, FL 32502
                                        Tel.: (850) 202-1010
                                        baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
77 Water Street
8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell,
Rafferty, & Proctor, P.A.
316 South Baylen Street
Pensacola, FL 32502
Tel.: (850) 435-7044
bbarr@levinlaw.com

Michael A. Burns, Co-Liaison Counsel
Mostyn Law Firm
3810 W. Alabama Street
Houston, TX 77027
Tel.: (713) 714-0000
epefile@mostynlaw.com

*Counsel for Plaintiffs*

# **CERTIFICATE OF COMPLIANCE**
# **WITH LOCAL RULE 7.1(B)**

Pursuant to Local Rule 7.1(B), counsel for Plaintiffs certify that on July 15, 2019, counsel for Plaintiffs contacted Defendants' counsel and obtained consent to the relief requested in Plaintiffs' Motion for Leave to File Under Seal Certain Documents referred to herein. *See*, Ex. A, email exchange between Bryan Aylstock and Mark Nomellini, dated July 15, 2019.

## **CERTIFICATE OF SERVICE**

I, hereby certify that on June 9, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*s/ Bryan F. Aylstock*
Bryan F. Aylstock
