**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: June 9, 2020
Motion/Pleading: Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records
Filed by: Plaintiffs    on 6/9/2020    Doc. #  1168
RESPONSES:
                                      on              Doc. #
                                      on              Doc. #

____ Stipulated    ____ Joint Pldg.
____ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

For good cause shown, the motion is **GRANTED, as requested**.

**DONE AND ORDERED**, this 11th of June, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**