UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | * * * * | Civil Action No.: 3:19-md-2885 |
| | * | Judge M. Casey Rodgers |
| This Document Relates to: | * * | Magistrate Judge Gary R. Jones |
| Christopher Anderson (Civil Action No. 3:20-cv-5526) | * * * | |
| PLAINTIFF, | * * | **MOTION FOR ADMISSION** ***PRO HAC VICE* OF** |
| v. | * * | **SCOTT E. BRADY and REQUEST TO RECEIVE ELECTRONIC** |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC | * * * * * | **NOTICE OF FILINGS** |
| DEFENDANTS. | * * | |

Pursuant to Pretrial Order No. 4, Local Rule 11.1 of the Local Rules of the USDC for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Scott E. Brady of Bohrer Brady, LLC, respectfully moves for admission *pro hac vice* to appear as counsel of record for Plaintiff Christopher Anderson and to receive Notice of Electronic Filings in this action.

In support of this Motion, Scott E. Brady states:

1) That he is a resident of Baton Rouge, Louisiana and is not a resident of the State of Florida;

2) That he is not admitted to practice in the Northern District of Florida;

3) That he is licensed to practice and is a member in good standing of the bar for the State of Louisiana, see the Certificate of Good Standing from the Supreme Court of Louisiana which is attached as Exhibit "A";

4) That he successfully completed both the online Local Rules tutorial exam (confirmation number FLND15918157813429) and the CM/ECF Online Tutorials, as required by Local Rule 11.1;

5) That he has submitted to the Clerk the required *pro hac vice* admission fee; and

6) That he has upgraded his PACER account to "NextGen."

Upon admission, Scott E. Brady requests that he be provided Notice of Electronic Filings.

WHERREFORE, Scott E. Brady respectfully requests that this Court enter an Order granting his Motion to Appear *Pro Hac Vice* and directing the Clerk of this Court to provide Notice of Electronic Case Filings to undersigned.

Dated: June 12, 2020

Respectfully submitted:

/s/ Scott E. Brady
Scott E. Brady  (#24976 – Louisiana)
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
Email: scott@bohrerbrady.com