UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>JEFFREY WAYNE NOLEN<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:20-cv-05490<br><br><br><br><br>Judge M. Casey Rodgers<br><br><br><br><br><br>Magistrate Judge Gary R. Jones |

## MOTION FOR *PRO HAC VICE* ADMISSION

The Motion for *Pro Hac Vice* Admission of James R. Morris, with respect represents:

1. As will appear from the attached Certificate, Mover is a current member in good standing of the Louisiana State Bar Association.

2. Mover's Attorney Admission Tutorial confirmation number is FLND15918999513437.

1

3. Mover hereby certifies he has completed the CM/ECF tutorial.

4. Mover therefore moves to be admitted as co-counsel on behalf of Plaintiff, solely in the captioned matter.

**WHEREFORE,** James R. Morris prays that he be admitted to this Court *Pro Hac Vice* as co-counsel on behalf of Plaintiff, solely in the captioned matter.

Dated: June 12, 2020

> Respectfully Submitted,
> SUDDUTH & ASSOCIATES, LLC
> Attorneys at Law
> 1109 Pithon Street
> Lake Charles, LA 70601
> (337) 480-0101 (Telephone)
> (337) 419-0507 (Facsimile)
>
> BY:   s/ James R. Morris
>        JAMES R. MORRIS (Bar No. 09731)
>        Email (jim@saa.legal)
>
> Co-Counsel for Jeffery Wayne Nolen