# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. James R Morris

whose address is 1109 Pithon St

Lake Charles, LA 70601

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 5th day of October, 1979.

Given over my hand and the Seal of the Louisiana State Bar Association, this 4th day of June, 2020.

*Executive Director*
*Louisiana State Bar Association*