UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:20-cv-05490 |
| This Document Relates to: | |
| JEFFREY WAYNE NOLEN | |
| PLAINTIFF, | |
| v. | Judge M. Casey Rodgers |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, | |
| DEFENDANTS. | Magistrate Judge Gary R. Jones |

## ORDER

Considering the foregoing Motion for *Pro Hac Vice* Admission of James R. Morris, and it appearing he has met all requirements for same;

IT IS ORDERED that James R. Morris be admitted to this Court *pro hac vice* on behalf of Plaintiff, Jeffrey Wayne Nolen.

Signed in chambers at Pensacola, Florida on this ____ day of _____, 2020.

_____
M. CASEY RODGERS, JUDGE

1