# Exhibit I

# THE NATIONAL ACADEMIES PRESS

The National Academies of SCIENCES ENGINEERING MEDICINE

This PDF is available at http://nap.edu/11443

SHARE   



Noise and Military Service: Implications for Hearing Loss and Tinnitus (2006)

### DETAILS

338 pages | 6 x 9 | PAPERBACK
ISBN 978-0-309-09949-3 | DOI 10.17226/11443

GET THIS BOOK

FIND RELATED TITLES

### CONTRIBUTORS

Larry E. Humes, Lois M. Joellenbeck, and Jane S. Durch, Editors; Committee on Noise-Induced Hearing Loss and Tinnitus Associated with Military Service from World War II to the Present; Medical Follow-up Agency; Institute of Medicine

### SUGGESTED CITATION

Institute of Medicine 2006. *Noise and Military Service: Implications for Hearing Loss and Tinnitus*. Washington, DC: The National Academies Press. https://doi.org/10.17226/11443.

---

Visit the National Academies Press at NAP.edu and login or register to get:

– Access to free PDF downloads of thousands of scientific reports
– 10% off the price of print titles
– Email or social media notifications of new titles related to your interests
– Special offers and discounts



Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press. (Request Permission) Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.

Copyright © National Academy of Sciences. All rights reserved.

# NOISE AND MILITARY SERVICE

Implications for Hearing Loss and Tinnitus

Committee on Noise-Induced Hearing Loss and Tinnitus Associated with Military Service from World War II to the Present

Medical Follow-up Agency

Larry E. Humes, Lois M. Joellenbeck, and Jane S. Durch, *Editors*

INSTITUTE OF MEDICINE
OF THE NATIONAL ACADEMIES

THE NATIONAL ACADEMIES PRESS
Washington, DC
**www.nap.edu**

Copyright National Academy of Sciences. All rights reserved.

Noise and Military Service: Implications for Hearing Loss and Tinnitus
Case 3:19-md-02885-MCR-HTC   Document 1178-9   Filed 06/12/20   Page 4 of 5

the equivalent of an 8-hour time-weighted average of 84 dBA (Department of the Air Force, 1982). For a group of employees doing similar work with similar noise exposures (referred to as a "similar exposure group"), it was and remains permissible to monitor the most highly exposed individual and to assign the resulting measurement to each group member, essentially a "worst case" assumption. Current noise evaluation procedures (Department of the Air Force, 1994) require dosimetry for a minimum of 3 worker-days (defined as one worker for 3 days, or three workers for 1 day) to identify the average daily exposure.

Starting in the late 1980s, various Air Force installations began automating their recordkeeping for sound pressure levels and dosimetry. In 2005, each installation continues to maintain its own database. The dosimetry data are used primarily for local shop or worksite decisions, or occasional installation-level uses. Compilation of such data across the entire Air Force is possible but is not done for routine analysis (Weisman, 2005).

*Navy and Marine Corps*

Navy requirements for the collection of noise survey data date back at least to a 1983 regulation requiring noise measurements and personal dosimetry with appropriate equipment and calibration (Department of the Navy, 1983). The Navy is also responsible for noise surveys for Marine Corps facilities. To date, data on sound pressure levels are routinely collected at Navy and Marine Corps facilities but are not routinely transferred to a central database.

Noise dosimetry data are routinely collected by local Navy medical units to perform exposure assessments and to make recommendations for placement of personnel into the hearing conservation program. Under current procedures, such noise exposure data, in the form of time-weighted average sound levels, must be provided to the exposed individuals, the command, and the entity providing medical surveillance (Navy Environmental Health Center, 2004b). Starting in 2002, noise dosimetry data collected for a variety of industrial, shipboard, and other naval operations, including Marine Corps activities, have been added annually to the Navy Occupational Exposure Database (Crowder, 2005). Some of these data date back to 1980. The data are not routinely used in the Navy's overall hearing conservation program, but they are used on a case-by-case basis to respond to inquiries (Crowder, 2005).

*Army*

The Army has both a centralized program to evaluate the sound pressure levels of new weapons systems and equipment and a distributed pro-

Copyright National Academy of Sciences. All rights reserved.

Noise and Military Service: Implications for Hearing Loss and Tinnitus
Case 3:19-md-02885-MCR-HTC   Document 1178-9   Filed 06/12/20   Page 5 of 5

gram for noise measurement and analysis at worksites at all Army installations. Through the centralized Health Hazard Assessment Program, begun in 1980, new equipment is tested to assess various potential hazards, including noise, chemicals, radiation, and vibration. The measurements of sound pressure levels are used to estimate likely time-weighted averages during use of the equipment, but noise dosimetry is not carried out as part of this program. The test information is used to make recommendations regarding the need for personal hearing protection as well as possible restrictions on training time with the systems (personal communication, F. Sachs, U.S. Army Center for Health Promotion and Preventive Medicine, August 18, 2004). The Army also has comprehensive data on sound pressure levels from weapons and equipment beginning from the 1970s and a more limited set of data going back to the 1960s.

In addition, each Army installation evaluates work environments for potential noise hazards from steady-state noise in industrial-type operations. Since 1988, the sound pressure level and noise dosimetry measurements have been collected in the Health Hazard Information Module database of the Army's Occupational Health Management Information System. Dosimetry measurements are not routinely attempted for military-unique activities in the Army, in part because the impulse noise components are not readily measured by current instrumentation (U.S. Army Center for Health Promotion and Preventive Medicine, 1999; personal communication, D. Ohlin, U.S. Army Center for Health Promotion and Preventive Medicine, 2005).

### *Coast Guard*

Coast Guard noise surveys were part of the Coast Guard hearing conservation program by the late 1960s and early 1970s (McConnell, 2004). Sound pressure level and noise dosimetry measurements made by the Coast Guard are provided to units in the form of written reports (McConnell, 2005).

### *Defense Occupational and Environmental Health Readiness System–Industrial Hygiene*

In 2005, as this report was being written, all the services were still using their own databases on sound pressure levels and noise dosimetry. However, development of a DoD-wide database for recording, storing, and retrieving sound pressure level and noise dosimetry data, as well as information related to other occupational exposures, is in advanced stages. Introduction of the Defense Occupational and Environmental Health Readiness System–Industrial Hygiene (DOEHRS-IH) is planned for fall 2005 (personal communication, K. Wisniewski, U.S. Army Center for Health

Copyright National Academy of Sciences. All rights reserved.