UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION § § § This Document Relates to All Cases § § § | Case No. 3:19-md-02885-MR-GRJ Case No. 3:19-cv-1423-MCR-GRJ Lance Bynum v. 3M Company Chief Judge M. Casey Rodgers Magistrate Judge Gary Jones |

## MOTION TO APPEAR PRO HAC VICE

COMES NOW Douglas C. Monsour and files this Motion to Appear Pro Vice.

I.

I am the attorney of record for Plaintiff in the following case: Civil Action No. 3:19-cv-1423-MCR-GRJ styled Lance Bynum v. 3M Company transferred from the Eastern District of Texas and filed in this Court on May 10, 2019.

II.

I am licensed to practice in the following Courts:

All Texas State Courts – admitted November 4, 1994
United States District Court for the Eastern District of Texas – admitted June 14, 1995
United States District Court for the Southern District of Texas – admitted November 9, 1998
United States District Court for the Northern District of Texas – admitted March 14, 2007
State of Arkansas Bar #2014009 – admitted February 10, 2014
State of Oklahoma Bar #32302 – admitted May 28, 2015
State of Louisiana Bar #38053 – admitted May 10, 2018

A Certificate of Good Standing of the State Bar of Texas, the jurisdiction where I reside and regularly practice law is filed herewith.

III.

I have not been the subject of any disciplinary proceeding, investigation, action or grievance procedure, has not been disbarred in other courts, and has not been denied admission to the Court of any states or of any court of the United States.  On June 14, 2018, I completed the Local Rules Tutorial for the Northern District of Florida.  My confirmation Number is FLND15290045691218.  I make this motion for admission to the bar of this Honorable Court Pro Hac Vice and permission to practice as an attorney of record in the above referenced Multi District Litigation cause of action as well as case specific matters in which I represent the Plaintiff.

Respectfully submitted,

**MONSOUR LAW FIRM**

/s/ Douglas C. Monsour
Douglas C. Monsour
Texas State Bar No. 00791289
404 North Green Street
Longview, TX 75601
Tel:  (903) 758-5757
Fax:  (903) 230-5010
Email:  Doug@monsourlawfirm.com

ATTORNEY FOR PLAINTIFF LANCE BYNUM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel record who are deemed to have consented to electronic service are being served this 15th day of June, 2020 with a copy of this document via the Court's CM/ECF system per Federal Rules of Civil Procedure. Any other counsel of record will be served by electronic mail, facsimile and/or first class mail on this date.

/s/Douglas C. Monsour
Douglas C. Monsour