# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | * Civil Action No.: 3:19-md-2885 * * * Judge M. Casey Rodgers |
| This Document Relates to: | * Magistrate Judge Gary R. Jones * |
| Christopher Anderson | * * Civil Action No. 3:20-cv-5526 |
| PLAINTIFF, | * * |
| v. | * * **NOTICE OF APPEARANCE** |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC | * * * * * |
| DEFENDANTS. | * * |

Please take notice that Scott E. Brady of the law firm Brady Bohrer, LLC, admitted in this Court *Pro Hac Vice*, hereby enters his appearance as lead counsel of record for Plaintiff, Christopher Anderson.

Dated: June 16, 2020

Respectfully Submitted:

By: /s/ Scott E. Brady
Scott E. Brady
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
scott@bohrerbrady.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 16, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/Scott E. Brady