UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 16, 2020

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Douglas C. Monsour   on  June 15, 2020           Doc. #  1183

Response _____   on _____   Doc. # _____

____ Stipulated        ____ Joint Pleading
____ Unopposed     ____ Consented

           JESSICA J. LYUBLANOVITS
           CLERK OF COURT
           */s/ Kathy Rock*
           Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 16th day of June 2020.

           *M. Casey Rodgers*
           **M. CASEY RODGERS**
           **UNITED STATES DISTRICT JUDGE**