# *United States District Court*
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                     Date:   June 15, 2020

In Re:    **3M Combat Arms Earplug Products Liability Litigation**

---

**DOCKET ENTRY: Oral Argument on Cross-Motions for Summary Judgment**

Attendance of counsel in person and by telephone.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.   Argument heard. Order to follow.

---

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | and Hillary Dang | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | Law Clerks | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**    Michael Sacchet, Bryan Aylstock, Neil Overholtz, and Christopher Seeger

**Lead Counsel for Defendants:**   Nicholas Wasdin, Mike Brock, Kimberly Branscome, Mark Nomellini and Larry Hill
**3M Co. and Aearo**

**PROCEEDINGS:**

| | |
|---|---|
| 1:08 pm | Court in Session - Introduction of Counsel |
| 1:10 | Defendants' Opening argument (Wasdin) re: Motion for Summary Judgment [ECF #1071] |
| | Court inquiry; counsel (Wasdin) responds |
| 2:21 | Court in Recess |
| 2:33 | Court in Session |
| | Plaintiffs' Opening argument (Sacchet) re: Motion for Summary Judgment [ECF #1072] |
| | Court inquiry; counsel (Sacchet) responds |
| 3:55 | Court in Recess |
| 4:08 | Court in Session |
| 4:10 | Defendants' Rebuttal argument (Wasdin) |
| 5:01 | Plaintiffs' Rebuttal argument (Sacchet) |
| 5:29 | Court inquiries; counsel (Wasdin/Sacchet) respond |
| 5:39 | Court Adjourned |