# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pending is Defendants' Motion to Compel Against the Department of Defense. *See* ECF No. 1178. The Court finds it appropriate to refer this matter to United States Magistrate Judge Gary Jones for further proceedings, including a hearing, if necessary, and the preparation of a report and recommendation, pursuant to Federal Rule of Civil Procedure 72(b). *See also* 28 U.S.C. § 636(b)(1)(B); N.D. Fla. Loc. R. 72.3.

**DONE AND ORDERED**, on this 16th day of June, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**