UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates to: ) <br> KALEB R. BRITTON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY, 3M OCCUPATIONAL ) <br> SAFETY LLC, AEARO HOLDING LLC, ) <br> AEARO INTERMEDIATE LLC, AEARO ) <br> LLC, and AEARO TECHNOLOGIES ) <br> ) <br> Defendants. ) | Case No. 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to N.D. Fla. Local Rule 11.1, Clinton E. Blanck respectfully requests entry of an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Kaleb R. Britton in the above-captioned cause only. In support of this motion, the undersigned states:

1. Since November 4, 1996, I have been admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the United States District Courts for the Southern and Northern Districts of Indiana and in the Indiana Supreme Court. A copy my Indiana Supreme Court Certificate of Good Standing is attached as Exhibit "A."

1

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the Bar.

3. I certify that I have successfully completed the online Attorney Admission Tutorial and exam. A copy my confirmation number is attached as Exhibit "B."

4. I certify that I have completed the online CM/ECF Tutorial and I will maintain an upgraded PACER account.

5. I have paid the Clerk of this court $201.00 by credit card representing payment in full of the administrative fees required to process this Motion to Appear *Pro Hac Vice*.

WHEREFORE, the undersigned counsel respectfully requests that this court enter an order granting leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

/s/Clinton E. Blanck
Clinton E. Blanck, 19270-32
BLANCK LEGAL, P.C.
9245 North Meridian Street, Suite 301
Indianapolis, Indiana  46260
Office:  (317) 844-8372
Facsimile:  (317) 573-5564
E-mail:  cblanck@blancklegal.com
Attorney for Plaintiff, Kaleb R. Britton

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June 2020, I served a copy of the foregoing Motion to Appear *Pro Hac Vice* by electronic mail via the court's electronic filing system to:

All ECF-registered counsel of record via e-mail

/s/Clinton E. Blanck