EXHIBIT "B"

# Clinton Blanck

| | |
|---|---|
| From: | FLND Admissions <flnd_ecfreg@flnd.uscourts.gov> |
| Sent: | Thursday, June 11, 2020 2:52 PM |
| To: | Clinton Blanck |
| Subject: | [Attorney Admission] Clinton Blanck |

Congratulations on your successful completion of the Local Rules Tutorial for the Northern District of Florida. Please retain your confirmation number, below, for use when you register for admission to the Northern District of Florida Bar.

**Confirmation Number: FLND15919015133438**

To submit your attorney admission or pro hac vice registration request, log in to www.pacer.gov > Manage My Account > Maintenance tab > Attorney Admission/E-file registration.
***You must have your own **individual** PACER account; shared firm accounts cannot be used.

After your registration request is processed by the Court, you will receive an email with instructions to pay the current attorney admission fee electronically. If you are appearing pro hac vice in a District Court case, the fee will be collected when you e-file your motion to appear pro hac vice. If you are appearing pro hac vice in a bankruptcy court case, contact Erica Smith, in the Pensacola division, at (850) 470-8127 for fee payment instructions.

Please verify that the information shown below is correct. If you find any errors, please report them immediately by replying to this email.

- First Name: Clinton
- Last Name: Blanck
- Bar State: INDIANA
- Bar Number: 19270-32
- Email Address: cblanck@blancklegal.com
- Phone Number: 317-844-8372

To learn more about CM/ECF, please visit our website at www.flnd.uscourts.gov

1