UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates to: ) <br> KALEB R. BRITTON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY, 3M OCCUPATIONAL ) <br> SAFETY LLC, AEARO HOLDING LLC, ) <br> AEARO INTERMEDIATE LLC, AEARO ) <br> LLC, and AEARO TECHNOLOGIES ) <br> ) <br> Defendants. ) | Case No. 3:19-md-02885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the court upon the motion of Clinton E. Blanck, counsel for Plaintiff, Kaleb R. Britton, for leave to appear and participate *pro hac vice* in this above-captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

The applicant's contact information should be entered as follows:

Clinton E. Blanck, 19270-32
BLANCK LEGAL, P.C.
9245 North Meridian Street, Suite 301
Indianapolis, Indiana  46260
Office:  (317) 844-8372
Facsimile:  (317) 573-5564
E-mail:  cblanck@blancklegal.com
Attorney for Plaintiff, Kaleb R. Britton

1

2

| | |
|---|---|
| Date | M. Casey Rodgers, U.S. District Judge |

DISTRIBUTION:

Distribution will be made electronically on all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

Clinton E. Blanck
BLANCK LEGAL, P.C.
9245 North Meridian Street, Suite 301
Indianapolis, Indiana  46260