# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,

MDL No. 3:19-MD-2885

Judge Casey M. Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jaeson W. Homola of the law firm of Barrett, Nonni & Homola, LLC, hereby enters his appearance as counsel for the Plaintiffs listed below. Counsel is admitted in the State of Florida and the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Counsel has completed the administrative requirements contained within Pretrial Order No. 3 [ECF No. 4]. All further papers and pleadings in this action should be served on the undersigned.

| Plaintiff Name | Case No. |
| --- | --- |
| David Allhiser | 3:20-cv-05543-MCR-GRJ |
| Erik J. Mercado | 3:20-cv-05549-MCR-GRJ |
| George Duarte Olivas | 3:20-cv-05553-MCR-GRJ |
| Jose J. Ibarra | 3:20-cv-05558-MCR-GRJ |
| Juan L. Quiroga | 3:20-cv-05559-MCR-GRJ |
| Justin Ryan Corry | 3:20-cv-05537-MCR-GRJ |
| Luis A. Gaitan | 3:20-cv-05557-MCR-GRJ |
| Luis G. Landeros | 3:20-cv-05556-MCR-GRJ |
| Michael A. Lara | 3:20-cv-05555-MCR-GRJ |
| Shawn Smith | 3:20-cv-05554-MCR-GRJ |

Respectfully submitted this 17th day of June, 2020.

_____
JAESON W. HOMOLA (FBN: 94103)
BARRETT, NONNI & HOMOLA
Jaeson@bnhlegal.com
326 Williams Street
Tallahassee, FL 32303
Phone: 850-601-1111
Fax:    850-765-2074
Counsel for Above-Listed Plaintiffs

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was electronically filed on June 17, 2020 via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

_____
Jaeson W. Homola