# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

Pending before the Court is Defendants' Motion to Compel Against the Department of Defense, filed June 12, 2020. ECF No. 1178. The district court has referred this matter to the undersigned for further proceedings and preparation of a report and recommendation. ECF No. 1187.

Upon review, Defendants' motion does not reflect service on the Department of Defense, the non-party from which Defendants seek to compel discovery. The Court, therefore, directs Defendants to serve their motion to compel on Major Nicole Kim at the Department of Defense and Jacqui Snead at the Department of Justice. Defendants must file a certificate of service with the Court.

Additionally, the Department of Defense must file a response to Defendants' motion to compel **within fourteen (14) days of service**.[1]

**DONE AND ORDERED** this 17th day of June 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] This Order does not extend Plaintiffs' deadline to file a response to Defendants' motion, which, by operation of the Court's Local Rules, is fourteen (14) days from the date of the initial filing.  N.D. Fla. Loc. R. 7.1(E).