# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | ) Case No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones |

## CERTIFICATE OF SERVICE

I, Robert C. Brock, hereby certify that on June 12, 2020, I caused a copy of Defendants' unredacted Motion to Compel Against the Department of Defense to be submitted via email to Tevenia Jacobs, law clerk to Judge Rodgers. Jacqui Snead of the Department of Justice and Major Nicole Kim of the Department of Defense were copied on that email.

On June 13, 2020, I caused a paper copy of the foregoing to be sent via FedEx Priority Overnight to Ms. Snead and Major Kim at the following addresses:

> Major Nicole Kim
> Judge Advocate, U.S. Army
> Litigation Attorney
> U.S. Army Legal Services Agency
> 9275 Gunston Road
> Fort Belvoir, VA 22060
>
> Jacqui Coleman Snead
> Assistant Branch Director
> Federal Programs Branch
> U.S. Dep't of Justice, Civil Division
> 1100 L Street, N.W., Room 12402
> Washington, D.C. 20005

According to FedEx, the packages were delivered on the morning of June 15, 2020.  *See* Ex A; Ex. B.

Also on June 15, 2020, I caused paper copies of the exhibits to the motion to be sent via FedEx Priority Overnight to the addresses listed above.  According to FedEx, the packages were delivered on the morning of June 16, 2020.  *See* Ex. C.; Ex. D.

| | |
|---|---|
| DATED: June 18, 2020 | By: *Robert C. Brock* <br> Robert C. "Mike" Brock <br> KIRKLAND & ELLIS LLP <br> 1301 Pennsylvania Ave., N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 389-5000 <br> Email: mike.brock@kirkland.com <br><br> Mark J. Nomellini <br> KIRKLAND & ELLIS LLP <br> 300 North Lasalle <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-3254 <br> Email: mark.nomellini@kirkland.com <br><br> *Attorney for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holdings, Aearo Intermediate, LLC, and Aearo, LLC* |