# EXHIBIT A

FedEx

June 18, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 770699779890

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | M.KAREEM | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | FORT BELVOIR, VA, |
| Special Handling: | Deliver Weekday; Saturday Pickup | Delivery date: | Jun 15, 2020 10:53 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 770699779890 | Ship Date: | Jun 13, 2020 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:  
FORT BELVOIR, VA, US,

Shipper:  
LOS ANGELES, CA, US,

Reference           33690-0440

Thank you for choosing FedEx

