# **EXHIBIT B**

FedEx

June 18, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 770699790336

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | C.COVID | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | WASHINGTON, DC, |
| **Special Handling:** | Deliver Weekday; Saturday Pickup | **Delivery date:** | Jun 15, 2020 10:27 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 770699790336 | **Ship Date:** | Jun 13, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**                                                **Shipper:**

WASHINGTON, DC, US,                              LOS ANGELES, CA, US,

**Reference**                     33690-0440

Thank you for choosing FedEx

