# **<u>EXHIBIT D</u>**

June 18, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 770709584844

---

**Delivery Information:**

---

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | WASHINGTON, DC, |
| Special Handling: | Deliver Weekday | Delivery date: | Jun 16, 2020 09:57 |

---

**Shipping Information:**

---

| | | | |
|---|---|---|---|
| Tracking number: | 770709584844 | Ship Date: | Jun 15, 2020 |
| | | Weight: | 2.0 LB/0.91 KG |

Recipient:                                             Shipper:

WASHINGTON, DC, US,                        Los Angeles, CA, US,

Reference                    33690-0440-MAS-52320

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment

because a signature was not required.

Thank you for choosing FedEx

ORIGIN ID:CIBA       (310) 552-4338
MANU SALAS
KIRKLAND & ELLIS, LLP
2049 CENTURY PARK EAST
STE. 3700
LOS ANGELES, CA 90067
UNITED STATES US

SHIP DATE: 15JUN20
ACTWGT: 1.00 LB
CAD: 250609851/INET4220

BILL SENDER

TO **JACQUI COLEMAN SNEAD**

**U.S.D.O.J., CIVIL DIVISION**

**1100 L STREET, N.W., ROOM 12402**

**FEDERAL PROGRAM BRANCH**

**WASHINGTON DC 20005**

(310) 552-4338
INV:
PO:

REF: 33690-0440-MAS-52320

DEPT:





**TUE - 16 JUN 10:30A**

**PRIORITY OVERNIGHT**

TRK#
0201    **7707 0958 4844**

**XC BZSA**       DC-US

**20005**
**IAD**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.