## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

|  |  |  |
|---|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PROUCTS LIABILITY LITIGATION** | ) ) ) ) | **No. 3:19-md-02885-MCR-GRJ** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | ) ) ) ) |  |

## NOTICE OF APPEARANCE ON BEHALF OF THE DEPARTMENT OF <u>DEFENSE</u>

Please take notice of the appearance of

David M. Glass, DC Bar 544549
Senior Trial Counsel
Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C.  20530
Tel: (202) 514-4469/Fax: (202) 616-8460
Email: david.glass@usdoj.gov

as counsel for the Department of Defense.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

LAWRENCE KEEFE
United States Attorney

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C.  20530
Tel: (202) 514-4469/Fax: (202) 616-8460
E-mail: david.glass@usdoj.gov

Dated: June 23, 2020                Attorneys for the Department of Defense

## CERTIFICATE OF SERVICE

I certify that I served the within notice on all counsel of record by filing it

with the Court by means of its ECF system on June 23, 2020.

s/ *David M. Glass*