# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | ) ) | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL AGAINST THE DEPARTMENT OF DEFENSE, WITHOUT PREJUDICE

Special Master Herndon has advised Defendants to hold this motion in abeyance in order to refine the contested issues, if any. Accordingly, Defendants withdraw their motion to compel, without prejudice. To the extent the Department of Defense denies certain of Defendants' requests, or delays in responding to Defendants' requests (*i.e.*, more than one week from today), Defendants will refile this motion. This procedure will promote efficiency, as it will avoid burdening the Court with requests being resolved through compliance.

| | |
|---|---|
| DATED: June 24, 2020 | By: *Robert C. Brock* <br> Robert C. "Mike" Brock <br> KIRKLAND & ELLIS LLP <br> 1301 Pennsylvania Ave., N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 389-5000 <br> Email: mike.brock@kirkland.com <br><br> Mark J. Nomellini <br> KIRKLAND & ELLIS LLP <br> 300 North Lasalle <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-3254 <br> Email: mark.nomellini@kirkland.com <br><br> *Attorney for Defendants 3M Company, 3M Occupational Safety, LL, Aearo Technologies, LLC, Aearo Holdings, Aearo Intermediate, LLC, and Aearo, LLC* |

2

## **CERTIFICATE OF SERVICE**

I, Robert C. Brock, hereby certify that on June 24, 2020, I caused a copy of Defendants' Withdrawal of Motion to Compel Against The Department of Defense, Without Prejudice to be filed through the Court's CM/ECF system, which will serve all counsel of record.

Also, on June 24, 2020, I caused an electronic copy of the foregoing to be sent via email and a paper copy to be sent via FedEx Priority Overnight to Ms. Snead and Major Kim at the following addresses:

Major Nicole Kim
Judge Advocate, U.S. Army
Litigation Attorney
U.S. Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, VA 22060
Email: nicole.m.kim2.mil@mail.mil

Jacqui Coleman Snead
Assistant Branch Director
Federal Programs Branch
U.S. Dep't of Justice, Civil Division
1100 L Street, N.W., Room 12402
Washington, D.C. 20005
Email: jacqueline.snead@usdoj.gov

DATED: June 24, 2020                    By: *Robert C. Brock*
                                        Robert C. "Mike" Brock
                                        KIRKLAND & ELLIS LLP
                                        1301 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20004
                                        Telephone: (202) 389-5000
                                        Email: mike.brock@kirkland.com

                                        Mark J. Nomellini
                                        KIRKLAND & ELLIS LLP
                                        300 North Lasalle
                                        Chicago, Illinois 60654
                                        Telephone: (312) 862-3254
                                        Email: mark.nomellini@kirkland.com

                                        *Attorney for Defendants 3M Company, 3M Occupational Safety, LL, Aearo Technologies, LLC, Aearo Holdings, Aearo Intermediate, LLC, and Aearo, LLC*