# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATIONS | MDL No. 2885 |
| THIS DOCUMENT RELATES TO ALL CASES | Master File No. 3:19-md-2885 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan Cobb of Bolen, Parker, Brenner, Lee, & Miller LTD, hereby notices his appearance as counsel for Plaintiffs Brandon Holloway (2:20-cv-00645) and Michael Green (2:20-cv-00645). Both of which have been transferred to this District Court from the Western District of Louisiana. The undersigned has completed the administrative requirements outlined in the Pretrial Order No.3 (Tutorial Confirmation #**FLND15930250213488**). All further papers and pleadings in this action should be served on the undersigned.

Dated: June 25, 2020

By: _____
Jonathan A. Cobb #38163
709 Versailles Blvd.
P. O. Box 11590
Alexandria, LA 71315-1590
Phone: (318) 445-8236
Email: jcobb@bolenlaw.com
ATTORNEY FOR PLAINTIFFS
BRANDON HOLLOWAY AND
MICHAEL GREEN