## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local rules of the United States District Court for the Northern District of Florida, I certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system.

Dated: June 25, 2020

JONATHAN A. COBB