UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : | Case No.: 3:19-md-2885 |
| | : | Judge M. Casey Rodgers |
| This Document Relates to All Cases | : | Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Richard W. Schulte, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Ohio and regularly practices law in the State of Ohio.

2. Movant is admitted to practice and is a member in a good standing of the Bar of the State of Ohio. A true and correct copy of a Certificate of Good Standing from the State of Ohio dated within thirty (30) days of this motion is attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Attorney Admission Tutorial and exam, confirm #FLND1490219215261, and the online CM/ECF Tutorial.

4. Movant will submit to the Clerk the required Two Hundred One ($201.00) Dollar *pro hac vice* admission fee.

5. Movant's PACER account was updated prior to filing this motion.

6. Movant is the attorney of record in the related case, Civil Case No. 3:20-cv-

05563-MCR-GRJ; entitled *David Springer, et al v. 3M Company et al*, filed on June 16, 2020.

**WHEREFORE,** Richard W. Schulte respectfully requests that this Court enter an Order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide Notice of Electronic Case Filing to the undersigned.

Dated: June 25, 2020.

/s/ *Richard W. Schulte*
Richard W. Schulte
OH Bar No.: 0066031
WRIGHT & SCHULTE, LLC
865 S. Dixie Dr.,
Vandalia, Ohio 45377
P: (937) 435-7500
F: (937) 435-7511
rschulte@yourlegalhelp.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion to Appear Pro Hac Vice was filed electronically with the Clerk of the Court using the CM/ECF System on June 25, 2020, and served electronically on all counsel of record.

*/s/ Richard W. Schulte*
Richard W. Schulte
