# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**          Date:  June 26, 2020
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

---

**DOCKET ENTRY: Thirteenth Case Management Conference**

Attendance of counsel in person, by video and by telephone.  U.S. Magistrate Judge Gary Jones present by video. Special Master Judge David Herndon present.  Order to follow memorializing the Case Management Conference.

---

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs and Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | United States Magistrate Judge | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock, Brian Barr, Shelley Hutson, Jennifer Hoekstra, and additional counsel by phone

**Lead Counsel for Defendants:**   Mike Brock, Haley VanFleteran, and additional counsel by phone
**3M Co. and Aearo**

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:40 am

9:47 am      Court in Session - Introduction of Counsel
             Court addresses the following agenda matters:
- Plaintiff Burgess in Trial Group B
- Deadlines in Bellwether cases and schedule for trial groups
- Production of Documents/Records
- Answers to Interrogatories, Omnibus motion to compel forthcoming
- Choice of law issues
- Court withdrew Motion to Compel without prejudice
- Substance abuse / List of medications
- Court discusses scheduling a Science/Medication Day w/leading consultants
- TAR, Touhy Depositions, Discovery
- Future Case Management Conferences shall begin at 10:00 am
- Next CMC is set for July 29th w/8:30 am pre-conference and in courtroom CMC at 10:00 am
- Order to follow with deadlines

11:20 am     Court in Recess