**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Megan T. Arvola (f/k/a/ Megan T. Myers) of The Gori Law Firm, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant resides in Illinois and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bars of Oklahoma, Missouri, and Illinois, where Movant resides and/or regularly practices. A copy of the certificates of good standing from Oklahoma, Missouri, and Illinois dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, tutorial confirmation number FLND15555325311994, and the CM/ECF online tutorial.

1. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

2. Movant has upgraded her PACER account to "NextGen."

3. Movant is an attorney of record in the following active docket cases: *Ryan Schatz v. 3M Company, et al.,* 3:19-cv-00592-MCR-GRJ and *Timothy Barker v. 3M Company, et al.,* 3:19-cv-00851-MCR-GRJ.

WHEREFORE, Megan T. Arvola respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 30th day of June, 2020.

                              THE GORI LAW FIRM

                              */s/ Megan T. Arvola*
                              Megan T. Arvola
                              Illinois Bar No. 6309754
                              156 N. Main Street
                              Edwardsville, IL 62025
                              (618) 659-9833 - Telephone
                              (618) 659-9834 – Facsimile
                              marvola@gorilaw.com

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 30th day of June, 2020.

          */s/ Megan T. Arvola*
          Megan T. Arvola
          Illinois Bar No. 6309754
          156 N. Main Street
          Edwardsville, IL 62025
          (618) 659-9833 - Telephone
          (618) 659-9834 – Facsimile
          marvola@gorilaw.com