# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Megan Tomlinson Arvola

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/01/2012 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 18th day of June, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Megan T. Myers, of Edwardsville, Illinois, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on September 22nd, 2011, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 23rd day of June, 2020.

JOHN D. HADDEN, CLERK
SUPREME COURT OF OKLAHOMA

S-E-A-L

By: *[signature]*

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 4/17/2013,

## Megan Tomlinson Arvola

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 18th day of June, 2020.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri