**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates To All Actions )<br>) | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER EXPEDITING THE AUTHORIZATION AND**
**RELEASE OF PROTECTED INFORMATION**
**<u>RELATING TO INDIVIDUAL PLAINTIFFS</u>**

Recognizing the need for an Order expediting the collection of certain medical, employment, and academic records for which authorizations have been provided by Plaintiffs in the above-captioned multidistrict litigation, and consistent with this Court's Order of March 26, 2020, third parties have a duty to accept the authorizations signed by a Plaintiff or a Plaintiff's personal representative as valid to authorize the release of all records described therein, including certain medical, employment, and academic records. *See* Dkt. 1065. Third parties may not impose any other requirements for the release of records including, but not limited to, facility-specific (or different) forms, original signatures, a waiting period for the production of records, or conditioning the release of requested records on the payment of unreasonable "processing" or "handling" fees.

IT IS HEREBY ORDERED as follows:

All records described in the authorizations approved by this Court in its March

1

26 Order, Dkt. 1065, and executed by a Plaintiff or a Plaintiff's representative, must be produced to the authorized party within fourteen (14) days of receipt of this Order and a subpoena for such records under Fed. R. Civ. P. 45.  In the event that the records holder does not have any responsive records, it must provide a certification that no responsive records exist within the fourteen (14) day time period.  Defendants shall provide Plaintiffs with bates-numbered copies of any records obtained with this Order within fourteen (14) days of receipt of such records.

    **SO ORDERED,** on this 30th day of June, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**