# EXHIBIT F



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
LITIGATION DIVISION
9275 GUNSTON ROAD
FORT BELVOIR, VA  22060-5546

June 26, 2020

SUBJECT:  Response to various *Touhy* Requests Dated November 11, 2019, December 2, 2019, March 17, 2020 and June 3, 2020 in the case of *In Re.: 3M Combat Arms Earplug Products Liability Litigation,* Civil Action File No.: 3:19-md-02885, United States District Court for the Northern District of Florida

Mark J. Nomellini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60054
(Via Email)

Dear Mr. Nomellini,

    This letter is a follow up to my email dated June 4, 2020 and is in further response to your Touhy letters submitted on December 2, 2019, March 17, 2020, and June 3, 2020.  The December 2, 2019 Touhy letter is a follow up request from your October 25, 2019 letter requesting to interview and depose 30 witnesses.  The March 17, 2020 and June 3, 2020 letters are additional Touhy requests for documents related to the above captioned case.  This disclosure is made pursuant to Department of Defense Directive (DoDD) 5405.2.  This letter serves as an update to the Agency's progress and is not a final agency decision.

    As you know, DoD has made final determinations for the following witnesses and previously communicated those determinations: LTC John Merkley, COL (Ret.) Kathy Gates, Dr. Lorraine Babeu, COL Marty Robinette, Albert Gatica, Brian Hobbs, and.  *See* Letter to Nomellini (Jan. 29, 2020), Letter to Nomellini (Mar. 5, 2020), Letter to Nomellini (May 19, 2020), Letter to Nomellini (June 23, 2020).  The agency is in the process of preparing response to the interrogatories that you submitted May 7, 2020, for Mr. Gatica.

    The DoD has also reached final determinations regarding your requests for COL (Ret.) David Chandler and Dr. Doug Brungart, which will be address in forthcoming letters.

    At this time the agency is not in a position to provide a final determination with regard to any of the following witnesses:

1. Mary Binseel. We have reached out to this witness but have been unable to speak with her regarding this matter. No determination has been made as to whether we can approve or deny this witness.

2. Dr. Mark Little. The agency previously orally denied your request to depose Dr. Mark Little because he lacked knowledge regarding the subjects identified in your request. Dr. Little did not conduct any studies or testing and his communications with AERO did not lead to any testing. Additionally, there is a possibility that any relevant information Dr. Little possesses is owned by NIOSH and not DoD. On January 29, 2020 you supplemented your request to depose Dr. Little via email. At this time the agency has not determined whether the supplemental information you provided warrants revisiting our earlier denial of his deposition.

3. Dr. G. Richard Price. The agency requested and was provided additional contact information for this witness on January 29, 2020. Since then the agency has been unable to get in touch with this witness. As such no final agency decision has been made.

4. LTC (Ret.) Theresa Schulz. We have spoken with LTC Schulz, currently a DoD employee, and are determining whether to allow a deposition of this witness. LTC Schulz has indicated, however, that she has limited knowledge related to the subjects identified your December 2, 2019 Supplemental Touhy request. At this time the agency has not made a final agency decision on whether to allow this witness to be deposed.

5. LTC (Ret.) Mark Stevens. The DoD has approved this witness but as indicated in my email dated May 20, 2020. LTC(Ret.) Stevens is unwilling to appear voluntarily for his deposition. Because LTC (Ret.) Stevens is no longer a DoD employee, the DoD cannot force him to attend a deposition.

6. COL (Ret.) Nancy Vause. Although COL (Ret.) Vause is currently a DoD employee, the agency has been unable to speak with her regarding the Touhy request. A final agency decision has not been made because we have been unable to determine if she possesses the relevant knowledge related to your Touhy request.

The following witnesses were deprioritized by your letter of December 2, 2019: Kristi Casto, Kara Cave, Leanne Cleveland, James Hamil, Belva Hoffman, Maj. Dean Hudson, Joel Kalb, John King, Thomasz Letowski, Wayne Loyborg, Richard McKinley, Julie Parisi, Angelique Scharine, Bettye Simmons, and Rachel Weatherless. As such, the agency with your implicit consent has not expended many resources trying to locate these witnesses so that the agency could work on your other Touhy requests, including ones submitted earlier this year, that you advised were priorities. Accordingly, the DoD has not reached a final agency decision as to whether to approve any of the deprioritized witnesses for deposition.

If you have decided that you no longer need any of these requested depositions, please let me know.  Otherwise, please provide additional contact information for the following witnesses: Kristi Casto, Leanne Cleveland, James Hamil, Belva Hoffman, Joel Kalb, Thomasz Letowski, and Julie Parisi.  We will continue processing your request and providing Touhy response letters.

Finally, in your July 26, 2019 Touhy request, paragraph I(6) you asked the agency for studies or policies relating to the prevention of service member's exposure to a list of ototoxins.  We previously have advised that we were unable to locate this information and believed this information did not exist.  By letter dated March 27, 2020, you submitted a subsequent request for documents related to an annual military audiology association short course, documents identified in Army pamphlet 40-501 regarding service member noise exposure, and documents identified in Army pamphlet 40-501 regarding service member complaints related to the CAEv2.  The agency has not started processing that request as we are trying to complete processing on your earlier requests; therefore, no final determination has been made as to whether or not this information exists and whether it would be unduly burdensome for the agency to obtain this information.

By letter dated June 3, 2020 you submitted a request to identify individuals who served as Hearing Conservation Program Managers and Industrial Hygiene Program Managers for 33 various installations and for various dates.  By email dated June 17, 2020 you requested a prioritization of 12 installation for various dates.  The agency has started processing this request; however, no final determination has been made as to whether this information is available or whether it would be unduly burdensome for the agency to obtain this information.

If you have any questions, the point of contact for this matter is the undersigned at nicole.m.kim2.mil@mail.mil or (703) 693-1092.

Sincerely,


Nicole M. Kim
Major, U.S. Army
Litigation Attorney