# EXHIBIT N

**From:** Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil>
**Sent:** Wednesday, May 20, 2020 2:39 PM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>
**Subject:** RE: [Non-DoD Source] RE: 3M CAE Litigation


Nick-

I'm referring to the portions of those paragraphs that use words like "operating particular weapons systems" or "specific weapons". For those paragraphs that include those words, are the requests being narrowed to just the weapons you listed in your email?

V/r

Major Collin P. Evans
Litigation Attorney
General Litigation Branch
U.S. Army Legal Services Agency
9275 Gunston Road
Ft. Belvoir, VA 22060
Office: 703-693-0352
Mobile: 571-234-3843
Email: Collin.p.evans2.mil@mail.mil

**From:** Wasdin, Nick <nick.wasdin@kirkland.com>
**Sent:** Wednesday, May 20, 2020 11:52 AM
**To:** Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>
**Subject:** RE: [Non-DoD Source] RE: 3M CAE Litigation

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

I did not understand that providing this information would narrow our requests.  We are still seeking other documents/data regarding the amount of noise service members are exposed to in particular specialties or situations.

For example, it was our understanding that, per 40-501, the Industrial Hygiene Program Manager at every Army installation was required to, among other things, (i) survey all known and suspected noise-hazardous areas and equipment and ototoxic exposures, (ii) maintain a current inventory of all noise-hazardous areas, (iii) compile the names

1

equipment and ototoxic exposures, (ii) maintain a current inventory of all noise-hazardous areas, (iii) compile the names and social security numbers of noise-exposed and ototoxic-exposed personnel and the magnitude of their noise exposure, and (iv) track noise exposure violations for inclusion on a violation inventory log.  (DA PAM 40-501 at 1-4.)  Similarly, 40-501 requires Hearing Conservation Officers to, among other things, (i) notify noise-exposed and ototoxic-exposed personnel under their supervision of their exposures, and (ii) ensure that noise-exposed and ototoxic-exposed personnel wear noise and ototoxic chemical dosimeters when requested.  (Id.)

If those or other data/documents regarding noise exposures exist, we are still requesting them.  That said, I understood from our last call that you had looked into those types of records and determined that they do not exist, and that the only noise-exposure type records that do exist are the health hazard assessments, but let me know if that's incorrect.

Thanks again,

Nick

**Nicholas F. Wasdin**
_____
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254 **F** +1 312 862 2000
_____

nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com >

**From:** Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil>
**Sent:** Wednesday, May 20, 2020 9:17 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>
**Subject:** RE: [Non-DoD Source] RE: 3M CAE Litigation

Thanks Nick. I will send these to the HHA folks to see if they can pull this information.  Am I correct that this narrows paragraphs (I)(1) and (I)(2) of your July 26, 2019 request, and (b)(1) and (b)(2) of your December 2, 2019 request?

Major Collin P. Evans
Litigation Attorney
General Litigation Branch
U.S. Army Legal Services Agency
9275 Gunston Road
Ft. Belvoir, VA 22060
Office: 703-693-0352
Mobile: 571-234-3843
Email: Collin.p.evans2.mil@mail.mil < Caution-mailto:Collin.p.evans2.mil@mail.mil >

**From:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com > >
**Sent:** Wednesday, May 20, 2020 9:34 AM
**To:** Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-mailto:collin.p.evans2.mil@mail.mil > >; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-mailto:nicole.m.kim2.mil@mail.mil > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-mailto:mnomellini@kirkland.com > >
**Subject:** RE: [Non-DoD Source] RE: 3M CAE Litigation

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Thanks, Collin.

Separately, our last call, you asked us to pass along a list of weapons used by the bellwether plaintiffs to help prioritize production of the health hazard assessments associated therewith.  That list is below.  I apologize in advance that some of these are generic (e.g., "grenades"); it's the best list we could compile based on the information provided by the plaintiffs to date.

Thanks as always,

Nick

- .50 Cal Machine Gun
- 120 MM Cannon
- 25 MM
- 50 Cal
- 60 MM
- 81 MM
- AT4
- Beretta M9
- Browning M2
- Carl Gustove Rocket Launcher
- Claymore M18
- Firing pistols
- Grenades
- Javalin Rocket Launcher
- Law Rocket Launcher
- M1 A2
- M109 Howitzer
- M119 Howitzer
- M14
- M16
- M16 A2
- M16 A4
- M16/203
- M19
- M2
- M2 40B
- M2 50 CAL
- M-203
- M223
- M240
- M243
- M249
- M256
- M29
- M320

3

- M4
- M4 A2
- M4 Carbine
- M9
- MK19
- Shotgun
- Smaw-D Rocket Launcher
- Striker tank, 60 mm and 120 mm mortars
- Tank Artillery

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254 **F** +1 312 862 2000

nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com > < Caution-Caution-mailto:nick.wasdin@kirkland.com >

**From:** Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-mailto:collin.p.evans2.mil@mail.mil > >
**Sent:** Wednesday, May 20, 2020 8:17 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com > >; Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-mailto:nicole.m.kim2.mil@mail.mil > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-mailto:mnomellini@kirkland.com > >
**Subject:** RE: [Non-DoD Source] RE: 3M CAE Litigation

Nick-

Yes, I can provide you the letter by COB Friday.

