# EXHIBIT O

**Army Regulation 385–10**

**Safety**

# The Army Safety Program

**Headquarters**
**Department of the Army**
**Washington, DC**
**24 February 2017**

# UNCLASSIFIED

# *SUMMARY of CHANGE*

AR 385–10
The Army Safety Program

This expedite revision, dated 24 February 2017—

o   Implements Army Directive 2016–24, Department of Defense Biological Select Agent and Toxins Biosafety Program (paras 1–4*a*(4), 1–4*n*(18), 1–4*p*(5), 20–2*d*, 20–12*d*, and 20–13).

**Headquarters**
**Department of the Army**
**Washington, DC**
**24 February 2017**

**\*Army Regulation 385–10**

**Effective 24 March 2017**

**Safety**

# The Army Safety Program

By Order of the Secretary of the Army:

**MARK A. MILLEY**
*General, United States Army*
*Chief of Staff*

Official:

**GERALD B. O'KEEFE**
*Administrative Assistant to the*
*Secretary of the Army*

**History.** This publication is an expedite revision. The portions affected by this expedite revision are listed in the summary of change.

**Summary.** This regulation implements requirements of the Occupational Safety and Health Act of 1970 as implemented in Executive Order 12196; Title 29, Code of Federal Regulation 1960; and Department of Defense Instructions 6055.1, 6055.04, and 6055.07. It provides new policy on Army safety management procedures with special emphasis on responsibilities and organizational concepts.

**Applicability.** a. This regulation applies to the Active Army, the Army National Guard/Army National Guard of the United States, and the U.S. Army Reserve, unless otherwise stated. It also applies to Department of the Army Civilian employees and the U.S. Army Corps of Engineers and Civil Works activities and tenants and volunteers in accordance with Section 1588, Title 10, United States Code and AR 608–1. During mobilization or national emergency, this regulation remains in effect without change.

b. Paragraphs 3–28*b*, 3–29*b*, and 3–30*h*(3) of this regulation are punitive. A violation of any of these paragraphs is separately punishable as a violation of a lawful general regulation under Article 92, Uniform Code of Military Justice. Penalties for violating any of these paragraphs include the full range of statutory and regulatory sanctions, both criminal and administrative.

**Proponent and exception authority.** The proponent of this regulation is the Director of Army Staff. The proponent has the authority to approve exceptions or waivers to this regulation that are consistent with controlling law and regulations. The proponent may delegate this approval authority, in writing, to a division chief within the proponent agency or its direct reporting unit or field operating agency, in the grade of colonel or the civilian equivalent. Activities may request a waiver to this regulation by providing justification that includes a full analysis of the expected benefits and must include a formal review by the activity's senior legal officer. All waiver requests will be endorsed by the commander or senior leader of the requesting activity and forwarded through their higher headquarters to the policy proponent. Refer to AR 25–30 for specific guidance.

**Army internal control process.** This regulation contains internal control provisions in accordance with AR 11–2 and identifies key internal controls that must be evaluated (see appendix D).

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from Director of Army Safety, Office of the Chief of Staff,

Army (DACS–SF), 9351 Hall Road, Building 1456, Fort Belvoir, VA 22060–5527.

**Suggested improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Director of Army Safety, Office of the Chief of Staff, Army (DACS–SF), 9351 Hall Road, Building 1456, Fort Belvoir, VA 22060–5527.

**Committee management.** AR 15–1 requires the proponent to justify establishing/continuing committee(s), coordinate draft publications, and coordinate changes in committee status with the U.S. Army Resources and Programs Agency, Department of the Army Committee Management Office (AARP–ZA), 9301 Chapek Road, Building 1458, Fort Belvoir, VA 22060–5527. Further, if it is determined that an established "group" identified within this regulation, later takes on the characteristics of a committee, as found in the AR 15–1, then the proponent will follow all AR 15–1 requirements for establishing and continuing the group as a committee.

**Distribution.** This publication is available in electronic media only and intended for command levels A, B, C, D, and E for the Active Army, the Army National Guard/Army National Guard of the United States, and the U.S. Army Reserve.

**Contents** (Listed by paragraph and page number)

---

\*This regulation supersedes AR 385-10, dated 27 November 2013.

AR 385–10 • 24 February 2017

i

**UNCLASSIFIED**

**Contents—Continued**

**Part One**
**Army Safety Program Management Functions,** *page 1*

**Chapter 1**
**Army Safety Program,** *page 1*

*Section I*
*Introduction, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*

*Section II*
*Responsibilities, page 1*
Specific Army Safety Program responsibilities • 1–4, *page 1*
General Army Safety Program responsibilities • 1–5, *page 15*
Policy and procedures • 1–6, *page 16*
Safety advancement • 1–7, *page 17*
Supporting Department of the Army pamphlets • 1–8, *page 17*
Conflict resolution • 1–9, *page 17*
Obligation for coordination and collaboration • 1–10, *page 17*

**Chapter 2**
**Strategic Planning, Army Safety Program Structure, Safety Program Evaluation, Councils, and
    Committees,** *page 18*

*Section I*
*Strategic Goals and Strategic Planning, page 18*
Safety program planning • 2–1, *page 18*
Prioritization • 2–2, *page 18*

*Section II*
*Army Safety Management System, page 18*
Introduction • 2–3, *page 18*
Safety organization's functions • 2–4, *page 19*
Safety office organizational structure • 2–5, *page 19*
Army safety and occupational health program structure • 2–6, *page 20*
Safety and occupational health career field • 2–7, *page 20*

*Section III*
*Safety Program Evaluation, page 22*
Performance indicators • 2–8, *page 22*
Metrics • 2–9, *page 22*
Program audit and evaluation • 2–10, *page 22*
Occupational Safety and Health Administration inspections • 2–11, *page 23*

*Section IV*
*Safety Committees and Councils, page 23*
Department of the Army safety planning • 2–12, *page 23*
Joint councils • 2–13, *page 23*
Army Safety Coordinating Panel • 2–14, *page 23*
Army safety action team • 2–15, *page 23*
Department of the Army Safety and Occupational Health Advisory Council • 2–16, *page 23*
Career Program-12 Career Planning Board • 2–17, *page 24*
The Department of the Army Biological Safety and Health Council • 2–18, *page 24*
The Department of the Army Chemical Agent Safety Council • 2–19, *page 24*
The Department of the Army Explosives Safety Council • 2–20, *page 24*

Contents—Continued

The Department of the Army System Safety Council • 2–21, *page 25*
Department of the Army Radiation Safety Council • 2–22, *page 25*
Safety and Occupational Health Advisory Council • 2–23, *page 25*
Soldier and Department of the Army Civilian Employee Safety Committee • 2–24, *page 26*
Army Industrial and Construction Safety Standards Council • 2–25, *page 26*
Safety conferences • 2–26, *page 26*

**Chapter 3**
**Accident Investigation and Reporting,** *page 26*
Introduction • 3–1, *page 26*
Policy • 3–2, *page 26*
Army accident • 3–3, *page 27*
Accident and incident classes • 3–4, *page 27*
What to report • 3–5, *page 27*
Types of accidents • 3–6, *page 28*
Nonreportable events • 3–7, *page 28*
Initial notification and reporting of Army accidents • 3–8, *page 29*
Accountability for Army accidents • 3–9, *page 31*
Categories of accident investigation reports • 3–10, *page 32*
Privileged information • 3–11, *page 33*
Actions when criminal activity is determined • 3–12, *page 33*
Accident investigation board appointing authority • 3–13, *page 34*
Types of safety accident investigation boards • 3–14, *page 34*
Accident investigation boards • 3–15, *page 35*
Board composition • 3–16, *page 36*
Support of Army safety accident investigations • 3–17, *page 37*
Review of accident investigation reports • 3–18, *page 37*
Processing accident reports • 3–19, *page 38*
Reports prepared by the U.S. Army Combat Readiness Center/Safety Center • 3–20, *page 38*
Changes to accident reports and request for extension of submission time limits • 3–21, *page 38*
Headquarters, Department of the Army accident report evaluation, review, and action • 3–22, *page 38*
Maintaining accident records • 3–23, *page 39*
Deviations • 3–24, *page 39*
Scene preservation • 3–25, *page 39*
Accident scene investigation • 3–26, *page 40*
Access to information from other investigations • 3–27, *page 40*
Access to information collected by accident investigation boards • 3–28, *page 40*
Accident information • 3–29, *page 40*
Release of information from safety accident investigation reports • 3–30, *page 41*
Access to privileged safety information by Department of Defense contractors • 3–31, *page 42*
Special reporting requirements • 3–32, *page 42*
Costing • 3–33, *page 42*
Injury and accident rates • 3–34, *page 42*

**Chapter 4**
**Contracting Safety,** *page 43*
Introduction • 4–1, *page 43*
Policy • 4–2, *page 43*
Army oversight and inspections of contractor operations • 4–3, *page 44*
Additional references to contract safety and health requirements • 4–4, *page 45*

**Chapter 5**
**Explosives Safety Management,** *page 45*
Introduction • 5–1, *page 45*
Policy • 5–2, *page 45*
Explosives Safety Management Program • 5–3, *page 46*

**Contents—Continued**

Explosives Safety Management Program leadership and support responsibilities • 5–4, *page 46*
Deviation from standards • 5–5, *page 47*
Explosives safety site plans • 5–6, *page 47*
Explosives licensing policy • 5–7, *page 48*
Ammunition and explosives safety surveys • 5–8, *page 48*
Explosives safety assistance visits • 5–9, *page 48*
Explosives safety training • 5–10, *page 49*
Hazards of electromagnetic radiation to ordnance • 5–11, *page 49*

**Chapter 6**
**Public, Family, Child, and Youth, Off-Duty Recreation, and Seasonal Safety,** *page 50*
Introduction • 6–1, *page 50*
Policy • 6–2, *page 50*
Preparation for leave and temporary duty • 6–3, *page 50*
Safety promotion • 6–4, *page 50*
Headphones • 6–5, *page 50*
Water safety • 6–6, *page 50*
Recreational boating • 6–7, *page 50*
Installation recreation areas • 6–8, *page 51*
Public activities on military installations • 6–9, *page 51*
Volunteer safety • 6–10, *page 51*
Sporting events • 6–11, *page 51*
Child, Youth, and School Services Program and facilities • 6–12, *page 51*

**Chapter 7**
**Radiation Safety Management,** *page 51*
Introduction • 7–1, *page 51*
Applicability • 7–2, *page 52*
Policy • 7–3, *page 52*
Application of U.S. Army Radiation Safety Program • 7–4, *page 52*
Radiation safety key components • 7–5, *page 52*
Army radiation authorization • 7–6, *page 53*
Army radiation permits • 7–7, *page 53*
Laser safety • 7–8, *page 53*
Army Electromagnetic Frequency Radiation Safety Program • 7–9, *page 55*

**Chapter 8**
**Safety Awards Program,** *page 56*
Introduction • 8–1, *page 56*
Promoting safety • 8–2, *page 56*
Award guidance • 8–3, *page 56*
Department of the Army level awards • 8–4, *page 56*
Army Headquarters and organization-level safety awards • 8–5, *page 57*
Unit safety certification • 8–6, *page 57*
Educational materials • 8–7, *page 57*
Promoting the prevention awards program • 8–8, *page 57*

**Chapter 9**
**System Safety Management,** *page 57*
Intent • 9–1, *page 57*
Policy • 9–2, *page 58*
Objectives • 9–3, *page 59*
System safety standards • 9–4, *page 59*
System safety and the manpower and personnel integration program • 9–5, *page 59*
Commercial off-the-shelf, nondevelopmental items, and local purchases • 9–6, *page 59*
Radio frequency identification-hazards of electromagnetic radiation to ordnance certification • 9–7, *page 59*

Contents—Continued

Integrating system safety program requirements into acquisition programs • 9–8, *page 60*
Facility system safety • 9–9, *page 60*
Objectives • 9–10, *page 61*
Facility system safety standards • 9–11, *page 61*
Training requirements • 9–12, *page 61*

**Chapter 10**
**Training Requirements,** *page 61*
Introduction • 10–1, *page 61*
Required safety training • 10–2, *page 61*
Risk management in training • 10–3, *page 61*
Safety and occupational health training • 10–4, *page 61*
Leadership training • 10–5, *page 62*
Commanders • 10–6, *page 62*
Career program-12 careerist • 10–7, *page 62*
Additional duty/collateral duty safety personnel • 10–8, *page 62*
Educational material • 10–9, *page 63*
Specialized training requirements • 10–10, *page 63*
U.S. Army Combat Readiness/Safety Center • 10–11, *page 63*

**Chapter 11**
**Motor Vehicle Accident Prevention,** *page 63*
Introduction • 11–1, *page 63*
Motor vehicle accident prevention policy • 11–2, *page 63*
Motor vehicle safety standards • 11–3, *page 65*
Safe motor vehicle operations • 11–4, *page 66*
Safe movement of personnel • 11–5, *page 69*
Tactical vehicle safety • 11–6, *page 70*
Driver education (HSPG Number 4) • 11–7, *page 70*
Unit private motor vehicle safety inspections • 11–8, *page 71*
Motorcycle safety • 11–9, *page 71*
Army combat vehicle safety guidelines • 11–10, *page 73*
Pedestrian and bicycle safety • 11–11, *page 74*

**Part Two**
**Sustaining the Soldier,** *page 75*

**Chapter 12**
**Force Mobilization,** *page 75*
Intent • 12–1, *page 75*
Application of risk management • 12–2, *page 75*
Standards • 12–3, *page 76*
Operational deployment areas of consideration • 12–4, *page 76*
Health issues • 12–5, *page 76*
Postmobilization • 12–6, *page 76*
Reintegration • 12–7, *page 76*
Risk refamiliarization in postdeployment and reconstitution • 12–8, *page 77*

**Chapter 13**
**Tactical Safety,** *page 77*
General • 13–1, *page 77*
Preparation for tactical operations • 13–2, *page 77*
Tactical order • 13–3, *page 77*
Department of the Army Civilian safety personnel deployment • 13–4, *page 77*
Safety personnel planning • 13–5, *page 77*
Safety training • 13–6, *page 77*

**Contents—Continued**

Army Safety Augmentation Detachment • 13–7, *page 78*
Tactical water safety operations • 13–8, *page 78*
Environmental hazards • 13–9, *page 78*
Bivouac areas • 13–10, *page 78*
After action reports • 13–11, *page 79*

**Chapter 14**
**Safe Cargo Operations,** *page 79*
General • 14–1, *page 79*
Maximizing safety in cargo transport operations • 14–2, *page 79*
Railhead, port, supercargo, and escort operations • 14–3, *page 79*
Ammunition and explosives transport requirement excerpts for continental United States transport • 14–4, *page 80*
Biological agents and toxins transport requirement excerpts for continental United States transport • 14–5, *page 80*

**Chapter 15**
**Aviation Safety Management,** *page 81*
Introduction • 15–1, *page 81*
Aviation safety policy • 15–2, *page 81*
Aviation accident prevention surveys • 15–3, *page 81*
Command Safety Council and Enlisted Safety Council • 15–4, *page 81*
Safety meetings • 15–5, *page 81*
Operational hazard • 15–6, *page 82*
Aviation hazard location map • 15–7, *page 82*
Foreign object damage prevention program • 15–8, *page 82*
Aviation life-support systems • 15–9, *page 82*
Pre-accident or pre-emergency planning • 15–10, *page 82*

**Part Three**
**Supporting the Garrison and Industrial Base,** *page 82*

**Chapter 16**
**Occupational Safety and Health Program (Workplace Safety),** *page 82*
Introduction • 16–1, *page 82*
Policy • 16–2, *page 83*
Uniquely military equipment, systems, and operations • 16–3, *page 83*
Installation (garrison and mission) level processes • 16–4, *page 83*
Army commands, Army Service component commands, direct reporting units, Army National Guard, and field operating agency level processes • 16–5, *page 84*
Voluntary Protection Program • 16–6, *page 84*

**Chapter 17**
**Workplace Inspections,** *page 84*
Introduction • 17–1, *page 84*
Intent • 17–2, *page 84*
Policy • 17–3, *page 84*
Application of risk management • 17–4, *page 85*
Safety inspections • 17–5, *page 85*
Standard Army safety and occupational health inspections requirements • 17–6, *page 85*
Notices of violations • 17–7, *page 85*
Written reports of violations • 17–8, *page 86*
Army employee hazard reporting • 17–9, *page 86*
Occupational safety and health inspections • 17–10, *page 86*

**Chapter 18**
**Industrial Operational Safety,** *page 87*
Introduction • 18–1, *page 87*
Policy • 18–2, *page 87*

**Contents—Continued**

Acquisition of materials, equipment, facilities, and systems • 18–3, *page 87*
Preoperational planning • 18–4, *page 87*
Standing operating procedures • 18–5, *page 87*
Accident prevention and response plans • 18–6, *page 87*
Training, licensing, and qualification • 18–7, *page 88*
Approved for testing • 18–8, *page 88*
Preoperational walk-through • 18–9, *page 88*
Hazardous material • 18–10, *page 88*
Personal protective equipment • 18–11, *page 88*
Fire protection • 18–12, *page 88*
Materials handling and storage • 18–13, *page 88*
Machine safeguarding • 18–14, *page 88*
Exits and egress • 18–15, *page 89*
Lockout and/or tagout • 18–16, *page 89*
After action reports • 18–17, *page 89*

**Chapter 19**
**Emergency Planning and Response,** *page 89*
Introduction • 19–1, *page 89*
Policy • 19–2, *page 89*
Recovered chemical warfare material response • 19–3, *page 89*
Biological warfare material response • 19–4, *page 89*
Munitions incidents and munitions of concern • 19–5, *page 90*
Concept of operations • 19–6, *page 90*
Chemical, biological, radiological, explosives, and nuclear response • 19–7, *page 90*
Aviation emergency planning • 19–8, *page 91*

**Chapter 20**
**Infectious Agents and Toxins,** *page 92*
Introduction • 20–1, *page 92*
General • 20–2, *page 92*
Biological safety programs • 20–3, *page 92*
Mishap risk management • 20–4, *page 93*
Reviewing biological facilities • 20–5, *page 93*
Facility preoperational surveys • 20–6, *page 93*
Containment • 20–7, *page 94*
Special Immunization Program • 20–8, *page 94*
Training and information • 20–9, *page 94*
Inspections • 20–10, *page 94*
Maintenance controls • 20–11, *page 94*
Transporting etiologic agents • 20–12, *page 94*
Inactivation of Bacillus anthracis • 20–13, *page 95*
Disposal controls • 20–14, *page 95*
Biological program safety studies and reviews • 20–15, *page 95*
Contracting • 20–16, *page 95*

**Chapter 21**
**Chemical Agent Safety Management,** *page 96*
Introduction • 21–1, *page 96*
Applicability • 21–2, *page 96*
Chemical Demilitarization Program • 21–3, *page 96*
Chemical agent function • 21–4, *page 96*

**Chapter 22**
**Marine Activities,** *page 97*
Introduction • 22–1, *page 97*

**Contents—Continued**

Water operations • 22–2, *page 97*
Civil work marine activities • 22–3, *page 97*
Operator qualification • 22–4, *page 97*
Protective equipment • 22–5, *page 97*
Inspections • 22–6, *page 97*
Pre-accident or pre-emergency planning • 22–7, *page 97*

**Chapter 23**
**Medical Safety,** *page 97*
Introduction • 23–1, *page 97*
Policy • 23–2, *page 98*
Army Medical Safety Program management • 23–3, *page 98*
Hospital and military treatment facility safety • 23–4, *page 98*
Medical systems safety and health • 23–5, *page 98*
Safety manager functions • 23–6, *page 98*

**Chapter 24**
**Facility Reuse and Closure,** *page 99*
Introduction • 24–1, *page 99*
Policy • 24–2, *page 99*
Closure requirements • 24–3, *page 99*
Munitions and explosives of concern • 24–4, *page 100*
Recovered chemical warfare material • 24–5, *page 100*
Contaminated structures • 24–6, *page 101*

**Chapter 25**
**Electrical Safety Program,** *page 101*
Introduction • 25–1, *page 101*
Policy • 25–2, *page 101*
Responsibilities • 25–3, *page 102*
Electrical safety training • 25–4, *page 102*
Technical assistance • 25–5, *page 103*

**Appendixes**

**A.** References, *page 104*

**B.** Determining if a Radiation Safety Program is Required, *page 117*

**C.** Additional Resources, *page 118*

**D.** Internal Control Evaluation Checklist, *page 119*

**Table List**

Table 1–1: Army Safety Program elements, *page 11*
Table 2–1: Safety and occupational health career field, *page 21*

**Figure List**

Figure 2–1: Army Safety Management System Diagram, *page 19*

**Glossary**

## Part One
## Army Safety Program Management Functions

Part I of this regulation addresses general Army Safety Program management functions necessary for sustaining all phases and operations of the Army whether at the garrison, during contingency operations or in wartime conditions. Throughout this regulation, the term 'Army Headquarters' includes Army commands (ACOMs), Army Service component commands (ASCCs), direct reporting units (DRUs), and the National Guard Bureau (NGB).

## Chapter 1
## Army Safety Program

### Section I

### Introduction

### 1–1. Purpose

This regulation prescribes Department of the Army (DA) policy, responsibilities, and procedures to safeguard and preserve Army resources worldwide (to include Soldiers, DA Civilians, and Army property) against accidental loss. It establishes risk management (RM) as the Army's principal risk reduction methodology and ensures regulatory and statutory compliance. It provides for public safety incident to Army operations and activities.

### 1–2. References

See appendix A.

### 1–3. Explanation of abbreviations and terms

See the glossary.

### Section II

### Responsibilities

A successful Army Safety Program depends upon everyone fulfilling his or her safety responsibilities. Army Safety Program responsibilities fall into two categories-specific and general.

### 1–4. Specific Army Safety Program responsibilities

*a. Secretary of the Army.* The SECARMY will—

(1) Establish programs that implement the requirements and procedures of Department of Defense (DOD) Safety and Occupational Health (SOH) Program as delineated in Department of Defense Instruction (DODI) 6055.1.

(2) Designate the Assistant Secretary of the Army (Installations, Energy and Environment) (ASA (IE&E)) as the Army's senior SOH official, with oversight responsibility for the Army SOH Program.

(3) Serve as the DOD executive agent for emergency response to transportation accidents involving munitions and explosives.

(4) Serve as DOD executive agent for the DOD Biological Select Agent and Toxins (BSAT) Biosafety Program as designated in DODI 5210.88.

*b. Assistant Secretary of the Army (Financial Management and Comptroller).* The ASA (FM&C) will ensure planning, programming, budgeting, and execution of sufficient resources to staff and implement effectively the Army SOH Program as required by Title 5, Section 7902 of the United States Code (5 USC 7902) and 29 USC Chapter 15.

*c. Assistant Secretary of the Army (Installations, Energy and Environment).* The ASA (IE&E) will—

(1) Serve as the Army's Designated Agency Safety and Health Official, in accordance with Part 1960.6(a), Title 29, Code of Federal Regulations and represent effectively the interest and support of the SECARMY in the management and administration of the Army SOH Program.

(2) Establish:

*(a)* SOH policy and program to carry out the provisions of section 19 of the Occupational Safety and Health Act, Executive Order (EO) 12196, and 29 CFR 1960.

*(b)* An organization (including provision for the designation of safety and health officials at appropriate levels) with adequate budget and staff to implement the SOH Program at all operational levels.

*(c)* Procedures that ensure effective implementation of the Army SOH policy and program.

*(d)* Goals and objectives for reducing and eliminating occupational accidents, injuries, and illnesses.

*(e)* Plans and procedures for evaluating SOH Program effectiveness at all operational levels.

*(f)* Priorities with respect to the factors that cause occupational accidents, injuries, and illnesses so that appropriate corrective actions can be taken.

(3) Ensure that safety and health officials are designated at each appropriate level with sufficient authority and responsibility to plan for and assure funds for necessary safety and health staff, equipment, materials, and training required to ensure implementation of an effective SOH Program.

(4) Provide supervision of Armywide safety and occupational health risk management.

(5) Establish strategic direction for aspects of the planning, programming, budgeting, and execution process within the ASA (IE&E)'s SOH areas of responsibility and the associated resource allocation decisions and policies, and coordinating and integrating that direction with the ASA (FM&C); Chief Information Officer/G6; Deputy Chief of Staff, (DCS), G–3/5/7; DCS G–4; DCS G–8; ACSIM; and other DA officials and organizations.

(6) Provide strategic planning and direction, and strategic goals and metrics for the Army Safety Program.

(7) Initiate program reviews, taskings, studies, and evaluations to ensure that the Army Safety Program adheres to DA and DOD SOH policies and strategic goals and complies with statutory requirements and national standards.

(8) Serve on boards, committees, and other groups pertaining to SOH as required by this regulation.

(9) Represent SECARMY on SOH matters outside DA.

(10) Serve as the functional chief for the SOH management career program (CP) CP–12, in accordance with AR 690–950.

(11) Develop policies and procedures for the safe disposal of nonstockpile items found on Army installations or formerly used defense sites (FUDS) and develop policy for compliance with environmental laws and regulations for real property containing ordnance and explosives, including on Army ranges.

(12) Provide oversight of the environmental, safety, and occupational health aspects of the Chemical Demilitarization Program, treaty compliance review, and chemical stockpile emergency preparedness.

(13) Develop policies and procedures for non-acquisition guidance of the Chemical Demilitarization Program.

(14) Develop overall Army policy for safe operation of motor vehicles.

(15) Provide policy, direction, and oversight to ensure the planning, construction, operation and maintenance, and renovation of facilities utilize facility system safety (FASS) engineering and management to optimize safety and health throughout the life cycle. This is done through the ACSIM and in coordination with the U.S. Army Corps of Engineers.

(16) Synchronize SOH direction and initiatives across the Army and with the Secretary of Defense.

(17) Exercise policy and program oversight for the SECARMY for transportation accidents involving munitions and explosives.

(18) Appoint, in consultation with the Director of Army Safety (DASAF) and the Commanding General, U.S. Army Materiel Command (CG, AMC), an Executive Director of Explosives Safety.

(19) As appropriate, approve all requests to deviate from DOD and Army explosives safety standards for construction of new potential explosion sites or exposed sites, when such constructed is properly supported by a Certificate of Compelling Reason (see para 5–5).

(20) According to DODI 6055.1, report, by an annual in-progress review, the status of the Army SOH Programs to the Deputy Under Secretary of Defense (Environmental Security) (DUSD(ES)).

(21) According to DODI 6055.1, provide, through the ASA (IE&E) copies of comments on proposed SOH legislation and regulations to the DUSD(ES).

(22) According to DODI 6055.1, report to the DUSD(ES) any situation resulting from compliance with procedures in this regulation that could impair the defense mission or adversely affect national security.

*d. Assistant Secretary of the Army (Acquisition, Logistics, and Technology).* The ASA (ALT) will—

(1) Ensure program executive officers (PEOs) and program managers implement system safety procedures in accordance with Military Standard (MIL–STD)–882E (using the latest revision available) during materiel development phases.

(2) Provide oversight of safety risk assessment and safety risk acceptance procedures in acquisition programs and, as the Army acquisition executive (AAE), accept high safety risks in coordination with the CG, U.S. Army Training and Doctrine Command (TRADOC), as required by DODI 5000.02.

(3) Provide documentation of system safety reviews and recommended corrective actions for DA-level in-process reviews.

(4) Ensure that safety is maximized in weapons system research, development, test, and evaluation (RDT&E), and acquisition, to include development of acquisition plans, strategies, guidance, and assessments for future weapon systems, as well as munitions that support sustainable ranges.

(5) Evaluate material and design alternatives that reduce the potential for environmental impacts from current munitions, and ensure that they meet mission-safety performance standards.

(6) Monitor the RDT&E, distribution, and fielding of Army explosive ordnance disposal (EOD) equipment and the procurement of all Army EOD-specific equipment and ammunition.

(7) Oversee the materiel acquisition management of the Army Industrial Safety Program for ammunition.

(8) Be responsible for developing policy for in-transit arms, ammunition, and explosives safety.

(9) Be responsible for assuring the planning, programming, and budgeting for the safety hazard assessment of Army materiel and systems throughout the full life cycle of these items.

*e. Administrative Assistant to the Secretary of the Army.* The AASA will, according to DODI 6055.1 coordinate all Army provided SOH services within the Pentagon Reservation and other Army managed facilities in the National Capital Region with the Director, Washington Headquarters Services.

*f. The Inspector General.* TIG will—

(1) Evaluate the safety programs of Army organizations with nuclear, chemical, and biological surety missions according to this regulation.

(2) Conduct other special inspections involving Army safety when directed to do so according to AR 20–1.

(3) Evaluate medical support functions related to the nuclear, chemical, and biological surety programs according to this regulation, AR 40–5, DA Pam 40–8, DA Pam 40–173, and U.S. Army Medical Command (MEDCOM) policy and standards published by the Office of The Surgeon General (TSG).

*g. Chief, Public Affairs.* The Chief, Public Affairs will—

(1) Support the development and execution of stakeholder involvement plans and outreach programs necessary to implement safety policy established by ASA (IE&E) and the DASAF.

(2) Assure the development of policies and procedures to assist safety staffs and personnel in the effective communication of safety risks.

(3) Advise and counsel Army leadership on response to media concerning accidents and incidents.

*h. Director of Army Staff.* The DAS is the proponent for all Army safety publications and is authorized to approve exceptions and waivers to all Army safety publications that are consistent with controlling law and regulations.

*i. Director of Army Safety.* The DASAF will—

(1) Provide staff supervision of the Army Safety Office and serve as Commander, U.S. Army Combat Readiness/Safety Center (USACR/Safety Center) (see para 1–4x for Commander, USACR/Safety Center responsibilities).

(2) Develop, establish, coordinate, and disseminate policy, guidance, and procedures for the Army Safety Program based upon strategic policy developed by ASA (IE&E), statutory requirements, and national standards in support of the Army's mission.

(3) Advise the Army staff, the Chief of Staff, Army (CSA), the Secretariat, and the SECARMY on matters relating to the Army Safety Program and its implementation and effectiveness.

(4) Implement policies and develop procedures for implementing the Occupational Safety and Health Act of 1970 (OSH Act) (Public Law (PL) 91–596); EO 12196; 29 CFR 1910; 29 CFR 1960; 29 CFR 1926, 29 CFR 1904, and DOD SOH standards.

(5) Provide Army Staff oversight for motor vehicle safety, workplace safety, safety awards, RM, electrical safety, safety training, and integration of safety in industrial, construction, tactical, force mobilization operations, and public, recreational, Family, child care, and youth programs.

(6) Execute an effective and efficient Army Safety Program according to this regulation and statutory requirements, which provides safe and healthful work environments, missions, and operations and reduces accidents.

(7) Promote the use of RM during all phases of Army planning.

(8) Monitor and measure Army Safety Program effectiveness through triennial auditing and management evaluation visits of ACOMs, ASCCs, DRUs, NGB, field operating agencies (FOAs), and their subordinate organizations.

(9) Provide direction and tasking to the Director, U.S. Army Technical Center for Explosives Safety (USATCES), on explosives and chemical agent safety matters.

(10) Serve as proponent for specialized safety training courses for the Army.

(11) Establish procedures for accident reporting and recording Armywide.

(12) Determine which accidents will be investigated by the USACR/Safety Center under the centralized accident investigation (CAI) criteria.

(13) Develop, establish, and update the Army Safety Model and participate in augmentation tables of distribution and allowances reviews in support of determining appropriate funding for an effective Army Safety Program.

(14) Periodically, at intervals not to exceed 5 years, review all Headquarters, Department of the Army (HQDA)-approved Certificates Of Risk Acceptance (CORAs) and certificates of compelling reasons (CCRs) to ensure that risk

assessments are current; that all exposures, risks, and mitigating actions are identified and the need for continuance; and provide endorsement to the Secretariat for approval of continuation of the CORA or CCR and any changes to be made to mitigating measures.

(15)  Provide Army Staff oversight of the Army Radiation Safety Program; and designate, in writing, a qualified health physicist to serve as the Army radiation safety officer (RSO) to manage the Army Radiation Safety Program according to DOD, Army, and Federal regulations.

(16)  Serve as proponent for the Army explosives safety, chemical agent safety, and infectious agents and toxins (IAT) safety programs. Serve as proponent for explosive, IAT, and chemical agent safety training; and review programs of instruction on at least a 3–year basis.

(17)  Conduct preoperational surveys of selected chemical agent and biological operations and all biosafety level (BSL)–3 and –4 and animal BSL–3 and –4 facilities.

(18)  Monitor compliance with conditions of the Nuclear Regulatory Commission (NRC) licenses, Army radiation authorizations (ARAs), and AMC-held radioactive commodity licenses.

(19)  Coordinate with TSG and the U.S. Army Medical Department functional proponent for preventive medicine (PVNTMED) on the Army Occupational Health Program and on occupational safety issues including medical aspects of safety policy regarding hazard communication and hazardous materials (HAZMAT) program requirements.

(20)  Exchange accidental injury data with TSG for an accurate assessment of the Army health status.

(21)  Approve protective clothing and equipment use in chemical agent operations according to DA Pam 385–61.

(22)  Serve as HQDA focal point for integration and coordination of explosives safety activities and approve all actions that establish an Army explosives safety position.

(23)  In coordination with the DA Explosives Safety Council, submit recommendations for the Army military representative to the Department of Defense Explosives Safety Board (DDESB) and primary and alternate DDESB voting members to the ASA (IE&E) for approval.

(24)  Oversee, in coordination with the DCS, G–4 safety aspects of the Worldwide Ammunition Logistics/Explosive Safety Review and Technical Assistance Program. Provide input to the DCS, G–4 on explosives safety review criteria and special interest items.

(25)  Assist the Executive Director of Explosive Safety with defining the resources, including funding for USATCES, necessary to accomplish the Army's Explosive Safety Management Program (ESMP) per this regulation.

(26)  Provide letter of input for performance evaluations for the Director, USATCES.

(27)  Provide technical safety subject matter expert to participate in DOD mandated Army-level child, youth, and school (CYS) services annual comprehensive inspections.

(28)  Provide technical safety matter expertise in the development of Army-level safety guidance for CYS services.

(29)  Provide oversight for CYS services staff safety training.

*j.  Deputy Chief of Staff, G–1.*  The DCS, G–1 will—

(1)  Support safety policy and procedure development.

(2)  Implement policy with advocacy for Soldier-oriented research and development, including issues in manpower, personnel, training, human factors engineering, health hazards, system safety, and Soldier survivability and resiliency.

(3)  Ensure that system safety is integrated into materiel development and acquisition phases through the Manpower and Personnel Integration (MANPRINT) Program; include safety concerns and issues on Army materiel in MANPRINT assessments and presentations at the Army System Acquisition Review Council (ASARC).

(4)  Integrate system safety and health hazard reviews into MANPRINT.

*k.  Deputy Chief of Staff, G–3/5/7.*  The DCS, G–3/5/7 will—

(1)  Establish operational controls for chemical agents, munitions, and related weapons systems.

(2)  Establish policy, standards, and procedures for inspections of storage depots, demilitarization facilities, contractor operations, and commands or agencies with chemical agent oversight responsibilities.

(3)  Verify the safe disposal, demilitarization, and decontamination of chemical agents and munitions.

(4)  Ensure safe transit of arms, ammunition, and explosives.

(5)  Act as focal point for chemical agent matters in the Army.

(6)  Develop and implement policy and procedures governing the selection, training, testing, and licensing of Army motor vehicle (AMV) operators.

(7)  Establish procedures for the Army Flight Standardization Program.

(8)  Approve nonstandard ammunition requirements that are requested by commanders of ACOMs, ASCCs, DRUs, and Director, Army National Guard (ARNG). These requirements are then procured by ASA (ALT).

(9)  Provide overall staff responsibility for emergency response support-provided under this regulation and for transportation accidents involving munitions and explosives.

(10)  Manage the Army EOD Program.

*l. Deputy Chief of Staff, G–4.* The DCS, G–4 will—

(1) Implement policy for safety in demilitarization of ammunition and explosives (A&E).

(2) Manage the HAZMAT Information Resource System.

(3) Integrate explosives safety requirements into A&E storage construction programs.

(4) Manage the Worldwide Ammunition Logistics/Explosives Safety Reviews and Technical Assistance Program according to AR 700–13.

(5) Establish and maintain procedures for safety-of-flight restrictions for Army aircraft and safety-of-use restrictions for other Army materiel.

(6) Charter the Army safety action team (ASAT), serve as the chairperson of the ASAT, and maintain and distribute a list, by name, of principal ASAT members and action officers.

(7) Develop policy and guidance for aircraft weight and balance.

(8) Develop policy and guidance for the aviation life-support equipment program.

(9) Develop policy and guidance for the nonstandard aircraft equipment program.

(10) Develop policy and guidance for nonstandard aircraft.

(11) Oversee DA transportation services required for safe movement of conventional A&E.

*m. Assistant Chief of Staff for Installation Management.* The ACSIM will—

(1) Establish centralized authority at each installation for workplace safety and DA Civilian accident prevention.

(2) Develop and provide programming guidance to Army Headquarters and installations to support implementation of the provisions of this regulation appropriate to the installation program evaluation group.

(3) Conduct dialogues with interested members of the public, regulators, and other Federal and state agencies to address safety issues.

(4) Establish centralized authority at the installations to manage vehicle (private motor vehicle (PMV)) safety programs, and traffic safety.

(5) Develop procedures for and implement the Army's Motor Vehicle Accident Prevention Program.

(6) Develop procedures to collect and report motor vehicle accident prevention surveys and reports required by the SECARMY and the DOD.

(7) Establish an impaired and fatigued driving prevention program.

(8) Establish and resource driver training centers (on- and off-road driver training ranges) at Army locations in the continental United States (CONUS) and outside the continental United States (OCONUS) as directed by the DAS.

(9) Resource required PMV and motorcycle (MC) safety training programs.

(10) Provide oversight for all radioactive contamination surveys conducted in support of base closure or installation restoration activities.

(11) Establish policy and procedures to integrate child care and youth safety concepts in all Army child care and youth facilities and Family child care homes.

*n. The Surgeon General.* TSG will—

(1) Coordinate with the Office of the Director of Army Safety (ODASAF) on SOH issues including medical aspects of safety policy regarding hazard communication and HAZMAT program requirements.

(2) Establish policies and procedures for implementing occupational health aspects of the OSH Act.

(3) Provide occupational health support to the ODASAF for conduct of the annual management reviews.

(4) Collect and analyze accident and injury data for an accurate assessment of the Army health status and collaborate with other DOD organizations to reduce accidents and injuries.

(5) Provide support to commanders in developing and implementing installation ergonomics programs.

(6) Advance initiatives that prevent workplace injuries and illnesses.

(7) Formulate, develop, and disseminate medical policy and guidance for the Army Occupational Health Program, Army Health Hazard Assessment Program, and related issues (such as ergonomics).

(8) Develop policies, criteria and standards, and procedures for the prevention or control of exposures to occupational health hazards in military-unique work environments.

(9) Provide guidance and policy on health and safety procedures and protocols for human-use testing.

(10) Provide advice and guidance for health hazard assessments and medical surveillance during research, development, testing, and fielding of systems and equipment.

(11) Provide technical guidance to Army Headquarters in the evaluation and management of occupational health risks from actual or potential exposures to workplace hazards.

(12) Ensure that occupational health procedures and controls are implemented during the development and fielding of medical materiel and systems.

(13) Establish policy and guidance for selecting protective clothing and equipment for use in chemical operations.

(14) Provide medical guidance for selecting appropriate protective equipment for use in the biological program.

(15)  Review all radiation dose limits in excess of limits promulgated in this regulation and provide these increased limits to the Army RSO for promulgation, as necessary.

(16)  Establish and promulgate Army radiological health guidelines for deployment operations.

(17)  Provide medical support for the Army's activities in Joint chemical, biological, and nuclear surety programs as well as for the Army's Chemical Agent Safety Program and the Army's Biological Safety Program.

(18)  Act on behalf of SECARMY for all DOD BSAT Biosafety Program executive agent responsibilities, functions, and authorities and implement the DOD BSAT Biosafety Program as set forth in AD 2016–24.

*o. The Provost Marshal General.*  The PMG will—

(1)  Provide staff supervision over programs for motor vehicle traffic supervision to ensure that each installation properly integrates a traffic supervision program, traffic safety enforcement, and installation efforts to cooperate with traffic support programs at the state, regional, and national level.

(2)  Maintain liaison with appropriate staff agencies, other military departments, safety personnel, and external agencies on traffic safety and accident reporting systems.

(3)  Maintain liaison with the Department of Transportation (DOT) and other Federal departments and agencies on the National Highway Safety Program standards and programs that apply to military traffic supervision.

(4)  Participate in the national effort to reduce impaired driving and alcohol safety action projects in neighboring communities.

*p. Commander, Army Service Watch Cell.*  The Commander, Army Service Watch Cell will—

(1)  According to DODD 6055.9E, serve as the DOD coordination center for emergency response to transportation accidents in CONUS involving munitions and explosives.

(2)  Determine the military installation nearest the accident and task the installation to provide immediate assistance and/or support, and notify the appropriate military department to contact the installation.

(3)  Task the U.S. Army Forces Command (FORSCOM), Operations Center, to arrange for EOD service or support from the nearest EOD unit regardless of the Service affiliation.

(4)  Notify Headquarters, Surface Deployment and Distribution Command (SDDC) and the DOT of all transportation accidents involving munitions and explosives.

(5)  Forward all reports of BSAT and other biosafety mishaps and incidents, as well as ammunition and explosives and chemical agent mishaps and incidents, to the ODASAF.

*q. Commanding General, U.S. Army Forces Command.*  The CG, FORSCOM will—

(1)  Coordinate activities across the Army to integrate RM into programs to protect the force.

(2)  Assist ASA (IE&E) and DASAF in developing safety policy, standards, and guidance for use in exercises, maneuvers, and tactical operations.

(3)  Provide EOD assets and emergency responders to installations and combatant commanders, as required.

(4)  Provide escort of off-post chemical surety material and recovered chemical warfare material (RCWM), as requested or required.

*r. Commanding General, U.S. Army Training and Doctrine Command.*  The CG, TRADOC will—

(1)  Integrate safety and RM training into the curricula of Army schools.

(2)  Ensure that the capability developer (CAPDEV) incorporates system safety performance objectives into the concept formulation package.

(3)  Incorporate safe operating practices and physical standards in field manuals (FMs), training circulars (TCs), and other documents.

(4)  Establish and maintain Armywide branch specific safety oversight and communications required to gather and disseminate branch safety specific information on current tactics, techniques, and procedures; accidents; near-miss events; and emerging trends.

(5)  Integrate safety, RM, and lessons learned into all branch proponent doctrine, training, and systems.

(6)  Integrate safety considerations into new equipment training.

(7)  Direct capability development centers to identify hazards and requisite safety standards to be met in critical combat tasks as part of task analysis.

(8)  Direct capability development centers to incorporate critical safety parameters in the requirements documents for new systems acquisitions and ensure operational tests verify that the product provides requisite protection.

(9)  Provide the CAPDEV position on materiel solutions and provide formal concurrence prior to the acceptance of high safety risks for acquisition programs by the AAE.

(10)  Serve as RM integration proponent for doctrine, training, and capability development.

(11)  Coordinate RM integration activities across the Army and at Joint level into programs to develop the force to include doctrine development, requirements definition, common applications, training support, and RM education in the Army, including Army forces component in the Joint-level functions.

(12)  Ensure that the chemical agent safety training and instructions are consistent with this regulation and monitor the operation of the chemical defense training facility to ensure compliance with this regulation and DA Pam 385–61.

(13)  Ensure that tactical chemical agent safety training and instructions are consistent with this regulation and DA Pam 385–61, chapter 12.

(14)  Develop and include appropriate radiation safety training in military occupational specialty (MOS)/specialty skill identifier producing courses and unit mission-essential task list profiles for personnel in MOS/specialty skill identifiers and table of organization and equipment (TOE) units that use radiation and radioactive commodities, depleted uranium munitions, and depleted uranium armor.

(15)  Prepare training modules (in coordination with the CG, AMC, and the CG, Army Medical Department Center and School), about protection from United States and foreign ionizing and non-ionizing radiation sources that may expose Army personnel to radiation during deployment.

(16)  Provide radiation safety courses to qualify unit and garrison RSOs according to NRC applicable licenses.

*s.  Commanding General, U.S. Army Materiel Command.*  The CG, AMC will—

(1)  Provide subject matter expertise in system safety and software safety programs to minimize hazards for materiel and systems acquired for the Army and other military Services.

(2)  Identify potential corrective actions for each hazard and project the total life cycle accident costs for each potential corrective measure.

(3)  Develop airworthiness qualification of Army aircraft systems according to AR 70–62.

(4)  Recommend to the ODASAF whether specific chemical agents or weapons systems are safe for storage, shipment, and deployment and what safety controls are required.

(5)  Provide oversight of chemical agent medical RDT&E conducted by contractors.

(6)  Analyze chemical agent event data and recommend remedial actions to ODASAF.

(7)  Collect, analyze, and disseminate chemical agent safety information to HQDA and activities with a chemical agent mission.

(8)  Provide safety review for ammunition-peculiar equipment to the materiel developer (MATDEV) for proper action.

(9)  Develop and transmit safety messages for commodities according to AR 750–6 and a vehicle safety recall campaign.

(10)  Develop and maintain explosives safety standards for AMC industrial operations and the ammunition production base.

(11)  Report and investigate malfunctions involving A&E (AR 75–1).

(12)  Ensure that proper testing is done on A&E according to 49 CFR 173 and Technical Bulletin (TB) 700–2.

(13)  Provide final engineering review of specialized equipment used in chemical operations for compliance with DA chemical agent standards (for example, lifting devices or slings; agent containers providing vapor containment for operation, transportation, or storage; and nonstandard or locally fabricated equipment) except for specialized equipment that is part of an acquisition program of record.

(14)  Identify, establish, and maintain safety training programs to support the Chemical Agent Surety Program.

(15)  Exercise control over NRC licenses and ARAs for Army radioactive commodities within AMCs purview of this regulation.

(16)  Provide ionizing radiation dosimetry services at the U.S. Army Dosimetry Center that meet the requirements of 10 CFR 20.1501(c), paragraph 7–3*f* of this regulation, and DA Pam 385–24.

(17)  Provide Army low-level radioactive waste disposal services according to DA Pam 385–24.

(18)  Provide the Army radiation test, measurement, and diagnostic equipment program material and accredited radiation-instrument calibration services (AR 750–43 and TB 750–25).

(19)  Maintain the capability to provide on-site radiation safety support following radioactive material contamination accidents and incidents according to DA Pam 385–24.

(20)  Ensure that foreign military sales of radioactive material, items that contain radioactive material, X-ray machines, and military-exempt lasers comply with applicable U.S. regulations and DOD directives.

(21)  Establish a Fuze Safety Board to ensure that fuzing systems provide an optimum degree of safety. The board will serve as the technical advisor for fuze safety of all Army non-nuclear munitions, issue or withdraw interim and/or final safety certifications, review system safety risk assessments (SSRAs) to determine the level of risk during the fuze life cycle, and establish and review design safety criteria and safety requirements for all Army non-nuclear fuzes and safety and arming devices.

(22)  Establish an Ignition System Safety Board to ensure that rocket motor ignition systems provide an optimum degree of safety.

(23)  Establish an Army Weapon System Safety Review Board to ensure that Army weapon systems are safe and suitable during their full life cycle.

*t. Commander, U.S. Army Special Operations Command.* The Commander, U.S. Army Special Operations Command will—

(1) Coordinate on all serious and high safety risks identified in materiel to be deployed to Army special operations forces (ARSOF).

(2) Investigate or provide technical advisors to other commands, as required, to investigate accidents involving ARSOF-unique tactics, techniques, and procedures.

(3) Provide ARSOF urban combat training and Army special operations aviation safety standards to be employed during special operations-unique training, in lieu of Army range safety standards.

(4) Develop command policy, procedures, and standards to include requirements for conducting ARSOF training and operations.

*u. Commanding General, Surface Deployment and Distribution Command.* The CG, SDDC will—

(1) Develop and implement DOD and DA intramodal transportation safety policies.

(2) Review, develop, and implement DA commercial stevedore contracts to ensure that they comply with safety and health statutory and regulatory guidance, including this regulation.

(3) Develop policy for DOD Service component and U.S. Transportation Command approval for safety in operations requiring DOD compliance with DOT HAZMAT regulations.

(4) Develop policy for exemption requests by DOD Service components for HAZMAT shipments by DOD shippers that require DOT and/or International Regulatory exemptions.

(5) Provide traffic engineering support to Army activities.

(6) Develop safety policy for maritime operations requiring compliance with the International Maritime Dangerous Goods Code (IMDG–Code) when loading vessels at SDDC terminals.

(7) Obtain waivers (when appropriate) from DOT to waive full compliance with DOT HAZMAT regulations.

(8) Provide input to the DOT's Emergency Response Guidebook (see http://phmsa.dot.gov/hazmat/library/erg).

(9) Establish commercial carrier and driver qualifications and supplementary training requirements, in cooperation with the DOT, for transporting DOD munitions and explosives. Drivers will carry proof of required training or experience.

(10) Coordinate with the Association of State Police, Highway Patrol, Commercial Vehicle Safety Alliance, or similar organizations, to ensure accident prevention and emergency response cooperation.

*v. Commanding General, U.S. Army Medical Command.* The CG, MEDCOM will—

(1) Assist HQDA in monitoring IAT safety activities throughout the Army to identify concerns, trends, and required corrective actions.

(2) Provide oversight of chemical agent RDT&E conducted by contractors.

(3) Provide safety and health oversight of RDT&E activities, including contractors, in support of the Active Army and Joint chemical defense programs sponsored by MEDCOM.

(4) Implement medical policies and provide health-related chemical agent training to patient care providers and industrial hygienists.

(5) Provide or designate physicians, industrial hygienists, and other PVNTMED personnel to support chemical and biological inspection teams.

(6) Implement medical policies concerning military chemical agent support.

(7) Develop MEDCOM policies in support of the Active Army and Joint chemical, biological, radiological, and nuclear (CBRN) defense activities.

(8) Provide on-site medical advice and support following radioactive contamination accidents or incidents according to AR 40–13 and DA Pam 50–5.

(9) Provide, on a cost-reimbursable basis, Radiation Safety Program assessment services to support triennial surveys of each installation and/or garrison, each NRC license, Army reactor permit, or ARA holder for compliance with applicable radiation safety and health regulations and guidance.

(10) Establish and maintain an archive for correspondence relating to NRC licenses and ARAs.

(11) Establish an occupational health surveillance program for personnel occupationally exposed to radiation according to AR 40–5 and DA Pam 40–11.

(12) Perform health hazard assessments of commodities and systems according to AR 40–10 as early as practical in their development and before fielding. Perform, on a cost-reimbursable basis, special occupational health studies (for example, radiation studies and toxicity evaluations) in support of health hazard assessments.

(13) Provide, on a cost-reimbursable basis, radiation bioassay services (AR 40–5) that comply with criteria of the American National Standards Institute (ANSI) (see ANSI Safety Code N13.30).

(14) Ensure the development of doctrine, implementation plans, procedures, capabilities, and training relative to occupational and environmental health surveillance to address exposures to Soldiers and DA Civilian employees throughout their time in service.

(15) Establish CBRN advisory medical teams at appropriate locations.

(16) Provide periodic evaluation of installation occupational health programs along with a plan to ensure appropriate follow-up and resolution of corrective actions. A copy of the evaluation, along with the plan for resolution, should be provided to the senior commander.

(17) Provide subject matter expertise to commanders and their staffs for the assessment, management, and control of occupational and environmental health risks during the RM process.

*w. Commanding General, U.S. Army Corps of Engineers.* The CG, USACE will—

(1) Promulgate the safety standards to be used in Army construction and USACE Civil Works facilities and activities (Engineer Manual (EM) 385–1–1).

(2) Ensure that Army standard designs and USACE-administered facility/utility designs and construction conform to statutory and regulatory fire, safety, occupant health, and explosives standards and otherwise provide a safe and healthful workplace for user personnel and materiel.

(3) Assist Army activities in the planning and execution of unexploded ordnance clearance and response operations.

(4) Serve as the Army executing agency for chemical agent cleanup operations at FUDS and provide assistance to Active Army installations conducting chemical agent cleanup operations.

(5) Advise and assist the DCS, G–3/5/7, in determining range, training land, and support facility requirements during development of new weapon systems.

(6) Provide FASS policy, direction, and oversight to Army elements according to paragraph 1–4*c*(15) and chapter 9 of this regulation.

(7) Serve as supporting agency to the coordinating agency (Occupational Safety and Health Administration (OSHA)) under the National Response Framework, Worker Safety and Health Support Annex.

(8) Provide safety at civil works facilities being used for recreation and/or the visiting public.

(9) Serve as the proponent for Federal Acquisition Regulation (FAR) 52.236–13 and its Alternate 1 for use in DOD construction, renovation, and demolition contracts.

*x. Commander, U.S. Army Test and Evaluation Command.* The Commander, U.S. Army Test and Evaluation Command will—

(1) Review safety documentation and issue safety releases for training, testing, and demonstrations when Soldiers are involved and review safety confirmations in support of major milestone decisions, materiel release decisions, and fielding decisions in support of material release.

(2) Verify safety and health acceptability of systems; primarily by test and evaluation (see AR 73–1).

(3) Ensure that system evaluation plans, test directives, and test design plans for all development tests and operational tests require the collection and recording of data from which an independent assessment of hazards can be made and that the results are documented in all test reports, safety confirmation, and system evaluation reports.

(4) Provide safety documentation for equipment deployment and operation in host countries when required.

(5) Verify the effectiveness of safety requirements, design changes, or procedural controls that have been incorporated to reduce the risk associated with previously identified hazards.

(6) Provide the program/product/project manager with a notification of the risk assessment code (RAC) assigned to test incident reports and identified potential health and safety hazards in the test report.

(7) Provide AMC and the MATDEV with applicable documentation to support preparation of the NRC license for materiel being fielded which contains radioactive sources.

*y. Deputy Under Secretary of the Army Test and Evaluation.* The DUSA–TE will—

(1) Ensure that Army policy on weapon system test and evaluation in support of acquisition adheres to environmental regulations, policy, range safety, and occupational health standards and promotes sustainable ranges in coordination with ASA (ALT).

(2) Serve as the responsible official for policies addressing test range clearance and managing range residue.

*z. Commander, U.S. Army Combat Readiness/Safety Center.* The Commander, USACR/Safety Center will—

(1) Conduct centralized investigations of selected Army accidents and hazardous conditions and present the results to Army leadership.

(2) Coordinate on selected combat loss investigations.

(3) Serve as the focal point for instigating the necessary cultural changes and developing the processes, structure, and training necessary to implement RM Armywide.

(4) Provide support in developing policy and doctrine for loss prevention through RM.

(5) Develop, coordinate, and facilitate a single-entry, multiple-use automated reporting system for processing loss reports for use in RM decisions and to aid in developing loss prevention programs.

(6) Analyze and promptly disseminate situation reports to Army leadership.

(7) Analyze loss-cause factors, systemic origins, and trends; develop exportable procedures, criteria, and techniques for use of Army Safety Management Information System and other databases for use in accident analysis by ACOMs, ASCCs, DRUs, ARNG, installations, and HQDA agencies.

(8) Interact with other military Services, Federal, State, and local agencies and industry to identify and publish best practices and loss prevention strategies.

(9) Develop and disseminate Armywide countermeasures against Army losses.

(10) Conduct a program of safety research and analysis to identify problem areas, causal factors, and system defects; and recommend countermeasures.

(11) Develop and manage an Armywide multimedia loss-prevention communications program.

(12) Assist the functional chief, Army SOH management CP in administering the program and providing centralized training of DA safety interns.

(13) Administer a program to provide SOH training and education that meets the Army's needs.

(14) Assist the ODASAF in developing system safety policies, objectives, and evaluation standards.

(15) Provide technical assistance to the ASA (ALT) and the Chief Information Officer/G–6 to determine the accuracy and completeness of SSRAs being considered for AAE-level decisions on acceptance of risk.

(16) Provide an independent safety assessment of the ASARC systems to the ASARC executive secretary (SAAL–ZSA); provide a copy to the DCS, G–1 (MANPRINT Directorate); and the MATDEV.

(17) Develop and disseminate improved system safety engineering techniques.

(18) Provide system safety lessons learned for MANPRINT analyses.

(19) Provide access to system safety lessons learned.

(20) Establish DA guidance for program/product/project managers and equivalent managing activities regarding requirements to track all hazards and provide for timely communication of information on system-wide risks and controls among operators, trainers, and MATDEVs.

(21) Establish, identify, and maintain a DA program of generic system safety research in support of Army development, facility, and acquisition programs.

(22) Develop and maintain a DA-level hazard communication system to exchange hazard information from accident data as well as hazard information from program/product/project managers across the Army.

(23) Establish and maintain the Army Safety Management Information System and ensure the database is responsive and available for ACOM, ASCC, DRU, ARNG, installation, and HQDA requirements.

(24) Establish and develop Armywide procedures for developing loss prevention programs and assisting Army Headquarters in establishing loss prevention programs within their respective areas.

(25) Maintain the Army accident investigation recommendation tracking system for DA and DOD-level actions.

(26) Collect, tabulate, and analyze all Army personnel and accident loss data.

(27) Disseminate information in accident prevention techniques.

(28) Distribute educational and safety promotional materials.

(29) Provide specific information on new activities and potential hazards.

*aa.* *Commanders and directors of Army commands, Army Service component commands, direct reporting units, field operating agencies, and the Chief, National Guard Bureau.* Commanders and directors of ACOMs, ASCCs, DRUs, FOAs, and the Chief, NGB will—

(1) Establish, emphasize, resource, evaluate, and ensure a vital, organization-wide safety program.

(2) Designate a qualified safety professional as the command safety director and the primary point of contact (POC) for all aspects of the command safety program.

(3) Ensure that the command safety director has direct reporting responsibility to the commander and designation as a member of the special staff.

(4) Appoint and rate the aviation safety officers (ASOs) at regiment/brigade/group level and below. Units that do not have TOE and/or table of distribution and allowance (TDA) authorized safety staff positions will use the expertise of the next higher authorized safety staff in the chain of command. Additionally, commanders not authorized full-time safety personnel by the TOE or TDA will appoint an additional duty safety officer (ADSO).

(5) Designate a radiation safety staff officer when necessary to support subordinate organizations and ensure compliance with prescribed Radiation Safety Programs.

(6) Develop training required by this regulation according to AR 350–1.

(7) Implement the program elements of this regulation and RM and share best practices as applicable.

(8) Resource brigade combat team safety professionals to advise the commander on SOH and integrate RM at the brigade level.

(9) Administer a safety program consisting of the specific safety program elements listed in table 1–1 as core requirements, and those listed as mission dictated, as required.

(10) Fulfill the requirements listed in paragraph 1–6 as applicable for installations not managed by the U.S. Army Installation Management Command (IMCOM).

**Table 1–1**
**Army Safety Program elements**

| Chapter | | |
|---|---|---|
| Part 1 - Army Safety Program management elements | | |
| 1 | Required | General safety requirements |
| 2 | Required | Strategic planning, Army Safety Program structure, Army Safety Program evaluation, councils, and committees |
| 3 | Required | Accident investigation and reporting |
| 4 | Required | Contracting safety |
| 5 | Mission dictated | Explosives safety management |
| 6 | Required | Public, Family, CYS services, and off-duty recreation and seasonal safety |
| 7 | Mission dictated | Radiation safety management (See app B to determine if needed.) |
| 8 | Required | Safety Awards Program |
| 9 | Mission dictated | System safety management |
| 10 | Required | Training requirements |
| 11 | Required | Motor Vehicle Accident Prevention Program |
| Part 2 - Supporting the Force | | |
| 12 | Mission dictated | Force mobilization |
| 13 | Mission dictated | Tactical safety |
| 14 | Required | Safe cargo operations |
| 15 | Mission dictated | Aviation safety management |
| Part 3 - Supporting the garrison and industrial base | | |
| 16 | Required | Occupational Safety and Health Program (workplace safety) |
| 17 | Required | Workplace inspection |
| 18 | Required | Industrial operational safety |
| 19 | Required | Emergency planning and response |
| 20 | Mission dictated | IAT safety |
| 21 | Mission dictated | Chemical agent safety management |
| 22 | Mission dictated | Marine activities |
| 23 | Mission dictated | Medical safety |
| 24 | Required | Facility reuse and closure |
| 25 | Required | Electrical safety |
| AR 385–63 | Mission dictated | Range Safety Program |

Legend
Required: Instituted by all ACOMs.
Mission dictated: Instituted as determined by the activity commander.

(11) Ensure that all systems are used according to safety and health guidance published in technical, field, and training manuals; Ground Safety Notification System; safety of flight; bulletins; circulars; and Army and Federal regulations.

(12) Employ the USACE as program manager and/or director for the planning, design, and construction of military construction facilities.

(13) Approve the use of nonstandard ammunition within their commands.

(14) Ensure that written procedures are established to implement the accident investigation program within their commands. As a minimum, these procedures will specify—

*(a)* Initial accident notification procedures.

*(b)* Accident site security responsibilities.

*(c)* Installation-level safety office responsibilities.

*(d)* Format and content of orders appointing investigation boards.

*(e)* Authority of board presidents for determining the scope, equipment, technical assistance, and other support necessary to accomplish investigations.

*(f)* Those installation-level organizations required to support investigations and the type of support required.

*(g)* Provisions for command review and briefings.

*(h)* Internal procedures necessary to safeguard the privileged nature of accident reports maintained under their control.

*(i)* Procedures for establishing and maintaining an accident recommendation tracking system for recommendations within their assigned area of responsibility.

(15) Ensure that subordinate organizations develop, coordinate, and exercise aviation and ground emergency plans (see DA Pam 385–10 and DA Pam 385–40).

(16) Ensure that the commander or director appoints additional duty safety personnel to perform required safety and accident prevention functions at troop/industrial/administrative units. This includes company-level or equivalent organizational component.

(17) Ensure that subordinate organizations maintain an effective safety program consisting of the specific safety program elements listed in table 1–1, above, based on operational and mission requirements.

*bb. Commanders of Army service component commands outside the continental United States.* These commanders will—

(1) Address the applicability of host nation (HN) SOH standards to Army operations in regulations and policies.

(2) Establish the theater-unique policy and procedures for SOH requirements to address theater-unique hazards and to ensure compliance with applicable status of forces agreements (SOFAs), supplements, and undersigned protocols thereto.

(3) Advocate establishment of SOH requirements in SOFAs that are common for U.S. and HN personnel.

(4) Comply with Army safety standards applicable to operations and missions within the United States and its territories unless compliance is impracticable or would violate applicable SOFAs, supplements, and undersigned protocols thereto.

(5) Accept high and serious safety risks identified on materiel to be directly or urgently fielded to Army units within their commands.

*cc. Director, U.S. Army Technical Center for Explosives Safety.* The Director, USATCES will execute technical aspects of the Army ESMP for the DASAF, including the following:

(1) Assign hazard classification to explosives and ammunition and ensure proper coordination with DOD and the military Services.

(2) Provide final Army review and approval of explosives and chemical agent safety site and construction plans being submitted for approval on behalf of the ODASAF to the DDESB.

(3) In coordination with the ODASAF, continually assess and identify explosives and chemical agent safety training requirements for the Army and for other Services according to the Single Manager for Conventional Ammunition charter.

(4) Provide explosives and chemical agent safety training to support Army safety CP requirements (with the exception of the Chemical Demilitarization Program) through the defense ammunition center.

(5) Provide technical assistance and track explosives and chemical agent safety waivers, exemptions, CORAs, and CCRs.

(6) Provide technical support to the Army Staff for budgetary planning on matters affecting explosives safety.

(7) Provide explosives safety and chemical agent safety technical information and assistance to HQDA, ACOMs, ASCCs, DRUs, FOAs, and installations in support of Armywide operations.

(8) Establish and maintain an explosives safety technical database and a comprehensive explosives safety technical library.

(9) Maintain and execute the U.S. Army Explosives Safety Test Management Program to validate, establish, or modify explosives safety requirements promoting research, development, promulgation, and application of explosives safety technology.

(10) Provide explosives and chemical agent accident investigation assistance, analyze explosives and chemical agent accident data, and track remedial actions to develop and recommend corrective measures to the ODASAF.

(11) Track and follow-up inspection results; provide consolidated trend data to ODASAF to develop recommended improvements, prioritization, and program policy changes.

(12) Review, approve, and support explosive safety submissions and explosives safety quantity-distance site plans for munitions response development.

(13) Perform initial and periodic validation of explosives manufacturing and load, assembly, and pack processes. Provide copies of validations to ODASAF.

(14)  Conduct explosives safety assistance visits of ammunition activities as requested by HQDA or the ACOMs, ASCCs, DRUs, or ARNG. Reports will be provided directly to the commander involved and will contain observations, comments, and recommendations for improvements or changes to specific ammunition operations or processes to enhance safety.

(15)  Provide technical support to the DA Explosives Safety Council and the DA Chemical Agent Safety Council.

(16)  Maintain the database to catalog all explosives or chemical agent CORAs, waivers, exemptions, and CCRs with duration greater than 60 days. Periodically review database to ensure that deviations are reviewed at the local level (to ensure that risk assessments are current and that all exposures, risks, and mitigating actions have been identified) and validate the need for continuance.

(17)  Assist ODASAF with the development and maintenance of Army explosives safety policy and doctrine to ensure that the Army is executing a comprehensive and effective Army Explosives Safety Management Program.

(18)  Design, develop, and disseminate procedures for transportation (unitization, outloading, shiploading, and containerization) and storage of Class V items and guided missile ground support equipment in support of DOD, Army, and single manager for conventional ammunition requirements.

(19)  Provide engineering and support services for ammunition logistics to DOD, Army, and single manager for conventional ammunition in the areas of transportability and pallet testing, container certification, and instrumentation support.

*dd*. *Director, U.S. Army Chemical Materials Activity.* The Director, CMA will—

(1)  Establish and maintain a written quality assurance program consistent with the requirements of the International Standards Organization per DOD guidance.

(2)  Ensure that all CMA and cleanup facilities and operations, whether operated by or performed by the Government or contractors, comply with the following:

*(a)* Specific requirements imposed by DOD, the Army, and other Federal and State agencies as specified in the contract.

*(b)* All Federal statutes.

(3)  Provide centralized management and direction to the DOD for treatment and disposal of RCWM in a safe, environmentally sound, and cost-effective manner.

(4)  Prepare transportation, interim holding facilities, treatment plans, and coordination of plans pertaining to RCWM.

(5)  Obtain the concurrence of the U.S. Department of Health and Human Services on transportation and treatment plans.

(6)  Maintain a database of those locations where chemical warfare material was (or was suspected to have been) manufactured, tested, stored, deployed, or disposed of.

(7)  Provide public information and encourage public involvement prior to and during the treatment of RCWM according to chapter 24.

(8)  Provide chemical agent medical support training (that is, community medical personnel) to support RCWM response activities.

(9)  Conduct preoperational surveys and operational readiness reviews prior to the test and operation of new facilities or equipment, in support of major changes, and when changing campaigns (for example, reconfiguring equipment and facilities to process different munitions or agent). These reviews, conducted with the assistance of oversight agencies (for example, U.S. Department of Health and Human Services, AMC, U.S. Army Material Systems Analysis Activity, and so forth), document the status of the equipment and facility prior to the decision to operate. The operational surveys and/or reviews take the place of most check-and-hold points associated with traditional Army item development (for example, safety assessment reports, safety releases, independent safety assessments, type classification, and so forth).

(10)  Design, approve, and operate equipment and facilities in support of assigned CMA missions to include storage, maintenance, production, and disposal of stockpile and nonstockpile chemical agents and munitions.

*ee*. *Executive Director of Explosives Safety.* The Executive Director of Explosive Safety will plan, program, budget, and execute the funding of resources necessary to accomplish the USATCES mission and to assist the DASAF with the Army ESMP.

*ff*. *Materiel developers; acquisition managers; and equipment, process, and facility designers.* MATDEVs; acquisition managers; and equipment, process, and facility designers will—

(1)  Initiate and tailor a System Safety Program according to this regulation, DA Pam 385–16, and MIL–STD–882E for all Army materiel, systems, software, equipment, facilities, and processes (such as, but not limited to, in-house development, commercial off-the-shelf (COTS), nondevelopmental item (NDI), Government furnished equipment (GFE), and so forth) regardless of the acquisition process utilized (for example, evolutionary, spiral development, and so forth).

(2) Ensure that the system safety program addresses materiel change, modifications, integration, fielding, deployment, disposal, and hazard tracking.

(3) Establish requirements, budget, fund, and provide adequate resources to implement and maintain an effective system safety effort covering development, production, fielding, deployment, demilitarization, and disposal for their programs, projects, equipment, processes, and developmental areas.

(4) Obtain the appropriate safety documentation (for example, safety assessment report) from the item or equipment developer or vendor when purchasing and developing equipment and/or facilities for the Army. Guidance in DA Pam 385–16 must be followed.

(5) Apply RM before allowing Soldiers or DA Civilians to use, operate, maintain, and/or dispose of an item, equipment, or facility being purchased or acquired for the Army or other military Services. A safety release must be obtained from U.S. Army Evaluation Center or according to guidance provided in DA Pam 385–16 whenever Soldiers are involved in the event.

(6) Certify that safety hazards have been eliminated, controlled to the lowest risk level, or the resulting residual risk is formally accepted for their materiel, systems, equipment, facilities, and processes developed, acquired, fielded, and provided to the Army and other military Services.

(7) Ensure that PEOs and program/product/project managers serve as the safety officers with responsibility for the proper planning and execution of system safety requirements in this regulation and DODI 5000.02.

(8) Upon identification or report of a significant hazard in fielded systems, materiel, developed equipment, and facilities, immediately initiate notification (safety message), risk assessment, funding, and corrective action.

(9) Identify any radioactive material or machines producing radiation and ensure that the NRC license or ARA is obtained.

(10) Obtain a radiation study for all materiel being fielded that contains a radioactive source or emits radiation.

(11) Ensure that applicable Army, DOD, and Federal regulations and industry standards have been met during design of facilities for the use of radioactive material or machines producing radiation.

(12) Implement the health hazard assessment requirements of AR 40–10 (responsibilities of PEOs/program/product/project managers).

*gg.* *Program executive officer, Program Executive Office Ammunition.* The PEO will—

(1) Evaluate nonstandard ammunition requested for use from ACOMs, ASCCs, DRUs, or the ARNG based on existing information from other Services, North Atlantic Treaty Organization, Federal or State agencies, or upon the results of independent testing.

(2) Authorize nonstandard A&E for Army use. Authorization will include SSRA, health hazard assessment, and surface danger zones.

*hh.* *Program executive officer, Program Executive Office, Assembled Chemical Weapons Alternatives.* The PEO will conduct preoperational surveys and operational readiness reviews prior to the test and operation of new facilities or equipment, in support of major changes, and when changing campaigns (for example, reconfiguring equipment and facilities to process different munitions or agent). These reviews, conducted with the assistance of oversight agencies (for example, Headquarters and Headquarters Service, AMC, U.S. Army Material Systems Analysis Activity, and so forth) document the status of the equipment and facility prior to the decision to operate. The operational surveys and/or reviews take the place of most check-and-hold points associated with traditional Army item development (for example, safety assessment reports, safety releases, independent safety assessments, type classification, and so forth).

*ii.* *Director, Edgewood Chemical Biological Center.* The Director will—

(1) Establish and manage a quality assurance program for all chemical agent storage and use sites except those of CMA.

(2) Provide quality systems certification for organizations, except those of CMA and the Program Executive Office, Assembled Chemical Weapons Alternative, which conduct agent-monitoring activities for personnel and environmental protection.

(3) Provide centralized management and direction to the DOD for treatment and disposal of RCWM in a safe, environmentally sound, and cost-effective manner.

*jj.* *Contracting officials.* Contracting officers and CORs will—

(1) Review contracts to ensure that proper clauses are in place to meet Army; DOD; and applicable local, state, and Federal regulations regarding SOH according to applicable DA pamphlets.

(2) Prepare written procedures for reviewing contractor capability to comply with and administer the SOH aspects of the contract requirements.

(3) Ensure that periodic inspections are conducted by a qualified safety professional at contractor work sites to ensure compliance with this regulation, according to the contract.

*kk.* *Commanders of deploying units.* These commanders will—

(1) Comply with the ASCC's safety requirements when deployed into its area of responsibility.

(2) Ensure that subordinate commanders, managers, and supervisors are informed regarding their ASCC's SOH requirements and applicable HN safety requirements.

(3) Follow the safety rules and regulations established by the service component command and the combatant command unique rules and regulations, as appropriate.

*ll. Commanders of installations and activities with an ammunition or explosives mission.* Commanders of installations and activities with an ammunition or explosives mission will—

(1) Establish an ESMP in compliance with this regulation and DA Pam 385–64.

(2) Ensure that civilian and military personnel receive and document explosives safety training as required by Army policy and standards. Explosives safety training will include explosives RM training for those responsible for the development and review of deviations and associated risk assessments. Ensure that A&E contracts include appropriate explosives safety training requirements.

(3) Conduct periodic reviews of deviations to explosives safety standards to ensure that assessments are current and that all exposures, risks, and mitigating actions have been identified and provide a copy of the review through their chain of command to the USATCES for centralized management and oversight.

(4) Conduct periodic inspections and/or audits of A&E activities to ensure compliance with the installation and/or activity ESMP, this regulation, and DA Pam 385–64, including compliance with the hazards of electromagnetic radiation to ordnance (HERO) program requirements.

## 1–5. General Army Safety Program responsibilities

*a. Soldiers and Department of the Army Civilians at all levels.* Soldiers and DA Civilians at all levels will—

(1) Stop unsafe acts detrimental to Army operations.

(2) Be responsible for accident prevention by applying RM.

(3) Comply with this regulation, the OSH Act, safety regulations, the Army Occupational Health Program, work practices, and standing operating procedures (SOPs).

(4) Use all personal protective equipment (PPE) and protective clothing provided, including seatbelts, according to training, hazard analyses, work instructions, and as required by the task at hand.

(5) Report Army accidents, near misses, and hazards in their workplace as soon as possible to their supervisor or leader.

(6) Employ RM in managing risk.

*b. Supervisory and operating personnel who direct or affect the actions of others.* Supervisory and operating personnel who direct or affect the actions of others will—

(1) Maintain a safe and healthful workplace.

(2) Inspect the work area for hazards.

(3) Promptly evaluate and take action as required to correct hazards.

(4) Be responsible for use of RM during planning, preparation, and execution of all operations.

(5) Be responsible for accident prevention to the same extent that they are responsible for production, service, and mission accomplishment.

(6) Be held accountable for accidents and property damage occurring in operations under their direct supervision and control.

(7) Ensure that Soldiers and DA Civilians are trained and competent to perform their work safely.

(8) Counsel and take action as necessary with Soldiers or DA Civilians who fail to follow safety standards, rules and regulations (including the use of personal protective clothing and PPE), and seatbelts as set forth in the OSH Act; and Federal, DOD, and Army regulations and pamphlets.

(9) Conduct safety meetings (such as safety awareness, training, and procedures review) with the Soldiers and DA Civilians they supervise.

(10) Protect Soldiers and DA Civilians who identify hazards, raise safety and health concerns, or engage in authorized SOH activities against reprisal.

(11) Initiate the necessary actions to facilitate accident notification, investigation, and reporting as soon as they become aware of the occurrence of an accident.

(12) Establish accountability for SOH through the performance evaluation system and performance counseling sessions.

(13) Consult with their servicing civilian personnel office or legal office prior to implementing any rules, policies, procedures, or SOPs that could change the conditions of employment of DA Civilian employees.

*c. Army leaders at all levels.* Army leaders at all levels will—

(1) Provide leadership to their activity and/or units' SOH Program and accident reduction initiatives.

(2) Protect personnel, equipment, and facilities under their commands.

(3) Periodically review their activity and/or units' SOH Program and accident reduction initiatives.

(4) Provide adequate resources for an effective SOH Program, compliant with Army policy and program requirements.

(5) Establish accountability for SOH through the performance evaluation system and performance counseling sessions.

(6) Implement SOH policies.

(7) Integrate RM, as described in DA Pam 385–30, into mission activities to prevent the accidental loss of personnel, facilities, weapons systems, and equipment during peacetime and wartime.

(8) Execute system safety responsibilities as defined in this regulation when purchasing materiel, software, or equipment for all Army operations.

(9) Coordinate modifications of all Army systems, including software, with all appropriate PEOs or program/product/project managers.

(10) Prohibit visitors from operating any military system, vessel, aircraft, or vehicle which causes or perceives to cause an increase in risk.

(11) Provide equipment improvement recommendations or Standard Form (SF) 368 (Product Quality Deficiency Report) for deficiencies, malfunctions, or failures that create unsafe conditions or hazards according to DA Pam 738–751.

(12) Ensure that range safety responsibilities and procedures are implemented according to AR 385–63.

(13) Ensure written safety SOPs are established as prescribed in this regulation and DA Pam 385–10 in areas of responsibility.

(14) Commanders or their representatives will ensure that all battalion and battalion-equivalent organizations initiate enrollment into the Army Readiness Assessment Program (ARAP) within 90 days of assumption of command. ARAP is a battalion commander and/or directorate program used to address the root causes of accidental loss by focusing on organizational safety climate and culture.

*d. Safety director (officer) and safety staff.* The safety director (officer) and safety staff will—

(1) Serve as principal advisor to the commander in all SOH-related matters of mission execution pertaining to this regulation and SOH regulatory and statutory requirements.

(2) Execute the commander's SOH Program.

(3) Communicate best practices and share lessons learned.

## 1–6. Policy and procedures

*a.* It is Army policy-—

(1) To eliminate accidents, deaths, and occupational illnesses by applying RM strategies towards achieving a goal of significant annual reductions in all accidents and occupational injuries and illnesses, with the ultimate goal of zero accidents, no occupational injuries or illnesses, and compliance with Army SOH standards and policies.

(2) To reduce costs and eliminate unnecessary expenditures per the mandate in 31 USC 1101 note, 1105, 1115 note, 1116 through 1119, 1982 and supplemental 1998.

(3) To hold commanders responsible for SOH Program performance. Managers, supervisors, military personnel, and civilian workers are accountable for preventing accidents and workplace illness, but the ultimate safety of human and material resources is a command responsibility.

(4) To require all new and modernized weapons systems and construction projects to meet applicable safety, life-safety, fire protection, and health standards.

*b.* The following principles will be effectively integrated into all Army plans, programs, decision processes, operations, and activities:

(1) Implement the standards promulgated by the OSH Act as implemented in EO 12196; 29 CFR 1960; DODI 6055.1; DODI 6055.04; and DODI 6055.07 to provide a safe and healthful environment. The Army will comply with the requirements in all nonmilitary DOD operations and workplaces, regardless of whether work is performed by military or DA Civilian personnel. Apply the more protective or stringent standard where a conflict exists between the standards.

(2) Instill in Soldiers and DA Civilian employees the need to prevent human errors and omissions affecting safety, readiness, and mission success by applying the principles of RM.

(3) Encourage employees to report workplace hazards and ensure that no employee is subject to restraint, interference, coercion, discrimination, or reprisal for exercising his or her rights to report unsafe or unhealthful conditions.

(4) Achieve a high degree of safety and mission effectiveness through systematic management of inherent mission risks. Employ the RM process to identify and manage risks to personnel, missions, operations, training, procedures,

equipment, and the environment to avoid loss of life, personal injury or illness, property loss or damage, or environmental harm in the course of duty during peacetime, wartime, and contingency operations.

*(a)* Ensure that safety is a principal element in all operations and apply RM procedures in each phase of the training management cycle to identify hazardous conditions and correct shortcomings responsible for these conditions.

*(b)* Integrate RM procedures into all Army decisionmaking processes.

*(c)* Integrate the requirement for protecting the force with the demand for realistic training and mission readiness.

(5) Ensure that the safety and health of Soldiers, DA Civilian employees, and the general public is a primary concern in the acquisition, use, and disposal of equipment, facilities, and materials.

(6) Apply the system safety and RM process during acquisition of materials, equipment, facilities, and systems to identify and manage hazards during the complete life cycle and employ engineering principles to the utmost extent possible to eliminate risks and control residual risks.

(7) Take appropriate action to expeditiously correct discrepancies with statutory requirements.

(8) Ensure that the Army Risk Reduction Program and Army Safety Program operate as mutually reinforcing programs.

## 1–7. Safety advancement
The requirements contained in this regulation represent the minimum safety requirements. Therefore, safety professionals, Soldiers, DA Civilians, and Army leadership at all levels are encouraged to constantly advance safety practices and RM by applying new technology, innovative best practices, and improved RM tools.

## 1–8. Supporting Department of the Army pamphlets
To support the Army Safety Program and execution of this regulation, two types of DA pamphlets have been developed according to DA Pam 25–40. They are the standard DA pamphlet and the informational DA pamphlet.

*a.* The standard DA pamphlets contain the mandatory information needed to carry out the policies and procedures prescribed by this Army regulation to execute specific areas of the Army Safety Program (for example, explosives safety and chemical agent safety).

*b.* The information pamphlets share best practices. These collections of best practices from across the Army provide Soldiers and DA Civilian employees with innovative models, examples, and tools to enrich their Army Safety Program. Before publishing, each best practice is reviewed and approved by a group of subject matter experts. These best practices are provided purely for information and are not required to execute the Army Safety Program or to meet requirements of this regulation.

## 1–9. Conflict resolution
The Army will comply with the standards promulgated by the OSHA under 29 USC Chapter 15 or HN requirements in all nonmilitary-unique DOD operations and workplaces, regardless of whether work is performed by military, DA Civilian, or contract personnel. When an Army Headquarters commander determines that an OSHA standard should be modified for application to particular nonmilitary-unique working conditions, a proposed alternate standard will be developed and submitted to Office of the Director of Army Safety (DACS–SF), 9351 Hall Road, Building 1456, Fort Belvoir, VA 22060–5860 following guidelines established in 29 CFR 1960.17. The ODASAF will review the proposed standard and, if appropriate, forward it through the chain of command to the Secretary of Labor for approval. Upon approval of an alternate standard, the originating Army Headquarters may proceed with implementation. If adjudged to have Armywide applications, ODASAF will advise HQDA. National consensus standards may be used provided they are equal to or more stringent than Federal legal standards.

*a.* When requirements in this regulation conflict with a legal standard (such as the OSH Act) or provide a lower degree of protection, the more stringent legal standard will apply. When requirements in this regulation are equal to or exceed such requirements in providing workplace safety, the Army requirements will apply.

*b.* At Joint-Service facilities and during Joint operations, when requirements in this regulation conflict with the workplace safety standards of another Service's regulations, or provide a lower degree of protection, the other Service's regulations will apply. When requirements in this regulation are equal to or exceed the other Services' requirements in providing workplace safety, the Army requirements will apply.

## 1–10. Obligation for coordination and collaboration
Whenever possible, Army personnel will coordinate and collaborate with other Services and Federal agencies to develop mutual standards, procedures, and processes.

## Chapter 2
## Strategic Planning, Army Safety Program Structure, Safety Program Evaluation, Councils, and Committees

### Section I
### Strategic Goals and Strategic Planning

### 2–1. Safety program planning

*a.* Each safety office will develop strategic goals, a strategic plan, and a business plan to execute the strategic plan according to DA Pam 385–10. Strategic planning will include ARAP, planning for accidents and incidents. Plans will call for inclusion of public affairs operations.

*b.* Strategic planning will determine the organizational direction and metrics.

*c.* Planning within Army safety offices will focus on the organization's mission, vision, values, and goals. As a minimum, the strategic plan should encompass goals and objectives for 5 years, with a section that specifically addresses the focus of each year.

*d.* Strategic planning will be conducted at least annually in preparation for the coming fiscal year. Strategic planning should be conducted in time to identify the organizational goals to be achieved over the coming fiscal year, resources needed to achieve those goals, and funding required.

*e.* Progress in implementing the plan should be reviewed at least quarterly. The frequency of the review depends on the activity level and changes that may affect the plan.

*f.* The strategic planning package will be provided to the organization's commander for review and approval.

### 2–2. Prioritization

All safety functions and tasks will be prioritized based on regulatory requirements and strategic planning according to DA Pam 385–10.

*a.* All safety functions and tasks identified as not being met or completed will be evaluated to identify the potential risk to the organization.

*b.* The organization's commander will be provided annually with the complete ranking of all safety functions and tasks along with the risk assessment for review and approval.

### Section II
### Army Safety Management System

### 2–3. Introduction

The Army Safety Management System is five core interrelated/interacting functions performing as one coherent structure to integrate the safety program elements listed in table 1–1 to maximize SOH performance in assisting Army leaders in protecting Army personnel, equipment, and facilities. The five core functions for the Army Safety Management System are: program management; training and promotion; inspections/assessments; mishap investigation reporting and analysis; and hazard analysis and countermeasures. (DA Pam 385–10, para 3–3*c* prescribes guidelines for the Army Safety Management System.) Each organization's goals and objectives should be aligned to execute Army Safety Management System in the most effective manner possible. (See fig 2–1 for a diagram of how Army safety functions interrelate/interact to form the Army safety systematic process.)



**Figure 2–1. Army Safety Management System Diagram**

## 2–4. Safety organization's functions

*a.* The safety organization will be structured and staffed to administer Army Safety Program Management that is based upon the parent organization's mission, goals, and objectives. The safety organization will—

(1) Conduct the Army core safety functions to support efforts to develop military and DA Civilian safety expertise through training, career development, and management procedures.

(2) Provide safety and related loss control services to all tenant and satellite commanders in support of their statutory and regulatory responsibilities.

*b.* AR 40–5 provides the medical components of the SOH Programs.

*c.* The safety organization will execute the tasks and functions that address all aspects of safety-on the job; off the job; military and DA Civilian operations; integration of RM; and be consistent with other critical elements contained in table 1–1 as required to meet mission requirements (safety function and task are prescribed in DA Pam 385–10, app J).

*d.* Each safety organization will support efforts to develop military and DA Civilian safety expertise through training programs, effective career development, and management procedures.

*e.* Senior commanders are responsible for the safety of people, the environment, and the public on their installation. Formal agreements will be developed between host and tenant organizations to ensure that necessary SOH responsibilities have been addressed.

## 2–5. Safety office organizational structure

*a.* The safety office will be structured and staffed to administer an Army Safety Management System through the chain of command based upon the organization's mission, goals, and objectives as well as statutory requirements.

*b.* Army safety offices and organizations will be established according to the uniform criteria of this chapter and DA Pam 385–10 to ensure that each office or organization has trained and experienced personnel of sufficient grade and rank to accomplish the safety mission of each command, installation, organization, or activity.

*c.* The safety office will be funded and fully resourced to execute all responsibilities and functions designated in this regulation to assure safety program effectiveness.

*d.* Additional duty safety personnel will complete the additional duty safety course (ADSC) within 30 days of appointment as an ADSO.

## 2–6. Army safety and occupational health program structure

*a.* The Deputy Assistant Secretary of the Army (Environment, Safety and Occupational Health) (DASA (ESOH)) is the Army Secretariat's responsible official for SOH.

*b.* The DASAF is the advisor to the CSA on safety issues, supports the SECARMY and CSA on safety issues, oversees execution of the Army Safety Program, synchronizes RM integration efforts across the Army, and serves as the RM advocate to the Army's senior leadership.

*c.* TSG is the advisor to the CSA on the occupational health aspects of the OSH Act.

*d.* The Commander, USACR/Safety Center is the focal point for developing the processes, structure, and training necessary to implement the Army Safety Program.

*e.* The designated safety professional or director will exercise staff supervision over an organization's safety program, RM, and accident prevention activities. Duties performed by the safety director will include the full range of program management responsibilities. The safety director is a member of the commander's personal staff and reports directly to the commander. The safety director will meet Office of Personnel Management standards for the positions of SOH, CP professionals.

*f.* The safety staff or safety organization will be staffed with professional safety personnel meeting the requirements for these positions established by the Office of Personnel Management and the Army personnel office.

*g.* Safety organizations will be augmented by additional duty (military) or collateral duty (DA Civilian) safety personnel to perform required safety and accident prevention functions in Army units and industrial and administrative activities. Additional safety personnel will—

(1) Be appointed by the commander on written orders.

(2) Be a commissioned officer, at battalion and higher unit levels.

(3) Be in the rank of staff sergeant or higher, at the company level.

(4) Have met or will meet the training requirements of chapter 10.

(5) Have 1 year or more retainability in the unit upon duty appointment.

(6) Give their safety duties proper priority.

(7) Report directly to their unit commander on safety related matters.

(8) Coordinate activities with their installation or garrison safety office.

*h.* DA Civilian collateral safety personnel may be used to augment the safety organization. When used, they will—

(1) Be appointed in writing on orders.

(2) Have met or will meet the requirements of 29 CFR 1960.58.

(3) Give their safety duties proper priority.

(4) Report directly to their unit commander or director on safety related matters.

(5) Coordinate activities with their supporting safety office.

(6) Be a general schedule (GS) 11 or above, at battalion and higher unit levels.

*i.* Additional and/or collateral duty personnel will be authorized use of official time for participating in SOH activities, including application of RM, walk-around inspections, and other safety functions authorized by this regulation in support of their unit's mission.

*j.* Army safety offices will be staffed in accordance with Army Safety Model approved by DCS, G–3/5/7. The model will be used as an aid in the organization structure to determine the optimum organization for achieving the mission. These models will be used to guide organizations and to aid in efforts to improve operations by analyzing how time is spent within an organization.

## 2–7. Safety and occupational health career field

*a.* The SOH career field is designated as CP–12. See table 2–1 for SOH occupational series and titles.

**Table 2–1**
**Safety and occupational health career field**

| Occupational Series | Occupational title |
| --- | --- |
| GS–0017 | Explosives safety specialist |
| GS–0018 | SOH specialist |
| GS–0019 | Safety technician/SOH technician |
| GS–0081 | Fire protection and prevention |
| GS–0099 | General student trainee |
| GS–0301 | Miscellaneous administration and program |
| GS–0303 | Miscellaneous clerk and assistant |
| GS–0340 | Program management |
| GS–0343 | Management and program analyst |
| GS–0344 | Management and program clerical and assistance |
| GS–0399 | Administration and office support student trainee |
| GS–0640 | Industrial hygiene technician |
| GS–0690 | Industrial hygienist |
| GS–0699 | Medical and health student trainee |
| GS–0803 | Safety engineer |
| GS–1306 | Health physicist |
| GS–1399 | Physical science student trainee |
| GS–1815 | Air safety investigator |
| GS–1825 | Aviation safety |
| GS–1899 | Investigation student trainee |
| Wage grade (WG)–5205 | Gas and radiation detection |
| WG–5427 | Chemical plant operating |

*b.* The functional chief for career field CP–12 is the DASA (ESOH).

*c.* The functional chief representative (FCR) is a senior civilian designated by the functional chief to serve as his or her principal advisor in matters pertaining to CP management. The senior safety advisor at the USACR/Safety Center is the CP–12 FCR and is responsible for the following:

(1) Assists Office of the Assistant Secretary of the Army (Manpower and Reserve Affairs) in preparation of CP instructions and procedures.

(2) Receives the State of the Agency Brief to include a CP Management Directive 715 analysis in aggregate, and responds accordingly.

(3) Serves as a member of the Career Program Policy Committee (employing organization will provide travel and per diem funding to attend meetings).

(4) Chairs CP planning boards and selects functional participants for planning boards.

(5) Supports and monitors affirmative employment program progress.

(6) Fosters broad-based employee representation and ensures all qualified candidates are equitably considered for promotions to senior executive service "feeder" positions and grades.

(7) Monitors effectiveness of career management through—

*(a)* Annual enterprise level workforce assessments of CP–12 that include the documentation and publication of CP strategic plans in six key areas of the life cycle: structure; acquire; train; sustain; develop, and transition.

*(b)* Reviews of analysis of CP demographics, workforce evaluations as provided by ACOM, ASCC, DRU, and Civilian Personnel Evaluation Agency evaluation surveys, on-site visits, planning board reports, and the timeliness and effectiveness of staffing actions.

(8) Engages and collaborates with commands and supervisors to ensure the CP maintains a well-qualified, motivated, and well-balanced civilian workforce capable of supporting Army missions.

(9) Facilitates the identification of requirements based training and development needs by engaging CP managers, senior functional mentors, supervisors, and senior leaders in articulating the capabilities needed to meet current and future missions.

(10) With positional authority, maintains, updates, and otherwise modifies CP plans, including career maps, previously approved by DCS, G–1 (CP), within guidelines established by DCS, G–1 (CP).

(11)  Establishes Army Civilian Training, Education, and Development System (ACTEDS) requirements and develops ACTEDS training plans (including Master Intern Training Plan), coordinating with DCS, G–3/5/7 and obtaining DCS, G–1 (CP) approval before publication.

(12)  Ensures that ACTEDS subject matter content is current and applicable for Armywide implementation.

(13)  Participates in projecting annual ACTEDS centrally funded intern needs to support the programming and budgeting of ACTEDS intern central resources.

(14)  Reviews and evaluates annual requests for ACTEDS centrally funded intern resources and submits to DCS, G–1(CP) for resourcing.

(15)  Reviews and evaluates annual competitive and functional training requirements for ACTEDS centrally funded career professional development resources and submits to DCS, G–3/5/7 for resourcing.

(16)  Selects competitively and/or reviews command recommended nominations for training assignments.

(17)  Assists commanders with identification of appropriate strategies for the development of their employees.

(18)  Ensures adherence to all applicable Federal statutory and regulatory requirements in the establishment of specific education and training standards as appropriate (such as, Army Acquisition workforce is governed by the 1990 Defense Acquisition Workforce Improvement Act).

*d.* Personnel assigned to perform the SOH (CP–12) functions will meet the requirements for these positions established by the Office of Personnel Management and CP–12 level certification requirements established for the position.

## Section III

## Safety Program Evaluation

### 2–8.  Performance indicators

Indicators will be developed by each safety organization based on their strategic goals, strategic plan, mission, and regulatory guidance to measure how effectively their organization's safety program is performing. It is not the intent of this regulation to mandate performance indicators for general use but to require the development of specific measures tailored to the needs of each organization's safety program in accordance with guidance provided in DA Pam 385–10.

### 2–9.  Metrics

Metrics will be developed for each safety program according to guidance provided in the Army Campaign Plan and DA Pam 385–10.

*a.* These metrics will include both quantitative and qualitative measures that will provide the proponent of the program, as well as supported outside agencies, a means of evaluating the program. Examples of metrics that may be applied to safety are rate of accident occurrence, severity and cost, compliance with reporting requirements, corrective action tracking mechanism, regular work site walk-through inspections for safety, employee training program, management solicitation, and use of and feedback of employee ARAP comments.

*b.* Each safety organization will determine the metrics most appropriate for measuring the effectiveness of its safety program based on the value it is intended to provide to all customers and stakeholders.

*c.* Data for each metric must be recorded and reviewed with the commander as part of the commander's regular oversight process.

*d.* Statistical methods are used to measure effectiveness, when possible.

### 2–10.  Program audit and evaluation

Safety programs will be evaluated for integration of the Army Safety Program into the organization's mission and for effectiveness of execution, both internally and by higher command, on a periodic basis according to guidance in DA Pam 385–10. These evaluations will not be compliance audits, but rather programmatic assessments to measure the overall effectiveness of management controls for integrating the Army Safety Program into their business process and mission execution. Compliance issues may be used as a measure of effectiveness but will not be the primary focus of the audit.

*a.* Each organization will conduct and document an annual evaluation of their program execution using organizational goals, objectives, and performance indicators.

*b.* Each level of command, division/garrison level and higher, will develop and implement a program that ensures each subordinate organization safety program is formally evaluated by the parent command every 36 months at the minimum.

*c.* ODASAF will conduct triennial evaluations of each ACOM, ASCC, DRU, ARNG, FOA, and the subordinate organizations to monitor and measure Army Safety Program effectiveness (see para 1–4*h*(8)). These organizations will

conduct an internal evaluation (self-assessment) of their safety programs midway between ODASAF evaluations (for example, 12 to 24 months following each ODASAF safety program evaluation) using ODASAF safety program evaluation criteria. These self-assessments will be forwarded to ODASAF no later than 30 days prior to ODASAF's scheduled evaluation of the Army Headquarters' safety program.

## 2–11.  Occupational Safety and Health Administration inspections

In accordance with the provisions of EO 12196, DODI 6055.1, and within the scope of the OSH Act, OSHA officials and National Institute for OSH officials, acting as representatives of the Secretary of Labor, are authorized to conduct announced or unannounced inspections of all DA Civilian workplaces except those identified as military-unique workplaces.

## Section IV

## Safety Committees and Councils

## 2–12.  Department of the Army safety planning

SOH committees will be established at each echelon of Army organizations to assist in the planning, coordination, prioritization, and implementation of SOH Programs. To aid the DASA (ESOH) in developing strategic policy and the ODASAF in developing and implementing policy and programs, the following councils will be chartered according to AR 15–1 to provide technical advice, participate in program development, and maintain various portions of this regulation and supporting DA pamphlets. Each council will meet as needed but not less than once a year to address issues in their areas of interest.

## 2–13.  Joint councils

Joint councils will be established as required to coordinate safety activities and functions between the Services. The ASA (IE&E) and the ODASAF will take the lead in establishing Joint councils with other Services and DA Civilian agencies and selecting representatives to participate in the councils.

## 2–14.  Army Safety Coordinating Panel

The Army Safety Coordinating Panel oversees Army safety strategic planning and safety and RM integration in the Army's Transformation.

*a.* The functions of the panel are to—

(1) Identify opportunities for integrating safety and RM in synchronization with Army Transformation.

(2) Oversee and assist in coordination of annual action plans that support the Army Safety Strategy.

(3) Assess progress of actions specified in action plans that support the Army Safety Strategy and provide updates to the SECARMY and the CSA.

*b.* The Army Safety Coordinating Panel will be co-chaired by the DASA (ESOH) and the DAS. It will report through the Vice Chief of Staff, Army to the CSA and through the ASA (IE&E) to the SECARMY.

## 2–15.  Army safety action team

*a.* The functions of the team are to—

(1) Provide the Office of the CSA with recommendations and information involving air and ground equipment safety issues.

(2) Coordinate, expedite, advise, and provide recommended direction to ensure that safety correction measures maximize Army readiness, safety, and training.

*b.* The ASAT is composed of principal representatives from ASA (ALT); DCS, G–3/5/7; DCS, G–4 (chairman); DCS, G–8; ODASAF; AMC; appropriate PEO; applicable proponent branch chief; applicable MATDEV for the system being reviewed; and advisory members according to the team's charter.

## 2–16.  Department of the Army Safety and Occupational Health Advisory Council

*a.* The functions of the Department of the Army Safety and Occupational Health Advisory Council (DASOHAC) are to—

(1) Provide an opportunity for senior safety professionals to discuss current SOH issues affecting execution of the Army Safety Program.

(2) Provide opportunities for advancing and integrating safety and RM in the Army Safety Program.

(3) Provide an open forum for discussing and sharing new concepts, ideas, programs, and techniques for SOH.

(4) Recommend changes to this regulation and DA Pam 385–10.

(5) Synchronize Army SOH direction and initiatives.

*b.* The DASOHAC is composed of senior safety professionals from designated ACOMs, ASCCs, DRUs, or ARNG and FOAs. The council provides technical advice to the DASA (ESOH) and ODASAF for the technical execution of the Army Safety Program. The Assistant for Safety to the DASA (ESOH) will chair the DASOHAC. The senior safety and health manager, ODASAF, will serve as secretary.

## 2–17. Career Program-12 Career Planning Board

*a.* The CP–12 Career Planning Board will advise and assist CP–12 FCR in—

(1) Forecasting and planning for staffing needs.

(2) Reviewing proposals to change the career planning, career planning policy, or the ACTEDS plan.

(3) Ensuring relevancy of job-related criteria used in evaluating individuals for referral.

(4) Ensuring that ACTEDS requirements for career planning are fully and economically managed.

(5) Recommending changes or modifications to the ACTEDS master training plan, career ladders, and/or other elements.

(6) Furnishing information to the FCR to support the programming and budgeting of ACTEDS resources.

*b.* The membership will consist of—

(1) The FCR who serves as chairperson.

(2) The DASAF's designated representative.

(3) All ACOM, ASCC, DRU, and ARNG safety and health program/product/project managers.

(4) Designated central program operations division representative.

(5) Functional representatives from each of the following career series—

*(a)* GS–0018, SOH managers.

*(b)* GS–0690, industrial hygienists.

*(c)* GS–0640, industrial hygiene technicians.

*(d)* GS–0803, safety engineers.

*(e)* GS–1306, health physicists.

*(f)* GS–1815, air safety investigators.

*(g)* GS–1825, aviation safety inspector career series.

*c.* Functional representatives are selected by the FCR based on ACOM, ASCC, DRU, and ARNG nominations.

*d.* The FCR serves as co-chairperson and the career management officer serves as the board's recorder.

## 2–18. The Department of the Army Biological Safety and Health Council

*a.* The Department of the Army Biological Safety and Health Council (DABSHC) will provide technical guidance and support to the DASA (ESOH) and the ODASAF to assist them in fulfilling their IAT safety function management, policy and standards development, and oversight responsibilities.

*b.* The DABSHC will make recommendations to changes in the Army's IAT safety policy and program management and will provide technical expertise to DASA (ESOH) and ODASAF as required for biological program management and execution (as outlined in this regulation and DA Pam 385–69).

*c.* A representative of the ODASAF will chair the DABSHC. The chair will convene and conduct meetings and provide direction to the DABSHC.

## 2–19. The Department of the Army Chemical Agent Safety Council

*a.* The Department of the Army Chemical Agent Safety Council (DACASC) will serve as an open forum to elevate and discuss Army chemical agent safety and health policy and program issues at the HQDA level.

*b.* The DACASC will make recommendations to changes in the Army's chemical safety policy and program management and will provide technical expertise to DASA (ESOH) and ODASAF as required for chemical agent safety program management and execution (as outlined in this regulation and DA Pam 385–61).

*c.* The DACASC will be co-chaired by a representative of the ODASAF and a representative of AMC.

*d.* The PEO, Assembled Chemical Weapons Alternative will be included in the DACASC in whatever manner the co-chairs agree would be beneficial to DA.

## 2–20. The Department of the Army Explosives Safety Council

*a.* The Department of The Army Explosives Safety Council will be organized as a standing Army council to discuss and resolve Army technical explosives safety policy issues. All ACOMs, ASCCs, DRUs, ARNG, and FOAs with an

explosives safety mission have the option to participate. The council gives selected Army Headquarters a voice in formulating Army explosives safety policy.

*b.* The council will make recommendations to changes in the Army's explosives safety policy and program management and will provide technical expertise to DASA (ESOH) and ODASAF as required for explosives safety program management and execution (as outlined in this regulation and DA Pam 385–64, and DA Pam 385–65).

*c.* A representative from ODASAF chairs the Department of the Army Explosives Safety Council.

## 2–21.  The Department of the Army System Safety Council

*a.* The Department of the Army System Safety Council will provide technical guidance and support to the DASA (ESOH) and ODASAF and will assist them in fulfilling the Army's system safety function management, policy and standards development, and oversight responsibilities.

*b.* Membership will be open to all ACOMs, ASCCs, DRUs, or ARNG and FOAs with a system safety mission.

*c.* The council will make recommendations for changes in the Army's system safety policy and to DA Pam 385–16.

*d.* A representative from the ODASAF will chair the council and a member of the AMC safety office will serve as recorder.

## 2–22.  Department of the Army Radiation Safety Council

*a. Advisory body.* The Department of the Army Radiation Safety Council is an advisory body to CSA, providing recommendations for Army radiation safety directives gathering and disseminating information about the status of the Army Radiation Safety Program.

*b. Membership.* Membership includes the DASAF (as chair), the Army RSO (as recorder), the radiological hygiene consultant to TSG, and representatives of the ACSIM, Army reactor office (AR 50–7); the Director, IMCOM; and the radiation safety staff officer from each ACOM, ASCC, DRU, and the ARNG.

*c. Additional radiation councils.*

(1) *Army command, Army service component command, direct reporting unit, and Army National Guard Radiation Safety Council.* The council is the advisory body to the ACOM, ASCC, DRU, and ARNG commander/IMCOM director that provides recommendations for radiation safety directives and gathers and disseminates information about the status of the Radiation Safety Program.

(a) Membership includes the commander/director as chair (or a designee who is a senior member of the commander's/director's staff), the RSO (recorder), and the major subordinate command RSOs. The RSO may not serve as the chair.

(b) Each ACOM, ASCC, DRU, and ARNG Radiation Safety Council (RSC) should meet at least once each 6-month period and at the call of the chair.

(2) *Garrison Radiation Safety Council.* When the senior commander establishes a RSC—

(a) The garrison RSC is the advisory body to the senior commander that gathers and disseminates information about the status of the garrison Radiation Safety Program.

(b) Membership includes the senior commander as chair (or a designee who is a senior member of the commander's staff), the garrison RSO (recorder), and all mission/tenant RSOs. Installations with large numbers of TOE unit personnel that use radioactive commodities will include military representatives knowledgeable about the TOE units' Radiation Safety Programs.

(c) Each garrison RSC will meet at least once each calendar year and at the call of the chair.

(3) *Radiation Safety Council.* When a technical publication or condition of an NRC license, Army reactor permit, or ARA requires a RSC, it will meet the following requirements in addition to any other requirements of applicable directives:

(a) The RSC will meet at least once in each 6-month period and at the call of the chair.

(b) The commander or a designated representative (someone at the executive level in the organization who is not a radiation user) should chair the RSC. The RSO should be the recorder and will be a voting member.

## 2–23.  Safety and Occupational Health Advisory Council

Army Headquarters and installations will establish Safety and Occupational Health Advisory Councils composed of management and military and DA Civilian operating personnel.

*a.* Such councils will be chaired by the commander or the commander's designee, who will be a senior management official.

*b.* Councils will meet at least semiannually and will publish the minutes of the meetings.

*c.* Army Headquarters commanders may exempt installations having small populations from the requirements of this paragraph.

*d.* Establishing councils at other than installation level will be at Army Headquarters' discretion.

## 2–24. Soldier and Department of the Army Civilian Employee Safety Committee

Commanders of separate detachments, companies, and above will establish a Soldier and DA Civilian Employee Safety Committee.

*a.* The committee will be representative of the workforce within the organization. The number of committee members will be based on the size, safety needs, and diversity of the operations performed by the organization.

*b.* Committee members will receive appropriate training to perform duties and may be assigned responsibilities for operational safety matters. The safety committee members will—

(1) Review safety suggestions.

(2) Review accident reports and recommend corrective measures to prevent recurrence.

(3) Review suspected unsafe or unhealthful working conditions and corrective measures.

(4) Promote safety education within the organization.

(5) Conduct periodic self-assessments in their areas of responsibility and coordinate with the organization's safety office.

## 2–25. Army Industrial and Construction Safety Standards Council

*a.* The Army Industrial and Construction Safety Standards Council develops and recommends industrial and construction safety standards to DASAF for integration into appropriate operations. The Army Industrial and Construction Safety Standards Council will focus on the following:

(1) Army industrial and construction safety policies and guidelines.

(2) Updating existing Army industrial and construction safety related documents (for example Army regulations, manuals, technical bulletins, circulars, and so forth).

(3) Integration of appropriate industrial and construction safety consensus standards in Army operations.

(4) Appropriate industrial and construction safety tasks and functions.

(5) Industrial and construction safety accident trends.

*b.* The Army Industrial and Construction Safety Standards Council will report to the Director of Army Safety and be administered and chaired by a representative from the Director of Army Safety staff.

*c.* Membership will be open to all ACOMs, ASCCs, DRUs, ARNG, and FOAs with missions that effect Armywide industrial and construction safety programs.

## 2–26. Safety conferences

*a.* The ODASAF will plan and execute periodic safety conferences to provide professional development and address safety trends and issues facing the Army. The frequency of conferences will be based on requirements of safety professionals to achieve/maintain safety competencies and qualifications and as needed based on emerging safety issues and trends.

*b.* Army Headquarters and ARNG command safety offices will plan and execute periodic command safety conferences to provide professional development and address safety trends and issues. The frequency of conferences will be based on requirements of safety professionals to achieve/maintain safety competencies and qualifications and as needed based on emerging safety issues and trends.

# Chapter 3
# Accident Investigation and Reporting

## 3–1. Introduction

This chapter provides policies and procedures for initial notification, investigating, and reporting of Army accidents and incidents.

## 3–2. Policy

Army policy is to investigate and report Army accidents to prevent like occurrences. All Army accidents will be investigated, reported (to include immediate notification as specified in this regulation), and analyzed according to the requirements of this regulation, DA Pam 385–40, the USACR/Safety Center use and preparation guides, and other USACR/Safety Center-developed tools for accident investigation and reporting (see https://safety.army.mil).

### 3–3. Army accident

An Army accident is defined as an unplanned event, or series of events, which results in one or more of the following:

  *a.* Occupational illness to Army military or DA Civilian personnel.

  *b.* Injury to on-duty DA Civilian personnel.

  *c.* Injury to Army military on duty or off duty.

  *d.* Damage to Army property.

  *e.* Damage to public or private property and/or injury or illness to non-Army personnel caused by Army operations (the Army had a causal or contributing role in the accident).

### 3–4. Accident and incident classes

Accident classes are used to determine the appropriate investigative and reporting procedures. Accident classes are as follows:

  *a. Class A accident.* An Army accident in which—

  (1) The resulting total cost of property damage is $2 million or more;

  (2) An Army aircraft is destroyed, missing, or abandoned; or

  (3) An injury and/or occupational illness results in a fatality or permanent total disability.

*Note.* Unmanned Aircraft System (UAS) accidents are classified based on the cost to repair or replace the UAS. A destroyed, missing, or abandoned UAS will not constitute a Class A accident unless replacement or repair cost is $2 million or more.

  *b. Class B accident.* An Army accident in which—

  (1) The resulting total cost of property damage is $500,000 or more but less than $2 million;

  (2) An injury and/or occupational illness results in permanent partial disability; or

  (3) When three or more personnel are hospitalized as inpatients as the result of a single occurrence.

  *c. Class C accident.* An Army accident in which—

  (1) The resulting total cost of property damage is $50,000 or more but less than $500,000;

  (2) A nonfatal injury or occupational illness that causes 1 or more days away from work or training beyond the day or shift on which it occurred; or

  (3) Disability at any time (that does not meet the definition of Class A or Class B and is a day(s)-away-from-work case).

  *d. Class D accident.* An Army accident in which—

  (1) The resulting total cost of property damage is $20,000 or more but less than $50,000;

  (2) A nonfatal injury or illness results in restricted work, transfer to another job, medical treatment greater than first aid, needle stick injuries, and cuts from sharps that are contaminated from another person's blood or other potentially infectious material, medical removal under medical surveillance requirements of an OSHA standard, occupational hearing loss; or

  (3) A work-related tuberculosis case.

  *e. Class E ground accident.* An Army ground accident in which the resulting total cost of property damage is $5,000 or more but less than $20,000.

  *f. Class E aviation accident.* An Army aviation accident in which the resulting total cost of property damage is $5,000 or more but less than $20,000.

  *g. Class F aviation incident.* Recordable incidents are confined to aircraft turbine engine damage because of unavoidable internal or external foreign object damage, where that is the only damage (does not include installed aircraft auxiliary power units). These incidents will be reported using DA Form 2397–AB (Abbreviated Aviation Accident Report (AAAR) for All Class C, D, E, F, Combat A and B, and All Aircraft Ground); check "F" in the "Accident Classification" block.

### 3–5. What to report

Commanders and/or supervisors will investigate and report according to paragraph 3–8*b*, below, to the unit or local safety office any unplanned events that result in one or more of the following:

  *a. Injuries and occupational illnesses.*

  (1) Injury or occupational illness (fatal or nonfatal) to on-duty or off-duty military personnel.

  (2) Injury or occupational illness (fatal or nonfatal) to on-duty DA Civilian personnel, including nonappropriated fund employees and foreign nationals employed by the Army, when the accident is incurred while performing work-related duties.

  (3) Injury or illness to non-Army personnel as a result of Army operations.

(4) Soldier training related deaths not covered in paragraphs 3–5a(1) through 3–5a(3), above (see glossary for definition of a training related death).

(5) Persons who are missing and/or presumed dead as the result of a potential accident will be reported as accident fatalities until proven otherwise.

(6) Occupational injuries and illnesses reported by a contractor or subcontractor where accident reporting to the Army is contractually required.

(7) Injury or occupational illness to volunteers or on-duty contractors supervised by Army personnel on a day-to-day basis.

(8) Fatal accidents involving members of the visiting public when involved in authorized recreational activities on Army facilities, installations, and properties to include all Title 36 USACE properties.

(9) Incidents involving DA Civilian personnel injured as a result of violence in the work environment will be reported to the U.S. Department of Labor according to 29 CFR 1904.5.

*b. Damage to Army property.* This includes Government furnished material, or Government furnished property, or GFE provided to a contractor.

*c. Damage to public or private property.* Damage to public or private property caused by Army operations (the Army had a causal or contributing role in the accident) will be reported. Commanders will investigate unplanned events and make the decision as to whether the event is an accident, combat loss, or some other category of loss.

## 3–6. Types of accidents

When two or more types of Army vehicles, such as an AMV and an Army combat vehicle (ACV) are involved in an accident, the type of equipment operated by the individual deemed most responsible will determine the accident type. This process is also true for other types of accidents (for example, fire, marine, and explosives) (see DA Pam 385–40).

## 3–7. Nonreportable events

The following events are not reportable through safety channels:

*a.* Damage or injury as a direct result of action by an enemy force is not an Army accident. It is termed a combat loss when one or more of the following conditions exist:

(1) Damage, loss, or injury directly caused by enemy action or sabotage.

(2) Damage, loss, or injury due to evasive action taken to avoid enemy fire.

(3) Loss of equipment in combat or failure of an individual to return from a combat mission when the last known position was in or over enemy territory.

*b.* Malfunctions or failure of parts that are normally subject to fair wear and tear and have a fixed useful life less than the complete weapon system or unit of equipment are not considered accidents if the malfunction or failure is the only damage and the sole action is to replace or repair that component part. (The only exception is that all fires or fire damage involving vehicle component parts must be reported.) When a malfunction or failure of a component part results in damage to another component, this paragraph does not apply.

*c.* Damage to Army equipment or property that is planned, intended, or expected during authorized testing or intentional destruction is not considered an accident. Planned and intended means that the damage was specifically required to accomplish the objectives of a formally authorized test or was the desired outcome of an authorized destruction or disposal of property. This includes damage to test fixtures designed to provide protection. Any unplanned and unintended damage incurred during these operations will be reported as an accident.

*d.* Intentional, controlled jettison or release, during flight, of canopies, cargo, doors, drag chutes, hoist cable, jungle penetrator, hatches, life rafts, auxiliary fuel tanks, missiles, drones, rockets, non-nuclear munitions, and externally carried equipment not essential to flight, when there is no injury, no reportable damage to the aircraft or other property, and in the case of missiles, drones or non-nuclear munitions, when the reason for jettison is not malfunction.

*e.* Property damage as a result of vandalism, riots, civil disorders, or felonious acts such as arson. Damage to Army aircraft, vehicles, or any other property which occurs after an aircraft or vehicle has been stolen is not reportable as an accident. Damage to Army aircraft, vehicles, or any other property, which occurs when an individual misappropriates an aircraft or vehicle not authorized to be flown or driven by the individual will not be reported as an accident.

*f.* Deliberate damage to aircraft or equipment or injury to aircraft or equipment occupants. Such damage and injury—

(1) Will be reported to the military police or the Criminal Investigation Command for investigation.

(2) Will also be investigated by a legal board that will determine responsibility.

*g.* Mishaps that involve factory new production aircraft prior to the Government accepting risk of damage or loss are reported as contractor mishaps.

*h.* Accidents occurring during the transportation of Army materiel by commercial carriers.

*i.* Army equipment leased, on bailment, or loaned to contractors, commercial airlines, other Government agencies, or foreign governments, when the lessee has assumed risk of damage or loss.

*j.* Civil aircraft owned by civil operators and accomplishing contract air missions for the Army.

*k.* Injuries associated with nonoccupational diseases, when the disease, not the injury, is the proximate cause of the lost time, such as diabetes and its resultant complications like loss of vision. Complications of the injury (such as the infection of a cut aggravated by a work-related activity) that result in lost time are reportable.

*l.* Suicide or attempted suicide, homicide, or intentionally self-inflicted injuries. For incidents involving DA Civilians, see paragraph 3–5*a*(9), above.

*m.* Injuries resulting from altercations, attack, or assault, unless incurred in the performance of official duties (for example, military police).

*n.* Injuries sustained before entry into military service or employment by the U.S. Government, unless specifically aggravated by current tenure of service.

*o.* Illnesses caused by specific organisms and toxins (such as food-borne disease), unless the disease is directly related to or the result of the worker's employment.

*p.* Minimum stress and strain (simple, natural, and nonviolent body positions or actions, as in dressing, sleeping, coughing, or sneezing.) These are injuries unrelated to accident producing agents or environments normally associated with active participation in daily work or recreation.

*q.* Hospitalization for treatment where the patient is retained beyond the day of admission solely for administrative reasons. Hospitalization for observation or administrative reasons not related to the immediate injury or occupational illness.

*r.* Injuries or fatalities to persons in the act of escaping from or eluding military or civilian custody or arrest.

*s.* Death due to natural causes unrelated to the work environment (see glossary for definition of a training related death as it relates to a nontraining related death due to natural causes).

*t.* Adverse reactions resulting directly from the use of drugs under the direction of competent medical authority.

*u.* Death or injury resulting solely from the use of alcohol, illegal drugs, or other substances.

*v.* Preexisting injuries and musculoskeletal disorders unless aggravated or accelerated by Federal employment.

## 3–8. Initial notification and reporting of Army accidents

Persons involved in, or aware of, an Army accident will report it immediately to the commander or supervisor directly responsible for the operation, materiel, or persons involved.

*a. Initial notification.* The commander or supervisor who first becomes aware of any Class A or Class B Army accident or Class C Army aviation (flight, flight related, and aircraft ground, or UAS) accident will, through their chain of command, immediately notify—

(1) The immediate commander or supervisor of all personnel involved.

(2) The Commander, USACR/Safety Center. The method for immediate notification is by telephone (defense switched network (DSN) 558–2660 or 558–3410; commercial (334) 255–2660 or (334) 255–3410). Instructions for immediate notification are contained on the USACR/Safety Center Web site at https://safety.army.mil/accidentreporting.

*(a)* At a minimum, notification will include the information on DA Form 7305 (Worksheet for Telephonic Notification of Aviation Accident/Incident).

*(b)* At a minimum, notification will include the information on DA Form 7306 (Worksheet for Telephonic Notification of Ground Accident). Using the initial notification tool meets this requirement.

*(c)* Electronic copies of DA Form 7305 and DA Form 7306 may be sent to usarmy.rucker.hqda-secarmy.list.safe-operations-offi@mail.mil, but sending the electronic form does not eliminate the requirement to make telephonic notification.

*(d)* For all Class A and Class B on-duty accidents and Class C aviation accidents, immediate notification of accidents will be followed by CAI or installation-level accident investigation.

*(e)* For Class A and Class B off-duty accidents, at minimum, immediate notification of the accident will be followed with an investigation.

(3) The U.S. Department of Labor. Within 8 hours after the death of any DA Civilian employee from a work-related incident or the inpatient hospitalization of three or more civilian employees as a result of a work-related incident, an activity representative must orally report the fatality and/or multiple hospitalization by telephone or in person to the area office of the OSHA, U.S. Department of Labor, that is nearest to the site of the incident. The representative may also use the OSHA toll-free central telephone number, 1–800–321–OSHA (1–800–321–6742).

(4) The accident board investigator or the commander responsible will contact the USACR/Safety Center immediately by telephone ((334) 255–2660 or (334) 255–3410) in the event a safety-of-use, safety-of-flight, or ground precautionary message issue is identified.

*b. Reporting.* All accident reports will be submitted using the appropriate forms in accordance with DA Pam 385–40 and USACR/Safety Center's Use and Preparation Guides.

(1) *Class A, Class B, and Class C on-duty accidents.* For all Class A, Class B, and Class C on-duty accidents, the report of investigation will be completed and submitted to the USACR/Safety Center within 90 calendar days of accident.

(2) *Other classes of on-duty accidents.* For other classes of on-duty accidents, the report of investigation will be completed and submitted to the USACR/Safety Center within 30 calendar days of accident.

(3) *Off-duty accidents.* All off-duty accident investigations will be completed and submitted to the USACR/Safety Center within 30 calendar days.

(4) *Safety and Occupational Health Program injury and/or illness.*

(a) DA installations and/or the responsible safety office for employees will be provided the required information necessary to meet the OSHA recordkeeping requirements (see DA Pam 385–40).

(b) Using the standards outlined in the OSH Act, DA installations and/or the safety office in the employee's chain of command are responsible for ensuring that injuries and occupational illnesses to DA Civilians, as defined in this regulation, and contractors specified in paragraph 3–5 are recorded using the appropriate Army accident reporting forms in accordance with paragraphs 3–8*b*(1) and 3–8*b*(2). They are further responsible for maintaining an OSHA Form 300 (Log of Work-Related Injuries and Illnesses) in accordance with OSH Act standards. At the end of each calendar year, safety offices will post OSHA Form 300A (Summary of Work-Related Injuries and Illnesses) from 1 February to 30 April of the year following the year covered by the form. The senior commander or management official of the installation or activity will certify and sign the OSHA Form 300 annually. These records will be retained for 5 years in accordance with the OSH Act.

*Note.* Although a report is required, contractor accidents will not be counted as Army accidents unless one of the conditions listed in paragraph 3–3 exists.

(5) *Contractor accidents involving Army property and personnel.*

(a) *Government contractor involvement.* If the Army administers the contract and the accident involves reportable damage to Army equipment or injury to Army personnel, the Army agency administering the contract is the convening authority. The convening authority will ensure that the accident is investigated and reported in accordance with this regulation and the terms of the contract. If the Army administers the contract and the mishap involves reportable damage or injury to another DOD agency, the Army Headquarters administering the contract will ensure that all mishap information is sent to the involved agency with an information copy to USACR/Safety Center. If another DOD agency administers the contract and the mishap involves reportable damage or injury to the Army, the Army Headquarters that owned the resources will request that the contracting agency investigate and report.

(b) *Mishaps involving non-accepted Army equipment.* The Army Headquarters that negotiates the contract for the equipment is the convening authority. The convening authority is responsible for the safety investigation and reporting, although the equipment may not be under the operational control of the Army. The loss is recorded as a mishap to the DA account.

(c) *Mishaps involving equipment bailed to a non-DOD organization.* For mishaps involving equipment bailed to a non-DOD organization for modification, maintenance, repair, test, contract training, or experimental project for a DOD component, when the Government has assumed ground and flight risk, the Army headquarters that negotiates the contract for the materiel is the convening authority. The convening authority is responsible for the safety investigation and reporting, although the equipment may not be under the operational control of the Army. The loss is recorded as a mishap to the DA account.

(d) *Other equipment contractor mishaps.* If a mishap involves GFE or bailed equipment, or new production equipment (accepted by the Army on a DD Form 250 (Material Inspection and Receiving Report) but not delivered), the Army Headquarters of the command negotiating the contract/bailment is the convening authority unless otherwise specified in the contract/bailment agreement. In cases where contract/bailment agreements specify investigative jurisdiction, follow the terms of such agreements. In no case will a non-Army agency have safety investigation jurisdiction.

(6) Army personnel who are involved in a vehicle accident while operating a Government vehicle (tactical or nontactical) will, if possible, complete a SF 91 (Motor Vehicle Accident Report) before leaving the scene of the accident. A complete SF 91 is required even if the damage to the motor vehicle is not noticeable. The operator of the vehicle will furnish copies of the completed SF 91 to military law enforcement and unit safety personnel, as requested.

*c. Notification and reporting of accidents occurring in combat.* Notification to the USACR/Safety Center for all on-duty Class A, Class B, and aviation Class C accidents will be immediate. The senior tactical commander may determine

that the situation, conditions, and/or time do not permit normal investigation for accident report submission. For all other classes of accidents, notification and reporting procedures will be in accordance with other sections of this regulation.

(1) Authority to waive normal investigation and reporting procedures for Class A and Class B accidents is delegated to the senior tactical commander at the level determined appropriate by the Army Headquarters, theater Army, or equivalent level. Whenever possible, normal investigations should be conducted on all accidents with potential Armywide impact (for example, materiel failure accidents). In cases in which normal investigation and reporting will not be performed, the report of investigation will identify that fact and the name and rank of the official who authorized the waiver.

(2) Notification will be immediate by telephone to the USACR/Safety Center. The notification will include as much of the information required by the telephonic worksheet as can be determined.

(3) A completed report must be submitted as soon as conditions permit, but no later than 90 calendar days, and will serve as the official accident report. No follow-up is required.

### 3–9. Accountability for Army accidents

*a.* The purpose of accountability in this regulation is to address the organization best able to affect corrective actions. Accidents normally will be charged in this order of precedence—

(1) The unit or element having operational control of the equipment or facility.

(2) The unit having operational control of the most responsible person.

(3) The unit or organization to which the injured person(s) is assigned.

*b.* Exceptions to the above include, but are not limited to, the following:

(1) *Design-induced failure or malfunction.* An Army accident caused solely by design-induced failure or malfunction will be recorded as a "materiel" accident and will be charged to a special HQDA accident account. The unit experiencing the failure or malfunction is required to submit an equipment improvement report or SF 368. A copy of the equipment improvement report or SF 368 will be submitted with each accident report that identifies a material defect as a primary and/or contributing or secondary and/or non-contributing cause factor.

*Note.* When appropriate, the unit commander will ensure that an SF 368 or equipment improvement report for Category II or message for Category I is completed and forwarded to the appropriate agency per AR 750–6, DA Pam 750–8, or DA Pam 738–751. The USACR/Safety Center and the appropriate Army Headquarters will be information addressees on all Category I equipment improvement reports and SFs 368.

(2) *Environmental factors.* Accidents caused solely by environmental factors (for example, high winds, hail, or lightning) will be reported and recorded in Army Safety Management Information System as environmental accidents. These accidents will be charged to a special HQDA account unless the accident could have been avoided by command action. If the accident investigation board determines an accident could have been avoided by the command taking preventive action, the accident will be charged to the activity having operational control of the equipment or the activity to which the persons involved in the accident are assigned.

(3) *Special cases.*

*(a)* Accidents involving persons on temporary duty (TDY) pass or military leave will be charged to the activity or Army Headquarters to which the person is permanently assigned. For the military, "permanently assigned" means on the Standard Installation/Division Personnel System or military personnel office unit strength report. For DA Civilians, it means assigned by current SF 50–B (Notification of Personnel Action).

*(b)* Accidents involving Army students and foreign military students on TDY longer than 30 days at an Army school will be charged to the school's Army Headquarters office.

*(c)* Accidents involving military personnel in permanent change of station (PCS) status (with or without leave) or DA Civilians in PCS status will be charged to the losing unit. The PCS status ends on the assignment order reporting date or arrival date, whichever occurs first.

*(d)* Accidents involving Soldiers assigned to a personnel control facility for disciplinary reasons, pending separation in which the Soldier is not under the control of the facility, or after being dropped from the unit rolls while in an absent without leave status at the time of the accident will be charged to a DA account.

*c.* If a conflict in determining accountability between Army Headquarters cannot be resolved within command channels, the commanders involved will submit a formal request for decision to the DASAF. The request will include a summary of circumstances, statements of involved commanders, and recommendations. These actions are separate from accident investigation requirements and will not restrict or impede the investigation and reporting process. The final determination for accountability will be made by the DASAF based on—

(1) Teardown and analysis results.

(2) Recommendations and analysis prepared by the accident investigation board.

(3) Analysis of the accident report.

(4) Analysis of the equipment improvement report and/or SF 368.

(5) Any combination of paragraphs 3–9c(1) through 3–9c(4).

*d.* If an accident involves two or more DOD components, the DOD component responsible for the accident will account for fatalities, injuries, and property damage in that DOD component's accident statistics. Normally the convening authority for these accidents is the DOD component experiencing the greater loss.

## 3–10. Categories of accident investigation reports

The Army has two categories of safety accident investigation reports-limited use reports and general use reports.

*a. Limited use safety accident investigation reports.* These are DA accident investigation reports used solely for the prevention of subsequent DA accidents. Limited use accident reports include all investigations of aviation accidents, friendly fire accidents, and accidents involving complex systems and military-unique items (such as ships, guided missiles, lasers, and armored vehicles), operations, or exercises.

(1) Since much of this information is available only from persons directly or indirectly involved in the accident, a means must be provided to establish frank and open exchange of such information without fear of recrimination or other adverse action.

(2) The promise of confidentiality is authorized for limited use safety accident investigation reports only.

*(a)* In limited use investigations, witnesses may be given the option of making their statement under a promise of confidentiality if they are unwilling to make a complete statement without such a promise and the investigation board believes it is necessary to obtain a statement from a witness.

*(b)* This promise must be explicit, documented, and given only as needed. Safety investigators must inform the witness that the promise of confidentiality applies only to information given to the safety investigator and not to the same information if given to others.

*(c)* All persons who provide information to accident investigators in this category under a promise of confidentiality may be assured that DA will not disclose this information under the Freedom of Information Act (FOIA).

(3) In addition to the accidents indicated above, when the accident's causal factors are determined to be vital to national security it may be categorized as limited use. This application and determination of limited use safety accident investigation reports is delegated to the Commander, USACR/Safety Center, on a case-by-case basis.

(4) The notation "limited use safety accident investigation report" will be used for the identification of these reports.

*b. General use safety accident investigation reports.* These are reports prepared to record data concerning all recordable DA accidents not covered by limited use safety accident investigation reports. These reports are intended for accident prevention purposes and will not be used for administrative or disciplinary actions within DOD. Witnesses will be advised that their statements may not be used for internal DOD adverse administrative or disciplinary purposes. Promises may not be given that the information will be treated as exempt from mandatory disclosure in response to a request under the FOIA. However, the witness may be assured that personally identifiable information will be redacted prior to release, but other information is subject to disclosure under the provisions FOIA.

*c. Restrictions.* The following restrictions are imposed on the handling of both limited use and general use safety accident investigation reports:

(1) Reports will not be used before any evaluation board (as evidence or to obtain evidence for disciplinary action) in determining the misconduct or line of duty status of any personnel or to determine liability in administrative claims for or against the Government.

(2) To the extent permissible under the law, these reports will not be released in their entirety to the public or any Federal agency outside of DOD. Privileged portions of the reports may not be used in any legal proceeding-civil or criminal. DOD will use its best efforts to seek available appellate review of a court order to release a report.

(3) Excerpts from safety investigation reports composed of purely factual material (such as date, time, location, type system, weather, maps, and transcripts of air traffic communications) may be released to other investigators and to the public subject to FOIA exemptions. Only the initial denial authority, the Commander, USACR/Safety Center, may authorize release of information exempt under FOIA. Transcripts of relevant portions of intracockpit voice recordings may be included in the report and released to the legal accident investigation; however, recordings of intracockpit voice communications may only be released upon specific authorization of the Commander, USACR/Safety Center.

*d. Legal accident investigation reporting.* Commanders may initiate a legal accident investigation (formerly known as a collateral investigation) to obtain and preserve all available evidence for use in subsequent administrative or legal actions. The safety accident investigation has priority over a legal accident investigation.

(1) Legal accident investigations are used to obtain and preserve all available evidence for use in litigation, claims, disciplinary action, or adverse administrative actions. They are essential for the protection of the privileges afforded to accident investigation reports, as they ensure there is an alternative source of evidence for use in legal and administrative

proceedings. Although nonprivileged information acquired by a safety accident investigator will be made available to the legal accident investigation, the latter is conducted independently and apart from safety accident investigations.

(2) Safety personnel currently assigned to a full-time safety position will not be appointed as members of a legal accident investigation. However, safety personnel can use and will be given access to any information in a legal or administrative investigation. Legal investigators may consult with safety personnel for their expertise when necessary except when investigating the same accident. Care must be taken to avoid any appearance of undue influence or any compromise of the unit safety program.

(3) This type of investigation will be prepared—

*(a)* On all Class A accidents. Note that a line of duty investigation will satisfy this requirement for off-duty fatalities.

*(b)* As directed by the command's staff judge advocate or legal counsel according to AR 27–20.

*(c)* On those accidents where there is a potential claim or litigation for or against the Government or a Government contractor.

*(d)* On accidents with a high degree of public interest or anticipated disciplinary or adverse administrative action.

(4) A legal investigation of an accident may be conducted on any other accident at the direction of the commander whose personnel, equipment, or operations were involved in the accident. The investigation will usually use the procedures in AR 27–20 because most will involve potential claims. If that regulation is not applicable, the procedures in AR 15–6 for informal investigations will be followed.

*e. Criminal investigation of an accident.* The U.S. Army Criminal Investigation Command is responsible for investigating noncombat deaths to the extent necessary to determine whether criminality is involved. Until criminality is ruled out as a contributing factor in a death, the criminal investigation has priority over all other investigations.

## 3–11. Privileged information

For a safety investigation, privileged safety information includes—

*a.* Information given to a safety investigator pursuant to a promise of confidentiality and any information derived from that information or direct or indirect references to that information.

*b.* Products of deliberative processes of safety investigators, including—

(1) Draft and final findings, evaluations, opinions, preliminary discussions, conclusions, accident causes, recommendations, analyses, and other material that would reveal the deliberations of safety investigators.

(2) Draft and final diagrams and exhibits if they contain information that depicts the analysis of safety investigators.

(3) Animations that incorporate privileged safety information. Uninterpreted animations made exclusively from flight recorder raw data, including military flight operations quality assurance data, are not protected by the safety privilege and are generally releasable. However, prior to release, especially in cases where the product is derived from aggregate data; such animations must be reviewed for sensitive national security content. Animations found to include information that could compromise national security to any degree must be handled appropriately.

(4) Photographs, films, and videotapes that are staged, reconstructed, or simulated reenacts of possible or probable scenarios developed by or for the analysis of the safety investigator. However, photographs depicting a measuring device or object contrasted against accident evidence for the sole purpose of demonstrating the size or scale of the evidence are not considered privileged safety information and may be released.

(5) Life sciences material that contains analysis by a safety investigator.

(6) Notes taken by safety investigators in the course of their investigation, whether or not they are incorporated, either directly or by reference, in the final safety investigation report.

(7) Reviews and endorsements of safety investigation reports.

## 3–12. Actions when criminal activity is determined

*a.* If, during the safety investigation, the accident investigation board discovers evidence of criminal activity that is causal to the accident, the board president will immediately suspend the investigation and notify the safety investigation convening authority and the Commander, USACR/Safety Center. The safety investigation convening authority will notify the responsible military criminal investigative organization according to AR 190–30 and AR 195–2 when he or she determines there is evidence of criminal activity. The safety investigation convening authority will determine whether the safety investigation will proceed.

*b.* In these instances, the board president will provide the following to military police or Criminal Investigation Command investigators—

(1) Physical or common source items.

(2) That factual information and documents that do not contain privileged safety information. The evidence will be surrendered to military police or Criminal Investigation Command personnel and the safety investigation board members will provide the documents necessary to establish the chain of custody.

*c.* If the evidence is based upon witness summaries obtained on a promise that the information would be used within DOD only for accident prevention purposes, the board president will provide a list of personnel interviewed and copies of all common source materials. The board president may release any other witness summaries. The board president will not discuss individual summaries or specific comments that led to the board's suspicion of criminal activity.

## 3–13.  Accident investigation board appointing authority

*a.* The following are responsible for appointing accident investigation boards as required by this regulation:

(1) The commander having general court-martial jurisdiction over the installation or unit responsible for the operation, personnel, or materiel involved in an accident, or

(2) The Commander, U.S. Army Reserve Command (USARC), for U.S. Army Reserve (USAR) units assigned to USARC, or

(3) The Commander, USACE, for personnel assigned to the USACE, or

(4) The appropriate state adjutant general in the case of ARNG accidents.

*b.* Exception to the general court-martial convening authority (GCMCA) requirement of the above paragraphs may only be granted by HQDA (DACS–SF) upon request.

(1) When personnel or materiel involved in an accident are from units under the command of different GCMCAs, the convening authorities concerned should agree on who will appoint the board. Their decision should be based on their relative degrees of involvement as well as considerations of administrative convenience. If an agreement cannot be reached, the decision will be made by the first general officer in both chains of command or by the respective Army Headquarters commanders.

(2) When an accident occurs away from the responsible unit's home station, the officer who would normally appoint the board may request the GCMCA for the installation closest to the accident or upon which the accident occurred to conduct the investigation. Coordination for such a transfer of authority should include specific agreement on funding the cost of the investigation.

(3) For accidents involving USAR personnel on active duty for training status, assigned or attached to a command other than USARC, the officer who exercises GCMCA over the accident site will appoint accident investigation boards.

(4) In some cases, the unit or installation that is responsible for the personnel, equipment, or operation involved in the accident may be under the command of a different Army Headquarters office than the GCMCA who would normally appoint the board. In this case, the two Army Headquarters commanders may enter into supplemental agreements that provide for a different appointing authority.

*c.* The appointing authority will—

(1) Appoint on orders, for Class A and Class B accidents, the president and other members of the board from other battalion or battalion-equivalent organizations than the accountable organization. Individuals from the accountable organization may be designated as advisers (nonvoting) to enhance the investigation and reporting of the accident.

(2) Request support from higher headquarters when investigation requirements are beyond the unit's capability. However, the USACR/Safety Center is the sole authority for requesting outside Army, Government, and public or private agency assistance.

(3) Give priority to accident investigation and reporting duties to ensure prompt completion of accident reports. Appointing authorities will ensure that adequate clerical and administrative support is available to assist in the rapid completion of accident investigations.

(4) Ensure that no member of the board has a personal interest in the outcome of the accident investigation.

## 3–14.  Types of safety accident investigation boards

Two types of boards may be convened–either CAI or installation-level accident investigation. Upon notification of a Class A or Class B accident, DASAF will determine whether a CAI or installation-level accident investigation will be conducted.

*a. Centralized accident investigation board.*

(1) The USACR/Safety Center will provide the following information to the board appointing authority:

*(a)* Name, rank, security clearance, and social security number of the USACR/Safety Center board members.

*(b)* The special requirements and desired qualifications for local board members (for example, instructor pilot, flight surgeon, vehicle technician).

(2) The board appointing authority will—

*(a)* Appoint a member of the local safety office to serve as POC for the board.

*(b)* Assure that preliminary actions required by this regulation are initiated before arrival of the USACR/Safety Center board members. At a minimum, these actions include, but are not limited to, the following:

1. Provide administrative and logistical support for the investigation board.

*Note.* CAI board members deployed into a combat zone for Army accident investigation purposes will be attached (for all administrative and logistical support) to the highest level of the ACOM having responsibility for theater.

2. Fund all support costs other than travel and per diem costs of the USACR/Safety Center personnel and those other Government, public, or private agency personnel specifically requested by the USACR/Safety Center to provide assistance.

3. Secure the accident scene and take action as required by this regulation.

4. Obtain copies of personnel, medical, and training records (to include licensing and qualification records) for all personnel directly involved in the accident.

5. Identify and notify local board members.

6. Publish orders appointing the investigation board.

7. Confirm personnel security clearances, as necessary, and obtain access for board members (such as special clearances to access the accident scene).

8. Provide logistical support to include equipment to recover wreckage and resources necessary to ship components to the appropriate Army depot or lab for teardown analysis and arrange for special transportation (such as tactical vehicles or aircraft, if required) to transport the board members to the accident scene.

9. Obtain the following witness information: name, rank, unit, and telephone number.

10. Obtain the serious incident report, military police reports, and Criminal Investigation Command reports, if completed.

11. Obtain the name of the medical officer conducting the autopsy and the date, time, and location it will be/was performed and the results.

12. Obtain a map that includes the accident site.

13. Obtain directives that pertain to the operation that resulted in the accident.

14. Obtain weather statements (signed by a forecaster).

15. Provide any other data or information requested on the USACR/Safety Center precoordination checklist sent by the board president.

*b. Installation-level accident investigation board.* The appointing authority—

(1) Will appoint on orders a board to investigate all on-duty Class A and Class B accidents and Class C aviation accidents except those investigated by the USACR/Safety Center accident investigation boards.

(2) Will ensure a board of any accident designated by HQDA or an Army Headquarters performs an in-depth investigation.

(3) In addition to the above requirements, may elect to conduct installation-level accident investigation (board mandatory or board optional) of any type of accident.

## 3–15. Accident investigation boards

*a.* The following accidents will be investigated according to DA Pam 385–40 by a board consisting of a minimum of three members:

(1) All on-duty Class A and Class B accidents.

(2) Any accident, regardless of class, that an appointing authority or the Commander, USACR/Safety Center believes may involve a potential hazard serious enough to warrant investigation by a multimember board.

*b.* Class C aviation accidents (flight, flight related, aircraft ground, or UAS) will be investigated by a board of at least one member.

*c.* While the following accidents do not require formal board appointment orders, they will be investigated by one or more officers, warrant officers, safety officers or noncommissioned officers (NCOs), supervisors, or DA SOH specialist/manager/engineer, in the grade of GS–018/803–9 or higher:

(1) All off-duty military accidents.

(2) Class C, Class D, and Class E ground accidents.

(3) All aviation Class D, Class E, and Class F accidents or incidents.

*d.* When an accident involves Army property and another Service's property, a single Joint board may be convened. Board members may be from the two Services involved. Appointment of the members and identification of a senior member as president will be made by mutual agreement between the commanders of the safety centers. For uniform reporting within each Service, the board's proceedings will be recorded in the format required by each Service.

*e.* When an Army aircraft accident involves a civil aircraft or function of the Federal Aviation Administration, compliance will be per AR 95–30. Army aircraft accidents that involve aircraft of treaty nations will be investigated according to DA Pam 385–40.

**3–16. Board composition**

*a.* The following personnel may serve on Army safety accident investigation boards:

(1) Army officers or warrant officers (Army aviators for aircraft accidents).

(2) DA SOH specialist/manager/engineer, GS–018/803–9 or higher (for aircraft accidents, one who directly manages an aviation safety program).

(3) Full-time technicians who hold current federally recognized officer or warrant officer status.

(4) DOD medical officers or DOD-contracted medical officers (flight surgeons are preferred for aircraft accidents).

(5) Qualified DOD maintenance personnel.

(6) Senior NCOs when they are considered subject matter experts for the equipment or operation involved.

(7) Enlisted personnel (grade E–5 and above) who are UAS, MOS-qualified operators may serve on UAS accident investigation boards.

(8) DOD weather officers.

(9) Any other personnel approved by the Commander, USACR/Safety Center.

*b.* The safety accident investigation board appointing authority will be as specified in paragraph 3–13.

(1) Voting members will be screened to ensure that they do not have an interest in the accident that may bias the outcome of the investigation.

(2) Personnel appointed as advisors are nonvoting participants. Local advisors function to enhance and expedite accident investigation and reporting. Local advisors will normally consist of the safety office POC and a POC from the organization incurring the accident. In cases where equipment involved is unique to one organization or activity at a location, technical personnel from the organization incurring the accident may be used in an advisory status at the discretion of the board president.

*c.* Personnel of other Services may be used as members of Army accident investigation boards; however, a participant from another Service will not be designated as president of the board. Investigation and reporting will conform to this regulation and DA Pam 385–40. If assistance is required in obtaining members from other Services, the request will be forwarded to the USACR/Safety Center.

*d.* For on-duty Class A and Class B accidents, individuals appointed as board members will not be from the battalion or battalion-equivalent organization that incurred the accident.

(1) The president of the installation-level accident investigation board will be a field grade officer (chief warrant officer 4/chief warrant officer 5 is considered field grade) or a DA Civilian, familiar with the type of operation, in the grade of GS–12 or higher. For CAIs, the board president will be a major or above or a DA Civilian GS–12 or above. The CG, USACR/Safety Center, may approve highly qualified and specifically trained warrant officers as board presidents on a case-by-case basis.

(2) One member will be appointed to act as recorder.

(3) When an accident involves any of the following, a medical officer or flight surgeon (if a flight surgeon is not available, an Army medical officer may be appointed) is required to be a board member. In the case of an on-duty DA Civilian accident, a medical advisor is sufficient.

*(a)* Personal injuries.

*(b)* Issues (including injuries) associated with PPE, egress from the aircraft, medical evacuation, rescue, or survival.

(4) One member will be a qualified maintenance officer or technician if materiel is involved.

(5) One member may be a qualified weather officer if/when weather is a suspected contributing factor.

*e.* Class A and Class B aviation accidents specific board requirements.

(1) *Manned aircraft accidents.*

*(a)* One member will be a master or senior Army aviator.

*(b)* One member (who could be the master or senior aviator) will be qualified in the mission, type, design, and series of the aircraft involved.

(2) *Unmanned aircraft systems.*

*(a)* One member will be an Army aviator.

*(b)* One member will be a UAS, MOS-qualified operator in the grade of E–5 or higher.

(3) For watercraft accidents, at least one board member will be an Army Marine warrant officer or a DA Civilian familiar with boat operations, navigation, and boating safety.

*f.* In the case of Class C aviation accidents, when more than one individual is on the board, the president will be an Army officer, senior warrant officer (chief warrant officer 3 and above), an DA Civilian in the grade of GS–11 or higher that directly manages an aviation safety program, or a full-time ARNG or USAR technician. In addition, a flight surgeon (if not available, an Army medical officer may be appointed) is required to be a board member when an accident involves—

(1) Personnel injuries.

(2)  Issues (including injuries) associated with PPE, aircraft egress, medical evacuation, rescue, or survival.

*Note.* For one-member Class C boards, the board president must be senior in grade to the aircraft crewmembers. Also, Class C UAS accidents do not require a rated Army aviator board member.

  *g.* Specific duties and responsibilities of board members are outlined in DA Pam 385–40.

## 3–17. Support of Army safety accident investigations

  *a.* Army military treatment facility (MTF) commanders will support accident investigations as required by accident investigation board presidents or unit investigators. This support will include, but is not limited to, the following:
  (1)  Evaluating human and environmental factors that contributed to the accident.
  (2)  Providing medical, dental, and medical service corps personnel such as flight surgeons, radiologists, pathologists, dentists, industrial hygienists, and psychiatrists to serve as members or advisors to accident investigation boards.
  (3)  Performing biochemical testing of personnel involved in or contributing to all Class A, Class B, or Class C aviation accidents, or when deemed appropriate by the commander or physician (consult with the Armed Forces Medical Examiner System (AFMES), commercial (302) 346–8648, DSN 366–8648, Web site: http://www.afmes.mil). Biochemical testing is required for all crewmembers and any other personnel who may have contributed to a Class A, Class B, or Class C aviation accident or on-duty ground Class A or Class B accidents.
  (4)  Performing physical examinations of surviving accident victims (per AR 40–501).
  (5)  Performing autopsies on the remains of aircrew members is mandatory (per AR 40–21). In other cases, the Armed Forces medical examiner may authorize an autopsy according to DODI 5154.30. An autopsy may be conducted where the Federal Government has exclusive jurisdictional authority and where the circumstance surrounding the death are unknown or unnatural; there is a reasonable suspicion the death was by unlawful means; or the identity of the decedent is unknown. This includes unnatural or violent deaths resulting from known or suspected accidents; that is, deaths specifically resulting from vehicular, aircraft, vessel, or other aviation and/or ground accidents. Additionally, pursuant to AR 40–400, the Army MTF commander may direct an autopsy when it is considered necessary for the protection of the welfare of the military community to determine the true cause of death or to secure information for the completion of military records. In cases where the accident investigation board concludes that an autopsy is necessary, consistent with the above guidelines, the Commander, USACR/Safety Center, will consult with the MTF commander nearest to the scene of the accident or where the body is located. In other cases, consent of the next of kin is required according to AR 40–400.
  *(a)*  When possible, autopsies should be performed by the AFMES.
  *(b)*  If AFMES personnel cannot perform an autopsy, it will be performed by personnel in the following order of precedence:
  1.  Military forensic pathologist.
  2.  Army pathologist or civilian forensic pathologist.
  *(c)*  The individual conducting the autopsy will consult with the Armed Forces medical examiner, AFMES, by calling commercial (302) 346–8648, DSN 366–8648, Web site: http://www.afmes.mil.
  (6)  Assisting in obtaining results of autopsies conducted by civilian authorities.
  (7)  Conducting detailed external examinations (to include photographs) and full body X-ray examinations. Samples of blood, urine, and other body fluids of deceased accident victims will be obtained for laboratory testing when permission for an autopsy is refused.
  (8)  Providing admittance and disposition sheets to local safety offices.
  *b.* The Army provost marshal office will support investigations, to include liaison with local law enforcement as required. This support will include providing accident information from DA Form 3946 (Military Police Traffic Accident Report) and daily blotters.
  *c.* All installation organizations (for example, the director of industrial operations and the director of engineering and housing) will support accident investigations as required.

## 3–18. Review of accident investigation reports

All accident investigation reports will be processed by each reviewing agency.
  *a. Initial review.* The initial reviewing official will normally be the commander of the unit involved or the commander of the supervisor directly responsible for the operation, material, or persons involved in the accident. This official will review the accident report, provide written concurrence or nonconcurrence with the findings/recommendations, ensure that factual data are circulated within the unit, ensure recommendations that can be put into effect at the unit level are implemented, and forward the original through the designated chain of command to the Army Headquarters approval authority.

*b. Installation-level safety manager review.* The installation-level safety manager or the equivalent when an installation safety office does not exist will ensure that the entire accident report is prepared per instructions, and accident data are analyzed for prevention purposes.

*c. Army Headquarters approving authority.* Army Headquarters commanders or their designated representatives will provide written concurrence or nonconcurrence for each finding and recommendation made by the accident investigation board (Class A, Class B, and aviation Class C accidents). The Army Headquarters safety office will ensure that the accident report is complete and take additional actions when required.

## 3–19. Processing accident reports

Prepare one original and two copies of the appropriate forms and supporting documents. Send ARNG accident reports through Army National Guard (NGB–AVS), 111 South George Mason Drive, Arlington, VA 22204–1382 to Commander, U.S. Army Combat Readiness/Safety Center, 5th Avenue, Building 4905, Fort Rucker, AL 36362–5363.

*a.* For all on-duty Class A, Class B, and Class C aviation accidents, forward the original report through channels to the accountable organization's Army Headquarters and then mail or electronically forward to Commander, U.S. Army Combat Readiness/Safety Center (CSSC–SDA), 5th Avenue, Building 4905, Fort Rucker, AL 36362–5363.

*b.* For all other accidents, submit the original copy of the report to Commander, U.S. Army Combat Readiness/Safety Center (CSSC–O), Data Quality Control Division, Fort Rucker, AL 36362–5363, and electronic copies to usarmy.rucker.hqda-secarmy.mbx.safe-accident-information@mail.mil.

*c.* Copies will be retained by the appointing authority's safety office and any other offices as directed by the Army Headquarters.

## 3–20.  Reports prepared by the U.S. Army Combat Readiness Center/Safety Center

Reports prepared by the USACR/Safety Center will be completed within 90 calendar days of the accident and returned through the unit chain of command. The original and one copy of the report will be forwarded to the unit experiencing the accident; another copy will be forwarded directly to the appropriate Army Headquarters. Commanders will review the original report, concur or nonconcur in writing, and return the report through channels to the Army Headquarters. The Army Headquarters office will ensure that the original copy of the report is returned to the USACR/Safety Center within 90 calendar days from the date of the USACR/Safety Center letter of transmittal.

## 3–21.  Changes to accident reports and request for extension of submission time limits

*a.* A change to an accident report will be submitted when—

(1)  An event occurs that changes the classification of an accident (for example, from Class C to Class B or Class B to Class A).

(2)  Additional information is discovered that was not known when the initial report was submitted. Changes to reports will not be submitted for changes in number of days lost or property damage estimates, except as indicated in paragraph 3–21*a*(1).

*b.* When requesting a downgrade change (that is, Class A to Class B) supporting documentation such as an actual cost of damages or estimated cost of damages is required.

*c.* Requests for extension beyond the accident report due date will be made telephonically or via email (usarmy.rucker.hqda-secarmy.mbx.safe-accident-information@mail.mil) to the Administrative Quality Control Section, USACR/Safety Center (commercial (334) 255–2325/255–2347, DSN 558–2325/558–2347) by the Army Headquarters Safety Office.

## 3–22.  Headquarters, Department of the Army accident report evaluation, review, and action

*a.* The USACR/Safety Center will review all accident reports for regulatory and technical compliance.

*b.* The USACR/Safety Center will evaluate all DOD and DA-level recommendations for entry into the recommendation and tracking system. The USACR/Safety Center will—

(1)  Establish and maintain a formal automated system to track actions on DA-level recommendations from accident reports.

(2)  Provide written notification to the command, organizations, or agency responsible for implementing or initiating corrective action on DA-level accident recommendations.

*c.* Army Headquarters, Program Executive Offices, and DA Staff agencies and activities will—

(1)  Establish and maintain a formal system to track actions taken on DA-level recommendations from accident reports for which they are responsible.

(2)  Establish and maintain a formal system to track actions taken on unit level and higher level recommendations from Class A, Class B, and Class C aviation accident reports for units, organizations, agencies, or activities under their respective command or control.

*d.*  Upon receipt of written notification of recommendations, the responsible DA-level organization will provide telephonic acknowledgement within 5 working days and an initial response to the USACR/Safety Center within 60 calendar days as to corrective action initiated or planned. Interim and follow-up reports are required every 90 days after initial response until the action is closed.

*e.*  All DA-level recommendations not accepted or implemented by the responsible command, organization, agency, or activity will be returned to the Commander, USACR/Safety Center, with support rationale within 60 calendar days after the date on the letter of transmittal.

### 3–23.  Maintaining accident records

According to AR 25–400–2, all accident report records required by this regulation and maintained by the USACR/Safety Center will be retained at least 10 years. For other organizations, retain records of accident investigations, to include the current fiscal year and the previous 5 fiscal years.

### 3–24.  Deviations

Occasionally, the safety accident reporting requirements of this regulation may be incompatible with mission accomplishment. In such cases, Army Headquarters commanders may request through channels an exception from the specific requirements from Office of the Director of Army Safety (DACS–SF), 9351 Hall Road, Building 1456, Fort Belvoir, VA 22060–5527.

### 3–25.  Scene preservation

A concerted effort is required by Army Headquarters commanders to ensure that each group of investigators is able to collect the information and evidence required to properly conduct its investigation. When an accident is investigated by military police or Criminal Investigation Command, the investigating personnel will retain control of the accident scene until it has been processed in support of any criminal investigation. Military police or Criminal Investigation Command personnel will cooperate with safety personnel and coordinate closely with them to ensure that the safety investigation board has access to the scene in support of their mission when doing so will not compromise any criminal investigation.

*a.*  When the situation permits preservation of the accident scene, only those actions necessary for making the area safe for entry, rescue or recovery of victims, and criminal investigation by military police or Criminal Investigation Command will initially be allowed. Whenever possible, photographs of the location of victims should be made before the victims are moved. Access will be restricted to those commanders and personnel directly involved in investigating the accident. Before the arrival of the accident investigation board at the accident site, military police or Criminal Investigation Command personnel may remove all items of physical evidence necessary to support any criminal investigation. When the scene is released by military police or Criminal Investigation Command, safety board members will be accompanied by military police or Criminal Investigation Command personnel who know the nature and location of the evidence removed prior to the safety board's investigation. Personnel who directed the rescue operations and who can discuss damage to or movement of wreckage that occurred during the rescue operation should also assist the board.

*b.*  When the situation does not permit preservation of the accident scene, military police or Criminal Investigation Command personnel will remove all items of evidence needed for any criminal investigation. Photographs of items before they are collected will be made whenever possible. All components, wreckage, and debris needed to support any criminal investigation will be taken as evidence and stored according to the provision of AR 195–5. Personnel involved in the recovery operation and knowledgeable of the resulting damage to the wreckage will be available during the accident investigation board's preliminary inspection of the wreckage. The appointing authority will ensure that photos are taken and a sketch of the scene is made with sufficient detail and measurements to allow a scale drawing to be made. All wreckage, damage, and ground markings incident to the accident will be identified and photographed before measurement and cleanup of the accident scene. The sketch and photographs will be provided to the president of the board as soon as possible after his or her arrival.

*c.*  The safety accident investigation board will be allowed to inspect physical evidence collected by military police or Criminal Investigation Command personnel as soon as possible. Release of physical evidence to safety investigators will take place as soon as possible if doing so does not risk compromise to the criminal investigation. Military police or Criminal Investigation Command investigators will provide photographs collected and will allow the safety investigation board access to physical evidence at the conclusion of the investigation or earlier if doing so does not risk compromise of the criminal investigation. Military police or Criminal Investigation Command chain of custody requirements for physical evidence will have priority but access by the safety board is often necessary to complete their mission. Witness

statements collected by military police or Criminal Investigation Command personnel will be made available to the safety investigation board at the conclusion of the criminal investigation or earlier if doing so does not risk compromising the criminal investigation. The accident investigation board president is responsible for ensuring that no member of the board takes any action that would destroy the evidence or would compromise the legal chain of custody of those items.

### 3–26.  Accident scene investigation
Procedures for accident scene investigation are contained in DA Pam 385–40 and the USACR/Safety Center Accident Investigator's Handbook.

### 3–27.  Access to information from other investigations
Military police or Criminal Investigation Command investigators will provide photographs collected and will allow the safety investigation board access to physical evidence. Military police or Criminal Investigation Command chain of custody requirements for physical evidence will have priority but access by the safety board is often necessary to complete their mission. Witness statements collected by military police or Criminal Investigation Command will be made available to the safety investigation board when military police or Criminal Investigation Command investigators determine that release will not jeopardize a criminal investigation. The safety investigation board will also have access to all personnel and medical records of personnel involved in the accident and maintenance records on the equipment involved in the accident. If evidence is forwarded to Criminal Investigation Command laboratories for analysis, the safety investigation board president will be provided a copy of the laboratory report. Whenever possible, Criminal Investigation Command personnel will advise the safety investigation board president of laboratory determinations that may be received from the laboratory by telephone. The safety investigation board president may determine additional information is necessary for the investigation. When this occurs, the safety investigation board president will request additional analysis by the laboratory. The results of the additional testing are considered common source factual data available for use by all investigators unless it clearly reveals the safety board deliberative process.

### 3–28.  Access to information collected by accident investigation boards
*a.*  Other Army authorized investigators will be given access to—
(1)  Reports received pursuant to submission of equipment to Army depots for teardown and analysis.
(2)  Command directed fitness-for-duty examinations.
(3)  Official records on personnel and equipment involved.
(4)  Photographs of the accident scene when not reconstructed or staged.
(5)  Witness summaries when a promise of confidentiality has not been offered.
(6)  List of witness names.
(7)  Transcripts of relevant portions of intracockpit voice recordings.
(8)  Any information that affects the cause of death or manner of death (homicide, suicide, accident, or natural causes).
*b.*  Personnel will not give other investigators access to—
(1)  Witness summaries taken by board members when a promise of confidentiality has been accepted.
(2)  Preliminary or final board findings and recommendations.
(3)  Voice recordings of intracockpit communications without authorization of the initial denial authority and the Commander, USACR/Safety Center.
*c.*  For all classes of accidents, where applicable, the accident investigation officer or the president of a board of officers will—
(1)  Obtain the name and unit address of the legal investigation officer or board president.
(2)  Provide the legal investigation officer or board president with all factual material requested.
*d.*  Paragraph 3–28*b* is punitive. Violations of paragraph 3–28*b* are separately punishable as a violation of a lawful general regulation under Article 92, Uniform Code of Military Justice (UCMJ, Art. 92). Penalties for violating this paragraph include the full range of statutory and regulatory sanctions, both criminal and administrative. Violations by DA Civilian employees may result in administrative disciplinary actions without regard to otherwise applicable criminal or civil sanctions for violations of related laws.

### 3–29.  Accident information
*a.*  Safety accident investigation reports are official documents. They will be used solely for accident prevention purposes or by court order that has been verified by USACR/Safety Center legal officer. These reports and their attachments, or copies and extracts, will not be enclosed in any other report or document unless the sole purpose of the

other report or document is accident prevention. Common-source documents, photographs, and those documents (other than witness statements) containing purely factual information that are available to other Army authorized investigations are an exception to this rule.

*b.* Personnel may not use safety accident reports, and the privileged documents contained therein, as evidence or to obtain evidence in any disciplinary, administrative, or legal action such as—

(1)  Determining or defending the determination of misconduct or line-of-duty status of Army personnel.

(2)  Flight evaluation boards or MOS reclassification actions.

(3)  Determining liability in claims for or against the Government.

(4)  Determining pecuniary liability.

(5)  Any other adverse personnel action.

*c.* Paragraph 3–29bis punitive. Violations of paragraph bare separately punishable as a violation of a lawful general regulation under UCMJ, Art. 92. Penalties for violating this paragraph include the full range of statutory and regulatory sanctions, both criminal and administrative. Violations by DA Civilian employees may result in administrative disciplinary actions without regard to otherwise applicable criminal or civil sanctions for violations of related laws.

## 3–30.  Release of information from safety accident investigation reports

*a.* All requests under the provisions of FOIA for information from, or copies of, safety accident investigation reports will be referred through command channels to Commander, U.S. Army Combat Readiness/Safety Center (CSSC–SS), 5th Avenue, Building 4905, Fort Rucker, AL 36362–5363. The USACR/Safety Center is the repository for all safety accident reports. The USACR/Safety Center commander has been delegated authority to act as the initial denial authority on requests for information from Army safety accident reports.

*b.* The SECARMY is the authority to assert the privilege to oppose any court-ordered release of privileged safety information for all investigations.

*c.* If a safety accident investigation report is properly sanitized, the privileged portions may be released. Only the Commander, USACR/Safety Center is authorized to sanitize and release a safety accident investigation report.

*d.* Requests received directly from members of Congress or their staffs for access to accident reports will be referred to Headquarters, Department of the Army, Office of the Chief of Legislative Liaison, 1600 Army Pentagon, Washington, DC 20310–0107. That office will then relay the request to the USACR/Safety Center. The request for information will be conducted in accordance with DODI 6055.07, Enclosure 5, paragraph 5.

*e.* Requests from non-DOD Federal agencies for access to reports are governed by other provisions of this regulation and, in many instances, by interagency agreements or specific regulations. (For example, AR 95–30 governs the release of information to the Federal Aviation Administration.) Command and installation safety offices that receive such requests will contact their local staff judge advocate or legal advisor or the USACR/Safety Center command judge advocate (DSN 558–2924 or commercial (334) 255–2924) or via email (usarmy.rucker.hqda-secarmy.mbx.safe-helpdesk@mail.mil) for guidance.

*f.* Requests from foreign militaries for privileged safety information must come from their respective safety agencies. The privileged safety information or sanitized safety information will only be shared if a reciprocal international agreement has been established between the USACR/Safety Center and the Foreign Defense Organization.

*g.* Subpoenas for the production of accident reports or for the testimony of accident investigators will be referred to the recipient's legal advisor or staff judge advocate for action required by AR 27–40 in consultation with the USACR/Safety Center command judge advocate.

*h.* Requests for access to accident reports from other staff sections and DOD organizations and commands are governed by the restrictions in this paragraph. The procedures below will be followed in response to these requests.

(1)  The requester must state the reason the information is needed and the purpose for which it will be used. If the requester's purpose is not solely for accident prevention and a legal investigation was conducted, the requester will state the reason the legal investigation will not satisfy the requester's need.

(2)  If the requester's sole purpose for requesting the report is accident prevention, the entire report may be released with a warning that further disclosure by the requester is not authorized.

(3)  If the requester intends to use the information for any purpose other than accident prevention, only common source data, the names of witnesses, photographs, diagrams, and the results of scientific or technical tests will be disclosed. Personnel will not release the following information:

*(a)* The report's findings, recommendations, and the investigators analysis.

*(b)* The content of witness statements, both confidential and nonconfidential, if they were obtained on a promise they would not be used for purposes other than accident prevention.

*(c)* Medical records unless they meet the requirements of AR 40–66.

*i.* In addition to OSHA reporting forms, a copy of the nonprivileged portions of safety accident investigation reports in which a DA Civilian employee is injured or property is damaged in a DA Civilian employee work area may be provided to the exclusive representative of the employee involved and to the appropriate safety and health committee, if requested. This information is provided for purposes of safety and/or accident prevention only.

*j.* Paragraph 3–30h(3) is punitive. Violations of paragraph 3–30h(3) are separately punishable as a violation of a lawful general regulation under UCMJ, Art. 92. Penalties for violating this paragraph include the full range of statutory and regulatory sanctions, both criminal and administrative. Violations by DA Civilian employees may result in administrative disciplinary actions without regard to otherwise applicable criminal or civil sanctions for violations of related laws.

## 3–31. Access to privileged safety information by Department of Defense contractors

DOD contractors may have access to particular privileged safety information in furtherance of an articulated safety purpose related to specific projects or contracts. Under no circumstances will a DOD contractor not working in direct support of an Army safety investigation have access to information (the witness statement) given to a safety investigator pursuant to a promise of confidentiality or to any direct references to that information or to any information that could be used to identify the source who provided the information. Prior to granting a DOD contractor access to any privileged safety information, the contractor, in its corporate capacity, will execute a nondisclosure agreement—

*a.* That identifies the privileged safety information at issue.

*b.* That articulates the reasons why the contractor needs access to the privileged safety information and describes permitted uses.

*c.* That articulates the specific rules with regard to making copies of or otherwise reproducing the privileged safety information.

*d.* In which the contractor agrees—

(1) That it is familiar with the Army-approved methods for the handling and storage of and the use requirements for privileged safety information.

(2) To protect the privileged safety information from unauthorized users or release, including in litigation.

(3) That access to the privileged safety information will only be granted to those employees of the contractor with a need to know and to no others.

(4) That it is fully responsible for its employees' actions with regard to the privileged safety information.

(5) To return or destroy, and include evidence of destruction, all privileged safety information when no longer required or when requested by the Army.

(6) That it understands violating the terms of the nondisclosure agreement may result in suspension of access to privileged safety information and any other sanctions allowed under the law or the contract.

(7) To the rules with regard to making copies of or otherwise reproducing the privileged safety information.

(8) To store privileged safety information in a manner to prevent unauthorized access.

(9) That privileged safety information will be used solely for meeting the requirements of its contract.

(10) That it will forward to the Army any requests, including FOIA and media requests, for information made available under this nondisclosure agreement.

(11) That prior to receiving the privileged safety information, it will require all its employees having access to privileged safety information to sign a personal nondisclosure agreement that mirrors for the employee the provisions of the contractor nondisclosure agreement.

*e.* The nondisclosure agreement will be reviewed by the command's staff judge advocate or legal counsel prior to the execution of the agreement.

## 3–32. Special reporting requirements

Accident investigation and reporting requirements for marine, chemical agent, explosives, ionizing and non-ionizing radiation, nuclear weapon and reactor accidents, and biological defense mishaps are addressed in DA Pam 385–40.

## 3–33. Costing

Computations for accident costs will be done according to DA Pam 385–40.

## 3–34. Injury and accident rates

These rates include recordable injuries and/or accidents with property damage meeting the reporting criteria. To convert the rates obtained in the following formulas (except aviation) to an annual rate for comparison of any time period, multiply the rate obtained by 12 and then divide by the number of months covered.

*a. Injury rates.*

(1) *Active Army military injury rate.* The Active Army injury rate is based on the total number of recordable injuries for each 1,000 personnel during a specified period. Injury rates are computed using the following formula: injuries multiplied by 1,000 and then divided by personnel strength.

(2) *U.S. Army Reserve and Army National Guard military injury rates.* The USAR and ARNG injury rates are the total number of recordable injuries for each 1,000 personnel during a specified period. Injury rates are computed using the following procedure:

(a) Prorated strengths are computed by subtracting the Active Guard Reserve (AGR) and mobilized population from the Selected Reserve strength, multiplying the result by 0.1068, and then adding this last result to the AGR and mobilized population.

(b) Multiply the number of injuries over a specified time period by 1,000 and then divide by the prorated strength as computed in the paragraph above.

(3) *Department of the Army Civilian employee injury rate.* The DA Civilian employee injury rate is the total number of recordable injuries per 100 civilian personnel during a specific period of time. Rates are computed using the following formula: number of fatalities/lost-time injuries multiplied by 100 and then divided by the DA Civilian strength.

*b. Accident rates.*

(1) *Army ground accident rate.* This rate is the total number of Army ground accidents for each 1,000 personnel over a specific time period. Rates are computed using the following formulas:

(a) *Active Army ground accident rate.* Number of accidents multiplied by 1,000 and then divided by personnel strength.

(b) *U.S. Army Reserve and Army National Guard ground accident rate.* Number of accidents multiplied by 1,000 and then divided by the prorated personnel strength.

(2) *Army aircraft accident rate.* The rates for Army rotary wing, fixed wing, and UAS aircraft will be computed in both Class A rates and Classes A through C rates per 100,000 flight hours. These rates will include flight accidents only.

*c. On-duty and/or off-duty injury and accident rates.* These rates are computed by multiplying the on-duty and/or off-duty number of injuries/accidents by 1,000 and then dividing by the respective Active Army or prorated USAR/ARNG personnel strengths.

# Chapter 4
# Contracting Safety

## 4–1. Introduction

*a.* This chapter prescribes DA policy for integrating safety into the contracting process.

*b.* DA Pam 385–10 contains technical requirements and processes for contract safety management, oversight, and control processes.

## 4–2. Policy

*a.* Contract activities will be conducted in a safe and healthful manner that minimizes accidents as well as impacts on Army operations and members of the public. Contractors must comply with applicable Federal, State, and local codes and standards, including SOH requirements, as well as any additional specific requirements invoked by the contract.

*b.* Army SOH professionals will be trained in contracting principles and procedures and contract safety requirements and processes (see DA Pam 385–10).

*c.* In general, the requirements in this regulation do not apply to contractor personnel. Army standards, such as this regulation, should not be referenced as a contract requirement unless the contractor is hired to perform SOH services for DA.

*d.* According to DODI 6055.1, Army safety and health responsibilities in contractor plants and contractor operations on Army property are generally limited to helping to ensure the safety of Government-owned equipment, protection of the production base, protection of Government property and on-site Army personnel from accidental losses, and the protection of the public. Contractors are responsible for the safety and health of their employees and protection of the public at contractor plants and work sites.

*e.* Clauses outlining contractor safety requirements and responsibilities will be included in solicitations and contracts as prescribed by the FAR, the Defense Federal Acquisition Regulation Supplement (DFARS), and the Engineer FAR supplement. (See DA Pam 385–10, chap 4.)

*f.* In addition to clauses as required by FAR, DFARS, and Engineer FAR supplement, activities will develop performance work statements and contract instructions and conditions that outline contractor safety requirements and responsibilities based on a risk assessment of the work to be performed and activity and/or command-unique

requirements. CORs, requiring activity, or the Defense Contract Management Agency, in consultation with local SOH subject matter experts, will develop additional and necessary clauses to mitigate risk.

*Note.* The only means for imposing SOH requirements on a foreign contractor or subcontractor, or for imposing Army SOH requirements on any contractor, is by incorporating the requirement as a contractual requirement (for example, a contract clause, special clause, statement of work, guide specification, or contract modification).

*g.* Under the OSH Act, all employers must comply with OSHA standards and must exercise reasonable diligence to determine whether violations of those standards exist. On multiemployer work sites, more than one employer may be considered responsible for a hazardous condition that violates an OSHA standard.

*h.* Contracting officers will consult with SOH subject matter experts to ensure that clauses for safety are included in solicitations and contracts as appropriate and necessary. SOH subject matter experts will assist CORs with monitoring contract SOH compliance.

*i.* When contractor mishap reporting is a contract requirement, such mishaps will be reported as outlined in chapter 3 of this regulation as well as DA Pam 385–40. In addition, the following will be reported:

(1) Injury or occupational illness to on-duty contractors.

(2) Damage to Government furnished material, Government furnished property, or GFE provided to a contractor.

(3) Contractor accidents involving Army property and personnel.

*j.* The COR will inform the local SOH office of instances where the contractor has been notified to take immediate action to correct serious or imminent danger conditions.

## 4–3. Army oversight and inspections of contractor operations

*a. Army oversight of contractor operations.* Army oversight of contractor operations is restricted to the following instances:

(1) Where the Army has statutory authority for oversight, such as the manufacture of ammunition.

(2) Where it is in the best interest of the Army. (Army oversight has historically contributed to lower accident rates among certain contractor employees, on-time delivery of products and services (increased readiness), and ultimate savings to the Government.)

*b. Occupational Safety and Health Administration inspections.* Army contractors operating from Army or privately owned facilities, located on or off Army installations, are "employers" as defined in 29 USC 652 and those that follow and are subject to enforcement authority by Federal and State safety and health officials as stated in the following:

(1) Federal and State OSHA officials must be granted access to DOD contractor workplaces on DOD installations without delay and at reasonable times.

(2) 29 USC Chapter 15 does not authorize the Secretary of Labor to assert authority over working conditions for which another Federal agency or any State agency acting under 42 USC exercises statutory authority to prescribe or enforce standards or regulations affecting SOH.

(3) Pursuant to 33 USC 941, when contractor work is performed aboard vessels in dry dock or afloat within Federal maritime jurisdiction, Federal OSHA standards apply and inspections and investigations may be performed by Federal OSHA officials.

(4) Army contractors have the responsibility of responding to any citations issued by Federal or State OSHA officials for violations of applicable standards.

(5) Full information regarding citations issued to Army contractors for violations of Federal or State OSHA standards involving Army-furnished equipment, facilities, or other property will be referred to all appropriate personnel, to include the COR and contracting officer, for appropriate action.

*c. Requirements for host nation inspections of outside the continental United States contracts.*

(1) HN officials must be granted access to Army contractor workplaces on Army installations without delay and at reasonable times.

(2) Army contractors have the responsibility of responding to any citations issued by HN officials for violations of applicable standards.

(3) Full information regarding citations issued to Army contractors for violations of HN requirements involving Army-furnished equipment, facilities, or other property will be referred to all appropriate personnel, to include the COR and contracting officer, for appropriate action.

*d. Inspection of contract activities.*

(1) In peacetime operations performed in CONUS or its territories or possessions, the contractor is responsible directly to Federal or State OSHA for the safety and health of the contractors' employees.

(2) The Army will conduct safety and health evaluations of all workplaces and operations where Army personnel are regularly employed at fixed installations during peacetime operations and, to the extent feasible, to wartime and

peacekeeping operations. Inspections of workplaces and operations on contractor facilities where fewer than 25 Army personnel are employed will be at the Army Headquarters' discretion based on existing conditions and potential risks. While no formal annual inspection is required, the Army is required to ensure the safety and health of their personnel in the contractor facility. In addition, evaluations will include determining if contractor operations jeopardize the safety and health of Army personnel and endanger Army property.

(3) Risk assessments and dosimetry of environmental and occupational chemical, radiological, biological, and physical hazards to Army personnel and supporting Army contractor personnel during OCONUS force deployments and construction of prospective health surveillance epidemiology databases will be accomplished under DODI 6050.5 and DODI 6490.3. Risk assessments of toxic hazards to which Army personnel and contractors are exposed during wartime and other contingency operations should cover all aspects of the potential hazard, from the source and levels of exposure to health effects of individuals and groups.

(4) In peacetime CONUS operations, Army SOH Programs will not perform any measurements; that is, perform worker exposure monitoring of contractor worker exposure to Army equipment, unless specifically provided for in contracts between the Government and the contractor.

## 4–4. Additional references to contract safety and health requirements

See the following sections of this regulation for additional references to contract safety and health requirements:

*a.* Chapter 5, Explosives Safety Management.

*b.* Chapter 7, Radiation Safety Management.

*c.* Chapter 9, System Safety Management.

*d.* Chapter 11, Motor Vehicle Accident Prevention.

*e.* Chapter 15, Aviation Safety Management.

*f.* Chapter 17, Workplace Inspections.

*g.* Chapter 20, Infectious Agents and Toxins.

*h.* Chapter 21, Chemical Agent Safety Management.

# Chapter 5
# Explosives Safety Management

## 5–1. Introduction

*a.* This chapter provides explosives safety policy for commanders with A&E missions and functions.

*b.* The explosives safety standards prescribed in DA Pam 385–64 will be used together with this chapter.

*c.* Explosives storage and handling must conform with DOD and Army standards for explosives safety unless using other criteria, such as those of the North Atlantic Treaty Organization or a HN, has been agreed to or is mandatory. A copy of all agreements will be made a permanent part of the real property records.

*d.* This chapter applies to activities and organizations with missions involving A&E and applies during peacetime, wartime, contingency operations, training, exercises, military munitions responses, and RDT&E (refer to AR 385–63 for guidance specific to live fire training and training ranges).

## 5–2. Policy

Consistent with peacetime, contingency, or wartime operational requirements and corresponding DOD military munitions requirements, it is Army policy to—

*a.* Provide the maximum possible protection to people and property from the potential damaging effects of DOD military munitions.

*b.* Comply with DA Pam 385–64 and, when outside the United States comply with HN, multinational, or U.S. explosives safety standards, whichever are more stringent, unless standards applicability is mandated by international agreement.

*c.* Utilize quantitative risk-based explosives safety assessment tools and criteria as decisionmaking aids.

*d.* Minimize exposures consistent with safe and efficient operations (that is, expose the minimum number of people for the minimum time to the minimum amount of explosives).

*e.* Enhance readiness and mission capability by providing for explosive safety management considerations throughout the military munitions life cycle.

*f.* Implement and maintain effective ESMP.

*g.* Prohibit the disposal (for example, burying and dumping) of DOD military munitions on land or in water except when specifically authorized by the SECARMY or his or her designee. This prohibition does not preclude covering

munitions with earth to control fragments and noise during authorized testing or destruction by detonation, or the use of in-situ capping, when implemented as an engineered remedy under an authorized munitions response action.

*h.* Give precedence to explosive safety management principles and requirements that provide for immediate protection of people and property while complying with applicable environmental regulations.

*i.* Conduct appropriate munitions response actions on Army real property that are known or suspected to contain military munitions and explosives of concern (MEC), according to appropriate environmental law, including 10 USC 2700 through 2710, 42 USC 9601 and those that follow, 40 CFR 300, and applicable DOD and Army regulations and policy, using the most appropriate technology or other types of response actions to ensure the protection of public safety, health, and the environment consistent with the current land use or reasonably foreseeable future use of the property.

## 5–3. Explosives Safety Management Program

The ESMPs will implement and comply with this chapter and DA Pam 385–64. The ESMPs will—

*a.* Address organization and staffing, site planning, facilities conformance, emergency response, tenants, master planning, ranges, contractors, accident prevention program, facility maintenance, demilitarization/destruction, RM, explosives safety issuances, records management, inspections/evaluations/audits, and training.

*b.* Identify the safety responsibilities of all organizations (including tenants that will be covered by a memorandum of agreement) with A&E missions and functions (for example, research, testing, manufacturing, transportation, storage, and demilitarization).

*c.* Specify how the safety office has direct access to the commander and identify lines of communication and reporting between the safety office and other organizations with an explosives mission.

*d.* Prescribe responsibilities and procedures for knowledgeable and qualified personnel to develop, coordinate, review, and approve site plans, safety submissions, and facility designs.

*e.* Prescribe responsibilities, requirements, and procedures that ensure qualified personnel develop, coordinate, review, and approve explosives safety waiver and exemption requests for facilities and equipment, as delineated in DA Pam 385–30, and provide the commander with essential risk data regarding the deficient situation.

*f.* Charter and prescribe responsibilities, composition, and procedures for local explosives safety council.

*g.* Prescribe processes for operational continuity (for example, SOPs and routine facility maintenance).

*h.* Prescribe responsibilities, requirements, and procedures for conducting audits and surveys to assess ESMP compliance with this regulation and to assess compliance of A&E activities with DA Pam 385–64, including tracking and follow-up of required corrective actions.

*i.* Prescribe responsibilities, requirements, and procedures for investigating, reporting, and analyzing A&E mishaps.

## 5–4. Explosives Safety Management Program leadership and support responsibilities

In addition to the general Army Safety Program responsibilities delineated in paragraph 1–5 of this regulation—

*a.* Army leaders of organizations with A&E missions and functions (for example, research, testing, manufacturing, transportation, storage, and demilitarization) will maintain cognizance of the posture of their ESMP as well as all explosives safety deviations with medium or higher residual risk level and duration greater than 60 days.

*b.* Safety directors of organizations with an A&E mission will—

(1) Establish, manage, and direct the organization's ESMP according to the requirements of this regulation and DA Pam 385–30, DA Pam 385–64, DA Pam 385–65, and other policies and standards the command deems necessary.

(2) Serve as the primary POC for all ESMP-related actions, coordinating with other agencies as necessary to maximize awareness as well as stakeholder and subject matter expert input.

(3) Keep leadership informed of the organization's ESMP posture and A&E safety issues.

(4) Ensure that explosives safety deviations are accurate and kept current. When the organization's leadership transitions, ensure that the incoming leadership is informed of and renews explosives safety risk acceptance.

(5) Ensure that A&E mishaps are properly reported, investigated, and analyzed.

(6) Ensure that explosives safety training requirements are properly identified, resourced, and complied with, and that individuals' completed training is documented.

(7) Conduct periodic evaluations to ensure the effectiveness of the organization's ESMP.

*c.* Quality assurance specialists, ammunition surveillance will be an integral component of the ESMP and will provide technical assistance to the organization's safety office, as delineated in DA Pam 385–64.

*d.* Ammunition warrant officers will be an integral component of the ESMP and will provide support to the organization safety office as well as leadership to tactical units.

## 5–5.  Deviation from standards

The A&E safety standards protect against serious injury, loss of life, and damage to property, but they are not intended to be so rigid as to prevent the Army from accomplishing its assigned mission. When deviating from this regulation or DA Pam 385–64, the proper authority must weigh the added risk to personnel and property against the strategic and other compelling reasons that necessitate such deviations.

*a. New construction or facility modification.* When building a new potential explosion sites or exposed site or performing a major modification on a structure (greater than 15 percent of current value) that violates or will violate the provisions of this regulation, DA Pam 385–61, or DA Pam 385–64 the commander must certify such projects are essential due to operational necessity or other compelling reasons and obtain written authority (procedures for completing and submitting a Secretarial certification are in DA Pam 385–30).

*b. Existing facilities.* When an existing facility violates the provisions of this regulation or DA Pam 385–64, waivers, exemptions, and CCRs will be executed and the risk will be accepted at the appropriate level of command.

*c. Violations.* Where operations violate the provisions of this regulation or DA Pam 385–64, a CORA will be completed according to DA Pam 385–30.

## 5–6.  Explosives safety site plans

*a. New facilities and construction.* Site plans are required for constructing new explosives facilities and for constructing any facility within the explosives arc of an existing explosives facility.

*b. Increased level of risk.* Site plans are required when the use or remodeling of the facility increases the level of risk associated with the facility. Site plans are not required for remodeling or changes in use when associated with a similar or lower level of risk.

*c. Site plan submission.*

(1)  The unit or organization responsible for operating the explosive site will request that the installation or garrison safety office initiate the site plan and will provide all necessary information to the installation or garrison safety office for the site plan development and coordination.

(2)  The installation or garrison safety office will—

(a)  Develop, coordinate, and submit explosive safety site plans according to DA Pam 385–61, DA Pam 385–64, and DA Pam 385–65.

(b)  Develop and coordinate the site plan with installation master planning or facility engineers, affected operating units, logistics, quality assurance specialists-ammunition surveillance, fire departments, security, and environmental and health agencies.

(c)  Forward site plans through the chain of command to the USATCES and, at a minimum, copy furnish the unit or organization responsible for the operation.

(3)  While the installation or garrison safety office is generally responsible for site plan development and coordination, in some circumstances a tenant or other organization may assume those responsibilities. Local agreements can dictate deviations in site plan responsibilities as long as all affected organizations are consulted and agree.

(4)  For off-installation locations, the organization with operational control-in coordination with the user if different than the operator-will develop, coordinate, and submit explosives safety site plans per DA Pam 385–61, DA Pam 385–64, and DA Pam 385–65.

(5)  As of 30 March 2012, all site plans are submitted electronically using the ODASAF-approved software. Installations with explosives safety siting software will submit site plans with this software. Installations that have not deployed explosives safety siting (such as locations with a small, static A&E mission) will submit site plans in electronic format by converting required documents to portable document format and emailing to the USATCES or uploading to a secure server.

*d. Other Service's acceptance of risk.* When the explosives arcs from a proposed Army potential explosive site expose the equipment or facilities of another Service to risk, that Service's acceptance of risk must be enclosed in the site plan package. The developing unit's chain of command will obtain acceptance of risk from the other Service's equivalent level of command based upon the level of risk involved. The USATCES will accomplish final Army coordination with the other Service's headquarters when the level of risk requires.

(1)  The reviewing chain of command will—

(a)  Indicate specifically in the letter of transmittal its approval of the proposal, along with changes, modifications, or specific precautionary measures considered necessary.

(b)  Submit correspondence and site plans to the Director, USATCES.

(2)  Notification of the DDESB approval on properly prepared and submitted routine plans can be expected within 90 days. The ACOM, ASCC, DRU, and ARNG must provide the following information to request priority reviews and approval:

*(a)* The date the reply is required.

*(b)* The proposed contract award date.

*(c)* The reason the priority action is needed.

*e. Explosives facilities built before January 1958.* Submission of a site plan for explosive facilities built before January 1958 is not required if the facility is used for the same purpose as originally constructed, the level of hazard associated with the facility's operations has not increased, and newer facilities have not impacted the original siting. Documentation of the facilities must be permanently recorded in the installation master plan or similar files. At a minimum, the permanent documentation must contain—

(1) The date of construction.

(2) The effective date of the application standards under which the facility was originally constructed.

(3) The original use information.

(4) The date the facility was either approved for use or was first used as an A&E facility.

*f. List of explosive facilities.* Army installations and activities will develop and maintain a comprehensive listing of all existing explosives facilities. Each explosives facility will be identified by building number, facility type (earth-covered magazine, aboveground magazine, operating building, and so forth) and user or owner activity, as applicable, and placed in one of the following categories:

(1) Facility has an approved explosives safety siting plan (ESSP) or an ESSP has been submitted for approval.

(2) Facility is grandfathered and the required documentation is on file.

(3) Facility has a properly executed risk assessment and CORA.

(4) Facility does not have an ESSP (approved or submitted), is not grandfathered, and does not have a properly executed CORA.

(5) ESSP is not required per DA Pamphlet 385–64.

## 5–7. Explosives licensing policy

*a.* All explosives facilities will be operated according to the requirements of DODD 6055.9E and DA Pam 385–64 or contracting safety requirements.

*b.* Facilities that cannot meet A&E safety standards will not be licensed unless covered by an approved waiver, exemption, or CCR.

*c.* Installation and unit commanders will ensure that A&E are stored only in licensed locations. Quantities will not exceed the amounts authorized on the license.

*d.* Explosives licenses will be developed and formatted according to DA Pam 385–64.

## 5–8. Ammunition and explosives safety surveys

*a.* The Army Logistics Review and Technical Assistance Office located at the U.S. Army Defense Ammunition Center conducts surveys of ammunition logistics and A&E safety. The A&E safety surveys assess compliance with explosives safety requirements of this regulation and DA Pam 385–64 and DA Pam 385–65. (If evaluating, contractor operations compliance will be evaluated against contract safety requirements.)

*b.* Explosives safety professionals from the Army Logistics Review and Technical Assistance Office will visit AMC, IMCOM, FORSCOM, TRADOC, ARNG, Military District of Washington, U.S. Army Test and Evaluation Command, U.S. Army Pacific, and U.S. Army Europe installations on a 4–year cycle to conduct A&E safety surveys. Local commanders will support and provide assistance to the team. Reviews, reports, and technical assistance are prescribed in AR 700–13.

*c.* The ODASAF, in conjunction with the DCS, G–4, will oversee A&E safety surveys, including development and approval of A&E safety survey criteria, and will review survey reports to identify A&E safety programmatic findings and trends and implement corrective actions.

## 5–9. Explosives safety assistance visits

*a.* The USATCES conducts explosives safety assistance visits to evaluate the effectiveness of a command, installation, or activity's ESMP and compliance with regulatory requirements, identify shortcomings, and provide assistance with ESMP improvements (including determining site plan requirements, developing site plans, evaluating explosives operations safety including quantity-distance and lightning protection and mobilization, range, and training issues).

*b.* The explosives safety assistance visits are strictly assistance visits. Any information gathered or reports generated will be between the USATCES and the command, installation, or activity evaluated, and there is no requirement for the installation to respond to findings.

*c.* Commands, installations, or activities seeking an assistance visit should contact the USATCES.

**5–10. Explosives safety training**

Explosives safety is a core competency of CP–12 SOH professionals. Army SOH professionals will be trained and competent in A&E safety and explosives safety management appropriate for their explosives safety responsibilities.

*a.* CP–12 personnel in job series 0018 and 0803 will complete the U.S. Army Defense Ammunition Center course, AMMO–107 (Introduction to Explosives Safety Management for Safety Professionals) and prerequisite courses (AMMO–45, Introduction to Ammunition; AMMO–63, U.S. Army Explosives Safety Familiarization; and AMMO–78, Ammunition Publications).

*b.* CP–12 personnel in positions with explosives safety roles and responsibilities are required to complete training in advanced explosives safety management and explosives safety for tactical environments. CP–12 personnel with explosives safety roles and responsibilities in industrial; RDT&E; and munitions response missions and functions must also complete training designed to provide requisite knowledge, skills, and abilities in these areas. Contact the U.S. Army Defense Ammunition Center or the ODASAF for further information on training requirements.

*c.* The Army Explosives Safety Training Working Group, chartered by the DASAF, will manage and advise the CP–12 FCR on explosives safety training.

*d.* Immediate supervisors will establish a designated timeline for the completion of courses and whether or not courses are required to be taken again.

**5–11. Hazards of electromagnetic radiation to ordnance**

A&E containing electrically initiated devices (such as exploding foil initiators, laser initiators, burn wires, fusible links, hot bridge wires, carbon bridges, and conductive compositions) will be designed or protected such that electromagnetic radiation does not cause an inadvertent initiation, degradation, or disablement. Both direct radio frequency induced actuation of the electrically initiated device or electrical coupling to and triggering of the associated firing circuits can occur, especially in a tactical radiated electromagnetic environment.

*a. Certification of military munitions.* During acquisition, MATDEVs are responsible for obtaining HERO evaluations and certifications of military munitions both for routine mission profiles and for anticipated Joint- or combined-operational missions. Minimally, HERO certification will involve evaluation without adverse effects to military munitions in an electromagnetic environment relevant to all life cycle configurations. This life cycle is referred to as the stockpile-to-safe-separation sequence and can consist of up to six distinct phases: transportation/storage, assembly/disassembly, handling/loading, staged, platform-loaded, and immediate post launch.

(1) *Recertification of military munitions.* HERO certification will be done when legacy military munitions are redesigned or before military munitions are employed in an electromagnetic environment for which they were not previously HERO certified.

(2) *Hazards of electromagnetic radiation to ordnance database.* All data from HERO evaluations will be compiled in a centralized data repository to support the Joint Spectrum Center Ordnance Electromagnetic Environmental Effects Risk Assessment Database for subsequent use in information applications.

*b. Electromagnetic environment controls.* Commanders will take measures (for example, identifying susceptibilities, quantifying electromagnetic environments, evaluating risks associated with operating procedures, and establishing tailored emission control instructions) to ensure that HERO effects on military munitions are resolved during the planning of Joint or combined operations and training exercises.

*c. Posting of radio frequency warning signs.* Areas where the levels of radio frequency electromagnetic fields constitute a radiation hazard to military munitions or to flammable materials located in areas where radiation hazards to military munitions exist will be clearly marked with warning signs or labels for mobile emitters.

*d. Hazards of electromagnetic radiation to ordnance warning signs.* Warning signs will be posted at any location where radar equipment or other possible sources of electromagnetic radiation might create the potential for premature initiation of military munitions. Warning signs will be placed along transportation routes approaching military munitions operations (such as, missile assembly and ammunition pier) at designated locations. Warning signs should alert operators of mobile or portable emitter systems to a potential hazard and restrictions when using these emitters (for example, radios and cellular telephones) past the designated point.

*e. Radio frequency identification.* Prior to using electronic equipment that intentionally generates radio frequency energy to identify or track military munitions or for use within a military munitions storage or operating facility (such as, assembly or disassembly and build-up areas) commanders will ensure that qualified personnel have evaluated and certified such equipment for use by comparing the device's radiated emission characteristics with respect to a military munition's potential susceptibility and determining a safe separation distance (see para 9–8).

## Chapter 6
## Public, Family, Child, and Youth, Off-Duty Recreation, and Seasonal Safety

### 6–1. Introduction
Public, Family, child and youth, and recreational safety programs are an essential part of the Army Safety Program that must continually heighten accident prevention awareness during all on-duty and off-duty recreational programs for Soldiers, DA Civilians, and their Families. Sports and recreational activities continue to rank high as a major cause of accidental injury.

### 6–2. Policy
*a.* As in all aspects of military planning and operations, RM applies to public and recreational activities. Soldiers and DA Civilians must be reminded that injuries and fatalities occurring during off-duty time are detrimental to combat effectiveness; therefore, RM will be used by Soldiers when planning their off-duty activities. It is highly recommended that DA Civilians do the same.

*b.* The public, Family, child and youth, recreation, and seasonal safety procedures and guidelines prescribed in DA Pam 385–10 will be used together with this chapter.

### 6–3. Preparation for leave and temporary duty
*a.* Procedures will be developed and implemented at all levels of the Army to ensure that Soldiers have applied RM to their leave, pass, TDY, or PCS travel plans which involve driving out of the local area, as determined by the commander.

(1) Immediate supervisors will require the use of the automated PMV risk assessment tool at https://crc.army.mil, prior to leave, pass, TDY, or PCS outside the local area, as determined by the commander.

(2) Immediate supervisors will review their Soldiers' planning, consult with them on their plans, and work with each of them to reduce any unacceptable risk.

*b.* Procedures will be developed and implemented at all levels of the Army to ensure that DA Civilians have applied RM to their TDY and PCS planning.

(1) Supervisors will require the use of the automated PMV risk assessment tool at https://crc.army.mil prior to TDY trips or PCS outside the local area, as determined by the commander.

(2) Supervisors will review their DA Civilians' TDY and PCS planning, consult with them on their plans, and work with each of them to reduce any unacceptable risk.

### 6–4. Safety promotion
Promotional programs and procedures will be developed to increase awareness of the specific hazards associated with the change of seasons and celebration of holidays. These programs and procedures will emphasize the application of RM in planning for Family outings, parties, and celebrations, especially addressing the use of alcohol and motor vehicles. Immediate supervisors will conduct safety briefings prior to all holidays and long weekends to emphasize the need for RM and hazard reduction.

### 6–5. Headphones
Using portable headphones, earphones, ear, or other listening devices while walking, jogging, running, skating, skateboarding, and bicycling, including pocket bike, MC, or moped, on DOD installation roads and streets, or adjacent to roadways or roadway intersections, is prohibited.

### 6–6. Water safety
As part of the Army Safety Program, a strategy will be established to provide safe water operations and water recreational activities. This strategy will be publicized in a manner appropriate to the geographic area and will incorporate the requirements contained in AR 215–1, paragraphs 8–25*t* and 8–28.

### 6–7. Recreational boating
Installations are to develop, publish, post, and enforce rules and regulations for all boating activities (for example, sailing, canoeing, skiing, personal watercraft, fishing, and so forth) addressing boating speed limits, alcohol consumption, right-of-way requirements, approved personal flotation devices, required safety training, accident reporting, and boating operator licensing according to Federal, State, and local laws.

**6–8.  Installation recreation areas**

Installations will develop, post, and enforce SOPs to ensure public and military personnel safety at all recreational facilities and areas (that is, camping, hunting, and picnic areas; baseball; multirecreational sport facilities; equestrian center; automotive shops; arts and craft centers; and so forth). SOPs will include all rules pertaining to the facility, training required, emergency reporting, and any other pertinent information necessary to maintain a safe and healthful environment.

**6–9.  Public activities on military installations**

Using military installations for public activities introduces a new set of risks that must be identified and either controlled or eliminated.

  *a.* RM will be used to identify all hazards and risks associated with setting up the event, operating the event, and cleaning up following the event.

  *b.* An emergency response plan will be developed to cover medical and other emergencies identified by the RM process.

**6–10.  Volunteer safety**

Volunteers, both statutory and Army Community Service, are valuable assets which provide beneficial human resources to the installation. Guidelines for volunteers are addressed in DA Pam 385–10.

**6–11.  Sporting events**

  *a.* Installations will ensure development and publishing of safety information for all sporting activities offered through the installation facility.

  *b.* Activities will submit safety requirements to installation safety for approval and dissemination for all supported activities.

**6–12.  Child, Youth, and School Services Program and facilities**

  *a. Safety officer duties.* The safety officer will—

  (1) Conduct pre-certification and annual inspections of Family child care homes.

  (2) Verify compliance with CYS services safety standards on designated CYS services safety inspection format annually.

  (3) Monitor the safety of CYS services facilities as a special hazard area and conduct required annual and other inspections.

  (4) Provide training to CYS services personnel on safety related matters, especially special risks and concerns of populations served.

  (5) Serve as a member of the garrison CYS services inspection team.

  (6) Ensure CYS services facilities and Family child care homes are entered into installation hazard abatement programs as necessary.

  (7) Consult on SOPs developed by the installation CYS services coordinator to ensure that CYS services staff apply RM to their daily planning and all field trip events and activities.

  *b. Safety structural requirements.* CYS services facilities will meet the requirements of this regulation, AR 40–5, and CYS services safety related standards.

  *c. Safety operational requirements.* The installation safety officer will assist the CYS services coordinator in the development of daily safety monitoring checklists for CYS services facilities and playgrounds, Family child care homes, sports fields, equipment, and toys.

# Chapter 7
# Radiation Safety Management

**7–1.  Introduction**

  *a.* This chapter prescribes DA safety policy and processes for the Army radiation safety function. This chapter applies to all sources of radiation, both ionizing and non-ionizing.

  *b.* DA Pam 385–24 contains technical requirements for developing management and control processes for operations involving sources of radiation. Its implementation is mandatory.

  *c.* DA Pam 385–25 provides occupational dosimetry guidance and dose recording procedures for exposure to ionizing radiation. Its implementation is mandatory.

**7–2. Applicability**

This chapter applies to activities and organizations with a mission involving ionizing and non-ionizing sources and applies during peacetime, wartime, contingency operations, training, exercises, and RDT&E.

**7–3. Policy**

*a.* Army organizations will develop management and quality control processes to identify, mitigate, and control hazardous radiation fields and other radiation hazards associated with Army activities and equipment by engineering design, administrative controls, or protective equipment (in that order). Organizations will also ensure that exposure to ionizing radiation is kept as low as reasonably achievable.

*b.* HERO, Hazards of Electromagnetic Radiation to Personnel (HERP), and Hazards of Electromagnetic Energy to Fuel (HERF) will be mitigated prior to conducting all military exercises, operations, and activities.

*c.* Radiation sources and radiation producing devices will comply with all applicable Army, DOD, and Federal regulations and requirements.

*d.* Organizations will not adopt a practice or conduct an operation involving exposure of personnel to radiation in excess of the applicable exposure standards in 10 CFR 20.1201 without prior approval for a planned special exposure. Planned special exposures conducted under 10 CFR 20.1206 require written approval from TSG and the Army RSO. This does not preclude using operational exposure guidance during deployment.

*e.* Although a commander or director may assign the radiation safety functions of the RSO or laser safety officer (LSO) anywhere in their organization (that is, safety office, logistics, TSG's office, commander's staff, and so forth), the RSO and LSO will have direct access to the commander or director for radiation safety purposes.

*f.* Organizations involved in RDT&E and in acquisition of equipment (including COTS equipment) that emits radiation or contains radioactive material will develop management and quality control processes to—

(1) Identify hazards and controls and incorporate protection measures or identify operational restrictions before fielding.

(2) Process residual risks for acceptance per AR 70–1 before fielding materiel.

(3) Ensure that radiological concerns have been addressed in the fielding, training, and life cycle management of commodities containing radioactive material or that produce radiation.

(4) Ensure that proponents of technical publications include radiation safety requirements about siting, operation, training, and maintenance of commodities and systems that contain radioactive material or emit radiation.

*g.* When required to furnish dosimeters to occupational workers, procedures outlined in DA Pam 385–25 will be followed. This does not prohibit ASCC commanders from using military standard dosimeters, including electronic dosimeters, for deployment operations. Readings from these dosimeters cannot be substituted or be used as official radiation exposures unless they are Army-approved National Voluntary Laboratory Accreditation Program- accredited U.S. Army Dosimetry Center issued personnel dosimeters. Supplemental dosimeters can be used during investigation of potential overexposures or to determine a personnel dose in the absence of an U.S. Army Dosimetry Center personnel dosimeter.

*h.* Environmental documentation will be developed for radiation sources and radiation producing equipment (see 40 CFR and AR 200–1 for environmental requirements).

*i.* Disposal of radioactive material on Army property is prohibited. However, the garrison commander may authorize radioactive releases to the atmosphere or to the sanitary sewerage system that are in compliance with all applicable Federal, DOD, Army, State, local regulations and laws, host nation requirements, and terms of any applicable international agreements.

*j.* Army overseas controls of radiation sources will be at least as protective as Army domestic controls.

**7–4. Application of U.S. Army Radiation Safety Program**

The requirements of appendix B are mandatory and will be applied to the requirements of this chapter and DA Pam 385–24.

**7–5. Radiation safety key components**

As part of the Army Safety Program, a radiation safety function will consist of management and control processes addressing all aspects of the following key components as applicable:

*a.* License, ARA, and Army radiation permit management and associated recordkeeping.

*b.* Personnel monitoring to address—

(1) Bioassay.

(2) External dosimetry.

(3) Records.

*c.* PPE and engineering controls.
*d.* Handling and disposal of radioactive waste.
*e.* Equipment calibration.
*f.* Maintenance of radioactive materials.
*g.* Training.
*h.* Inventory and accountability.
*i.* Shipping and receiving.
*j.* Foreign and captured material.
*k.* Military operations support.
*l.* Garrison support of tenants and contractors.
*m.* Life cycle management.
*n.* Use and storage—
(1) Posting.
(2) Security.
*o.* Radiation surveys.
*p.* Leak testing.

## 7–6. Army radiation authorization

*a.* An ARA is required for all Army sources not regulated by NRC except—

(1) By-product, source, or special material that the NRC has declared to be license-exempt (10 CFR 30.14 through 10 CFR 30.20, 10 CFR 40.13 through 10 CFR 40.14, and 10 CFR 70.13) or generally licensed (10 CFR 31; 10 CFR 40.20 through 10 CFR 40.28; and 10 CFR 70.19 through 10 CFR 70.20b).

(2) Less than 0.1 microcurie (3.7 kilobecquerels) of radium.

(3) Less than 1 microcurie (37 kilobecquerels) of any naturally occurring/accelerator produced radioactive material other than radium.

(4) The NRC's regulations regarding license-exempt concentrations (10 CFR 30.14) and quantities (10 CFR 30.18) will be applied similarly to naturally occurring/accelerator produced radioactive material with respect to ARA exemption upon HQDA approval. Applicants for such exemptions will send supporting documents through command channels to Office of the Director of Army Safety (DACS–SF), 9351 Hall Road, Building 1456, Fort Belvoir, VA 22060–5527.

(5) Electron tubes containing less than 0.1 microcurie of any naturally occurring/accelerator produced radioactive material radioisotope.

(6) Machine-produced ionizing radiation sources not capable of producing a high radiation area or very high radiation area (that is, 1 millisievert {100 millirem} in 1 hour at 30 centimeters from any surface of the device). For example, medical and dental diagnostic X-ray systems and some battery powered pulsed X-ray systems do not require an ARA. However, commanders will establish policies and procedures to assure that design and use of these excepted sources complies with applicable radiation safety regulations and guidelines and that only appropriately trained and authorized personnel operate them.

*b.* When NRC generally licensed items are centrally purchased, the CG, AMC, will issue an ARA to ensure that the general license requirements have been met.

*c.* The Army reactor office (AR 50–7) permits Army nuclear reactors and Army reactor-produced radioactive material that remains at the reactor site.

*d.* X-ray systems on Federal land are covered under the Army Radiation Safety Program and not the state in which the Federal land is located.

## 7–7. Army radiation permits

*a.* Non-Army agencies to include vendors and civilian contractors require an Army radiation permit to use, store, or possess ionizing radiation sources on Army lands as per 32 CFR 655.10. (For the purposes of this paragraph, ionizing radiation source means any source that, if held or owned by an Army organization, would require a specific NRC license or ARA.) Other DOD services working on Army lands are exempt from Army radiation permits.

*b.* Disposal of radioactive material by non-Army agencies on Army property is prohibited. However, the garrison commander may authorize radioactive releases to the atmosphere or to the sanitary sewerage system that comply with all applicable Federal, State, local, DOD, and Army regulations.

## 7–8. Laser safety

The Army Laser Safety Program will be according to DODI 6055.15 and ANSI Z136 guidance. DA Pam 385–24 and TB Med 524 provide further guidance on managing a laser and high intensity optical Radiation Safety Program. When

reasonably achievable, engineering controls will be favored over procedural controls for controlling personnel exposure to lasers. The following program aspects will be covered by all Army Laser Safety Programs:

*a*. The U.S. Army will provide (upon request) an update of the laser protection program to the Office of the Deputy Under Secretary of Defense (Installation and Environment) (DUSD(I&E)) as part of the SOH Program in-progress review requirements of DODI 6055.01.

*b*. The U.S. Army will provide (upon request of the Food and Drug Administration (FDA)) to the DOD the status of the Army military-exempt laser process.

*c*. A documented Army Laser Safety Program is required and a trained LSO appointed in writing to oversee the program if Class 3B, Class 4, or military-exempt lasers are being used. The LSO will provide his or her leadership and laser workers and incidental laser workers within his or her area of responsibility with advice and assistance on all matters pertaining to laser radiation safety and perform all laser radiation safety functions that Federal, DOD, and Army regulations require.

*d*. Training is required for all Class 3B, Class 4 (as per ANSI Z136.1 Section 5), and military-exempt lasers. Laser safety training should be provided to users of Class 1M, Class 2, Class 2M, and Class 3R lasers. Training will be consummate with the hazard of the laser. The Army Laser Safety Program must emphasize laser injury prevention, education, and reporting incidents/accidents as per DODI 6055.15. Where appropriate, training will include cardiopulmonary resuscitation and safety procedures for applicable non-beam hazards associated with laser systems in use.

*e*. Acquisition of type classified, military specific laser systems is conducted by the program executive offices of the ASA (ALT). Lasers manufactured or marketed in the United States for the DOD are required by DODI 6055.15 to comply with all provisions of 21 CFR 1040. Laser products used exclusively by the DOD that are designed for actual combat, combat training, or are classified in the interest of national security and are unable to comply with the Federal standard may be exempted from some requirements of 21 CFR 1040, but will meet the guidance to the greatest extent possible. If a laser product is unable to comply with the Federal standard, the manufacturer is responsible for requesting, from the DOD procuring agency, the use of the military exemption. The program managers within the PEOs will implement the DOD military exemption process as per FDA guidance in FDA Exemption No.76EL–01DOD, FDA Laser Notice 52, MIL–STD 1425A, and the ANSI Z136.6 standards. The U.S. Army Institute of Public Health (USAIPH) can provide guidance on the DOD military exemption process at http://phc.amedd.army.mil/phc%20resource%20library/mil_%20laser_exemption_fs%2025–025–0212.pdf. Exempt lasers must be tracked by the receiving ACOM; ensure the program/product/project manager knows where the lasers are being used to ensure they are being properly controlled and safely used. Status of DOD military-exempt lasers in the Army can be requested at any time by the FDA. PEOs and/or program managers or contract officers issuing the DOD military exemption letter will provide an electronic copy of the DOD military exemption letter to the USAIPH (lasersafety@amedd.army.mil) for archival, tracking, and retrieval purposes. All military-exempt lasers should have a DOD military exemption label.

*f*. The USAIPH is established as the Army's Service-specific laser safety review process to provide a system safety review of all lasers used in the U.S. Army. All lasers used by the U.S. Army must be reviewed by the USAIPH.

*g*. Guidance on reporting a laser injury is included in DODI 6055.15, DA Pam 385–40, and DA Pam 385–24. The laser hotline number is 1–888–232–3764, DSN 798–3764, or commercial (937) 938–3764 or email esoh.service.center@wpafb.af.mil.

(1) For confirmed injury, ensure that the information is placed in the Defense Occupational and Environmental Health Readiness System.

(2) Ensure laser incidents are reported to the Laser Accident and Incident Registry for use in laser safety, protection, and treatment programs.

(3) For incidents to Army aircraft in commercial air space, report these incidents to the Criminal Investigation Command and the Federal Bureau of Investigation.

(4) Notify the installation public affairs officer at the onset of the accident or incident to allow activation of public affairs contingency measures.

*h*. Nonlaser ultraviolet, visible, and infrared sources will be used and controlled such that personnel exposures do not exceed the limits specified in the latest American Conference of Government Industrial Hygienists Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices. Personnel at the USAIPH can provide guidance on the safe use of these broadband light sources.

*i*. The following additional program aspects will be covered by all Army laser safety programs. Ensure that—

(1) Inventory is taken for all Class 3B and Class 4 lasers.

(2) Lasers are properly labeled and areas where lasers are operated are properly posted with laser hazard warnings.

(3) An occupational medical surveillance program for laser personnel is maintained according to DOD 6055.05–M and AR 40–5.

(4)  Appropriate laser eye protection is worn by personnel who may be exposed to the laser beam within the nominal hazard zone when engineering and administrative controls do not adequately control the laser hazards.

(5)  Periodic inspections of potentially hazardous laser systems are performed to ensure compliance with applicable regulations. Inspect the overall laser safety program at least annually. Recommend an independent outside organization review the laser safety program at least once every 3 years.

(6)  Ranges are reviewed for laser safety to include air-to-ground and ground-to-ground operations. There are tools to help in reviewing ranges to include laser range management tool software. (Laser safety on ranges is covered in DA Pam 385–63.)

(7)  All laser clearinghouse (LCH) guidance for lasers that go above the horizon are followed (see DODI 3100.11). Satellite protection guidance for the LCH is provided in the Satellite Protection Guidance for the Laser Clearinghouse memorandum dated 28 February 2012 (https://cecomsafety.apg.army.mil/safety/rso/misc/paper/lch%20satellite%20protection%20guidance%20(2012–02–28).pdf) which states the following do not have to go through the LCH laser deconfliction process as per U.S. Strategic Command Instruction 534–12: hand-held lasers, laser ranging and targeting systems developed for air-to-ground, ground-to-air, or ground-to-ground applications, and laser glint from all targets (space-based, water-based, air-based, and ground-based targets) (see the RSO Web site at https://cecomsafety.apg.army.mil/webtools/.)

(8)  Unwanted military-exempt lasers are disposed of according to DOD 4160.21–M. Do not dispose of potentially usable lasers or laser parts. Utilization and specialized sales will always precede demilitarization as per DOD 4160.21–M. Ensure that military-exempt lasers are brought into compliance with FDA prior to sale outside of DOD unless a variance is granted or it is a foreign military sale. Foreign military sales of military-exempt lasers are handled by AMC as per paragraph 1–4s(20). Disposition of a military-exempt laser without utilization or specialized sale requires approval of the DUSD(I&E) or designee. Send requests for such disposition through supply channels to the CG of the appropriate item manager.

## 7–9.  Army Electromagnetic Frequency Radiation Safety Program

*a.*  The Army Electromagnetic Frequency (EMF) Radiation Safety Program will be according to the DODI 6055.11, the guidance in Institute of Electrical and Electronics Engineers (IEEE) C95.1 and C95.7, and in compliance with the OSHA guidance in 29 CFR 1910.97. (See DA Pam 385–24 and TB Med 523 for further guidance.) When reasonably achievable, engineering controls will be favored over procedural controls for controlling personnel exposure to EMF radiation. The following program aspects will be covered by all U.S. Army EMF Radiation Safety Programs:

(1)  Have a documented EMF Radiation Safety Program and appoint in writing a trained radio frequency safety officer to oversee the program if EMF sources can exceed the EMF maximum permissible exposure (MPE) whole body levels. (The radio frequency safety officer can also be the RSO and/or the LSO.)

(2)  Inventory EMF sources that can exceed the MPE and have a Radiation Safety Program in place when sources can exceed the MPE. (TB 43–0133 provides guidance on MPE levels and when an EMF Radiation Safety Program is needed. If EMF systems are not identified in TB 43–0133, contact the USAIPH.)

(3)  Perform periodic inspections of potentially hazardous EMF systems to ensure compliance with applicable regulations. Inspect the overall EMF Radiation Safety Program at least annually. Recommend an independent outside organization review the EMF Radiation Safety Program at least once every 3 years.

(4)  Report all EMF radiation injuries. Guidance is included in DA Pam 385–40 and DA Pam 385–24. The EMF hotline number is 1–888–232–3764, DSN 798–3764, or commercial (937) 938–3764 or email esoh.service.center@gpafb.af.mil. When confirmed exposures to EMF radiation occur, ensure that information is placed in the Defense Occupational and Environmental Health Readiness Systems. Notify the installation public affairs officer at the onset of the accident or incident to allow activation of public affairs contingency measures.

(5)  Ensure that the EMF Radiation Safety Program covers all aspects of HERP, HERO, and HERF. (The Joint Spectrum Center provides deconfliction guidance on EMF systems. Further guidance is found in DODD 3222.03, Department of Defense Manual (DODM) 6055.09, Joint Publication (JP) 3–04, and DOD Military Handbook (MIL–HDBK)–240A.)

*b.*  The following additional program aspects will be covered by all U.S. Army EMF Radiation Safety Programs:

(1)  The radio frequency safety officer should be trained to the level of the program with appropriate refresher training. Individuals who could potentially be exposed to levels above the MPE should have awareness training. (IEEE C95.7 provides guidance on the level and type of EMF radiation safety training, if necessary.)

(2)  HERO warning labels may be affixed to all operated portable or mobile emitter systems to alert the user of the potential hazard if the emitter is operated closer than the prescribed safe separation distance for the military munitions-related operation of concern where appropriate. (Further guidance on HERO is in paragraphs  5–10 and 9–8 of this regulation.)

(3) Measurement procedures and techniques recommended by IEEE C95.3 will be used as basic guidance when making measurements to assess exposure of personnel to radio frequency radiation. USAIPH can provide information pertaining to personnel hazard evaluation and the capability for investigating and evaluating personal hazards created by various EMF systems. Request for USAIPH support is found at the following Web site: http://phc.amedd.army.mil/organization/institute/dohs/pages/radiofrequency.aspx.

(4) All EMF radiation sources capable of creating hazardous levels will be labeled as such before being offered to the Defense Disposition Services for disposal or resale. Furthermore, a memorandum will be prepared by the RSO/LSO/radio frequency safety officer to warn any new owner of the nonionizing radiation hazard that can be produced when the source is powered.

(5) Extremely low frequency electromagnetic radiation and static electric fields sources will be used and controlled such that personnel exposures do not exceed the limits specified in the latest American Conference of Governmental Industrial Hygienists Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices. Extremely low frequency and static field limits are located in IEEE C95.1.

(6) Static magnetic field sources will be used and controlled such that personnel exposures do not exceed the limits specified in IEEE C95.6.(6).

## Chapter 8
## Safety Awards Program

### 8–1. Introduction
This chapter establishes safety awards for recognizing organizations and individuals for their contributions and enhancements to the Army Safety Program.

### 8–2. Promoting safety
Safety awards enhance Army operations and improve safety awareness by recognizing and promoting individual and organizational accident prevention measures and successes.

### 8–3. Award guidance
Criteria, policies, and procedures for nominating units and individuals for the awards in this chapter are contained in DA Pam 385–10.

### 8–4. Department of the Army level awards
*a. Army Headquarters Safety Award.* This plaque is awarded on an annual basis by the SECARMY and/or CSA to ACOMs, ASCCs, DRUs, and ARNG that have demonstrated significant improvements, sustained excellence, and leadership in accident prevention programs.

*b. Army Exceptional Organization Safety Award.* This plaque is awarded each fiscal year to the general officer/senior executive service level organization, brigade, garrison (or equivalent), and battalion with the most effective overall safety program.

*c. Army Individual Award of Excellence in Safety.* This plaque is awarded each fiscal year to individuals who, in each of three categories-officer, NCO/enlisted, and DA Civilian-make the most significant contribution to accident prevention.

*d. Army Industrial Operations Safety Award.* This plaque is awarded each fiscal year to the organization with the most effective overall industrial operations safety program.

*e. Army Excellence in Explosives Safety Award.* This plaque is awarded each fiscal year to the organization with the most effective overall explosives safety program.

*f. United States Army Safety Guardian Award.* This plaque and certificate is presented by the ODASAF to individuals who, through extraordinary individual action in an emergency situation, prevent an imminently dangerous situation, prevent injury to personnel, or minimize or prevent damage to Army property.

*g. Army Aviation Broken Wing Award.* This plaque, certificate, and lapel pin is presented by the ODASAF to individuals who, through outstanding airmanship, minimize or prevent aircraft damage or injury to personnel during emergency situations.

*h. United States Army Risk Management Safety Award.* This plaque is awarded by the ODASAF to organizations or individuals who have made significant contributions to Army readiness through RM.

*i. Sergeant Major of the Army, Superior Soldier Safety Award Plaque.*  The Sergeant Major of the Army awards this plaque to the Soldier who demonstrates "pockets of excellence" or "best practices" in safeguarding Army operations or personnel.

## 8–5. Army Headquarters and organization-level safety awards

*a. Army Accident Prevention Award of Accomplishment.*  This award is presented to TOE or TDA detachments; company-sized units, battalions, or equivalent; brigades or equivalent; and divisions, installations, or activities that have completed 12 consecutive months, or a major training exercise, or an actual deployment of greater than 120 days without experiencing a Class A, Class B, or Class C accident.

*b. U.S. Army Aircrew Member Safety Award.*  Commanders present this award to aircrew members with at least 500 accident-free flight hours as a crewmember.

*c. Other individual and organizational awards.*  Leaders at all levels will recognize safe performance of individuals and subordinate organizations. Leaders are encouraged to develop awards that are tailored to recognize the accident prevention accomplishments within their sphere of activity, interest, or operation. Leaders may use DA Form 1119–1 (Certificate of Achievement in Safety) or are authorized to design and use locally produced certificates or trophies.

*d. Unit Impact Award.*  Commanders are encouraged to develop and issue policies for safety impact awards to promote safety awareness through on-the-spot recognition of safety related actions that are above and beyond what is required of an individual or organization according to AR 600–8–22, chapters  3, 10, and 11. Authorized awards include: medals, trophies, badges, commanders' coins, and plaques. Personal use items such as gym bags, clothing items, coffee mugs, and so forth should not be used as incentive awards to promote a safety program.

*e. Army Safety Excellence Streamer.*  This streamer is presented to organizations that have met prescribed eligibility criteria:

(1) Completing 12 consecutive months without experiencing a Soldier or unit at fault Class A or Class B accident;

(2) One hundred percent completion of RM training; and

(3) Completing ARAP.

## 8–6. Unit safety certification

Unit safety certification is used to identify units-platoon size or larger-that have achieved levels of safety that deserve recognition. When the below criteria have been certified by the commander at the next level, a certificate will be issued by the local safety office recognizing the unit's achievement for the given period of time. To be certified, a unit must have completed the following:

*a.* Appointed in writing a safety officer who has completed the required level of training.

*b.* Implemented a safety program according to this regulation.

*c.* Reduced the number of accidents, both on and off the job, by 50 percent of the previous year.

*d.* Had in place an accident tracking and reporting system that complied with the requirements of this regulation.

*e.* Had in place a documented RM process demonstrating controls implementation and management of identified risks.

*f.* Sustained the above initiatives for a significant and established period of time, such as 1 year, 2 years, and so forth.

## 8–7. Educational materials

Safety offices at all levels will distribute educational and marketing information on the Army's Safety Awards Program. Safety officers will ensure that all members of the organization are aware of this program.

## 8–8. Promoting the prevention awards program

Commanders at all levels will promote the prevention awards program using all available means. Typical procedures for promoting the Prevention Awards Program are placing articles in the installation and local newspapers, posting flyers/posters concerning the program, including the program in unit training opportunities (sergeant's time, morning roll call, and so forth), and announcing in local electronic media (radio and television).

# Chapter 9
# System Safety Management

## 9–1. Intent

This chapter prescribes policies and procedures to ensure hazards in Army systems and facilities are identified and the risks associated with these hazards are properly managed. It applies to all Army materiel systems, facilities, and

equipment, including NDIs and COTS items. It applies during all phases of the life cycle of systems, facilities, and equipment. These concepts apply to all levels of procurement and acquisition programs down to and including the installation level. Medical-related materiel may require more intensive management, including coordination with other Government agencies.

## 9–2. Policy

*a.* Army systems and equipment with uncontrolled residual hazards will not be fielded without executing the RM process. Emphasis will be placed on designing out hazards in Army systems and equipment. Training, administrative procedures, and labels will be used only as a last option (see order of precedence in MIL–STD–882E).

*b.* System safety will be applied early (for example, after concept decision) and tailored according to MIL–STD–882E for all Army systems and equipment, regardless of the acquisition process utilized (that is, evolutionary acquisition or spiral development), throughout their respective life cycles. Safety lessons learned will be a key consideration in selecting the best solution when analyzing alternatives.

*c.* Army commanders and managers will implement their system safety engineering and management responsibilities consistent with their missions to include accelerated acquisition, technology transitions, or NDI.

*d.* The MATDEV of a system-of-systems will have a tailored, overarching system safety program.

*e.* The host-platform MATDEV will assume safety responsibility for the total system integration, unless a memorandum of agreement states otherwise.

*f.* Hazards discovered in fielded systems, facilities, and materiel will be assessed and communicated in a timely manner. The hazards will be eliminated, controlled, or accepted through RM process and the ASAT, as appropriate.

*g.* An independent safety assessment of Army system safety risks will be provided in all ASARC and in-process review packages and will be provided directly to the milestone decision authority by the appropriate safety support for all milestone decision reviews (MDRs) and in-process reviews.

*h.* A system safety management plan will be developed for the acquisition of all systems to establish Army management objectives and responsibilities for executing a system safety program for the life cycle of a system (beginning at the concept decision). This will be updated and provided at each MDR.

*i.* Acceptance of Army system and equipment safety risks will be performed at a level of management authority commensurate with the risk.

(1) AR 70–1 establishes the Army's standard system safety risk decision matrix. Should program requirements dictate a different decision authority; an appropriate matrix will be developed by the program/product/project manager. The recommended matrix will be submitted for approval to the effected level of authority. The risk acceptance hierarchy will be published and updated as required in the appropriate system safety management plan.

(2) A formal SSRA will be used to document the acceptance of all risks exceeding the criteria for "low" risk. Either a separate SSRA will be developed and processed for each residual hazard or a consolidated SSRA at the system or subsystem level annotating residual hazards will be processed at an appropriate time consistent with the design decision process for that system. It is not desired that processing of SSRAs be deferred until the MDRs.

*j.* Army commanders and managers will ensure risk reduction by applying—

(1) System design changes that eliminate the hazard that can greatly reduce the probability or severity of a hazard.

(2) Safety devices which can reduce the probability or severity of a hazard.

(3) Training/procedures/cautions/warnings which can only marginally reduce the probability of a hazard.

*k.* Known system hazards associated with GFE, NDI, or COTS will be tracked and researched, to include possible interfaces with other system components.

*l.* Where the operating environment of the Army system is precisely the same as the operating environment for the corresponding commercial system covered by the consensus design standard, hazards can be closed out as "meeting or exceeding consensus design standards." Similarly, hazards associated with GFE need only be considered if the proposed GFE application exceeds the original operating environment or if interfaces are different from which the GFE is designed.

*m.* When a hazard has been identified, that has potentially significant impact upon Army training or operations, the program/product/project manager, in conjunction with the cognizant materiel development agency, will immediately alert the ASAT chair.

*n.* See paragraphs 5–11, 7–9, and 9–8 for HERO, HERP, and HERF requirements.

*o.* Joint weapon systems will undergo Joint weapon system safety review per DODI 5000.69. The Army Weapons Systems Safety Review Board will be utilized to coordinate the Joint process for Army led programs.

### 9–3. Objectives

The primary objective of system safety is to maximize operational readiness and mission effectiveness through accident prevention by ensuring that—

*a.* Hazards and associated risks are identified and managed for each system throughout its life cycle and all mission variations.

*b.* Hazards are eliminated through design or controlled to acceptable levels and risk associated with residual hazards is formally identified, accepted by the appropriate management decision level, and documented.

*c.* Hazards associated with new technology or operations are identified for consideration in later applications.

### 9–4. System safety standards

The system safety standards prescribed in DA Pam 385–16 are mandatory and will be used together with the requirements of this regulation.

### 9–5. System safety and the manpower and personnel integration program

System safety and health hazards will be integrated into the Army's MANPRINT program, which focuses on integrating human considerations into the system acquisition process to enhance Soldier system design, reduce life cycle ownership costs, and optimize total system performance.

### 9–6. Commercial off-the-shelf, nondevelopmental items, and local purchases

*a.* COTS, NDI, and local purchases can pose potential problems concerning operational support and maintenance. These problems result because the item was built to commercial standards. As a result, the product may introduce hazards in the military environment. The purchaser must compare the commercial application with the tactical battlefield environment.

*b.* Prior to purchasing, consider the following:

(1) Has the system been designed and built to meet applicable and/or any safety standards?

(2) Has a hazard analysis been performed?

(3) What is the accident history for the system?

(4) Are any protective equipment or actions needed during operation, maintenance, storage, or transport of the system?

(5) Does the system contain or use any HAZMAT (including radioactive substances), have potentially hazardous emissions (for example, laser), or generate hazardous waste and/or materials?

(6) Are special licenses or certificates required to own, store, or use the system?

(7) Is the system similar to previous military systems? Is there a history of accidents involving a similar system?

(8) Is the purchase attempting to resolve problems with previous equipment? Does it create new hazards?

(9) Will it interfere with operating or using other military equipment?

(10) Are there any interoperability and/or connectivity issues that cause safety hazards with the equipment?

(11) Is COTS electrical equipment used in Army workplaces "Listed" or "Labeled" by a Nationally Recognized Testing Laboratory such as Underwriters Laboratories? Military equipment released to the field under the auspices of AR 700–142 will be considered as equivalent to "Listed".

*c.* The AMC and the U.S. Army Test and Evaluation Command are resources to contact for assistance in determining if there are potential interoperability or connectivity issues with locally purchased equipment.

### 9–7. Radio frequency identification-hazards of electromagnetic radiation to ordnance certification

Prior to using electronic equipment that intentionally generates radio frequency energy to identify or track military munitions or for use within a military munitions storage or operating facility (such as, assembly or disassembly and build-up areas), qualified personnel will evaluate and certify such equipment for use by comparing the device's radiated emission characteristics with respect to a military munition's potential susceptibility and determining a safe separation distance.

*a.* If the system does not have a HERO impact that requires a safe separation distance for military munitions, the certifying agent will issue a HERO certification (unrestricted) to the program/product/project manager, item manager, or other responsible activity and forward a copy of the certification to the tester and the CAPDEV for the affected military munitions.

*b.* If the system is determined to have a limited impact that will not impose operational restrictions or diminish the capability of the automatic identification technology equipment to be used as intended and requires a safe separation distance for military munitions, the certifying agent will issue a HERO certification (with restrictions) to the

program/product/project manager, item manager, or other responsible activity and forward a copy of the certification to the tester and the CAPDEV for the affected military munitions.

*c.* If the system can adversely affect military munitions to the extent that managing HERO will impose undue operational restrictions or the restrictions (such as, required safe separation distances) placed on the system will diminish the capability of the equipment to be used as intended, the certifying agent will issue a letter rejecting HERO certification and notify the program/product/project manager, item manager, or other responsible activity of the need to either fix the equipment or, in the case of an operational requirement, request a waiver of the HERO certification requirements. Should the program/product/project manager choose to fix the equipment, the HERO certification request will be reprocessed upon evaluation by the tester.

## 9–8.  Integrating system safety program requirements into acquisition programs

AAEs, PEOs, and program/product/project managers will integrate system safety elements, tailored to meet the complexity of system and milestones of their systems, into their acquisition programs as part of the overall system acquisition strategy. This will be done by developing a system safety management plan for all systems (or for a family of systems) which will address the following requirements, milestones, and actions. The system safety management plan will contain provisions for—

*a.* Establishing Army management objectives and responsibilities for executing the system safety program.

*b.* Defining system-specific methods for determining severity and probability.

*c.* Describing the safety resources for the program.

*d.* Chartering the system safety working group composed of representatives from users, developers, testers, DA, and other stakeholders which will be maintained throughout the system life cycle.

*e.* Establishing a hazard tracking system to provide a total life cycle record of hazards associated with the system.

*f.* Defining a SSRA process to document formally the acceptance of all risks as specified in the system safety management plan.

*g.* Giving a safety assessment report and health hazard assessment and obtaining a mandatory safety release from U.S. Army Evaluation Center, when conducting tests, pretest training, materiel field use, materiel field training, and demonstrations involving Soldiers.

*h.* Obtaining a safety confirmation from U.S. Army Evaluation Center for milestone decisions and materiel release and/or fielding.

*i.* Documenting milestones and preparing a programmatic environmental, safety, and health evaluation or safety and health data sheet to support the MDRs.

*j.* Providing safety support for fielded items, safety evaluation of system modifications, and reprocurements to make certain hazards are not introduced into the system.

*k.* Notifying users of system hazards and countermeasures via the Ground Safety Notification System and safety-of-flight message system for hazards identified in fielded system. This provision does not apply to A&E that is covered by AR 75–1.

## 9–9.  Facility system safety

*a.* Army facilities with uncontrolled residual hazards will not be used without executing the formal RM process. Emphasis will be placed on engineering out hazards in Army facilities. Training, administrative procedures, and labels will be used as a last option (see order of precedence in MIL–STD–882E).

*b.* Army commanders, managers, and Centers of Standardization will establish, maintain, and use FASS engineering, management, and health analysis procedures for the design, construction, operation, and disposition of military and civil works facilities, ensuring a coordinated effort between all involved components.

*c.* Army commanders, managers, and Centers of Standardization will designate trained FASS POCs to develop preliminary hazard information and analysis in the early stages of facility concept for incorporation into the requirements and/or funding documents (DD Form 1391 (FY__, Military Construction Project Data), task orders, scope of work, and so forth) according to DA Pam 385–16.

*d.* Funding will be provided to conduct the relevant FASS effort throughout the life cycle of each facility.

*e.* Acceptance of Army facility and equipment safety risks will be performed at a level of management authority commensurate with the risk. A formal FASS risk assessment will be used to document the acceptance of all risks exceeding the criteria for "low" risk. A separate FASS risk assessment will be developed and processed for each residual hazard. The FASS risk assessments will be completed before the MDRs.

*f.* During the architect and/or engineer selection process, potential contractors will be evaluated for qualifications and experience with contractual FASS requirements.

*g.* Design and facility use changes will be evaluated for increased risks according to DA Pam 385–16.

*h.* Facility users will report any accidents, deficiencies, malfunctions, failures, or other situations related to facility design hazards.

*i.* A hazard tracking system to provide a total life cycle record of hazards associated with the facility and equipment will be maintained.

*j.* A FASS lessons learned database will be maintained.

## 9–10. Objectives

The primary objective of FASS is to maximize operational readiness and mission effectiveness through accident prevention by ensuring—

*a.* A FASS effort is established and documented during the life cycle of a facility.

*b.* A coordinated FASS effort from involved components is achieved.

*c.* Hazards and associated risks are identified and managed for facilities and equipment.

*d.* Hazards are eliminated by engineering out or controlled to acceptable levels and that risk associated with residual hazards is formally identified, accepted by the appropriate management level, and documented.

*e.* Hazards are tracked through the facility life cycle.

*f.* The FASS lessons learned are captured and shared.

## 9–11. Facility system safety standards

The FASS standards prescribed in DA Pam 385–16 are mandatory and will be used together with the requirements of this regulation.

## 9–12. Training requirements

Facility and/or project managers, safety professionals, and FASS POCs will be trained according to DA Pam 385–16.

# Chapter 10
# Training Requirements

## 10–1. Introduction

This chapter establishes the training requirements for safety support during Army operations and is intended to reduce losses of manpower and equipment, thus conserving combat power.

## 10–2. Required safety training

All Army personnel will be provided training in those areas needed to safely and efficiently execute their task. This training will specifically address—

*a.* The PPE required.

*b.* General safety requirements particular to the operation.

*c.* Risk mitigation techniques and controls.

*d.* Special safety requirements.

*e.* Lessons learned from previous operations.

*f.* Procedures for reporting and responding to accidents.

*g.* Identification of all known and perceived hazards.

## 10–3. Risk management in training

*a.* Leaders and managers are responsible for integrating RM into all Army processes and operations. SOH staffs will provide RM training, tools, and other related assistance. Risk reduction through application of controls by training, procedures, cautions, and warnings help reduce accident probability.

*b.* Commanders are to ensure that the RM process is incorporated into training plans.

## 10–4. Safety and occupational health training

All Active Army, ARNG, USAR, and DA Civilian employees will be provided the training and education necessary to achieve the skills listed in the paragraphs below. This training, as a minimum, will be according to 29 CFR 1960.

*a.* Each agency will provide SOH training for safety and health specialists through courses, laboratory experiences, field study, and other formal learning experiences. This training prepares them to perform the necessary technical monitoring, consulting, testing, inspecting, designing, and other tasks related to program development and

implementation, as well as hazard recognition; evaluation and control; equipment and facility design; standards; analysis of accident, injury, and illness data; and other related tasks.

*b.* Each agency will provide appropriate safety and health training for employees including specialized job safety and health training appropriate to the work performed by the employee (for example, clerical, printing, welding, crane operation, chemical analysis, and computer operations). Such training also will inform employees of the agency's SOH Program, with emphasis on the employees' rights and responsibilities.

## 10–5. Leadership training
Army leaders, commanders, directors, managers, and supervisors will be provided specialized training to enable them to properly execute their SOH and RM leadership responsibilities.

## 10–6. Commanders
*a.* Commanders are required to complete the Commander's Safety Course (CSC). The CSC provides commanders the tools to manage their unit safety programs effectively and to incorporate RM into all unit planning and activities. It leverages multimedia, Web-based distance learning technology and, as such, is accessible and easily retained for everyday use. The CSC is accessible through Army Training Requirements and Resources System.

*b.* Company grade officers must complete the CSC prior to assuming command. Brigade commanders, or first O–6 in the chain of command, will certify that their officers have successfully completed the CSC prior to assignment as company commanders. Brigade and battalion level command designees must complete the CSC prior to attending the Fort Leavenworth precommand course. The USACR/Safety Center is the course proponent for the CSC. A copy of training will be retained in the training file.

*c.* Additional training is available for supervisors (The Supervisor's Safety Course) and managers (The Manager's Safety Course) at the Army Learning Management System.

## 10–7. Career program-12 careerist
*a. Activity career program managers.* The senior CP–12 careerist at the ACOM, ASCC, DRU, major subordinate command, or installation level will serve as the activity CP manager.

(1) The activity CP manager provides advice, guidance, and support to local careerists and to the Army Headquarters CP–12 CP manager.

(2) The CP–12 careerists must complete training according to the ACTEDS.

(3) The CP–12 careerists must remain abreast of current developments in dynamic SOH as well as the Army philosophy and vision to achieve world-class performance.

*b. Supervisors.* Supervisors are responsible for coaching and counseling their employees on individual career development.

(1) This counseling includes assisting employees in establishing realistic career goals, assessing employees' shortfalls in training and experience, and identifying training and development needs and opportunities.

(2) Supervisors should use AR 690–950 and request assistance from activity CP managers in this endeavor.

*c. Individual careerists.* Each individual is responsible for his or her own career planning and personal development. Paramount to success is establishing individual career goals, ascertaining what training and development is needed to achieve those goals, then actively seeking out and pursuing the training and development required. In addition, individuals are strongly encouraged to obtain as much education as possible, to include advanced degrees and professional certification.

## 10–8. Additional duty/collateral duty safety personnel
*a.* Additional duty/collateral duty safety personnel are required to complete an online course, either the ADSC or the Collateral Duty Safety Course (CDSC). These courses focus on safety responsibilities for additional duty/collateral duty safety personnel at various levels of command. The ADSC/CDSC establishes the Army standard for trained and qualified additional/collateral duty safety personnel. Course completion will also satisfy the requirements for completing a local unit safety officer course.

*b.* Local safety offices will provide additional training to ADSOs/collateral duty safety officers (CDSOs) to ensure that they can sufficiently perform their ADSO/CDSO duties. Training should include command and local safety occupational health requirements; evaluation and abatement of local hazards; local procedures for reporting and investigating allegations of reprisals; the recognition of local potential hazardous conditions and environments; identification and use of Army, command, and local required SOH standards; and other appropriate rules and regulations that will assist ADSOs/CDSOs in performing their duties.

*c.* Additional/collateral duty safety personnel are required to complete the ADSC/CDSC within 30 days of appointment. ARNG and USAR personnel are afforded 90 days to complete the courses. The new ADSC/CDSC is hosted on the USACR/Safety Center online training management system. The USACR/Safety Center course certificates and resource compact disks are provided to users upon successful completion of the course.

## 10–9. Educational material

Safety education materials including: posters, films, technical publications, and pamphlets are proven cost effective safety awareness tools and, therefore, will be budgeted for and used at all levels of the Army to promote safety. This provision may not be used to purchase memento or souvenir items. Educational items must contribute to the Army's safety mission. The USACR/Safety Center will provide educational material upon request.

## 10–10. Specialized training requirements

The Commander, USACR/Safety Center is responsible for administering a program to provide safety training and education that meets the Army needs according to AR 600–3. Various functions within the Army Safety Program require specialized training. DA Pam 385–10, appendix C, contains a list of training requirements as well as the ACTEDS plan.

*a. Radiation safety training.* The training and experience of the RSO and the alternate RSO must be commensurate with the radiation program for which they will be responsible (formal radiation training must be completed before assuming duties). The dynamic aspects of the radiation protection program require that each garrison RSO be provided radiation protection training annually to ensure that he or she is adequately trained. Annual training will be scheduled and funded by the commander according to DA Pam 385–24.

*b. Explosives safety training.* Workers involved with explosives and ammunition will be provided training according to the requirements of DA Pam 385–64.

*c. Chemical agent safety training.* Workers involved with chemical agent operations will be provided training according to the requirements of DA Pam 385–61.

*d. Infectious agents and toxins safety training.* Biological workers will be provided training according to the requirements of DA Pam 385–69.

## 10–11. U.S. Army Combat Readiness/Safety Center

*a.* The USACR/Safety Center provides extensive safety training and a complete list of their available courses is located at https://safety.army.mil/. SOH intern training as well as ASO training are conducted at the USACR/Safety Center. Another source of safety training available to commanders is the USACR/Safety Center mobile training team. The team will come to the unit's location and conduct a 3-day or 5-day Army safety and RM training.

*b.* Additional training is available for supervisors, managers, CDSOs, and employees at the Army Learning Management System. The courses are:

(1) The CDSO Course.
(2) The Employee's Safety Course.
(3) The Manager's Safety Course.
(4) The Safety Committee Member's Safety Course.
(5) The Supervisor's Safety Course.

# Chapter 11
# Motor Vehicle Accident Prevention

## 11–1. Introduction

*a.* This chapter establishes requirements for traffic safety and loss prevention to reduce the risk of death or injury to Army personnel from PMV, AMV, and ACV accidents. It also establishes requirements for motor vehicle accident prevention on Army installations and supplements public traffic safety law.

*b.* This chapter applies to all active duty Army military personnel at any time, on or off a DOD installation; to ARNG and USAR personnel while in a military duty status; to all DA Civilian personnel in a duty status, on or off a DOD installation; to all personnel (including contractor personnel) in a DOD-owned motor vehicle; and to all personnel (including contractor personnel) at any time on an Army installation.

## 11–2. Motor vehicle accident prevention policy

To facilitate accident prevention efforts, Army personnel listed below will accomplish the following listed tasks:

*a. Commanders and directors at all levels.* Commanders and directors at all levels will—

(1) Brief all fatal and other Class A vehicle-related accidents (on-duty or off-duty Soldiers and on-duty DA Civilians, contractors and visitors to Army installations) to the first general officer in the chain of command.

(2) Ensure that Army vehicle maintenance and required before, during, and after operation checks are carried out according to ARs, technical manuals (TMs), and operator's manuals.

(3) Collect, analyze, and evaluate motor vehicle operator behavior and accident data to identify where accident prevention efforts must be focused.

(4) Ensure that AMV operators are selected, trained, tested, and licensed according to Army regulations.

(5) Ensure that AMV driver candidates meet State or HN driver licensing requirements.

(6) Ensure that senior occupants of vehicles are familiar with their authority and responsibilities according to paragraph 11–2c.

(7) Provide training, education, and motivation programs to prevent motor vehicle accidents. These programs will encompass the on-duty and off-duty operation of motor vehicles and recreational vehicles.

(8) Develop procedures to respond to traffic accidents-to include first aid, evacuation of injured, and the safe removal of disabled vehicles.

(9) Ensure formal recognition of vehicle operators and organizations with outstanding safe driving records.

(10) Ensure that personnel riding in vehicles requiring personnel to be exposed are trained in rollover and other emergency procedures.

*b. Supervisors of Army motor vehicle and Army combat vehicle operations.* Supervisors of AMV and ACV operations will—

(1) Enforce standards of performance to ensure safety and consistency of Army Soldiers' vehicle operations.

(2) Ensure that an assistant driver is assigned when required by paragraph 11–4c.

(3) Verify that Army vehicle drivers meet rest, duty time, and the alcohol restriction requirements.

(4) Verify whether Soldiers are taking prescription or nonprescription medication that may impair driving or alertness.

(5) Assess driver performance periodically and use incentives to reward drivers with good driving records.

(6) Incorporate the principles of the RM process into all motor vehicle related duties and responsibilities.

(7) Report hazardous operating conditions of Army vehicles to the vehicle dispatcher.

(8) Ensure that personnel operating or riding in tactical or combat vehicles have trained and rehearsed crew evacuation or rollover and fire drills.

*c. Senior occupant.* The senior occupant of an AMV or ACV is the senior ranking individual present or, in the case of a combat vehicle, the vehicle commander (VC), and is responsible for the overall safety of the occupants. The senior occupant or VC will—

(1) Ensure that the requirements of this regulation and AR 600–55 are met.

(2) Ensure that the vehicle is operated in a safe manner and according to applicable AMV standards and traffic safety laws.

(3) Ensure that the driver is licensed on the vehicle to be operated.

(4) Prevent drivers who appear fatigued or who are physically, emotionally, or mentally impaired from operating a vehicle.

(5) Ensure that drivers obey headphone and listening devices, operator distraction, and alcohol consumption restrictions.

(6) Ensure that vehicle occupants use occupant restraint devices at all times. If the senior occupant cannot be ascertained, the driver will be responsible for enforcement.

(7) Ensure that the authorized seating capacity of the vehicle is not exceeded.

(8) Assist the driver in identifying unsafe mechanical conditions of the vehicle.

(9) Report hazardous operating conditions of vehicles according to the organization's maintenance SOPs.

(10) Identify road and/or other driving hazards.

*d. Motor vehicle operators.* Motor vehicle operators will—

(1) Operate vehicles in a safe and prudent manner. This includes complying with local speed limits, vehicle speed limits, operating limits, municipal and State laws, SOFAs, and military vehicle regulations.

(2) Report use of prescription or nonprescription medication that could reasonably impair driving or alertness to the immediate supervisor.

(3) Report hazardous operating conditions of the vehicles to the vehicle dispatcher.

(4) After seeking emergency aid, report accidents immediately to the supervisor and to the vehicle dispatcher.

(5) Ensure that the cargo has been properly loaded and secured prior to and during transport.

(6) Wear installed restraint systems and enforce the requirement for passengers to wear occupant restraint devices at all times. Personnel involved in emergency medical care are exempt from the restraint use requirement.

(7) Ensure that vehicles and their contents are properly secured when left unattended, to include setting the emergency brake and adequately blocking and chocking the wheels.

(8) Safely ensure that highway warning devices are properly displayed when the vehicle stops on or beside the traveled portion of the roadway.

(9) Post personnel and warning triangles to warn approaching traffic when the vehicle is disabled or halted in a location that obstructs traffic.

(10) Use ground guides according to the provisions of this regulation, FM 21–60, and TC 21–305–20.

(11) Ensure that personnel riding in tactical or combat vehicles have been trained and have rehearsed crew evacuation or rollover and fire drills.

*Note*. Soldiers will report to the commander any traffic violations received from traffic authorities, on or off post.

## 11–3. Motor vehicle safety standards

*a. General Army motor vehicle safety standards.*

(1) AMVs will be maintained in a safe and serviceable condition according to AR 750–1, DA Pam 750–8, TM 38–600, appropriate maintenance manuals and vehicle TMs, and this regulation.

(2) Before, during, and after vehicle operation, commanders or their representatives will ensure that drivers perform the appropriate safety checks, in addition to required preventive maintenance checks and services, to correct or prevent the following conditions:

*(a)* Improper functioning of steering, lights, windshield wipers, horn, warning signals, side or rearview mirrors, occupant restraint devices, and other safety devices. The driver and all passengers will use restraint systems. Personnel performing emergency medical care are exempt from the restraint use requirement.

*(b)* Improper condition of windshield, windows, mirrors, lights, reflectors, or other safety devices that are broken, cracked, discolored, or covered with frost, ice, snow, dirt, mud, or grime. Glass will not have posters, placards, stickers, or nontransparent materials that impair the operator's vision or create a hazard.

*(c)* Defective, inoperable, or out-of-adjustment service or parking brakes. (When moving vehicles with inoperative service brakes, tow the vehicle using the appropriate recovery vehicle or tow bar.)

*(d)* Fluid leaks. Service leaks according to the equipment TMs.

*(e)* Tires that are excessively worn, deeply cut, or have exposed cords (see TM 9–2610–200–14).

*(f)* Any condition likely to cause injury to personnel or failure of a component. Examples are cracked wheel hubs, worn or frayed tiedown straps, torn sheet metal with exposed sharp edges, damaged or missing exhaust pipe shields, and leaks from exhaust systems.

*(g)* Improperly secured loads.

*(h)* Vehicle loaded beyond design load limits.

*(i)* Unsafe transport of personnel.

(3) Operators are responsible for bringing any vehicle deficiency to the supervisor's attention. Fault status instructions of DA Pam 750–8 will be followed to ensure that no "status symbol X" faults are changed to "circle X status" (that is, allowing for one-time operation or mission) if it will endanger the operator and/or crew and/or cause further damage to the equipment.

(4) Operators will ensure that all required safety equipment is present, current, and functional according to the standards outlined in the appropriate operator's manual.

(5) Supervisors will report defects according to the provisions established in DA Pam 750–8. Suspected design or manufacturer safety defects will be fully documented and conspicuously annotated with the phrase "DEFECT WHICH MAY AFFECT SAFETY" as described in AR 58–1.

*b. Technical Army motor vehicle safety standards.*

(1) Commercial type passenger carrying AMVs, as defined in AR 58–1, which are purchased, leased, or rented by the Army for use in the United States and U.S. territories and possessions, will meet all applicable requirements of 49 CFR 571.

(2) NDI vehicles built to Government-modified manufacturers' specifications will also meet applicable requirements of the Federal Motor Vehicle Safety Standards unless a written waiver is obtained from the U.S. Army Tank-Automotive and Armaments Command (designated by the DCS, G–4 as the lead agent for wholesale logistics management).

(3) Foreign-built commercial vehicles purchased, leased, or rented for use OCONUS and in U.S. territories and possessions will meet all applicable safety requirements of the country in which they are registered or assigned. Prior to procuring foreign-built commercial vehicles, commanders of OCONUS ACOMs will review the motor vehicle safety standards for acceptability. The review will include all standards applicable to the make, model, and year of manufacture

for each type of vehicle to be procured. Vehicles intended for export to the United States must comply with U.S. safety import standards.

(4) Tactical and combat vehicles, designed to contract specifications, may be exempt from Federal Motor Vehicle Safety Standards if such compliance would unacceptably degrade essential military characteristics. Commanders responsible for establishing design characteristics will follow MIL–STD–1180B(1). Copies may be obtained from the U.S. Army Tank-Automotive and Armaments Command.

(5) All AMVs other than tactical and combat vehicles will be equipped with restraint systems unless a waiver has been obtained from the U.S. Army Tank-Automotive and Armaments Command.

(6) AMVs will be provided with rollover protection or vehicle roof structure crush protection that conforms to 49 CFR 571.216 and 56 Federal Regulation 15510 unless a waiver has been obtained from the U.S. Army Tank-Automotive and Armaments Command.

(7) Tactical- and combat-designed wheeled vehicles undergoing developmental testing will be provided with appropriate restraint system and/or rollover protective structures for protecting test participants.

*c. Periodic motor vehicle inspection requirement (Highway Safety Program Guidelines (HSPG) Number 1).* All Army vehicles, including nonappropriated fund vehicles and Government-owned and contractor-operated vehicles, will be required to pass a safety inspection at least annually. This inspection is described in AR 58–1 and DODI 6055.4 and is in addition to the dispatch inspections.

(1) The inspection will evaluate systems and components for vehicle performance (such as, occupant restraint devices, lighting, glazing, exhaust system, wipers, horn, brake systems, steering systems, suspension, tires, and wheel assemblies).

(2) The inspection will ensure that exhaust emissions do not exceed any applicable Federal, State, municipal, or HN requirements.

## 11–4. Safe motor vehicle operations

*a. Occupant protection (HSPG Number 20).*

(1) Occupant protective devices will be worn by all persons in or on an Army-owned motor vehicle whether on or off the installation.

(2) All personnel, to include Family members, guests, and visitors, will wear occupant protective devices at all times on an Army installation.

(3) Occupant protective devices will be worn by all Soldiers driving or riding in a PMV whether on or off the installation.

(4) Individuals will not ride in seats from which manufacturer-installed occupant restraints, including airbags, have been removed or rendered inoperative.

(5) Child safety seats will be used on all Army installations. Installation traffic safety programs will be consistent with State or local child safety seat laws and with AR 190–5. If there is no applicable local requirement, the installation traffic safety program will specify age, weight, seating placement, or other criteria for child safety seat use.

(6) The vehicle operator is responsible for informing passengers of the occupant protective device requirement and the senior occupant/VC is responsible for ensuring enforcement. If the senior occupant/VC cannot be ascertained, the driver is responsible for ensuring enforcement.

(7) According to AR 600–8–4, investigating officers may consider failure to use occupant protection devices, to wear required protective equipment, or to comply with licensing or operator training requirements in making line-of-duty determinations for death or injuries resulting from such nonuse of equipment or noncompliance with requirements.

(8) Soldiers will complete a Travel Risk Planning System, PMV risk assessment while on leave, pass, or TDY out of the immediate local area and operating a motor vehicle. The definition of "local area" will be determined by the commander. The risk assessment tool is on the USACR/Safety Center Web site (https://safety.army.mil).

(9) In the event the online risk assessment tool is not available, supervisors may substitute the online tool with the individual risk assessment found in the PMV RM toolbox on the USACR/Safety Center Web site.

(10) When access to the Internet is not available, supervisors will ensure that the Soldier is provided with assistance in completing a DA Form 7566 (Composite Risk Management Worksheet) and ensure that the form is signed by the appropriate authority.

*b. Driver fatigue management.* To reduce the potential for traffic accidents caused by operator fatigue, commanders will establish and enforce specific rest and duty hour limits for AMV operators.

(1) Operators will be provided with at least 8 consecutive hours of rest during any 24-hour period.

(2) An operator will not drive more than 10 hours in a duty period (including rest and meal breaks).

*c. Assistant driver scheduling guidance.*

(1) If more than 10 hours are needed to complete operations, commanders will assign to each vehicle an assistant driver who is qualified to operate the vehicle.

(2) Assistant drivers for other operations will, at a minimum, be familiar with the vehicle operations and trained for ground guide duties. Other operations that require assistant drivers include—

*(a)* More than 4 hours of the mission are expected to be during darkness.

*(b)* The need to wear mission-oriented protective posture equipment is anticipated.

*(c)* Night vision goggles will be worn during the mission.

*(d)* Travel over unfamiliar terrain will require detailed en route navigation.

*(e)* Use of a ground guide is anticipated and required.

*(f)* Deteriorating weather or road conditions are expected.

*(g)* High-value or mission-critical weapons systems or equipment is being transported.

*(h)* Other unusually difficult mission conditions are expected.

*d. Headphones, earphones, and listening devices.*

(1) Wearing portable headphones, earphones, or other listening devices (except for hands-free cellular phones) while operating a motor vehicle is prohibited.

(2) MC operators may wear MC helmets equipped with operator-passenger intercom systems.

*e. Hand-held device use.* Vehicle operators on DOD installations and operators of Government-owned vehicles, on or off the installation, will not use cellular phones or other hand-held electronic devices unless the vehicle is safely parked or they are using a hands-free device. This prohibition includes text messaging using hand-held devices. Government-supplied electronic equipment that may be used for text messaging or other hand-held uses is prohibited for use by DOD personnel while driving any vehicle whether or not on official Government business. The only exceptions to this prohibition are emergency responders (such as, military police, ambulance, fire emergency, EOD, and HAZMAT responders) while in the performance of their official duties.

*f. Operator alcohol consumption (HSPG Number 8).* Vehicle operators will not operate a vehicle for 8 hours after consuming intoxicating beverages or longer if residual effects remain.

*g. Safety equipment.*

(1) Eye protection (ANSI Safety Code Z87.1 approved safety goggles or spectacles with side shields) will be worn by VCs, drivers, and assistant drivers of combat or tactical vehicles when exposed to hazards outside the vehicle except when protected by a windshield.

(2) Head protection (combat vehicle crew, approved ballistic helmet, or flight helmet as appropriate) will be worn by all personnel operating or riding as a passenger in Army tactical vehicles in the field. Commanders at company, troop, and battery level may determine the headgear worn in garrison.

(3) All trailers will be equipped with safety chains or similar devices and properly connected to the prime mover to prevent breakaway trailer accidents.

(4) Trailer brake lights, taillights, and turn signals will be in operating condition.

(5) AMVs, except nontactical vehicles, will be equipped with properly sized chock blocks for use when parked on sloped terrain, while maintenance is being performed, or when a vehicle is parked and a trailer is attached.

(6) All AMVs operating over public roads will be equipped with highway warning triangles. Vehicles carrying flammable or explosive materials will not use or carry flares.

(7) Emergency, repair, and utility servicing vehicles, truck tractors designed to haul oversized slow-moving loads, truck wreckers, and other vehicles that frequently deviate from or obstruct normal traffic patterns will be equipped with rotating or flashing warning signal lamps. Lights will be red and white for ambulance and firefighting vehicles; blue or red and blue for law enforcement vehicles; and amber for all others. These devices will be used by emergency response vehicles only when responding to emergency calls, when required to warn traffic of emergency vehicles stopped at the scene of an accident or breakdown, or when military vehicles are used in the pursuit of offenders.

(8) Rotating or flashing amber lights will be used for cranes (wreckers), oversized or overweight vehicles, snow removal equipment, and other highway maintenance vehicles.

*(a)* These lights will not be used when their operation is a hazard to other traffic.

*(b)* Rotating lights or beacons must be mounted so as not to be a hazard or nuisance to the operator or to other vehicle operators.

(9) Convoy signs, as well as rotating or flashing amber warning lights, will be used for the first and last vehicle in a convoy. (HN agreements may require additional vehicles in the convoy to use these lights.)

*h. Ground guides.* Ground guides are required when wheeled and tracked vehicles are backed or when moved within an assembly area or motor pool.

(1) Ground guides will be properly trained according to FM 21–60, TC 21–305–20, and TC 21–306.

(2) For information regarding rail-vehicle transportation, refer to Military Traffic Management Command Transportation Engineering Agency's TM 55–2200–001–12, and other appropriate publications available from SDDC.

(3) Engineer vehicles operating outside of supervised or controlled access construction sites will use the ground guide standards for tactical or combat-wheeled vehicles. Operators of graders, bulldozers, and other engineer vehicles will walk around the vehicle before starting the engine to ensure that the area is clear of obstructions.

(4) When backing or maneuvering in controlled access construction sites, a signal person will be provided when the point of operation (includes area of load travel and area immediately surrounding the load placement) is not in full view of the vehicle, machine, or equipment operator; when vehicles are backed more than 100 feet; when terrain is hazardous; or when two or more vehicles are backing in the same area.

(5) When operating a vehicle, machine, or equipment within a controlled access construction site and the point of operation is in full view, the operator may back without the assistance of a signal person or spotter provided—

(a) The operator walks behind the vehicle, machine, or equipment to view the area for possible hazards.

(b) A reverse signal alarm is activated which is audible above the surrounding noise level according to 29 CFR 1926.602.

*i. Vehicles equipped with radio antennas.*

(1) Operators of vehicles equipped with radio antennas should be familiar with the fire and electrocution hazards associated with antennas contacting overhead power lines.

(2) Antennas will be clipped under the antenna-retaining clip when vehicles are operated in areas that may have overhead power lines.

(3) Vehicle operators should not stop their vehicles under power lines. This could increase the risk of an electrical shock if the antenna tiedown fails.

(4) When antennas on tracked and wheeled vehicles are secured, they will be tied down to a height of between 8 feet and 13 feet. The ends of the antennas will be blunted with an antenna tip assembly or antenna ball and tied down.

(5) Antennas will be removed and stored inside the vehicle before loading onto the railcar.

*j. Fire prevention.*

(1) AMVs will be entirely free of gasoline, Jet-propellant 8, and Class III diesel leaks before vehicles are allowed to operate.

(2) Smoking is prohibited within 50 feet of vehicles loaded with flammable or combustible liquids, flammable gases, or explosives and in the presence of flammable vapors such as those present when fueling vehicles or examining or repairing vehicle engines or fuel systems.

(3) During fueling, drivers will turn off the engine, put the transmission in low gear or park position if automatic, and use the parking brakes. When low temperatures prevent setting the parking brakes, wheels will be chocked. For refuel-on-the-move operations, follow safety precautions provided in FM 10–67–1.

(4) Using cellular phones is prohibited during fueling operations or when flammable vapors are present.

(5) Fuel cans must be offloaded from the vehicle and placed on the ground for filling to avoid static electricity buildup or discharge.

(6) Fire extinguishers will be provided for off-road Army vehicles per applicable system TM or TB.

(7) Fire extinguishers will be mounted in vehicles responding to calls for assistance (such as fire, police, and security protection) and vehicles carrying valuable equipment or materials on a mission requiring special protection.

(8) To minimize the danger of fire or an explosion caused by static sparks, positive bonding connections are required between fuel tank trucks and the source from which the tank truck is being filled or offloaded. Grounding of tank trucks is required before approaching the fuel tank.

*k. Carbon monoxide poisoning precautions.*

(1) Vehicle engines will not be operated in a maintenance facility longer than needed to move the vehicle in or out. If vehicles must be operated in a maintenance facility, an exhaust ventilation system that adequately exhausts vehicle engine gases will be used.

(2) Maintenance facilities and other enclosed areas used for vehicles will be ventilated adequately at all times to prevent overexposure to exhaust gases from vehicle engines or space heaters.

(3) Sleeping in parked vehicles with the engine heater or externally mounted generator running is prohibited. Carbon monoxide poisoning may result from exhaust gases entering the vehicle.

(4) When the power train, cooling, and exhaust systems are separated from the crew by engine access panels, the operator will ensure that the panels seal properly to prevent carbon monoxide from entering the crew compartment. Commanders of organizations that have vehicles of this type will ensure that annual carbon monoxide tests are conducted, under full working conditions, by trained personnel using calibrated test equipment. Commanders should coordinate with their local PVNTMED office for support. Any vehicle that fails the annual carbon monoxide test will be considered nonmission capable until the vehicle satisfactorily passes the test.

*l. Vehicles that make frequent stops.* Vehicles that make frequent stops (for example, police, garbage detail, trail vehicles, and so forth) will be equipped with fully operational rotating warning lights, either portable or permanently mounted and visible for 360 degrees.

*m. Specialty vehicles.*

(1) Commanders of organizations that use COTS, utility vehicles (referred to as specialty vehicles-such as Segway HT, M–Gators, Gators, "Mule" utility vehicle, aircraft tugs, and low speed vehicles (golf carts and so forth)) in garrison or tactical environments will establish the following:

*(a)* An SOP that includes at a minimum, the safe operations, limits of operational work areas, PPE, and vehicle safety equipment requirements.

*(b)* A driver qualification and training program.

(2) Operators must possess a military operator's permit, Optional Form (OF) 346 (U.S. Government Operators Motor Vehicle Operator's Identification Card), with vehicle qualifications annotated on the face of the form.

(3) Commanders will establish "operational work areas" to limit the travel of nontactical specialty vehicles routinely used in garrison areas on Army installations. An operational work area is that area in which a specialty vehicle can travel that is not on a public or installation roadway.

(4) Manufacturer installed safety equipment will be maintained in working order.

(5) Tactical specialty vehicles such as the M–Gator will not be driven on installation or public roads except to cross the roadway, and will only be driven on a public roadway at designated crossing points or with a road guard.

(6) Operators will not exceed the recommended load carrying capacity, personnel capacity, or maximum safe vehicle speed. Cargo items will be secured as necessary to prevent tipping.

(7) Occupant protective devices will be worn by operators and passengers of specialty vehicles when installed by the manufacturer.

(8) Adequate head protection is required for operators and passengers operating or riding in tactical specialty vehicles and for operators and passengers of nontactical vehicles operated outside of the designated operational work areas.

*(a)* For Segway HT, the minimum head protection standard for garrison operations is an approved bicycle helmet.

*(b)* Operators of tactical specialty vehicles will wear approved head protection (helmet) that at a minimum conforms to DOT Safety Standard No. 218 or equivalent, protective goggles or face shield, full-fingered gloves, long-sleeved shirt or jacket, long trousers, and over-the-ankle boots. Commanders may authorize the use of helmets that offer ballistic protection in lieu of DOT Safety Standard No. 218 when the tactical situation dictates such use.

*(c)* Operators and passengers of nontactical vehicles that are not equipped with manufacturer installed rollover protection will wear approved head protection (helmet) that at a minimum conforms to DOT Safety Standard No. 218 MC safety standards or equivalent when operated on installation or public roads that are outside the designated operational work area.

(9) Nontactical specialty vehicles that are allowed to operate outside a controlled work area and on installation streets, roads, and highways will meet the minimum vehicle safety standards according to 49 CFR 571.5, to include rollover protection, occupant protective devices, and placement of "Slow Moving Vehicle" emblems where required.

## 11–5. Safe movement of personnel

*a. General movement of personnel.*

(1) The following safety precaution must be in place before transporting troops in vehicles:

*(a)* Fixed seating is installed and passengers are seated wholly within the body of the truck.

*(b)* The body is equipped with stakes or sideboards, rear safety strap or tailgate protection, and a tailgate step or ladder.

*(c)* Canvas tops are in place with the sides rolled down when the cargo space is used for passengers (at the discretion of the commander).

(2) Before starting the engine, operators transporting passengers in trucks must ensure that the tailgate, safety device, or safety strap is in place and determine that all passengers are in a safe position.

(3) Operators will follow passenger carrying capacities for tactical and administrative vehicles per TB 9–639 or the appropriate vehicle TM.

(4) Passengers may be transported without fixed seating for short distances on the installation if each passenger remains seated and wholly within the body of the vehicle.

(5) Personnel will not be transported in the bed of an Army truck, off post, unless the truck is specifically designed to carry troops.

(6) When transporting passengers in cargo trucks in which cargo is loaded, ensure that they are seated in fixed seats and the cargo is adequately secured.

(7) Transportation to and from troop training or maneuver areas may be done with cargo trucks provided such transportation is part of training and the vehicle is equipped with fixed seating.

(8) When transporting large numbers of Soldiers for training purposes, only approved semitrailers (such as vans and personnel carriers for 80 passengers) are authorized. No other types of semitrailers are considered safe to transport personnel.

*b. Movement of personnel in cargo trucks.*

(1) When transporting personnel in cargo truck convoys, the last vehicle in the convoy will not be used to carry passengers.

(2) Transporting troops in the bed of dump trucks will only occur on an emergency basis and with extreme caution. When troops are transported in dump trucks, fixed seating will be installed and positive locking devices will be used to prevent accidental activation of lift controls.

*c. Transportation in 15-passenger vans.*

(1) Fifteen-passenger vans do not meet the Federally mandated safety standards required for school buses and cannot be used to transport pre-primary, primary, or secondary school age children to and from school. Using 15-passenger vans to transport children to and from child care facilities and youth service centers is prohibited.

(2) Commanders will ensure that personnel who operate 15-passenger vans—

*(a)* Are experienced drivers with good driving records.

*(b)* Are trained on the hazards and handling characteristics associated with 15-passenger vans.

(3) Multifunctional school activity buses are not considered school buses and cannot be used for daily transport of students to and from school because they do not meet federally mandated safety guidelines. Multifunctional school activity buses should be used whenever transportation is required for after school activities, field trips, and so forth. Multifunctional school activity buses provide a safer means of transportation than the 15-passenger van (see HSPG Number 17 for student transportation safety). Provisions will be made to reduce the danger of death or injury to children while they are being transported to and from school or related activities in DOD or contractor-owned vehicles.

(4) In CONUS, DOD school buses will be marked, equipped, operated, and maintained consistent with AR 58–1 and 49 CFR 571.

(5) Contractors will comply with HN or State and local requirements in addition to any contractual requirements imposed by the applicable Army installation.

## 11–6. Tactical vehicle safety

*a. Requirements.* The following safety requirements apply to vehicles operated in noncombat tactical environments:

(1) Before a vehicle is started in an assembly area, a crewmember will walk completely around the vehicle to ensure that no one is in danger and that the area is free of obstructions or material that could be impacted by the vehicle.

(2) Tactical vehicle operators will keep service drive lights on at all times when on public roadways outside military installations except where SOFA or local laws prohibit using headlights during daylight (sunrise to sunset) hours.

(3) All safety standards (including speed limits, passenger transportation standards, and vehicle maintenance) apply during tactical operations. Any deviation from the standard will be properly assessed utilizing RM process. Leadership at the appropriate risk acceptance authority level will grant subsequent approval.

(4) Tactical vehicles operated on public highways will not exceed posted speed limits or speed restrictions addressed in the vehicle's operator manual, whichever is less. Additionally, tactical vehicles will be operated at speeds appropriate for the environmental conditions.

(5) Personnel will not expose more than their head and shoulders (name tag defilade) while riding in tactical vehicles that have hatches, except when actively engaging targets with the vehicle mounted weapons systems.

*b. Convoy operations.* Convoy operations will comply with FM 55–30 and FM 4–01.45.

## 11–7. Driver education (HSPG Number 4)

*a. Army Traffic Safety Training Program.* The Army Traffic Safety Training Program is required training for all Army personnel. The training is established to reinforce a positive attitude toward driving, individual responsibility, and correct response to routine and emergency driving situations. Each progressive traffic safety training course builds on the previous module to reinforce the Army's expectations for a safe Army driver.

(1) *Introductory Training Course I.* During initial entry training, all Soldiers will be given traffic safety training (advanced individual training, Basic Officer Leaders Course, and so forth). The course will establish and reinforce a positive attitude toward driving, individual responsibility, and correct response to routine and emergency driving situations.

(2) *Local Area Hazard Training Course II.* All Army personnel who are newly assigned to an Army installation or theater will receive a briefing on the local driving hazards they may encounter while serving at that location.

(3) *Intermediate Traffic Safety Training Course IIIA.* All newly assigned Soldiers less than 26 years of age will receive intermediate traffic safety training that reinforces the initial traffic safety training course. Other personnel may be required to attend the training as deemed necessary by the local command.

(4) *Accident Avoidance Course.* Anyone operating an AMV will have first completed the online accident avoidance course as part of licensing procedures. The training includes RM, personal responsibility, driving hazard awareness, defensive driving techniques, accident avoidance, and MC safety. The course is located on the Army Learning Management System at https://www.lms.army.mil.

*(a)* Tactical vehicle drivers are required to complete additional vehicle-specific training, as required by AR 600–55.

*(b)* The online Accident Avoidance Course will be repeated every 4 years in accordance with AR 600–55.

(5) *Mandatory motorcycle training.* Under the Progressive MC Program, all Soldiers who operate a MC are required to take the following MC training:

*(a)* Motorcycle Safety Foundation (MSF) Basic Rider Course (BRC) or DUSD(I&E) endorsed, State-approved, curriculum for MC operator's safety training.

*(b)* Experienced Rider Course (ERC) or the MSF BRC–II.

*(c)* Military Sportbike Riders Course (MSRC) or MSF Advanced Rider Course (ARC).

*(d)* MC refresher training (MRT) for Soldiers deployed for more than 180 days.

*(e)* DA Civilian employees who operate MCs in the performance of their duties will complete the training requirements of this section.

*(f)* Military retirees, and military Family members/dependents are not permitted to attend Army sponsored training on a space available basis.

(6) *Motorcycle sustainment training.* Based on the type of MC owned or operated, Soldiers are required to complete MC sustainment training within 5 years of completing an ERC/BRC–II or MSRC/ARC which consists of, at a minimum, retaking an ERC/BRC–II or MSRC/ARC. A Soldier can meet the sustainment training requirement, at no expense to the Government, by taking an Army-approved advanced level MC course. A list of courses meeting the criteria is located on the USACR/Safety Center Web site (https://safety.army.mil).

*b. Driver improvement/remedial drivers training.* To reinforce positive driving behaviors commanders—

(1) Will provide Army-approved driver improvement courses to military or civilian personnel who, while operating a Government motor vehicle, have been convicted of a moving traffic violation, or have been determined to be at fault in a traffic mishap.

(2) Will require personnel as described in paragraph 11–7*b*(1) inside or outside normal duty hours, to attend the courses or lose installation driving privileges. State-approved driver improvement programs may be used to fulfill the requirement where an Army standardized course is not provided.

(3) May refer Soldiers to attend remedial drivers training due to high risk driving activity. Examples of high risk driving activities may include:

*(a)* The accumulation of five or more traffic points over a 12-month period (AR 190–5);

*(b)* Warning traffic citation(s) for moving and nonmoving infraction(s);

*(c)* Letter(s) of counseling or reprimand for driving; or

*(d)* Confirmed witness statements of driving infraction(s).

## 11–8.  Unit private motor vehicle safety inspections

Unit commanders will ensure unit PMV safety inspections are conducted for their Soldiers. Reinspections will occur when identified unsafe conditions and/or findings have been corrected. Privately owned MC inspections will include verification of MC rider training, licensing, and PPE. Vehicle inspections will include verification of driver license, insurance, and registration. Example inspection checklists are accessible through the USACR/Safety Center Web site (https://safety.army.mil). (At a minimum, motor vehicle inspections are required every 6 months.)

## 11–9.  Motorcycle safety

*a. Licensing.*

(1) Operators of Government-owned and privately owned MCs (both street and off-highway versions) on Army installations must be appropriately licensed to operate on public highways except where not required by the applicable SOFA or local laws.

(2) A valid OF 346 or DA Form 5984–E (Operator's Permit Record) fulfills the licensing requirement for operators of tactical MCs.

(3) Where State or local laws applicable to the installation require special licenses to operate privately owned MCs, motorized bicycles (mopeds), motor scooters, all-terrain vehicles (ATVs) or recreational off-road vehicles such license requirements, at a minimum, will be required for operating those vehicles on Army installations.

(4)  Minibikes, pocket bikes, and similar vehicles do not meet Federal highway safety standards and, therefore, will not be operated on installation roads. These vehicles may be operated in designated areas (off-installation roads) as designated by the senior commander.

(5)  MC riders who operate MCs on or off post must comply with the skills training, licensing, and permit requirements of their State, HN, or SOFA.

(6)  All civilian personnel or contracted laborers that are properly licensed to ride a MC will not be required to receive Service-sponsored training or to prove that they have taken other MC training in order to operate a MC on a DOD installation.

*b. Progressive Motorcycle Program.* The Army Progressive MC Program is designed to consistently keep MC operator training current and sustain or enrich rider skills. The program consists of the following courses: BRC, ERC/BRC–II, MSRC/ARC, MRT, and sustainment training.

(1)  Prior to operating any MC, Soldiers will successfully complete an appropriate MSF-based BRC course or State-approved curriculum for MC operator's safety training.

(2)  Based on the type MC(s) owned and operated, Soldiers complete either ERC/BRC–II or MSRC/ARC within 12 months of completing the BRC.

(3)  The Army standard basic MC riders course is an appropriate MSF-based BRC or DUSD(I&E)-endorsed, State-approved curriculum for MC operators' safety training. Training must be conducted by certified or licensed MC rider coaches and include classroom instruction on technical and behavioral subjects, hands-on training, a riding skills evaluation, and a knowledge-based evaluation. Installations will accept the completion cards of the MSF BRC course or DUSD(I&E)-endorsed course that includes written and riding evaluations as proof of successful completion of the required training.

(4)  MRT is required for any (MC-licensed and endorsed) Soldier owning a MC and returning from a deployment greater than 180 days. A Soldier must attend MRT prior to operating his or her MC on a public or private street or highway with the exception of riding to the training site or location. MRT will be conducted on the individual's own MC to confirm ability to safely handle his or her MC versus taking training on a smaller size/cubic centimeter training MC. Training will be provided at the unit level utilizing the USACR/Safety Center MRT digital video disk, which is available online or by request. Based on MRT performance, commanders can refer MC riders back to Army Traffic Safety Training Program MC Courses for retraining if they question the operator's safe riding skills.

(5)  Absent exceptional circumstances, training is provided within 30 days of requests for training. Senior commanders may authorize properly licensed or permitted operators scheduled for training to ride on or off the installation subject to any restrictions imposed by such a permit.

(6)  Within 5 years following completion of the ERC/BRC–II or the MSRC/ARC, operators will complete MC sustainment training. Sustainment training will mirror MC course selection as outlined in paragraph 11–9*a*(6) or Soldiers may take other Army-approved MC safe riding courses at no expense to the Government. Additionally, after a 5–year period of inactivity or the acquisition of a new or change in MC(s), operators will complete sustainment training. Soldiers are encouraged to take sustainment training after a major geographical change. Commanders are not authorized to waive or defer sustainment training.

(7)  Personnel who operate privately owned ATVs or MCs off road should complete appropriate operator safety training.

*c. Motorcycle vehicle equipment.*

(1)  When operated on any DOD installation, in both on- and off-road modes, all Government-owned or privately owned MCs, mopeds, motor scooters, and ATVs (when equipped) must have headlights turned on at all times, except where prohibited by military mission, the SOFAs, or local laws.

(2)  MCs will be equipped with both a left-hand and right-hand rearview mirror mounted on the handlebar or fairing.

*Note.* Government-owned off-road MCs on tactical missions or training are exempt from this requirement.

(3)  MCs will also be equipped with operational front and rear brakes.

*d. Motorcycle and all-terrain vehicle rider protection.*  Commanders will ensure that all individuals covered by this regulation wear the following PPE while operating MCs, off-road vehicles, and ATVs on the installation and all Soldiers at any time on or off Army installations.

(1)  *Helmets.*

*(a)*  For personnel riding MCs and ATVs in the United States, helmets will be certified to meet DOT Safety Standard No. 218, United Nations Economic Commission for Europe Standard 22–05, British Standard 6658, or Snell Standard M2005 according to DODI 6055.04, 20 April 2009, Change 2, references (w), (x), (y), and (z).

*(b)* For personnel riding MCs and ATVs outside the United States, helmets must meet the HN standards. In those instances where the HN has no standard, helmets must, at a minimum, meet the DOT Federal motor vehicle safety standard.

*(c)* All helmets will be properly fastened under the chin.

(2) *Eye protection.* Eye protection must be designed to meet or exceed ANSI Z87.1, reference (z) for impact and shatter resistance (includes goggles, wraparound glasses, or a full-face shield (properly attached to a helmet)). A windshield or fairing does not constitute eye protection.

(3) *Foot protection.* Foot protection includes sturdy over-the-ankle footwear that affords protection for the feet and ankles (durable leather or ballistic-type cloth athletic shoes that cover the ankles may be worn).

(4) *Protective clothing.* Protective clothing includes long-sleeved shirt or jacket, long trousers, and full-fingered gloves or mittens made from leather or other abrasion-resistant material. MC jackets and pants constructed of abrasion-resistant materials (such as leather, Kevlar®, or Cordura®) and containing impact-absorbing padding are strongly encouraged. Riders are encouraged to select PPE that incorporates fluorescent colors and retro-reflective material.

(5) *Tactical motorcycle and Government-owned tactical all-terrain vehicle rider protection.* The PPE for Government-owned MC and ATV operators during off-road operations should also include knee and shin guards and padded gloves.

(6) *Off-road operations.* During off-road operations, operators and riders must use additional PPE, such as knee and shin guards and padded full-fingered gloves.

*e. Tactical motorcycle, all-terrain vehicle, and recreational off-highway vehicle operations.*

(1) Unit commanders may authorize using combat helmets for operating tactical vehicles (for example, MCs, ATVs, and recreational off-highway vehicles) during operations and training based on an operational risk assessment.

(2) Prior to tactical MC, ATV, and recreational off-highway vehicle operations, operators will be trained on the tactical operations and on the controls that have been implemented to mitigate hazards. Curriculum and proficiency training for tactical MCs and Government-furnished (tactical and nontactical) ATVs will be tailored to satisfy specific mission objectives. In addition to the above training, Government MC operators will have completed the training required in paragraph 11–9*b*(2). Government ATV operators will complete the Specialty Vehicle Institute of America-based course.

*f. Can-Am Spyders® and three-wheeled motorcycles.*

(1) Powered nonenclosed three wheelers will be considered a MC unless the owner submits to HQDA, USACR/Safety Center, via his or her chain of command, all documentation that the vehicle is classified by vehicle identification number as an automobile by the National Highway Traffic Safety Administration.

*Note.* State Department of Motor Vehicles and HN interpretations will not suffice.

(2) All PPE requirements applicable to MCs remain applicable to three-wheeled variants.

(3) The requirement for BRC, as modified by the MSF interim guidance applicable to three-wheeled MCs, applies exclusively to three-wheeled MC operators until the pending the MSF three-wheeled BRC is released by the MSF and evaluated or adopted by the U.S. Army. This guidance will be provided on the USACR/Safety Center Web site.

(4) If a modified MSF–BRC curriculum is not available, novice three-wheeled operators will be allowed to complete one of the following: the BRC (using a two-wheeled trainer MC) or a State-sponsored Sidecar and Trike Education Program course that can help generally associate them with the risks and handling characteristics of three-wheeled vehicles.

(5) All three-wheeled operators will familiarize themselves with and follow the manufacturer's instructions and safety precautions pertaining to their vehicle.

(6) Installation vehicle registration processes remain unaffected by this guidance. Installations will obtain reference copies of manufacturer's recommendations and precautions applicable to three wheelers registered on their installation. This information may be shared as necessary and will be considered authoritative in addressing issues with post law enforcement and Servicemembers who own or are contemplating purchasing a three-wheeler.

(7) Consistent with the anticipated context and applicability of the MSF three-wheeled BRC, conventional MCs with sidecars will continue to be regarded as two-wheeled MCs with BRC requirements. (Sidecars are generally a removable component, leaving the MC operable in a conventional manner.)

## 11–10. Army combat vehicle safety guidelines

*a. Army combat and track vehicle commanders.* Each ACV will have a track commander or VC who will occupy the commander's position within the vehicle. The track commander or VC will receive vehicle-specific training on the vehicle's capabilities and limitations.

*b. Operator and crew safety.*

(1) Operators will not start ACVs unless the portable and fixed fire extinguishers are present and in operating condition.

(2) The intercom must be operational and in use. Moving an ACV without a track commander or VC and a working intercom or dismounted ground guide is prohibited.

(3) The positive safety-locking pin will be used to fasten open hatches to avoid accidental closing during movement of the vehicle.

(4) Crew personnel will not wear rings or bracelets while conducting vehicle operational duties or when performing vehicle maintenance.

(5) Personnel in ACVs will wear protective headgear. The crew will wear fully operational combat vehicle crewman helmets or approved ballistic helmets with the chinstrap fastened.

(6) Personnel exposed to eye hazards will wear appropriate eye protection.

(7) Personnel will not position themselves between an ACV and another vehicle or fixed object while the vehicle is moving or being slaved (started with jumper cables).

(8) Personnel in hatches will not expose more than their head and shoulders (nametag defilade). When nametag defilade is not observed, commanders must establish clear guidance and implement controls to mitigate or eliminate the added risk. All other personnel will ride with their bodies completely inside the vehicle.

(9) Riding on the exterior of ACVs is prohibited except where outlined as an accepted practice in an Army TM or FM.

(10) Seated personnel will wear occupant restraints, unless specifically exempted in the unit SOP or by the commander after completing RM for the mission.

(11) When vehicles and dismounted personnel are training together during darkness, the dismounted personnel will notify vehicle operators and track commanders or VCs of their location.

(12) At railroad crossings without electric signal lights or road guards, operators of ACVs will stop and check the clearance in both directions before crossing.

*c. Rollover drills and emergency procedures.*

(1) Personnel riding in ACVs will be trained in crew rollover, fire, and emergency egress drills. The drills will be conducted prior to gunnery, field training exercises, or combat missions.

(2) Rollover drills will be conducted prior to every tactical training or actual deployment cycle.

*d. Bivouac and assembly areas.*

(1) Commanders will ensure that sleeping area perimeters are designated and marked. They should select sleeping areas protected by natural obstacles when possible.

(2) Where access to bivouac or an assembly area is restricted to road entry, a guard should be posted to warn vehicle crews that there are troops on the ground.

(3) Prior to leaving a motor pool or assembly area in tactical environments, the track commander or VC will walk completely around the vehicle to check for personnel clearance and/or other hazards in the vicinity of the vehicle.

(4) Operators will move ACVs in motor pools, parking areas, cantonments, assembly, and sleeping areas only when a dismounted ground guide assists. When visibility is reduced, guides will use flashlights to direct vehicles. The track commander or VC, driver, and dismounted ground guide will maintain visual contact at all times.

(5) At railroad crossings without electric signal lights or road guards, operators of combat vehicles will stop and check both directions before crossing.

## 11–11. Pedestrian and bicycle safety

*a. Pedestrian safety.* Pedestrian safety will be an integral part of each installation traffic safety program. The program will include—

(1) Separating pedestrian and motor vehicle traffic to the maximum extent possible.

(2) Posting regulatory speed limit signs at all vehicle entrances to military installations. In concentrated troop areas (for example, company areas and billeting areas) and along all routes of troop march, regulating signs will be posted that limit vehicle speed to 10 miles per hour.

(3) Constructing sidewalks, pedestrian crossings, handicap access ramps, and bicycle paths according to the Manual on Uniform Traffic Control Devices for Streets and Highways.

(4) Having educational programs that will assist leaders in promoting use of paths or sidewalks along roadways and wearing reflective outer garments during periods of reduced visibility.

(5) Placing special emphasis on protecting children walking to and from school, entering and leaving school buses, and playing in DOD housing areas.

(6) Prohibiting individuals from skating, jogging, running, or walking on roadways during high traffic density and peak traffic periods. Senior commanders will designate which roadways and times that apply. Senior commanders will

establish designated routes for organized physical training formations that will limit exposure of troops to motor vehicle traffic.

(7)  Wearing reflective outer garments and/or equipment during hours of limited visibility for personnel running (not in troop formation).

(8)  Prohibiting wearing of portable headphones, earphones, ear, or other listening devices while jogging, running, bicycling, skating, or skateboarding on or adjacent to roadways or roadway intersections on DOD installations.

(9)  Wearing approved protective headgear while using powered and nonpowered scooters, skateboards, roller skates, and roller blades. Hand, elbow, and knee protection is highly recommended for these type of activities.

*b.  Bicycle safety.*

(1)  Bicycle safety will be an integral part of each installation traffic safety program.

(2)  Bicycle helmets approved by the Consumer Product Safety Commission will be worn by all personnel, including Family members, who ride bicycles on Army installations. Previously purchased bicycle helmets certified by the American Society for Testing and Materials may also be worn but when purchasing a new helmet, riders should look for the Consumer Product Safety Commission certification. Outside CONUS, riders may wear HN helmets if the helmet meets or exceeds Consumer Product Safety Commission standards.

(3)  For Government-owned three-wheeled bicycles that are operated within operational work areas, commanders may use RM procedures to determine exceptions to the helmet requirement.

(4)  Wearing headphones, earphones, or other listening devices while bicycling on or adjacent to roadways on DOD installations is prohibited.

(5)  When bicycling on roadways on DOD installations during hours of darkness or reduced visibility, bicycles will be equipped with operable headlights and taillights, and the bicyclist will wear a reflective upper outer garment.

*c.  Issued personal protective equipment.*

(1)  Fluorescent or reflective PPE will be provided to and used by all personnel who are exposed to traffic hazards as a part of their assigned duties; for example, marching, running, and jogging troops (not in a formation), road guards, traffic control personnel, road construction crews, personnel conducting police call, electricians, or telephone repair personnel working on outside overhead lines.

(2)  Troop formations, during periods of reduced visibility, will post front and rear guards 30 meters in front and to the rear.

(3)  Troop formations moving on roadways during periods of darkness will be provided flashlights with wand or luminescent chemical lights.

# Part Two
# Sustaining the Soldier

This part addresses those special Army Safety Program management functions that are appropriate to sustaining the Soldier during training, mobilization, and tactical and field operations in the garrison or during contingency and wartime conditions. Sustaining the Soldier presents unique challenges due to the duties, the intensity of training, and the fact that they are Soldiers 24 hours a day, 7 days a week. The principles and concepts stated in this part can be applied to DA Civilians as well.

# Chapter 12
# Force Mobilization

## 12–1.  Intent
This chapter establishes the minimum safety requirements for projecting combined Active Army and Reserve Component (RC) Army forces into any environment during hostilities and contingency operations. Transformation of today's Army and new world challenges lead to combining different types of units with varying degrees of modernization together with multinational forces and civilian agencies to achieve effective and efficient unified action. This places a great demand on Soldiers and leaders. Therefore, RM will be used to identify and control hazards.

## 12–2.  Application of risk management
The jobs of many Army personnel come with a certain level of risk. Operational conditions often impose significant risks to the lives and health of Army personnel and make equipment operation difficult. When applying RM, use mission,

enemy, terrain and weather, troops, time available, and civil considerations to systematically identify hazards according to Army Doctrine Publication (ADP) 3–0.

## 12–3.  Standards

*a.*  Safe operations come from enforcing standards during training and then applying them during actual operations. Therefore, Army leaders will train to the standards and hold Soldiers accountable to follow them during all operations.

*b.*  A common deployment concern is that individuals abandon safety in an effort to establish "combat posture." Therefore, leaders are to ensure that the RM process is incorporated in regulations, directives, SOPs, special orders, training plans, and operational plans to minimize accident risk and that SOPs are developed for all operations entailing risk of death, serious injury, occupational illness, or property loss.

*c.*  Leaders will establish a command climate from the outset that promotes safety and takes every measure and precaution to keep Soldiers healthy and maintain their morale. This will be initiated by establishing a safety network and designating safety personnel at all levels.

*d.*  Soldiers will enforce standards and require their peers and all personnel to perform to standard in all operations.

## 12–4.  Operational deployment areas of consideration

The actions that take place prior to deployment are crucial to a successful deployment. Safe deployment operations demand a commitment of commanders and leaders at every level to ensure that Soldiers execute to standard throughout the operation (for example, strategies and procedures will be developed to address rail operations, convoy operations, aviation operations, port operations (sea and air), and so forth).

## 12–5.  Health issues

*a.*  Predeployment medical and/or dental screening and appropriate predeployment prophylaxis (measures designed to preserve health) are vital and will be instituted prior to deployment.

*b.*  Medical and environmental health threat briefings will be provided to Soldiers so they are aware of and prepared for the risks in the theater of operations.

*c.*  Proper education and predeployment medical and/or dental screening will be used to prevent unnecessary loss of Soldiers during all phases of deployment.

*d.*  The occupational and environmental health surveillance requirements as delineated in DODI 6490.03 must be implemented.

## 12–6.  Postmobilization

*a.*  Soldiers returning from deployments must be reintroduced into their nondeployment roles as Soldiers, husbands, wives, mothers, fathers, and citizens so that they readjust to the new stressors and different demands. Therefore, strategies and procedures will be developed to—

(1)  Complete DD Form 2796 (Post-Deployment Health Assessment).

(2)  Assess, treat, and document adverse or potentially adverse exposures or negative health-related behaviors during mobilization and demobilization.

(3)  Provide health threat briefings to educate spouses on health-related symptoms and myths, to include information on identifying potential signs and symptoms of distress and treatment options.

(4)  Provide briefing and education on changes in relationships, single Soldier parent issues, and child behaviors.

(5)  Provide training in suicide awareness and prevention, individual and Family communication, and a medical threat brief.

*b.*  Commanders or their representatives will initiate enrollment into the ARAP within 90 days of assuming command as part of their Army Force Generation Reset Phase. Commanders will—

(1)  Register to take ARAP.

(2)  Review ARAP results.

## 12–7.  Reintegration

With continued deployments and redeployments of Soldiers, all leaders will mitigate risks by ensuring that every Soldier knows his or her role and that they remain focused on the inherent dangers.

*a.*  Before a Soldier leaves the theater, leaders should adopt a program that includes training sessions, redeployment surveys, and medical screening.

*b.*  Upon return, the process continues during a set number of days-offering classes, additional medical screening, and information to Soldiers and their Families prior to the Soldier taking leave. This helps smooth the reunion process for

Soldiers and their Families to help participants recognize and establish realistic expectations about the reunion. They will learn to spot symptoms of stress and learn about sources of assistance and the importance of communication.

*c.* PMV safety will be included and highly emphasized in reintegration training before and after deployment.

## 12–8.  Risk refamiliarization in postdeployment and reconstitution

Leaders are responsible to reduce the likelihood of at-risk behavior during postdeployment and reconstitution. A primary consideration should be to reset each individual's risk acceptance threshold. The following RM areas will be used to expedite the refamiliarization and reconstitution process:

*a.* Schedule briefings. Returning personnel may not have driven on congested U.S. highways or been involved in social drinking situations for several weeks or months. Therefore, briefings will include seatbelt safety; safe driving factors such as speed limits, rest stops, and focus of attention; alcohol consumption and driving, swimming, boating, and operating other recreational vehicles; alcohol use and domestic violence; Army substance abuse policy (abuse of alcohol or the use of illicit drugs is inconsistent with Army service); and MC safety.

*b.* Review the last risk reduction quarterly statistics received prior to deployment for indications of at-risk behaviors and the interventions needed to reduce the likelihood of reoccurrence. Plan to incorporate those interventions during reconstitution.

*c.* Develop and use an individual risk assessment, which should begin during redeployment and continue through reconstitution.

*d.* Schedule a unit risk inventory within 90 days of arriving at home station.

# Chapter 13
# Tactical Safety

## 13–1.  General

*a.* This chapter establishes the requirements for safety support during training, contingency, and tactical operations. Unless otherwise specified, the provisions of this regulation apply to both peacetime training operations and operations in a combat theater. The tactical safety element is intended to reduce losses of manpower and equipment, thus conserving combat power.

*b.* RM will be integrated into all tactical and contingency operations according to FM 5–19. Analyze all expected tactical threat-based and accidental hazard-based vulnerabilities to determine associated risk. Implement, enforce, and review appropriate control measures. Eliminate all hazards on a greatest risk first basis.

## 13–2.  Preparation for tactical operations

Preparation for tactical operations must be completed as far ahead of time as possible before deployment to ensure that complete, accurate, efficient, and safe procedures and policies are in place.

## 13–3.  Tactical order

All plans and orders will address RM and safety management specific issues according to ADP 5–0 and applicable operational specific FMs. The results of the risk assessment and countermeasures will be integrated throughout the order as applicable.

## 13–4.  Department of the Army Civilian safety personnel deployment

DA Civilian safety personnel will deploy according to AR 690–11 and DA Pam 690–47.

## 13–5.  Safety personnel planning

Prior to contingency and tactical operations, all unit safety personnel and collateral duty safety personnel should—

*a.* Meet to review the operations order and its safety implications and coordinate responsibilities.

*b.* Ensure that means have been established to meet periodically during the training and contingency and tactical operations to share experiences and lessons learned.

*c.* Ensure that the means of contacting each safety individual is in place.

## 13–6.  Safety training

All participants will be provided safety training in those areas needed for safe and efficient execution of the operation. This training will specifically address—

*a.* The PPE required.

*b.* General safety requirements peculiar to the contingency and tactical operations.

*c.* Special safety requirements.

*d.* Lessons learned from previous contingency and tactical operations.

*e.* Procedures for reporting and responding to accidents.

## 13–7.  Army Safety Augmentation Detachment

*a.* The Army Safety Augmentation Detachment consists of individual mobilization augmentee Soldiers who are trained in safety through the Ground Safety Officers Course conducted by the USACR/Safety Center.

*b.* The mission of the Army Safety Augmentation Detachment is to provide trained augmentees in the event of mobilization to serve as unit safety officers/NCOs for brigade and larger units. The Army Safety Augmentation Detachment is the DOD-unique organization providing ground safety support to worldwide contingency and Army Joint training exercises.

*c.* Forward requests for support through DCS, G–3/5/7 tasking channels to Headquarters, FORSCOM (AFPE–SA). Requests should normally be submitted 90 to 120 days in advance of the requested start date. ARs 10–87 and 500–5, along with Army Mobilization and Operations Planning and Execution System, designate FORSCOM as the HQDA executing agency for mobilization, deployment, redeployment, and demobilization planning and execution within CONUS, the Commonwealth of Puerto Rico, and the U.S. Virgin Islands.

## 13–8.  Tactical water safety operations

*a.* Commanders of units conducting water operations or conducting operations in or around water hazards will develop and implement standard procedures to identify visually weak and nonswimmers and provide water survival training appropriate to their mission on the most likely water hazards that personnel may encounter.

*b.* Commanders of units conducting water operations will develop and implement standard procedures and advanced training for vehicle swimming, fording operations, and stream crossings. Commanders in the grade of O–6 and above may approve deviations from the SOP.

## 13–9.  Environmental hazards

The DA policy is to conserve the Army's fighting strength by controlling preventable disease and injury through command-oriented occupational, environmental, and personal protection programs. All personnel are responsible for maintaining their own health and fitness. Preventable personnel losses from heat, cold, diseases, or other environmental factors are important. History has repeatedly shown that nonbattle losses have played a significant role in the outcome of military operations. While mission requirements will dictate unit policies, commanders must evaluate the effects of environmental hazards on their ability to complete the mission. The following hazards must be assessed using the RM process and appropriate methods taken to minimize the risk:

*a.* High altitude.

*b.* Disease vectors.

*c.* Contaminated food and water.

*d.* Poor air quality.

*e.* Heat.

*f.* Cold.

*g.* Ergonomics.

## 13–10.  Bivouac areas

Many accidents occur in bivouac areas (especially at night) and most are due to violation of existing standards and complacency. Commanders must enforce discipline in bivouac areas to minimize accidents and provide procedures for—

*a.* Site selection.

*b.* Camouflage.

*c.* Field sanitation.

*d.* Generators.

*e.* Field mess operations.

*f.* Storage of flammable liquids and gases.

*g.* Fire extinguishers.

*h.* Grounding of equipment.

*i.* Restriction and/or control of motor vehicles.

*j.* Heaters.

*k.* Carbon monoxide poisoning awareness.

*l.* Antenna and or signal equipment.

## 13–11.  After action reports
Document hazards encountered and controls used to minimize hazards that cannot be controlled, as well as how safety planning could have been improved to better serve the mission.

## Chapter 14
## Safe Cargo Operations

## 14–1.  General
This chapter establishes safety requirements for cargo operations by all transport modes during routine transport and deployment and/or redeployment operations.

## 14–2.  Maximizing safety in cargo transport operations
*a.* Cargo preparation operators will be trained in material compatibility rules, packaging procedures, and package marking and labeling appropriate to the material and transport mode.

*b.* Cargo loading operators will be trained in—

(1) Controlling transport unit weight and balance.

(2) Cargo securing techniques appropriate to the material, packaging configuration, transport unit being loaded, and the transport mode. Materials appropriate to the job will be provided.

*c.* Personnel handling cargo that qualifies as HAZMAT will also—

(1) Receive general safety training concerning properties and hazards of HAZMAT, the procedures to take in the event of a leak or spill, and specific details of their duties according to the transportation modes to be used.

(2) Be assigned duties only for which they are specifically trained.

(3) Perform duties according to the applicable national or international transportation mode regulations for the journey. Within CONUS, 49 CFR applies. Outside the United States, international regulations and HN regulations apply. Commanders must ensure that individuals assigned HAZMAT tasks have ready access to current regulations required to perform their duties. Generally, the governing regulations are—

*(a)* 49 CFR for CONUS transports.

*(b)* The IMDG–Code for sea transport.

*(c)* Air Force Manual 24–204 (AFMAN) (I)/TM 38–250/NAVSUP PUB 505/MCO P4030.19/DLAI 4145.3 for military air transport.

*(d)* International Air Transport Association Dangerous Goods Regulation for commercial air transport.

*(e)* International Civil Aviation Organization Technical Instructions for the Safe Transport of Dangerous Goods by Air.

(4) Package, mark, label, load, and placard the transport unit according to the applicable mode regulation.

*d.* Commanders do not have the authority to risk assess statutory requirements concerning vehicle loads, especially concerning HAZMAT. An exemption or competent authority approval must be obtained prior to using alternative procedures.

*e.* A vehicle driver has the authority to refuse a load that he or she believes violates any safety provision for which he or she may be held liable during the journey.

*f.* For assistance—

(1) The SDDC provides guidance supporting cargo loading at http://www.tea.army.mil/dep/transport/modes/default.htm.

(2) The Defense Ammunition Center provides certification training and computer-based HAZMAT familiarization training at http://ammo.okstate.edu.

## 14–3.  Railhead, port, supercargo, and escort operations
*a. Specific operations.* Commanders and other leaders who are planning or conducting these operations will use the information in DA Pam 385–30 to help them assess hazards and risks.

*b. Simultaneous operations.* Many of these operations require maneuvering in tight spaces with multiple simultaneous operations in the immediate vicinity. Personnel assigned to operate vehicles and materials handling equipment will be trained, licensed, and experienced. Ground guides will be used and will be conspicuous by illumination device or high visibility clothing.

*c. Railhead operations.*

(1) A railhead safety officer and safety NCO will be appointed by the responsible leader and/or commander.

(2) Commanders will implement a railhead certification program for units assigned to rail loading operations, with assistance of local movement control or rail personnel.

*d. Port operations.*

(1) A port operations safety officer and safety NCO will be appointed by the responsible leader and/or commander.

(2) Personnel involved in port operations will be trained in their respective duties and the hazards involved in the operating area.

*e. Supercargo operations.*

(1) Supercargoes refers to unit personnel who will be designated on orders by deploying units to accompany, supervise, maintain, and guard unit equipment aboard a ship or vessel. An essential part of their job is to monitor and adjust equipment lashings and tiedowns, control access to cargo, document items that cannot be repaired en route, and brief the port commander at the seaport of debarkation on vehicle conditions and any unusual circumstances concerning the cargo. Supercargoes may also provide maintenance support and liaison during cargo reception at the seaport of embarkation and during ship loading and discharge operations.

(2) Supercargoes carrying weapons will be briefed on specific rules of engagement and operate under the agreement between the Government and the ship's captain.

(3) The ship's captain is the ultimate authority on the ship and his or her orders must be obeyed. The first mate is the captain's designated operations officer. Problems will be reported to the first mate. (See Army Tactics, Techniques, and Procedures (ATTP) 4–15 for RM for watercraft operation.)

*f. Escort operations.*

(1) Escorts, similar to supercargoes, will be designated on orders by deploying units to accompany, supervise, maintain, and guard unit equipment aboard a vehicle or train. Escorts aboard trains will be briefed concerning rail specific hazards.

(2) Escorts will not climb on equipment loaded on railcars once the car has been prepared for movement.

(3) Escorts carrying weapons will be briefed on specific rules of engagement and operate under the agreement between the Government and the HN.

## 14–4. Ammunition and explosives transport requirement excerpts for continental United States transport

*a.* Vehicles used to transport A&E must either be a completely enclosed van type vehicle with a separate passenger compartment or be equipped with side stakes with the cargo protected by a tarpaulin or canvas top that completely covers the load.

*b.* Cargo must be secured against movement in any direction.

*c.* Army vehicles transporting ammunition or explosives will be equipped with at least two Class 2–A 10BC or equivalent fire extinguishers.

*d.* Vehicle brakes will be set and at least one wheel chocked during all loading, unloading, and tiedown operations.

*e.* DA Pam 385–64 and FM 4–30.13 provide guidance in transporting captured enemy ammunition.

*f.* Emergency response information for ammunition or explosives (CONUS shipments only) will follow instructions on DD Form 836 (Dangerous Goods Shipping Paper/Declaration and Emergency Response Information for Hazardous Materials Transported by Government Vehicles) in the event of an accident involving HAZMAT. For materials shipped from CONUS to OCONUS and from OCONUS to CONUS, emergency response will be according to the IMDG–Code. Emergency contact phone numbers for transportation information will be indicated on the shipping documents.

*g.* Transporting ammunition or explosives outside the United States is subject to additional and/or different international regulations and HN requirements.

## 14–5. Biological agents and toxins transport requirement excerpts for continental United States transport

*a.* Transporting select IAT on DOD installations will be kept to a minimum and will be according to this regulation, DA Pam 385–69, 42 CFR, 49 CFR 173, and 9 CFR 121, 7 CFR 331, as well as applicable DOT regulations and guidance pertaining to shipping containers, supporting documentation, and placarding of transportation vehicles.

*b.* Select IAT will be secured or in the direct control of a biological personnel reliability program-certified individual while awaiting transportation.

*c.* Transport outside the United States is subject to additional and/or different international regulations and HN requirements and may be forbidden without specific permit.

## Chapter 15
## Aviation Safety Management

**15–1.  Introduction**
This chapter—
   *a.* Establishes the safety component of protecting the force as an integral part of Army aviation training and operations.
   *b.* Provides responsibilities, policies, and duties for integrating safety and RM into existing command processes and according to FM 5–19 and DA Pam 385–90.

**15–2.  Aviation safety policy**
   *a.* Commanders, supervisors, and safety directors at all levels will comply with the following policies regarding aviation safety. Safety will be a prime consideration in all mission and training planning and operations, including wartime and contingency operations. Army aviation commanders will—
   (1)  Ensure that safety is a principal element in all aviation operations and will apply RM procedures in each phase of the training management cycle to identify hazardous conditions and correct shortcomings responsible for these conditions.
   (2)  Establish a written commander's safety philosophy that contains current safety goals, objectives, and values and includes the philosophy in quarterly training guidance (annually for RC).
   (3)  Employ RM to ensure that maximum combat power is available for use at the decisive point and time for successful operations. During planning and executing aviation missions, commanders will integrate mission, enemy, terrain and weather, troops, time available, and civil considerations when applying RM procedures to identify and control hazards, according to FM 5–19.
   (4)  Ensure that mission after action reports are conducted to assess the effectiveness of RM and safe performance.
   (5)  Ensure compliance with DOD, DA, OSHA, National Fire Protection Association (NFPA), and Environmental Protection Agency (EPA) safety standards and requirements. When conflict exists between the various standards, the more stringent will be applied.
   (6)  Develop and integrate safety goals, objectives, and values into appropriate training guidance based upon identifying the most probable and severe types of accidents expected and the most likely reasons (hazards) for these accidents.
   (7)  Ensure that all aviation units have SOPs that include subjects listed in DA Pam 385–90.
   (8)  Ensure that ASOs are not assigned duties that are not related to the safety component of protecting the force.
   *b.* Each aircrew member is ultimately responsible for ensuring his or her own safety and for expeditiously advising the pilot in command that an unsafe practice is occurring or is about to occur.

**15–3.  Aviation accident prevention surveys**
Commanders of all aviation units and aviation support facilities will conduct an aviation accident prevention survey annually, at a minimum. A survey of a functional area (or subarea) will be accomplished within 60 days of a new program manager being appointed. When possible, the aviation accident prevention survey should be administered from the battalion or squadron level, consolidating the safety staff into a survey team and using supplemental expertise from outside the unit.

**15–4.  Command Safety Council and Enlisted Safety Council**
A Command Safety Council and an Enlisted Safety Council, when directed by the commander, will each be designated in writing at battalion level and above. Councils will, at a minimum, meet quarterly to review risk control options, make risk-control-option decisions, and direct implementation of risk control options. The Command Safety Council and Enlisted Safety Council may be combined as one council in units with a low density of officer or enlisted personnel, such as detachments and platoons. Commanders may consolidate councils (one Command Safety Council and one Enlisted Safety Council) at no higher than battalion or squadron level.

**15–5.  Safety meetings**
Safety meetings will be conducted monthly for Active Army and full-time RC units and facilities and quarterly for all others.

## 15–6. Operational hazard

An operational hazard is any condition, action, or set of circumstances that compromises the safety of Army aircraft, associated personnel, airfields, or equipment. Operational hazards should be corrected at the lowest level possible. Operational hazards include inadequacies, deficiencies, or unsafe practices (see DA Pam 385–90). DA Form 2696 (Operational Hazard Report) will be used to record information about a hazardous condition.

## 15–7. Aviation hazard location map

A detailed hazard location map covering the entire local area will be maintained current and posted for ready access by all crews. Hazards will be analyzed and prioritized in terms of accident severity and probability. Maps will be updated quarterly or as hazards are identified.

## 15–8. Foreign object damage prevention program

*a.* A foreign object damage prevention program will be established to find and correct potential hazards and to eliminate the causes of foreign object damage. The importance of reducing foreign object damage as a hazard to aircraft requires that all personnel (pilots, aircrew, maintenance, and ground support) constantly be aware of foreign object damage and take action to prevent this hazard to aircraft and personnel.

*b.* A unit foreign object damage prevention officer or NCO, other than the ASO, will be appointed to implement the unit foreign object damage prevention program.

## 15–9. Aviation life-support systems

*a.* A unit aviation life-support systems program that ensures aircrews are provided with adequate aviation life-support systems (as prescribed by AR 95–1) will be developed and implemented. A qualified officer or NCO will be designated to manage the unit aviation life-support systems program.

*b.* Each aircrew member will have all required items of individual aviation life-support equipment. Each aircraft will be equipped with crew life-support equipment (kits or sets) required for the mission and environment. All life-support equipment will be maintained, inspected, and replaced according to DA Pam 385–90.

## 15–10. Pre-accident or pre-emergency planning

*a.* A unit emergency plan will be prepared and maintained according to DA Pam 385–90 and DA Pam 385–10.

*b.* The unit pre-accident or pre-emergency plan will be rehearsed, reviewed, and its adequacy documented. The degree of response by elements in the emergency plan for a rehearsal can vary; however, an exercise requiring all elements to respond physically must be conducted at least annually.

*c.* The unit pre-accident or pre-emergency plan should include procedures for response to, and investigation of, accidents where contractor maintenance supporting unit operations is involved in the accident and the Government has assumed all or some of the risk of loss in the contract.

*d.* In the event of an Army aircraft accident (Class A through Class C), all crewmembers and any other personnel who may have contributed to the accident will be quickly evacuated to medical facilities by aeromedical or ground ambulance for physical examinations and blood and urine testing according to AR 40–8, AR 40–21, AR 40–501, AR 600–105, and DA Pam 385–40.

# Part Three
# Supporting the Garrison and Industrial Base

Part III addresses those special Army Safety Program management functions that are appropriate to sustaining the Soldier and the DA Civilian in garrison and industrial operations. The principles and concepts stated in this part apply to the Soldiers and DA Civilians performing their noncombat role during training, contingency operations, and in field operations.

# Chapter 16
# Occupational Safety and Health Program (Workplace Safety)

## 16–1. Introduction

This chapter prescribes policy and responsibilities for implementing the OSHA program mandated by Federal or State regulations and to reduce the risk of accidental losses, injuries, and occupational illness to the military and DA Civilian

workforce as required by EO 12196, 29 CFR 1960, and DODI 6055.1. The OSHA programs will be implemented in all Army operations (CONUS and OCONUS) with the exception of military-unique operations as defined below. Procedures for occupational or workplace safety are in DA Pam 385–10.

## 16–2. Policy

*a.* OSHA programs and national consensus standards will be applicable to and integrated into all Army equipment, systems, operations, and workplaces (CONUS and OCONUS).

*b.* Military design, specifications, and deployment requirements will comply with OSHA standards where feasible. When standards do not exist for military application or the application is not feasible, the Army component will apply RM.

*c.* Military and DA Civilian officials at each management level will promote strong safety programs, safe working conditions, and safe performance to prevent accidents, injuries, and occupational illnesses.

*d.* All Army leaders at each echelon will develop and implement functions and written procedures as part of the Army Safety Program and the Army Occupational Health Program to fulfill the following Army and OSHA requirements:

(1) Ergonomics.
(2) Hazard communications.
(3) Respiratory protection.
(4) PPE.
(5) Materials handling training.
(6) Bloodborne pathogens.
(7) Confined space program.
(8) Emergency action plans and fire prevention plans.
(9) Fall protection.
(10) Control of hazardous energy (lockout and tagout).
(11) Process safety management.
(12) Hazardous waste operations and emergency response (as applicable).
(13) Chemical hygiene.
(14) Inspecting and abating hazards (for example, operations, facilities, equipment, and personnel).
(15) Reporting of unsafe and unhealthful conditions.

*e.* The Army Safety Program and the Army Occupational Health Program will be adequately funded to ensure effective implementation to reduce accidental losses in all workplace operations.

*f.* All personnel will be trained on all aspects of the Army Safety Program and the Army Occupational Health Program at every level of the activity that affects their workplace.

*g.* DD Form 2272 (Department of Defense Safety and Occupational Health Protection Program) or equivalent poster will be posted in all workplaces and in places of easy access by employees.

*h.* All workplace hazards will be addressed according to the hazard control guidance.

## 16–3. Uniquely military equipment, systems, and operations

*a.* Title 29 CFR 1960.2(i) states "The term uniquely military equipment, systems, and operations excludes from the scope of the order the design of DOD equipment and systems that are unique to the national defense mission, such as military aircraft, ships, submarines, missiles, and missile sites, early warning systems, military space systems, artillery, tanks, and tactical vehicles; and excludes operations that are uniquely military such as field maneuvers, naval operations, military flight operations, associated research test and development activities, and actions required under emergency conditions."

*b.* "The term uniquely military equipment, systems, and operations does not exclude, within the scope of the order, DOD, workplaces, and operations comparable to those of industry in the private sector such as vessel, aircraft, and vehicle repair, overhaul, and modification (except for equipment trials); construction; supply services; civil engineering or public works; medical services; and office work."

## 16–4. Installation (garrison and mission) level processes

Processes will be developed at and for the installation level to—

*a.* Reduce risk of accidents, injuries, and occupational illness in installation operations.

*b.* Structure and resource installation safety offices to adequately support all functions required to plan, develop, coordinate, evaluate, and implement Army SOH Programs according to Federal and State statutes, DODI 6055.1, and this regulation.

*c.* Evaluate installation SOH Programs annually.

*d.* Implement DA and OSHA policies and programs in the workplace to protect personnel, equipment, and facilities.

*e.* Train all personnel so they sufficiently and fully understand the purpose, policy, procedures, and responsibilities of the Army Safety Program and the Army Occupational Safety Program designed for the office or facility in which they work.

*f.* Ensure that workplaces are free from recognized hazards that are causing or are likely to cause death or serious physical harm.

*g.* Correct safety deficiencies that are likely to cause an accident, injury, or occupational illness.

*h.* Integrate safety priorities for hazard correction into the work control process.

## 16–5. Army commands, Army Service component commands, direct reporting units, Army National Guard, and field operating agency level processes

Processes will be developed at the ACOM, ASCC, DRU, ARNG, and FOA level to—

*a.* Integrate OSHA and national consensus standards into military standards, tasks, techniques, and procedures as appropriate.

*b.* Emphasize and value the importance of workplace safety through the chain of command to the lowest level.

## 16–6. Voluntary Protection Program

*a.* The purpose of OSHA's Voluntary Protection Program (VPP) is to recognize and promote effective safety and health management practices in the workplace. Management and employees work together to ensure a safe and healthful workplace in coordination with OSHA regulations. The OSHA verifies that the program meets the VPP criteria, recognizes the site publicly, and removes the site from routine scheduled inspection lists.

*b.* Installations should employ the VPP criteria to demonstrate their commitment to protect Soldiers, DA Civilians, and the public by providing a safe and healthful environment. The application guidelines are included in the VPP information kit (VPP Policies and Procedures Manual, Cooperative and State Programs (CSP) 03–01–002) that is available from the OSHA regional offices.

# Chapter 17
# Workplace Inspections

## 17–1. Introduction

Under the OSH Act, employers are required to furnish each employee a place of employment that is free from recognized hazards that are causing or likely to cause death or serious physical harm. Workplace inspections are one method to identify hazards in work areas.

## 17–2. Intent

This chapter provides policy on Army Safety Program management with special emphasis on hazard recognition and workplace inspections. It implements the requirements of the OSH Act and prescribes DA policy to protect and preserve Army personnel and property against accidental loss, provides for safe and healthful workplaces, and assures regulatory compliance. It also provides for public safety incident awareness of Army operations and activities. Procedures and other guidance for workplace inspections and hazard reporting and recording are provided in DA Pam 385–10.

## 17–3. Policy

*a.* Supervisors are responsible for conducting periodic documented inspections of their work area to identify hazards. When hazards are reported by employees or identified through accident investigations and safety inspections, they will be evaluated and tracked. Once a hazard has been evaluated, prompt action is required to correct significant risk hazards.

*b.* Supervisors are to inform all personnel of Army SOH rules and regulations, to include using protective clothing and equipment provided for their protection. Supervisors are to ensure adherence to established procedures and take appropriate disciplinary action where deemed necessary.

*c.* Employees, both military and DA Civilians, are responsible for complying with standard Army SOH rules, regulations, and standards; using and maintaining the personal protective clothing and equipment that has been provided for their safety; and reporting any unsafe or unhealthful working conditions and accidents to their immediate supervisor.

*d.* Management and employees will work together to identify and correct hazardous conditions according to locally established procedures (based on RACs on a worst-risk-first basis).

*e.* Employees have the right to request that an OSHA representative conduct an inspection if they believe hazardous conditions are present in the workplace.

*Note.* Employees are encouraged to contact the local garrison or installation safety office to resolve any safety hazards prior to contacting OSHA, but they are not required to do so.

## 17–4. Application of risk management
The requirements of DA Pam 385–30 will be applied to the hazard assessment, prioritization, and correction of workplace hazards.

## 17–5. Safety inspections
*a.* Each time the supervisor or an employee enters the workplace, he or she will conduct a visual safety inspection. Conducting inspections of this type will help integrate safety into the daily routine.

*b.* Formal documented inspections (for example, using a checklist) will be done periodically to ensure a complete and total evaluation of the workplace based upon the type and nature of the work as well as determining the PPE required.

*c.* Whenever possible, recognized hazards will be corrected on the spot.

*d.* Work orders or service orders for hazards that cannot be corrected on the spot are submitted to the safety office. All work orders for significant risk hazards will go through the supporting safety office to be added to the hazard tracking system.

## 17–6. Standard Army safety and occupational health inspections requirements
*a.* Qualified SOH professionals or specially trained personnel competent to conduct the inspection, using the procedures outlined in DA Pam 385–10, will conduct workplace safety inspections at least annually.

*b.* Facilities and operations involving special hazards will be inspected more frequently as determined by qualified SOH personnel.

*c.* DA Civilian personnel offices may request assistance in determining environmental differential pay or hazard pay cases. In these cases, qualified safety and health professionals will evaluate specific workplaces and conditions and provide a professional opinion as to the nature of the hazards and the required protective procedures.

*d.* Inspections of workplaces in contractor activities where fewer than 25 DA personnel are employed will be at the discretion of the Army Headquarters commander based on existing conditions. While no formal annual inspection is required, Army Headquarters commanders are required to ensure the health and safety of their DA Civilians working in contractor facilities.

*e.* Formal safety inspections are required using checklists provided by the local garrison safety office. Assistance can also be requested from the garrison safety office to develop a checklist for specific organizations.

*f.* These inspections for tenant activities will be conducted according to the host garrison and tenant activity agreement.

*g.* Collateral duty safety personnel trained, qualified, and appointed according to procedures in DA Pam 385–10 may perform these inspections for work sites. Collateral duty safety personnel should conduct their inspections based on the mission, risk, and commander's guidance. A qualified safety person, as defined in the glossary, will accompany them on at least one inspection per year to assure quality inspections are being conducted.

*h.* Personnel conducting these inspections will have access to diagnostic equipment and to personnel necessary to identify, document, and analyze the significance of the hazards discovered during the inspection. Current reference materials pertinent to the work site, such as standards, regulations, SOPs, hazard analyses and job hazard analysis, risk assessments, materiel safety data sheets, and TMs and FMs, will be readily available.

*i.* These inspections may be conducted with or without prior notice. No-notice inspections will be used when local safety and health personnel determine they will provide a significantly more meaningful assessment of actual operating conditions and practices. However, appropriate representatives of DA Civilian employees and recognized employee organizations will be notified when management receives prior notice of an inspection.

*j.* A representative of the official in charge of a workplace and an authorized representative of DA Civilian employees will be given the opportunity to accompany the inspector during the physical inspection of workplaces. Garrison and activity commanders, or their designated representative, may deny the right of accompaniment to any person who, in their judgment, will interfere with the inspection.

*k.* Follow-up inspections are essential to ensure that hazards have been corrected.

*l.* SOH inspections will not be conducted in conjunction with any other visit or inspection.

## 17–7. Notices of violations
Notices of violations for RAC 1 and RAC 2 hazards detected during standard Army SOH inspections will be recorded on DA Form 4753 (Notice of Unsafe or Unhealthful Working Condition) or equivalent. All posted notices will describe the

nature and severity, probability, and associated risk of the violation; the substance of the RM plan; and interim protective measures.

*a.* Copies of each notice of unsafe or unhealthful conditions will be given to the appropriate official in charge of the workplace and any participating employee representative.

*b.* The official in charge of the workplace where the condition was discovered will post notices. Where it is not practical to post the notice at or near the hazard, it will be posted in a prominent place where all affected personnel will readily see it.

*c.* Delivery and posting will take place within 15 days of detection for safety violations and 30 days for health violations.

*d.* The notices will remain posted for 3 working days or until correction, whichever is later.

## 17–8.  Written reports of violations

Written reports of violations resulting from standard Army SOH inspections will be provided to the head of the activity or the commander of the unit inspected. These reports will cite hazards and safety management deficiencies and will recommend corrective actions.

## 17–9.  Army employee hazard reporting

*a.* Follow the procedures for employee reports of hazards located in 29 CFR 1960.28, 29 CFR 1960.46, and DA Pam 385–10.

*b.* Complete reports under these procedures on DA Form 4755 (Employee Report of Alleged Unsafe or Unhealthful Working Conditions) according to DA Pam 385–10.

## 17–10.  Occupational safety and health inspections

*a.* Inspection of contractor workplaces by Federal and State agencies will be done according to DODI 6055. 1 and 29 CFR 1960.

*b.* Workplace safety inspections and occupational health assessments may be in response to a complaint from an Army employee or employee representative; they may be scheduled as part of OSHA's annual evaluation of agency programs, OSHA target program, or in response to a fatal accident.

*c.* Federal and State OSHA officials will be immediately admitted to conduct inspections at selected workplaces in a reasonable manner during normal working hours.

*d.* Federal and State OSHA officials will initially report to the garrison commander or designated representative for an opening conference, if needed, and will be accompanied at all times on the Army installation. They will be required to show proof of appropriate security clearance if entry into closed areas is required. A closing conference with the garrison or activity commander or command designee will be arranged before the Federal and State OSHA officials' departure. Employee representatives will be invited to attend the opening and closing conferences.

*e.* Upon request, Federal and State OSHA officials will be provided available safety and health information on work sites to be visited. Such information may include data on HAZMAT in use; copies of recent DOD inspection; or survey reports, accident reports, and abatement project information.

*f.* When Federal and State OSHA officials issue an OSHA–2H Form (Notice of Unsafe or Unhealthful Working Conditions), local officials should treat such notices in the same manner as similar internal notices and provide for abatement of significant deficiencies. Garrisons that receive an OSHA–2H Form will immediately transmit copies through command channels to Office of the Director of Army Safety (DACS–SF), 9351 Hall Road, Building 1456, Fort Belvoir, VA 22060–5527 and copy furnish to Commander, U.S. Army Combat Readiness/Safety Center (CSSC–PR), 5th Avenue, Building 4905, Fort Rucker, AL 36362–5363.

*g.* Response to OSHA inspection reports will originate at the local level. The OSHA officials will elevate unresolved conflicts through their channels to DOD. This provision, however, will not inhibit normal internal communication within command channels to apprise higher echelons of the results of OSHA inspections and coordination of responses. With respect to investigating Army accidents, which is solely a DOD responsibility under EO 12196, Federal and State OSHA officials may be shown or provided factual portions of pertinent accident investigation reports as outlined in DA Pam 385–40. Federal and State OSHA officials, upon request, may also be authorized to accompany Army accident investigators in an observer status. Separate, duplicate OSHA investigations of Army accidents, concurrent either with or subsequent to required Army investigations, are not expected. However, Federal and State OSHA officials may inspect for residual hazardous conditions at the site of an Army accident.

## Chapter 18
## Industrial Operational Safety

### 18–1. Introduction

An effective safety program will improve industrial operational readiness and reduce costs. Industrial operations comprise activities that contribute to the development, testing, procurement, deployment, and logistical support of Army equipment and weapon systems. The principles of this chapter will apply to civil works.

### 18–2. Policy

Whenever possible, engineering controls will be used to eliminate hazards, and administrative controls will only be used whenever engineering controls are not feasible (for example, affordability, availability, lack of training resource and/or trained personnel, and so forth).

### 18–3. Acquisition of materials, equipment, facilities, and systems

*a.* Acquisition of materials, equipment, facilities, and systems will comply with the requirements of chapter 9 of this regulation.

*b.* The acquisition of materials, equipment, facilities, and systems will maximize the use of engineering design to preclude unnecessary residual risk and control residual risks when design changes to remove risks are not feasible.

### 18–4. Preoperational planning

Preoperational planning will be developed and promulgated as part of the planning for operations. The preoperational plan will identify hazards that may impact personnel safety and operations and the measures used to eliminate or control them.

*a.* RM will be used to identify and mitigate hazards and manage the associated risk with that activity. This requires that risk assessment, risk decisionmaking, and implementation of effective risk controls be part of the preoperational safety plan. Operational plans will incorporate preoperational safety briefings and training requirements as part of the plan.

*b.* Operational briefings and training will address identified hazards and their impact on operations.

### 18–5. Standing operating procedures

*a.* SOPs will—

(1) Be developed for all hazardous operations according to the requirements of DA Pam 385–10 and provide supervisors and operators with the level of detail necessary to execute the task or operation in an efficient, effective, and safe manner. Written standards (for example, work plans, internal operating plans, operating manuals, work instructions, FMs, and so forth) may be substituted for SOPs when they provide the level of detail necessary to execute the task or operation in an efficient, effective, and safe manner.

(2) Describe all necessary operational and safety and health requirements.

(3) Be reviewed and concurred with by subject matter experts within the executing organization and supporting organizations. At a minimum, SOPs will be reviewed annually or at change of command.

(4) Address emergency response procedures, required PPE, and equipment required to execute the operation safely.

*b.* SOPs and revisions will be based on the results of a complete risk assessment of all phases of the task or operation and resulting recommended controls.

*c.* Supervisors will—

(1) Train, observe, and enforce all requirements of the SOP.

(2) Read and indicate they understand all the requirements of the SOP relative to the operation and that it can be executed in an efficient, effective, and safe manner by following the SOP.

*d.* All employees will read and indicate they understand all the requirements of the SOP relative to their job and can execute it in an efficient, effective, and safe manner by following the SOP.

### 18–6. Accident prevention and response plans

Supervisors will develop an accident prevention and response plan for each organization under their direct control and administration. The accident prevention plan will—

*a.* Be site specific.

*b.* Be available to all personnel, in a common area accessible at all times, for all shifts.

*c.* Be current, reflecting up-to-date procedures, work instructions, and emergency procedures.

*d.* Be trained and practiced with documentary evidence on file identifying the trainer, trainee, date trained, and date practiced.

*e.* Include detailed emergency procedures including alert and notification, evacuation and response, personnel accountability, and medical response.

*f.* Identify known or suspected hazards associated with each particular work instruction, work practice, and operating activity (for example, physical, chemical, biological, and ergonomic).

*g.* Identify required administrative, engineering, and PPE controls associated with each particular work practice, work instruction, and operating activity.

*h.* Assign a primary and alternate POC for training and provide documented work instruction, procedure, and/or exposure control equipment.

## 18–7.  Training, licensing, and qualification

Supervisors will ensure each employee has sufficient and documented training, licensure, qualification, and experience prior to assigning said employee to a particular job or activity. Only licensed, trained personnel are authorized to operate machinery, motor vehicles, watercraft, and materials handling equipment.

## 18–8.  Approved for testing

Supervisors and operators will only use equipment and systems approved for testing of Army systems and verifying the accuracy of industrial processes. Calibration requirements will be according to requirements established by the preventive maintenance test, measurement, and diagnostic equipment.

## 18–9.  Preoperational walk-through

A preoperational walk-through will be conducted for all hazardous operations to validate the SOP, provide operator training, and ensure that all hazards have been identified during all phases of normal operation and emergencies. They are highly recommended for other long-term operations as well.

## 18–10.  Hazardous material

Hazardous material will be stored according to 29 CFR 1910.101 through 29 CFR 1910.126, Subpart H and NFPA Code 30.

## 18–11.  Personal protective equipment

*a.* RM will be used and documented to identify the type of PPE required based on the materials and processes being used.

*b.* Employees will use PPE according to 29 CFR 1910.132 through 29 CFR 1910.138, Subpart I, as required.

*c.* PPE and training will be provided at no cost to the employee.

## 18–12.  Fire protection

*a.* Fire protection will meet the requirements of 29 CFR 1910.155 through 29 CFR 1910.156, Subpart L and the National Fire Codes.

*b.* Fire protection plans will be reviewed during the preoperational planning to ensure that they provide the level of protection necessary to address possible fires in the operation.

## 18–13.  Materials handling and storage

*a.* Supervisors will review all operations to identify where mechanical materials handling equipment can be used to eliminate excessive and repetitive manual materials handling.

*b.* Operators will inspect all materials handling equipment prior to the start of the operations to ensure current certification and that it meets the operation's requirements.

*c.* The rigger-in-charge will inspect all rigging equipment prior to the start of the operations to ensure current certification and that it meets the operation's requirements.

## 18–14.  Machine safeguarding

Supervisors will analyze all equipment to identify point-of-operation hazards and other hazards associated with moving belts and equipment and will provide guards or other means to protect operators and other personnel.

### 18–15.  Exits and egress
Exits and egress will meet the requirements of 29 CFR 1910.33 through 29 CFR 1910.39, Subpart E; fire prevention plans; and NFPA 101.

### 18–16.  Lockout and/or tagout
The control of hazardous energy (lockout and/or tagout) will be developed for each piece of equipment being used and provided to personnel servicing and maintaining that equipment according to 29 CFR 1910.147.

### 18–17.  After action reports
After action reports are a significant part of the Army's process for documenting and sharing lessons learned. After action reports will be used to document all aspects of accident prevention and preoperational planning associated with industrial operations.

*a.* The after action report will be a factual statement of what worked or did not work and will contain recommendations for improvement in accident prevention planning for operations.

*b.* When used in conjunction with documenting an accident, the after action report will identify all factors that contributed to the accident, including both those that can be controlled (training of personnel, use of proper safety equipment, and so forth) and those beyond direct control (weather and so forth).

*c.*  Appropriate recommendations will be included in the after action report.

## Chapter 19
## Emergency Planning and Response

### 19–1.  Introduction
This chapter prescribes DA safety policy for planning emergency response to save lives; protect the health and safety of the public, responders, and recovery workers; and to exchange information.

### 19–2.  Policy
*a.* RM will be applied to all emergency response scenarios to identify the required, appropriate equipment and response procedures to increase efficiency and effectiveness. This is to eliminate controlling adverse and risky conditions that will degrade emergency response operations.

*b.* The National Response Plan and the National Incident Management System contain mechanisms for expedited and proactive Federal, State, and local Government support to ensure that critical lifesaving assistance and incident containment capabilities are in place to respond quickly and efficiently to catastrophic incidents. The emergency preparedness standards prescribed in these sources as well as EOs, presidential directives, National Incident Management System, and individual State/territory statutes will be used together with this regulation to formulate an organization's emergency response plan.

*c.*  In addition, the requirements of AR 525–27, 29 CFR 1910.38, and 1910.39 will be complied with.

### 19–3.  Recovered chemical warfare material response
The RCWM emergency response activities will be conducted to protect public and worker safety and health and the environment according to applicable statutes and implementing regulations. Safety planning; coordinating with the EPA, State, and civilian authorities and responders; and community involvement will be priorities. The RCWM emergency response activities will be conducted according to DA Pam 385–61, the National Oil and Hazardous Substances Pollution Contingency Plan, and the EOD 60-series publications unless actions are part of an approved site specific emergency response plan.

### 19–4.  Biological warfare material response
Biological warfare material emergency response activities will be conducted to protect public and worker safety and health and the environment according to DA Pam 385–69, applicable statutes, and implementing regulations. Safety planning; coordinating with the EPA, State, and civilian authorities and responders; and community involvement will be priorities.

## 19–5.  Munitions incidents and munitions of concern

Unexploded ordnance emergency response activities will be conducted to protect public and worker safety and health and the environment according to AR 385–63, DA Pam 385–10, DA Pam 385–40, and DA Pam 385–64, applicable statutes, and implementing regulations.

*a.* The commander of an installation or activity first learning of an accident or incident requiring DOD emergency response will immediately notify the Army Operations Center, providing all information required in DA Pam 385–10 and DA Pam 385–40 that is known at the time. The telephone numbers for the Army Operations Center are DSN 227–0218 or commercial (703) 697–0218.

*b.* The telephonic response will be promptly confirmed by priority and/or electronically transmitted message. The Army Operations Center electronically transmitted message address is Headquarters (MOCS–AOC), Washington, DC. This notification message will include the addresses listed in DA Pam 385–10, paragraph 11–3, as information addressees.

## 19–6.  Concept of operations

*a.* For those events that rise to the level of an Incident of National Significance, the Department of Homeland Security provides operational and/or resource coordination for Federal support to on-scene incident command structures. The National Response Plan outlines in the National Incident Management System how the Federal Government implements the Robert T. Stafford Disaster Relief and Emergency Assistance Act (The Stafford Act). The Stafford Act outlines how the Federal Government will assist the local and State Governments when a disaster or emergency overwhelms their ability to respond effectively to save lives; protect public health, safety, and property; and restore their communities.

*b.* Support to civilian law enforcement officials by DOD personnel will be pursuant to those authorities provided in 18 USC 112, 351, 831, 1116, 1751, and 1385 (also known as The Posse Comitatus Act) and DODI 3025.21. Before any military law enforcement personnel (to include DA police officers or security guards) are utilized in any capacity to support civil authorities off an Army installation, coordination and approval will be obtained from the local staff judge advocate.

*c.* All incidents are handled at the lowest possible organizational and jurisdictional level. Police, fire, public health and medical, emergency management, and other personnel are responsible for incident management at the local level. The National Incident Management System provides a consistent nationwide template to enable Federal, State, local, and tribal Governments and private sector and non-governmental organizations to work together effectively and efficiently to prepare for, prevent, respond to, and recover from domestic incidents, regardless of cause, size, and complexity, to include acts of catastrophic terrorism.

## 19–7.  Chemical, biological, radiological, explosives, and nuclear response

*a.* Facilities in which CBRN defense activities are conducted will develop a written plan to safely and adequately respond to emergencies arising from catastrophic incidents.

(1) Plans and their supporting procedures will conform to the requirements stated in Federal, State, and local directives.

(2) A risk assessment will be conducted prior to developing the emergency response plan to ensure that all potential emergency hazards and situations have been identified and mitigated. The risk assessment will also consider the types of PPE required and the types of training necessary to use it effectively.

(3) Facility staff will be included in the plan development process to the maximum extent possible to enhance comprehensiveness.

(4) Emergency and security personnel will be trained and equipped to cope with hazards that may be encountered when performing their duties.

(5) Training will be sufficient to enable personnel to function without waiting for guidance from supervisors.

*b.* Reporting will be according to chapter 3 of this regulation and DA Pam 385–40. Further—

(1) For accidents involving the transportation of nuclear weapons, see AR 50–5.

(2) For accidents involving toxic chemical agents, see AR 50–6.

(3) For accidents involving radioactive and fissionable material, other than weapons, see DA Pam 385–24.

(4) For accidents involving IAT, see DA Pam 385–69.

(5) For all other types of accidents, see DA Pam 385–40.

*c.* Emergency response plans will include the following:

(1) Pre-accident or pre-emergency planning.

(2) Personnel roles, lines of authority, and communications.

(3) Responsibilities and training requirements for emergency responders (for example, supervisors, emergency room coordinator, and emergency response team members).

(4) Emergency alerting and response procedures.

(5) PPE and emergency equipment.

(6) Decontamination procedures.

(7) Evacuation routes, procedures, and assembly points.

(8) Procedures to account for employees.

(9) Medical support requirements, emergency medical treatment, and first aid.

(10) Incident facility security requirements.

(11) Procedures for reporting incidents to local, State, and Federal Government agencies.

(12) Names or job titles of persons or departments to be contacted for further information or explanation of duties under the plan.

(13) Review of response and follow-up.

*d.* The facility emergency response plan will be reviewed at least annually and, as necessary, be amended to keep current with new or changing facility conditions or information.

*e.* Senior commanders and local, regional, State, and Federal emergency support and coordinating agencies (for example, law enforcement, fire departments, and health departments) will be informed of CBRN defense activities at Government-owned facilities. Agreements will be made with these agencies to identify and ensure the availability of support, including equipment and training, necessary to provide effective emergency response and to ensure compliance with applicable statutes and regulations and the facility emergency response plan.

(1) Agreements must be in writing.

(2) Agreements will be reviewed annually or upon a change in operations that could affect existing emergency response plans and updated as necessary.

(3) The emergency response plan will be compatible and integrated with the disaster, fire, and/or emergency response plans of the installation and local, state, and Federal agencies.

*f.* An employee alarm system will be installed according to 29 CFR 1910.165 to notify employees of any necessary emergency action.

*g.* Emergency response plans will be exercised prior to adoption and at least annually thereafter to ensure the adequacy of response plans and responder training, responder familiarity with response procedures and equipment, the adequacy of support agreements, and the availability and adequacy of emergency equipment and medical support. Emergency response drills and exercises for biological operations will be conducted according to DA Pam 385–69.

*h.* If a mishap results in a potential or confirmed exposure or release of a chemical agent, etiologic agent, or exposure or possible exposure to a radiation threat, emergency procedures will be immediately initiated to protect personnel and the environment and to limit the spread of contamination. Hazardous conditions created by the emergency will be eliminated and the affected areas will be decontaminated before normal operations are resumed. Medical surveillance will be initiated as soon as possible for all individuals present in the potentially affected area at the time of the mishap (see chap 3 for mishap reporting).

*i.* The SOPs will address emergency procedures related to any mishap involving HAZMAT, including biological program etiologic agents. Notification and evacuation procedures will be covered in detail, as well as measures to contain the HAZMAT and contamination. Local, regional, State, or Federal emergency support and coordinating agencies (such as law enforcement, fire departments, health departments, and Governments) will be informed of HAZMAT activities, including biological programs. They will be informed of the appropriate support necessary, to include any equipment and training necessary, to provide effective emergency response and ensure compliance with community "right-to-know" statutes and regulations. Agreements with external agencies must be formalized. If a mishap with a HAZMAT, including a chemical agent or biological program etiologic agent, results in personnel exposure, approved emergency procedures will be immediately initiated to protect personnel and the environment, confine the HAZMAT, and constrain the spread of contamination. All personnel except those responsible for emergency operations will evacuate the immediate area. Special medical surveillance will be started as soon as possible for all workers present in the potentially affected area at the time of the mishap.

*j.* All activities with a chemical mission, in coordination with the host installation, will establish a central control point to coordinate all chemical agent emergency activities and conduct periodic exercises of the emergency response plans.

## 19–8. Aviation emergency planning

*a.* Commanders of installations with aviation operations will develop a detailed, written, pre-accident or pre-emergency plan specifying duties, responsibilities, and immediate actions for personnel involved in accident notification procedures, search and rescue, accident investigation, and equipment recovery.

*b.* Installations without aviation safety staff will request assistance from the regional IMCOM safety office.

*c.* The IMCOM safety office will coordinate with aviation units as per local agreements. Commanders will coordinate the support requirement upon receiving the request for support.

# Chapter 20
# Infectious Agents and Toxins

## 20–1. Introduction

*a.* This chapter establishes DA safety policies and procedures for the use, handling, transportation, transfer, storage, and disposal of IAT rated at BSL–2 and above used in microbiological activities in permanent or temporary clinical laboratories, biomedical and biological research settings, microbiology teaching laboratories, and veterinary reference laboratories. These policies and procedures apply to all U.S. Army activities and facilities in which IAT are used, produced, stored, handled, transported, transferred, or disposed-to include the ARNG and the USAR and contractors and consultants conducting microbiological and biomedical activities for the Army. Policy and procedures for contractors required to possess or use Army- or DOD-provided IAT are covered in paragraph 20–15 of this regulation.

*b.* Army Headquarters employing mobile laboratories will develop specific procedures for the mobile laboratories' biosafety program and documentation. At a minimum, the program will include risk assessment, engineering controls (safety, health, and environmental), SOPs, hazard analyses, training (user and maintenance), and inspection, testing, validation, and maintenance requirements. Army Headquarters will submit mobile laboratories' biosafety policies to the ODASAF for review by the DABSHC.

*c.* DA Pam 385–69 contains minimum technical SOH requirements for developing management and control processes for biological operations involving IAT. Its implementation is mandatory.

*d.* Best practices and lessons learned collected from both Government and industry that serve as examples of how others have met challenges, introduced innovation, and advanced the science of IAT safety are available from the DABSHC. Contact the ODASAF for additional information.

## 20–2. General

*a.* The transport, storage, handling, use, and disposal of IAT will occur in a manner that will not adversely affect the safety and health of employees, military personnel, visitors, the surrounding community, or the environment. The overarching principle for safety in biological activities is to minimize the potential exposure of personnel and the environment to IAT. Biological activities will be conducted using facilities, equipment, and procedures commensurate to the level of risk of the activity or the BSL. The minimum number of appropriately qualified and trained personnel will be engaged in the activity for the shortest period of time and with the minimum amount of material (consistent with program objectives and safe operations).

*b.* All testing of protective equipment or detection devices employing IAT will be conducted in appropriate BSL laboratories, chambers, or other facilities. All testing will be conducted using the least hazardous IAT consistent with mission objectives.

*c.* Field-testing (open air) is restricted to the use of IAT simulants, unless the Secretary of Defense determines that testing is necessary for national security according to 50 USC 1512.

*d.* Security policy, responsibilities, standards, and procedures for safeguarding BSAT are contained in DODI 5210.88.

(1) Prior to implementation of security standards and procedures a risk assessment will be conducted in accordance with paragraph 20–4. Implementation of security standards and procedures that will increase the risks associated with the use, handling, transportation, transfer, storage, or disposal of BSAT requires documentation of risk acceptance at the level prescribed in DA Pam 385–30.

(2) Physical security plans of BSAT entities prescribed in DODI 5210.88 will be synchronized with the entities' safety program requirements and emergency plans.

(3) Security forces will meet training and occupational health requirements of DA Pam 385–69 (this is in addition to the requirements of 42 CFR 73.15).

## 20–3. Biological safety programs

*a.* Each Army Headquarters, major subordinate command, and agency conducting biological activities will include an IAT safety section in their written SOH Program prescribing responsibilities and procedures for implementing this chapter and DA Pam 385–69. When another military department, command, or agency conducting biological activity is a tenant on an installation, that organization will coordinate its biological safety program with the senior commander.

*b.* The installation, institute, or activity's SOH Program will include a biological occupational health element meeting the requirements of DA Pam 385–69.

**20–4. Mishap risk management**

*a.* The risks associated with biological activities will be assessed and documented and controls established (personnel training and qualification, procedures, containment equipment, and facility design) to contain IAT and to protect workers, support personnel, the environment, and laboratory products. DA Pam 385–30 can be used as a guide for mishap RM.

*b.* A risk assessment will be completed and documented for every operation involving IAT. The principal investigator or immediate supervisor (whoever has the best understanding of the activities and risks) is responsible for conducting the risk assessment. This will be done in close coordination with the SOH and other subject matter experts (for example, environmental, emergency response, security, facilities, and maintenance) and/or the facility safety committee to ensure compliance with established guidelines and regulations. The risk assessment will identify controls (personnel training and qualification, procedures, containment equipment, maintenance, and facility design) to contain IAT and to protect workers, support personnel, the environment, and laboratory products. After completing the documented (baseline) risk assessment—

(1) Apply RM cyclically.

(2) Continuously identify and assess hazards that were not identified as part of the initial assessment or that evolved during the operation or activity.

(3) Develop and implement controls, and evaluate outcomes.

(4) Assess the implementation, execution, and communication of the controls.

(5) Assess the accuracy of residual risk and effectiveness of controls in eliminating hazards and controlling risks.

*c.* SOPs are required for every biological operation using IAT according to this regulation and DA Pam 385–69. The SOPs will be based on the activity's risk assessment. The SOPs will be readily available at the work location and designated personnel will maintain a copy of SOPs in a centralized location.

*d.* Workers and support personnel that have been designated or granted approval of facility access during IAT operations will be identified, and their health risk assessment will be reviewed in conjunction with all occupational health examinations or screenings.

**20–5. Reviewing biological facilities**

*a.* For new construction or major modifications of Government biological facilities, the biosafety officer and/or SOH professionals at the facility or higher headquarters will review facility design safety controls for compliance with DA Pam 385–69 and provide comments to the appropriate design review or contracting agency (for example, Health Facilities Planning Agency). The USACE is the designer and construction agent for Army biological facilities.

*b.* Prior to initial use, containment (BSL–3) and maximum containment (BSL–4) laboratories will be validated for safe operation through a commissioning survey. The organization conducting the commissioning survey may be in house or contracted, but will be approved by the U.S. Army Public Health Command and the ODASAF (see DA Pam 385–69 for commissioning survey criteria). Commissioning surveys are in addition to preoperational surveys (see below).

**20–6. Facility preoperational surveys**

*a.* Prior to starting operations at new BSL–2 facilities, a preoperational survey will be completed and approved by the Army Headquarters. The parent Army Headquarters will lead the preoperational survey. Preoperational survey teams will be composed of safety, industrial hygiene, and laboratory operations subject matter experts. This responsibility may be delegated to a major subordinate command. Surveys of clinical BSL–2 operations will be synchronized with the laboratory coming on line and conducted in a manner to ensure no disruptions in patient care.

*b.* Prior to starting operations at new biological BSL–3 and BSL–4 facilities or BSL–3 and BSL–4 facilities that have undergone major modification (defined as a modification affecting one or more commissioning certification criteria as listed in DA Pam 385–69), a preoperational survey will be completed and approved by the ODASAF. Preoperational survey teams will be led by a representative of ODASAF and composed of an industrial hygienist from the U.S. Army Public Health Command, an occupational medicine subject matter expert from the Office of TSG, and a safety and laboratory operations subject matter expert from the appropriate Army Headquarters. The ODASAF is consulted if uncertain whether a modification requires a preoperational survey: depending on the scale and complexity of the modification, the ODASAF may delegate the survey to the Army Headquarters or major subordinate command.

*c.* The preoperational survey will be conducted to evaluate the implementation and effectiveness of the facility's biosafety control measures and compliance with this regulation and DA Pam 385–69 to include simulation of selected operational and emergency response operations.

**20–7. Containment**

*a.* Containment equipment will be used, in conjunction with personnel qualification and training and safe work practices and procedures, to minimize potential exposure of personnel and the environment to IAT.

*b.* Containment will be implemented to the maximum extent feasible and verified as effective. Personal protective clothing and PPE can be used in addition to primary barriers according to risk assessments and the operation being performed.

*c.* Biological protocols and SOPs will maximize use of engineering and administrative controls to preclude or minimize the need for PPE.

*d.* The level and type of PPE required for biological activities will be based on the results of risk assessments and the criteria in DA Pam 385–69. The selection and training for use of PPE will be as specified in DA Pam 385–69.

*e.* Before beginning any IAT operation, determine that the hazards associated with the operation are under positive control (as defined in the applicable SOP) and that the operation complies with the criteria of this regulation and DA Pam 385–69.

**20–8. Special Immunization Program**

*a.* The Special Immunization Program has been established so that vaccines will be available to provide an additional level of protection to at-risk individuals involved in biological activities. The Special Immunization Program uses unlicensed vaccines to protect at-risk Soldiers and DA Civilian employees. The U.S. Army Medical Research and Materiel Command manages the Special Immunization Program.

*b.* Immunization with a licensed vaccine, or a statement of declination from the individual, may be required as a prerequisite for working with certain IAT.

*c.* Unlicensed vaccines are given under investigational new drug (IND) protocols. Due to the investigational, unlicensed status, and the limited availability of vaccines given under IND protocols, immunization with an IND vaccine is strictly voluntary and is limited to those individuals to whom the risk of their use has been fully analyzed and justified. Vaccines given under IND protocols are only to be used to provide an additional level of protection. They are not to be used in lieu of safe laboratory practices, agent containment, or PPE.

**20–9. Training and information**

All personnel who work directly with or who otherwise have a potential for occupational exposure to IAT will receive training according to chapter 10 of this regulation and DA Pam 385–69.

**20–10. Inspections**

Government biological activities will be inspected according to the requirements of DA Pam 385–69. Contract biological activities will be inspected according to DA Pam 385–69 for each contract requiring the use of Army or DOD-provided IAT.

**20–11. Maintenance controls**

A continuing maintenance process will be implemented for equipment and facilities. The maintenance process at a minimum will address:

*a.* Identifying critical equipment and utility system components.

*b.* Inspecting, testing, certifying, maintaining, and documenting critical equipment and utility system operating components.

*c.* Investigating, reporting, and correcting equipment and utility system problems, failures, and user errors.

*d.* Ensuring maintenance personnel possess the necessary knowledge, skills, and qualifications to inspect, test, certify, and maintain critical equipment and utility systems.

*e.* Responding to equipment and utility system failures or disruptions.

**20–12. Transporting etiologic agents**

*a.* When transporting IAT, the agent will be prepared and/or certified for shipment by personnel who have successfully completed the 40-hour Transport of Biomedical Material Course offered by the U.S. Army Public Health Command or other DOD or Army-approved HAZMAT shipper certification course and appointed in writing by the activity or unit commander or designated representative stating the scope of authority and expiration date.

*b.* Packaging, labeling, and shipping will be according to applicable Federal, State, and local laws and regulations, to include DA Pam 385–69 and the following:

(1) 7 CFR Part 331 (biological select agents and toxins (BSAT) only).

(2) 9 CFR Parts 92, 94, 95, 96, 121, 122, and 130 (BSAT only).

 (3) 15 CFR Parts 730–774.
 (4) 42 CFR Parts 70 and 71.
 (5) 42 CFR 73 (BSAT only).
 (6) 49 CFR, Volume 2, Chapter I.
 (7) International Air Transport Association Dangerous Goods Regulations.
 (8) International Civil Aviation Organization Technical Instructions for the Safe Transport of Dangerous Goods by Air.
 (9) Defense Travel Regulation (DTR) 4500.9–R.
 (10) AR 50–1 (BSAT only) and Interim Guidance for the Shipment BSAT within the Army (BSAT only).
 (11) Air Force Manual (AFMAN) 24–204(I)/TM 38–250/NAVSUP PUB 505/MCO P4030.19/DLAI 4145.3.
 *c.* Transporting IAT on installations will be according to the DTR 4500.9–R, Part II, Chapter 204, paragraph c.
 *d.* Security requirements for safeguarding BSAT during transportation and transfer are contained in DODI 5210.88.

## 20–13. Inactivation of Bacillus anthracis

Inactivation of Bacillus anthracis will be in accordance with the revised Federal Select Agent Program (FSAP) policy statement "Inactivated Bacillus anthracis" and all applicable FSAP policy updates. FSAP policy statement "Inactivated Bacillus anthracis" is available at http://www.selectagents.gov/policystatement_bacillus.html.

## 20–14. Disposal controls

All cultures, stocks, and other potentially infectious materials are decontaminated before disposal using an effective method (see DA Pam 385–69). Depending on where the decontamination will be performed, the following methods should be used prior to transport:

 *a.* Materials to be decontaminated outside of the immediate laboratory must be placed in a durable leak-proof container and maintained in the laboratory or designated storage area until it is transported.

 *b.* Materials to be removed from the facility for decontamination must be packed according to applicable local, State, and Federal regulations.

*Note.* Disposal planning will be conducted during the risk assessment process (see para 20–4).

## 20–15. Biological program safety studies and reviews

Safety studies and reviews are conducted to assess the safety of biomedical and microbiological activities and the effectiveness of biosafety and occupational health controls. Army Headquarters and HQDA agencies may recommend a special study or review and will coordinate recommendations with Office of the Director of Army Safety (DACS–SF), 9351 Hall Road, Building 1456, Fort Belvoir, VA 22060–5860. Special studies and reviews may be used to—

 *a.* Identify and assess conditions or practices that may affect biosafety program management or controls.

 *b.* Analyze major microbiological/biomedical system modifications or innovations (including design and physical configuration changes) for impact on safety and health.

 *c.* Assess the impact of significant changes to SOH standards or program requirements with a potential to affect biological operations.

## 20–16. Contracting

Contracting officers will ensure that Army IAT safety clauses are made contractually binding on all contractors required to possess or use Army- or DOD-provided IAT, with the exception of clinical diagnostic, epidemiologic, and surveillance specimens.

 *a.* The contracting officer will designate a COR to monitor the contract.

 *b.* At the conclusion of the contract, the contractor will manage the final disposition of the IAT according to the plan specified in the contract.

 *c.* AMC and MEDCOM are jointly responsible for developing the biological safety contract clauses, including clauses for accident and incident investigation and reporting. AMC and MEDCOM will ensure that such clauses are promulgated according to FAR, Subparts 1.3 and 1.4; DFARS, Subparts 201.3 and 201.4; and the AFARS, Subparts 5101.3 and 5101.4.

 *d.* Contract clauses will be maintained by the ODASAF with assistance from the AMC and the MEDCOM.

 *e.* Each contracting officer will ensure that contract facilities handling Army or DOD-supplied IAT are pre-inspected per the appropriate checklist in DA Pam 385–69 and annually inspected for compliance with IAT safety clauses and DA Pam 385–69.

## Chapter 21
## Chemical Agent Safety Management

### 21–1. Introduction

*a.* This chapter prescribes DA safety policy and processes for the Army chemical agent safety function.

*b.* This chapter applies to blister agents H (Levinstein mustard), HD (Distilled mustard), HT (mustard T-mixture), and L (Lewisite) and to nerve agents GA (Tabun), GB (Sarin), GD (Soman), GF (Cyclosarin), and VX (O-ethyl S-(2–Disopropylaminoethyl) methylphosphonothiolate) (see DA Pam 385–61 for definitions of these chemical agents) and other experimental chemical agents exhibiting toxicity similar to nerve and blister agents. This chapter does not apply to commercially available or produced chemicals or to RCWM.

*c.* DA Pam 385–61 contains technical SOH requirements for management and control processes for operations involving chemical agents and associated weapons systems. DA Pam 385–61 is not mandatory for contingency or tactical military operations, but should be used as a guide.

*d.* DA Pam 385–61, chapter 12, applies only to chemical agent training at the Chemical Defense Training Facility at the U.S. Army Chemical School, Fort Leonard Wood, MO.

*e.* Chemical agent waste associated with chemical agent facilities and operations, which does not meet the definition of clean, will be managed, stored, and shipped according to existing laws and regulations to a permitted treatment, storage, or disposal facility whose permit allows receipt of such wastes.

*f.* The requirements of DA Pam 385–61 do not apply to RDT&E solutions of chemical agents except where specifically addressed.

(1) The provisions contained in DA Pam 385–61 should be used as a guide in conjunction with a hazard analysis, SOPs, and good laboratory practices to ensure safe operations with RDT&E solutions.

(2) Each installation or activity conducting RDT&E solution operations must have a program document that describes how these operations will be conducted.

(3) Reference 29 CFR 1910.1450, 1910.132 through 1910.134, and 1910.138.

*g.* Army headquarters, agencies, and organizations with nontraditional agents will ensure that all current, applicable policies and standards for nontraditional agent safety are implemented and enforced.

### 21–2. Applicability

This chapter applies to activities and organizations with a mission involving chemical agents and applies during peacetime, wartime, contingency operations, training, exercises, and RDT&E.

### 21–3. Chemical Demilitarization Program

All aspects of the Chemical Demilitarization Program, including movement of munitions to the treatment facility or system and operation of the treatment facility or system, will be based on public safety risk considerations instead of maximum credible events or other traditional risk assessment procedures. The Chemical Demilitarization Program uses risk assessment procedures governed by Federal statute, recommended by the Board on Army Science and Technology, and accepted by the Centers for Disease Control and Prevention.

### 21–4. Chemical agent function

As part of the Army Safety Program when required by an activity's mission, the chemical agent function will consist of management and control processes addressing the following key components according to DA Pam 385–61:

*a.* Chemical agent air monitoring.

*b.* Chemical agent engineering controls and facility engineering design.

*c.* Occupational health.

*d.* Specialized PPE for chemical agent use.

*e.* Specialized training for chemical agent operations and support personnel.

*f.* Special procedures for chemical agent emergency response and preparedness.

*g.* Chemical agent recordkeeping.

*h.* Chemical agent transportation.

*i.* Chemical agent unique decontamination.

*j.* Special techniques for chemical agent storage.

## Chapter 22
## Marine Activities

### 22–1. Introduction
Leaders and managers will use the RM process to establish and operate an effective marine activities safety program to include water operations, water activities, and civil work marine activities. Specific requirements for each of these program areas are provided in the following paragraphs.

### 22–2. Water operations
Operators will follow U.S. Coast Guard (USCG) and/or the USACE guidance to operate safely non-tactical vessels and watercraft.

### 22–3. Civil work marine activities
Watercraft, engineer-peculiar equipment, and operations under jurisdiction of the USACE (including, dredging, navigation maintenance, survey, and park ranger waterborne patrol operations) will meet the requirements in EM 385–1–1; Engineer Regulation (ER) 385–1–91; and Engineer Pamphlet (EP) 1130–2–500, chapter 7. For vessel design, the USACE-owned and operated vessels, plant, and equipment will be of a design accepted by the USACE Marine Design Center and maintained in a seaworthy state, and equipped according to the original design, the USCG regulations, and the USACE requirements found in EM 385–1–1 and EP 1130–2–500.

### 22–4. Operator qualification
Operators of nontactical Army vessels will be licensed according to AR 600–55 and, where applicable, by the USCG and/or USACE EM 385–1–1 for the specific type of vessel or equipment. Commands may impose more restrictive licensing requirements, as needed.

### 22–5. Protective equipment
*a.* Personnel aboard nontactical vessels and floating plants or working on/over water will wear personal flotation devices as prescribed by the USCG, the OSHA, and/or the USACE guidance found in 46 CFR, 29 CFR, and EM 385–1–1 respectively. Personal flotation device use during tactical water operations will be according to the mission commander's guidance.

*b.* Throwable devices (ring buoys, life rings, and so forth) will be provided on all vessels and floating plants according to the USCG and EM 385–1–1, Section 5.

### 22–6. Inspections
Qualified personnel will inspect all vessels and floating plants at least annually for seaworthiness and safe operating condition. Periodic inspections and tests will assure that a safe operating condition is maintained.

### 22–7. Pre-accident or pre-emergency planning
Prior to vessel or plant deployment, plans will be prepared for response to marine emergencies such as fire, sinking, flooding, severe weather, man overboard, and HAZMAT incidents as outlined by the USCG guidance and/or USACE EM 385–1–1, Section 19. Drills and exercises of these plans will be conducted as stated in the guidance.

## Chapter 23
## Medical Safety

### 23–1. Introduction
The health care delivery industry requires strenuous activities to include lifting, pulling, sliding, turning patients, transferring patients, moving equipment, handling sharp instruments, working in awkward positions, and standing for long periods of time. Such requirements create environments conducive to accidents and injuries. This chapter provides—

*a.* The additional practices and procedures that constitute a safety program in Army MTFs and dental treatment facilities and supplement other codes, standards, and laws.

*b.* Guidance for medical commanders, MTF safety personnel, supervisors, and other personnel in the MTF to provide a safe, functional, supportive, and effective environment for patients, visitors, staff members, and other individuals in the MTF.

**23–2. Policy**

An effective medical safety program must go beyond the minimum requirements found in the regulations, codes, and standards. Therefore, the requirements of Environment of Care Essentials for Health Care, published by The Joint Commission, are mandatory.

**23–3. Army Medical Safety Program management**

*a.* The MTFs and dental treatment facilities will comply with the host installation safety program.

*b.* Accident reporting and recordkeeping procedures and responsibilities for the MTF's safety managers are defined in 29 CFR 1904, chapter 3 of this regulation, and The Joint Commission environment of care standards.

**23–4. Hospital and military treatment facility safety**

*a.* The MTF commander has overall responsibility for safety.

(1) A Soldier and DA Civilian Employee Safety Committee or an Environment of Care Committee will be organized with representation from the administration, PVNTMED personnel, medical staff, nursing staff, engineering and maintenance, emergency management, security, housekeeping, and nutritional care.

(2) The committee(s) will meet regularly and keep written minutes of its meetings.

(3) The findings of the council/committee and appropriate recommended corrective actions will be reported in the council/committee minutes and all minutes will be signed and approved by the MTF or dental commander.

*b.* The MTF will have written safety policies to include accident reporting procedures for patients, visitors, contractors, volunteers, and staff.

*c.* Safety training.

(1) A safety orientation program will be provided for all new employees. The training should include worksite specific hazard recognition and control measures.

(2) Ongoing safety education will be provided by the supervisor for all employees and it will be documented.

(3) Educational programs will be developed for specific areas and activities within the MTF.

(4) All employees will be instructed by their supervisors as to the hazards inherent in their jobs and workplaces, and to the safety rules pertaining to their specific duties.

(5) Education related to job hazards will be coordinated with occupational health personnel, the safety manager, and the infection control nurse as appropriate.

*d.* The MTF will have a written policy that prohibits smoking in the MTF for staff and visitors.

**23–5. Medical systems safety and health**

*a.* Significant safety and health exposures that are unique to MTFs can affect patients, visitors, and staff with potentially lethal consequences. The safety manager will work with PVNTMED personnel, engineering, and maintenance personnel to coordinate the identification and elimination of hazards.

*b.* Hazards must be identified and abated.

(1) All findings will be entered in DA Form 4754 (Violation Inventory Log) or equivalent approved automated system log.

(2) Any hazard that cannot be abated within 30 days will automatically have a hazard abatement plan developed along with a plan for improvement.

*c.* The Environment of Care Committee and the Soldier and DA Civilian Employee Safety Committee will be briefed on all abatement activities.

**23–6. Safety manager functions**

The safety manager will perform the following additional functions:

*a.* Provide subject matter expertise to the Joint Environment of Care Committee solely on the safety portion of the security and safety chapter of the Environment of Care Essentials for Health Care published by The Joint Commission. The safety manager will not be the Environment of Care Committee functional lead.

*b.* Ensure that the MTF has a Soldier and DA Civilian Employee Safety Committee in accordance with paragraph 2–23. The Soldier and DA Civilian Employee Safety Committee may be held in conjunction with the Environment of Care Committee meeting. The agenda will include the following elements:

(1) Accidents or incidents for patients, visitors, and staff.

(2) Hazard surveillance (environmental inspections).

(3) Staff training.

(4) Review of program content.

*c.* Conduct hazard surveillance for all areas required. The results of these inspections will be documented and briefed at the Soldier and DA Civilian Employee Safety Committee.

*d.* Record deficiencies from the inspection on the violation inventory log and track until abated.

# Chapter 24
# Facility Reuse and Closure

## 24–1. Introduction

Due to changing unit missions and relocations, it is often necessary to close an installation or a portion of an installation, or reuse a portion of an installation to support new and different missions.

*a.* This chapter establishes requirements that are necessary to—

(1) Document, identify, evaluate, and, where appropriate, remediate contamination resulting from past Army activities.

(2) Ensure immediate response to discoveries of biological warfare materiel, RCWM, radioactive material, and MEC from past DOD activities.

*b.* This chapter applies when responding to planned and unplanned discoveries of biological warfare materiel, RCWM, and MEC on active DOD installations, on installations awaiting realignment or closure under the Base Realignment and Closure Program, and at FUDS where the Army is the executive agent.

(1) Comply with statutes, regulations, EOs, and other legal requirements governing personnel and public safety.

(2) Transition no longer needed installations quickly, cost effectively and efficiently, supporting community reinvestment initiatives.

(3) Provide protection for workers, the public, and the environment during biological warfare materiel, MEC, radioactive material, and RCWM response activities and the conduct of response activities according to safety and environmental laws and regulations.

## 24–2. Policy

*a. Preparing for closure or reuse of land.*

(1) When closing portions of an installation or reusing, the prior use of the land must be considered to ensure that its use does not endanger future operations, personnel, or the public.

(2) When the DOD decides to close a military base or facility, a decommissioning program will be conducted. The Army will not abandon a facility without developing a comprehensive program and documenting the program in a decommissioning plan that identifies any hazardous sites or waste, including chemicals or explosives (radiological and biological) that may be present. Base or facility history and past mission of the facility or base will serve as guides during development of the decommissioning program plan.

*b. Recordkeeping of risks.*

(1) During operations, a process will be established to maintain records of location and information (such as a material safety data sheet, hazard classifications, and so forth), on all used and stored HAZMAT, such as explosives, chemicals, and so forth.

(2) When facilities or areas undergo remediation, complete records of the actions involving cleanup of HAZMAT will be added to the record files.

(3) For each base closing, all risks associated with mitigation of identified hazards will be recorded and tracked until mitigated. An annual risk assessment report of progress and obstacles encountered will be provided to the ASA (IE&E). Any hazards discovered that were not included on the original decommissioning plan will be recorded and included in the tracking report. The decommissioning plan will be updated as required.

## 24–3. Closure requirements

*a. Nuclear Regulatory Commission tests.* The applicable NRC license RSO will coordinate the decommissioning of specific locations on the installation where licensed radioactive materials were used or stored, or other operations requiring licensing. The NRC will review the request for decommissioning that is submitted by the applicable NRC license RSO. The license RSO is responsible for coordinating radiation surveys, historical site assessments, and final closeout documents with the installation, AMC NRC license holders, the AMC Radiation Safety Staff Officer, and the Army RSO prior to submission to the NRC.

*b. Coordination with the base environmental coordinator.* The garrison commander, through the IMCOM base environmental coordinator, will oversee the radiological decommissioning of areas on installations that used radioactive materials. Coordination is required between the base environmental coordinator and the AMC NRC-licensed holders, the

tenants that used NRC-licensed materials and ARA materials, and with the IMCOM radiation safety staff officer for naturally occurring/accelerator produced radioactive material and/or generally licensed materials on the installation to ensure that all radioactive materials are properly covered in the decommissioning process. As per DODI 6055.08, Enclosure 2.6e, to the fullest extent practical, implement the SOH portions of the Nuclear Regulatory Commission Regulation (NUREG)-1575, Revision 1; NUREG–1575, Supplement 1; and NUREG–1576 when decontaminating or decommissioning installations, facilities, and equipment. (See also DODI 6055.08, Encl 2.9 on facilities and installations.)

*c. Environmental Protection Agency sampling.* Sampling according to the EPA standards will be conducted when suspected contamination exists for hazards normally associated with environmental pollution. The results of this sampling will be documented in the decommissioning program plan. The results of this sampling and risk analysis testing will be documented in the appropriate remedial documents. Identified risk will be recorded in the risk assessment report and tracked until mitigated.

## 24–4. Munitions and explosives of concern

*a.* Munitions and explosives of concern sites will be identified along with the type of ordnance or other explosives located within the boundaries of each site. The decommissioning program plan will include information on each site and the type of ammunition or explosives located thereon. All MEC will be handled and processed according to DA Pam 385–64.

*b.* Disposition of ammunition, explosives, and propellants will be done according to a DDESB-approved site plan.

*c.* Burying or dumping ammunition, explosives, or propellants is not an approved method of disposal. Exceptions include the covering of military munitions with earth or other material to control fragments, blast, or noise during authorized destruction by detonation, and the use of capping in-place "in-situ" of MEC when implemented as an engineered remedy under an authorized response action.

*d.* Agencies executing munitions responses will submit an after action report through the USATCES to the DDESB. The DDESB Secretariat will raise any issues that require resolution before land transfer or an alternative use can proceed (see DA Pam 385–64, chap 8).

## 24–5. Recovered chemical warfare material

*a.* Suspect chemical warfare materiel can be discovered during Army restoration and remediation activities at active installations, base realignment and closure sites, and FUDS. As the DOD agent for chemical defense, the Army is responsible for the safe, timely, and effective response to discoveries of this materiel.

*b.* For RCWM response activities, safety procedures and standards will be according to this regulation, AR 50–6, and DA Pam 385–61.

*c.* Recovered substances not meeting the definition of RCWM will be considered and treated as industrial chemicals and/or hazardous waste, not RCWM. Standards for recovery and disposition of such substances will be according to 29 CFR 1910.120, 40 CFR 260 through 40 CFR 279, and/or 40 CFR 300, and where applicable, equivalent State regulations.

*d.* The objectives of RCWM response activities are the safe, timely, and effective mitigation of public and environmental health and safety hazards posed by the materiel, in compliance with statutory and regulatory requirements and in coordination with Federal, State, and local authorities.

*e.* The Army will maintain a database of those locations where RCWM was (or where it was suspected to have been) manufactured, tested, stored, deployed, or disposed.

*f.* A comprehensive public affairs effort is essential for all RCWM response activities. For these activities, an effective public affairs plan will be initiated as soon as practicable by the lead agency responsible for the site in coordination with all participating organizations (ACOM, ASCC, DRU, CMA, 20th U.S. Army Support Command (Chemical, Biological, Radiological, Nuclear, and High Yield Explosives), and DA). All communications with the public and the media regarding response activities will be coordinated, shared, and disseminated through appropriate public affairs channels.

*g.* For emergency response activities, the on-scene coordinator will specify the public affairs responsibilities.

*h.* For remediation activities—

(1) On active installations, the ACOM, ASCC, DRU, ARNG, or FOA will specify the public affairs responsibilities.

(2) On FUDS projects, the USACE will specify the public affairs responsibilities.

*i.* The 20th U.S. Army Support Command (Chemical, Biological, Radiological, Nuclear, and High Yield Explosives) and the CMA will support public affairs efforts and be intimately involved in developing and releasing information to the public dealing with RCWM recovery, transport, and disposal.

*Note.* All Army public affairs offices should obtain environmental and health risk communication training to prepare them to conduct basic public involvement activities during a chemical warfare materiel response phase.

*j.* The site custodian will report—

(1) The unplanned discovery of actual or suspected chemical warfare materiel per chemical event reporting procedures specified in AR 50–6, chapter 11.

(2) The recovery of actual chemical warfare materiel to the national inventory control point for reporting under applicable treaties.

*k.* For chemical warfare materiel discovered on military facilities, the senior commander will initiate the required chemical event report.

*l.* For chemical warfare materiel discovered incidental to Defense Environmental Restoration Program projects at FUDS, the USACE will initiate chemical event reports.

*m.* In situations where custodianship is in doubt, the 20th U.S. Army Support Command (Chemical, Biological, Radiological, Nuclear, and High Yield Explosives) will initiate the required chemical event reports.

## 24–6.  Contaminated structures

For DA and DOD structures in which operations or research activities involving chemical agents, toxic industrial chemicals, biological warfare agents, ammunition, explosives, nuclear reactors, and/or radioisotopes were conducted, DA or DOD will sample, assess, mitigate, clear, and archive actions taken to correct hazardous conditions according to DOD 6055.09–STD, DA Pam 385–24, DA Pam 385–61, and DA Pam 385–64.

# Chapter 25
# Electrical Safety Program

## 25–1.  Introduction

This chapter prescribes policy for integrating Federal electrical safety standards as well as worldwide electrical safety consensus standards, techniques, and procedures in Army systems and operations to mitigate risk of electrical related injuries and deaths. More specific electrical safety guidance, procedures, and techniques to protect Army personnel, facilities, and equipment against electrical hazards are addressed in DA Pam 385–26.

## 25–2.  Policy

*a.* All Army leaders will ensure that effective electrical safety procedures prescribed in DA Pam 385–26 are appropriately integrated into their operations.

*b.* Electrical hazards will be mitigated to the lowest possible risk level in all operations including all Army work sites, recreational areas, office areas, training areas, construction zones, contingency operations, range facilities, vehicle operations, storage facilities, and so forth.

*c.* Evaluation of elements of electrical risk will be included in risk assessments, job safety analyses, standard Army SOH inspection, safety audits, and command inspections, as appropriate.

*d.* Commanders, directors, and managers at every Army echelon will include electrical safety in SOH policies and training that emphasizes prevention of electrical related accidents in their organization.

*e.* All leaders will ensure that electrical safety requirements and RM are applied to mitigate electrical related hazards.

*f.* All supervisors of Army electrical related operations will ensure that standard electrical safety operating procedures are developed and all personnel working in electrical related operations are appropriately trained.

*g.* Applicable Army, DOD, Federal, National, and worldwide electrical safety consensus standards will be appropriately integrated into all Army electrical related operations, to include construction, maintenance, and service construction. These standards include, but are not limited to, the following:

(1) DA Pam 385–26.

(2) 29 CFR 1910.

(3) 29 CFR 1915.

(4) 29 CFR 1926.

(5) NFPA 70.

(6) NFPA 70B.

(7) NFPA 70E.

(8) ANSI C2.

(9) ANSI/National Electrical Testing Association (NETA) Standard for Acceptance Testing Specifications (ATS) for Electrical Power Distribution Equipment and Systems.

(10) ANSI/NETA Maintenance Testing Specifications (MTS) for Electrical Power Distribution Equipment and Systems.

(11) HN or designated international standards covering electrical equipment safety and performance minimums, and installer and/or maintenance professional certifications required by regulatory bodies.

(12) Unified Facilities Criteria (UFC) 3–560–01, Electrical Safety, O & M.

*h*. Where applicable, installer/maintenance professional certifications required by regulatory bodies or jurisdictions will be incorporated into electrical operations. Compliance with standards listed in paragraph 25–2*g* and/or Army electrical related operations will be inspected and verified by competent authority at a frequency determined by local command.

## 25–3. Responsibilities

*a*. Senior commanders.

(1) Ensure that a Electrical Safety Program is developed and implemented in accordance with this regulation and DA Pam 385–26.

(2) Appoint a qualified authority having jurisdiction (see DA Pam 385–26, para 1–7).

(3) Ensure that all leaders at every level enforce electrical safety standards and risk management processes to all electrical work is in accordance with this regulation and risks associated with electrical work is accepted at the appropriate level of authority.

*b*. Authority having jurisdiction.

(1) Provide technical expertise and knowledge about local electrical systems, codes, and standards.

(2) Determine and establish the requirements of the code or standard to be used for approving equipment, material, installation, and/or procedures.

(3) Assist all leaders in developing, identifying, and providing the appropriate electrical safety training.

*c*. Safety managers.

(1) Plan, develop, coordinate, and assist in implementing written Electrical Safety Programs.

(2) Assist all leaders in the organization in identifying and providing the appropriate electrical safety training requirements for unqualified and qualified personnel in accordance with this regulation and DA Pam 385–26.

(3) Integrate electrical safety requirements into the local standard Army SOH inspection, abatement, promotion and awareness, risk management, and safety training programs in accordance with this regulation and DA Pam 385–10.

(4) Investigate and conduct trend analysis of all electrical mishaps in their command.

*d*. Supervisors.

(1) Develop and update SOPs for all hazardous electrical operations identified through job safety analysis in accordance with this regulation.

(2) Provide, conduct, and record all required electrical safety training in accordance with this regulation and DA Pam 385–26.

(3) Ensure a risk management worksheet with job hazard analysis is conducted in all electrical related operations.

(4) Ensure a risk assessment is developed in all electrical related operations before work is started within the limited approach boundary or arc flash boundary of energized electrical conductors and circuit parts operating at 50 volts or more or where an electrical hazard exists.

(5) Ensure all requirements of this regulation and DA Pam 385–26 are implemented in their area of responsibility.

## 25–4. Electrical safety training

*a. Electrical safety awareness and promotion.* All personnel will be made aware of electrical hazards in their environment and how to recognize electrical hazards and further protect themselves from the identified electrical hazards. All leaders will include electrical safety awareness in their organization's safety training program. Electrical safety awareness will include basic elements of electricity, general electrical hazards, recognition of faulty wiring and equipment defects, injury causation factors, control measures including location of circuit de-energizing equipment, emergency response procedures, and local national electrical safety requirements (if applicable) to mitigate risk of potential local electrical safety hazards.

*b. Electrical safety training requirements.* Employee and supervisor training will be tailored to the hazards of the employee's work environment. A work environment where the employee is close to exposed electric circuits operating at 50 volts or more to ground poses a hazard. 29 CFR 1910.332 lists occupations typically considered as requiring such training. Employees and supervisors of those employees must be qualified (that is, receive training specific to the work) if they work on or near exposed energized parts.

(1) *Qualified person.* A qualified person is one who has skills and knowledge related to the construction and operation of the electrical equipment and installations and has received safety training to recognize and avoid electrical related hazards. Qualified persons will be trained according to NFPA 70E, 110.6(D)(1) and DA Pam 385–26.

(2) *Unqualified person.* An unqualified person is one who does not work close to exposed energized circuits and is untrained in recognizing hazards associated with working on such circuits but may be in the vicinity of qualified personnel close to exposed energized circuits. Unqualified persons will receive training to include, at a minimum, recognition of electrical safety warning signs, location of shutoff switches and breakers, and emergency call procedures.

*c. Workplace training (general).* All Army personnel will receive general electrical safety training as an element of their organization's SOH training program. Supervisors are responsible for ensuring this training is completed. Training should include, but not be limited to, basic properties of electricity; proper use of extension cords, power strips, surge protectors, and adapters; and personal protective equipment, appropriate response to electrical mishaps, electrical heaters, and other electrical equipment used in the workplace.

*d. All electrical safety training will be documented.* Supervisors will maintain records of training and ensure that training is updated annually. Employees that face a risk of electric shock that is not reduced to a safe level by the electrical safety features of the equipment or electrical installation requirements (for example, those working close to exposed electric circuits operating at 50 volts or more) will be trained to understand the specific hazards associated with electrical energy. Army personnel working in electrical related operations will be given initial electrical safety training upon assignment to the job and updated whenever equipment processes and/or hazards change. Safety awareness material (such as posters and handouts) should be used to strengthen training and maintain a safe culture around electrical equipment.

*e. Retraining.* Personnel will receive additional training or retraining under any of the following conditions or as determined by the supervisor:

(1) Observation or indication of improper work practices.

(2) Changes in technology, equipment, or working environment.

(3) Introduction of new procedures.

## 25–5. Technical assistance

Directors, managers, commanders, and supervisors are encouraged to contact the controlling activity safety manager about their local electrical safety program. The safety manager can provide needed information and recommend practical measures to assist leaders in establishing an effective comprehensive electrical safety program. Safety managers will include electrical safety as a major element of additional and/or CDSO officer training.

## Appendix A

## References

### Section I

### Required Publications

Unless otherwise stated, all publications are available at http://armypubs.army.mil/.

**AD 2016–24**
Department of Defense Biological Select Agent and Toxins Biosafety Program (Cited in para 1–4*n*(18).)

**AR 385–63**
Range Safety (Cited in table 1–1.)

**AR 525–27**
Army Emergency Management Program (Cited in para 19–2*c*.)

**DA Pam 385–10**
Army Safety Program (Cited in para 1–4*aa*(15).)

**DA Pam 385–16**
System Safety Management Guide (Cited in para 1–4*ff*(1).)

**DA Pam 385–24**
The Army Radiation Safety Program (Cited in para 1–4*s*(16).)

**DA Pam 385–25**
Occupational Dosimetry and Dose Recording for Exposure to Ionizing Radiation (Cited in para 7–1*c*.)

**DA Pam 385–26**
Army Electrical Safety Program (Cited in para 25–1.)

**DA Pam 385–30**
Mishap Risk Management (Cited in para 1–5*c*(7).)

**DA Pam 385–40**
Army Accident Investigations and Reporting (Cited in para 1–4*aa*(15).)

**DA Pam 385–61**
Toxic Chemical Agent Safety Standards (Cited in para 1–4*i*(21).)

**DA Pam 385–64**
Ammunition and Explosives Safety Standards (Cited in para 1–4*ll*(1).)

**DA Pam 385–65**
Explosives and Chemical Site Plan Development and Submission (Cited in para 2–20*b*.)

**DA Pam 385–69**
Safety Standards for Microbiological and Biomedical Laboratories (Cited in para 2–18*b*.)

**DA Pam 385–90**
Army Aviation Accident Prevention Program (Cited in para 15–1*b*.)

**DODI 5210.88**
Security Standards for Safeguarding Biological Select Agents and Toxins (BSAT) (Cited in para 1–4*a*(4).) (Available at http://www.dtic.mil/whs/directives/index.html.)

**Federal Select Agent Program Policy Statement**
Subject: Revised FSAP Policy Statement: Inactivated Bacillus anthracis and Bacillus cereus biovar anthracis (dated 30 September 2016) (Cited in para 20–13.) (Available at http://www.selectagents.gov/policystatement_bacillus.html.)

### Section II

### Related Publications

A related publication is a source of additional information. The user does not have to read a related reference to understand this publication. Unless otherwise stated, all publications are available at: http://armypubs.army.mil/.

Executive orders and the Federal Register are available at: http://www.archives.gov/federal-register/. The CFR is available at: http://www.gpo.gov/fdsys/. USC is available at http://uscode.house.gov/.

**ACGIH TLV(r)/BEI(r)**
American Conference of Government Industrial Hygienists Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices (Available for purchase at http://www.acgih.org.)

**ADP 3–0**
Operations

**ADP 5–0**
The Operations Process

**ADP 6–0**
Mission Command

**AFARS 5101.3**
Agency Acquisition Regulations

**AFARS 5101.4**
Deviations From the FAR

**Air Force Manual (AFMAN) 24–204(I)/TM 38–250/NAVSUP PUB 505/MCO P4030.19/DLAI 4145.3**
Preparing Hazardous Materials for Military Air Shipments

**ANSI C2**
National Electric Safety Code (Available for purchase at http://www.ansi.org.)

**ANSI N13.30**
Performance Criteria for Radiobioassay (Available for purchase at http://www.ansi.org.)

**ANSI Z136**
Safe Use of Lasers (Available for purchase at http://www.ansi.org.)

**ANSI/ISEA Z87.1 (2010)**
Occupational and Educational Personal Eye and Face Protection Devices (Available for purchase at http://www.ansi.org.)

**ANSI/NETA ATS – 2009**
Standard for Acceptance Testing Specifications for Electrical Power Distribution Equipment and Systems (Available for purchase at http://www.ansi.org.)

**ANSI/NETA MTS – 2011**
Standard for Maintenance Testing Specifications for Electrical Power Distribution Equipment and Systems (Available for purchase at http://www.ansi.org.)

**AR 11–2**
Managers' Internal Control Program

**AR 11–34**
The Army Respiratory Protection Program

**AR 15–1**
Boards, Commissions, and Committees Department of the Army Federal Advisory Committee Management Program

**AR 15–6**
Procedures for Investigating Officers and Boards of Officers

**AR 20–1**
Inspector General Activities and Procedures

**AR 25–30**
Army Publishing Program

**AR 25–400–2**
The Army Records Information Management System (ARIMS)

**AR 27–20**
Claims

**AR 27–40**
Litigation

**AR 40–5**
Preventive Medicine

**AR 40–8**
Temporary Flying Restrictions Due to Exogenous Factors Affecting Aircrew Efficiency

**AR 40–10**
Health Hazard Assessment Program in Support of the Army Acquisition Process

**AR 40–13**
Radiological Advisory Medical Teams

**AR 40–21**
Medical Aspects of Army Aircraft Accident Investigation

**AR 40–66**
Medical Record Administration and Health Care Documentation

**AR 40–400**
Patient Administration

**AR 40–501**
Standards of Medical Fitness

**AR 50–1**
Biological Surety

**AR 50–5**
Nuclear Surety

**AR 50–6**
Chemical Surety

**AR 50–7**
Army Reactor Program

**AR 58–1**
Management, Acquisition, and Use of Motor Vehicles

**AR 70–1**
Army Acquisition Policy

**AR 70–62**
Airworthiness of Aircraft Systems

**AR 73–1**
Test and Evaluation Policy

**AR 75–1**
Malfunctions Involving Ammunition and Explosives

**AR 95–1**
Flight Regulations

**AR 95–30**
Participation in a Military or Civil Aircraft Accident Safety Investigation

**AR 190–5**
Motor Vehicle Traffic Supervision

**AR 190–30**
Military Police Investigations

**AR 195–2**
Criminal Investigation Activities

**AR 195–5**
Evidence Procedures

**AR 200–1**
Environmental Protection and Enhancement

**AR 215–1**
Military Morale, Welfare, and Recreation Programs and Nonappropriated Fund Instrumentalities

**AR 350–1**
Army Training and Leader Development

**AR 360–1**
The Army Public Affairs Program

**AR 405–10**
Acquisition of Real Property and Interests Therein

**AR 420–1**
Army Facilities Management

**AR 600–3**
The Army Personnel Development System

**AR 600–8–4**
Line of Duty Policy, Procedures, and Investigations

**AR 600–8–22**
Military Awards

**AR 600–55**
The Army Driver and Operator Standardization Program (Selection, Training, Testing, and Licensing)

**AR 600–105**
Aviation Service of Rated Army Officers

**AR 608–1**
Army Community Service

**AR 690–11**
Use and Management of Civilian Personnel in Support of Military Contingency Operations

**AR 690–950**
Career Management

**AR 700–13**
Worldwide Ammunition Logistics/Explosive Safety Review and Technical Assistance Program

**AR 700–142**
Type Classification, Materiel Release, Fielding, and Transfer

**AR 750–1**
Army Materiel Maintenance Policy

**AR 750–6**
Army Equipment Safety and Maintenance Notification System

**AR 750–10**
Army Modification Program

**AR 750–43**
Army Test, Measurement, and Diagnostic Equipment

**ATP 4–15**
Army Watercraft Operations

**ATP 4–16**
Movement Control

**British Standards Institute Standard 6658:1985**
Specification for protective helmets for vehicle users, November 1985 (Available for purchase at http://www.bsigroup.com.)

**DA Pam 25–40**
Army Publishing Program Procedures

**DA Pam 40–8**
Occupational Health Guidelines for the Evaluation and Control of Occupational Exposure to Nerve Agents GA, GB, GD, and VX

**DA Pam 40–11**
Preventive Medicine

**DA Pam 40–21**
Ergonomics Program

**DA Pam 40–173**
Occupational Health Guidelines for the Evaluation and Control of Occupational Exposure to Mustard Agents H, HD, and HT

**DA Pam 40–501**
Army Hearing Program

**DA Pam 40–503**
The Army Industrial Hygiene Program

**DA Pam 40–506**
The Army Vision Conservation and Readiness Program

**DA Pam 50–5**
Nuclear Accident or Incident Response and Assistance (NAIRA) Operations

**DA Pam 385–1**
Small Unit Safety Officer/Noncommissioned Officer Guide

**DA Pam 385–63**
Range Safety

**DA Pam 690–47**
DA Civilian Employee Deployment Guide

**DA Pam 738–751**
Functional Users Manual for the Army Maintenance Management System-Aviation

**DA Pam 750–8**
The Army Maintenance Management System (TAMMS) Users Manual

**Dangerous Goods Regulations, 54th edition**
(Available for purchase at http://www.iata.org/index.htm.)

**DFARS 201.3**
Agency Acquisition Regulations (Available at http://www.acq.osd.mil/dpap/dars/dfarspgi/current/index.html.)

**DFARS 201.4**
Deviations From the FAR (Available at http://www.acq.osd.mil/dpap/dars/dfarspgi/current/index.html.)

**Doc 9284**
International Civil Aviation Organization Technical Instructions for the Safe Transport of Dangerous Goods by Air (Available at http://www.icao.int/.)

**DOD 4145.26–M**
DOD Contractors' Safety Manual for Ammunition and Explosives

**DOD 4500.36–R**
Management, Acquisition and Use of Motor Vehicles

**DODD 3222.3**
DOD Electromagnetic Environmental Effects (E3) Program

**DODD 4715.12**
Environmental and Explosives Safety Management on Operational Ranges Outside the United States

**DODD 6055.9E**
Explosives Safety Management and the DOD Explosives Safety Board

**DODI 3025.21**
Defense Support of Civilian Law Enforcement Agencies

**DODI 5000.02**
Operation of the Defense Acquisition System

**DODI 5000.69**
DOD Joint Services Weapon and Laser System Safety Review Processes

**DODI 6055.1**
DOD Safety and Occupational Health (SOH) Program

**DODI 6055.04**
DOD Traffic Safety Program

**DODI 6055.07**
Mishap Notification, Investigation, Reporting, and Record Keeping

**DODI 6055.08**
Occupational Ionizing Radiation Protection Program

**DODI 6055.11**
Protecting Personnel from Electromagnetic Fields

**DODI 6055.15**
DOD Laser Protection Program

**DODI 6490.03**
Deployment Health

**DODI 7230.08**
Leases and Demonstrations of DOD Equipment

**DOD Manual 6055.09–M, Volume 7**
DOD Ammunition and Explosives Safety Standards: Criteria for Unexploded Ordnance, Munitions Response, Waste Military Munitions, and Material Potentially Presenting an Explosive Hazard

**Domestic Mail Manual**
(Available at http://www.usps.com/welcome.htm.)

**DOT Safety Standard No. 218**
Helmet Test Data for FY 2008 (Available at http://www.nhtsa.gov/cars/testing/comply/fmvss218/.)

**DTR 4500.9–R, Part II**
Cargo Movement (Available at http://www.transcom.mil/dtr/part-ii/.)

**EM 385–1–1**
Safety and Health Requirements (Available at http://www.usace.army.mil/.)

**Emergency Response Guidebook**
(Available at http://phmsa.dot.gov/hazmat/library/erg.)

**EO 12196**
Occupational safety and health programs for Federal employees (Available at http://www.archives.gov/.)

**EO 13043**
Increasing Seat Belt Use in the United States (Available at http://www.archives.gov/.)

**EP 1130–2–500Partners and Support (Work Management Policies) (Available at http://www.usace.army.mil/.)ER 385–1–91**
Training, Testing, and Licensing of Boat Operators (Available at http://www.usace.army.mil/.)

**FAR, Subparts 1.3**
Agency Acquisition Regulations (Available from http://www.acquisition.gov/far/.)

**FAR, Subparts 1.4**
Deviations From the FAR (Available from http://www.acquisition.gov/far/.)

**FAR 52.236–13**
Accident Prevention (Available from http://www.acquisition.gov/far/.)

**FM 1–02**
Operational Terms and Graphics

**FM 3–35**
Army Deployment and Redeployment

**FM 4–01.45**
Multi-Service Tactics, Techniques, and Procedures for Tactical Convoy Operations

**FM 5–19**
Composite Risk Management

**FM 7–22**
Army Physical Readiness Training

**FM 10–67–1**
Concepts and Equipment of Petroleum Operations

**FM 21–60**
Visual Signals

**FM 55 (Series)**
Transportation

**HSPG Number 1**
Periodic Motor Vehicle Inspection (Available at http://www.nhtsa.gov/nhtsa/whatsup/tea21/tea21programs/.)

**HSPG Number 4**
Driver Education (Available at http://www.nhtsa.gov/nhtsa/whatsup/tea21/tea21programs/.)

**HSPG Number 8**
Impaired Driving (Available at http://www.nhtsa.gov/nhtsa/whatsup/tea21/tea21programs/.)

**HSPG Number 20**
Occupant Protection (Available at http://www.nhtsa.gov/nhtsa/whatsup/tea21/tea21programs/.)

**IEEE C95.1**
Safety Levels with Respect to Human Exposure to Radio Frequency Electromagnetic Fields, 3 kHz to 300 GHz (Available for purchase at http://www.ieee.org.)

**IEEE C95.6**
Safety Levels with Respect to Human Exposure to Electromagnetic Fields, 0–3 kHz (Available for purchase at http://www.ieee.org.)

**IEEE C95.7**
Recommended Practice for Radio Frequency Safety Programs, 3 kHz to 300 GHz (Available for purchase at http://www.ieee.org.)

**JP 3–04**
Joint Shipboard Helicopter Operations (Available at http://www.dtic.mil/doctrine/.)

**JP 3–09**
Joint Fire Support (Available at http://www.dtic.mil/doctrine/.)

**JP 3–11**
Operations in Chemical, Biological, Radiological, and Nuclear (CBRN) Environments (Available at http://www.dtic.mil/doctrine/.)

**Management Directive 715**
Equal Employment Opportunity (Available at http://www.eeoc.gov/.)

**Manual on Uniform Traffic Control Devices for Streets and Highways, Revision 1**
(Available at http://mutcd.fhwa.dot.gov/.)

**MIL–HDBK–240A**
Hazards of Electromagnetic Radiation to Ordnance Test Guide (Available at http://quicksearch.dla.mil/.)

**MIL–HDBK–828B**
Department of Defense Laser Range Safety on Ranges and in Other Outdoor Areas (Available at http://quicksearch.dla.mil/.)

**MIL–STD–882E**
System Safety (Available at http://quicksearch.dla.mil/.)

**MIL–STD–1180B(1), Change Notice 1**
Safety Standards for Military Ground Vehicles (Available at http://quicksearch.dla.mil/.)

**MIL–STD–1425A**
Safety Design Requirements for Military Lasers and Associated Support Equipment (Available at http://quicksearch.dla.mil/.)

**National Incident Management System**
(Available at http://www.fema.gov/pdf/emergency/nims/nims_core.pdf.)

**National Response Framework**
(Available at http://www.fema.gov/pdf/emergency/nrf/nrf-core.pdf.)

**National Response Framework Worker Safety and Health Support Annex**
(Available at http://www.osha.gov/sltc/emergencypreparedness/nrp_work_sh_annex.pdf.)

**Naval Facilities Engineering Command P–307**
Management of Weight Handling Equipment (Available at https://portal.navfac.navy.mil/portal/page/portal/navfac/.)

**NFPA 30**
Flammable and Combustible Liquids Code (Available for purchase at http://www.nfpa.org.)

**NFPA 70**
National Electrical Code(r) (Available for purchase at http://www.nfpa.org.)

**NFPA 70B**
Recommended Practice for Electrical Equipment Maintenance (Available for purchase at http://www.nfpa.org.)

**NFPA 70E**
Standard for Electrical Safety in the Workplace(r) (Available for purchase at http://www.nfpa.org.)

**NFPA 101**
Life Safety Code(r) (Available for purchase at http://www.nfpa.org.)

**NUREG–1575**
Multi-Agency Radiation Survey and Site Investigation Manual (MARSSIM) (Available at http://www.nrc.gov/reading-rm/doc-collections/nuregs.)

**NUREG–1575, Supplement 1**
Multi-Agency Radiation Survey and Assessment of Materials and Equipment Manual (MARSAME) (Available at http://www.nrc.gov/reading-rm/doc-collections/nuregs.)

**NUREG–1576**
Multi-Agency Radiological Laboratory Analytical Protocols Manual (Available at http://www.nrc.gov/reading-rm/doc-collections/nuregs.)

**PL 91–596**
Occupational Safety and Health Act of 1970, amended 5 November 1990 (Available at http://www.gpo.gov/fdsys/.)

**PL 93–288, as amended, 42 USC 5121–5207**
Robert T. Stafford Disaster Relief and Emergency Assistance Act (Available at http://www.gpo.gov/fdsys/.)

**PL 106–390**
Disaster Mitigation Act of 2000 (Available at http://www.gpo.gov/fdsys/.)

**Satellite Protection Guidance for the Laser Clearinghouse**
Memorandum dated 28 February 2012 (Available at https://cecomsafety.apg.army.mil/safety/rso/misc/paper/lch%20satellite%20protection%20guidance%20(2012–02–28).pdf.)

**Snell M2005**
2005 Standard for Protective Headgear for Use with Motorcycles and Other Motorized Vehicles (Available at http://www.smf.org.)

**TB 9–639**
Passenger-Carrying Capacity of Tactical and Administrative Vehicles Commonly Used to Transport Personnel (Available at https://www.logsa.army.mil/.)

**TB 43–0108**
Handling, Storage, and Disposal of Army Aircraft Components Containing Radioactive Materials (Available at https://www.logsa.army.mil/.)

**TB 43–0133**
Hazard Controls for CECOM Radiofrequency and Optical Radiation Producing Equipment

**TB 700–2**
Department of Defense Ammunition and Explosives Hazard Classification Procedures (Available at https://www.logsa.army.mil/.)

**TB 750–25**
Maintenance of Supplies and Equipment: Army Test, Measurement and Diagnostic Equipment (TMDE) Calibration and Repair Support (C&RS) Program (Available at https://www.logsa.army.mil/.)

**TB Med 521**
Occupational and Environmental Health Management and Control of Diagnostic, Therapeutic, and Medical Research X-ray Systems and Facilities

**TB Med 524**
Control of Hazards to Health from Laser Radiation

**TB Med 575**
Swimming Pools and Bathing Facilities

**TC 21–305–20**
Manual for the Wheeled Vehicle Operator

**TC 21–306**
Tracked Combat Vehicle Driver Training

**TED 8.4**
Voluntary Protection Programs: Policy and Procedures Manual (Available from http://osha.gov.)

**TM 9–2610–200–14**
Operators, Unit, Direct Support, and General Support Maintenance Manual for Care, Maintenance, Repair, and Inspection of Pneumatic Tires and Inner Tubes (Available at https://www.logsa.army.mil/.)

**TM 55 Series**
Transportability (Available at https://www.logsa.army.mil/.)

**TM 55–2200–001–12**
Transportability Guidance: Application of Blocking, Bracing, and Tiedown Materials for Rail Transport (Available at https://www.logsa.army.mil/.)

**UCMJ, Article 92**
Failure to obey order or regulation

**Unified Facilities Criteria (UFC) 3–560–01**
Electrical Safety, O & M (Available at www.wbdg.org/.)

**Unified Facilities Guide Specifications 01525**
Safety and Occupational Health Requirements (Available at http://www.hnd.usace.army.mil/techinfo/engpubs.htm.)

**United Nations Economic Commission for Europe Standard 22–05**
Uniform Provisions Concerning the Approval of Protective Helmets and Their Visors for Drivers and Passengers of Motor Cycles and Mopeds, September 24, 2002.
(Available at http://www.unece.org/fileadmin/dam/trans/main/wp29/wp29regs/r022r4e.pdf.)

**U.S. Marine Corps Range Safety Pocket Guide**
(Available at http://www.mwtc.usmc.mil/rangecontrol/rangecontrol.htm.)

**U.S. Strategic Command Instruction 534–12**
Laser Deconfliction Process (Available at https://cecomsafety.apg.army.mil/safety/rso/misc/dodi/si%20534–12%20(2007–07–25).pdf.)

**7 CFR**
Agriculture

**7 CFR, Part 331**
Possession, Use, and Transfer of Select Agents and Toxins

**9 CFR**
Animals and Animal Products

**9 CFR, Part 121**
Possession, Use, and Transfer of Select Agents and Toxins

**10 CFR**
Energy

**15 CFR**
Commerce and Foreign Trade

**18 CFR**
Conservation of Power and Water Resources

**29 CFR 1904**
Recording and Reporting Occupational Injuries and Illnesses

**29 CFR 1910**
Occupational Safety and Health Standards

**29 CFR 1926**
Safety and Health Regulations for Construction

**29 CFR 1960**
Basic Program Elements for Federal Employee Occupational Safety and Health Programs and Related Matters

**32 CFR**
National Defense

**36 CFR, Chapter III**
Corps of Engineers, Department of the Army

**39 CFR**
Postal Service

**40 CFR**
Protection of Environment

**42 CFR**
Public Health

**42 CFR, Part 73**
Select Agents and Toxins

**46 CFR**
Shipping

**48 CFR**
Federal Acquisition Regulations System

**49 CFR**
Transportation

**5 USC Chapter 81**
Compensation for Work Injuries

**10 USC**
Armed Forces

**18 USC**
Crimes and Criminal Procedure

**31 USC**
Public Debt

**42 USC 6901**
Resource, Conservation, and Recovery Act

**49 USC**
Transportation

**50 USC 1512**
Transportation, open air testing, and disposal; Presidential determination; report to Congress; notice to Congress and State Governors

**2013 Environment of Care Essentials for Health Care**
(Available for purchase at http://www.www.jointcommission.org.)

**Section III**

**Prescribed Forms**

Unless otherwise indicated, DA forms are available on the Army Publishing Directorate Web site (http://armypubs.army.mil) and SFs are available on the U.S. General Services Administration Web site (www.gsa.gov).

**DA Form 2696**
Operational Hazard Report (Prescribed in para 15–6.)

**DA Form 7305**
Worksheet for Telephonic Notification of Aviation Accident/Incident (Prescribed in para 3–8*a*(2)(*a*).)

**DA Form 7306**
Worksheet for Telephonic Notification of Ground Accident (Prescribed in para 3–8*a*(2)(*b*).)

**SF 91**
Motor Vehicle Accident Report (Prescribed in para 3–8*b*(6).)

**Section IV**

**Referenced Forms**

Unless otherwise indicated, DA forms are available on the Army Publishing Directorate Web site (http://armypubs.army.mil); DD forms are available on the Office of the Secretary of Defense Web site

(www.dtic.mil/whs/directives/infomtg/forms/index.htm); and SFs are available on the U.S. General Services Administration Web site (www.gsa.gov).

**DA Form 11–2**
Internal Control Evaluation Certification

**DA Form 67–9**
Officer Evaluation Report

**DA Form 1119–1**
Certification of Achievement in Safety

**DA Form 2028**
Recommended Changes to Publications and Blank Forms

**DA Form 2166–8**
NCO Evaluation Report

**DA Form 2397–AB**
Abbreviated Aviation Accident Report (AAAR) for All Class C, D, E, F, Combat A and B, and All Aircraft Ground

**DA Form 3946**
Military Police Traffic Accident Report

**DA Form 4753**
Notice of Unsafe or Unhealthful Working Condition

**DA Form 4754**
Violation Inventory Log

**DA Form 4755**
Employee Report of Alleged Unsafe or Unhealthful Working Conditions

**DA Form 5984–E**
Operator's Permit Record (Sample of ULLS-generated form available from DA Pam 750–8, The Army Maintenance Management System (TAMMS) Users Manual.)

**DA Form 7222**
Senior System Civilian Evaluation Report

**DA Form 7566**
Composite Risk Management Worksheet

**DD Form 250**
Materiel Inspection and Receiving Report

**DD Form 836**
Dangerous Goods Shipping Paper/Declaration and Emergency Response Information for Hazardous Materials Transported by Government Vehicles

**DD Form 1391**
FY __ Military Construction Project Data

**DD Form 2272**
Department of Defense Safety and Occupational Health Protection Program

**DD Form 2796**
Post Deployment Health Assessment (PDHA)

**OF 346**
U.S. Government Motor Vehicle Operator's Identification Card (Available from GSA Global Supply; Federal agencies can order by calling 800–525–8027, Option 3 on the phone menu. Stock number is 7540–00–634–3999.)

**SF 50–B**
Notification of Personnel Action

**SF 368**
Product Quality Deficiency Report

**OSHA–2H Form**
Notice of Unsafe or Unhealthful Working Conditions (Form generated by OSHA and unavailable for non OSHA use.)

**OSHA Form 300**
Log of Work-Related Injuries and Illnesses (Available at http://www.osha.gov.)

**OSHA Form 300A**
Summary of Work-Related Injuries and Illnesses (Available at http://www.osha.gov.)

## Appendix B

## Determining if a Radiation Safety Program is Required

### B–1.  Requirements

If any of the conditions in paragraph B–2 pertain to a garrison activity or tenant activities, they will be required to execute the requirements of a Radiation Safety Program, which includes designating, in writing, a RSO who will establish, maintain, and manage a written radiation program according to this regulation, and Army, DOD, and Federal regulations.

### B–2.  Conditions requiring a radiation safety element

A radiation function is required if the garrison or tenant activity has—

*a.* A NRC license, Army reactor permit, ARA, or an applicable technical publication that requires the function.

*b.* Any personnel in the activity who are required to wear U.S. Army Dosimetry Center-issued dosimetry in accordance with DA Pam 385–25.

*c.* Any personnel in the activity who are required to participate in a bioassay program in accordance with DA Pam 385–25.

*d.* A Class 3b or Class 4 (ANSI Z136, section 1.3) or military-exempt laser.

*e.* An EMF or radio frequency system that exceeds the MPE.

*f.* A unit possessing radioactive commodities or radiation-emitting equipment (to include X-ray, accelerators, Class 3B, Class 4, or military-exempt lasers, or EMF emitters that exceed the MPE) requiring the implementation of a Radiation Safety Program (for example, leak testing, radiation postings, and shipping requirements).

*g.* Any X-ray systems, except for small, self-shielded security type X-ray systems (for example, airport X-ray security machines and mail screening systems) that may expose the operator to scatter radiation. Radiation safety functions for X-ray systems are outlined in TB MED 521, or ANSI or National Council on Radiation Protection and Measurements standards.

*h.* A non-Army agency using, storing, or possessing ionizing radiation sources on an Army installation (requires a radiation license).

*i.* A unit with CBRN equipment utilized within modified table or organization and equipment/TDA organizations.

**Appendix C**

**Additional Resources**

International Civil Aviation Organization (Available at http://www.icao.int.)

Leader (Available at https://safety.army.mil.)

The Joint Commission (Available at http://www.jointcommission.org/.)

National Institute for Occupational Safety and Health (Available at http://www.cdc.gov/niosh/homepage.html.)

Product Director Test, Measurement, and Diagnostic Equipment (Available at http://pdtmde.redstone.army.mil.)

## Appendix D

## Internal Control Evaluation Checklist

### D–1. Function
The function covered by this checklist is the Army Safety Program.

### D–2. Purpose
The purpose of this checklist is to assist commanders in evaluating the key internal controls outlined below. It is not intended to cover all controls.

### D–3. Instruction
Answers must be based on the actual testing of key internal controls (for example, document analysis, direct observation, sampling, and simulation). Answers that indicate deficiencies must be explained and corrective action indicated in supporting documentation. These key internal controls must be formally evaluated at least once every 5 years. Certification that this evaluation has been conducted must be accomplished on DA Form 11–2 (Internal Control Evaluation Certification).

### D–4. Test questions
Questions for key internal controls are as follows:

*a.* Has each responsible organization established policies and procedures to execute its responsibilities and is it in compliance with its policies and procedures?

*b.* Have rating elements measuring application and use of RM and health and safety responsibilities been included in all DA Forms 67–9 (Officer Evaluation Report) and DA Forms 2166–8 (NCO Evaluation Report) for military leaders as well as DA Forms 7222 (Senior System Civilian Evaluation Report) for DA Civilian managers and supervisors?

*c.* Has a written safety program, providing policy and procedures, been developed which incorporates the various elements based upon the organization's mission?

*d.* Has a SOH manager been designated in writing to exercise staff supervision over the SOH Program?

*e.* Does the designated SOH manager have direct access to the command or director?

*f.* Are the various SOH safety councils, boards, and committees meeting as required?

*g.* Have strategic goals, objectives, and planning been executed and a business plan developed to implement them?

*h.* Have formal agreements been developed with tenant organizations, as necessary?

*i.* Have command integrating agents developed and implemented plans and programs to integrate RM into their functional area of responsibility?

*j.* Have both quantitative and qualitative metrics been developed and are they being used to measure their safety program effectiveness?

*k.* Do command safety and health managers meet Office of Personnel Management standards for the position of SOH manager?

*l.* Has the command requested, obtained, and designated sufficient funds and other resources to carry out all responsibilities designated in this regulation?

*m.* Are safety offices conducting and documenting annual programmatic audits of their safety program execution using their performance indicators and matrices?

*n.* Is each level of command auditing each of their subordinate organizations' safety program execution using their performance indicators and matrices at least once every 3 years?

*o.* Are procedures in place and in operation to determine if facilities and equipment meet or exceed safety and health standards established in pertinent host Government, Federal, State, and local statutes and regulations and in Army regulations?

*p.* Are deficiencies abated?

*q.* Are practices and procedures that minimize accident risk incorporated into regulations, directives, SOPs, special orders, training plans, operations plans, and SOPs developed for all operations?

*r.* Are commanders, supervisors, and SOH staff provided specialized training to enable them to properly execute their SOH leadership and staff responsibilities?

*s.* Are there specific plans to ensure continuity of SOH and the RM process during tactical operations or mobilization?

*t.* Is there a program or policy for reporting unsafe or unhealthful conditions?

*u.* Are standard Army SOH inspections performed to evaluate the status of the SOH Program and RM integration?

*v.* Are accidents being reported as required and correctly?

**D–5. Comments**
Help make this a better test for evaluating internal controls. Submit comments to Office of the Director of the Army Safety, 9351 Hall Road, Building 1456, Fort Belvoir, VA 22060–5527.

## Glossary

**Section I**

**Abbreviations**

**A&E**
ammunition and explosives

**AAE**
Army acquisition executive

**AASA**
Administrative Assistant to the Secretary of the Army

**ACOM**
Army command

**ACSIM**
Assistant Chief of Staff for Installation Management

**ACTEDS**
Army Civilian Training, Education, and Development System

**ACV**
Army combat vehicle

**AD**
Army directive

**ADP**
Army Doctrine Publication

**ADSC**
additional duty safety course

**ADSO**
additional duty safety officer

**AFARS**
Army Federal Acquisition Regulation Supplement

**AFMAN**
Air Force Manual

**AFMES**
Armed Forces Medical Examiner System

**AGR**
Active Guard Reserve

**AMC**
U.S. Army Materiel Command

**AMMO**
ammunition

**AMV**
Army motor vehicle

**ANSI**
American National Standards Institute

**AR**
Army regulation

**ARA**
Army radiation authorization

**ARAP**
Army Readiness Assessment Program

**ARC**
Advanced Rider Course

**ARNG**
Army National Guard

**ARSOF**
Army special operations forces

**ASA (ALT)**
Assistant Secretary of the Army (Acquisition, Logistics, and Technology)

**ASA (IE&E)**
Assistant Secretary of the Army (Installations, Energy and Environment)

**ASARC**
Army System Acquisition Review Council

**ASAT**
Army safety action team

**ASCC**
Army Service component command

**ASO**
aviation safety officer

**ATS**
Acceptance Testing Specification

**ATTP**
Army Tactics, Techniques, and Procedures

**ATV**
all-terrain vehicle

**BRC**
Basic Rider Course

**BSAT**
biological select agents and toxins

**BSL**
biosafety level

**CAI**
centralized accident investigation

**CAPDEV**
capability developer

**CBRN**
chemical, biological, radiological, and nuclear

**CCR**
certificate of compelling reason

**CDSC**
Collateral Duty Safety Course

**CDSO**
collateral duty safety officer

**CFR**
Code of Federal Regulations

**CG**
commanding general

**CMA**
U.S. Army Chemical Materials Activity

**CONUS**
continental United States

**COR**
contracting officer representative

**CORA**
Certificate of Risk Acceptance

**COTS**
commercial off-the-shelf

**CP**
career program

**CSA**
Chief of Staff, Army

**CSC**
Command Safety Course

**CYS**
Child, youth, and school

**DA**
Department of the Army

**DA Pam**
Department of the Army pamphlet

**DABSHC**
Department of the Army Biological Safety and Health Council

**DACASC**
Department of the Army Chemical Agent Safety Council

**DAS**
Director of Army Staff

**DASA (ESOH)**
Deputy Assistant Secretary of the Army (Environmental, Safety and Occupational Health)

**DASAF**
Director of Army Safety

**DASOHAC**
Department of the Army Safety and Occupational Health Advisory Council

**DCS**
Deputy Chief of Staff

**DD**
Department of Defense (Form)

**DDESB**
Department of Defense Explosives Safety Board

**DFARS**
Defense Federal Acquisition Regulation Supplement

**DOD**
Department of Defense

**DODD**
Department of Defense directive

**DODI**
Department of Defense instruction

**DODM**
Department of Defense manual

**DOT**
Department of Transportation

**DRU**
direct reporting unit

**DSN**
defense switched network

**DTR**
Defense Travel Regulation

**DUSA–TE**
Deputy Under Secretary of the Army Test and Evaluation

**DUSD(ES)**
Deputy Under Secretary of Defense (Environmental Security)

**DUSD(I&E)**
Deputy Under Secretary of Defense (Installation and Environment)

**EM**
engineer manual

**EMF**
electromagnetic frequency

**EO**
executive order

**EOD**
explosive ordnance disposal

**EP**
engineer pamphlet

**EPA**
Environmental Protection Agency

**ER**
engineer regulation

**ERC**
experienced rider course

**ESMP**
Explosive Safety Management Program

**ESSP**
explosives safety siting plan

**FAR**
Federal Acquisition Regulation

**FASS**
facility system safety

**FCR**
functional chief representative

**FDA**
Food and Drug Administration

**FM**
field manual

**FOA**
field operating agency

**FOIA**
Freedom of Information Act

**FORSCOM**
U.S. Army Forces Command

**FSAP**
Federal Select Agent Program

**FUDS**
formerly used defense sites

**FY**
fiscal year (form)

**GCMCA**
general court-martial convening authority

**GFE**
Government furnished equipment

**GS**
general schedule

**HAZMAT**
hazardous materials

**HERF**
hazards of electromagnetic radiation to fuel

**HERO**
hazards of electromagnetic radiation to ordnance

**HERP**
hazards of electromagnetic radiation to personnel

**HN**
host nation

**HQDA**
Headquarters, Department of the Army

**HSPG**
Highway Safety Program Guidelines

**IAT**
infectious agents and toxins

**IEEE**
Institute of Electrical and Electronics Engineers

**IMCOM**
U.S. Army Installation Management Command

**IMDG–Code**
International Maritime Dangerous Goods Code

**IND**
investigational new drug

**JP**
Joint publication

**LCH**
laser clearinghouse

**LSO**
laser safety officer

**MANPRINT**
manpower and personnel integration

**MATDEV**
materiel developer

**MC**
motorcycle

**MDR**
milestone decision review

**MEC**
munitions and explosives of concern

**MEDCOM**
U.S. Army Medical Command

**mg**
milligram

**MIL–STD**
military standard

**ml**
milliliter

**MOS**
military occupational specialty

**MPE**
maximum permissible exposure

**MRT**
MC refresher training

**MSF**
Motorcycle Safety Foundation

**MSRC**
military sportbike riders course

**MTF**
military treatment facility

**MTS**
Maintenance Testing Specifications

**NCO**
noncommissioned officer

**NDI**
nondevelopmental item

**NETA**
National Electrical Testing Association

**NFPA**
National Fire Protection Association

**NGB**
National Guard Bureau

**NRC**
Nuclear Regulatory Commission

**NUREG**
Nuclear Regulatory Commission regulation

**OCONUS**
outside the continental United States

**ODASAF**
Office of the Director of Army Safety

**OF**
optional form

**OSH**
occupational safety and health

**OSHA**
Occupational Safety and Health Administration

**PCS**
permanent change of station

**PEO**
program executive officer

**PL**
public law

**PMG**
Provost Marshal General

**PMV**
Private motor vehicle

**POC**
point of contact

**PPE**
personal protective equipment

**PVNTMED**
preventive medicine

**RAC**
risk assessment code

**RC**
Reserve Component

**RCWM**
recovered chemical warfare material

**RDT&E**
research, development, test, and evaluation

**RM**
risk management

**RSC**
Radiation Safety Council

**RSO**
radiation safety officer

**SDDC**
Surface Deployment and Distribution Command

**SECARMY**
Secretary of the Army

**SF**
standard form

**SOFA**
status of forces agreement

**SOH**
safety and occupational health

**SOP**
standing operating procedure

**SSRA**
system safety risk assessment

**TB**
technical bulletin

**TC**
training circular

**TDA**
table of distribution and allowance

**TDY**
temporary duty

**TIG**
The Inspector General

**TM**
technical manual

**TOE**
table of organization and equipment

**TRADOC**
U.S. Army Training and Doctrine Command

**TSG**
The Surgeon General

**UAS**
Unmanned Aircraft System

**UCMJ**
Uniform Code of Military Justice

**USACE**
U.S. Army Corps of Engineers

**USACR/Safety Center**
U.S. Army Combat Readiness/Safety Center

**USAIPH**
U.S. Army Institute of Public Health

**USAR**
U.S. Army Reserve

**USARC**
U.S. Army Reserve Command

**USATCES**
U.S. Army Technical Center for Explosives Safety

**USC**
United States Code

**USCG**
U.S. Coast Guard

**VC**
vehicle commander

**VPP**
Voluntary Protection Program

**WG**
wage grade

## Section II

## Terms

**Accident**
Any unplanned event or series of events that results in death, injury, or illness to personnel, or damage to or loss of equipment or property. (Within the context of this regulation, accident is synonymous with mishap.)

**Accident–based risk management**
RM used to identify, evaluate, manage, and prevent accidents to personnel, equipment, and the environment during peacetime, contingency operations, and wartime due to SOH factors; design and construction of equipment and other accident-based factors.

**Active Army personnel**
Members of the Army who are on full-time duty in active military service, including cadets at the U.S. Military Academy.

**Aircraft**
Free balloons, gliders, airships, and flying machines, whether manned or unmanned, weight-carrying structure for navigation of the air that is supported by its own buoyancy or the dynamic action of the air against its surfaces.

**Aircraft ground accident**
Injury or property damage accidents involving Army aircraft in which no intent for flight exists, and the engine(s) is/are in operation.

**Ammunition and explosives**
Includes (but is not limited to) all items of ammunition; propellants, liquid and solid; high and low explosives; guided missiles; warheads; devices; pyrotechnics; chemical agents; and components and substances associated therewith, presenting real or potential hazards to life and property.

**Annual basis or annually**
Annual basis or annually should be from the month of the current year to the same month of the following year. However, the time will not exceed 13 months. This does not apply to items covered under the Army Maintenance Management System.

**Army accident**
An unplanned event, or series of events, which results in one or more of the following:
a. Occupational illness to Army military or DA Civilian personnel.
b. Injury to on-duty DA Civilian personnel.
c. Injury to Army military personnel on and off duty.
d. Damage to Army property.
e. Damage to public or private property and/or injury or illness to non-Army personnel caused by Army operations (the Army had a causal or contributing role in the accident).

**Army acquisition executive**
Principal advisor and staff assistant to the SECARMY for acquisition of Army systems.

**Army combat vehicle**

Tanks, self-propelled weapons, tracked personnel carriers, amphibious vehicles ashore, and similar equipment.

**Army leadership**

Army officers, NCOs, senior executive service officials, and GS employees designated, authorized, and held responsible and accountable by the Army to make decisions at various levels of the Army involving execution of the Army's mission. Designation must be documented in writing or contained in official orders.

**Army motor vehicle**

Any vehicle that is owned, leased, or rented by DA and/or RC. A vehicle that is primarily designed for over-the-road operation. A vehicle whose general purpose is the transportation of cargo or personnel. Examples are passenger cars, station wagons, trucks, ambulances, buses, MCs, fire trucks, and refueling vehicles.

**Army National Guard personnel**

Military personnel who are on active duty for training; inactive duty training; annual training; active duty special work; temporary tour active duty; AGR; full-time manning.

**Army personnel**

Active duty Army personnel, DA Civilian personnel, USAR personnel, ARNG personnel, and Reserve Officers' Training Corps personnel as defined in this regulation.

**Army property**

Any item of Army property, or property leased by the Army, for which the Army has assumed risk of loss, such as aircraft, vehicle, building, structure, system, and so on.

**Army Readiness Assessment Program**

A Web-based program that provides battalion equivalent and above commanders with data on their organization's readiness posture by assessing its safety climate and culture. Battalion and battalion equivalent commanders will enroll in the ARAP within the first 90 days of assumption of command.

**Army Reserve personnel**

USAR personnel members who are on active duty for training; inactive duty training; annual training; full-time manning; temporary tour active duty; active duty for special work; AGR.

**Army risk management process**

A holistic approach to preserving readiness that applies 24 hours a day, 7 days a week to Soldiers, DA Civilians, and contract workers. The process has five phases that form a closed loop system of RM, mitigation, and evaluation.

**Army special operations forces**

Those active and RC Army forces designated by the Secretary of Defense that are specifically organized, trained, and equipped to conduct and support special operations.

**Army tactical vehicles**

Any vehicle designed for field requirements in direct support of combat and tactical operations used to provide transportation, or for training personnel for such operations (to include ATVs, mopeds, and MCs).

**Audit**

A process of collecting information about an organization's SOH management system and making judgments about its adequacy and performance, identifying both the strengths and weaknesses of the safety and health program as implemented by the organization. To ensure that all necessary safety and health program elements are operating and that procedures are in place for thorough implementation. The aims of auditing should be to establish that: appropriate management arrangements are in place; an adequate RM control system exists which reflects the hazard profile of the organization and is properly implemented; and appropriate workplace precautions are in place.

**Bailed aircraft**

Any Government-owned aircraft provided to a contractor under a bailment agreement for use in conjunction with a specific contractual requirement. Aircraft are usually bailed to a contractor to perform Government contract work. Aircraft are usually leased to a contractor for the contractor's use. Bailment agreements are legal contracts between the Government program office and the contractor.

**Bailment contract or agreement**

An agreement for the delivery of personal property as opposed to real property in trust for a specific purpose, to be returned when the specific purpose is accomplished.

**Barrier**

A permanent or temporary impediment to foot and/or vehicular traffic that personnel are prohibited to pass without approval from range control. A barrier may be a sentinel, wire fencing, gate, sign, or other access-limiting device.

**Biological mishap**

An event in which the failure of laboratory facilities, equipment, or procedures appropriate to the level of potential pathogenicity or toxicity of a given etiologic agent (organism or toxin) may allow the unintentional, potential exposure of humans or the laboratory environment to that agent. Mishaps can be categorized into those resulting in confirmed exposures and those resulting in potential exposures.

**Biological select agent and toxin**

Biological agents and toxins selected by the Department of Health and Human Services and the Department of Agriculture that present a high bioterrorism risk to national security and have the greatest potential for adverse public health impact with mass casualties of humans and/or animals or that pose a severe threat to plant health or to plant products. The lists of select agents and toxins are reviewed and updated by the Centers of Disease Control and Prevention and the Animal and Plant Health Inspection Service, and are found in 42 CFR, Part 73; 7 CFR, Part 331; and 9 CFR, Part 121.

**Biomedical research and/or activity**

The application of biological science in medical research, development, testing and evaluation for the purpose of illness prevention and product development.

**Biosafety level**

A combination of facilities, equipment, and procedures used in handling etiologic agents to protect the worker, environment, and community. This combination is proportional to the potential hazard of the etiologic agent in question.

**Biosafety level 1**

The facilities, equipment, and procedures suitable for work involving agents of no known or of minimal potential hazard to laboratory personnel and the environment.

**Biosafety level 2**

The facilities, equipment, and procedures applicable to clinical, diagnostic, or teaching laboratories, suitable for work involving indigenous agents of moderate potential hazard to personnel and the environment. It differs from BSL–1 in that—
a. The laboratory personnel have specific training in handling pathogenic agents.
b. The laboratory is directed by scientists with experience in the handling of specific agents.
c. Access to the laboratory is limited when work is being conducted.
d. Certain procedures in which infectious aerosols could be created are conducted in IAT safety cabinets or other physical containment equipment.
e. Personnel must be trained.
f. Strict adherence to recommended practices is as important in attaining the maximum containment capability, as is the mechanical performance of the equipment itself.

**Biosafety level 3**

The facilities, equipment, and procedures applicable to clinical, diagnostic, research, production facilities in which work is performed with indigenous or exotic agents where there is potential for infection by aerosol and the disease may have serious or lethal consequences. It differs from BSL–2 in that more extensive training in handing pathogenic and potentially lethal agents is necessary for laboratory personnel. All procedures involving the manipulation of infectious material are conducted within biological safety cabinets or by other physical containment devices. The laboratory has special engineering and design features, including access zones, sealed penetrations, and directional airflow. Any modification of BSL–3 recommendations must be made only by the commander or director.

**Biosafety level 4**

The facilities, equipment, and procedures required for work with dangerous and exotic agents that pose a high individual risk of life-threatening disease. It differs from BSL–3 in that—
a. Members of the laboratory staff have specific and thorough training in handling extremely hazardous infectious agents.
b. Laboratory personnel understand the primary and secondary containment functions of the standard and special practices, containment equipment, and laboratory design characteristics.
c. Access to the laboratory is strictly controlled by the commander or director.

d. The facility is either in a separate building or in a controlled area within a building, which is completely isolated from all other areas of the building.

e. A specific facility operations manual is prepared or adopted.

f. Within work areas of the facility, all activities are confined to Class III biological safety cabinets or Class I or Class II biological safety cabinets used together with one-piece positive pressure personnel suits ventilated by a life support system.

g. The maximum containment laboratory has special engineering and design features to prevent microorganisms from being disseminated to the environment.

**Blister agent**
A chemical agent that injures the eyes and lungs, and burns or blisters the skin.

**Business plan**
A comprehensive document that clearly describes how the safety office intends to obtain their strategic goals and objectives. It describes how they will execute their programs and processes, manage funding and manpower, and interface with other organizations to achieve those goals.

**Capability developer**
Command or agency that formulates doctrine, concepts, organization, training, materiel requirements, and objectives. Represents the user community over the life cycle of the system.

**Chemical agent**
A chemical compound intended for use (to include experimental compounds) in military operations to kill, seriously injure, or incapacitate persons through its physiological effects. Excluded are RDT&E solutions, riot control agents, chemical defoliants and herbicides, smoke, flame and incendiaries, and industrial chemicals.

**Chemical agent operation**
Any operation that involves chemical agents, including storage, shipping, handling, manufacturing, maintenance, test chamber activities, laboratory activities, surveillance, demilitarization, decontamination, disposal, and training.

**Chemical ammunition**
Ammunition with a filler that has the basic function of producing a toxic or irritant effect on the body, a screening or signaling smoke, or an incendiary action.

**Chemical event (also see AR 50–6)**
Encompasses all chemical accidents, incidents, and politically/public sensitive occurrences. Specifically, this applies to—

a. Confirmed releases of agent from munitions. A confirmed chemical agent release from stockpile or nonstockpile chemical weapons is any detection of agent outside the munitions body or bulk storage container into the atmosphere outside of a closed containment system that is confirmed by corroborating positive detections. Closed containment systems include filtered bunkers, igloos, or overpack containers that are capable of preventing the escape of chemical agent in concentrations exceeding the acceptable exposure limit. Reporting will begin based on the time of release confirmation and must not wait until location and isolation of the leaking munitions/container is accomplished.

b. Discovery of an actual or suspected chemical agent munitions or container that may require emergency transportation and/or disposal. Discovery as part of planned real property remediation will not be reported as a chemical event unless emergency transportation or disposal is required, but it will be reported according to remediation plans.

c. Confirmed detection of agent above short-term exposure limit occurring for any period outside the primary engineering control. This includes agent operations conducted in a closed system that is contained in a facility equipped with secondary engineering controls to protect unprotected workers or the ambient environment (for example, cascade ventilation/air filtrations).

d. Actual exposure of personnel to agent above the short-term exposure limit which is confirmed by clinical evaluation or initial laboratory evaluation or documented by sampling techniques. This includes any case where there is a reasonable belief that an exposure has occurred to any individual above these limits. Special attention needs to be given to workers reporting that they believe they were exposed to agent or the failure of PPE.

e. Any terrorist or criminal act directed toward chemical agent storage, laboratory, or demilitarization facility or any deliberate release of chemical agent. This includes employment of an improvised chemical device intended to disperse chemical agent, regardless of whether the device has functioned.

f. Loss of chemical agent (other than deliberate destruction by approved, authorized laboratory and demilitarization processes).

g. Any malfunction or other significant activity at a chemical demilitarization plant that could reasonably be expected to cause concern within the local community or the press, or that, in the judgment of the facility or installation management or leadership, could cause embarrassment to the U.S. Army.

h. Above categories involving items configured as weapons containing the industrial chemical chlorine, hydrogen and potassium cyanide, carbonyl chloride, cyanogen chloride, or chloropicrin. This pertains to items that were designed as a delivery/dispersal system for use in war, irrespective of fusing or explosive configuration.

**Chemical munitions and agents**
An agent or munitions that through its chemical properties, produces lethal or other damaging effects to human beings, except that such term does not include riot control agents, chemical herbicides, smoke, and other obscuration materials.

**Chemical warfare**
All aspects of military operations involving the use of lethal munitions and/or agents and the warning and protective measures associated with such offensive operations.

**Chemical weapons system**
An integrated relationship of chemical agents, munitions, or spraying devices and their mode of delivery to the target.

**Command responsibility**
The philosophy that commanders down the entire chain of command are responsible for the safety of their personnel.

**Commander**
An individual that lawfully exercises leadership authority over subordinates by virtue of rank or assignment. This includes the authority and responsibility for effectively using available resources for planning the employment of, organizing, directing, coordinating, and controlling military forces for the accomplishment of assigned missions. This also includes responsibility for health, welfare, morale, and discipline of assigned personnel in his or her "command," according to FM 1–02 and ADP 6–0. Examples of commanders are as follows:
a. Commander of an Army Headquarters, CONUS and OCONUS.
b. Chief of Engineers (civil and military works).
c. Commander, U.S. Army Space and Strategic Defense Command.
d. Chief, NGB.
e. Commander, U.S. Army Medical Research and Development Command.
f. Commanders of Army installations with a full-time safety professional. This includes posts, camps, stations, and military communities.
g. State adjutants general (ARNG).
h. Commanders of USAR organizations with a full-time safety professional.
i. Commanders of MTFs.
j. Commanders in direct support of general support maintenance units.
k. Director of facilities engineering.
l. Provost marshal/law enforcement commander.
m. Director of industrial operations.
n. U.S. Army plant representative office.
o. Commanders of modified table or organization and equipment, or TDA organizations.

**Competent authority**
An individual of the armed forces designated in command, responsible for the direction, coordination, and control of military forces. The commander alone is responsible for everything his or her unit does or fails to do. He or she cannot delegate his or her responsibility or any part of it although he or she may delegate portions of his or her authority to competent individuals. An individual designated by the commander to address areas of primary interest within that individual's technical expertise.

**Concentration**
The amount of a chemical agent present in a unit volume of air. Usually expressed in milligrams per cubic meter (mg/m3).

**Confirmed exposure**
Any mishap with a biological program agent in which there was direct evidence of an actual exposure such as a measurable rise in antibody titer to the agent or a confirmed diagnosis of intoxication or disease.

**Conservation**

The protection, improvement, and use of natural resources according to principles that will provide optimum public benefit and support of military operations.

**Contract**

A mutually binding legal relationship obligating the seller to furnish the supplies or services (including construction) and the buyer to pay for them. It includes all types of commitments that obligate the Government to an expenditure of appropriated funds and that, except as otherwise authorized, are in writing. In addition to bilateral instruments, contracts include (but are not limited to) awards and notices of awards; job orders or task letters issued under basic ordering agreements; letter contracts; orders, such as purchase orders, under which the contract becomes effective by written acceptance or performance; and bilateral contract modifications. Contracts do not include grants and cooperative agreements covered by 31 USC 6301, and those that follow.

**Contracting agency**

The organization that has primary responsibility for monitoring, administering, and ensuring compliance with the contract, especially pertaining to the chemical agent program.

**Contracting officer**

A designated officer who performs administrative functions listed in the FAR.

**Contractor accident**

An accident that occurs as a result of a Government contractor's operations in which there is damage to U.S. Government or Army property or equipment, injury or occupational illness to Army personnel, or other reportable event.

**Control**

Action taken to eliminate hazards or reduce their risk.

**Controlled Flight into Terrain**

Mishaps involving impact with terrain, water, trees or man-made obstacles where the aircraft is controllable, and the pilot is actively controlling the aircraft. Includes mishaps where the aircraft is flown in controlled flight to a point where it is no longer possible to avoid unintended ground impact (such as, attempted maneuver with insufficient power, altitude or airspeed, low altitude overbank or flight into a box canyon), regardless of subsequent pilot reaction (for example, ejection, stall, spin, and so forth); or the pilot's ability to control the aircraft is reduced due to spatial disorientation.

**Conveyance**

A truck, tractor-trailer, railcar, or commercial intermodal container used for transportation of ammunition, explosives or HAZMAT.

**Counseling/advisory**

Activities associated with nonsupervisory advice/assistance provided by subject matter specialists on specific topics, for example, alcohol/drug abuse, mental health, community services.

**Days away from work**

Those days when a person loses one or more work days as a result of an injury or illness, starting with the day after the injury occurred or the illness began and including calendar days the person was unable to work, regardless of whether the person was scheduled to work on those days. (See section 29 CFR 1904.7(b)(3) of Reference (h).) For military personnel, days away from work for on- and off-duty injuries and occupational illnesses include inpatient hospitalization, medical restrictions to quarters, convalescent leave, and commander directed removal from duties.

**Days of restricted work or transfer to another job**

Days on which a person is working but restricted from completing assigned tasks, works less than a full day or shift, or is transferred to another task to accommodate the injury or illness. Calendar days not scheduled to work are included in the count of days. Count of days is stopped when the person is either returned to their pre-injury or pre-illness job or permanently assigned to a job that has been modified or permanently changed to eliminate the routine functions the person was restricted from performing. For military personnel, restricted work or transfer to another job includes limited- and light-duty assignments.

**Debris**

Any solid particle thrown by an explosion or other strong energetic reaction. For aboveground detonations, debris usually refers to secondary fragments. For underground storage facilities, debris refers to both primary and secondary fragments, which are transported by a strong flow of detonation gases.

**Decommissioning**
The process of safely closing a facility where nuclear materials were handled to retire it from service after its useful life has ended. This process primarily involves decontaminating the facility to reduce residual radioactivity and then releasing the property for unrestricted use.

**Decontaminating material**
Any substance used to chemically destroy, physically remove, seal, or otherwise make harmless a chemical agent.

**Decontamination**
The physical or chemical processes by which an object or area, contaminated with a harmful or potentially harmful substance (for example, chemical agent, explosives, etiologic agent, hazardous chemical, and so forth) is made safe for handling or use. Such processes include physical removal of all contaminants, thermal destruction of sterilization, chemical inactivation or a combination of these methods.

**Degraded Visual Environment**
Reduced visibility of potentially varying degree, wherein situational awareness and aircraft control cannot be maintained as comprehensively as they are in normal visual meteorological conditions and can potentially be lost.

**Demilitarization**
The mutilation, destruction, or neutralization of chemical agent materiel, rendering it harmless and ineffectual for military purposes.

**Department of the Army Civilian personnel**
Includes the following types of personnel:
a. Senior executive service, general management, GS, and Federal Wage System employees.
b. USACE employees.
c. ARNG and USAR technicians.
d. Nonappropriated fund employees (excluding part-time military).
e. Foreign nationals directly or indirectly employed by DA (paid by appropriated funds).
f. South/Student Assistance and Temporary Program employees; Volunteers in Service to America volunteers; Job Corps, Neighborhood Youth Corps, and Youth Conservation Corps Volunteers; Family Support Program volunteers.

**Department of the Army contractor**
A non-Federal employer engaged in performance of a DA contract, whether as prime contractor or subcontractor.

**Department of the Army installation**
A grouping of facilities located in the same vicinity that supports a particular DA functions. Installations may include locations such as posts, camps, stations, or communities, land, and improvements permanently affixed thereto which are under the DA control and used by Army organizations. Where installations are located contiguously, the combined property is designated as one installation and the separate functions as activities of that installation. In addition to those used primarily by troops, the term "installation" applies to such real properties as depots, arsenals, ammunition plants (both contractor and Government operated), MTFs, terminals, and other special mission installations.

**Detection**
The determination of the presence of a hazardous (chemical, radiological, or biological) agent.

**Dud**
An explosive item or component of a weapon system that fails to function.

**Educational**
Includes classroom training, excludes field settings such as field training exercises and maneuvers (for example, teach, instruct, brief, or counsel student, or audience activities).

**Emergency**
An event for which an individual perceives that a response is essential to prevent or reduce injury or property damage.

**Emergency disposal**
Immediate transportation and disposal of chemical agents/munitions when the senior EOD person determines the health or safety of any person is clearly endangered.

**Engineering controls**
Regulation of facility operations using prudent engineering principles, such as facility design, operation sequencing, equipment selection, and process limitations.

**Engineering or construction**

Those activities associated with surveying, building, and erecting, dissembling, or destroying things. Examples: Lay/clear minefields, bridging, quarrying, welding, brazing, roofing, installing electrical wiring, painting, land surveying, demolition, clearing, digging, concrete work, masonry work, dredging, trenching.

**Environmental factors**

Environmental conditions, which had, or could, have had an adverse effect on the individual's actions or the performance of equipment.

**Establishment**

A single physical location where business is conducted or where services or operations are performed. Where distinctly separate activities are performed at a single physical location, each activity will be treated as a separate establishment. Typically, an establishment refers to a field activity, regional office, area office, installation, or facility.

**Etiologic agent**

A viable microorganism or its toxin that causes or may cause human disease, and includes those agents listed in 42 CFR 72.3 of the U.S. Department of Health and Human Services regulations and any material of biologic algorithm that poses a degree of hazard similar to those organisms.

**Evaluation**

A specialized inspection designed to determine the effectiveness of a unit's safety and health program.

**Exclusive Federal jurisdiction**

(Otherwise termed exclusive legislative jurisdiction.) Applies to situations where the Federal Government has received, by whatever method, all the authority of the state, with no reservation made to the state, except of the right to serve process resulting from activities that occurred off the land involved.

**Experimental chemical agents**

Chemical substances being tested, developed, or altered for chemical defense purposes that- are used solely by the military; are contained in items configured as a weapon; and have toxicities equal to or greater than current nerve or mustard agents.

**Explosion**

A chemical reaction of any chemical compound or mechanical mixture that, when initiated, undergoes a very rapid combustion or decomposition, releasing large volumes of highly heated gases that exert pressure on the surrounding medium. Depending on the rate of energy release, an explosion can be categorized as a deflagration or a detonation.

**Explosive license**

An installation-generated document which shows the allowable net explosives weight at each explosive site.

**Explosive ordnance disposal**

The detection, identification, field evaluations, rendering safe, recovery, and final disposal of unexploded explosive ordnance or munitions chemical agents.

**Explosive ordnance disposal procedures**

Those particular courses or modes of action for access to, recovery, render safe, and final disposal of explosive ordnance or any HAZMAT associated with an EOD incident.

**Exposed site**

A location exposed to the potential hazardous effects (blast, fragments, debris, and heat flux) from an explosion at a potential explosion site.

**Exposure**

The frequency and length of time personnel and equipment are subjected to a hazard.

**Extremely hazardous substances**

The EPA uses the term extremely hazardous substance for the chemicals that must be reported to the appropriate authorities if released above the threshold reporting quantity. Each substance has a threshold reporting quantity. The list of extremely hazardous substances is identified in Title III of Superfund Amendments and Reauthorization Act of 1986 (40 CFR 355).

**Facility**

A structure that is built, installed, or established to serve a defined purpose. An area within a building that provides appropriate protective barriers for persons working in the facility and the environment external to the facility, and outside of the building.

**Fair wear and tear**

Loss or impairment of appearance, effectiveness, worth, or utility of an item that has occurred solely because of normal and customary use of the item for its intended purpose.

**Federal Occupational Safety and Health Administration official**

Investigator or compliance officer employed by, assigned to, or under contract to OSHA.

**Field operations**

Operations conducted outdoors or outside of man-made enclosures or structures that contain built-in alarms or engineered chemical agent controls. Short-term operations in storage structures are also considered field operations.

**Firefighting**

Activities associated with developing or using firefighting skills. Excludes vehicle operation going to and from the scene.

**First aid**

First aid is defined as using a list of procedures that are all-inclusive and is not a recordable injury. If a procedure is not on the list, it is not considered first aid for recordkeeping purposes. The following are the procedures contained in the list—

a. Using a nonprescription medication at nonprescription strength. However, if an employee is provided prescription medications or nonprescription medications at prescription strength, this is considered medical treatment.

b. Tetanus immunizations.

c. Cleaning, flushing, or soaking surface wounds.

d. Wound coverings, butterfly bandages, Steri-Strips®. The use of wound closure methods such as sutures, medical glues, or staples is considered medical treatment.

e. Hot or cold therapy regardless of how many times it is used.

f. Nonrigid means of support.

g. Temporary immobilization device used to transport accident victims.

h. Drilling of fingernail or toenail; draining fluid from blister.

i. Eye patches.

j. Removing foreign bodies from eye using irrigation or cotton swab. However, use of other methods to remove materials from the eye is medical treatment.

k. Removing splinters or foreign material from areas other than the eye by irrigation, tweezers, cotton swabs, or other simple means.

l. Finger guards.

m. Massages. Massage therapy is first aid, but physical therapy or chiropractic treatment is considered medical treatment.

n. Drinking fluids for relief of heat stress. (Drinking fluids for relief of heat stress is first aid, but administering an intravenous line is medical treatment.)

**Flammable**

A material that has the characteristic of being easily ignited and burning readily.

**Flight mission**

Flight or series of flights (sorties), conducted to accomplish a specific task or series of tasks in support of the unit's approved mission statement. Each mission is assigned to a designated pilot in command and or air mission commander.

**Foreign object damage**

Damage to Army vehicle/equipment/property as a result of objects alien to the vehicle/equipment damaged. Excludes aircraft turbine engines defined as a foreign object damage incident.

**Fragment**

A piece of an exploding or exploded munitions. Fragments may be complete items, subassemblies, pieces thereof, or pieces of equipment or buildings containing the items.

**Fragment distance**

The limiting range, based on a specific density of hazardous fragments, expected from the type and quantity of explosives involved. Used in establishing certain Q–D criteria. A hazardous fragment is a fragment having an impact

energy of 58 foot-pounds or greater. Hazardous fragment density is a density of hazardous fragments exceeding one per 600 square feet.

**Friendly fire/fratricide**

A circumstance in which authorized members of U.S. or friendly military forces, U.S. or friendly official government employees, U.S. DOD or friendly nation contractor personnel, and nongovernmental organizations or private volunteer organizations, who, while accompanying or operating with the U.S. Armed Forces, are mistakenly or accidentally killed or wounded in action by U.S. or friendly forces actively engaged with an enemy or who are directing fire at a hostile force or what is thought to be a hostile force.

**Government motor vehicle**

An item of equipment, mounted on wheels, which is designed for highway or land operations or both and which derives power from a self-contained power unit, or is designed to be towed by and used together with such self-propelled equipment.

**Ground accident**

Any accident exclusive of aviation (flight/flight related/aircraft ground/UAS) (for example, AMV, ACV, PMV, marine.)

**Guided missile**

An unmanned vehicle moving above the surface of the Earth whose trajectory or flight is capable of being altered by an external or internal mechanism.

**Gun target line**

An imaginary line drawn between the firing position and target position. Also referred to as the line of fire.

**Handling/material/passengers**

Activities associated with the transportation, distribution, and storage of material or passengers (for example, distribute/issue, load/unload, transport/move/deliver, pack/unpack/preserve, inventory/inspect, weigh/measure, palletize/slingload/rig, retrieve, turn in/store).

**Hazard**

Any actual or potential condition that can cause injury, illness, or death of personnel or damage to or loss of equipment, property or mission degradation, or a condition or activity with potential to cause damage, loss, or mission degradation.

**Hazard analysis**

A hazard analysis is a clear, systemic, concise, well defined, orderly, consistent, closed-loop, quantitative or qualitative and objective methodology used to identify possible hazards within a mission, system, equipment or process that can cause losses to the mission, equipment, process, personnel or damage to the environment. Examples of hazard analyses are What-If, Preliminary Hazard Analysis, Sneak Circuit Analysis, Hazard and Operability Study, Fault Tree Analysis, Failure Mode and Effects Analysis, and Fault Hazard Analysis.

**Hazard class**

The United Nations Organization hazardous classification system, which contains 9 hazard classes, is used by the DOD for dangerous materials to identify the hazardous characteristics of A&E. Hazard Class 1 (A&E) is further divided into six division designators that indicate the primary characteristics and associated hazards.

**Hazard classification**

An assignment of A&E (class 1 substances) into one of six divisions for purposes of storage, transportation, and quantity distance computations. These divisions are—

a. 1.1-mass detonating.

b. 1.2-fragment producing.

c. 1.3-mass fire.

d. 1.4-moderate fire.

e. 1.5-very insensitive explosives and blasting agent (used by the Army for transportation only).

f. 1.6-extremely insensitive ammunition.

**Hazardous chemicals**

Per OSHA, denotes any chemical that would be a risk to employees if exposed in the work place. Hazardous chemicals cover a broader group of chemicals than the other chemical lists.

**Hazardous materials**

Definitions are—

a. "Hazardous material" means any material that has been designated as hazardous under 49 USC 5101 to 49 USC 5127 and is required to be placarded under 49 CFR 172, Subpart F or any quantity of material listed as a select agent or toxin in 42 CFR 73.

b. Substances that have hazardous characteristics such as flammable, corrosive, reactive, toxic, radioactive, poisonous, carcinogenic or infectious, having properties capable of producing adverse effects on the health and safety or the environment of a human being. Legal definitions are found in individual regulations.

c. Any substance or material that when involved in an accident and released in sufficient quantities, poses a risk to people's health, safety, and/or property. These substances and materials include explosives, radioactive materials, flammable liquids or solids, combustible liquids or solids, poisons, oxidizers, toxins, and corrosive materials (Federal Emergency Management Agency definition).

d. The DOT uses the term hazardous materials which cover 8 hazard classes, some of which have subcategories called classifications and a ninth class covering other regulated materials. The DOT includes in its regulations hazardous substances and hazardous wastes as other regulated materials-E, both of which are regulated by the EPA, if their inherent properties would not otherwise be covered.

**Hazardous substances**
Includes the following definitions—
a. The EPA uses the term hazardous substance for the chemicals that, if released into the environment above a certain amount, must be reported and depending on the threat to the environment, Federal involvement in handling the incident can be authorized. A list of the hazardous substances is published in 40 CFR 302, Table 302.4.

b. The OSHA uses the term hazardous substance in 29 CFR 1910.120, which resulted from Title I of Superfund Amendments and Reauthorization Act of 1986 and covers emergency response. OSHA uses the term differently than EPA. Hazardous substances, as used by OSHA, cover every chemical regulated by both DOT and EPA.

**Hazardous wastes**
Per the EPA, chemicals that are regulated under the Resource, Conservation, and Recovery Act (42 USC 6901). Hazardous waste in transportation is regulated by DOT (49 CFR 170 through 49 CFR 179).

**Health hazard**
An existing or likely condition, inherent to the operation, maintenance, storage or disposal of materiel or a facility, that can cause death, injury, acute or chronic illness, disability, or reduced job performance.

**Health hazard assessment**
The applications of biomedical and psychological knowledge and principles to identify, evaluate, and control the risk to the health and effectiveness of personnel who test, use, or service Army systems.

**Hexachloroethane smoke**
Hexachloroethane-zinc oxide used to generate screening smoke.

**Hospitalization**
Admission to a MTF as an inpatient for medical treatment.

**Human error**
Human performance that deviated from that required by the operational standards or situation. Human error in accidents can be attributed to a system inadequacy/root cause in training, standard, leader, individual, or support failure indicated below:

**Human factors**
Human interactions (man, machine, and/or environment) in a sequence of events that were influenced by, or the lack of human activity, which resulted or could result in an Army accident.

**Human factors engineering**
A comprehensive technical effort to integrate into Army doctrine, materiel development, and materiel acquisition (to ensure operational effectiveness) all relevant information on- human characteristics (skill capabilities); performance (anthropometric data); biomedical factors (safety factors); training (manning implications).

**Imminent danger**
Conditions or practices in any workplace that pose a danger that reasonably could be expected to cause death or severe physical hardship before the imminence of such danger could be eliminated through normal procedures.

**Impact area**

The ground and associated airspace within the training complex used to contain fired or launched A&E and the resulting fragments, debris, and components from various weapon systems. A weapon system impact area is the area within the surface danger zone used to contain fired or launched A&E and the resulting fragments, debris, and components. Indirect fire weapon system impact areas include probable error for range and deflection. Direct fire weapon system impact areas encompass the total surface danger zone from the firing point or positions down range to distance X—

a. Temporary impact area. An impact area within the training complex used for a limited period of time to contain fired or launched A&E and the resulting fragments, debris, and components. Temporary impact areas are normally used for non-dud-producing ammunition or explosives and should be able to be cleared and returned to other training support activities following termination of firing.

b. Dedicated impact area. An impact area that is permanently designated within the training complex and used indefinitely to contain fired or launched A&E and the resulting fragments, debris, and components. Dedicated impact areas are normally used for less sensitive A&E than that employed in high hazard impact areas. However, any impact area containing fused high explosive or white phosphorous duds represent a high risk to personnel and access must be limited and strictly controlled.

c. High hazard impact area. An impact area that is permanently designated within the training complex and used to contain sensitive high explosive A&E and the resulting fragments, debris, and components. High-hazard impact areas are normally established as part of dedicated impact areas where access is limited and strictly controlled because of the extreme hazard of dud ordnance such as improved conventional munitions, high-explosive anti-tank, 40mm, and other highly sensitive A

**Improved conventional munitions**

Munitions characterized by the delivery of two or more antipersonnel, anti-materiel, and or anti-armor submunitions.

**Incapacitating agents**

Agents that produce physiological or mental effects, or both, that may persist for hours or days after exposure, rendering individuals incapable of concerted effort in the performance of their assigned duties. Complete recovery of incapacitating agent casualties is expected without medical treatment.

**Independent evaluation**

The process used by the independent evaluators to independently determine if the system satisfies the approved requirements. It will render an assessment of data from all sources, simulation and modeling, and an engineering or operational analysis to evaluate the adequacy and capability of the system.

**Independent safety assessment**

That document prepared by the USACR/Safety Center and forwarded to the AAE assessing the risk of the residual hazards in a system prior to the MDRs.

**Individual risk**

Risk to a single exposed person.

**Industrial chemical**

Chemicals developed or manufactured for use in industrial operations or research by industry, Government, or academia. Man does not primarily manufacture these chemicals for the specific purpose of producing human casualties or rendering equipment, facilities, or areas dangerous for use.

**Infectious agents and toxins**

Fungi, virus, bacteria, prions, rickettsia, parasites or a viable microorganism, or its toxin, or a prion that lacks nucleic acids, that causes or may cause disease, includes clinical cultures.

**Inherent hazard**

An existing or permanent hazard (such as voltage, for example).

**Injury**

A traumatic wound or other condition of the body caused by external force, including stress or strain. The injury is identifiable as to time and place of occurrence and member or function of the body affected, and is caused by a specific event, incident, or series of events or incidents within a single day or work shift.

**Inspection**

Comprehensive survey of all or part of a workplace in order to detect safety and health hazards. Inspections are normally performed during the regular work hours of the agency, except as special circumstances may require. Inspections do not include routine, day-to-day visits by agency SOH personnel, or routine workplace surveillance (29 CFR 1960.2(k)). It is

also the process of determining compliance with safety and health standards through formal and informal surveys of workplaces, operations, and facilities.

**Installation**
An aggregation of contiguous or near contiguous, common mission supporting real property holdings under the jurisdiction of the DOD within and outside CONUS. Examples include, but are not limited to, posts, camps, bases, and stations.

**Installation–level safety director**
The senior full-time safety professional responsible for providing safety support to Army installations, including camps, stations, military communities, and USAR organizations.

**Intent for flight**
Intent for flight begins when power is applied or brakes released to move the aircraft under its own power, for the purpose of commencing authorized flight with an authorized crew. Intent for flight ends when the aircraft is at a full stop and power is completely reduced. Intent for flight is the physical act of applying power to move the aircraft, not the thought process of the crew member as to what is going to occur in the future.

**Investigation**
A systematic study of an accident, incident, injury, or occupational illness circumstances.

**Job transfer**
When an employee/Soldier is assigned to a job other than his/her regular job for part of the day as a result of an injury or occupational illness.

**Laboratory**
An individual room or rooms within a facility that provides space in which work with etiologic or chemical agents may be performed. It contains appropriate engineering features and equipment required for either a given BSL or chemical agent to protect personnel working in the laboratory and the environment and personnel outside of the laboratory.

**Laser**
Light amplification by stimulated emission of radiation; a device capable of producing a narrow beam of intense light. (See TB MED 524 and JP 3–09 for more information on lasers.)

**Leased aircraft**
Any Government-owned aircraft provided to a contractor under a lease agreement for use in conjunction with a specific contractor need. Aircraft are usually leased to a contractor for the contractor's use. Aircraft are usually bailed to a contractor to perform Government contract work. DODI 7230.08 further clarifies leased aircraft procedures and requirements. Lease agreements are legal contracts between the Government program office and the contractor.

**Lewisite**
The chemical dichloro(2-chlorovinyl)arsine, chemical abstracts service registry No. 541–25–3, in pure form and in the various impure forms that may be found in storage as well as in industrial, depot, or laboratory operations.

**Life cycle**
The life of a system from conception to disposal.

**Maintenance/repair/servicing**
Activities associated with the maintenance, repair or servicing of equipment and other property. Excludes janitorial, housekeeping or grounds-keeping activities. Examples include: install/remove/modify equipment; tune/adjust/align/connect; hot-metal work; cold-metal work; plastic working; soldering; repairing tires; inspecting tires/batteries; fueling/defueling; changing/inflating tires; charging batteries.

**Malfunction**
Failure of an ammunition item to function as expected when fired, launched, or when explosive items function under conditions that should not cause functioning. Malfunctions include hang-fires, misfires, duds, abnormal functioning, and premature functioning of explosive items under normal handling, maintenance, storage, transportation, and tactical deployment. Malfunctions do not include accidents or incidents that arise solely from negligence, all practice, or situations such as vehicle accidents or fires.

**Manpower and Personnel Integration**
MANPRINT is a comprehensive management and technical program designed to improve total system (leader, unit/Soldier, and equipment) performance by focusing on the human requirements for optimal system performance. This

is achieved by examination of optimal allocation of total system functions and tasks to man, machine, or a combination, and the continuous integration of personnel capabilities, manpower, training, human factors engineering, system safety, health hazards, and Soldier survivability.

**Materiel acquisition decision process**
Those milestone reviews held to determine if a system is ready to progress to the next phase of the acquisition process.

**Materiel developer**
Command or agency responsible for the functional support for the research, development, and acquisition process.

**Materiel factors**
When materiel elements become inadequate or counterproductive to the operation of the vehicle/equipment/system.

**Maximum credible event**
The maximum credible event is the most disastrous maximum credible loss identified for a given system or operation. In explosives and chemical agent hazards evaluation, the maximum credible event due to a hypothesized accidental explosion, fire, or toxic chemical agent release (with explosives contribution) is the worst single event that is likely to occur from a given quantity and disposition of A&E. The event must be realistic with a reasonable likelihood of occurrence considering the means of initiation, explosion propagation, burning rate characteristics, and physical protection given to the items involved. The maximum credible event evaluated on this basis may then be used as a basis for effects calculations and casualty predictions.

**Maximum credible loss**
The maximum credible loss is the most probable, believable, and catastrophic outcome of a hazard's affect on mission, personnel, facilities, and/or environment due to the occurrence of a particular event or series of events. A maximum credible loss is identified for the possible initiation of each cause associated with a given hazard resulting in undesired results.

**Medical surveillance**
A program composed of pre-placement, job transfer, periodic, and termination examinations that are provided to all personnel potentially exposed to chemical agent health hazards in the work environment.

**Medical treatment**
Medical treatment is the management and care of a patient to combat disease or disorder. It does not include—
a. Visits to a physician or licensed health care professional solely for observation or counseling.
b. Diagnostic procedures.
c. First aid.

**Military operations in urban terrain**
A terrain complex where manmade construction impacts on the tactical options available to commanders. These military operations in urban terrain facilities replicate urban environments.

**Military personnel**
All Soldiers; that is, U.S. Army active duty personnel; USAR or ARNG personnel on active duty or full-time National Guard duty or in a paid drill status; Service Academy midshipmen/cadets; Reserve Officers' Training Corps cadets when engaged in directed training activities; foreign national military personnel assigned to DA; and members of other U.S. uniformed Services assigned to DA.

**Military treatment facility**
Civilian or uniformed Services medical centers, hospitals, clinics, or other facilities that are authorized to provide medical, dental, or veterinary care.

**Military unique equipment, systems, and operations**
Excludes from the scope of 29 CFR 1960 the design of DOD equipment and systems that are unique to the national defense mission, such as military aircraft, ships, submarines, missiles, and missile sites, early warning systems, military space systems, artillery, tanks, and tactical vehicles; and excludes operations that are uniquely military such as field maneuvers, naval operations, military flight operations, associated research test and development activities, and actions required under emergency conditions. The term includes within the scope of the order DOD workplaces and operations comparable to those of industry in the private sector such as vessel, aircraft, and vehicle repair, overhaul, and modification (except for equipment trials); construction; supply services; civil engineering or public works; medical services; and office work.

**Monitoring**
The continued or periodic act of seeking to determine whether a chemical agent is present.

**Motorcycle**
Powered two- and three-wheeled vehicles, including mopeds and motorbikes.

**Munitions and explosives of concern**
Distinguishes specific categories of military munitions that may pose unique explosives safety risks; means - unexploded ordnance, as defined in 10 USC 101(e)(5)(A) through (C); (B); discarded military munitions, as defined in 10 USC 2710(e)(2); or munitions constituents (for example, trinitrotoluene, Research Department Explosive) present in high enough concentrations to pose an explosive hazard.

**Munitions response**
Response actions, including investigation, removal actions and remedial actions to address the explosives safety, human health, or environmental risks presented by unexploded ordnance, discarded military munitions, or munitions constituents.

**Mustard**
The chemical bis(2-chloroethyl)sulfide, chemical abstracts service registry No. 505–60–2, in pure form and in the various impure forms that may be found in munitions as well as field, industrial, or laboratory operations. These include Levinstein mustard, distilled mustard, and closely related preparations. This standard is not meant to be applied to nitrogen mustards.

**Near miss**
A potentially serious accident or incident that could have resulted in personal injury, death, or property damage, damage to the environment and/or illness but did not occur due to one or more factors.

**Nerve agent**
A lethal agent that causes casualties by interfering with the ability of muscles to relax after stimulation by associated nerves.

**Neutralization**
The act of altering the chemical, physical, and toxicological properties to render the chemical agent ineffective for use as intended.

**Nonappropriated fund employees**
Employees paid from nonappropriated funds, including summer and winter hires and special nonappropriated fund program employees. Military personnel working part-time in nonappropriated employment are excluded.

**Non–DOD component**
Any entity (Government, private, or corporate) that is not a part of DOD.
Note. Additional information provided to expand understanding of the subject and to call attention to areas of interest.

**Nuclear weapon**
A device in which the explosion results from the energy released by reactions involving atomic nuclei, either fission, fusion, or both. For the purpose of this regulation, nuclear components of weapons are also included.

**Occupational hazard**
Conditions, procedures, and practices directly related to the work environment that creates a potential for producing occupational injuries or illnesses.

**Occupational illness**
Nontraumatic physiological harm or loss of capacity produced by systemic infection; continued or repeated stress or strain; for example, exposure to toxins, poisons, fumes; or other continued and repeated exposures to conditions of the work environment over a long period of time. Includes any abnormal physical or psychological condition or disorder resulting from an injury, caused by long or short-term exposure to chemical, biological, or physical agents associated with the occupational environment. For practical purposes, an occupational illness is any reported condition that does not meet the definition of an injury.

**Occupational illness to military or Department of the Army Civilian personnel**
Injury to on-duty DA Civilian personnel. Army military on-duty or off-duty.

**Occupational injury**

A wound or other condition of the body caused by external force, including stress or strain. The injury is identifiable as to time and place of the occurrence and a member or function of the body affected, and is caused by a specific event, incident, or series of events or incidents within a single day or work shift.

**Off duty**

Army personnel are off-duty when they—

a. Are not in an on-duty status, whether on or off Army installations.

b. Have departed official duty station, TDY station, or ship at termination of normal work schedule.

c. Are on leave and/or liberty.

d. Are traveling before and after official duties, such as driving to and from work.

e. Are participating in voluntary and/or installation team sports.

f. Are on permissive (no cost to Government other than pay) TDY.

g. Are on lunch or other rest break engaged in activities unrelated to eating or resting.

**Office**

Activities associated with the performance of clerical, typing, and administrative type duties. Excludes supervisory activities. Examples include: typing/word processing; filing/posting; telephoning; and operating office machines.

**Officer in charge**

The officer, warrant officer, or NCO responsible for personnel conducting firing or operations within the training complex.

**On duty**

Army personnel are considered on duty, for purposes of accidents, when they are—

a. Physically present at any location where they are to perform their officially assigned work. (This includes those activities incident to normal work activities that occur on Army installations, such as lunch, coffee, or rest breaks, and all activities aboard vessels.)

b. Being transported by DOD or commercial conveyance in order to perform officially assigned work (this includes reimbursable travel in PMVs for performing TDY but not for routine travel to and from work).

c. Participating in compulsory physical training activities (including compulsory sports) or other installation events.

**Operating vehicle or vessel**

Activities associated with operating vehicles or vessels under power. Examples include: driving; convoying/road marching; towing/pushing; mowing; hauling/transporting; driver testing; flying; and vehicle road testing.

**Operational control**

The authority to perform those functions of command over subordinate forces involving organizing and employing command and forces, assigning tasks, designating objectives, and giving authoritative direction necessary to accomplish the mission. Operational control includes authoritative direction over all aspects of military operations and Joint training necessary to accomplish missions assigned to the command. It does not, in and of itself, include authoritative direction for logistics or matters of administration, discipline, internal organization, or unit training.

**Overhead fire**

Weapon system firing that is delivered over the heads of unprotected personnel in training or personnel located anywhere in the surface danger zone.

**Over–the–road**

Operation or driving on paved roads/highways.

**Permanent partial disability**

Any injury or occupational illness that does not result in death or permanent total disability but in the opinion of competent medical authority, results in the loss or permanent impairment of any part of the body, with the following exceptions:

a. Loss of teeth-loss of fingernails or toenails.

b. Loss of tip of fingers or tip of toe, if it is repaired.

c. Disfigurement-sprains or strains that do not cause permanent limitation of motion.

**Permanent total disability**

Any nonfatal injury or occupational illness that, in the opinion of competent medical authority, permanently and totally incapacitates a person to the extent that he or she cannot follow any gainful employment. (The loss or loss of use of both

hands, feet, eyes, or any combination thereof resulting from a single accident will be considered as permanent total disability.)

**Physical training**
Body conditioning or confidence building activities, excludes combat skills development. Examples: Confidence courses, combat football, combat basketball, push-ball, marches, calisthenics, pugil stick, running/jogging, physical training test.

**Positive control**
At a burning site, this is a means to prevent items, energetic material, or embers from being ejected to a place where they could cause injury or damage.

**Privileged safety information**
Information that is reflective of a deliberative process in the safety investigation or given to a safety investigator pursuant to a promise of confidentiality, which the safety privilege protects from being released outside safety channels or from being used for any purpose except accident prevention. It includes products such as draft and final findings, evaluations, opinions, preliminary discussions, conclusions, accident causes, recommendations, analyses, and other material that would reveal the deliberations of safety investigators, including reviews and endorsements. It also includes information given to a safety investigator pursuant to a promise of confidentiality and any information derived from that information or direct or indirect references to that information.

**Probability**
Probability is the qualitative or quantitative likelihood of a particular event or sequence of actions initiated by a hazard related cause resulting in the maximum credible loss. The Probability can be expressed as the product of the incident rate and mishap set likelihood.

**Project the force**
One of the Army's four core capabilities. This capability includes the processes of tailoring, mobilizing and projection of land power, and supporting organizational training. Recognized as the overriding capability by which the Army will be measured is the ability to rapidly deploy ready forces into a distant area of operations and keep them coming as dictated by the tempo of battle.

**Project–product manager**
Individual chartered to conduct business on behalf of the Army who reports to and receives direction from either a PEO, the AAE, or other MATDEV and is responsible for the centralized management of a specified acquisition program.

**Prophylaxis**
Measures designed to preserve health.

**Qualified safety and health personnel**
Includes persons who meet Office of Personnel Management standards for SOH manager/specialist, GS–018, and safety engineer, GS/GM–803. Other job specialties will provide support in their respective specialty areas (see table 2–1 for additional job specialties; includes other personnel determined to be equally qualified as compared to the above Office of Personnel Management standards).

**Quality assurance specialist (ammunition surveillance)**
DA Civilian personnel in the grade of GS–09 or above who have received 2 years of ammunition training and are qualified according to AR 75–1 to assist in performing malfunction investigations.

**Quantity/distance**
The quantity of explosives material and distance separation relationships that provide defined types of protection.

**Real time**
A period of less than 15 minutes.

**Recommendations**
Those actions advocated to the command to correct system inadequacies that caused, contributed, could cause or contribute to an Army accident. Also referred to in this regulation as corrective action, remedial measures and/or countermeasures.

**Recordable accident**
Reportable accident that meets the minimum criteria stated in the regulation for aviation and ground Class A through D accidents.

**Recreational off–highway vehicle**
Any motor vehicle designed for travel on four or more non-highway tires, that is 80 inches or less in width, weighs 1,750 pounds or less, has an operating speed greater than 35 miles per hour, has non-straddle seating, and a steering wheel for steering control.

**Reportable accident**
All occurrences that cause injury, occupational illness, or property damage of any kind must be reported to the Soldier's/employees/unit's servicing/supporting safety office.

**Research, development, test, and evaluation solution**
Solutions of a chemical agent in concentrations and quantities reduced by admixture (dilution) to levels that can be handled with the same precautions associated with hazardous industrial chemicals (acids, bases, or solvents). The following levels are considered RDT&E solutions:
a. Concentrations of H (Levinstein mustard), HD (distilled mustard), or HT (mustard T-mixture) not greater than 10 mg/ml and containing not greater than 100 mg of chemical agent.
b. Concentrations of GB (Tabun) no greater than 2 mg/ml and containing a maximum quantity of 20 mg of chemical agent.
c. Concentrations of VX (O-ethyl S-(2–Disopropylaminoethyl) methylphosphonothiolate) no greater than 1 mg/ml and containing a maximum quantity of 10 mg of chemical agent.
d. Concentrations of L (Lewisite) and HL (mustard-Lewisite mixture) not greater than 5 mg/ml and containing a maximum quantity of 50 mg of chemical agent.

**Reserve Officers' Training Corps personnel**
Includes the following:
a. Members of the Reserve Officers' Training Corps during periods of basic or advanced training at premises owned or under the control of the Army whether on duty or off duty.
b. Cadets performing professional enrichment training while under Army supervision and directed by competent orders, regardless of the location of the training site. Regular training on campus is excluded; that is, weekly drill and classroom instruction.
c. Cadets involved in rifle and pistol marksmanship training under Army supervision on any firing range.
d. Cadets undergoing Reserve Officers' Training Corps flight instruction.

**Residual hazards**
Hazards that are not eliminated by design.

**Residual risk**
The levels of risk remaining after controls have been identified and countermeasures selected for hazards that may result in loss of combat power. Risks remaining after hazard mitigation measures have been applied.

**Residual significant risk**
Residual significant risk is any risk remaining in a system after corrective actions have been executed.

**Restricted area**
Any area, usually fenced, at an establishment where the entrance and egress of personnel and vehicular traffic are controlled for reasons of safety and/or security.

**Restricted work activity**
Individual's injury is such that they are unable to perform their normal duties (for example, light duty).

**Rigger–in–charge**
Individual with overall control of the operation including: planning all aspects of the lift; determining the weight of the load to be lifted; establishing the appropriate method of communication with the operator; ensuring the load is properly rigged; ensuring the operating envelope remains clear of all obstructions; providing signals to the operator; and conducting the operation in a safe manner (see source for management of weight handling equipment Naval Facilities Engineering Command P–307).

**Riot control agent**
A substance that produces temporary irritating or disabling physical effects that disappear within minutes of removal from exposure. There is no significant risk of permanent injury, and medical treatment is rarely required.

**Risk**
Directly related to the ignorance or uncertainty of the consequences of any proposed action. Risk is an expression of possible loss in terms of hazard severity and hazard probability. Risk is the expected value of loss associated with a loss caused by a hazard expressed in dollars. The risk associated with this loss is mathematically derived by multiplying the probability of the loss's likelihood of occurrence by the probable dollar loss associated with the loss's severity. Note that risk has two dimensions-likelihood and magnitude, while a hazard has only one-varied magnitude.

**Risk acceptability**
That level of risk determined as tolerable in order to fulfill mission requirements. It represents a level of risk where either the output of resources to rectify safety deficiencies does not result in a proportional increase in the level of safety be provided; or so restricts the performance that the assigned mission cannot executed.

**Risk acceptance**
A formal and documented process indicating Army leadership understands the hazard, its associated cause, and the probable consequences to mission, personnel, equipment, public and/or the environment and that they have determined that the total risk is acceptable because of mission execution. Risk acceptance is an Army leadership prerogative.

**Risk acceptance level**
Denote the level of risk a particular level of Army leadership and management may accept. These levels are based on the magnitude of the risk involved and the duration of the risk acceptance.

**Risk assessment**
An evaluation of a risk in terms of loss should a hazard result in an accident and against the benefits to be gained from accepting the risk.

**Risk decision**
The decision to accept or not accept the risk(s) associated with an action; made by the commander, leader, or individual responsible for performing that action and having the appropriate resources to control or eliminate the risk's associated hazard.

**Risk management**
A continuous process applied across the full spectrum of Army training and operations, individual and collective day-to-day activities and events, and base operations functions to identify and assess hazards/risks, develop and implement controls, make decisions, and evaluate outcomes; blends tactical, threat-based risks with accidental, hazard-based risks.

**Rocket**
A motor which derives its thrust from ejection of hot gases generated from propellants carried within the motor casing.

**Safety**
Freedom from those conditions that can cause death, injury, occupational illness, or damage to, or loss of, equipment or property.

**Safety assessment report**
A formal, comprehensive safety report summarizing the safety data that has been collected and evaluated during the life cycle before a test of an item. It expresses the considered judgment of the developing agency on the hazard potential of the item, and any actions or precautions that are recommended to minimize these hazards and to reduce the exposure of personnel and equipment to them.

**Safety certification program**
A program established and maintained by the battalion/squadron commander to ensure that personnel under their command designated as officer in charge and RSOs are competent and qualified to carry out the responsibilities and duties of the respective positions.

**Safety confirmation letter**
A separate document or part of the independent evaluation report or position letter that provides the MATDEV with the developmental test or operational test agency safety findings and conclusions, and states whether the specified safety requirements are met.

**Safety controls**
Mandatory procedural safeguards approved by the SECARMY and determined to be necessary per safety studies and reviews. Safety controls ensure maximum safety of chemical agents throughout the life of the chemical weapon. Controls will be consistent with operational requirements.

**Safety objectives**

Criteria for comparing and judging measures for adequacy. Safety objectives incorporate the safest measures consistent with operational requirements.

**Safety release**

A formal document issued to any user or technical test organization before any hands-on training, use, or maintenance by troops. The safety release is a stand-alone document which indicates the system is safe for use and maintenance by typical user troops and describes the specific hazards of the system or item based on test results, inspections, and system safety analyses. Operational limits and precautions are included. The test agency uses the data to integrate safety into test controls and procedures and to determine if the test objectives can be met within these limits. A limited safety release is issued on one particular system (for example, Bradley Fighting Vehicle, serial number XXXXX). A conditional safety release is issued when further safety data are pending (for example, completion of further testing or a certain safety test) and restricts a certain aspect of the test.

**Sanitized information**

Safety investigation information where, after following the established procedures, privileged safety information and the identity of an accident are not revealed.

a. To sanitize a document, remove identifying information including:

(1) The date and location of the accident.

(2) Materiel identification number.

(3) Names, social security numbers, and other personal identifying information of participants, witnesses, and investigators.

(4) Information given to a safety investigator pursuant to a promise of confidentiality and any information derived from that information or direct or indirect references to that information.

(5) Any other detail that directly, indirectly, or in aggregate identifies the accident or any individual who has given information pursuant to a promise of confidentiality.

b. Some accidents, due to widespread publicity or other unique circumstances, cannot be adequately sanitized. Under such circumstances, removal of this information may be inadequate since the identity of the accident is disclosed by the unique accident sequence. This information is not sanitized and will not be released.

c. When privileged safety information is sanitized, the findings, conclusions, causes, recommendations, opinions, analyses, and other indications of the deliberative processes of safety investigators, safety investigation boards, endorsers, and reviewers are no longer considered privileged. Only the Commander, USACR/Safety Center may release a sanitized privileged accident report.

**Security/law enforcement**

Activities associated with military police, Criminal Investigation Command, and other military or civilian personnel performing security or law enforcement rescue duties. Examples include: traffic safety; investigating; apprehending suspects; guarding/patrolling; controlling disturbances; and intelligence activities.

**Self/buddy aid**

Administration of a chemical agent antidote to one's self or to a co-worker upon experiencing early symptoms of chemical agent poisoning.

**Self–aid**

Administration of a chemical agent antidote to one's self upon experiencing early symptoms of chemical agent poisoning.

**Service contract**

A contract that directly engages the time and effort of a contractor whose primary purpose is to perform an identifiable task rather than to furnish an end item of supply. A service contract may be either a nonpersonal or personal contract. It can also cover services performed by either professional or nonprofessional personnel whether on an individual or organizational basis. Some of the areas in which service contracts are found include the following:

a. Maintenance, overhaul, repair, servicing, rehabilitation, salvage, modernization, or modification of supplies, systems, or equipment.

b. Routine recurring maintenance of real property.

c. Housekeeping and base services.

d. Advisory and assistance services.

e. Operation of Government-owned equipment facilities and systems.

f. Communications services.

g. Architect-engineering.
h. Transportation and related services.
i. Research and development.

**Severity**
A qualitative or quantitative assessment of the degree of injury, occupational illness, property, facility or environmental damage associated with the maximum credible loss. Severity is dependent only on the maximum credible loss. Once established as a maximum credible loss, it does not change. Only the "probability" of a maximum credible loss can be reduced.

**Significant risk**
A risk associated with a particular hazard where the hazard likelihood of occurrence and its potential impact on the mission, person, equipment or facility is such that it can be reasonability expected to cause bodily harm, damage to equipment or the facility or delay in the execution of the mission unless corrected. Normally, they are assigned a RAC of 1, 2, or 3.

**Single hearing protector (or protection)**
Wearing either earplugs or noise muffs or noise attenuating helmets.

**Single–hazard risk**
Risk associated with a single hazard of the system. Single hazard risks are characterized by consequence/probability pairs (these risks are typically classified by RAC matrix cells).

**Sling out area**
The loading of A&E into cargo nets for transportation beneath a helicopter for resupply of units not accessible by ground transportation or when time or security is a critical factor.

**Soldiering**
Noncombat activities peculiar to military life, includes receiving instruction/training in such activities, excludes classroom training. Examples are marching, police call, formation, barracks detail, and field sanitation.

**Special hazards areas**
Areas identified containing hazards which due to their nature could not be eliminated through design selection and therefore depend upon training, procedures and PPE for control of the hazards to tolerable levels. Examples are paint booths, kitchens, machine shops, areas around conveyor belts, hazardous chemical storage areas, and so forth.

**Special use airspace**
Airspace of defined dimension identified by an area on the surface of the earth wherein activities must be confined because of their nature and or wherein limitations that may be imposed upon aircraft operations that are not a part of those activities.

**Sports**
Includes activities associated with sports, regardless of whether the participation is on duty or off duty, Army supervised or unsupervised, excludes hobbies. Examples include: racquetball/paddleball; handball; softball; tennis; soccer; baseball; basketball; football; volleyball; skiing; swimming; scuba diving; golf; boating; hunting; fishing; martial arts; and canoeing.

**Standards failure**
Standards/procedures not clear or practical, or do not exist.

**Supervisory**
Activities associated with the management of personnel. Examples are inspection tasks, directing workloads/work crews, monitoring work, crews, and planning unit activities.

**Support failure**
Inadequate equipment/facilities/services in type, design, availability, or condition, or insufficient number/type of personnel, which influenced human error, resulting in an Army accident.

**Surveillance**
The observation, inspection, investigation, test, study, and classification of ammunition, ammunition components, and explosives in movement, storage, and use with respect to degree of serviceability and rate of deterioration.

**Sustain the force**
One of the Army's four core capabilities. This capability includes the processes of acquiring, maintaining and sustaining equipment; maintaining and sustaining land operations; acquiring and sustaining infrastructure and operating installations.

**System**
A composite, at any level of complexity, of trained personnel, procedures, materials, tools, equipment, facilities, and software. The elements of this composite entity are used together in the intended operational or support environment to perform a given task or achieve a specific production, support, or mission requirement.

**System inadequacy**
A tangible or intangible element that did not operate to standards, resulting in human error or materiel failure. Also referred to as causes, readiness shortcomings and/or root causes.

**System safety**
The application of engineering and management principles, criteria, and techniques to optimize safety within the constraints of operational effectiveness, time, and cost throughout all phases of systems', equipment's, or facilities' life cycle.

**System safety engineering**
An engineering discipline requiring specialized professional knowledge and skills in applying scientific and engineering principles, criteria, and techniques to identify and eliminate hazards or reduce the risk associated with the hazards.

**System safety lessons learned**
A collection of real or potential safety or health-related problems based on data analysis or experience that can be applied to future and current systems to prevent similar recurrences.

**System safety management**
An element of management that defines the system safety program requirements and ensures the planning, implementation, and accomplishment of system safety tasks and activities consistent with the overall program requirements.

**System safety management plan**
A management plan that defines the system safety program requirements of the Government. It ensures the planning, implementation and accomplishment of system safety tasks and activities consistent with the overall program requirements.

**System safety program plan**
A description of planned methods to be used by the contractor to implement the tailored requirements of MIL–STD–882E, including organizational responsibilities, resources, method of accomplishment, milestones, depth of effort, and integration with other program engineering and management activities and related systems.

**System safety risk assessment**
A document that provides a comprehensive evaluation of the safety risk being assumed for the system under consideration at the MDR.

**System safety working group**
A group, chartered by the program/product/project manager, to provide program management with system safety expertise and to ensure communication among all participants.

**Tactical facilities**
Prepared locations with an assigned combat mission, such as missile launch facilities, alert aircraft parking areas, or fixed gun positions.

**Tactical field operations**
Includes
a. Actual. An active theater or area of combat operations.
b. Simulated. An operational area established for training in which combat operations are simulated.

**Technical tester**
The command or agency that plans, conducts, and reports the results of Army development testing on behalf of the command or agency.

**Technical tests**

A generic term for testing which gathers technical data during the conduct of development testing, technical feasibility testing, qualification testing, Joint development testing, and contractor or foreign testing.

**Test agency**

An organization that conducts development tests or user tests.

**Test/study/experiments**

Activities associated with the conduct of tests, studies, and experiments on natural or man-made materiel or on human beings or animals for research projects. Examples are preparing for test/study/experiment, and performing test/study/experiment.

**Tolerable risk**

The level of risk associated with a specific hazard below which a hazard does not warrant any expenditure of resources to mitigate. From a legal standpoint it would be considered as a "de minimis" risk, from the Latin phrase "de minimis noncurat lex" meaning "the law does not concern itself with trifles."

**Toxic chemicals**

Per the EPA, chemicals whose total emissions or releases must be reported annually by owners and operators of certain facilities that manufacture, process, or otherwise use a listed toxic chemical. The list of toxic chemicals is identified in Title III of Superfund Amendments and Reauthorization Act of 1986.

**Toxicity**

The property possessed by a material that enables it to injure the physiological mechanism of an organism by chemical means, with the maximum effect being incapacitation or death.

**Toxin**

Toxic material of biologic origin that has been isolated from the parent organism. The toxic material of plants, animals, or microorganisms.

**Training related death**

A death associated with a noncombat military exercise or training activity that is designed to develop a military member's physical ability or to maintain or increase individual/collective combat and/or peacekeeping skills, and is due to either an accident or the result of natural causes occurring during or within one hour after any training activity where the exercise or activity could be a contributing factor. This does not apply to DA Civilians participating in a wellness program.

**Unexploded ordnance**

A&E that have been primed, fused, armed, or otherwise prepared for action and that have been fired, dropped, launched, projected, or placed in such a manner as to constitute a hazard to operations, installations, personnel, or materiel, and remain unexploded by malfunction, by design, or for any other cause. Unexploded ordnance is synonymous for the dud.

**Unmanned Aircraft**

An Army aircraft, to include aerostat balloons, operated without the possibility of direct human intervention from within or on the aircraft. It is operated by personnel on the ground or in a manned aircraft. It is the major component of an UAS. An unmanned aircraft carries a variety of payloads to include day/night cameras, weapons, and so forth.

**Unmanned Aircraft System**

The system, whose components include the necessary equipment, data communications links, and personnel to control and employ unmanned aircraft, to include aerostat balloons.

a. The UAS is composed of six primary components: the aircraft, payloads, data communication links, ground control stations, ground support equipment, and personnel to operate and maintain.

b. Some accidents, due to widespread publicity or other unique circumstances, cannot be adequately sanitized. Under such circumstances, removal of this information may be inadequate since the identity of the accident is disclosed by the unique accident sequence. This information is not sanitized and will not be released.

c. When privileged safety information is sanitized, the findings, conclusions, causes, recommendations, opinions, analyses, and other indications of the deliberative processes of safety investigators, safety investigation boards, endorsers, and reviewers are no longer considered privileged (only the Commander, USACR/Safety Center may release a sanitized privileged accident report).

**Unmanned Aircraft System accident**

An Army accident involving a UAS, but not involving a manned DOD aircraft. Unlike a manned DOD aircraft accident, a destroyed UAS is not a Class A mishap unless the event meets the cost or injury Class A threshold.

**Unmanned Aircraft System groups**

UAS groups are as follows:

a. Group 1.Has maximum gross takeoff weight of 1–20 pounds, operates normally at less than 1,200 feet above ground level and at a speed of less than 100 knots indicated airspeed.

b. Group 2.Has maximum gross takeoff weight of 21–55 pounds, operates normally at less than 3,500 feet above ground level and at a speed of less than 250 knots indicated airspeed.

c. Group 3.Has maximum gross takeoff weight less than 1,320 pounds, operates normally at less than 18,000 feet above ground level and at a speed of less than 250 knots indicated airspeed.

d. Group 4.Typically weighs more than 1,320 pounds and normally operates below 18,000 feet mean sea level at any speed.

e. Group 5.Typically weighs more than 1,320 pounds and normally operates higher than 18,000 feet mean sea level at any speed.

**User test**

A generic term which encompasses testing which requires the use of user representative user troops and units for early user test and experimentation, force development test and experimentation, innovative tests, concept evaluation program tests, training effectiveness analysis tests, initial operational test and evaluation, follow-on operational test and evaluation, and Joint user tests.

**Vesicant agent**

Blister agent.

**Volunteers**

Individuals who serve as unpaid assistants to facilitate the commander's ability to provide comprehensive, coordinated, and responsive services that support the readiness of Soldiers, DA Civilians, and their Families by maximizing technology and resources, adapting resources to unique installation requirements, eliminating duplication in service delivery, and increasing service effectiveness. An installation can have many types of volunteers, with each having specific guidelines that govern its management: statutory volunteers; individuals providing gratuitous service; volunteers for private organizations, and student interns.

**Workplace**

A place (whether or not within or forming part of a building, structure, or vehicle) where any person is to work, is working, for the time being works, or customarily works, for gain or reward; and in relation to an employee, includes a place, or part of a place, under the control of the employer (not being domestic accommodation provided for the employee).

**Work–related injuries**

Injuries or occupational illnesses incurred while performing duties in an on-duty status.

**Worst single–hazard risk**

Consequence/probability pair representing the highest system risk.

## Section III

## Special Abbreviations and Terms

**GA**

Tabun

**GB**

Sarin

**GD**

Soman

**GF**

Cyclosarin

**H**
Levinstein mustard

**HD**
Distilled mustard

**HT**
mustard T-mixture

**L**
Lewisite

**VX**
O-ethyl S-(2–Disopropylaminoethyl) methylphosphonothiolate

**UNCLASSIFIED**

PIN 004127–000