# EXHIBIT P

| | |
|---|---|
| **From:** | Wasdin, Nick |
| **Sent:** | Friday, June 19, 2020 9:31 AM |
| **To:** | Snead, Jacqueline Coleman (CIV); Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) |
| **Cc:** | Nomellini, Mark J.; Judge David R. Herndon |
| **Subject:** | RE: 3M CAE |
| **Attachments:** | ARL-HRED Hearing Protection Device Assessment 30 June 1999 - G1b.pdf |

Jacqui,

I disagree with your characterization that I am "speculating" that it may be responsive.
- The attached CAEv2 test report specifically states that "[t]he results of this study effort will be provided to the U.S. Army Center for Health Promotion and Preventative Medicine (CHPPM), APG, MD, as input to development of safety release documentation for the Aearo non-linear Combat Arms Earplug."
- Army Regulation 385-10 describes a "safety release" as follows:  "A formal document issued to any user or technical test organization before any hands-on training, use, or maintenance by troops. The safety release is a stand-alone document which indicates the system is safe for use and maintenance by typical user troops and describes the specific hazards of the system or item based on test results, inspections, and system safety analyses. Operational limits and precautions are included. The test agency uses the data to integrate safety into test controls and procedures and to determine if the test objectives can be met within these limits. …"

Thus, as I noted below, the "safety release documentation for the Aearo non-linear Combat Arms Earplug" may contain information responsive to many of defendants' requests, including those identified in my email below.

Defendants have served over 50 requests for documents related to the CAEv2, including, among other things, for documents related to specifications, testing, training, and recommended use.  We have worked cooperatively with the government over the last 12 months in an effort to obtain those materials.  Please do let me know as soon as possible if it is the government's position that it will not produce the "safety release documentation for the Aearo non-linear Combat Arms Earplug," so that we can consider our options on how best to move this forward.

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000

nick.wasdin@kirkland.com

**From:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>
**Sent:** Friday, June 19, 2020 9:25 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M CAE


> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Hi Nick:

If I understand you correctly, this documentation wasn't specifically requested but you are speculating that it may be responsive to a number of requests.  Thanks for the clarification.

Jacqui

---

**From:** Wasdin, Nick <nick.wasdin@kirkland.com>
**Sent:** Friday, June 19, 2020 10:19 AM
**To:** Snead, Jacqueline Coleman (CIV) <jsnead@CIV.USDOJ.GOV>; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M CAE

Jacqui,

It's difficult to say how many of the requests this could be responsive to without seeing the document(s), but from the below description it appears that the document may contain, among other things, specifications for the CAEv2 (A(1)), test data on the CAEv2 (G(1)), data and protocols related to CAEv2 testing (G(2)), policies or procedures related to fitting the CAEv2 on individual service members (H(1), H(2), H(3)), training materials on the proper use or fit of the CAEv2 (C(2), C(3)), recommendations or guidelines for when to wear the CAEv2 (I(2), I(3), I(4)), and/or CAEv2 research by Drs. Joel Kalb and G. Richard Price (I(5)).

Please let me know as soon as possible if it is the government's position that it will not produce the "safety release documentation for the Aearo non-linear Combat Arms Earplug."

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254   **F** +1 312 862 2000

nick.wasdin@kirkland.com

---

**From:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>
**Sent:** Friday, June 19, 2020 8:17 AM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** RE: 3M CAE

Good morning Nick:

Please advise which of Defendant's prior Touhy requests you believe called for the production of a document that is referenced in the study that DOD provided.  Thanks.

Jacqui

---

**From:** Wasdin, Nick <nick.wasdin@kirkland.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
**Cc:** Snead, Jacqueline Coleman (CIV) <jsnead@CIV.USDOJ.GOV>; Nomellini, Mark J. <mnomellini@kirkland.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** 3M CAE

Major Kim,

I hope you are well.  I wanted to bring one issue in particular to your attention regarding the documents produced by the DoD to date in response to defendants' July 2019 *Touhy* in the CAE litigation.  The attached study, which was produced by the DoD in October 2019, references in the first paragraph that it was provided to CHPPM "as input into development of safety release documentation for the Aearo non-linear Combat Arms Earplug."   We do not believe that the referenced "safety release documentation" has been produced to date, and would very much appreciate it if you could prioritize that document (or documents) going forward.

Thanks very much,

Nick

**Nicholas F. Wasdin**
———————————————————
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000
———————————————————

nick.wasdin@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.