# EXHIBIT Q

| | |
|---|---|
| **From:** | Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil> |
| **Sent:** | Tuesday, June 23, 2020 9:49 AM |
| **To:** | Wasdin, Nick |
| **Cc:** | Snead, Jacqueline Coleman (CIV); Nomellini, Mark J.; Judge David R. Herndon |
| **Subject:** | RE: [Non-DoD Source] 3M CAE |


> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Good afternoon Nick,

We are looking into whether there is anything that would be responsive to the request.


v/r

Major Nicole Kim
Judge Advocate, U.S. Army
Litigation Attorney
U.S. Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, VA 22060
Office: (703) 693-1092
Cellphone: (571) 723-1126


**From:** Wasdin, Nick <nick.wasdin@kirkland.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
**Cc:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Nomellini, Mark J. <mnomellini@kirkland.com>; Judge David R. Herndon <dave@herndonresolution.com>
**Subject:** [Non-DoD Source] 3M CAE

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---


Major Kim,

I hope you are well.  I wanted to bring one issue in particular to your attention regarding the documents produced by the DoD to date in response to defendants' July 2019 *Touhy* in the CAE litigation.  The attached study, which was produced by the DoD in October 2019, references in the first paragraph that it was provided to CHPPM "as input into development of safety release documentation for the Aearo non-linear Combat Arms Earplug."  We do not believe that the referenced "safety release documentation" has been produced to date, and would very much appreciate it if you could prioritize that document (or documents) going forward.

Thanks very much,

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254 **F** +1 312 862 2000

nick.wasdin@kirkland.com < Caution-mailto:nick.wasdin@kirkland.com >

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email topostmaster@kirkland.com < Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.