# EXHIBIT S

| | |
|---|---|
| **From:** | Wasdin, Nick |
| **Sent:** | Wednesday, June 17, 2020 6:14 AM |
| **To:** | Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) |
| **Cc:** | Snead, Jacqueline Coleman (CIV); Nomellini, Mark J.; Evans, Collin P MAJ USARMY HQDA OTJAG (USA); Judge David R. Herndon; *Kimberly.branscome@dechert.com |
| **Subject:** | RE: 3M CAE Litigation |
| **Attachments:** | 06.03.20_3M CAE Litigation_Defendants Touhy Request.pdf |

Major Kim,

Since sending the attached *Touhy*, the Court has further prioritized 6 of the bellwether cases into the first trial pool.  We've identified the bases and time periods relevant to those 6 cases, and would ask that you prioritize these locations when responding to the attached *Touhy*.

Fort Benning (2003-2017)
Fort Bragg (2004-2013)
West Point (2008-2012)
Charleston Naval Weapons Station (2009-2012)
Fort Richardson (2007-2010)
Rose Barracks (Germany) (2006-2009)
Fort Irwin (2012-2014)
Schweinfurt (Germany) (1999-2001)
Shaw Air Force Base (2012-2014)
Fort Hood (2002)
Fort Lewis (2006)
Schofield Barracks (2015)

Thanks very much, and let me know if you would like to discuss,

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000

nick.wasdin@kirkland.com

---

**From:** Wasdin, Nick
**Sent:** Wednesday, June 3, 2020 5:35 PM
**To:** Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
**Cc:** 'Snead, Jacqueline Coleman (CIV)' <Jacqueline.Snead@usdoj.gov>; Nomellini, Mark J. <mnomellini@kirkland.com>; 'Evans, Collin P MAJ USARMY HQDA OTJAG (USA)' <collin.p.evans2.mil@mail.mil>; 'Judge David R. Herndon' <dave@herndonresolution.com>
**Subject:** RE: 3M CAE Litigation

Major Kim,

I'm attaching a *Touhy* request on behalf of defendants in the 3M Combat Arms Earplugs litigation.  This request seeks the identity of the Hearing Conservation Program Manager(s) and Industrial Hygiene Program Manager(s)—as those

roles are described in Army Pamphlet 40-501—at the various Army installations the bellwether plaintiffs were stationed at, during the time periods the bellwether plaintiffs were present. We are available to discuss at your convenience.

Thanks as always,

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 3254  F +1 312 862 2000

nick.wasdin@kirkland.com

**From:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>
**Sent:** Tuesday, June 2, 2020 1:05 PM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>
**Subject:** RE: 3M CAE Litigation

> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Good afternoon Nick:

You will need to submit a proper Touhy request to Major Kim's attention requesting the information.

Thanks.

Jacqui

**From:** Wasdin, Nick <nick.wasdin@kirkland.com>
**Sent:** Saturday, May 30, 2020 2:47 PM
**To:** Snead, Jacqueline Coleman (CIV) <jsnead@CIV.USDOJ.GOV>
**Cc:** Judge David R. Herndon <dave@herndonresolution.com>; Nomellini, Mark J. <mnomellini@kirkland.com>
**Subject:** 3M CAE Litigation

Jacqui,

On our last Touhy update call, I said that I would get you a list of bellwether-relevant installations for which we would like to identify the Hearing Conservation Program Manager(s) and Industrial Hygiene Program Manager(s)—as those roles are described in Section 1-4(b)(1) and (2) of the attached Army Pamphlet 40-501—during the time periods the bellwether plaintiffs were present. That list is below. We discussed on the call that, upon receipt of the list, you would provide guidance on how we might obtain this information.

- Fort Hood (1998-2019)
- Fort Benning (1997-2017)
- Fort Carson (2005-2016)
- Fort Bragg (2000-2018)
- Joint Base Lewis-McChord / Fort Lewis (2004-2020)
- Fort Bliss (2001-2012)
- Fort Campbell (2005-2015)
- Camp Casey (South Korea) (1994-2006)
- Fort Knox (2002-2011)
- Camp Shelby (2004-2010)

- Camp Taji, Iraq (2007-2010)
- Fort Stewart (2004-2008)
- West Point (2008-2012)
- Charleston Naval Weapons Station (2009-2012)
- Camp Ederle (2003-2006)
- Fort Leonard Wood (2000-2006)
- Fort Richardson (2007-2010)
- Rose Barracks (Germany) (2006-2009)
- Schofield Barracks (2007-2015)
- Schweinfurt (Germany) (1999-2001)
- Shaw Air Force Base (2012-2014)
- Wackernheim (Germany) (1999-2001)
- Fort Jackson (2004-2006)
- Fort Irwin (2012-2014)
- Eskan Village, KSA (2016-2017)
- Fort Gordon (2010-2011)
- Fort Lee (2005-2005)
- Fort Polk (2006)
- Fort Rucker (2005)
- Fort Drum (2009)
- Fort Meade (2004)
- Fort Sam Houston (2006)
- Lackland Air Force Base (2004)

Thanks as always,

Nick

**Nicholas F. Wasdin**
————————————————————
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000
————————————————————

nick.wasdin@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.