# EXHIBIT T

Subject: RE: Success Story re: Combat Arms Earplug
From: "Cleveland, Leanne M CPT DACH-Ft Hood" <Leanne.Cleveland@amedd.army.mil>
Date: 10/6/2005, 11:48 AM
To: "Gates, Kathy E LTC OTSG" <kathy.gates@us.army.mil>, "Hannah, Kevin A MAJ BMACH" <Kevin.Hannah@se.amedd.army.mil>
CC: "Stevens, Marc J LTC MACH" <Marc.Stevens@se.amedd.army.mil>, "Tuten, Vickie L LTC WAMC-Ft Bragg" <vickie.tuten@us.army.mil>, 1LT Heath Steele <heath.steele@us.army.mil>, 1LT Kara Delaney <kara.delaney@us.army.mil>, 1LT Leanne Cleveland <leanne.cleveland@us.army.mil>, "Gottlick, William J CPT GAHC-Ft Drum" <William.Gottlick@amedd.army.mil>, "Casto, Kristen L MAJ TAMC" <kristen.casto@us.army.mil>, "Ohama, Dan F CPT MAMC" <Dan.Ohama@nw.amedd.army.mil>, CPT David McIlwain <david.mcllwain@us.army.mil>, "Hariprasad, Deepa CPT BJACH-Ft Polk" <Deepa.Hariprasad@CEN.AMEDD.ARMY.MIL>, CPT Eric Eliason <eric.eliason@us.army.mil>, CPT Jillyen Curry <jillyen.curry@us.army.mil>, CPT Lisa Whitney <lisa.whitney@us.army.mil>, "Robinette, Martin B MAJ 121 General Hospital" <Martin.Robinette@kor.amedd.army.mil>, "Fallon, Eric W MAJ USACHPPM" <eric.fallon@us.army.mil>, "Haygood, Norvis CPT RACH-FtSill" <norvis.haygood@us.army.mil>, "Kratzer, Kel H CPT USACHPPMEUR" <kel.kratzer@us.army.mil>, "Leccese, Melissa B CPT" <melissa.leccese@us.army.mil>, "Lindholm, Kyle W MEDDAC-AK" <kyle.lindholm@us.army.mil>, LTC Marc Stevens <marc.stevens@us.army.mil>, MAJ Cheryl Cameron <cheryl.y.cameron@us.army.mil>, MAJ Marjorie Grantham <marjorie.grantham@us.army.mil>, "Merkley, John A CPT USAMW" <john.merkley@us.army.mil>

Ma'am, two success stories I'd like to share:

(1) Several months ago I saw an O6 Brigade Commander for his post deployment OIF audiometric eval. He told me that he hadn't heard of the CAE plugs until he was in theater. He did not know what they looked like but he was determined to get them for his entire Brigade. He inquired with some local Iraqi supply company and ended up purchasing what he thought were CAE plugs but in reality they were only foam plugs. Finally he made some calls back to Ft. Hood and was able to get his staff to order them here and then ship them out to the brigade. They were finally received by the soldiers in Iraq over 4 months after they initially deployed.

The COL told me that he was sitting in the back of his HMWVV with his new CAE plugs in his ears for the first time when he experienced his first IED blast at close range. He said that his soldiers in the HMWVV had just been grumbling to him about his insistence that they all wore their CAE plugs, but that they were all very glad they had their CAEs after the blast. And they all wore them every day afterwards. By the way, the COL had no hearing loss and no tinnitus upon re-deployment.

(2) At a recent PDHRA (Post Deployment Health Reassesment Survey) session, I asked several redeploying 1CAV soldiers the following questions re: the CAE plug at the request of AEARO. I wish all soldiers believed in the merit of the CAE like this SPC 50 cal gunner does! (I especially liked his comment that he wouldn't change anything about the CAE plug or the case, because "they worked for 205 convoys"....

**1. Describe the circumstances when you encountered loud noises - during transport, battle, on patrol, other**

Mostly convoys. We also had 2 or 3 mortars go off near our sleeping quarters. (This soldier is the 50 cal gunner.)

**2. Do you believe your hearing has been effected by the loud noises you heard? Why or why not?**

No. I wore my earplugs all the time. If I hadn't worn HPDs I would have had serious problems or else have been deaf.

**3. What was your understanding of how you were supposed to wear the CAE? - Which end did you put in your ear under what circumstances?**

Yellow side has the hole, so use the yellow side when you need to hear someone talk. When you don't need to hear anything use the green.

**4. When did you wear the CAE?**

I wore the yellow side in my ear the whole time we were on the convoy until we were in the gate and if there were mortars coming down outside. Sometimes I would wear the yellow end in one ear and the green end in the other like when I had the yellow in with ear piece with the short wave radio for talking from truck to truck and also inside the truck. And the green end in the opposite ear.

**5. We are in the process of redesigning the CAE. If length of the actual earplug was an issue, how long can the CAE**

**be and not interfere with other tasks which you must perform? like talking on the radio, etc**

no longer than it is now.

**6. The newer version will have a tether to keep the two earplugs joined.  How would you use this tether?
Will you place the tether around your neck,
tie it to the suspension of your helmet,
place through a button hole on your jacket?
I am trying to get insight here into how long and of what material the tether should be-does it need to be removable or not?**

I'll cut it off and keep it in the box because the box worked for 205 convoys.
I sewed a tab on the inner pocket of the body armor.  Some of my buddies wore it on the back pocket.

**7. With the yellow end inserted in your ear, you should be able to hear noises around you fairly well but would be protected in the event of weapons fire or an explosion.  Did the earplug perform in this way for you?  Please describe what happened - ied, weapons fire, could hear the launch of a mortar, etc.**

yes.  Mortars, 50 cal.  Less than 10 IEDs.

**8. Would you like to see any changes made to the case if the new plug fit easily into it?  What changes?**

If a piece could come up to lock it so that the case would click and lock.  One time the case got caught on the turret and everything fell out.

**9. Anything else that you would like to say about what did or did not work with the CAE or comments on how it might be improved?**

No I wouldn't change anything at all.


CPT Cleveland

---

**From:** Gates, Kathy E LTC OTSG [mailto:Kathy.Gates@us.army.mil]
**Sent:** Thursday, October 06, 2005 10:13 AM
**To:** Hannah, Kevin A MAJ BMACH
**Cc:** Stevens, Marc J LTC MACH; Tuten, Vickie L LTC WAMC-Ft Bragg; 1LT Heath Steele; 1LT Kara Delaney; 1LT Leanne Cleveland; Gottlick, William J CPT GAHC-Ft Drum; Casto, Kristen L MAJ TAMC; Ohama, Dan F CPT MAMC; CPT David McIlwain; Hariprasad, Deepa CPT BJACH-Ft Polk; CPT Eric Eliason; CPT Jillyen Curry; CPT Lisa Whitney; Robinette, Martin B MAJ 121 General Hospital; Fallon, Eric W MAJ USACHPPM; Haygood, Norvis CPT RACH-FtSill; Kratzer, Kel H CPT USACHPPMEUR; Leccese, Melissa B CPT; Lindholm, Kyle W MEDDAC-AK; LTC Marc Stevens; MAJ Cheryl Cameron; MAJ Marjorie Grantham; Merkley, John A CPT USAMW
**Subject:** Success Story re: Combat Arms Earplug

Hello All:

I am still scheduled to provide an Interview but would like to share a "Success Story re: CAE" that would be catching to the local reader.  If you have a good story to share, please share it with me.

Thanks,

LTC Gates

DOD00000142