# EXHIBIT U




# FAST TRACKS

A Monthly Digest
Published by
AMC-FAST

Volume 6 - Issue 7 — "Making technology work for the soldier" — February 2003

## From the Director

For the first time in our memory we have had more snow at Fort Belvoir than Paul Thakur, our Science Advisor in Alaska,. Our deputy, John Grills, who previously served in Alaska has felt right at home. Despite a couple of days closing for the weather, we have kept up with our work. One article in this issue highlights the successful response to a former Science Advisor's request. Thanks to the support of Bruce Amrein our Quick Reaction Coordinator at ARL's HRED and his staff we were able to provide Combat Arms Earplugs to a helicopter unit at Fort Bragg, NC within 24 hours. A second article on language translation illustrates the importance of providing support to the families of our soldiers who have been deployed.

Our Science Advisor Training Program/Program Review is scheduled to take place at Fairfax, Virginia 18-25 March and at Redstone Arsenal, AL 26-28 March. The U.S. Army Aviation and Missile Command (AMCOM) will be our host at Redstone. The agenda for our program will provide for Science Advisors to present information on each of their projects as well as their experiences as Science Advisors; receive information on the transformation of the Army; information on restructuring of AMC and detailed information on AMCOM. Our Training Programs/Program Reviews have always been most beneficial and with the many changes currently taking place, this one should be extremely valuable.

Our special thanks go to Tony Lisuzzo of the U.S. Army Communications-Electronics Command's Intelligence and Information Warfare Directorate (I2WD) at Fort Monmouth, NJ. After reading our December issue article on Backscatter X-Ray Technology, Tony provided us some important details on the role of I2WD in the development of detection equipment. This information is contained in this issue on page 6.

Tony's correspondence is an example of how our readers can help our Activity do a better job. As always, we appreciate your comments.

*James F. Gibson*

## Former Science Advisor Needs Device Which He Introduced Into Army...Combat Arms Earplugs

Mr. John King, our U.S. Army Southern European Task Force (SETAF) Science Advisor from July 1997 to December 1999 initiated work on the AMC-FAST Combat Arms Earplugs project. . The purpose of the project was to identify hearing protection systems that do not require a double protection system, which in turn restricts the soldier's ability to communicate. This is a problem that existed with our then current earplugs. A survey of available devices identified a double-sided earplug which showed the potential to solve the problem. One end of the plug is a solid (linear) earplug that can be used for a steady-state noise environment. The other end of the plug is used for high impulse noise (weapon blast overpressure environments). This end contains calibrated holes for a non-linear dampening of the more hazardous high frequency component of weapons high impulse noise signatures. Mr. Mike Golden who followed John as our SETAF Science Advisors obtained 150 pairs of the earplugs for evaluation by SETAF soldiers during static target shooting. These earplugs have since received an NSN,

*(continued on page 2)*

---

*Distribution* is *limited* to U.S. Government agencies and their contractors. Questions or comments concerning any articles in this publication should be addressed to HQ AMC-FAST. Date of this determination is 28 February 2003. Destroy by any method that will prevent disclosure of contents or reconstruction of the document.

*(Combat Arms Earplugs...continued from page 1)*

however additional evaluations are taking place. Currently, LTC Lorraine A. Babeu, Ph.D., a Military Audiologist at the U.S. Army Research Laboratory /Human Research and Engineering Directorate's Visual and Auditory Processes Branch is working on a project to determine the impact the combat arms earplug has on performance. The purpose of her project is to determine what effects the PASGT helmet, combat arms earplugs and their combination have on the user's ability to detect, recognize, and localize speech and other environmental signals under various conditions. The data is currently being analyzed and the final report is expected to be available in April 2003.

Returning to John King's role; he was recently called to active duty as a UH60Q Helicopter pilot serving with the 146th Medical Company (Aero Medevac) at Fort Bragg, NC. On arriving at his unit, he saw a requirement for his fellow soldiers to have the earplugs which he had worked with during his tour as the SETAF Science Advisor. He made this determination based on his field experience with the Combat Earplugs although evaluations are continuing. On 5 February, he called the AMC-FAST office to see if he could obtain 50 pairs. AMC-FAST then contacted Bruce Amrein, our Quick Reaction Coordinator at the U.S. Army Research Laboratory /Human Research and Engineering Directorate where Bruce is also the Chief, Visual and Auditory Processes Branch. Working with LTC Lorraine A. Babeu, Ph.D., who is assigned to Bruce's Branch, they obtained fifty pair and made arrangements for their shipment on 6 February. The initial reaction to using the earplugs was that they were worth their weight in gold. John, remembering his experience as a Science Advisor, will provide additional feed back on this important field evaluation. We are looking forward to publishing the results of this latest field evaluation of Combat Earplugs.

