**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

This Document Relates to All Cases
_____/

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## ORDER

Pending before the Court is Defendants' Motion to Compel Against the Department of Defense, filed July 1, 2020.  ECF No. 1211.  The district judge has referred this matter to the undersigned for further proceedings and preparation of a report and recommendation.  ECF No. 1212.

Defendants' motion reflects email service on July 1, 2020 and service of a paper copy of the motion on July 2, 2020 on the Department of Defense by serving Major Nicole Kim, Judge Advocate, U.S. Army Legal Services Agency and Jacqui Snead, Assistant Branch Director, United States Department of Justice, Civil Division.

Therefore, the Department of Defense must file a response to Defendants' motion to compel by **July 15, 2020, which is fourteen (14)**

**days** after service.[1] Any opposition memorandum from Plaintiffs also must be filed on or before July 15, 2020.

Defendants' counsel is directed to serve this order on the Department of Defense by sending a copy of this order by email to Major Kim and to Jacqui Snead at the addresses identified in the motion to compel. Defendants must then file a notice certifying that a copy of this order was served on the Department of Defense as directed in this order.

**DONE AND ORDERED** this 2nd day of July 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] N.D. Fla. Loc. R. Rule 7.1(E) provides that any opposition to a motion must be filed within 14 days after service of a motion, without a 3-day extension based upon electronic service of the motion.