UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PROUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> ALL ACTIONS ) <br> ) | No. 3:19-md-02885-MCR-GRJ |

**NOTICE OF THE DEPARTMENT OF DEFENSE CONCERNING
DEFENDANTS' RENEWED MOTION TO COMPEL, ECF NO. 1211**

Non-party Department of Defense (DOD) wishes to bring the following points to the Court's attention concerning defendants' renewed motion to compel against DOD, ECF No. 1212:

1. Defendants' renewed motion does not bear a certificate under N.D. Fla. Loc. R. 7.1(C) and could not bear any such certificate because no conference under Loc. R. 7.1(B) took place prior to the filing of the motion. The same was true of defendants' initial motion to compel against DOD, ECF No. 1178, which defendants withdrew. ECF No. 1197. *See* Order (Oct. 28, 2019), ECF No. 791, Ex. A hereto (denying without prejudice plaintiffs' motion to extend time for service of certain summonses and complaints because of plaintiffs' noncompliance with Loc. R. 7.1(C)).

2. Defendants have not served their renewed motion to compel in compliance with the requirements of Fed. R. Civ. P. 4(i), which governs service upon the United States and its agencies. The same was true of defendants' initial motion to compel.

                Respectfully submitted,

                ETHAN P. DAVIS
                Acting Assistant Attorney General

                LAWRENCE KEEFE
                United States Attorney

                JACQUELINE COLEMAN SNEAD
                Assistant Branch Director

                s/ *David M. Glass*
                DAVID M. GLASS, DC Bar 544549
                Senior Trial Counsel
                Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, N.W., Room 12020
                Washington, D.C.  20530
                Tel: (202) 514-4469/Fax: (202) 616-8460
                E-mail: david.glass@usdoj.gov
Dated: July 6, 2020        Attorneys for the Department of Defense

### CERTIFICATE OF SERVICE

I certify that I served the within notice on all counsel of record by filing it with the Court by means of its ECF system on July 6, 2020.

                s/ *David M. Glass*