*In Re: 3M Combat Arms Earplug Products Liability Litigation*
No. 3:19-md-02285-MCR-GRJ

Notice of the Department of Defense Concerning Defendants' Renewed Motion to Compel, ECF No. 1211

Ex. A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the 194 Cases Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

Before the Court is a motion for leave to extend time for service of summonses and complaints on Defendants in the 194 cases identified on Exhibit A.  *See* ECF No. 783.  This motion is denied without prejudice for failure to comply with the Local Rules of this Court, as it lacks a certificate "confirming that the moving party complied with the attorney-conference requirement of Local Rule 7.1(B) and setting out the results" of that conference.  *See* N.D. Fla. Loc. R. 7.1(C).

**SO ORDERED**, on this 28th day of October, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to the Cases Listed Below | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## EXHIBIT A

PLAINTIFFS:

1. *Ivan Bauer v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2322

2. *Douglas Edds v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2531

3. *Efrain Arce-Perez v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2533

4. *Charles Herald v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2537

5. *Jason Mayo v. 3M company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC*, Case No. 3:19-cv-2541

**[REMAINDER OF EXHIBIT A TO ECF NO. 791 OMITTED]**