**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

3:19-md-02885-MCR-GRJ IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

**USDC #: 3:19md2885**

# REMOVED DOCUMENT FROM FILE

Master Short Form Complaint filed by Attorney, Jonathan Cobb 7/6/2020

**DOCUMENT #1218**