UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE*** 

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Simon Brian Purnell, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof state as follows:

1. Movant resides in Texas and is not a resident of the State of Florida.
2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.
3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15936269293518 and the CM/ECF online tutorial.
4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.
5. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Simon Brian Purnell respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated July 6, 2020                          Respectfully submitted,

                                                     */s/ Simon Brian Purnell*
                                                     Simon Brian Purnell
                                                     Texas Bar No. 24003889
                                                     Griffin Purnell LLC
                                                     615 N. Upper Broadway, Suite 900
                                                     Corpus Christi, Texas 78413
                                                     simon@griffinpurnell.com
                                                     Phone: 361-500-2804
                                                     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on July 6, 2020.


                                                     */s/ Simon Brian Purnell*
                                                     Simon Brian Purnell