# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No. 3:19-md-2885 |
| This Document Relates to All Cases ) ) | Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |

## DEFENDANTS' RESPONSE TO THE DEPARTMENT OF DEFENSE'S NOTICE CONCERNING DEFENDANTS' MOTION TO COMPEL

The Department of Defense raises two alleged deficiencies in Defendants' motion to compel.

First, the Department objects that Defendants' motion to compel does not contain a certificate of compliance with Local Rule 7.1(B)'s requirement that an attorney for the moving party "attempt in good faith to resolve the issue through a meaningful conference with an attorney for the adverse party." The Department further objected that no such conference took place. On the contrary, Defendants' motion described at length a year's worth of good faith efforts to work with attorneys for the Department of Defense and Department of Justice to obtain the requested discovery.

In addition, on May 12, May 13, May 14, and May 19, 2020, Nick Wasdin of Kirkland & Ellis reached out to Jacqui Snead at the Department of Justice, and Major Nicole Kim and Major Collin Evans at the Department of Defense, to request calls

relating to the status of the government's responses, including the status of Defendants' deposition requests. Ms. Snead did not agree to the calls, and responded that the government was working on letters and would prefer that those serve as the government's responses to Defendants' requests. The letters that were subsequently provided by the government, which are described in Defendants' motion, amounted to constructive denials of Defendants' requests.

Although Defendants have already complied with Local Rule 7.1(B), out of an abundance of caution, Defendants contacted the Department of Justice attorney tasked with responding to Defendants' motion, David Glass, on July 6, 2020 to ask for an update on whether the Department of Defense would provide the requested discovery. Mr. Glass declined to provide an update on whether the Department of Defense would provide the requested discovery, and stated that the government was responding to Defendants' motion. Below, Defendants submit a certificate of compliance with Local Rule 7.1(B) based on this conversation with Mr. Glass, as well as previous correspondence with government attorneys.

Second, the Department objects that Defendants have not complied with the requirements of Federal Rule of Civil Procedure 4(i), which governs service on the United States. Rule 4(i) requires a party to:

> (A)(ii) send a copy of [the summons and complaint] by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Defendants sent paper copies of their motions to compel via Federal Express Priority Overnight to the U.S. Attorney for the Northern District of Florida, Jacqui Snead of the Department of Justice, and Major Nicole Kim of the Department of Defense. Insofar as the Department of Defense objects that Defendants served the motion via Federal Express, Defendants have now sent the motion via United States Postal Service certified mail. Insofar as the Department objects that Defendants sent the motion directly to Ms. Snead and Major Kim as representatives of their agencies (consistent with Judge Jones' June 18 order, Dkt. 1191), Defendants have now mailed the motion directly to the Attorney General and General Counsel for the Department of Defense. The certificate of service included below reflects this most recent set of mailings.

Dated: July 6, 2020

Respectfully submitted,

*/s/Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

3

        Mark J. Nomellini
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, Illinois 60654
        Telephone: (312) 862-3254
        mark.nomellini@kirkland.com

        Kimberly Branscome
        DECHERT LLP
        633 W. 5th St., Suite 4900
        Los Angeles, CA 90071
        Telephone: (213) 808-5762
        kimberly.branscome@dechert.com

        *Counsel for Defendants 3M Company,*
        *3M Occupational Safety LLC, Aearo*
        *Technologies LLC, Aearo Holding, LLC,*
        *Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I, Robert C. Brock, hereby certify that on July 6, 2020, I caused a copy of Defendants' unredacted Motion to Compel Against the Department of Defense to be sent via certified mail to the following addresses:

Major Nicole Kim
Litigation Attorney
U.S. Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, VA 22060

Jacqui Coleman Snead
Assistant Branch Director, Federal Programs Branch
U.S. Dep't of Justice, Civil Division
1100 L Street, N.W., Room 12402
Washington, D.C. 20005

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Civil Process Clerk
U.S. Attorney for the Northern District of Florida
21 East Garden Street
Suite 400
Pensacola, FL 32502

Office of General Counsel
Department of Defense
1600 Defense Pentagon, Room 3C962
Washington, DC 20301

Dated: July 6, 2020

                                                */s/Robert C. Brock*
                                                Robert C. "Mike" Brock

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

On July 6, 2020, Mark Nomellini and Nick Wasdin, counsel for Defendants, spoke by phone to Department of Justice attorney David Glass. Mr. Nomellini asked Mr. Glass whether he could provide any update on Defendants' outstanding *Touhy* requests. Mr. Glass declined to provide an update and instead stated that the Department would respond to Defendants' motion. This conversation followed months of efforts by Mr. Nomellini and Mr. Wasdin to obtain discovery from the Department of Defense in response to Defendants' *Touhy* requests, including, most recently, multiple requests to speak on the phone about the status of Defendants' requests, which were denied by a Department of Justice attorney.

Dated: July 6, 2020

*/s/ Mark J. Nomellini*
Mark J. Nomellini