## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

|  |  |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to All Actions | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION OF CHARLES F. B. McALEER, JR. TO WITHDRAW APPEARANCE

Charles F. B. McAleer, Jr. ("Movant"), whom the Court previously permitted to appear specially and *pro hac vice* in this matter as counsel for non-party French-German Research Institute of Saint-Louis ("ISL"), hereby respectfully moves to withdraw his special appearance in the above-captioned action and states as follows:

1.     On December 30, 2019, Plaintiffs filed a motion seeking to compel ISL to respond to a subpoena.  ECF No. 891.

2.     On January 16, 2020, Movant filed a motion for emergency admission *pro hac vice* to appear specially on behalf of ISL and for the limited purpose of responding to Plaintiffs' motion to compel against ISL ("Motion For Leave To Appear").  ECF No. 909.  On January 29, 2020, the Court granted the Motion For

Leave To Appear and authorized the Movant to receive ECF notifications in this case.  ECF No. 949.

3.      On February 18, 2020, the Court denied Plaintiffs' motion to compel.  ECF No. 1000.

4.      Because Plaintiffs' motion to compel has been fully litigated, the Movant's leave to appear should be terminated, and the Movant no longer needs to receive ECF notifications for this case.

WHEREFORE, the undersigned respectfully requests that this Court grant this Motion and enter an order permitting the withdrawal of Charles F. B. McAleer, Jr. and removing Mr. McAleer from the ECF electronic service list for this case.  A proposed Order is being filed herewith.

Respectfully submitted,

Dated: July 8, 2020

  /s/ Charles F. B. McAleer, Jr.
Charles F. B. McAleer, Jr.
DC Bar No. 388681
(Appearing *Pro Hac Vice*)
MILLER & CHEVALIER CHARTERED
900 Sixteenth Street NW
Washington, D.C.  20006
(202) 626-5800
Email: cmcaleer@milchev.com

*Attorneys for French-German Research Institute of Saint-Louis, Appearing Specially*

## **CERTIFICATE OF SERVICE**

I hereby certify a true and correct of the foregoing was electronically filed

via the Court's CM/ECF system on the 8th day of July, 2020, which will

automatically serve notice of this filing via e-mail to all registered counsel of

record.

*/s/ Charles F.B. McAleer Jr.*
                                                        Charles F.B. McAleer Jr.