UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTIONS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### ORDER GRANTING MOTION OF CHARLES F. B. McALEER, JR. TO WITHDRAW APPEARANCE

THIS MATTER, having come before the Court on the motion of Charles F. B. McAleer, Jr. to withdraw and terminate his special appearance, *pro hac vice*, as counsel for non-party French-German Research Institute of Saint-Louis ("ISL") in the above-captioned action and to terminate ECF notifications in this case, and

WHEREAS, it appearing to the Court that good cause exists for granting the Motion, it is now therefore

ORDERED that the Motion be, and the same is hereby, GRANTED. The special appearance, *pro hac vice* of Charles F. B. McAleer, Jr. as counsel for non-party ISL in this case is hereby terminated, and the Clerk of Court is hereby directed to remove Charles F. B. McAleer, Jr. from the ECF notification system for this case.

ENTERED this ____ day of _____, 2020.

_____
JUDGE