**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:  3M COMBAT ARMS | ) Case No. 3:19-md-2885 |
| EARPLUG PRODUCTS | ) |
| LIABILITY LITIGATION | ) |
| | ) |
| This Document Relates to the | ) Judge M. Casey Rodgers |
| Master Docket | ) Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Nicole Berg of Keller Lenkner LLC, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant resides in Illinois and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of Illinois, where Movant resides and regularly practices. A copy of the certificate of good standing from Illinois dated within 30 days of this motion are attached hereto as Exhibit "A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, tutorial confirmation number FLND1551653061961, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6.  Movant is an attorney of record in the following active docket cases: *Chad S. McNeal v. 3M Company, et al.*, 7:20-cv-00066-MCR-GRJ, *Jasmine Nichole Allen v. 3M Company, et al.,* 3:19-cv-02494-MCR-GRJ, *Charles Blackmon v. 3M Company, et al.*, 3:19-cv-03917-MCR-GRJ, *Rachel Currie v. 3M Company, et al.,* 3:19-cv-04139-MCR-GRJ, *Cordell Frazier v. 3M Company, et al.,* 3:19-cv-02709-MCR-GRJ, *Wayne Harman v. 3M Company, et al.,* 3:19-cv-00862-MCR-GRJ, *Daniel Johnson v. 3M Company, et al.*, 3:19-cv-02545-MCR-GRJ, *David Johnson v. 3M Company, et al.*, 3:20-cv-00614-MCR-GRJ, *Joseph Michael Prince v. 3M Company, et al.*, 3:19-cv-02506-MCR-GRJ, and *Mitchell Rackliff v. 3M Company, et al.,* 3:19-cv-02725-MCR-GRJ.

WHEREFORE, Nicole Berg respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 9, 2020                                    Respectfully submitted,


                                         */s/ Nicole Berg*
                                         Nicole Berg (IL Bar # 6305464)
                                             ncb@kellerlenkner.com
                                         Keller Lenkner LLC
                                         150 N. Riverside Plaza, Suite 4270
                                         Chicago, Illinois 60606
                                         (312) 741-5220


                                         **Attorney for Plaintiff**

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 9th day of July, 2020.

/s/ Nicole Berg
Nicole Berg