## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, July 9, 2020 7:23 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, July 9, 2020 12:22:34 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/9/2020 at 8:22 AM EDT and filed on 7/9/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [795](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-67) - 1 action(s)** *re: pldg. ([789] in MDL No. 2885, 2 in MOE/4:20-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/9/2020.**

**Associated Cases: MDL No. 2885, MOE/4:20-cv-00853 (JC)**

| | |
|---|---|
| **Case Name:** | Cop v. 3M Company et al |
| **Case Number:** | [MOE/4:20-cv-00853](#) |
| **Filer:** | |
| **Document Number:** | [4](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-67) - 1 action(s)** *re: pldg. ( [789] in MDL No. 2885, 2 in MOE/4:20-cv-00853)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/9/2020.**

**Associated Cases: MDL No. 2885, MOE/4:20-cv-00853 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MOE/4:20-cv-00853 Notice has been electronically mailed to:**

David T. Butsch     butsch@butschroberts.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Christopher E. Roberts     croberts@butschroberts.com

Michael T. Crabb     mcrabb@ktk-law.com

**MOE/4:20-cv-00853 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/9/2020] [FileNumber=998776-0] [
0a3d44df0bcd4e5ce7fae7bc9356deb11f2cb36a4d35d725e81e9e22eac04a9195e98e
57942627e9c15f5e4ae59287fb06a96eee44f4680330d48081965fab12]]