# **EXHIBIT 2**

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION
IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS CASE NO. 3:19-MD-2885
LIABILITY LITIGATION
PLAINTIFFS' PRIVILEGE LOG

| Document ID | BegBates | EndBates | Date of Document | Author | Copied/Distributed to 3rd Party | Description of Document Redaction | Date Sent | Custodial Source | To | CC | Privilege/Redaction | Privilege/Redaction Description | Document Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 835129 | L_E_Baker-VA-000365 | L_E_Baker-VA-000365 | 03/26/20 | Oliver, Sarah M; Curry, Alice M. | No | Complaints and mental health diagnosis | 6/3/2020 | VA Touhy Response 790613 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835129 | L_E_Baker-VA-000368 | L_E_Baker-VA-000368 | 03/26/20 | Oliver, Sarah M; Curry, Alice M. | No | Complaint re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835129 | L_E_Baker-VA-000369 | L_E_Baker-VA-000369 | 03/26/20 | Oliver, Sarah M; Curry, Alice M. | No | treatment re Mental Health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000370 | L_E_Baker-VA-000370 | 12/19/19 | Richardson, Dana | No | Problem list re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000374 | L_E_Baker-VA-000374 | 07/20/16 | Richardson, Dana | No | Problem list re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000375 | L_E_Baker-VA-000375 | 12/15/14 | Richardson, Dana | No | Problem list re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000387 | L_E_Baker-VA-000387 | 12/18/19 | Richardson, Dana | No | Medical consult; complaints re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000388 | L_E_Baker-VA-000388 | 12/18/19 | Richardson, Dana | No | Medical consult for mental health treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000389 | L_E_Baker-VA-000389 | 06/20/18 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000390 | L_E_Baker-VA-000390 | 06/20/18 | Richardson, Dana | No | Medical consult for mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000391 | L_E_Baker-VA-000391 | 06/20/18 | Richardson, Dana | No | Progress notes for mental health appointment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000392 | L_E_Baker-VA-000392 | 12/02/19 | Dudley, Dawn M. | No | Administrative note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000418 | L_E_Baker-VA-000418 | 09/11/17 | Stratton, Judith Ann | No | Nurse telephone note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000436 | L_E_Baker-VA-000436 | 07/20/16 | Richardson, Dana | No | Medical consult; chief complaint, changes/history | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000437 | L_E_Baker-VA-000437 | 07/20/16 | Richardson, Dana | No | Mental Health Diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000439 | L_E_Baker-VA-000439 | 07/20/16 | Richardson, Dana | No | Medical consult re: mental health treatment plan | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000440 | L_E_Baker-VA-000440 | 07/20/16 | Richardson, Dana | No | Treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000463 | L_E_Baker-VA-000463 | 03/15/16 | Richardson, Dana | No | Mental health comprehensive treatment plan | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000464 | L_E_Baker-VA-000464 | 03/15/16 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000466 | L_E_Baker-VA-000466 | 03/15/16 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000498 | L_E_Baker-VA-000498 | 07/27/15 | Richardson, Dana | No | Medical consult for mental health treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000499 | L_E_Baker-VA-000499 | 07/27/15 | Richardson, Dana | No | Mental Health Diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000501 | L_E_Baker-VA-000501 | 07/27/15 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000507 | L_E_Baker-VA-000507 | 03/30/15 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000508 | L_E_Baker-VA-000508 | 03/30/15 | Richardson, Dana | No | Mental Health Diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000510 | L_E_Baker-VA-000510 | 03/30/15 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000512 | L_E_Baker-VA-000512 | 03/03/15 | Richardson, Dana | No | Mental health comprehensive treatment plan | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000513 | L_E_Baker-VA-000513 | 03/03/15 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000514 | L_E_Baker-VA-000514 | 03/03/15 | Richardson, Dana | No | Mental Health Diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000515 | L_E_Baker-VA-000515 | 03/03/15 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000519 | L_E_Baker-VA-000519 | 02/02/15 | Richardson, Dana | No | Mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000520 | L_E_Baker-VA-000520 | 02/02/15 | Richardson, Dana | No | Mental Health Diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000522 | L_E_Baker-VA-000522 | 02/02/15 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000524 | L_E_Baker-VA-000524 | 12/15/14 | Richardson, Dana | No | progress note re mental health consult | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790614 | BrownGreer, PLC | | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 835135 | L_E_Baker-VA-000525 | L_E_Baker-VA-000525 | 12/15/14 | Richardson, Dana | No | management note  for mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000526 | L_E_Baker-VA-000526 | 12/15/14 | Richardson, Dana | No | Progress note; checklist re: mental health status | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000527 | L_E_Baker-VA-000527 | 12/15/14 | Richardson, Dana | No | Progress note: checklist re: mental health status | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000530 | L_E_Baker-VA-000530 | 12/15/14 | Richardson, Dana | No | Medical consult; mental health intake and assessment | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000531 | L_E_Baker-VA-000531 | 12/15/14 | Richardson, Dana | No | Medical consult; mental health history | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000533 | L_E_Baker-VA-000533 | 12/15/14 | Richardson, Dana | No | Medical consult; treatment plans re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000535 | L_E_Baker-VA-000535 | 12/04/14 | Ward, Kimberly A. | No | Preventative health screening re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000536 | L_E_Baker-VA-000536 | 12/04/14 | Ward, Kimberly A. | No | Preventative health screening re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000539 | L_E_Baker-VA-000539 | 12/04/14 | Ward, Kimberly A. | No | Preventative health screening re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000542 | L_E_Baker-VA-000542 | 12/19/19 | Richardson, Dana | No | Medical consult; evaluation re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000543 | L_E_Baker-VA-000543 | 12/19/19 | Richardson, Dana | No | New patient consult request re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000544 | L_E_Baker-VA-000544 | 12/19/19 | Richardson, Dana | No | Mental health service procedural overview | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000546 | L_E_Baker-VA-000546 | 12/19/19 | Richardson, Dana | No | Consult request re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000605 | L_E_Baker-VA-000605 | 04/09/20 | Pomering, Susan M. | No | Patient intake; mental health summary | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000615 | L_E_Baker-VA-000615 | 12/18/19 | Richardson, Dana | No | mental health consult and treatment | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000616 | L_E_Baker-VA-000616 | 12/18/19 | Richardson, Dana | No | mental health consult and treatment | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000617 | L_E_Baker-VA-000617 | 12/18/19 | Richardson, Dana | No | Medical consult for mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000618 | L_E_Baker-VA-000618 | 12/18/19 | Richardson, Dana | No | Mental Status Health check up | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000619 | L_E_Baker-VA-000619 | 12/18/19 | Richardson, Dana | No | Medical consult; mental health summary | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000620 | L_E_Baker-VA-000620 | 12/02/19 | Dudley, Dawn M. | No | Administrative note re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000639 | L_E_Baker-VA-000639 | 09/11/17 | Stratton, Judith Ann | No | Nurse telephone note re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000651 | L_E_Baker-VA-000651 | 07/20/16 | Richardson, Dana | No | Medical consult; mental health evaluation | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000652 | L_E_Baker-VA-000652 | 07/20/16 | Richardson, Dana | No | Mental Health Diagnosis | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000654 | L_E_Baker-VA-000654 | 07/20/16 | Richardson, Dana | No | Medical consult; treatment plan re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000655 | L_E_Baker-VA-000655 | 07/20/16 | Richardson, Dana | No | Medical consult; treatment plan re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000673 | L_E_Baker-VA-000673 | 03/15/16 | Richardson, Dana | No | Mental health comprehensive treatment plan | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000674 | L_E_Baker-VA-000674 | 03/15/16 | Richardson, Dana | No | Medical consult; health summary re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000675 | L_E_Baker-VA-000675 | 03/15/16 | Richardson, Dana | No | Medical consult; mental health history | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000676 | L_E_Baker-VA-000676 | 03/15/16 | Richardson, Dana | No | Medical consult; treatment plan re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000677 | L_E_Baker-VA-000677 | 03/15/16 | Richardson, Dana | No | Treatment plan objective re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000699 | L_E_Baker-VA-000699 | 07/27/15 | Richardson, Dana | No | mental health consult and treatment | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000700 | L_E_Baker-VA-000700 | 07/27/15 | Richardson, Dana | No | Mental Health Diagnosis | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000702 | L_E_Baker-VA-000702 | 07/27/15 | Richardson, Dana | No | mental health treatment | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000731 | L_E_Baker-VA-000731 | 12/18/19 | Richardson, Dana | No | Mental Health Diagnosis | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000732 | L_E_Baker-VA-000732 | 12/18/19 | Richardson, Dana | No | mental health treatment | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000746 | L_E_Baker-VA-000746 | 12/18/19 | Richardson, Dana | No | Medical consult; mental health evaluation and treatment plan | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000747 | L_E_Baker-VA-000747 | 12/18/19 | Richardson, Dana | No | Mental health consult | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000749 | L_E_Baker-VA-000749 | 12/18/19 | Richardson, Dana | No | Medical consult; treatment plan re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000750 | L_E_Baker-VA-000750 | 12/02/19 | Dudley, Dawn M. | No | Administrative note re: mental health | Cheyenne VA Medical VA Touhy Response 7/9/614 6/3/2020 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 835135 | L_E_Baker-VA-000773 | L_E_Baker-VA-000773 | 06/20/18 | Cheyenne VA Medical | No | Health summary, screening results re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000774 | 12/18/19 | Cheyenne VA Medical | No | Health summary, screening results re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000775 | 02/02/15 | Cheyenne VA Medical | No | Health summary, mental health assessment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000891 | 06/20/18 | Cheyenne VA Medical | No | Mental Health Diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000833 | 12/18/19 | Richardson, Dana | No | Medical consult; evaluation and treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000834 | 12/18/19 | Richardson, Dana | No | Medical consult; complaints and history re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000836 | 12/18/19 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000837 | 12/18/19 | Richardson, Dana | No | Medical consult for mental health treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000838 | 12/02/19 | Dudley, Dawn M. | No | Administrative note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000900 | 12/18/19 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000903 | 12/18/19 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835135 | L_E_Baker-VA-000904 | 12/18/19 | Richardson, Dana | No | Medical consult; screening results re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.4 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000936 | 12/12/19 | Richardson, Dana | No | Medical consult; diagnosis re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000940 | 07/20/16 | Richardson, Dana | No | Medical consult; diagnosis re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000941 | 12/15/14 | Richardson, Dana | No | Medical consult; diagnosis re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000953 | 12/18/19 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000954 | 12/18/19 | Richardson, Dana | No | mental heat treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000955 | 12/18/19 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000956 | 12/18/19 | Richardson, Dana | No | mental health diagnosis and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000957 | 12/18/19 | Richardson, Dana | No | mental health treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000958 | 12/02/19 | Dudley, Dawn M. | No | Administrative note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-000984 | 09/11/17 | Stratton, Judith Ann | No | Nurse telephone note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001002 | 07/20/16 | Richardson, Dana | No | mental health treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001003 | 07/20/16 | Richardson, Dana | No | mental health diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001004 | 07/20/16 | Richardson, Dana | No | mental health evaluation and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001005 | 07/20/16 | Richardson, Dana | No | Medical consult; treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001006 | 07/20/16 | Richardson, Dana | No | mental health consult | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001029 | 07/27/15 | Richardson, Dana | No | Medical consult; complaints and history re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001030 | 07/27/15 | Richardson, Dana | No | Medical consult; mental health history and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001031 | 07/27/15 | Richardson, Dana | No | Medical consult; mental health history | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001032 | 07/27/15 | Richardson, Dana | No | Medical consult for mental health treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001064 | 07/27/15 | Richardson, Dana | No | Medical consult for mental health treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001065 | 07/27/15 | Richardson, Dana | No | mental health consult | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001066 | 07/27/15 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001067 | 07/27/15 | Richardson, Dana | No | mental health treatment and diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001073 | 03/30/15 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001074 | 03/30/15 | Richardson, Dana | No | mental health diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001075 | 03/30/15 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001076 | 03/30/15 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |

| ID | Case | Bates | Date | Author | ? | Description | Date2 | Response | Party | Redaction | Info | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 835142 | L_E_Baker-VA-001078 | L_E_Baker-VA-001078 | 03/03/15 | Richardson, Dana | No | Medical consult: treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001079 | L_E_Baker-VA-001079 | 03/03/15 | Richardson, Dana | No | Medical consult; complaints and history re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001080 | L_E_Baker-VA-001080 | 03/03/15 | Richardson, Dana | No | Medical consult; mental health history | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001081 | L_E_Baker-VA-001081 | 03/03/15 | Richardson, Dana | No | mental health diagnosis and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001085 | L_E_Baker-VA-001085 | 02/02/15 | Richardson, Dana | No | mental health treatment and consult | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001086 | L_E_Baker-VA-001086 | 02/02/15 | Richardson, Dana | No | mental health diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001088 | L_E_Baker-VA-001088 | 02/02/15 | Richardson, Dana | No | mental health treatment and consult | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001089 | L_E_Baker-VA-001089 | 02/02/15 | Richardson, Dana | No | mental health treatment and consult | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001090 | L_E_Baker-VA-001090 | 12/15/14 | Richardson, Dana | No | mental health consultation and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001092 | L_E_Baker-VA-001092 | 12/15/14 | Richardson, Dana | No | Nurse note re: mental health assessment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001093 | L_E_Baker-VA-001093 | 12/15/14 | Richardson, Dana | No | Nurse note re: mental health assessment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001096 | L_E_Baker-VA-001096 | 12/15/14 | Richardson, Dana | No | Medical consult; mental health intake and assessment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001097 | L_E_Baker-VA-001097 | 12/15/14 | Richardson, Dana | No | Medical consult; mental health intake and assessment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001099 | L_E_Baker-VA-001099 | 12/15/14 | Richardson, Dana | No | Medical consult; mental health intake and assessment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001101 | L_E_Baker-VA-001101 | 12/04/14 | Ward, Kimberly A. | No | Medical consult; preventative health screening re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001102 | L_E_Baker-VA-001102 | 12/04/14 | Ward, Kimberly A. | No | Medical consult; preventative health screening re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001105 | L_E_Baker-VA-001105 | 12/04/14 | Ward, Kimberly A. | No | Medical consult; progress note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001108 | L_E_Baker-VA-001108 | 12/19/19 | Richardson, Dana | No | Medical consult request; patient history re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001109 | L_E_Baker-VA-001109 | 12/19/19 | Richardson, Dana | No | Medical consult request; mental health services | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001110 | L_E_Baker-VA-001110 | 12/19/19 | Richardson, Dana | No | Medical consult request; procedural overview re: mental health set | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001111 | L_E_Baker-VA-001111 | 12/19/19 | Richardson, Dana | No | Medical consult request; nurse note re: mental health services | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001112 | L_E_Baker-VA-001112 | 11-Feb-20 /13-Mar-20 | Cheyenne, Carla L.; Meinz, Katrina M. | No | Medical consult request; nurse notes re: mental health service prov | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001171 | L_E_Baker-VA-001171 | 04/18/17 | Pomering, Susan M. | No | Health summary; mental health insurance | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001181 | L_E_Baker-VA-001181 | 12/18/19 | Richardson, Dana | No | Medical consult; evaluation and treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001182 | L_E_Baker-VA-001182 | 12/18/19 | Richardson, Dana | No | Medical