# **EXHIBIT 3**

CONFIDENTIAL -

In re: 3M Combat Arms Earplug Product Liability
Plaintiffs' Ammended Cumulative Privilege Log - Luke E. Estes, DocketNo.: 7:20-cv-00137-MCR-GRJ

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|---|
| 6/2/2020 | 1 | T8-000016 | T8-000016 | 1/27/2020 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 2 | T8-000017 | T8-000018 | 1/27/2020 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 3 | T8-000020 | T8-000020 | 1/27/2020 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 4 | T8-000022 | T8-000022 | 1/23/2020 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 5 | T8-000023 | T8-000023 | 1/23/2020 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 6 | T8-000025 | T8-000025 | 8/7/2020 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 7 | T8-000027 | T8-000027 | 8/7/2018 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 8 | T8-000028 | T8-000028 | 8/7/2018 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 9 | T8-000029 | T8-000029 | 8/7/2018 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 10 | T8-000042 | T8-000042 | 1/31/2017 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 11 | T8-000043 | T8-000043 | 1/31/2017 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 12 | T8-000048 | T8-000048 | 8/3/2017 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 13 | T8-000051 | T8-000051 | 8/3/2017 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 14 | T8-000058 | T8-000058 | 7/18/2017 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 15 | T8-000075 | T8-000077 | 6/21/2017 | VA | Progress Notes | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 16 | T8-000089 | T8-000089 | 1/31/2017 | VA | Consult Requests | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 17 | T8-000094 | T8-000094 | 8/2/2017 | VA | Consult Requests | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 18 | T8-000111 | T8-000111 | 7/18/2017 | VA | Consult Requests | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 19 | T8-000133 | T8-000133 | 8/3/2017 | VA | Medical Package Info | Mental Health Records pursuant to PTO 39 | No |

CONFIDENTIAL -

In re: 3M Combat Arms Earplug Product Liability
Plaintiffs' Ammended Cumulative Privilege Log - Luke E. Estes, DocketNo.: 7:20-cv-00137-MCR-GRJ

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|---|
| 6/2/2020 | 20 | T8-000162 | T8-000162 | 8/3/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 21 | T8-000168 | T8-000168 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 22 | T8-000170 | T8-000170 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 23 | T8-000183 | T8-000183 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 24 | T8-000185 | T8-000185 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 25 | T8-000195 | T8-000195 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 26 | T8-000197 | T8-000197 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 27 | T8-000209 | T8-000209 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 28 | T8-000210 | T8-000211 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 29 | T8-000212 | T8-000212 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 30 | T8-000215 | T8-000215 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 31 | T8-000216 | T8-000216 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 32 | T8-000218 | T8-000218 | 8/7/2018 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 33 | T8-000218 | T8-000219 | 8/7/2018 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 34 | T8-000220 | T8-000220 | 8/7/2018 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 35 | T8-000229 | T8-000229 | 8/21/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 36 | T8-000230 | T8-000230 | 8/21/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 37 | T8-000234 | T8-000234 | 8/3/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 38 | T8-000235 | T8-000235 | 8/3/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |

CONFIDENTIAL -

In re: 3M Combat Arms Earplug Product Liability
Plaintiffs' Ammended Cumulative Privilege Log - Luke E. Estes, DocketNo.: 7:20-cv-00137-MCR-GRJ

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|---|
| 6/2/2020 | 39 | T8-000257 | T8-000258 | 6/21/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 40 | T8-000260 | T8-000260 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 41 | T8-000274 | T8-000274 | 9/11/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 and Highly Protected Information Pursuant to PTO 39 | No |
| 6/2/2020 | 42 | T8-000278 | T8-000280 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 43 | T8-000288 | T8-000291 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 44 | T8-000294 | T8-000298 | 8/7/2018 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 45 | T8-000308 | T8-000309 | 7/18/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 46 | T8-000313 | T8-000314 | 8/3/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 47 | T8-000336 | T8-000337 | 6/21/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 48 | T8-000345 | T8-000348 | 1/20/2020 & 8/3/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 49 | T8-000357 | T8-000360 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 50 | T8-000362 | T8-000362 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 51 | T8-000368 | T8-000368 | 1/23/2020 & 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 52 | T8-000376 | T8-000379 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 53 | T8-000381 | T8-000381 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 54 | T8-000387 | T8-000387 | 1/23/2020 & 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 55 | T8-000418 | T8-000418 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 56 | T8-000420 | T8-000420 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |

