# EXHIBIT 4

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/1/2020 | 1 | S_A_Hacker-DOD Touhy 158 | S_A_Hacker-DOD Touhy 158 | DOD | Table of Contents | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 2 | S_A_Hacker-DOD Touhy 168 | S_A_Hacker-DOD Touhy 170 | DOD | Problem List | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 3 | S_A_Hacker-DOD Touhy 174 | S_A_Hacker-DOD Touhy 174 | DOD | Problem List | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 4 | S_A_Hacker-DOD Touhy 177 | S_A_Hacker-DOD Touhy 177 | DOD | Diagnosis History | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 5 | S_A_Hacker-DOD Touhy 179 | S_A_Hacker-DOD Touhy 179 | DOD | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| 7/1/2020 | 6 | S_A_Hacker-DOD Touhy 182 | S_A_Hacker-DOD Touhy 182 | DOD | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| 7/1/2020 | 7 | S_A_Hacker-DOD Touhy 184 | S_A_Hacker-DOD Touhy 184 | DOD | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| 7/1/2020 | 8 | S_A_Hacker-DOD Touhy 199 | S_A_Hacker-DOD Touhy 200 | DOD | Procedures | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 9 | S_A_Hacker-DOD Touhy 266 | S_A_Hacker-DOD Touhy 266 | DOD | Previous Encounters | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 10 | S_A_Hacker-DOD Touhy 271 | S_A_Hacker-DOD Touhy 272 | DOD | Medical Record | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 11 | S_A_Hacker-DOD Touhy 278 | S_A_Hacker-DOD Touhy 279 | DOD | Medical Record | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 12 | S_A_Hacker-DOD Touhy 284 | S_A_Hacker-DOD Touhy 284 | DOD | Medical Record | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 13 | S_A_Hacker-DOD Touhy 288 | S_A_Hacker-DOD Touhy 288 | DOD | Medical Record | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 14 | S_A_Hacker-DOD Touhy 289 | S_A_Hacker-DOD Touhy 314 | DOD | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege | |
| 7/1/2020 | 15 | S_A_Hacker-DOD Touhy 315 | S_A_Hacker-DOD Touhy 315 | DOD | Medical Record | PTO 39 - psychotherapist-patient privilege and substance abuse | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/1/2020 | 16 | S_A_Hacker-DOD Touhy 320 | S_A_Hacker-DOD Touhy 328 | DOD | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege | |
| 7/1/2020 | 17 | S_A_Hacker-DOD Touhy 332 | S_A_Hacker-DOD Touhy 339 | DOD | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege | |
| 7/1/2020 | 18 | S_A_Hacker-DOD Touhy 340 | S_A_Hacker-DOD Touhy 340 | DOD | Medical Record | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 19 | S_A_Hacker-DOD Touhy 344 | S_A_Hacker-DOD Touhy 387 | DOD | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/1/2020 | 20 | S_A_Hacker-DOD Touhy 391 | S_A_Hacker-DOD Touhy 391 | DOD | Medical Record | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 21 | S_A_Hacker-DOD Touhy 457 | S_A_Hacker-DOD Touhy 474 | DOD | Behavioral Health and Family Advocacy | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 22 | S_A_Hacker-DOD Touhy 475 | S_A_Hacker-DOD Touhy 477 | DOD | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 23 | S_A_Hacker-DOD Touhy 480 | S_A_Hacker-DOD Touhy 484 | DOD | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 24 | S_A_Hacker-DOD Touhy 488 | S_A_Hacker-DOD Touhy 513 | DOD | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 25 | S_A_Hacker-DOD Touhy 528 | S_A_Hacker-DOD Touhy 530 | DOD | Substance Abuse Clinic | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 26 | S_A_Hacker-DOD Touhy 533 | S_A_Hacker-DOD Touhy 559 | DOD | Behavioral Health and Substance Abuse Clinic and Psychology | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 27 | S_A_Hacker-DOD Touhy 561 | S_A_Hacker-DOD Touhy 561 | DOD | Emergency Room | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 28 | S_A_Hacker-DOD Touhy 574 | S_A_Hacker-DOD Touhy 578 | DOD | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 29 | S_A_Hacker-DOD Touhy 648 | S_A_Hacker-DOD Touhy 649 | DOD | Social Work Care Management | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 30 | S_A_Hacker-DOD Touhy 669 | S_A_Hacker-DOD Touhy 673 | DOD | Substance Abuse Clinic | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 31 | S_A_Hacker-DOD Touhy 682 | S_A_Hacker-DOD Touhy 682 | DOD | Substance Abuse Clinic | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| | 31 | | | | | | |
| | 32 | | | | | | |
| | 33 | | | | | | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

