# **EXHIBIT 6**

**From:** Tevenia Jacobs
**Sent:** Friday, April 17, 2020 10:43 AM
**To:** Nomellini, Mark J. ; Judge David R. Herndon ; *cseeger@seegerweiss.com ; Shelley Hutson ; Branscome, Kimberly Olvey ; Brock, Mike ; Bryan Aylstock
**Cc:** Casey Rodgers ; Gary Jones
**Subject:** [EXT] RE: VA Records Requests for the 1500+ plaintiffs

All,

Judge Rodgers asked me to follow up on the previous email—to the extent that Defendants believe a particular plaintiff has directly placed his/her mental health at issue (other than by garden variety mental anguish allegations), then Defendants are free to raise the waiver issue with the Court.

Tevenia

**From:** Nomellini, Mark J. <mnomellini@kirkland.com>
**Sent:** Thursday, April 16, 2020 6:14 PM
**To:** Judge David R. Herndon                              *cseeger@seegerweiss.com <cseeger@seegerweiss.com>; Shelley Hutson <SHutson@triallawfirm.com>; Branscome, Kimberly Olvey <kimberly.branscome@kirkland.com>; Brock, Mike <mike.brock@kirkland.com>; Bryan Aylstock <BAylstock@awkolaw.com>
**Cc:** Casey Rodgers                              Tevenia Jacobs
**Subject:** RE: VA Records Requests for the 1500+ plaintiffs

Judge Herndon,

Thank you. If you are available, could we schedule a call with you and plaintiffs' leadership tomorrow to discuss?

Also, defendants respectfully request leave to submit a letter to Judge Rodgers on this topic on Monday, April 20.

Regards,
Mark

**From:** Judge David R. Herndon
**Sent:** Thursday, April 16, 2020 1:03 PM
**To:** *cseeger@seegerweiss.com <cseeger@seegerweiss.com>; Shelley Hutson <SHutson@triallawfirm.com>; Branscome, Kimberly Olvey <kimberly.branscome@kirkland.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; Bryan Aylstock <BAylstock@awkolaw.com>
**Cc:** Hon. Casey Rodgers                              Tevenia Jacobs
**Subject:** [EXT] VA Records Requests for the 1500+ plaintiffs

You will recall previous conversations about these record requests and some language which specifies what records are requested. In that discussion, the parties preferred broader language consistent with the meeting with the govt personnel.

Now, having been contacted by the programmers who do the records searches, Jacqui Snead requests the following language, meant by the programmers to facilitate their records search and improving efficiency.

The language, which would go in the "Other" section at the bottom of page 1 of the form, which has been requested is:
All medical records excluding mental health and substance abuse treatment records and entire compensation and pension claims file (not education or mortgage records.

Judge Rodgers is aware that this would require a change in PTO 25.

Please let me know as soon as possible if there is any disagreement with this language.
Thank you
Be well
Dave Herndon

Hon. David R. Herndon (ret.)
Herndon Resolution LLC

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.