# **EXHIBIT 7**

#69361462 Submitted Electronically

| SECTION IV: DIRECT DEPOSIT INFORMATION |
|---|
| The Department of Treasury requires all Federal benefit payments be made by electronic funds transfer (EFT), also called direct deposit  Please attach a voided personal check or deposit slip or provide the information requested below in **Items 22, 23 and 24** to enroll in direct deposit  If you do not have a bank account, you must receive your payment through Direct Express Debit MasterCard  To request a Direct Express Debit MasterCard you must apply at www.usdirectexpress.com or by telephone at 1-800-333-1795  If you elect not to enroll, you must contact representatives handling waiver requests for the Department of Treasury at 1-888-224-2950  They will encourage your participation in EFT and address any questions or concerns you may have |

**22. ACCOUNT NUMBER** (*Check the appropriate box and provide the account number, or simply write "Established" if you have a direct deposit with VA*)

[X] CHECKING        [ ] SAVINGS        [ ] I CERT FY THAT I DO NOT HAVE AN ACCOUNT WITH A FINANCIAL NSTITUTION OR CERT FIED PAYMENT AGENT

Account No.: (b) (6)        Account No.:

**23. NAME OF FINANCIAL INSTITUTION** (*Please provide the name of the bank where you want your direct deposit*)
(b) (6)

**24. ROUTING OR TRANSIT NUMBER** (*The first nine numbers located at the bottom left of your check*)
(b) (6)

| SECTION V: CLAIM CERTIFICATION AND SIGNATURE |
|---|

I certify and authorize the release of information  I certify that the statements in this document are true and complete to the best of my knowledge  I authorize any person or entity, including but not limited to any organization, service provider, employer, or government agency, to give the Department of Veterans Affairs any information about me, and I waive any privilege which makes the information confidential

I certify I have received the notice attached to this application titled, *Notice to Veteran/Service Member of Evidence Necessary to Substantiate a Claim for Veterans Disability Compensation and Related Compensation Benefits.*

I certify I have enclosed all the information or evidence that will support my claim, to include an identification of relevant records available at a Federal facility such as a VA medical center; **OR,** I have no information or evidence to give VA to support my claim; **OR,** I have checked the box in **Item 25**, indicating that I do not want my claim considered for rapid processing in the Fully Developed Claim (FDC) Program because I plan to submit further evidence in support of my claim

**ALTERNATE SIGNER**: By signing on behalf of the claimant, I certify that I am a court-appointed representative; **OR,** an attorney in fact or agent authorized to act on behalf of a claimant under a durable power of attorney; **OR,** a person who is responsible for the care of the claimant, to include but not limited to a spouse or other relative; **OR,** a manager or principal officer acting on behalf of an institution which is responsible for the care of an individual; **AND,** that the claimant is under the age of 18; **OR,** is mentally incompetent to provide substantially accurate information needed to complete the form, or to certify that the statements made on the form are true and complete; **OR,** is physically unable to sign this form

I understand that I may be asked to confirm the truthfulness of the answers to the best of my knowledge under penalty of perjury  I also understand that VA may request further documentation or evidence to verify or confirm my authorization to sign or complete an application on behalf of the claimant if necessary  Examples of evidence which VA may request include: Social Security Number (SSN) or Taxpayer Identification Number (TIN); a certificate or order from a court with competent jurisdiction showing your authority to act for the claimant with a judge's signature and date/time stamp; copy of documentation showing appointment of fiduciary; durable power of attorney showing the name and signature of the claimant and your authority as attorney in fact or agent; health care power of attorney, affidavit or notarized statement from an institution or person responsible for the care of the claimant indicating the capacity or responsibility of care provided; or any other documentation showing such authorization

25   The FDC Program is designed to rapidly process compensation or pension claims received with the evidence necessary to decide the claim   VA will automatically consider a claim submitted on this form for rapid processing under the FDC Program   Check the box below **ONLY if you DO NOT want your claim considered for rapid processing** under the FDC Program because you plan on submitting further evidence in support of your claim

