UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: July 9, 2020
Motion/Pleading: Amended Motion to Appear *Pro Hac Vice*
Filed by: Simon Brian Purnell, Esq.   on 7/9/2020   Doc. # 1230
RESPONSES:
　　　　　　　　　　　　　　　　　　　　on　　　　　　　Doc. #
　　　　　　　　　　　　　　　　　　　　on　　　　　　　Doc. #

____ Stipulated    ____ Joint Pldg.
____ Unopposed   ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# **ORDER**

On consideration, the motion is **GRANTED**. The Clerk is directed to terminate as moot Mr. Purnell's initial Motion to Appear *Pro Hac Vice*, ECF No. 1219.

**DONE** and **ORDERED** on this 10th day of July, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**