UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge Rodgers on: July 9, 2020
Motion/Pleading: Motion to Appear *Pro Hac Vice*
Filed by: Nicole Berg, Esq.   on 7/9/2020   Doc. # 1227
RESPONSES:
  on   Doc. #
  on   Doc. #

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED** on this 10th day of July, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**