UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Simon Brian Purnell of the law firm of Griffin Purnell LLC, hereby enters his appearance as counsel for Plaintiff Diego Cantu Solis. Diego Cantu Solis filed an action in the Northern District of Florida, *Solis v. 3M Company, et al.,* Case No. 3:20-cv-05615. Mr. Purnell has been admitted *pro hac vice* pursuant to Pretrial Order No. 3. All further papers and pleadings in this action should be served on the undersigned.

Dated July 14, 2020

Respectfully submitted,

*/s/ Simon Brian Purnell*
Simon Brian Purnell
Texas Bar No. 24003889
Griffin Purnell LLC
615 N. Upper Broadway, Suite 900
Corpus Christi, Texas 78413
simon@griffinpurnell.com
Phone: 361-500-2804
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on July 14, 2020.

*/s/ Simon Brian Purnell*
Simon Brian Purnell