UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No.3:19-md-2885 |
| This Document Relates to the Master Docket ) ) | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Richard DePonto, an attorney with the law of office of Bailly and McMillan, LLP, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant resides in Connecticut and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New York, where movant regularly practices. A copy of the certificate of good standing from New York dated within 30 days of this motion is attached hereto as Exhibit "A".

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, tutorial confirmation number FLND15925752323472, and the CM/ECF online tutorial.

4. Movant has submitted to the clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record in the following active case: *Daryl Callahan, DO v. 3M Company, et al.*, case No.: 3:20-cv-5645.

1

WHEREFORE, it is respectfully requested that this Court enter an order granting the instant motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 14th day of July, 2020.

                                                                                                                                 BAILLY AND MCMILLAN, LLP

                                                                                                                                 /r/ *Richard DePonto*
                                                                                                                                 Richard DePonto
                                                                                                                                 New York Bar No. 5305131
                                                                                                                                 244 Westchester Ave, Suite 410
                                                                                                                                 White Plains, New York 10604
                                                                                                                                 (T) (914) 684-9100
                                                                                                                                 (F) (914) 684-9108
                                                                                                                                 rdeponto@bandmlaw.com

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 14th day of July, 2020.

/r/ *Richard DePonto*
Richard DePonto
New York Bar No. 5305131
244 Westchester Ave, Suite 410
White Plains, New York 10604
(T) (914) 684-9100
(F) (914) 684-9108
rdeponto@bandmlaw.com