CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>       RICHARD  JOHN  DEPONTO       </u>, Bar # <u>     RD0527     </u>

was duly admitted to practice in this Court on <u>     JANUARY 13, 2017     </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>300 Quarropas Street<br>White Plains, New York</u>   on   <u>JUNE 15, 2020</u>

<u>     Ruby J. Krajick     </u>
Clerk

by <u>     Ymia James     </u>
Deputy Clerk