# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

Pending before the Court are: (1) Defendants' Motion to Compel Disclosure of Disclosed Protected Information as to Bellwether Plaintiff Denise Kelley (No. 7:20-cv-153-MCR-GRJ, ECF No. 9); (2) Defendants' Motion to Compel Production of Unredacted Records or, in the Alternative, for *In Camera Review* as to Bellwether Plaintiffs Lloyd Baker, Luke Estes, Stephen Hacker, and Vernon Rowe (No. 3:19-md-2885-MCR-GRJ, ECF No. 1231); and (3) Plaintiffs' Motion to Compel Discovery and Memorandum of Law (No. 3:19-md-2885-MCR-GRJ, ECF No. 1226).  As discussed at the parties' biweekly leadership call because the depositions of the Bellwether Plaintiffs are scheduled to take place this month the most expeditious way to resolve the issues raised in the instant motions is through a telephonic hearing.

Therefore, a **telephonic** hearing is scheduled before Magistrate Judge Gary R. Jones on **Thursday, July 16, 2020, at 10:00 a.m. (Eastern Time)**. The parties may dial into the conference call up to five minutes before the scheduled start time by calling AT&T Conference Line at 888-684-8852 and entering access code 4251733#. When prompted for a security code enter 3696#.

**DONE AND ORDERED** this 14th day of July 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge