UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION | : : : : | Case No. 3:19md2885 |
| This Document Relates to All Cases | : : | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and Northern District of Florida Local Rule 11.1, I, Nicholas W. Mayle, hereby move this Court for an Order for admission to practice *Pro Hac Vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Colorado and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Colorado. Copy of a Certificate of Good Standing from the State of Colorado dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15923191513456, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 P*ro Hac Vice* admission fee.

5. Movant has upgraded his PACER account to "Nextgen."

WHEREFORE, Nicholas W. Mayle respectfully requests that this Court enter an order granting this motion to appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  July 14, 2020.                                    Respectfully Submitted by,

                                                                         Killian, Davis, Richter & Mayle, PC


                                                                         */s/ Nicholas W. Mayle*
                                                                         Nicholas W. Mayle, Esq.
                                                                         Attorneys for Plaintiff Victor Rosales
                                                                         202 North 7th Street
                                                                         Post Office Box 4859

Grand Junction, CO 81502
Phone: (970) 241-0707
Fax: (970) 242-8375
nick@killianlaw.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN FLORIDA

**CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on the 14th day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

            */s/ Nicholas W. Mayle*
            Nicholas W. Mayle, Esq.
            Attorneys for Plaintiff
            202 North 7th Street
            Post Office Box 4859
            Grand Junction, CO 81502
            Phone: (970) 241-0707
            Fax: (970) 242-8375
            nick@killianlaw.com