

# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, ~~Cheryl Stevens~~ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

~~Nicholas W. Mayle~~

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the  ~~23rd~~ day of ~~October~~ A. D. ~~2006~~ and that at the date hereof the said ~~Nicholas W. Mayle~~ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ~~10th~~ day of ~~July~~ A. D. ~~2020~~

~~Cheryl Stevens~~
Clerk

By _____
Deputy Clerk