# Exhibit 15

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS      )
EARPLUG PRODUCTS         ) CASE NO. 3:19-MD-2885
LIABILITY LITIGATION        )
                                 )

## <u>DEFENDANT 3M'S FIRST SET OF INTERROGATORIES TO<br>DUSTIN MCCOMBS</u>

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant 3M Company ("3M") hereby requests that Plaintiff answer, in writing And under oath, the following interrogatories, And serve such answers upon counsel for 3M, Kirkland & Ellis, LLP, no later than thirty (30) days after service of these interrogatories.

## <u>DEFINITIONS</u>

1.     The terms "You" And "Your" mean Plaintiff Dustin McCombs (Plaintiff ID: 79857) in associated case number 7:20-cv-00094-MCR-GRJ.

2.     The term "Initial Census Questions" means the form, attached as Exhibit A to Pretrial Order No. 18 (ECF No. 775), that You submitted pursuant to Pretrial Order No. 18 (ECF No. 775) And/Or the form, attached as Exhibit B to the Tolling Agreement, that You submitted pursuant to the the Tolling Agreement.

3.     The term "Bellwether Selection Sheet" means the Bellwether Selection Sheet that You submitted pursuant to Pretrial Order No. 23 (ECF No. 922).

4.     The term "Master Long Form Complaint" means the master complaint in this action, *In re: 3M Combat Arms Earplug Products Liability Litigation*, Case No. 3:19-md-2885, filed on September 20, 2019 (ECF No. 704).

5.      The term "Master Short Form Complaint" means the Document, *see* ECF No. 705, that You filed Or will file pursuant to Pretrial Order No. 22 (ECF No. 898).

6.      The term "CAEv2" means Version 2 of the Combat Arms Earplugs, which is the dual-ended version with a yellow end And a green end.

7.      The term "Hearing Protection Device" means Any earplug, earmuff, Or other device that can be inserted into the ear canal, placed on the outer ear, Or placed over the outer ear for purposes of hearing protection.

8.      The term "Military" means Any branch of the United States Armed Forces, including the Army, Marine Corps, Navy, Air Force, Space Force, Coast Guard, Or National Guard.

9.      The term "State" means to State All relevant facts discoverable under Federal Rule of Civil Procedure 26(b) relating to a particular matter that is known to You. When used in reference to a contention, "State" shall include All facts, Documents, And communications negating as well as supporting the contention.

10.      The term "Identify" as used herein with respect to a Document shall be read to require a Statement of All of the following information relative to such Document:

    a)  Title;

    b)  Nature And subject matter;

    c)  Date;

    d)  Author;

    e)  Addressee;

    f)  Identification of custodian.

11.    The term "Identify" as used herein with respect to Any individual shall be read to require a Statement of All of the following information pertaining to such individual:

a)  Present home address;

b)  Present home telephone number;

c)  Employer;

d)  Present Or last known business address;

e)  Business telephone number;

f)  Job description;

g)  Title.

12.    The term "Identify" as used herein with respect to Any entity other than an individual shall be read to require a Statement of All of the following information relating to such entity:

a)  Full name Or title;

b)  Address;

c)  Nature Or type of entity;

d)  Principal business Or other activity.

13.    The term "Document" " has the widest meaning accorded to it under Rule 34(a) of the Federal Rules of Civil Procedure And shall include, without limitation, All communications And All paper, film, tape Or other material upon which Any verbal, graphic, Or pictorial information Or image is written, printed, typed, drawn, punched, produced, Or reproduced in Any fashion including, but not limited to, All correspondence, memoranda, interoffice And intra-office communications, notes, agreements, contracts, charts, quotations, accounting records, audit workpapers, work sheets, cost sheets, ledgers, price quotations, proposals, bids, receipts, manuals,

