# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   July 15, 2020

Motion/Pleadings:  MOTION TO APPEAR *PRO HAC VICE*

Filed by  Nicholas W. Mayle   on  July 14, 2020          Doc. #  1240

Response _____   on _____   Doc. # _____

_____ Stipulated        _____ Joint Pleading
_____ Unopposed      _____ Consented

                                         JESSICA J. LYUBLANOVITS
                                         CLERK OF COURT

                                         */s/ Kathy Rock*
                                         Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 15th day of July 2020.

                                         *M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**