UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: July 9, 2020
Motion/Pleading: Motion for to Withdraw Appearance
Filed by: Plaintiff     on 7/8/2020     Doc. # 1224
RESPONSES:
_____ on _____ Doc. # _____
_____ on _____ Doc. # _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**. The Clerk is directed to update the docket accordingly.

**DONE AND ORDERED**, this 15th day of July, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**