UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No.3:19-md-2885-MCR-GRH |
| This Document Relates to All Cases. | ) ) | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this action as counsel for Plaintiff, Daryl Callahan, DO. Daryl Callahan, DO filed an action in the Northern District of Florida, *Callahan, DO v. 3M Company, et al.*, Case No. 3:20-cv-5646. The undersigned has been admitted *pro hac vice* pursuant to Pretrial Order No. 3. All further papers and pleadings in this action should be served on the undersigned.

Dated July 15, 2020

Respectfully submitted,

/r/ *Richard DePonto*
Richard DePonto
New York Bar No. 5305131
244 Westchester Ave, Suite 410
White Plains, New York 10604
(T) (914) 684-9100
(F) (914) 684-9108
rdeponto@bandmlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 15th day of July, 2020.

/r/ *Richard DePonto*
Richard DePonto
New York Bar No. 5305131
244 Westchester Ave, Suite 410
White Plains, New York 10604
(T) (914) 684-9100
(F) (914) 684-9108
rdeponto@bandmlaw.com