# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTHERN FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION | : : : : | Case No. 3:19md2885 |
| This Document Relates to All Cases | : : | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas W. Mayle of the law firm of Killian, Davis, Richter & Mayle, PC, hereby enters his appearance as counsel for Plaintiff Victor Rosales. Victor Rosales filed an action in the Northern District of Florida, *Victor Rosales v. 3M Company, et al.,* Case No. 3:20-cv-05566. Mr. Mayle has been admitted *pro hac vice* pursuant to Pretrial Order No. 3. All further papers and pleadings in this action should be served on the undersigned.

Dated July 15, 2020

Respectfully submitted,

Killian, Davis, Richter & Mayle, PC

*/s/ Nicholas W. Mayle*
Nicholas W. Mayle, Esq.
Attorneys for Plaintiff Victor Rosales
202 North 7th Street
Post Office Box 4859
Grand Junction, CO 81502
Phone: (970) 241-0707
Fax: (970) 242-8375
nick@killianlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on July 15, 2020.

*/s/ Nicholas W. Mayle*
Nicholas W. Mayle, Esq.