# **EXHIBIT 13**

Home › Campaign finance data › Browse data › Receipts

# Receipts

Viewing 6 filtered results for: Clear all filters

| Data type: processed | OHlin, douglas | 01/01/2007 - 12/31/2008 |

Open original image

Show all

## Contributor information

| | |
|---|---|
| Name | OHLIN, DOUGLAS MR. |
| City and state | BEL AIR, MD, 21014 |
| Occupation | AUDIOLOGIST |
| Employer | AEARO TECHNOLOGIES |
| Year to date | $400.00 |

EXHIBIT 34
WIT: Burgu
DATE: 12-10-79
C. Campbell, RDR CRR CSR #13921

## Contribution information

| | |
|---|---|
| Amount | $200.00 |
| Receipt date | April 6, 2007 |

Your downloads
Memo

| Reported on | Form 3P on line 17A |
| schedule_a-2019-04-10T19:19:24.csv | |
| Election type | PRIMARY |

https://www.fec.gov/data/receipts/?two_year_transaction_period=2008&data_type=proces...   4/10/2019

**Recipient information**

| | |
|---|---|
| Committee | OBAMA FOR AMERICA |
| Political party | DEMOCRATIC PARTY |
| Type | Presidential |
| State | Illinois |

Results per page: 30

**Your downloads**

schedule_a-2019-04-10T19:19:24.csv