UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | * * * | Case No. 3:19-md-2885 |
| | * | Judge M. Casey Rodgers |
| This Document Relates to All Cases | * | Magistrate Judge Cary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Carrie R. Guest, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in North Carolina and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of State of North Carolina. Copy of a Certificate of Good Standing from the State of North Carolina dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15936289873519, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded her PACER account to "NextGen."

6. Movant is the attorney of record for Plaintiff in the related case *William H. Faulkner v. 3M Company, et al.*, Civil Action No.: 3:20-cv-5648.

WHEREFORE, Carrie R. Guest respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted July 16, 2020.

MARTIN & JONES, PLLC

*/s/ Carrie R. Guest*
Carrie R. Guest, NCSB# 36451

410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084
crg@m-j.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Appear *Pro Hac Vice* was electronically filed and served with the Clerk of Court using the CM/ECF system on July 16, 2020 and served upon all counsel of record thereafter.

/s/ *Carrie R. Guest*
Carrie R. Guest (N.C. State Bar #: 36451)