# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:19-md-2885 |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) | Magistrate Judge Gary R. Jones |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL AGAINST DEPARTMENT OF DEFENSE

Defendants respectfully seek leave to file a reply brief, restricted to the issue of personal jurisdiction, in support of their motion to compel against the Department of Defense, Dkt. 1211.  To be clear, Defendants believe that the personal jurisdiction objection the Department raised in its response brief is meritless.  But if the Court has any concerns about its jurisdiction over this dispute, then there are "extraordinary circumstances" warranting the submission of a reply brief.  L.R. 7.1(I).  Without a reply brief, Defendants will have no opportunity to be heard on the issue.

Dated:  July 17, 2020

Respectfully submitted,

/s/Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I, Robert C. Brock, hereby certify that on July 17, 2020, I caused a copy of Defendants' Motion for Leave to File a Reply in Support of Motion to Compel Against the Department of Defense to be filed through the Court's CM/ECF system, which will serve all counsel of record.

I will also cause a copy of the motion to to be sent via certified mail to the following addresses on July 17, 2020:

Major Nicole Kim
Litigation Attorney
U.S. Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, VA 22060

Jacqui Coleman Snead
Assistant Branch Director, Federal Programs Branch
U.S. Dep't of Justice, Civil Division
1100 L Street, N.W., Room 12402
Washington, D.C. 20005

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Civil Process Clerk
U.S. Attorney for the Northern District of Florida
21 East Garden Street
Suite 400
Pensacola, FL 32502

Office of General Counsel
Department of Defense
1600 Defense Pentagon, Room 3C962
Washington, DC 20301

Dated: July 17, 2020

                                                  */s/Robert C. Brock*
                                                  Robert C. "Mike" Brock

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

On July 17, 2020, Cole Carter of Kirkland & Ellis, counsel for Defendants, spoke to David Glass, counsel for the Department, by telephone.  Mr. Glass stated that he opposed the motion for leave to file a reply because Defendants intend to discuss a case, *U.S. ex rel. Lewis v. Walker*, 2009 WL 2611522 (M.D. Ga. Aug. 21, 2009), that they cited in their opening brief.

Dated: July 17, 2020

                                            */s/Robert C. Brock*
                                            Robert C. "Mike" Brock