IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,                     Case No. 3:19-md-2885-MCR-GRJ

                                                        Judge M. Casey Rodgers
                                                        Magistrate Judge Gary Jones

This Document Relates to All Cases
_____/

## O R D E R

Pending before the court is Defendants' Motion for Leave to File Reply in Support of Motion to Compel Against Department of Defense. ECF No. 1257.  The Department of Defense opposes Defendants' request for leave to file a reply. The Court, nonetheless, concludes that a reply would assist the Court in resolving the motion and therefore the request is due to be granted.  Defendants must file their reply limited to 3200 words on or before **July 23, 2020**.

**DONE AND ORDERED** this 17th day of July 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge