AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| Jerry M. Dumm | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-md-2885 |
| 3M Company, 3M Occupational Safety LLC, Aearo Hol | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jerry M. Dumm                                                                 .

Date:  7/21/2020

s/Matthew S. Bigler
*Attorney's signature*

Matthew S. Bigler 29161-49
*Printed name and bar number*

Ladendorf Law
7310 N Shadeland Ave
Indianapolis IN 46250
*Address*

matt@ladendorf.com
*E-mail address*

(317) 842-5800
*Telephone number*

(317) 288-2720
*FAX number*