IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to All Cases | Case No. 3:19-md-2885 <br><br> Judge M. Casey Rodgers <br><br> Magistrate Judge Gary R. Jones |

### MOTION OF ALLISON K. OZUROVICH FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Allison K. Ozurovich ("Movant") of the law firm Dechert LLP, 633 W. 5th Street, Suite 4900, Los Angeles, California 90071-2032, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and to receive Notice of Electronic filings in this action.  In support of this motion Movant states:

1. Movant resides in Marina del Rey, California, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of California.

4. A copy of a Certificate of Good Standing from the State Bar of the State of California, dated within 30 days of this motion, is attached as **Exhibit A.**

5. Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND15947634603556) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7. Movant has updated her PACER account to "NextGen."

8. Upon admission, Allison K. Ozurovich respectfully requests that she be provided Notice of Electronic filings to the following email address: allie.ozurovich@dechert.com.

WHEREFORE, Allison K. Ozurovich respectfully requests that this Court enter an order granting her motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo

Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and directing the clerk to provide Notice of Electronic Filings to the undersigned.

DATED: July 21, 2020

*/s/ Allison K. Ozurovich*
Allison K. Ozurovich
California Bar No. 312797

DECHERT LLP
633 West 5th Street
Suite 4900
Los Angeles, California 90071-2032
Telephone: (213) 808-5715
Email: allie.ozurovich@dechert.com

*Attorney for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

# EXHIBIT A

**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

July 15, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALLISON KATHLEEN OZUROVICH, #312797 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2016 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

J. Robert McPhail
Custodian of Records