UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases | Case No. 3:19-md-2885 <br><br><br><br><br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3, Case Management Order No. 1 and the Northern District of Florida Local Rule 11.1, I, Dennis F. O'Brien, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Maryland and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Maryland. A copy of the Certificate of Good Standing from the State of Maryland, dated within 30 days of this motion, is attached hereto as Exhibit 1 and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15923277563460, and the CM/ECF online tutorial.

4.  Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.  Movant has upgraded his PACER account to "NextGen."

6.  Movant is the attorney of record in the related case identified in the exhibit attached hereto as Exhibit 2 and made a part hereof.

WHEREFORE, I respectfully request that this Court enter an order granting this Motion to Appear *Pro Hac Vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  July 22, 2020

        /s/ *Dennis F. O'Brien*
Dennis F. O'Brien, Esquire, #00771
Dennis F. O'Brien, P.A.
2012 S. Tollgate Road, Suite 209
Bel Air, Maryland 21015
(410) 420-7411 P
(410) 420-6647 F
obie26@aol.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

/s/ *Dennis F. O'Brien*
Dennis F. O'Brien, Esquire, #00771
Dennis F. O'Brien, P.A.
2012 S. Tollgate Road, Suite 209
Bel Air, Maryland 21015
(410) 420-7411 P
(410) 420-6647 F
obie26@aol.com

*Attorney for Plaintiff*