# EXHIBIT 2

| Plaintiff | Civil Action No. |
|---|---|
| *Troy Delane Thomas v. 3M Company, et al.* | 3:20-cv-05666-MCR-GRJ |