# **EXHIBIT W**

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION
 3
      IN RE: 3M COMBAT ARMS  )   Case No.
 4    EARPLUG PRODUCTS       )   3:19md2885
      LIABILITY LITIGATION   )
 5    _____ )   Judge M. Casey
                             )   Rodgers
 6    THIS DOCUMENT RELATES  )   Magistrate Judge
      TO ALL CASES           )   Gary R. Jones
 7
 8              TUESDAY, MARCH 10, 2020
 9    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                       - - -
11           Videotaped deposition of Lorraine
12    Babeu, Ph.D., held at the offices of Marriott
13    Tampa Westshore, 1001 North Westshore
14    Boulevard, Cypress Room, Tampa, Florida,
15    commencing at 9:02 a.m., on the above date,
16    before Carrie A. Campbell, Registered
17    Diplomate Reporter and Certified Realtime
18    Reporter.
19
20
21                       - - -
22
                GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
24
25
```

```
 1              A P P E A R A N C E S :
 2
         SEEGER WEISS, LLP
 3       BY:   DAVID R. BUCHANAN
               dbuchanan@seegerweiss.com
 4             CALEB SEELEY
               cseeley@seegerweiss.com
 5             MAX KELLY
               mkelly@seegerweiss.com
 6             (VIA TELECONFERENCE)
         77 Water Street
 7       New York, New York  10005
         (212) 584-0700
 8
         and
 9
         WAGSTAFF & CARTMELL, LLP
10       BY:   THOMAS P. CARTMELL
               tcartmell@wcllp.com
11       4740 Grand Avenue, Suite 300
         Kansas City, Missouri  64112
12       (816) 701-1100
         Counsel for Plaintiffs
13
14
         KIRKLAND & ELLIS LLP
15       BY:   BARRY E. FIELDS
               barry.fields@kirkland.com
16       300 North LaSalle
         Chicago, Illinois  60654
17       (312) 862-2000
18       and
19       KIRKLAND & ELLIS LLP
         BY:   WHITNEY N. KNOWLTON
20             whitney.knowlton@kirkland.com
         2049 Century Park East
21       Los Angeles, California  90067
         (213) 680-8122
22       Counsel for Defendants
23
24
25
```

```
 1        US ARMY LITIGATION CENTER
          BY:  COLLIN EVANS
 2             collin.p.evans2.mil@mail.mil
          901 North Stuart Street, Suite 700
 3        Arlington, Virginia 22203-1837
          (703) 693-0352
 4

          and
 5

          VA OFFICE OF GENERAL COUNSEL
 6        BY:  HEATHER GRIFFITHS BLACKMON
          Mail Code (00C)
 7        1601 SW Archer Road
          Gainesville, Florida  32608-1135
 8        (352) 381-5734
          Counsel for the Witness
 9
10
     ALSO PRESENT:
11        CHARLES BACHMANN, Seeger Weiss
12        SCOTT SIEGEL, Seeger Weiss
13        MICHAEL KAUFFMANN, trial technician,
          Golkow Litigation Services
14
15   V I D E O G R A P H E R :
          DEVYN MULHOLLAND,
16        Golkow Litigation Services
17                    - - -
18
19
20
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

 1   story with the Combat Arms version 2.
 2              As I understand it, you got
 3   your --
 4              MR. FIELDS:  I'm sorry, just
 5       for the record, can we just do our
 6       introductions so we can comply with
 7       the Court's protocol order?
 8              MR. BUCHANAN:  Oh, I thought we
 9       had said we're doing it off the
10       record, but I'm happy to if you'd
11       like --
12              MR. FIELDS:  Either way.  I
13       think the order says we're supposed to
14       do it, so I just don't want to...
15              MR. BUCHANAN:  Okay.  My name
16       is Dave Buchanan.  I represent kind of
17       retired service members and current
18       service members in connection with
19       their claims against 3M.
20              With me today is my assistant,
21       Charles Bachmann; an attorney from my
22       office, Caleb Seeley.
23              We have a tech at the end who
24       is going to make the documents easy
25       for you to read, and we have Tom

