# **<u>EXHIBIT X</u>**

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF
 3              FLORIDA, PENSACOLA DIVISION
 4   IN RE 3M COMBAT ARMS      : MDL No. 2885
 5   EARPLUG PRODUCTS          : Civil Action No.:
 6   LIABILITY LITIGATION      : 3:19-md-02885-MCR-GRJ
 7                   --------------------
 8
 9         Deposition of LTC JOHN A. MERKLEY, was
10   taken via videotape on Wednesday, February 26,
11   2020, commencing at 9:09 a.m., at Baltimore
12   Marriott Waterfront Hotel, 700 Aliceanna Street,
13   Baltimore, Maryland, before MICHELE D. LAMBIE,
14   Notary Public.
15                   --------------------
16
17
18
19
20   Reported By:
21          Michele D. Lambie, CSR-RPR
```

1   APPEARANCES:

2         ON BEHALF OF THE PLAINTIFFS:

3      SeegerWeiss LLP.

4            DAVID R. BUCHANAN, ESQUIRE.

5            dbuchanan@seegerweiss.com.

6            MAX KELLY, ESQUIRE.

7            mkelly@seegerweiss.com.

8            (via computer)

9            55 Challenger Road.

10           Ridgefield Park, New Jersey  07660.

11           (212) 584-0713

12

13     Clark, Love & Hutson, PLLC

14           AMANDA HUNT, ESQUIRE.

15           ahunt@triallawfirm.com.

16           440 Louisiana Street.

17           Suite 1600.

18           Houston, Texas  77002.

19           (713) 757-1400

20

21

1  APPEARANCES CONTINUED:

2        ON BEHALF OF THE PLAINTIFFS:

3     Tracey & Fox.

4        LAWRENCE TRACEY, ESQUIRE.

5        ltracey@traceylawfirm.com.

6        4400 Louisiana Street.

7        Suite 1901.

8        Houston, Texas  77002.

9        (800) 925-7216

10

11       ON BEHALF OF THE DEFENDANTS:

12    Kirkland & Ellis LLP.

13       NICHOLAS WASDIN, ESQUIRE.

14       nick.wasdin@kirkland.com.

15       COLE CARTER, ESQUIRE.

16       cole.carter@kirkland.com.

17       300 North LaSalle Street.

18       Chicago, Illinois  60654.

19       (312) 862-7090

20

21

```
 1   APPEARANCES CONTINUED:

 2          ON BEHALF OF LTC JOHN A. MERKLEY:

 3     U.S. Army Legal Services Agency.

 4          MAJOR COLLIN P. EVANS, ESQUIRE.

 5          collin.p.evan2.mil@mail.mil.

 6          9275 Gunston Road.

 7          Suite 3005.

 8          Fort Belvoir, Virginia  22060-5546.

 9          (703) 693-0352

10

11

12     ALSO PRESENT:  Charles Bachmann

13                    Zach Hove

14                    Derek Fox - Videographer

15

16

17

18

19

20

21
```

1    Q.   Let's talk currently first, and then I'll
2   go back in time.
3    A.   Okay.  Currently, I believe USAARL is the
4   only lab that is still capable of doing hearing
5   protection testing.
6    Q.   And then what about in the 1995 to, say,
7   2005 time period?
8    A.   Yeah, I -- I believe ARL and USAARL --
9    Q.   Okay.
10   A.   -- were the two Army facilities.
11   Q.   And ARL is also located at Aberdeen,
12   correct?
13   A.   A -- ARL is located at Aberdeen North, so
14   they're -- they're not on the Edgewood area.
15   Q.   Switching gears a little bit.  Are
16   hearing loss and tinnitus common injuries in the
17   military?
18        MR. BUCHANAN:  Objection to form.
19        THE WITNESS:  Yes.
20   BY MR. WASDIN:
21   Q.   Does the military track the rate of those

1   injuries among service members?
2       A.   Yes.
3       Q.   What percentage of service members
4   experience hearing loss or tinnitus?
5       A.   I -- I don't have those numbers right
6   now.  I -- I -- I just don't know them off the top
7   of my head.
8       Q.   Can you ballpark?
9            MAJOR EVANS:  Don't --
10           MR. BUCHANAN:  Objection.
11           MAJOR EVANS:  Don't ballpark that.
12           THE WITNESS:  Okay.
13           MAJOR EVANS:  No.  You --
14  BY MR. WASDIN:
15      Q.   Why are hearing loss rates or hearing
16  loss and tinnitus rates high among members of the
17  armed forces?
18           MR. BUCHANAN:  Objection to form.
19           THE WITNESS:  Well, I can speculate, but
20  I don't want to speculate.
21           MAJOR EVANS:  He can't speculate.

```
 1              THE WITNESS:  So --
 2              MAJOR EVANS:  He's not authorized to give
 3     opinions.  He can give factual testimony, but not
 4     opinions.
 5     BY MR. WASDIN:
 6        Q.   The Department of Defense requires the
 7     Army to maintain a Hearing Conservation Program,
 8     right?
 9        A.   Correct.
10              (Whereupon, Merkley Deposition Exhibit 1,
11     Department of Defense Instruction, marked for
12     identification.)
13     BY MR. WASDIN:
14        Q.   I'm going to hand you what I have marked
15     as Exhibit 1.  Take a look at Exhibit 1 and tell me
16     if you recognize it.
17        A.   Yes.
18        Q.   What is that document?
19        A.   Well, this is an -- an outdated
20     Department of Defense instruction for the Hearing
21     Conservation Program.
```

```
 1        Q.   You say outdated.  This particular
 2   version is dated April 22, 1996, correct?
 3        A.   Correct.
 4        Q.   This instruction is updated from time to
 5   time, right?
 6        A.   Correct.
 7        Q.   Do you know when the next update after
 8   April of 1996 was?
 9        A.   I -- I believe it was in 2010.
10        Q.   Okay.  So, this was the operative
11   instruction during at least 1996 to 2010?
12        A.   I believe so.
13        Q.   This instruction contains a number of
14   requirements for the Hearing Conservation Program
15   at each of the DoD components, right?
16        A.   Correct.
17        Q.   Including the Army?
18        A.   Yes.
19        Q.   For example, if you turn to page 7 and
20   look at section 6.6, there are requirements for
21   personal hearing protectors, do you see that?
```

1  State of Maryland

2  County of Baltimore, to wit:

3  　　　　I, Michele D. Lambie, a Notary Public of

4  the State of Maryland, County of Baltimore, do

5  hereby certify that the within-named witness

6  personally appeared before me at the time and place

7  herein set out, and after having been duly sworn by

8  me, according to law, was examined by counsel.

9  　　　　I further certify that the examination

10 was recorded stenographically by me and this

11 transcript is a true record of the proceedings.

12 　　　　I further certify that I am not of

13 counsel to any of the parties, nor related to any

14 of the parties, nor in any way interested in the

15 outcome of this action.

16 　　　　As witness my hand and notarial seal this

17 2nd day of March 2020.

18

19 　　　　　　　　　　　　　*Michele D Lambie*

20

21