# EXHIBIT Y

**From:** "Judge David R. Herndon" <dave@herndonresolution.com>
**Date:** July 14, 2020 at 7:36:16 PM CDT
**To:** Bryan Aylstock <BAylstock@awkolaw.com>, "Nomellini, Mark J." <mnomellini@kirkland.com>
**Subject: Plaintiffs deps**
**Reply-To:** "Judge David R. Herndon" <dave@herndonresolution.com>



I received an email from Ms Snead. She has resolved the Hacker record problem.
Please be sure she and Maj Kim get notice of the plaintiffs deps.

Have a great evening.