# **EXHIBIT Z**

From: "Kim, Nicole M MAJ USARMY HQDA OTJAG (USA)" <nicole.m.kim2.mil@mail.mil>
Date: July 16, 2020 at 8:00:34 PM CDT
To: Bryan Aylstock <BAylstock@awkolaw.com>
Cc: "dkreis@awkolaw.com" <dkreis@awkolaw.com>, "shutson@triallawfirm.com" <shutson@triallawfirm.com>, "cseeger (cseeger@seegerweiss.com)" <cseeger@seegerweiss.com>, "dbuchanan@seegerweiss.com" <dbuchanan@seegerweiss.com>, "JHoekstra@awkolaw.com" <JHoekstra@awkolaw.com>, "Brock, Mike" <mike.brock@kirkland.com>, "Jacqueline.Snead@usdoj.gov" <Jacqueline.Snead@usdoj.gov>
Subject: Bellwether Plaintiff Depositions



Good evening Bryan,

I hope all is well.  We have received the notice of deposition of Mr. Lloyd Baker and Mr. Vernon Rowe.  It appears these depositions are going to be in-person depositions.  Unfortunately, I cannot be at the depositions in person.  In order to protect the government's interest, is it possible to set up a way for me to call into the depositions and remain a part of the depositions telephonically?

Additionally, will you provide me the contact information for Mr. Lloyd Baker and Mr. Vernon Rowe or the counsel representing them?  For future bellwether plaintiff depositions, please let me know if you would like me to reach out directly to the person listed on the deposition notice.  I will need to speak with Mr. Lloyd Baker and Mr. Vernon Rowe prior to their respective deposition to determine what official information they possess and ensure we are protecting any privileged or classified information either of them may have.

Thank you. Have a good evening.

v/r

Major Nicole Kim
Judge Advocate, U.S. Army
Litigation Attorney
U.S. Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, VA 22060
Office: (703) 693-1092
Cellphone: (571) 723-1126