# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Northern District of Florida Local Rule 11.1 and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Brett Bustamante respectfully moves this Court for the admission *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in New York, and is not a resident of the State of Florida.

2. Movant has not been admitted to practice in the Northern District of Florida, and is a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York and the Eastern District of New York. A copy of the Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Local Rule 11.1(C) and the Procedures for Admission set by the Clerk's Office, Movant has completed the requirements to appear *pro hac vice* in this Court.

4. On April 30, 2020, Movant completed the Local Rules exam, (Confirmation Number FLND15882798673288), and the required CM/ECF tutorials.

5. Movant has remitted simultaneously with the filing of this motion the required $201.00 registration fee required for special admission.

6. Movant has updated his PACER account to "NextGen."

7. Upon admission, Movant respectfully requests that he be provided notice of Electronic Case Filings to the following email address: bbustamante@napolilaw.com.

8. Movant has not been previously granted admission *pro hac vice* by this Court.

WHEREFORE, Brett Bustamante respectfully requests the Court enter an Order granting his motion to appear *pro hac vice* on behalf of Plaintiff Ashley Pratt and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 23, 2020

*/s/ Brett Bustamante*
Brett Bustamante (NY Bar 5239703)
Napoli Shkolnik PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Fax: (646) 843-7603
Email: bbustamante@napolilaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Appear *Pro Hac* Vice was filed electronically via the CM/ECF system on July 23, 2020 and served electronically on all registered attorneys of record.

                                                */s/ Brett Bustamante*
                                                Brett Bustamante