UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Ashley Pratt v. 3M Company, et al.*<br>Case No. 3:19-cv-01356-MCR-GRJ | Case No. 3:19-md-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brett Bustamante, Esq., of Napoli Shkolnik, PLLC, hereby enters his appearance in the Master Docket and as counsel of record in the individual action transferred to this MDL styled *Pratt v. 3M Company, et al.*, Case No. 3:19-cv-01356-MCR-GRJ. Mr. Bustamante has fulfilled the administrative requirements outlined in Pretrial Order No. 3 (Confirmation No. FLND15882798673288) and his Motion to Appear *Pro Hac Vice* in this MDL has been granted (ECF No. 1276). Counsel respectfully requests that all filings and other papers in the Master Docket of MDL 2885 be served upon him.

Respectfully Submitted,

DATED: July 24, 2020

/s/ *Brett Bustamante*
Brett Bustamante
NAPOLI SHKOLNIK, PLLC
400 W. Broadhollow Road, Suite 305
Melville, NY 11747
(212) 397-1000
BBustamante@NapoliLaw.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2020, a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Brett Bustamante*_____
Brett Bustamante