# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to All Cases | ) Case No. 3:19md2885<br>)<br>)<br>)<br>) Judge M. Casey Rodgers<br>)<br>) Magistrate Judge Gary R. Jones<br>)<br>)<br>) |

## MOTION OF COLE CARTER FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Cole Carter ("Movant") of the law firm Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and to receive Notice of Electronic Filings in this action. In support of this motion Movant states:

1

1. Movant resides in Chicago, Illinois and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of Illinois.

4. A copy of a Certificate of Good Standing from the State Bar of the State of Illinois, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND15953747423584) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7. Movant has updated his PACER account to "NextGen."

8. Upon admission, Cole Carter respectfully requests that he be provided Notice of Electronic Filings to the following email address: cole.carter@kirkland.com.

WHEREFORE, Cole Carter respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and directing the clerk to provide Notice of Electronic Filings to the undersigned.

| | |
|---|---|
| DATED:  July 24, 2020 | By: */s/ Cole Carter* <br> Cole Carter <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL  60654 <br> Tel.: (312) 862-2000 <br> Email: cole.carter@kirkland.com <br><br> *Attorney for Defendants 3M Company, 3M Occupational Safety LLC,  Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 24th day of July, 2020, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED:  July 24, 2020            */s/ Cole Carter*
                                                        Cole Carter