# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, July 27, 2020 7:09 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Monday, July 27, 2020 12:07:50 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/27/2020 at 8:07 AM EDT and filed on 7/27/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 805 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-69) - 1 action(s)** *re: pldg. (1 in CAC/2:20-cv-06110, [800] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/27/2020.**

**Associated Cases: MDL No. 2885, CAC/2:20-cv-06110 (JC)**

| | |
|---|---|
| **Case Name:** | Michael H. Chen et al v. 3M Company et al |
| **Case Number:** | CAC/2:20-cv-06110 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-69) - 1 action(s)** *re: pldg. (1 in CAC/2:20-cv-06110, [800] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 7/27/2020.**

**Associated Cases: MDL No. 2885, CAC/2:20-cv-06110 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**CAC/2:20-cv-06110 Notice has been electronically mailed to:**

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Michael H Chen     mchen@chenlg.com

**CAC/2:20-cv-06110 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/27/2020] [FileNumber=1002304-0]
[6ec34e155130e9ed611fc4edec4703669bbd01010209548aca09345fa740292ad7b5
dd55b8d71ee459c15d41e557c2f93c45851d162e2b1f2ff8badf0783244a]]