# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS | ) Case No. 3:19md2885 |
| EARPLUG PRODUCTS LIABILITY | ) Civil Case No. 3:20cv00195 |
| LITIGATION, | ) |
| | ) |
| | ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) Magistrate Judge Gary R. Jones |
| | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Lindsay A. Lawrence previously of The Lawrence Firm, PSC, is now with the law firm of Rittgers & Rittgers, and hereby enters her appearance as counsel for Plaintiffs, Grady Campbell, Jr. & Lindsay A. Lawrence from the following actions transferred to this Court from the Southern District of Florida: Dufresne-Yidi v. 3M Company, Case No.: 0:19-cv-60739-MGC; Torres v. 3M Company, Case No.: 1:19-cv-21001-RNS; Garcia v. 3M Company; Case No.: 1:19-cv-21005-DPG; Stokes v. 3M Company, Case No.: 2:19-cv-14098-RLR; McDonagh v. 3M Company, Case No. 9:19-cv-80253-DMM. Further, Mrs. Lawrence is attorney of record in this actions transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4). Her new contact information is provided below for all parties hereto. All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted,

/s/ Lindsay A. Lawrence
Lindsay A. Lawrence, Esq. (0085880)
RITTGERS & RITTGERS
12 E Warren Street
Lebanon, OH 45036
(513) 932-2115
(513) 934-2201 – facsimile
lindsay@rittgers.com

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system on July 28, 2020 served electronically on all counsel of record.

                                        /s/ *Lindsay A. Lawrence*
                                        LINDSAY A. LAWRENCE