

**THE LAWRENCE FIRM, PSC**
ATTORNEYS AT LAW

Jennifer L. Lawrence
jenn.lawrence@lawrencefirm.com

Lindsay A. Lawrence
lindsay.lawrence@lawrencefirm.com

July 15, 2020

**VIA EMAIL**
Grady Campbell Jr.
gradybcampbell@gmail.com

RE: *Campbell, et al. v. 3M Company et al.*
TLF File No.: 13993

Dear Grady,

On July 17, 2020, Lindsay Lawrence is leaving The Lawrence Firm, PSC and continuing her law practice as a partner with Rittgers & Rittgers (see www.rittgersinjurylaw.com).

As an existing client of The Lawrence Firm, PSC, you have the right to either (1) remain a client of the firm; (2) follow Lindsay Lawrence to her new firm; or (3) transfer your representation to any other attorney of your choice.

Lindsay Lawrence would like to serve as your attorney. The Lawrence Firm recognizes that Lindsay is the lawyer most familiar with your case and does not object to you following her to Rittgers & Rittgers.

Enclosed is a form for you to sign and send back via email if you elect to follow Lindsay Lawrence to her new firm. Upon the firm's receipt of that form, your file will be promptly transferred in accordance with your wishes. *Because time deadlines may be involved in your case, it is important that you respond soon.*

If an issue arises in your case before your request is received, you will be contacted by either Lindsay Lawrence or an attorney at The Lawrence Firm, PSC to make sure that your interests are protected and your choice of counsel is honored. Please sign the form where indicated and return to our office via email.

Sincerely,
THE LAWRENCE FIRM, P.S.C.

*Jennifer L. Lawrence*
Jennifer L. Lawrence

*Lindsay A. Lawrence*
Lindsay A. Lawrence

JLL/LAL
Encl.

KENTUCKY OFFICE: 606 Philadelphia Street • Covington, KY 41011 • P 859-578-9130 • F 859-578-1032
OHIO OFFICE: 8044 Montgomery Road, Suite 700 • Cincinnati, OH 45236 • P 513-651-4130
TOLL FREE: 800-698-4054 • www.lawrencefirm.com

# **REQUEST FOR TRANSFER**

I hereby request that my current legal files at The Lawrence Firm, PSC

(CHOOSE ONE BY MARKING "X" BESIDE YOUR CHOICE)

_____ REMAIN WITH The Lawrence Firm, PSC

__X__ TRANSFER FILE to Lindsay Lawrence at Rittgers & Rittgers

_____ TRANSFER FILE to the following attorney at the following address:

_____
_____
_____

_____ Signature      Date: __7/15/2020__