# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                        Date:  July 29, 2020
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Fourteenth Case Management Conference**

Attendance of counsel in person, by video and by telephone.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.  Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | United States District Judge | Law Clerks | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | United States Magistrate Judge | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock, Brian Barr, Shelley Hutson, Jennifer Hoekstra, Neil Overholtz and additional counsel by video and phone

**Lead Counsel for Defendants:**   Larry Hill and additional counsel by video and phone
**3M Co. and Aearo**

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:50 am

10:06 am    Court in Session - Introduction of Counsel
            Court addresses the following agenda matters:
- Bellwether discovery and depositions
- Fact discovery
- Order to follow with deadlines

10:31 am    Court in Recess

[Separate minute entry to follow for Science Day scheduled to begin at noon.]