# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                                   Date:  July 29, 2020
In Re:  **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Science Day**

Attendance of counsel in person, by video and by telephone.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.

**PRESENT:**

| **Honorable** | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | United States District Judge | Law Clerks | Deputy Clerk | Court Reporter |
| **Honorable** | **Gary R. Jones** | | | |
| | United States Magistrate Judge | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock & Shelley Hutson (in person), Christopher Seeger (by video) with additional counsel by video and phone

**Lead Counsel for Defendants:**   Larry Hill (in person), Nicholas Wasdin (by video) with additional counsel by video
**3M Co. and Aearo**                     and phone

**PROCEEDINGS:**

**Science Day Presentations:**

12:06 pm   Court in Session - Introduction
                  Court announces there will be no recordings of today's science day hearing

12:15         **Defendants' Experts**:
                  **Dr. Richard Neitzel** (Direct by Nick Wasdin)
1:32           Court (Judges Jones and Rodgers) inquiry; Dr. Neitzel responds
1:42           Court in Recess

1:59           Court in Session
                  **Plaintiffs' Experts:**
                  **Dr. Christopher Spankovich** (Direct by Chris Seeger)
3:40           Court (Judges Jones, Herndon and Rodgers) inquiry; Dr. Spankovich responds
3:50           Court inquiry re: redacting medical records; counsel respond
                  Judges Rodgers and Jones to confer and determine a plan re: medications
4:00 pm    Court in Recess