**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

At the Fourteenth Case Management Conference, held on Wednesday, July 29, 2020, the parties advised the Court that a discovery dispute existed concerning Plaintiffs' request for Defendants to produce seven additional custodial files.  Plaintiffs have submitted a letter brief on this dispute, and Defendants' deadline to submit a response letter brief is today, July 31, 2020.  As discussed at the Case Management Conference, the Court has determined that a telephonic hearing to address this dispute is necessary.

A **telephonic** hearing is scheduled before Magistrate Judge Gary R. Jones on **Tuesday, August 4, 2020, at 1:00 p.m. (Eastern Time)**.  The parties may dial into the conference call up to five minutes before the scheduled start time by calling AT&T Conference Line at 888-684-8852 and

entering access code 4251733#.  When prompted for a security code enter 3696#.

    **DONE AND ORDERED** this 31st day of July 2020.

                                        *s/Gary R. Jones*
                                        GARY R. JONES
                                        United States Magistrate Judge