UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 46**
**Discovery and Pretrial Schedule for Trial Group B, C, and D Cases**

The Court supplements the discovery and trial schedule set forth in Pretrial Orders No. 28 and No. 43, and adopts the following discovery and pre-trial schedule for the initial bellwether cases in Trial Groups B, C, and D.

| | **Group B Due Date** | **Group C Due Date** | **Group D Due Date** |
|---|---|---|---|
| Deadline for Defendants to move to dismiss or file an Amended Answer in response to Plaintiffs' Short Form Complaints, absent leave of Court | Thursday, August 27, 2020 | Thursday, September 10, 2020 | Thursday, September 24, 2020 |
| Completion of depositions of Plaintiffs, subject to timely responses to pending requests served on the U.S. Department of Veterans Affairs, Veterans Benefits Administration, Department of Defense, and Plaintiffs | Friday, September 18, 2020 | Friday, December 4, 2020 | Friday, January 22, 2021 |

|  | **Group B Due Date** | **Group C Due Date** | **Group D Due Date** |
|---|---|---|---|
| Fact discovery close.[1]  Absent leave of Court, the Parties are permitted up to six case-specific depositions per side. | Friday, November 13, 2020 | Friday, February 5, 2021 | Friday, March 12, 2021 |
| Plaintiffs' Fed. R. Civ. P. 26(a)(2) Expert Disclosures (including Reports) due | Friday, November 20, 2020 | Friday, February 12, 2021 | Friday, March 19, 2021 |
| Defendants' Fed. R. Civ. P. 26(a)(2) Expert Disclosures (including Reports) due | Tuesday, December 22, 2020 | Monday, March 15, 2021 | Monday, April 19, 2021 |
| Plaintiffs' Expert Rebuttal reports due | Tuesday, January 12, 2021 | Friday, March 26, 2021 | Friday, April 30, 2021 |
| Depositions of Plaintiffs' and Defendants' Experts Completion Date (Depositions will be phased so that the deposition of Plaintiffs' expert on a particular topic occurs prior to the deposition of Defendants' expert on that same topic) | Friday, February 12, 2021 | Friday, April 30, 2021 | Friday, May 28, 2021 |
| Case-specific *Daubert* and dispositive motions due | Friday, February 19, 2021 | Friday, May 7, 2021 | Friday, June 11, 2021 |

---

[1] Corporate discovery and Government discovery closes on September 1, 2020, subject to resolution of Defendants' Motion to Compel Against the Department of Defense.  The Parties must seek leave of Court for any additional non-case specific corporate or Government discovery beyond this date for Trial Group A, B, C, & D.

|  | **Group B Due Date** | **Group C Due Date** | **Group D Due Date** |
|---|---|---|---|
| Oppositions to case-specific *Daubert* and dispositive motions due | Friday, March 12, 2021 | Friday, May 28, 2021 | Friday, July 2, 2021 |
| Replies in support of case-specific *Daubert* and dispositive motions due | Monday, March 22, 2021 | Monday, June 7, 2021 | Monday, July 12, 2021 |

**SO ORDERED**, on this 31st day of July, 2020

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**