# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS        Case No. 3:19md2885
EARPLUG PRODUCTS        Judge M. Casey Rodgers
LIABILITY LITIGATION        Magistrate Judge Gary R. Jones

This Document Relates to:

Vernon C. Rowe,
7:20-cv-026

## PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

Vernon C. Rowe provides the following initial disclosures:

**Disclosures Pursuant to Rule 26(a)(1)(A)(i)- the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

**RESPONSE:**

Individuals known at this time who are likely to possess discoverable information are as follows:

      **Vernon C. Rowe**                     **Plaintiff**
      c/o
      Roberto Martínez, Esq.
      Francisco R. Maderal, Esq.
      Markus Kamberger
      COLSON HICKS EIDSON, P.A.
      255 Alhambra Circle, Penthouse
      Coral Gables, Florida 33134
      Tel: 305-476-7400
      Fax: 305-476-7444
      bob@colson.com

frank@colson.com
markus@colson.com

Mr. Rowe possesses knowledge regarding his military service in the U.S. Army, instructions in, and use of, the CAEv2 issued by the U.S. Army.  Furthermore, Mr. Rowe possesses knowledge pertaining to his use and exposure to weapons and military vehicles, medical history, medical diagnosis of tinnitus and hearing loss, pain and suffering, injuries and damages.

**Shylah Rowe**                                                    **Wife of Plaintiff**
c/o
Roberto Martínez, Esq.
Francisco R. Maderal, Esq.
Markus Kamberger
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: 305-476-7400
Fax: 305-476-7444
bob@colson.com
frank@colson.com
markus@colson.com

Mrs. Rowe is the spouse of Plaintiff Rowe.  Mrs. Rowe possesses knowledge and information pertaining to Mr. Rowe's medical injuries and pain and suffering.

**3M Company**                                                    **Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**3M Occupational Safety LLC,**                                    **Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mark.nomellini@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**Aearo Technologies, LLC**                                      **Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
 mark.nomellini@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**Aearo Intermediate, LLC**                                      **Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
 mark.nomellini@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**Aearo, LLC**                                              **Defendant**
c/o
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
 mark.nomellini@kirkland.com
*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo Technologies LLC,*
*Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

**Plaintiff further identifies the following individuals and/or medical physicians who may possess knowledge and information pertaining to Plaintiff's hearing loss and/or tinnitus, and knowledge of Plaintiff's weapon exposure, including training and hearing protection.**

| Name | Address/Phone Number | Subject Information |
|---|---|---|
| ■■■■■■■■■■■■■■■■■■■■ | | Hearing loss and/or tinnitus diagnosis |
| | | Hearing loss and/or tinnitus diagnosis |
| | | Served in the Army with Plaintiff and may have knowledge regarding Plaintiff's use of the CAEv2, and other relevant facts and information |
| ■■■■■■■■ | c/o Katherine Cornell, Esq. Pulaski Law Firm kcornell@pulaskilawfirm.com | Served in the Army with Plaintiff and may have knowledge regarding Plaintiff's use of the CAEv2, and other relevant facts and information |
| ■■■■■■ | Contact Information cannot be confirmed by Plaintiff | Served in the Army with Plaintiff and may have knowledge regarding Plaintiff's use of the CAEv2, and other relevant facts and information |
| ■■■■■■■ | Contact Information cannot be confirmed by Plaintiff | Served in the Army with Plaintiff and may have knowledge regarding Plaintiff's use of the CAEv2, and other relevant facts and information |
| ■■■■■■■■ | Contact Information cannot be confirmed by Plaintiff | Served in the Army with Plaintiff and may have knowledge regarding Plaintiff's use of the |

| Name | Address/Phone Number | Subject Information |
|---|---|---|
| | | CAEv2, and other relevant facts and information |
| ███████ | Contact Information cannot be confirmed by Plaintiff | Served in the Army with Plaintiff and may have knowledge regarding Plaintiff's use of the CAEv2, and other relevant facts and information |

