# Appendix A

## Curriculum Vitae of

## Michael Shahnasarian, Ph.D.

# Michael Shahnasarian, Ph.D.

11019 North Dale Mabry Highway
Tampa, Florida   33618
Office: (813) 265 - 9262
Fax: (813) 265 - 4226        shahnasa@aol.com
Web: careerconsultantsofamerica.com

## Education

Ph.D.        *Counseling Psychology and Human Systems*, Florida State University, 1985.
Internship: Curricular-Career Information Service, Tallahassee, Florida, 1983 – 1985.

Scholarship to pursue research in computer-assisted career guidance systems funded by the W. K. Kellogg Foundation.

MS          *Psychology*, Texas A&M University, 1981.
Internship: Killeen Center for Mental Health/Mental Retardation, Killeen, Texas, 1980.

BA          *Psychology*, Indiana University, 1979.
Psi Chi National Honor Society in Psychology

Postdoctoral supervision in rehabilitation psychology, University of Wisconsin – Milwaukee, 1996.

More than 3,000 hours of continuing professional education concentrating in career development, vocational psychology, vocational rehabilitation, life care planning, and organizational behavior.

## Licenses/Certifications

*Licensed Psychologist* (State of Florida), Agency for Health Care Administration, PY 5644

*Licensed Mental Health Counselor* (State of Florida), Department of Business and Professional Regulation,  MH 1447

*Certified Rehabilitation Counselor*, The Commission on Rehabilitation Counselor Certification, #3701

*Certified Life Care Planner*, Commission on Health Care Certification, #258

*Certified Vocational Evaluator*, The Commission on Rehabilitation Counselor Certification, #58360

*Nationally Certified Career Counselor (Board Emeritus)*, National Council for Credentialing of Career Counselors, #703

*National Certified Counselor (Board Emeritus)*, National Board for Certified Counselors, Inc., #11588

## Professional Experience

**Career Consultants of America, Inc.**, Tampa, Florida (1985 – present).

*President*

> Direct all operations and service delivery in a practice specializing in career guidance, vocational rehabilitation, human resources consulting, and life care planning (adult and pediatric). The practice is an approved postgraduate internship/residency site and has provided practice and supervision opportunities for master's and doctoral level students in preparation for licensing (mental health and psychology) and professional certification (rehabilitation counselor, vocational evaluator, life care planner).

> Consulting/contract engagements have included:

> - Vocational Rehabilitation/Rehabilitation Psychology Consultation and Expert Witness, Circuit Court and Federal Cases. Retained by attorneys to render expert opinions in cases related to personal injury, workers' compensation, employment law, family law, medical malpractice, maritime law, product liability, and the Americans with Disabilities Act.

> - Vocational Expert, U.S. Department of Health and Human Services.

> - Vocational Rehabilitation Service Provider, Project NetWork, Social Security Administration. Provide vocational rehabilitation services to people with disabilities.

> - Contracts for outplacement assistance, consultation on the Americans with Disabilities Act, employee selection, spouse career transition assistance, and other human resources functions with the following corporations: Adco Holdings, All Star Bleacher's, Astra Merck, AT&T, Barnett Banks, Capital Formation, Cemex, Chase Manhattan Bank, Charles Schwab, DAMASCO Steel, Doosan Hydro Technology, Dynaflair Corporation, Empire Bank of America, E-Systems, Fi Serv, Florida Power and Light, Florida Tile Corporation, Gerdau Ameristeel Corporation, Goodyear, GTE, Hillsborough

County Property Appraiser's Office, Honeywell, Intermedia Communications, Kash n' Karry, Mallenkrodt Medical, Marcborough Florida, Maritrans, Martin Marietta, Moffitt Cancer Center, Operation PAR, OPUS South Corporation, Price Waterhouse, Resolution Trust Corporation, Rex Meighen and Company, Schneider's Dental Laboratory, Snelling International, Seald-Sweet Growers, Southdown Corporation, Southwestern Suppliers, The Southern Company, Southwest Florida Water Management District, Sun Bank, the University of South Florida, and *The St. Petersburg Times*.

- Management Development Consultant, Arthur Andersen & Co., Andersen Consulting, and Accenture. Instruction of approximately 30 courses to mid and senior level managers on advanced organizational behavior topics, and business consulting. Instructed over 10,000 managers in 40 different North American offices.

**Investment Services for America Corporation**, Subsidiary of Kemper Financial Services, Tampa, Florida (1985 – 1987).

*Industrial Psychologist and Manager, Program Development*

Developed and directed all personnel selection and assessment operations for a firm operating in 41 states and employing approximately 2,200 people. Also, managed a department responsible for conducting needs analyses; designing, developing, pilot testing and refining multimedia (computer, videotape, audiotape, and slide) training productions; and developing and conducting career development training.

