UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No.: 3:19 md-2885 |
| This Document Relates to: | ) ) | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| JERRY M. DUMM, | ) ) | |
| Plaintiff, | ) ) | Case No.: 3:20-cv-05673-MCR-GRJ |
| vs. | ) ) | |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AND AEARO TECHNOLOGIES LLC | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION OF MATTHEW S. BIGLER FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1. of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Matthew S. Bigler ("Movant") of the law firm Ladendorf Law, 7310 N Shadeland Avenue, Indianapolis, Indiana 46250, respectfully moves for admission pro hac vice to appear as counsel for Plaintiff Jerry M. Dumm and to receive Notice of Electronic filings in this action.  In support of this motion Movant states:

1.	Movant resides in Indianapolis, Indiana, and is not a resident of the State of Florida.

2.	Movant is not admitted to the practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bar for the State of Indiana.

4. A copy of a Certificate of Good Standing from the State Bar of the State of Indian, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND15952102263572) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7. Movant has updated his PACER account to "NextGen."

8. Upon admission, Matthew S. Bigler respectfully requests that he be provided Notice of Electronic filings to the following email address: matt@ladendorf.com.

WHEREFORE, Matthew S. Bigler respectfully requests that this Court enter an order granting his motion to appear pro hac vice on behalf of Plaintiff Jerry M. Dumm and directing the clerk to provide Notice of Electronic filings to the undersigned.

DATED: August 4, 2020               s/ *Matthew S. Bigler*
                                    Matthew S. Bigler
                                    Indiana Bar No. 29161-49

                                    LADENDORF LAW
                                    7310 N Shadeland Ave
                                    Indianapolis IN 46250
                                    Phone: 317-842-5800
                                    Fax: 317-288-2720
                                    Email: matt@ladendorf.com

                                    *Attorney for Plaintiff Jerry M. Dumm*