# Exhibit A

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

MATTHEW SEAN BIGLER

is a member of the bar of said Court since admission on October 15, 2010, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 30th day of July, 2020.



GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA