**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:   3M COMBAT ARMS ) | |
| EARPLUG PRODUCTS LIABILITY ) | |
| LITIGATION                                ) | Case No. 3:19-md-2885 |
|                                                     ) | |
|                                                     ) | Hon. Judge M. Casey Rodgers |
| This Document Relates To All Actions  ) | Magistrate Judge Gary R. Jones |
|                                                     ) | |

## **ORDER**

After consideration of Plaintiffs' Motion to Authorize Disclosure of Military Records, Plaintiffs' Motion is hereby GRANTED. Accordingly, pursuant to 5 U.S.C. § 552a(b)(11), this Court hereby orders the disclosure of the information contained in Plaintiffs' August 8, 2019, *Touhy* requests as it pertains to the individual active duty service members identified in Plaintiffs' Exhibits "A1 through A4."

SO ORDERED on this ___ day of August, 2020.

_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**