## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, August 6, 2020 8:08 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, August 6, 2020 1:07:06 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/6/2020 at 9:07 AM EDT and filed on 8/6/2020
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 818

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-70) - 1 action(s)** *re: pldg. ([812] in MDL No. 2885, 1 in MOE/4:20-cv-00974)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/6/2020.**

**Associated Cases: MDL No. 2885, MOE/4:20-cv-00974 (JC)**

**Case Name:**   Lauricella v. 3M Company et al
**Case Number:**   MOE/4:20-cv-00974
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-70) - 1 action(s)** *re: pldg. ( [812] in MDL No. 2885, 1 in MOE/4:20-cv-00974)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 8/6/2020.**

**Associated Cases: MDL No. 2885, MOE/4:20-cv-00974 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MOE/4:20-cv-00974 Notice has been electronically mailed to:**

David T. Butsch     butsch@butschroberts.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Christopher E. Roberts     croberts@butschroberts.com

Stephen J Torline     storline@ktklattorneys.com, dvandervoort@ktklattorneys.com

Michael T. Crabb     mcrabb@ktk-law.com

**MOE/4:20-cv-00974 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/6/2020] [FileNumber=1004637-0]
[b873b8d4541761dd432da827aff8ffec2d050dfb5298716444cf15b1d74c106f71b5e
368fbd4f566ae9a6aadcbc3b6be7f4b9e995843bb92f9c4f0dd44616990]]