# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Civil Action No.: 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Christopher Anderson<br>(Civil Action No. 3:20-cv-5526) | |
| PLAINTIFF, | MOTION FOR ADMISSION *PRO HAC VICE* OF |
| v. | PHILIP BOHRER and REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC | |
| DEFENDANTS. | |

Pursuant to Pretrial Order No. 4, Local Rule 11.1 of the Local Rules of the USDC for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Philip Bohrer of Bohrer Brady, LLC, respectfully moves for admission *pro hac vice* to appear as counsel of record for Plaintiff Christopher Anderson and to receive Notice of Electronic Filings in this action.

In support of this Motion, Philip Bohrer states:

1) That he is a resident of Baton Rouge, Louisiana and is not a resident of the State of Florida;

2) That he is not admitted to practice in the Northern District of Florida;

3) That he is licensed to practice and is a member in good standing of the bar for the States of Louisiana and Texas, see the Certificates of Good Standing from the Supreme Courts of Louisiana and Texas which is attached as Exhibit "A";

4) That he successfully completed both the online Local Rules tutorial exam (confirmation number FLND15953619513581) and the CM/ECF Online Tutorials, as required by Local Rule 11.1;

5) That he has submitted to the Clerk the required *pro hac vice* admission fee; and

6) That he has upgraded his PACER account to "NextGen."

Upon admission, Philip Bohrer requests that he be provided Notice of Electronic Filings.

WHERREFORE, Philip Bohrer respectfully requests that this Court enter an Order granting his Motion to Appear *Pro Hac Vice* and directing the Clerk of this Court to provide Notice of Electronic Case Filings to undersigned.

Dated: August 3, 2020                                Respectfully submitted:

/s/ Philip Bohrer
Philip Bohrer  (#14089 – Louisiana)
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
Email: phil@bohrerbrady.com