# EXHIBIT "A"

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### PHILIP BOHRER ESQ., #14089

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 5th Day of October, 1984 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 27th Day of July, 2020, A.D.

Clerk of Court
Supreme Court of Louisiana

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Philip Bohrer**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 26th day of January, 1995.

I further certify that the records of this office show that, as of this date

**Philip Bohrer**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 21th day of July, 2020.

BLAKE HAWTHORNE, Clerk

_____
Clerk, Supreme Court of Texas

No. 1058C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.