UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Cary R. Jones |

*****

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Chad M. Tuschman, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Ohio and is not a resident of the States of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of State of Ohio. Copy of a Certificate of Good Standing from the State of Ohio dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15965700643622, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant is the attorney of record for Plaintiff in the related case *Aaron Smith v. 3M Company, et al*, Civil Action No.: 3:20-cv-05714-MCR-GRJ.

WHEREFORE, Chad M. Tuschman respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the Clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

WILLIAMS DECLARK TUSCHMAN CO., L.P.A.

By <u>/s/ Chad M. Tuschman</u>
    Chad M. Tuschman
    Attorney for Plaintiff
    Ohio Bar No. 0074534
    626 Madison Avenue
    Suite 800, Toledo, OH  43604-1110
    (419) 241-7700
    (419) 241-7778  (Facsimile)
    ctuschman@wdtlaw.org

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on August 10, 2020 served electronically on all counsel of record.

/s/ Chad M. Tuschman
Chad M. Tuschman
Ohio Bar No. 0074534