UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) |
| This Document Relates to the Master Docket | ) Judge M. Casey Rodgers ) Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, Michael G. Ginos of The Gori Law Firm, hereby moves this Court for an Order granting admission to practice *pro hac vice* in the above-styled case, and in support states as follows:

1. Movant resides in Illinois and is not a resident of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of Illinois, where Movant resides and regularly practices. A copy of the certificate of good standing from Illinois dated within 30 days of this motion is attached hereto as "Exhibit A."

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, tutorial confirmation number FLND15949990973567, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. The Gori Law Firm is attorney of record in the following active docket cases: *Ryan Schatz v. 3M Company, et al.,* 3:19-cv-00592-MCR-GRJ and *Timothy Barker v. 3M Company, et al.,* 3:19-cv-00851-MCR-GRJ.

1

7. Movant intends to file appearances in the above-mentioned cases upon approval for admission *pro hac vice*.

WHEREFORE, Michael G. Ginos respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted this 12th day of August 2020.

                                                      THE GORI LAW FIRM

                                                    */s/ Michael G. Ginos*
                                                    Michael G. Ginos
                                                    Illinois Bar No. 6326948
                                                    156 N. Main Street
                                                    Edwardsville, IL 62025
                                                    (618) 659-9833 - Telephone
                                                    (618) 659-9834 – Facsimile
                                                    mginos@gorilaw.com

CERTIFICATE OF SERVICE

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 12th day of August 2020.

THE GORI LAW FIRM

 */s/ Michael G. Ginos*
Michael G. Ginos
Illinois Bar No. 6326948
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 - Telephone
(618) 659-9834 – Facsimile
mginos@gorilaw.com