# **EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

|  |  |
|---|---|
| Plaintiffs, <br><br> v. <br><br> 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC and Aearo Technologies LLC <br> Defendant. | Civil Action No. 3:19-md-02885 |

## DECLARATION OF WILLIAM J. MURPHY

I, William J. Murphy, declare as follows:

(1)     I am a research physicist with the National Institute for Occupational Safety and Health (NIOSH) in Cincinnati, OH.  I completed a Ph.D. in physics with an emphasis in hearing science at Purdue University in December 1992. I was hired by NIOSH as a civil servant Physical Scientist, GS Series-1310, and started work at NIOSH on December 14, 1992.  I was commissioned as a scientist officer with the temporary rank of Lieutenant in the Commissioned Corps of the United States Public Health Service on February 8, 1993.  I was promoted to the temporary rank of Lieutenant Commander January 1, 1996, promoted to temporary rank of Commander January 1, 2001, and promoted to temporary rank of Captain on January 1, 2008.  I served as a team leader for the Hearing Loss Prevention Research Team in the Engineering and Physical Hazards Branch, Division of Applied Research and Technology, NIOSH, from October 1, 2004 to May 1, 2015. Since May 1, 2015, I have served as the Coordinator for the Hearing Loss Prevention Research Cross sector at NIOSH.

1

(2) In my official capacity as a research physicist with NIOSH, I managed several research projects related to understanding the performance of hearing protection devices. Some of the devices are passive linear earplugs, earmuffs, and semi-aural insert devices.

## I. Defendant's Touhy Request to NIOSH

(3) By letter dated February 6, 2020, Defendants submitted a revised Touhy request in accordance with the requirements set forth in the Department of Health and Human Services (HHS) Touhy regulations codified in 45 C.F.R. Part 2. The request concerns NIOSH's testing of the Combat Arms Earplugs Version 2 (CAEv2) during the period 2001 - 2015.

(4) The revised Touhy request, in pertinent part, requests my deposition and an interview concerning:

(a) test procedures, test protocols, and test results related to testing on the CAEv2, including an overview of the tests I ran on the CAEv2, how I fit the CAEv2 during my testing, how I determined the appropriate procedure for fitting CAEv2 during my testing, whether I was able to maintain an adequate fit during my testing, the results of my testing, and the attenuation achieved with CAEv2 under various testing and fit conditions; and

(b) correspondence and/or communications pertaining to CAEv2 between me and others in the government, including the military, and/or representatives of Aearo or 3M.

## II. Response to Defendant's Touhy Request

(5) In lieu of providing an interview and deposition, pursuant to the HHS Touhy regulations, CDC's Director, in consultation with OGC, has authorized me to provide a declaration addressing my testing of the CAEv2 and communications with others in the Federal Government or Defendants concerning the CAEv2. Specifically, I have been authorized to describe my testing

procedures, the fitting of the CAEv2 during my testing, my test results, and the attenuation achieved with the CAEv2. I have not been authorized to address any testing I conducted that was not published or that did not concern the CAEv2.

## CAEv2 Testing and Results

(6)     Attached hereto as Exhibit A is a study I presented in or around April 2006 entitled *Attenuation of Measurements of Passive Linear and Nonlinear Hearing Protectors for Impulse Noise*. This study examined the attenuation characteristics of passive linear and passive nonlinear hearing protectors in response to impulsive noises. Exhibit A describes the measurements conducted at Fort Collins Police Services (FCSP) as a part of a NIOSH Health Hazard Evaluation (HHE) of electronic hearing protection. The HHE included an evaluation of nineteen hearing protectors (including the CAEv2) with ten firearms at an indoor firing range and seven firearms at an outdoor range. The measurement methods are described in the HHE report. However, only the results for the three hearing protectors used by the FCSP were reported in the HHE: the David Clark model 27 earmuff, the Electronic Shooter Protection ESP Elite earplug, and the 3M (Aearo Technologies) EAR Classic formable earplug.

(7)     The tests in Exhibit A were all conducted with the first version of the NIOSH acoustic test fixture (ATF) purchased from the French/German Institute of Saint Louis (ISL). This ATF had only one instrumented ear and the usable length of the ear canal was 10 mm. The CAEv2 was inserted into the canal such that two flanges of the earplug were completely in the canal and the third largest flange was in contact with the outer edge of the ear canal. The largest flange of the opposite (distal) end of the earplugs was not folded back. The tests were only conducted with a hearing protector in place because the microphone in the ATF was limited in its maximum response.

