## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 3:19-md-2885-MCR-GRH |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) | Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this action in *pro per* for himself and as counsel for Plaintiffs Darrell M. Padgette, Ruben Cardenas, Jason Coughenour, Jeffrey Cross, Thomas Deluccia, James Diamond, Clark Doan, Jay Hong, Carlos Jimenez, Blake Kibo, Carlo Lazo, Mark Lopez, Anthony Martinez, Brian Nomi, Jeff Pierce, David Ramirez, Carlos Razon, Steve Romeyn, Amanda Rundle, Ethan Spann, Damien Stemley, Victor Torres, and Brian Yoo.  The above referenced Plaintiffs filed an action in the Central District of California, *Michael H. Chen, et al. v. 3M Company, et al.*, Case No. 2:20-cv-06110.   The undersigned has been admitted *pro hac vice* pursuant to Pretrial Order No. 3.  All further papers and pleadings in this action should be served on the undersigned.

Dated August 12, 2020                     Respectfully submitted,

/s/ Michael H. Chen
Michael H. Chen, Esq.
Chen Law Group
Attorney for Plaintiffs
13006 Philadelphia St., Ste. 608
Whittier, CA 90601
T: 213-632-8009
F: 844-888-1856
mchen@chenlg.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on August 12, 2020.

<u>/s/ Michael H. Chen</u>
Michael H. Chen, Esq.