# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases | Case No. 3:19md2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## ORDER

Pending is Defendants' Motion to Compel Against the Centers for Disease Control. *See* ECF No. 1317. The Court finds it appropriate to refer this matter to United States Magistrate Judge Gary Jones for further proceedings, including a hearing, if necessary, and the preparation of a report and recommendation, pursuant to Federal Rule of Civil Procedure 72(b). *See also* 28 U.S.C. § 636(b)(1)(B); N.D. Fla. Loc. R. 72.3.

**DONE AND ORDERED**, on this 13th day of August, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**