*In Re: 3M Combat Arms Earplug Products Liability Litigation*
No. 3:19-md-02285-MCR-GRJ

The Department of Defense's Objections to the Report and Recommendation of the Magistrate Judge, ECF No. 1292

Ex. A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

|  |  |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PROUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>)<br>)<br>)  No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>)<br>) |

### DECLARATION OF MAJOR (MAJ.) NICOLE M. KIM

1. I am a Major in the Judge Advocate General's (JAG) Corps currently assigned to the Army's Litigation Division in its General Litigation Branch. The Litigation Division supports the Department of Justice in defending the Department of the Army and its personnel from civil litigation. The General Litigation Branch's portfolio of cases includes handling all requests for Army official information (otherwise known as *Touhy* requests) submitted to the Department of the Army for use in civil litigation. In July 2019, the Army's Litigation Division, General Litigation Branch was assigned as the lead counsel on behalf of Department of Defense. In August of 2019, I was assigned to this case as a co-counsel, and in June 2020, I was assigned as lead counsel. I make the following statements based upon my personal knowledge and information made available to me in my official capacity.

2. At no time have plaintiffs or defendants served a summons in this matter on the Department of Defense (DoD). Neither have plaintiffs or defendants served DoD with a subpoena for any of the documents, depositions, or other information covered by their *Touhy* requests.

3. On August 13, 2020, the agency distributed *Touhy* approval or denial letters responding to defendant's *Touhy* requests associated with safety release documentation for the CAEv2 and the deposition request(s) for: Dr. Leanne (Cleveland) Battler, Dr. Mark Little, and LTC (Ret.) Theresa Schulz.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2020.

                                                        MAJ. NICOLE M. KIM