*In Re: 3M Combat Arms Earplug Products Liability Litigation*
No. 3:19-md-02285-MCR-GRJ

The Department of Defense's Objections to the Report and Recommendation of the Magistrate Judge, ECF No. 1292

Ex. B

| From: | cmecf_flmd_notification@flmd.uscourts.gov |
|---|---|
| To: | cmecf_flmd_notices@flmd.uscourts.gov |
| Subject: | Activity in Case 8:09-cv-02308-CEH-AAS Stansell et al v. Revolutionary Armed Forces of Colombia (FARC) et al Order on Motion for Leave to File Document |
| Date: | Friday, August 07, 2020 8:20:29 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/7/2020 at 8:19 AM EDT and filed on 8/7/2020
**Case Name:**      Stansell et al v. Revolutionary Armed Forces of Colombia (FARC) et al
**Case Number:**      8:09-cv-02308-CEH-AAS
**Filer:**
**WARNING: CASE CLOSED on 06/15/2010**
**Document Number:** 1208(No document attached)

**Docket Text:**
**ENDORSED ORDER denying without prejudice for failure to comply with Local Rule 3.01(a), (g) [1207] Motion for Leave to File a Reply Brief. The motion lacks a memorandum of legal authority in support of its request and a Local Rule 3.01(g) certification. Signed by Judge Charlene Edwards Honeywell on 8/7/2020. (GLP)**

**8:09-cv-02308-CEH-AAS Notice has been electronically mailed to:**

Jary Conrad Nixon      NIXONLAW2009@GMAIL.COM, jary.nixon@gmail.com

Robert M. Quinn      rquinn@carltonfields.com, dlester@carltonfields.com, tpaecf@cfdom.net

Dennis Michael Campbell      dcampbell@campbellmiami.com, mjohnson@campbellmiami.com, ranthony@campbellmiami.com, service@campbellmiami.com

John E. Bergendahl      lojeb1100@gmail.com, jeblawoffice@gmail.com, lojeb@bellsouth.net

I. William Spivey, II      spiveyw@gtlaw.com, ORLLitDock@GTLAW.com,

bakerco@gtlaw.com, gonzalezsam@gtlaw.com, hagers@gtlaw.com, kellerc@gtlaw.com, nef-iws@gtlaw.com

David Stockton Hendrix     david.hendrix@gray-robinson.com, fiona.johnson@gray-robinson.com, lauren.baio@gray-robinson.com

Jeffrey Allan Hirsch     hirschj@gtlaw.com, ftllitdock@gtlaw.com, yeargina@gtlaw.com

Newton Patrick Porter     nporter@porterandkorvick.com

Clinton R. Losego     closego@gunster.com, eroa@gunster.com

Richard John Diaz     rick@rjdpa.com

Joseph S. Rosenbaum     jsr@rosenbaumlawoffice.com, am@rosenbaumlawoffice.com, ka@rosenbaumlawoffice.com

Phillip M. Hudson, III     pmhudson@arnstein.com, amclaughlin@arnstein.com, ccontreras-martinez@arnstein.com, hpiloto@arnstein.com

David M. Glass     david.glass@usdoj.gov

John C. Dotterrer     jdotterrer@mrachek-law.com, luke.bovat@akerman.com

Matthew John Valcourt     mvalcourt@mgmlaw.com, FAssad@mgmlaw.com, mvalcourt86@gmail.com

Victor H. Veschio     vveschio@gibblaw.com, gibbrecoll@gmail.com

Tony Korvick     tkorvick@porterandkorvick.com

Elliot H. Scherker     scherkere@gtlaw.com, mialitdock@gtlaw.com

Joseph W. Ozmer, II     jozmer@kcozlaw.com, bwestenberger@kcozlaw.com

Barry Jay Glickman     bglickman@zeklaw.com

David A. Comras     dacomras@aol.com

Edward M. Mullins     emullins@reedsmith.com, bhernandez@reedsmith.com, colivos@reedsmith.com, cynthia-benavides-3658@ecf.pacerpro.com, dbayne@reedsmith.com, edward-mullins-2180@ecf.pacerpro.com, kevin-hernandez-5126@ecf.pacerpro.com, khernandez@reedsmith.com, reed-smith-2312@ecf.pacerpro.com

Ricardo A. Gonzalez     rgonzalez@bergersingerman.com, DRT@ecf.inforuptcy.com, drt@bergersingerman.com, fsellers@bergersingerman.com

Courtney M. Keller     kellerc@gtlaw.com, Orllitdock@gtlaw.com, gonzalezsam@gtlaw.com, hagers@gtlaw.com, nef-iws@gtlaw.com

Frank Edward Morreale     frank.morreale@hklaw.com, dawn.hewett@hklaw.com

Cory S. Zadanosky     czadanosky@zadanoskylaw.com

Alex C. Lakatos     alakatos@mayerbrown.com

Brigid F. Cech Samole     cechsamoleb@gtlaw.com, miamiappellateservice@gtlaw.com

Lilly Ann Sanchez     lsanchez@thelsfirm.com

Martha Rosa Mora     mmora@arhmf.com, dmena@arhmf.com, jhernandez@arhmf.com, smartinez@arhmf.com

David W. Bowker     david.bowker@wilmerhale.com

Richard C. Klugh     klughlaw@gmail.com, klughlawoffice@gmail.com, rickklu@aol.com

Michael Brandon Green     mgreen@gunster.com

Joseph Warren Swanson     jswanson@carltonfields.com, nkapadia@carltonfields.com, tpaecf@cfdom.net

Andrew S. Brown     asbrownlaw@gmail.com, esf@lklsg.com

Simon Ferro, Jr     ferro.simon@gmail.com, flservice1@wargofrench.com, flservice2@wargofrench.com

Hal Eren     hal.eren@erenlaw.com

John Ernest Clabby     jclabby@carltonfields.com, nkapadia@carltonfields.com, tpaecf@cfdom.net

Mark P. Gimbel     mgimbel@cov.com, docketing@cov.com, maony@cov.com, mark-gimbel-7206@ecf.pacerpro.com

Gregory S. Nieberg     gnieberg@wolfgreenfield.com, litigation@wolfgreenfield.com

Edrei G. Swanson     edrei.swanson@wellsfargo.com, AFlynn@HuntonAK.com

Adam Seth Fels     afels@ffslawfirm.com, vpantin@ffslawfirm.com

**8:09-cv-02308-CEH-AAS Notice has been delivered by other means to:**

Charles Stuart Beene
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006

Guy Richard Strafer
G. Richard Strafer, PA

Suite 1380
201 S Biscayne Blvd
Miami, FL 33131

Jose Antonio Celis
28057-016
FCI Yazoo City Low
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194