## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | : : : : | Civil Action No.: 3:19-md-2885 |
| This Document Relates to: (Civil Action No. 3:20-cv-5540) | : : : : : | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| PLAINTIFF, | : : | **MOTION FOR ADMISSION** |
| | : | ***PRO HAC VICE* OF** |
| v. | : : | **MARVIN J. HAMMERMAN and REQUEST TO RECEIVE** |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC AEARO INTERMEDIATE LLC, AEARO LLC and AEARO TECHNOLOGIES LLC | : : : : : | **ELECTRONIC NOTICE OF FILINGS** |
| DEFENDANTS. | : : | |

Pursuant to Pretrial Order No. 4, Local Rule 11.1 of the Local Rules of the USDC for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Marvin J. Hammerman, Esq. of Hammerman Rosen LLP, respectfully moves for admission *pro hac vice* to appear as counsel of record for Plaintiff Daniel Torres and to receive Notice of Electronic Filings in this action.

In support of this Motion, I, Marvin J. Hammerman, certify and/or states as follows:

1. I am a resident of Fairfield, New Jersey and not a resident of the State of Florida.

2. I am not admitted to practice law in the Norther District of Florida.

3. I am licensed to practice law in the State of New Jersey and the State of Pennsylvania, and a member in good standing of the bars for the States of New Jersey and for the State of

Pennsylvania, see the Certificate of Good Standing from the Supreme Court of New Jersey, which is attached hereto as **Exhibit "A"**.

4. I have successfully completed both the online local Rules tutorial exam (confirmation number FLND15917365183425) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

5. I have submitted or will submit to the Clerk the required *pro hac vice* admission fee, if any.

6. I have a related case filed on behalf of Plaintiff DANIEL L. TORRES under Docket No. 3:20-cv-5540.

7. I have upgraded my PACER account to "NextGen."

8. Upon my successful admission I request that I be provided Notice of Electronic Filings.

**WHEREFORE,** Marvin J. Hammerman, Esq. respectfully requests that this Court enter an Order granting the Motion to Appear *pro hac vice* and directing the Clerk of this Court to provide Notice of Electronic Case Filings to the undersigned.

Respectfully submitted:

Dated: August 14, 2020

S/Marvin J. Hammerman

Marvin J. Hammerman
NJ ATTORNEY ID 064562014
Hammerman Rosen LLP
585 US 46
Fairfield, NJ 07004
Telephone:    973-227-1415
Facsimile:      201-781-5682

Exhibit A

# Supreme Court of New Jersey



## Certificate of Good Standing

    This is to certify that **Marvin J Hammerman** (No. **065462014**) was constituted and appointed an Attorney at Law of New Jersey on **January 2, 2014** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

    I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

    Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 30th day of July, 2020.

*Heather J Baker*
Clerk of the Supreme Court

-453a-