# **Exhibit A**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Mike Brock, P.C.<br>To Call Writer Directly:<br>+1 202 389 5991<br>mike.brock@kirkland.com | 1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>United States<br><br>+1 202 389 5000<br><br>www.kirkland.com | Facsimile:<br>+1 202 389 5200 |

July 17, 2020

The Honorable M. Casey Rodgers
United States District Court for the
Northern District of Florida
100 North Palafox Street
Pensacola, FL 32502

Re:  **MDL 2885 - 3M Combat Arms Earplug Products Liability Litigation**

Dear Judge Rodgers:

In accordance with Paragraph 2 of the Court's July 9, 2020 Order (ECF No. 1229), please find attached as Exhibit "A" Defendants' list of classes of medications and/or illicit substances they contend are ototoxic and/or tinnitus-inducing based on current medical science. Defendants reserve the right to amend this list of classes of ototoxic and/or tinnitus-inducing medications and illicit substances in the event Defendants later identify additional ototoxic medications or illicit substances based on current medical science in accordance with footnote 2 of the Court's order.

Sincerely,

*Robert C. "Mike" Brock*

Robert C. Brock

cc:  Lead Counsel for Plaintiff

**DEFENDANTS' LIST OF CLASSES OF OTOTOXIC AND/OR TINNITUS-INDUCING MEDICATIONS AND ILLICIT SUBSTANCES[1]**

1. ACE inhibitors
2. Alpha blockers
3. Aminosalicylate
4. Analgesics
    a. NSAIDS
    b. Opioids
    c. 5-hydroxy tryptamine agonists
5. Angiotension II antagonist
6. Antiadrenergics
7. Antiarrhythmics
8. Antibiotics
    a. Aminoglycosides
    b. Carbapenems
    c. Fluoroquinolones
    d. Glycopeptides
    e. Macrolides
    f. Polymixins
    g. Tetracyclines
    h. Other
        i. Cefpodoxime
        ii. Cotrimoxazole
        iii. Linezolid
        iv. Sulfadiazine
        v. Sulfamethoxazole + trimethoprim
        vi. Sulfamethoxazole
9. Anticonvulsants
10. Antidepressants
    a. Neurokinin receptor antagonists
    b. Selective Serotonin and Norepinephrine Reuptake Inhibitors
    c. Seratonin antagonists
    d. Tricyclic
11. Antiepileptics
12. Antifungals
13. Antiglaucomas
14. Antihistamines
15. Antimalarials
16. Antimetabolites

---

[1] In accordance with footnote 2 of the Court's July 9, 2020 Order (ECF No. 1229), Defendants reserve the right to amend this list of classes of ototoxic and/or tinnitus-inducing medications and illicit substances in the event Defendants later identify additional ototoxic medications or illicit substances based on current medical science.

17. Antimigraines
18. Antineoplastics
    a. Alkylating
    b. Antifolate
    c. Cytotoxic
    d. Monoclonal antibodies
    e. Protein kinase inhibitors
    f. Topoisomerase Inhibitors
    g. Vinca alkaloids
    h. Other
        i. Bexarotene
        ii. Paclitaxel
19. AntiParkinson's
20. Antismoking
21. Antituberculosis
22. Antivirals
23. Beta blockers
24. Bisphosphonates
25. Calcium channel blockers
26. Carbonic anhydrase inhibitor
27. Chloramphenicol
28. Corticosteroids
29. Cytokine inhibitors
30. Dementia
31. Diuretics
32. Hormone antagonists
33. Hypoglycemics
34. Immunostimulants
35. Immunosuppressants
36. Iron reducer
37. Lipid lowering
38. Metabolic
39. Muscle relaxants
40. Nitrates, calcium channel blockers
41. Parathyroid hormones
42. Phosphodiesterase inhibitors
43. Photodynamic treatment
44. Prostaglandins
45. Other drugs of abuse and/or addiction
    a. Alcohol
    b. Amphetamines
    c. Buproprion
    d. Cigarette smoke
    e. Cocaine

3

        f. Dextromethorphan
        g. Ecstacy
        h. Heroin
        i. Hydrocodone
        j. Marijuana
        k. Methadone
        l. Nicotine
        m. Oxycodone
        n. Oxymorphone
        o. Propoxyphene
        p. Varenicicline
46. Other medications
        a. Bexarotene
        b. Bortezomib
        c. Isotretinoin
        d. Tretinoin
47. Sedatives
48. Tyrosine kinase inhibitors
49. Vaccines