# EXHIBIT 1

| No. | Deponent | Date(s) |
|---|---|---|
| 1 | Berger, Elliott | 11/13/2019 [30(b)(6)], 12/10/2019, 12/11/2019, 12/12/2019 [30(b)(6)] |
| 2 | Cimino, Mike | 12/11/2019 |
| 3 | Doty, Mark | 7/28/2020 |
| 4 | Falco, Robert | 2/11/2020, 2/12/2020 |
| 5 | Galvin, Frank | 1/29/2020 |
| 6 | Hamer, Jeffrey | 12/18/2019 |
| 7 | Jones, Jason | 6/19/2020 |
| 8 | Kieper, Ronald | 12/19/2019, 12/20/2019 |
| 9 | Kladden, Cynthia | 1/31/2020 |
| 10 | Klun, Robert | 6/24/2020 |
| 11 | Knauer, Richard | 12/17/2019 |
| 12 | Madison, Ted | 12/10/2019 |
| 13 | McGinley, Brian | 12/20/2019 |
| 14 | McNamara, Timothy | 3/11/2020 |
| 15 | Moses, Douglas | 10/17/2019 [30(b)(6)], 12/5/2019, 12/6/2019 |
| 16 | Murphy, Peter | 1/29/2020 |
| 17 | Myers, Brian | 10/18/2019 [30(b)(6)], 12/12/2019, 12/13/2019 |
| 18 | Salon, Martin | 1/29/2020 |
| 19 | Santoro, Marc | 12/3/2020 |
| 20 | Tremblay, Julie | 12/9/2019 |
| 21 | Warren, Gary | 1/23/2020 |
| 22 | Zielinski, Robert | 6/22/2020 |