# EXHIBIT 12

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Friday, July 17, 2020 3:00 PM
**To:** Nomellini, Mark J. <mnomellini@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; Brock, Mike <mike.brock@kirkland.com>; Fields, Barry E. <bfields@kirkland.com>; Larry Hill <lhill@mhw-law.com>; Gunderson, Karl <karl.gunderson@kirkland.com>; Wasdin, Nick <nick.wasdin@kirkland.com>
**Cc:** Shelley Hutson <SHutson@triallawfirm.com>; Chris Seeger <CSeeger@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Betsy Williams <BWilliams@awkolaw.com>; Max Kelly <MKelly@seegerweiss.com>; Emily Marlowe <emarlowe@triallawfirm.com>
**Subject:** 3M - Request for additional depositions

Dear counsel:

Pursuant to the discussion at the last conference, Plaintiffs' would request the following 3M witnesses during the last two weeks of August. Please provide potential dates and locations as soon as possible.
Steve Todor
Annette Shavers
Eric Fallon
30(b)(6) on issues related to TJR Mexico/Aero Mexico as well as 3M's corporate net worth

We also reserve the right to depose additional 3M witnesses prior to the September 1, 2020.

Best,
Bryan


This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.