# **EXHIBIT 15**

| | |
|---|---|
| From: | *jay.bhimani@dechert.com |
| To: | Amanda Hunt; Neil Overholtz |
| Cc: | Nomellini, Mark J.; Bryan Aylstock; Shelley Hutson; David Buchanan; mkelly@seegerweiss.com |
| Subject: | RE: 30b6 M& C |
| Date: | Thursday, August 13, 2020 1:04:22 PM |
| Attachments: | image003.png |
| | image004.png |



Counsel –

We write in response to your August 12, 2020 letter regarding plaintiffs' 30(b)(6) notice.

**Topic Nos. 1, 4, 6, and 8**

We appreciate Plaintiffs' position on these topics. Unless Plaintiffs indicate they will be continuing to pursue these topics, we will treat them as withdrawn and will not include them in any motion for protective order.

**Topic Nos. 14, 15, 19, and 20**

You are correct that 3M is agreeing to produce a witness with regard to Topic Nos. 14, 15, and 19 in accordance with the offer set forth in Defendants' 8/7 responses and objections to Plaintiffs' 30(b)(6) notice. With respect to Topic No. 20, your understanding is the same as mine, and we will exclude that topic from any motion for protective order as well.

**Topic Nos. 2, 5, 7, 9, 10**

*Topic 2*

Thank for offering to limit this topic to the three sub-topics identified in your letter. We address each in turn.

"The specific locations and settings where the Blister Packs were distributed and sold"

As a preliminary matter, we disagree with any suggestion that 3M prevented questioning of Mr. Myers regarding "the settings in which the blister pack was sold." Mr. Myers testified that he would "have to check records" to determine whether the "blister packs" were "always sold in a retail sort of situation" or "sometimes [went] directly to the military." (10/18/2019 Myers Dep. Tr. at 191:13-23.) And the answer is indeed provided in the records that Mr. Myers brought to his deposition. (*See* 3M_MDL000393647 at entries corresponding to 370-1011.)

To the extent there is any ambiguity, we are willing to confirm that Mr. Myers's testimony on this particular issue is the 30(b)(6) testimony of the company. In light of the information set forth in 3M_MDL000393647, we do not believe there is any need for further testimony.

"The chronology and reasoning behind the edits to the Blister Pack labeling with respect to the 'fitting tip'"

Mr. Myers's 30(b)(6) testimony extensively addressed the chronology behind the edits to the Blister Pack labeling as well.  Mr. Myers also brought to his deposition binders setting forth the various versions of the labels.  To the extent Plaintiffs had additional questions on that topic to ask, they certainly could have done so during Mr. Myers's 30(b)(6) deposition last October.

With respect to the "reasoning behind the edits," Plaintiffs had the opportunity to ask Mr. Berger and Ms. Kladden during their fact depositions. To the extent Plaintiffs are asking Defendants to designate fact testimony as Rule 30(b)(6) testimony, please let us know the specific topic of Plaintiffs' request and we will consider that.

"Patent coverage"

Please provide further information as to what Plaintiffs seek to discover as it relates to "[p]atent coverage." Although this is not an area in which we believe a further deposition is needed, depending on what information Plaintiffs seek, it may be something Defendants can provide in the form of an interrogatory response.

*Topic Nos. 5, 7, and 10*

We understand Plaintiffs' position that these topics were intended "to address specific gaps in 30([b])(6) testimony provided by other 3M witnesses." While we do not necessarily agree with that position, it would be helpful to understand what "specific gaps" Plaintiffs believe exist so that we can better assess whether there is prior testimony that can be designated to fill those gaps. We do not believe that merging these topics into a single 30(b)(6) deposition topic (without providing additional specificity) will materially change Defendants' position as to these topics, which were extensively addressed in prior Rule 30(b)(6) depositions.

*Topic No. 9*

Defendants did not preclude Mr. Berger from answering questions regarding "Method B" testing. In the interest of compromise, Defendants are willing to formally designate Mr. Berger's testimony on such topics as 30(b)(6) testimony in exchange for Plaintiffs withdrawing this topic. Please advise whether Plaintiffs would be agreeable to that and we will provide you with the pages and lines of Mr. Berger's testimony that would be designated.

**Topic No. 11**

Defendants will stand on their objections to this topic.

