# EXHIBIT 19

| | |
|---|---|
| From: | Tevenia Jacobs |
| To: | Bryan Aylstock; Branscome, Kimberly Olvey; Brock, Mike; David Buchanan; Elizabeth, Sierra; lhill@mhw-law.com; Jennifer Hoekstra; Max Kelly; Nomellini, Mark J.; *cseeger@seegerweiss.com; Wasdin, Nick |
| Subject: | [EXT] 3M - Rulings on Deposition Times for Moses, Myers, and Berger |
| Date: | Wednesday, October 16, 2019 4:57:35 PM |

Counsel,

The Court's rulings on the time limits for the depositions of certain witnesses are as follows:

1. Doug Moses: On October 17, Plaintiffs may depose Mr. Moses as corporate representative for one 7.5-hour deposition day. Plaintiffs may depose Mr. Moses in his individual capacity for one 7.5-hour deposition day during the first three weeks of December 2019.
2. Brian Myers: On October 18, Plaintiffs may depose Mr. Myers as corporate representative for one 7.5-hour deposition day. For good cause shown, Plaintiffs may depose Mr. Myers in his individual capacity for two consecutive 7.5-hour deposition days during the first three weeks of December 2019.
3. Dr. Elliott Berger: On November 11, Plaintiffs may depose Dr. Berger as corporate representative for one 7.5-hour deposition day. For good cause shown, Plaintiffs may depose Dr. Berger in his individual capacity for two consecutive 7.5-hour deposition days on November 13 and 14.

It is unclear whether there is a dispute to be resolved by the Court regarding Topic 16, the government procurement contract mentioned in Bryan's email. Bryan indicates that Mr. Myers was designated by 3M to cover this topic just this past Monday while Mark states that plaintiffs were notified of Mr. Myers's coverage of this topic on September 25 and 29. Please advise if this issue needs resolution by the Court.

Best,

Tevenia