# **EXHIBIT 27**

| Topic No. | Text of July 27, 2020 Topics | Defendants' Agreed Prior 30(b)(6) Testimony |
|---|---|---|
| 2 | The "blister pack" containers of the CAEv2, including their assembly, testing, distribution, and sale to the U.S. Government and to any other entity. | **August 8, 2019 Responses and Objections:**<br><br>**Topic No. 8:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses (i) to identify the individuals employed by Defendants who had primary responsibility for communicating with the United States regarding distribution and/or shipment of the CAEV2, to the best of 3M's knowledge based upon their reasonable investigation; and (ii) to describe generally the government communication-related role of those individuals, to the best of 3M's knowledge based upon their reasonable investigation."<br><br>**Topic No. 11:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally the packaging provided by 3M, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**Topic No. 22:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally 3M's departments and divisions with responsibility for the marketing, packaging and labeling of the CAEV2."<br><br>**Topic No. 23:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to identify contracts between Defendants and third parties relating to the marketing, packaging and labeling of CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**Topic No. 24:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally the responsibilities of third parties with respect to the marketing, packaging, and labeling of the CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**September 3, 2019 Responses and Objections:**<br><br>**Topic No. 1:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to generally describe where and to whom the CAEv2 earplugs were sold, to the best |

| Topic No. | Text of July 27, 2020 Topics | Defendants' Agreed Prior 30(b)(6) Testimony |
|---|---|---|
| | | of 3M's knowledge and based upon a reasonable investigation." |
| | | **Topic No. 7:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to testify regarding REAT testing of the CAEv2 prior to Tests 213015 and 213016 to the best of 3M's knowledge based upon a reasonable investigation of documents and information within 3M's possession, custody or control." |
| | | **Topic No. 8:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to to testify regarding the selection of test subjects for the CAEv2 for tests 213015, 213016, and 213017 to the best of 3M's knowledge based upon a reasonable investigation of documents and information within 3M's possession, custody or control." |
| | | **Topic No. 9:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to testify regarding the NRR testing of the open and closed-ends of the CAEv2 on tests 213015, 213016, to the best of 3M's knowledge based upon a reasonable investigation of documents and information within 3M's possession, custody or control." |
| | | **Topic No. 13:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally the statements made to the military and/or the public regarding the CAEv2's NRR testing to the best of 3M's knowledge based upon a reasonable investigation of documents and information within 3M's possession, custody or control." |

2

| Topic No. | Text of July 27, 2020 Topics | Defendants' Agreed Prior 30(b)(6) Testimony |
|---|---|---|
| 3 | All visits, communications, or other contacts between any 3M agent and any individual Duty Station to which any Bellwether Plaintiff was assigned, as identified in Bellwether Plaintiffs' Interrogatories and Bellwether Plaintiffs' Interrogatory Responses. This includes, but is not limited to, any presentations, including vendor presentations, at which any person working on behalf of 3M or any of its distributors was present and wherein the CAEv2 was discussed, distributed, and/or demonstrated. | **August 8, 2019 Responses and Objections:**<br><br>**Topic No. 8:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses (i) to identify the individuals employed by Defendants who had primary responsibility for communicating with the United States regarding distribution and/or shipment of the CAEV2, to the best of 3M's knowledge based upon their reasonable investigation; and (ii) to describe generally the government communication-related role of those individuals, to the best of 3M's knowledge based upon their reasonable investigation." |
| 5 | Your process for determining the language and other information contained within all published labels and packaging for the 3M Earplugs. | **August 8, 2019 Responses and Objections:**<br><br>**Topic No. 12:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally the labelling provided by 3M, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**Topic No. 18:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to (i) identify 3M employees who, to the best of 3M's knowledge based upon a reasonable investigation, were involved in the packaging and labelling of CAEV2 earplugs and (ii) describe generally the role of those individuals with respect to packaging and labeling, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**Topic No. 22:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally 3M's departments and divisions with responsibility for the marketing, packaging and labeling of the CAEV2." |

3

| Topic No. | Text of July 27, 2020 Topics | Defendants' Agreed Prior 30(b)(6) Testimony |
|---|---|---|
| | | **Topic No. 23:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to identify contracts between Defendants and third parties relating to the marketing, packaging and labeling of CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation." <br><br> **Topic No. 24:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally the responsibilities of third parties with respect to the marketing, packaging, and labeling of the CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation." |
| 7 | The final, original, published, or draft status of labelling and packaging materials for the CAEv2. | *Id.* |

4

| Topic No. | Text of July 27, 2020 Topics | Defendants' Agreed Prior 30(b)(6) Testimony |
|---|---|---|
| 9 | The ANSI Method B testing protocol, including (i) 3M's knowledge regarding the requirements of Method B testing; (ii) the chronology of 3M's ability to perform such tests, including whether and when Method B testing was commercially impossible for 3M to perform; (iii) 3M's knowledge with regard to the U.S. Government's use of the Method B standard versus other ANSI standard; (iv) 3M's process for determining whether to apply Method B testing to any product; (v) any Method B testing in which 3M has engaged; (vi) 3M's contentions with regard to the quality of Method B testing versus other ANSI testing methods. | **September 3, 2019 Responses and Objections:**<br><br>**Topic No. 7:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to testify regarding REAT testing of the CAEv2 prior to Tests 213015 and 213016 to the best of 3M's knowledge based upon a reasonable investigation of documents and information within 3M's possession, custody or control."<br><br>**Topic No. 9:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to testify regarding the NRR testing of the open and closed-ends of the CAEv2 on tests 213015, 213016, to the best of 3M's knowledge based upon a reasonable investigation of documents and information within 3M's possession, custody or control." |
| 10 | All communications described in Defendants' October 18, 2019 Rule 30(b)(6) deposition as having taken place between Mr. Myers and the entity or persons referred to as 3M's "technical group" or "somebody from technical" or "technical," and all activities that any such entities or persons engaged in related to those communications. | *See* August 8, 2019 Responses and Objections to Topic Nos. 12, 18, 22, 23, and 24 listed above. |

