# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Carter Stelling (7:20cv143)<br>Carlos Montero (7:20cv67)<br>Steven Wilkerson (7:20cv35) | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# PRETRIAL ORDER NO. 47

Pursuant to agreement between Plaintiffs and Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and any of their related or affiliated entities or individuals named as defendants herein (collectively, "3M Defendants"), the Court adopts the following additional initial deadlines for the bellwether trial pool plaintiffs reflected in Pretrial Order No. 45 for Bellwether Plaintiffs Carter Stelling (7:20cv143), Carlos Montero (7:20cv67), and Steven Wilkerson (7:20cv35):

| | |
|---|---|
| Deadline for Plaintiffs to provide initial authorizations consistent with the Court's March 26, 2020 and April 14, 2020 Orders (ECF Nos. 1065, 1086). | August 18, 2020 |

| Deadline for Plaintiffs to provide to Defendants a letter consistent with the Court's March 26, 2020 Order (ECF No. 1065) specifying whether the Plaintiffs has applied or received federal Social Security Disability benefits. | August 28, 2020 |
|---|---|
| Deadline for Plaintiffs to produce responsive materials and provide the disclosures and certifications required by Pretrial Order No. 42 (ECF No. 1171). | 30 Days After Plaintiff's Deadline for Serving Responses to Defendants' Requests for Production |

The Clerk is directed to enter a copy of this Order on the individual docket for each of the three cases and send electronic notices of the same to the attorneys of record for both sides.

**SO ORDERED**, this 19th day of August, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**