**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 48**
**Amendments to Pretrial Order No. 46**

Pursuant to agreement between Plaintiffs and Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and any of their related or affiliated entities or individuals named as defendants herein (collectively, "3M Defendants"), the Court adopts the following additionally discovery deadlines for the initial bellwether cases in Trial Groups B, C, and D.  Prior to these deadlines, Plaintiffs in Trial Groups B, C, and D should serve on Defendants their Initial Disclosures in accordance with Rule 26(a)(1) and the Court's July 17, 2020 Order (ECF No. 1260).

| Trial Group | Plaintiff's Initial Disclosures Deadline |
|---|---|
| Trial Group B | Two Weeks Before Each Plaintiff's Scheduled Deposition |
| Trial Groups C & D | Four Weeks Before Each Plaintiff's Scheduled Deposition |

Additionally, as set forth at the August 14, 2020 Leadership Teleconference, the Court sets the following additional discovery deadlines for the initial bellwether cases in Trial Group B only.

|  | **Deadline** |
| --- | --- |
| Motion(s) to Compel Discovery from Group B Plaintiffs | August 21, 2020 |
| Response(s) to Motion(s) to Compel Discovery from Group B Plaintiffs | September 1, 2020 |

**SO ORDERED**, this 19th day of August, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**