# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

Pending before the Court is Defendants' Motion for Protective Order Concerning Plaintiffs' Notice of Rule 30(b)(6) Deposition.  ECF No. 1332.  Plaintiffs' response to the instant motion is due today, August 19, 2020.  The Court concludes that a telephonic hearing to address this discovery dispute is necessary.

Accordingly, a **telephonic** hearing is scheduled before Magistrate Judge Gary R. Jones on **Friday, August 21, 2020, at 1:00 p.m. (Eastern Time)**.  The parties may dial into the conference call up to five minutes before the scheduled start time by calling AT&T Conference Line at 888-684-8852 and entering access code 4251733#.  When prompted for a security code enter 3696#.

**DONE AND ORDERED** this 19th day of August 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge