# **EXHIBIT C**

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF

FLORIDA, PENSACOLA DIVISION

IN RE 3M COMBAT ARMS        : MDL No. 2885
EARPLUG PRODUCTS            : Civil Action No.:
LIABILITY LITIGATION        : 3:19-md-02885-MCR-GRJ

--------------------

Deposition of LTC JOHN A. MERKLEY, was taken via videotape on Wednesday, February 26, 2020, commencing at 9:09 a.m., at Baltimore Marriott Waterfront Hotel, 700 Aliceanna Street, Baltimore, Maryland, before MICHELE D. LAMBIE, Notary Public.

--------------------

Reported By:

Michele D. Lambie, CSR-RPR

```
 1   APPEARANCES:
 2          ON BEHALF OF THE PLAINTIFFS:
 3      SeegerWeiss LLP.
 4          DAVID R. BUCHANAN, ESQUIRE.
 5          dbuchanan@seegerweiss.com.
 6          MAX KELLY, ESQUIRE.
 7          mkelly@seegerweiss.com.
 8          (via computer)
 9          55 Challenger Road.
10          Ridgefield Park, New Jersey  07660.
11          (212) 584-0713
12
13      Clark, Love & Hutson, PLLC
14          AMANDA HUNT, ESQUIRE.
15          ahunt@triallawfirm.com.
16          440 Louisiana Street.
17          Suite 1600.
18          Houston, Texas  77002.
19          (713) 757-1400
20
21
```

Page 3

1  APPEARANCES CONTINUED:
2      ON BEHALF OF THE PLAINTIFFS:
3  Tracey & Fox.
4      LAWRENCE TRACEY, ESQUIRE.
5      ltracey@traceylawfirm.com.
6      4400 Louisiana Street.
7      Suite 1901.
8      Houston, Texas  77002.
9      (800) 925-7216
10
11      ON BEHALF OF THE DEFENDANTS:
12  Kirkland & Ellis LLP.
13      NICHOLAS WASDIN, ESQUIRE.
14      nick.wasdin@kirkland.com.
15      COLE CARTER, ESQUIRE.
16      cole.carter@kirkland.com.
17      300 North LaSalle Street.
18      Chicago, Illinois  60654.
19      (312) 862-7090
20
21

```
 1   APPEARANCES CONTINUED:

 2           ON BEHALF OF LTC JOHN A. MERKLEY:

 3      U.S. Army Legal Services Agency.

 4           MAJOR COLLIN P. EVANS, ESQUIRE.

 5           collin.p.evan2.mil@mail.mil.

 6           9275 Gunston Road.

 7           Suite 3005.

 8           Fort Belvoir, Virginia  22060-5546.

 9           (703) 693-0352

10

11

12      ALSO PRESENT:  Charles Bachmann

13                     Zach Hove

14                     Derek Fox - Videographer

15

16

17

18

19

20

21
```

```
 1   injuries among service members?
 2        A.   Yes.
 3        Q.   What percentage of service members
 4   experience hearing loss or tinnitus?
 5        A.   I -- I don't have those numbers right
 6   now.  I -- I -- I just don't know them off the top
 7   of my head.
 8        Q.   Can you ballpark?
 9             MAJOR EVANS:  Don't --
10             MR. BUCHANAN:  Objection.
11             MAJOR EVANS:  Don't ballpark that.
12             THE WITNESS:  Okay.
13             MAJOR EVANS:  No.  You --
14   BY MR. WASDIN:
15        Q.   Why are hearing loss rates or hearing
16   loss and tinnitus rates high among members of the
17   armed forces?
18             MR. BUCHANAN:  Objection to form.
19             THE WITNESS:  Well, I can speculate, but
20   I don't want to speculate.
21             MAJOR EVANS:  He can't speculate.
```

1  THE WITNESS: So --
2  MAJOR EVANS: He's not authorized to give
3  opinions. He can give factual testimony, but not
4  opinions.
5  BY MR. WASDIN:
6     Q. The Department of Defense requires the
7  Army to maintain a Hearing Conservation Program,
8  right?
9     A. Correct.
10     (Whereupon, Merkley Deposition Exhibit 1,
11  Department of Defense Instruction, marked for
12  identification.)
13  BY MR. WASDIN:
14     Q. I'm going to hand you what I have marked
15  as Exhibit 1. Take a look at Exhibit 1 and tell me
16  if you recognize it.
17     A. Yes.
18     Q. What is that document?
19     A. Well, this is an -- an outdated
20  Department of Defense instruction for the Hearing
21  Conservation Program.

Page 497

1  State of Maryland
2  County of Baltimore, to wit:
3              I, Michele D. Lambie, a Notary Public of
4  the State of Maryland, County of Baltimore, do
5  hereby certify that the within-named witness
6  personally appeared before me at the time and place
7  herein set out, and after having been duly sworn by
8  me, according to law, was examined by counsel.
9              I further certify that the examination
10 was recorded stenographically by me and this
11 transcript is a true record of the proceedings.
12             I further certify that I am not of
13 counsel to any of the parties, nor related to any
14 of the parties, nor in any way interested in the
15 outcome of this action.
16             As witness my hand and notarial seal this
17 2nd day of March 2020.
18
19                              *Michele D Lambie* (signature)
20
21