# **EXHIBIT D**

Confidential - Pursuant to Protective Order

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF FLORIDA

 3                     PENSACOLA DIVISION

 4

 5    ---------------------------------x

 6    IN RE: 3M COMBAT ARMS EARPLUG       Case No. 3:19md2885

 7    PRODUCTS LIABILITY LITIGATION

 8

 9    This Document Relates to All Cases

10    ---------------------------------x

11

12        * CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER *

13

14     REMOTE VIDEOTAPED DEPOSITION OF DR. BRIAN HOBBS

15                  Thursday, July 16, 2020

16                     9:35 a.m. Eastern

17

18

19   Reported by:  Linda S. Kinkade RDR CRR RMR RPR CSR

20   Videographer:  David Lane

21   Tech Host:  Zach Hone

22

23              GOLKOW LITIGATION SERVICES

24           T 877.370.3377 | F 917.591.5672

25                  deps@golkow.com
```

Confidential - Pursuant to Protective Order

```
 1    A P P E A R A N C E S (remote internet video):

 2

 3    On Behalf of Plaintiffs:

 4          Seeger Weiss LLP

 5          77 Water Street, 8th Floor

 6          New York, New York 10005

 7          (212) 584-0700

 8          By:  David R. Buchanan, Esq.

 9          dbuchanan@seegerweiss.com

10

11    -and-

12          Seeger Weiss LLP

13          55 Challenger Road, 6th Floor

14          Ridgefield Park, New Jersey 07660

15          (973) 639-9100

16          By:  Caleb A. Seeley, Esq.

17          cseeley@seegerweiss.com

18

19    -and-

20          Aylstock, Witkin, Kreis & Overholtz, PLLC

21          17 East Main Street

22          Pensacola, Florida 32502

23          (850) 202-1010

24          By:  Neil D. Overholtz, Esq.

25          cseeley@seegerweiss.com
```

Confidential - Pursuant to Protective Order

```
 1    A P P E A R A N C E S (continued):

 2

 3    On Behalf of Defendants:

 4           Kirkland & Ellis LLP

 5           1301 Pennsylvania Avenue, NW

 6           Washington, DC 20004

 7           (202) 389-5996

 8           By:  F. Chadwick Morriss, Esq.

 9           chad.morriss@kirkland.com

10

11    -and-

12           Kirkland & Ellis LLP

13           300 North LaSalle

14           Chicago, Illinois 60654

15           (312) 862-3937

16           By:  Nolan M. Leuthauser, Esq.

17           nolan.leuthauser@kirkland.com

18

19

20    On Behalf of the Government:

21           United States Department of Defense

22           By:  Major Nicole Kim

23

24

25
```

Confidential - Pursuant to Protective Order

 1   Marine Corps serve as an enterprise tool to assess

 2   efforts made to minimize preventible hearing loss

 3   across the Department of Navy.

 4          MR. BUCHANAN:  I'm just going to have a

 5   belated objection as being beyond the scope of the

 6   request, and I think the witness's objection or

 7   statement at the outset reflected the concerns that I

 8   share.

 9       Q.  So my question is really a little more

10   basic even than that.

11          So the Hearing Conservation Compendium Report,

12   calendar year '13, is this a report that's issued

13   every year or has been issued every year since you've

14   been working with the Navy and Marine Corps Public

15   Health Center?

16          MR. BUCHANAN:  Objection, beyond the scope

17   of the Touhy grant, and then the specific topics the

18   witness was proffered on.

19       Q.  You can answer.

20          MAJOR KIM:  I'm going to object as well to

21   beyond the scope of the Touhy request and instruct the

22   witness, Dr. Hobbs, not to answer that question.

23          MR. MORRISS:  We need to take a break and

24   get Judge Rodgers on the phone.  We have a transcript

25   from him from several weeks ago where he said it would


Confidential - Pursuant to Protective Order

1  be inappropriate to instruct the witness not to
2  answer.
3           So if I can't even do the background questions
4  on this document, I've agreed to just sort of figure
5  out what it is, but if you're not going to let me do
6  that, I'm going to get Judge Rodgers on the phone.
7           You have not objected in any way to going
8  through the criminal investigation, which was also
9  outside the Touhy scope and did not, you know, you
10 didn't instruct him not to answer those questions.
11          So if we need to get Judge Rodgers on the
12 phone, I'm happy to take a break, get his office in
13 line, and we can just get this figured out, or you can
14 let -- or you can let me do these background questions
15 and figure out what the document is, and then I can
16 get another witness, if I need to, for the substance,
17 but I want to find out the foundation of this
18 document.
19          MAJOR KIM:  I'm perfectly comfortable with
20 getting Judge Rodgers on the phone to further discuss
21 this.
22          MR. MORRISS:  Okay.
23          VIDEO SPECIALIST:  Do you want to go off
24 the record?
25          MR. MORRISS:  Let's wait until the end.

Confidential - Pursuant to Protective Order

```
 1                    CERTIFICATE OF REPORTER

 2           I, Linda S. Kinkade, Registered Diplomate

 3    Reporter, Certified Realtime Reporter, Registered

 4    Merit Reporter, Registered Professional Reporter,

 5    Certified Shorthand Reporter and officer duly

 6    authorized to administer oaths and/or affirmations, do

 7    hereby certify that prior to the commencement of

 8    examination the deponent herein was duly sworn by me

 9    to testify truthfully under penalty of perjury;

10           I FURTHER CERTIFY that the foregoing is a true

11    and accurate transcript of the proceedings as reported

12    by me stenographically, to the best of my ability;

13           I FURTHER CERTIFY that I am neither counsel for

14    nor related to nor employed by any of the parties to

15    this case and have no interest, financial or

16    otherwise, in its outcome.

17           IN WITNESS WHEREOF, I have hereunto set my hand

18    this 21st day of July 2020.

19

20

21    _____

22    Linda S. Kinkade, RDR CRR RMR RPR CSR

23

24

25
```