**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 49**
**Amendment to Pretrial Order No. 25 and Pretrial Order No. 39**

On February 5, 2020, the Court entered an Order setting forth the manner in which the parties in this litigation may obtain, review, share, and use certain confidential records produced by the Department of Veterans Affairs ("VA"). *See* Pretrial Order No. 25, ECF No. 977 ("PTO 25"). On June 1, 2020, the Court amended certain provisions of that Order. *See* Pretrial Order No. 39, ECF No. 1154 ("PTO 39").

Pursuant to Plaintiffs' request, the Court adopts the following amendment to Pretrial Order No. 25, ECF No. 977 and Pretrial Order No. 39, ECF No. 1154. Specifically, the 14-day review period is modified to a 28-day review period for any VA records produced after the date of this Order. If a plaintiff's counsel needs additional time to complete this review, he or she must seek leave of Court and demonstrate good cause for an extension of the deadline. Absent such a motion from

plaintiff's counsel, a plaintiff's VA records must be released to Defendants no later than the first day following the 28-day review period.

All other provisions of PTO 25 and/or PTO 39 remain unchanged.

**SO ORDERED**, this 20th day of August, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**