UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

This matter is before the Court on Magistrate Judge Gary Jones's July 30, 2020 Report and Recommendation recommending that Defendants' Motion to Compel Against the Department of Defense (ECF No. 1211) be granted in part and denied in part. *See* ECF No. 1292. As a threshold matter, Judge Jones concluded that the Court has personal jurisdiction over the Department of Defense (the "Department") because the Department waived any objection to personal jurisdiction, and that exercise of jurisdiction is not unconstitutional. *See id.* at 14-19.

Pretrial Order No. 50 (ECF No. 1340), filed after Judge Jones' Report and Recommendation, requires the parties to subpoena the United States Government with any requests for depositions or production of documents, including those that are the subject of Defendants' Motion to Compel (ECF No. 1211). Because Pretrial Order No. 50 now moots the threshold dispute between the parties and, should

subpoenas issue, will provide the Department with an opportunity to respond to the subpoena, the Court hereby **REJECTS** the entire Report and Recommendation (ECF No. 1292) and **DENIES** Defendants' Motion to Compel (ECF No. 1211) as moot.  Should a motion to compel still be necessary following the subpoena process, Defendants may renew their arguments in a new motion to compel.

**SO ORDERED**, on this 20th day of August, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**