UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
(PENSACOLA DIVISION)

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to the ) <br> Master Docket ) | Case No.: 3:19-md-2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order Number 3 and the Northern District of Florida Local Rule 11.1, Collins Law Firm LLC, by and through counsel Justin A. Collins, hereby moves this Court for an Order granting Movant's admission to practice *pro hac vice* in the above-styled case, and in support of its motion Movant states as follows:

1. Movant is, at present, a resident of Missouri and is not a resident of the state of Florida.

2. Movant is admitted to practice in the state of Missouri, and is a member of good standing with the Missouri Bar. Attached hereto and styled as "Exhibit A," is a copy of the certificate of good standing from the Missouri Bar that is dated within thirty days from the date of this motion.

3. Movant has successfully completed the online Local Rules tutorial, as is evidenced by the following confirmation number: **FLND15973455813651.** In addition, Movant has reviewed the CM/ECF online tutorial.

1

4. Movant will submit to the clerk the *pro hac vice* admission fee in the amount of $201.00.

5. Movant has upgraded his PACER account to the "NextGen" status, as is required by this Court.

6. Collins Law Firm LLC, and its counsel Justin Collins, is the attorney of record in the following matter, styled as: *CODY EVANS v 3M COMPANY et al* 3:20-cv-05726-MCR-GRJ

WHEREFORE, undersigned counsel Justin A. Collins of Collins Law Firm LLC respectfully requests that this Court enter an order granting his motion to appear *pro hac vice*, and further directing that the clerk provide to the undersigned counsel notice of Electronic Case Filings.

Dated: August 22, 2020                                        Respectfully submitted,

**COLLINS LAW FIRM LLC**

s/ Justin Collins
Justin A. Collins MO Bar #65388
13321 North Outer Forty Rd.
Suite 800
Town & Country, MO 63017
Ph: 314.370.9393 (direct)
justin@collinslawclf.com

***Attorney for Plaintiff Cody Evans***