# EXHIBIT 1



HENINGER GARRISON DAVIS, LLC

2224 1ˢᵗ Avenue North
Birmingham, AL 35203

Phone: (205) 326-3336
(800) 241-9779
Fax:   (205) 326-3332

WWW.HGDLAWFIRM.COM

April 17, 2020

<u>**VIA E-MAIL**</u>
Mike Brock (mike.brock@kirkland.com)
Kimberly Branscome (kimberly.branscome@kirkland.com)
Kirkland & Ellis
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

> *RE:   IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY*
> *LITIGATION Case No.: 3:19-md-2885*
> *Marcus Hensley, 7:20cv93-MCR/GRJ*

Dear Mr. Brock and Ms. Branscome:

We write pursuant to the Court's March 26, 2020 Order, under which "Plaintiffs' counsel must notify Defendants by April 17, 2020, whether any Plaintiff has applied for or applied for and received Social Security disability benefits." *See* Dkt. No. 1065 at 15.

Plaintiff Marcus Hensley has applied for, but did not receive, Social Security disability benefits. He provides the enclosed authorization in accordance with the March 26, 2020 Order.

Very truly yours,

*/s Taylor C. Bartlett*
Taylor C. Bartlett
**Heninger Garrison Davis, LLC**
2224 First Avenue North
Birmingham, AL 35213
Phone: 205.427.6630
Fax: 205-380-8085
taylor@hgdlawfirm.com

*Attorneys for Plaintiff*