# EXHIBIT 4

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION
IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS CASE NO. 3:19-MD-2885
LIABILITY LITIGATION
PLAINTIFFS' LOG OF WITHHELD MEDICAL MATERIALS

**Confidential - Subject to Protective Order**

| Log Date | Entry # | Document ID | BegBates | EndBates | Date Produced | Custodial Source | Author/Creator (VA, DOD, Plaintiff) | To | CC | Privilege/Redaction | Description | Privilege/Redaction Description | Document Type | Distributed to a Third Party |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 1 | 796900 | R_E_Sloan-000271 | R_E_Sloan-000319 | 5/27/2020 | Alvin C. York VAMC | VA | BrownGreer, PLC | | Redaction | Prescriptions and Progress Notes | Highly Confidential Inforamtion - Mental Health Highly Protected Information – HIV | VA Medical Records | N/A |
| 5/27/2020 | 2 | 796811 | R_E_Sloan-000409 | R_E_Sloan-000442 | 5/27/2020 | Memphis VAMC | VA | BrownGreer, PLC | | Redaction | Consult Requests and Progress Notes | Highly Confidential Inforamtion - Mental Health Highly Protected Information – HIV | VA Medical Records | N/A |
| 5/27/2020 | 3 | 797124 | R_E_Sloan-000320 | R_E_Sloan-000408 | 5/27/2020 | Alvin C. York VAMC | VA | BrownGreer, PLC | | Redaction | Consult Requests, Progress Notes, Health Summaries | Highly Confidential Inforamtion - Mental Health Highly Protected Information – HIV | VA Medical Records | N/A |
| 6/14/2020 | 4 | 694400 | R_E_Sloan-000447 | R_E_Sloan-000617 | 6/14/2020 | Veterans Affairs | VA | BrownGreer, PLC | | Redaction | Personal Information Report, Consult Reports | Highly Confidential Inforamtion - Mental Health Highly Protected Information – HIV | VA Medical Records | N/A |
| 7/3/2020 | 5 | 842338 | R_E_Sloan-000833 | R_E_Sloan-001869 | 7/3/2020 | Department of Defense | DOD | BrownGreer, PLC | | Redaction | Medical Records, Consult Reports, Lab Results | Highly Confidential Inforamtion - Mental Health Highly Protected Information – HIV | DOD Medical Records | N/A |
| 7/3/2020 | 7 | 850997 | R_E_Sloan-001870 | R_E_Sloan-004661 | 7/3/2020 | Veterans Affairs | VA | BrownGreer, PLC | | Redaction | VA Rating decision, medical records | Highly Confidential Inforamtion - Mental Health Highly Protected Information – HIV | VA Medical Records | N/A |