# EXHIBIT 13
# CONFIDENTIAL --
# FILED UNDER SEAL