# EXHIBIT 14
# CONFIDENTIAL --
# FILED UNDER SEAL