# EXHIBIT 15
# CONFIDENTIAL --
# FILED UNDER SEAL