# EXHIBIT 16 CONFIDENTIAL -- FILED UNDER SEAL