# EXHIBIT 17 CONFIDENTIAL -- FILED UNDER SEAL