# EXHIBIT 18

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**In re: 3M Combat Arms Earplug Products Liability Litigation**
*Plaintiffs' Cumulative Privilege Log - Brandon Adkins, 3:19 MD 2885*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | CUSTODIAN(S) | EMAIL FROM/AUTHOR(S) | EMAIL TO | EMAIL CC/BCC | DOCUMENT TYPE | REDACTION/PRIVILEGE TYPE | REDACTION/PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2020 | 1 | B_L_Adkins-000087 | B_L_Adkins-000087 | 2/6/2020 | CHI Franciscan Health | n/a | n/a | n/a | Medical Records | Redaction of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 2 | B_L_Adkins-000093 | B_L_Adkins-000178 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health records that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 3 | B_L_Adkins-000187 | B_L_Adkins-000228 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health records that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 4 | B_L_Adkins-000230 | B_L_Adkins-000257 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health records that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 5 | B_L_Adkins-000258 | B_L_Adkins-000266 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redaction of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

In re: 3M Combat Arms Earplug Products Liability Litigation
Plaintiffs' Cumulative Privilege Log - Brandon Adkins, 3:19 MD 2885

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | CUSTODIAN(S) | EMAIL FROM/AUTHOR(S) | EMAIL TO | EMAIL CC/BCC | DOCUMENT TYPE | REDACTION/PRIVILEGE TYPE | REDACTION/PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2020 | 6 | B_L_Adkins-000267 | B_L_Adkins-000331 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health records that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 7 | B_L_Adkins-000332 | B_L_Adkins-000333 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 8 | B_L_Adkins-000336 | B_L_Adkins-000336 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions related to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 9 | B_L_Adkins-000338 | B_L_Adkins-000347 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be cuased by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 10 | B_L_Adkins-000348 | B_L_Adkins-000355 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Record | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be cuased by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

In re: 3M Combat Arms Earplug Products Liability Litigation
*Plaintiffs' Cumulative Privilege Log - Brandon Adkins, 3:19 MD 2885*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | CUSTODIAN(S) | EMAIL FROM/ AUTHOR(S) | EMAIL TO | EMAIL CC/BCC | DOCUMENT TYPE | REDACTION/PRIVILEGE TYPE | REDACTION/PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2020 | 11 | B_L_Adkins-000353 | B_L_Adkins-000353 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions related to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 12 | B_L_Adkins-000357 | B_L_Adkins-000359 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 13 | B_L_Adkins-000365 | B_L_Adkins-000366 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 14 | B_L_Adkins-000369 | B_L_Adkins-000373 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 15 | B_L_Adkins-000376 | B_L_Adkins-000399 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

In re: 3M Combat Arms Earplug Products Liability Litigation
*Plaintiffs' Cumulative Privilege Log - Brandon Adkins, 3:19 MD 2885*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | CUSTODIAN(S) | EMAIL FROM/ AUTHOR(S) | EMAIL TO | EMAIL CC/BCC | DOCUMENT TYPE | REDACTION/PRIVILEGE TYPE | REDACTION/PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2020 | 16 | B_L_Adkins-000402 | B_L_Adkins-000403 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 17 | B_L_Adkins-000404 | B_L_Adkins-000420 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 18 | B_L_Adkins-000422 | B_L_Adkins-000440 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 19 | B_L_Adkins-000443 | B_L_Adkins-000444 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 20 | B_L_Adkins-000445 | B_L_Adkins-000447 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

In re: 3M Combat Arms Earplug Products Liability Litigation
*Plaintiffs' Cumulative Privilege Log - Brandon Adkins, 3:19 MD 2885*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | CUSTODIAN(S) | EMAIL FROM/ AUTHOR(S) | EMAIL TO | EMAIL CC/BCC | DOCUMENT TYPE | REDACTION/PRIVILEGE TYPE | REDACTION/PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2020 | 21 | B_L_Adkins-000450 | B_L_Adkins-000493 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 22 | B_L_Adkins-000496 | B_L_Adkins-000503 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 23 | B_L_Adkins-000507 | B_L_Adkins-000509 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 24 | B_L_Adkins-000510 | B_L_Adkins-000521 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 25 | B_L_Adkins- | B_L_Adkins-000527 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

In re: 3M Combat Arms Earplug Products Liability Litigation
Plaintiffs' Cumulative Privilege Log - Brandon Adkins, 3:19 MD 2885

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | CUSTODIAN(S) | EMAIL FROM/ AUTHOR(S) | EMAIL TO | EMAIL CC/BCC | DOCUMENT TYPE | REDACTION/PRIVILEGE TYPE | REDACTION/PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2020 | 26 | B_L_Adkins-000528 | B_L_Adkins-000531 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 27 | B_L_Adkins-000532 | B_L_Adkins-000533 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 28 | B_L_Adkins-000535 | B_L_Adkins-000554 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical Records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/15/2020 | 29 | B_L_Adkins-000557 | B_L_Adkins-000557 | 2/4/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/22/2020 | 30 | B_L_Adkins-VA-000002 | B_L_Adkins-VA-000015 | 6/10/2019 | Department of Veterans Affairs | n/a | n/a | n/a | Medical records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## In re: 3M Combat Arms Earplug Products Liability Litigation
### Plaintiffs' Cumulative Privilege Log - Brandon Adkins, 3:19 MD 2885

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | CUSTODIAN(S) | EMAIL FROM/ AUTHOR(S) | EMAIL TO | EMAIL CC/BCC | DOCUMENT TYPE | REDACTION/PRIVILEGE TYPE | REDACTION/PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/2020 | 31 | B_L_Adkins-VA-000018 | B_L_Adkins-VA-000018 | 6/10/2019 | Department of Veterans Affairs | n/a | n/a | n/a | Medical records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/22/2020 | 32 | B_L_Adkins-VA-000024 | B_L_Adkins-VA-000051 | 6/3/2019 | Department of Veterans Affairs | n/a | n/a | n/a | Medical records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/22/2020 | 33 | B_L_Adkins-VA-000057 | B_L_Adkins-VA-000184 | 3/16/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/22/2020 | 34 | B_L_Adkins-VA-000186 | B_L_Adkins-VA-000188 | 3/16/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical records | Redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |
| 5/22/2020 | 35 | B_L_Adkins-VA-000189 | B_L_Adkins-VA-000355 | 3/16/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical records | Medical information relating to Plaintiff's substance abuse and/or mental health issues | Relating to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court's Order. See PTO 39. |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

In re: 3M Combat Arms Earplug Products Liability Litigation
*Plaintiffs' Cumulative Privilege Log - Brandon Adkins, 3:19 MD 2885*

| LOG DATE | ENTRY # | BATES BEGIN | BATES END | DOCUMENT DATE | CUSTODIAN(S) | EMAIL FROM/ AUTHOR(S) | EMAIL TO | EMAIL CC/BCC | DOCUMENT TYPE | REDACTION/PRIVILEGE TYPE | REDACTION/PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/2020 | 36 | B_L_Adkins-VA-000358 | B_L_Adkins-VA-000358 | 3/16/2020 | Department of Veterans Affairs | n/a | n/a | n/a | Medical records | redactions of medical information relating to Plaintiff's substance abuse and/or mental health issues | Redactions relate to confidential mental health information that Plaintiff does not allege to be caused by the torts alleged in this case, and thus may be redacted or removed from Plaintiff's record pursuant to the Court Order. See PTO 39. |