# EXHIBIT 20
# CONFIDENTIAL --
# FILED UNDER SEAL