# EXHIBIT 21

# CONFIDENTIAL --

# FILED UNDER SEAL