# EXHIBIT 22
# CONFIDENTIAL --
# FILED UNDER SEAL