# EXHIBIT 23
# CONFIDENTIAL --
# FILED UNDER SEAL