*Liberté • Égalité • Fraternité*
RÉPUBLIQUE FRANÇAISE

MINISTÈRE DE LA JUSTICE

Paris, le 10 août 2020

**DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU**

BUREAU DU DROIT DE L'UNION,
DU DROIT INTERNATIONAL PRIVÉ
ET DE L'ENTRAIDE CIVILE

Tribunal de district des Etats-Unis pour le district nord de la Floride
Winston E. Arnow Federal Building
100 N. Palafox Street
Pensacola, FL 32502-4839

*Reference:*
**137OP2020**
Case manager:
Célia NEEL
Tél. : 00331 44 77 61 05
Fax : 00331 44 77 61 22
✉ entraide-civile-internationale@justice.gouv.fr

For the Honorable, Gary R. Jones

**OBJET :** Acceptation of a taking of evidence request pursuant the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

**AFFAIRE :** BRYAN F. AYLSTOCK c/ 3 M COMPANY

**VOS REF :** Case n°3:19-md-2885

Dear Sir or Madam,

The French Ministry of Justice has the honor to acknowledge receipt, on August 7th, of the taking of evidence request in civil and commercial matters, issued by the United States Dsitrict Court Northern District of Florida Pensaola Division on July 29th, regarding the oral testimony of Pascal Hamery and Armand Dancer and the production of documents by ISL

I inform you that this request has been authorized and forwarded this day for execution to the public prosecutors at the First Instance Courts of Mulhouse and Dole.

Filed (djb)   Yours sincerely,

RCV'D USDC FLND PN
AUG 21 '20 PM12:13

Célia NEEL

**DACS**
13, place Vendôme – 75042 Paris Cedex 01
Téléphone : 01 44 77 61 05
Télécopie : 01 44 77 61 22
www.justice.gouv.fr