**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,                                    Case No. 3:19-md-2885

                                               Judge M. Casey Rodgers
                                               Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

### ORDER

Pending before the Court is Defendants' Motion to Compel, filed August 21, 2020.  ECF No. 1343.  Defendants request the Court to compel Bellwether Plaintiffs Brandon Adkins, Marcus Hensley, and Ronald Sloan to "adequately respond to Defendants' Requests for Production and provide privilege logs that comply with the Court's Order on the topic."  *Id.* at 1. The instant motion was served on Plaintiffs' Leadership Counsel as well as individual counsel for these Bellwether Plaintiffs in Trial Group B.

Accordingly, it is **ORDERED** that the individual counsel for Bellwether Plaintiffs Brandon Adkins, Marcus Hensley, and Ronald Sloan, *not Plaintiffs' Leadership Counsel*, must file any response to Defendants' Motion to Compel, ECF No. 1343, **on or before September 4, 2020**.

**DONE AND ORDERED** this 24th day of August 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge