UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 51**

Plaintiffs and Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and any of their related or affiliated entities or individuals named as defendants herein (collectively, "3M Defendants"), and in order to provide sufficient time for the reasonable preparation of a Rule 30(b)(6) designee, have agreed that Plaintiffs will take the Rule 30(b)(6) deposition of 3M Company on those topics ordered by the Court during the August 21, 2020 hearing (ECF No. 1348) and memorialized in its August 24, 2020 Order (ECF No. 1346), on or before September 25, 2020, should the Court grant leave to do so.  Plaintiffs and Defendants have also agreed that the Rule 30(b)(6) deposition of 3M Company as to those topics on which 3M Company previously agreed to produce a witness in its August 7, 2020 response to Plaintiffs' Rule 30(b)(6) notice will proceed on August 31, 2020.

The Court hereby **GRANTS** Plaintiffs leave to depose Defendant 3M Company on the topics ordered by the Court during the August 21, 2020 hearing (ECF No. 1348) and in its accompanying August 24, 2020 Order (ECF No. 1346) on or before September 25, 2020.  The corporate discovery deadline of September 1, 2020, as set forth in Pretrial Order No. 43 (ECF No. 1204), remains unchanged.

**SO ORDERED**, this 26th day of August, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**