# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PROUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) |  No. 3:19-md-02885-MCR-GRJ |

## NOTICE OF APPEARANCE ON BEHALF OF THE CENTERS FOR DISEASE CONTROL AND PREVENTION

Please take notice of the appearance of

David M. Glass, DC Bar 544549
Senior Trial Counsel
Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C. 20530
Tel: (202) 514-4469/Fax: (202) 616-8460
Email: david.glass@usdoj.gov

as counsel for the Centers for Disease Control and Prevention.

                                             Respectfully submitted,

                                             ETHAN P. DAVIS
                                             Assistant Attorney General

                                             LAWRENCE KEEFE
                                             United States Attorney

                                                         JACQUELINE COLEMAN SNEAD
                                                         Assistant Branch Director

                                                         s/ *David M. Glass*
                                                         DAVID M. GLASS, DC Bar 544549
                                                         Senior Trial Counsel
                                                         Department of Justice
                                                         Civil Division, Federal Programs Branch
                                                         1100 L Street, N.W., Room 12020
                                                         Washington, D.C. 20530
                                                         Tel: (202) 514-4469/Fax: (202) 616-8460
                                                         E-mail: david.glass@usdoj.gov
                                                         Attorneys for the Centers for Disease
Dated: August 26, 2020                        Control and Prevention

## CERTIFICATE OF SERVICE

I certify that I served the within notice on all counsel of record by filing it with the Court by means of its ECF system on August 26, 2020.

                                                         s/ *David M. Glass*