**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885 |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) | |
| | ) | Magistrate Judge Gary R. Jones |
| | ) | |
| _____ | ) | |

## MOTION OF MARY H. KIM FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Mary H. Kim ("Movant") of the law firm Dechert LLP, One Bush Street, Suite 1600, San Francisco, CA 94104, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and to receive Notice of Electronic filings in this action. In support of this motion Movant states:

1. Movant resides in San Francisco, California, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3.      Movant is licensed to practice and is a member in good standing of the bar for the State of California.

4.      A copy of a Certificate of Good Standing from the State Bar of the State of California, dated within 30 days of this motion, is attached as **Exhibit A**.

5.      Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND15973418213649) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6.      Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7.      Movant has updated her PACER account to "NextGen."

8.      Upon admission, Mary H. Kim respectfully requests that she be provided Notice of Electronic filings to the following email address: mary.kim@dechert.com.

WHEREFORE, Mary H. Kim respectfully requests that this Court enter an order granting her motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC, and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated:  August 26, 2020

/s/ Mary H. Kim

Mary H. Kim
California Bar No. 326497

DECHERT LLP
One Bush Street
Suite 1600
San Francisco, CA 94104
Tel: (415) 262-4500
mary.kim@dechert.com

*Attorney for Defendants 3M Company,*
*3M Occupational Safety LLC, Aearo*
*Technologies LLC, Aearo Holdings,*
*LLC, Aearo Intermediate, LLC, and*
*Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on August 26, 2020 and served electronically on all counsel of record.

*/s/ Mary H. Kim*
Mary H. Kim

# EXHIBIT A

**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

August 19, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARY H. KIM, #326497 was admitted to the practice of law in this state by the Supreme Court of California on June 26, 2019 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Records