**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENASCOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG | ) | Case No.: 3:19-md-2885 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| This Document Relates to the | ) | Judge M. Casey Rodgers |
| Master Docket | ) | Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No.3 and Northern District of Florida Local Rule 11.1, Alex A. Zolg of Callahan, Thompson, Sherman & Caudill, LLP hereby moves this Court for an Order granting admission to practice *pro hac vice* in the aforementioned case, and in support of its motion Movant states as follows:

1. Movant resides in California and is not a resident of Florida.

2. Movant is admitted to practice and is a member of good standing with the Bar of California. Movant's California Bar number is 325754. This is where Movant regularly practices. Attached hereto as "Exhibit A" is a copy of the Certificate of Good Standing from Movant's jurisdiction dated within 30-days of the date of this motion.

3. Movant has successfully completed the online Attorney Admission Local Rules Tutorial (Confirmation Number FLND15925042183467), and the CM/ECF Online Tutorial.

4. Movant will pay the required $201 pro hac vice fee.

5. Movant maintains an upgraded PACER account.

6.  Callahan, Thompson, Sherman & Caudill, LLP, and its counsel Alex A. Zolg, is the attorney of record in the following case: *Jason Jungjiun Cheng v. 3M Company, et al.,* 3:20-cv-05711-MCR-GRJ.

WHEREFORE, Alex A. Zolg respectfully requests this Court to enter an order granting Movant's motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

DATED: August 26, 2020                        **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

By      */s/ Alex A. Zolg*_____
          ALEX A. ZOLG
          CA Bar #325754
          2601 Main Street
          Suite 800
          Irvine, CA 92614
          Tel: (949) 261-2872
          Email: azolg@ctsclaw.com

          Attorney for Plaintiff
          ***Jason Jungjiun Cheng***

# EXHIBIT "A"

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Alex Andrea Zolg_____ , Bar No. _____325754_____

was duly admitted to practice in this Court on ___May 21st, 2020___
DATE

and  is active and in good standing     as a member of the Bar

of this Court.


Dated at Los Angeles, California

on     ___August 25th, 2020___
Date


KIRY K. GRAY
Clerk of Court

By _____

Andrea Kannike  , Deputy Clerk