**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:   3M COMBAT ARMS EARPLUG      |   CASE NO.  3:19md2885
PRODUCTS LIABILITY LITIGATION

This Document relates to All Cases

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on __August 27, 2020__

Motion/Pleadings:  __MOTION TO APPEAR *PRO HAC VICE*__

Filed by __Mary H. Kim__      on __August 26, 2020__      Doc. # __1353__

Response _____      on _____      Doc. # _____

_____ Stipulated      _____ Joint Pleading
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 27th day of August 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**