UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to All Cases | CASE NO.  3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   August 27, 2020

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Alex A. Zolg        on  August 26, 2020         Doc. #  1354

Response _____  on _____  Doc. # _____

_____ Stipulated        _____ Joint Pleading
_____ Unopposed        _____ Consented

> JESSICA J. LYUBLANOVITS
> CLERK OF COURT
> */s/ Kathy Rock*
> Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 27th day of August 2020.

> *M. Casey Rodgers*
> **M. CASEY RODGERS**
> **UNITED STATES DISTRICT JUDGE**