**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 3:19-md-2885 |
| | ) | |
| | ) | Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) | |
| | ) | Magistrate Judge Gary R. Jones |
| | ) | |
| _____ | ) | |

**MOTION OF CRAIG J. CASTIGLIA FOR ADMISSION *PRO HAC VICE*
AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS**

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local

Rules of the United States District Court for the Northern District of Florida and the

Northern District of Florida's Memorandum Regarding Procedures for Admission,

Craig J. Castiglia ("Movant") of the law firm Dechert LLP, 2929 Arch Street,

Philadelphia, Pennsylvania 19104-2808, respectfully moves for admission *pro hac

vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety

LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC,

and Aearo, LLC and to receive Notice of Electronic filings in this action. In support

of this motion Movant states:

1.      Movant resides in Philadelphia, Pennsylvania, and is not a resident of

the State of Florida.

2.      Movant is not admitted to practice in the Northern District of Florida.

3.      Movant is licensed to practice and is a member in good standing of the bar for the State of Pennsylvania.

4.      A copy of a Certificate of Good Standing from the State Bar of the State of Pennsylvania, dated within 30 days of this motion, is attached as **Exhibit A**.

5.      Movant certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND15972573473646) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6.      Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7.      Movant has updated his PACER account to "NextGen."

8.      Upon admission, Craig J. Castiglia respectfully requests that he be provided Notice of Electronic filings to the following email address: craig.castiglia@dechert.com.

WHEREFORE, Craig J. Castiglia respectfully requests that this Court enter an order granting his motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated:  August 27, 2020

/s/ Craig J. Castiglia
Craig J. Castiglia
Pennsylvania Bar No. 324320

DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2366
craig.castiglia@dechert.com

*Attorney for Defendants 3M Company,
3M Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holdings,
LLC, Aearo Intermediate, LLC, and
Aearo, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system on August 27, 2020 and served electronically on all counsel of record.


*/s/ Craig J. Castiglia*
Craig J. Castiglia

# EXHIBIT A



𝔖upreme 𝔠ourt of 𝔭ennsylvania

## CERTIFICATE OF GOOD STANDING

*Craig Joseph Castiglia, Esq.*

### DATE OF ADMISSION

*October 17, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  August 19, 2020**

John W. Person Jr., Esq.
Deputy Prothonotary