# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885-MCR-GRH |
| EARPLUG PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | |
| This Document Relates to: | ) | Judge M. Casey Rodgers |
| Civil Action No.: 3:20-CV-05690 | ) | Magistrate Judge Gary R. Jones |
| | ) | |
| | ) | |

## AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this action in *pro per* for himself and as counsel for Plaintiffs Darrell M. Padgette, Ruben Cardenas, Jason Coughenour, Jeffrey Cross, Thomas Deluccia, James Diamond, Clark Doan, Jay Hong, Carlos Jimenez, Blake Kibo, Carlo Lazo, Mark Lopez, Anthony Martinez, Brian Nomi, Jeff Pierce, David Ramirez, Carlos Razon, Steve Romeyn, Amanda Rundle, Ethan Spann, Damien Stemley, Victor Torres, and Brian Yoo.  The above referenced Plaintiffs filed an action in the Central District of California, *Michael H. Chen, et al. v. 3M Company, et al.*, Case No. 2:20-cv-06110 (or Northern District of Florida Case No. 3:20-CV-05690).

In support of this Motion, I, Michael H. Chen, certify and/or states as follows:

1. I am a resident of Whittier, California and not a resident of the State of Florida.

2. I am not admitted to practice law in the Northern District of Florida.

3. I am licensed to practice law in the State of California, and a member in good standing with The State Bar of California.  Please see Certificate of Standing from The State Bar of California, which is attached hereto as **"Exhibit 1."**

4. I have successfully completed both the online Local Rules tutorial exam (confirmation number FLND15972586753647) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

5. I have submitted or will submit to the Clerk the required *pro hac vice* admission fee, if any.

6. I have upgraded my PACER account to "NextGen."

The undersigned has been admitted *pro hac vice* pursuant to Pretrial Order No. 3. All further papers and pleadings in this action should be served on the undersigned.

Dated August 12, 2020                                    Respectfully submitted,

                                                          /s/ Michael H. Chen
                                                          Michael H. Chen, Esq.
                                                          Chen Law Group
                                                          Attorney for Plaintiffs
                                                          13006 Philadelphia St., Ste. 608
                                                          Whittier, CA 90601
                                                          T: 213-632-8009
                                                          F: 844-888-1856
                                                          mchen@chenlg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on August 28, 2020.

/s/ Michael H. Chen
Michael H. Chen, Esq.

# EXHIBIT 1

# EXHIBIT 1

**The State Bar**
*of California*

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105       888-800-3400       AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

August 19, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL H. CHEN, #274843 was admitted to the practice of law in this state by the Supreme Court of California on December 23, 2010 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records