# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                                     Date:   August 28, 2020
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Fifteenth Case Management Conference**

Attendance of counsel in person, by video and by telephone. U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video. Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerks | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock, Shelley Hutson, Jennifer Hoekstra, Neil Overholtz, Brian Barr, and additional counsel by video and phone

**Lead Counsel for Defendants:**   Larry Hill and additional counsel by video and phone
**3M Co. and Aearo**

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:50 am

10:08   am   Court in Session - Introduction of Counsel
            Court addresses the following agenda matters:
- Attorney time records
- Subpoenas of Gvt personnel; chart of Gvt witnesses
- Bellwether discovery and depositions
- Disciplinary records
- Calendar (one counsel per side with access?)
- Status of VA and DOD discovery/production of records
- Rule 30(b)(6) depositions
- Supplemental TAR process
- Back-up tapes
- Arizona subpoena
- Next Case Management Conferences:   Sept. 18th, Oct. 18th, & Nov. 20th
- Order to follow with deadlines

11:20 am     Court in Recess