UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: August 31, 2020
Motion/Pleading: Motion to Appear *Pro Hac Vice*
Filed by: Jonathan Tam, Esq.   on 8/28/2020   Doc. # 1362
RESPONSES:
_____ on _____ Doc. # _____
_____ on _____ Doc. # _____

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# **ORDER**

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED** on this 31st day of August, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**