**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS : <br> EARPLUG PRODUCTS LIABILTY : <br> LITIGATION : <br> : <br> This Document Relates to All Cases : <br> : <br> : <br> : | Case No. 3:19-md-02885-MCR-GRJ <br> Civil Case No. 3:19-cv-00684 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

---

<u>**MOTION TO APPEAR *PRO HAC VICE***</u>

Pursuant to Pretrial Order No. 3 (ECF No. 4 ), Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Melissa Lynn Borja of Gomez Trial Attorneys, 655 West Broadway, Suite 1700, San Diego, CA 92101, respectfully moves for *admission pro hac vice* to appear as counsel for and on behalf of Plaintiff Kevin Alicie, and to receive Notices of Electronic Filings in this action.

In support of this motion, attorney Melissa Lynn Borja states and certifies:

1.      She resides in San Diego, California, and is not a resident of the State of Florida.

2.      She is not admitted to practice in the Northern District of Florida.

3.      She is licensed to practice law in California and a member in good standing of the Bar of the State of California.

4.      A true and correct copy of his Certificate of Standing from the California Bar is attached as Exhibit A to this motion.

5.      She has successfully completed both the online Attorney Admission Tutorial on August 28, 2020 (Confirmation No. FLND 15986295183694) and the CM/ECF Online Tutorial, as required by Local Rule 11.1.

6.      She has remitted simultaneously with the filing of this motion the $210 *pro hac vice* admission fee required by the Court.

7.      She has updated his PACER account to "NextGen."

8.      Upon admission, she respectfully requests that she be provided Notice of Electronic Filings to the following email address: mborja@thegomezfirm.com and lfelix@thegomezfirm.com.

9.      She is the attorney of record for Kevin Alicie in the case of Kevin Alicie v. 3M Company; and DOES 1-10, inclusive and originally filed in United States District Court for the Southern District of California, which was transferred to this Court.

WHEREFORE, Melissa Lynn Borja respectfully requests this Court enter an order granting this motion to appear *pro hac vice* on behalf of Kevin Alicie in this case, and to provide Notice of Electronic Filings to the undersigned, and for any other just relief.

Date: August 28, 2020                                          Respectfully Submitted,

                                                               /s/ Melissa L. Borja
                                                               Melissa L. Borja (CA Bar #:320486)
                                                               GOMEZ TRIAL ATTORNEYS
                                                               655 West Broadway, Ste. 1700
                                                               San Diego, CA 92101
                                                               Tel: (619) 237-3490
                                                               Fax: (619)237-3496
                                                               mborja@thegomezfirm.com

                                                               *Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a copy of the foregoing was served by e-filing through the

Northern District of Florida Electronic Filing System, this 28th day of August, 2020.

<u>/s/ Melissa L. Borja</u>
Melissa L. Borja (CA Bar #:320486)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619)237-3496
mborja@thegomezfirm.com

*Attorney for Plaintiff*

3

# EXHIBIT A

## The State Bar
## *of California*

**OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

August 11, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MELISSA LYNN BORJA, #320486 was admitted to the practice of law in this state by the Supreme Court of California on May 22, 2018 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records