# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENNSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 3:19-md-02885-MCR-GRJ<br><br>Judge Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David T. Butsch of the law firm Butsch Roberts & Associates LLC enters his appearance as counsel for plaintiffs in the following actions transferred to this Court from the Eastern District of Missouri:

- *Ryan Cop v. 3M Company, et al*, Case No. 4:20-cv-00853-SRC

- *Joseph Lauricella v. 3M Company*, et al, Case No. 4:20-cv-00974-HEA

David T. Butsch is an attorney of record in the above-referenced actions transferred to this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation No. FLND15957993343605).

All further papers and pleadings in this action should be served on the undersigned.

Dated: September 1, 2020.

**BUTSCH ROBERTS & ASSOCIATES LLC**

By: /s/ David T. Butsch
David T. Butsch MO #37539
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
Butsch@ButschRoberts.com

Attorneys for Plaintiffs Ryan Cop and
Joseph Lauricella

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ David T. Butsch

Attorneys for Plaintiffs Ryan Cop and
Joseph Lauricella