# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to: | Judge M. Casey Rodgers |
| Marcus Hensley<br>Civil Case No. 7:20-cv-00093 | Magistrate Judge Gary R. Jones |

## STATEMENT REGARDING DEFENDANTS' MOTION TO COMPEL (DKT. 1343)

Since Defendants filed their Motion to Compel (Dkt. 1343) on August 21, 2020, counsel for Defendants and counsel for Plaintiff Marcus Hensley have continued to meet and confer about the issues raised in Section I of Defendants' Motion, which discusses Mr. Hensley's production of materials related to prior litigation concerning his Social Security disability benefits. The Parties have agreed on a procedure for the production of materials related to this prior litigation and no longer need the Court's intervention on the issue. Should the Parties disagree about the production of a document at a later date, Defendants will file an appropriate motion. Therefore, the Court need not address Section I of the Motion to Compel.

Dated: September 2, 2020	Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I, Robert C. Brock, hereby certify that on September 2, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

Dated: September 2, 2020          Respectfully submitted,

         */s/ Robert C. Brock*
         Robert C. "Mike" Brock
         KIRKLAND & ELLIS LLP
         1301 Pennsylvania Avenue, N.W.
         Washington, D.C. 20004
         Telephone: (202) 389-5991
         mike.brock@kirkland.com

         *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*