UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>PLAINTIFF<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGICES LLC,,<br><br>DEFENDANTS. | Civil Action No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW PAUL ANDERSON and REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS** |

Pursuant to Pretrial Order No. 4, Local Rule 11.1 of the local Rules of the USDC for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Ashlee E. Winkler, Esq., of Parham Smith & Archenhold, LLC, respectfully moves for admission *pro hac vice* to appear as counsel of record for Plaintiff Matthew Paul Anderson and to receive Notice of Electronic Filings in this action.

In support of this Motion, I, Ashlee E. Winkler, certify and/or state as follows:

1. I am a resident of Greenville, South Carolina and not a resident of the State of Florida.

2. I am not admitted to practice law in the Northern District of Florida.

3. I am licensed to practice law in the State of South Carolina and a member in good standing of the bar for the State of South Carolina, see the Certificate of Good Standing from the Supreme Court of South Carolina, which is attached hereto as **Exhibit "A."**

4. I have successfully completed both the online local Rules tutorial exam (confirmation number FLND15978699433666) and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

5. I have submitted or will submit to the Clerk the required *pro hac vice* admission fee, if any.

6. I have a filed a Short Form Complaint under the Tolling Agreement related on behalf of Plaintiff Matthew Paul Anderson under Docket No.

7. I have upgraded my PACER account to "NextGen."

8. Upon my successful admission I request that I be provided Notice of Electronic Filings.

**WHEREFORE,** Ashlee E. Winkler, Esq., respectfully requests that this Court enter an Order granting the Motion to Appear *pro hac vice* and directing the Clerk of this Court to provide Notice of Electronic Case Filings to the undersigned.

Dated: 08/26/2020

PARHAM SMITH & ARCHENHOLD, LLC

s/Ashlee Edwards Winkler
S. Blakely Smith, #14140
Mackenzie G. "Brooke" Archenhold, #70517
Ashlee Edwards Winkler, #100921
P.O. Box 2800
Greenville, SC 29602
864/242-9008
bsmith@parhamlaw.com
barchenhold@parhamlaw.com
awinkler@parhamlaw.com