# Exhibit A

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Ashlee Allene Edwards (n/k/a Ashlee Edwards Winkler) was duly sworn and admitted as an attorney in this state on May 13, 2013, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY *Margaret C. McGee*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

August 5, 2020