# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Ronald Sloan<br>Civil Case No. 7:20-cv-00001 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## STATEMENT REGARDING DEFENDANTS' MOTION TO COMPEL (DKT. 1343)

Since Defendants filed their Motion to Compel (Dkt. 1343) on August 21, 2020, counsel for Defendants and counsel for Plaintiff Ronald Sloan have continued to meet and confer about the issues raised in Section II of Defendants' Motion, which discusses Mr. Sloan's privilege log. Plaintiffs have since provided an updated privilege log. This updated log resolves the issues raised in the motion with respect to Mr. Sloan. Therefore, the Court need not address Section II of the Motion to Compel.

Dated: September 3, 2020

Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

    I, Robert C. Brock, hereby certify that on September 3, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

Dated: September 3, 2020           Respectfully submitted,

                                        */s/ Robert C. Brock*
                                        Robert C. "Mike" Brock
                                        KIRKLAND & ELLIS LLP
                                        1301 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004
                                        Telephone: (202) 389-5991
                                        mike.brock@kirkland.com

                                        *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*