# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

Pending before the Court is Defendants' Motion for Leave to File a Reply Memorandum, ECF No. 1379, in support of their Motion to Compel, ECF No. 1343.  The Court has reviewed Plaintiff Adkins' response to Defendants' motion to compel, ECF No. 1378, as well as the instant motion.  Plaintiff Adkins opposes this request.  ECF No. 1379 at 7.  The Court concludes that a reply memorandum would assist the Court in resolving Defendants' motion to compel, and therefore the motion is due to be granted.  Defendants must file any reply memorandum, limited to five pages, on or before **Thursday, September 10, 2020**.

**DONE AND ORDERED** this 8th day of September 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge