UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION This Document Relates to All Cases | Case No. 3:19md2885 Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**ORDER**

This matter is before the Court on Ashlee E. Winkler, Esq.'s Motion to Appear *Pro Hac Vice* on behalf of Plaintiff Matthew Paul Anderson, Case No. 7:20cv36900.  Per Pretrial Order No. 22 (ECF No. 898), counsel should not seek *pro hac vice* until either: (a) the Court is asked to resolve a dispute about the sufficiency of his or her client's initial census submission; (b) the Court is asked to resolve an issue related to the representation of a client; or (c) his or her client's case is transitioned to the 3M MDL docket.  *See id.* at 6.  The Court has not been asked to resolve any disputes about Plaintiff Anderson's initial census submission or his representation, and Plaintiff Anderson's case has not yet been transition to the 3M MDL docket.

Accordingly, the Court will defer ruling on Ms. Winkler's Motion for 14 days.  Within 14 days of this Order, Plaintiff Anderson is hereby **ORDERED** to either notify the court of any initial census submission or representation issue, or submit a Request for Transition per Pretrial Order No. 22.  Otherwise, Ms.

Winkler's Motion will be denied.  The Clerk is directed to email a copy of this Order to Ms. Winkler at awinkler@parhamlaw.com.

**SO ORDERED**, this 10th day of September, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**