UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>The Cases Identified on Attachment A | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

To facilitate the collection of medical, disability, and other pertinent records from the Department of Defense ("DoD") and Department of Veteran Affairs ("VA") in this multidistrict litigation, in February, this Court randomly selected a 1 percent sample of representative claimants from the entire population of claimants in the MDL, which at that time was 150,885 claimants, for which the records collection process via *Touhy*[1] would commence.  Specifically, the Court, with the assistance of BrownGreer, PLC conducted a series of prevalence analyses, applied certain prevalence criteria to the 150,885 claimants that existed at the time, and then randomly selected from the groups of claimants that met the certain prevalence criteria a total of 1,509 claimants, or 1 percent of the whole claimant population at the time (hereinafter "the 1 percent").  Plaintiffs' Leadership was then instructed to immediately begin obtaining from the 1 percent completed and signed authorization

---

[1] *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951).

forms for the release of health information from the VA, specifically, VA Form 10-5345, and submit them to the VA on a rolling basis over a period of six months. *See* Exhibit 1.

Now, nearly seven months into the records collection process with the VA, the 169 Plaintiffs listed on Attachment A have not yet submitted their VA health authorization forms to the VA. In light of the Court's obligations to manage this MDL justly and efficiently, *see In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217, 1231 (9th Cir. 2006), it is hereby **ORDERED** that:

1. Within **fourteen (14) days** of this Order, the 169 Plaintiffs listed on Attachment A must provide completed and signed VA health authorization forms (VA Form 10-5345) to the following representatives for Plaintiffs' Leadership for submission to the VA:

    Jennifer Hoekstra or Betsy Williams
    Aylstock, Witkin, Kreis & Overholtz, PLLC
    17 East Main St., Suite 200
    Pensacola, FL 32502

    The completed and signed VA health authorization forms must be received by Ms. Hoekstra or Ms. Williams within fourteen (14) days of this Order to be considered timely. Failure to comply with this Order will result in dismissal of Plaintiff's claims with prejudice for failure to comply with the Court's Order.

2. BrownGreer, PLC is directed to immediately provide electronic copies of this Order to counsel of record, as listed in MDL Centrality®, for the 169 Plaintiffs.[2]

3. Plaintiffs' Leadership is directed to provide the Court with a list of any Plaintiffs who have not complied with this Order no later than 5 pm CT on September 28, 2020.

**SO ORDERED**, this 11th day of September, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] Copies of this Order will also be filed on the individual administrative dockets for each Plaintiff.

