# Exhibit 1

**Hillary Dang**

**From:** Tevenia Jacobs
**Sent:** Friday, February 28, 2020 9:19 AM
**To:** Bryan Aylstock <BAylstock@awkolaw.com>; Branscome, Kimberly Olvey <kimberly.branscome@kirkland.com>; Brock, Mike <mike.brock@kirkland.com>; David Buchanan <DBuchanan@seegerweiss.com>; Fields, Barry E. <bfields@kirkland.com>; Hill, T. Larry <lhill@mhw-law.com>; Shelley Hutson <SHutson@triallawfirm.com>; 'Nomellini, Mark J.' <mnomellini@kirkland.com>; *cseeger@seegerweiss.com <cseeger@seegerweiss.com>; Wasdin, Nick <nick.wasdin@kirkland.com>
**Cc:** Gary Jones <gary_r_jones@flnd.uscourts.gov>; Hon. David R. Herndon (dave@herndonresolution.com) <dave@herndonresolution.com>; Jake Woody <jswoody@browngreer.com>; Roma Petkauskas <rpetkauskas@browngreer.com>
**Subject:** 3M - VA Requests for Non-Bellwether Cases

Good morning:

Following your discussion with Jacqui Snead on Friday, Judge Rodgers communicated with both Ms. Snead and Judge Herndon regarding the best path forward to obtain as many VA records as possible in a six-month timeframe. To that end, Judge Rodgers asked BrownGreer to perform another prevalence analysis using data from the currently submitted census forms in both filed and unfiled cases, which total 89,815 for 150,885 claimants. BrownGreer did this and confirmed that the characteristics of the most representative claimant remain the same as before and match the criteria used in the bellwether selection process. The first attachment to this email shows the results of this updated analysis.

For the initial post-bellwether batches of VA record requests, Judge Rodgers would like to again start with 1% of the plaintiff population, but at the same time would also like to use a more representative sample than is reflected in the remainder of the original randomly selected 1%. The makeup of those requests will be as follows:

Sixty percent of the batched VA requests will involve plaintiffs who share the characteristics of the most representative claimant in this litigation—that is, plaintiffs between the ages of 30 and 49, who serve or served in the Army, and allege a combination of hearing loss and tinnitus. For the other 40% of the batched requests, Judge Rodgers has broadened the criteria slightly to encompass additional characteristics that Defendants indicated an interest in last year—plaintiffs between the ages of 30 and 49, who serve or served in either the Army or the Marine Corps, and allege tinnitus alone.

Judge Rodgers asked BrownGreer to apply the original criteria first, and then the expanded criteria, to the 89,815 cases with census forms. Of that number, 16,210 claimants met the original criteria, while 10,781 claimants met the expanded criteria. She then asked BrownGreer to randomly select 909 claimants from the first group and 600 claimants from the second group, for a total of 1,509, which represents 1% of the total claimant population. The second attachment to this email is a spreadsheet with two tabs identifying the 1,509 claimants.

Because the first batch of VA record requests will need to be submitted soon after the initial bellwether plaintiffs' records are produced, Judge Rodgers asks that Plaintiffs immediately begin the process of obtaining signed authorization forms for the 1,509 claimants, such that the requests can be submitted to the VA on a rolling basis as follows:

| | | |
|---|---|---|
| First month | Group 1 | 109 |
| Second month | Group 1 | 200 |
| Third month | Group 2 | 300 |
| Fourth month | Group 1 | 300 |
| Fifth month | Group 2 | 300 |
| Sixth month | Group 1 | 300 |

1

Ms. Snead assured Judge Rodgers that she would work with the VA to prioritize these requests.

Regards,
Tevenia