IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md2885 |
| This Document Relates to Plaintiffs:<br><br>LISTED ON EXHIBIT A | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION OF CHARLES G. ORR FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida, and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Charles G. Orr of the law firm of Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219, respectfully moves for admission *pro hac vice* to appear as counsel for the Plaintiffs listed on the attached **Exhibit A**, and to receive Notice of Electronic Filings in this action. In support of this motion, states the following:

1. Charles G. Orr resides in Dallas, Texas and is not a resident of the State of Florida.

2. Charles G. Orr is not admitted to practice in the Northern District of Florida.

3. Charles G. Orr is licensed to practice and is a member in good standing of the bar of the State of Texas.

4. A copy of a Certificate of Good Standing from the State Bar of the State of Texas, dated within 30 days of this motion, is attached as **Exhibit B**.

1

5. Charles G. Orr certifies that he has successfully completed both the online Local Rules tutorial exam (confirmation number FLND15996716243729) and the CM/ECF Online Tutorials, as required by Local Rule 11.1

6. Charles G. Orr has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7. Charles G. Orr has updated his PACER account to "NextGen."

8. Upon admission, Charles G. Orr respectfully requests that he be provided Notice of Electronic Filings to the following email address: corr@baronbudd.com.

WHEREFORE, Charles G. Orr respectfully requests that this Court enter an Order granting his motion to appear *pro hac vice* on behalf of the Plaintiffs listed on Exhibit A, and directing the clerk to provide Notice of Electronic Filings to the undersigned.

Dated: September 14, 2020                Respectfully submitted:

**BARON & BUDD, P.C.**

*/s/ Charles G. Orr*_____
Charles G. Orr, TX SBN: 00788148
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                */s/ Charles G. Orr*_____
                Charles G. Orr