# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Emily B. Marlowe ("Movant") of the law firm Clark, Love & Hutson, PLLC, 440 Louisiana Street, Suite 1700, Houston, Texas 77002, respectfully moves for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas.  A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

4. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number **FLND16001079533745**, and the CM/ECF online tutorial.

5. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

6. Movant has upgraded her PACER account to "NextGen."

7. Movant is the attorney of record in the following case: *Ronald Sloan v. 3M Company, et al*, 7:20-cv-00001-MCR-GRJ.

8. Upon admission, Emily B. Marlowe respectfully requests that she be provided Notice of Electronic Filings to the following email address: emarlowe@triallawfirm.com.

WHEREFORE, Emily B. Marlowe respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: September 15, 2020                    Respectfully submitted,


                                             By:   */s/ Emily B. Marlowe*
                                                   Emily B. Marlowe
                                                   Texas State Bar No. 24076206
                                                   CLARK, LOVE & HUTSON, PLLC
                                                   440 Louisiana St., Ste. 1700
                                                   Houston, TX 77002
                                                   Phone: (713) 757-1400
                                                   Facsimile: (713) 759-1217
                                                   emarlowe@triallawfirm.com


## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on September 15, 2020 and served electronically on all counsel of record.


                                             /s/ *Emily B. Marlowe*
                                             Emily B. Marlowe