EXHIBIT "A"

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 15, 2020

Re: Mr. Thomas Wayne Pirtle, State Bar Number 16038610

To Whom It May Concern:

This is to certify that Mr. Thomas Wayne Pirtle was licensed to practice law in Texas on May 10, 1991, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Seana Willing
Chief Disciplinary Counsel
SW/web

