Douglas W. Bailey #7-5102
BAILEY|STOCK|HARMON|COTTAM|LOPEZ LLP
221 East 21st Street
P.O. Box 1557
Cheyenne, WY  82003
307-638-7745
Doug@Performance-Law.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>RANDALL T. CAREY<br><br>PLAINTIFF<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC<br><br>DEFENDANTS | Case No. 3:19-md-2885<br><br>Judge M. Case Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br>MOTION FOR ADMISSION<br>PRO HAC VICE<br><br>Civil Action No.: 1:20-cv-00232-AW-GRJ |

## MOTION FOR ADMISSION PRO HAC VICE

Douglas W. Bailey of BAILEY|STOCK|HARMON|COTTAM|LOPEZ LLP moves the Court for permission to appear *pro hac vice* in this matter, as the attorney for Plaintiff Randall T. Carey.

Mr. Bailey is a member in good standing of the bar of the State of Wyoming, which is the State in which Mr. Bailey resides and regularly practices law. Attached to this MOTION is a Certificate of Good Standing, dated within 30 days of this MOTION.

Mr. Bailey has completed the Attorney Admission Tutorial, with a confirmation number of: FLND15978757463667.

Mr. Bailey certifies that he is familiar with the CM/ECF e-filing system.

Dated September 16, 2020.

BAILEY|STOCK|HARMON|COTTAM|LOPEZ LLP

_____
Douglas W. Bailey
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by the CM/ECF e-filing system on all named Defendants, this 16th day of September, 2020.

_____
Douglas W. Bailey