

**Mailing Address:**
P.O. Box 109
Cheyenne, WY 82003

**Physical Address:**
4124 Laramie Street
Cheyenne, WY 82001

307.632.9061
wyomingbar.org

August 19, 2020

**Attorney: Mr. Douglas Wade Bailey**

Mr. Douglas Wade Bailey was admitted to practice by Exam in Wyoming on September 20, 2013, and is enrolled as attorney number 7-5102.

**Status: Active**

"Active" means that the attorney is eligible to appear as an attorney in all Wyoming state courts. "Honorable" means that the attorney serves as a judge. "Inactive" means that the attorney has voluntarily chosen inactive status, and is not currently eligible to appear as an attorney in any Wyoming court. "Retired" or "Honorable Retired" mean that the attorney or judge has voluntarily elected permanent inactive status, and is no longer eligible to appear as an attorney in any Wyoming court.

**Standing: Good Standing**

"Good Standing" means that the attorney's license fees are current, mandatory continuing legal education, if required, is current, and the attorney's right to practice is not currently suspended or revoked for cause.

**Discipline: None**

By Wyoming Supreme Court rule, the types of public discipline attorneys may receive include public censure, suspension and disbarment. "None" means that the attorney has never been the subject of public discipline. If the attorney has received some form of public discipline, a copy of the order of public discipline will be provided.

I hereby certify that the preceding information is correct.

*Sharon Wilkinson*
Sharon Wilkinson
Executive Director