UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 53**
**Amendment to Pretrial Order No. 43**

On September 21, 2020, Plaintiffs requested a one-week extension to their upcoming October 2, 2020 deadline for their Fed. R. Civ. P. 26(a)(2) expert disclosures for Trial Group A, as set forth in Pretrial Order No. 43, ECF No. 1204. Defendants do not object to the requested extension so long as Defendants' Rule 26(a)(2) expert disclosure deadline is also extended by one week.  Accordingly, the Court grants Plaintiffs' request and amends Pretrial Order No. 43 with the following revised deadlines:

10/9/2020  Plaintiffs' Fed. R. Civ. P. 26(a)(2) Expert Disclosures (including Reports) on Group A Cases due

11/9/2020  Defendants' Fed. R. Civ. P. 26(a)(2) Expert Disclosures (including Reports) on Group A Cases due

11/19/2020 Plaintiffs' Expert Rebuttal reports on Group A cases due

All other deadlines set forth in Pretrial Order No. 43, including the December 23, 2020 deadline to complete the depositions of Plaintiffs' and Defendants' Experts, remain unchanged.

**SO ORDERED**, this 21st day of September, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**