# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, September 18, 2020 7:26 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, September 18, 2020 12:25:03 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/18/2020 at 8:25 AM EDT and filed on 9/18/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 884 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-76) - 1 action(s)** *re: pldg. (1 in KS/2:20-cv-02418, [873] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2020.**

**Associated Cases: MDL No. 2885, KS/2:20-cv-02418 (JC)**

| | |
|---|---|
| **Case Name:** | Bujan v. 3M Company et al |
| **Case Number:** | KS/2:20-cv-02418 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-76) - 1 action(s)** *re: pldg. (1 in KS/2:20-cv-02418, [873] in MDL No. 2885)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/18/2020.**

**Associated Cases: MDL No. 2885, KS/2:20-cv-02418 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**KS/2:20-cv-02418 Notice has been electronically mailed to:**

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Brandon James Bluford Boulware    brandon@boulware-law.com, kim@boulware-law.com

Jeremy M. Suhr    jeremy@boulware-law.com

**KS/2:20-cv-02418 Notice will not be electronically mailed to:**

Erin Lawrence
Boulware Law
1600 Genessee Street
Suite 416
Kansas City, MO 64102

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/18/2020] [FileNumber=1014955-0]
[74c2b419d607b5cf4689ad683a8af08613f8736d3b3ae3c04a4ffaeb0bd28e5de9e1
09396d37aa024c81a5c7ff976d50f26633f8a035e40262d508a5938c9310]]