UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen Semos of the law firm Baker, Burton & Lundy, A.P.C., hereby enters his appearance as counsel for Plaintiff, Mark Semos from the following action transferred to this Court from the Central District of California: Mark Semos, et al v. 3M Company, Central District of California Case No. 2:20-cv-07125-PA and assigned Northern District of Florida Case No. 3:20-cv-05769-MCR-GRJ.  Further, Mr. Semos is attorney of record in the action transferred to this Court (MDL Case No. 2885) and has been administratively admitted pursuant to Pretrial Order No. 3 (ECF No. 4), confirmation number FLND16008071623776.  All further papers and pleadings in this action should be served on the undersigned.

Dated:  September 24, 2020                             Respectfully submitted,

/s/ *Stephen Semos*
BAKER, BURTON & LUNDY APC
Stephen Semos
Stephen@bakerburtonlundy.com
515 Pier Avenue
Hermosa Beach, CA 90254
Telephone No.: (310) 376-9893
Facsimile No.:  (310) 376-7483
CA Bar: 304931

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system on September 24, 2020 served electronically on all counsel of record.

/s/ *Stephen Semos*
STEPHEN SEMOS