# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Attorney Douglas W. Bailey's motion to appear *pro hac vice* was filed on September 16, 2020. However, the motion is deficient because Mr. Bailey has not certified that he maintains an upgraded PACER account and has reviewed the online CM/ECF Attorney User's Guide. *See* N.D. Fla. Loc. R. 11.1(E). Moreover, the motion is not compliant with Pretrial Order No. 3, ECF No. 4, which requires that an attorney seeking *pro hac vice* admission reference that Order. Accordingly, Mr. Bailey's motion is **DENIED** without prejudice to refile once these deficiencies are corrected.[1]

**SO ORDERED**, on this 24th day of September, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Mr. Bailey's Certificate of Good Standing, ECF No. 1397-1, will remain in the electronic file and be considered timely for 10 days from the date of this Order.