# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

Pending before the Court is Defendants' Motion to Compel Against the Centers for Disease Control. ECF No. 1410. The motion concerns the CDC's response to a subpoena for the production of documents served by Defendants on CDC employee Dr. William Murphy. *Id.* at 1, 3. Defendants state they served the instant motion by email on: (1) Jacqui Snead at the Department of Justice; and (2) L. Michael Rafky at the Office of the General Counsel for the Department of Health and Human Services. *Id.* at 9.

Accordingly, the CDC must file a response to Defendants' motion to compel **on or before October 7, 2020**. Defendants must **immediately** serve a copy of this order by email on Jacqui Snead and L. Michael Rafky.

**DONE AND ORDERED** this 24th day of September 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge