Douglas W. Bailey #7-5102
BAILEY|STOCK|HARMON|COTTAM|LOPEZ LLP
221 East 21st Street
P.O. Box 1557
Cheyenne, WY  82003
307-638-7745
Doug@Performance-Law.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>RANDALL T. CAREY<br><br>PLAINTIFF<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC<br><br>DEFENDANTS | Case No. 3:19-md-2885<br><br>Judge M. Case Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br>AMENDED MOTION FOR ADMISSION PRO HAC VICE<br><br>Civil Action No.: 1:20-cv-00232-AW-GRJ |

**AMENDED MOTION FOR ADMISSION PRO HAC VICE**

On September 24, 2020, this Court issued an ORDER denying Douglas W. Bailey's September 16, 2020 motion to appear *pro hac vice* without prejudice, noting the deficiencies in Mr. Bailey's Motion. Wherefore, Mr. Bailey files this AMENDED MOTION to appear *pro hac vice*,

as the attorney for Plaintiff Randall T. Carey. In support of this AMENDED MOTION, Mr. Bailey states:

1. Mr. Bailey is a member in good standing of the bar of the State of Wyoming, which is the State in which Mr. Bailey resides and regularly practices law. Attached to Mr. Bailey's September 16, 2020 MOTION was a Certificate of Good Standing, which this Court has stated will remain timely for 10 days from the date of the September 24, 2020 Order.

2. Mr. Bailey has completed the Attorney Admission Tutorial, with a confirmation number of: FLND15978757463667.

3. Mr. Bailey certifies that he is familiar with the CM/ECF e-filing system.

4. Mr. Bailey certifies that he maintains an upgraded PACER account and has reviewed the online CM/ECF Attorney User's Guide.

5. This AMENDED MOTION is being made pursuant to this Court's Pretrial Order No. 3, ECF No. 4, filed April 9, 2019.

Dated September 25, 2020.

BAILEY|STOCK|HARMON|COTTAM|LOPEZ LLP

_____
Douglas W. Bailey
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing has been served by the CM/ECF e-filing system on all named Defendants, this 25th day of September, 2020.

                          _____
                          Douglas W. Bailey