

*Liberté • Égalité • Fraternité*
**RÉPUBLIQUE FRANÇAISE**

MINISTÈRE DE LA JUSTICE

Paris, le 14 Septembre 2020

**DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU**

BUREAU DU DROIT DE L'UNION,
DU DROIT INTERNATIONAL PRIVÉ
ET DE L'ENTRAIDE CIVILE

Tribunal de district des Etats-Unis pour le district
nord de la Floride
Winston E. Arnow Federal Building
100 N. Palafox Street
Pensacola, FL 32502-4839

*Reference:*
**137OP2020**
Case manager:
Célia NEEL
Tél. : 00331 44 77 61 05
Fax : 00331 44 77 61 22
✉ entraide-civile-internationale@justice.gouv.fr

For the Honorable, Gary R. Jones

O1292

**OBJET :**  Acceptation of a taking of evidence request pursuant the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

**AFFAIRE :**  BRYAN F. AYLSTOCK c/ 3 M COMPANY

**VOS REF :**  Case n°3:19-md-2885

Dear Sir or Madam,

The French Ministry of Justice has the honor to acknowledge receipt, on August 7th, of the taking of evidence request in civil and commercial matters, issued by the United States Dsitrict Court Northern District of Florida Pensaola Division on July 29th, regarding the oral testimony of Pascal Hamery and Armand Dancer and the production of documents by ISL

I inform you that this request has been authorized and forwarded this day for execution to the public prosecutors at the First Instance Courts of Mulhouse and Lons-le-Saunier.

Yours sincerely,

FILED USDC FLND PN
SEP 24 '20 PM 1:01

Célia NEEL

DACS
13, place Vendôme
75042 Paris Cedex 01
Téléphone : 01 44 77 61 05
Télécopie : 01 44 77 61 22
www.justice.gouv.fr