# **EXHIBIT 3**

| | |
|---|---|
| **From:** | Gottlieb, Simon |
| **Sent:** | Monday, August 24, 2020 12:41 PM |
| **To:** | nicole.m.kim2.mil@mail.mil; robert.e.wald.mil@mail.mil |
| **Cc:** | Jacqueline.Snead@usdoj.gov; Nomellini, Mark J.; Neglia, Ashley |
| **Subject:** | In re:  3M Combat Arms Litigation - Deposition Subpoenas and Witness Address |

Major Kim—

I hope all is well.  Per the Court's instruction, Defendants intend to serve a subpoena for the deposition of former DoD employee, Dr. John King.  However, Defendants have not been able to locate an accurate address for Dr. King.  Could you please assist us in locating the correct address for Dr. John King?

Thank you,
-Simon


**Simon Gottlieb**

--------

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3986 **M** +1 312 956 9114
**F** +1 312 862 2200

--------

simon.gottlieb@kirkland.com

1