# **EXHIBIT 4**

| | |
|---|---|
| **From:** | Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil> |
| **Sent:** | Saturday, September 19, 2020 8:04 AM |
| **To:** | Neglia, Ashley; Snead, Jacqueline Coleman (CIV); Judge David R. Herndon |
| **Cc:** | Kolsky, Joshua (CIV); Nomellini, Mark J.; Fields, Barry E.; *Kimberly.branscome@dechert.com; Fields, Barry E.; Gunderson, Karl; Karis, Hariklia; Elizabeth, Sierra; SHutson@triallawfirm.com; Jhoekstra@awkolaw.com; Neil Overholtz; cseeger@seegerweiss.com; Bryan Aylstock; Brock, Mike; 'dbuchanan@seegerweiss.com'; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) |
| **Subject:** | RE: [Non-DoD Source] RE: Government subpoena status |

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Ashley,

Thank you for this information.  We will continue to work on locating/identifying Mr. John King.

v/r

Major Nicole Kim
Judge Advocate, U.S. Army
Litigation Attorney
U.S. Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, VA 22060
Office: (703) 693-1015
Cellphone: (571) 723-1126

CONFIDENTIALITY NOTICE

The information contained in this e-mail and any accompanying attachments constitute confidential information which may be legally privileged. This information is the property of the U.S. Government. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this e-mail in error, please notify us immediately by return e-mail.


From: Neglia, Ashley <ashley.neglia@kirkland.com>
Sent: Wednesday, September 16, 2020 9:34 AM
To: Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov>; Judge David R. Herndon <dave@herndonresolution.com>; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>
Cc: Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>; Nomellini, Mark J. <mnomellini@kirkland.com>; Fields, Barry E. <bfields@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>;

Case 3:19-md-02885-MCR-HTC   Document 1421-4   Filed 09/25/20   Page 3 of 7

Fields, Barry E. <bfields@kirkland.com>; Gunderson, Karl <karl.gunderson@kirkland.com>; Karis, Hariklia <hkaris@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; SHutson@triallawfirm.com; Jhoekstra@awkolaw.com; Neil Overholtz <NOverholtz@awkolaw.com>; cseeger@seegerweiss.com; Bryan Aylstock <BAylstock@awkolaw.com>; Brock, Mike <mike.brock@kirkland.com>; 'dbuchanan@seegerweiss.com' <dbuchanan@seegerweiss.com>; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil>
**Subject:** [Non-DoD Source] RE: Government subpoena status

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Jacqui, Major Kim,

During our call with the Department of Justice last week Jacqui mentioned that the government was unable to locate John King as it did not have enough identifying information to isolate the correct individual. Attached here please find emails produced in this litigation containing information that may assist with identifying John King including his email address,kingj@setaf.vicenza.army.mil < Caution-mailto:kingj@setaf.vicenza.army.mil > .

Best,
Ashley

**Ashley Neglia**

**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
**T** +1 213 680 8114
**F** +1 213 680 8500

Ashley.Neglia@kirkland.com < Caution-mailto:Ashley.Neglia@kirkland.com%0d >

---

**From:** Neglia, Ashley
**Sent:** Monday, September 14, 2020 1:47 PM
**To:** 'Snead, Jacqueline Coleman (CIV)' <Jacqueline.Snead@usdoj.gov>; Judge David R. Herndon <dave@herndonresolution.com>
**Cc:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>; Nomellini, Mark J. <mnomellini@kirkland.com>; Fields, Barry E. <bfields@kirkland.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; Fields, Barry E. <bfields@kirkland.com>; Gunderson, Karl <karl.gunderson@kirkland.com>; Karis, Hariklia <hkaris@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; SHutson@triallawfirm.com; Jhoekstra@awkolaw.com; Neil Overholtz <NOverholtz@awkolaw.com>; cseeger@seegerweiss.com; Bryan Aylstock <BAylstock@awkolaw.com>; Brock, Mike <mike.brock@kirkland.com>; 'dbuchanan@seegerweiss.com' <dbuchanan@seegerweiss.com>; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil>; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil>
**Subject:** RE: Government subpoena status

Will do. Thank you, Jacqui.

