# **EXHIBIT 5**

| | |
|---|---|
| **From:** | Gottlieb, Simon |
| **Sent:** | Monday, September 21, 2020 11:53 AM |
| **To:** | Jacqueline.Snead@usdoj.gov; nicole.m.kim2.mil@mail.mil |
| **Cc:** | robert.e.wald.mil@mail.mil; bob@colson.com; Neglia, Ashley; Nomellini, Mark J. |
| **Subject:** | Alternative Work Contact Information for Dr. Kyle Lindholm |

Hi Major Kim and Ms. Snead—

I hope you both had a nice weekend. Defendants have unsuccessfully attempted (a few times) to serve a subpoena on Dr. Kyle Lindholm, a military audiologist currently stationed at Fort Drum in New York, for deposition on September 25. Dr. Lindholm served as the Hearing Conservation Program Manager at Fort Bragg from 2002 to 2004, and at Fort Richardson from 2007 to 2010, while Bellwether Plaintiff Rowe served at both of those duty stations. We understand from neighbors that Dr. Lindholm is rarely home. Can you please assist in providing alternative work contact information or, in the alternative, help us contact Dr. Lindholm directly?

Thanks,
-Simon

**Simon Gottlieb**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3986 **M** +1 312 956 9114
**F** +1 312 862 2200

simon.gottlieb@kirkland.com

1