# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                                                Date:   September 22, 2020
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Sixteenth Case Management Conference**

Attendance of counsel in person, by video and by telephone.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.  Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock, Christopher Seeger, David Buchanan, and Jennifer Hoekstra with additional counsel in the courtroom, by video and phone

**Lead Counsel for Defendants:**   Larry Hill, Haley VanFleteren, and Charles Beall with additional counsel by video
**3M Co. and Aearo**                     and phone

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:55 am

10:15   am   Court in Session - Introduction of Counsel
            Court and counsel address the following agenda matters:
- Motions to quash and motions to transfer
- Scheduling depositions
- Minnesota State Court Liaison, Rick Paul provides update
- Document stipulations
- Discovery requests for Trial Group A under advisement
- Motion practice deadlines for Groups C and D
- Defense medical exams
- VA/DOD Authorizations and Production for 1% cases
- TAR training
- Judge Jones may preside over next Case Management Conference on Oct. 16th
- MDL Centrality Deposition Calendar
- Choice of Law chart/issues

11:54 am     Court in Recess