UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION This Document Relates to All Cases | Case No. 3:19md2885 Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**ORDER**

This matter is before the Court on Charles G. Orr, Esq.'s Motion to Appear *Pro Hac Vice* on behalf of the several hundred plaintiffs listed on Exhibit A to Mr. Orr's motion, ECF No. 1391-1. Per Pretrial Order No. 22 (ECF No. 898), counsel should not seek *pro hac vice* until either: (a) the Court is asked to resolve a dispute about the sufficiency of his or her client's initial census submission; (b) the Court is asked to resolve an issue related to the representation of a client; or (c) his or her client's case is transitioned to the 3M MDL docket. *See id.* at 6. The Court has not been asked to resolve any disputes about any of plaintiffs' initial census submissions or their representation, and none of these cases have transitioned to the 3M MDL docket.

Accordingly, the Court will defer ruling on Mr. Orr's Motion for 14 days. Within 14 days of this Order, the plaintiffs on Exhibit A are hereby **ORDERED** to either notify the Court of any initial census submission or representation issue, or submit a Request for Transition per Pretrial Order No. 22. Otherwise, Mr. Orr's

Motion will be denied.  The Clerk is directed to email a copy of this Order to Mr. Orr at corr@baronbudd.com.

**SO ORDERED**, this 28th day of September, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**