IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02885 |
| This Document Relates to:<br><br>Case No. 3:19-md-02885 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**NOTICE TO WITHDRAW**
**MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE***
**OF CHARLES G. ORR**

COMES NOW, Charles G. Orr, and hereby withdraws his Motion to Appear *Pro Hac Vice* filed in the above-referenced matter on September 14, 2020 (Dkt No. 1391.)

Dated: September 28, 2020

Respectfully submitted:

**BARON & BUDD, P.C.**

*/s/ Charles G. Orr*
Charles G. Orr, TX SBN: 00788148
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                          */s/ Charles G. Orr*_____
                                                          Charles G. Orr