UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FILED ELECTRONICALLY

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-md-2885 |
| This Document Relates to: *Barnes 3:20-cv-05827* | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

\* \* \* \* \*

PLEASE TAKE NOTICE that Larry D. Ashlock, Esq., of the law firm Ashlock Law Group, PLLC, enters his appearance as counsel for Plaintiffs in the following action(s) transferred to this Court after being directly filed in the Northern District of Florida:

1. John W. Barnes, et al., v. 3M Company, et al, Case No. 3:20-cv-05827

Larry D. Ashlock, Esq., is an attorney of record in the above-referenced actions transferred to this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4)(Tutorial Confirmation FLND16001406273750).

All further papers and pleadings in this action should be served to the undersigned.

Respectfully submitted,

\_\_/s/ Larry D. Ashlock_____
Larry D. Ashlock, Esq.
Ashlock Law Group, PLLC
306 W. Dixie Ave.

1

2

Elizabethtown, KY  42701<br>
(270) 360-0470<br>
AshlockLawGroup@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2020, a copy of the foregoing was filed with the Court through the ECF system; which will send a notice of electronic filing to all counsel of record.

    /s/ Larry D. Ashlock_____
Larry D. Ashlock, Esq.

2