UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FILED ELECTRONICALLY

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-md-2885 |
| This Document Relates to: *Barnes 3:20-cv-05827* | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

\* \* \* \* \*

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Larry D. Ashlock, hereby moves this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Kentucky, and is not a resident of the State of Florida. Movant is admitted to practice and is a member in good standing of the State Bar of Kentucky.

2. A copy of the Certificate of Good Standing from the State Bar of Kentucky (the jurisdiction where I reside and regularly practice law) dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16001406273750 and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen" and verified it is not a firm account but an individual account.

6. Movant will also file a Notice of Appearance in the related case *Barnes v. 3m et al.,* Civil Action No.: 3:20-cv-05827.

Wherefore, Larry D. Ashlock, Esq., respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case filings to the undersigned.

Respectfully submitted,

\_\_/s/ Larry D. Ashlock_____
Larry D. Ashlock, Esq.
Ashlock Law Group, PLLC
306 W. Dixie Ave.
Elizabethtown, KY  42701
(270) 360-0470
AshlockLawGroup@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2020, a copy of the foregoing was filed with the Court through the ECF system; which will send a notice of electronic filing to all counsel of record.

\_\_/s/ Larry D. Ashlock_____
Larry D. Ashlock, Esq.