

| | | |
|---|---|---|
| **Kelly Stephens**<br>**Clerk** | OFFICE OF THE CLERK<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

# CERTIFICATION

I, Kelly Stephens, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Larry Duane Ashlock_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____October 23, 2000_____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that_____Larry Duane Ashlock_____is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this ___14th___ day of __September__, 2020.

KELLY STEPHENS
CLERK

By: _Karen Cobb_____
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
**(502) 564-3795**
**FAX (502) 564-3225**
**www.kybar.org**

**OFFICERS**
Thomas N. Kerrick
*President*

J.D. Meyer
*President-Elect*

Amy D. Cubbage
*Vice President*

J. Stephen Smith
*Immediate Past President*

Miranda D. Click
*Chair, Young Lawyers Division*

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Mindy G. Barfield
Douglas G. Benge
Rhonda Jennings Blackburn
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



*THIS IS TO CERTIFY THAT*

**LARRY DUANE ASHLOCK**
*Ashlock Law Group PLLC*
*306 West Dixie Avenue*
*Elizabethtown, Kentucky 42701*

*Membership No. 88348*

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated this 11th day of September, 2020.

*JOHN MEYERS*
*REGISTRAR*



By: _____
*Michele M. Pogrotsky, Deputy Registrar*