UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on: September 29, 2020
Motion/Pleading: Motion to Appear *Pro Hac Vice*
Filed by: Larry D. Ashlock, Esq.   on 9/28/2020   Doc. # 1427
RESPONSES:
    on     Doc. #
    on     Doc. #

\_\_\_ Stipulated    \_\_\_ Joint Pldg.
\_\_\_ Unopposed    \_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**.

**DONE** and **ORDERED** on this 29th day of September, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**