# **EXHIBIT G**



<u>INDUSTRIAL HYGIENE</u>

# Noise Assessment

Last Updated: October 17, 2018

In support of the Hearing Conservation component of the Army Hearing Program, Army industrial hygienists are responsible for conducting noise surveys in the workplace to identify military and civilian workers potentially exposed to noise hazards. During the survey, the magnitude of exposures is determined through sampling techniques. Sampling data is then used to determine effective engineering, administrative, and personal protective equipment controls and medical surveillance recommendations. Noise assessment surveys are conducted upon request. The surveys evaluate the magnitude of potential occupational noise exposures to military and civilian personnel in order to quantify the exposures and select effective protective measures.

**Department of Defense and Army Guidance**



DoDI 6055.12, "DoD Hearing Conservation Program (HCP)" 　external link icon

DA Pam 40-501, "Hearing Conservation Program" 　external link icon

Army Hearing Conservation Program: Hearing Conservation

USAPHC Fact Sheet: Hearing Loss and Noise

USAPHC Fact sheet: Occupational Ototoxics (Ear Poisons) and Hearing Loss

USAPHC: Audiometric Test Booth Certification

**Federal References**

Occupational Safety and Health Administration, 29 CFR 1910.95, "Occupational Noise Exposure"
external link icon

OSHA Occupational Noise Exposure webpage: OSHA Occupational Noise Exposure 　external link icon

NIOSH Safety and Health Topic: Noise and Hearing Loss Prevention 　external link icon

To Top