# **EXHIBIT H**

# FACT SHEET
# DOEHRS-IH
### DEFENSE OCCUPATIONAL AND ENVIRONMENTAL HEALTH READINESS SYSTEM - INDUSTRIAL HYGIENE (DOEHRS-IH)

**The Defense Occupational and Environmental Health Readiness System - Industrial Hygiene (DOEHRS-IH) allows the Department of Defense (DoD) to manage occupational & environmental health risk data and actively track biological, chemical, physical health hazards and engineered nano-object processes to Service members worldwide.**

The web-based application utilizes a single definition, collection and analysis platform to generate a longitudinal OEH exposure record for Service members. It supports data collection in the field and subsequent data calls. It also provides the longitudinal exposure record for DoD employees based on individual and grouped exposures.

## Background:

The integrated DOEHRS-IH solution will provide timely and efficient enterprise access of data and information to users throughout the Department of Defense (DoD), including Industrial Hygiene professionals, Environmental Health professionals, Public Health professionals, Radiation Health professionals, Medical Treatment Facility Commanders, etc. DOEHRS-IH is a key enabling technology within the Force Readiness and Health Assurance community and is further mandated by Public Law 105-85.



## Key Features

- Captures comprehensive, operational and work task potential exposures-based medical surveillance recommendations
- Tracks DoD lifetime personnel exposure data
- Captures workplace practices
- Captures environmental surveillance and public health information
- Captures and maintains environmental exposure registries
- Captures and tracks industrial ventilation system performance

## Key Benefits

- Provides an enterprise approach to identifying global and local health hazards
- Captures information to monitor compliance with occupational health and safety federal law and directives
- Provides a foundation for the individual longitudinal exposure record
- Maintains the Operation Tomodachi registry
- Tracks respiratory protection compliance by organization or workplace
- Provides individual exposure information to occupational health professionals
- Provides information for Armed Forces Health Surveillance Center epidemiological studies

SDD is a component of DHA DAD IO (J-6). For more information, visit www.health.mil/SDD. To subscribe for SDD product news, please visit https://public.govdelivery.com/accounts/USMHSDHSS/subscriber/new.



March 2018