# EXHIBIT I

# THE NATIONAL ACADEMIES PRESS

The National Academies of SCIENCES ENGINEERING MEDICINE

This PDF is available at http://nap.edu/11443

SHARE   



## Noise and Military Service: Implications for Hearing Loss and Tinnitus (2006)

### DETAILS

338 pages | 6 x 9 | PAPERBACK
ISBN 978-0-309-09949-3 | DOI 10.17226/11443

**GET THIS BOOK**

**FIND RELATED TITLES**

### CONTRIBUTORS

Larry E. Humes, Lois M. Joellenbeck, and Jane S. Durch, Editors; Committee on Noise-Induced Hearing Loss and Tinnitus Associated with Military Service from World War II to the Present; Medical Follow-up Agency; Institute of Medicine

### SUGGESTED CITATION

Institute of Medicine 2006. *Noise and Military Service: Implications for Hearing Loss and Tinnitus*. Washington, DC: The National Academies Press. https://doi.org/10.17226/11443.

Visit the National Academies Press at NAP.edu and login or register to get:

— Access to free PDF downloads of thousands of scientific reports
— 10% off the price of print titles
— Email or social media notifications of new titles related to your interests
— Special offers and discounts



Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press. (Request Permission) Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.

Copyright © National Academy of Sciences. All rights reserved.

# NOISE AND MILITARY SERVICE

Implications for Hearing Loss and Tinnitus

INSTITUTE OF MEDICINE
OF THE NATIONAL ACADEMIES

# NOISE AND MILITARY SERVICE

## Implications for Hearing Loss and Tinnitus

Committee on Noise-Induced Hearing Loss and Tinnitus Associated
with Military Service from World War II to the Present

Medical Follow-up Agency

Larry E. Humes, Lois M. Joellenbeck, and Jane S. Durch, *Editors*

INSTITUTE OF MEDICINE
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, DC
**www.nap.edu**

gram for noise measurement and analysis at worksites at all Army installations. Through the centralized Health Hazard Assessment Program, begun in 1980, new equipment is tested to assess various potential hazards, including noise, chemicals, radiation, and vibration. The measurements of sound pressure levels are used to estimate likely time-weighted averages during use of the equipment, but noise dosimetry is not carried out as part of this program. The test information is used to make recommendations regarding the need for personal hearing protection as well as possible restrictions on training time with the systems (personal communication, F. Sachs, U.S. Army Center for Health Promotion and Preventive Medicine, August 18, 2004). The Army also has comprehensive data on sound pressure levels from weapons and equipment beginning from the 1970s and a more limited set of data going back to the 1960s.

In addition, each Army installation evaluates work environments for potential noise hazards from steady-state noise in industrial-type operations. Since 1988, the sound pressure level and noise dosimetry measurements have been collected in the Health Hazard Information Module database of the Army's Occupational Health Management Information System. Dosimetry measurements are not routinely attempted for military-unique activities in the Army, in part because the impulse noise components are not readily measured by current instrumentation (U.S. Army Center for Health Promotion and Preventive Medicine, 1999; personal communication, D. Ohlin, U.S. Army Center for Health Promotion and Preventive Medicine, 2005).

*Coast Guard*

Coast Guard noise surveys were part of the Coast Guard hearing conservation program by the late 1960s and early 1970s (McConnell, 2004). Sound pressure level and noise dosimetry measurements made by the Coast Guard are provided to units in the form of written reports (McConnell, 2005).

*Defense Occupational and Environmental Health Readiness System–Industrial Hygiene*

In 2005, as this report was being written, all the services were still using their own databases on sound pressure levels and noise dosimetry. However, development of a DoD-wide database for recording, storing, and retrieving sound pressure level and noise dosimetry data, as well as information related to other occupational exposures, is in advanced stages. Introduction of the Defense Occupational and Environmental Health Readiness System–Industrial Hygiene (DOEHRS-IH) is planned for fall 2005 (personal communication, K. Wisniewski, U.S. Army Center for Health