# EXHIBIT M

Page 1

1              UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF

3                FLORIDA, PENSACOLA DIVISION

4    IN RE 3M COMBAT ARMS        : MDL No. 2885

5    EARPLUG PRODUCTS            : Civil Action No.:

6    LIABILITY LITIGATION        :  3:19-md-02885-MCR-GRJ

7                   --------------------

8

9         Deposition of LTC JOHN A. MERKLEY, was

10   taken via videotape on Wednesday, February 26,

11   2020, commencing at 9:09 a.m., at Baltimore

12   Marriott Waterfront Hotel, 700 Aliceanna Street,

13   Baltimore, Maryland, before MICHELE D. LAMBIE,

14   Notary Public.

15                  --------------------

16

17

18

19

20   Reported By:

21           Michele D. Lambie, CSR-RPR

```
 1    APPEARANCES:

 2            ON BEHALF OF THE PLAINTIFFS:

 3        SeegerWeiss LLP.

 4             DAVID R. BUCHANAN, ESQUIRE.

 5             dbuchanan@seegerweiss.com.

 6             MAX KELLY, ESQUIRE.

 7             mkelly@seegerweiss.com.

 8             (via computer)

 9             55 Challenger Road.

10             Ridgefield Park, New Jersey  07660.

11             (212) 584-0713

12

13        Clark, Love & Hutson, PLLC

14             AMANDA HUNT, ESQUIRE.

15             ahunt@triallawfirm.com.

16             440 Louisiana Street.

17             Suite 1600.

18             Houston, Texas  77002.

19             (713) 757-1400

20

21
```

1    APPEARANCES CONTINUED:

2            ON BEHALF OF THE PLAINTIFFS:

3        Tracey & Fox.

4            LAWRENCE TRACEY, ESQUIRE.

5            ltracey@traceylawfirm.com.

6            4400 Louisiana Street.

7            Suite 1901.

8            Houston, Texas   77002.

9            (800) 925-7216

10

11            ON BEHALF OF THE DEFENDANTS:

12        Kirkland & Ellis LLP.

13            NICHOLAS WASDIN, ESQUIRE.

14            nick.wasdin@kirkland.com.

15            COLE CARTER, ESQUIRE.

16            cole.carter@kirkland.com.

17            300 North LaSalle Street.

18            Chicago, Illinois   60654.

19            (312) 862-7090

20

21

Page 4

1    APPEARANCES CONTINUED:

2            ON BEHALF OF LTC JOHN A. MERKLEY:

3        U.S. Army Legal Services Agency.

4            MAJOR COLLIN P. EVANS, ESQUIRE.

5            collin.p.evan2.mil@mail.mil.

6            9275 Gunston Road.

7            Suite 3005.

8            Fort Belvoir, Virginia   22060-5546.

9            (703) 693-0352

10

11

12        ALSO PRESENT:   Charles Bachmann

13                        Zach Hove

14                        Derek Fox - Videographer

15

16

17

18

19

20

21

1    a group.

2        Q.    Okay.   Who were the people that were in

3    the group?

4        A.    It would have been military audiologists.

5        Q.    Like yourself who were the head of some

6    program --

7        A.    Um-hum.

8        Q.    -- at a different installation?

9        A.    Right.

10       Q.    Okay.   If you look at the wallet card,

11   beside the pictures, there is an image on the right

12   of the plug with the flange folded back on the

13   opposite end?

14       A.    Correct.

15       Q.    Did you ever discuss whether or not to

16   fold the flanges back on the opposite end of the

17   plug with Doug Ohlin?

18       A.    I remember Doug Ohlin giving us

19   instruction on how to fit the earplug.

20       Q.    What did he say?

21       A.    And he -- he said if you have -- well, I

1  don't remember his exact words, but I remember, you

2  know, if you needed to, you could fold back the

3  flange on the earplug to get a good fit.

4      Q.   And so, Doug Ohlin was telling the

5  program managers at the various installations in

6  the country that if they needed to fold back the

7  flanges on one side of the plug, they could do so

8  to get a good fit?

9      A.   Yes.

10          MR. BUCHANAN:   Objection to form and

11  foundation.

12  BY MR. WASDIN:

13      Q.   During his oral discussion of that

14  fitting procedure, did he limit that technique to

15  any particular group of service members, or was it

16  agnostic as to who they were and what their ear

17  canal size was or anything like that?

18      A.   I don't --

19          MR. BUCHANAN:   Objection to form and

20  foundation.

21          THE WITNESS:   Yeah, I don't -- I don't

Page 99

1    remember it being specific to a particular group of

2    people.

3    BY MR. WASDIN:

4        Q.   So, as you recall, the instruction you

5    got from Doug Ohlin, it was if you need to, you can

6    fold back the flange to fit the plug, and he didn't

7    limit that to one particular size ear canal or

8    another?

9        A.   Correct.

10            MR. BUCHANAN:  Objection.  Form.

11   BY MR. WASDIN:

12       Q.   And those conversations, I think you

13   said, were happening in the '01 to '05 time period?

14       A.   Right.

15       Q.   And was the point of that conversation in

16   the group setting that the program managers at the

17   various installations would then take that

18   information and go back to their particular

19   facility and implement it?

20       A.   Yes.

21            MR. BUCHANAN:  Objection.  Foundation.

Page 100

 1   BY MR. WASDIN:

 2       Q.   You gave a lecture at the NHCA conference

 3   last week, right?

