# EXHIBIT N

KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 South Flower Street
Los Angeles, CA 90071







Paul C. Ney
Department of Defense
1400 Defense Pentagon
Washington, DC 20301

FIRST CLASS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery |
| 1. Article Addressed to:<br>Paul C. Ney<br>Department of Defense<br>1400 Defense Pentagon<br>Washington, DC 20301 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |



ST
LOS ANGELES, CA 90057-9998
777

09/05/2020 11:30 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Prepaid Mail | 1 | | $0.00 |
| Weight:0 lbs. 14.00 oz. | | | |
| Acceptance Date | | | |
| Sat 09/05/2020 | | | |
| USPS Tracking # | | | |
| 7019 0140 0000 7958 4603 | | | |
| Total | | | $0.00 |
| Grand Total: | | | $0.00 |

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5900-0022-004-00035-59304-01

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

UFN: 054517-0017
Receipt #: 840-59000022-4-3559304-1
Clerk: 15

7019 0140 0000 7958 4603

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

SEP -5 2020 LOS ANGELES, CA 90017-9998 USPS

*Sent To* Paul C. Ney
*Street and Apt. No., or PO Box No.* Department of Defense
1400 Defense Pentagon
*City, State, ZIP+4®* Washington, DC 20301

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70190140000079584603

Remove ✕

Your item was delivered at 6:53 am on September 10, 2020 in WASHINGTON, DC 20310.

## Delivered

September 10, 2020 at 6:53 am
Delivered
WASHINGTON, DC 20310

**Get Updates**



Feedback

**Text & Email Updates**

**Tracking History**

**September 10, 2020, 6:53 am**
Delivered
WASHINGTON, DC 20310
Your item was delivered at 6:53 am on September 10, 2020 in WASHINGTON, DC 20310.

**September 9, 2020, 10:16 am**
Available for Pickup
WASHINGTON, DC 20310

**September 9, 2020, 9:06 am**
Arrived at Unit
WASHINGTON, DC 20018

**September 9, 2020, 6:26 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 8, 2020**
In Transit to Next Facility

**September 5, 2020, 11:39 pm**
Arrived at USPS Regional Origin Facility
SANTA CLARITA CA DISTRIBUTION CENTER

**September 5, 2020, 11:30 am**
USPS in possession of item
LOS ANGELES, CA 90057

**Product Information**

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback