**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF FLORIDA**

**PENSACOLA DIVISION**

3:19-md-02885-MCR-GRJ IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

**USDC #: 3:19md2885**

# REMOVED DOCUMENT FROM FILE

Master Short Form Complaint filed  by Attorney, Paul Bueker 10/2/2020

**DOCUMENT #1434**