# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

|  |  |  |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## PLAINTIFFS' & DEFENDANTS' JOINT REPORT CONCERNING TECHNOLOGY-ASSISTED DOCUMENT REVIEW

The Parties submit this joint report to update the Court on the status of the TAR process in the above-captioned matter. The Parties agree that the training of the TAR tool contemplated by Pre-Trial Order No. 12, the Technology Assisted Review "TAR" Protocol ("TAR Protocol") and Pre-Trial Order No. 44, the Supplemental TAR Protocol (collectively, "the Protocols"), is complete.

Defendants further advise that the associated review of documents identified by the TAR tool within the present corpus, and the consequent production of responsive materials so identified, is likewise complete.

By way of further detail, in accordance with the Protocols, the Parties jointly prepared an initial training set for the TAR tool in July 2019. The TAR tool was further trained on an ongoing basis by "continuous active learning" over the course of Defendants' independent responsiveness review of documents elevated by the TAR tool. In March 2020, Plaintiffs began the validation process contemplated

under the Protocols.  To resolve the Parties' disputes on the results of that validation process, the Parties agreed that supplemental training was warranted,[1] and jointly prepared a second set of training materials.  When the Parties again encountered difficulties reaching consensus on the validation of the supplemental TAR model, the Parties agreed that Defendants would satisfy the supplemental TAR model stopping criteria by reviewing a set number of additional documents, which Defendants reviewed.  Defendants have advised Plaintiffs that they have reviewed all documents at or above the Parties' agreed-upon relevance score cutoff within the present TAR Corpus.

The Parties are grateful for the Court's leadership and support of the TAR process in these proceedings.  Likewise, the Parties appreciate the mutual cooperation extended by counsel and their respective vendors to aid in the successful use of TAR herein.

Respectfully submitted,

| | |
|---|---|
| /s/ David R. Buchanan | /s/ Michelle Six |
| David R. Buchanan | Michelle Six |
| Seeger Weiss LLP | Kirkland & Ellis LLP |
| 55 Challenger Road | 601 Lexington Ave |
| Ridgefield Park, NJ 07660 | New York, NY 10022 |
| *Plaintiffs' ESI Liaison* | *Defendants' ESI Liaison* |

---

[1] *See* Pre-trial Order No. 44, Supplemental TAR Protocol.