UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to All Cases | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
|---|---|

**PRETRIAL ORDER NO. 54**
**Amendments to Pretrial Order No. 46**

Pursuant to the parties' agreement, and as discussed with the Court at the October 2, 2020 Leadership Teleconference, the Court sets the following additional discovery deadlines for Trial Groups C and D:

|  | **Group C Due Date** | **Group D Due Date** |
|---|---|---|
| **Motion(s) to Compel Discovery** | November 6, 2020 | December 23, 2020 |
| **Response(s) to Motion(s) to Compel Discovery** | November 16, 2020 | January 4, 2021 |

Additionally, the Court amends the deadline for completion of Plaintiffs' depositions in Trial Group D to **January 30, 2021**.

**SO ORDERED**, on this 2nd day of October, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**