UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) <br> EARPLUG PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> *This Document Relates to*: ) <br> the Master Docket and ) <br> *Keefer v. 3M Co.*, No. 7:20-cv-00104 ) <br> *Stelling v. 3M Co.*, No. 7:20-cv-00143 ) <br> *Wayman v. 3M Co.*, No. 7:20-cv-00149 ) | Case No. 3:19-md-2885 <br><br> Hon. Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, I, Caleb Seeley, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case, and in support thereof state as follows:

1. Movant resides in New York, and is not a resident of the State of Florida. Movant is admitted to practice and is a member in good standing of the State Bar of New York (Bar No. 5568779), the State of New Jersey (Bar No. 303522019) and the District of Columbia (Bar No. 1600109).

2. A copy of the Certificate of Good Standing from the Bar of the District of Columbia dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3, and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16016026553809 and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen" and verified it is not a

firm account but an individual account.

6.     Movant will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplug Products Liability litigation*, No. 2:19-md-2885 (MCR)(GRJ).

7.     Movant will also file a Notice of Appearance in the related cases *Keefer v. 3M Co.*, No.: 7:20-cv-00104, *Stelling v. 3M Co.*, No. 7:20-cv-00143 and *Wayman v. 3M Co.*, No. 7:20-cv-00149.

Wherefore, Caleb Seeley, Esq., respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case filings to the undersigned.

Dated: October 5, 2020

                                        Respectfully submitted,
                                        By: /s/ *Caleb Seeley*
                                        Caleb Seeley
                                        Seeger Weiss LLP
                                        55 Challenger Road 6th Fl.
                                        Ridgefield Park, NJ 07660
                                        Telephone: (212) 584-0700
                                        Facsimile:  (212) 584-0799
                                        Email: cseeley@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2020, I caused the foregoing Motion to Appear *Pro Hac Vice* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Caleb Seeley*
Caleb Seeley
