# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

Pending before the Court is Defendants' Motion to Compel Against the Department of Defense. ECF No. 1433. The motion concerns the DoD's failure to respond to a subpoena duces tecum, which Defendants served on September 4, 2020. *Id.* at 1–2. Defendants state they served the instant motion by email on: (1) Jacqui Snead at the Department of Justice; and (2) Major Nicole Kim at the Department of Defense. *Id.* at 14.

Accordingly, the Department must file a response to Defendants' motion to compel **on or before October 16, 2020**. Defendants must **immediately** serve a copy of this order by email on Jacqui Snead and Major Nicole Kim.

**DONE AND ORDERED** this 2nd day of October 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge