UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19md2885 |
| This Document Relates to All Cases | District Judge M. Case Rodgers<br>Magistrate Judge Gary Jones |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher M. Mattei of the law firm Koskoff, Koskoff & Bieder, P.C. hereby enters his appearance as counsel for the Plaintiff, Michael Hayes, in the mater of Hayes v. 3M et al, which has been transferred to this District from the District of Connecticut and assigned Northern District of Florida Individual Case No. 3:20-cv-05831-MCR-GRJ. The undersigned has completed the administrative requirements outlined in Pretrial Order No. 3 (Tutorial Confirmation # FLND16015738983806). All further papers and pleadings in this action should be served on him

Dated: October 5, 2020                    **RESPECTFULLY SUBMITTED,**

                                             **By:**    /s/ Christopher M. Mattei
                                                    **Christopher M. Mattei ct27500**
                                                    *Pro Hac Vice*
                                                    **Koskoff Koskoff & Bieder, PC**
                                                    **350 Fairfield Avenue**
                                                    **Bridgeport, CT 06604**
                                                    **TEL: 203-336-4421**
                                                    **FAX: 203-368-3244**
                                                    **Email: cmattei@koskoff.com**

                                                    *Attorney for Plaintiff*