# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
|---|---|
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  October 5, 2020

Motion/Pleadings:  MOTION TO APPEAR *PRO HAC VICE*

Filed by  Caleb Seeley      on  October 5, 2020      Doc. #  1438

Response _____ on _____ Doc. # _____

\_\_\_\_  Stipulated         \_\_\_\_  Joint Pleading
\_\_\_\_  Unopposed          \_\_\_\_  Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 5th day of October 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**