**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF FLORIDA**

**PENSACOLA DIVISION**

Case No. 3:19md2885

_____

IN RE: 3M COMBAT EARPLUG PRODUCT
LIABILITY LITIGATION

This Document Relates to All Cases

3:20cv5821

Judge M. Casey Rodgers
Magistrate Judge Gary
R. Jones

---

### AMENDED MOTION TO APPEAR _PRO HAC VICE_

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1,

I, JEFFREY E. MARION , ESQ., hereby amend my previous motion to this Court for an Order for admission to practice _pro hac vice_ in the above-styled case only, and in support thereof states as follows:

1. Movant resides in New York, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of New York. A copy of a Certificate of Good Standing from the State of New York dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND15989757503700, and the CM/ECF online tutorial. I have submitted a civil claim: _Jason Morel vs. 3M Company, et al._, Case Number: 3:20-cv-5821.

4. Movant has submitted to the Clerk the required $201.00 _pro hac vice_ admission fee.

5. No previous application has been made for the relief requested herein.

WHEREFORE, JEFFREY E. MARION, ESQ. respectfully requests that this Court enter an order granting this motion to appear *pro hac vice,* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated October 5, 2020

Respectfully submitted,

/s/ Jeffrey E. Marion, Esq.

Jeffrey E. Marion, Esq.

LAW OFFICES OF JEFFREY E. MARION

6024 Main St.

Williamsville, NY 14221

(716)-481-7309

Fax: (888)-299-6030

hibsgaffer@jeffmarionlaw.com