UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 55**
**Choice of Law Briefing and Hearing Schedule**

As discussed at the 16th Case Management Conference on September 22, 2020, the parties are to brief their positions on which substantive state law should apply to each of the six Trial Group A cases before dispositive motions are due. Each side will submit one comprehensive brief for all six Group A cases **on or before Monday, November 23, 2020**. Each side's brief may not exceed 10,000 words and must include a certificate stating the number of words. Because the parties are already aware eachother's position on the choice of law issues for the Group A cases, the parties need not submit response or reply briefs, but rather may address the other side's position in their comprehensive briefs.

The Court will hold oral argument on choice of law on **Thursday, December 3, 2020**. The parties should meet and confer and be prepared to discuss time and

order of presentations at the October 16, 2020 Case Management Conference.

**SO ORDERED**, on this 5th day of October, 2020.

*M. Casey Rodgers*
----------------------------------
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**