# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) | |
| EARPLUG PRODUCTS LIABILITY ) | |
| LITIGATION ) | Case No. 3:19-md-2885 |
| ) | |
| ) | Hon. Judge M. Casey Rodgers |
| *This Document Relates to:* ) | Magistrate Judge Gary R. Jones |
| *Master Docket* ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Caleb Seeley of the law firm Seeger Weiss LLP hereby enters his appearance in this action as an attorney for Plaintiffs in the Master Docket pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Seeley has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4] (tutorial confirmation number FLND16016026553809) and has been granted admission *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3. Counsel respectfully requests that all notices, correspondence, filings and other papers in the Master Docket of MDL 2885 be served upon him at the address listed below.

Respectfully submitted,

By: /s/ *Caleb Seeley*
Caleb Seeley
Seeger Weiss LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeley@seegerweiss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2020, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                        */s/ Caleb Seeley*
                                          Caleb Seeley