**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885-MCR-GRJ |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | ) | |

**JOINT STIPULATION MOOTING DEFENDANTS' MOTION TO COMPEL**
**AGAINST THE CENTERS FOR DISEASE CONTROL AND PREVENTION**

WHEREAS Defendants served a subpoena on third-party the Centers for Disease Control

and Prevention ("CDC") under Federal Rule of Civil Procedure 45 seeking documents related to

the testing of, and communications regarding, the Combat Arms Earplugs Version 2 ("CAEv2");

and

WHEREAS the CDC produced certain documents pursuant to Defendants' subpoena; and

WHEREAS Defendants contend that the CDC's production did not fully satisfy its

subpoena obligations and filed Defendants' Motion to Compel Against the Centers for Disease

Control and Prevention ("Motion"), ECF No. 1410, on that basis; and

WHEREAS the CDC contends that Defendants' subpoena was overly broad, failed to

comply with applicable *Touhy* regulation and case law, and sought material legally protected

from disclosure; and

WHEREAS Defendants and the CDC have negotiated in good faith to resolve the dispute

underlying the Motion and reached a compromise;

The Defendants and the CDC hereby stipulate as follows:

1. The CDC shall produce to Defendants within fourteen days, documents (*e.g.,*
   spreadsheets) setting forth the data and results pertaining to the CAEv2 from the four
   relevant, reliable, unpublished studies within the CDC's possession.

2. Except as provided in the preceding paragraph, the CDC shall not be compelled to disclose, and Defendants shall not further seek to compel disclosure of, any communications, analyses, unpublished articles, or other non-public information regarding the testing of the CAEv2 from the CDC.

3. In light of the foregoing, the Motion is moot, and the undersigned request that the Court deny it as such.

Dated:  October 5, 2020

Respectfully submitted,

*/s/ Gary D. Feldon*
JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Gary D. Feldon*
GARY D. FELDON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Via Special Delivery: 1100 L St. NW,
Room 11104, Washington, DC 20005
Via Mail:      P.O. Box 883, Washington, DC
20044
Telephone: (202) 598-0905
Fax: (202) 616-8460
gary.d.feldon@usdoj.gov

*Attorneys for the Department of Defense*

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I, Robert C. Brock, hereby certify that on October 5, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.


DATED:  October 5, 2020                    */s/ Robert C. Brock*

Robert C. "Mike" Brock