**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

This Document Relates to All Cases
_____/

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## ORDER

Pending before the Court is Defendants' Motion to Compel Against the Centers for Disease Control ("CDC"), filed on September 23, 2020. ECF No. 1410. This is the second motion filed against the CDC, ECF No. 1317,[1] and addresses the Center's response to a subpoena for the production of documents served on employee Dr. William Murphy.

Yesterday, on October 5, 2020, Defendants and the CDC filed a joint stipulation advising the Court that they reached an agreement as to the production of documents in accordance with the subpoena. ECF No. 1446. The CDC will produce to Defendants within 14 days documents pertaining to the Combat Arms Earplugs Version 2 ("CAEv2") from "four relevant,

---

[1] The Court denied as moot the first motion to compel in view of Pretrial Order No. 50, which directed the parties to issue appropriate subpoenas for any government witness depositions or document productions. ECF No. 1358.

reliable, unpublished studies within the CDC's possession[,]" and, in return, Defendants will not seek additional disclosure of "any communications, analyses, unpublished articles, or other non-public information regarding the testing of the CAEv2 from the CDC." *Id.* at 1–2. Consequently, Defendants and the CDC request that the Court deny as moot Defendants' motion to compel. *Id.* at 2.

Accordingly, it is **ORDERED**:

Defendants' Motion to Compel Against the Centers for Disease Control, ECF No. 1410, is **DENIED as moot**.

**DONE AND ORDERED** this 6th day of October 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge