UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re:

Case No.: 3:19-md-2885

**3M COMBAT ARMS EAR PLUG**
**PRODUCTS LIABILITY LITIGATION**

This Document Relates to All Cases

**Chahn Chess**
Case No: 3:20-cv-05866-MCR-GRJ

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that undersigned hereby enters his appearance in this action as counsel for Plaintiff Chahn Chess.  All further papers and pleadings in this action should be served on the undersigned.

Respectfully Submitted, this the 6th day of October, 2020.

/s/ Paul E. Bueker_____
LAW OFFICES OF FRED TROMBERG
4925 Beach Blvd.
Jacksonville, FL  32207
Phone: (904) 396-5321
Fax: (904) 396-5730
Email: pbueker@tromberglaw.com
       jhall@tromberglaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System on the 6th day of October, 2020, which will automatically service notice of this filing via email notification to all registered counsel of record.

_____/s/ Paul E. Bueker, Esq._____
Paul E. Bueker, Esq.