# EXHIBIT 2

PRODUCED IN NATIVE FORMAT:

MICHAELASSOC_00000483

# Michael & Associates, Inc.

400 Long Lane
PA Furnace, PA 16865

814-234-7042 phone
814-235-1381 fax
Email: Kevin@michaelassociates.com
URL: www.michaelassociates.com

August 16, 2010

Bernard Mishkin
Vice President
Moldex-Metric Inc
10111 W. Jefferson Blvd
Culver City CA 90232

Report on testing of Moldex Impulse Noise Earplug ref: Rev P25-1313T and the double-sided Combat Arms earplug.

**Background**
Moldex has been developing a prototype earplug for use against Impulse noise, through an iterative process of design revisions based on the results of a series of tests conducted at the Aberdeen Proving Ground, MD, facilities.

**Description of Earplug**
The prototype earplug has triple flanges made out of a soft elastomer, with a hole bored through the center, and a handle or grip, that incorporates a hinged cap on the outer end and a impulse noise inhibiting valve on the inside end. The earplug cap can be opened or closed without removing the earplug from the ear canal. When the cap is open the earplug is designed to reduce impulse noises while also allowing low level noise to be heard. In the closed cap position it is designed to protect against continuous and impulse noises.

**Testing to ANSI S3.19-1974**
On 11/1/10 Michael & Associates completed laboratory testing with the plug in the linear (cap closed) configuration, and the EPA NRR was calculated to be 24dB (see attached results).
On 11/1/10 Michael & Associates completed laboratory testing with the plug in the non-linear (cap open) configuration, and the EPA NRR was calculated to be 9 dB (see attached results).

**Impulse Noise Tests**
Impulse noise testing was performed at the Aberdeen Proving Ground indoor testing facility with the assistance of Mary Binseel. A shock tube was used to generate the impulse. The tube is owned by the APG lab and the burst material was Hewlett Packard premium high-gloss film photographic paper, product number C3837A, shiny side down.

The plugs were fitted to an artificial test fixture manufactured by the Institute of Saint Louis (France). The ISL head has greater than 60 dB of isolation across the frequency range of interest. Both the ear and reference microphones are Bruel & Kjaer 1/4 inch Type 4938. The software measurement system was the Easera (Electronic and Acoustic System Evaluation and Response Analysis). The sampling hardware was the Easera Gateway and the sampling was performed at 96 kHz. We varied the distance from the shock tube to the ISL head to produce impulses of approximately 138, 148, 156 and 166 dB. One microphone was located in the ISL head (ear position) and the other was located 10 inches from the ear, equidistant from the source with a grazing orientation. Transfer functions were calculated at each impulse level.

The data on page 2 of this report was gathered during the impulse testing. The attenuation was calculated by comparing peak values from the two microphones and accounting for the transfer function. On page 3 spectral data is presented.

Kevin Michael, Ph.D, President

Moldex Impulse Plug Measurements  Page 2
16-Aug-10

| | Shock tube pressure | 1.3 Bar | | | 2.0 Bar | | | 3.1 Bar | | | 3.2 Bar | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Distance from Tube | 5.8 m | | | 2.5 m | | | 2.5 m | | | 1 m | | |

