# EXHIBIT 3

PRODUCED IN NATIVE FORMAT:

MICHAELASSOC_00000528

# Michael & Associates, Inc.

## Quality Manual

## National Institute of Standards and Technology (NIST)

## National Voluntary Laboratory Accreditation Program (NVLAP)

## July 2015

## Laboratory Code Number 100427-0

Approved Signature_____ Date __7/15__

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

Table of Contents

i) Quality policy statement: Objectives and Commitments .............................................................4
ii) Organizational and Management Structure ..............................................................................4
iii) Relationship between management and technical operations, support services and quality
system ............................................................................................................................................5
iv) Procedures for control and maintenance of documentation ....................................................5
v) Job descriptions of key staff members .....................................................................................7
vi) Approved signatories ................................................................................................................8
vii) Laboratory's procedures for traceability of measurements .....................................................8
viii) Laboratory's scope of calibration ...........................................................................................8
ix)  Procedures for ensuring that the laboratory reviews all new work to ensure that it has the
appropriate facilities and resources before commencing such work ............................................8
x) Reference to the calibration, verification and/or test procedures used.....................................9
xi) Procedures for handling calibration and test items ...............................................................10
xii) Reference to the major equipment and reference measurement standards used ....................11
xiii) Reference to procedures for calibration, and maintenance of equipment .............................12
xiv) Reference to verification practices including inter-laboratory comparisons, proficiency
testing programs, use of reference materials and internal quality control schemes......................13
xv) Procedures to be followed for feedback and corrective action whenever testing discrepancies
are detected or departures from documented policies and procedures occur ...............................14
xvi) Laboratory management policies for departures from documented policies and procedures or
from standard specifications ........................................................................................................15
xvii) Procedures for dealing with complaints ...............................................................................16
xviii) Procedures for protecting confidentiality and proprietary rights ........................................16
xix) Procedures for audit and review ............................................................................................17
xx) Description of laboratory's policy regarding the use of the NVLAP logo..............................18
xxi) Statement of the laboratory's policy for establishing and changing calibration intervals for
equipment it controls ...................................................................................................................18
xxii) Statement of the laboratory's policy concerning the technique(s) to be used for determining
measurement uncertainty and calibration / verification adequacy ...............................................19
xxiii) Statement of the laboratory's policy concerning outside contractors .................................20
xxiv) Service to the Customer ......................................................................................................20
xxv)  Purchasing Services and Supplies .......................................................................................21

Appendix A.  Calibration Data
Appendix B.  Equipment Log
Appendix C.  Sample Test Report

Approved Signature_____ Date _____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

Appendix D.  Connection Diagram
Appendix E.  ANSI S12.42-2010 test protocol
Appendix F.  ANSI S12.6-2008 and ANSI S3.19-1974 test protocol
Appendix G.  Controlled documents.
Appendix H.  Email correspondence w/ Jeff Schmitt of ViAcoustics re: development of IPILA software

Appendix I.  EN 342-1, EN 342-2, EN 342-3 test protocol

Appendix J.  EN 342-4, EN 342-5, EN 342-6, EN 342-7 test protocol

Appendix K.  Verification data.
Appendix L.  Proficiency and Repeatability Program, including analysis of non-conformances and root cause analysis.

Approved Signature_____ _____  Date ___7/15_____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

i) Quality policy statement: Objectives and Commitments

Michael & Associates, Inc. is an independent acoustical measurement laboratory. It is the standard of service of Michael & Associates, Inc. to maintain a calibrated traceable test system and to provide high quality, accurate measurement data. It is the policy of the laboratory to provide customers with fast turnaround, overall competent testing practice, testing according to the appropriate standards as well as meeting specific customer requests. Feedback from customers, through on-site laboratory visits and through routine conversation is encouraged and is helpful in improving the quality system.

The objective of the quality manual is to document the quality assurance policies and procedures; this document provides a foundation for all work performed in the laboratory. The majority of testing performed at Michael & Associates is attenuation measurement of hearing protective devices according to ANSI S3.19-1974, ANSI S12.6-2008, ANSI S12.42-2010, AS/NZ S1270:2002 and EN 352 parts 1-8.. Evaluation of communication systems and the development of speech enhancement processors is also performed.

The independent status of the laboratory of Michael & Associates indicates that all customers are treated fairly and equally. The management of Michael & Associates is committed to maintaining the impartiality and integrity of the laboratory and adhering to the policies outlined in the quality manual.

The quality manual is reviewed and updated annually. The purpose of this annual review is to update the referenced standards and to be current with NVLAP requirements. Manual review will take account of NIST assessment, new equipment acquisition, equipment repair, staff changes or reports, internal audits and corrective and preventative actions. Manual review will also occur after inter-laboratory comparisons, changes in the volume or type of work, customer feedback or complaints or after other appropriate intervals. Following revision of the Manual, the Manual will be reprinted with each page signed by the quality manager. Old copies of the Manual will be destroyed. Review of the manual is performed by Kevin Michael and the manual is maintained to be current with NVLAP requirements.

