# EXHIBIT 5

PRODUCED IN NATIVE FORMAT:

MICHAELASSOC_00000535

# Michael & Associates, Inc.

2766 W. College Ave Suite 1
State College, PA 16801

814-234-7042 phone
814-235-1381 fax
Email: Kevin@michaelassociates.com
URL: www.michaelassociates.com

March 28, 2012     Hearing Protective Device Test Report Number Q2559A Revision 0



Moldex Metric
Attn: Bern Mishkin
10111 W. Jefferson Blvd.          Date of Sample Receipt: 3/23/12
Culver City, CA  90232            Date of Sample Test: 3/23/12-3/27/12

Attenuation measurements have been performed according to the American National Standards Institute (ANSI) Specifications, ANSI S3.19-1974, using the experimenter-fit protocol, on the 3M / Aearo Combat Arms dual-ended plug, in the steady-state mode (test ID Q2559A).  The specified threshold measurement data were obtained using ten normal-hearing listeners, six male and four female.  These listeners were selected from a standby group of about 35 volunteers, mostly graduate students, who regularly serve as listeners for measurements of this kind.

    The measurements were made in a room designed for this purpose.  All acoustic characteristics of the room meet the requirements outlined in ANSI S3.19-1974.   The ambient noise levels in this room are below the limits specified in ANSI S3.19-1974, and open ear thresholds are used on a continuing basis to monitor the background noise levels.  An automatic recording attenuator was used to record both open and occluded ear thresholds.

    Each of ten subjects was tested three times at each of nine test frequencies.  The attached Tables show grand mean attenuation values in decibels (dB) for each test signal along with group attenuation values.  Standard deviations (S.D.) for the 30 different attenuation determinations for each test signal are also given.   The results presented in this report pertain to the samples tested only.

    Michael & Associates is accredited by the National Institute of Standards and Technology (NIST) National Laboratory Accreditation Program (NVLAP) for tests performed according to ANSI S3.19-1974,  ANSI S12.6-2008 and AS/NZ S1270:2002.  These accreditation criteria encompass the requirements of international standard ISO Guide 17025.  This report may only be reproduced or transmitted electronically in its' entirety.  This report shall not be used to claim product endorsement by NIST, NVLAP or by any agency of the U.S. Government.  All measurement equipment are calibrated with instrumentation traceable to the NIST.

*Use these laboratory-derived attenuation data for comparison purposes only.  The amount of protection afforded in field use is often significantly lower depending on how the protectors are fitted and worn.*

_____          _____
Kevin Michael, Ph.D.                                        3/28/12
President                                                            Date

## Individual and Summary Attenuation Data for Hearing Protective Devices

Test Method: ANSI S3.19-1974  Position: Insert
Manufacturer Aearo (sponsored by Moldex)  Date:   3/28/12
Model:       Combat Arms (closed)  Test ID #    Q2559A

