**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge Rodgers on:   October 5, 2020
Motion/Pleading:   Amended Motion to Appear *Pro Hac Vice*
Filed by:   Jeffrey E. Marion, Esq.      on   10/5/2020      Doc. #   1443
RESPONSES:
                                              on                    Doc. #
                                              on                    Doc. #

____ Stipulated      ____ Joint Pldg.
____ Unopposed    ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# ORDER

On consideration, the motion is **GRANTED**.

Mr. Marion's first Motion to Appear *Pro Hac Vice*, ECF No. 1394, is hereby terminated as moot.

**DONE** and **ORDERED** on this 6th day of October, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**