UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### ORDER

For all of the United States' Motions to Quash Subpoenas that are originally filed in other district courts and subsequently transferred to the Northern District of Florida as part of this MDL, the Court finds it appropriate to refer these matters to the Magistrate Judge for resolution. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); N.D. Fla. Loc. R. 72.3. Accordingly, all of the United States' Motions to Quash Subpoenas that are currently or will be pending before this Court are hereby referred to Magistrate Judge Gary R. Jones for further proceedings, if necessary, and resolution of the pending motions.

**DONE AND ORDERED**, on this 7th day of October, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**