## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, October 9, 2020 7:36 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, October 9, 2020 12:34:18 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/9/2020 at 8:34 AM EDT and filed on 10/9/2020
**Case Name:**    IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**  MDL No. 2885
**Filer:**
**Document Number:** 927

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-79) - 1 action(s)** *re: pldg. ([911] in MDL No. 2885, 1 in TXW/1:20-cv-00562)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/9/2020.**

**Associated Cases: MDL No. 2885, TXW/1:20-cv-00562 (JC)**

**Case Name:**    Coe v. 3M Company
**Case Number:**  TXW/1:20-cv-00562
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-79) - 1 action(s)** *re: pldg. ( [911] in MDL No. 2885, 1 in TXW/1:20-cv-00562)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/9/2020.**

**Associated Cases: MDL No. 2885, TXW/1:20-cv-00562 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**TXW/1:20-cv-00562 Notice has been electronically mailed to:**

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Zandra E. Foley     zfoley@thompsoncoe.com

Mark W. Long     mark@long-wood.com

Lewis James Wood     james@long-wood.com

**TXW/1:20-cv-00562 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/9/2020] [FileNumber=1019369-0]
[7bc4f900a626574a1892ab3178c6e38348db22445131160dea064479173fe82472ca
8480acd8a563566768df428e73b18ef730d5a468ddaa86e2b14c4d24fc7f]]