UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Craig Chandler v. 3M Company, et al.*<br>Case No. 3:20-cv-05872-MCR-GRJ | Case No. 3:19-md-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dean Nash, Esq., of the Nash and Franciskato Law Firm, hereby enters his appearance in the Master Docket and as counsel of record in the individual action direct filed in this MDL styled *Chandler v. 3M Company, et al.*, Case No. 3:20-cv-05872- MCR-GRJ. Mr. Nash has fulfilled the administrative requirements outlined in Pretrial Order No. 3 (Confirmation No. FLND16020972283822) and his Motion to Appear *Pro Hac Vice* in this MDL has been granted (ECF No. 1458). Counsel respectfully requests that all filings and other papers in the Master Docket of MDL 2885 be served upon him.

DATED: October 9, 2020

Respectfully Submitted,

/s/ Dean Nash
Dean Nash
Nash & Franciskato Law Firm
2300 Main Street, Suite 170
Kansas City, MO 64108
816-221-6600
deannash@nashfranciskato.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Dean Nash
Dean Nash