IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

This Document Relates to All Cases
_____/

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## ORDER

Pending before the Court is Defendants' Motion to Compel the Deposition of LTC Martin Robinette.  ECF No. 1457.  The motion concerns the Department of Defense's response to Defendants' subpoena to depose LTC Robinette (a DoD employee) on September 16, 2020.  The DoD objected to the subpoena, and, on September 11, 2020, the Government filed a motion to quash in Western District of Texas pursuant to Federal Rule of Civil Procedure 45 and *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951).  Case No. 3:20-mc-51-MCR-GRJ, ECF No. 1.  Upon 3M's motion, Judge David Ezra transferred the motion to quash to this Court but denied the motion as moot.  Case No. 3:20-mc-51-MCR-GRJ, ECF No. 6.

The Government did not re-file its motion to quash after the case was transferred, but Defendants have filed the instant motion to compel on the MDL docket.  ECF No. 1457.  Defendants state they served the instant

motion by email on: (1) Jacqui Snead at the Department of Justice; and (2) Major Nicole Kim at the Department of Defense. *Id.* at 8.

In view of the discovery schedule in the multidistrict litigation and the fact that the Government previously filed a motion to quash addressing the subpoena in issue, the Department must file an expedited response to Defendants' motion to compel **on or before October 16, 2020**. Defendants must **immediately** serve a copy of this order by email on Jacqui Snead, Joshua Kolsky, and Major Nicole Kim.

**DONE AND ORDERED** this 9th day of October 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge