# **EXHIBIT A**

| Deponent | Role | Touhy Request Date | Subpoena Date |
|---|---|---|---|
| Cheryl Parker | Audiologist | 7/28/2020 | 8/19/2020 |
| Angela Gray | Health Aid | 8/7/2020 | 8/19/2020 |
| Kara Cave | Hearing Conservation Program Manager | 12/2/2019 | 9/11/2020 |
| Andy Toyama | Hearing Conservation | 8/27/2020 | 9/2/2020 |
| Jodee Donaldson | Audiologist | 8/7/2020 | 9/10/2020 |
| James Davis | Hearing Conservation Program Manager | 9/24/2020 | 9/24/2020 |
| Leslie Schulman | Audiologist | 7/28/2020 | 8/18/2020 |
| Rosemarie Rotunno | Audiologist | 7/28/2020 | 8/18/2020 |
| Kyle Lindholm | Hearing Conservation Program Manager | 9/3/2020 | 9/24/2020 |
| William Murphy | NIOSH employee | 2/6/2020 | 8/26/2020 |
| Theresa Schulz | Military Audiologist | 12/2/2019 | 9/25/2020 |
| Martin Robinette | Government witness who communicated with D. Ohliin | 12/2/2019 | 8/27/2020 |
| John King | Scientific advisor Army Southern Europe Command | 12/2/2019 | TBD |
| Kevin Hanna or Other Relevant Witness | Hearing Conservation Program Manager | TBD | TBD |