# **EXHIBIT K**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:20-mc-00019 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Holmes |
| 3M COMPANY ) | |

**O R D E R**

As discussed in more detail below, the motion of 3M Company to transfer the motion to quash to the United States District Court for the Northern District of Florida (Docket No. 3) is GRANTED. The Clerk is directed to transfer the motion to quash to the United States District Court for the Northern District of Florida for disposition in connection with *In re 3M Combat Arms Earplugs Products Liability Litigation*, Case No. 3:19-md-2885. There being no other matters requiring this Court's attention, upon transfer of the motion to quash, the Clerk is also directed to close this miscellaneous proceeding.

This miscellaneous proceeding was commenced on September 18, 2020, by the United States seeking to quash a subpoena issued to take the deposition of a local physician in connection with *In re 3M Combat Arms Earplugs Products Liability Litigation*, Case No. 3:19-md-2885, a multidistrict litigation case pending in the United States District Court for the Northern District of Florida. (Docket No. 1.) In response to the motion to quash, 3M Company filed a motion to transfer that motion to the issuing court, the United States District Court for the Northern District of Florida, as permitted by Fed. R. Civ. P. 45(f). (Docket No. 3.) The Court directed the United States to file a response to the motion to transfer, which it did on October 2, 2020. (Docket No. 6.) In its response, the United States makes several arguments why it believes the justifications

articulated by 3M Company for the requested transfer are unfounded, but, ultimately, states that it does not oppose transfer of the motion. (*Id.* at 4.)

Because the motion is unopposed the Court will transfer the motion to quash. In doing so, the Court also finds, as have other courts, that the balance of the interests weighs in favor of transferring the motion to quash for resolution by the Northern District of Florida. That court is, of course, most familiar with the underlying multidistrict litigation and litigation schedule and already has in place procedures to coordinate government discovery issues. This Court is disinclined to take any action or make any ruling that might be inconsistent with the Northern District of Florida's discovery plan or any other of its intentions regarding the underlying litigation. This Court is also fully confident that the presiding judges in the Northern District of Florida can and will address the arguments made by the United States regarding Dr. Donaldson's workload and schedule, as well as any other issues raised regarding the propriety of the subpoena.

For all these reasons, and because the motion of 3M Company to transfer the motion to quash to the United States District Court for the Northern District of Florida (Docket No. 3) is unopposed, the motion to transfer is granted. The Clerk is directed to transfer the motion to quash to the United States District Court for the Northern District of Florida for disposition in connection with *In re 3M Combat Arms Earplugs Products Liability Litigation*, Case No. 3:19-md-2885. There being no other matters requiring this Court's attention, upon transfer of the motion to quash, the Clerk is also directed to close this miscellaneous proceeding.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate judge