# EXHIBIT L

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-mc-25 |
| Petitioner, | |
| | Dlott, J. |
| vs. | Bowman, M.J. |
| 3M COMPANY, | |
| Respondent. | |

**ORDER OF TRANSFER**

In this miscellanius action, Petitioner the United States of America's has filed a motion to quash the subpoena served by Respondent 3M Company ("3M") on the United States Centers for Disease Control ("CDC") employee Dr. William Murphy, in litigation in which neither the United States nor the CDC is a party. (Doc. 1).  3M moves to transfer the United States' petition to the United States District Court for the Northern District of Florida, where the underlying litigation is pending. (Doc. 5.). The United States does not oppose 3M's Motion seeking transfer of this action.

For good cause shown and in the absence of any opposition, 3M's motion transfer venue (Doc. 5) is herein **GRANTED** and the Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the United States District Court for the Northern District of Florida for all further proceedings.  See 28 U.S.C. § 1406(a).

**IT IS SO ORDERED**.

                                                      *s/ Stephanie K. Bowman*
                                                      Stephanie K. Bowman
                                                      United States Magistrate Judge