# **EXHIBIT N**

FARM BENEDICT SUGIHARA
A Limited Liability Law Partnership LLP

THOMAS BENEDICT          5018-0
tbenedict@fbslawyers.com
Bishop Street Tower, Suite 1601
Topa Financial Tower
700 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 451-3180

Attorney for Respondent
3M COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Petitioner,  )<br>  )<br>v.  )<br>  )<br>3M COMPANY,  )<br>  )<br>    Respondent.  ) | MISC NO. 20-00420 JAO-RT<br><br>ORDER GRANTING RESPONDENT 3M COMPANY'S MOTION TO TRANSFER UNDER RULE 45(F) |

**ORDER GRANTING RESPONDENT 3M COMPANY'S
MOTION TO TRANSFER UNDER RULE 45(F)**

Respondent 3M Company ("3M") filed a Motion to Transfer Under Rule 45(f) ("Motion").  On September 24, 2020 at 11:00 a.m., the Court held a telephonic conference regarding the Motion.  Sydney Spector, Esq. telephonically appeared on behalf of Petitioner United States of America; Cole Carter, Esq., Karl Gunderson,

Esq., Mark Nomellini, Esq., and Thomas Benedict, Esq. telephonically appeared on behalf of Respondent 3M Company.  After considering the docket, the written submissions, and the agreement of counsel, the Court GRANTED the Motion without prejudice to the parties' respective positions on United States' Motion to Quash Subpoena (ECF No. 1).

It is hereby ORDERED that the United States' Motion to Quash Subpoena served on Andy Toyama be transferred to the court of Judge M. Casey Rodgers in the Northern District of Florida (3:19-md-02885-MCR-GRJ).

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, October 5, 2020.



　　　　　　　　　　　/s/ Rom A. Trader
　　　　　　　　　　　Rom A. Trader
　　　　　　　　　　　United States Magistrate Judge

*United States of America v. 3M Company*; MISC NO. 20-00420 JAO-RT; ORDER GRANTING RESPONDENT 3M COMPANY'S MOTION TO TRANSFER UNDER RULE 45(F)