IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

**SHANNON RAI WAITERS**

PLAINTIFF(S),

v.

3M COMPANY, 3M OCCUPATIONAL
SAFETY LLC, AEARO HOLDING LLC,
AEARO INTERMEDIATE LLC, AEARO
LLC, and AEARO TECHNOLOGIES LLC,

DEFENDANTS.

Case No. 3:19-md-2885

Judge M. Casey Rodgers Magistrate
Judge Gary R. Jones

NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Charles E. Emanuel, Esquire of The Emanuel Firm,

P.A., hereby files this notice of appearance as counsel for Plaintiff, Shannon Rai Waiters, in

*Waiters v. 3M Company et al.*, Case No.: 3:20-CV-5660 and requests that copies of all orders,

process, pleadings, and other documents filed or served in this matter be served on him via

CM/ECF and other addresses listed below, as appropriate.

Respectfully submitted,

**THE EMANUEL FIRM, P.A.**

 */s/ Charles E. Emanuel_____*
**Charles E. Emanuel, Jr., Esq.**
Fla. Bar No. 0913391
**THE EMANUEL FIRM, P.A.**
545 Delaney Avenue Building #9
Orlando, FL 32801
(407) 412-7376 Office (407) 809-5706 Fax
Primary: Charles@theemanuelfirm.com
Secondary: iva@theemanuelfirm.com
Secondary: admin@theemanuelfiirm.com
*Attorney for Plaintiff, Shannon R. Waiters*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **July 23, 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.


_/s/ Charles E. Emanuel_____
**Charles E. Emanuel, Esquire**