# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PROUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Trial Attorney Joshua Kolsky as counsel for the Department of Defense in the above captioned case substituting for Senior Trial Counsel David M. Glass.

Respectfully submitted,

JOHN V. COGHLAN
Deputy Assistant Attorney General

LAWRENCE KEEFE
United States Attorney

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

s/ *Joshua M. Kolsky*
JOSHUA KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I served the foregoing on counsel of record by filing it with the Court by means of its ECF system on October 12, 2020.

s/ <i>Joshua M. Kolsky</i>