**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

|   |   |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>)<br>)<br>)  No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>)<br>)<br>) |

**DEPARTMENT OF DEFENSE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL, ECF NO. 1433**

Non-party the United States Department of Defense ("DoD") respectfully moves for an order extending the deadline to respond to Defendants' Motion to Compel Against the Department of Defense, ECF No. 1433. That motion seeks to compel disclosure by DoD of various categories of documents and data. DoD's response to the motion is currently due on October 16, 2020, and DoD seeks a one-week extension of time until October 23, 2020. Counsel for DoD has conferred with counsel for Defendants. Defendants' counsel stated that Defendants do not oppose a one-week extension of the deadline "provided that the government sets forth by end of day Thursday if there are any limitation on what it proposes to produce as compared to what is set forth in the motion to compel (and, if so, what those

limitations are)." DoD has agreed to provide the information about limitations requested by Defendants.

Good cause exists for the requested extension. *See Jozwiak v. Stryker Corp.*, 2010 U.S. Dist. LEXIS 17221, at *8 (M.D. Fla. Feb. 26, 2010) ("Because Plaintiff's Motion to Extend was filed within the deadline for filing a response, the Court may grant an extension of time upon a showing of good cause.") (citing Fed. R. Civ. P. 6(b)(1)(A)). DoD and Defendants have recently begun conferring about Defendants' Motion in an attempt to narrow or eliminate the issues in dispute. Notably, Defendants and the government were recently able to negotiate a compromise that mooted the motion to compel that Defendants filed against the Centers for Disease Control. *See* ECF Nos. 1446, 1447. In order to allow additional time for the parties to confer, DoD respectfully seeks a one-week extension of time.

Accordingly, good cause exists for the Court to extend the deadline for DoD to respond to Defendants' motion by one week.

                                                Respectfully submitted,

                                                JOHN V. COGHLAN
                                                Deputy Assistant Attorney General

                                                LAWRENCE KEEFE
                                                United States Attorney

                                                JACQUELINE COLEMAN SNEAD
                                                Assistant Branch Director

                     s/ *Joshua M. Kolsky*
                     JOSHUA KOLSKY
                     Trial Attorney
                     D.C. Bar No. 993430
                     United States Department of Justice
                     Civil Division, Federal Programs Branch
                     1100 L Street NW Washington, DC 20005
                     Tel.: (202) 305-7664
                     Fax: (202) 616-8470
                     E-mail: joshua.kolsky@usdoj.gov

### CERTIFICATION OF COMPLIANCE WITH ATTORNEY CONFERENCE REQUIREMENT UNDER LOCAL RULE 7.1(C)

The undersigned hereby certifies that counsel for DoD satisfied the Attorney Conference requirement set forth in Local Rule 7.1 by conferring with counsel for the Defendants on October 13 and 14, 2020. As discussed above, Defendants' counsel do not oppose this motion.

                                         s/ *Joshua M. Kolsky*

### CERTIFICATE OF SERVICE

I certify that I served the within memorandum on all counsel of record by filing it with the Court by means of its ECF system on October 15, 2020.

                                         s/ *Joshua M. Kolsky*