# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to:

All Cases

_____/

## ORDER

Pending before the Court is the Department of Defense's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Compel. ECF No. 1468. The United States Department of Defense (DoD"), a non-party, requests an extension of time to respond to Defendants' Motion to Compel, ECF No. 1433, until October 23, 2020 to allow the parties additional time to attempt to narrow or eliminate issues in dispute. Defendants advised they do not oppose the requested extension provided the DoD advises "by Thursday if there are any limitation on what it proposes to produce as compared to what is set forth in the motion to compel and, if so, what those limitations are." The DoD has agreed to provide the information about limitations, requested by Defendants.

The Court concludes good cause has been shown for the extension, particularly because the additional time likely will narrow or eliminate many issues in dispute. The motion is, therefore, due to be granted.

Accordingly, it is **ORDERED**:

1. The Department of Defense's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Compel, ECF No. 1468, is **GRANTED**.

2. The United States Department of Defense must respond to Defendants' Motion to Compel, ECF No. 1433, by **October 23, 2020.**

**DONE AND ORDERED** this 15th day of October 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge