# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Before the Court is Defendants' Motion to Permit Certain Depositions of Government Employees After October 9. On consideration, and for good cause shown, the motion is **GRANTED IN PART AND DENIED IN PART**. Defendants may depose—after the October 9, 2020 fact discovery deadline—any witness whose deposition is the subject of a motion to quash by the United States, as well as any witness who is the subject of the Court's prior order (see ECF No. 1430), including the deponents listed on Defendants' Exhibit A[1] (ECF No. 1463-1) other than LTC Kevin Hanna, assuming the motions to quash are denied. Additionally, to the extent the Government reverses its October 8, 2020 decision denying Defendants' *Touhy* request for LTC Hanna's deposition, or to the extent a later-filed motion to quash by the Government regarding LTC Hanna's deposition is denied, Defendants may depose LTC Hanna. Given that LTC Hanna could not be contacted by the

---

[1] Although the Government has not yet filed a Motion to Quash Kara Cave's deposition, the Court anticipates one will be filed.

Government until this week, Defendants' request for an order directing the Government to provide his address for service is denied without prejudice to Defendants filing a motion to compel disclosure of the address the week of October 19.

The Court will discuss the deadline for deposing these witnesses with the parties at tomorrow's Case Management Conference.

**DONE and ORDERED** this 16th day of October, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**