# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

|  |  |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>)<br>)<br>)   No. 3:19-md-02885-MCR-GRJ<br>)<br>)<br>)<br>)<br>) |

## DEPARTMENT OF DEFENSE'S MOTION FOR LEAVE TO FILE UNDER SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL THE DEPOSITION OF MARTIN ROBINETTE

Non-Party United States Department of Defense ("DoD"), pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 5.5, respectfully moves the Court for leave to file under seal DoD's Opposition to Defendants' Motion to Compel the Deposition of Martin Robinette. DoD will also publicly file a version of its opposition with appropriate redactions.

A showing of good cause can overcome the public's common law right of access. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Here, good cause exists because Defendants' motion to compel was filed under seal, and DoD's opposition refers to the non-public portions of that motion. In order to maintain the seal on the information in Defendants' motion to compel, it is necessary to also seal DoD's opposition.

The unredacted version of the opposition will be sent electronically by email to Judge Rodgers (via email at flnd_rodgers@flnd.uscourts.gov), Judge Jones (via email at flnd_jones@flnd.uscourts.gov) and to counsel of record.

Respectfully submitted,

JOHN V. COGHLAN
Deputy Assistant Attorney General

LAWRENCE KEEFE
United States Attorney

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

s/ *Joshua M. Kolsky*
JOSHUA KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for the United States*

**CERTIFICATION OF COMPLIANCE WITH ATTORNEY CONFERENCE REQUIREMENT UNDER LOCAL RULE 7.1(C)**

The undersigned hereby certifies that he satisfied the Attorney Conference requirement set forth in Local Rule 7.1 by conferring with counsel for Plaintiffs and

Defendants on October 16, 2020. Plaintiffs and Defendants do not oppose this motion.

s/ *Joshua M. Kolsky*

## CERTIFICATE OF SERVICE

I certify that I served the within memorandum on all counsel of record by filing it with the Court by means of its ECF system on October 16, 2020.

s/ *Joshua M. Kolsky*