# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                                                 Date:   October 16, 2020
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Seventeenth Case Management Conference**

Attendance of counsel in person, by video and by telephone.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.  Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock, Christopher Seeger, Shelley Hutson, and David Buchanan with additional counsel in the courtroom, by video and by phone

**Lead Counsel for Defendants:**  Larry Hill, Haley VanFleteren, and Charles Beall with additional counsel by video
**3M Co. and Aearo**                        and by phone

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:55 am

10:32   am   Court in Session - Introduction of Counsel
              Court and counsel address the following agenda matters:
- Motions to quash, compel and transfer
- Discovery and depositions
- Production of VA records
- Bellwether discovery update and calendar
- Choice of Law briefing and oral argument
- Due date/deadlines
- Status of 1% cases
- Next CMC is November 20, 2020

11:02 am    Court in Recess