IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

Pending before the Court is the Department of Defense's Motion for Leave to File Under Seal Their Opposition to Defendants' Motion to Compel the Deposition of Martin Robinette. ECF No. 1473. On October 8, 2020, Defendants filed a motion to compel the deposition of LTC Robinette, an employee of the Department of Defense. ECF No. 1457. Defendants filed their motion under seal pursuant to the Protective Order in this case. On October 16, 2020, the Government timely filed a redacted version of its response to Defendants' motion to compel, ECF No. 1474, and now moves for leave to file an unredacted copy under seal because its memorandum refers to the non-public portions of Defendants' motion, ECF No. 1473. Plaintiffs and Defendants do not oppose sealing portions of the Government's memorandum. *Id.* at 2–3.

The Government's motion is due to be granted. Records may be sealed where a party shows a compelling interest in doing so, and where the sealing is narrowly tailored to effect that interest. *Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1015–16 (11th Cir. 1992); *see also Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007) ("The common law right of access [to court records] may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential."). The Government has provided a compelling reason for sealing portions of its memorandum in response to Defendants' motion to compel—namely, that the memorandum refers to sealed portions of Defendants' motion—and sealing appears to be the only way to ensure that this information is kept confidential. And in view of the fact that there is no opposition, the Court concludes sealing is appropriate.

Accordingly, it is **ORDERED** that the Government's Motion for Leave to File Under Seal Their Opposition to Defendants' Motion to Compel the Deposition of Martin Robinette, ECF No. 1473, is **GRANTED**.

**DONE AND ORDERED** this 19th day of October 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge