IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>the Master Docket and<br>*McNeal v. 3M Company, et al.*, 7:20-cv-66<br>*Montero v. 3M Company, et al.*, 7:20-cv-67 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Ashley Barriere hereby moves the Court for an order for admission to practice *pro hac vice* in the above-styled case, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida. Movant is admitted to practice and is a member of good standing of the State Bar of New York (Bar No. 5424965) and the State of Louisiana (Bar No. 38129).

2. A copy of the Certificate of Good Standing from the Louisiana State Bar dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number, FLND16032249493851, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded, "NextGen" PACER account, and it is an individual account and not a firm account.

6. Movant will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplug Products Liability Litigation*, No. 2:19-md-2885 (MCR)(GRJ).

7. Movant will also file a Notice of Appearance in the related cases, *McNeal v. 3M Company, et al.*, 7:20-cv-66 and *Montero v. 3M Company, et al.,* 7:20-cv-67.

Wherefore, Ashley Barriere respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case filings to the undersigned.

Dated: October 21, 2020

>Respectfully submitted,
>*/s/ Ashley Barriere*
>Ashley Barriere (LA Bar #38129)
>KELLER LENKNER LLC
>150 N. Riverside Plaza, Suite 4270
>Chicago, Illinois 60606
>(312) 210-7307
>ashley.barriere@kellerlenkner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, I caused the foregoing Motion to Appear *Pro Hac Vice* to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Ashley Barriere*
Ashley Barriere