# EXHIBIT 1

| | |
|---|---|
| **From:** | De Paulo, Tabitha J. |
| **Sent:** | Sunday, October 18, 2020 8:43 PM |
| **To:** | Bryan Aylstock; Jennifer Hoekstra; Shelley Hutson; C Seeger; David Buchanan; Neil Overholtz; Doug Kreis; Doug Monsour (External); Tom P. Cartmell; evan@gorilaw.com; MDL2885@seegerweiss.com; 3MBellwetherDisco; Martinez, Roberto; Kamberger, Markus; KATHERINE CORNELL; Tom Pirtle; Paul Pennock; Sean P. Tracey; Shawn Fox; Brian Barr; Troy Bouk; Taylor Bartlett; Jeanie Sleadd; W. Lewis Garrison, Jr.; wilson@onderlaw.com |
| **Cc:** | Brock, Mike; Gunderson, Karl; lhill@mhw-law.com; Neglia, Ashley; Nomellini, Mark J.; *jay.bhimani@dechert.com; Ozurovich, Allie; *Kimberly.branscome@dechert.com; Morriss, Chad; Fields, Barry E. |
| **Subject:** | RE: 3M Combat Arms Earplug Prods. Liability Litig. (Case No. 3:19-md-02885): Requests re Expert Reports |

Bryan,

Thank you. I want to confirm a couple points based on your below email. First, you state that you "will provide all such information that is required under the Rules of Civil Procedure." As I'm sure you are aware, the Federal Rules required you to provide, on the date that your expert disclosures were due (10/9), "the facts or data considered by the witness in forming" their opinion. As we stated on our call, we expected that you would have provided **on 10/9** the non-publicly available materials relied on or considered by your experts and the notes, communications, photos, videos, etc. that the experts considered in forming their opinions.

Given that these materials should have already been provided, please confirm that you will produce these by tomorrow, or we will need to raise the issue with the Court.

Second, we appreciate you trying to accommodate our request for inspection. Please confirm when you will have a date for us, particularly given the short time frame available.

Best,
Tabitha


**Tabitha De Paulo**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3361   **M** +1 312 772 9011
**F** +1 713 836 3601

tabitha.depaulo@kirkland.com


**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Sunday, October 18, 2020 3:48 PM
**To:** De Paulo, Tabitha J. <tabitha.depaulo@kirkland.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; C Seeger <cseeger@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Doug Kreis <DKreis@awkolaw.com>; Doug Monsour (External) <Doug@monsourlawfirm.com>; Tom P. Cartmell <tcartmell@wcllp.com>; evan@gorilaw.com; MDL2885@seegerweiss.com; 3MBellwetherDisco <3Mbellwetherdisco@triallawfirm.com>; Martinez, Roberto

1

<Bob@colson.com>; Kamberger, Markus <markus@colson.com>; KATHERINE CORNELL <kcornell@pulaskilawfirm.com>; Tom Pirtle <tomp@lpm-triallaw.com>; Paul Pennock <ppennock@forthepeople.com>; Sean P. Tracey <stracey@traceylawfirm.com>; Shawn Fox <sfox@traceylawfirm.com>; Brian Barr <bbarr@levinlaw.com>; Troy Bouk <tbouk@levinlaw.com>; Taylor Bartlett <Taylor@hgdlawfirm.com>; Jeanie Sleadd <jsleadd@hgdlawfirm.com>; W. Lewis Garrison, Jr. <lewis@hgdlawfirm.com>; wilson@onderlaw.com
**Cc:** Brock, Mike <mike.brock@kirkland.com>; Gunderson, Karl <karl.gunderson@kirkland.com>; lhill@mhw-law.com; Neglia, Ashley <ashley.neglia@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *jay.bhimani@dechert.com <jay.bhimani@dechert.com>; Ozurovich, Allie <Allie.Ozurovich@dechert.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; Morriss, Chad <chad.morriss@kirkland.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liability Litig. (Case No. 3:19-md-02885): Requests re Expert Reports

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Hi Tabitha,

I think there has been a miscommunication on several important points on the issue of the experts.

