**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

This Document Relates to All Cases
_____/

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## ORDER

Pending before the Court is Defendants' Motion to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions. ECF No. 1479. The motion is time-sensitive in view of the Court's expert disclosure deadlines. ECF No. 1404 (amendment to the Trial Group A scheduling order). Although Defendants request the Court enter an order compelling disclosure under Federal Rule of Civil Procedure 26(a)(2)(B) by tomorrow, October 23, 2020, ECF No. 1479 at 1, 13, this does not give Plaintiffs sufficient time to prepare and file a response in opposition to Defendants' motion to compel. Nevertheless, the Court will direct Plaintiffs to file a response to the motion on an expedited basis.

Accordingly, it is **ORDERED** that Plaintiffs must file a response to Defendants' Motion to Compel, ECF No. 1479, **by no later than the close**

of business (5:00 p.m. Eastern Time) on Wednesday, October 28, 2020**.

      **DONE AND ORDERED** this 22nd day of October 2020.

                              *s/Gary R. Jones*
                              GARY R. JONES
                              United States Magistrate Judge