

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
LITIGATION DIVISION
9275 GUNSTON ROAD
FORT BELVOIR, VA 22060-5546

# Exhibit A

March 6, 2020

SUBJECT: Sixth Response to *Touhy* Request Dated July 26, 2019 in the case of *In Re.: 3M Combat Arms Earplug Products Liability Litigation,* Civil Action File No.: 3:19-md-02885, United States District Court for the Northern District of Florida

Mark J. Nomellini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60054
(Via Email)

Dear Mr. Nomellini,

    This letter is in response to your July 26, 2019 *Touhy* request for multiple items related to the above-captioned case. In accordance with Department of Defense Directive 5405.2, the DOD has conducted searches for information responsive to your request and decided to authorize the production of the responsive information as described herein. While our search for responsive information is ongoing, the information accompanying this letter is being provided to you as part of a rolling disclosure.

    The responsive information has been transferred to your file sharing system per your request. This response contains documents related to paragraphs B(1) and (2) in Part III of your July 26, 2019. The files are named "Copy of 3M Ear plugs2" and "DLA Email Explaining Coding in Excel File_Redacted". The file entitled "DLA Email Explaining Coding in Excel File_Redacted" was provided to our office by the Defense Logistics Agency and is being provided to you in an effort to explain the information contained in the Excel document entitled "Copy of 3M Ear plugs2".

    Additionally, while our search for responsive records is ongoing, we have determined that the DOD has provided all of the responsive records it possesses for the following paragraphs of your July 26, 2019 request:

1. Paragraphs A(1) and A(4)-A(7)
2. Paragraphs B(1) and B(2)
3. Paragraphs D(1) and D(2)
4. Paragraph E(1)
5. Paragraph F(1)

6. Paragraph G(1)(b)
7. Paragraph G(1)(d)
8. Paragraph G(1)(f)
9. Paragraph G(2)
10. Paragraph G(3)(b)
11. Paragraph G(3)(c)
12. Paragraph G(4)
13. Paragraphs H(1) through H(3)

The following paragraphs from your July 26, 2019 request remain open and we are actively searching for responsive documents:

1. A(2)-(3) and (8)-(10)
2. C(1)-(3)
3. G1(a), G(1)(c), G(1)(e), and G(1)(g)
4. G3(a)
5. H(4)
6. I(1)-(8)
7. J(1)

Should have any questions, please feel free to contact me at collin.p.evans2.mil@mail.mil or 703-693-0352.

Sincerely,

*Collin Evans*

Collin P. Evans
Major, U.S. Army
Litigation Attorney