

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
LITIGATION DIVISION
9275 GUNSTON ROAD
FORT BELVOIR, VA 22060-5546

Exhibit B

October 10, 2019

SUBJECT: First Response to *Touhy* Request Dated July 26, 2019 in the case of *In Re.: 3M Combat Arms Earplug Products Liability Litigation,* Civil Action File No.: 3:19-md-02885, United States District Court for the Northern District of Florida

Kimberly Olvey Branscome
Kirkland & Ellis LLP
333 South Hope St.
Los Angeles, CA 90071
(Via Email)

Dear Ms. Branscome,

   This letter is in response to your July 26, 2019 *Touhy* request for multiple items related to the above-captioned case. In accordance with Department of Defense Directive 5405.2, the DOD has conducted searches for information responsive to your request and decided to authorize the production of the responsive information as described herein. While our search for responsive information is ongoing, the information accompanying this letter is being provided to you as part of a rolling disclosure. As our searches for responsive information is ongoing this response should not be taken as a final response to any of the requests listed in your July 26, 2019 *Touhy* request.

   The responsive information has been transferred to your file sharing system per your request. Each file uploaded to your system lists the paragraph it is responsive to at the end of the file name.[1] To avoid confusion, we have attached to this letter as Enclosure 1 a list of the file folders and the named paragraphs each is responsive to. This response contains documents related to the following paragraphs in Part III of your July 26, 2019 request:

   1. Paragraphs A(1), A(2), A(4), and A(6)
   2. Paragraph B(1)
   3. Paragraphs C(1), C(2), and C(3)

---

[1] For example, the file folder labeled "Email search results-F1" is responsive to paragraph III(F)(1) of your July 26, 2019 request. You can tell this because the paragraph number F1 is listed at the end of the file name.

4. Paragraphs D(1) and D(2)
5. Paragraph E(1)
6. Paragraph F(1)
7. Paragraphs (G)(1)(a), G(1)(b), and G(1)(c)
8. Paragraph H(2)
9. Paragraph I(8)

Additionally, the Government has determined that we do not have responsive information for Paragraph III(D)(3) of your July 26, 2019 request. Likewise, as previously discussed with you, the contract number for Solicitation SP0200-06-R-4202 is SP0200-07-D-4103. As a result, we have determined there are no documents responsive to Paragraphs III(A) 5 & 7 as those paragraphs refer to the contract for the solicitation listed in Paragraphs III(A)(4) and (6), not a separate solicitation and contract number.

Pursuant Department of Defense Directive 5405.2, certain documents produced in response to Paragraphs III(A)(4), III(A)(6), III(E)(1), and III(F)(1) contain redactions. The information redacted from the documents responsive to Paragraphs III(A)(4) and III(A)(6) contained Solicitation responses from other offerors that bid on that Solicitation but were not selected. As Department of Defense Directive 5405.2, paragraph 6.3.1, requires that requested information be relevant to the proceedings in question, that information was redacted as it is not relevant to your request. Concerning the information redacted from the documents responsive to Paragraphs III(E)(1) and III(F)(1), that information was also redacted in accordance with Department of Defense Directive 5405.2, paragraph 6.3.1, as it discussed matters irrelevant to the current case.

As stated above, our search is ongoing at this time and you should not take this initial response as a final response to any of the requests listed in your July 26, 2019 letter. Should have any questions, please feel free to contact me at collin.p.evans2.mil@mail.mil or 703-693-0352.

Sincerely,

Collin P. Evans
Major, U.S. Army
Litigation Attorney

SUBJECT: First Response to *Touhy* Request Dated July 26, 2019 in the case of *In Re.: 3M Combat Arms Earplug Products Liability Litigation,* Civil Action File No.: 3:19-md-02885, United States District Court for the Northern District of Florida

## ENCLOSURE 1

A(1)

- Email re CAE and shortened design - E1_A1
- Memo for CSA re CAE E1_A1
- Memo requesting NSN and bulk purchase of CAE - E1_A1

A(2)

- Request to change carry case due to CAE not fitting A2

A(4) to A(7)

- Contract SP0200-07-D-4103 and Related Award Documents
- Solicitation#SP0200-06-R-4202
- SP0200-06-R-4202 Ear Plug File Searchable PDF_Redacted

B(1)

- Request for NSN and Bulk Purchase of CAE - B1

C(1)

- VID Request for wallet size card C1 and C3

C(2)

- 2005 NGB Vandenberg CAEP - C2
- memo to Navy Environmental Health re CAE- C2
- USACHPPM 51-004-0204 (002) C2_C3
- VID Request with developed slides C2

C(3)

- USACHPPM 51-004-0204 (002) C2_C3
- VID Request for wallet size card C1 and C3

D(1)

- Survey results of CAE user acceptance study SETAF D1

D(2)

- Email 15 May 2015 -D2

E(1)

- 17th DODHCWG Meeting 19 August 1999 After Action Report - E1

1

SUBJECT: First Response to *Touhy* Request Dated July 26, 2019 in the case of *In Re.: 3M Combat Arms Earplug Products Liability Litigation,* Civil Action File No.: 3:19-md-02885, United States District Court for the Northern District of Florida

- Agenda for DODHCWG meeting 9 April 1998 with CAE reports - last report does not contain all pages E1 and G3C
- Email 2 Aug 1999 re CAE NSN - E1
- Email 7 Sept 1999 re CAE - E1
- Email between Dr Dancer and Elliott Berger cc Dr Ohlin E-1
- Email re CAE and shortened design - E1_A1
- Email to AEARO Company cc Dr Ohlin - E1
- Garinther Trip Report to ISL France- E1
- HCWG Meeting agenda 10 Aug 1999 E1
- Information Paper the Combat Arms Earplug 10 mar 2000 - E1_
- Letter from AEARO to Dr Ohlin 24 Mar 1998 - E1_
- Letter to Dr Ohlin from Dr Dancer 1 June 1999 - E1
- Meeting announcement DODHCWG with attachment re NSN for CAE E1
- Memo for CSA re CAE E1_ A1
- Memo requesting NSN and bulk purchase of CAE - E1_A1

F(1)

- Email search results-F1

G(1)(b)

- ARL-HRED Hearing Protection Device Assessment 30 June 1999 - G1b

G(3)(c)

- Agenda for DODHCWG meeting 9 April 1998 with CAE reports - last report does not contain all pages E1 and G3C
- Report on CAE testing by French-Germkan Research institute of Saint-Louis G3c

I(8)

- AHAAH_AIBS_revew_Public_Release_11Aug14-I8
- Effects on Sleep-I8