# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, October 26, 2020 6:50 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Monday, October 26, 2020 11:48:46 AM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/26/2020 at 7:48 AM EDT and filed on 10/26/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 953 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-81) - 1 action(s)** *re: pldg. ([941] in MDL No. 2885, 1 in PAE/2:20-cv-04446)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/26/2020.**

**Associated Cases: MDL No. 2885, PAE/2:20-cv-04446 (JC)**

| | |
|---|---|
| **Case Name:** | PETERSON v. 3M COMPANY et al |
| **Case Number:** | PAE/2:20-cv-04446 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-81) - 1 action(s)** *re: pldg. ( [941] in MDL No. 2885, 1 in PAE/2:20-cv-04446)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/26/2020.**

**Associated Cases: MDL No. 2885, PAE/2:20-cv-04446 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**PAE/2:20-cv-04446 Notice has been electronically mailed to:**

Dino Privitera     dino@priviteralaw.com

**PAE/2:20-cv-04446 Notice will not be electronically mailed to:**

3M COMPANY
c/o Corporation Service Company
2595 Interstate Drive; Suite 103
Harrisburg, PA 17110

3M OCCUPATIONAL SAFETY LLC
c/o Corporation Service Company
2595 Interstate Drive; Suite 103
Harrisburg, PA 17110

AEARO HOLDING LLC
c/o Corporation Service Company
2595 Interstate Drive; Suite 103
Harrisburg, PA 17110

AEARO INTERMEDIATE LLC
c/o Corporation Service Company
2595 Interstate Drive; Suite 103
Harrisburg, PA 17110

AEARO LLC
c/o Corporation Service Company
2595 Interstate Drive; Suite 103
Harrisburg, PA 17110

AEARO TECHNOLOGIES LLC

c/o Corporation Service Company
2595 Interstate Drive; Suite 103
Harrisburg, PA 17110

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/26/2020] [FileNumber=1022014-0
] [417cd353d610ce5f71c801ee18193c86c3cd61d697e37125f9ddb30c117ea0e15fe
dd3c8423a90dbd2d8a735dc27e4d222ae61ac24bc00fd7d0ce4973f0fa4dd]]