# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,                    Case No. 3:19-md-2885-MCR-GRJ

                                         Judge M. Casey Rodgers
                                         Magistrate Judge Gary Jones

This Document Relates to All Cases
_____/

## O R D E R

Defendants' Motion for Leave to File a Reply Memorandum in

Support of Defendants' Motion to Compel Against the Department of

Defense, ECF No. 1485, is **GRANTED.** Defendants must file their reply

memorandum, limited to five pages, by the close of business on October

30, 2020.

**DONE AND ORDERED** this 27th day of October 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge