IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-2D-2885 |
| *This document relates to:* *The Master Docket and* | JUDGE M. CASEY RODGERS MAGISTRATE JUDGE GARY JONES |
| *Young v. 3M Company, et al;8:20-cv-61188* *Manor v. 3M Company, et al;8:20-cv-63338* *Labbe v. 3M Company, et al;8:20-cv-63354* *Aristide v. 3M Company, et al;8:20-cv-63521* | |

_____

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 3, Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Derriel C. McCorvey hereby moves the Court for an order for admission to practice *pro hac vice* in the above-styled cases, and in support thereof states as follows:

1. Movant resides in Louisiana and is not a resident of the State of Florida.  Movant is admitted to practice and is a member of good standing of the State Bar of Louisiana (Bar No. 296083) and the State of Texas (Bar No. 24073351).

2. A copy of the Certificate of Good Standing from the Louisiana State Bar is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16034736663863, and the CM/ECF online tutorial.

4. Movant has submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. Movant has an upgraded, "NextGen" PACER account, and it is an individual account and not a firm account.

6. Movant will file a Notice of Appearance in the master case, *In re: 3M Combat Arms Earplugs Products Liability Litigation,* No. 2:19-md-2885 (MCR)(GRJ).

7. Movant will file a Notice of Appearance in the related cases, *Young v. 3M Company, et al;8:20-cv-61188; Manor v. 3M Company, et al;8:20-cv-63338; Labbe v. 3M Company, et al;8:20-cv-63354 and Aristide v. 3M Company, et al;8:20-cv-63521*.

WHEREFORE, Derriel C. McCorvey respectfully requests that this Court enter an Order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of electronic case filings to the undersigned.

Dated:  October 28, 2020

    Respectfully Submitted By:

          **McCORVEY LAW, LLC**

          /s/ Derriel C. McCorvey
          Derriel C. McCorvey
          LA Bar Roll # 26083
          TX Bar Roll# 24073351
          102 Versailles Blvd., Ste. 620
          Post Office Box 2473
          Lafayette, LA 70502
          Tel. 337-291-2431
          Fax 337-291-2433
          derriel@mccorveylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, I caused the foregoing *Motion to Appear Pro Hac Vice* to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Derriel C. McCorvey
Derriel C. McCorvey

# EXHIBIT A

United States of America

State of Louisiana

## Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *DERRIEL CARLTON MCCORVEY ESQ., #26083*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 23rd Day of April, 1999 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 21st Day of October, 2020, A.D.

_____
Clerk of Court
Supreme Court of Louisiana