# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   October 28, 2020

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Derriel C. McCorvey   on  October 28, 2020      Doc. #  1488

Response _____   on _____   Doc. # ____

_____ Stipulated         _____ Joint Pleading
_____ Unopposed         _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 28th day of October 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**