**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

This Document Relates to All Cases
_____/

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## ORDER

Pending before the Court is Defendants' Motion for Leave to File a Reply Memorandum in support of their Motion to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions (ECF No. 1479). Defendants state in the instant motion that Plaintiffs object to their request to file a reply memorandum. Accordingly, Plaintiffs must file a response to Defendants' motion for leave by **no later than the close of business (5:00 p.m. Eastern Time) on Friday, October 30, 2020**.

**DONE AND ORDERED** this 29th day of October 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge