IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-MD-2885 |
| *This document relates to:* *The Master Docket and* | JUDGE M. CASEY RODGERS MAGISTRATE JUDGE GARY JONES |

*Labbe v. 3M Company, et al;8:20-cv-63354*

_____

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Derriel C. McCorvey of McCorvey Law, LLC, hereby enters his appearance as counsel for Plaintiff Glenn Labbe in the above-styled cause of action, pursuant to Pretrial Order No. 3 (ECF No. 4).  Mr. McCorvey's Motion to Appear *Pro Hac Vice* before the United States District Court, Northern District of Florida, Pensacola Division was granted on October 28, 2020 (ECF No. 1490).

Dated:  October 30, 2020

Respectfully Submitted By:

McCORVEY LAW, LLC

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
102 Versailles Blvd., Ste. 620
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
derriel@mccorveylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2020, I caused the foregoing *Notice of Appearance* to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Derriel C. McCorvey
Derriel C. McCorvey