# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>The Master Docket<br>*McNeal v. 3M Company, et al.*, 7:20-cv-66<br>*Montero v. 3M Company, et al.*, 7:20-cv-67 | MDL Case No. 3:19-MD-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in this action. The Court granted undersigned counsel admission *pro hac vice* pursuant to paragraph IV of Pretrial Order No. 3 on October 27, 2020. [Dkt. No. 1487]. Counsel respectfully requests that all notices, correspondence, filings, and other papers in the Master Docket of MDL 2885 be served upon her at the address listed below.

Dated: October 30, 2020

    Respectfully submitted,

    */s/ Ashley Barriere*
    Ashley Barriere (LA Bar #38129)
    KELLER LENKNER LLC
    150 N. Riverside Plaza, Suite 4270
    Chicago, Illinois 60606
    (312) 210-7307
    ashley.barriere@kellerlenkner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2020, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Ashley Barriere*
Ashley Barriere