# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

Pending before the Court is Defendants' Motion for Leave to File a Reply Memorandum, ECF No. 1492, in support of their Motion to Compel Plaintiffs to Produce All Facts or Data Considered by Plaintiffs' Experts in Forming Their Opinions, ECF No. 1479.  Plaintiffs oppose this request because they contend it would open the door to new arguments not raised in Defendants' initial motion to compel.  The Court has reviewed Plaintiffs' response to Defendants' motion to compel, as well as the instant motion. The Court concludes that a reply memorandum would assist in resolving Defendants' motion to compel, and therefore the motion is due to be granted.

According, it is **ORDERED** that Defendants' Motion for Leave to File a Reply Memorandum, ECF No. 1492, is **GRANTED**.  Defendants must file

2

any reply memorandum, limited to four pages, by **no later than the close of business (5:00 p.m. Eastern Time) on Tuesday, November 3, 2020**.

**DONE AND ORDERED** this 30th day of October 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge