# EXHIBIT B

**From:** Neglia, Ashley <ashley.neglia@kirkland.com>
**Sent:** Wednesday, October 21, 2020 12:52 PM
**To:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>; Nomellini, Mark J. <mnomellini@kirkland.com>; Carter, Cole <cole.carter@kirkland.com>
**Subject:** RE: MOSs for Bellwether Groups A and B

Hi Josh,

See below list of weapons systems and vehicles identified to date:

**Weapons Systems/Vehicles**
1. M60
2. M4
3. M2
4. M240
5. M203
6. M249
7. Mark 19
8. M16
9. M9
10. Bradley 25 mm
11. C4 explosives/charges
12. Springfield XDM .40 cal pistol
13. AR-15 5.56
14. SIG Sauer P365
15. SIG Sauer P238
16. RDX charges/explosives
17. M1126 Stryker Vehicle
18. C-130
19. C-17
20. C-5
21. Fueling Vehicles
22. 998 Fuel Truck
23. UH-60
24. MRAP
25. Military ambulances

Best,
Ashley

**Ashley Neglia**

**KIRKLAND & ELLIS LLP**
555 South Flower Street, Los Angeles, CA 90071
**T** +1 213 680 8114
**F** +1 213 680 8500

Ashley.Neglia@kirkland.com

**From:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>
**Sent:** Wednesday, October 21, 2020 10:41 AM
**To:** Nomellini, Mark J. <mnomellini@kirkland.com>; Carter, Cole <cole.carter@kirkland.com>
**Cc:** Neglia, Ashley <ashley.neglia@kirkland.com>
**Subject:** RE: MOSs for Bellwether Groups A and B



Mark – Thanks for the clarification. I'd appreciate it if you could send me the list of 25 weapons systems.

---

**From:** Nomellini, Mark J. <mnomellini@kirkland.com>
**Sent:** Tuesday, October 20, 2020 5:40 PM
**To:** Kolsky, Joshua (CIV) <jkolsky@CIV.USDOJ.GOV>; Carter, Cole <cole.carter@kirkland.com>
**Cc:** Neglia, Ashley <ashley.neglia@kirkland.com>
**Subject:** RE: MOSs for Bellwether Groups A and B

Josh: Thanks. Just to be clear, the number of weapons systems is 25, not 23. We would like to complete by November 2, as our expert report deadline is November 9.

---

**From:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>
**Sent:** Tuesday, October 20, 2020 4:38 PM
**To:** Carter, Cole <cole.carter@kirkland.com>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Neglia, Ashley <ashley.neglia@kirkland.com>
**Subject:** RE: MOSs for Bellwether Groups A and B

Thanks Cole. I have a couple follow-up questions from our call today. Regarding the HHAs, could you please send a list of the 23 weapons systems that you referred to? Also, am I correct that you are seeking HHA documents for those 23 weapon systems, produced at a rate of 13 per week with the production complete before November 9?

---

**From:** Carter, Cole <cole.carter@kirkland.com>
**Sent:** Tuesday, October 20, 2020 5:06 PM
**To:** Kolsky, Joshua (CIV) <jkolsky@CIV.USDOJ.GOV>
**Cc:** Nomellini, Mark J. <mnomellini@kirkland.com>; Neglia, Ashley <ashley.neglia@kirkland.com>
**Subject:** MOSs for Bellwether Groups A and B

Josh,

Attached is a list of the MOSs for bellwether groups A and B.

Thanks,
Cole

**Cole Carter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 1951   M +1 312 241 8385
F +1 312 862 2200

cole.carter@kirkland.com

**F** +1 312 862 2200

cole.carter@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.