# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 57
### Amendment to Pretrial Order No. 22

This Order amends Pretrial Order No. 22 for the purpose of defining the process by which cases filed on the administrative docket, *In re 3M Administrative Docket*, 3:19mc87, may be reinstated. When a plaintiff's case is voluntarily dismissed without prejudice from the administrative docket following submission of a Request for Dismissal from Administrative Docket on MDL Centrality, he or she may subsequently request that the Court reinstate the case by submitting a Request to Reinstate Case on Administrative Docket through MDL Centrality (the "Request"). BrownGreer PLC will transfer any such requests to the Court. Unless plaintiff's case has already been refiled on the 3M MDL docket pursuant to Pretrial Order No. 22 ¶ 8, the Court will then file the Request on plaintiff's individual case docket, add the attorneys of record for both sides to the dockets, and send electronic notices of same directly to the attorneys. After receiving electronic notice from the Court that the form has been filed in plaintiff's individual case, plaintiff should

proceed as set forth in Section III of the Request, if applicable.  If any motions are filed pursuant to the Request, Defendants will have an opportunity to respond pursuant to Local Rule 7.1.  The Court will enter an Order on whether plaintiff's case will be reinstated; submission of the Request does not automatically reinstate any case.

**SO ORDERED**, on this 2nd day of November, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**