UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>PAUL J. TANNISH JR.<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br><br><br><br>Civil Action No.: |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Scott M. Marsik, hereby move this Court for an order for admission to practice *pro hac vice* in the above-captioned matter only, and in support state as follows:

1. Movant resides in the State of Illinois and is not a resident of the State of Florida.

2. Movant is admitted to practice law in the State of Illinois and is a member in good standing of the state bar. A copy of a Certificate of Good Standing from the Supreme Court of Illinois is attached hereto.

3. Movant has successfully completed the Attorney Admission Tutorial pursuant to Local Rule 11.1. Movant's confirmation number is **FLND16039963643876**.

4.	Movant hereby certifies that he is familiar with the CM/ECF e-filing system and has an "upgraded" PACER account.

5.	Movant will pay the $201 *pro hac vice* fee contemporaneously with the filing of this motion.

WHEREFORE, Scott M. Marsik respectfully requests that this Court enter an order granting this motion to appear *pro hac vice* and directing the clerk to provide notice of electronic filings accordingly.

                Respectfully submitted,

                /s/ Scott M. Marsik
                SCOTT M. MARSIK
                Illinois Bar No. 6319347
                Law Offices of J. Scott Marsik
                3341 Hobson Rd. Suite A
                Woodridge, IL 60517
                (630) 971-3600
                (630) 971-3614 (fax)
                smm@jscottmarsiklaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing motion for admission *pro hac vice* was filed electronically with the Clerk of the Court using the CM/ECF system on November 2, 2020 and served electronically on all counsel of record.

                /s/ Scott M. Marsik
                SCOTT M. MARSIK
                Illinois Bar No. 6319347