UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on October 30, 2020

Motion/Pleadings: Plaintiffs' Motion for Leave to File Under Seal Exhibits to their Motion to Authorize Disclosure of Military Records

Filed by Plaintiffs on October 30, 2020          ECF # 1496

RESPONSES:

_____ on _____ ECF # _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed    _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Kathy Rock*
Deputy Clerk: Kathy Rock

For good cause shown, the motion is **GRANTED, as requested**.

**DONE and ORDERED** this 5th day of November, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**