# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| **IN RE: 3M COMBAT ARMS** | § | |
| **EARPLUG PRODUCTS** | § | **Case No. 3:19md2885** |
| **LIABILITY LITIGATION** | § | |
| | § | **Judge M. Casey Rodgers** |
| **This Document Relates to:** | § | **Magistrate Judge Gary R. Jones** |
| **Shawn Coe, 3:20cv5873** | § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Mark W. Long, Applicant herein, and moves this Court to grant admission to the United States District Court for the Northern District of Florida *pro hac vice* to represent Plaintiff Shawn Coe in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm Long Wood LLP with offices at:

| | |
|---|---|
| **Mailing Address:** | **Long Wood LLP** |
| | **508 Powell Street** |
| | **Austin, TX 78703** |
| **Telephone:** | **(512) 329-5005** |
| **Facsimile:** | **(737) 931-1512** |
| **Email:** | **mark@long-wood.com** |
| **Admin CC:** | **michelle@long-wood.com** |
| | **contact@long-wood.com** |

2.      Since November 2, 1984, Applicant has been and presently is a

member of and in good standing with the Bar of the State of Texas.

Applicant's bar license number is Texas Bar No. 12521950.

3.      Applicant has been admitted to practice before the following courts:

**State Bar of Texas / State & Supreme Courts**

**November 2, 1984**

**Western District of Texas / Federal Court**

**March 12, 2009**

4.      Applicant is presently a member in good standing of the bars of the

courts listed above.

5.      Applicant has never been subject to grievance proceedings or

involuntary removal proceedings while a member of the bar of any

state or federal court.

6.      Applicant has not been charged, arrested, or convicted of a criminal

offense or offenses.

7.      Applicant has read and is familiar with the Local Rules of the Western

District of Texas and will comply with the standards of practice set out

therein.

8.      Should the Court grant Applicant's motion, Applicant shall tender the amount of $201.00 as a *pro hac vice* fee in compliance with the U.S. District Court, NDFL rules.

9.      A Certificate of Good Standing from the State Bar of Texas dated October 30, 2020 is attached hereto as Exhibit A.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Mark W. Long to the Northern District of Florida *pro hac vice* for this case only.

Respectfully submitted,

By:_____
**MARK W. LONG**
Texas Bar No. 12521950
mark@long-wood.com
**LONG WOOD LLP**
508 Powell Street
Austin, Texas 78703

P:      512.329.5005
F:      737.931.1512
W:      long-wood.com
CC:     michelle@long-wood.com
        contact@long-wood.com

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF WORD COUNT**

I hereby certify that the word count for the foregoing Motion to Appear

*Pro Hac Vice* is 412 words and therefore complies with the Local Rule limiting

motions to 500 words maximum.

By:
_____
**Mark W. Long**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion

upon each attorney of record and the original upon the Clerk of Court on this

the 6th day of November, 2020.

By:

_____

**Mark W. Long**