UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FILED ELECTRONICALLY

| | |
|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION | CASE NO. 3:19-md-2885 |
| This Document Relates to:<br>*Peterson v. 3M Company, et al.,* No. 3:20-cv-05910 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dino Privitera, Esq., of the Privitera law Firm LLC, enters his appearance as counsel for Plaintiff in the below action(s) transferred to this Court after being directly filed in the Eastern District of Pennsylvania:

1. *Anthony Chadee Peterson v. 3M Company, et al*, Case No. 3:20-cv-05910

Dino Privitera, Esq., is an attorney of record in the above-referenced action transferred to this Court (MDL Case No. 2885) and has completed the administrative requirements outlined in Pretrial Order No. 3 (ECF No. 4) (Tutorial Confirmation FLND15998559553743).

All further papers and pleadings in this action should be served to the undersigned.

Respectfully Submitted,

THE PRIVITERA LAW FIRM LLC


/s/ Dino Privitera
_____

Dino Privitera, Esquire
123 S. Broad Street; Suite 2170
Philadelphia, PA 19109
Tel: (215) 709-7007
e-fax: (215) 501-5934
dino@priviteralaw.com

Attorney for Plaintiff,
Anthony Chadee Peterson

Date: November 13, 2020

## **CERTIFICATE OF SERVICE**

      I, Dino Privitera, Esquire counsel for the Plaintiff herein, certify that the foregoing Notice of Appearance has been electronically filed on the date indicated below and is available for viewing and downloading from the Court's ECF system by all counsel of record.

                                        THE PRIVITERA LAW FIRM LLC

                                        /s/ Dino Privitera
By:    _____
                                        Dino Privitera, Esquire
                                        Attorney for Plaintiff
                                        Anthony Chadee Peterson

Date:  November 13, 2020