UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Fortie, et al v. 3M COMPANY et al, 3:19-cv-dd00595-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that undersigned hereby enters his appearance in this action as counsel for Plaintiffs:

Fortie v. 3M Company et al- 3:19-cv-00595-MCR-GRJ

Duncan v. 3M Company et al 3:19-cv-01809-MCR-GRJ

Venson v. 3M Company et al 3:19-cv-01814-MCR-GRJ

Angulo v. 3M Company et al 3:19-cv-01815-MCR-GRG

Caldwell v. 3M Company et al 3:19-cv-01817-MCR-GRJ

Daudette v. 3M Company et al 3:19-cv-01828-MCR-GRJ

Bracey v. 3M Company et al 3:19-cv-01851-MCR-GRJ

Canton v. 3M Company et al 3:19-cv-01855-MCR-GRJ

Riera v. 3M Company et al 3:19-cv-01859-MCR-GRJ

Netterfield v. 3M Company et al 3:19-cv-01861-MCR-GRJ

All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted this 19th day of November, 2020.

        FEARS NACHAWATI, PLLC

        */s/ Nicholas Gibson*
        Nicholas Gibson Tx Bar No. 24118749
        ngibson@fnlawfirm.com
        **Fears Nachawati Law Firm**
        5473 Blair Road
        Dallas, Texas 75231
        P: (214) 890-0711
        F: (214) 890-0712

        **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 19th day of November, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system.

                                             */s/ Nicholas Gibson*
                                             Nicholas Gibson