**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Actions | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE
TO FILE CERTAIN DOCUMENTS UNDER SEAL**

**THIS MATTER** is before the Court on Plaintiffs' Motion for Leave to File Certain Documents Under Seal. Upon review of the motion and the record, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED.**

Plaintiffs' Exhibits A1 through A4 to its Motion to Authorize Disclosure of Military Records have been marked CONFIDENTIAL pursuant to the Protective Order in this case, and accordingly, shall remain under seal, until otherwise ordered by the Court.

**DONE AND ORDERED** in Chambers at Pensacola, Escambia County, Florida, this _____ day of November, 2020.

                                                CHIEF JUDGE M. CASEY RODGERS
                                                UNITED STATES DISTRICT JUDGE