IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § § | Case No. 3:19md2885 Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| Fortie, et al v. 3M COMPANY, et al | § | |

## AMENDED MOTION FOR ADMISSION *PRO HAC VICE* INTO 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Nicholas Gibson, Applicant herein, and moves this Court to grant admission to the United States District Court for the Northern District of Florida *pro hac vice* to represent Plaintiffs (Exhibit B) in 3M Combat Arms Earplug Products Liability Litigation, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm Fears and Nachawati with offices at:

   **Mailing Address:** 5473 Blair Road
   Dallas, Texas 75231
   **Telephone:** (214) 890-0711
   **Facsimile:** (214) 890-0712

Email: ngibson@fnlawfirm.com

2. Since May, 2020, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is Texas Bar No. 24118749.

3. Additionally, applicant has been admitted to practice before the following courts:

**Washington State Bar / State Court**

**April 18, 2016**

**State Bar of New Mexico / State Court**

**July, 2016**

4. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District of Florida, completed the online Attorney Admission Tutorial, confirmation Number **FLND16050215573903** and completed the CM/ECF online tutorials.

5. Applicant is presently a member in good standing of the bars of the courts listed above.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Applicant has read and is familiar with the Local Rules of the Northern District of Florida and will comply with the standards of practice set out therein.

9. Should the Court grant Applicant's motion, Applicant shall tender the amount of $201.00 as a *pro hac vice* fee in compliance with the U.S. District Court, NDFL rules.

10. A Certificate of Good Standing from the State Bar of Texas dated October 28, 2020 is attached hereto as Exhibit A.

11. All Plaintiffs related to this specific motion are attached hereto as Exhibit B.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Nicholas Gibson to the Northern District of Florida *pro hac vice* for 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION.

Respectfully submitted,

By: /s/ *Nicholas Gibson*
**NICHOLAS GIBSON**
Texas Bar No. 24118749
ngibson@fnlawfirm.com
**Fears Nachawati LawFirm**
5473 Blair Road
Dallas, Texas 75231

P: 214.890.0711
F: 214.890.0712

- 4 -

- 4 -

**ATTORNEY FOR PLAINTIFFS**

# CERTIFICATE OF WORD COUNT

I hereby certify that the word count for the foregoing Amended Motion to Appear *Pro Hac Vice* is 323 words and therefore complies with the Local Rule limiting motions to 500 words maximum.

By: /S/ *Nicholas Gibson*
_____
NICHOLAS GIBSON

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this amended motion upon each attorney of record and the original upon the Clerk of Court on this the 19th day of November, 2020.

By /s/: <i>Nicholas Gibson</i><br>
Nicholas Gibson

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 28, 2020

Re: Nicholas Gibson, State Bar Number 24118749

To Whom It May Concern:

This is to certify that Nicholas Gibson was licensed to practice law in Texas on May 07, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# EXHIBIT B

# PLAINTIFFS

3:19-cv-00595-MCR-GRJ   FORTIE v 3M COMPANY et al

3:19-cv-01809-MCR-GRJ   DUNCAN v. 3M COMPANY et al

3:19-cv-01814-MCR-GRJ   VENSON v. 3M COMPANY et al

3:19-cv-01815-MCR-GRJ   ANGULO v. 3M COMPANY et al

3:19-cv-01817-MCR-GRJ   CALDWELL v. 3M COMPANY et al

3:19-cv-01828-MCR-GRJ   DAUDETTE v. 3M COMPANY et al

3:19-cv-01851-MCR-GRJ   BRACEY v. 3M COMPANY et al

3:19-cv-01855-MCR-GRJ   CANTON v. 3M COMPANY et al

3:19-cv-01859-MCR-GRJ   RIERA v. 3M COMPANY et al

3:19-cv-01861-MCR-GRJ   NETTERFIELD v. 3M COMPANY et al