# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: **3:19-md-2885-MCR/GRJ**            Date: November 20, 2020
In Re: **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY:** Eighteenth Case Management Conference

Attendance of counsel in person, by video and by telephone. U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video. Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:** Bryan Aylstock, Shelley Hutson, and Jennifer Hoekstra with additional counsel in the courtroom, by video and by phone

**Lead Counsel for Defendants:** Larry Hill and Charles Beall with additional counsel by video and by phone
**3M Co. and Aearo**

**PROCEEDINGS:**

Pre-conference Meeting w/lead counsel from 8:30 am to 9:45 am

10:08 am    Court in Session - Introduction of Counsel
           Court and counsel address the following agenda items:
- Government discovery
- DOJ and record productions
- Stipulations
- Consolidation Briefing – oral argument
- Expert depositions and deadlines
- Sequencing dispute – briefing deadline
- Scheduling Defense Medical Exams
- Scheduling Supplemental ESI Disclosure for Bellwether cases
- Next CMCs: Thursday, December 17, 2020
- Choice of Law – oral argument

10:47 am    Court in Recess