# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, | ) Case No. 3:19md2885 ) ) ) ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) ) Magistrate Judge Gary R. Jones ) ) ) |

## MOTION OF MARIA PELLEGRINO RIVERA FOR ADMISSION *PRO HAC VICE* AND REQUEST TO RECEIVE ELECTRONIC NOTICE OF FILINGS

Pursuant to Pretrial Order No. 3 (ECF No. 4), Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Maria Pellegrino Rivera ("Movant") of the law firm Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, respectfully moves for admission *pro hac vice* to appear as counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and to receive Notice of Electronic Filings in this action. In support of this motion Movant states:

1

1. Movant resides in Phoenix, Arizona and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida.

3. Movant is licensed to practice and is a member in good standing of the bars for the states of Arizona and Illinois.

4. A copy of a Certificate of Good Standing from the State Bar of the State of Illinois, dated within 30 days of this motion, is attached as **Exhibit A**.

5. Movant certifies that she has successfully completed both the online Local Rules tutorial exam (confirmation number FLND16059139053928 and the CM/ECF Online Tutorials, as required by Local Rule 11.1.

6. Movant has remitted simultaneously with the filing of the motion the Court's $201.00 *pro hac vice* admission fee.

7. Movant has updated her PACER account to "NextGen."

8. Upon admission, Maria Pellegrino Rivera respectfully requests that she be provided Notice of Electronic Filings to the following email address: mrivera@kirkland.com.

WHEREFORE, Maria Pellegrino Rivera respectfully requests that this Court enter an order granting her motion to appear *pro hac vice* on behalf of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC and directing the clerk to provide Notice of Electronic Filings to the undersigned.

DATED:  November 23, 2020

By: */s/ Maria Pellegrino Rivera*
Maria Pellegrino Rivera
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel.: (312) 862-2000
Email: mrivera@kirkland.com

*Attorney for Defendants 3M Company, 3M Occupational Safety LLC,  Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 23rd day of November, 2020, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

DATED:  November 23, 2020        */s/ Maria Pellegrino Rivera*
                                 Maria Pellegrino Rivera