UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**REFERRAL AND ORDER**

Referred to Judge Rodgers on:  November 24, 2020
Motion/Pleading:  Motion for Admission *Pro Hac Vice* and Request to Receive Electronic Notice of Filings
Filed by:  Maria Pellegrino Rivera, Esq.   on  11/23/2020   Doc. #  1538
RESPONSES:
                                                   on                       Doc. #
                                                   on                       Doc. #

___ Stipulated        ___ Joint Pldg.
___ Unopposed      ___ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk:  Donna Bajzik

# **ORDER**

On consideration, the motion is **GRANTED**.

**DONE AND ORDERED**, this 24th of November, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**