UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No.: 3:19-md-2885<br><br>Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

I, Sindhu S. Daniel, hereby file this Notice to advise of the change in firm and address effective as of the date of this Notice as follows:

> Sindhu S. Daniel, Esquire
> GRANT & EISENHOFER P.A.
> 123 Justison Street
> Wilmington, DE 19801
> Phone: 302-622-7033
> Fax: 302-622-7100
> E-mail: sdaniel@gelaw.com

All notices and documents pertaining to this action should be sent to the above address.

Date: November 30, 2020

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel (*Pro Hac Vice*)
Tudor I. Farcas (*Pro Hac Vice*)
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Phone: 302-622-7000
Fax: 302-622-7100
sdaniel@gelaw.com
tfarcas@gelaw.com

## **CERTIFICATE OF SERVICE**

I, Sindhu S. Daniel, hereby certify that on November 30, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Sindhu S. Daniel*