UNITED STATES DISTRICT COURT
NORTHERN DISTRIC OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COPMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION    ) <br> ) <br> ) <br> ) | Case No. 3:19md2885/MCR/GRJ <br><br> Judge M. Casey Rodgers |

**MOTION TO WITHDRAW MARK A. GRIFFIN AS COUNSEL FO RECORD FOR PLAINTIFFS ANDREW FUTERMAN, JOHN TYMCZYSZYN, THOMAS JARRARD, AND EMMANUEL BALUYOT**

Mark A. Griffin hereby respectfully requests that this Court enter an order permitting him to withdraw as counsel for Plaintiffs Andrew Futerman, John Tymczyszyn, Thomas Jarrard, and Emmanuel Baluyot, and states:

1.  I entered a Notice of Appearance in this matter on April 16, 2019 [Dkt.56].

2.  I have retired from Keller Rohrback LLP and will no longer be involved in the handling of this action. Mark Samson and Maxwell H. Goins of Keller Rohrback LLP are admitted in this action and will continue to serve as counsel for Plaintiffs Andrew Futerman, John Tymczyszyn, Thomas Jarrard, and Emmanuel Baluyot.

WHEREFORE, the undersigned respectfully requests that this Court enter an order permitting him to withdrawal and removing him from the ECF electronic service list for this action.

RESPECTFULLY SUBMITTED this 1st day of December, 2020.

**KELLER ROHRBACK L.L.P.**

By: */s/ Mark A. Griffin*
Mark A. Griffin
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

1

mgriffin@kellerrohrback.com
WA Bar No. 16296

*Attorneys for Plaintiffs Andrew Futerman John Tymczyszyn, Thomas Jarrard, and Emmanuel Baluyot*

## CERTIFICATE OF SERVICE

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on December 1, 2020 and served electronically on all counsel of record.

RESPECTFULLY SUBMITTED this 1st day of December, 2020.

*/s/ Mark A. Griffin*