**APPENDIX A**

**PLAINTIFFS' TRIAL GROUP A EXPERT DEPOSITION CALENDAR**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Armstrong, Steve | P 12/2/20 - 12/3/20 (10/10/20) | Toronto, Ontario proposed by Plaintiffs (10/16/20)<br><br>Remote proposed by Plaintiffs (due to border restrictions) (10/20/20) | Toronto, ON | 12/3/20 confirmed by Defendants (10/27/20) | Remote |
| Arriaga, Moises | P 11/24/20 - 11/25/20 (10/10/20)<br><br>D need alternate dates (10/23/20)<br><br>P 12/12/20 & 12/19/20 alt dates (10/26/20)<br><br>P 12/19/20 no longer works (10/27/20), 12/12/20 & 12/13/20 requested by Defendants on 10/27/20, note expert is not available 12/13/20. Defendants were informed 10/29/20 that Dr. Arriaga is not available on 10/13/20.<br><br>D 12/11/20 as second date (11/2/20) | Remote proposed by Plaintiffs (10/06/20) | New Orleans, LA | 12/12/20 confirmed by Defendants (10/27/20)<br><br>12/19/20 confirmed by Defendants (11/3/20) | Remote |

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| | P 12/19/20 works again (11/3/20)<br><br>D request two available consecutive days from previously discussed dates (11/3/20)<br><br>P No two consecutive dates available (11/3/20) | | | | |
| Bielefeld, Eric | P 12/17/20 - 12/18/20 (10/10/20)<br><br>P start time 10AM (EST) and D said likely not an issue (11/23/20) | Columbus, OH proposed by Plaintiffs(10/16/20) | Columbus, OH | 12/17/20 confirmed by Defendants (10/27/20) | In person - Columbus, OH |
| Coetzee, Allie | P 12/2/20 - 12/3/20 (10/10/20)<br><br>P 12/1/20 - 12/2/20 (10/22/20)<br><br>D start time 9AM (EST) (11/25/20) | Tyson's Corner, VA proposed by Plaintiffs (10/10/20)<br><br>D requested remote (11/20/20) | Washington, DC | 12/2/20 confirmed by Defendants (10/30/20)<br><br>7:30AM (EST) | Remote |

2

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Davis, Elizabeth | P 12/9/20 - 12/10/20 (10/10/20) | Cedar Bluff, VA proposed by Plaintiffs (10/16/20)<br><br>Remote proposed by Plaintiffs (10/20/20) | Johnson City, TN | 12/9/20 & 12/10/20 confirmed by Defendants (10/23/20) | Remote |
| Eddins, David | 12/14/20 - 12/15/20 (10/10/20) | Tampa, FL proposed by Plaintiffs (10/16/20)Remote proposed by Plaintiffs (10/20/20)In person proposed by Defendants (10/29/20)Remote proposed by Plaintiffs (11/25/20) | Tampa, FL | 12/15/20 confirmed by defendants (10/27/20) | Remote |

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Edens, Tim (GENERAL) | P 11/24/20 - 11/25/20 or 12/3/20 - 12/6/20 (10/10/20) | Pensacola proposed by Plaintiffs (10/14/20)<br><br>Houston, AL proposed by Plaintiffs (10/16/20)<br><br>Birmingham, AL proposed by Plaintiffs (10/20/20)<br><br>D requested remote (11/20/20) | Birmingham, AL | 12/3/2020 confirmed by Defendants (10/27/20) | D Remote |
| Fagelson, Marc | P 12/9/20 or 12/11/20 (10/13/20) | Johnson City, TN proposed by Plaintiffs (10/16/20) | Johnson City, TN | 12/9/20 & 12/10/20 confirmed by Defendants (10/27/20) | Johnson City, TN |

4

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Franks, John | P 11/10/20 or 11/17/20 (10/10/20)D need later dates (10/23/20)P week of December 1st (10/29/20)P Witness in poor health, request trial preservation depo (11/3/20)P checking with witness to see if week of December 7th works, with trial preservation depo at a later date (11/9/20)P 12/7/20 and 12/14/20 for discovery and trial preservation depos (11/10/20) | Cincinnati, OH proposed by Plaintiffs (10/16/20) | Cincinnati, OH | 12/7/20 & 12/14/20 confirmed by Defendants (11/24/20) | In person - Cincinnati, OH |
| Huston, Blaine | P 11/23/20 - 11/24/20, 12/7/20 - 12/8/20 or 12/14/20 (10/10/20) | San Francisco Bay Area proposed by Plaintiffs (10/14/20)<br><br>Agreed Remote (11/23/20) | San Francisco Bay Area, CA<br><br>P Remotely (11/17/20) | 12/8/20 confirmed by Defendants (10/23/20) | Remote |

