# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to: *Lloyd Baker*, No. 7:20-cv-00039; *Luke Estes*, No. 7:20-cv-00137; *Stephen Hacker*, No. 7:20-cv-00131; *Lewis Keefer*, No. 7:20-cv-00104; *Dustin McCombs*, No. 7:20-cv-00094 | Magistrate Judge Gary R. Jones |

## DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF PLAINTIFFS' MOTION FOR CONSOLIDATION OF BELLWETHER GROUP A FOR TRIAL

1. My name is Christopher A. Seeger, and I am a partner at Seeger Weiss LLP. I am Co-Lead Counsel, a member of the Plaintiffs' Executive Committee, and the Chair of the Joint Settlement Committee.

2. Attached hereto as PX1 is a true and correct copy of 3M's Trial Group A Expert Disclosure Letter dated November 9, 2020.

3. Attached hereto as PX2 is a true and correct copy of Plaintiffs' Trial Group A Expert Disclosure Letter dated October 9, 2020.

4. I swear under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| DATED: December 7, 2020 | */s/ Christopher A. Seeger* <br> Christopher A. Seeger, Co-Lead Counsel <br> (Admitted Pro Hac Vice) <br> New Jersey State Bar No. 042631990 <br> Seeger Weiss LLP <br> 55 Challenger Road 6th Floor <br> Ridgefield Park, NJ 07660 <br> Tel.: (212) 584-0700 <br> cseeger@seegerweiss.com |