# PX1

## KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Mike Brock, P.C.
To Call Writer Directly:
+1 202 389 5991
mike.brock@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

November 9, 2020

**VIA E-MAIL**

Bryan F. Aylstock, Lead Counsel
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
baylstock@awkolaw.com

Re:   *In re: 3M Combat Arms Earplug Products Liability Litigation,*
*3:19-md-2885*

Dear Bryan:

Pursuant to Pretrial Order No. 43, Amended Discovery & Trial Schedule for Trial Group A Cases and Pretrial Order No. 53, Amendment to Pretrial Order No. 43 and the Fed. R. Civ. Pro. 26(a)(2)(B)(iv-vi), Defendants hereby disclose the following expert witnesses:

1. General

   (a) James Crawford (all)
   (b) Vickie Tuten (all)
   (c) Richard Neitzel (for *Baker* and *Keefer*)
   (d) Jennifer Sahmel (for *McCombs, Estes,* and *Hacker*)
   (e) Gregory A. Flamme and Mark R. Stephenson (all)
   (f) Harri Kytomaa (all)
   (g) John Casali (all)
   (h) John Scarbrough and Samuel Lundstrom (all)

2. *Baker* Case-Specific

   (a) John House
   (b) Gregory A. Flamme and Mark R. Stephenson
   (c) John Scarbrough and Samuel Lundstrom
   (d) Michael Shahnasarian
   (e) Jennifer Sahmel

## KIRKLAND & ELLIS LLP

Bryan Aylstock
November 9, 2020
Page 2

3. *Estes* Case-Specific

    (a) John Scarbrough and Samuel Lundstrom
    (b) Richard Neitzel
    (c) Gregory A. Flamme and Mark R. Stephenson
    (d) John House
    (e) Michael Shahnasarian

4. *Hacker* Case-Specific

    (a) John House
    (b) Richard Neitzel
    (c) Robert Rubin

5. *Keefer* Case-Specific

    (a) Derek Jones and Jennifer Laborde
    (b) Jennifer Sahmel
    (c) Douglas Jacobs
    (d) Michael Shahnasarian
    (e) John Scarbrough and Samuel Lundstrom

6. *McCombs* Case-Specific

    (a) Dennis Driscoll
    (b) Robert Rubin
    (c) Richard Neitzel
    (d) Michael Shahnasarian
    (e) John Scarbrough and Samuel Lundstrom

7. Hybrid Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)(C)

    (a) Dr. Eric Fallon (all)
    (b) Elliott Berger (all)

As previously discussed, Dr. Seidemann's reports will be provided on November 16, 2020. The IME report and related expert report for Plaintiff McCombs will also be provided on November 16, 2020.

## KIRKLAND & ELLIS LLP

Bryan Aylstock
November 9, 2020
Page 3

    Defendants reserve their right to have each of their disclosed experts consider (and supplement their reports if necessary) depositions taken after today's date in any relevant case or across all cases, as well as documents that remain to be produced including by the Government.

    In addition, Plaintiffs' expert reports were due on October 9, 2020. As listed in the table below, Plaintiffs served amendments to various expert reports and provided various expert documents after the October 9, 2020 due date. These included amendments to and updated productions for the Eddins, Juneau, and Armstrong reports, served late on the evening of November 6, 2020, and an additional Armstrong production on November 9. The November 6 Eddins production included voluminous data. Defendants reserve the right to amend defendants' expert reports to take into account amendments to, and document productions relating to, plaintiffs' expert reports after the October 9 deadline.

| EXPERT | CASE | DATE |
| --- | --- | --- |
| Roger P. Juneau | General | 10/15/2020 |
| Marc Fagelson | General | 10/29/2020 |
| Moises Arriaga | General | 10/20/2020 |
| Lawrence Lustig | General | 10/20/2020 |
| Mark D. Packer | General | 10/20/2020 |
| Eric P. Rose | General | 10/20/2020 |
| Moises Arriaga | Hacker | 10/27/2020 |
| Christopher Spankovich | Hacker | 10/21/2020 |
| Lawrence Lustig | Keefer | 10/27/2020 |
| Michael J. Ostacher | Keefer | 10/21/2020 |
| Michael J. Ostacher | Keefer | 10/28/2020 |
| Moises Arriaga | McCombs | 10/27/2020 |
| Michael J. Ostacher | McCombs | 10/21/2020 |

## KIRKLAND & ELLIS LLP

Bryan Aylstock
November 9, 2020
Page 4

| EXPERT | CASE | DATE |
|---|---|---|
| Michael J. Ostacher | McCombs | 10/28/2020 |
| David Eddins | General | 10/30/2020 |
| David Madigan | General | 10/30/2020 |
| Vernon E. Rose | General | 11/05/2020 |
| David Eddins | General | 11/06/2020 |
| Steven Armstrong | General | 11/06/2020 |
| Roger P. Juneau | General | 11/06/2020 |
| Steven Armstrong | General | 11/09/2020 |

These reports are designated Confidential pursuant to the Protective Order.

Sincerely,

/s/ Robert C. Brock, P.C.

*Counsel for Defendants*