# PX2

BRYAN F. AYLSTOCK (FL, AL, MS)*
JUSTIN G. WITKIN (FL, MS)
DOUGLASS A. KREIS (FL)
NEIL D. OVERHOLTZ (FL)
R. JASON RICHARDS (FL, CO)
BOBBY J. "BRAD" BRADFORD (FL, AL)
STEPHEN H. ECHSNER (FL)
D. RENÉE BAGGETT (FL)
DANIEL J. THORNBURGH (FL, MN)
NATHAN C. BESS (FL)
* States in which attorney is licensed to practice law

**AYLSTOCK WITKIN KREIS OVERHOLTZ**
www.AWKOLAW.com

17 EAST MAIN STREET, SUITE 200 • PENSACOLA, FLORIDA 32502
PHONE: (850) 202-1010 • FAX: (850) 916-7449

E. SAMUEL "SAM" GEISLER (FL, IL)
JENNIFER M. HOEKSTRA (LA)
JAMES D. BARGER (PA, NJ)
CHELSIE R. WARNER (MT, NV, WA)
S. MARY LIU (CA, FL)
SAMANTHA M. KATEN (FL, NC, CO)
CAITLYN P. MILLER (FL, AL)
D. NICOLE GUNTNER (NY)
LYDIA T. LUCIUS (AL, MO)
MARYBETH PUTNICK (DE, NJ)†
† Of counsel

October 9, 2020

**VIA EMAIL TRANSMISSION**
Mark Nomellini
Kirkland & Ellis, LLP
300 North La Salle
Chicago, IL 60654
mark.nomellini@kirkland.com

    RE:    *In re: 3M Combat Arms Earplug Products Liability Litigation,* 3:19-md-2885

Dear Mark,

    Pursuant to Pretrial Order No. 43, Amended Discovery & Trial Schedule for Trial Group A Cases and Pretrial Order No. 53, Amendment to Pretrial Order No. 43 and the Fed. R. Civ. Pro. 26(a)(1)(B)(iv-vi), Plaintiffs' Leadership hereby discloses the following expert witnesses:

1. General
    a. Steven Armstrong
    b. Dr. Moises Arriaga
    c. Dr. Eric Bielefeld
    d. Althea "Allie" Coetzee Leslie
    e. Dr. David Eddins
    f. Timothy J. Edens
    g. Dr. Marc Fagelson
    h. Dr. John R. Franks
    i. Blaine Huston
    j. Robert W. Johnson
    k. Roger P. Juneau
    l. Dr. Lawrence Lustig
    m. Dr. David Madigan
    n. Christopher R. Marshall
    o. Richard L. McKinley
    p. James A. Mills
    q. Dr. Michael J. Ostacher
    r. Dr. Mark D. Packer
    s. Eric P. Rose
    t. Dr. Vernon Rose
    u. Dr. Christopher Spankovich

Mark Nomellini
October 9, 2020
Page 2

2. *Baker* Case-Specific
   a. Dr. Eric Bielefeld
   b. Dr. Elizabeth Davis
   c. Kristin Kucsma
   d. Dr. Mark D. Packer

3. *Estes* Case-Specific
   a. Dr. Elizabeth Davis
   b. Kristin Kucsma
   c. Dr. Mark D. Packer
   d. Dr. Christopher Spankovich

4. *Hacker* Case-Specific
   a. Dr. Moises Arriaga
   b. Dr. Christopher Spankovich

5. *Keefer* Case-Specific
   a. Dr. Elizabeth Davis
   b. Kristin Kucsma
   c. Dr. Lawrence Lustig
   d. Dr. Michael J. Ostacher
   e. Dr. Christopher Spankovich

6. *McCombs* Case-Specific
   a. Dr. Moises Arriaga
   b. Dr. Elizabeth Davis
   c. Dr. Michael J. Ostacher
   d. Dr. Marc Fagelson
   e. Kristin Kucsma

7. *Rowe* Case-Specific
   a. Dr. Eric Bielefeld
   b. Dr. Elizabeth Davis
   c. Dr. Jessica Rhodes Dimmick
   d. Kristin Kucsma
   e. Dr. Mark D. Packer

P.O. Box 12630
Pensacola, Florida 32591

433 Plaza Real Blvd Ste. 271
Boca Raton, Florida 33432

Mark Nomellini
October 9, 2020
Page 3

Sincerely,

Bryan F. Aylstock