# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                                      Date:   December 3, 2020
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Oral Argument on Choice of Law**

Attendance of counsel in person and by telephone.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.   Argument heard. Order to follow.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
|  | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| **Honorable** | **Gary R. Jones** | | | |
|  | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**     Michael Sacchet, Bryan Aylstock, and Shelley Hutson

**Lead Counsel for Defendants:**   Mark Nomellini, Haley VanFleteren and Charles Beall
**3M Co. and Aearo**

**PROCEEDINGS:**

| 10:43 am | Court in Session - Introduction of Counsel |
| 10:47 | Plaintiffs oral argument (Sacchet) |
| 11:31 | Defendants oral argument (Nomellini) |
| 12:18 | Court inquiry; Plaintiffs (Sacchet) rebuttal argument |
| 12:32 | Court inquiry; Defendants (Nomellini) rebuttal argument |
| 12:36 | Court Adjourned |