**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Gary R. Jones |
| This Document Relates to All Cases | |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Kevin Norris, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in Texas, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. Copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16073548443953, and the CM/ECF online tutorial.

4.  Movant has previously submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5.  Movant has upgraded his PACER account to "NextGen."

6.  Movant represents the Plaintiff in the following action that was directly filed into the MDL:

- FINLEY v. 3M COMPANY 7:20-cv-00170

WHEREFORE, Kevin Norris respectfully requests that this Court enter an order granting this amended motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated:  December 8, 2020                          Respectfully submitted,

/s/ *Kevin Norris*
THOMAS J. HENRY LAW, PLLC

Kevin Norris
knorris@thomasjhenrylaw.com
521 Starr Street
Corpus Christi, Texas 78401
Telephone No.: (361) 985-0600
Facsimile No.:  (361) 985-0601
TX Bar: 24086337

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that the foregoing Amended Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on December 8, 2020 served electronically on all counsel of record.

/s/ *Kevin Norris*
Kevin Norris