UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY  LITIGATION<br><br>This Document Relates to 3:20-cv-05947 | **Master File No.:  3:19-md-2885** |

## MOTION FOR ADMISSION PRO HAC VICE

In accordance with Northern District of Florida Local Rule 11.1 and this Court's April 9, 2019 Pretrial Order No. 3, Plaintiff, through counsel, respectfully move for the admission pro hac vice of Paula S. Bliss of Bernheim Kelley Battista & Bliss LLC, 4 Court Street, Plymouth, MA 02360, for purposes of appearance as counsel on behalf of the Plaintiffs in this MDL, and in support thereof, states as follows:

1. I reside in Massachusetts and am not a resident of the State of Florida.

2. I was admitted to the Commonwealth of Massachusetts Bar in January, 2002: MA Bar number 652361.

3. I am currently a member of the Bar in good standing in the Commonwealth of Massachusetts.  I am also admitted to practice in the United States District Court for the District of Massachusetts and the Supreme  Court of the United States.

4. I have never been denied admission, suspended, disbarred or resigned as a result of a disciplinary charge, investigation, or proceeding from the practice of law in any jurisdiction.

5. No disciplinary proceedings are presently pending against me in any jurisdiction.

6. I am familiar with the Florida Rules of Civil Procedure and the Local Rules of the USDC of the Northern District of Florida and will abide by those rules.

7. I have completed the Attorney Admission Tutorial. My confirmation number is FLND15825717703105.

8. I have completed the CM/ECF tutorial.

9. I have an updated NextGen Pacer Account.

10. Attached as Exhibit A is a current Certificate of Good Standing.

                                                ____/s/ Paula S. Bliss_____
                                                Paula S. Bliss (MA Bar # 652361)
                                                Bernheim Kelley Battista & Bliss LLC
                                                4 Court Street
                                                Plymouth, MA 02360
                                                Phone: (617) 865-3642
                                                Fax:  (617) 830-0379
                                                pbliss@bkbblaw.com

DATED:  12/08/20

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020, a true and correct copy of the above and foregoing instrument was served via email on all counsel of records through the ECF notification system.

                                                /s/ Paula S. Bliss_____
                                                Paula S. Bliss, Esq.