# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| | ) Case No. 3:19-md-2885 |
| | ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) Magistrate Judge Gary R. Jones |

## DEFENDANTS' RULE 26(A)(2)(C) DISCLOSURE OF ELLIOTT BERGER

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Defendants hereby disclose that Elliott Berger is a witness who may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705.

Mr. Berger, who is a trained acoustical engineer with decades of experience in the design and testing of hearing protection devices, was personally involved in the development and testing of the CAEv2. He will thus testify as a "hybrid witness" providing "both fact and opinion testimony grounded in [his] scientific, technical, [and] specialized knowledge." *Arch Spec. Ins. Co. v. BP Inv. Ptrs.*, 2020 WL 5848317, at *3 (S.D. Fla. Oct. 1, 2020). Unlike a retained expert, his opinion testimony will be based on his personal knowledge of Aearo's design, development, and testing of the CAEv2. In other words, Mr. Berger will offer opinions that "arise[] from [his] direct and personal knowledge in the ordinary course of [his] job

function." *See Hartford Steam Boiler Inspection & Ins. Co. v. Menada, Inc.*, 2018 WL 3911212, at *6 (S.D. Fla. April 4, 2018).

Because Mr. Berger will testify as a hybrid witness with personal knowledge of the relevant facts, he need not submit the report that Rule 26(a)(2)(B) requires of experts "retained or specially employed to provide expert testimony in the case." Instead, in accordance with Rule 26(a)(2)(C), Defendants hereby identify (i) the subject matter on which Mr. Berger is expected to present evidence under Federal Rule of Evidence 702, 703, or 705, and (ii) a summary of the facts and opinions to which Mr. Berger is expected to testify.  Mr. Berger also reserves the right to testify regarding any opinion previously disclosed in his previous depositions in this action.

## I. The Subject Matter On Which Mr. Berger Is Expected To Present Expert Testimony.

### Background Testimony

Mr. Berger holds an undergraduate degree in physics from Rensselaer Polytechnic Institute and an M.S. degree in acoustics from North Carolina State University.  After obtaining his master's degree in 1976, Mr. Berger began work at E-A-R, a manufacturer of hearing protection devices, which later became a subsidiary of Aearo Corporation, which was later purchased by 3M.  Mr. Berger spent his entire career with E-A-R, Aearo, and 3M, where he worked in and subsequently managed the acoustics laboratory and conducted product development research as well as basic scientific research.

Mr. Berger is a recognized leader in acoustics and hearing conservation. He is a Fellow of the Acoustical Society of America (ASA) and of the American Industrial Hygiene Association (AIHA), served from 2004-2005 as a Member of the National Academy of Science, Institute of Occupational Medicine Committee on Assessment of Noise-Induced Hearing Loss Associated with Military Service from WWII to the Present, and is a past president of the National Hearing Conservation Association (NHCA), past Chair of the AIHA Committee on Noise, a past Board Member of the Council for Accreditation in Occupational Hearing Conservation (CAOHC), and a past member of the American Speech-Language-Hearing Association (ASHA). He has also served for over 30 years as the Chair of the American National Standards Institute (ANSI) working group on standards for hearing protection devices. Mr. Berger has been honored with the Lifetime Achievement Award of the National Hearing Conservation Association.

**The CAEv2**

Mr. Berger is expected to provide testimony on the performance of the CAEv2, specifically the sound attenuation that it provides to users, as documented by Aearo and third-party testing of the product. Mr. Berger will also testify about the design process for the CAEv2, the reasons for certain design choices, and the viability of alternative designs. Mr. Berger will testify regarding the effect of certain design features of the CAEv2—including its modified Ultrafit tips, adapter stem,

3

nonlinear filter, and length—on its performance. Mr. Berger will also testify regarding Aearo's testing of the CAEv2, including how Aearo calculated and interpreted test results according to the ANSI S3.19-1974 standard. Finally, Mr. Berger will testify about how each of Aearo's CAEv2 fitting instructions were created to assist users in achieving an adequate fit.

