# EXHIBIT 2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No. 3:19-md-2885 |
| ) | Judge M. Casey Rodgers |
| This Document Relates to All Cases ) | Magistrate Judge Gary R. Jones |

**DEFENDANTS' RULE 26(A)(2)(C) DISCLOSURE OF DR. ERIC FALLON**

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Defendants hereby disclose that Dr. Eric Fallon is a witness who may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705.

Dr. Fallon served in the military for 24 years, including as an audiologist, Program Manager for the Army Hearing Program, and as the Director of Audiology and Speech at the Walter Reed National Military Medical Center. Dr. Fallon was personally involved in training medical personnel in the Army on fit and use of hearing protection devices, including the Combat Arms Earplug Version 2 ("CAEv2"). He will thus testify as a "hybrid witness" providing "both fact and opinion testimony grounded in [his] scientific, technical, [and] specialized knowledge." *Arch Spec. Ins. Co. v. BP Inv. Ptrs.*, 2020 WL 5848317, at *3 (S.D. Fla. Oct. 1, 2020). Unlike a retained expert, his opinion testimony will be based on his personal knowledge of the Army's hearing conservation undertakings. In other

words, Dr. Fallon will offer opinions that "arise[] from [his] direct and personal knowledge in the ordinary course of [his] job function." *See Hartford Steam Boiler Inspection & Ins. Co. v. Menada, Inc.*, 2018 WL 3911212, at *6 (S.D. Fla. April 4, 2018).

Because Dr. Fallon will testify as a hybrid witness with personal knowledge of the relevant facts, he need not submit the report that Rule 26(a)(2)(B) requires of experts "retained or specially employed to provide expert testimony in the case." Instead, in accordance with Rule 26(a)(2)(C), Defendants hereby identify (i) the subject matters on which Mr. Fallon is expected to present evidence under Federal Rule of Evidence 702, 703, or 705, and (ii) a summary of the facts and opinions to which Dr. Fallon is expected to testify. Dr. Fallon also reserves the right to testify regarding any opinion previously disclosed in his September 3-4, 2020 deposition in this action.

1. **THE SUBJECT MATTERS ON WHICH DR. FALLON IS EXPECTED TO PRESENT EXPERT TESTIMONY.**

    (a) **Background Testimony**

Dr. Fallon holds an undergraduate degree in communication disorders from Delta State University, a master's degree in communications disorders from the University of Mississippi, and a Doctorate of Audiology from the Arizona School of Health Sciences. Dr. Fallon has a Certificate of Clinical Competency from the American Speech-Language-Hearing Association (ASHA), was licensed to practice

audiology in North Carolina, and has been certified as a Certified Course Director from the Council on Accreditation of Occupation Hearing Conservationist (CAOHC).

Dr. Fallon served in the United States Army at various times between 1985 to 2012. The bulk of Dr. Fallon's 24-year military career was in the capacity of hearing conservation roles. After completing his initial assignment as an Artillery Crewman in the United States Army, Dr. Fallon served solely in hearing conservation related roles, including: (i) Staff Audiologist and Clinical Fellow, Brooke Army Medical Center, Houston, Texas, (ii) Chief of Audiology and Hearing Conservation, Basset Army Community Hospital, Fort Wainwright, Alaska, (iii) Chief of Audiology and Hearing Conservation, Eisenhower Army Medical Center, Fort Gordon, Georgia, (iv) Chief of Hearing Conservation, Womack Army Medical Center, Fort Bragg, North Carolina, (v) Commander 714th Medical Detachment, Fort Bragg, North Carolina, (vi) Program Manager for the Army Hearing Program, US Army Public Health Command, Aberdeen Proving Grounds, Maryland, (vii) Military and Operational Hearing Consultant and Military Deputy Director Human Research and Engineering Directorate, US Army Research Laboratory, Aberdeen Proving Grounds, Maryland, and (viii) Director of the Audiology and Speech Center, Walter Reed National Military Medical Center, Bethesda, Maryland.

In addition to his extensive experience as an audiologist in the United States Army and as the former Army Hearing Conservation Program Manager, Dr. Fallon served the United States Army in four deployments and is a decorated veteran. Dr. Fallon has received, among other awards, the Bronze Star, Meritorious Service Medal, Army Commendation Medal, and Army Achievement Award. Dr. Fallon is also a Fellow of the American Academy of Audiology, and a member of both the American Speech-Language-Hearing Association (ASHA) and Military Audiology Society.

