# EXHIBIT 4

Confidential - Pursuant to Protective Order

Page 422

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS   )   Case No.
EARPLUG PRODUCTS        )   3:19md2885
LIABILITY LITIGATION    )
_____  )   Judge M. Casey
                        )   Rodgers
THIS DOCUMENT RELATES   )   Magistrate Judge
TO ALL CASES            )   Gary R. Jones

THURSDAY, DECEMBER 12, 2019
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
- - -
Videotaped 30(b)(6) deposition of
Elliott H. Berger, M.S., Volume II, held at
the offices of KIRKLAND & ELLIS LLP, 300
North LaSalle, Chicago, Illinois, commencing
at 9:40 a.m., on the above date, before
Carrie A. Campbell, Registered Diplomate
Reporter, Certified Realtime Reporter,
Illinois, California & Texas Certified
Shorthand Reporter, Missouri & Kansas
Certified Court Reporter.
- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

Page 423

```
 1              A P P E A R A N C E S :
 2
 3       AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
         PLLC
 4       BY:  NEIL OVERHOLTZ
              noverholtz@awkolaw.com
 5            JENNIFER HOEKSTRA
              jhoekstra@awkolaw.com
 6       17 East Main Street
         Pensacola, Florida  32502
 7       (850) 202-1010
 8       and
 9       MONSOUR LAW FIRM
         BY:  DOUGLAS C. MONSOUR
10            doug@monsourlawfirm.com
              KATY KROTTINGER
11            katy@monsourlawfirm.com
         404 North Green Street
12       Longview, Texas  75601
         (903) 999-9999
13
         and
14
         QUINN EMANUEL URQUHART & SULLIVAN, LLP
15       BY:  MATTHEW HOSEN
              matthosen@quinnemanuel.com
16       865 South Figueroa Street, 10th Floor
         Los Angeles, California  90017
17       (213) 443-3000
         Counsel for Plaintiffs
18
19
         KIRKLAND & ELLIS LLP
20       BY:  NICHOLAS WASDIN
              nick.wasdin@kirkland.com
21       300 North LaSalle
         Chicago, Illinois  60654
22       (312) 862-2000
23       and
24
25
```

Confidential - Pursuant to Protective Order

Page 424

```
 1      KIRKLAND & ELLIS LLP
        BY:  MIKE BROCK, P.C.
 2           mike.brock@kirkland.com
        1301 Pennsylvania Avenue, NW
 3      Washington, DC  20004
        (202) 389-5996
 4      Counsel for Defendants
 5
 6   ALSO PRESENT:
 7      ERIC RUCKER, in-house counsel, 3M
 8      JAMES BATTLE, Aylstock, Witkin,
        Kreis & Overholtz
 9
        EVAN WOLFE, trial tech, Golkow
10      Litigation Services
11
12   V I D E O G R A P H E R :
        DAN LAWLOR,
13      Golkow Litigation Services
14                    - - -
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

Page 427

```
 1              VIDEOGRAPHER:  We are now on
 2       the record.
 3              My name is Dan Lawlor.  I'm a
 4       videographer with Golkow Litigation
 5       Services.
 6              Today's date is December 12,
 7       2019, and the time is 9:40 a.m.
 8              This video deposition is being
 9       held in Chicago, Illinois, in the
10       matter of 3M Combat Arms Earplug
11       Products Litigation.
12              The deponent is Elliott Berger.
13              And, Mr. Berger, I remind you
14       that you're still under oath from your
15       previous deposition.
16              Counsel, please proceed.
17        DIRECT EXAMINATION (continued)
18   QUESTIONS BY MR. OVERHOLTZ:
19       Q.    Good morning, Mr. Berger.
20              MR. WASDIN:  I'm sorry, the
21       still under oath from the previous
22       deposition is now prompting me to say
23       clearly for the record, we ended the
24       personal knowledge deposition
25       yesterday, and we're now starting up a
```

Confidential - Pursuant to Protective Order

Page 428

1           second day of 30(b)(6) testimony.

2                     MR. OVERHOLTZ:  Okay.  Great.

3     QUESTIONS BY MR. OVERHOLTZ:

4           Q.     Good morning, Mr. Berger.

5           A.     Good morning.

6           Q.     So we are here to continue the

7     deposition of 3M, and you understand that you

8     are designated to testify on behalf of the

9     company on a range of topics that we

10    discussed during the earlier deposition.

