# EXHIBIT 8

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
 2                  PENSACOLA DIVISION
 3

     IN RE: 3M COMBAT ARMS  )  Case No.
 4   EARPLUG PRODUCTS        )  3:19md2885
     LIABILITY LITIGATION    )
 5   _____  )  Judge M. Casey
                             )  Rodgers
 6   THIS DOCUMENT RELATES   )  Magistrate Judge
     TO ALL CASES            )  Gary R. Jones
 7
 8           THURSDAY, SEPTEMBER 3, 2020
 9   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                     - - -
11           Remote videotaped deposition of
12   Eric Fallon, Volume I, held at the location
13   of the witness in Baltimore, Maryland,
14   commencing at 9:03 a.m. Eastern Time, on the
15   above date, before Carrie A. Campbell,
16   Registered Diplomate Reporter, Certified
17   and Realtime Reporter.
18
19
20                     - - -
21
             GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
25
```

Confidential - Pursuant to Protective Order

```
 1     R E M O T E   A P P E A R A N C E S :
 2
       TRACEY FOX KING & WALTERS
 3     BY:  SEAN TRACEY
            stracey@traceylawfirm.com
 4          SHAWN FOX
            sfox@traceylawfirm.com
 5          LAWRENCE TRACEY
            ltracey@traceylawfirm.com
 6     440 Louisiana Street, Suite 1901
       Houston, Texas  77002
 7     (713) 495-2333
 8
       and
 9
10     SEEGER WEISS, LLP
       BY:  DAVID R. BUCHANAN
11          dbuchanan@seegerweiss.com
            MAX KELLY
12          mkelly@seegerweiss.com
       77 Water Street
13     New York, New York  10005
       (212) 584-0700
14
15     and
16
       AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
17     PLLC
       BY:  BRYAN ALYSTOCK
18          baylstock@awkolaw.com
            NEIL D. OVERHOLTZ
19          noverholtz@awkolaw.com
            JENNIFER HOEKSTRA
20          jhoekstra@awkolaw.com
       17 East Main Street
21     Pensacola, Florida  32502
       (850) 202-1010
22
23     and
24
25
```

Confidential - Pursuant to Protective Order

```
 1       CLARK, LOVE & HUTSON, PLLC
         BY:  EMILY MARLOWE
 2            emarlowe@triallawfirm.com
              AMANDA HUNT
 3            ahunt@triallawfirm.com
         440 Louisiana Street, Suite 1600
 4       Houston, Texas  77002
         (713) 757-1400
 5
 6       and
 7
         MONSOUR LAW FIRM
 8       BY:  DOUGLAS C. MONSOUR
              doug@monsourlawfirm.com
 9       404 North Green Street
         Longview, Texas  75601
10       (903) 999-9999
         Counsel for Plaintiffs
11
12
13       SCHWEBEL, GOETZ & SIEBEN, P.A.
         BY:  ALICIA N. SIEBEN
14            asieben@schwebel.com
         80 South 8th Street, Suite 5120
15       Minneapolis, Minneapolis  55402
         (612) 377-7777
16       Counsel for the Minnesota Plaintiffs
17
18
         US ARMY LITIGATION CENTER
19       BY:  MAJOR ROBERT E. WALD
              robert.e.wald.mil@mail.mil
20       901 North Stuart Street, Suite 700
         Arlington, Virginia 22203-1837
21       (703) 693-0352
         Counsel for the US Army
22
23
24
25
```

Confidential - Pursuant to Protective Order

