# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

This Document Relates to All Cases
_____/

## ORDER

Pending before the Court is Defendants' Emergency Motion for Protective Order Regarding Depositions of Elliot Berger and Dr. Eric Fallon. ECF No. 1558. The motion is time-sensitive in view of the parties' expert discovery plan, namely Mr. Berger's deposition scheduled to take place on December 18, 2020. The Court, therefore, will direct Plaintiffs to file a response to the motion on an expedited basis.

Accordingly, it is **ORDERED** that Plaintiffs must file a response to Defendants' Emergency Motion for Protective Order, ECF No. 1558, **by no later than Friday, December 11, 2020**.

**DONE AND ORDERED** this 10th day of December 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge