# Exhibit C

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION
 3
      IN RE: 3M COMBAT ARMS   )   Case No.
 4    EARPLUG PRODUCTS        )   3:19md2885
      LIABILITY LITIGATION    )
 5    _____  )   Judge M. Casey
                              )   Rodgers
 6    THIS DOCUMENT RELATES   )   Magistrate Judge
      TO ALL CASES            )   Gary R. Jones
 7
 8            THURSDAY, SEPTEMBER 3, 2020
 9      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                        - - -
11            Remote videotaped deposition of
12    Eric Fallon, Volume I, held at the location
13    of the witness in Baltimore, Maryland,
14    commencing at 9:03 a.m. Eastern Time, on the
15    above date, before Carrie A. Campbell,
16    Registered Diplomate Reporter, Certified
17    and Realtime Reporter.
18
19
20                        - - -
21
             GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
23
24
25
```

```
 1        the witness.
 2
 3                ERIC FALLON,
 4   of lawful age, having been first duly sworn
 5   to tell the truth, the whole truth and
 6   nothing but the truth, deposes and says on
 7   behalf of the Plaintiffs, as follows:
 8
 9              DIRECT EXAMINATION
10   QUESTIONS BY MR. TRACEY:
11        Q.    Mr. Fallon, can you please
12   state your name for the record?
13        A.    My name is Eric Wayne Fallon.
14        Q.    And, Mr. Fallon, how do you
15   like to be addressed?
16        A.    I'm fine with you just calling
17   me Eric.
18        Q.    Okay.
19              MAJOR WALD:  Excuse me, Sean.
20              MR. TRACEY:  Yeah?
21              MAJOR WALD:  I'm sorry to
22         interrupt, but my name is Major Rob
23         Wald.  I have a short statement that I
24         need to read before we start.  And I
25         apologize, this is the first time I'm
```

Confidential - Pursuant to Protective Order

1      doing this.
2              So is now a good time to read
3      my thing so you guys can continue?
4              MR. TRACEY:  Yeah, absolutely.
5              MAJOR WALD:  Okay.  Thank you,
6      I appreciate it.
7              So good morning, everyone.  My
8      name is Major Rob Wald.  I'm an
9      attorney for the US Army Litigation
10     Division.  I represent the US Army as
11     required by 32 CFR Section 516.48.
12             My representation is limited to
13     matters related to the release of
14     official Army information and to
15     Dr. Fallon's role as a former employee
16     of the United States Army.
17             In accordance with 32 CFR
18     516.48 and Army regulation 27-40
19     Chapter 7, Dr. Fallon is only
20     authorized to disclose his personal
21     opinions and observations.
22             In accordance with 32 CFR
23     516.14 subpart G, we have not received
24     a written request specifying what
25     Dr. Fallon is going to discuss or what

```
 1      official government information may be
 2      disclosed, and as such, we reserve the
 3      right to review the transcript in
 4      order to ensure official government
 5      information is protected.
 6              Dr. Fallon is specifically
 7      prohibited from disclosing certain
 8      information without additional
 9      justification and approval as required
10      by 32 CFR Section 516.49.  He may not
11      provide classified or privileged
12      information or provide information
13      otherwise protected from public
14      disclosure, such as Privacy Act
15      protected information, without
16      appropriate additional authorization.
17              He may not purport to testify
18      on behalf of the Department of the
19      Army or announce what is or was the
20      policy position of the Department of
21      Army on any issue within the Army's
22      jurisdiction.  He may only provide his
23      personal views and may not claim to
24      have a unique insider's perspective on
25      the Department of the Army's
```

Confidential - Pursuant to Protective Order

1  decision-making process.
2          As such, his testimony
3  regarding real and hypothetical
4  scenarios cannot be construed to be
5  the views and positions of the
6  Department of Army's or accorded any
7  additional weight as would accompany
8  an expert's testimony.
9          In accordance with 32 CFR
10 516.48, I'm required to instruct
11 Dr. Fallon not to answer any questions
12 that fall within these prohibited
13 categories.
14         It is the Department of the
15 Army's policy that official
16 information should generally be
17 reasonably available for use in
18 federal and state courts and by other
19 governmental bodies unless the
20 information is classified, privileged
21 or otherwise protected.
22         The Army's policy is one of
23 strict impartiality in private
24 litigation in which the Army is not a
25 named party or does not have a

```
 1          significant interest at that time, as
 2          that term is defined in 32 CFR 516
 3          Appendix F.
 4                  My role during this deposition
 5          is solely to protect the Army's
 6          interests, and as such my intervention
 7          will be limited to that line.
 8                  The parties are responsible for
 9          advancing their respective positions
10          and objections as it relates to
11          matters outside the Army's interests.
12                  Thank you very much for your
13          time.  I appreciate it.
14                  MR. TRACEY:  Thank you, Major
15          Wald.  That's very helpful.  Actually
16          save me a fair number of questions.
17  QUESTIONS BY MR. TRACEY:
18          Q.    Mr. Fallon, did you listen to
19  everything that Major Wald just read into the
20  record?
21          A.    I did, yes.
22          Q.    And you understand that you are
23  not here to give testimony on behalf of the
24  US military or the Department of the Army?
25          A.    That is correct, yes.
```