# Exhibit H

Confidential - Pursuant to Protective Order

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF FLORIDA

 3                     PENSACOLA DIVISION

 4   IN RE:  3M COMBAT ARMS        )  Case No. 3:19md2885

 5   EARPLUG PRODUCTS LIABILITY    )

 6   LITIGATION                    )  Judge M. Casey

 7   ------------------------      )  Rodgers

 8                                 )  Magistrate Judge

 9   THIS DOCUMENT RELATES TO      )  Gary R. Jones

10   ALL CASES                     )

11

12              FRIDAY, SEPTEMBER 25, 2020

13       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

14                          - - -

15            Remote 30(b)(6) videotaped deposition of

16   DEFENDANT 3M COMPANY THROUGH ELLIOTT BERGER, held

17   remotely at the location of the witness, commencing at

18   approximately 9:12 a.m., on the above date, before

19   Juliana F. Zajicek, Registered Professional Reporter,

20   Certified Shorthand Reporter and Certified Realtime

21   Reporter.

22                          - - -

23              GOLKOW LITIGATION SERVICES

             877.370.3377 ph | 917.591.5672 fax

24                    deps@golkow.com
```

```
 1        MS. ELIZABETH:  Hey -- hey, Tom?

 2        MR. PIRTLE:  Yes?

 3        MS. ELIZABETH:  Is the person in your background

 4   a lawyer in this case?

 5        MR. PIRTLE:  He is one of -- he is my paralegal.

 6        MS. ELIZABETH:  Okay.  Thank you.

 7   BY MR. PIRTLE:

 8        Q.   All right.  Before we get going, I want to

 9   make sure that we attach -- do a little housekeeping.

10             The binder that -- of documents that you

11   reviewed, Mr. Berger, I want to attach that binder as

12   Exhibit 25 to this deposition.  All right?

13                 (WHEREUPON, a certain document was

14                  marked Elliott Berger Deposition

15                  Exhibit No. 25, for identification,

16                  as of 09/25/2020.)

17   BY MR. PIRTLE:

18        Q.   Mr. Berger, are these the documents that

19   you reviewed in preparation for your 30(b)(6)

20   deposition?

21        A.   Yes.

22        Q.   Are these documents that you got yourself

23   or are these documents that the Kirkland & Ellis and

24   Dechert lawyers gave you?
```

Confidential - Pursuant to Protective Order

```
 1      A.   Some of the documents came from my files,
 2   some came from corporate files, some came from
 3   discoveries.  They assembled the documents for me.
 4      Q.   All right.  We are going to let the binder
 5   be Exhibit 25.
 6           You've also produced some handwritten
 7   notes.  It doesn't look like very many.  I have one
 8   page of handwritten notes and there is a second
 9   page with some scribbling on it.  I'll hold it up to
10   the camera.
11           Are those your complete notes for -- from
12   your review?
13      A.   Actually, I expanded that second page just
14   a little bit, on a final copy of those were some
15   initial notes, but essentially those are my notes.
16      Q.   Okay.  So your notes basically consist of
17   one page?
18      A.   Basically except for the discussion with
19   Mr. Knauer which was on that handwritten note.
20      Q.   Okay.  And then that will be Exhibit 26.
21                (WHEREUPON, a certain document was
22                 marked Elliott Berger Deposition
23                 Exhibit No. 26, for identification,
24                 as of 09/25/2020.)
```