UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Sable Davis, et al. v. 3M Company, et al.*<br>Case No.: 3:20-cv-05979 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 (entered 4/9/2019) and the Northern District of Florida Local Rule 11.1, I, Tom G. Antunovich, hereby move this Court for an Order for admission to practice *pro hac vice* in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California, and is not a resident of the State of Florida.

2. Movant is admitted to practice and is a member in good standing of the bar of the State of California. Copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion is attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, Movant has successfully completed both the online Local Rules tutorial exam, confirmation number FLND16073715073955, and the CM/ECF online tutorial.

4. Movant has previously submitted to the Clerk the required $208.00 *pro hac vice* admission fee.

5. Movant has upgraded his PACER account to "NextGen."

6. Movant represents the Plaintiff in the following action that was directly filed into the MDL:

    - DAVIS, et al. v. 3M COMPANY, et al., Case No.: 3:20-cv-05979

WHEREFORE, Tom G. Antunovich respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: December 14, 2020               Respectfully submitted,

/s/ *Tom G. Antunovich*
BISNAR | CHASE LLP

Tom G. Antunovich
tantunovich@bisnarchase.com
1301 Dove St., Suite 120
Newport Beach, CA 92660
Telephone No.: (949) 752-2999
Facsimile No.: (949) 752-2777
CA Bar: 305216

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on December 14, 2020 served electronically on all counsel of record.

/s/ *Tom G. Antunovich*
Tom G. Antunovich