## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, December 15, 2020 12:58 PM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Transfer Order |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, December 15, 2020 6:56:03 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Transfer Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/15/2020 at 1:56 PM EST and filed on 12/15/2020

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1030 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (15 in AZ/2:20-mc-00031, [901] in MDL No. 2885), (21 in AZ/2:20-mc-00031, [952] in MDL No. 2885)**

**Transferring 1 action(s) - MDL No. 2885, AZ/2:20-mc-00031**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/15/2020.**

**Associated Cases: MDL No. 2885, AZ/2:20-mc-00031 (JC)**

| | |
|---|---|
| **Case Name:** | 3M Company et al v. Top Class Actions LLC |
| **Case Number:** | AZ/2:20-mc-00031 |
| **Filer:** | |

**Document Number:** 23

**Docket Text:**
**TRANSFER ORDER re: pldg. (15 in AZ/2:20-mc-00031, [901] in MDL No. 2885), (21 in AZ/2:20-mc-00031, [952] in MDL No. 2885)**

**Transferring 1 action(s) - MDL No. 2885, AZ/2:20-mc-00031**

**Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/15/2020.**

**Associated Cases: MDL No. 2885, AZ/2:20-mc-00031 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

WINSTON TROY BOUK     tbouk@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**AZ/2:20-mc-00031 Notice has been electronically mailed to:**

Neil D. Overholtz     noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, mschamberger@awkolaw.com, pbarr@awkolaw.com, prichardson@awkolaw.com, sgeisler@awkolaw.com

David R Buchanan     dbuchanan@seegerweiss.com, sperovich@seegerweiss.com

Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

Brian H Barr     bbarr@levinlaw.com

Shelley V. Hutson     shutson@triallawfirm.com, jbaluk@triallawfirm.com

Virginia E Anello     vanello@douglasandlondon.com

Karen H Beyea-Schroeder     Karen.schroeder@rburnettlaw.com, Karen.Schroeder@RBurnettLaw.com, Karen.Schroeder@rburnettlaw.com, karen.schroeder@rburnettlaw.com

Christopher A. Seeger     cseeger@seegerweiss.com, abadaruzzaman@seegerweiss.com, cayers@seegerweiss.com, dbuchanan@seegerweiss.com, jscullion@seegerweiss.com, scott-siegel-5111@ecf.pacerpro.com, ssiegel@seegerweiss.com, styjer@seegerweiss.com

Bryan F. Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

William Lewis Garrison, Jr     lewis@hgdlawfirm.com, chood@hgdlawfirm.com, pputman@hgdlawfirm.com, taylor@hgdlawfirm.com

Amy M Wilkins     awilkins@wilkinslaw.net, chays@wilkinslaw.net

Maria Pellegrino Rivera     mrivera@kirkland.com

Katherine E. Charonko     kcharonko@baileyglasser.com

Taylor C. Bartlett     taylor@hgdlawfirm.com

Mark J. Nomellini     mnomellini@kirkland.com, jsolper@kirkland.com

J. Nixon Daniel, III     jnd@beggslane.com, ch@beggslane.com

Michael Aaron Sacchet     mas@ciresiconlin.com

WINSTON TROY BOUK     tbouk@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

Laura Christine Brosh     lbrosh@wilkinslaw.net

Tabitha J De Paulo     tabitha.depaulo@kirkland.com

**AZ/2:20-mc-00031 Notice will not be electronically mailed to:**

Kimberly O. Branscome
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/15/2020] [FileNumber=1031174-0
] [471bdf2ebdd14fca31834fec131324d9ab21ebd13dddb904a66bee143fbbb0bd1ea
8597aa6ae9b6e7599bc1dbd845443dbb1ef800113bde6885de101f69eabda]]