# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) ) This Document Relates To All Actions ) ) ) ) | Case No. 3:19md2885 Hon. Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## JOINT STIPULATION REGARDING SUPPLEMENTAL PRODUCTION OF VA RECORDS FOR BELLWETHER TRIAL GROUP A THROUGH D PLAINTIFFS

WHEREAS, the United States Department of Veterans Affairs ("VA") has produced medical records of Bellwether Group A through D plaintiffs in connection with the above-referenced litigation;

WHEREAS, since the time of the VA's production of documents, certain of the Bellwether Group A through D plaintiffs may have continued to seek medical treatment from the VA;

WHEREAS, the VA records of Bellwether Group A through D plaintiffs' medical treatment since the VA's initial production of records may be relevant to this litigation.

NOW THEREFORE, the parties agree as follows:

1. The VA agreed to make and did make one additional production of the full medical record file[1] of each Group A Bellwether plaintiff on November 20, 2020. The VA further agrees to make a second production of the full medical record file of each Group A Bellwether plaintiff by January 15, 2021.

2. The VA agrees to make one additional production of the full medical record file of Bellwether Group B through D plaintiffs on a rolling basis to begin with Group B plaintiffs. Rolling productions for medical records of Bellwether Group B through D plaintiffs shall be completed by January 15, 2021.

3. Once these productions are complete, Bellwether Group A through D Plaintiffs are responsible for obtaining and producing their own VA records whether from the MyHealthVet portal or, if unavailable on such portal, directly from the provider. Should a plaintiff encounter any difficulties in obtaining such records in the ordinary course from the MyHealthVet portal, his or her counsel shall notify government counsel by email, with a copy to Defendants' counsel, Plaintiffs' Leadership and Judge Herndon, and the government will facilitate efforts to obtain such records in the ordinary course.

---

[1] In light of the Court's prior orders, the term "medical record" shall include the entire health file and the compensation and pension claims file, but not mental health, education, or mortgage records.

4.Other than the productions specifically provided for in this stipulation, Plaintiffs and Defendants shall not seek any other productions of VA medical records for Bellwether Group A through D plaintiffs from the VA.

5.Nothing in this agreement shall delay processing of the records for the 1% plaintiffs identified as part of this litigation whose records are currently being gathered and produced by the VA.

6.In the event of a dispute concerning the meaning of, or compliance with, this stipulation, the parties shall work in good faith to resolve any such disputes before seeking relief from the Court.

DATED: December 16, 2020By: *Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Attorney for Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

DATED: December 16, 2020 By: *Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Douglass A. Kreis
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
Email: baylstock@awkolaw.com
Email: dkreis@awkolaw.com

*Lead Counsel for Plaintiffs*

DATED: December 16, 2020 By: *Gary D. Feldon*


JEFFREY BOSSERT CLARK
Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

Gary D. Feldon
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
(202) 598-0905
Email: gary.d.feldon@usdoj.gov

*Counsel for Department of Veterans Affairs*

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 16, 2020, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED:  December 16, 2020

/s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*