# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 61
### Amendment to Pretrial Order No. 46

In accordance with the parties' agreement, as approved by the Court, Pretrial Order No. 46 is amended as follows:

| | |
|---|---|
| Friday, January 8, 2021 | Defendants' Fed. R. Civ. P. 26(a)(2) Expert Disclosures (including Reports) for Trial Group B due |
| Friday, January 29, 2021 | Trial Group B Plaintiffs' Expert Rebuttal reports due |

Unless otherwise changed by separate Order, all other deadlines set forth in Pretrial Order No. 46 remain as is.

**SO ORDERED**, on this 21st day of December, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**