UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates to:<br>*Lloyd Baker*, No. 7:20-cv-00039;<br>*Luke Estes*, No. 7:20-cv-00137;<br>*Stephen Hacker*, No. 7:20-cv-00131;<br>*Lewis Keefer*, No. 7:20-cv-00104;<br>*Dustin McCombs*, No. 7:20-cv-00094 | Magistrate Judge Gary R. Jones |

### DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION OF BELLWETHER GROUP A FOR TRIAL

1. My name is Christopher A. Seeger, and I am a partner at Seeger Weiss LLP. I am Co-Lead Counsel, a member of the Plaintiffs' Executive Committee, and the Chair of the Joint Settlement Committee.

2. Attached hereto as PX3 is a true and correct copy of the jury instructions and verdict forms in *United States v. Crawson*, 5:19-cr-00077-TKW-MJF, ECF 842, 844, 845, 846 (Oct. 22, 2020).

3. I swear under penalty of perjury that the foregoing is true and correct.

DATED: December 22, 2020              */s/ Christopher A. Seeger*
                                      Christopher A. Seeger, Co-Lead
                                      Counsel

(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
cseeger@seegerweiss.com