UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION )))))) | Case No. 3:19md2885 |
| This Document Relates To All Actions ))) | Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**JOINT STIPULATION MOOTING, IN PART, DEFENDANTS' MOTION TO COMPEL AGAINST THE DEPARTMENT OF DEFENSE**

WHEREAS Defendants served a subpoena on the third-party Department of Defense ("DoD") under Federal Rule of Civil Procedure 45 in connection with this litigation.

WHEREAS Defendants contend that DoD has not satisfied the subpoena obligations and filed Defendants' Motion to Compel Against the Department of Defense ("Motion"), Dkt. No. 1433, on that basis; and

WHEREAS DoD contends that, to the extent it did not comply with the subpoena, Defendants' subpoena was overly broad, failed to comply with applicable *Touhy* regulations and case law, and sought material legally protected from disclosure; and

WHEREAS Defendants and DoD have negotiated in good faith to resolve the dispute as it relates to health hazard assessment data and non-CAEv2 hearing protection device studies' data requested from DoD in this litigation;

The Defendants and DoD hereby stipulate as follows:

1. DoD shall search its inventory of health hazard assessments from 2002 until present, pertaining to only the weapon and vehicle systems identified in Exhibit A, attached hereto. To the extent that assessments pertaining to those weapons and vehicle systems exist, DOD shall produce to Defendants only the noise data, including any hearing protection recommendations that it has, for each system listed in Exhibit A at a rate of at least five systems per week, starting the week of December 21, 2020.[1]

2. DoD shall conduct a reasonable search for documents (*e.g.*, spreadsheets) in its possession containing data pertaining to the publicly available studies of hearing protection devices, other than the CAEv2, that Defendants identified for DoD in writings dated November 5, 2020 and November 23, 2020 to the Department of Justice ("DOJ"). To the extent that such documents exist in reasonably accessible locations, DoD shall produce to Defendants those documents for those identified studies.

3. DoD shall search for and produce to Defendants only non-privileged documents (*e.g.*, spreadsheets) in its possession containing data pertaining to non-public, non-commissioned studies of the five hearing protection devices, other than the CAEv2, identified in Exhibit B, attached hereto. To the extent such information exists in reasonably accessible locations, DoD shall produce such documents to Defendants.

---

[1] Defendants reserve the right to inquire about additional weapons systems, identified with reasonable particularity, that are relevant to the bellwether cases in Groups C and D, in which fact discovery is still ongoing. DoD will consider any properly submitted written requests but reserves the right to deny such requests in full or in part as appropriate.

4. Defendants and DoD hereby agree that the data disclosed under this stipulation, if so designated by DoD, shall be treated as confidential under the protective order entered in this case, Dkt. No. 442.

5. In light of the foregoing, the Defendants and DoD agree that the Motion is moot as it relates to the health hazard assessment data and non-CAEv2 hearing protection device studies. In the event of any disputes regarding this stipulation, the Defendants and DoD shall meet and confer in good faith before seeking relief from the Court.

DATED: December 22, 2020

By: *Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Attorney for Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*

DATED: December 22, 2020        By: *Joshua M. Kolsky*

JOHN V. COGHLAN
Deputy Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

JOSHUA M. KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
E-mail: Joshua.kolsky@usdoj.gov

*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 22, 2020, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED: December 22, 2020  By: *Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Attorney for Defendants 3M Company, Aearo Technologies LLC, Aearo Holdings, LLC, Aearo Intermediate, LLC, and Aearo, LLC*