# EXHIBIT A

# Exhibit A

1. M60 Machine Gun
2. M4 Rifle
3. M2 Machine Gun
4. M240B Machine Gun
5. M203A1
6. M203A2
7. M249 Machine Gun
8. MK19 Rifle
9. M16A1
10. M16A2
11. M9 Pistol
12. Bradley 25mm
13. C4 explosives/charges
14. AR-15 5.56
15. RDX charges/explosives
16. M1126 Stryker Vehicle (Flat Bottom)
17. M1126 Stryker Vehicle (Double V-Hull)
18. C-130
19. C-17
20. C-5
21. M978A4 Fueler
22. UH-60
23. MRAP
24. M978 Fuel HEMMT
25. M1081 Light Medium Tactical Vehicle
26. M1093 LMTVs
27. HEMTT Tanker
28. 1088 Fueling Truck
29. 998 Fueling Truck