# EXHIBIT B

**Exhibit B**

1. Moldex Battleplug
2. Elvex Quad-Flange
3. Surefire Sonic Defenders (EP3, EP4, EP7)
4. Pyramex Triple Flange
5. Etymotic EB15