UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Document Relates To All Cases | | |

## MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM IN OPPOSITION TO MOTION FOR CONSOLIDATION

Pursuant to Local Rule 7.1(I), Defendants request permission to file a four-page sur-reply memorandum in opposition to Plaintiffs' motion to consolidate the Group A cases for trial. "Extraordinary circumstances" necessitate a sur-reply because Plaintiffs suggested for the first time in their reply that the Court could consolidate subsets of the Group A cases, and Defendants have had no opportunity to address Plaintiffs' new proposal.

The only form of consolidation that Plaintiffs proposed in their opening motion was full consolidation of Group A cases, so Defendants limited their response brief to that proposal. Defendants noted, however, that if Plaintiffs proposed a different form of consolidation in their reply brief, then Defendants would seek leave to respond. *See* Dkt. 1566 at 1 n.1. To the extent the Court will

consider Plaintiffs' new proposal for partial consolidation, Defendants should be able to express their view on the matter.

The need for Defendants' input is particularly pressing because the groupings of cases Plaintiffs propose would skew the bellwether process. In both of Plaintiffs' proposed groupings, their first choice for Group A—Luke Estes—would be included in the first trial, while Defendants' first choice for Group A—Dustin McCombs—would come in the second group. While Defendants object to consolidation, if the Court orders partial consolidation, then either (i) McCombs and Estes would need to appear together to maintain the balanced slate of bellwether cases that this Court has taken care to create; or (ii) if Plaintiffs for some reason succeed in separating the parties' top picks (Estes and McCombs), then McCombs should be tried first. Plaintiffs' second proposal—trying the Estes and Keefer cases first—is even more unfair for the additional reason that the first trial would not include *any* defense picks. If the Court is seeking to include a plaintiff pick, Lloyd Baker would be significantly more representative of the overall plaintiff pool than Estes, a West Point graduate who did not serve overseas. In addition, to the extent the Court prefers the first trial to include cases from within the chosen pool that were randomly assigned to Trial Group A, then Baker (plaintiffs' random pick) is more appropriate than Estes (plaintiffs' first pick for Trial Group A).

## CONCLUSION

For the foregoing reasons, Defendants respectfully seek leave to file a sur-reply in opposition to Plaintiffs' motion for consolidation.

Dated:  December 23, 2020                Respectfully submitted,


                                         /s/ Robert C. Brock
                                         Robert C. "Mike" Brock
                                         KIRKLAND & ELLIS LLP
                                         1301 Pennsylvania Avenue, N.W.
                                         Washington, D.C. 20004
                                         Telephone: (202) 389-5991
                                         mike.brock@kirkland.com

                                         Mark J. Nomellini
                                         KIRKLAND & ELLIS LLP
                                         300 North LaSalle
                                         Chicago, Illinois 60654
                                         Telephone: (312) 862-3254
                                         mnomellini@kirkland.com

                                         Kimberly Branscome
                                         DECHERT LLP
                                         633 W. 5th St., Suite 4900
                                         Los Angeles, CA 90071
                                         Telephone: (213) 808-5762
                                         kimberly.branscome@dechert.com

                                         *Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

Pursuant to Local Rule 7.1(F), counsel for Defendants certify that this motion contains 387 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

Dated: December 23, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Robert C. Brock*
　　　　　　　　　　　　　　　　　　Robert C. "Mike" Brock
　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　1301 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　Telephone: (2020) 389-5991
　　　　　　　　　　　　　　　　　　mike.brock@kirkland.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

Pursuant to Local Rule 7.1(B), counsel for Defendants certify that they held a conference to discuss the relief sought in this motion with Plaintiffs' counsel on December 22, 2020, and Plaintiffs' counsel represented they would oppose the motion.

Dated:  December 23, 2020

Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2020, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED:  December 23, 2020

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*