UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Lloyd Baker*, No. 7:20-cv-00039;<br>*Luke Estes*, No. 7:20-cv-00137;<br>*Stephen Hacker*, No. 7:20-cv-00131;<br>*Lewis Keefer*, No. 7:20-cv-00104;<br>*Dustin McCombs*, No. 7:20-cv-00094 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY OPPOSING PLAINTIFFS' MOTION FOR CONSOLIDATION**

Defendants seek leave to file a sur-reply to address the potential consolidation of subsets of the Group A Bellwethers. ECF 1577. Plaintiffs oppose this motion three reasons: First, Defendants' Motion for Leave violates Local Rule 7.1(I) and obviates any need for additional briefing. Pursuant to Local Rule 7.1(I) "[w]hen leave to file a reply memorandum is required, a party must obtain leave before tendering the reply memorandum." Defendants' Motion for Leave, however, includes a full page expounding their merits argument, disregarding the requirement to discuss only the justification for a sur-reply, and mooting any potential need for additional argument.

1

Second. Defendants now seek to vitiate the parties' agreed-upon briefing protocol, settled on after open, arm's-length negotiations.  As adopted by the Court at the 18th Case Management Conference, Plaintiffs, as the proponent of consolidation were to file an opening brief on December 7; Defendants' responsive brief was due December 15; and Plaintiffs' reply was due on the 22nd of December.  Case Management Order No. 18, ECF 1542.  The briefing protocol included different page limits for each party and brief to account for the differences in the number of briefs and order of the briefing.  At no point during the parties' discussions, either with each other or with the court, did Defendants propose time or pages for a sur-reply.  Defendants should not be permitted to undo that agreement.

Third, Plaintiffs reply brief fails to create the "extraordinary circumstances" necessary to justify additional briefing.  Defendants point to Plaintiffs proposals for consolidating subsets of the Group A Bellwethers, *see* ECF 1575 at 10-12, but Plaintiffs did not raise these issues in a vacuum.  Plaintiffs' arguments on reply were in direct response to Defendants' proposal that all two-dozen bellwether trials should proceed as single-plaintiff trials in a random order.  *See* ECF 1566 at 22-23.

Overall, Defendants have already presented their arguments in opposition to consolidation of any form or magnitude.  Additional briefing would only serve to prejudice Plaintiffs and waste the time of all involved.  Accordingly, Defendants' Motion for Leave to File a Sur-Reply should be denied.

| | |
|---|---|
| DATED: December 23, 2020 | /s/ Christopher A. Seeger |

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
cseeger@seegerweiss.com

Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

***Counsel for Plaintiffs***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(F), I certify that this motion contains 342 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

Dated: December 23, 2020         */s/ Christopher A. Seeger*

                                            Christopher A. Seeger, Co-Lead Counsel
                                            (Admitted Pro Hac Vice)
                                            New Jersey State Bar No. 042631990
                                            Seeger Weiss LLP
                                            55 Challenger Road 6th Floor
                                            Ridgefield Park, NJ 07660
                                            Tel.: (212) 584-0700
                                            cseeger@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

>                                                         */s/ Christopher A. Seeger*