UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Baker*, 7:20cv39<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104<br>*McCombs*, 7:20cv94 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

This matter is before the Court on Defendants' Motion for Leave to File a Sur-reply Memorandum in Opposition to Plaintiffs' Motion for Consolidation of the Trial Group A cases, ECF No. 1577.  Plaintiffs have filed a response opposing Defendants' Motion.  *See* ECF No. 1578.

On consideration, Defendants' Motion for Leave to File a Sur-reply is **GRANTED**.  Defendants' sur-reply memorandum is due by **Tuesday, December 29, 2020** and must not exceed the requested four pages.

**SO ORDERED**, on this 28th day of December, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**