# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**In re: 3M Combat Arms Earplug**
**Products Liability Litigation**

*This Document Relates To:*
Lewis Keefer v. 3M Company, Civil
Docket No. 7:20-cv-104

Case No. 3:19-MD-2885-MCR-GRJ

The Hon. M. Casey Rodgers
MDL No. 2885

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Troy A. Rafferty of the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., hereby enters his appearance in the Master Docket, pursuant to Pretrial order No. 3 [ECF No. 4]. Mr. Rafferty is counsel for the Plaintiff in this action, Lewis Keefer. Mr. Rafferty is counsel of record for Mr. Keefer whose case, styled *Keefer v. 3M Company*, Case No. 7:20-cv-104-MCR/GRJ, was filed in this Court (MDL Case No. 2885) on January 17, 2020.

Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Mr. Rafferty has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in this action be served upon him.

Dated: December 30, 2020            Respectfully submitted,

                                    */s/ Troy A. Rafferty*

Troy A. Rafferty, Florida Bar No. 024120
Levin, Papantonio, Thomas,
 Mitchell, Rafferty & Proctor, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: 850-435-7163 / Fax: 850-436-6123
Email: trafferty@levinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020 and in compliance with L.R. 5.1(F), a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

                                         */s/ Troy A. Rafferty*
                                         Troy A. Rafferty