# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19md2885 ) ) |
| | ) Judge M. Casey Rodgers |
| This Document Relates to All Cases | ) Magistrate Judge Gary R. Jones |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF GROUP D DEADLINES

3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC (together, "3M" or "Defendants") move to extend the discovery schedule for Group D bellwether plaintiffs set forth in Pretrial Order 46 by three months.

1. "A district court has broad discretion in creating pretrial deadlines, including those related to discovery deadlines, as well as enforcing its pretrial scheduling order." *Svetlick v. Cyber Elec. of Cent. Fla., Inc.*, No. 10-60426-CIV, 2011 WL 337350, at *1 (S.D. Fla. Jan. 31, 2011). 3M believes that good cause exists to modify the discovery schedule and respectfully requests that the Court exercise its discretion to extend Group D discovery and pretrial deadlines in the interest of efficiency.

2. Pretrial Order 46 sets forth the discovery schedule for Group D pretrial discovery. *See* ECF No. 1295. Under the current schedule, the remaining Group D pretrial deadlines are as follows:

- January 22, 2021 - Completion of Plaintiff Depositions
- March 12, 2021 - Close of Fact Discovery
- March 19, 2021 - Plaintiff Expert Disclosures
- April 19, 2021 - Defendant Expert Disclosures
- April 30, 2021 - Plaintiff Expert Rebuttals
- May 28, 2021 - Deadline for Expert Deposition Completion
- June 11, 2021 - Case Specific *Daubert* Motions
- July 2, 2021 - Opposition to Case Specific *Daubert* Motions
- July 12, 2021 - Replies in Support of Case Specific *Daubert* Motions

3. The current schedule imposes conflicts that will likely have significant impact on the parties' ability to meet the above deadlines. For example, the parties have disclosed many of the same experts across the bellwether groups, both for general and case specific expert reports. The current deadline for Plaintiffs' Group D expert disclosures is less than three weeks before the first Group A trial is set to begin on April 5, 2021, while the deadline for Defendants' Group D expert disclosures is likely to fall in the midst of Group A trials, when experts will be preparing to testify and testifying at trial.

4. Similarly, based upon the schedule the parties agreed to for expert depositions in the Group A bellwether cases—which involved depositions of 40 experts over the course of approximately four weeks—Group D expert depositions

will likely have to overlap with the timing of Group A bellwether trials, placing undue strain on the parties' and experts' resources.

5. Additionally, the current state of the COVID 19 pandemic nationwide has created significant hurdles to conducting plaintiff depositions as well as to scheduling independent medical examinations, which require plaintiffs to appear in person for examinations. These hurdles have already necessitated the extension of Group B expert deadlines (*see* ECF No. 61) and are unlikely to resolve in the next few months.

6. Discovery is now largely completed in the Group A bellwether cases, and the parties are diligently working to complete discovery in the Group B and C cases. Given that these Group A-C cases are sufficient in number to occupy the Court's trial schedule for the majority of the upcoming calendar year, Defendants respectfully request a three-month extension of the current Group D deadlines in the interest of efficiency, and in order to relieve the burden on the parties imposed by the current schedule.

DATED: December 30, 2020   Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.

Washington, D.C. 20004
Telephone:  (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, California 90071
Telephone:  (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I HEREBY CERTIFY that this brief complies with the word limit of Local Rule 7.1(F), and contained 543 words, excluding the parts exempted by the Rule.

Dated: December 30, 2020  /s/ *Robert C. Brock*
Robert C. "Mike" Brock

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

Pursuant to Local Rule 7.1(B), counsel for Defendants certify that they held a conference to discuss the relief sought in this motion with Plaintiffs' counsel on December 30, 2020.

Dated: December 30, 2020                    Respectfully submitted,

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (2020) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 30, 2020, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED:  December 30, 2020

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*