# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases | Case No. 3:19md2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on: December 31, 2020

Motion/Pleadings: Defendants' Unopposed Motion for Extension of Group D Deadlines

Filed by: Defendants   on December 30, 2020   ECF # 1585

RESPONSES:

_____ on _____ ECF # _____

_____ Stipulated   _____ Joint Pldg.
  X   Unopposed   _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

---

On consideration, the motion is **GRANTED**. The amended deadlines for Trial Group D will be set forth in a separate pretrial Order.

**DONE and ORDERED** this 31st day of December, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**