UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 62**
**Amendment to Pretrial Order No. 46**

In accordance with Defendants' Unopposed Motion for Extension of Group D Deadlines, ECF No. 1585, as approved by the Court, Trial Group D's deadlines as set forth in Pretrial Order No. 46 are amended as follows:

| | |
|---|---|
| Friday, April 23, 2021 | Completion of depositions of Plaintiffs, subject to timely responses to pending requests served on the U.S. Department of Veterans Affairs, Veterans Benefits Administration, Department of Defense, and Plaintiffs. |
| Friday, June 11, 2021 | Fact discovery close.[1] Absent leave of Court, the Parties are permitted up to six case-specific depositions per side. |
| Friday, June 18, 2021 | Plaintiffs' Fed. R. Civ. P. 26(a)(2) Expert Disclosures (including Reports) due |
| Monday, July 19, 2021 | Defendants' Fed. R. Civ. P. 26(a)(2) Expert Disclosures (including Reports) due |

---

[1] The Parties must seek leave of Court for any additional non-case specific corporate or Government discovery, which closed on September 1, 2020.

| | |
|---|---|
| Friday, July 30, 2021 | Plaintiffs' Expert Rebuttal reports due |
| Friday, August 27, 2021 | Depositions of Plaintiffs' and Defendants' Experts Completion Date (Depositions will be phased so that the deposition of Plaintiffs' expert on a particular topic occurs prior to the deposition of Defendants' expert on that same topic) |
| Friday, September 10, 2021 | Case-specific *Daubert* and dispositive motions due |
| Friday, October 1, 2021 | Oppositions to case-specific *Daubert* and dispositive motions due |
| Monday, October 11, 2021 | Replies in support of case-specific *Daubert* and dispositive motions due |

Unless otherwise changed by separate Order, all other deadlines set forth in Pretrial Order No. 46 remain as is.

**SO ORDERED**, on this 31st day of December, 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:19md2885/MCR/GRJ