**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, January 4, 2021 8:13 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Monday, January 4, 2021 2:12:03 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 1/4/2021 at 9:11 AM EST and filed on 1/4/2021
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   [MDL No. 2885](#)
**Filer:**
**Document Number:** [1065](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Grijalva v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02547 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Morris v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02573 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Schroeder v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02578 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-*

*cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Cobb v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02563 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Santiago v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02576 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Boyd v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02545 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Conley v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02556 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Morath v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02572 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-*

*cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Morgan v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02570 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Graham v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02567 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Dalka v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02546 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Christopher Rodriguez v. 3M Company et al |
| **Case Number:** | CAC/8:20-cv-02347 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Clemens v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02561 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-*

*cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | Buttrey v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02558 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

| | |
|---|---|
| **Case Name:** | PECORELLI v. 3M COMPANY et al |
| **Case Number:** | NJ/1:20-cv-17723 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 15 action(s)** *re: pldg. (1 in CAC/8:20-cv-02347, [1041] in MDL No. 2885, 1 in MN/0:20-cv-02545, 1 in MN/0:20-cv-02546, 1 in MN/0:20-cv-02547, 1 in MN/0:20-cv-02556, 1 in MN/0:20-cv-02558, 1 in MN/0:20-cv-02561, 1 in MN/0:20-cv-02563, 1 in MN/0:20-cv-02567, 1 in MN/0:20-cv-02570, 1 in MN/0:20-cv-02572, 1 in MN/0:20-cv-02573, 1 in MN/0:20-cv-02576, 1 in MN/0:20-cv-02578, 1 in NJ/1:20-cv-17723)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/4/2021.**

**Associated Cases: MDL No. 2885, CAC/8:20-cv-02347, MN/0:20-cv-02545, MN/0:20-cv-02546, MN/0:20-cv-02547, MN/0:20-cv-02556, MN/0:20-cv-02558, MN/0:20-cv-02561, MN/0:20-cv-02563, MN/0:20-cv-02567, MN/0:20-cv-02570, MN/0:20-cv-02572, MN/0:20-cv-02573, MN/0:20-cv-02576, MN/0:20-cv-02578, NJ/1:20-cv-17723 (SM)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-02547 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02547 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02573 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02573 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02578 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02578 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street

Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02563 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02563 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02576 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02576 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02545 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02545 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02556 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02556 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02572 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02572 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268


Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02570 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02570 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02567 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02567 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02546 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02546 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**CAC/8:20-cv-02347 Notice has been electronically mailed to:**

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Ashley Neglia    ashley.neglia@kirkland.com

Sierra Elizabeth    sierra.elizabeth@kirkland.com

Brock Chwialkowski    brock@skol-legal.com

**CAC/8:20-cv-02347 Notice will not be electronically mailed to:**

**MN/0:20-cv-02561 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02561 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**MN/0:20-cv-02558 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02558 Notice will not be electronically mailed to:**

AEARO TECHNOLOGIES LLC
7911 Zionsville Road
Indianapolis, IN 46268

Aearo Holding LLC
3M Center
Blgd 224-5n-40
St Paul, MN 55144

Aearo Intermediate LLC
5447 W 79th Street
Indianapolis, IN 46268

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

**NJ/1:20-cv-17723 Notice has been electronically mailed to:**

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

JOHN J. VAN DYKEN     jvd@sicilianolaw.com

**NJ/1:20-cv-17723 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/4/2021] [FileNumber=1033943-0]
[035bda7d0ef1adb9624c7b0005f6ae00d10f4777e89e4b32d29f5f4f71c3a4ce0271a
f964d8467ca243c1015a23b0a17e0e942640e95265f20574d485b95fa3d]]