## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, January 5, 2021 7:41 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, January 5, 2021 1:40:06 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/5/2021 at 8:39 AM EST and filed on 1/5/2021

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | [MDL No. 2885](#) |
| **Filer:** | |
| **Document Number:** | [1071](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ([1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607,**

MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)

**Case Name:** Boswell v. 3M Company et al
**Case Number:** MN/0:20-cv-02609
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)

**Case Name:** Bailor v. 3M Company et al
**Case Number:** MN/0:20-cv-02640
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)

**Case Name:**  Barteau v. 3M Company et al
**Case Number:**  MN/0:20-cv-02602
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

**Case Name:**  Burton v. 3M Company et al
**Case Number:**  MN/0:20-cv-02630
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

**Case Name:**  Caves v. 3M Company et al
**Case Number:**  MN/0:20-cv-02606
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Brunson v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02627 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Burton v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02638 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-*

*cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Nazarenko v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02591 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Cooper v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02623 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-*

*cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Russell v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02599 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Cates v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02598 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)

| | |
|---|---|
| **Case Name:** | Buckner v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02629 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)

| | |
|---|---|
| **Case Name:** | Cook v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02601 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases:** MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623,

MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)

**Case Name:** Velasquez v. 3M Company et al
**Case Number:** MN/0:20-cv-02617
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

**Case Name:** Collier v. 3M Company et al
**Case Number:** MN/0:20-cv-02636
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

**Case Name:** Buras v. 3M Company et al

| | |
|---|---|
| **Case Number:** | MN/0:20-cv-02611 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Smith v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02607 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Burke v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02633 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Brooks v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02626 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Castano v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02632 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** *re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-*

cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Talley v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02616 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

| | |
|---|---|
| **Case Name:** | Grover v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02589 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-88) - 22 action(s)** re: pldg. ( [1047] in MDL No. 2885, 1 in MN/0:20-cv-02589, 1 in MN/0:20-cv-02591, 1 in MN/0:20-cv-02598, 1 in MN/0:20-cv-02599, 1 in MN/0:20-cv-02601, 1 in MN/0:20-cv-02602, 1 in MN/0:20-cv-02606, 1 in MN/0:20-cv-02607, 1 in MN/0:20-cv-02609, 1 in MN/0:20-cv-02611, 1 in MN/0:20-cv-02616, 1 in MN/0:20-cv-02617, 1 in MN/0:20-cv-02623, 1 in MN/0:20-cv-02626, 1 in MN/0:20-cv-02627, 1 in MN/0:20-cv-02629, 1 in MN/0:20-cv-02630, 1 in MN/0:20-cv-02632, 1 in MN/0:20-cv-02633, 1 in MN/0:20-

***cv-02636, 1 in MN/0:20-cv-02638, 1 in MN/0:20-cv-02640)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02589, MN/0:20-cv-02591, MN/0:20-cv-02598, MN/0:20-cv-02599, MN/0:20-cv-02601, MN/0:20-cv-02602, MN/0:20-cv-02606, MN/0:20-cv-02607, MN/0:20-cv-02609, MN/0:20-cv-02611, MN/0:20-cv-02616, MN/0:20-cv-02617, MN/0:20-cv-02623, MN/0:20-cv-02626, MN/0:20-cv-02627, MN/0:20-cv-02629, MN/0:20-cv-02630, MN/0:20-cv-02632, MN/0:20-cv-02633, MN/0:20-cv-02636, MN/0:20-cv-02638, MN/0:20-cv-02640 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-02609 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02609 Notice will not be electronically mailed to:**

**MN/0:20-cv-02640 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02640 Notice will not be electronically mailed to:**

**MN/0:20-cv-02602 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02602 Notice will not be electronically mailed to:**

**MN/0:20-cv-02630 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02630 Notice will not be electronically mailed to:**

**MN/0:20-cv-02606 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02606 Notice will not be electronically mailed to:**

**MN/0:20-cv-02627 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02627 Notice will not be electronically mailed to:**

**MN/0:20-cv-02638 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02638 Notice will not be electronically mailed to:**

**MN/0:20-cv-02591 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02591 Notice will not be electronically mailed to:**

**MN/0:20-cv-02623 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02623 Notice will not be electronically mailed to:**

**MN/0:20-cv-02599 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02599 Notice will not be electronically mailed to:**

**MN/0:20-cv-02598 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02598 Notice will not be electronically mailed to:**

**MN/0:20-cv-02629 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02629 Notice will not be electronically mailed to:**

**MN/0:20-cv-02601 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02601 Notice will not be electronically mailed to:**

**MN/0:20-cv-02617 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02617 Notice will not be electronically mailed to:**

**MN/0:20-cv-02636 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02636 Notice will not be electronically mailed to:**

**MN/0:20-cv-02611 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02611 Notice will not be electronically mailed to:**

**MN/0:20-cv-02607 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02607 Notice will not be electronically mailed to:**

**MN/0:20-cv-02633 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02633 Notice will not be electronically mailed to:**

**MN/0:20-cv-02626 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02626 Notice will not be electronically mailed to:**

**MN/0:20-cv-02632 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02632 Notice will not be electronically mailed to:**

**MN/0:20-cv-02616 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02616 Notice will not be electronically mailed to:**

**MN/0:20-cv-02589 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02589 Notice will not be electronically mailed to:**

Aearo LLC
5447 W 79th Street
Indianapolis, IN 46268

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/5/2021] [FileNumber=1034196-0]
[8056a71dd9142ed1a543ae2829f6adf6b926e9c8dd9a9ca1ea9c6900c7a15aa3cee03
6e63412e83ea736dd74ae0b02a0b03d3e747d67a44c9c86c51356dab78f]]