UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3 and the Northern District of Florida Local Rule 11.1, I, Robert S. Carey, move this Court for an Order for admission to practice *pro hac vice* in the above-styled case for the following reasons:

1. I reside in New Hampshire. I am not a resident of the State of Florida.

2. I am admitted to practice and am a member in good standing of the Bar of the State of New Hampshire. Copy of a Certificate of Good Standing from the State of New Hampshire dated within 30 days of this motion is attached as *Exhibit A*.

3. Pursuant to Pretrial Order No. 3 and Local Rule 11.1, I have successfully completed both the online Local Rules tutorial exam, confirmation number FLND16096109174028, and have reviewed the Attorney Admin Tutorial CM/ECF user guide.

4. I have submitted to the Clerk the required $201.00 *pro hac vice* admission fee.

5. My PACER account has been upgraded to "NextGen."

6. I represent the Plaintiff in the following action that was directly filed into the MDL:

**STEVEN DEGISO V. 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES, LLC; 3:19-md-2885**

WHEREFORE, Robert S. Carey respectfully requests that this Court enter an order granting this motion to appear *pro hac vice*, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Respectfully submitted,

Date: January 7, 2021   By */s/Robert S. Carey*
Robert S. Carey (NH Bar #11815)

ORR & RENO, P.A.
45 South Main Street
P.O. Box 3550
Concord, NH  03302-3550
Telephone (603) 223-9110
Facsimile (603) 223-9010
rcarey@orr-reno.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on January 7, 2021 served electronically on all counsel of record.

*/s/ Robert s. Carey*
Robert s. Carey

3003743_1