# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No. 3:19md2885 |
| This Document Relates to All Cases ) | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## JOINT STIPULATION REGARDING CHOICE OF LAW FACT-FINDING

Following the January 8, 2021 evidentiary hearing on choice of law, the Court directed the parties to meet and confer about the scope and limitations of the Court's fact-finding from that hearing. The parties have advised the Court that they have agreed on the following stipulation:

1. The parties recognize that the issue regarding where the plaintiffs' injuries, if any, occurred may implicate their Seventh Amendment rights. The parties agree that the choice of law issues for Trial Group A plaintiffs may be decided by Judge Rodgers based on the law and the present evidentiary record under a preponderance of the evidence standard. To the extent the Court's decision on the applicable state law involved determinations of facts (including where plaintiffs' injuries, if any occurred), those determinations will apply only to the question of what state's law applies and thus will not be binding for any other purpose on the Court, the parties, or the jury.

2. Nothing in this stipulation shall be interpreted as an admission by Plaintiffs' counsel or Defendants' counsel that any Plaintiff was or was not injured, nor shall this stipulation be interpreted as a waiver of the parties' positions as to what state's law applies.

DATED:  January 11, 2021

Respectfully submitted,

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
Seeger Weiss LLP
77 Water Street
8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Michael A. Burns, Co-Liaison Counsel
Mostyn Law Firm

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel.: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, California 90071
Tel.: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo LLC*

3810 W. Alabama Street
Houston, TX  77027
Tel.: (713) 714-0000
maburns@mostynlaw.com

Brian H. Barr, Co-Liaison Counsel
Levin, Papantonio, Thomas, Mitchell,
Rafferty, & Proctor, P.A.
316 S Baylen St. Ste 600
Pensacola, FL 32502
Tel.: (850) 435-7045
bbarr@levinlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 11, 2021, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED:  January 11, 2021

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*