IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,  

Case No. 3:19-md-2885-MCR-GRJ

Judge M. Casey Rodgers
Magistrate Judge Gary Jones

This Document Relates to:
*Lloyd Baker,* No. 7:20-cv-00039;
*Luke Estes,* No. 7:20-cv-00137;
*Stephen Hacker,* No. 7:20-cv-00131;
*Lewis Keefer,* No. 7:20-cv-00104;
*Dustin McCombs,* No. 7:20-cv-00094
_____/

## O R D E R

Pending before the court is Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Gregory A. Flamme, Ph.D & Mark Stephenson, Ph.D. ECF No. 1596.  Because resolution of this motion is time sensitive, Defendants must file a response to the motion by **January 14, 2021**. After the Court reviews the fillings, if necessary, the Court will schedule a telephonic hearing to address the motion.

**DONE AND ORDERED** this 12th day of January 2021.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge