# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                    Date:   January 8, 2021
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Evidentiary Hearing on Choice of Law**

Attendance of counsel in person and by video.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.  Argument and testimony heard. All witnesses appear by video.  Order to follow.  Plaintiffs and Defendants Exhibits placed in clerk's secured storage (currently 12 binders in boxes)**.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
|  | United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
|  | United States Magistrate Judge | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock, Shelley Hutson, Brian Barr, Jennifer Hoekstra, Tom Pirtle, Neil Overholtz and Michael Sacchet

**Lead Counsel for Defendants:**    Mike Brock, Mark Nomellini, Nicholas Watson and Simon Gottlieb
**3M Co. and Aearo**

**PROCEEDINGS:**

| | |
|---|---|
| 8:34 am | Court in Session - Introduction of Counsel |
| | Counsel stipulation to exhibits for direct examination but not for cross examination |
| 8:38 am | Plaintiffs witness **STEPHEN HACKER** sworn (by video) – Direct (Aylstock); 8:55 Cross (Brock); 9:23 Redirect (Aylstock); 9:27 Court (MCR) inquiry |
| | *Plaintiffs Exhibits: Hacker Depo Ex #38 & 14 and Defendants Demo Ex #1 & 2, Timeline and COL #61* |
| 9:35 am | Plaintiffs published video-taped deposition of Eileen Hacker |
| 9:38 am | Defendants published video-taped deposition of Melissa Leccese |
| 9:45 am | Plaintiffs witness **LLOYD BAKER** sworn (by video) – Direct (Hutson); 10:03 Cross (Wasdin); 10:33 Redirect (Hutson); 10:39 Court (MCR) inquiry; 10:41 Court (GRJ) inquiry |
| | *Defendants Exhibits: COL #40 - 47* |
| 10:43 am | Court in Recess |
| 10:56 am | Court in Session |
| 10:58 am | Plaintiff witness **EMILY KEEFER** sworn (by video) – Direct (Barr); 11:05 am Cross (Nomellini); 11:15 Redirect |
| | *Defendants Exhibits: Timelines re: Emily and Lewis Keefer* |

**3M Evidentiary Hearing (3:19md2885-MCR-GRJ)**　　　　Continued　　　　　　　　　　January 8, 2021

| | |
|---|---|
| 11:17 am | Plaintiffs witness **DUSTIN McCOMBS** sworn (by video) – Direct (Hoekstra); 11:26 Cross (Brock); 11:52 Redirect |
| | *Defendants Exhibits: Timelines of Duty Stations & COL #101* |
| 11:55 am | Plaintiffs expert witness **MARK PACKER, M.D**. sworn (by video) – Direct (Pirtle); 12:21 Cross (Wasdin); 12:52 Redirect |
| | *Plaintiffs Exhibit: Dr. Packer Report* |
| 12:57 am | Plaintiffs witness **LEWIS KEEFER** sworn (by video) – Direct (Barr); 1:32 Cross (Nomellini); 1:42 Redirect |
| | *Plaintiffs Exhibits: Keefer Audiograms #7, 8 & 10 and Defendants Ex #144, 145, & Timeline* |
| 1:47 pm | Defendants witness **BRIAN MYERS** sworn (by video) – Direct (Wasdin); 2:12 Cross (Aylstock); 3:26 Redirect; 3:29 Court (MCR) inquiry |
| | *Plaintiffs Exhibits: Myers Notebook #1-55 and Defendants Exhibits: Myer Depo Ex #122, 120, 121* |
| 3:33 pm | Court in Recess |
| 3:45 pm | Court in Session |
| 3:46 pm | Plaintiffs expert witness **CHRISTOPHER SPANKOVICH, M.D.** sworn (by video) – Direct (Overholtz); 4:13 Cross (Nomellini); 4:34 Redirect; 4:42 Court (MCR) inquiry |
| | *Plaintiffs Exhibits: Tabs 4, 9, Slides 16, 18 & 28 and Defendants Exhibits: COL #144, Graphic #2* |
| 4:50 pm | Plaintiffs expert witness **MOISES ARRIAGA, M.D.** sworn (by video) – Direct Hutson); 5:13 Cross (Brock); No Redirect |
| | *Plaintiffs Exhibits: Timeline & Audiogram and Defendants Exhibit: Hacker #21 Report* |
| 5:36 pm | Counsel (Aylstock/Brock) offer to provide deposition clips |
| | Court directs counsel to provide a comprehensive list of exhibits |
| 5:44 pm | **Plaintiffs Closing Statement (Sacchet)** |
| 6:09 pm | **Defendants Closing Statement (Nomellini)** |
| 6:27 pm | **Plaintiffs Rebuttal Statement (Sacchet)** |
| 6:30 pm | Court discusses issues that need to be briefed and other matters |
| 6:36 pm | Court Adjourned |

**Updated list of exhibits may be attached at a later date.