## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, January 13, 2021 7:49 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, January 13, 2021 1:47:52 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/13/2021 at 8:47 AM EST and filed on 1/13/2021

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1081 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ([1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Boudreau v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02666 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Sulzby v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02613 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Bishop v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02671 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-*

*cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Berger v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02668 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Wallen v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02597 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

**Case Name:** Boden v. 3M Company et al
**Case Number:** MN/0:20-cv-02675
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

**Case Name:** Williams v. 3M Company et al
**Case Number:** MN/0:20-cv-02605
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

**Case Name:** Asare v. 3M Company et al
**Case Number:** MN/0:20-cv-02603
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-*

*cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Wood v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02624 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Bratcher v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02625 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Collier v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02635 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s) re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Sylvia v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02615 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s) re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Borem v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02665 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s) re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-*

*cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Sanchez v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02604 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

| | |
|---|---|
| **Case Name:** | Arnold v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02595 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

**Case Name:** Paige v. 3M Company et al
**Case Number:** MN/0:20-cv-02594
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-89) - 16 action(s)** *re: pldg. ( [1073] in MDL No. 2885, 1 in MN/0:20-cv-02594, 1 in MN/0:20-cv-02595, 1 in MN/0:20-cv-02597, 1 in MN/0:20-cv-02603, 1 in MN/0:20-cv-02604, 1 in MN/0:20-cv-02605, 1 in MN/0:20-cv-02613, 1 in MN/0:20-cv-02615, 1 in MN/0:20-cv-02624, 1 in MN/0:20-cv-02625, 1 in MN/0:20-cv-02635, 1 in MN/0:20-cv-02665, 1 in MN/0:20-cv-02666, 1 in MN/0:20-cv-02668, 1 in MN/0:20-cv-02671, 1 in MN/0:20-cv-02675)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/13/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02594, MN/0:20-cv-02595, MN/0:20-cv-02597, MN/0:20-cv-02603, MN/0:20-cv-02604, MN/0:20-cv-02605, MN/0:20-cv-02613, MN/0:20-cv-02615, MN/0:20-cv-02624, MN/0:20-cv-02625, MN/0:20-cv-02635, MN/0:20-cv-02665, MN/0:20-cv-02666, MN/0:20-cv-02668, MN/0:20-cv-02671, MN/0:20-cv-02675 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-02666 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02666 Notice will not be electronically mailed to:**

**MN/0:20-cv-02613 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02613 Notice will not be electronically mailed to:**

**MN/0:20-cv-02671 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02671 Notice will not be electronically mailed to:**

**MN/0:20-cv-02668 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02668 Notice will not be electronically mailed to:**

**MN/0:20-cv-02597 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02597 Notice will not be electronically mailed to:**

**MN/0:20-cv-02675 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02675 Notice will not be electronically mailed to:**

**MN/0:20-cv-02605 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02605 Notice will not be electronically mailed to:**

**MN/0:20-cv-02603 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02603 Notice will not be electronically mailed to:**

**MN/0:20-cv-02624 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02624 Notice will not be electronically mailed to:**

**MN/0:20-cv-02625 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02625 Notice will not be electronically mailed to:**

**MN/0:20-cv-02635 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02635 Notice will not be electronically mailed to:**

**MN/0:20-cv-02615 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02615 Notice will not be electronically mailed to:**

**MN/0:20-cv-02665 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid   frashid@greeneespel.com

Jeff H Eckland   jeckland@ecklandblando.com

Vince C Reuter   vreuter@ecklandblando.com

Jared M Reams   jreams@ecklandblando.com

**MN/0:20-cv-02665 Notice will not be electronically mailed to:**

**MN/0:20-cv-02604 Notice has been electronically mailed to:**

Jerry W Blackwell   blackwell@blackwellburke.com

Robert Carmichael Brock   mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel   jfaleel@blackwellburke.com

Faris Rashid   frashid@greeneespel.com

Jeff H Eckland   jeckland@ecklandblando.com

Vince C Reuter   vreuter@ecklandblando.com

Jared M Reams   jreams@ecklandblando.com

**MN/0:20-cv-02604 Notice will not be electronically mailed to:**

**MN/0:20-cv-02595 Notice has been electronically mailed to:**

Jerry W Blackwell   blackwell@blackwellburke.com

Robert Carmichael Brock   mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel   jfaleel@blackwellburke.com

Faris Rashid   frashid@greeneespel.com

Jeff H Eckland   jeckland@ecklandblando.com

Vince C Reuter   vreuter@ecklandblando.com

Jared M Reams   jreams@ecklandblando.com

**MN/0:20-cv-02595 Notice will not be electronically mailed to:**

**MN/0:20-cv-02594 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02594 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/13/2021] [FileNumber=1035715-0]
[9190561e6d448f3b8fee351b5d59c46a00d821ac38c216ec195fa0bfb6c67eca45de
f63d3813097e78fe3c469234137b5ef07774e34de051e276e072be1785b7]]