**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION,                      Case No. 3:19-md-2885-MCR-GRJ

                                           Judge M. Casey Rodgers
                                           Magistrate Judge Gary Jones

This Document Relates to:
*Lloyd Baker,* No. 7:20-cv-00039;
*Luke Estes,* No. 7:20-cv-00137;
*Stephen Hacker,* No. 7:20-cv-00131;
*Lewis Keefer,* No. 7:20-cv-00104;
*Dustin McCombs,* No. 7:20-cv-00094
_____/

**O R D E R**

Pending before the court is Plaintiffs' Motion for Sanctions to Strike

Defendants' Second Supplemental Expert Report of Harri Kytomaa, Ph.D.,

P.E., CFEI.  ECF No. 1600.  Because resolution of this motion is time

sensitive, Defendants must file a response to the motion by **January 19,**

**2021**. After the Court reviews the fillings, if necessary, the Court will

schedule a telephonic hearing to address the motion.

**DONE AND ORDERED** this 14th day of January 2021.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge