# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   January 15, 2021

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Nolan M. Leuthauser      on  January 14, 2021    Doc. # 1607

Response _____ on _____ Doc. # _____

\_\_\_\_ Stipulated        \_\_\_\_ Joint Pleading
\_\_\_\_ Unopposed       \_\_\_\_ Consented

> JESSICA J. LYUBLANOVITS
> CLERK OF COURT
> */s/ Kathy Rock*
> Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 15th day of January 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**