## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, January 15, 2021 7:12 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, January 15, 2021 1:10:39 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 1/15/2021 at 8:10 AM EST and filed on 1/15/2021
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1087

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ([1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Akil-Milele v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02689 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Alatassi v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02682 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Nostitz v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02574 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-*

*cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Delaunay v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02565 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Rogers v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02575 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Atkinson v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02559 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Betancourt v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02669 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Boerger v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02677 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-*

*cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| Case Name: | Wiley v. 3M Company et al |
| Case Number: | MN/0:20-cv-02555 |
| Filer: | |
| Document Number: | 4 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| Case Name: | Brant v. 3M Company et al |
| Case Number: | MN/0:20-cv-02685 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Alcaraz v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02683 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Bowser v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02564 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Cintron v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02687 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-*

*cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

| | |
|---|---|
| **Case Name:** | Clampet v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02688 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 14 action(s)** *re: pldg. ( [1075] in MDL No. 2885, 2 in MN/0:20-cv-02555, 2 in MN/0:20-cv-02559, 2 in MN/0:20-cv-02564, 2 in MN/0:20-cv-02565, 2 in MN/0:20-cv-02574, 2 in MN/0:20-cv-02575, 1 in MN/0:20-cv-02669, 1 in MN/0:20-cv-02677, 1 in MN/0:20-cv-02682, 1 in MN/0:20-cv-02683, 1 in MN/0:20-cv-02685, 1 in MN/0:20-cv-02687, 1 in MN/0:20-cv-02688, 1 in MN/0:20-cv-02689)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/15/2021.**

**Associated Cases: MDL No. 2885, MN/0:20-cv-02555, MN/0:20-cv-02559, MN/0:20-cv-02564, MN/0:20-cv-02565, MN/0:20-cv-02574, MN/0:20-cv-02575, MN/0:20-cv-02669, MN/0:20-cv-02677, MN/0:20-cv-02682, MN/0:20-cv-02683, MN/0:20-cv-02685, MN/0:20-cv-02687, MN/0:20-cv-02688, MN/0:20-cv-02689 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:20-cv-02689 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02689 Notice will not be electronically mailed to:**

**MN/0:20-cv-02682 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02682 Notice will not be electronically mailed to:**

**MN/0:20-cv-02574 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02574 Notice will not be electronically mailed to:**

**MN/0:20-cv-02565 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02565 Notice will not be electronically mailed to:**

**MN/0:20-cv-02575 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02575 Notice will not be electronically mailed to:**

**MN/0:20-cv-02559 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02559 Notice will not be electronically mailed to:**

**MN/0:20-cv-02669 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02669 Notice will not be electronically mailed to:**

**MN/0:20-cv-02677 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02677 Notice will not be electronically mailed to:**

**MN/0:20-cv-02555 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02555 Notice will not be electronically mailed to:**

**MN/0:20-cv-02685 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02685 Notice will not be electronically mailed to:**

**MN/0:20-cv-02683 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02683 Notice will not be electronically mailed to:**

**MN/0:20-cv-02564 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02564 Notice will not be electronically mailed to:**

**MN/0:20-cv-02687 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02687 Notice will not be electronically mailed to:**

**MN/0:20-cv-02688 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:20-cv-02688 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/15/2021] [FileNumber=1036235-0]
[9d727cf8a5795283dae55004e7980518867484b3d8d5fe6555500dc8683a0a935cdd
3ff4dc13fdbc94bc00189119267e5148c1fedebc04abd6a0dfa6fb2b5443]]