# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Ms. Amanda Jeanne Hunt

whose address is  440 Louisiana St Ste 1600

Houston, TX  77002

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the

8th day of May, 2014.

Given over my hand and the Seal of the Louisiana State Bar Association, this 15th day of January, 2021.

*[signature]*

Executive Director
Louisiana State Bar Association