# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Lloyd Baker*, No. 7:20-cv-00039;<br>*Luke Estes*, No. 7:20-cv-00137;<br>*Stephen Hacker*, No. 7:20-cv-00131;<br>*Lewis Keefer*, No. 7:20-cv-00104;<br>*Dustin McCombs*, No. 7:20-cv-00094 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS TO STRIKE DEFENDANTS' SECOND SUPPLEMENTAL EXPERT REPORT OF HARRI KYTOMAA, Ph.D., P.E., CFEI

PLEASE TAKE NOTICE that Plaintiffs hereby withdraw their Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report of Harri Kytomaa, Ph.D., P.E., CFEI filed under seal January 12, 2021.

DATED: January 19, 2021             */s/ Bryan F. Aylstock*

Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
cseeger@seegerweiss.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 19th day of January, 2021, a true and correct copy of the foregoing was filed under seal and served on the counsel of record by email pursuant to the Protective Order in this case.

.

                                                */s/ Bryan F. Aylstock*
                                                Bryan F. Aylstock