## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

This matter is before the Court on Magistrate Judge Jones' Report and Recommendation dated January 4, 2021. *See* ECF No. 1590. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having conducted the required *de novo* review of the Magistrate Judge's legal rulings, the Court finds that the proposed findings of fact and conclusions of law to be well supported. Therefore, the Court finds that the Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED**:

1. Magistrate Judge Jones' Report and Recommendation, ECF No. 1590, is **ADOPTED** and incorporated by reference in this Order.

2. Defendants' Motion to Compel Against the Department of Defense, ECF No. 1433, is **DENIED**.

**SO ORDERED**, on this 19th day of January, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**