# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION </br></br>This Documents Relates to All Cases | ) ) ) ) ) ) ) ) ) | Case No. 3:19-md-2885-MCR-GRJ </br></br> Judge M. Casey Rodgers </br> Magistrate Judge Gary R. Jones |

## MOTION FOR LEAVE TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S JANUARY 4, 2021 REPORT & RECOMMENDATION

Defendants respectfully request leave to submit objections (attached as Ex. A) to the Magistrate Judge's January 4, 2021 Report & Recommendation ("R&R") regarding Defendants' motion to compel against the Department of Defense (Dkt. 1590).

Judge Jones issued his R&R on January 4, 2021 and noted that objections were due within 14 days. (Dkt. 1590 at 20.) The Court, understandably, entered an Order adopting the R&R 15 days later, during the afternoon of January 19, 2021 (Dkt. 1620). However, the deadline to file objections to the R&R fell on January 18, 2021, which was Martin Luther King Jr. Day. Thus, under Rule 6(a)(1)(C), the deadline extended until the following day—today, January 19. *See Cont'l Promotion Grp., Inc. v. Garvin*, 2009 WL 10673482, at *5 (D. Ariz. May 22, 2009) ("Rule 6 of the Federal Rules of Civil Procedure provides that, in computing time,

federal holidays (including Martin Luther King Jr.'s Birthday) are excluded, and should a filing be due on a federal holiday, it is to be filed on the next day that is not a Saturday, Sunday, legal holiday, or day when the clerk's office is inaccessible.").

Dated:  January 19, 2021        Respectfully submitted,

       /s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-3254
mnomellini@kirkland.com

Kimberly Branscome
DECHERT LLP
633 W. 5th St., Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5762
kimberly.branscome@dechert.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(I)**

Pursuant to Local Rule 7.1(I), counsel for Defendants certify that this brief contains 188 words, excluding the case style, signature block, and certificates of compliance with the Local Rules.

Dated: January 19, 2021    Respectfully submitted,

/s/ Robert C. Brock
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 19, 2021, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED:  January 19, 2021

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*