# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

This matter is before the Court on Defendants' Motion for Leave to File Objections to Magistrate Judge Jones' Report and Recommendation dated January 4, 2021. *See* ECF No. 1621. Because the 14-day deadline for filing objections to Judge Jones' Report and Recommendation fell on January 18, 2021, a federal holiday honoring Dr. Martin Luther King, Jr., any objections were due on the following day, January 19, 2021. *See* Fed. R. Civ. P. 6(a)(1)(C). Accordingly, the Court's January 19, 2021 Order adopting Judge Jones' Report and Recommendation, ECF No. 1620, was premature and should be vacated. The Court apologizes to Defendants for the inconvenience caused by the premature adoption of the Report and Recommendation; however, the undersigned and her staff were working on January 18, 2021 and overlooked that it was a federal holiday. Accordingly, it is **ORDERED**:

1. The Clerk is directed to **VACATE** the Court's Order, ECF No. 1620, dated January 19, 2021.

2. Defendants' Motion for Leave to File Objections to the Magistrate Judge's January 4, 2021 Report & Recommendation, ECF No. 1621, is **GRANTED**.

**SO ORDERED**, on this 20th day of January, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**