**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS LIABILITY
LITIGATION,

This Document Relates to All Cases
_____/

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## ORDER

Pending before the Court is Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report for Harri Kytomaa. ECF No. 1600. Yesterday, Plaintiffs filed a "Notice of Withdrawal" of the instant motion. ECF No. 1619.

Accordingly, it is **ORDERED** that Plaintiffs' Motion for Sanctions to Strike Defendants' Second Supplemental Expert Report for Harri Kytomaa, ECF No. 1600, is **TERMINATED as moot**.

**DONE AND ORDERED** this 20th day of January 2021.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge