## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Thursday, January 21, 2021 7:38 AM |
| **To:** | Blair Patton; Kim Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Thursday, January 21, 2021 1:36:14 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/21/2021 at 8:36 AM EST and filed on 1/21/2021

**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation

**Case Number:** MDL No. 2885

**Filer:**

**Document Number:** 1095

**Docket Text:**

<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ([1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**</span>

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Layman v. 3M Company et al
**Case Number:**     MN/0:21-cv-00032
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Ambler v. 3M Company et al
**Case Number:**     MN/0:21-cv-00018
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Kopp v. 3M Company et al
**Case Number:**     MN/0:21-cv-00047
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Dyer v. 3M Company et al
**Case Number:**    MN/0:21-cv-00025
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Kontz v. 3M Company et al
**Case Number:**    MN/0:21-cv-00046
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-*

*cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:         Araos v. 3M Company et al
Case Number:       MN/0:21-cv-00015
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:         Hartley v. 3M Company et al
Case Number:       MN/0:21-cv-00029
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Martinez v. 3M Company et al
**Case Number:**   MN/0:21-cv-00040
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Dodson v. 3M Company et al
**Case Number:**   MN/0:21-cv-00010
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Andrade v. 3M Company et al
**Case Number:**   MN/0:21-cv-00021

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Mathers v. 3M Company et al

**Case Number:** MN/0:21-cv-00041

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Croall v. 3M Company et al

**Case Number:** MN/0:21-cv-00017

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-*

*cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  DeLay v. 3M Company et al
**Case Number:**  MN/0:21-cv-00009
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Damms v. 3M Company et al
**Case Number:**  MN/0:21-cv-00008
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-*

*cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | McClellan v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00030 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Henning v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00031 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Adams v. 3M Company et al
**Case Number:**      MN/0:21-cv-00014
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Evans v. 3M Company et al
**Case Number:**      MN/0:21-cv-00026
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Dow v. 3M Company et al
**Case Number:**      MN/0:21-cv-00012
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      LeCureux v. 3M Company et al
**Case Number:**    MN/0:21-cv-00034
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Jackson v. 3M Company et al
**Case Number:**    MN/0:21-cv-00042
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-*

*cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Keel v. 3M Company et al
Case Number:      MN/0:21-cv-00044
Filer:
Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Craghead v. 3M Company et al
Case Number:      MN/0:21-cv-00006
Filer:
Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Gomez v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00027 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00043 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Cruz v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00007 |

**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Crespo v. 3M Company et al
**Case Number:**        MN/0:21-cv-00016
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Looker v. 3M Company et al
**Case Number:**        MN/0:21-cv-00038
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-*

*cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Hannah v. 3M Company et al
**Case Number:**      MN/0:21-cv-00028
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      King v. 3M Company et al
**Case Number:**      MN/0:21-cv-00045
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-*

*cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Allen v. 3M Company et al |
| **Case Number:** | MN/0:20-cv-02684 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Lewis v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00036 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Laday v. 3M Company et al
**Case Number:**      MN/0:21-cv-00049
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Cozart v. 3M Company et al
**Case Number:**      MN/0:21-cv-00005
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Deckard v. 3M Company et al
**Case Number:**      MN/0:21-cv-00020
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-91) - 35 action(s)** *re: pldg. ( [1082] in MDL No. 2885, 1 in MN/0:20-cv-02684, 1 in MN/0:21-cv-00005, 1 in MN/0:21-cv-00006, 1 in MN/0:21-cv-00007, 1 in MN/0:21-cv-00008, 1 in MN/0:21-cv-00009, 1 in MN/0:21-cv-00010, 1 in MN/0:21-cv-00012, 1 in MN/0:21-cv-00014, 1 in MN/0:21-cv-00015, 1 in MN/0:21-cv-00016, 1 in MN/0:21-cv-00017, 1 in MN/0:21-cv-00018, 1 in MN/0:21-cv-00020, 1 in MN/0:21-cv-00021, 1 in MN/0:21-cv-00025, 1 in MN/0:21-cv-00026, 1 in MN/0:21-cv-00027, 1 in MN/0:21-cv-00028, 1 in MN/0:21-cv-00029, 1 in MN/0:21-cv-00030, 1 in MN/0:21-cv-00031, 1 in MN/0:21-cv-00032, 1 in MN/0:21-cv-00034, 1 in MN/0:21-cv-00036, 1 in MN/0:21-cv-00038, 1 in MN/0:21-cv-00040, 1 in MN/0:21-cv-00041, 1 in MN/0:21-cv-00042, 1 in MN/0:21-cv-00043, 1 in MN/0:21-cv-00044, 1 in MN/0:21-cv-00045, 1 in MN/0:21-cv-00046, 1 in MN/0:21-cv-00047, 1 in MN/0:21-cv-00049)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/21/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epfile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00032 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00032 Notice will not be electronically mailed to:**

