# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                                                Date:  January 22, 2021
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Nineteenth Case Management Conference**

Attendance of counsel in person, by video and by telephone.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.  Order to follow memorializing the Case Management Conference.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Bryan Aylstock, Tom Pirtle and Neil Overholtz with additional counsel in the courtroom, by video and by phone

**Lead Counsel for Defendants:**   Larry Hill, Charles Beall, Haley VanFleteren with additional counsel by video and by
**3M Co. and Aearo**                          phone

**PROCEEDINGS:**

10:09   am   Court in Session - Introduction of Counsel
Court and counsel address the following agenda items:
- Jury trial set for March 29, 2021 to April 28, 2021 -- scheduled to last 5 weeks
- Pretrial conference for May and June trials to be conducted on April 29 & 30th or during jury deliberation
- Court discusses jury trial and jury selection procedures and trial time limits for presentation of case
- Voir dire process; bench conferences and proposed trial order discussed
- Counsel to confer re: paying jurors extra and Court to check with Clerk of Court
- Juror availability questionnaires, special questionnaires, COVID memo to jurors and COVID protocol
- Cause challenges; pretrial stipulations; appearance of witnesses at trial in person or remotely
- Pretrial Conferences set the week of March 15th (for all cases or 3 cases)
- Motions in Limine – no replies; Daubert motions and Summary Judgment motions and word limits

12:06 pm    Court in Recess
12:17 pm    Court in Session
- Pattern Jury Instructions from various states
- Deadlines for Groups B, C & D
- Court discusses having Judge Herdon present during the trial
- Court reviews status of Minnesota trial

1:02 pm    Court in Recess