UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE:  3M COMBAT ARMS | § § | Case No. |
| EARPLUG PRODUCTS LIABILITY | § § § § | 3:19-MD-2885-MCR-GRJ |
| This Document Relates to: | § § | |
| Dustin McCombs | § § | |
| Civil Case No. 7:20-cv-00094 | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Katharine Krottinger of Monsour Law Firm was admitted to practice pro hac vice in this Court on March 5, 2020, and hereby enters her appearance as counsel for Plaintiff in the following action:

*Dustin McCombs v. 3M Company, et al.*, Case No. 7:20-cv-0094.  Counsel requests all further papers and pleadings in this action and the Master Docket of MDL 2885 be served upon her.

Respectfully Submitted,

/s/ Katharine Krottinger
Katharine Krottinger
Texas Bar Number 24077257
THE MONSOUR LAW FIRM
404 N. Green Street
Longview, Texas 75601
Phone:  (903) 758-5757
Fax:  (9093) 230-5010
Email: katy@monsourlawfirm.com

Dated: January 28, 2021

## CERTIFICATE OF SERVICE

I do hereby certify that on this 28th day of January 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system.

/s/ Katharine Krottinger
Katharine Krottinger