UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### ORDER AMENDING ORDER SETTING TRIAL AND PRETRIAL SCHEDULE

This Order amends the Court's January 25, 2021 Order Setting Trial and Pretrial Schedule, Case No. 3:19md2885, ECF No. 1629, in the above-captioned bellwether cases as follows. Jury deliberations in the consolidated trial of the above-captioned three cases will begin no later than Thursday, April 29, 2021. Additionally, the Court will conduct the pretrial conferences in the McCombs case, Case No. 7:20cv94, and the Baker case, Case No. 7:20cv39, on Friday April 30, 2021. All other aspects of the Court's January 25, 2021 Order remain unchanged.

**SO ORDERED**, on this 29th day of January, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**