# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**In re: 3M Combat Arms Earplug**
**Products Liability Litigation**    Case No. 3:19-MD-2885-MCR-GRJ

*This Document Relates To:*    The Hon. M. Casey Rodgers
Wilnnet De Jesus Lorenzo
v. 3M Company, Civil    MDL No. 2885
Docket No. 3:20-cv-05662-MCR/GRJ

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Panagiotis V. Albanis of the law firm of Morgan & Morgan, hereby enters his appearance in the Master Docket, pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Albanis is counsel for Plaintiffs in this action. Mr. Albanis is counsel of record for Mr. De Jesus Lorenzo whose case, styled *De Jesus Lorenzo v. 3M Company*, Case No. 3:20-cv-05662-MCR/GRJ, was filed in this Court (MDL Case No. 2885) on July 21, 2020.

Counsel is admitted in the Northern District of Florida and has complied with all requirements for appearing and filing in this District. Mr. Albanis has fulfilled the administrative requirements outlined in Pretrial Order No. 3. Counsel accordingly requests that all further papers and pleadings in this action be served upon him.

Dated: January 29, 2021

/s/ *Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis (FL Bar No. 77354)
Morgan & Morgan – Complex Litigation Group

12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 29, 2021 and in compliance with L.R. 5.1(F), a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email notification to all registered counsel of record.

                */s/Panagiotis V. Albanis*
                Panagiotis V. Albanis