

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
LITIGATION DIVISION
9275 GUNSTON ROAD
FORT BELVOIR, VA  22060-5546

# Exhibit A

December 28, 2020

SUBJECT:  Eleventh Response to *Touhy* Requests Dated July 26, 2019, December 2, 2019, March 17, 2020, and November 10, 2020, in the case of *In Re.: 3M Combat Arms Earplug Products Liability Litigation,* Civil Action File No.: 3:19-md-02885, United States District Court for the Northern District of Florida

Mark J. Nomellini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60054
(Via Email)

Dear Mr. Nomellini,

   This letter is in response to your July 26, 2019 *Touhy* request for "Noise dosimetry data or other documents regarding the amount of noise service members are exposed to in particular specialties, in particular situations, or when operating particular weapons" and "Studies or policies relating to the prevention of service member exposure to the following ototoxins: toluene, xylene, n-hexane, organic tin, carbon disulfide, mercury, organic lead, hydrogen cyanide, diesel fuel, kerosene fuel, jet fuel, organophosphate pesticides, and nerve agents, excluding documents that are publicly available" as supplemented by the March 17, 2020 supplemental *Touhy* request seeking "Documents identified in Army Pamphlet 40-501 regarding Service member noise exposure" and as amended by emails and a November 10, 2020 telephonic phone conversation between yourself and the Department of Justice ("DOJ") regarding exposure data for the bellwether plaintiffs.

   In accordance with Department of Defense Directive 5405.2, the DoD has conducted searches for information responsive to your request and has authorized the release of the Worker Exposure History Report (WEHR) for five bellwether plaintiffs. The reports concern the following bellwether plaintiffs: Brandon Adkins, Guillermo Camarillorazo, Stephen Hacker, Joseph Palanki, and Luke Vilsmeyer.[1] These documents are being released pursuant to an agreement between yourself and the DOJ providing that the DoD would release WEHRs for five bellwether plaintiffs for your review and you would determine whether you wanted the DoD to produce WEHRs for the remaining 19

---

[1] The WEHR contains Unit Identification Code (UIC) start dates. This information is linked with the first Defense Manpower Data Center (DMDC) personnel record. In the WEHR, the native DMDC start dates are shown. Thus, all UICs will show the same start date, which is the date in which the Service member entered active duty.

bellwether plaintiffs subject to a stipulation regarding the release of such data. Please advise us in writing by December 14, 2010, following your review, if you would like the DoD to produce the WEHRs for the other bellwether plaintiffs.  If so, please include in your writing identifying data (Social Security Number and Date of Birth) for those individuals.

    Should have any questions, please feel free to contact me at nicole.m.kim2@mail.mil or 703-693-1015.

                          Sincerely,

                          Nicole M. Kim
                          Major, U.S. Army
                          Litigation Attorney