**MAJ USARMY HQDA OTJAG (USA)**

| | |
|---|---|
| **From:** | ▇▇▇▇ CIV DLA TROOP SUPPORT (USA) <▇▇▇@dla.mil> |
| **Sent:** | Thursday, February 20, 2020 11:51 AM |
| **To:** | ▇▇▇▇ MAJ USARMY HQDA OTJAG (USA); ▇▇▇▇ Jr CIV DLA TROOP SUPPORT (USA) |
| **Cc:** | ▇▇▇▇ MAJ USARMY HQDA OTJAG (USA); ▇▇▇▇ CIV DLA TROOP SUPPORT (USA) |
| **Subject:** | RE: 3M Touhy Request |
| **Attachments:** | 3M Ear plugs2.xlsx |
| **Importance:** | High |

,

As requested here is our sales/distribution data. The Spreadsheet is a little difficult to read and I had to be enlightened by our folks, so I've included some brief explanations. As you see there are two tables, the raw data and the pivot. The pivot appears to be what you want to use if you want to better sort data. Some important things for our purposes is first that on the raw data Column F shows the Department of Defense Activity Address Code (DoDAAC) and the original document number for the order. The DoDAAC is the first 6 digits, that code will correspond with a unit or DOD location that ordered the item and thus will tell you where it went. The official definition is as follows: The Department of Defense Activity Address Code (DoDAAC) is a six position code that uniquely identifies a Department of Defense unit, activity, or organization that has the authority to requisition, contract for, receive, have custody of, issue, or ship DoD assets, or fund/pay bills for materials and/or services. The rest of the code in that column is the original document number, so for purposes of finding where this materiel went, the six digit DoDAAC is what you need.

Also of importance to this litigation is Column L of the raw data as it shows the military service abbreviated as "_BIC_BMILSVC_3". There are letter codes that correspond which each military service as follows:

DODAAC (FMS)
W(B) - Army          N,R,V(P) - Navy
F(D) - Air Force     I - Immigration
M(K) - Marines       Z - Coast Guard

The standard designations are W for Army, N, R, or V for Navy, F for Air Force and M for Marines. The letters in parentheses ie. (B) connotate foreign military sales, so for example B would mean a foreign military sale by the Army.

Finally the pivot is simplified into several easier to read columns (A) Original Document Number , (B) Order Number (C) Net Price per Item, (D) Quantity of Item and (E) Sum Net Value or Total. Also at the top highlighted is the total for all the data we pulled.

V/r

▇▇▇▇
Assistant Counsel- Medical