UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 67**
**Deadlines For Exhibit Lists For First Group A Bellwether Trial**

This Order governs exhibits for the consolidated Group A Bellwether Trial of Plaintiffs Estes, Hacker, and Keefer. In light of the upcoming March 29, 2021 trial date, the Court recognizes the need for an efficient timeline to allow resolution of any disputes before trial. Accordingly, the following deadlines and time limitations are hereby imposed:

1. **February 12, 2021**: Parties will exchange exhibit lists.

2. **February 16, 2021**: Parties will serve objections to the first 750 exhibits.

3. **February 22, 2021**: Parties will serve objections to any remaining exhibits.

4. **March 8, 2021**: Parties will file pretrial stipulation containing a list of any exhibits to be offered at trial. The exhibits must be listed on a table or an excel spreadsheet, with the following columns:

    - Column 1: Exhibit. Each exhibit should be identified by an exhibit number pursuant to the exhibit-marking instructions provided by the Court.

- Column 2: Bates number.  If the exhibit is bates-stamped, list the beginning bates number for the exhibit.

- Column 3: Description.  Provide a brief description of the exhibit.

- Column 4:  Objections to exhibits.  Objections should be one word and must include a citation to the appropriate Federal Rule(s) of Evidence.  Objections should be in red font.

**SO ORDERED**, on this 4th day of February, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**