UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to:<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 68**
**Bifurcated Pretrial Conferences and Amendment to Order Setting Trial and Pretrial Schedule re: Pretrial Conference Dates**

In order to discourage wasteful pretrial activities, improve the quality of the trial through more thorough preparation, and avoid any risk that the case will be protracted because of lack of management, the Court finds it necessary to conduct bifurcated pretrial conferences for the first Group A bellwether trial in the above-captioned cases. *See* Fed. R. Civ. P. 16(a). The first conference is set for Thursday, February 11, 2021 at 9AM, at which time the Court will discuss witnesses, exhibits, and motions in limine with the parties. At least one lead counsel for each party must appear in person.[1]

---

[1] The undersigned does not need to hear from all counsel of record for each party, but she would like to hear from counsel involved in identifying trial witnesses and exhibits.

Additionally, the Court hereby extends the time for the pretrial conference that was originally set for March 16-18, 2021 per ECF No. 1629 by two days. The pretrial conference is now set for March 15-19, 2021.

**SO ORDERED**, on this 4th day of February, 2021.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**