# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, February 9, 2021 6:43 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, February 9, 2021 12:41:23 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/9/2021 at 7:41 AM EST and filed on 2/9/2021
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1128

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ([1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Gardoni v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00226 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Dewart v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00205 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Holdridge v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00240 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-*

*cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Garcia v. 3M Company et al
**Case Number:** MN/0:21-cv-00223
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Green v. 3M Company et al
**Case Number:** MN/0:21-cv-00218
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Gadson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00219 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Bouchard v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00196 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Blandford v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00195 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-*

*cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Goodman v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00216 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Adler v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00184 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hotchkiss v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00241 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Ball v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00193 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Cuatt v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00202 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-*

*cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Cardell v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00201 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Higgins v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00237 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hagos v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00221 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Diaz v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00208 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Florain v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00214 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-*

*cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Geiger v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00209 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Jones v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00198 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hudson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00243 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s) re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Green v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00217 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s) re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Gilbert v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00211 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s) re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-*

*cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Englebert v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00213 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Anderson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00185 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Baker v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00187 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Haehnel v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00220 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-93) - 27 action(s)** *re: pldg. ( [1116] in MDL No. 2885, 1 in MN/0:21-cv-00184, 1 in MN/0:21-cv-00185, 1 in MN/0:21-cv-00187, 1 in MN/0:21-cv-00193, 1 in MN/0:21-cv-00195, 1 in MN/0:21-cv-00196, 1 in MN/0:21-cv-00198, 1 in MN/0:21-cv-00201, 1 in MN/0:21-cv-00202, 1 in MN/0:21-cv-00205, 1 in MN/0:21-cv-00208, 1 in MN/0:21-cv-00209, 1 in MN/0:21-cv-00211, 1 in MN/0:21-cv-00213, 1 in MN/0:21-cv-00214, 1 in MN/0:21-cv-00216, 1 in MN/0:21-cv-00217, 1 in MN/0:21-cv-00218, 1 in MN/0:21-cv-00219, 1 in MN/0:21-cv-00220, 1 in MN/0:21-cv-00221, 1 in MN/0:21-cv-00223, 1 in MN/0:21-cv-00226, 1 in MN/0:21-cv-00237, 1 in MN/0:21-cv-00240, 1 in MN/0:21-cv-00241, 1 in MN/0:21-cv-00243)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/9/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00226 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00226 Notice will not be electronically mailed to:**

**MN/0:21-cv-00205 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00205 Notice will not be electronically mailed to:**

**MN/0:21-cv-00240 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00240 Notice will not be electronically mailed to:**

**MN/0:21-cv-00223 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00223 Notice will not be electronically mailed to:**

**MN/0:21-cv-00218 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00218 Notice will not be electronically mailed to:**

**MN/0:21-cv-00219 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00219 Notice will not be electronically mailed to:**

**MN/0:21-cv-00196 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00196 Notice will not be electronically mailed to:**

**MN/0:21-cv-00195 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00195 Notice will not be electronically mailed to:**

**MN/0:21-cv-00216 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00216 Notice will not be electronically mailed to:**

**MN/0:21-cv-00184 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00184 Notice will not be electronically mailed to:**

**MN/0:21-cv-00241 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00241 Notice will not be electronically mailed to:**

**MN/0:21-cv-00193 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00193 Notice will not be electronically mailed to:**

**MN/0:21-cv-00202 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00202 Notice will not be electronically mailed to:**

**MN/0:21-cv-00201 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00201 Notice will not be electronically mailed to:**

**MN/0:21-cv-00237 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00237 Notice will not be electronically mailed to:**

**MN/0:21-cv-00221 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00221 Notice will not be electronically mailed to:**

**MN/0:21-cv-00208 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00208 Notice will not be electronically mailed to:**

**MN/0:21-cv-00214 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00214 Notice will not be electronically mailed to:**

**MN/0:21-cv-00209 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00209 Notice will not be electronically mailed to:**

**MN/0:21-cv-00198 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00198 Notice will not be electronically mailed to:**

**MN/0:21-cv-00243 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00243 Notice will not be electronically mailed to:**

**MN/0:21-cv-00217 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00217 Notice will not be electronically mailed to:**

**MN/0:21-cv-00211 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00211 Notice will not be electronically mailed to:**

**MN/0:21-cv-00213 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00213 Notice will not be electronically mailed to:**

**MN/0:21-cv-00185 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00185 Notice will not be electronically mailed to:**

**MN/0:21-cv-00187 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00187 Notice will not be electronically mailed to:**

**MN/0:21-cv-00220 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams      jreams@ecklandblando.com

**MN/0:21-cv-00220 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/9/2021] [FileNumber=1040455-0]
[9693cbdd9553c82cdf27da6c2f79720bbe1c889ed19e4171971dde8813a6bc37603ff
7411df03de29a690bf9d6c31f3dd274814befb9d52bd577a6c4f239715d]]