# *United States District Court*
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                        Date:   February 5, 2021
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

---

**DOCKET ENTRY: Oral Argument**

Attendance of counsel in person and by zoom (audio only).   U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.   Argument heard. Order to follow.

---

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**    Michael Sacchet, Bryan Aylstock, Neil Overholtz and Tom Pirtle

**Lead Counsel for Defendants:**   Charles Beall and Haley VanFleteren
**3M Co. and Aearo**

**PROCEEDINGS:**

| 2:05 pm | Court in Session - Introduction of Counsel |
| | Oral Argument on those expert witnesses re: hearing safety compliance (plaintiffs) or non-compliance (defendants) in the Army |
| 2:08 pm | Defendants present oral argument (Beall) |
| | Court inquiry; counsel responds |
| 2:50 pm | Plaintiffs present oral argument (Sacchet) |
| | Court inquiry; counsel responds |
| 3:15 pm | Defendants rebuttal argument (Beall) |
| 3:40 pm | Plaintiffs response (Sacchet) |
| 3:41 pm | Court addresses counsel |
| 3:46 pm | Court in Recess |