UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Estes*, 7:20cv137 *Hacker*, 7:20cv131 *Keefer*, 7:20cv104 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 69**
**Motions in Limine**

As discussed with the parties at the initial Pretrial Conference on February 11, 2021, the Court sets forth the following parameters for the parties' Motions in Limine.

1. The parties' motions are due on February 19, 2021 and are limited to 10,000 words, regardless of whether the challenge is a general or case-specific one.

2. This Order amends the ten-day response deadline set forth in the Order Setting Trial and Pretrial Schedule, ECF No. 1629. Responses are now due within five (5) calendar days after the motions are filed. Responses are limited to 5,000 words.

3. The format for the motions is 14-point, Times New Roman font and single spacing, except the parties must include at least double spacing between each issue.

4. The parties must provide the Court with all documents challenged in a motion. If the document is already part of the record, the parties must clearly and specifically reference the location of the document in the record.

**SO ORDERED** this 13th day of February, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**