UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

The Case Management Conference currently scheduled for Friday, February 19, 2021 is cancelled. The Court will hold a brief teleconference with leadership counsel only at 8:30AM, followed by an evidentiary hearing at 10:00AM, at which the Court will hear expert testimony from Dr. David Eddins, Roger Juneau and Dr. Gregory Flamme. *See Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).

**SO ORDERED**, on this 15th day of February, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**