**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, February 16, 2021 7:26 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, February 16, 2021 1:23:54 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.</span>

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 2/16/2021 at 8:23 AM EST and filed on 2/16/2021

**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   MDL No. 2885
**Filer:**
**Document Number:** 1139

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ([1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Lewis v. 3M Company et al
**Case Number:**       MN/0:21-cv-00263
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**          Mace v. 3M Company et al
**Case Number:**       MN/0:21-cv-00250
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**           Shumaker v. 3M Company et al

**Case Number:**      MN/0:21-cv-00307

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s) *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**           Bailey v. 3M Company et al

**Case Number:**      MN/0:21-cv-00186

**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s) *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**           Monteleone v. 3M Company et al

**Case Number:**      MN/0:21-cv-00280

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Irions v. 3M Company et al
**Case Number:** MN/0:21-cv-00256
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** DeLuna v. 3M Company et al
**Case Number:** MN/0:21-cv-00204
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-*

*cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:         Santana v. 3M Company et al
Case Number:       MN/0:21-cv-00299
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:         Mayo v. 3M Company et al
Case Number:       MN/0:21-cv-00253
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-*

*cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Moya v. 3M Company et al
**Case Number:**   MN/0:21-cv-00273
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Miller v. 3M Company et al
**Case Number:**   MN/0:21-cv-00278
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-*

*cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Shaver v. 3M Company et al
**Case Number:**     MN/0:21-cv-00308
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Morris v. 3M Company et al
**Case Number:**     MN/0:21-cv-00270
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Johnson v. 3M Company et al
**Case Number:**   MN/0:21-cv-00262
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Luna v. 3M Company et al
**Case Number:**   MN/0:21-cv-00266
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Mcgough v. 3M Company et al
**Case Number:**   MN/0:21-cv-00255

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        McQueen v. 3M Company et al

**Case Number:**      MN/0:21-cv-00257

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Moreno v. 3M Company et al

**Case Number:**      MN/0:21-cv-00283

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Garza et al v. 3M Occupational Safety LLC et al
**Case Number:**    MN/0:21-cv-00224
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Medley v. 3M Company et al
**Case Number:**    MN/0:21-cv-00258
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-*

*cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hairston v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00234 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Morrow v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00272 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-*

*cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Rush v. 3M Company et al
Case Number:      MN/0:21-cv-00297
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Parson v. 3M Company et al
Case Number:      MN/0:21-cv-00281
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-*

*cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** McCarra v. 3M Company et al
**Case Number:** MN/0:21-cv-00254
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Peters v. 3M Company et al
**Case Number:** MN/0:21-cv-00303
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Schepp v. 3M Company et al
**Case Number:**   MN/0:21-cv-00300
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Herring v. 3M Company et al
**Case Number:**   MN/0:21-cv-00235
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**     Sado v. 3M Company et al
**Case Number:**   MN/0:21-cv-00298

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Jirava v. 3M Company et al

**Case Number:**    MN/0:21-cv-00259

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**    Golles v. 3M Company et al

**Case Number:**    MN/0:21-cv-00212

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Johnson v. 3M Company et al
**Case Number:**     MN/0:21-cv-00261
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Payne v. 3M Company et al
**Case Number:**     MN/0:21-cv-00286
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-*

*cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Moore v. 3M Company et al
**Case Number:**     MN/0:21-cv-00282
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Freeze v. 3M Company et al
**Case Number:**     MN/0:21-cv-00215
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-*

cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308) **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Martinez v. 3M Company et al
Case Number:      MN/0:21-cv-00251
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s) _re: pldg. ( [1123] in MDL No. 2885_, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Benbow v. 3M Company et al
Case Number:      MN/0:21-cv-00194
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s) _re: pldg. ( [1123] in MDL No. 2885_, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-**

*cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hurley v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00252 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-94) - 38 action(s)** *re: pldg. ( [1123] in MDL No. 2885, 1 in MN/0:21-cv-00186, 1 in MN/0:21-cv-00194, 1 in MN/0:21-cv-00204, 1 in MN/0:21-cv-00212, 1 in MN/0:21-cv-00215, 1 in MN/0:21-cv-00224, 1 in MN/0:21-cv-00234, 1 in MN/0:21-cv-00235, 1 in MN/0:21-cv-00250, 1 in MN/0:21-cv-00251, 1 in MN/0:21-cv-00252, 1 in MN/0:21-cv-00253, 1 in MN/0:21-cv-00254, 1 in MN/0:21-cv-00255, 1 in MN/0:21-cv-00256, 1 in MN/0:21-cv-00257, 1 in MN/0:21-cv-00258, 1 in MN/0:21-cv-00259, 1 in MN/0:21-cv-00261, 1 in MN/0:21-cv-00262, 1 in MN/0:21-cv-00263, 1 in MN/0:21-cv-00266, 1 in MN/0:21-cv-00270, 1 in MN/0:21-cv-00272, 1 in MN/0:21-cv-00273, 1 in MN/0:21-cv-00278, 1 in MN/0:21-cv-00280, 1 in MN/0:21-cv-00281, 1 in MN/0:21-cv-00282, 1 in MN/0:21-cv-00283, 1 in MN/0:21-cv-00286, 1 in MN/0:21-cv-00297, 1 in MN/0:21-cv-00298, 1 in MN/0:21-cv-00299, 1 in MN/0:21-cv-00300, 1 in MN/0:21-cv-00303, 1 in MN/0:21-cv-00307, 1 in MN/0:21-cv-00308)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/16/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00263 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00263 Notice will not be electronically mailed to:**

