# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                                                    Date:  February 11, 2021
In Re:   **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Pretrial Conference**

Attendance of counsel in person and via zoom.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Hillary Dang | Susan Simms | Donna Boland |
|---|---|---|---|---|
|  | United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
|  | United States Magistrate Judge | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**   Jennifer Hoekstra, Neil Overholtz and Tom Pirtle

**Lead Counsel for Defendants:**   Mike Brock, Mark Nomellini, Charles Beall and Haley VanFleteren
**3M Co. and Aearo**

**PROCEEDINGS:**

2:35 pm     Court in Session - Introduction of Counsel
            Court and counsel discuss the following:
- Motions in Limine
- Deadlines, Deposition designations and Exhibit Lists
- Pretrial Conference set for 5 days in March
- Witnesses (live/videotaped)
- Juror Questionnaires
- Oral Argument re: compliance/non-compliance
- Army Hearing Program
- Trial Briefs
- No CMC next week, but there will be a leadership call

4:10 pm     Court in Recess