## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Wednesday, February 17, 2021 1:23 PM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, February 17, 2021 7:22:16 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/17/2021 at 2:22 PM EST and filed on 2/17/2021
**Case Name:**   IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**   [MDL No. 2885](#)
**Filer:**
**Document Number:** [1147](#)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ([1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329,**

MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)

| | |
|---|---|
| **Case Name:** | Wiseman v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00337 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Looper v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00265 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Sojo v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00317 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Uonites v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00340 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Simms v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00323 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-*

*cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

**Case Name:** Mitchell v. 3M Company et al
**Case Number:** MN/0:21-cv-00279
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

**Case Name:** Welch v. 3M Company et al
**Case Number:** MN/0:21-cv-00343
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

**Case Name:** Washbourne v. 3M Company et al
**Case Number:** MN/0:21-cv-00342
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

**Case Name:** Smith v. 3M Company et al
**Case Number:** MN/0:21-cv-00329
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Steelman v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00319 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Stinson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00320 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | VanHuffel v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00341 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Hinsley v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00239 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Tucker v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00322 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-*

*cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Snow v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00316 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Nance v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00276 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Teneyck v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00321 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

| | |
|---|---|
| **Case Name:** | Yanes v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00339 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

**Case Name:**     Merrill v. 3M Company et al
**Case Number:**   MN/0:21-cv-00269
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 19 action(s)** *re: pldg. ( [1126] in MDL No. 2885, 1 in MN/0:21-cv-00239, 1 in MN/0:21-cv-00265, 1 in MN/0:21-cv-00269, 1 in MN/0:21-cv-00276, 1 in MN/0:21-cv-00279, 1 in MN/0:21-cv-00316, 1 in MN/0:21-cv-00317, 1 in MN/0:21-cv-00319, 1 in MN/0:21-cv-00320, 1 in MN/0:21-cv-00321, 1 in MN/0:21-cv-00322, 1 in MN/0:21-cv-00323, 1 in MN/0:21-cv-00329, 1 in MN/0:21-cv-00337, 1 in MN/0:21-cv-00339, 1 in MN/0:21-cv-00340, 1 in MN/0:21-cv-00341, 1 in MN/0:21-cv-00342, 1 in MN/0:21-cv-00343)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/17/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00239, MN/0:21-cv-00265, MN/0:21-cv-00269, MN/0:21-cv-00276, MN/0:21-cv-00279, MN/0:21-cv-00316, MN/0:21-cv-00317, MN/0:21-cv-00319, MN/0:21-cv-00320, MN/0:21-cv-00321, MN/0:21-cv-00322, MN/0:21-cv-00323, MN/0:21-cv-00329, MN/0:21-cv-00337, MN/0:21-cv-00339, MN/0:21-cv-00340, MN/0:21-cv-00341, MN/0:21-cv-00342, MN/0:21-cv-00343 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00337 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00337 Notice will not be electronically mailed to:**

**MN/0:21-cv-00265 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

Charles Franklin Beall    cbeall@mhw-law.com

**MN/0:21-cv-00265 Notice will not be electronically mailed to:**

**MN/0:21-cv-00317 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00317 Notice will not be electronically mailed to:**

**MN/0:21-cv-00340 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00340 Notice will not be electronically mailed to:**

**MN/0:21-cv-00323 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00323 Notice will not be electronically mailed to:**

**MN/0:21-cv-00279 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00279 Notice will not be electronically mailed to:**

**MN/0:21-cv-00343 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00343 Notice will not be electronically mailed to:**

**MN/0:21-cv-00342 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00342 Notice will not be electronically mailed to:**

**MN/0:21-cv-00329 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00329 Notice will not be electronically mailed to:**

**MN/0:21-cv-00319 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00319 Notice will not be electronically mailed to:**

**MN/0:21-cv-00320 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00320 Notice will not be electronically mailed to:**

**MN/0:21-cv-00341 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00341 Notice will not be electronically mailed to:**

**MN/0:21-cv-00239 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

Charles Franklin Beall     cbeall@mhw-law.com

**MN/0:21-cv-00239 Notice will not be electronically mailed to:**

**MN/0:21-cv-00322 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00322 Notice will not be electronically mailed to:**

**MN/0:21-cv-00316 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00316 Notice will not be electronically mailed to:**

**MN/0:21-cv-00276 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00276 Notice will not be electronically mailed to:**

**MN/0:21-cv-00321 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00321 Notice will not be electronically mailed to:**

**MN/0:21-cv-00339 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00339 Notice will not be electronically mailed to:**

**MN/0:21-cv-00269 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00269 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/17/2021] [FileNumber=1041700-0]
[7ce30361e7825e3656bfcbe379614a3c997b2eec06a27dfc69e2f2e4e610b69debdd
31aa610bca8e1cd183753f413d5d26a160811c1b3b1108921bf33e0d3748]]