# UNITED STATES DISTRICT COURT FOR
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION LIABILITY LITIGATION | Case No.: 3:19-MD-2885-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

### NOTICE OF WITHDRAWAL
### OF COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(B)
### AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that attorney Eric M. Sefton, of the law firm Kirkland & Ellis LLP, is withdrawing as counsel for Defendants 3M Company, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC ("Defendants") in the above-referenced multi-district litigation, and should be removed from the docket and electronic service list accordingly. As required by Local Rule 11.1 (H)(1)(b), Defendants consents to this withdrawal, and the withdrawal will leave Defendants with counsel of record who will continue in the case.

Dated: February 19, 2021	Respectfully submitted,

By: */s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
Facsimile: (202) 389-5200
Email: mike.brock@kirkland.com

*Attorney for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo LLC, Aearo Holding LLC, and Aearo Intermediate, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2021, a true copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

DATED: February 19, 2021          */s/ Robert C. Brock*
                                                         Robert C. "Mike" Brock