V/r

Major Collin P. Evans
Litigation Attorney
General Litigation Branch
U.S. Army Legal Services Agency
9275 Gunston Road
Ft. Belvoir, VA 22060
Office: 703-693-0352
Mobile: 571-234-3843
Email: Collin.p.evans2.mil@mail.mil < Caution-mailto:Collin.p.evans2.mil@mail.mil > < Caution-Caution-mailto:Collin.p.evans2.mil@mail.mil >

**From:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-Caution-mailto:nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-mailto:nick.wasdin@kirkland.com > > >
**Sent:** Tuesday, May 19, 2020 5:52 PM
**To:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov > > >; Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-

4

mailto:nicole.m.kim2.mil@mail.mil > > >

**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-mailto:mnomellini@kirkland.com < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-mailto:mnomellini@kirkland.com > > >

**Subject:** [Non-DoD Source] RE: 3M CAE Litigation

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Thanks, Jacqui. Given our timing concerns, is the government able to provide the letters by the end of the week?

Best,

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254 **F** +1 312 862 2000

nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com > < Caution-Caution-mailto:nick.wasdin@kirkland.com > < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com >

**From:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov > > >
**Sent:** Tuesday, May 19, 2020 4:49 PM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-Caution-mailto:nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-mailto:nick.wasdin@kirkland.com > > >; Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil > > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-mailto:mnomellini@kirkland.com < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-mailto:mnomellini@kirkland.com > > >
**Subject:** RE: 3M CAE Litigation

Hi Nick:

We are working on letters and would prefer that they serve as the government's response to your request for an update. As for your prospective expert witness, he/she may want to contact the Office of Government Ethics or OGC of the former agency employer to discuss the engagement and find out what statutory constraints are applicable.

Thanks.

Jacqui

---

**From:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com < Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-

mailto:nick.wasdin@kirkland.com  %3c Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  > > > >
**Sent:** Tuesday, May 19, 2020 1:19 PM
**To:** Snead, Jacqueline Coleman (CIV) <jsnead@CIV.USDOJ.GOV < Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV  < Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV   < Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV  %3c Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV   > > > >; Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   > > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil   < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  %3c Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil   > > > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com   < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  %3c Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com   > > > >
**Subject:** RE: 3M CAE Litigation

Jacqui,

Following up on the below, is there a time this week that would work for a call?

Best,

Nick

**Nicholas F. Wasdin**

―――――――――――――――――――
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000
―――――――――――――――――――
nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com >

**From:** Wasdin, Nick
**Sent:** Thursday, May 14, 2020 8:04 AM
**To:** 'Snead, Jacqueline Coleman (CIV)' <Jacqueline.Snead@usdoj.gov < Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov   < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov   > > > >; Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   > > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-

mailto:nicole.m.kim2.mil@mail.mil  < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  %3c Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  > > > >

**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  %3c Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  > > > >

**Subject:** RE: 3M CAE Litigation

Thanks, Jacqui.

We have a number of deadlines in the litigation coming up over the next few weeks, and it would be very helpful to get a preview of the documents and depositions that will be coming.  It would also be helpful for us to further discuss with you the statutory constraints that might be implicated by former government experts.  And so if you have any time over the next few days, we think a call could still be beneficial.

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254 **F** +1 312 862 2000

nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com > 

**From:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  > > > >
**Sent:** Thursday, May 14, 2020 6:17 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  < Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  %3c Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  > > > >; Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  > > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  %3c Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  > > > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  %3c Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  > > > >
**Subject:** RE: 3M CAE Litigation

Good morning:

We have decided to prepare written supplemental Touhy responses to the open Touhy requests this month that should obviate the need for the telephone update that you have requested. As for your former government employee expert, if he or she intends to use official information then authorization of the agency is required, and you would need to submit a request to the agency. There are also statutory constraints on former government employee experts that might be implicated.

Thanks.

Jacqui

**From:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  < Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com   < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  %3c Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com   > > > >
**Sent:** Wednesday, May 13, 2020 6:49 PM
**To:** Snead, Jacqueline Coleman (CIV) <jsnead@CIV.USDOJ.GOV < Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV  < Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV   < Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV  %3c Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV   > > > >; Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   > > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil   < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  %3c Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil   > > > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com   < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  %3c Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com   > > > >
**Subject:** RE: 3M CAE Litigation

Thanks, Jacqui.

Mark and I are available (all time Eastern)
- Thursday: before 10:30, or 1-4:30
- Friday: any time other than 12-3.