The filling of John's request (within 24 hours) highlights AMC-FAST's capability to respond to a request, through its chain of connections. In a more indirect way, this action highlights the value of the experience Science Advisors obtain while serving in the field. Normally, Science Advisors return to their home R&D organizations (John' home organization is U.S. Army Missile Command) where they are able to take advantage of their experience. In this case, the ex Science Advisor was able to take advantage of his experience while serving in a field organization.

As always, AMC-FAST appreciates the support of AMC's R&D organizations and in particular the support which Bruce Amrein and LTC Babeu provided.

As a follow-on to this action, LTC Babeu prepared a fact paper which provides the background and description of the Combat Earplugs as well as the role played by The U.S. Army Center for Health Promotion and Preventive Medicine (CHPPM). Her paper is provided on page 3.

*(continued on page 3)*



**COMBAT ARMS EARPLUG**
- Insert YELLOW plugs for weapons fire in dismounted mode.
- Insert OLIVE DRAB plugs for steady state noise in and around aircraft, noisy vehicles and watercraft, etc.
- Keep filter holes free of earwax and other debris.
- Check proper insertion for slight tension by gently tugging on plugs.
- Ensure that plugs are cleaned with soap and water and dry when returned to case.

*(Combat Arms Earplugs...continued from page 2)*

# The Combat Arms (Non-Linear) Earplug
### *LTC Lorraine Babeu, Ph.D.*

For the dismounted soldier or marine, conventional hearing protection can interfere with the communication requirements of a mission when hearing protection is needed the most, i.e., firing weapons from dismounted positions

In steady-state noise over 85 dBA (e.g., in armored vehicles, aircraft or watercraft), conventional hearing protectors can actually improve communications ability. In steady-state noise, they function like sunglasses that cut down glare reducing the noise to a level where the ear is not "overloaded". In relative quiet, however, conventional (linear) hearing protectors interfere with both speech communication and the detection of environmental (combat) sounds.

The solution for the dismounted soldier or marine is a non-linear hearing protector that mitigates the hazard from weapons fire over a desired range, but marginally interferes with required communications and detection of combat sounds such as vehicle noise, steps in leaves, closing of a riflebolt, etc.

The concept of non-linear earplugs is not new; however, Dr. Armand Dancer and his colleagues at the French-German Institute in Saint Louis have dramatically improved this low tech and inexpensive solution to a long-standing problem. A small "filter" is inserted into the center (stem) of an earplug. This filter is a cylindrical device of a specified length with holes in each end of a very precise diameter.

The U.S. Army Center for Health Promotion and Preventive Medicine (CHPPM), contributed to this development effort by recommending an American-made earplug, the Ultrafit, to house the French filter, creating the color-coded scheme and by performing blast overpressure testing. The single-sized Ultrafit should accommodate most of our combat arms users. One end of the doubletree design includes a solid (linear) earplug that can be used for steady-state noise environments. This eliminates the requirement to carry a second set of conventional earplugs that will not fit into the standard earplug carrying case. The light color of the non-linear earplug assists in the requirement to keep the hole clean and free of cerumen (ear wax). The solid (linear) end of the earplug is colored olive drab for compatibility with the stealth mode associated with dismounted operations. The visibility of the light-colored, non-linear end of the earplug is not an issue in steady-state (enclosed) environments. Moreover, the light color should assist in the enforcement and monitoring of the correct device to be used for the steady-state noise environment.

The calibrated holes in the non-linear earplug significantly dampen the more hazardous high frequency component of the impulse noise signature. The noise reduction capability actually increases with the noise level of weapons fire, hence the term, non-linear. The non-linearity begins at about 110 dBP and increases by 17 dB to 190 dBP with a final overall peak reduction of 25 dB. Testing at a U.S. facility found this non-linear earplug protective up to 190 dBP. (Note: These data were obtained under ideal experimenter fit conditions. Results can vary widely for user fit conditions .)