consult; complaints and history re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001184 | L_E_Baker-VA-001184 | 12/18/19 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001185 | L_E_Baker-VA-001185 | 12/18/19 | Richardson, Dana | No | Medical consult: treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001186 | L_E_Baker-VA-001186 | 12/18/19 | Richardson, Dana | No | Medical consult; screening results re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001194 | L_E_Baker-VA-001194 | 06/20/18 | Richardson, Dana | No | Medical consult; clinical reminder re: mental health screening | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001204 | L_E_Baker-VA-001204 | 09/11/17 | Stratton, Judith Ann | No | Nurse telephone note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001205 | L_E_Baker-VA-001205 | 09/11/17 | Stratton, Judith Ann | No | Nurse telephone note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001217 | L_E_Baker-VA-001217 | 07/20/16 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001218 | L_E_Baker-VA-001218 | 07/20/16 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001219 | L_E_Baker-VA-001219 | 07/20/16 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001220 | L_E_Baker-VA-001220 | 07/20/16 | Richardson, Dana | No | Medical consult; diagnosis re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001221 | L_E_Baker-VA-001221 | 07/20/16 | Richardson, Dana | No | Medical consult: treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001239 | L_E_Baker-VA-001239 | 03/15/16 | Richardson, Dana | No | Health summary; mental health treatment plan | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001240 | L_E_Baker-VA-001240 | 03/15/16 | Richardson, Dana | No | Health summary; mental health history | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001241 | L_E_Baker-VA-001241 | 03/15/16 | Richardson, Dana | No | Health summary; mental health history | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7906.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 83514 2 | L_E_Baker-VA-001242 | L_E_Baker-VA-001242 | 03/15/16 | Richardson, Dana | No | Mental Health evaluation and treatment plan | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001243 | L_E_Baker-VA-001243 | 03/15/16 | Richardson, Dana | No | Health summary mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001265 | L_E_Baker-VA-001265 | 07/27/15 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001266 | L_E_Baker-VA-001266 | 07/27/15 | Richardson, Dana | No | mental health diagnosis | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001267 | L_E_Baker-VA-001267 | 07/27/15 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001268 | L_E_Baker-VA-001268 | 07/27/15 | Richardson, Dana | No | Medical consult; treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001270 | L_E_Baker-VA-001270 | 12/19/19 | Richardson, Dana | No | Health summary; active problem re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001297 | L_E_Baker-VA-001297 | 12/18/19 | Unknown | No | Health summary; diagnosis re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001298 | L_E_Baker-VA-001298 | 12/18/19 | Unknown | No | Health summary; screenings and diagnoses re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001300 | L_E_Baker-VA-001300 | 06/20/18 | Unknown | No | Health summary; screening results re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001307 | L_E_Baker-VA-001307 | 12/19/19 | Richardson, Dana | No | Medical progress note; active problems re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001312 | L_E_Baker-VA-001312 | 12/18/19 | Richardson, Dana | No | Medical consult; evaluation and treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001313 | L_E_Baker-VA-001313 | 12/18/19 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001315 | L_E_Baker-VA-001315 | 12/18/19 | Richardson, Dana | No | Medical consult; evaluation and treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001316 | L_E_Baker-VA-001316 | 12/18/19 | Richardson, Dana | No | Medical consult; treatment plan and screening re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001326 | L_E_Baker-VA-001326 | 12/18/19 | Richardson, Dana; Stevens, Deborah | No | Health summary; diagnoses and treatments re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001339 | L_E_Baker-VA-001339 | 12/18/19 | Unknown | No | Health summary; diagnosis and screenings re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001340 | L_E_Baker-VA-001340 | 4-Dec-14 / 2-Feb-15 / 20-Jun-18 / 18-Dec-19 | Unknown | No | Health summary; assessments and screenings re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001341 | L_E_Baker-VA-001341 | 02/02/15 | Unknown | No | Health summary; assessment re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001348 | L_E_Baker-VA-001348 | 12/15/14 | Richardson, Dana | No | Health summary; problems re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001360 | L_E_Baker-VA-001360 | 