CONFIDENTIAL -

In re: 3M Combat Arms Earplug Product Liability
Plaintiffs' Ammended Cumulative Privilege Log - Luke E. Estes, DocketNo.: 7:20-cv-00137-MCR-GRJ

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|---|
| 6/2/2020 | 57 | T8-000427 | T8-000427 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 58 | T8-000430 | T8-000430 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 59 | T8-000444 | T8-000445 | 1/27/2020 & 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 60 | T8-000449 | T8-000451 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 61 | T8-000453 | T8-000453 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 62 | T8-000455 | T8-000459 | 1/27/2020 &1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 63 | T8-000466 | T8-000466 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 64 | T8-000489 | T8-000489 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 65 | T8-000491 | T8-000492 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 66 | T8-000504 | T8-000504 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 67 | T8-000506 | T8-000507 | 8/7/2018 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 68 | T8-000518 | T8-000518 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 69 | T8-000520 | T8-000520 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 70 | T8-000572 | T8-000572 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 71 | T8-000574 | T8-000575 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 72 | T8-000583 | T8-000583 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 73 | T8-000585 | T8-000585 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 74 | T8-000592 | T8-000592 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 75 | T8-000594 | T8-000594 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |

CONFIDENTIAL -

In re: 3M Combat Arms Earplug Product Liability
Plaintiffs' Ammended Cumulative Privilege Log - Luke E. Estes, DocketNo.: 7:20-cv-00137-MCR-GRJ

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|---|
| 6/2/2020 | 76 | T8-000606 | T8-000606 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 77 | T8-000608 | T8-000608 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 78 | T8-000616 | T8-000616 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 79 | T8-000618 | T8-000618 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 80 | T8-000627 | T8-000627 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 81 | T8-000629 | T8-000629 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 82 | T8-000632 | T8-000632 | 8/3/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 83 | T8-000635 | T8-000636 | 8/3/2017 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 84 | T8-000653 | T8-000653 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 85 | T8-000655 | T8-000656 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 86 | T8-000664 | T8-000664 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 87 | T8-000666 | T8-000666 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 88 | T8-000685 | T8-000685 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 89 | T8-000687 | T8-000688 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 90 | T8-000694 | T8-000694 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 91 | T8-000696 | T8-000697 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 92 | T8-000701 | T8-000701 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 93 | T8-000703 | T8-000704 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 94 | T8-000711 | T8-000714 | 1/27/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |

CONFIDENTIAL -

In re: 3M Combat Arms Earplug Product Liability
Plaintiffs' Ammended Cumulative Privilege Log - Luke E. Estes, DocketNo.: 7:20-cv-00137-MCR-GRJ

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|---|
| 6/2/2020 | 95 | T8-000716 | T8-000716 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 96 | T8-000718 | T8-000718 | 1/23/2020 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 97 | T8-000720 | T8-000721 | 8/7/2018 | VA | Health Summaries | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 98 | T36-000003 | T36-000003 | 7/26/2017 | VA | Questionnaire | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 99 | T36-000006 | T36-000006 | 7/26/2017 | VA | Questionnaire | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 100 | T36-000018 | T36-000018 | 7/26/2017 | VA | Questionnaire | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 101 | T37-000003 | T37-000004 | 7/26/2017 | VA | Questionnaire | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 102 | T37-000006 | T37-000006 | 7/26/2017 | VA | Questionnaire | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 103 | T37-000008 | T37-000008 | 7/26/2017 | VA | Questionnaire | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 104 | T37-000016 | T37-000016 | 7/26/2017 | VA | Questionnaire | Mental Health Records pursuant to PTO 39 | No |
| 6/2/2020 | 105 | T37-000018 | T37-000018 | 7/26/2020 | VA | Questionnaire | Mental Health Records pursuant to PTO 39 | No |