***Plaintiffs' Cumulative Log of Withheld Medical Records***

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| | 34 | | | | | | |
| | 35 | | | | | | |
| | 36 | | | | | | |
| | 37 | | | | | | |
| | 38 | | | | | | |
| | 39 | | | | | | |
| | 40 | | | | | | |
| | 41 | | | | | | |
| | 42 | | | | | | |
| | 43 | | | | | | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 183 | S_A_Hacker-VA Touhy 183 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 184 | S_A_Hacker-VA Touhy 184 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 3 | S_A_Hacker-VA Touhy 187 | S_A_Hacker-VA Touhy 187 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 4 | S_A_Hacker-VA Touhy 192 | S_A_Hacker-VA Touhy 192 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 5 | S_A_Hacker-VA Touhy 196 | S_A_Hacker-VA Touhy 197 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 478 | S_A_Hacker-VA Touhy 480 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 482 | S_A_Hacker-VA Touhy 486 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 3 | S_A_Hacker-VA Touhy 488 | S_A_Hacker-VA Touhy 488 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 4 | S_A_Hacker-VA Touhy 494 | S_A_Hacker-VA Touhy 497 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 5 | S_A_Hacker-VA Touhy 502 | S_A_Hacker-VA Touhy 503 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 6 | S_A_Hacker-VA Touhy 510 | S_A_Hacker-VA Touhy 511 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 7 | S_A_Hacker-VA Touhy 515 | S_A_Hacker-VA Touhy 516 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 8 | S_A_Hacker-VA Touhy 527 | S_A_Hacker-VA Touhy 527 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 9 | S_A_Hacker-VA Touhy 529 | S_A_Hacker-VA Touhy 532 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 10 | S_A_Hacker-VA Touhy 548 | S_A_Hacker-VA Touhy 550 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 11 | S_A_Hacker-VA Touhy 553 | S_A_Hacker-VA Touhy 560 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 12 | S_A_Hacker-VA Touhy 562 | S_A_Hacker-VA Touhy 562 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 13 | S_A_Hacker-VA Touhy 565 | S_A_Hacker-VA Touhy 569 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 14 | S_A_Hacker-VA Touhy 573 | S_A_Hacker-VA Touhy 575 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 15 | S_A_Hacker-VA Touhy 577 | S_A_Hacker-VA Touhy 578 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 16 | S_A_Hacker-VA Touhy 580 | S_A_Hacker-VA Touhy 580 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 17 | S_A_Hacker-VA Touhy 596 | S_A_Hacker-VA Touhy 599 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 18 | S_A_Hacker-VA Touhy 668 | S_A_Hacker-VA Touhy 668 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 19 | S_A_Hacker-VA Touhy 674 | S_A_Hacker-VA Touhy 678 | VA | Progress Notes | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 20 | S_A_Hacker-VA Touhy 681 | S_A_Hacker-VA Touhy 682 | VA | Progress Notes | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 21 | S_A_Hacker-VA Touhy 685 | S_A_Hacker-VA Touhy 693 | VA | Progress Notes | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 22 | S_A_Hacker-VA Touhy 701 | S_A_Hacker-VA Touhy 702 | VA | Appointment | PTO 39 -psychotherapist-patient privilege | |
| | | | | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