[ ] **I DO NOT want my claim considered for rapid processing** under the FDC Program because I plan to submit further evidence in support of my claim

| 26A. VETERAN/SERVICE MEMBER/ALTERNATE SIGNER SIGNATURE (**REQUIRED**) <br> //es//V ROWE | 26B. DATE SIGNED <br> 11/27/2018 |
|---|---|

| SECTION VI: WITNESSES TO SIGNATURE |
|---|

| 27A. SIGNATURE OF WITNESS (*If veteran signed above using an "X"*) | 27B. PRINTED NAME AND ADDRESS OF WITNESS |
|---|---|
| 28A. SIGNATURE OF WITNESS (*If veteran signed above using an "X"*) | 28B. PRINTED NAME AND ADDRESS OF WITNESS |

| SECTION VII: POWER OF ATTORNEY (POA) SIGNATURE |
|---|
| I certify that the claimant has authorized the undersigned representative to file this supplemental claim on behalf of the claimant and that the claimant is aware and accepts the information provided in this document  I certify that the claimant has authorized the undersigned representative to state that the claimant certifies the truth and completion of the information contained in this document to the best of claimant's knowledge <br> **NOTE**: A POA's signature *will not* be accepted unless at the time of submission of this claim a valid VA Form 21-22, *Appointment of Veterans Service Organization as Claimant's Representative,* or VA Form 21-22a, *Appointment of Individual As Claimant's Representative,* indicating the appropriate POA is of record with VA |

| 29A. POA/AUTHORIZED REPRESENTATIVE SIGNATURE | 29B. DATE SIGNED |
|---|---|

**PRIVACY ACT NOTICE**: The form will be used to determine allowance to compensation benefits (38 U S C  5101)  The responses you submit are considered confidential (38 U S C  5701)  VA may disclose the information that you provide, including Social Security numbers, outside VA if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Vocational Rehabilitation and Employment Records - VA, published in the Federal Register  The requested information is considered relevant and necessary to determine maximum benefits under the law  Information submitted is subject to verification through computer matching programs with other agencies  VA may make a "routine use" disclosure for: civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA programs and delivery of VA benefits, verification of identity and status, and personnel administration  Your obligation to respond is required in order to obtain or retain benefits  Information that you furnish may be utilized in computer matching programs with other Federal or State agencies for the purpose of determining your eligibility to receive VA benefits, as well as to collect any amount owed to the United States by virtue of your participation in any benefit program administered by the Department of Veterans Affairs  Social Security information: You are required to provide the Social Security number requested under 38 U S C  5101(c)(1)  VA may disclose Social Security numbers as authorized under the Privacy Act, and, specifically may disclose them for purposes stated above

**RESPONDENT BURDEN**: We need this information to determine your eligibility for compensation  Title 38, United States Code, allows us to ask for this information  We estimate that you will need an average of 25 minutes to review the instructions, find the information, and complete this form  VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed  You are not required to respond to a collection of information if this number is not displayed  Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain  If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form

VA Claims Intake Center, Newnan, GA – 01 08212015

08/21/2015   13:33   19418612571              SRQ VET SERVICES                       PAGE 04/07

## SECTION IV: DIRECT DEPOSIT INFORMATION

The Department of Treasury requires all Federal benefit payments be made by electronic funds transfer (EFT), also called direct deposit. Please attach a voided personal check or deposit slip or provide the information requested below in Items 22, 23 and 24 to enroll in direct deposit. If you do not have a bank account, you must receive your payment through Direct Express Debit MasterCard. To request a Direct Express Debit MasterCard you must apply at www.usdirectexpress.com or by telephone at 1-800-333-1795. If you elect not to enroll, you must contact representatives handling waiver requests for the Department of Treasury at 1-888-224-2950. They will encourage your participation in EFT and address any questions or concerns you may have.

**22. ACCOUNT NUMBER** (Check the appropriate box and provide the account number, or simply write "Established" if you have a direct deposit with VA)

[X] CHECKING      [ ] SAVINGS      [ ] I CERTIFY THAT I DO NOT HAVE AN ACCOUNT WITH A FINANCIAL INSTITUTION OR CERTIFIED PAYMENT AGENT

Account No.: OF RECORD        Account No:

**23. NAME OF FINANCIAL INSTITUTION** (Please provide the name of the bank where you want your direct deposit)

**24. ROUTING OR TRANSIT NUMBER** (The first nine numbers located at the bottom left of your check)

Of Record

## SECTION V: CLAIM CERTIFICATION AND SIGNATURE

I certify and authorize the release of information. I certify that the statements in this document are true and complete to the best of my knowledge. I authorize any person or entity, including but not limited to any organization, service provider, employer, or government agency, to give the Department of Veterans Affairs any information about me, and I waive any privilege which makes the information confidential.