lists, tables, financial analyses, spreadsheets, diagrams, leases, sales records, requisitions, vouchers, envelopes, acknowledgements, purchase orders, invoices, canceled And uncanceled checks Or drafts, studies, records, reports, minutes, photographs, drawings, sketches, brochures, schedules, calendars, diaries, video Or audio tape recordings, voicemail messages, photocopies And computer-sorted Or computer retrievable information, computer print-outs, discs, tapes, e-mail And programs Or other data compilations from which information can be obtained Or translated into useable form.  The definition encompasses not only the original version but also Any copy containing Or having attached thereto Any alterations, notes, comments, Or other material not appearing on the original, And shall also include drafts, revisions Or drafts And other preliminary Or preparatory material, from whatever source, underlying, supporting, Or used in the preparation of Any Document.  A draft Or non-identical copy is a separate Document within the meaning of this term.  "Document" also includes Any removable "post-it" notes Or other attachments Or exhibits to Any of the foregoing.

14.    The term "Describe" means to set out every fact, circumstance, calculations, act, omission Or course of conduct known to You relating in Any way to the matter inquired about, including (without limitation) the identity of All writings relative thereto.

15.    The term "Person" means Any natural Person Or Any legal entity, including, without limitation, Any business Or governmental entity Or association.

16.    The terms "Relate," "Related," Or "Relating" to mean, without limitation, reflecting, Identifying, evidencing, describing, discussing, referring to, concerning constituting, regarding, bearing upon, supporting, summarizing, pertaining to, Alluding to, depicting, involving, embodying, containing, mentioning, arising out of, in connection with, Or having Any logical Or factual connection with the matter in question.

4

17.     The words "All," "Any," And "Each" shall be construed as encompassing Any And All.

18.     The words "And" And "Or" shall be construed either disjunctively Or conjunctively as necessary to bring within the scope of the discovery request All responses that might otherwise be construed to be outside of its scope.

19.     The use of the singular form of Any word includes the plural And vice versa.

## **GENERAL INSTRUCTIONS**

1.     Each Interrogatory shall be answered fully, in writing And under oath, unless it is objected to, in which event, You shall State the reason(s) for objection And shall answer the Interrogatory to the extent the Interrogatory is not objected to.

2.     If a claim of privilege is asserted in objecting to Any Interrogatory, Or sub-part thereof, furnish the following information with respect to that portion of the Interrogatory as to which the claim of privilege is asserted: (a) the basis on which the privilege is claimed; (b) the type of information withheld; And (c) the general subject matter of the information withheld.

3.     The responses to the Interrogatories are to be signed by You, And the objections are to be signed by the attorney making them.

4.     All grounds for an objection to an Interrogatory shall be Stated with specificity.

5.     You shall promptly amend Or supplement the answers to the Interrogatories as required under Federal Rule of Civil Procedure 26(e).

6.     These Interrogatories are continuing in nature. If after answering the Interrogatories, You obtain Or become aware of Any information Or answers which are responsive to these Interrogatories, supplementary responses are required.

7.      If You cannot answer the following Interrogatories in full after exercising due diligence to secure the full information to do so, State an answer to the extent possible, specifying the reasons for Your inability to answer the remainder, And stating whatever information Or knowledge You have concerning the unanswered portion.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify All Persons who have knowledge of Or information concerning the Allegations in the Master Long Form Complaint, And State All facts about which they have knowledge Or information.

### INTERROGATORY NO. 2:

Identify All Persons who have knowledge of Or information concerning the Allegations in Your Master Short Form Complaint, including Any amendments thereto, And State All facts about which they have knowledge Or information.

### INTERROGATORY NO. 3:

Identify All Persons who have knowledge of Or information concerning the statements that You made in the Initial Census Questions, including Any amendments thereto, And State All facts about which they have knowledge Or information.

### INTERROGATORY NO. 4:

Identify All Persons who have knowledge of Or information concerning the statements that You made in the Bellwether Selection Sheet, including Any amendments thereto, And State All facts about which they have knowledge Or information.

**INTERROGATORY NO. 5:**

Identify All Persons who served with You in the military that were present when You fired weapons in training Or combat.