Confidential - Pursuant to Protective Order

```
 1           Cartmell, another lawyer for
 2           plaintiffs.
 3                 MR. FIELDS:  I'm Barry Fields.
 4           I represent the 3M defendants.  I'm
 5           with the law firm of Kirkland & Ellis,
 6           and with me is Whitney Knowlton.
 7                 MS. BLACKMON:  And I am Heather
 8           Blackmon.  I'm a VA attorney.
 9                 MAJOR EVANS:  Major Collin
10           Evans from Army litigation division.
11                 MR. BUCHANAN:  Also with me
12           today is Scott Siegel, who you can see
13           around the corner there.
14    QUESTIONS BY MR. BUCHANAN:
15           Q.    Ma'am, if we could, before we
16    got into, you know, if you will, the details
17    of your involvement with the Combat Arms
18    version 2, could you outline for us your
19    service history before your retirement?
20           A.    In terms of places that I was
21    assigned?
22           Q.    Well, I understand -- maybe it
23    would be simpler if we started with your
24    education.
25           A.    Okay.
```

```
 1          Q.      So I understand you got a Ph.D.
 2   in 2000 or 2001 from UF?
 3          A.      2001, yeah, University of
 4   Florida.
 5          Q.      And how about undergrad, where
 6   did you go?
 7          A.      I started undergrad at Norfolk
 8   State University in Virginia.
 9          Q.      Uh-huh.
10          A.      Then I did my master's at
11   Florida State in Tallahassee, Florida, and
12   from there I went on active duty.
13                  And some point in active duty I
14   got the -- it's the Army version of a
15   scholarship to go get your Ph.D., and I did
16   that at University of Florida.
17          Q.      And when did you go on active
18   duty?
19          A.      What year?   '88.
20          Q.      And did you perform functions
21   on bases as an audiologist or an audiology
22   technician?
23          A.      As an audiologist.
24          Q.      Okay.  And what years did you
25   do that, ma'am?
```

```
 1      have his manual that we -- you know,
 2      if you refer to it.
 3              So this was for me just part of
 4      the review process, getting his input
 5      and just trying to make the document
 6      stronger.
 7              MAJOR EVANS:  How did you -- so
 8      someone outside the organization, how
 9      is it decided to do outside the
10      organization is going to be selected?
11              THE WITNESS:  You just pick
12      whomever.  I mean, I could have
13      picked -- if I knew -- because we knew
14      Elliott and worked with him, but it
15      could have been anybody at a
16      university.  It could have been my old
17      professor.  It could have been anyone.
18              MAJOR EVANS:  And is this part
19      of the process to create a final
20      draft?
21              THE WITNESS:  Yeah, because
22      it's still going to go through peer
23      review once you get it to the -- to
24      the manu -- to the publication.
25              So the publication is going to
```

Confidential - Pursuant to Protective Order

```
 1          get it, and then they're going to send
 2          it out for peer review.
 3                  MAJOR EVANS:  And was this
 4          study ever published?
 5                  THE WITNESS:  No.  It never got
 6          that far.
 7                  MAJOR EVANS:  So it remained
 8          internal to the Department of Defense?
 9                  THE WITNESS:  Correct.
10                  MAJOR EVANS:  Okay.  She can't
11          answer any questions on it.
12                  MR. BUCHANAN:  Okay.  I don't
13          want to go over any lines.  I just
14          want to understand.
15                  We obviously have the document
16          itself.
17                  MAJOR EVANS:  Uh-huh.
18                  MR. BUCHANAN:  Is it your
19          understanding that these documents are
20          in some way going to be clawed back,
21          or is it just testimony from the
22          witness on these topics?
23                  MAJOR EVANS:  So my
24          understanding from consulting with DOJ
25          is that, as it says in the Touhy memo,
```

Confidential - Pursuant to Protective Order

```
1            she cannot answer any questions that
2            are considered privileged.  And those
3            would be considered part of the
4            deliberative process privilege.
5                    I'm not sure how 3M acquired
6            these documents, but obviously they
7            went out to Elliott Berger, I think,
8            from the witness.
9                    But it's part of the
10           peer-review process.  It's not
11           something that was sent out in order
12           to provide this information to 3M so
13           that they can use it.
14                   So in consult with DOJ, we're
15           going to say it's protected by the
16           deliberative process privilege.
17                   MR. BUCHANAN:  Okay.
18                   As a factual matter, as part
19           of -- and I understand the
20           instruction.  I'll do my best to
21           conduct an examination that comports
22           with that.
23    QUESTIONS BY MR. BUCHANAN:
24        Q.     As a factual matter, you
25  conducted a study, you had observations, a
```