**To the best of Plaintiff's knowledge, by and through the discovery conducted thus far by counsel, Plaintiff identifies the following former and/or current employees of Defendants and U.S. Army Personnel who may possess knowledge of relevant facts, information related to the CAEv2, Plaintiff's causes of actions and injuries, or Defendants' defenses.**

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| Adams, Lindsay | N/A | Defendant's Sales and Marketing of CAEv2 |
| ███████████████████████████████████████████ | | |
| Bair, Jeffrey | N/A | Defendant's Sales and Marketing of CAEv2, Instructions and Packaging of CAEv2 |
| ███████████████████████████████████████████ | | |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | ██████ |
| Berger, Elliott | 4/2/2013 (Moldex I); 10/8/2015 (Moldex II); 11/12/2019 (MDL) 11/13/2019 (MDL) 12/10/2019 (MDL) 12/11/2019 (MDL) | Defendant's Audiologist and co-inventor of CAEv2; Testing and Development of the CAEv2, lack of specifications for the CAEv2, Instructions for the CAEv2, interactions between Defendants and military regarding CAEv2 |
| Buccellato, Gina | N/A | Defendant's Technical Director involved in the Design and Testing of CAEv2 |
| Bushman, Julie | 10/20/2015 (Moldex II) | Defendant's Head of Regulatory Affairs; Sales and Marketing of CAEv2 |
| Charton, Daryl | N/A | Defendant's former National Sales Manager with knowledge of the Sales and Marketing of CAEv2 |
| Cheek, Scott | N/A | Defendant's Sr. Marketing Manager with knowledge of the Sales and Marketing of CAEv2 |
| Cimino, Mike | 12/11/2019 (MDL) | Defendant 3M Marketing Manager; Marketing and Sales of the CAEv2 |
| Clingman, John | N/A | Manufacturing and Quality Assurance for CAEv2 |
| ██████ | ██████ | ██████ |
| Colston, Mary | N/A | Defendant's Engineering Support who with knowledge of the Design and Testing of CAEv2 |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| Doty, Marc | N/A | Testing and Development of CAEv2 |
| Dugan, Latricia ("Trisha") | N/A | Defendant's Administrative assistant to Gary Warren |
| Dunn, Christine | N/A | Defendants Graphic Analyst for 3M Personal Safety Division with knowledge of the Instructions and Packaging for the CAEv2 |
| Edwards, Mike | N/A | Defendants Sales and Marketing of CAEv2 |
| Falco, Robert ("Bob") | 2/11/2020 (MDL) 2/12/2020 (MDL) | Defendant's Design Engineer and Co-Inventor of CAEv2, Testing and Development of the CAEv2, Instructions for the CAEv2 |
| Fallon, Eric | N/A | Defendant's Technical Service Specialist with knowledge of the Sales and Marketing of the CAEv2.  Mr. Fallon is also a former military audiologist. |
| Foley, George | N/A | Defendant's former business development manager with knowledge of the Sales and Marketing of CAEv2, Military Procurement of CAEv2 |
| Franks, John R. | 2/17/2016 (Moldex II) | Moldex Audiology and Acoustics Expert with knowledge of Defendant's Defective design of CAEv2 |
| ██████████ | ██████████ | ██████████ |
| Gavin, Frank | 1/29/2020 (MDL) | Defendant's Director of Government Sales; Marketing and Sales of the |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | CAEv2, Military Procurement of CAEv2 |
| Geier, Tom | N/A | Defendant's Head of Federal Government Affairs with knowledge of the Military Procurement of CAEv2 |
| Grannis, Vaughn B. | N/A | Defendant's Global Business Director with knowledge of the Sales and Marketing of CAEv2 |
| Hager, Lee | N/A | Defendant's Hearing Loss Consultant and Hearing Conservationist with knowledge of Defendant's Instructions and Packaging for CAEv2 |
| Hamer, Jeffrey ("Jeff") | 10/17/2015 (Moldex II); 12/18/2019 (MDL) | Defendant's EARcal Lab Supervisor; Testing and Development of the CAEv2 |
| Harrison, Michael ("Mike") | N/A | Defendant's employee with knowledge Sales and Marketing of CAEv2 |
| | | |
| Jones, Jason | N/A | Defendant's Business Manager with knowledge of the Sales and Marketing of CAEv2 |
| Jurney, John | N/A | Defendant's Design and Testing of |