**W. K. Kellogg Foundation**, International foundation established to promote adult career development, Tallahassee, Florida (1983 – 1985).

*Research Associate*

Member of a four-person research team selected to perform comparative analyses of two leading computer-assisted career guidance systems (including considerations for clients with disabilities) and provide career counseling services to more than 2,000 clients. Coauthored eight technical reports, four articles in refereed journals, a monograph, and made five presentations at state and national conventions.

**Joliet Correctional Center**, Maximum security prison, Joliet, Illinois (1981 – 1982).

*Correctional Counselor*

> Provided vocational rehabilitation services to 90 inmates.  Other responsibilities included serving on the prison's work assignment and disciplinary committees.

## University Appointments

*Courtesy Faculty Member*, Department of Rehabilitation and Mental Health Counseling, University of South Florida, March 2020 – present.

*Affiliated Professor*, Psychological Services in Education, Florida State University, 1995 – present.

*Clinical Assistant Professor*, Department of Neurology, College of Medicine, University of South Florida, 1998 – present (inactive during recent years).

*Adjunct Psychologist*, Counseling Center for Human Development, University of South Florida, 1988 – present (inactive during recent years).

## Hospital Privileges

Advent Health Tampa (formerly known as Florida Hospital – Tampa Bay Division, and University Community Hospital), Tampa, Florida, 2009 – present.

Memorial Hospital of Tampa, Tampa, Florida, 1999 – 2018.

## Professional Recognition

### Fellow Appointments

> *Fellow*, American Psychological Association, 2015

> *Fellow,* International Academy of Life Care Planners, 2007.

> *Fellow,* National Career Development Association, 2002.

**Awards/Recognition**

*Ellis Island Medal of Honor*, Ellis Island Honor Society, 2020.

*Excellence in Media Award* (for publication of *Justice Indicted*), National Rehabilitation Association, 2016.

*President's Commendation*, International Association of Rehabilitation Professionals, 2016.

*Godfather of the Cross, Blessing of Water Service,* St. Hagop Armenian Church, 2016.

*Psychological and Brain Sciences Distinguished Alumni Award,* Department of Psychological and Brain Sciences, Indiana University, 2015.

*Honorable Mention, Vocational Rehabilitation Specialist,* Dorland Health People Awards, 2011.

*Health Care Hero,* Medical Professional, Non-Physician Category, *Tampa Bay Business Journal,* 2009

*The W. F. Faulkes Award*, National Rehabilitation Association, 2005.

*Outstanding Career Practitioner Award,* National Career Development Association, 2002.

*Rehabilitation Counselor of the Year*, American Rehabilitation Counselor Association, 1998.

*Merit Award*, National Career Development Association, 1996.

*Outstanding Graduate in Psychology for the Silver Anniversary of the College of Liberal Arts*, Texas A&M University, 1995.

*Business and Industry Award,* Florida Career Development Association, 1992.

*Outstanding Alumni Award (Business and Industry)*, College of Education, Florida State University, 1990.

*Human Resource Development Professional of the Year*, 1989, by Region IX of the American Society for Training and Development (now known as the Association for Talent Development), which included more than 20,000 human resources development professionals from Florida, Georgia, Alabama, and Mississippi.

*Presidential Citation* for achievements as President of the Tampa Bay Rotary Club, 1993.

Presented the *Chapter Excellence Award* (an award presented to less than 10% of the chapters nationally) as President of the 530-member Suncoast Chapter of the American Society for Training and Development, 1991.

*Paul Harris Fellow,* presented by the Tampa Bay Rotary Club, 1990.

*Up & Comer of the Year (1988),* presented by Price Waterhouse and the *Tampa Bay Business Journal* (annual award given to an emerging business leader in the Tampa Bay area).

*Member of the Year (1987 – 1988)*, presented by the Tampa Bay Rotary Club.


## Leadership in Professional and Community Organizations

Member, Fellows Committee, The Society of Counseling Psychology (Division 17), American Psychological Association, 2016 – 2018.

Member, Parish Council, St. Hagop Armenian Church, Pinellas Park, Florida, 2013 – present; Chairman, 2015 – 2019; appointed to Diocesan Membership Review Committee, 2017 – present.

Member, Commission on Credentialing, National Career Development Association, 2007 – present (inactive during recent years).

Chair, Special Olympics Area Summer Games, Jesuit High School Coordinator, 2005 and 2006; Cochair of 2004 Games.

Appointed by Governor Lawton Chiles to the State of Florida Rehabilitation Council, reappointed by Governor Jeb Bush, 1998 – 2002.  Chair, Evaluation Committee, 2001 – 2002.