(8)     Exhibit A reports the results from tests of the CAEv2 earplug conducted with firearms at an indoor and outdoor firing range. The results reported are peak noise reduction, the difference between the peak impulse level measured with an external microphone and the peak level underneath the hearing protector. *See* Ex. A at 15, 16, 19, 20, 22.

    a. On slide 15, the linear side of the CAEv2 is shown in terms of the attenuation achieved from outside the earplug to the ATF microphone. The CAEv2 linear earplug exhibited peak noise reduction of approximately 30 dB across all of the frequencies 25 to 10,000 Hz.

    b. On slide16, the one-third octave band attenuation results for the CAEv2 nonlinear earplug are presented. The nonlinear CAEv2 provided 20 dB or more attenuation from 250 Hz to 10,000 Hz.

    c. On slide 19, the growth of attenuation with external peak level is shown. The CAEv2 nonlinear earplug is shown in contrast to two other products. The CAEv2 provided greater peak reduction of the impulse than the other products over the range of ten firearms tested at the indoor firing range. According to these data the 167 dB peak sound pressure level of the most energetic firearm was reduced by slightly more than 24 dB. The data shown in slide 19 indicate that the protected peak exposure levels for the CAEv2 nonlinear earplug would be between 138 and 143 dB.

    d. The data on slide 20 were a distillation of the average peak reduction across firearms and the slopes of the lines shown in slide 19. The average reduction and slope were calculated for each protector and then plotted on slide 20. The CAEv2 linear earplug had less of a change in protection as a function of level and a higher

average peak reduction.  Only the EAR Classic foam earplug exceeded the CAEv2 nonlinear earplug.

(9) The presentation attached as Exhibit A or a variant of it was presented at several meetings:  Cincinnati National Hearing Conservation Association meeting on impulse noise, April 7, 2003; Nashville meeting of the Acoustical Society of America, April 28, 2003; NIOSH National Occupational Research Agenda meeting, July 16, 2003; Seattle meeting of National Hearing Conservation Association, February 12, 2004; San Diego meeting of the American Industrial Hygiene Association, May 9, 2004; Chicago meeting of the American Industrial Hygiene Association May 18, 2006; and at a briefing with the Army Research Laboratory at Aberdeen Proving Ground on March 8, 2007.

(10) Attached hereto as Exhibit B is a copy of a poster entitled *Impulse Peak Insertion Loss for Hearing Protection Devices Tested with an Acoustic Shock Tube* that I presented at the National Hearing Conservation Association Meeting held in San Diego in February 2016.

(11) Regarding the fitting during testing, the CAEv2 was inserted into the GRAS 45 CB acoustic manikin such that the third flange of the CAEv2 was in contact with the outer edge of the ear canal and partially, but not completely within the ear canal.  No wrinkles of the largest proximal flange were present as that might reduce the attenuation of the earplug.  The largest flange of the opposite (distal) end of the earplug was not folded back (away from the head).

(12) The CAEv2s were inserted multiple times according to the American National Standards Institute (ANSI) S12.42-2010 standard.  The ANSI standard describes that five sample earplugs will be inserted three times at each of three impulse levels, nominally 132, 150, and 168 dB peak sound pressure level (SPL).  The five samples were cycled per the ANSI standard and all tests were completed at an impulse level for all samples before proceeding to a different level.

(13)     At 132 dB, the CAEv2 nonlinear earplug provided approximately 10 dB of impulse peak insertion loss (IPIL). At 150 dB, the CAEv2 nonlinear earplug provided about 19 dB IPIL. At 168 dB, the CAEv2 nonlinear earplug provided about 33 dB IPIL.  These results suggest that the peak protected exposure levels would be 122, 131, and 135 dB peak SPL for the nonlinear side of the CAEv2.  For the linear side of the CAEv2, the IPIL were about 38, 40, and 46 dB for the 132, 150, and 168 dB impulse levels, respectively.

<b>My Communications with Defendants or Others Within the Federal Government</b>

<b>Regarding the CAEv2</b>

(14)     CDC IT staff and I conducted a thorough search of my work email account and I have attached hereto as Exhibit C all responsive communications concerning the CAEv2. I do not recall any specifics about the communications that are attached hereto.

(15)     I have also attached two other communications, as Exhibits D and E, already in the possession of 3M that include me as a sender or recipient. I also do not recall any specifics about these communications.

(16)     I have had other deliberations about how electroacoustic models of hearing protectors might be created, implemented and tested.  To date, none of the presentations about hearing protector models has included the CAEv2 product.

## **CONCLUSION**

(17)    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection.

Executed this 29th day of July, 2020.

_____
WILLIAM J. MURPHY, Ph.D.
Coordinator,
Hearing Loss Prevention Research Cross Sector
Noise and Bioacoustics Team
Engineering and Physical Hazards Branch
Division of Field Studies and Engineering
National Institute for Occupational Safety and Health
Cincinnati, OH 455226-1998

William J. Murphy -S7
Digitally signed by William J. Murphy -S7
Date: 2020.07.29 13:30:17 -04'00'