**Topic Nos. 3, 13, 17, and 18**

It appears the parties continue to have a dispute as to these topics.

*Topic No. 3*

Plaintiffs have already had a fulsome opportunity to explore this topic. It is immaterial that the prior depositions occurred before the bellwether selections were made.

In connection with past depositions, for example, Defendants made a witness available "(i) to identify the individuals employed by Defendants who had primary responsibility for communicating with the United States regarding distribution and/or shipment of the CAEV2, to the best of 3M's knowledge based upon their reasonable investigation; and (ii) to describe generally the government communication-related role of those individuals, to the best of 3M's knowledge based upon their reasonable investigation." (8/8/2019 Responses and Objections at Topic 8.)

To the extent Plaintiffs had questions to ask regarding these issues, they could have been asked at prior 30(b)(6) depositions. Finally, Plaintiffs already have extensive information from the interrogatory responses and spreadsheets Defendants have provided. We believe the Court's ruling denying Plaintiffs' motion to compel further responses to such interrogatories is instructive here. (ECF No. 1258 at 5.)

*Topic No. 13*

To the extent Plaintiffs believed Mr. Moses did not adequately address these issues, we believe Plaintiffs should have raised such issues much sooner in accordance with the direction from the Court at the January 2020 CMC. Certainly as of January 2020, if not sooner, Plaintiffs had documents needed to ask questions about this topic. Indeed, in Mr. Salon's January 2020 deposition, Plaintiffs used several documents relating to Operation COBRA, and Mr. Salon addressed issues relating to Operation COBRA in some detail.

*Topic Nos. 17 and 18*

We continue to believe these issues were addressed in substantial detail previously.

For example, 3M has already produced 30(b)(6) witnesses to (a) "to testify regarding the design of the CAEv2 as described in the report titled 'How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug'" and (b) "to describe generally the design decisions regarding the CAEv2." (9/3/2019 Responses and Objections.) And 30(b)(6) witnesses in fact addressed those issues. (*See, e.g.,* Berger 11/13 Dep. Tr. At 133:11; 120:19-123:25; 139:4-142:5; 156:22-160; 342:13-344:14.)

We appreciate Plaintiffs' willingness to discuss a narrowed scope as it relates to these topics. If you could provide specific information that Plaintiffs seek, that would be helpful so that we can make a better assessment.

**Topic Nos. 21 and 22**

In light of Plaintiffs' letter, we will set these aside and not include them in any motion for protective order.

\* \* \*

We look forward to your response on the above issues.

Best regards,
Jay

**Jay Bhimani**
Partner

**Dechert LLP**
633 West 5th Street
Los Angeles, CA 90071
+1 213 808 5712  Direct
jay.bhimani@dechert.com
dechert.com

---

**From:** Amanda Hunt [mailto:AHunt@triallawfirm.com]
**Sent:** Wednesday, August 12, 2020 3:35 PM
**To:** Bhimani, Jay <Jay.Bhimani@dechert.com>; Neil Overholtz <NOverholtz@awkolaw.com>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; David Buchanan <DBuchanan@seegerweiss.com>; mkelly@seegerweiss.com
**Subject:** RE: 30b6 M& C

[EXTERNAL EMAIL]

Hi Jay,

Examples below.

> **Topic 2**: Myers 30(B)(6)
> 191:13-19
> Q. In other words, were the blister packs of the Combat Arms version 2 always sold in a retail sort of situation and they may end up with soldiers, or would they sometimes go directly to the military?
> 18 MR. NOMELLINI: Outside the scope of 30(b)(6). You can answer in your personal capacity.

> **Topic 9**: Berger 30(B)(6)
> 405:11-18
> Q. Okay. And under the 12.6-1997 standard, some of the testing that would be done would be the -- what's so-called -- what's known, I guess, in the audiology world industry as Method B testing; is that correct?
> MS. ELIZABETH: Objection. Outside the scope.
>
> 405-406:24-5
> Q. Okay. Did the company conduct Method B testing under that ANSI 12.6-1997 on the Combat Arms plug?
> MS. ELIZABETH: I'd just like to note for the record that I'll have a standing objection to outside the scope on Method B questions.

I hope this is helpful. Let us know when you'd like to set up a call.