| Topic No. | Text of July 27, 2020 Topics | Defendants' Agreed Prior 30(b)(6) Testimony |
|---|---|---|
| 12 | The identity of all third-party entities or persons involved in the marketing, advertising, or sales of the 3M Earplugs, and the substance, scope, and purpose of any marketing, advertising, or sales campaign relating to the 3M Earplugs, including consumer marketing, advertising, or sales campaigns. | **August 8, 2019 Responses and Objections:**<br><br>**Topic No. 19:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to (i) identify organizations and entities that, to the best of 3M's knowledge based upon a reasonable investigation, were involved in the marketing of CAEV2 earplugs and (ii) describe generally the role of those organizations and entities with respect to marketing of the CAEv2 earplugs, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**Topic No. 20:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses (i) to identify the individuals employed by Defendants who had primary responsibility for promotional and marketing materials with respect to the CAEV2, to the best of 3M's knowledge based upon their reasonable investigation; and (ii) to describe generally the marketing and promotional role of those individuals with respect to the CAEV2, to the best of 3M's knowledge based upon their reasonable investigation."<br><br>**Topic No. 21:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses (i) to identify the individuals employed by Defendants who had primary responsibility for promotional events for the CAEV2, to the best of 3M's knowledge based upon their reasonable investigation; and (ii) to describe generally the role of those individuals with respect to promotional events for the CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**Topic No. 23:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to identify contracts between Defendants and third parties relating to the marketing, packaging and labeling of CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**Topic No. 24:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally the responsibilities of third parties with respect to the marketing, packaging, and labeling of the CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation." |

6

| Topic No. | Text of July 27, 2020 Topics | Defendants' Agreed Prior 30(b)(6) Testimony |
|---|---|---|
| | | **Topic No. 29:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally the responsibilities of third parties with respect to the sales of the CAE, to the best of 3M's knowledge and based upon a reasonable investigation." |

| Topic No. | Text of July 27, 2020 Topics | Defendants' Agreed Prior 30(b)(6) Testimony |
|---|---|---|
| 13 | 3M's "Operation COBRA," including (i) the identity of all individuals involved in COBRA; (ii) all marketing, sales, or advertising campaigns or strategies relating to Operation Cobra; (iii) the use and content of marketing collateral relating to Operation Cobra, including the use and content of Operation COBRA "Kits" (see 3M_MDL000825402), as well as the use and content of mailers or leave-behind tubes distributed by 3M's sales force; (iv) business projections relating to COBRA and impact on sales attributed to Operation Cobra, including but not limited to in September 2005; (v) the use and content of CAEv2 ad placements in publications such as the National Defense, Armed Forces Journal, Army Magazine, and the Stars and Stripes Newspaper; and (vi) the use of Operation Cobra as it relates to the expiration of a multi-million dollar contract between the US Army and Sordin, which was set to expire in 2006. | **August 8, 2019 Responses and Objections:**<br><br>**Topic No. 13:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally Defendants' marketing efforts for the CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**Topic No. 15:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to identify marketing videos created by Defendants that primarily relate to the CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation."<br><br>**Topic No. 17:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally Defendants' marketing efforts for the CAEV2, to the best of 3M's knowledge and based upon a reasonable investigation, including the identification of marketing budgets for the CAEV2 that 3M identifies based upon that reasonable investigation." |

| Topic No. | Text of July 27, 2020 Topics | Defendants' Agreed Prior 30(b)(6) Testimony |
|---|---|---|
| 17 | 3M's knowledge with regard to the potential of safer alternative designs of the 3M Earplugs, including potential safety effects of changes to (i) the length of the 3M Earplugs; (ii) the thickness of the 3M Earplugs; (iii) the number, orientation, and size of flanges on the 3M Earplugs; and (iv) the materials used in the manufacture of the 3M Earplugs. | **September 3, 2019 Responses and Objections:**<br><br>**Topic No. 11:** "Notwithstanding its General objections, 3M offers to produce a witness or witnesses to testify regarding the design of the CAEv2 as described in the report titled 'How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug,' to the best of 3M's knowledge based upon a reasonable investigation of documents and information within 3M's possession, custody or control."<br><br>**Topic No. 12:** "Notwithstanding the above objections, 3M offers to produce a witness or witnesses to describe generally the design decisions regarding the CAEv2 to the best of 3M's knowledge based upon a reasonable investigation of documents and information within 3M's possession, custody or control." |
| 18 | 3M's discussions and considerations of any Competing Product or alternative designs for Combat Arms earplugs (all versions), and any other earplug models that would provide non-linear attenuation hearing protection, including: (i) the evaluation of any intellectual property or patent rights, (ii) drafts, design plans, drawings, and testing, (iii) the dimensions, specifications, materials used, and (iv) whether or not flanges were a component. | *Id.* |

9