## Attachment A

|  | Docket Number | Plaintiff ID | Plaintiff Name | Firm |
|---|---|---|---|---|
| 1. | 7:20-cv-52193-MCR-GRJ | 129588 | Abshier, Jonathan | Junell & Associates, PLLC |
| 2. | 7:20-cv-43201-MCR-GRJ | 4093 | ADORNO, RAYMOND LOPEZ | Weller, Green, Toups & Terrell, LLP |
| 3. | 8:20-cv-18691-MCR-GRJ | 128579 | BAKER, STACY | The DiLorenzo Law Firm, LLC |
| 4. | 8:20-cv-22295-MCR-GRJ | 69689 | Bandy, Lawrence | Danziger & De Llano |
| 5. | 8:20-cv-35873-MCR-GRJ | 96595 | Barthelemy, Troy | The Murray Law Firm |
| 6. | 7:20-cv-76441-MCR-GRJ | 107704 | Bernal, Martin | Douglas & London |
| 7. | 7:20-cv-76523-MCR-GRJ | 107758 | Bishop, Bradley | Douglas & London |
| 8. | 7:20-cv-68690-MCR-GRJ | 103761 | Blackall, Douglas Duane | Parker Waichman LLP |
| 9. | 8:20-cv-20733-MCR-GRJ | 69925 | Blankenship, Travis | Danziger & De Llano |
| 10. | 7:20-cv-06868-MCR-GRJ | 42949 | BLIMKA, CHRISTOPHER | Clark, Love & Hutson PLLC |
| 11. | 8:20-cv-18859-MCR-GRJ | 128636 | BOGGS, TREVOR | The DiLorenzo Law Firm, LLC |
| 12. | 7:20-cv-20999-MCR-GRJ | 90728 | Bovee, Joel | Clark, Love & Hutson PLLC |
| 13. | 7:20-cv-18891-MCR-GRJ | 83311 | Burton, Richard | Seeger Weiss LLP |
| 14. | 7:20-cv-72636-MCR-GRJ | 108232 | Camacho Martinez, Angel | Douglas & London |
| 15. | 7:20-cv-69356-MCR-GRJ | 103964 | Carrasco, Joseph Martin | Parker Waichman LLP |
| 16. | 7:20-cv-72933-MCR-GRJ | 108332 | Casanova, Brian | Douglas & London |
| 17. | 7:20-cv-21149-MCR-GRJ | 90840 | Clodfelter, David | Clark, Love & Hutson PLLC |
| 18. | 7:20-cv-89098-MCR-GRJ | 20470 | Corey, Stephen A | Tracey & Fox Law Firm |
| 19. | 7:20-cv-53685-MCR-GRJ | 130792 | Crittenden, Kenneth | Junell & Associates, PLLC |
| 20. | 7:20-cv-87006-MCR-GRJ | 51984 | Davis-Solorzano, Priscilla | Mostyn Law |
| 21. | 7:20-cv-76958-MCR-GRJ | 109008 | DeGlandon, Cody | Douglas & London |
| 22. | 7:20-cv-08147-MCR-GRJ | 47768 | DeMaris, Rodney | The Gori Law Firm, P.C. |
| 23. | 7:20-cv-17587-MCR-GRJ | 83731 | Douglas, William | Seeger Weiss LLP |
| 24. | 7:20-cv-86776-MCR-GRJ | 52109 | Drakeford, Sean | Mostyn Law |
| 25. | 8:20-cv-35946-MCR-GRJ | 96654 | Dulaney, Timothy Allen | The Murray Law Firm |
| 26. | 7:20-cv-77476-MCR-GRJ | 109301 | Earnhardt, Scott | Douglas & London |
| 27. | 7:20-cv-71919-MCR-GRJ | 68713 | Edwards, Nathan | Brent Coon & Associates |

|  | Docket Number | Plaintiff ID | Plaintiff Name | Firm |
|---|---|---|---|---|
| 28. | 8:20-cv-13158-MCR-GRJ | 67146 | Fielder, David | Bernstein Liebhard LLP |
| 29. | 7:20-cv-79623-MCR-GRJ | 109582 | Flores, Raymond | Douglas & London |
| 30. | 7:20-cv-58755-MCR-GRJ | 12662 | Folsom, James Ryon | McSweeney/Langevin LLC |
| 31. | 7:20-cv-79670-MCR-GRJ | 109631 | Fout, Luke | Douglas & London |
| 32. | 7:20-cv-19147-MCR-GRJ | 83408 | Galemore, Ross | Seeger Weiss LLP |
| 33. | 7:20-cv-20077-MCR-GRJ | 89111 | Generally, Stefan | Clark, Love & Hutson PLLC |
| 34. | 8:20-cv-21119-MCR-GRJ | 5218 | GROMACKI, KRISTOPHER | Morgan & Morgan |
| 35. | 7:20-cv-19672-MCR-GRJ | 88785 | Guidry, Amy A | Clark, Love & Hutson PLLC |
| 36. | 7:20-cv-22152-MCR-GRJ | 90037 | Gutermuth, David | Clark, Love & Hutson PLLC |
| 37. | 7:20-cv-16110-MCR-GRJ | 81617 | Guyor, Adam | Seeger Weiss LLP |
| 38. | 8:20-cv-27266-MCR-GRJ | 71709 | Hack, Thomas | Danziger & De Llano |
| 39. | 8:20-cv-00125-MCR-GRJ | 168011 | Harper, Joshua | Mostyn Law |
| 40. | 8:20-cv-14061-MCR-GRJ | 67674 | Hatch, Jeromy A | Bernstein Liebhard LLP |
| 41. | 7:20-cv-74875-MCR-GRJ | 110569 | Hillyer, William | Douglas & London |
| 42. | 7:20-cv-57315-MCR-GRJ | 92738 | Hooker, Kjerste | Robinson Calcagnie, Inc. |
| 43. | 7:20-cv-75615-MCR-GRJ | 110949 | John, Green | Douglas & London |
| 44. | 7:20-cv-75849-MCR-GRJ | 111005 | Johnston, Matthew | Douglas & London |
| 45. | 7:20-cv-75904-MCR-GRJ | 111025 | Jones, Geremy | Douglas & London |
| 46. | 8:20-cv-37541-MCR-GRJ | 138664 | Keen, Tony | Jensen & Associates |
| 47. | 7:20-cv-87148-MCR-GRJ | 52252 | Kimes, Casey | Mostyn Law |
| 48. | 7:20-cv-77853-MCR-GRJ | 111263 | Kline, Randy | Douglas & London |
| 49. | 7:20-cv-96251-MCR-GRJ | 49138 | Kraemer, Christian W. | Beasley Allen |
| 50. | 7:20-cv-78928-MCR-GRJ | 111492 | Lawson, David | Douglas & London |
| 51. | 7:20-cv-24155-MCR-GRJ | 90592 | Lee, Charles R | Clark, Love & Hutson PLLC |
| 52. | 7:20-cv-79151-MCR-GRJ | 111532 | Lee, Mathew | Douglas & London |
| 53. | 7:20-cv-79212-MCR-GRJ | 111543 | Lehr, Bradley | Douglas & London |
| 54. | 7:20-cv-70143-MCR-GRJ | 105135 | Logsdon, Christopher Andrew | Parker Waichman LLP |
| 55. | 7:20-cv-81373-MCR-GRJ | 111738 | Lucero, John | Douglas & London |
| 56. | 7:20-cv-46847-MCR-GRJ | 7358 | Mack, Ty-Gene | Stueve Siegel Hanson |
| 57. | 7:20-cv-84873-MCR-GRJ | 80791 | Mcallister, Johnny | Holland Law Firm |
| 58. | 7:20-cv-77763-MCR-GRJ | 112402 | Miron, Joseph | Douglas & London |
| 59. | 7:20-cv-19825-MCR-GRJ | 88988 | Mitsada, Phetsamone | Clark, Love & Hutson PLLC |