**Ashley Neglia**

2

**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
T +1 213 680 8114
F +1 213 680 8500
_____

Ashley.Neglia@kirkland.com < Caution-mailto:Ashley.Neglia@kirkland.com%0d >

**From:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov > >
**Sent:** Monday, September 14, 2020 1:45 PM
**To:** Neglia, Ashley <ashley.neglia@kirkland.com < Caution-mailto:ashley.neglia@kirkland.com > >; Judge David R. Herndon <dave@herndonresolution.com < Caution-mailto:dave@herndonresolution.com > >
**Cc:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov < Caution-mailto:Joshua.kolsky@usdoj.gov > >; Nomellini, Mark J. <mnomellini@kirkland.com < Caution-mailto:mnomellini@kirkland.com > >; Fields, Barry E. <bfields@kirkland.com < Caution-mailto:bfields@kirkland.com > >;*Kimberly.branscome@dechert.com < Caution-mailto:*Kimberly.branscome@dechert.com >  <Kimberly.branscome@dechert.com < Caution-mailto:Kimberly.branscome@dechert.com > >; Fields, Barry E. <bfields@kirkland.com < Caution-mailto:bfields@kirkland.com > >; Gunderson, Karl <karl.gunderson@kirkland.com < Caution-mailto:karl.gunderson@kirkland.com > >; Karis, Hariklia <hkaris@kirkland.com < Caution-mailto:hkaris@kirkland.com > >; Elizabeth, Sierra <sierra.elizabeth@kirkland.com < Caution-mailto:sierra.elizabeth@kirkland.com > >;SHutson@triallawfirm.com < Caution-mailto:SHutson@triallawfirm.com > ; Jhoekstra@awkolaw.com < Caution-mailto:Jhoekstra@awkolaw.com > ; Neil Overholtz <NOverholtz@awkolaw.com < Caution-mailto:NOverholtz@awkolaw.com > >;cseeger@seegerweiss.com < Caution-mailto:cseeger@seegerweiss.com > ; Bryan Aylstock <BAylstock@awkolaw.com < Caution-mailto:BAylstock@awkolaw.com > >; Brock, Mike <mike.brock@kirkland.com < Caution-mailto:mike.brock@kirkland.com > >; 'dbuchanan@seegerweiss.com' <dbuchanan@seegerweiss.com < Caution-mailto:dbuchanan@seegerweiss.com > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-mailto:nicole.m.kim2.mil@mail.mil > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil > >
**Subject:** RE: Government subpoena status

Hi Ashley:

Please contact the AUSA of record in the pending motion to quash proceedings to discuss your extension request.  Thanks.

Jacqui

---

**From:** Neglia, Ashley <ashley.neglia@kirkland.com < Caution-mailto:ashley.neglia@kirkland.com > >
**Sent:** Monday, September 14, 2020 1:36 PM
**To:** Snead, Jacqueline Coleman (CIV) <jsnead@CIV.USDOJ.GOV < Caution-mailto:jsnead@CIV.USDOJ.GOV > >; Judge David R. Herndon <dave@herndonresolution.com < Caution-mailto:dave@herndonresolution.com > >
**Cc:** Kolsky, Joshua (CIV) <jkolsky@CIV.USDOJ.GOV < Caution-mailto:jkolsky@CIV.USDOJ.GOV > >; Nomellini, Mark J. <mnomellini@kirkland.com < Caution-mailto:mnomellini@kirkland.com > >; Fields, Barry E. <bfields@kirkland.com < Caution-mailto:bfields@kirkland.com > >;*Kimberly.branscome@dechert.com < Caution-mailto:*Kimberly.branscome@dechert.com >  <Kimberly.branscome@dechert.com < Caution-mailto:Kimberly.branscome@dechert.com > >; Fields, Barry E. <bfields@kirkland.com < Caution-mailto:bfields@kirkland.com > >; Gunderson, Karl <karl.gunderson@kirkland.com < Caution-