 4       A.   I did.

 5       Q.   What was your topic?

 6       A.   My topic was just in time learning --

 7       Q.   You played --

 8       A.   -- and micro learning, hearing, yeah.

 9       Q.   You played a video of a guy named Elliott

10   Berger during your speech --

11       A.   I did.

12       Q.   -- am I remembering that right?

13       A.   Yes.

14       Q.   Who is Elliott Berger?

15       A.   Elliott Berger is -- I think he is the

16   principal engineer at 3M at their test lab, hearing

17   protection testing lab.

18       Q.   Do you know Elliott?

19       A.   I do.

20       Q.   How long have you known Mr. Berger?

21       A.   I have -- well, I have known him -- I've

Page 104

1    Mr. Berger and the contributions he's made to

2    national hearing conservation, does it surprise you

3    that Doug Ohlin would work with him to develop a

4    product for the military?

5            MR. BUCHANAN:  Objection to form and

6    foundation.

7            THE WITNESS:  No.

8            MR. WASDIN:  Okay.  Is now a good time to

9    just take a short break?

10           MAJOR EVANS:  Up to you.

11           MR. BUCHANAN:  Sure.

12           MAJOR EVANS:  Whatever you want.

13           MR. WASDIN:  You've got three minutes

14   left on the tape, right?

15           THE VIDEOGRAPHER:  Twenty.

16           MR. WASDIN:  Oh, okay.  You've got a long

17   tape, but let's take a break.

18           THE VIDEOGRAPHER:  We are going off the

19   record.  The time is 10:51.

20           (Recess taken -- 10:51 a.m.)

21           (After recess -- 11:06 a.m.)

Page 105

1          THE VIDEOGRAPHER:  We are back on the

2     record.  The time is 11:06.

3     BY MR. WASDIN:

4         Q.    LTC Merkley, I want to go back to the

5     discussion we were having regarding your

6     communications with Doug Ohlin in the '01 to '05

7     time period regarding fitting the Combat Arms

8     Version 2.

9         A.    Um-hum.

10        Q.    I think you said these discussions would

11     take place at the National Hearing Conservation

12     Association?

13        A.    No.  They would take place usually at the

14     military audiology short course, which was a -- a

15     conference or a -- well, they -- they called it a

16     work -- a course of Army -- Army audiologists

17     would -- would come together and get instruction

18     from leadership, present presentations on things

19     that were happening in -- in the military, and

20     usually, we would get an update from the Hearing

21     Conservation Program on, you know, what -- how

Page 106

1    things were going and, you know, what was -- what

2    was new that we needed to pay attention to.

3        Q.   And at the time, you were the chief

4    audiologist at Fort Carson?

5        A.   Correct.  No, I'm sorry.  Fort Drum.

6        Q.   Fort Drum.  Okay.  Who else -- would you

7    have had peers that were the chief audiologists at

8    other installations --

9        A.   Oh, yeah.

10       Q.   -- that would also attend those meetings?

11       A.   Right.

12       Q.   Can you recall who else that would have

13   been your peers at other installations would have

14   been at the meetings with Doug Ohlin when he

15   discussed the flange fold?

16       A.   I --

17           MR. BUCHANAN:  Objection to the form.

18           THE WITNESS:  Yeah, most of the Army

19   audiologists, senior audiologists down to junior

20   audiologists.  I can't recall exactly who was

21   there, but usually the -- most of the military

1    audiologists.  Not just in the Army, but across the

2    Navy and the Air Force as well --

3    BY MR. WASDIN:

4        Q.   Okay.

5        A.   -- would attend that meeting.

6        Q.   And they all would have been present for

7    his description on how to fit the product?

8             MR. BUCHANAN:  Objection to form and

9    foundation.

10            THE WITNESS:  Yes.  There -- there were

11   break-out sessions where the services would meet

12   alone, so I -- I can't guaran- --  don't know that

13   Air Force and Navy audiologists would have been in

14   that -- in -- on those conversations.  I just -- I

15   don't recall.

16   BY MR. WASDIN:

17       Q.   Okay.  Do you remember whether or not he

18   gave that guidance via PowerPoint or whether it was

19   just orally?

20       A.   I don't -- I don't remember.

21       Q.   Okay.  Once you would have gotten that

Page 108

1    guidance at the audiology short course, was the

2    expectation that you would then take it back to

3    Fort Drum and implement it with the folks who fit

4    earplugs there?

5        A.   Yes.

6            MR. BUCHANAN:  Objection to form.

7    BY MR. WASDIN:

8        Q.   And was that true for all of the

9    installation managers who were there, they were

10   going to take that guidance back to whatever

11   installation they were responsible for and

12   implement it?

13           MR. BUCHANAN:  Objection.  Foundation and

14   form.

15           THE WITNESS:  Yes.

16   BY MR. WASDIN:

17       Q.   Okay.  When -- when you got back to Fort

18   Drum at some point after that, did you, indeed,

19   train the -- who are the folks at Fort Drum or

20   elsewhere that would actually be fitting individual

21   service members with earplugs?

Page 497

1   State of Maryland

2   County of Baltimore, to wit:

3           I, Michele D. Lambie, a Notary Public of

4   the State of Maryland, County of Baltimore, do

5   hereby certify that the within-named witness

6   personally appeared before me at the time and place

7   herein set out, and after having been duly sworn by

8   me, according to law, was examined by counsel.

9           I further certify that the examination

10  was recorded stenographically by me and this

11  transcript is a true record of the proceedings.

12          I further certify that I am not of

13  counsel to any of the parties, nor related to any

14  of the parties, nor in any way interested in the

15  outcome of this action.

16          As witness my hand and notarial seal this

17  2nd day of March 2020.

18

19                              *Michele D Lambie*

20

21