Peak measurements in dB

| | | 138 dB SPL | | | 148 dB SPL | | | 156 dB SPL | | | 166 dB SPL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ATF Mic | Reference Mi | Atten | ATF Mic | Reference Mi | Atten | ATF Mic | Reference M | Atten | ATF Mic | Reference Mic | Atten |
| Double sided | | 122.5 | 137.8 | 14.8 | 125.4 | 149.2 | 23.3 | 126.1 | 155.8 | 29.3 | 131.7 | 165.5 | 34.7 |
| Combat Arms | | 122.0 | 138.4 | 16.0 | 125.5 | 149.2 | 23.2 | 126.7 | 156.3 | 29.2 | 131.5 | 165.1 | 34.5 |
| | | 121.8 | 137.7 | 15.4 | 125.3 | 149.2 | 23.5 | 126.4 | 155.5 | 28.6 | 131.5 | 165.0 | 34.4 |
| | | 121.8 | 138.4 | 16.1 | 124.7 | 149.2 | 23.9 | 126.3 | 155.4 | 28.7 | 130.6 | 164.5 | 34.8 |
| | | 122.6 | 138.3 | 15.3 | 125.5 | 149.3 | 23.3 | 126.7 | 156.5 | 29.4 | 131.6 | 164.5 | 33.8 |
| | | 122.9 | 137.9 | 14.5 | 125.7 | 149.1 | 22.9 | 126.7 | 155.4 | 28.2 | 131.8 | 165.5 | 34.6 |
| | | 122.2 | 138.0 | 15.3 | 124.6 | 148.9 | 23.8 | 125.8 | 156.8 | 30.6 | 131.2 | 165.4 | 35.1 |
| | | 122.5 | 137.8 | 14.8 | 125.4 | 148.8 | 22.9 | 126.9 | 155.8 | 28.5 | 131.5 | 165.1 | 34.5 |
| | | 120.9 | 138.7 | 17.3 | 125.2 | 149.0 | 23.4 | 126.4 | 154.9 | 28.0 | 133.2 | 165.6 | 33.3 |
| | | 122.0 | 138.9 | 16.4 | 125.9 | 147.7 | 21.4 | 126.9 | 155.3 | 27.9 | 131.8 | 165.9 | 35.1 |
| | Mean | 122.1 | 138.2 | 15.6 | 125.3 | 149.0 | 23.2 | 126.5 | 155.8 | 28.8 | 131.6 | 165.2 | 34.5 |
| Moldex | | 121.9 | 137.7 | 15.3 | 124.6 | 148.4 | 23.3 | 126.7 | 155.9 | 28.8 | 131.5 | 164.8 | 34.2 |
| P25-1313T | | 122.2 | 137.4 | 14.7 | 124.9 | 148.3 | 22.9 | 126.7 | 156.3 | 29.2 | 131.8 | 165.4 | 34.5 |
| | | 118.5 | 138.5 | 19.5 | 125.0 | 149.1 | 23.6 | 126.7 | 155.6 | 28.4 | 131.4 | 165.7 | 35.2 |
| | | 121.4 | 137.7 | 15.8 | 124.8 | 148.6 | 23.4 | 126.2 | 155.3 | 28.6 | 131.5 | 165.3 | 34.7 |
| | | 121.9 | 138.5 | 16.1 | 124.9 | 150.4 | 25.0 | 127.0 | 156.3 | 28.9 | 131.4 | 164.7 | 34.2 |
| | | 122.3 | 138.1 | 15.3 | 124.9 | 148.8 | 23.5 | 126.7 | 155.1 | 28.0 | 131.9 | 165.1 | 34.1 |
| | | 122.4 | 137.7 | 14.9 | 124.6 | 149.0 | 23.9 | 126.9 | 156.8 | 29.4 | 131.4 | 166.1 | 35.6 |
| | | 121.6 | 138.3 | 16.3 | 125.4 | 148.7 | 22.9 | 126.9 | 156.1 | 28.8 | 132.3 | 164.5 | 33.1 |
| | | 122.0 | 137.9 | 15.4 | 125.1 | 148.6 | 23.1 | 126.1 | 155.8 | 29.3 | 131.3 | 165.7 | 35.3 |
| | | 122.2 | 137.2 | 14.5 | 124.6 | 149.1 | 24.0 | 126.2 | 155.8 | 29.2 | 131.3 | 164.8 | 34.4 |
| | Mean | 121.6 | 137.9 | 15.8 | 124.9 | 148.9 | 23.6 | 126.6 | 155.9 | 28.9 | 131.6 | 165.2 | 34.5 |
| Transfer function meas. | | ATF | reference | Xfer Fun. | ATF | reference | Xfer Fun. | ATF | reference | Xfer Fun. | ATF | reference | Xfer Fun. |
| ATF with open ear | | 137.8 | 138.2 | 0.5 | 147.7 | 148.2 | 0.5 | 155.1 | 155.6 | 0.4 | 166.4 | 165.5 | -0.9 |

Moldex Impulse Plug Measurements  
16-Aug-10

Page 3

Octave Band Center Frequency in Hz

| | | 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
| 138 dB SPL | Double-sided Combat Arms | 1.5 | 1.9 | 5.2 | 12.6 | 14.5 | 14.0 | 15.7 | 1.9 |
| | Moldex P25-1313T | 1.6 | 2.1 | 5.6 | 13.6 | 15.3 | 13.8 | 16.0 | 1.8 |
| 148 dB SPL | Double-sided Combat Arms | 2.9 | 3.7 | 9.1 | 15.3 | 22.4 | 24.0 | 28.0 | 12.2 |
| | Moldex P25-1313T | 3.0 | 4.0 | 9.6 | 16.0 | 22.8 | 24.3 | 29.3 | 13.0 |
| 156 dB SPL | Double-sided Combat Arms | 3.4 | 4.7 | 9.7 | 16.7 | 25.2 | 28.8 | 32.1 | 16.4 |
| | Moldex P25-1313T | 3.3 | 4.8 | 10.2 | 16.6 | 25.4 | 28.6 | 36.1 | 19.9 |
| 166 dB SPL | Double-sided Combat Arms | 6.7 | 7.1 | 14.0 | 22.3 | 30.1 | 35.4 | 37.2 | 22.3 |
| | Moldex P25-1313T | 5.8 | 6.8 | 13.7 | 22.8 | 30.4 | 33.5 | 38.0 | 26.6 |

Highlighted values are compromised by low energy in impulse and/or system noise floor.  
Overall there is very little difference between the two products.