The quality system shall continually improve the effectiveness of the overall management system through policy, audit, analysis of data and corrective and preventative actions. Focus shall be on meeting and exceeding customer requirements and maintaining excellent customer service.

ii) Organizational and Management Structure

Approved Signature_____ Date _____7/15_____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

Kevin L. Michael, Ph.D. is the President of Michael & Associates, Inc. He oversees all acoustical measurements that are made in the laboratory and he is the principal investigator of all projects undertaken by the laboratory. Michael & Associates, Inc. has no full-time employees other than Kevin Michael. Michael & Associates, Inc. employs a technician on a contract basis to administer the acoustical measurement procedures. If human test subjects are required in the measurement procedures, they are often students from the Penn State University. Resumes of laboratory technicians are kept on file.

Laboratory technicians are encouraged to become certified by the Council for Accreditation in Occupational Hearing (CAOHC) . During a pre-employment interview, laboratory assistants and test administrators are verified to be free from outside pressures that may affect the quality of their work or their ability to make independent judgments. During their employment, personnel are given time off as necessary to fulfill university requirements or other non-occupational responsibilities. All personnel are employed on a part-time basis. Personnel are required to be familiar with the quality requirements outlined in this manual and are continually monitored to ensure that their work meets the standards outlined in the quality manual. The semi-annual comparison test outlined in Section x is useful in assessing test administrator performance.

iii) Relationship between management and technical operations, support services and quality system

Kevin Michael directly oversees all acoustical measurements made in the laboratory. He is available at all times for assistance if required by the technician running the test procedures. There are no support services personnel involved. Kevin Michael is responsible for training the person(s) running the test procedures and ensuring that these personnel follow quality guidelines.

iv). Procedures for control and maintenance of documentation

Michael & Associates maintains laboratory measurement and calibration data in hard copy and compact disc. The indexes to the measurement and calibration data are also maintained on hard copy and compact disc formats. Measurement and calibration data are kept for a period of 10 years. All reports are issued with a report and test identification number and a date of issue. If reports are revised, the revision date is indicated.

Every page of the current version of the quality manual, is signed in ink by the quality manager. All documents used as part of the quality system are reviewed and approved by Kevin Michael. Reproductions of the quality manual should not be assumed to be current. It is the responsibility of the quality manager to maintain a record of all signed copies of the quality manual, and to acquire and destroy old versions of the documents when a new version is released. An inventory of the controlled documents is kept in Notebook 2000-A. Changes to the quality manual shall

Approved Signature_____ Date _____7/15_____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

not be made by hand. Changes shall be made in hard copy and on backup CDs. Older versions of the quality manual are available on older backup CDs.

Hearing protector test reports are numbered with the following format: letter 'Q', followed by a four digit product number and the letter 'A'. These files are backed-up daily and stored on backup CD's. An Access database containing product descriptions, subjects' comments and subject descriptions is located in directory c:\hp on the desktop computer located in the Michael & Associates, Inc., laboratory. All files are backed up on CD or other removable media, with the back-ups located in the Michael & Associates, Inc., laboratory. Individual test files are not backed-up since the data contained therein are represented in the final test reports. Report files are located in directories c:\hpd\hp\hpqxxx, where xxx the nearest integer multiple of 20 that is less than the product test number. For example, the report for test Q135 would be located in subdirectory c:\hp\hpq120. Test reports are kept on file indefinitely.

For the standards described in this Manual, reports convey a rating rather than a statement of compliance/non-compliance. Opinions and recommendations are included in an informal correspondence that accompanies the report. Additional information is included in Page 1 of the test report if required by the use of specific method or by request of the customer.

The security of measurement records is the responsibility of Kevin Michael. Compromised security is recognized by comparing data records in question to backup copies. Changes in data records are indicated by revision number on page 1 of the test report.

**Specific test report requirements:**
1. Title
2. Name and address of laboratory and location of testing if different from lab location.
3. Test ID number on each page
4. Name and address of customer
5. Identification of test standard
6. Description of test sample
7. Date of sample receipt
8. Reference to sampling plan
9. Test results with appropriate units
10. Authorized signature
11. A statement that the results only apply to samples that were tested
12. Any deviations from test standard
13. Statement of uncertainty
14. Any other applicable information for specific methods or customers

Page 6 of 21

Approved Signature_____ Date ___7/15___
Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

**Opinions and interpretations**

It is common for Kevin Michael to offer opinions and interpretations of the data to assist the client in improving their products.  These opinions and interpretations shall be considered part of the test report file although they generally will not be included in the formal test report.  They will be stored on hard drive and backed up regularly and associated with the specific test item test ID number.