FREQUENCY IN HERTZ

| SUBJECT | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
|   | 33 | 25 | 33 | 33 | 42 | 43 | 38 | 49 | 43 |
| 1 | 32 | 26 | 33 | 38 | 48 | 43 | 44 | 49 | 45 |
|   | 38 | 33 | 39 | 38 | 47 | 42 | 41 | 50 | 43 |
|   | 31 | 29 | 36 | 36 | 38 | 41 | 40 | 44 | 48 |
| 2 | 33 | 35 | 37 | 38 | 41 | 44 | 45 | 45 | 48 |
|   | 31 | 32 | 33 | 33 | 40 | 44 | 43 | 44 | 48 |
|   | 35 | 27 | 34 | 33 | 34 | 41 | 43 | 46 | 50 |
| 3 | 32 | 25 | 34 | 26 | 35 | 39 | 47 | 45 | 48 |
|   | 32 | 25 | 33 | 27 | 35 | 41 | 43 | 45 | 49 |
|   | 35 | 25 | 26 | 25 | 36 | 47 | 50 | 43 | 47 |
| 4 | 26 | 21 | 24 | 25 | 36 | 48 | 53 | 45 | 46 |
|   | 26 | 22 | 23 | 24 | 36 | 51 | 55 | 45 | 48 |
|   | 29 | 21 | 28 | 25 | 37 | 41 | 47 | 37 | 45 |
| 5 | 28 | 21 | 26 | 26 | 36 | 37 | 50 | 38 | 46 |
|   | 28 | 23 | 28 | 24 | 38 | 40 | 43 | 36 | 46 |
|   | 29 | 28 | 31 | 26 | 26 | 38 | 36 | 36 | 46 |
| 6 | 30 | 26 | 28 | 27 | 37 | 37 | 37 | 35 | 44 |
|   | 30 | 28 | 28 | 26 | 28 | 36 | 32 | 34 | 43 |
|   | 31 | 25 | 32 | 33 | 34 | 37 | 37 | 45 | 48 |
| 7 | 35 | 28 | 31 | 34 | 35 | 35 | 41 | 43 | 42 |
|   | 36 | 36 | 37 | 32 | 28 | 36 | 41 | 42 | 44 |
|   | 26 | 28 | 33 | 31 | 33 | 38 | 35 | 42 | 47 |
| 8 | 28 | 27 | 31 | 30 | 30 | 36 | 32 | 40 | 44 |
|   | 26 | 25 | 29 | 30 | 27 | 37 | 33 | 39 | 43 |
|   | 27 | 25 | 29 | 28 | 35 | 44 | 48 | 45 | 42 |
| 9 | 29 | 23 | 28 | 26 | 34 | 42 | 49 | 48 | 42 |
|   | 31 | 25 | 28 | 26 | 30 | 43 | 47 | 47 | 44 |
|   | 31 | 29 | 32 | 33 | 35 | 39 | 40 | 42 | 48 |
| 10 | 34 | 27 | 31 | 30 | 35 | 37 | 36 | 42 | 46 |
|   | 30 | 25 | 30 | 28 | 36 | 38 | 38 | 41 | 49 |
| MEANS | 30.7 | 26.5 | 30.7 | 29.8 | 35.4 | 40.4 | 42.1 | 42.8 | 45.7 |
| STD. DEV. | 3.3 | 3.7 | 3.9 | 4.3 | 5.0 | 3.9 | 6.1 | 4.3 | 2.4 |

NRR =   23   dB

*Use these laboratory-derived data for comparison purposes only.  The amount of protection afforded in field use is often significantly lower depending on how the protectors are fitted and worn.*

Manufacturer:     Aearo (sponsored by Moldex)   Date:     3/28/12
Model:     Combat Arms (closed)                 Test ID:  Q2559A
Position: Insert

Measurements were made according to American National Standards Institute Specifications ANSI S3.19-1974.

| Center Frequency in Hz | Mean Attenuation in dB | Group Attenuation in dB | Standard Deviation in dB |
|---|---|---|---|
| 125 | 30.7 | 57.2 | 3.3 |
| 250 | 26.5 | | 3.7 |
| 500 | 30.7 | | 3.9 |
| 1000 | 29.8 | | 4.3 |
| 2000 | 35.4 | 178.4 | 5.0 |
| 3150 | 40.4 | | 3.9 |
| 4000 | 42.1 | | 6.1 |
| 6300 | 42.8 | 88.4 | 4.3 |
| 8000 | 45.7 | | 2.4 |

Test Item: Q2559A





These data were obtained through measurements made at the laboratories of Michael & Associates, Inc., State College, PA , USA.  Michael & Associates, Inc., is accredited to test to ANSI S3.19-1974, ANSI S12.6-2008  and AS/NZS 1270:2002 by the National Institute of Standards and Technology (NIST) National Voluntary Laboratory Accreditation Program (NVLAP).

*Kevin L. Michael*        3/28/12
Kevin L. Michael, Ph.D.         Date
President