First, as to the request to inspect certain items, we're happy to discuss that but it will not be before your unilaterally imposed deadline of Monday at noon as we will need to further discuss this request. Any such inspection would necessarily be on the same terms and conditions that you imposed on us during our inspection of 3M's lab in Indianapolis. Nothing more and nothing less. I have reached out to determine when this can occur but it may not happen as soon as next week. We will try to accommodate however.

As for the request for publicly available information on the experts' reliance list, if you will let us know specifically which items you cannot find in the public domain (if any), we will respond. Certain things that you identified on our call (such as the tinnitus questionnaire), we agreed to go ahead and try to get together but, as we discussed, we will need your side to let us know. As with the request for inspection, I am checking on any audio or video recordings but until I understand if they exist, how they are housed, etc., we cannot simply agree to produce them.

As for the other information, we will provide all such information that is required under the Rules of Civil Procedure. As you are well aware, we repeatedly requested these items of information prior to the depositions of your 30(b)(6) witnesses and we were told in no uncertain terms that we would get them at the deposition, and not before. Given that, I do not understand why you are insisting that we will be abiding by a different course of conduct that your side imposed on us. Of course, any agreements with regard to the foregoing points are subject to defendants' mutual agreement to provide the same with regard to your experts.

Best,
Bryan

**From:** De Paulo, Tabitha J. [mailto:tabitha.depaulo@kirkland.com]
**Sent:** Friday, October 16, 2020 10:28 PM
**To:** Bryan Aylstock <BAylstock@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; C Seeger <cseeger@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Doug Kreis <DKreis@awkolaw.com>; Doug Monsour (External) <Doug@monsourlawfirm.com>; Tom P. Cartmell <tcartmell@wcllp.com>; evan@gorilaw.com; MDL2885@seegerweiss.com; 3MBellwetherDisco <3Mbellwetherdisco@triallawfirm.com>; Martinez, Roberto <Bob@colson.com>; Kamberger, Markus <markus@colson.com>; KATHERINE CORNELL <kcornell@pulaskilawfirm.com>; Tom Pirtle <tomp@lpm-triallaw.com>; Sean P. Tracey <stracey@traceylawfirm.com>; Shawn Fox <sfox@traceylawfirm.com>; Brian Barr <bbarr@levinlaw.com>; Troy Bouk <tbouk@levinlaw.com>; Taylor Bartlett

<Taylor@hgdlawfirm.com>; Jeanie Sleadd <jsleadd@hgdlawfirm.com>; W. Lewis Garrison, Jr. <lewis@hgdlawfirm.com>; wilson@onderlaw.com
**Cc:** Brock, Mike <mike.brock@kirkland.com>; Gunderson, Karl <karl.gunderson@kirkland.com>; lhill@mhw-law.com; Neglia, Ashley <ashley.neglia@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *jay.bhimani@dechert.com <jay.bhimani@dechert.com>; Ozurovich, Allie <Allie.Ozurovich@dechert.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; Morriss, Chad <chad.morriss@kirkland.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liability Litig. (Case No. 3:19-md-02885): Requests re Expert Reports

Bryan/Jennifer,

I just wanted to follow up to confirm what we discussed on our meet and confer today.

As discussed, whatever rules we settle on for plaintiffs' experts will also apply to defendants' experts, so it is in our mutual interest to cooperate here.