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Johnson, Robert | P flexible availability between 11/20/20 and 12/11/20 (10/10/20)<br><br>D 11/20/20, 12/1/20 - 12/2/20 (10/30/20)<br><br>Defendants instruct Plaintiffs to pick one of these dates 11/20/20, 12/1/20 - 12/2/20 and they will be available (11/3/20)<br><br>P start time will be later and we will confirm with witness (11/23/20)<br><br>P request 10AM (PST) (11/25/20)<br><br>D 12/2/20 since Mills is pulled down (11/25/20)<br><br>P witness no longer available on 12/2/20 (11/27/20) | San Jose, CA proposed by Plaintiffs (10/16/20)<br><br>San Francisco Bay Area proposed by Plaintiffs (10/20/20)<br><br>Remote proposed by Defendants (10/30/20) | San Francisco Bay Area, CA<br><br>P Remotely (11/17/20) | 12/1/20 confirmed by Plaintiffs (11/17/20)<br><br>Noticed for 10AM (PST) (11/27/20) | Remote (11/25/20) |
| Juneau, Roger | P flexible availability between 11/20/20 and 12/11/20 (10/10/20) | New Orleans, LA proposed by Plaintiffs (10/16/20) | New Orleans, LA | 12/11/2020 confirmed by Defendants (10/27/20) | New Orleans, LA |

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Kucsma, Kristin | P 12/21/20 - 12/22/20 (10/10/20)<br><br>D need an earlier date (10/23/20)<br><br>P 12/15/20 - 12/16/20 (10/26/20) | Newark, NJ proposed by Plaintiffs (10/16/20)<br><br>Remote proposed by Plaintiffs (10/20/20) | New York, NY | 12/15/20 & 12/16/20 confirmed by Defendants (10/27/20) | Remote |
| Lustig, Larry | P 11/23/20 - 11/24/20 (10/10/20)<br><br>P 12/19/20 - 12/20/20 (10/27/20)<br><br>D 11/23/20 & 11/24/20 (10/27/20)<br><br>D will accept 12/19/20 & 12/20/20 if no earlier dates are available (11/4/20)<br><br>P 12/19/20 - 12/20/20 (11/5/20)<br><br>P 12/20/20 rather than 12/19/20 (11/25/20) | NY, NY proposed by Plaintiffs (10/16/20)<br><br>Remote proposed by Plaintiffs (10/20/20) | New York, NY | 12/20/20 confirmed by Plaintiffs (11/25/20) | Remote |

7

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Madigan, David | P 12/8/20 or 12/11/20 (10/10/20) | Boston, MA proposed by Plaintiffs (10/16/20)<br><br>Remote proposed by Plaintiffs (10/20/20) | Boston, MA | 12/11/20 confirmed by Defendants (10/23/20) | Remote |
| Marshall, Chris | P 11/19/20 or 12/3/20 - 12/4/20 (10/10/20) | San Antonio, TX proposed by Plaintiffs (10/14/20)<br><br>Agreed Remote (11/23/20) | San Antonio, TX | 12/3/20 confirmed by Defendants (10/23/20) | Remote |
| McKinley, Richard | P 12/9/20 - 12/10/20 (10/10/20) | Dayton, OH proposed by Plaintiffs (10/16/20)<br><br>Remote proposed by Plaintiffs(10/20/20)<br><br>In person requested by Defendants (10/23/20), Defendants requesting to conduct deposition in person (10/27/20), Plaintiffs checking with expert (10/29/20)<br><br>Agreed Remote (11/23/20) | Cincinnati, OH | 12/9/20 confirmed by Defendants (10/27/20) | Remote |

8

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Ostacher, Michael | P 12/11/20 or 12/12/20 (10/10/20) | Stanford, CA proposed by Plaintiffs (10/16/20)San Francisco Bay Area proposed by Plaintiffs (10/20/20)P requested remote (11/24) | San Francisco Bay Area, CA | 12/11/20 & 12/12/20 confirmed by Defendants (10/27/20) | Remote |
| Packer, Mark | P 12/17/20 - 12/18/20 [seeking earlier dates also] (10/10/20)<br><br>D need an earlier date, possibly 12/7/20 & 12/8/20 (10/23/20)<br><br>P due to witness' schedule, unable to offer alt dates (10/26/20) | St. Louis, MO proposed by Plaintiffs (10/16/20)<br><br>P requested remote (11/19) | St. Louis, MO | 12/17/20 & 12/18/20 confirmed by Defendants (10/27/20) | Remote |

9

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Rose, Eric | P 12/2/20 and 12/7/20 (10/10/20) | Los Angeles, CA proposed by Plaintiffs (10/16/20)<br><br>Thousand Oaks, CA proposed by Plaintiffs (10/20/20)<br><br>Remote proposed by Plaintiffs (10/29/20), Defendants requested in person (10/29/20). Plaintiffs checking with expert (10/29/20) | Los Angeles, CA | 12/7/20 confirmed by Defendants (10/23/20) | Remote |
| Spankovich, Christopher | P 12/10/20 - 12/11/20 (10/10/20) | Jackson, MS proposed by Plaintiffs (10/16/20) | Jackson, MS | 12/10/20 & 12/11/20 confirmed by Defendants (10/27/20) | In person - Jackson, MS |