**II.  Summary Of Facts And Opinions As To Which Mr. Berger Is Expected To Testify.**

> **The CAEv2 was A Novel Invention Designed to Address the Military's Hearing Protection Problem.**

Hearing loss and tinnitus have been the two most common injuries in the military for many years, and they cost the federal government many millions of dollars per year in medical costs. Despite the risk of injury, soldiers were historically reluctant to wear hearing protection because they wanted to maintain full awareness of their surroundings.[1] To address this issue, the Army became interested in "nonlinear" (i.e., level dependent) hearing protectors, which would provide relatively little attenuation at low sound levels, allowing soldiers to hear speech and other environmental noise, while providing much greater protection against potentially harmful high-level noises such as gunshots. The Army saw great potential in the nonlinear filter developed at ISL, which offered a cheap, durable,

---

[1] *See* Committee on Noise-Induced Hearing Loss and Tinnitus Associated With Military Service From World War II to the Present, Noise and Military Service: Implications for Hearing Loss and Tinnitus, p. 165 (2006).

4

and effective means of providing nonlinear attenuation. (3M_MDL000425673.) The ISL filter was a significant improvement on preexisting passive, level-dependent technologies. (3M_MDL000500713; Berger Dep. Tr. (12/12/19) at 145:7-146:5.)

Of course, every hearing protection device has limitations in addition to benefits. The ISL filter was not intended to provide protection against continuous noise exposure, so soldiers would still need conventional hearing protection devices ("HPDs"). Doug Ohlin ultimately determined that a dual-ended earplug, with one end incorporating the ISL filter and one end providing conventional protection, best served the needs of the United States Army. Ohlin also determined that the product should use a version of Aearo's UltraFit earplug, which was an established product that had been tested extensively. Ohlin opted for a one-sized plug designed to fit "most," not all. Having a one-sized plug eliminated the need for sizing and decreased the burden on military audiologists. (3M_MDL000425673.)

### Federal Regulations Required Aearo To Conduct An Experimenter-Fit REAT Test On The CAEv2.

EPA regulations require manufacturers of HPDs to conduct experimenter-fit real-ear attenuation at threshold (REAT) tests on their products under the ANSI S3.19-1974 standard, and to include the resulting Noise Reduction Rating on the labels they provide on the civilian market. *See* 40 C.F.R. §§ 211.203; 204-1. It is well known that experimenter-fit REAT tests, in which the experimenter attempts to

5

obtain "optimum protector performance" of the product, overestimate the degree of attenuation that a typical user will obtain.[2]  The EPA has not approved any other REAT protocol, however, including the Method B protocol set forth in ANSI S12.6, for labeling tests.  74 Fed. Reg. 39150, 39154-55 (2009).

Aearo's EARCAL lab has been conducting tests on HPDs since 1979, and was the first lab (1992) accredited by the National Voluntary Laboratory Accreditation Program (NVLAP) to conduct such tests.[3]  Through the accreditation process, EARCAL's testing policies and procedures are reviewed annually by NVLAP, and independent NVLAP auditors conduct on-site inspections every other year, to ensure compliance with the HPD testing standards to which the lab is accredited.

NVLAP has observed and approved of Aearo's experimenter-fit testing policies and procedures, including Aearo's selection of test subjects, discretion to stop labeling tests to modify the product or its instructions, and its statistical basis for identifying and excluding outlier data.

---

[2] *See, e.g.*, Berger, E., *So, How Do You Want Your NRRs: Realistic or Sunny-Side-Up?*, The Hearing Review, Sept. 1999 (3M_MDL000439465).

[3] Berger, E. and Kieper, R., EAR91-41/HP *Policies and Procedures* Manual (version 5.2, 1999) (3M_MDL000014573, at '577).

6

### Aearo's REAT Testing of the CAEv2 Was Appropriate And The "Flange Memo" Does Not Suggest Otherwise.

Aearo conducted experimenter-fit REAT tests on the CAEv2 for labeling purposes in late 1999 through early 2000. At the direction and under the supervision of Mr. Berger, Ron Kieper began the 213015 test on the green end of the CAEv2 in December 1999. (3M_MDL000313390.) A majority of the subjects on the 213015 test received attenuation in the range that Mr. Kieper and Mr. Berger expected in light of Aearo's earlier testing of similar earplugs. (*See id.* at '390.) Because the data was variable for other subjects, however, they decided to stop the test after eight subjects, which was permitted by Aearo lab policies that were approved by NVLAP.