      (b)    **Military Hearing Conservation Requirements and the CAEv2.**

Dr. Fallon is expected to provide testimony on the Department of Defense ("DOD") and Army Hearing Conservation Program's requirements and guidance as it relates to hearing conservation, hearing protection devices, and the manner in which this guidance was or was not implemented. Dr. Fallon will also testify about use of the CAEv2 within the military — including that rolling back the opposing flange of the plug might assist users in achieving adequate fit and the well-known fact within the military that the CAEv2 was not "one-size-fits-all." Finally, Dr. Fallon will testify about widespread non-use of hearing protection devices within the military, and his role in increasing awareness about the benefits of hearing protection devices.

## 2. SUMMARY OF FACTS AND OPINIONS AS TO WHICH DR. FALLON IS EXPECTED TO TESTIFY.

### (a) Department of Defense and Army Hearing Program Requirements on Hearing Conservation and Hearing Protection Devices.

As the Army Hearing Conservation Program Manager for the Center for Health Promotion and Preventative Medicine ("CHPPM") from 2003 to 2010, Dr. Fallon was responsible for, among other things, ensuring that the United States Army properly implemented the Hearing Conservation Program, including DOD policy with respect to hearing conservation and protection. (*See, e.g.*, Fallon Dep. Tr. (9/04/2020) at 514: 16-19).  Dr. Fallon is expected to provide testimony relating to DOD Instruction 6055.12, which provides the minimum requirements that the DOD provided to various branches for their hearing conservation programs. As he did during his deposition, Dr. Fallon will testify that DOD Instruction 6055.12 mandates include the following guidance: (i) the DOD shall prepare a written plan for the implementation of a comprehensive hearing conservation program by way of DOD Instruction 6055.12, (ii) the DOD shall issue personal hearing protectors to all personnel who work in designated hazardous noise areas or operate noise-hazardous equipment, (iii) DOD Instruction 6055.12 provides that preformed earplugs, such as the CAEv2, must be fitted and issued only under the supervision of personnel who have been specifically trained to fit earplug.  (*See, e.g.*, Fallon Dep. Tr. (9/04/2020) at 755-761; Fallon Dep. Exhibit 63).

Dr. Fallon will further testify that the United States Army outlined the manner in which the Army would implement DOD Instruction 6055.12 vis-à-vis Department of the Army Pamphlet 40-501, Army Hearing Program ("DA PAM 40-501"). (Fallon Dep. Tr. (9/04/2020) at 761-762). Dr. Fallon will testify that DA PAM 40-501 implemented the DOD's guidance as it relates to hearing conservation, including by requiring that medically trained personnel fit and examine service members at least annually to ensure proper fit and condition of preformed earplugs such as the CAEv2. (DA PAM 40-501, Section 6.3(a)(1); Fallon Dep. Tr. (9/04/2020) at 768: 13-25, 769: 1-14).

Relatedly, Dr. Fallon will testify based on his experience as to the manner in which medically trained personnel were trained to fit hearing protection devices, the certification courses they had to complete, and the materials used for such training. (Fallon Dep. Tr. (9/04/2020) at 770-777).

(b) **As an Army Hearing Program Manager and Audiologist, Dr. Fallon Was Aware that Folding Back the Opposing Flange of the CAEv2 Might Assist in Achieving Adequate Fit.**

In his role as Army Hearing Program Manager and as an audiologist, Dr. Fallon was responsible for training hearing technicians and other medically trained personnel on how to obtain best fit with various hearing protection devices. In these roles, Dr. Fallon instructed technicians that, as with any

6

earplugs, it is not possible to determine solely by visual inspection whether a fit is adequate. Instead, it is also necessary to tug on the earplug to check resistance and (for linear hearing protection) to ask the user whether his or her speech sounds muffled and whether surrounding sounds appear degraded.

With respect to the CAEv2, Dr. Fallon instructed technicians that, if they believed the bottom edge of the opposing flange was preventing them from inserting the earplug far enough into a soldier's ear canal, they should roll back the opposing flanges and try again. As he did during his deposition, Dr. Fallon will testify that he was aware that, "if you could not achieve a proper fit of the [CAEv2], that an additional technique that was available to you would be to roll the opposing third flange back and then attempt to fit the hearing protector. And if you could achieve a good fit, then you had a good fit. You should instruct the person to roll the third flange back. If you could not achieve a good fit after attempting that, then you would have to seek out another hearing protection." (Fallon Dep. Tr. (9/04/2020) at 780: 17-25, 781: 1-6). He will further testify that there are various training materials and tools used by the Army that he is aware of that included this guidance to roll back the flange of the CAEv2 under certain circumstances. (Fallon Dep. Exhibits 65, 66, 67). These tools included a "wallet card" (Fallon Dep. Exhibit 66), which were made available in large quantities to audiologist and hearing technicians throughout the Army. Dr. Fallon will testify