11                    You understand that?

12          A.     Yes.

13          Q.     Okay.  And so one of the topics

14    that we were discussing at the last

15    deposition was essentially the drafting and

16    creation of what we've all been calling the

17    flange report.

18                    Do you recall that?  Yes?

19          A.     Oh, yes.  I didn't hear your

20    comment.

21          Q.     And we had the version from

22    July of 2000 at the last deposition as one of

23    the exhibits.  And in fact, it was Exhibit

24    Number 22.  And I'll give you a copy of it,

25    just so you can look at it and see.

Confidential - Pursuant to Protective Order

Page 429

1            And you recall this is the

2    July 10, 2000, version 1.2 that we were

3    discussing previously, right?

4            A.    Yes.

5            Q.    Okay.  Now, since the last

6    deposition, do you know that some either

7    earlier versions or different versions have

8    been found and produced to the plaintiffs

9    since the last deposition, since the 30(b)(6)

10   that we took in November?

11           A.    No.

12           Q.    Okay.  After the last

13   deposition, did you make any effort to try to

14   find any alternate versions or different

15   versions of the flange report?

16           A.    No.

17           Q.    Okay.  So if they were found,

18   you didn't anything to do with that?

19           A.    Correct.

20           Q.    Okay.  So in going through the

21   flange report and --

22                MR. OVERHOLTZ:  Can I get the

23       ELMO real quick?

24   QUESTIONS BY MR. OVERHOLTZ:

25           Q.    One of the issues that we were

Confidential - Pursuant to Protective Order

Page 430

1    discussing is the idea that for the 213017 --

2    and that was the retest, correct, of the

3    closed end of the Combat Arms plug, right?

4            A.    Yes.

5            Q.    Okay.  So and I know we did

6    this last time, but just -- that's the green

7    end of the Combat Arms plug, the closed end,

8    was the 213017 retest; is that right?

9            A.    Yes.

10           Q.    Okay.  So as we read the flange

11   report, one of the issues that we discussed

12   was the idea of rolling back the flanges of

13   the opposing plug, which would mean the

14   yellow side, the opposite side; is that

15   right?

16                 If I try to roll those back

17   here.  Like that.

18                 Is that what your understanding

19   of rolling back the flange would be?

20           A.    Yes.

21           Q.    Okay.  And of course there have

22   been some different testimony, but your

23   understanding and what you've told others is

24   that once you roll it back, if you roll back

25   a flange for fitting, you leave it rolled

Confidential - Pursuant to Protective Order

Page 474

1         Q.      Right.

2                 And that's when he figured out

3    they were coming out of people's ears, right?

4                 MR. WASDIN:  Objection to form.

5                 THE WITNESS:  He realized he

6         was having difficulty fitting it.

7    QUESTIONS BY MR. OVERHOLTZ:

8         Q.      And now he's doing another

9    test.  And you're recognizing that Ron

10   Kieper, this experienced fitter, is having to

11   better understand how to fit this -- what you

12   described as an unusual earplug.

13                Right?

14        A.      I see that that's the word I

15   used then.

16        Q.      Okay.  But you expected

17   soldiers who were given these plugs as they

18   were getting deployed to just figure this

19   unusual plug out?

20                MR. WASDIN:  Objection to form.

21        Foundation.

22                THE WITNESS:  I don't think

23        that's how I'd characterize it.

24                Keep in mind -- can I answer

25        your question?

Confidential - Pursuant to Protective Order

Page 475

1                MR. OVERHOLTZ:  Sure.

2                MR. WASDIN:  You can finish the

3          answer.

4                THE WITNESS:  This is within

5          the -- within the ANSI S3.19 protocol

6          where we're looking at getting optimum

7          performance fit on every fit.

8                I know there was at least one

9          other plug in our laboratory, not that

10         we manufactured but one we tested,

11         where it was a few years into it

12         before we realized there was a little

13         trick to do, and the plug could be

14         inserted more consistently and

15         uniformly, one that was a general

16         application military earplug.

17               So there were times that there

18         were techniques that would be learned

19         by the experimenter when there was a

20         new product they were working with for

21         getting optimum fit that were not

22         apparent to them initially.

23    QUESTIONS BY MR. OVERHOLTZ:

24         Q.    And you guys --

25         A.    And apparently -- because if

Confidential - Pursuant to Protective Order

Page 476

1    you look at one of the other monthlies,

2    you'll talk about Ron gaining some

3    experience.  There's words about Ron gaining

4    experience to work with this product.