```
 1        KIRKLAND & ELLIS LLP
          BY:  F. CHADWICK MORRISS
 2            chad.morriss@kirkland.com
          1301 Pennsylvania Avenue, NW
 3        Washington, DC  20004
          (202) 389-5996
 4
 5        and
 6
          KIRKLAND & ELLIS LLP
 7        BY:  HARIKLIA KARIS
              hariklia.karis@kirkland.com
 8        300 North LaSalle
          Chicago, Illinois  60654
 9        (312) 862-2000
10
          and
11
12        KIRKLAND & ELLIS LLP
          BY:  SAGHAR ESFANDIARIFARD
13            saghar.esfandiarifard@kirkland.com
          2049 Century Park East
14        Los Angeles, California  90067
          (213) 680-8122
15        Counsel for Defendants
16
17        LEWIS WAGNER LLP
          BY:  A. RICHARD M. BLAIKLOCK
18            rblaiklock@lewiswagner.com
          501 Indiana Avenue, Suite 200
19        Indianapolis, Indiana  46202-6150
          (317) 237-0500
20        Counsel for the Witness
21
22     ALSO PRESENT:
              DANNY OLIVO, Tracey Fox King & Walters
23
              CHARLES BACHMANN, Seeger Weiss
24
              KAITLYN HOLDER, Kirkland & Ellis
25
```

Confidential - Pursuant to Protective Order

1       awareness to be asked to participate.

2    QUESTIONS BY MR. TRACEY:

3       Q.     That was a feather in your cap?

4       A.     Well, I wouldn't use that term,

5    but I was trying to demonstrate that as

6    something that was positive, yes.

7       Q.     And at this Department of

8    Defense Hearing Center of Excellence

9    workshop, there was no competitors there,

10   only 3M?

11      A.     That is my recollection, and

12   that certainly is what I'm saying here, yes.

13             I would note that the DOD

14   Hearing Center of Excellence and these types

15   of activities are primarily around hearing

16   loss prevention and not -- and not specific

17   to product procurement.

18      Q.     Well, hearing loss prevention,

19   part and parcel of that is hearing protection

20   devices, correct?

21      A.     There is -- yes, there is a

22   component of that, but primarily it is -- I

23   think of it as a motivational piece.  It is

24   the sort of peripheral educational piece of

25   protecting your hearing and preserving your

Confidential - Pursuant to Protective Order

1    hearing.

2        Q.    3M doesn't sell motivation,

3    does it?

4        A.    I think that we do sell

5    motivation.

6        Q.    How much do you charge for

7    motivation?

8              MR. MORRISS:  Object to form.

9              THE WITNESS:  I can't say that

10        I have a specific price for

11        motivation, but as an audiologist,

12        whether I worked for the military or

13        for 3M, it's a win for me if I can get

14        a soldier or a Marine to understand

15        the value of protecting their hearing

16        and ways that they can go about doing

17        that.

18    QUESTIONS BY MR. TRACEY:

19        Q.    The way you go about doing that

20    when you're selling motivation is buying a 3M

21    product, right?

22              MR. MORRISS:  Object to form.

23              THE WITNESS:  I would prefer

24        that they buy a 3M product, but at the

25        end of the day, as an audiologist and

Confidential - Pursuant to Protective Order

```
 1          as a former military officer, I take

 2          pride in trying to help educate them,

 3          and then the choice is up to the

 4          government or those individuals as to

 5          how they go about doing that.

 6    QUESTIONS BY MR. TRACEY:

 7          Q.    Let's see what you did to

 8    motivate people.

 9                If you flip over to the next

10    page, you'll see development and training

11    activities, and you'll see your goals.

12                MR. MORRISS:  Object to the

13          form and move to strike the comment.

14    QUESTIONS BY MR. TRACEY:

15          Q.    You see the Development and

16    Training Activities section there?

17          A.    I do, yes.

18          Q.    It says your goal was to

19    "participate in HCON training seminars."

20                That's hearing conservation

21    training seminars?

22          A.    That's what that would have

23    meant, yes.

24          Q.    And it says you're to "conduct

25    customer visits with the sales team, hearing
```

Confidential - Pursuant to Protective Order

1    conservation specialties and the governmental

2    team."

3         A.     That's what it says, yes.

4         Q.     Are those three topics there,

5    are those all internal to 3M?

6         A.     Those are internal to 3M, yes.

7         Q.     So you were to meet with the

8    sales team, the hearing conservation

9    specialists at 3M, and then y'all had a

10   governmental team?

11        A.     Well, we did have those, yes,

12   all three of those positions.

13        Q.     Yeah.

14               But what throws me a little

15   bit, it says "conduct customer visits."

16               What does the customer visit

17   mean?  Does that mean you're going out there

18   with the sales team to the customer?

19        A.     It could mean that, yes.  It

20   could mean going to a specific customer.  It

21   could mean going to a conference, going to a

22   seminar.  It could mean a number of things.

23        Q.     And one of the customers that

24   you were assigned to was the US military?

25        A.     That would have been a broad

Confidential - Pursuant to Protective Order