**MN/0:21-cv-00018 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00018 Notice will not be electronically mailed to:**

**MN/0:21-cv-00047 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00047 Notice will not be electronically mailed to:**

**MN/0:21-cv-00025 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00025 Notice will not be electronically mailed to:**

**MN/0:21-cv-00046 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00046 Notice will not be electronically mailed to:**

**MN/0:21-cv-00015 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00015 Notice will not be electronically mailed to:**

**MN/0:21-cv-00029 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00029 Notice will not be electronically mailed to:**

**MN/0:21-cv-00040 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00040 Notice will not be electronically mailed to:**

**MN/0:21-cv-00010 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00010 Notice will not be electronically mailed to:**

**MN/0:21-cv-00021 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00021 Notice will not be electronically mailed to:**

**MN/0:21-cv-00041 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00041 Notice will not be electronically mailed to:**

**MN/0:21-cv-00017 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00017 Notice will not be electronically mailed to:**

**MN/0:21-cv-00009 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00009 Notice will not be electronically mailed to:**

**MN/0:21-cv-00008 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00008 Notice will not be electronically mailed to:**

**MN/0:21-cv-00030 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00030 Notice will not be electronically mailed to:**

**MN/0:21-cv-00031 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00031 Notice will not be electronically mailed to:**

**MN/0:21-cv-00014 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00014 Notice will not be electronically mailed to:**

**MN/0:21-cv-00026 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00026 Notice will not be electronically mailed to:**

**MN/0:21-cv-00012 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00012 Notice will not be electronically mailed to:**

**MN/0:21-cv-00034 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00034 Notice will not be electronically mailed to:**

**MN/0:21-cv-00042 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00042 Notice will not be electronically mailed to:**

**MN/0:21-cv-00044 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00044 Notice will not be electronically mailed to:**

**MN/0:21-cv-00006 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00006 Notice will not be electronically mailed to:**

**MN/0:21-cv-00027 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00027 Notice will not be electronically mailed to:**

**MN/0:21-cv-00043 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00043 Notice will not be electronically mailed to:**

**MN/0:21-cv-00007 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00007 Notice will not be electronically mailed to:**

**MN/0:21-cv-00016 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00016 Notice will not be electronically mailed to:**

**MN/0:21-cv-00038 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00038 Notice will not be electronically mailed to:**

**MN/0:21-cv-00028 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00028 Notice will not be electronically mailed to:**

**MN/0:21-cv-00045 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00045 Notice will not be electronically mailed to:**

**MN/0:20-cv-02684 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:20-cv-02684 Notice will not be electronically mailed to:**

**MN/0:21-cv-00036 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00036 Notice will not be electronically mailed to:**

**MN/0:21-cv-00049 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00049 Notice will not be electronically mailed to:**

**MN/0:21-cv-00005 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00005 Notice will not be electronically mailed to:**

**MN/0:21-cv-00020 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00020 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/21/2021] [FileNumber=1036920-0]
[ab4122733e92dd92ee97acd613470fae9029a80ec9196c1e6ede0ce8afbf2731f595
efd125d698b60e8291ea0491b8c80b443efa08858f1794d7948152d371b3]]