**MN/0:21-cv-00250 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00250 Notice will not be electronically mailed to:**

**MN/0:21-cv-00307 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00307 Notice will not be electronically mailed to:**

**MN/0:21-cv-00186 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00186 Notice will not be electronically mailed to:**

**MN/0:21-cv-00280 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00280 Notice will not be electronically mailed to:**

**MN/0:21-cv-00256 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00256 Notice will not be electronically mailed to:**

**MN/0:21-cv-00204 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00204 Notice will not be electronically mailed to:**

**MN/0:21-cv-00299 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00299 Notice will not be electronically mailed to:**

**MN/0:21-cv-00253 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00253 Notice will not be electronically mailed to:**

**MN/0:21-cv-00273 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00273 Notice will not be electronically mailed to:**

**MN/0:21-cv-00278 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00278 Notice will not be electronically mailed to:**

**MN/0:21-cv-00308 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00308 Notice will not be electronically mailed to:**

**MN/0:21-cv-00270 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00270 Notice will not be electronically mailed to:**

**MN/0:21-cv-00262 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00262 Notice will not be electronically mailed to:**

**MN/0:21-cv-00266 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00266 Notice will not be electronically mailed to:**

**MN/0:21-cv-00255 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00255 Notice will not be electronically mailed to:**

**MN/0:21-cv-00257 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00257 Notice will not be electronically mailed to:**

**MN/0:21-cv-00283 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00283 Notice will not be electronically mailed to:**

**MN/0:21-cv-00224 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00224 Notice will not be electronically mailed to:**

**MN/0:21-cv-00258 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00258 Notice will not be electronically mailed to:**

**MN/0:21-cv-00234 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00234 Notice will not be electronically mailed to:**

**MN/0:21-cv-00272 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00272 Notice will not be electronically mailed to:**

**MN/0:21-cv-00297 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00297 Notice will not be electronically mailed to:**

**MN/0:21-cv-00281 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00281 Notice will not be electronically mailed to:**

**MN/0:21-cv-00254 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00254 Notice will not be electronically mailed to:**

**MN/0:21-cv-00303 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00303 Notice will not be electronically mailed to:**

**MN/0:21-cv-00300 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00300 Notice will not be electronically mailed to:**

**MN/0:21-cv-00235 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00235 Notice will not be electronically mailed to:**

**MN/0:21-cv-00298 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00298 Notice will not be electronically mailed to:**

**MN/0:21-cv-00259 Notice has been electronically mailed to:**

Jerry W Blackwell   blackwell@blackwellburke.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland   jeckland@ecklandblando.com

Vince C Reuter   vreuter@ecklandblando.com

Jared M Reams   jreams@ecklandblando.com

**MN/0:21-cv-00259 Notice will not be electronically mailed to:**

**MN/0:21-cv-00212 Notice has been electronically mailed to:**

Jerry W Blackwell   blackwell@blackwellburke.com

Robert Carmichael Brock   mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel   jfaleel@blackwellburke.com

Faris Rashid   frashid@greeneespel.com

Jeff H Eckland   jeckland@ecklandblando.com

Vince C Reuter   vreuter@ecklandblando.com

Jared M Reams   jreams@ecklandblando.com

**MN/0:21-cv-00212 Notice will not be electronically mailed to:**

**MN/0:21-cv-00261 Notice has been electronically mailed to:**

Jerry W Blackwell   blackwell@blackwellburke.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland   jeckland@ecklandblando.com

Vince C Reuter   vreuter@ecklandblando.com

Jared M Reams   jreams@ecklandblando.com

**MN/0:21-cv-00261 Notice will not be electronically mailed to:**

**MN/0:21-cv-00286 Notice has been electronically mailed to:**

Jerry W Blackwell   blackwell@blackwellburke.com

Benjamin W Hulse   bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00286 Notice will not be electronically mailed to:**

**MN/0:21-cv-00282 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00282 Notice will not be electronically mailed to:**

**MN/0:21-cv-00215 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00215 Notice will not be electronically mailed to:**

**MN/0:21-cv-00251 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00251 Notice will not be electronically mailed to:**

**MN/0:21-cv-00194 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00194 Notice will not be electronically mailed to:**

**MN/0:21-cv-00252 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00252 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/16/2021] [FileNumber=1041326-0]
[cd79be5d3607562b38525f3f3787fea17d0e638d974fded61ac2f051b21b78d6ff56
ac5ffa9d4db4fc90b3b3b1de62b83b0249e28ab81a79376ae45b141c494a]]