Nick

**Nicholas F. Wasdin**
―――――――――――――――――
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000
―――――――――――――――――
nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com >

**From:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov   < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov   > > > >
**Sent:** Wednesday, May 13, 2020 11:41 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  < Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com   < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  %3c Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com   > > > >;
Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   > > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil   < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  %3c Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil   > > > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com   < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  %3c Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com   > > > >
**Subject:** RE: 3M CAE Litigation

Hi Nick:

Yes, your understanding is correct.  Sorry for the confusion I created.

Thanks.

Jacqui

**From:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  < Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com   < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  %3c Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com   > > > >
**Sent:** Wednesday, May 13, 2020 12:24 PM
**To:** Snead, Jacqueline Coleman (CIV) <jsnead@CIV.USDOJ.GOV < Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV  < Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV   < Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV  %3c Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV   > > > >; Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   > > > >;
Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil   < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-

mailto:nicole.m.kim2.mil@mail.mil  %3c Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  > > > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-mailto:mnomellini@kirkland.com  %3c Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  > > > >
**Subject:** RE: 3M CAE Litigation

Thanks. I saw Major Kim's separate email proposing 3:30 this afternoon, but I believe Jacqui's email below means we are not moving forward at that time.  Let me know if that's wrong.  Otherwise we will schedule the call at a time that works for everyone.

**Nicholas F. Wasdin**

---

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254 **F** +1 312 862 2000

---

nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com >

**From:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  < Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  < Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  %3c Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov %3c Caution-Caution-Caution-mailto:Jacqueline.Snead@usdoj.gov  > > > >
**Sent:** Wednesday, May 13, 2020 11:18 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  < Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  %3c Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  > > > >;
Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  > > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  %3c Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  > > > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  %3c Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  > > > >
**Subject:** RE: 3M CAE Litigation

Good afternoon Nick:

I am not available this afternoon.  We'll get back to you under separate cover.

Thanks.

Jacqui

**From:** Wasdin, Nick <nick.wasdin@kirkland.com < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  < Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com   < Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com  %3c Caution-Caution-mailto:nick.wasdin@kirkland.com %3c Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com   > > > >
**Sent:** Tuesday, May 12, 2020 1:39 PM
**To:** Evans, Collin P MAJ USARMY HQDA OTJAG (USA) <collin.p.evans2.mil@mail.mil < Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  < Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   < Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil  %3c Caution-Caution-mailto:collin.p.evans2.mil@mail.mil %3c Caution-Caution-Caution-mailto:collin.p.evans2.mil@mail.mil   > > > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  < Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil   < Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil  %3c Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil %3c Caution-Caution-Caution-mailto:nicole.m.kim2.mil@mail.mil   > > > >; Snead, Jacqueline Coleman (CIV) <jsnead@CIV.USDOJ.GOV < Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV  < Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV   < Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV  %3c Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV %3c Caution-Caution-Caution-mailto:jsnead@CIV.USDOJ.GOV   > > > >
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com < Caution-Caution-Caution-mailto:mnomellini@kirkland.com  < Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com   < Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com  %3c Caution-Caution-mailto:mnomellini@kirkland.com %3c Caution-Caution-Caution-mailto:mnomellini@kirkland.com   > > > >
**Subject:** 3M CAE Litigation

All,

Do folks have time for a call sometime this week?  In addition to getting any updates on the items we discussed last week, we'd like to discuss the government's views on defendants retaining former government employees as experts in the litigation.

Nick

### Nicholas F. Wasdin

―――――――――――――――――――――
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254 **F** +1 312 862 2000
―――――――――――――――――――――
nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-mailto:nick.wasdin@kirkland.com >  < Caution-Caution-Caution-mailto:nick.wasdin@kirkland.com >

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or byemailtopostmaster@kirkland.com < Caution-mailto:emailtopostmaster@kirkland.com >  < Caution-Caution-mailto:topostmaster@kirkland.com >  < Caution-Caution-Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or byemailtopostmaster@kirkland.com < Caution-mailto:emailtopostmaster@kirkland.com >  < Caution-Caution-mailto:topostmaster@kirkland.com >  < Caution-Caution-Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or byemailtopostmaster@kirkland.com < Caution-mailto:emailtopostmaster@kirkland.com >  < Caution-Caution-mailto:topostmaster@kirkland.com >  < Caution-Caution-Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or byemailtopostmaster@kirkland.com < Caution-mailto:emailtopostmaster@kirkland.com >  < Caution-Caution-mailto:topostmaster@kirkland.com >  < Caution-Caution-Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or byemailtopostmaster@kirkland.com < Caution-mailto:emailtopostmaster@kirkland.com >  < Caution-Caution-mailto:topostmaster@kirkland.com >  < Caution-Caution-Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by emailtopostmaster@kirkland.com < Caution-mailto:topostmaster@kirkland.com >  < Caution-Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email topostmaster@kirkland.com < Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.