A National Stock Number (NSN) 6515-01-466-2710 has been issued for the Combat Arms Earplug. The one size now available will fit most of the adult male population. The Combat Arms Earplug affords a cheap, low-tech solution for protecting the hearing of soldiers and marines in dismounted operations from impulse noise weapons fire. These passive, non-linear devices work without batteries, are easy to maintain and are compatible with most headgear. They present little insertion loss at low sound levels, which allows for speech communication (without shouting) and the detection and localization of acoustic sources at almost the same conditions as without hearing protectors. In the Combat Arms Earplug, we finally have a hearing protector that protects without impairing military effectiveness.

POC: LTC Lorraine Babeu, Ph.D., CCC-A, 410-278-4152, DSN: 298-4152, E-mail: lbabeu@arl.army.mil

FAS**T**RACKS

## Change in Quick Reaction Coordinator at Natick



**AMC-FAST QRC at the U.S. Army Soldier & Biological Chemical Command - Soldier Systems Center**

**Mr. Max Biela
U.S. Army Soldier & Biological Chemical Command
Soldier Systems Center
ATTN: AMSSB-ROC-O(N) (Mr. Biela)
Kansas Street
Natick, MA 01760-5056
PH:  (508) 233-5413, DSN 256-5413
FAX:  (508) 233-4726, DSN 256-4726
E-mail:  marcel.biela@natick.army.mil**

We have just learned that Dave Cheney, our Quick Reaction Coordinator at Natick is retiring. Dave has been extremely helpful to the AMC-FAST Activity almost from the beginning. He was instrumental in exhibiting Natick products in most of the commands serviced by our Science Advisors. In this way, our troops in the field got a good idea of what was coming and understood that the Army Materiel Command was doing in looking out for their welfare in providing the best in clothing and equipment and the best food possible under extremely difficult conditions. In working with Dave we were able to get evaluations for new products and to get responses to requirements from the field.

We wish Dave the very best in his retirement and will miss him, but we are pleased to welcome Mr. Max Biela as the new Quick Reaction Coordinator for Natick.  Although Max's title is new, he has been an active supporter of AMC-FAST since 1992 when he was assigned to Natick. In the occasional absence of Dave, and when Dave was otherwise occupied, we could always count on Max to perform the QRC job in an outstanding manner.

Prior to being assigned to Natick, Max served three tours in Germany. From September 1992 to December 1996, Max served as the Senior Enlisted Advisor at the Natick Soldier Center. In this position he was involved in exhibition of new and prototype Natick equipment, evaluations, installation visits to gain feedback on currently issued equipment. In 1997 Max retired from the Regular Army and joined the Natick Soldier Center's Operational Forces Interface Group.

During his service at Natick, Max deployed to Somalia, Macedonia and Hungary in support of units needing special equipment or in response to problems with equipment on hand.

We are most pleased to welcome Max In his new capacity to the AMC-FAST Activity and express our thanks to the US Army SBCCOM, Natick Soldier Center for its continuing support of AMC-FAST.

## How to Contact  AMC-FAST HQ

Ph: 703.704.1486,    DSN 654,  Fax:  703.704.1483,    DSN 654,  E-mail:   fasthq@nosc.mil
5985  Wilson  Road,  STE 100,  Ft. Belvoir,  VA  22060-5829
www.amc-fast.army.mil

# A New Language Translation Requirement

The AMC-FAST Activity with Science Advisors stationed on a worldwide basis have been heavily involved in addressing language translation requirements. The shortage of language interpreters in most languages has resulted in attempting to meet translation needs with the aid of computers. AMC-FAST initiated language translation programs have included the FALCON and CATNP. In addition, we have supported the evaluation of a number of translation programs.  Most recently, AMC-FAST has been providing assistance to the Defense Advanced  Research Projects Agency (DARPA) in introducing the DARPA developed Phraselator.  This activity was described in detail in the January February issue of AL&T in an article by John Grills, our Deputy Director.

This month, our Science Advisor at the XVIII Airborne Corps, Dr. Gay Kendall received a unique request for language translation support. In initiating a project our Science Advisors submit a Project Summary Sheet (PSS). Portions of Dr. Kendall's PSS are provided below as they succinctly describe the need and proposed solution.