17-May-17 / 19-Dec-19 | Richardson, Dana; Pomering, Susan | No | Health summary; problems re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001364 | L_E_Baker-VA-001364 | 7-Jul-15 / 30-Mar-15 / 15-Dec-14 / 2-Feb-15 | Richardson, Dana | No | health summary re mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001366 | L_E_Baker-VA-001366 | 17-May-17 / 19-Dec-19 | Richardson, Dana; Pomering, Susan | No | Health summary; problems re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001377 | L_E_Baker-VA-001377 | 3-Jun-18 / 20-Jun-18 / 17-Jul-19 / 18-Dec-19 | Richardson, Dana; Stevens, Deborah L.; Gerulo, Brian J.; Stratton, Judith Ann | No | Mental health exam | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001386 | L_E_Baker-VA-001386 | 12/15/14 | Richardson, Dana | No | Inpatient health summary | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001399 | L_E_Baker-VA-001399 | 12/18/19 | Richardson, Dana | No | Medical consult; evaluation and treatment plan re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001400 | L_E_Baker-VA-001400 | 12/18/19 | Richardson, Dana | No | Medical consult; complaints and history re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001402 | L_E_Baker-VA-001402 | 12/18/19 | Richardson, Dana | No | Medical consult; evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001403 | L_E_Baker-VA-001403 | 12/18/19 | Richardson, Dana | No | Mental Health treatment and consultation | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001404 | L_E_Baker-VA-001404 | 12/02/19 | Dudley, Dawn M. | No | Administrative telephone note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001414 | L_E_Baker-VA-001414 | 12/15/14 | Richardson, Dana | No | Health summary; insurance re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001415 | L_E_Baker-VA-001415 | 12/19/19 | Richardson, Dana | No | Health summary; problems re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001437 | L_E_Baker-VA-001437 | 17-May-17 / 19-Dec-19 | Richardson, Dana; Pomering, Susan | No | Health summary; problems re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001439 | L_E_Baker-VA-001439 | 12/19/19 | Richardson, Dana | No | Health summary; problems and insurance re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001443 | L_E_Baker-VA-001443 | 17-May-17 / 19-Dec-19 | Richardson, Dana; Pomering, Susan | No | Monthly health evaluation report; problems re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001454 | L_E_Baker-VA-001454 | 17-May-17 / 19-Dec-19 | Richardson, Dana; Pomering, Susan | No | Health summary; problems re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001455 | L_E_Baker-VA-001455 | 12/18/19 | Stevens, Deborah | No | Health summary; diagnosis re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001456 | L_E_Baker-VA-001456 | 12/18/19 | Richardson, Dana | No | Health summary; diagnosis re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 83514 2 | L_E_Baker-VA-001461 | L_E_Baker-VA-001461 | 01/09/20 | Pomering, Susan M. | No | Medical consult; progress note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 7.906 1.5 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 835142 | L_E_Baker-VA-001466 | L_E_Baker-VA-001466 | | 12/18/19 | Richardson, Dana | No | mental health consult and treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790615 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001467 | L_E_Baker-VA-001467 | | 12/18/19 | Richardson, Dana | No | mental health treatment | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790615 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001468 | L_E_Baker-VA-001468 | | 12/18/19 | Richardson, Dana | No | Medical consult, evaluation re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790615 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001469 | L_E_Baker-VA-001469 | | 12/18/19 | Richardson, Dana | No | Medical consult, diagnosis re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790615 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001470 | L_E_Baker-VA-001470 | | 12/02/19 | Dudley, Dawn M. | No | Administrative telephone note re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790615 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 835142 | L_E_Baker-VA-001478 | L_E_Baker-VA-001478 | | 06/20/18 | Geraio, Brian J. | No | screenings re: mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790616 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 805348 | L_E_Baker-VA-001513 | L_E_Baker-VA-001513 | | 01/16/18 | Richardson, Dana | No | Provider letter re mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790616 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |
| 805348 | L_E_Baker-VA-001514 | L_E_Baker-VA-001514 | | 09/11/17 | Richardson, Dana | No | Provider letter re : mental health | 6/3/2020 | Cheyenne VA Medical VA Touhy Response 790616 | BrownGreer, PLC | Redaction | Highly Protected Information – Mental Health per PTO 39 | Medical Records |