***Plaintiffs' Cumulative Log of Withheld Medical Records***

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, VA, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 905 | S_A_Hacker-VA Touhy 905 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 907 | S_A_Hacker-VA Touhy 907 | VA | Problem List | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 3 | S_A_Hacker-VA Touhy 908 | S_A_Hacker-VA Touhy 908 | VA | Problem List | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 4 | S_A_Hacker-VA Touhy 909 | S_A_Hacker-VA Touhy 909 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 5 | S_A_Hacker-VA Touhy 910 | S_A_Hacker-VA Touhy 911 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 6 | S_A_Hacker-VA Touhy 913 | S_A_Hacker-VA Touhy 913 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 7 | S_A_Hacker-VA Touhy 917 | S_A_Hacker-VA Touhy 917 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| | | | | | | | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, VA, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 1329 | S_A_Hacker-VA Touhy 1329 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 1330 | S_A_Hacker-VA Touhy 1330 | VA | Problem List | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 3 | S_A_Hacker-VA Touhy 1331 | S_A_Hacker-VA Touhy 1331 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 4 | S_A_Hacker-VA Touhy 1333 | S_A_Hacker-VA Touhy 1333 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 5 | S_A_Hacker-VA Touhy 1337 | S_A_Hacker-VA Touhy 1337 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 6 | S_A_Hacker-VA Touhy 1338 | S_A_Hacker-VA Touhy 1338 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 7 | S_A_Hacker-VA Touhy 1339 | S_A_Hacker-VA Touhy 1339 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 8 | S_A_Hacker-VA Touhy 1341 | S_A_Hacker-VA Touhy 1341 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege and substance abuse | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 1349 | S_A_Hacker-VA Touhy 1349 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 1350 | S_A_Hacker-VA Touhy 1350 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 3 | S_A_Hacker-VA Touhy 1351 | S_A_Hacker-VA Touhy 1351 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 4 | S_A_Hacker-VA Touhy 1357 | S_A_Hacker-VA Touhy 1357 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 5 | S_A_Hacker-VA Touhy 1359 | S_A_Hacker-VA Touhy 1359 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 6 | S_A_Hacker-VA Touhy 1360 | S_A_Hacker-VA Touhy 1360 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 7 | S_A_Hacker-VA Touhy 1361 | S_A_Hacker-VA Touhy 1361 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 8 | S_A_Hacker-VA Touhy 1367 | S_A_Hacker-VA Touhy 1367 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 9 | S_A_Hacker-VA Touhy 1368 | S_A_Hacker-VA Touhy 1368 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 10 | S_A_Hacker-VA Touhy 1369 | S_A_Hacker-VA Touhy 1369 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 11 | S_A_Hacker-VA Touhy 1370 | S_A_Hacker-VA Touhy 1370 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 12 | S_A_Hacker-VA Touhy 1371 | S_A_Hacker-VA Touhy 1371 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 13 | S_A_Hacker-VA Touhy 1376 | S_A_Hacker-VA Touhy 1376 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 14 | S_A_Hacker-VA Touhy 1379 | S_A_Hacker-VA Touhy 1379 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 15 | S_A_Hacker-VA Touhy 1381 | S_A_Hacker-VA Touhy 1381 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 16 | S_A_Hacker-VA Touhy 1387 | S_A_Hacker-VA Touhy 1387 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 17 | S_A_Hacker-VA Touhy 1397 | S_A_Hacker-VA Touhy 1397 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 18 | S_A_Hacker-VA Touhy 1403 | S_A_Hacker-VA Touhy 1403 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 19 | S_A_Hacker-VA Touhy 1404 | S_A_Hacker-VA Touhy 1404 | VA | medical record | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 21 | S_A_Hacker-VA Touhy 1406 | S_A_Hacker-VA Touhy 1406 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 22 | S_A_Hacker-VA Touhy 1407 | S_A_Hacker-VA Touhy 1407 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 23 | S_A_Hacker-VA Touhy 1408 | S_A_Hacker-VA Touhy 1408 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |

# In re: 3M Combat Arms Earplug Products Liability Litigation
## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 24 | S_A_Hacker-VA Touhy 1413 | S_A_Hacker-VA Touhy 1413 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 25 | S_A_Hacker-VA Touhy 1414 | S_A_Hacker-VA Touhy 1414 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 25 | S_A_Hacker-VA Touhy 1426 | S_A_Hacker-VA Touhy 1426 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 26 | S_A_Hacker-VA Touhy 1428 | S_A_Hacker-VA Touhy 1428 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 27 | S_A_Hacker-VA Touhy 1430 | S_A_Hacker-VA Touhy 1430 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 28 | S_A_Hacker-VA Touhy 1431 | S_A_Hacker-VA Touhy 1432 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 29 | S_A_Hacker-VA Touhy 1436 | S_A_Hacker-VA Touhy 1436 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 30 | S_A_Hacker-VA Touhy 1437 | S_A_Hacker-VA Touhy 1437 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 31 | S_A_Hacker-VA Touhy 1457 | S_A_Hacker-VA Touhy 1457 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 32 | S_A_Hacker-VA Touhy 1459 | S_A_Hacker-VA Touhy 1459 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 33 | S_A_Hacker-VA Touhy 1460 | S_A_Hacker-VA Touhy 1460 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 34 | S_A_Hacker-VA Touhy 1478 | S_A_Hacker-VA Touhy 1478 | VA | medical record - screening | PTO 39 - psychotherapist-patient privilege | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 1757 | S_A_Hacker-VA Touhy 1757 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 1763 | S_A_Hacker-VA Touhy 1763 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 3 | S_A_Hacker-VA Touhy 1767 | S_A_Hacker-VA Touhy 1767 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 4 | S_A_Hacker-VA Touhy 1771 | S_A_Hacker-VA Touhy 1771 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 5 | S_A_Hacker-VA Touhy 1777 | S_A_Hacker-VA Touhy 1777 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 6 | S_A_Hacker-VA Touhy 1780 | S_A_Hacker-VA Touhy 1780 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 7 | S_A_Hacker-VA Touhy 1785 | S_A_Hacker-VA Touhy 1785 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 8 | S_A_Hacker-VA Touhy 1811 | S_A_Hacker-VA Touhy 1811 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 9 | S_A_Hacker-VA Touhy 1820 | S_A_Hacker-VA Touhy 1820 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 10 | S_A_Hacker-VA Touhy 1831 | S_A_Hacker-VA Touhy 1831 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 11 | S_A_Hacker-VA Touhy 1836 | S_A_Hacker-VA Touhy 1836 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 12 | S_A_Hacker-VA Touhy 1841 | S_A_Hacker-VA Touhy 1841 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 13 | S_A_Hacker-VA Touhy 1876 | S_A_Hacker-VA Touhy 1876 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 14 | S_A_Hacker-VA Touhy 1878 | S_A_Hacker-VA Touhy 1878 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 15 | S_A_Hacker-VA Touhy 1881 | S_A_Hacker-VA Touhy 1881 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 16 | S_A_Hacker-VA Touhy 1883 | S_A_Hacker-VA Touhy 1883 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 17 | S_A_Hacker-VA Touhy 1886 | S_A_Hacker-VA Touhy 1886 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 18 | S_A_Hacker-VA Touhy 1892 | S_A_Hacker-VA Touhy 1892 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 19 | S_A_Hacker-VA Touhy 1908 | S_A_Hacker-VA Touhy 1908 | VA | medical record | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 20 | S_A_Hacker-VA Touhy 1910 | S_A_Hacker-VA Touhy 1913 | VA | medical record - outpatient | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 21 | S_A_Hacker-VA Touhy 1921 | S_A_Hacker-VA Touhy 1922 | VA | medical record - screening | PTO 39 -psychotherapist-patient privilege and substance abuse | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**In re: 3M Combat Arms Earplug Products Liability Litigation**

***Plaintiffs' Cumulative Log of Withheld Medical Records***

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 2177 | S_A_Hacker-VA Touhy 2180 | VA | medical records/psychiatric | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 2196 | S_A_Hacker-VA Touhy 2196 | VA | medical records | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 3 | S_A_Hacker-VA Touhy 2199 | S_A_Hacker-VA Touhy 2199 | VA | medical records | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 4 | S_A_Hacker-VA Touhy 2212 | S_A_Hacker-VA Touhy 2212 | VA | medical records | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 5 | S_A_Hacker-VA Touhy 2215 | S_A_Hacker-VA Touhy 2215 | VA | medical records | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 6 | S_A_Hacker-VA Touhy 2367 | S_A_Hacker-VA Touhy 2371 | VA | ER records | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 7 | S_A_Hacker-VA Touhy 2514 | S_A_Hacker-VA Touhy 2514 | VA | medical records | PTO 39 - psychotherapist-patient and substance abuse | |
| 7/2/2020 | 8 | S_A_Hacker-VA Touhy 2527 | S_A_Hacker-VA Touhy 2527 | VA | medical records | PTO 39 - psychotherapist-patient and substance abuse | |
| 7/2/2020 | 9 | S_A_Hacker-VA Touhy 2531 | S_A_Hacker-VA Touhy 2531 | VA | medical records | PTO 39 - psychotherapist-patient and substance abuse | |
| 7/2/2020 | 10 | S_A_Hacker-VA Touhy 2537 | S_A_Hacker-VA Touhy 2538 | VA | medical records | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 11 | S_A_Hacker-VA Touhy 2540 | S_A_Hacker-VA Touhy 2540 | VA | medical records | PTO 39 - psychotherapist-patient and substance abuse | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily available on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 2797 | S_A_Hacker-VA Touhy 2800 | VA | mental health/counseling | PTO 39 - psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 2808 | S_A_Hacker-VA Touhy 2809 | VA | mental health/counseling | PTO 39 - psychotherapist-patient privilege and substance abuse | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 3064 | S_A_Hacker-VA Touhy 3067 | VA | Visit | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 3083 | S_A_Hacker-VA Touhy 3083 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 3 | S_A_Hacker-VA Touhy 3086 | S_A_Hacker-VA Touhy 3086 | VA | Comments | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 4 | S_A_Hacker-VA Touhy 3088 | S_A_Hacker-VA Touhy 3089 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 5 | S_A_Hacker-VA Touhy 3099 | S_A_Hacker-VA Touhy 3099 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 6 | S_A_Hacker-VA Touhy 3102 | S_A_Hacker-VA Touhy 3102 | VA | Questionnaire | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 7 | S_A_Hacker-VA Touhy 3250 | S_A_Hacker-VA Touhy 3250 | VA | Visit | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 8 | S_A_Hacker-VA Touhy 3252 | S_A_Hacker-VA Touhy 3252 | VA | Visit | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 9 | S_A_Hacker-VA Touhy 3254 | S_A_Hacker-VA Touhy 3254 | VA | Visit | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 10 | S_A_Hacker-VA Touhy 3256 | S_A_Hacker-VA Touhy 3256 | VA | Visit | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 11 | S_A_Hacker-VA Touhy 3258 | S_A_Hacker-VA Touhy 3258 | VA | Visit | PTO 39 -psychotherapist-patient privilege | |
| 7/2/2020 | 12 | S_A_Hacker-VA Touhy 3340 | S_A_Hacker-VA Touhy 3340 | VA | Diagnosis | PTO 39 -psychotherapist-patient privilege | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**In re: 3M Combat Arms Earplug Products Liability Litigation**