I certify I have received the notice attached to this application titled, *Notice to Veteran/Service Member of Evidence Necessary to Substantiate a Claim for Veterans Disability Compensation and Related Compensation Benefits.*

I certify I have enclosed all the information or evidence that will support my claim, to include an identification of relevant records available at a Federal facility such as a VA medical center, OR, I have no information or evidence to give VA to support my claim; OR, I have checked the box in Item 25, indicating that I do not want my claim considered for rapid processing in the Fully Developed Claim (FDC) Program because I plan to submit further evidence in support of my claim.

ALTERNATE SIGNER: By signing on behalf of the claimant, I certify that I am a court-appointed representative; OR, an attorney in fact or agent authorized to act on behalf of a claimant under a durable power of attorney; OR, a person who is responsible for the care of the claimant, to include but not limited to a spouse or other relative; OR, a manager or principal officer acting on behalf of an institution which is responsible for the care of an individual; AND, that the claimant is under the age of 18; OR, is mentally incompetent to provide substantially accurate information needed to complete the form, or to certify that the statements made on the form are true and complete; OR, is physically unable to sign this form.

I understand that I may be asked to confirm the truthfulness of the answers to the best of my knowledge under penalty of perjury. I also understand that VA may require further documentation or evidence to verify or confirm my authorization is given or completed or application on behalf of the claimant if necessary. Examples of evidence which VA may request include: Social Security Number (SSN) or Taxpayer Identification Number (TIN); a certificate or order from a court with competent jurisdiction showing your authority to act for the claimant, with a judge's signature and date/time stamp; copy of documentation showing appointment of fiduciary; durable power of attorney showing the name and signature of the claimant and your authority as attorney in fact or agent; health care power of attorney; affidavit or notarized statement from an institution or person responsible for the care of the claimant indicating the capacity or responsibility of care provided, or any other documentation showing such authorization.

**25.** The FDC Program is designed to rapidly process compensation or pension claims received with the evidence necessary to decide the claim. VA will automatically consider a claim submitted on this form for rapid processing under the FDC Program. Check the box below ONLY if you DO NOT want your claim considered for rapid processing under the FDC Program because you plan on submitting further evidence in support of your claim.

[ ] I DO NOT want my claim considered for rapid processing under the FDC Program because I plan to submit further evidence in support of my claim.

**26A. VETERAN/SERVICE MEMBER/ALTERNATE SIGNER SIGNATURE (REQUIRED)**    **26B. DATE SIGNED**

*/s/*

## SECTION VI: WITNESSES TO SIGNATURE

**27A. SIGNATURE OF WITNESS** (If veteran signed above using an "X")    **27B. PRINTED NAME AND ADDRESS OF WITNESS**

**28A. SIGNATURE OF WITNESS** (If veteran signed above using an "X")    **28B. PRINTED NAME AND ADDRESS OF WITNESS**

## SECTION VII: POWER OF ATTORNEY (POA) SIGNATURE

I certify that the claimant has authorized the undersigned representative to file this supplemental claim on behalf of the claimant and that the claimant is aware that accepts the information provided in this document. I certify that the claimant has authorized the undersigned representative to state that the claimant attests to the truth and completion of the information contained in this document to the best of claimant's knowledge.

NOTE: A POA's signature *will not* be accepted unless at the time of submission of this claim a valid VA Form 21-22, *Appointment of Veterans Service Organization as Claimant's Representative,* or VA Form 21-22a, *Appointment of Individual As Claimant's Representative,* indicating the appropriate POA is of record with VA.

**29A. POA/AUTHORIZED REPRESENTATIVE SIGNATURE**    **29B. DATE SIGNED**

**PRIVACY ACT NOTICE**: [illegible fine print]

**RESPONDENT BURDEN**: [illegible fine print]

VA FORM 21-526EZ, MAY 2015                                                                                                         Page 10

COPY MADE BY VARMC, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

V C Rowe - VA- 005469