**INTERROGATORY NO. 6:**

Identify All Persons who have knowledge of whether Or not You wore a Hearing Protection Device when exposed to loud noises in the military, including loud noises from weapons fire And transport vehicles.

**INTERROGATORY NO. 7:**

Identify All Persons who were present when You fired any weapon recreationally, including hunting Or target shooting.

**INTERROGATORY NO. 8:**

Identify All Persons with whom You have discussed your hearing loss Or tinnitus, And, for Each, State whether the discussion was verbal Or written And the date(s) the discussion took place.

**INTERROGATORY NO. 9:**

Identify All health care professionals, physicians, audiologists, military Or occupational nurse Or other hygienist, treating facilities, clinics, therapists, And/Or other medical facilities Or providers that have examined Your ears and/or hearing, including  the date of the examination, Any diagnoses made regarding Your hearing Or ears, And Any recommendations made regarding Your hearing Or ears.

**INTERROGATORY NO. 10:**

Identify All health care professionals, physicians, audiologists, military Or occupational nurses Or other hygienists, treating facilities, clinics, therapists, And/Or other medical facilities Or

providers that have diagnosed You with the injury Or condition that You Allege was caused by Your use of the CAEv2, the injury Or condition that Each Person diagnosed You with And the date of the diagnosis.

**INTERROGATORY NO. 11:**

Identify All audiograms, tympanograms, speech reception tests Or Any other hearing-related test results, medical records, hearing aid referrals Or prescriptions, Or other Documents that identify the injuries that You Allege were caused by the CAEv2, including the date(s) of those audiograms, tympanograms, speech reception tests Or Any other hearing-related test results, medical records, hearing aid referrals Or prescriptions, And/Or other Documents, the entity that generated those records, And the injury Identified in those records.

**INTERROGATORY NO. 12:**

If You received hearing tests, including but not limited to audiograms, tympanograms, speech reception tests Or Any other hearing test, while You served in the military, State the date(s) of the hearing test(s) And whether Or not Any hearing loss Or other hearing disorder was identified.

**INTERROGATORY NO. 13:**

Describe in detail the injuries Or conditions that You Allege were caused by Your use of the CAEv2, including but not limited to how the injuries Or conditions affect Your ability to communicate And understand conversations Or to detect, identify, localize And/Or otherwise hear And attend to auditory signals, acoustic alarms And/Or other relevant sounds in your environment.

**INTERROGATORY NO. 14:**

Identify All hearing assistive devices, ear drops, Or any other devices, medications Or therapies that have been prescribed by Or recommended to You by a medical provider, including

the date that You were prescribed, the name of the medical provider who prescribed such devices, And Any diagnoses made regarding Your hearing Or ears in prescribing such devices.

**INTERROGATORY NO. 15:**

If You have Any pain in Your ears, Describe in detail the pain that You experience, the frequency with which You experience the pain, the date on which the pain began, And the date on which You last experienced the pain.

**INTERROGATORY NO. 16:**

If You have a sensation of fullness Or pressure in one Or both of Your ears, Identify the ear(s) in which You have a sensation of fullness Or pressure, the date on which the sensation began, the frequency with which You experience such sensation, And the date on which You last experienced such sensation.

**INTERROGATORY NO. 17:**

If You have Any noises, sounds, buzzing, whooshing, Or ringing in Your ear(s), Describe the noises, sounds, buzzing, whooshing, Or ringing, including the date on which the sound began, the frequency with which You hear the sound, whether the sound fluctuates Or stays constant, whether the sound bothers You, whether the sound keeps You awake when trying to sleep, the date on which you last experienced such sound, And whether the sound is getting worse Or remaining approximately the same.

**INTERROGATORY NO. 18:**

If fluid drains from Your ears, Identify the ear(s) from which the fluid drains, the date on which You first noticed fluid draining, the frequency of such drainage, the date on which you last experienced such drainage, the color of the fluid, And whether the fluid has an odor.

**INTERROGATORY NO. 19:**

If You have had ear surgery, Describe the surgery, including the date of the surgery And the doctor who performed the surgery.