Confidential - Pursuant to Protective Order

```
 1    draft paper was put together.
 2                 If we go back to our screen
 3    before us, the draft is at 1560, P1560; is
 4    that correct?
 5                 Well, there are actually two
 6    drafts, right?
 7         A.    1560 or --
 8         Q.    If we look on your screen,
 9    ma'am, that would be the one that didn't have
10    Mr. Berger's comments on it.
11         A.    Oh, yeah, yeah.  Uh-huh.
12         Q.    Okay?
13               MR. BUCHANAN:  And can you take
14         that comment down, please, on the
15         left, Mike, and just show the full
16         page?
17    QUESTIONS BY MR. BUCHANAN:
18         Q.    And P1511 would be the version
19    of your draft that has the comments and
20    interlineations of Mr. Berger?
21         A.    Right.
22         Q.    And I understand from your
23    examination with Major Evans the purpose that
24    you reached out to him.
25         A.    Right.
```

Confidential - Pursuant to Protective Order

```
 1                      CERTIFICATE
 2
 3            I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, Lorraine Babeu, Ph.D.,
    was duly sworn by me to testify to the truth,
 6  the whole truth and nothing but the truth.
 7            I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10
              I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15
16
          _____
17        CARRIE A. CAMPBELL,
          NCRA Registered Diplomate Reporter
18        Certified Realtime Reporter
          Notary Public
19        Dated:  March 13, 2020
20
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

```
 1                INSTRUCTIONS TO WITNESS
 2
 3            Please read your deposition over
 4   carefully and make any necessary corrections.
 5   You should state the reason in the
 6   appropriate space on the errata sheet for any
 7   corrections that are made.
 8            After doing so, please sign the
 9   errata sheet and date it.  You are signing
10   same subject to the changes you have noted on
11   the errata sheet, which will be attached to
12   your deposition.
13            It is imperative that you return
14   the original errata sheet to the deposing
15   attorney within thirty (30) days of receipt
16   of the deposition transcript by you.  If you
17   fail to do so, the deposition transcript may
18   be deemed to be accurate and may be used in
19   court.
20
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

1  ACKNOWLEDGMENT OF DEPONENT
2
3
4  I,_____, do hereby certify that I have read the foregoing
5  pages and that the same is a correct transcription of the answers given by me to
6  the questions therein propounded, except for the corrections or changes in form or
7  substance, if any, noted in the attached Errata Sheet.
8
9
10
11
12  _____
    Lorraine Babeu, Ph.D.                DATE
13
14
15  Subscribed and sworn to before me this
16  _____ day of _____, 20 _____.
17  My commission expires: _____
18
19  Notary Public
20
21
22
23
24
25

Confidential - Pursuant to Protective Order

```
 1                    - - - - - - -

                          ERRATA
 2                    - - - - - - -

 3      PAGE    LINE   CHANGE/REASON

 4      ____    ____   _____

 5      ____    ____   _____

 6      ____    ____   _____

 7      ____    ____   _____

 8      ____    ____   _____

 9      ____    ____   _____

10      ____    ____   _____

11      ____    ____   _____

12      ____    ____   _____

13      ____    ____   _____

14      ____    ____   _____

15      ____    ____   _____

16      ____    ____   _____

17      ____    ____   _____

18      ____    ____   _____

19      ____    ____   _____

20      ____    ____   _____

21      ____    ____   _____

22      ____    ____   _____

23      ____    ____   _____

24      ____    ____   _____

25
```

```
 1                        - - - - - - -

                           LAWYER'S NOTES
 2                        - - - - - - -

 3       PAGE    LINE

 4       ____    ____   _____

 5       ____    ____   _____

 6       ____    ____   _____

 7       ____    ____   _____

 8       ____    ____   _____

 9       ____    ____   _____

10       ____    ____   _____

11       ____    ____   _____

12       ____    ____   _____

13       ____    ____   _____

14       ____    ____   _____

15       ____    ____   _____

16       ____    ____   _____

17       ____    ____   _____

18       ____    ____   _____

19       ____    ____   _____

20       ____    ____   _____

21       ____    ____   _____

22       ____    ____   _____

23       ____    ____   _____

24       ____    ____   _____

25
```