| Person | Deposition Date(s) | Role, Knowledge, Information |
| --- | --- | --- |
| | | CAEv2, Manufacturing and Quality Assurance of CAEv2 |
| Kieper, Ronald W. | 10/9/2015 (Moldex II) 12/19/2019 (MDL) 12/20/2019 (MDL) | Defendant's EARcal Laboratory Acoustic Technician; Testing and Development of the CAEv2 |
| Kladden, Cynthia ("Cyd") | 1/31/2020 (MDL) | Defendant's Technical Secretary; Testing and Development of CAEv2, Instructions for the CAEv2, Labeling of CAEv2 |
| Klun, Robert ("Bob") | N/A | Defendant's R&D Manager with knowledge of Defendant's Testing and Development of CAEv2 |
| Knauer, Richard ("Dick") | 12/17/2019 (MDL) | Defendant's EARcal Laboratory Supervisor; Testing and Development of the CAEv2 |
| ████████ | | |
| Kronzer, Joseph | N/A | Defendant's Global R&D Manager with knowledge of Defendants Testing and Development of CAEv2 |
| ████████ | | |
| Levinson, Eric | 9/30/2015 (Moldex II) | Testing and Development of the CAEv2 |
| Little, Frank | N/A | Defendants former employee with knowledge of Defendant's Sales and Marketing of CAEv2 |
| Madison, Ted | 12/10/2019 (MDL) | Defendant 3M Hearing Technical Specialist; Instructions and Packaging for CAEv2, Testing and Development of CAEv2, Regulations for Hearing |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | Protection Devices |
| Martinez, Rafael | N/A | Defendant's National Sales Supervisor with knowledge of Defendant's Manufacturing and Quality Assurance for CAEv2 |
| McGinley, Brian S. | 4/2/2013 (Moldex I) 12/20/2019 (MDL) | Defendant's Business Director for Hearing Protection; Marketing and Sales of the CAEv2 |
| McNamara, Timothy K. | 3/11/2020 (MDL) | Defendant's Sales Manager for CAEv2 with knowledge of Defendant's Marketing and Sales of the CAEv2 and training on military bases |
| ████████████████ | ████████████████ | ████████████████ |
| Michael, Kevin L. | 10/29/2015 (Moldex II) | Design and Testing of CAEv2 |
| Morris, Rick | N/A | Marketing and Sales of CAEv2 |
| Moses, Doug | 4/4/2013 (Moldex I) 20/21/2015 (Moldex II) 10/17/2019 (MDL) 12/5/2019 (MDL) 12/6/2019 (MDL) | Defendant's CAEv2 Brand Manager; Marketing and Sales of the CAEv2 and Distribution of the CAEv2 |
| Murphy, Peter ("Pete") | 1/29/2020 (MDL) | Vice President of Aearo Consumer and Construction Marketing; Marketing and Sales of the CAEv2 |
| Myers, Brian | 9/29/2015 (Moldex II) 10/18/2019 (MDL) 12/12/2019 (MDL) 12/13/2019 (MDL) | Defendant's CAEv2 Brand Manager; lack of specifications for CAEv2; Instructions and Packaging for the CAEv2; Marketing and Sales of the |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | CAEv2, Testing and Development of the CAEv2 |
| Noblitt, April | N/A | Marketing and Sales of CAEv2, Instructions and Packaging for CAEv2 |
| Nostin, Ann | N/A | Marketing and Sales of the CAEv2 |
| Notter, Ronda E. | N/A | Defendant's Sales Representative and Military Channel Manger with knowledge of Defendant's Marketing and Sales of the CAEv2 |
| Ohlin, Doug | 5/24/2013 (Moldex I) | Civilian Military Audiologist, 3M Consultant; Design and Testing of CAEv2, Marketing and Sales of the CAEv2, Military Procurement of CAEv2 |
| Pawlowski, Walter C. | 10/23/2015 (Moldex II) | Marketing, Sales and Distribution of CAEv2, Military Procurement of CAEv2 |
| Ramirez, Selina | N/A | Manufacturing and Quality Assurance for CAEv2 |
| ████████ | ████ | ████████████ |
| Saleem, Mohammed | N/A | Design and Testing of CAEv2 |
| Salon, Martin ("Marty") | 1/29/2020 (MDL) | Defendant Vice President of Aearo Consumer and Military Sales; Marketing and Sales of the CAEv2 |
| Santoro, Mark | 12/3/2019 (MDL) | Defendant's Brand Manager for |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| | | CAEv2 with knowledge of Defendant's Marketing and Sales of the CAEv2 |
| Savage, David ("Dave") | N/A | Defendant Aearo Technologies former VP of Sales and current Natinoal Channel Manager for Defendant 3M with knowledge of Defendants Sales and Marketing of CAEv2 |
| ████████████████ | | |
| Shaver, Annette | N/A | Instructions and Packaging for CAEv2, Testing and Development of CAEv2 |
| ████████████████ | | |
| Smith, Pegeen | N/A | Defendant's Advanced Technical Service Specialist with knowledge of Defendant's Sales and Marketing of CAEv2, Instructions and Packaging for CAEv2 |
| Spahn, Kevin | N/A | Defendants former Digital Marketing Lead with knowledge of Defendant's Instructions and Packaging for CAEv2 |
| Stergar, Michael ("Mike") | N/A | Design and Testing of CAEv2 |
| Stobbie, Chuck W. | N/A | Defendant's Director of Marketing Technology & Digital Experience with knowledge of Defendants Sales and Marketing of CAEv2 |
| Throndsen, Ron | N/A | Sales and Marketing of CAEv2 |