Member, Board of Directors, Career Development Leadership Alliance, 2001 – present (inactive during recent years).

Member, National Campaign Committee for the Campaign for Florida State University, 2001 – 2005.

Member, Board of Directors, The Samaritan Counseling Center of Tampa, Inc., 1999.

President, National Career Development Association, 1997 – 1998.  Member of Board of Directors 1996 – 1999.

Sr. Warden, St. Mark's Episcopal Church, Tampa, 1998 – 1999.  Member of the Bishop's Committee (Vestry), 1996 – 1999.  Chair, Capital Development Committee, 2003.  Lector, 1998 – 2015.

Florida Gulf Coast Chapter of the National Multiple Sclerosis Society ($650,000 charitable organization serving an 11-county area), Chairman Emeritus, 1996 – 1997; Chairman, 1993 – 1995; Vice Chair, 1992 – 1993; Secretary, 1991 – 1992. Board of Trustees, 1990 – 1997.

Member, Board of Directors (Career Academy Director), National Board for Certified Counselors, 1994 – 1996.  Committee Assignments: Ethics, Appeals.

Promotions Chairman, 1997 Convention of the National Career Development Association, Daytona Beach, Florida.

Suncoast Chapter of the American Society for Training and Development (500-member professional organization of training professionals in business and industry): President, 1990; President-elect, 1989; Vice President of Programs, 1988; Board of Directors, 1988 – 1991.

National Chairperson, Business  and Industry Special Interest Group, National Career Development Association, 1991 – 1995.

Member, National Executive Board of Directors, Career Development Professional Practice Area of the American Society for Training and Development, 1993.

Board of Directors, International Trade Council, Greater Tampa Chamber of Commerce, 1993.

Leadership Tampa, Greater Tampa Chamber of Commerce, Class of 1992.

Tampa Bay Rotary Club, President, 1992 – 1993; Secretary, 1991 – 1992; and Member, Board of Directors, 1989 – 1993.

Member, Regional Council, Region IX of the American Society for Training and Development, 1990.

Advisory Board Member, Job Development Program, Centre for Women, Tampa, Florida, 1989 – 1993.

Member, National Ethics Committee, National Career Development Association, 1987 – 1992.

Project Business Instructor, Junior Achievement of Greater Tampa Bay, 1987 – 1988.

## Media Experience

Career Development Columnist, *USA TODAY* Online Career Center Web site, 1998 – 2003.  The Web site received an average of 100,000,000 hits and 7,000,000 page views per day (largest general interest Web site in the United States: *careers.usatoday.com*) and served as the careers section for 80 *Gannett*-owned newspaper Web sites.  Also participated in surveys, live chats, and radio interviews.

Interviewed as an expert on national career development trends by several international publications including *Business Week* (July 1991), *National Business Employment Weekly*, a publication of the *Wall Street Journal* (July 1992, May 2006), *Money Magazine* (November 1990), *Cosmopolitan* (June 1990), *Mademoiselle* (January 1996), *Industry Week* (April 1996), *Redbook Magazine* (September 1996), *New Choices Magazine* (October 1996), *Fortune Magazine* (March 1997, July 1997), *Christian Science Monitor* (September 1997, March 2006), *Newsweek* (November 1997), *Achieve Magazine* (September 1998), *Occupational Outlook Quarterly* (Fall 1998), *Diversity* (April 1999), *The Washington Times* (June 2000), Consulted as a career development and labor market expert by *Readers' Digest, Self Magazine, Money Magazine, Weekly Toyo Keizai, USA Today, US News and World Report,* and *The Wall Street Journal.*

More than 30 television and radio interviews addressing topics associated with the Tampa Bay labor market and issues of career changers, including appearances on *National Public Radio, Pulse Plus, Live at 5, Suncoast Business Journal, Channel 8 News, Murphy in the Morning, 8 On Your Side, Channel 13 News, Channel 44 News, WCIU, and Baywinds.*  Consultant to *Prime Time Live* (ABC News, March 1996) and *Dateline NBC* (November 1997).

8

## Publications

Shahnasarian, M. (in press, 2020). Implications of the coronavirus pandemic for vocational expert assessments: A preliminary analysis. *The Rehabilitation Professional*.

Shahnasarian, M., & Hilby, D. A. (2020). Use of the earning capacity assessment form – 2 (ECAF-2) in young adult cases: An overview and case study. *The Rehabilitation Professional, 28* (1), 15–26.

Shahnasarian, M. (2017). Eliciting rehabilitation recommendations during forensic life care plan consultations. *Journal of Life Care Planning, 15* (2), 13–19.