Amanda



**Amanda Hunt**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
AHunt@triallawfirm.com | www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

**From:** Bhimani, Jay <Jay.Bhimani@dechert.com>
**Sent:** Wednesday, August 12, 2020 5:03 PM
**To:** Amanda Hunt <AHunt@triallawfirm.com>; Neil Overholtz <NOverholtz@awkolaw.com>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; David Buchanan <DBuchanan@seegerweiss.com>; mkelly@seegerweiss.com
**Subject:** RE: 30b6 M& C

EXTERNAL

Amanda – thank you; we will take a look. Are you all able to provide citations for the objections from 3M that you reference in connection with Topics 2 and 9? That would be helpful as we assess the proposal.

Best regards,
Jay

**Jay Bhimani**
Partner

**Dechert LLP**

633 West 5th Street
Los Angeles, CA 90071
+1 213 808 5712  Direct
jay.bhimani@dechert.com
dechert.com

---

**From:** Amanda Hunt [mailto:AHunt@triallawfirm.com]
**Sent:** Wednesday, August 12, 2020 2:30 PM
**To:** Bhimani, Jay <Jay.Bhimani@dechert.com>; Neil Overholtz <NOverholtz@awkolaw.com>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; David Buchanan <DBuchanan@seegerweiss.com>; mkelly@seegerweiss.com
**Subject:** RE: 30b6 M& C

Hi Jay,

Please see attached for our proposal. Let us know when your team has reviewed and is available to discuss.

Thanks!

Amanda



**Amanda Hunt**
**Clark, Love & Hutson, PLLC**
440 Louisiana Street, Suite 1700 | Houston, Texas 77002
713-757-1400 (Telephone) | 713-759-1217 (Fax)
AHunt@triallawfirm.com | www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if you have received this message in error and delete all copies. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

---

**From:** Bhimani, Jay <Jay.Bhimani@dechert.com>
**Sent:** Wednesday, August 12, 2020 2:20 PM
**To:** Neil Overholtz <NOverholtz@awkolaw.com>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; David Buchanan <DBuchanan@seegerweiss.com>; mkelly@seegerweiss.com; Amanda Hunt <AHunt@triallawfirm.com>
**Subject:** RE: 30b6 M& C

EXTERNAL

Thank you Neil. A draft e-mail is below. We're fine if you all want to send as well.

Judge Jones,

In accordance with section III.a. of Case Management Order No. 14, the parties have been diligently meeting and conferring regarding the scope of plaintiffs' Federal Rule of Civil Procedure 30(b)(6) notice served on July 24, 2020. Yesterday, the parties conducted a lengthy meet and confer regarding defendants' objections to plaintiffs' notice. Defendants have already agreed to produce a witness on certain topics and plaintiffs are working to prepare a revised notice with narrowed topics for defendants' consideration. In addition, the parties have discussed the possibility of defendants designating prior fact witness deposition testimony in response to certain topics.

In light of the parties' discussions to date, the parties have agreed – subject to approval by the Court – to a brief continuance of the briefing deadlines set forth in section III.a. of Case Management Order No. 14. Instead of defendants filing a motion for protective order today, and plaintiffs filing their response on Friday, the parties respectfully request that defendants file such a motion no later than midnight on Friday (8/14) and plaintiffs file their response no later than midnight on Monday (8/17). The parties believe this additional time will facilitate either a resolution or a narrowing of the disputes to be presented to the Court.

Respectfully submitted,
Jay Bhimani

Counsel for Defendants

**Jay Bhimani**
Partner

**Dechert LLP**
633 West 5th Street
Los Angeles, CA 90071
+1 213 808 5712  Direct
jay.bhimani@dechert.com
dechert.com

---

**From:** Neil Overholtz [mailto:NOverholtz@awkolaw.com]
**Sent:** Wednesday, August 12, 2020 12:00 PM
**To:** Bhimani, Jay <Jay.Bhimani@dechert.com>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; David Buchanan <DBuchanan@seegerweiss.com>; Max Kelly <MKelly@seegerweiss.com>; AMANDA HUNT <ahunt@triallawfirm.com>
**Subject:** Re: 30b6 M& C

[EXTERNAL EMAIL]

Jay, that makes sense.  We are working on the proposal, but there are many moving parts on our side, not to mention my internet has been on and off all day.   Should have something to you relatively shortly.