|  | Docket Number | Plaintiff ID | Plaintiff Name | Firm |
|---|---|---|---|---|
| 60. | 7:20-cv-20735-MCR-GRJ | 90602 | Monari, Louis | Clark, Love & Hutson PLLC |
| 61. | 7:20-cv-18375-MCR-GRJ | 82725 | Moore, Johnathan | Seeger Weiss LLP |
| 62. | 7:20-cv-86828-MCR-GRJ | 52125 | Nobles, Shaquilla | Mostyn Law |
| 63. | 7:20-cv-54207-MCR-GRJ | 80022 | Perdue, Joseph | Heninger Garrison Davis, LLC |
| 64. | 7:20-cv-90366-MCR-GRJ | 24189 | Pizzute, Gregory | Tracey & Fox Law Firm |
| 65. | 8:20-cv-25231-MCR-GRJ | 74134 | Pollitzer, Christopher | Danziger & De Llano |
| 66. | 7:20-cv-86839-MCR-GRJ | 51940 | Quinones, Josue | Mostyn Law |
| 67. | 7:20-cv-20224-MCR-GRJ | 89169 | Rankin, Thomas | Clark, Love & Hutson PLLC |
| 68. | 7:20-cv-50391-MCR-GRJ | 93169 | Reynolds, Deric | Robinson Calcagnie, Inc. |
| 69. | 8:20-cv-30476-MCR-GRJ | 96806 | Riley, Brandon Russell | The Murray Law Firm |
| 70. | 7:20-cv-92955-MCR-GRJ | 30744 | Rodriguez, Joseph Alexander | OnderLaw, LLC |
| 71. | 7:20-cv-47667-MCR-GRJ | 7822 | Schottl, Jiri | Stueve Siegel Hanson |
| 72. | 3:19-cv-00819-MCR-GRJ | 43022 | SEMAN, DOMINIC | Clark, Love & Hutson PLLC |
| 73. | 7:20-cv-86433-MCR-GRJ | 51798 | Silvabarros, Keli | Mostyn Law |
| 74. | 7:20-cv-95845-MCR-GRJ | 51637 | Soto, Anselmo | Mostyn Law |
| 75. | 7:20-cv-93097-MCR-GRJ | 30901 | Stegall, Daryl | OnderLaw, LLC |
| 76. | 7:20-cv-72267-MCR-GRJ | 106125 | Talbot, Shawn Wayne | Parker Waichman LLP |
| 77. | 7:20-cv-20976-MCR-GRJ | 90713 | Taylor, Steven | Clark, Love & Hutson PLLC |
| 78. | 7:20-cv-43558-MCR-GRJ | 4658 | THOMAS, DAWN | Weller, Green, Toups & Terrell, LLP |
| 79. | 7:20-cv-93141-MCR-GRJ | 30960 | Thompson, Kendric | OnderLaw, LLC |
| 80. | 7:20-cv-81062-MCR-GRJ | 115086 | Vasquez, Charles | Douglas & London |
| 81. | 7:20-cv-71479-MCR-GRJ | 68277 | Waack, David | Brent Coon & Associates |
| 82. | 8:20-cv-29590-MCR-GRJ | 75691 | Wachs, Shawn | Danziger & De Llano |
| 83. | 7:20-cv-07384-MCR-GRJ | 56356 | Washington, Lutfee E. | The Gori Law Firm, P.C. |
| 84. | 7:20-cv-82268-MCR-GRJ | 115412 | Whitehead, Christopher | Douglas & London |
| 85. | 7:20-cv-86893-MCR-GRJ | 51953 | Wilson, Ryan | Mostyn Law |
| 86. | 7:20-cv-21511-MCR-GRJ | 91168 | Woods, Shacourtney | Clark, Love & Hutson PLLC |
| 87. | 7:20-cv-82888-MCR-GRJ | 115650 | Wright, Jason | Douglas & London |
| 88. | 8:20-cv-30619-MCR-GRJ | 96876 | Zuniga, Junior Omar | The Murray Law Firm |