mailto:karl.gunderson@kirkland.com > >; Karis, Hariklia <hkaris@kirkland.com < Caution-mailto:hkaris@kirkland.com > >; Elizabeth, Sierra <sierra.elizabeth@kirkland.com < Caution-mailto:sierra.elizabeth@kirkland.com > >;SHutson@triallawfirm.com < Caution-mailto:SHutson@triallawfirm.com > ; Jhoekstra@awkolaw.com < Caution-mailto:Jhoekstra@awkolaw.com > ; Neil Overholtz <NOverholtz@awkolaw.com < Caution-mailto:NOverholtz@awkolaw.com > >;cseeger@seegerweiss.com < Caution-mailto:cseeger@seegerweiss.com > ; Bryan Aylstock <BAylstock@awkolaw.com < Caution-mailto:BAylstock@awkolaw.com > >; Brock, Mike <mike.brock@kirkland.com < Caution-mailto:mike.brock@kirkland.com > >; 'dbuchanan@seegerweiss.com' <dbuchanan@seegerweiss.com < Caution-mailto:dbuchanan@seegerweiss.com > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-mailto:nicole.m.kim2.mil@mail.mil > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil > >
**Subject:** RE: Government subpoena status

Hi Jacqui,

Thank you for taking the time to speak with us on Friday. Based on that call, we understood that "early next week" (i.e., early this week) you would be making a determination on whether or not to agree to the motions to transfer the various motions to quash. In the interim, in order to conserve resources we believe that it makes sense to extend any substantive response deadlines that may be coming up. Can you let us know if the government will agree not to oppose motions to extend time to respond to the currently pending motions to quash?

Best,
Ashley


**Ashley Neglia**

**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
T +1 213 680 8114
F +1 213 680 8500

Ashley.Neglia@kirkland.com < Caution-mailto:Ashley.Neglia@kirkland.com%0d >

**From:** Snead, Jacqueline Coleman (CIV) <Jacqueline.Snead@usdoj.gov < Caution-mailto:Jacqueline.Snead@usdoj.gov > >
**Sent:** Friday, September 11, 2020 7:06 AM
**To:** Neglia, Ashley <ashley.neglia@kirkland.com < Caution-mailto:ashley.neglia@kirkland.com > >; Judge David R. Herndon <dave@herndonresolution.com < Caution-mailto:dave@herndonresolution.com > >
**Cc:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov < Caution-mailto:Joshua.kolsky@usdoj.gov > >; Nomellini, Mark J. <mnomellini@kirkland.com < Caution-mailto:mnomellini@kirkland.com > >; Fields, Barry E. <bfields@kirkland.com < Caution-mailto:bfields@kirkland.com > >;*Kimberly.branscome@dechert.com < Caution-mailto:*Kimberly.branscome@dechert.com >  <Kimberly.branscome@dechert.com < Caution-mailto:Kimberly.branscome@dechert.com > >; Fields, Barry E. <bfields@kirkland.com < Caution-mailto:bfields@kirkland.com > >; Gunderson, Karl <karl.gunderson@kirkland.com < Caution-mailto:karl.gunderson@kirkland.com > >; Karis, Hariklia <hkaris@kirkland.com < Caution-mailto:hkaris@kirkland.com > >; Elizabeth, Sierra <sierra.elizabeth@kirkland.com < Caution-mailto:sierra.elizabeth@kirkland.com > >;SHutson@triallawfirm.com < Caution-mailto:SHutson@triallawfirm.com > ; Jhoekstra@awkolaw.com < Caution-mailto:Jhoekstra@awkolaw.com > ;

4

Neil Overholtz <NOverholtz@awkolaw.com < Caution-mailto:NOverholtz@awkolaw.com > >;cseeger@seegerweiss.com < Caution-mailto:cseeger@seegerweiss.com > ; Bryan Aylstock <BAylstock@awkolaw.com < Caution-mailto:BAylstock@awkolaw.com > >; Brock, Mike <mike.brock@kirkland.com < Caution-mailto:mike.brock@kirkland.com > >; 'dbuchanan@seegerweiss.com' <dbuchanan@seegerweiss.com < Caution-mailto:dbuchanan@seegerweiss.com > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-mailto:nicole.m.kim2.mil@mail.mil > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil > >
**Subject:** RE: Government subpoena status

Good morning:

Is there an agenda for today's call?