The structure of documents is outlined in Appendix G, Document Control.

v) Job descriptions of key staff members

Kevin Michael, Ph.D.  President of Michael & Associates, Inc.
Kevin Michael is responsible for all measurements made at Michael & Associates.  He is principal investigator for all research projects undertaken by the laboratory.  Kevin Michael is quality manager for the laboratory and is responsible for the creation and maintenance of the quality manual.  Kevin Michael also is responsible for training laboratory personnel on the overall laboratory quality system and ensuring that environmental conditions are appropriate for conducting the tests.

Kevin Michael also trains all contract personnel working at the laboratory.

Laboratory Technician:
A laboratory technician is employed to run the threshold measurement procedures in the laboratory of Michael & Associates.  The technician is required to have a background in audiometric testing, either through academia, recent training or through a professional position.  The technician is trained in performing the laboratory threshold measurement procedure and in performing common physical measurements of the head and ear canal.  The continued proficiency of the laboratory technician is monitored through the Regular Verification Test Procedures as outlined in Section x.

After receiving instruction on the operation of the test equipment, the test administrator trainee receives on-the-job training.  The training consists of running mock hearing protector evaluations using human subjects under realistic test conditions.   After the trainee has become proficient at running the evaluations, he or she performs a final mock evaluation under supervision of Kevin Michael.  This final test serves as a competency review.  If there are no problems, the test administrator proceeds to run actual evaluations.  If problems are detected, additional training and review procedures are provided.  Records of these training sessions are kept on file during employment and for a period of one year following termination of employment.

Approved Signature_____    Date ___7/15___

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

Acoustics Technician:
Either Kevin Michael or a technician with a background in room acoustics and instrumentation performs semi-annual calibration checks on laboratory hardware and on the semi-reverberant chambers. These data are included in Notebook 2000A.

vi). Approved signatories

Kevin Michael is the only approved signatory for Michael & Associates, Inc. The continued proficiency of the approved signatory is monitored through the Regular Verification Test Procedures as outlined in Section x. In addition, the approved signatory is active in the field of hearing conservation, attending national standards groups meetings and participating as a member of the working group ANSI S12/WG11, responsible for updating laboratory test procedures. Dr. Michael is also responsible for all test report amendments and revisions.

vii) Laboratory's procedures for traceability of measurements

Instrumentation maintained by Michael & Associates is calibrated with a Norsonic N118 sound level meter / spectrum analyzer. The sound level meter, calibrators and microphones are re-calibrated at the Scantek, Inc., calibration laboratory bi-annually, or more often if necessary, establishing calibration traceable to NIST.

viii) Laboratory's scope of calibration
The laboratory of Michael & Associates is calibrated according to the specifications outlined in ANSI S3.19-1974, ANSI S12.6-2008, ANSI S12.42-2010, AS/NZ 1270:2002 and EN352 parts 1-8. Calibration is performed on the test room and on the electronic test equipment.

ix) Procedures for ensuring that the laboratory reviews all new work to ensure that it has the appropriate facilities and resources before commencing such work.

Accreditation is sought for testing hearing protector devices according to ANSI S3.19-1974, ANSI S12.6-2008, ANSI S12.42-2010, AS/NZ 1270:2002 and EN352 parts 1-8. ANSI S12.6 - 2008 is a revision of ANSI S12.6-1997. ANSI S3.19-1974 was based on work by a graduate student at Penn State in the Environmental Acoustics Laboratory, directed by Paul L. Michael. This standard defined the equipment and environment that is required for these test procedures. AS/NZ 1270:2002 is modeled after ANSI S12.6-1997, with a few minor procedural differences and a few minor differences in test facility requirements. ANSI S12.42-2010 describes alternative objective test methods for hearing protectors using both impulse and continuous noise backgrounds. These tests utilize the Microphone in Real Ear (MIRE) measurement technique on

Approved Signature_____ Date _____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

human subjects, or an artificial test fixture (ATF) measurement technique.

When new work is proposed by a potential customer, Kevin Michael reviews the proposal and verifies that the work can be completed in a timely manner with calibrated equipment that is currently in place. These capabilities are communicated with the customer. If the required equipment is not calibrated or currently operational, the customer will be informed of the situation and the potential delays. Any discrepancy between the proposed work and the capabilities of the laboratory shall be addressed before work commences. Complete records of the customer's requirements and proposal reviews shall be maintained and the customer shall be informed of any deviation from the contract. Any changes in the contract shall be communicated with laboratory personnel.

When necessary, the standard test methods shall be supplemented with additional details. The customer shall be informed of the standard method used for testing and any supplemental actions that are taken. The customer shall be informed that the laboratory is capable of performing the specified test procedure. The customer shall be informed if the requested method is inappropriate or out-of-date.