- **Non-Publicly Available Materials Relied Upon or Considered by Plaintiffs' Expert In Forming Their Opinions.**  Plaintiffs will produce documents (including but not limited to electronic documents, hard-copy documents, video, and audio) relied upon or considered by plaintiffs' experts in forming their opinions that are not publicly-available, without awaiting any further request or subpoena from defendants.  Defendants will begin working on a list of such materials that plaintiffs have not produced that are not publicly available, but plaintiffs will not wait for that list before producing.   Please let us know if this understanding is inaccurate.
    - As a non-exhaustive example of the above, plaintiffs will produce any video or audio generated in connection with Eddins' testing without waiting on any further request from defendants.
- **Notes, Communications, Photos, Videos, etc. From Interviews/Testing of Bellwether Plaintiffs**:
    - Plaintiffs are working to determine if there is any objective testing data relating to the Bellwether Plaintiffs that was not provided with the reports, and will attempt to provide any data not produced, prior to the Plaintiff's IME.
    - Other than objective testing data, Plaintiffs will not agree to provide any other notes, communications, photos, videos, etc. from interviews/testing of the Bellwether Plaintiffs before the date of the expert's deposition, even with a subpoena requiring an earlier return date. Please confirm if this understanding is inaccurate.
- **Inspection of Eddins/Juneau MIRE devices and ear replicas; CT Scan**: Defendants asked for a date next week on which defendants' representatives could inspect the MIRE devices and ear replicas discussed in the Eddins and Juneau reports.  (This would include visual MIRE and ear mold inspection and photographing, including with a ruler for scale, and including estimation of ear length, breadth, protrusion angle, concha length, concha width, and other relevant features.)  Plaintiffs agreed to look into this and get back to defendants.  Please let us know by Monday at noon.
    - Defendants asked whether Plaintiffs would agree to allow CTs to be conducted on the MIRE devices and ear replicas (we have confirmed that given the nature of the equipment, such CT scans of MIRE devices and ear replicas would need to be conducted at the offices of defendants' representatives or at another mutually agreeable location where the appropriate CT equipment is available). Plaintiffs said that they would consider this and let us know.  Please let us know by Monday at noon.

Tabitha

**Tabitha De Paulo**
_____
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3361  **M** +1 312 772 9011
**F** +1 713 836 3601

tabitha.depaulo@kirkland.com

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Thursday, October 15, 2020 5:15 PM
**To:** De Paulo, Tabitha J. <tabitha.depaulo@kirkland.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; C Seeger <cseeger@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Doug Kreis <DKreis@awkolaw.com>; Doug Monsour (External) <Doug@monsourlawfirm.com>; Tom P. Cartmell <tcartmell@wcllp.com>; evan@gorilaw.com; MDL2885@seegerweiss.com; 3MBellwetherDisco <3Mbellwetherdisco@triallawfirm.com>; Martinez, Roberto <Bob@colson.com>; Kamberger, Markus <markus@colson.com>; KATHERINE CORNELL <kcornell@pulaskilawfirm.com>; Tom Pirtle <tomp@lpm-triallaw.com>; Sean P. Tracey <stracey@traceylawfirm.com>; Shawn Fox <sfox@traceylawfirm.com>; Brian Barr <bbarr@levinlaw.com>; Troy Bouk <tbouk@levinlaw.com>; Taylor Bartlett <Taylor@hgdlawfirm.com>; Jeanie Sleadd <jsleadd@hgdlawfirm.com>; W. Lewis Garrison, Jr. <lewis@hgdlawfirm.com>; wilson@onderlaw.com
**Cc:** Brock, Mike <mike.brock@kirkland.com>; Gunderson, Karl <karl.gunderson@kirkland.com>; lhill@mhw-law.com; Neglia, Ashley <ashley.neglia@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *jay.bhimani@dechert.com <jay.bhimani@dechert.com>; Ozurovich, Allie <Allie.Ozurovich@dechert.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; Morriss, Chad <chad.morriss@kirkland.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liability Litig. (Case No. 3:19-md-02885): Requests re Expert Reports

No worries Tabitha. Would 3 pm central work? I'm tied up likely until then.