10

**APPENDIX A**

**DEFENDANTS' TRIAL GROUP A EXPERT DEPOSITION CALENDAR**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Berger, Elliott | D 12/18/20 (11/23/20) | Pending | Pending | Pending | Pending |
| Casali, John | D 12/18/20 (11/11/20) | Remote | Pending | Pending | Pending |
| Crawford, James | D 12/28/20 - 12/30/20 (11/11/20) | Boise, Idaho | Boise, Idaho | 12/28/20 confirmed by Plaintiffs (11/23/20) | Boise, Idaho (11/25/20) |
| Driscoll, Dennis | D 12/15/20 (11/11/20) | In-Person (TBD) | Pending | Pending | In-Person (TBD) |
| Fallon, Eric | D no date yet but following up with witness (11/23/20)<br><br>D 12/22/20 (11/24/20) | Remote | Remote | Pending | Remote |
| Flamme, Gregory | D 12/21/20 - 12/23/20 (11/11/20)<br><br>D 12/21/20 - 12/22/20 (11/12/20) | Forest Grove, Oregon<br><br>D Remote (11/17/20) | Remote | 12/21/20 and 12/22/20 | Remote |

11

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| House, John | D 12/21/20 - 12/22/20 (11/11/20)<br><br>P 12/16/20 and/or 12/17/20 (11/12/20)<br><br>D offered late dates because witness needs to go after corresponding Ps experts. Both Packer and Arriaga give case-specific causation opinions in cases in which Dr. House is opining, and they don't finish their depositions until December 19. P suggested the first business day after that. (11/12/20)<br><br>P 12/28/20 - 12/30/20 and if that doesn't work P will accept 12/21/20 - 12/22/20 (11/23/20)<br><br>D Witness is unavailable 12/28/20 - 12/30/20 (11/24/20) | Los Angeles, California | Los Angeles | 12/21/20 & 12/22/20 confirmed by Plaintiffs (11/23/20) | Los Angeles, California (11/25/20) |
| Jacobs, Douglas | D 12/17/20 - 12/18/20 (11/11/20) | Remote | Remote | 12/18/20 confirmed by | Remote |

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| | | | | Plaintiffs (11/17/20) | |
| Jones, Derek | (on call so may need to adjourn to following morning) D 12/23/20 (11/11/20) | D Pensacola, FL (11/17/20) | Pensacola | 12/23/20 confirmed by Plaintiffs (11/19/20) | Pensacola, FL |
| Kytomaa, Harri | D 12/17/20 - 12/18/20 (11/11/20) <br><br> P later dates if possible (11/12/20) <br><br> D doesn't have anything after dates offered except 1/4/21 (11/23/20) | D Remote (11/11/20) <br> P In person (11/12/20) | Pending | 1/4/21 confirmed by Plaintiffs (11/23/20) | Pending |
| LaBorde, Jennifer | D 12/21/20 - 12/22/20 (11/11/20) | D Pensacola, FL (11/17/20) | Pensacola | 12/21/20 & 12/22/20 confirmed by Plaintiffs (11/19/20) | Pensacola, FL |
| Lundstrom, Samuel | D not a testifier, will not testify at trial (11/23/20) | Pending | Pending | Pending | Pending |
| Neitzel, Richard | D 12/9/20 - 12/10/20 or 12/13/20 - 12/14/20 (11/11/20) <br><br> D 12/16/20 - 12/17/20 (11/12/20) | Remote | Remote | 12/16 and 12/17 | Remote |

## **APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Rubin, Robert | D 12/14/20 - 12/15/20 (11/11/20) | Remote | Remote | 12/14/20 or 12/15/20 confirmed by Plaintiffs (11/19/20) | Remote |
| Sahmel, Jennifer | D 12/14/20 - 12/15/20 (11/11/20)<br><br>D start time 9AM (PST)/10AM (MST) (11/23/20) | Remote | Remote | 12/14/20 & 12/15/20 confirmed by Plaintiffs (11/19/20) | Remote |
| Scarbrough, John | D 12/22/20 (11/11/20)<br><br>D working on a second date (11/23/20)<br><br>D 12/18/20 as second date (11/24/20) | Remote | Remote | Pending | Remote |
| Shanasarian, Michael | D 12/16/20 or 12/18/20 (11/11/20)<br><br>D 12/16/20, 12/29/20 - 12/30/20 (11/23/20) | P Remote (11/23/20) | Remote | 12/30/20 confirmed by Plaintiffs (11/24/20) | Remote |
| Stephenson, Mark | D 12/28/20 - 12/30/20 (11/11/20) | Loveland, Ohio<br><br>D Remote (11/17/20) | Remote | Legally blind and will need special accommodations (11/17/20) | Remote |

**APPENDIX A**

| Expert | Proposed Date | Proposed Location | Location (if in Person) | Final Date | Final Location |
|---|---|---|---|---|---|
| Tuten, Vickie | D 12/23/20 (11/11/20) | Remote | Remote | 12/23/20 confirmed by Plaintiffs (11/24/20) | Remote |