Mr. Kieper subsequently concluded that, for some subjects, the opposing flanges may have interfered with the subject's ear and prevented Mr. Kieper from obtaining the "optimal protector performance" required by the ANSI S3.19 standard. (*See* 3M_MDL000005286.) The CAEv2 may have also loosened imperceptibly, which is a function of the soundproof conditions of the experimenter's chamber, not real-world circumstances. (*See* Berger Dep. Tr. (11/13/19) at 241:24-243:14.)

At the direction and under the supervision of Mr. Berger, shortly thereafter, Ron Kieper conducted and completed the 213017 test—a ten-subject experimenter-fit REAT test on the green end of the CAEv2. (3M_MDL000195517.) As required by ANSI S3.19-1974, Mr. Kieper attempted to obtain the "optimum protector

7

performance" for each subject. During this test, Mr. Kieper noted that he folded back the opposing flanges of the CAEv2 for at least one subject. (*Id*. at '524.)

The attenuation results from the 213017 test yielded an NRR of 21.7, which rounded up to 22. (*Id*. at '517.) When Aearo sold the CAEv2 to civilians, it included the 22 NRR on the product's label, as required by federal regulation. (3M_MDL000425527.) After the 213017 test was complete, Mr. Berger helped create a "fitting tip" for inclusion on the product label, which said: "[f]itting is easier if the ear is pulled upward and outward during insertion and is also improved if the sealing rings of the outward directed plug are rolled back upon themselves." (*Id*.)

Aearo's REAT testing of the CAEv2 established that the experimenter did *not* need to fold back the opposing flanges to obtain "optimum protector performance" for most subjects. Thus, instructing *all* users that they had to fold back the opposing flanges to obtain an adequate fit would have been unnecessary and misleading. Nothing from the internal Aearo report—often referred to as the Flange Memo—is to the contrary.

### Aearo Fully Disclosed To The Military What Its Internal Testing Revealed About The Best Practices For Fitting The CAEv2.

Doug Ohlin was the military audiologist in charge of the CAEv2 review and purchasing decision. Mr. Berger personally disclosed to Ohlin that Aearo's internal testing had revealed that some users may obtain a better fit with the CAEv2 if they folded back the opposing flanges before insertion. (*See, e.g.*, Berger Dep. Tr.

8

(11/13/19) at 334:7-13, 337:8-18.) Mr. Berger also sent the written user instructions that he helped create for the civilian market as well as the 213017 test report to military audiologist Mark Little in 2001. (3M_MDL000008624.) Mr. Berger also informed Mr. Little that, if users folded back the flanges, the flanges should stay folded back after insertion. (3M_MDL000018429, at '30.)

### There Was No Feasible Alternative Design for the CAEv2.

#### 1. The CAEv2's Adapter Stem Did Not Diminish Its Effectiveness.

It was necessary to use a stem with an appropriate tolerance to house the nonlinear filter of the CAEv2 because it was important that the adapter firmly hold the filter in place. (*See* Berger Dep. Tr. (9/25/20) at 215:4-22.) The filter itself also needed to be made of a rigid material to ensure that the orifices could be held to a tight tolerance with a sharp clean edge and of the correct size.

There is also no evidence that the width and rigidity of the adapter stem or the depth of its placement in the tips of the CAEv2 had any effect on attenuation. If any aspect of the adapter stem diminished attenuation, that effect should have been visible on the 213017 REAT test.

#### 2. The Nonlinear Filter Used in the CAEv2 Was Effective.

The nonlinear filter developed by ISL had been extensively tested by ISL, in collaboration with the French military, and by the U.S. military, before Aearo began selling the CAEv2. That testing, which included testing done with an ISL filter

9

inserted into an UltraFit earplug, showed that the ISL filter provided good level-dependent protection against impulse noise. (3M_MDL000500713.)