7

that technicians were instructed to hand out the wallet cards whenever they issued the CAEv2 to a soldier. Dr. Fallon will further testify that during his time in the military, he never reviewed or depended on written instructions from the manufacturer of the CAEv2 — and, in fact, it would have been unusual to rely on manufacturer-provided instructions for passive or non-electronic hearing protection devices during his Army service to educate a technician or soldier on proper use. For example, Dr. Fallon will testify that in his experience, "the military tend[s] to test our products and make their own determinations about how a product performs and how to use the product." (Fallon Dep. Tr. (9/04/2020) at 872: 13-18).

Dr. Fallon will testify that based on his personal interactions within the military audiology community, he has no reason to doubt that audiologists within the military were aware of the guidance to fold back the flanges of the CAEv2 as a manner in which to improve fit in certain circumstances. (Fallon Dep. Tr. (9/04/2020) at 809: 21-25, 810: 1, 4-7). Furthermore, Dr. Fallon will testify that the CAEv2 was not a "one-size-fits-all-hearing protector," and this was also understood within the military audiology community. (Fallon Dep. Tr. (9/04/2020) at 810: 14-24, 811: 3-12; Fallon Dep. Exhibit 68).

Based on his personal experience as an audiologist and Army Hearing Program Manager, Dr. Fallon will also testify that a very low percentage of service members were required to roll back to opposing flange of the CAEv2 to obtain adequate fit, and he told technicians that this requirement was particularly likely to occur with soldiers who had large ear canals.

    (c)    **Widespread Non-Use of Hearing Protection Devices in the Military.**

Based on Dr. Fallon's 24-year military career, the majority of which he served as an audiologist, Army Hearing Program manager, or otherwise assisted with Army hearing conservation endeavors, Dr. Fallon will testify as to the widespread non-use of hearing protection devices within the military. Dr. Fallon will testify that throughout his military career—during which he was responsible for ensuring hearing protection use by service members—he often witnessed service members who did not wear their hearing protection devices properly or at all. He will testify as to the lack of resources within the Army, that would have been required to adequately implement the requirements of DA PAM 40-501 — including requisite fitting of hearing protection devices, audiogram testing, and general enforcement of hearing conservation policies. Dr. Fallon will testify that service members often elected not to wear hearing protection devices, especially in instances in which they estimated that the risks associated with reducing their situational awareness

9

outweighed any risk of damage to their hearing. Dr. Fallon will testify that commonly used phrase within the military was, "better deaf than dead."

| | |
|---|---|
| Dated: November 9, 2020 | Respectfully submitted, |

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2020, a true and correct copy of the foregoing:

**DEFENDANTS' RULE 26(A)(2)(C) DISCLOSURE OF DR. ERIC FALLON**

was served as follows:

☒ **[E-Mail]** By causing the above document to be sent via electronic mail to the parties at the email addresses listed below. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

| | |
|---|---|
| Bryan F. Aylstock, Lead Counsel<br>Douglass A. Kreis<br>Neil D. Overholtz<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street<br>Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>Email: baylstock@awkolaw.com<br>Email: dkreis@awkolaw.com<br>Email: NOverholtz@awkolaw.com<br><br>*Counsel for Plaintiff Luke Estes*<br>Case No. 7:20-cv-00137<br><br>*Counsel for Plaintiff Dustin McCombs*<br>Case No. 7:20-cv-00094<br><br>*Counsel for Plaintiff Stephen Hacker*<br>Case No. 7:20-cv-00131 | Shelley V. Hutson, Co-Lead Counsel Clark, Love & Hutson, GP<br>440 Louisiana Street<br>Suite 1600<br>Houston, TX 77002<br>Tel.: (713) 757-1400<br>Email: shutson@triallawfirm.com |