5         Q.    So you guys figured out the

6    trick for this plug, though, right?

7              You guys figured out, if we

8    look back at that memo that Ron Kieper wrote

9    to you in May of 2000, that for the 017, the

10   yellow flanges were folded back prior to the

11   plug being fit, and that way you got a longer

12   stem for the experimenter to grab to get a

13   better fit.

14             That's the trick you guys

15   figured out, right?

16             MR. WASDIN:  Objection to form.

17             THE WITNESS:  That's what

18        worked for Ron in those tests, and

19        that's what was applied as needed on

20        the 017 test.

21   QUESTIONS BY MR. OVERHOLTZ:

22        Q.    The problem was, you guys

23   didn't share your trick with the people you

24   sold the plug to.

25             MR. WASDIN:  Objection to form.

Confidential - Pursuant to Protective Order

Page 477

1                    THE WITNESS:  Why do you say
2        that?
3    QUESTIONS BY MR. OVERHOLTZ:
4        Q.    You never sent the military a
5    copy of this memo.
6                    MR. WASDIN:  Objection to form.
7    QUESTIONS BY MR. OVERHOLTZ:
8        Q.    Right?
9        A.    I don't have any record of
10   whether these memos or the flange report were
11   sent.
12                   What I do have is recollections
13   of sharing that information orally with Doug
14   Ohlin, and then one year later we have
15   documentary evidence of sharing the fold-back
16   flanges and of telling Major Little that he
17   should be sure to use those instructions in
18   the studies he was going to be conducting.
19       Q.    You sent --
20       A.    And we also have evidence that
21   the military's instructions reflect those.
22   In the late 1999 -- '98, '99 period, there's
23   a wallet card that has no indication of the
24   need to fold back a flange.  And the next
25   version of the wallet card that we see,

Confidential - Pursuant to Protective Order

Page 478

1    there's a flange fold-back instruction.

2              So I -- no, I don't have

3    documentary evidence, files haven't been

4    revealed, other than what I'm sharing with

5    you:  Major Little, the files from the

6    military, my recollection of conversations.

7        Q.      When you took your deposition

8    and Hal Barza questioned you, you told

9    Mr. Barza that the soldiers ought to wear the

10   plugs the way they were tested.

11             Do you recall that?

12       A.      Not specifically.  I imagine

13   you'll show me the words, but I --

14       Q.      Do you agree with that

15   principle, that the way they test it is the

16   way it should be worn?

17       A.      We should be giving them

18   instructions on how to use the plug that

19   would be sufficient and adequate to get the

20   proper results.

21       Q.      So if in the 213017 test the

22   company rolled back the flanges for all the

23   people, the military never got that

24   information that you rolled back the flanges

25   on everyone, right?

Confidential - Pursuant to Protective Order

Page 479

1              MR. WASDIN:  Objection to form.

2              THE WITNESS:  I don't know that

3         we rolled back the flanges on

4         everyone.  You're presuming that.

5              The only data I have is that we

6         rolled back the flange on at least one

7         person.

8    QUESTIONS BY MR. OVERHOLTZ:

9         Q.    If you rolled it back on

10   everyone, should you have provided the

11   instructions to the military that you should

12   roll it back on everybody?

13        A.    We provided instructions to the

14   military where it says "for easier fitting,

15   the flanges should be folded back."

16        Q.    That's what you --

17        A.    In addition --

18        Q.    Go ahead.

19        A.    -- in terms of the labeling

20   regulations for products, it says, "you shall

21   provide instructions."  It doesn't say

22   anything about the instructions being related

23   to any test or any procedure.  It says,

24   "you'll provide sufficient instructions" --

25   or it just says, "you'll provide

Confidential - Pursuant to Protective Order

Page 480

1  instructions."

2          So we have provided

3  instructions that we felt were adequate for

4  getting a good fit with those products, and

5  we have evidence that we told the military of

6  the need to fold back the flange.

7      Q.    All right.  So what you say is

8  that you provide instructions is, one, in the

9  consumer packaging, you had a fit tip, right?

10  In the consumer packaging, right?

11     A.    I believe it was called

12  something like that.

13     Q.    And it said "fitting can be

14  improved," right?