```
 1    customer, yes.
 2         Q.    Next thing it says, you're to
 3    "develop future E-A-Rfit research initiatives
 4    with E-A-Rfit lead."
 5              Did I read that right?
 6         A.    You read that correctly.
 7         Q.    And then next it says,
 8    "Continue" -- I think it's supposed to say,
 9    "continue doctorate of audiology degree work,
10    with expected completion date in February of
11    2013."
12         A.    That is what it says, yes.
13    Yes.
14         Q.    And, Mr. Fallon, did you
15    complete that work?
16         A.    I did, yes.
17         Q.    In February of 2013?
18         A.    I don't recall the date, but I
19    did complete the work.  I'll have to go back
20    and take a look at the date.
21         Q.    Should I be calling you doctor
22    or mister?
23         A.    I'm comfortable with either
24    way.  You're welcome to call me doctor or
25    mister or Eric.
```

Confidential - Pursuant to Protective Order

1        Q.      Okay.  The next thing it says,

2    you were to "attend the AUSA conference and

3    provide assistance with fitting Combat Arms

4    Earplugs and Peltor devices."

5                Did I read that correctly?

6        A.      Yes, you did.

7        Q.      And so part and parcel of one

8    of your goals was to attend this conference

9    and provide assistance with fitting 3M

10   products, including the Combat Arms Earplug?

11       A.      That is correct, yes.

12       Q.      And under Results, if we look

13   down at one, two, three, the bullet point, we

14   see that you actually -- you did accomplish

15   that goal.  You did attend the AUSA winter

16   conference in Washington, DC.  And during the

17   conference, you fitted over 200 pairs of the

18   Combat Arms Earplugs and assisted sales and

19   marketing with technical assistance.

20       A.      That is correct, that's what it

21   says.

22       Q.      What is the AUSA winter

23   conference?

24       A.      AUSA is the Association of the

25   United States Army.  It's a conference that's

Confidential - Pursuant to Protective Order

1    held annually in October, November, somewhere

2    in that time frame, and 3M has a presence at

3    that conference.

4        Q.     And do you have -- is that one

5    of those deals where you go and there's a 3M

6    booth there with 3M products that people can

7    come by and talk to you about?

8        A.     That is correct, yes.

9        Q.     And so were you one of the

10   people that manned the 3M booth at the winter

11   conference in 2013?

12       A.     Yes.

13       Q.     And it says what you did -- and

14   this is -- this is a US Army conference.

15   These are people from the US Army?

16       A.     It's actually a global

17   conference.  It's called the Association of

18   the United States Army, so it certainly is

19   well-attended by the US Army, but it's

20   attended by other services to include foreign

21   militaries.

22       Q.     Okay.  But is it a military

23   conference?

24       A.     That is the focus of it, yes.

25       Q.     Okay.  And so it wouldn't just

Confidential - Pursuant to Protective Order

 1                    THE WITNESS:  Yeah, I believe I
 2          said much ado about nothing then, so
 3          I'm not really sure I understand the
 4          question.
 5    QUESTIONS BY MR. TRACEY:
 6          Q.    Well, aren't you saying now
 7    this is much ado about nothing?  Isn't that
 8    your position in this case?
 9                    MR. MORRISS:  Object to form.
10                    THE WITNESS:  You're confusing
11          me.  I believe that's what I said in
12          the -- in the message that you're
13          showing me.
14                    What I am stating is that I
15          used the Combat Arms version 2.  I
16          always felt comfortable using it.  And
17          I know what we trained technicians to
18          do is to try to achieve a good fit if
19          they could not achieve a fit.
20                    Outside of that, I'm not sure
21          what you're asking.
22    QUESTIONS BY MR. TRACEY:
23          Q.    I'm asking you whether your
24    position right now, here, before we go to
25    trial, is that all of this that we're here to

Confidential - Pursuant to Protective Order

1  talk about is much ado about nothing.  That's

2  what I'm asking you.

3      A.    That's difficult to say.  I

4  believe that the Combat Arms Earplug was a

5  product that was protective.  And that's

6  based on my use of that product multiple

7  times, and that's as far as I know to go with

8  it.

9      Q.    Do you believe that most

10  hearing -- noise-induced hearing loss occurs

11  in training?

12      A.    It's hard to say.  I would say

13  yes because just purely on the -- in the

14  sense that more time is spent in training for

15  an average soldier than is spent in combat.

16      Q.    Sure.

17            Just the exposure is more,

18  right?

19      A.    Is more in the sense of more

20  often.

21      Q.    Yes.

22      A.    If that's what you mean, I

23  would agree with that.

24      Q.    Yeah.  More frequency.

25      A.    More frequency, that's correct.

Confidential - Pursuant to Protective Order

1       Q.      Yeah.

2               And you are of the opinion, are

3   you not, that no soldier should -- that

4   noise-induced hearing loss is preventable,

5   aren't you?

6       A.      That's a tough one to say.  It

7   is preventable through the use of hearing

8   protection.

9               The one area that I would say

10  the military has struggled with this is that

11  if your hearing protection solution reduces a

12  soldier's hearing to the point where they

13  feel like it's affecting their auditory

14  situational awareness, it has been my

15  experience that soldiers will almost always

16  choose the risk of long-term hearing loss

17  over their immediate hearing needs.

18              So it's one of those things

19  that technically, yes, you put earplugs in

20  your ears, you can protect yourself from

21  noise, but what are the ramifications of

22  that.  So that's the one caveat that I have

23  to it.

24      Q.      When you were at the

25  training -- did you go -- you went to the

Confidential - Pursuant to Protective Order

1   range and qualified, right?

2        A.     I did, yes.

3        Q.     Did you use foamies?

4        A.     Are you speaking over the

5   course of my military career?

6        Q.     Well, let me ask it this way:

7   Did you ever use foamies at the range?

8        A.     I did, yes.

9        Q.     Yeah.

10              And foamy -- at the range you

11  don't have to worry about situational

12  awareness, right?

13       A.     At most ranges, you are

14  correct, you don't have to worry about

15  situational awareness.  If it's a static

16  qualification range.

17       Q.     Yeah.

18              Which is more often than not

19  what we're talking about, right?

20              MR. MORRISS:  Object to form.

21              THE WITNESS:  No.  If you're

22         talking about my exposures, perhaps,

23         but if you talk about an infantryman's

24         exposures, I would say that that is

25         not the case.

Confidential - Pursuant to Protective Order