> **PROJECT NAME:** Language Translation Support for Emergency Responders
>
> **PROJECT NUMBER:**  1102
>
> **SCIENCE ADVISOR:**  Dr. Gay Kendall, XVIII Airborne Corps and Fort Bragg
>
> **PROBLEM:** Dispatchers for Emergency Response Services (Fire, Police and Medical Responders) at Ft. Bragg, NC, have encountered difficulties when receiving calls for assistance from non-English speaking persons. Due to the percentage of Military personnel's dependents that speak Spanish and Asian languages, but little English, the Public Safety Business Center has requested that a technology be identified which can obtain critical information from a caller by a dispatcher who is not bilingual.
>
> **SOLUTION:** Identify a service or system which provides around-the-clock translation capabilities for Emergency Responders. The system must provide translation for all necessary foreign dialects, have robust performance and be cost affordable.
>
> **STATUS:** AT&T offers a service called Language Line, which provides translators for over 140 languages on a 24/7 basis. This service has been used successfully by Emergency Responders from the Capital Region of New York State, who have recommended its use to their counterparts here at Ft. Bragg.
>
> **NEXT STEP:** Arrange for a trial subscription to AT&T Language Line Services for Ft. Bragg Emergency Responders in order to determine if this is the optimum solution for their needs.
>
> **END RESULT EXPECTED:**  A reliable method of language translation for Ft. Bragg Emergency Response dispatchers that will allow them to obtain the critical information necessary from non-English speaking callers to address their emergency needs in a swift and effective manner.

Summary: Our past translation efforts have involved assisting our soldiers in dealing with foreign nationals, civilian and military. This project is focused on the need to assist the families of our soldiers in their administrative dealings with our Army.  This need, which exists at Fort Bragg, probably exists at other installations and will most likely be intensified as more of our soldiers are deployed. We intend to report on the progress of this project to ensure that the widest use possible of this effort will be realized.

FAS**T**RACKS

## The Role of CECOM's Intelligence Information Warfare Directorate (I2WD) in Backscatter X-Ray Technology

Our December issue contained an article on Backscatter X-Ray Technology and its use in contributing to Force Protection. This article described a visit to the AS&E facilities in Billerica MA and provided information on some COTS equipment

Since the publication of the December article, we have received some very specific information on the major role played by CECOM in the development of some of the AS&E products which were described.

The U.S. Army Research, Development and Engineering Center (RDEC) Intelligence Information Warfare Directorate (I2WD) at Fort Monmouth, NJ, is responsible for the current system upgrades, contract management, and on-site inspection and acceptance of the mobile 101Z Van and 101XL fixed site x-ray systems.

The AS&E Inc. technology and Mobile Search, Cargo Search, ISO Search, and Body Search products are part of a vehicle Detection Proposal submitted by I2WD for a Homeland Defense initiative. On 13 January 2003, this initiative was briefed to the New York City (NYC) Mass Transit Authority (MTA).

In developing, managing and accepting AS&E products, the I2WD has worked closely with the U.S. Army Intelligence Center & Fort Huachuca (USAIC&FH). For example, the Mobile Search, Cargo Search, and ISO Search are programs managed by Mr. Stacy Wright from Thunder Mountain Evaluation Center, (USAIC&FH).

The products described above are being used at U.S. borders, U.S. ports of entry, and various other sites including special events that occur within the Continental United States (CONUS). In a very real sense these products serve a dual use function.

CECOM's I2WD can take pride in being in the forefront of technology which provides a means to detect people, contraband, weapons, and explosives. The introduction of this equipment to the field by Dr. Johnson, our USAREUR and V Corps Science Advisor, is an excellent example of introducing new technology and COTS into the field. It can be expected that with the increasing necessity for Force Protection, the demand for I2WD developed equipment will increase.

In order to ensure that our Science Advisors are aware of the potential uses for the I2WD equipment, Mr. Lisuzzo has accepted an invitation to make a presentation at our Science Advisors' Training Program/Program Review which will take place in March.

---

*Individuals who contributed to this issue can be reached at the following e-mail address:*

*Page 1-3, "Combat Ear Plugs": LTC Lorraine Babeu, Ph.D., CCC-A, 410-278-4152, DSN:298-4152,
    E-mail: lbabeu@arl.army.mil*
*Page 4, "QRC Change at Natick": Mr. Max Biela, SBCCOM QRC, marcel.biela@natick.army.mil*
*Page 5, "A New Language Translation Requirement": Dr. Gay Kendall, XVIII ABN Corps SA, fast18c@nosc.mil*
*Page 6, "I2WD in Backscatter X-ray Technology": Dr. John Johnson, USAREUR and V Corps SA,
    fast5c@nosc.mil*

www.amc-fast.army.mil