***Plaintiffs' Cumulative Log of Withheld Medical Records***

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# In re: 3M Combat Arms Earplug Products Liability Litigation

## *Plaintiffs' Cumulative Log of Withheld Medical Records*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| 7/2/2020 | 1 | S_A_Hacker-VA Touhy 3423 | S_A_Hacker-VA Touhy 3451 | VA | Behavioral Health and Substance Abuse Counseling | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 2 | S_A_Hacker-VA Touhy 3549 | S_A_Hacker-VA Touhy 3549 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 3 | S_A_Hacker-VA Touhy 3639 | S_A_Hacker-VA Touhy 3639 | VA | Diagnosis History | PTO 39 - psychotherapist-patient privilege | |
| 7/2/2020 | 4 | S_A_Hacker-VA Touhy 3650 | S_A_Hacker-VA Touhy 3676 | VA | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 5 | S_A_Hacker-VA Touhy 3682 | S_A_Hacker-VA Touhy 3689 | VA | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 6 | S_A_Hacker-VA Touhy 3693 | S_A_Hacker-VA Touhy 3700 | VA | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| 7/2/2020 | 7 | S_A_Hacker-VA Touhy 3705 | S_A_Hacker-VA Touhy 3747 | VA | Behavioral Health | Withheld from production pursuant to PTO 39 as prodominantly relates to mental health and psychotherapist-patient privilege and substance abuse | |
| | 8 | | | | | | |
| | 9 | | | | | | |
| | 10 | | | | | | |
| | 11 | | | | | | |
| | 12 | | | | | | |
| | 13 | | | | | | |
| | 14 | | | | | | |
| | 15 | | | | | | |
| | 16 | | | | | | |
| | 17 | | | | | | |
| | 18 | | | | | | |

**In re: 3M Combat Arms Earplug Products Liability Litigation**

***Plaintiffs' Cumulative Log of Withheld Medical Records***

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | Author/Creator (VA, DOD, Plaintiff) | REDACTION TYPE/DESCRIPTION | REASON FOR WITHHOLDING OR REDACTION | Was Information Copied of Distributed to a Third Party? (if that information is readily aviaable on the face of the document) |
|---|---|---|---|---|---|---|---|
| | 19 | | | | | | |
| | 20 | | | | | | |
| | 21 | | | | | | |
| | 22 | | | | | | |
| | 23 | | | | | | |
| | 24 | | | | | | |
| | 25 | | | | | | |
| | 26 | | | | | | |
| | 27 | | | | | | |
| | 28 | | | | | | |
| | 29 | | | | | | |
| | 30 | | | | | | |
| | 31 | | | | | | |
| | 32 | | | | | | |
| | 33 | | | | | | |
| | 34 | | | | | | |
| | 35 | | | | | | |
| | 36 | | | | | | |
| | 37 | | | | | | |
| | 38 | | | | | | |
| | 39 | | | | | | |
| | 40 | | | | | | |
| | 41 | | | | | | |
| | 42 | | | | | | |
| | 43 | | | | | | |