**INTERROGATORY NO. 20:**

Describe Any prescription medications You take Or have taken to date, including the name of the medication, frequency And duration of taking each medication.

**INTERROGATORY NO. 21:**

Identify Any pharmacies at which you have filled prescription medications.

**INTERROGATORY NO. 22:**

If You have ever been diagnosed with Any medical condition Or disease, Identify the condition Or disease, the date of diagnosis, the diagnosing doctor, Any treatment prescribed, whether You were hospitalized, the date of hospitalization, if any, and whether You received IV antibiotics.

**INTERROGATORY NO. 23:**

Describe All injuries, including head injuries, that You sustained during Your Military service, including the date that You sustained the injuries And the circumstances surrounding those injuries.

**INTERROGATORY NO. 24:**

State the size of Your ear canal And All factual bases for such Statement, including but not limited to any ear canal sizing Or earplug sizing performed And communicated to you by a provider such as an audiologist.

**INTERROGATORY NO. 25:**

Identify Any awards, medals, honors, Or commendations that You have received in connection with Your military service, including the dates You received those awards.

**INTERROGATORY NO. 26:**

If You were ever deployed in combat, please Identify the location, dates of deployment, Your primary duties while deployed, And whether you experienced live fire at or from the enemy in combat.

**INTERROGATORY NO. 27:**

Describe how You first acquired the CAEv2, including who first issued You the CAEv2 And the date on which they issued You the CAEv2.

**INTERROGATORY NO. 28:**

If you were fitted with the CAEv2 by another person, describe the process by which you were fitted, including the person(s) who fitted you with the CAEv2, the date(s) And location(s) you were fitted, how you were fitted, And whether Or not the person fitting you with the CAEv2 rolled back any of the flanges on the opposite end of the CAEv2 during the fitting process

**INTERROGATORY NO. 29:**

If You acquired more than one pair of the CAEv2, Describe how You acquired subsequent CAEv2s, including who issued You the subsequent CAEv2s And the date on which they issued You the CAEv2.

**INTERROGATORY NO. 30:**

Describe Each instance in which You wore the CAEv2, including the dates in which You wore the CAEv2, the circumstances in which You wore the CAEv2, And the types of noises that You were exposed to while using the CAEv2.

11

**INTERROGATORY NO. 31:**

Describe the specific circumstances Or situations in which You wore the green end of the CAEv2, And your understanding of the specific circumstances in which You were supposed to wear the green end of the CAEv2.

**INTERROGATORY NO. 32:**

Describe the specific circumstances Or situations in which You wore the yellow end of the CAEv2 And your understanding of the specific circumstances in which You were supposed to wear the yellow end of the CAEv2.

**INTERROGATORY NO. 33:**

Describe Each instance in which You have worn a Hearing Protection Device other than the CAEv2, including the name of the Hearing Protection Device, the years in which You wore the Hearing Protection, the circumstances in which You wore the Hearing Protection Device, And the types of noises that You were exposed to while using the Hearing Protection Device.

**INTERROGATORY NO. 34:**

Describe in detail any complaints you made regarding the CAEv2 while in the Military, including the date of the complaint(s), the person(s) to whom you made the complaint, And the substance of the complaint.

**INTERROGATORY NO. 35:**

Describe All of the loud noises that You were exposed to while in the Military, including but not limited to Any loud noise created by weapons, generators, vehicles, planes, helicopters, heavy machinery, air compressors, And/Or explosions.

**INTERROGATORY NO. 36:**

Describe All of the weapons You operated while in the military, And for each, describe the Hearing Protection Device You wore while operating the weapon, if any.

**INTERROGATORY NO. 37:**

Describe Any basic Or advanced weapons training You received in connection with Your military service, including the date of training, the weapons fired during training, And the Hearing Protection Devices worn while firing weapons during training.

**INTERROGATORY NO. 38:**

If You were exposed to Any weapon, machinery, And/Or Any other loud noises while in the Military, please Describe in detail All circumstances in which You did so, including the weapon(s), machinery, And/Or loud noises you were exposed to without a Hearing Protection Device, And the frequency And duration of use without using a Hearing Protection Device.