| Person | Deposition Date(s) | Role, Knowledge, Information |
|---|---|---|
| Todor, Steve | N/A | Testing and Development of CAEv2, Manufacturing and Quality Assurance for CAEv2 |
| Tomson, Tom | N/A | Sales and Marketing of CAEv2 |
| Tremblay, Julie | 12/9/2019 (MDL) | Defendants Head of Regulatory Affairs; Regulations for Hearing Protection Devices, Instructions and Packaging for the CAEv2 |
| Van de Werken, Philip | N/A | Sales and Marketing of CAEv2 |
| Viele, David A. | N/A | Defendant's Global Marketing Manager for Hearing Protection Solutions with knowledge of Defendant's Instructions and Packaging for CAEv2 |
| Warren, D. Garrad ("Gary") | 1/23/2020 (MDL) | President of Aearo North American Safety Products Group; Marketing and Sales of the CAEv2 |
| Wells, Lauraine ("Laurie") | N/A | Regulations for Hearing Protection Devices, Instructions and Packaging for CAEv2 |
| Zielinski, Robert ("Bob") | N/A | Manufacturing and Quality Assurance of CAEv2, Military Procurement of CAEv2 |

**Plaintiff identifies the following employers who may possess information and knowledge pertaining to Plaintiff's training, military history and wages earned.**

Department of Veterans Affairs, Sarasota National Cemetery, and Department of Defense.

Plaintiff has not, at this time, retained any expert he may use at trial to provide testimony.

Plaintiff reserves the right to supplement this response as to the identity of additional individuals with discoverable information through the course of discovery and consistent with Pre-Trial Order No. 43.

Plaintiffs further reserve the right to call any of the listed individuals to testify concerning matters or subjects other than those listed.

**Disclosures Pursuant to Rule 26(a)(1)(A)(ii)- a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiff has in his possession, custody, or control the following categories of documents, electronically stored information, and tangible things that he may use to support his claims or rebut defenses:

1.  Military records;

2.  Photos;

3.  Audiograms;

4.  Riverchase Dermatology medical records;

5.  Sarasota Medical Center medical records;

6.  VA Medical Records;

7.  DOD Touhy records;

8.  Womack Medical Center records;

16

9.    VA Touhy records;

10.    social media content;

11.    cellular phone content; and,

12.    cloud content.