Shahnasarian, M. (2015). *Assessment of Earning Capacity (4th ed.).* Tucson, AZ: Lawyers & Judges Publishing Company, Inc.

Shahnasarian, M. (2015). Insights into the international association of life care planning fellow program: Questions and answers from program developers. *Journal of Life Care Planning, 13* (4), 21–25.

Shahnasarian, M. (2014). Consultation in litigation. In P. J. Hartung, M. L. Savicas & W. B. Walsh (Eds.), *APA Handbook of Career Intervention*. Washington, DC: American Psychological Association.

Shahnasarian, M. (2014). Portfolio careers: Reactions from a past NCDA president and private practitioner. *Career Developments, 30* (2), 25.

Shahnasarian, M., & Hill, A. M. (2014). The earning capacity assessment form – 2: A status report. *The Rehabilitation Professional, 22* (3), 195–202.

Shahnasarian, M. (2013). *Justice indicted*. Johnson City, TN: Overmountain Press.

Shahnasarian, M. (2012). *A claimant's guide to understanding and presenting injury damages: A damages expert's perspective.* Chicago: American Bar Association.

Shahnasarian, M. (2011). *Assessment of earning capacity (3rd ed.).* Tucson, AZ: Lawyers & Judges Publishing Company, Inc.

Shahnasarian, M. (2010). Earning capacity assessment: Operationalizing a theory. *Forensic Rehabilitation and Economics, 3* (2), 111–123.

Shahnasarian, M. (2010). *Professional manual for the earning capacity assessment form – 2.* Tampa: Psychological Assessment Resources, Inc.

9

Shahnasarian, M. (2010).   *The earning capacity assessment form – 2*.   Tampa: Psychological Assessment Resources, Inc.

Shahnasarian, M., Leitten, C. L., & Tremp, R. P. (2010). The earning capacity assessment form – 2: An exploratory study of its inter-rater reliability.   *The Rehabilitation Professional, 18* (4), 213–218.

Shahnasarian, M.   (2009).   Perceptions of plaintiff or defense retention source as a confounding variable in the assessment of earning capacity claims: A reliability study of the earning capacity assessment form.   *Estimating Earning Capacity, 2* (1), 85–98.

Shahnasarian, M. (2009).   Providing career guidance during troubled economic times.   *Career Developments, 25* (4), 5–9.

Shahnasarian, M. (2009).   The earning capacity assessment form: An exploratory study to assess the feasibility of establishing cut-off scores to determine impairment to earning capacity ratings.   *Estimating Earning Capacity, 2* (1), 43–60.

Shahnasarian, M. (2009).   The litigation process and the truth: Meditations of a forensic expert.   *The Rehabilitation Professional, 17*, 207–209.

Shahnasarian, M. (2009).   Video recordings in forensic examinations.   *The Rehabilitation Professional, 17*, 175–183.

Shahnasarian, M., & Leitten, C. L. (2009). The earning capacity assessment form: An exploratory study to assess the feasibility of establishing cut-off scores to determine impairment to earning capacity ratings.   *The Rehabilitation Professional, 17* (2), 85–96.

Shahnasarian, M. (2008).   A review of recent, circulated publications on earning capacity assessment.   *The Rehabilitation Professional, 16,* 39–42.

Shahnasarian, M.   (2008).   Expert witness specialization: A professional development opportunity.   *Career Developments*, *24* (4), 14–15.

Shahnasarian, M. (2008).   Private practice career counseling.   In T. L. F. Leong (Ed.), *The Encyclopedia of Counseling*.   Thousand Oaks, CA: SAGE Publications.

Shahnasarian, M., & Leitten, C. L.   (2008).   A longitudinal study of claimants' return to work and related factors.   *Estimating Earning Capacity*, *1*, 123–130.

Shahnasarian, M., & Leitten, C. L.   (2008).   The earning capacity assessment form: A study of its reliability.   *The Rehabilitation Professional*, *16*, 71 – 82.

Shahnasarian, M. (2007).   Use of the earning capacity assessment form in forensic vocational rehabilitation evaluations.   In *Directions in Rehabilitation Counseling, 18*, 19–34.  Long Island City, NY: The Hatherleigh Company.

Shahnasarian, M. (2007).  Vocational evaluations: Facilitative input in rehabilitative and periodic alimony decisions.   *The Florida Bar Family Law Section Commentator, 23*, 27–28.

Shahnasarian, M. (2006).   *Decision time: A guide to career enhancement (3rd ed.)*.  Alexandria, VA: National Career Development Association.

Shahnasarian, M. (2006).  Do you have an exit plan?  In S. Gelardin (Ed.), *Starting and growing a business in the new economy* (pp. 59–61).  Alexandria, VA: National Career Development Association.