If you send a draft email, well send it right back to you.

---

**From:** "Bhimani, Jay" <Jay.Bhimani@dechert.com>
**Date:** Wednesday, August 12, 2020 at 1:56 PM
**To:** Neil Overholtz <NOverholtz@awkolaw.com>
**Cc:** "Nomellini, Mark J." <mnomellini@kirkland.com>, Bryan Aylstock <BAylstock@awkolaw.com>, Shelley Hutson <SHutson@triallawfirm.com>, David Buchanan <DBuchanan@seegerweiss.com>, Max Kelly <MKelly@seegerweiss.com>, AMANDA HUNT <ahunt@triallawfirm.com>

**Subject:** RE: 30b6 M& C

Hi Neil and all,

In light of it starting to get late in the afternoon for the Court, we think it makes sense to email the Court now to seek an extension of the briefing deadlines. We think it would make sense to mention in that correspondence that plaintiffs are working to provide defendants with a narrowed list of topics, which the parties then will be discussing in further detail in an attempt to either reach a resolution or at least narrow the issues further for the Court. It would also be worth mentioning that the parties conducted a lengthy meet and confer yesterday so that the Court sees that we've been making progress on the issues.

In terms of a revised schedule, we'd suggest our brief gets filed Friday before midnight and plaintiffs' response gets filed on Monday before midnight.

Please let us know your thoughts.

Best regards,
Jay

**Jay Bhimani**
Partner

**Dechert LLP**
633 West 5th Street
Los Angeles, CA 90071
+1 213 808 5712  Direct
jay.bhimani@dechert.com
dechert.com

---

**From:** Bhimani, Jay
**Sent:** Wednesday, August 12, 2020 11:11 AM
**To:** 'Neil Overholtz' <NOverholtz@awkolaw.com>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; David Buchanan <DBuchanan@seegerweiss.com>; Max Kelly <MKelly@seegerweiss.com>; AMANDA HUNT <ahunt@triallawfirm.com>
**Subject:** RE: 30b6 M& C

Hi Neil and all,

Do you have a sense of when you may send over a proposal?

Best regards,
Jay

**Jay Bhimani**
Partner

**Dechert LLP**
633 West 5th Street
Los Angeles, CA 90071
+1 213 808 5712  Direct
jay.bhimani@dechert.com
dechert.com

---

**From:** Neil Overholtz [mailto:NOverholtz@awkolaw.com]

**Sent:** Wednesday, August 12, 2020 8:36 AM
**To:** Bhimani, Jay <Jay.Bhimani@dechert.com>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; David Buchanan <DBuchanan@seegerweiss.com>; Max Kelly <MKelly@seegerweiss.com>; AMANDA HUNT <ahunt@triallawfirm.com>
**Subject:** Re: 30b6 M& C

> [EXTERNAL EMAIL]

Jay I can make that work, but Id have more info for you after noon.

Perhaps we speak briefly at 11, and see if we can set a time early in the afternoon to touch base again.

---

**From:** "Bhimani, Jay" <Jay.Bhimani@dechert.com>
**Date:** Wednesday, August 12, 2020 at 10:33 AM
**To:** Neil Overholtz <NOverholtz@awkolaw.com>
**Cc:** "Nomellini, Mark J." <mnomellini@kirkland.com>, Bryan Aylstock <BAylstock@awkolaw.com>, Shelley Hutson <SHutson@triallawfirm.com>, David Buchanan <DBuchanan@seegerweiss.com>, Max Kelly <MKelly@seegerweiss.com>, AMANDA HUNT <ahunt@triallawfirm.com>
**Subject:** Re: 30b6 M& C

I'm tied up beginning at Noon CT. Can we do 11 CT?

Sent from my iPhone

**Jay Bhimani**
Partner

**Dechert LLP**
633 West 5th Street
Los Angeles, CA 90071
+1 213 808 5712  Direct
jay.bhimani@dechert.com
dechert.com

On Aug 12, 2020, at 8:26 AM, Neil Overholtz <NOverholtz@awkolaw.com> wrote:

> [EXTERNAL EMAIL]

Jay and Mark,
Do you guys have time to have a brief discussion about the 30b6 topics?

Would Noon CST work?

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.