|  | Docket Number | Plaintiff ID | Plaintiff Name | Firm |
|---|---|---|---|---|
| 89. | 8:20-cv-13669-MCR-GRJ | 67460 | Alexander, Kenya J. | Bernstein Liebhard LLP |
| 90. | 8:20-cv-22569-MCR-GRJ | 69595 | Ash, Sean | Danziger & De Llano |
| 91. | 8:20-cv-33954-MCR-GRJ | 76174 | Badillo, Joe | DeGaris Wright McCall |
| 92. | 8:20-cv-14961-MCR-GRJ | 139388 | Baker, Misty Lee | Matthews & Associates |
| 93. | 7:20-cv-76246-MCR-GRJ | 107588 | Baum, Jonathan | Douglas & London |
| 94. | 8:20-cv-38029-MCR-GRJ | 136898 | Bellis, Brandon | Jensen & Associates |
| 95. | 7:20-cv-76445-MCR-GRJ | 107706 | Bernard, Troy | Douglas & London |
| 96. | 7:20-cv-76563-MCR-GRJ | 107803 | Blaylock, Mike | Douglas & London |
| 97. | 8:20-cv-21083-MCR-GRJ | 70138 | Brown, Michael | Danziger & De Llano |
| 98. | 7:20-cv-72773-MCR-GRJ | 108089 | Bryant, Robert | Douglas & London |
| 99. | 7:20-cv-18915-MCR-GRJ | 83346 | Carter, Robert | Seeger Weiss LLP |
| 100. | 7:20-cv-52601-MCR-GRJ | 79311 | Crawford, Kevin | Heninger Garrison Davis, LLC |
| 101. | 8:20-cv-12704-MCR-GRJ | 66966 | Crespo, Reynaldo | Bernstein Liebhard LLP |
| 102. | 8:20-cv-23152-MCR-GRJ | 70728 | Cutler, Charles | Danziger & De Llano |
| 103. | 8:20-cv-13073-MCR-GRJ | 67108 | Davis, Jerad L. | Bernstein Liebhard LLP |
| 104. | 8:20-cv-14551-MCR-GRJ | 102743 | Diel, Randy R. | Matthews & Associates |
| 105. | 8:20-cv-23419-MCR-GRJ | 70906 | Dimich, Robert | Danziger & De Llano |
| 106. | 8:20-cv-19789-MCR-GRJ | 31235 | Drakulic, Karl | Huber, Slack, Thomas & Marcelle, LLP |
| 107. | 7:20-cv-66315-MCR-GRJ | 16036 | Fay, Byron | Simmons Hanly Conroy |
| 108. | 7:20-cv-63703-MCR-GRJ | 15959 | Filomeno, Jonathan | Simmons Hanly Conroy |
| 109. | 8:20-cv-24475-MCR-GRJ | 71287 | Forrister, Jonathon | Danziger & De Llano |
| 110. | 7:20-cv-01211-MCR-GRJ | 5745 | FOSTER, JOSEPH T | Reich and Binstock, LLP |
| 111. | 7:20-cv-20498-MCR-GRJ | 89357 | Fridgen, Michael | Clark, Love & Hutson PLLC |
| 112. | 8:20-cv-25048-MCR-GRJ | 71412 | Garcia, David | Danziger & De Llano |
| 113. | 7:20-cv-17408-MCR-GRJ | 82895 | Garrison, Kevin | Seeger Weiss LLP |
| 114. | 8:20-cv-20408-MCR-GRJ | 128109 | GATTO, FREE | The DiLorenzo Law Firm, LLC |
| 115. | 7:20-cv-56787-MCR-GRJ | 92580 | Giddings, Steven | Robinson Calcagnie, Inc. |
| 116. | 7:20-cv-79919-MCR-GRJ | 109895 | Giroux, Raymond | Douglas & London |