DOJ would like to add a line item for the subpoenas that have not been served that have depo dates next week.  Will those subpoenas be withdrawn or amended?

Thanks.

Jacqui

---

**From:** Neglia, Ashley <ashley.neglia@kirkland.com < Caution-mailto:ashley.neglia@kirkland.com > >
**Sent:** Friday, September 11, 2020 10:01 AM
**To:** Judge David R. Herndon <dave@herndonresolution.com < Caution-mailto:dave@herndonresolution.com > >
**Cc:** Snead, Jacqueline Coleman (CIV) <jsnead@CIV.USDOJ.GOV < Caution-mailto:jsnead@CIV.USDOJ.GOV > >; Kolsky, Joshua (CIV) <jkolsky@CIV.USDOJ.GOV < Caution-mailto:jkolsky@CIV.USDOJ.GOV > >; Nomellini, Mark J. <mnomellini@kirkland.com < Caution-mailto:mnomellini@kirkland.com > >; Fields, Barry E. <bfields@kirkland.com < Caution-mailto:bfields@kirkland.com > >;*Kimberly.branscome@dechert.com < Caution-mailto:*Kimberly.branscome@dechert.com >  <Kimberly.branscome@dechert.com < Caution-mailto:Kimberly.branscome@dechert.com > >; Fields, Barry E. <bfields@kirkland.com < Caution-mailto:bfields@kirkland.com > >; Gunderson, Karl <karl.gunderson@kirkland.com < Caution-mailto:karl.gunderson@kirkland.com > >; Karis, Hariklia <hkaris@kirkland.com < Caution-mailto:hkaris@kirkland.com > >; Elizabeth, Sierra <sierra.elizabeth@kirkland.com < Caution-mailto:sierra.elizabeth@kirkland.com > >;SHutson@triallawfirm.com < Caution-mailto:SHutson@triallawfirm.com > ; Jhoekstra@awkolaw.com < Caution-mailto:Jhoekstra@awkolaw.com > ; Neil Overholtz <NOverholtz@awkolaw.com < Caution-mailto:NOverholtz@awkolaw.com > >;cseeger@seegerweiss.com < Caution-mailto:cseeger@seegerweiss.com > ; Bryan Aylstock <BAylstock@awkolaw.com < Caution-mailto:BAylstock@awkolaw.com > >; Brock, Mike <mike.brock@kirkland.com < Caution-mailto:mike.brock@kirkland.com > >; 'dbuchanan@seegerweiss.com' <dbuchanan@seegerweiss.com < Caution-mailto:dbuchanan@seegerweiss.com > >; Kim, Nicole M MAJ USARMY HQDA OTJAG (USA) <nicole.m.kim2.mil@mail.mil < Caution-mailto:nicole.m.kim2.mil@mail.mil > >; Wald, Robert E MAJ USARMY HQDA OTJAG (USA) <robert.e.wald.mil@mail.mil < Caution-mailto:robert.e.wald.mil@mail.mil > >
**Subject:** Government subpoena status

Judge Herndon,

In advance of this morning's call, please see attached an updated chart regarding status of subpoenas to current government employees/government entities. Note that per Judge Rodgers' request we will be adding more detail to the chart to be submitted next week, however, this reflects the latest status information we have.

Best,
Ashley

**Ashley Neglia**

**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
T +1 213 680 8114
F +1 213 680 8500

Ashley.Neglia@kirkland.com < Caution-mailto:Ashley.Neglia@kirkland.com%0d >

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email topostmaster@kirkland.com < Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email topostmaster@kirkland.com < Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email topostmaster@kirkland.com < Caution-mailto:postmaster@kirkland.com > , and destroy this communication and all copies thereof, including all attachments.