The equipment and test room that is required for the accredited testing procedures is continuously maintained to be fully operational and in proper calibration.

x) Reference to the calibration, verification and/or test procedures used

Calibration data are outlined in Appendix A. The calibration procedures are defined in the ANSI S12.6-2008, ANSI S12.42-2010 , ANSI S3.19-1974, AS/NZ 1270:2002 and EN352 parts 1-8. These are described in section xiii. The test procedures are also outlined in the ANSI and AUS standards. A basic description of the test procedure is presented in Appendix F.

Regular Verification and Proficiency Test Procedures:

To verify overall system and test administrator performance, a bi-annual short run comparison test is performed. In this test, a standard muff-type hearing protector is evaluated by the usual test administrator using three subjects with three repetitions. The mean of the attenuation measurements are calculated at each of the nine test frequencies. Frequency of these verification tests has been reduced from bi-monthly to semi-annually due to the history of consistency of measurement data.

The test is then repeated with Kevin Michael serving as test administrator. The mean attenuation values are calculated at each frequency. The difference between the means calculated from the

Approved Signature_____ *KMich*_____ Date ___7 (. 5___
Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

two tests should be within +/- 2 dB at each frequency under normal circumstances. If differences greater than 2 dB are present, they are recorded and both tests are repeated. If differences greater than 2 dB are still present, an investigation into the cause will be undertaken. These test results will be graphed and kept on file.

In addition, the continuous monitoring of subjects' threshold data has been eliminated as it was deemed redundant. Weekly biologic calibration data using Eileen Kline's hearing thresholds is maintained as another verification test.

Ambient noise level at the 125, 250, 500, 1000, 2000, 4000 and 8000 Hz octave bands is measured quarterly using the Norsonic N118 analyzer with the B&K 4144 microphone. As of 2013, the interval was reduced to semi-annually since results have been consistent from 2009-2013. Ambient noise level can, of course, change with outside activities so constant vigilance is required.

Control charts are maintained containing the Regular Verification Test Procedure data. One chart will display the measurement data from the short run attenuation test procedures. Additional charts will display the ambient noise levels, reverb times and test administrator thresholds. These charts will be monitored to determine if trends are present that may affect the accuracy of measurement data. If corrective actions are required they will be carried out immediately. If problems are identified that may have influenced previous test results, those customers will be notified within 48 hours and the tests in question will be repeated.

Informally, the data measured by the laboratory technician is examined daily by Kevin Michael. If there has been a significant shift in measurements, it is immediately evident from the open ear threshold data. These data are from audiometrically normal subjects, and inordinately high or low values would indicate a change in measurement instrumentation.

---

xi) Procedures for handling calibration and test items

Test items shall be marked with a permanent label and stored in the laboratory for a period of one year after testing. Under sponsor request, test items may be returned after testing. If the test items are received in a damaged state, the sponsor of the test shall be notified and a replacement test item shall be sent. All items received for test are permanently marked with an identifying number which is used in all test reports and documentation. If items are received in an unsatisfactory or questionable condition, the customer shall be notified and resolution shall be determined. Questionable items will be tested as is, returned to the customer or destroyed, depending on the customer instructions.

Approved Signature_____ Date ___7/___

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

The customers are responsible for sampling their production lots to submit test samples.

xii) Reference to the major equipment and reference measurement standards used

A log of calibration information is included in the equipment log, Appendix B.  Major
Equipment includes:
Custom-built Digital Recording Attenuator
Rane MA-6 Power Amplifier
Speaker Systems:
(3) Electro-Voice DH1A High Frequency Reproducers
(3) Electro-Voice HP94 TransPlanar Constant-Directivity Horns
(3) Electro-Voice DL15X Low Frequency Reproducers
(3) Electro-Voice XEQ 808 High Level Passive Crossover / Equalizers

Measurement Equipment:
Norsonic N118 Type 1 Sound Level Meter / Real-time spectrum analyzer
Norsonic ½ inch microphone and dummy microphone.
Electro-Voice DL - 42 Dynamic Unidirectional Microphone
DL-42 microphone rotator
Bruel & Kjaer Type 4226 calibrator.
Bruel & Kjaer Type 4144 microphone and Type 4938 microphone with 2970 preamplifier
Gras 12AA microphone power supply and amplifier
Dickson TH300 Thermometer / Humidity Gauge
National Instruments PXI1033 Chassis with PXI4462 data acquisition board
ViAcoustics IPILA Impulse measurement software
Nelson Acoustics Trident measurement software
GRAS 45CB test fixture
GRAS microphone power supply

If there is a requirement to borrow or lease measurement equipment, current calibration
certificates that document NIST traceability must be provided with the equipment.  Copies of the
calibration equipment will be kept on file.

Records of equipment calibration and software generation are kept on file. Equipment user's
manuals are kept in a binder in the laboratory.  Maintenance records of equipment repair are kept
as part of the equipment log.  All equipment are located in the lab at 2766 W. College Ave., Suite
1, State College, PA.