Best
Bryan

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "De Paulo, Tabitha J." <tabitha.depaulo@kirkland.com>
Date: 10/15/20 5:13 PM (GMT-06:00)
To: Bryan Aylstock <BAylstock@awkolaw.com>, Jennifer Hoekstra <JHoekstra@awkolaw.com>, Shelley Hutson <SHutson@triallawfirm.com>, C Seeger <cseeger@seegerweiss.com>, David Buchanan <DBuchanan@seegerweiss.com>, Neil Overholtz <NOverholtz@awkolaw.com>, Doug Kreis <DKreis@awkolaw.com>, "Doug Monsour (External)" <Doug@monsourlawfirm.com>, "Tom P. Cartmell" <tcartmell@wcllp.com>, evan@gorilaw.com, MDL2885@seegerweiss.com, 3MBellwetherDisco <3Mbellwetherdisco@triallawfirm.com>, "Martinez, Roberto" <Bob@colson.com>, "Kamberger, Markus" <markus@colson.com>, KATHERINE CORNELL <kcornell@pulaskilawfirm.com>, Tom Pirtle <tomp@lpm-triallaw.com>, "Sean P. Tracey" <stracey@traceylawfirm.com>, Shawn Fox <sfox@traceylawfirm.com>, Brian Barr <bbarr@levinlaw.com>, Troy Bouk <tbouk@levinlaw.com>, Taylor Bartlett <Taylor@hgdlawfirm.com>, Jeanie Sleadd <jsleadd@hgdlawfirm.com>, "W. Lewis Garrison, Jr." <lewis@hgdlawfirm.com>, wilson@onderlaw.com
Cc: "Brock, Mike" <mike.brock@kirkland.com>, "Gunderson, Karl" <karl.gunderson@kirkland.com>, lhill@mhw-law.com, "Neglia, Ashley" <ashley.neglia@kirkland.com>, "Nomellini, Mark J." <mnomellini@kirkland.com>, "*jay.bhimani@dechert.com" <jay.bhimani@dechert.com>, "Ozurovich, Allie" <Allie.Ozurovich@dechert.com>, "*Kimberly.branscome@dechert.com"

4

<Kimberly.branscome@dechert.com>, "Morriss, Chad" <chad.morriss@kirkland.com>, Doug Kreis <DKreis@awkolaw.com>
Subject: RE: 3M Combat Arms Earplug Prods. Liability Litig. (Case No. 3:19-md-02885): Requests re Expert Reports

Bryan,

Apologies, today did not work for Defendants. Are you available at 2 (CT) to meet and confer on the expert requests?

Best,
Tabitha


**Tabitha De Paulo**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3361  **M** +1 312 772 9011
**F** +1 713 836 3601

tabitha.depaulo@kirkland.com


**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Thursday, October 15, 2020 11:32 AM
**To:** De Paulo, Tabitha J. <tabitha.depaulo@kirkland.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Shelley Hutson <SHutson@triallawfirm.com>; C Seeger <cseeger@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Doug Kreis <DKreis@awkolaw.com>; Doug Monsour (External) <Doug@monsourlawfirm.com>; Tom P. Cartmell <tcartmell@wcllp.com>; evan@gorilaw.com; MDL2885@seegerweiss.com; 3MBellwetherDisco <3Mbellwetherdisco@triallawfirm.com>; Martinez, Roberto <Bob@colson.com>; Kamberger, Markus <markus@colson.com>; KATHERINE CORNELL <kcornell@pulaskilawfirm.com>; Tom Pirtle <tomp@lpm-triallaw.com>; Sean P. Tracey <stracey@traceylawfirm.com>; Shawn Fox <sfox@traceylawfirm.com>; Brian Barr <bbarr@levinlaw.com>; Troy Bouk <tbouk@levinlaw.com>; Taylor Bartlett <Taylor@hgdlawfirm.com>; Jeanie Sleadd <jsleadd@hgdlawfirm.com>; W. Lewis Garrison, Jr. <lewis@hgdlawfirm.com>; wilson@onderlaw.com
**Cc:** Brock, Mike <mike.brock@kirkland.com>; Gunderson, Karl <karl.gunderson@kirkland.com>; lhill@mhw-law.com; Neglia, Ashley <ashley.neglia@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *jay.bhimani@dechert.com <jay.bhimani@dechert.com>; Ozurovich, Allie <Allie.Ozurovich@dechert.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; Morriss, Chad <chad.morriss@kirkland.com>; Doug Kreis <DKreis@awkolaw.com>
**Subject:** RE: 3M Combat Arms Earplug Prods. Liability Litig. (Case No. 3:19-md-02885): Requests re Expert Reports

Hi Tabitha,

While we cannot agree to these as stated below, I do think there is room for an agreement based upon the parties' past practice in this litigation with regard to these issues.  When would be good for your side to do a meet and confer on these requests?  I can do 4pm central today or tomorrow afternoon if that works.