Moreover, as documented in an internal Aearo report written by Mr. Berger, Aearo adopted a narrower filter for the CAEv3 six years after the introduction of the CAEv2. Notably, REAT testing showed no meaningful improvement in attenuation using the narrower filter and it was abandoned in the next generation of the product. (3M_MDL000033514, '517-18.)

### 3. Both Militaries Opted Against A Single-Ended, Dual-Mode Design.

In 1997, Mr. Berger and others at Aearo worked with French researchers at ISL to develop a prototype of a single-ended earplug that could provide both standard and level-dependent attenuation. (*See* 3M_MDL000425507.) The user could switch between modes by twisting a rim at the bottom of the earplug that opened and shut the nonlinear filter. Both the French and United States militaries were aware of this design and the tests performed on it, but neither chose to adopt it.

As reflected in Mr. Berger's December 1997 meeting notes, the French Army thought that the single-ended design was too difficult to adjust open and shut, and that the earplug was too easy to disassemble. (3M_MDL000425673 at 2.) Thus, the French Army ultimately chose to purchase separate linear and nonlinear earplugs. (Berger Dep. Tr. (9/25/20) at 97:13-18.) Doug Ohlin, who represented the U.S.

10

military, chose to adopt a dual-ended design because it was "easier to dispense" and "less labor-intensive … to use."  (3M_MDL000425673 at 2.)

| | |
|---|---|
| Dated:  November 9, 2020 | Respectfully submitted,<br><br>*/s/ Robert C. Brock*<br>Robert C. "Mike" Brock<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5991<br>mike.brock@kirkland.com<br><br>Mark J. Nomellini<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-3254<br>mnomellini@kirkland.com<br><br>Kimberly Branscome<br>DECHERT LLP<br>633 W. 5th St., Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5762<br>kimberly.branscome@dechert.com<br><br>*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2020, a true and correct copy of the foregoing:

## **DEFENDANTS' RULE 26(A)(2)(C) DISCLOSURE OF ELLIOTT BERGER**

was served as follows:

     ☒     **[E-Mail]** By causing the above document to be sent via electronic mail to the parties at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

| | |
|---|---|
| Bryan F. Aylstock, Lead Counsel<br>Douglass A. Kreis<br>Neil D. Overholtz<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street<br>Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>Email: baylstock@awkolaw.com<br>Email: dkreis@awkolaw.com<br>Email: NOverholtz@awkolaw.com<br><br>*Counsel for Plaintiff Luke Estes*<br>Case No. 7:20-cv-00137<br><br>*Counsel for Plaintiff Dustin McCombs*<br>Case No. 7:20-cv-00094<br><br>*Counsel for Plaintiff Stephen Hacker*<br>Case No. 7:20-cv-00131 | Shelley V. Hutson, Co-Lead Counsel Clark, Love & Hutson, GP<br>440 Louisiana Street<br>Suite 1600<br>Houston, TX 77002<br>Tel.: (713) 757-1400<br>Email: shutson@triallawfirm.com |

| | |
|---|---|
| Christopher A. Seeger, Co-Lead Counsel<br>David R. Buchanan<br>Caleb A. Seeley<br>Seeger Weiss LLP<br>77 Water Street<br>8th Floor<br>New York, NY 10005<br>Tel.: (212) 587-0700<br>Email: cseeger@seegerweiss.com<br>Email: dbuchanan@seegerweiss.com<br>Email: cseeley@seegerweiss.com<br>Email: MDL2885@seegerweiss.com<br><br>*Counsel for Plaintiff Lewis Keefer*<br>Case No. 7:20-cv-00104 | Michael A. Burns, Co-Liaison Counsel<br>Mostyn Law Firm<br>3810 W. Alabama Street<br>Houston, TX 77027<br>Tel.: (713) 714-0000<br>Email: epefile@mostynlaw.com<br>Email: maburns@mostynlaw.com |
| Evan D. Buxner,<br>Plaintiffs' Executive Committee<br>Gori Julian & Associates<br>156 North Main Street<br>Edwardsville, IL 62025<br>Tel.: (618) 659-9833<br>Email: evan@gorijulianlaw.com<br><br>*Counsel for Plaintiff Stephen Hacker*<br>Case No. 7:20-cv-00131 | Brian H. Barr, Co-Liaison Counsel<br>Winston Troy Bouk<br>Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.<br>316 S Baylen St. Ste 600<br>Pensacola, FL 32502<br>Tel.: (850) 435-7045<br>Email: bbarr@levinlaw.com<br>Email: tbouk@levinlaw.com<br><br>*Counsel for Plaintiff Lewis Keefer*<br>Case No. 7:20-cv-00104 |
| Taylor C. Bartlett<br>William L. Garrison, Jr.<br>Discovery & ESI Subcommittee<br>Heninger Garrison Davis LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 326-3336<br>Email: taylor@hgdlawfirm.com<br>Email: lewis@hgdlawfirm.com | Katherine E. Charonko,<br>Discovery & ESI Subcommittee<br>Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Tel.: (304) 345-6555<br>Email: kcharonko@baileyglasser.com |