| | |
|---|---|
| Christopher A. Seeger, Co-Lead Counsel<br>David R. Buchanan<br>Caleb A. Seeley<br>Seeger Weiss LLP<br>77 Water Street<br>8th Floor<br>New York, NY 10005<br>Tel.: (212) 587-0700<br>Email: cseeger@seegerweiss.com<br>Email: dbuchanan@seegerweiss.com<br>Email: cseeley@seegerweiss.com<br>Email: MDL2885@seegerweiss.com<br><br>*Counsel for Plaintiff Lewis Keefer*<br>Case No. 7:20-cv-00104 | Michael A. Burns, Co-Liaison Counsel<br>Mostyn Law Firm<br>3810 W. Alabama Street<br>Houston, TX 77027<br>Tel.: (713) 714-0000<br>Email: epefile@mostynlaw.com<br>Email: maburns@mostynlaw.com |
| Evan D. Buxner,<br>Plaintiffs' Executive Committee<br>Gori Julian & Associates<br>156 North Main Street<br>Edwardsville, IL 62025<br>Tel.: (618) 659-9833<br>Email: evan@gorijulianlaw.com<br><br>*Counsel for Plaintiff Stephen Hacker*<br>Case No. 7:20-cv-00131 | Brian H. Barr, Co-Liaison Counsel<br>Winston Troy Bouk<br>Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.<br>316 S Baylen St. Ste 600<br>Pensacola, FL 32502<br>Tel.: (850) 435-7045<br>Email: bbarr@levinlaw.com<br>Email: tbouk@levinlaw.com<br><br>*Counsel for Plaintiff Lewis Keefer*<br>Case No. 7:20-cv-00104 |
| Taylor C. Bartlett<br>William L. Garrison, Jr.<br>Discovery & ESI Subcommittee<br>Heninger Garrison Davis LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 326-3336<br>Email: taylor@hgdlawfirm.com<br>Email: lewis@hgdlawfirm.com | Katherine E. Charonko,<br>Discovery & ESI Subcommittee<br>Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Tel.: (304) 345-6555<br>Email: kcharonko@baileyglasser.com |

| | |
|---|---|
| *Counsel for Plaintiff Dustin McCombs* <br> Case No. 7:20-cv-00094 | |
| Virginia E. Anello, <br> Discovery & ESI Subcommittee <br> Douglas & London <br> 59 Maiden Ln, 6th Floor <br> New York, NY 10038 <br> Tel.: (212) 566-7500 <br> Email: vanello@douglasandlondon.com | J. Nixon Daniel, III <br> Discovery & ESI Subcommittee <br> Beggs & Lane <br> 501 Commendencia Street <br> Pensacola, FL 32502 <br> Tel.: (850) 469-3306 <br> Email: jnd@beggslane.com |
| Taylor C. Bartlett <br> William L. Garrison, Jr. <br> Discovery & ESI Subcommittee <br> Heninger Garrison Davis LLC <br> 2224 1st Avenue North <br> Birmingham, AL 35203 <br> Tel.: (205) 326-3336 <br> Email: taylor@hgdlawfirm.com <br> Email: lewis@hgdlawfirm.com | Shawn Fox <br> Sean P. Tracey <br> Tracy & Fox Law Firm <br> 440 Louisiana Street, Suite 1901 <br> Houston, TX 77002 <br> Tel.: (713) 495-2333 <br> Email: sfox@traceylawfirm.com <br> Email: stracey@traceylawfirm.com <br><br> *Counsel for Plaintiff Lloyd E. Baker* <br> Case No. 7:20-cv-00039 |
| Katherine L. Cornell <br> Pulaski Law Firm <br> 2925 Richmond Avenue, Suite 1725 <br> Houston, TX 77098 <br> Tel.: (713) 664-4555 <br> Email: kcornell@pulaskilawfirm.com <br><br> *Counsel for Plaintiff Luke Estes* <br> Case No. 7:20-cv-00137 | Thomas W. Pirtle <br> Laminack Pirtle & Martines <br> 5020 Montrose Blvd., 9th Floor <br> Houston, TX 77006 <br> Tel.: (713) 292-2750 <br> Email: tomp@lpm-triallaw.com <br><br> *Counsel for Plaintiff Luke Estes* <br> Case No. 7:20-cv-00137 |
| Jeanie Sleadd <br> Heninger Garrison Davis LLC <br> 2224 1st Avenue North | Quinn R. Wilson <br> Onder Law LLC <br> 110 E. Lockwood Avenue, 2nd Floor |

| | |
|---|---|
| Birmingham, AL 35203<br>Tel.: (205) 326-3336<br>Email: jsleadd@hgdlawfirm.com<br><br>*Counsel for Plaintiff Dustin McCombs*<br>Case No. 7:20-cv-00094 | St. Louis, MO 63119<br>Tel.: (314) 963-9000<br>Email: wilson@onderlaw.com<br><br>*Counsel for Plaintiff Stephen Hacker*<br>Case No. 7:20-cv-00131 |
| Thomas P. Cartmell<br>Wagstaff & Cartmell<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>Tel.: (816) 701-1100<br>Email: tcartmell@wcllp.com<br><br>*Counsel for Plaintiff Stephen Hacker*<br>Case No. 7:20-cv-00131 | |

DATED:  November 9, 2020    */s/ Robert C. Brock*
                            Robert C. "Mike" Brock