15     A.    Why don't we look at the exact

16  words.  I don't think it was exactly that,

17  but it gave guidance that -- it would be

18  helpful to look at the exact words if

19  you want to discuss that.

20     Q.    Okay.  We'll take a look at

21  that in a second.

22          What do you call these things

23  on the plug, these green things that I'm

24  folding back?

25     A.    I can't see what you're doing.

Confidential - Pursuant to Protective Order

Page 481

1      Q.      Sorry.  The yellow and green
2  things, they're called flanges?
3      A.      Flanges.
4      Q.      Do you know why the fit tip
5  called them sealing rings?
6      A.      You just asked me a question,
7  "What do you call them?"
8              I think for the general user,
9  sometimes people look at that plug and say it
10 looks like a Christmas tree.  So I think the
11 goal there was to try and come up with
12 terminology that would be more apparent to
13 the general user.
14     Q.      You guys thought -- do you know
15 who came up with the word "sealing ring" for
16 the fit tip?
17     A.      I do not.
18     Q.      Did you have input in that?
19     A.      I don't recall.
20     Q.      Okay.  I mean, in these
21 reports, keep -- you and Kieper used the
22 words "flanges," right?
23     A.      We used other technical terms
24 in our reports that wouldn't be apparent to
25 the common user.

Confidential - Pursuant to Protective Order

Page 482

1      Q.      And then the other instruction
2   you talk about is, you must have told the
3   military something because they had this
4   wallet card, right?
5      A.      We told the military of the
6   need to fold back the flanges.
7      Q.      Okay.
8      A.      And you now see that appearing
9   on their wallet card in 2004.
10     Q.      And the wallet card said "for
11  very large ear canals," right?
12             MR. WASDIN:  Objection to form.
13  QUESTIONS BY MR. OVERHOLTZ:
14     Q.      "You can fold back the flange,"
15  right?
16     A.      I don't know that it said you
17  can, but it points to a very large ear canal.
18     Q.      Okay.  So whatever you told the
19  military, they were under the impression that
20  you only needed to roll it back for people
21  with very large canals, right?
22             MR. WASDIN:  Objection to form
23      and foundation.
24             THE WITNESS:  I think that's
25      your supposition.  The military are

Confidential - Pursuant to Protective Order

Page 483

1       not uninformed users.  To begin with,
2       the military were the ones who gave us
3       guidance on how to create this
4       product, what they wanted.
5               The military, as you know, has
6       been doing their own research for
7       years.  We have numerous memorandums
8       from the '90s, many articles in the
9       2000s.
10              Doug Ohlin is with USA Center
11      for Health Promotion and Preventative
12      Maintenance, CHPPM.  They're basically
13      a research organization working with
14      their audiologists.
15              My presumption would be that
16      what they deemed more appropriate for
17      their wording was what you see there.
18              You'll also find another e-mail
19      from Doug where he calls it, I
20      believe, extremely large ear canals.
21      Those are his words, not mine.  We
22      didn't write the card.  We provided
23      them the information; that is what
24      they created.
25

Confidential - Pursuant to Protective Order

Page 484

1    QUESTIONS BY MR. OVERHOLTZ:

2        Q.    He sent you the card, though,

3    right?

4        A.    I think one version of the card

5    came by my desk.

6        Q.    Right.

7              Sent it to you and Brian Myers,

8    right?

9        A.    I can't speak to Brian, but...

10       Q.    So at least people within the

11   company had a copy of that wallet card when

12   Doug Ohlin was drafting it, right?

13       A.    Yes.

14       Q.    And when he made the change to

15   add the "very large canals," right?

16       A.    I don't recall having seen

17   that, but it sits on my computer, so I would

18   imagine I saw it.

19       Q.    You know he made that edit in

20   2003, right?

21       A.    No, I don't.

22       Q.    Same time you resent the e-mail

23   to Brian Myers about should we tell Ohlin?

24             MR. WASDIN:  Objection to form.

25             THE WITNESS:  I don't know

Confidential - Pursuant to Protective Order

Page 485

1        that.

2    QUESTIONS BY MR. OVERHOLTZ:

3        Q.    Did you tell them that you just
4    need to roll it back on the people with very
5    large canals?

6        A.    I do not believe we told him
7    that.

8        Q.    Because it would have been
9    horrible to tell him, "Every soldier has to
10   roll this thing back to get protection from
11   this plug," right?