```
1    QUESTIONS BY MR. TRACEY:

2         Q.    Did you ever wear a Combat Arms

3    Earplug at the range?

4         A.    I did, yes.

5         Q.    You wear the yellow end in or

6    the green end in?

7         A.    If I was firing a weapon

8    system, if that's what I was doing that day,

9    I would have worn the yellow end in my ear.

10        Q.    Okay.  You had it in open mode?

11        A.    In the open mode, that's

12   correct.  If my only anticipated exposure was

13   weapons fire, yes.

14        Q.    Got it.

15             MR. TRACEY:  How much time do I

16        have left?

17             VIDEOGRAPHER:  An hour and 14.

18             MR. TRACEY:  Okay.  Hey, Chad,

19        can we --

20             MR. MORRISS:  Yes.

21             MR. TRACEY:  -- take a break?

22             MR. MORRISS:  Sure.

23             MR. TRACEY:  And then can I

24        call you on your cell phone?

25             MR. MORRISS:  Yeah, it's --
```

Confidential - Pursuant to Protective Order

```
 1                    CERTIFICATE

 2

 3           I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, Eric Fallon, was duly
    sworn by me to testify to the truth, the
 6  whole truth and nothing but the truth.

 7           I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.

10

             I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.

14

15

16
             Carrie A. Campbell
             _____
17           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
18           Certified Realtime Reporter
             Notary Public

19

20

21

22

23           Dated:  September 9, 2020

24

25
```

Golkow Litigation Services