**INTERROGATORY NO. 39:**

If You were exposed to Any explosions while in the Military, including Improvised Explosive Device (IED) explosions, State the date of such exposure, the circumstances of the exposure, And which Hearing Protection Device You were wearing, if any.

**INTERROGATORY NO. 40:**

Describe in detail All circumstances in which the CAEv2 fell completely out of Your ears after You had inserted it.

**INTERROGATORY NO. 41:**

Describe in detail All circumstances in which you perceived that the CAEv2 loosened in Your ear(s) after You had inserted it.

**INTERROGATORY NO. 42:**

State whether, upon insertion of one end of the CAEv2, the flanges from the opposite end contacted Your ear.

**INTERROGATORY NO. 43:**

If You folded back Any of the flanges of the opposite end of the CAEv2 while using the CAEv2, Describe in detail the circumstances in which You folded back the flanges.

**INTERROGATORY NO. 44:**

Describe in detail Any instruction(s) Or training that You were provided on how to use the CAEv2, including but not limited to Any written Or oral instructions And in-Person training, the positions And names of the Person(s) who provided the training, And the dates of the training.

**INTERROGATORY NO. 45:**

If You were instructed to roll Or fold back Any of the flanges on the CAEv2, Describe in detail the circumstances in which You were instructed to do so, including but not limited to Any written Or oral instructions And in-Person training, the positions And names of the Person(s) who provided the training, And the dates of the training.

**INTERROGATORY NO. 46:**

Describe in detail Any hearing loss Or tinnitus You had prior to joining the military.

**INTERROGATORY NO. 47:**

Describe in detail whether And how Your hearing loss And tinnitus has changed since You were discharged from the military.

**INTERROGATORY NO. 48:**

Describe in detail All circumstances Or events in which You allege You were exposed to noise while wearing the CAEv2 that You allege caused Or contributed to Your injury.

**INTERROGATORY NO. 49:**

Describe in detail All alleged defects with the CAEv2 that You believe caused Or contributed to Your injuries And that form the basis of the allegations in the Master Long Form Complaint And Your Master Short Form Complaint.

**INTERROGATORY NO. 50:**

Identify Each Statement regarding the CAEv2 that You relied upon in using the CAEv2 And that You claim is false.

**INTERROGATORY NO. 51:**

Identify all warranties, either express Or implied, that You allege applied to Your use of the CAEv2.

**INTERROGATORY NO. 52:**

Identify All damages, losses, Or expenses of Any nature whatsoever by category And the amount that You are claiming as a result of Your use of the CAEv2, including All events Described in the Master Long Form Complaint And Your Master Short Form Complaint.

**INTERROGATORY NO. 53:**

Other than the injuries that You Allege were caused by Your use of the CAEv2, Describe Any other physical injuries, illnesses, Or disabilities that have resulted in loss of income Or medical expenses, including the symptoms of the injuries, the date(s) of onset, the date(s) of diagnoses, And by whom it was first diagnosed.

**INTERROGATORY NO. 54:**

If You are claiming Or expect to claim hearing injury of any type and/or level of impairment as a result of Your use of the CAEv2, State the type And classification of that injury and/or level of impairment as it specifically relates to the Standards of Medical Fitness (or similar

Standards) for your military branch of service, And State what medical Or audiometric provider communicated that type And classification to you And on what date.

**INTERROGATORY NO. 55:**

If You are claiming Or expect to claim that You lost earnings Or suffered an impairment of Your earning capacity as a result of Your use of the CAEv2, State the total number of days You missed from work because of Your injuries, whether You received Any disability, medical leave, Or other income for those days You missed Allegedly due to Your injuries and, if so, the type And amount of such income.