Plaintiff reserves the right to provide supplemental information as it becomes available.

**Disclosures Pursuant to Rule 26(a)(1)(A)(iii) - a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:**

Plaintiff will seek to recover all damages recoverable at law. Plaintiff expects testimony and documentary evidence to show that Plaintiff's hearing loss, tinnitus, and damages are anticipated to worsen through the course of time, consistent with medical and scientific principles supporting the same. Total medical expenses are still pending at this time and those available have been produced to Defendants.

The following sets forth a reasonable calculation of Plaintiff's damages based on the information available to him at this stage of the litigation, which is made without any opinions or conclusions from a qualified expert, and for which Plaintiff reserves all rights to amend this calculation through the course of discovery and/or based upon information, conclusions or otherwise provided by any expert qualified to determine the same:

**DAMAGES:**

**(1) Non-Economic Damages to include pain, suffering, mental anguish, disability, disfigurement and all other non-economic damages allowed under the law = Range from approximately $3,144,000 to approximately $5,240,000**

- Injury Date to Present Date: The first diagnosed injury date, after receiving and using the earplugs, occurred in approximately summer/fall of 2004.

    o From August 1, 2004 to July 20, 2020: **5,832 days**

- Present Date to Life Expectancy: Mr. Rowe was born on ███████. He is currently 37 years old. The average life expectancy for a white (non-Hispanic) male 37 years old is 41.4 years (additional years).[1] Mr. Rowe's anticipated life expectancy is anticipated to live until approximately age 78.5.[2]

    o Subtract 2 years, Mr. Rowe's lifespan is 41.4 years = **Life Expectancy of 15,128 days**.

- Non-Economic Damages from Approximate Date of Injury to Present Calculated at Per Diem Amounts of $150 and $250:

    o **5,832 days x $150=$874,800**

    o **5,832 days x $250= $1,458,000**

- Non-Economic Damages through Life Expectancy Calculated at Per Diem Amounts of $150 and $250:

    o **15,128 days x $150= $2,269,200**

    o **15,128 days x $250= $3,782,000**

- Total Non-Economic Damages = Range from $3,144,000 (@$150/day * 20,960

---

[1] https://www.cdc.gov/nchs/data/nvsr/nvsr68/nvsr68_07-508.pdf
[2] *Id.*

days from injury to estimated death) to $5,240,000 (@ $250/day * 20,960 days from injury to estimated death)

**(2) Punitive Damages = Approximately 10% of 3M's Net Worth**

- Defendants' net north will be the subject of further discovery and/or expert testimony, but at this time based on publicly available information Defendants' estimated net worth approximates **$90,000,000,000.00**

**(3) Future Loss from Diminished Earning Capacity = Approximately $750,000 to approximately $1,000,000**

As indicated above, at this time and based upon a reasonable calculation of the damages available under law and the information that Plaintiff currently possesses, Plaintiff anticipates that he will ask the jury for a total award in excess of $15,000,000.00.

Plaintiff reserves the right to supplement this response as additional documents and information are obtained or discovered.

**Disclosures Pursuant to Rule 26(a)(1)(A)(iv)- for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:  Not applicable to Plaintiff.**

Dated:  July 22, 2020.

Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
E-mail: eservice@colson.com

*/s/ Roberto Martínez*
Roberto Martínez, Esq.
Florida Bar No. 305596
Francisco R. Maderal, Esq.
Florida Bar No. 41481
Markus Kamberger
Florida Bar No. 111566
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: 305-476-7400
Fax: 305-476-7444
bob@colson.com
frank@colson.com
markus@colson.com

*Attorneys for Plaintiffs*

## <u>Certificate of Electronic Service</u>

I hereby certify that on July 22, 2020, I caused a copy of the foregoing to be filed through MDL Discovery, which will serve all counsel of record.

By: <u>s/ Roberto Martínez Esq.</u>
Roberto Martínez, Esq.
bob@colson.com
Markus M. Kamberger, Esq.
markus@colson.com