Shahnasarian, M. (2006).  Holland's theory of vocational choice.  In J. H. Greenhaus & G. A. Callahan (Eds.) *The encyclopedia of career development* (pp. 352–346).  Thousand Oaks, CA: SAGE Publications.

Shahnasarian, M., Kaiser-Ulrey, C., & Lassiter, D. (2006).   The MMPI-2 and other personality measures in forensic vocational assessment.   *The Rehabilitation Professional*, *14* (2), 39–46.

Shahnasarian, M., & Leitten, C. L. (2006).  The earning capacity assessment form: An exploratory factor analysis.  *The Rehabilitation Professional, 14*, 39–45.

Shahnasarian, M. (2004). *Assessment of earning capacity (2nd ed.)*.  Tucson, AZ: Lawyers & Judges Publishing Company, Inc.

Shahnasarian, M. (2004).  Front pay damage assessment: A summary of vocational and psychological considerations.  *Journal of Forensic Economics*, *16*, 177–184.

Shahnasarian, M. (2004).  The clinical interview in vocational rehabilitation assessment.  In *Directions in Rehabilitation Counseling*, *15*, 109–118.  Long Island City, NY: The Hatherleigh Company.

Shahnasarian, M. (2004).  *The earning capacity assessment form*.  Athens, GA: Elliott & Fitzpatrick.

Shahnasarian, M. (2004).  The earning capacity assessment form: An introduction and study of its efficacy.  *The Rehabilitation Professional, 12,* 41–53.

Shahnasarian, M. (2003).  Methodological considerations and factor analysis in earning capacity assessment.  In *Directions in Rehabilitation Counseling, 14*, 35–43.  Long Island City, NY: The Hatherleigh Company.

Shahnasarian, M. (2002).  The rehabilitation counselor as forensic expert, life care planner, and case manager in catastrophic disability: A case illustration.  *Journal of Applied Rehabilitation Counseling*, *33* (4), 5–9.

Shahnasarian, M. (2002).  Tomokazu: The case of the recovering CPA.  In S. Niles, J. Goodman, & M. Pope (Eds.), *Casebook for Career Development*, (pp. 206–209).  Alexandria, VA: National Career Development Association.

Shahnasarian, M., & Lassiter, D. (2002).  Attorney perceptions of vocational evaluation methodologies.  *The Rehabilitation Professional*, *10* (1), 38–44.

Shahnasarian, M. (2001).  *Assessment of earning capacity.*  Tucson, AZ: Lawyers & Judges Publishing Company, Inc.

Shahnasarian, M. (2001).  Career rehabilitation: Integration of vocational rehabilitation and career development in the twenty-first century.  *The Career Development Quarterly, 49* (3), 275–283.

Shahnasarian, M. (2001).  Introduction to the commemorative issue.  *The Career Development Quarterly, 49* (3), 195.

Herr, E. L., & Shahnasarian, M. (2001).  Selected milestones in the evolution of career development practices in the twentieth century.  *The Career Development Quarterly, 49* (3), 225–232.

Shahnasarian, M. (1997).  The case of Jessica: A business and industry perspective.  *The Career Development Quarterly, 46,* 161–166.

Shahnasarian, M. (Ed.). (1996).  *Use of the self-directed search and other Holland-based products in business and industry*.  Tampa: Psychological Assessment Resources, Inc.

Shahnasarian, M. (1995).  Career development in the workplace.  In L. Bernier-Clarke (Ed.), *Selected activities for National Career Development Month: A celebration of work*, Alexandria, VA: National Career Development Association.

Shahnasarian, M. (1994).  *Decision time: A guide to career enhancement*. Tampa: Psychological Assessment Resources, Inc.  (Note: this book was translated into Italian in 2003 by Organizzazioni Speciali in Florence, Italy, and is titled *Il Lavoro Per Me: Guida In Sei Tappe a una Strategia Professionale Vincente*).

Shahnasarian, M. (1993).  How fast trackers find jobs.  *Suncoast Training Journal, 3,* 17–19.

Shahnasarian, M. (1992).  An ADA checklist.  *Training and Development Magazine, 46,* 14–15.

Shahnasarian, M. (1992).  Career development after professional football.  *Journal of Career Development, 18,* 299–304.

Shahnasarian, M. (1992).  Professional private practice marketing considerations.  In A. A. Hafer (Ed.), *The nuts and bolts of private practice career counseling*, Alexandria, VA: National Career Development Association.