|  | Docket Number | Plaintiff ID | Plaintiff Name | Firm |
|---|---|---|---|---|
| 117. | 7:20-cv-66423-MCR-GRJ | 16054 | Goode, Maurice | Simmons Hanly Conroy |
| 118. | 7:20-cv-72400-MCR-GRJ | 104600 | Grant, Philip Byron | Parker Waichman LLP |
| 119. | 8:20-cv-37554-MCR-GRJ | 138677 | Greene, Travis | Jensen & Associates |
| 120. | 7:20-cv-16227-MCR-GRJ | 81707 | Greening, Angela | Seeger Weiss LLP |
| 121. | 7:20-cv-74004-MCR-GRJ | 110087 | Gregory, Travis | Douglas & London |
| 122. | 7:20-cv-19329-MCR-GRJ | 88604 | Harris, Lanell | Clark, Love & Hutson PLLC |
| 123. | 7:20-cv-74447-MCR-GRJ | 110339 | Harshman, Bryan | Douglas & London |
| 124. | 7:20-cv-74635-MCR-GRJ | 110410 | Haynes, Cantrell | Douglas & London |
| 125. | 7:20-cv-74777-MCR-GRJ | 110534 | Hickson, Josh | Douglas & London |
| 126. | 8:20-cv-20542-MCR-GRJ | 179945 | Jefferson, Antonio J. | The DiLorenzo Law Firm, LLC |
| 127. | 8:20-cv-22795-MCR-GRJ | 72355 | Johnson, Carl | Danziger & De Llano |
| 128. | 7:20-cv-75830-MCR-GRJ | 111000 | Johnson, Tavonte | Douglas & London |
| 129. | 8:20-cv-22916-MCR-GRJ | 72404 | Jones, Chad | Danziger & De Llano |
| 130. | 7:20-cv-76373-MCR-GRJ | 111082 | Joy, Benjamin | Douglas & London |
| 131. | 8:20-cv-23021-MCR-GRJ | 72467 | Kaeding, Jason | Danziger & De Llano |
| 132. | 7:20-cv-46701-MCR-GRJ | 7225 | King, Jeremy | Stueve Siegel Hanson |
| 133. | 7:20-cv-77887-MCR-GRJ | 111273 | Knauff, Charles | Douglas & London |
| 134. | 8:20-cv-36902-MCR-GRJ | 137444 | Leal, Ignacio | Jensen & Associates |
| 135. | 7:20-cv-80816-MCR-GRJ | 177819 | Mayle, Chadd | The Gori Law Firm, P.C. |
| 136. | 8:20-cv-13360-MCR-GRJ | 67223 | Meadows, Maurice | Bernstein Liebhard LLP |
| 137. | 8:20-cv-01276-MCR-GRJ | 168222 | Murray, John | Mostyn Law |
| 138. | 8:20-cv-24995-MCR-GRJ | 73690 | Nagy, Louis | Danziger & De Llano |
| 139. | 7:20-cv-17063-MCR-GRJ | 83558 | Null, Steven | Seeger Weiss LLP |
| 140. | 7:20-cv-16387-MCR-GRJ | 82019 | O'Bey, Christopher | Seeger Weiss LLP |
| 141. | 8:20-cv-19910-MCR-GRJ | 31340 | Padron, Eduardo | Huber, Slack, Thomas & Marcelle, LLP |
| 142. | 7:20-cv-78911-MCR-GRJ | 113002 | Parker, Jeramie | Douglas & London |
| 143. | 7:20-cv-78925-MCR-GRJ | 113006 | Parker, Robert | Douglas & London |
| 144. | 7:20-cv-21249-MCR-GRJ | 90939 | Parker, Wendell | Clark, Love & Hutson PLLC |
| 145. | 7:20-cv-26233-MCR-GRJ | 113059 | Payne, Jonathan | Douglas & London |
| 146. | 8:20-cv-33563-MCR-GRJ | 30618 | Peckham, Stacey | OnderLaw, LLC |
| 147. | 8:20-cv-25876-MCR-GRJ | 74043 | Perrine, Daniel | Danziger & De Llano |
| 148. | 7:20-cv-47213-MCR-GRJ | 7668 | Pooler, Thadd | Stueve Siegel Hanson |