Page 11 of 21

Approved Signature _____ Date __7/15~__

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

A computer software program is used to record attenuator settings during the automatic audiometric test. The software is fully documented with statements indicating the function of the specific lines of code.

xiii) Reference to procedures for calibration, verification and maintenance of equipment

The procedures required for laboratory calibration are outlined in ANSI S3.19 – 1974, ANSI S12.6 – 2008, ANSI S12.42-2010, AS/NZ 1270:2002 and EN352 parts 1-8. The test room and equipment calibration procedures are performed annually unless circumstances arise where additional calibration procedures are required. All calibration procedures are performed by Kevin Michael and the equipment is appropriately labeled following calibration. The test room calibration procedures are as follows:

-------------------------------------------------------------------------------------------------------

1. Measurement of ambient noise level. The Norsonic N118 sound level meter with octave band filters is used to measure ambient noise in the octave band centered 63, 125, 250, 500, 1000, 2000, 4000 and 8000 Hz. A B&K 4144 microphone is with the Norsonic meter because of superior sensitivity to low SPL. The Norsonic N118 meter is used to measure ambient noise levels in 1/3 OB for the AUS and EN test standards.

2. Amplifier/Speaker balancing. The Rane MA6 six channel amplifier is used to provide an appropriate level of the signal to the speakers. Three of the six channels are used; each channel drives one speaker array. The three channels are balanced by operating them independently and verifying that they generate identical levels at the head center location (within .5 dB). A broadband source is used as stimulus for the balancing procedure.

3. Uniformity: Measurement of SPL at positions relative to the center of the head. The Norsonic N118 sound level meter is used to measure sound pressure level at the head center position, forward of the head center 10 cm, forward of the head center 15 cm, rearward of the head center 10 cm, rearward of the head center 15 cm, up 15 cm from head center, down 15 cm from head center, right 15 cm from head center and left 15 cm from head center. All of these measurements must be within 6 dB and the right/left measurements must be within 2 dB. The various positions are determined using a measuring jig and a plumb bob to specify head center.

4. Reverberaton time. Reverberation time is measured by using a high level, third-octave band source. The source is turned off and decay in the booth is recorded and analyzed using a wave editor. The Reverb Time (T60) is calculated by determining the time required for the level in the room to drop 60 dB in a specific frequency band. For some bands, the measurable drop within the meter range was less than 60 dB and the T60 was extrapolated from a shorter decay time.

Approved Signature_____ Date _____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

5.  Directionality.  The Norsonic meter in conjunction with the ElectroVoice DL42 directional microphone was used to measure the directional characteristics of the test room.  The front/side rejection ratio of the microphone is > 25 dB, therefore the acceptable variation in SPL is 6 dB.  A custom-designed microphone turntable was constructed for this purpose.  The microphone spins at a rate of .5 rpm.  The Norsonic meter is set up to record measurements every 5 seconds, which corresponds to every 15 degrees.  Measurements are made in each of the three planes, 1) parallel to the floor, 2) parallel to the window and 3) parallel to the wall the behind subject.

6.  Distortion.  The Norsonic meter is used to measure distortion of the test signal.  The distortion is measured by presenting the stimulus in the test room at maximum level and verifying that THD is less than 5%, or 26 dB down. ANSI S12.6-2008 specifies that adjacent 1/3 octave bands must be at least 6 dB down and that the SPL of bands one octave away must be at least 30 dB down, and 40 dB down for bands 2 octaves away.

7.  Attenuator linearity.  The linearity of the attenuator is verified by using the Norsonic N118 in conjunction with a Norsonic dummy microphone.  The dummy mic allows direct electrical input to the meter.  The variable attenuator is stepped from 0 dB to the maximum of 70 dB in 4.5 dB steps.  Measurements are made using a 1000 Hz pure tone.  The accuracy of the fixed 40 dB attenuator is also verified.

Development and construction of test equipment was performed by personnel of the Applied Research Laboratory, Penn State University.  These personnel also perform maintenance and update work on the test equipment.  Duplicate sets of test equipment are maintained to prevent 'down time' in the event of equipment failure.  Room calibration is verified after the replacement of any piece of equipment.  Specific equipment specifications are outlined in the standards documents.

8.  The rise and fall times of the pulses generated by the signal generator are verified by analyzing recorded wave files.
-----------------------------------------------------------------------------------------------------
If intermediate checks are required to maintain confidence in calibration, these checks shall be performed and documented.  All correction factors shall be copied as required.  Correction factors shall be correctly documented and updated.

xiv) Reference to verification practices including inter-laboratory comparisons, proficiency testing programs, use of reference materials and internal quality control schemes

A basic internal quality control mechanism is the monitoring of reference thresholds of subjects.