Thanks,
Bryan

---

**From:** De Paulo, Tabitha J. [mailto:tabitha.depaulo@kirkland.com]
**Sent:** Tuesday, October 13, 2020 8:24 PM
**To:** Bryan Aylstock <BAylstock@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Shelley Hutson

<SHutson@triallawfirm.com>; C Seeger <cseeger@seegerweiss.com>; David Buchanan <DBuchanan@seegerweiss.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Doug Kreis <DKreis@awkolaw.com>; Doug Monsour (External) <Doug@monsourlawfirm.com>; Tom P. Cartmell <tcartmell@wcllp.com>; evan@gorilaw.com; MDL2885@seegerweiss.com; 3MBellwetherDisco <3Mbellwetherdisco@triallawfirm.com>; Martinez, Roberto <Bob@colson.com>; Kamberger, Markus <markus@colson.com>; KATHERINE CORNELL <kcornell@pulaskilawfirm.com>; Tom Pirtle <tomp@lpm-triallaw.com>; Sean P. Tracey <stracey@traceylawfirm.com>; Shawn Fox <sfox@traceylawfirm.com>; Brian Barr <bbarr@levinlaw.com>; Troy Bouk <tbouk@levinlaw.com>; Taylor Bartlett <Taylor@hgdlawfirm.com>; Jeanie Sleadd <jsleadd@hgdlawfirm.com>; W. Lewis Garrison, Jr. <lewis@hgdlawfirm.com>; wilson@onderlaw.com
**Cc:** Brock, Mike <mike.brock@kirkland.com>; Gunderson, Karl <karl.gunderson@kirkland.com>; lhill@mhw-law.com; Neglia, Ashley <ashley.neglia@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>; *jay.bhimani@dechert.com <jay.bhimani@dechert.com>; Ozurovich, Allie <Allie.Ozurovich@dechert.com>; *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; Morriss, Chad <chad.morriss@kirkland.com>
**Subject:** 3M Combat Arms Earplug Prods. Liability Litig. (Case No. 3:19-md-02885): Requests re Expert Reports

Counsel,

I am writing with a couple requests related to your expert reports served October 9. Please confirm by noon (ET) on Thursday, October 15, whether you will agree to these requests. We are also available to meet and confer at your convenience.

First, Defendants ask Plaintiffs to produce to Defendants: (1) any items included on experts' reliance materials list that are not referenced specifically by Bates number or MDL Centrality Document ID; (2) all notes, communications, documents, photographs, and recordings reflecting all factual information learned by experts during any interviews or medical examinations they conducted with plaintiffs or any other fact witness; and (3) copies of all conference presentations, other presentations, lectures, or publications not widely available in public journal databases.

Second, Defendants request to inspect and perform testing on the following items referenced in the general expert reports of Dr. David A. Eddins and Roger P. Juneau:
- All Microphone in Real Ear ("MIRE") Devices used by Dr. Eddins and/or Mr. Juneau for testing; and
- All Full Human Ear Replicas ("FHEAR")—or any equivalent model human ears—used by Dr. Eddins and/or Mr. Juneau for testing.

Best,
Tabitha

**Tabitha De Paulo**
―――――――――――――――――――――
**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3361  **M** +1 312 772 9011
**F** +1 713 836 3601
―――――――――――――――――――――
tabitha.depaulo@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This electronic message and/or its attachments contain legally privileged and confidential information intended

only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.