| | |
|---|---|
| *Counsel for Plaintiff Dustin McCombs*<br>Case No. 7:20-cv-00094 | |
| Virginia E. Anello,<br>Discovery & ESI Subcommittee<br>Douglas & London<br>59 Maiden Ln, 6th Floor<br>New York, NY 10038<br>Tel.: (212) 566-7500<br>Email: vanello@douglasandlondon.com | J. Nixon Daniel, III<br>Discovery & ESI Subcommittee<br>Beggs & Lane<br>501 Commendencia Street<br>Pensacola, FL 32502<br>Tel.: (850) 469-3306<br>Email: jnd@beggslane.com |
| Taylor C. Bartlett<br>William L. Garrison, Jr.<br>Discovery & ESI Subcommittee<br>Heninger Garrison Davis LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 326-3336<br>Email: taylor@hgdlawfirm.com<br>Email: lewis@hgdlawfirm.com | Shawn Fox<br>Sean P. Tracey<br>Tracy & Fox Law Firm<br>440 Louisiana Street, Suite 1901<br>Houston, TX 77002<br>Tel.: (713) 495-2333<br>Email: sfox@traceylawfirm.com<br>Email: stracey@traceylawfirm.com<br><br>*Counsel for Plaintiff Lloyd E. Baker*<br>Case No. 7:20-cv-00039 |
| Katherine L. Cornell<br>Pulaski Law Firm<br>2925 Richmond Avenue, Suite 1725<br>Houston, TX 77098<br>Tel.: (713) 664-4555<br>Email: kcornell@pulaskilawfirm.com<br><br>*Counsel for Plaintiff Luke Estes*<br>Case No. 7:20-cv-00137 | Thomas W. Pirtle<br>Laminack Pirtle & Martines<br>5020 Montrose Blvd., 9th Floor<br>Houston, TX 77006<br>Tel.: (713) 292-2750<br>Email: tomp@lpm-triallaw.com<br><br>*Counsel for Plaintiff Luke Estes*<br>Case No. 7:20-cv-00137 |
| Jeanie Sleadd<br>Heninger Garrison Davis LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 326-3336 | Quinn R. Wilson<br>Onder Law LLC<br>110 E. Lockwood Avenue, 2nd Floor<br>St. Louis, MO 63119<br>Tel.: (314) 963-9000 |

| | |
|---|---|
| Email: jsleadd@hgdlawfirm.com<br><br>*Counsel for Plaintiff Dustin McCombs*<br>Case No. 7:20-cv-00094 | Email: wilson@onderlaw.com<br><br>*Counsel for Plaintiff Stephen Hacker*<br>Case No. 7:20-cv-00131 |
| Thomas P. Cartmell<br>Wagstaff & Cartmell<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>Tel.: (816) 701-1100<br>Email: tcartmell@wcllp.com<br><br>*Counsel for Plaintiff Stephen Hacker*<br>Case No. 7:20-cv-00131 | |

DATED:  November 9, 2020         */s/ Robert C. Brock*
                                  Robert C. "Mike" Brock