12              MR. WASDIN:  Objection to form.

13              THE WITNESS:  Pardon me?

14   QUESTIONS BY MR. OVERHOLTZ:

15       Q.    The company knew that if they
16   told Doug Ohlin that you gotta roll back this
17   plug, the flanges on the outside, for every
18   soldier because that's how we had to do it in
19   our testing, that it would have been
20   impossible to sell a big number to the
21   military?

22              MR. WASDIN:  Objection to form.

23       Foundation.

24              THE WITNESS:  As I said, I had
25       conversations with Doug about what we

Page 486

```
 1        experienced and wanted to find out
 2        from him whether that would be
 3        suitable, and we went ahead with that
 4        approach.
 5   QUESTIONS BY MR. OVERHOLTZ:
 6        Q.    And you --
 7        A.    I don't know why it would be a
 8   problem for everyone.  There's fitting tips.
 9   Pulling a pinna is certainly a somewhat
10   arduous thing for somebody to do, much more
11   challenging than rolling back the flanges on
12   a plug.
13             I don't know why it was written
14   that way.
15        Q.    And you don't have any
16   evidence, the company has no evidence, that
17   they told Doug, "It shouldn't just be large
18   canals; it should be everybody," right?
19             MR. WASDIN:  Objection to form.
20             THE WITNESS:  We have no
21        evidence of how it was told to him
22        other than my recollection of our
23        conversations and what you see in 2011
24        where you see that our fitting tip is
25        agnostic.  It doesn't say "large,"
```

Confidential - Pursuant to Protective Order

Page 487

1         "small," or whatever, it says "fitting
2         is easier if you fold back the sealing
3         rings."
4                 (Berger 30(b)(6) Exhibit 41
5         marked for identification.)
6    QUESTIONS BY MR. OVERHOLTZ:
7         Q.    All right.  Let me show you --
8    let's see what information maybe you could
9    have shared.
10                Let's look at what we'll mark
11   as Exhibit 41, which is P389F.  This is Bates
12   MDL000534021.
13                Do you have Exhibit 41,
14   Mr. Berger?
15        A.    Yes.
16                MR. WASDIN:  Sorry, Neil.  Did
17        we pick up where we left off in the
18        30(b)(6) last time?  Is that why we're
19        up to the 40s now?
20                MR. OVERHOLTZ:  Yes.
21                MS. HOEKSTRA:  Yes.
22   QUESTIONS BY MR. OVERHOLTZ:
23        Q.    And so if we can look at -- so
24   you know, Mr. Berger, I'm not trying to fool
25   you or trick you or anything here.  This was

Confidential - Pursuant to Protective Order

Page 488

1   produced to us after the November part of the
2   deposition, a different version of what we've
3   been calling the flange report.
4                And if you look on the front
5   page, you can see that this one, while it has
6   the version 1.2 on it, has a date of
7   June 10th of 2000.  And you can compare it to
8   exhibit -- you can compare it to Exhibit 21,
9   which is --
10        A.    I think was July.
11        Q.    22?  Which was July 2000.
12                So this indicates that there
13   was at least an earlier dated version of the
14   flange report in the company's files, right?
15        A.    Apparently.
16        Q.    Okay.  And these reports --
17   both you and Mr. Kieper are listed as authors
18   of this report, right?
19        A.    Yes.
20        Q.    Okay.  And this June 10th date
21   would indicate that there was an earlier
22   version that was reviewed by both you and
23   Mr. Kieper, right?
24        A.    It indicates that there was an
25   earlier version.

Confidential - Pursuant to Protective Order

Page 489

 1            Q.    Okay.  And just so we can see,
 2    make sure it was consistent with the final
 3    July version of the flange report, if we look
 4    at the top of the page under the
 5    Introduction, the second sentence says, "The
 6    purpose of this report is to document that
 7    the current length of the UltraFit earplug
 8    end of the Combat Arms plug is too short for
 9    proper insertion and how changing the fitting
10    technique affected the results of real-ear
11    tests of this plug."
12                  Right?
13                  MR. WASDIN:  Objection to form.
14                  THE WITNESS:  Yes, those are
15         the words.
16    QUESTIONS BY MR. OVERHOLTZ:
17            Q.    Okay.  So this fit tip that we
18    talked about before and the wallet card
19    information in no way reflects that the plug
20    is too short to get -- for proper insertion
21    unless you do the rolling back the flanges,
22    right?