**INTERROGATORY NO. 56:**

If You are claiming Or expect to claim that You lost earnings Or suffered an impairment of Your earning capacity as a result of Your use of the CAEv2, State whether You expect to return to employment following recovery from Your injuries. If You do expect to return to work, State when Your return is expected, whether You are expected to return to the same Or similar job, And the number of hours per week You expect to be working. If You do not expect to return to work, State why You are no longer able to work, if the same was confirmed by Any medical professional, And the name of the medical professional who confirmed the same, if any.

**INTERROGATORY NO. 57:**

If You are claiming an impairment of Your earning capacity, State the impairment And the health care provider who diagnosed Your impairment.

**INTERROGATORY NO. 58:**

If You have submitted a workers' compensation claim, Veterans Affairs disability application, veterans benefits administration disability application, social security claim, Or Any other form of disability application Or claim for hearing-related injuries, Identify the application

Or claims submitted, the entity with which the claim was filed, the date the claim was filed, the claim number, the nature of the disability, the period of disability, And the status of the claim.

**INTERROGATORY NO. 59:**

If You have applied for disability benefits to the Veterans Affairs And were denied Your request for benefits for hearing-related injuries, Describe the bases that the Veteran Affairs gave You in denying Your application for benefits.

**INTERROGATORY NO. 60:**

If You have, Or someone on Your behalf has, made a claim Or filed a lawsuit concerning the injuries that You claim to have sustained as a result of Your use of the CAEv2, Identify the other Persons Or entities against whom the claim was made Or lawsuit was filed, the date of the claim Or lawsuit, where the claim Or lawsuit was filed, And the status of the claim Or lawsuit.

**INTERROGATORY NO. 61:**

Describe Each occupation that You have had outside of Your service in the Military, including the employer's name And address, the dates in which You were employed there, Your job title, the nature of Your responsibilities, And Any Hearing Protection Devices that You wore on the job.

**INTERROGATORY NO. 62:**

For Each occupation that You had outside of Your service in the Military, Describe Any hearing conservation programs that You were assigned to And/Or Hearing Protection Devices You were required to wear in Your occupation, including Any audiograms Or other hearing tests that You received for Your occupation, the employer(s) for which You were tested, the date(s) of the hearing test(s), the Hearing Protection Devices You wore, if any, And whether Or not Any hearing impairment Or other hearing disorder was identified in Any hearing-related test.

**INTERROGATORY NO. 63:**

Describe in detail Any non-occupational activities, such as sporting events, music concerts, personal headphones, all-terrain vehicles, motorcycles, car racing, band practices, monster truck events, power tool usage, animal kennels, farm equipment, lawn mowers, chainsaws, leaf blowers, weed cutters, engine repair, train noise, etc., in which You were exposed to loud noise, including the nature of the activity, the frequency with which You engaged in such activity, And the dates in which You engaged in such activity.

**INTERROGATORY NO. 64:**

For Each instance in which You have shot a firearm recreationally, Describe in detail circumstances surrounding your use, including the activity in which You shot the firearm, the type of firearm You used during the activity, the dates in which You performed that activity, the frequency with which You performed that activity, the Hearing Protection Device worn during the activity, if any, And the date You last performed the activity.

**INTERROGATORY NO. 65:**

If Any of Your family member(s) have had hearing loss, Identify the family member(s) And Your relationship to them.

**INTERROGATORY NO. 66:**

If You have ever received a hunting And/Or gun license, State the year of the license, the status of the license, And the weapon which You were licensed to operate.

**INTERROGATORY NO. 67:**

If You have filed a lawsuit Or made a claim involving Personal injuries other than this case, Identify the Court, the case name, the names of adverse parties, the civil action number if filed, And for how much the matter was resolved.

**INTERROGATORY NO. 68:**

If within the past ten (10) years You have ever been convicted of, Or pled guilty to, a felony Or completed serving a sentence for a felony conviction, Identify the charge for which You were convicted (or pled guilty to), the court in which You were convicted Or entered the plea, the criminal action number assigned to the matter, And the sentence imposed.