Peterson, G. W., Ryan-Jones, R. E., Sampson, Jr., J. P., Reardon, R. C., & Shahnasarian, M. (1992).  A comparison of the effectiveness of three computer assisted career guidance systems: DISCOVER, SIGI, and SIGI Plus. *Computers in Human Behavior.*

Sampson, Jr., J. P., Peterson, G. W., Reardon, R. C., Lenz, J. G., Shahnasarian, M., & Ryan-Jones, R. E. (1992).  The social influence of two computer-assisted career guidance systems: DISCOVER and SIGI. *The Career Development Quarterly, 41,* 75–83.

Reardon, R. C., Peterson, G. W., Sampson, Jr., J. P., Ryan-Jones, R. E., & Shahnasarian, M. (1992).  A comparative analysis of the impact of SIGI and SIGI PLUS.  *Journal of Career Development, 19.*

Shahnasarian, M. (1991).  Introduction to special issue.  *Journal of Career Development, 17,* 237–239.

Shahnasarian, M. (1991).  Job relocation and the trailing spouse. *Journal of Career Development, 17,* 179–184.

Shahnasarian, M. (1990).  Get a job.  *Training and Development Journal, 44,* 15–18.

Shahnasarian, M. (1990).  *The source to Tampa Bay employers*. Tampa: Author.

Shahnasarian, M. (1989).  A look at the psychology of the relocated spouse.  *Mobility, 10,* 55–58.

Shahnasarian, M., & Peterson, G. W. (1988).  The effect of a prior cognitive structuring intervention with computer-assisted career guidance.  *Computers in Human Behavior, 4,* 125–131.

Sampson, Jr., J. P., Shahnasarian, M., & Reardon, R. C. (1988).  Factors influencing the use of DISCOVER and SIGI. *Journal of Career Development, 15,* 75–86.

Shahnasarian, M. (Fall 1987).  Career development: Fast times at Ridgemont High. *ASTD Career Development*, pp. 1, 5.

Shahnasarian, M. (1987).  Computer-assisted career guidance: Finding the corporate niche.  *Journal of Career Planning and Adult Development, 3,* 27–30.

Shahnasarian, M. (1987).  Developing staff careers.  *Journal of Accountancy, 163,* 136–138.

Shahnasarian, M. (1987).   Training away workplace problems.   *Training and Development Journal, 41,* 18.

Shahnasarian, M., & McCluskey, T. J. (1987). Targeting super sales people.  *Bottom Line Magazine, 4,* 51–56.

Sampson, Jr., J. P., Shahnasarian, M., & Reardon, R. C. (1987).  Computer-assisted career guidance: A national perspective on the use of DISCOVER and SIGI. *Journal of Counseling and Development, 65,* 416–419.

Shahnasarian, M. (1986).  *Making career decisions*.  Tampa: Author.

Shahnasarian, M. (1986).  Use of a computer assisted career guidance system with prior schematic cognitive structuring (Doctoral dissertation, Florida State University, 1985).  *Dissertation Abstracts International, 46,* 2977-A.

Sampson, Jr., J. P., Shahnasarian, M., & Reardon, R. C. (1985).  *A national survey of the use of DISCOVER and SIGI: Technical Report No. 1.* Tallahassee, FL: Florida State University. (ERIC Document  Reproduction Service No. ED 256 905).

Reardon, R. C., Shahnasarian, M., Maddox, E. N., & Sampson, Jr., J. P. (1984). Computers and student services. *Journal of Counseling and Development, 3,* 180–183.

Sampson, Jr., J. P., Shahnasarian, M., & Maddox, E. N. (1984).  *Implementing computer assisted guidance systems and other computer applications for adult users* (NIE Contract No. 400 - 83 - 0014). Ann Arbor, MI: ERIC CAPS Clearinghouse. (ERIC Document Reproduction Service No. ED 245 182).

Shahnasarian, M. (1981).  *The effect of handwriting as a cue selection variable in paired-associate learning.  Master's thesis*, Texas A&M University, College Station, TX.

## Editorial Experience

Editorial Board Member, *Journal of Life Care Planning*, 2015 – present.

Editorial Board Member, *The Rehabilitation Professional*, 2004 – present.

Editorial Board Member, *Journal of Applied Rehabilitation Counseling*, 2002 – present.

Contributing Editor, *Journal of Forensic Rehabilitation Research*, 2011 – 2014.

Editorial Board Member, *Estimating Earning Capacity*, 2008 – 2014.

Editorial Board Member, *The Career Development Quarterly*, 2004 – 2010.

Guest Editor, *The Career Development Quarterly*, Year 2000 Commemorative Issue of the National Career Development Association (March 2001).

Editorial Board Member, *Journal of Counseling and Development*, 1994 – 1997.

Editorial Board Member, *The Journal of Career Development*, 1994 – 1997.

Ad Hoc Reviewer, *Assessment in Rehabilitation and Exceptionality*, 1994.