|  | Docket Number | Plaintiff ID | Plaintiff Name | Firm |
|---|---|---|---|---|
| 149. | 7:20-cv-61401-MCR-GRJ | 134086 | Quinley, Kevin | Junell & Associates, PLLC |
| 150. | 7:20-cv-78863-MCR-GRJ | 113554 | Reyes, David | Douglas & London |
| 151. | 7:20-cv-58665-MCR-GRJ | 12634 | Rice, Justin Daniel | McSweeney/Langevin LLC |
| 152. | 7:20-cv-19000-MCR-GRJ | 83365 | Rinehart, Robert | Seeger Weiss LLP |
| 153. | 7:20-cv-62325-MCR-GRJ | 134275 | Rivera, Domiciano | Junell & Associates, PLLC |
| 154. | 7:20-cv-79273-MCR-GRJ | 113649 | Rivera, Joseph | Douglas & London |
| 155. | 8:20-cv-25981-MCR-GRJ | 74481 | Rocheleau, Gabriel | Danziger & De Llano |
| 156. | 8:20-cv-24366-MCR-GRJ | 74543 | Rosario, Juan | Danziger & De Llano |
| 157. | 8:20-cv-33191-MCR-GRJ | 30783 | Salamanca, Daniel | OnderLaw, LLC |
| 158. | 8:20-cv-00741-MCR-GRJ | 118096 | Sampson, Clarence Abe | Baron & Budd |
| 159. | 8:20-cv-49554-MCR-GRJ | 186945 | Slate, Steven | Danziger & De Llano |
| 160. | 7:20-cv-79415-MCR-GRJ | 114359 | Smith, Adrian | Douglas & London |
| 161. | 7:20-cv-47834-MCR-GRJ | 7884 | Smith, James Conan | Stueve Siegel Hanson |
| 162. | 7:20-cv-48133-MCR-GRJ | 7964 | Tamam, Ahmed | Stueve Siegel Hanson |
| 163. | 8:20-cv-30576-MCR-GRJ | 96856 | Vantrease, Joseph Thomas | The Murray Law Firm |
| 164. | 7:20-cv-49230-MCR-GRJ | 66705 | Walsh, Daniel | Bailey Cowan Heckaman PLLC |
| 165. | 8:20-cv-13833-MCR-GRJ | 67524 | Walz, Levi E. | Bernstein Liebhard LLP |
| 166. | 8:20-cv-53049-MCR-GRJ | 187517 | Wayne, Larry | Danziger & De Llano |
| 167. | 8:20-cv-01243-MCR-GRJ | 118361 | Whisenant, Joey | Baron & Budd |
| 168. | 7:20-cv-82203-MCR-GRJ | 115394 | White, James | Douglas & London |
| 169. | 8:20-cv-32442-MCR-GRJ | 75894 | White, Michael | Danziger & De Llano |