Approved Signature_____ Date _____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

The unoccluded hearing thresholds should not vary significantly over time and these data can be easily monitored using software developed in-house. This software also monitors subject performance by measuring variance between unoccluded test runs at all test frequencies. Michael & Associates is willing to participate in inter-laboratory comparison studies providing the cost is reasonable or providing that sufficient funding is provided.

Test and calibration methods developed internally for the laboratories' own use shall be a planned activity and shall be administered by Kevin Michael or the technician. These methods shall be fully documented and the test administrator shall be trained as required. These methods shall be validated to ensure that the in-house tests are appropriate and accurate. Results from these tests shall be recorded and interpreted. These tests shall be relevant to the tests required by customers of the laboratory.

In 1998, an NVLAP-organized inter-laboratory study was performed with Michael & Associates and the EARCAL laboratory (3M / Aearo Corp.). Measurements were made on two models of insert-type hearing protectors. NVLAP provided comments on the reports and report format has been modified accordingly.

An interlaboratory study organized by NIOSH in Cincinnati was performed in 2011 with the goal of comparing field measurement systems across several laboratories, including NIOSH, Howard Leight in San Diego, Fort Rucker, AL, and Michael & Associates.

Michael & Associates is currently (spring 2015) participating in an interlaboratory study organized by INSPEC in the UK. This study concerns only headband force measurements.

**Plan for participation in inter-laboratory studies**
Assuming the project is within the scope of the laboratory and cost / level of effort is reasonable, Michael & Associates shall accept invitations to participate in interlaboratory studies.

1. Respond with acceptance for participation
2. Brief technician on the purpose and schedule of the proposed study
3. Respond with anticipated schedule
4. After test samples have arrived, promptly complete testing according to study guidelines
5. Promptly complete paperwork for study. This may be a special format for the particular study, or it may be our standard test report.
6. Submit report and debrief technician

xv) Procedures to be followed for feedback and corrective action whenever testing discrepancies are detected or departures from documented policies and procedures occur

Page 14 of 21

Approved Signature _____ Date __7/15__

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

All departures from standard policy are documented and related to the customer for whom the referenced tests are being conducted. Departures from national standard procedures are distinctly noted. Should discrepancies be observed in an inter-laboratory comparison study, Kevin Michael is responsible for determining the reason for the discrepancy and taking corrective action.

Corrective actions will be taken within 24 hours of recognition of any type of measurement problem. These actions include determining the root cause, halting the testing and withholding of test reports. These actions will be documented in the equipment log and re-calibration procedures will be recorded in the historical calibration log. Re-calibration of the room will be performed within one week of recognition of the problems unless specifically noted in the calibration log.
Should the problem be determined to be procedure, operations or data transfer related, the device will be re-tested and the problem will be documented in the product report. The problem will also be documented in the Complaints / Corrective Actions section of Notebook 2000A. The customer notification will indicate the magnitude of the potential error.

Should the discrepancy be due to an error in the quality manual, the manual shall be revised immediately.

The quality manager shall determine when the problems have been resolved and when testing can commence. All actions shall be documented. The cause of the problem shall be determined and documented. The problem shall be resolved to prevent recurrence of the same issue. The corrective actions shall be monitored to ensure that they are effective.

If preventive actions are identified that could eliminate potential problems, they shall be identified and documented. These actions shall be carried out and monitored to ensure that they are effective.

Any mistakes in reports shall be identified and crossed-out (not erased). They shall be corrected and signed by Kevin Michael.

xvi) Laboratory management policies for departures from documented policies and procedures or from standard specifications

Departures from documented policies and from standard specifications are distinctly noted and related to the customer for whom the tests are being performed. A relatively common departure from standard policies is testing a hearing protector using less than 10 subjects. This occurs when the customer wants an estimate of hearing protector attenuation rather than an official test

Approved Signature_____ Date __7/15__

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

report, i.e., the customer is looking for research information instead of data that can be used for the labeling of the product. A shortened test (< 10 subjects) can also occur if the data from measurements made on the first few subjects is extremely poor. At that point, the customer may decide to discontinue testing. In either of these situations, the report explicitly states that the test results are presented for research purposes only and that they are not complete with respect to ANSI S3.19-1974, ANSI S12.6-2008, ANSI S12.42-2010, AS/NZ 1270:2002 or EN352 test standards.

If it is necessary to supplement a test report with further documentation, the supplement is identified with the statement 'Supplement to Test Report Number XXX'.

xvii) Procedures for dealing with complaints

A complaint is defined as a contested test report, i.e., a report from a test that the test sponsor feels was performed unfairly or without regard to the appropriate standard.

If complaints are received, the daily biologic calibration data from the date(s) of the referenced testing will be retrieved and reviewed. The unoccluded hearing threshold data will also be retrieved and compared to similar threshold data from other dates. These calibration data may be given to the customer issuing the complaint to verify that the instrumentation was operating satisfactorily at the beginning and throughout the test day(s). The attenuation measurements made during the test under review will be re-analyzed and the specific product under test may be re-tested.