23                  MR. WASDIN:  Objection to form.
24                  THE WITNESS:  As I think we
25         discussed when we spoke a couple weeks

Confidential - Pursuant to Protective Order

Page 490

1          ago, the wording here I would have

2          liked to have had a little different.

3          But what I read it as referring to is

4          that it's too short for proper

5          insertion for obtaining the optimum

6          performance fit in an ANSI test

7          procedure.

8     QUESTIONS BY MR. OVERHOLTZ:

9          Q.     If we look at the fit tip for a

10    second -- you've seen before, right?  You're

11    familiar with it, right?

12         A.     Yes.

13         Q.     So the fit tip is -- it says,

14    "Fitting.  Fitting is also improved if the

15    sealing rings of the outward-directed plug

16    are rolled back upon themselves."

17              Right?

18         A.     Yes.

19         Q.     Okay.  That doesn't say, "This

20    plug's not going to work unless you roll back

21    the sealing rings."

22              Right?

23              MR. WASDIN:  Objection to form.

24              THE WITNESS:  I don't think

25         this report says it's not going to

Confidential - Pursuant to Protective Order

Page 491

1          work if you don't roll back flanges or
2          sealing rings.
3    QUESTIONS BY MR. OVERHOLTZ:
4          Q.    It says, "The purpose of this
5    report is to document that the current length
6    is too short for proper insertion."
7          A.    For optimum performance fit in
8    an ANSI test.  Those words are not there, but
9    that's the implication to me of what this
10   document's about.
11         Q.    So when you guys were
12   documenting it in your files and sticking it
13   in the files of 3M, it was too short for
14   proper insertion.  But now after the
15   company's been sued by over 100,000 soldiers,
16   it's has to be rolled back to get a good test
17   result.
18              MR. WASDIN:  Objection to form.
19              THE WITNESS:  It's -- my
20          reading is it was too short for proper
21          insertion for him to get the optimum
22          performance fit.  And as we've
23          discussed, on one or perhaps more than
24          one of the subjects, that's what he
25          did to obtain those results.

Confidential - Pursuant to Protective Order

Page 492

```
 1   QUESTIONS BY MR. OVERHOLTZ:
 2        Q.     And just so we're clear again
 3   to make sure that Mr. Kieper and yourself,
 4   when you-all wrote this report back then,
 5   weren't under any impression that the plug
 6   wasn't rolled back on everybody in the test,
 7   if we can go down to the paragraph for test
 8   213017, the last -- yeah, right before
 9   results.
10             "For test 213017, the yellow
11   flanges of the level-dependent end of the
12   plug were folded back prior to being inserted
13   into the subjects' ears."
14             Again, talking about multiple
15   subjects, right?
16             MR. WASDIN:  Objection to
17        foundation.
18             THE WITNESS:  That's the way
19        it's written.
20   QUESTIONS BY MR. OVERHOLTZ:
21        Q.     Not just one, right?
22        A.     That's what's written there.
23        Q.     And then again -- and then at
24   the bottom, "When folded back in that way,
25   the yellow flanges neither touched the
```

Confidential - Pursuant to Protective Order

Page 493

1  subjects'" -- talking about multiple

2  subjects, right? -- "conchae nor compromise

3  the fit of the solid earplugs."

4         Correct?

5         MR. WASDIN:  Same objection.

6         THE WITNESS:  That's what's

7      written there.

8  QUESTIONS BY MR. OVERHOLTZ:

9      Q.    Now, he has added the sentence,

10  though, that "the folded-back flanges and the

11  hard, black, plastic stem provided a long,

12  stiff, quasi-stem for the experimenter to

13  grasp."

14         Right?

15     A.    What did you say before --

16  those words are there, but what did you say

17  before those words?

18     Q.    I said, in the version of the

19  final report compared to the memos we looked

20  at, he's now called it a quasi-stem.

21     A.    Correct.  I think the same

22  words are there without calling it the

23  quasi-stem.

24     Q.    Right.

25         Now, when we looked at that fit

Confidential - Pursuant to Protective Order

Page 494

1  tip, it talks about the outward -- the

2  sealing rings are rolled back upon

3  themselves.

4               Would that indicate to you that

5  this fit tip is telling people they need to

6  roll back all three of them upon themselves?