**INTERROGATORY NO. 69:**

If within the past ten (10) years You have been convicted of, Or pled guilty to, a misdemeanor involving lying, false Statements, cheating, fraud, Or dishonesty, Identify the charge for which You were convicted (or pled guilty to), the court in which You were convicted Or entered the plea, the criminal action number assigned to the matter, And the sentence imposed.

**INTERROGATORY NO. 70:**

Identify Any individuals who are depicted in Any photographs, films, movies, And video recordings that You produce in response to Requests for Production 17, 21, 27, And 29.

DATED:  March 12, 2020

Respectfully submitted,

*/s/ Kimberly Branscome*
Kimberly Branscome (SBN 255480)
kimberly.branscome@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, California 90067
Telephone:  (213) 680-8370
Facsimile:  (213) 680-8500

*Attorneys for Defendant 3M Company*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 12, 2020, a true and correct copy of the foregoing:

### DEFENDANT 3M'S FIRST SET OF INTERROGATORIES TO DUSTIN MCCOMBS was served as follows:

☒ **[E-Mail]** By causing the above document to be sent via electronic mail to the parties at the email addresses listed below.  I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

☒ **[MDL Centrality]** By electronically serving the above document via the MDL Centrality website pursuant to Pretrial Order No. 15 (ECF No. 630).

| | |
|---|---|
| Bryan F. Aylstock, Lead Counsel<br>Douglass A. Kreis<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street<br>Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>Email: baylstock@awkolaw.com<br>Email: dkreis@awkolaw.com<br><br>*Counsel for Alternate Bellwether Plaintiff James E. Beal (60447)*<br>N.D. Fla., 7:20-cv-00006-MCR-GRJ<br><br>*Counsel for Alternate Bellwether Plaintiff Lonnie Eugene Burgus (60806)*<br>N.D. Fla., 7:20-cv-00007-MCR-GRJ | Shelley V. Hutson, Co-Lead Counsel<br>Clark, Love & Hutson, GP<br>440 Louisiana Street<br>Suite 1600<br>Houston, TX 77002<br>Tel.: (713) 757-1400<br>Email: shutson@triAllawfirm.com |
| Christopher A. Seeger, Co-Lead Counsel<br>Seeger Weiss LLP<br>77 Water Street<br>8th Floor<br>New York, NY 10005<br>Tel.: (212) 587-0700<br>Email: cseeger@seegerweiss.com | Brian H. Barr, Co-Liaison Counsel<br>Winston T. Bouk<br>Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.<br>316 South Baylen Street<br>Pensacola, FL 32502<br>Tel.: (850) 435-7044<br>Email: bbarr@levinlaw.com |

| | |
|---|---|
| *Counsel for Bellwether Plaintiff William Wayman (83748)*<br>N.D. Fla., 7:20-cv-00149-MCR-GRJ | Email: tbouk@levinlaw.com<br><br>*Counsel for Bellwether Plaintiff Lewis Keefer (11295)*<br>N.D. Fla., 7:20-cv-00104-MCR-GRJ |
| Michael A. Burns, Co-Liaison Counsel<br>Mostyn Law Firm<br>3810 W. Alabama Street<br>Houston, TX 77027<br>Tel.: (713) 714-0000<br>Email: epefile@mostynlaw.com<br><br>*Counsel for Bellwether Plaintiff Michelle Marie Blum (51455)*<br>N.D. Fla., 7:20-cv-00122-MCR-GRJ | Taylor C. Bartlett<br>William L. Garrison, Jr.<br>Heninger Garrison Davis LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 326-3336<br>Email: taylor@hgdlawfirm.com<br>Email: lewis@hgdlawfirm.com<br><br>*Counsel for Bellwether Plaintiff Marcus Hensley (79599)*<br>N.D. Fla., 7:20-cv-00093-MCR-GRJ<br><br>*Counsel for Bellwether Plaintiff Dustin McCombs (79857)*<br>N.D. Fla., 7:20-cv-00094-MCR-GRJ |

DATED: March 12, 2020

*/s/ Kimberly Branscome*

Kimberly Branscome