Guest Editor, Special Issue of the *Journal of Career Development* on the career needs of relocated spouses, 1991, Volume 17, Number 4.

Field Reviewer, *Computers in Human Behavior* (publication of the American Psychological Association), 1989 – 1994.

Field Reviewer, Media Committee, National Career Development Association, 1993 – 1998.

Ad Hoc Reviewer, *Journal of Counseling and Development* (publication of the American Association for Counseling and Development), 1989 – 1994.

Editorial Board Member, *The Vocational Expert,* American Board of Vocational Experts, 1991 – 1992.

Member of Professional Expert Panel for the Pool of Items of the *Employee Assistance Inventory* (EAP-I). Psychological Assessment Resources, Inc., Odessa, Florida, 1991.

Media Referral Spokesperson on topics related to vocational rehabilitation and career development, American Psychological Association, 1995 – present.

Member, Delphi Study Panel of Experientially-Oriented Training Professionals, Project funded by the Southern Business Administration Association Research Award, 1992.

Consultative Reviewer of proposals for  books, tests, and computer applications related to workplace issues submitted for publication consideration to Psychological Assessment Resources, Inc., 1993 – present.

## Convention and Conference Programs

Shahnasarian, M. & Hilby, D. A. (March 2020). *Optimizing contributor input in life care plan development.* Program presented at the annual conference of the American Board of Vocational Experts, Tampa, FL.

Shahnasarian, M. (August 2016). Fellow address. Program presented at the annual convention of the American Psychological Association, Denver, CO.

Shahnasarian, M. (November 2014). *Making your assessments of earning capacity more robust with the ECAF-2.* Program presented at the annual conference of the International Association of Rehabilitation Professionals, San Diego, CA.

Shahnasarian, M. (March 2011). *Assessing medical aspects of rehabilitation with the earning capacity assessment form – 2 (ECAF-2).* Program presented at the annual meeting of the American Board of Vocational Experts, Orlando, FL.

Shahnasarian, M. (October 2010).  *Al dia siguiente.* Programs presented at the Por la Via Por la Vida annual meetings in Medellin and Bogota, Colombia.

Shahnasarian, M. (July 2010).  *Applying career development expertise in forensic settings.*  Program presented at the annual meeting of the National Career Development Association, San Francisco, CA.

Shahnasarian, M. (April 2010).  *Refining your analyses of loss of earning capacity claims with the earning capacity assessment form – 2 (ECAF-2): Supporting research and applications.*  Program presented at the annual meeting of Florida Chapter of International Association of Rehabilitation Professionals, Orlando, FL.

Shahnasarian, M. (May 2009). *The earning capacity assessment form (ECAF): Validity, reliability, and other concerns in the valuation of claims of loss of earning capacity.* Program presented at the annual meeting of the Nebraska Chapter of the International Association of Rehabilitation Professionals, Omaha, NE.

Shahnasarian, M.  (July 2008).  *Using decision time: A guide to career enhancement to facilitate clients' career decision-making and planning.*  Program presented at the annual meeting of the National Career Development Association, Washington, DC.

Shahnasarian, M. (November 2007).  *The earning capacity assessment form (ECAF): Its construction, use, and validation.*  Program presented at the annual meeting of the American Rehabilitation Counseling Association, Tampa, FL.

Shahnasarian, M. (June 2005).   *Career counselors in forensic settings*.   Program presented at the annual meeting of the National Career Development Association, Orlando, FL.

Shahnasarian, M. (November 2004).  *The earning capacity assessment form*.  Program presented at the annual forensic conference of the International Association of Rehabilitation Professionals, San Antonio, TX.

Shahnasarian, M. (July 2002).   *Vocational assessment in forensic settings*.   Program presented at the annual meeting of the National Career Development Association, Chicago, IL.

Shahnasarian, M. (November 1997).  *Reshaping career development for the twenty-first century*.  Program presented at the Mid-Atlantic Conference on Networking for Career Development, Baltimore, MD.

Shahnasarian, M. (October 1996). *Career development in a changing work environment.* Program presented at the annual Mid-Atlantic Conference on Networking for Career Development, Wilmington, DE.

Shahnasarian, M. (July 1995). *NBCC Career Academy*.  Program presented at the biannual meeting of the National Career Development Association, San Francisco, CA.

Karpati, F. S., Daigley J., & Shahnasarian, M. (April 1994). *Facilitating the cross-cultural transfer and adjustment of global managers and their families*.  Program presented at the annual meeting of the American Counseling Association, Minneapolis, MN.

Major, J., Shahnasarian, M., & Smith, J. R. (May 1993).  *Taking a hard look at the soft issues*.   Program presented at the annual Employee Relocation Council Conference, Orlando, FL.