If the complaints result in the discovery of a problem that may have led to inaccurate test results for other customers, these customers will be notified in writing immediately. The problem will be resolved immediately and the potentially inaccurate tests will be repeated.

Complaints will be logged and kept in Notebook 2000 –A. The documentation will include the test sponsor, the representative that issued the complaint, the nature of the complaint, resolution of the complaint, and copies of the report(s) in question. If resolution of the complaint requires re-testing a hearing protective device, copies of the re-test will also be included in the documentation package. All audit / corrective actions that take place due to the complaint will be logged and included in the documentation package.

A on-line survey was completed in early 2015 and the results are in Notebook 2000 –A. Responses were positive to the survey.

xviii) Procedures for protecting confidentiality and proprietary rights

Approved Signature_____ Date _____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

Records of measurement data will be kept in the office of Michael & Associates.  Kevin Michael is the only individual with access to these records.  Backup copies of records are kept on compact disc off premises.  Customer's records will be kept confidential. Only customer's designated agents or representatives will be given access to previous data.

Test reports are addressed to authorized representatives only from the test sponsor, via US Mail or independent courier.  Fax transmissions and email are also directed to authorized representatives only from the test sponsor.  The following confidentiality statement is appended to the fax cover page.

## CONFIDENTIALITY

**The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above.  If you are not the intended recipient, please be advised that any dissemination, distribution, or reproduction of this facsimile is strictly prohibited.  If you have received this facsimile in error, please notify us immediately by telephone and return the original message to us at the address above via the US Postal Service.**

Because the studies require human subjects, many military customers require Independent Review Board (IRB) approvals of the experiments conducted at the laboratory prior to beginning a product evaluation.  To date, these have been obtained through the Copernicus Group, 1 Triangle Drive, Suite 100, Durham, NC 27713.  Michael & Associates typically secures several IRB approvals per year through the Copernicus Group.

Confidentiality for all clients is critical when a client visits the laboratory.  When this occurs, all test items and test records will be secured out-of-view.  Visiting clients will not have any access to any test specimens or reports or any other records from other clients.

xix) Procedures for audit and review

Internal Audit

During July of each year, the Quality Manual is reviewed and updated.  As part of this review, the annual internal audit will be performed.  This audit will consist of verifying that each applicable item on the NVLAP assessment checklist is implemented in normal laboratory operation.  The results of this internal audit will be recorded and will be available for review by the NVLAP assessor.

Management Review

Approved Signature_____ Date ___7/-5_____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

Michael & Associates is operated by Kevin Michael, who oversees all measurements. A small staff of technician(s) is employed. Kevin Michael is available at all times for guidance on performing the acoustic measurements. Kevin Michael is responsible for training the technician and ensuring that laboratory quality guidelines and policies are followed.

Normal lab operation includes continuous, daily review of the following if appropriate:

—the suitability of policies and procedures;
— reports from staff;
— the outcome of recent internal audits;
— corrective and preventive actions;
— assessments by external bodies;
— the results of interlaboratory comparisons or proficiency tests;
— changes in the volume and type of the work;
— customer feedback;
— complaints;
— recommendations for improvement;
— other relevant factors, such as quality control activities, resources and staff training.

Additionally, following the annual Internal Audit, a formal Management Review will be performed and documented, addressing the same points.


xx) Description of laboratory's policy regarding the use of the NVLAP logo
Michael & Associates will only use the NVLAP logo on test reports that are prepared for customers and on literature that describes the services of Michael & Associates. The logo will only be used on reports and literature that are related to the test methods for which the laboratory is accredited. The NVLAP logo will be used only according to guidelines provided by NIST and customers will be informed that the NVLAP logo in no way constitutes or implies product endorsement, certification or approval by NIST. NVLAP lab code number will be included with the logo. When used on a contract or proposal, the logo shall be accompanied by an explanation of current accreditation status and scope of accreditation.

Test reports that contain data from evaluation procedures outside the scope of accreditation will contain explicit statements differentiating between the NVLAP accredited sections of the report and the non-NVLAP sections of the report. Procedures performed outside the scope of accreditation are also maintained in the laboratory's records.

xxi) Statement of the laboratory's policy for establishing and changing calibration intervals for

Page 18 of 21

Approved Signature_____ Date _____7/15_____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

equipment it controls

The Norsonic N118 Analyzer and Norsonic Type 1225 microphone, B&K 4226 calibrator, Bruel & Kjaer Type 4144 and 2970 microphones will be re-calibrated bi-annually and will be NIST traceable. Also, the GRAS 45CB test fixture microphones will be subjected to calibration every two years. More frequent re-calibration will be performed if deemed necessary.

xxii) Statement of the laboratory's policy concerning the technique(s) to be used for determining measurement uncertainty and calibration / verification adequacy

ANSI S3.19-1974 and ANSI S12.6 - 2008 require the testing of human subjects. Measurement variation is unavoidable when using human responses. Hearing protector manufacturers or other customers that sponsor the testing of hearing protective devices are informed of this variation since it is important to the development of products and eventually to the final rating of a hearing protective device. Discrepancies in calibration measurement data may justify the need for instrument re-calibration at a time other than the normal re-calibration. Re-calibration is performed at the offices of Scantek Laboratories.