7               I think I'd start with the

8  first one -- I mean, if I'm -- I mean,

9  Charlie's coming, and I got to get these

10  flanges rolled back.  I mean, Charlie's

11  coming.  There could be explosions any

12  second.  I got to roll them back upon

13  themselves.  That's this fit tip --

14               MR. WASDIN:  Objection.

15  QUESTIONS BY MR. OVERHOLTZ:

16       Q.     -- that was given to the

17  soldiers?

18               MR. WASDIN:  Objection to form.

19       Move to strike Mr. Overholtz's

20       statement there.

21               THE WITNESS:  The fitting tip,

22       it says "rings," plural.  I reads that

23       as it refers to both plugs.  There's

24       fitting rings on each plug.  It

25       doesn't say "all" of the fitting

Confidential - Pursuant to Protective Order

Page 495

```
 1          rings.
 2                  And I think we also went
 3          through this in the last deposition.
 4          You asked, "Do you have to fold them
 5          all back?"
 6                  It's -- the large one is the
 7          one that needs to be folded back.  The
 8          if you fold them all back, that's not
 9          a problem, but all you need to do is
10          roll the large one back.
11   QUESTIONS BY MR. OVERHOLTZ:
12          Q.    And just -- "upon themselves,"
13   you don't really know what that means, right?
14                  MR. WASDIN:  Objection to form.
15                  THE WITNESS:  I think "upon
16          themselves" is that when you roll that
17          large flange back, it's touching the
18          other rings.
19   QUESTIONS BY MR. OVERHOLTZ:
20          Q.    Okay.  But even though it says
21   "sealing rings" instead of the "last sealing
22   ring," you think it just means the last one?
23          A.    It means you certainly have to
24   get that one.  You could get any of the other
25   ones if you wanted to.
```

Confidential - Pursuant to Protective Order

Page 496

1         Q.    Okay.  Now, I want to ask you

2    something.  If I have this plug like this,

3    and I've now got it -- put it in the

4    soldier's ear, right, and it's like that with

5    that ring, do you see a problem with that?

6              MR. WASDIN:  Objection to form.

7    QUESTIONS BY MR. OVERHOLTZ:

8         Q.    From the effectiveness and

9    performance of the plug?

10        A.    No.

11        Q.    You know what the problem is,

12   right?

13             MR. WASDIN:  Objection to form.

14             THE WITNESS:  No.

15   QUESTIONS BY MR. OVERHOLTZ:

16        Q.    You know that this renders this

17   plug defective?

18             MR. WASDIN:  Objection to form.

19             THE WITNESS:  No.

20   QUESTIONS BY MR. OVERHOLTZ:

21        Q.    It renders it less likely to

22   provide the protection or the situational

23   awareness that soldiers are looking for,

24   right?

25             MR. WASDIN:  Objection to form.

Confidential - Pursuant to Protective Order

Page 497

1              THE WITNESS:  I don't know
2        that.
3    QUESTIONS BY MR. OVERHOLTZ:
4        Q.    And by the way, if the soldier
5    is in situational awareness mode, nonlinear
6    mode, he's supposed to roll back the green
7    flange like that; is that right?
8              MR. WASDIN:  Objection to form.
9              THE WITNESS:  Yes.
10   QUESTIONS BY MR. OVERHOLTZ:
11       Q.    Okay.  But you don't see the
12   problem with it being this way, right?
13       A.    No.
14       Q.    Okay.  By the way, can you tell
15   the jury, what is this hole that I'm pointing
16   at there?
17       A.    That is the orifice that allows
18   the sound to get inside the plug and pass
19   through the nonlinear filter.
20       Q.    Okay.  That hole, when -- was
21   one of the reasons why they designed the plug
22   this way with the second side and they
23   squished the two sides together, the two
24   sides, was to protect that hole?
25       A.    Doug Ohlin thought that making

Confidential - Pursuant to Protective Order

```
 1                    CERTIFICATE
 2
 3          I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, Elliott H. Berger, M.S.,
    was duly sworn by me to testify to the truth,
 6  the whole truth and nothing but the truth.
 7          I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10
            I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15
16
            _____
17          CARRIE A. CAMPBELL,
            NCRA Registered Diplomate Reporter
18          Certified Realtime Reporter
            California Certified Shorthand
19          Reporter #13921
            Missouri Certified Court Reporter #859
20          Illinois Certified Shorthand Reporter
            #084-004229
21          Texas Certified Shorthand Reporter #9328
            Kansas Certified Court Reporter #1715
22          Notary Public
23          Dated:  December 16, 2019
24
25
```

Golkow Litigation Services - 877.370.DEPS