Smith, J., & Shahnasarian, M. (March 1993).   *New visions in employment assistance: Domestic strategies, international assistance*.  Program presented at the annual meeting of the American Counseling Association, Atlanta, GA.

Shahnasarian, M. (March 1992).  *Advanced outplacement strategies that work*.  Program presented at the annual meeting of the American Association for Counseling and Development, Baltimore, MD.

Shahnasarian, M., & Kahnweiler, J. (January 1992). *Dual career couples and spouse relocation.* Program presented at the biannual meeting of the National Career Development Association, San Antonio, TX.

Shahnasarian, M. (April 1991). *Career development in business and industry*. Program presented at the annual meeting of the American Association for Counseling and Development, Reno, NV.

Herr, E., Karpati, F., Musgrove, M. L., Shahnasarian, M., Shepard, D., & Zuber, N. (March 1990). *Nuts and bolts of private practice career counseling*. Program presented at the annual meeting of the American Association for Counseling and Development, Cincinnati, OH.

Shahnasarian, M. (September 1989). *Putting the success in succession planning*. Program presented at the annual American Society for Training and Development Region IX Conference, St. Petersburg, FL.

Shahnasarian, M., & Drier, H. N. (June 1989). *Ethical, legal, and professional issues and their implications for automated career guidance and information systems*. Program presented at the International Teleconference on Technology and Career Development, Tallahassee, FL.

Shahnasarian, M. (October 1988). *The planning your career program: An intensive career guidance program for youth*. Program presented at the annual CHOICES Conference, sponsored by the Florida Department of Education, St. Petersburg, FL.

Thomas, M. C., & Shahnasarian, M. (March 1988). *Ethical dilemmas surfacing as a result of new roles for career counselors*. Program presented at the annual meeting of the American Association for Counseling and Development, Chicago, IL.

Reardon, R. C., Sampson, Jr., J. P., Harris-Bowlsbey, J., & Shahnasarian, M. (April 1987). *Computer-based career guidance: A national review of system use*. Program presented at the annual meeting of the American Association for Counseling and Development, New Orleans, LA.

Shahnasarian, M., & Peterson, G. W. (March 1986). *The effect of prior cognitive structuring using a computer-assisted career guidance system*. Program presented at the annual meeting of the American Educational Research Association, San Francisco, CA.

Sampson, Jr., J. P., Reardon, R. C., Maeder, R. F., Shahnasarian, M., & Tenhagen, C.A. (November 1984). *Computer applications in counseling: Selecting software that works*. Program presented at the Florida Association for Counseling and Development Convention, Jacksonville, FL.

Domkowski, D., & Shahnasarian, M. (June 1984). *Career development for the individual and the organization.* Program presented at the Florida Personnel Association annual conference, Tallahassee, FL.

Shahnasarian, M. (May 1984). *Peer training for occupational specialists.* Two-day program presented at Trainer's Workshop for Occupational Specialists Competencies, Miami, FL.

Sampson, Jr., J. P., Maddox, E. N., Shahnasarian, M., & Reardon, R. C. (November 1983). *Developing a computer-assisted career guidance system that meets your needs.* Program presented at the Florida Personnel and Guidance Association Convention, Daytona Beach, FL.

## Workshops and Other Presentations

More than 100 keynote and featured presentations made to members of various professional and service organizations including the Florida Court Reporter's Association; the Florida Psychological Association; National Multiple Sclerosis Society; American Society for Hospital Administrators; American Society of Interior Designers; The Societies of Certified Public Accountants in Louisiana, Illinois, Florida, and Ohio; National Football League Players Association; Hillsborough County Bar Association; National Administration Meeting of Price Waterhouse; National Association of Catering Executives; Pinellas County Trial Lawyers Association; the Conveyor Equipment Manufacturers Association; National Association of Accountants (Tampa Bay Chapter); Licensed Practical Nurse's Association of Florida; Risk Insurance Management Society; SEAK Expert Witness Seminar; Shriners Hospital for Crippled Children (Tampa); Stetson Law School; The Children's Board of Hillsborough County; Medical School at Virginia Commonwealth University; and numerous community service organizations. Presentation topics addressed career development of disabled individuals, the Americans with Disabilities Act, various management development topics, and business ethics.

## Professional Associations

American Psychological Association (Division of Rehabilitation Psychology, The Society of Counseling Psychology)

American Counseling Association

American Rehabilitation Counseling Association

American Society for Training and Development/Association for Talent Development, Suncoast Chapter

Association of Certified Life Care Planners

Florida Association of Rehabilitation Professionals

Florida Psychological Association

International Association of Rehabilitation Professionals

National Career Development Association

National Rehabilitation Association