Estimate of Measurement Uncertainty, in reference to NIST correspondence of 4/21/03.

There is inherent uncertainty in the measurement of human hearing thresholds, which are the basis of all tests performed according to ANSI S3.19-1974, ANSI S12.6-2008 and AS/NZ 1270:2002. The uncertainty in hearing threshold measurement is most easily quantified by examining the 'ears-open' test results that are required while performing these tests. The following table presents data from a group of 20 experienced subjects.

The row labeled Maximum is the largest within-subject range of threshold, in dB. The row labeled Minimum is the smallest within-subject range of threshold, in dB. The row labeled Mean is the mean within-subject range.

|         | 125  | 250  | 500  | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
|---------|------|------|------|------|------|------|------|------|------|
| Maximum | 4.1  | 5    | 5    | 4.1  | 4.2  | 4.1  | 5.2  | 4.5  | 4.8  |
| Minimum | 0    | 0.5  | 1.3  | 0.1  | 0.5  | 0.5  | 0.6  | 0    | 0.4  |
| Count   | 20   | 20   | 20   | 20   | 20   | 20   | 20   | 20   | 20   |
| Mean    | 2.51 | 2.26 | 3.04 | 1.97 | 2.39 | 2.32 | 2.61 | 1.75 | 2.16 |

Threshold variation with ears-occluded is more difficult to quantify since it is not discernable from variation in protector fit.

Approved Signature_____   Date ___7/15_____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

Human response variability is unavoidable and therefore there is not a corrective action to be conducted on the data itself. The reports issued to the customers indicate that the data are obtained from measurements conducted on laboratory subjects and therefore may not be representative of field performance.

This topic continues to be discussed and researched within our scientific community. William Murphy, NIOSH, is presenting "Estimation of the uncertainties for Method B" at Noise-Con, 2005. In summary, Murphy states that while fit is a major source of variability in REAT measurements, the variability of individual thresholds is useful in understanding variability in REAT measurements. A true method for extracting uncertainty has not been developed, but Murphy's research indicates that such a method can be derived. ANSI S12.6-2008 includes a discussion on uncertainties in Annex A, and suggests that the uncertainty is on the order of the maximum standard deviation across the frequency range, which would typically be in the 3-5 dB range for the tests with experienced subjects and higher for Method B/Australian tests. ANSI S12.42-2010 also includes a discussion on uncertainty for the objective methods, and a calculation of uncertainty of 1.6 dB.

The inherent variability in measurements is reflected in the final ratings of the products since these ratings are based on subtracting 'N' standard deviations from the mean values at each test frequency. The Noise Reduction Rating (NRR) based on ANSI S3.19-1974, is most affected by the inherent variability since two times the SD is subtracted from the mean at each frequency. The Australian SLC(80) is less variable since only one SD is subtracted from the mean. In practice, this makes the ratings more representative since the SD can be largely influenced by factors not related to the hearing protector, such as subject attentiveness, etc. ANSI S12.68-2007 is the first standard to describe a rating system. The standard suggests a range of HPD performance, and this is referred to as the 80/20 rating. The lower number represents the performance offered to 80% of the population and the lower value represents the protection provided to the most highly trained and motivated 20% of the population. The 80% value is calculated using mean minus .84*SD and the 20% value is calculated using mean plus .84*SD. As of 2/15, the EPA has not issued the final rule in HPD labeling, and it is not clear if the 80/20 ratings outlined in ANSI S12.68-2007 will be used, or if an alternative such as 90/10 will be required.

xxiii) No outside supplies, suppliers or subcontracted services are utilized in accredited measurement activities of the laboratory.

xxiv) Service to the Customer. The policy of the laboratory is to be fully cooperative with all customers, allowing access to the areas of the laboratory directly related to the testing being performed on their products. The customers are allowed to observe the test procedures but are

Page 20 of 21

Approved Signature_____ Date ___7/15___

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15

not allowed to pressure or influence the test subjects in any way. At the option of the laboratory's director, clients may be required to wait outside the test area during product evaluation. Test samples will be handled according to the customer's instructions and will be returned after testing if requested. Test samples will be packaged according to the customer's instructions for shipping.

xxv) Purchasing Services and Supplies. There are no services or supplies that are purchased for the accredited test procedures.

Approved Signature_____ Date ____7/15_____

Every page of the current revision of the manual is signed in ink by the quality manager.
Reproductions of the manual should not be assumed to be current
Revision Date 07/15