# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION )  )  )  ) | Case No. 3:19-md-2885 |
| This Document Relates to All Cases ) ) | Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |

## MOTION FOR ADMISSION
## PRO HAC VICE BY BRANDON S. FINZ

In accordance with Pretrial Order No. 3 (ECF No. 4) and Case Management Order No. 1 and pursuant to Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Brandon S. Finz, a licensed member of the New York State Bar, respectfully seeks permission of this Court to appear *pro hac vice* and to receive Notices of Electronic Filings in this action.

In support of this motion, Brandon S. Finz hereby states and certifies:

1. He resides in New York and is not a resident of the State of Florida.

2. He is not admitted to practice in the Northern District of Florida.

3. He is licensed to practice law and is a member in good standing of the bar of the State of New York. A copy of his Certificate of Good Standing is attached as **Exhibit 1**.

4. He has completed the online Attorney Admission Tutorial (Confirmation Number FLND16137617384169) and the online CM/ECF Attorney User's Guide.

5. He has an active upgraded PACER account.

6. He has simultaneously with this motion remitted the required $201.00 *pro hac*

*vice* admission fee for this case.

      7.      Upon admission, he requests that he receive Notices of Electronic Filings to the following email address: bfinz@finzfirm.com.

      8.      Mr. Finz is Attorney of Record for Plaintiff Christopher J. Zumbar in Case No. 3:21-cv-00331-MCR-GRJ, Christopher J. Zumbar v. 3M Company, et. al. in the United States District Court for the Northern District of Florida – Pensacola Division, which was direct filed on February 22, 2021.

Dated: February 22, 2021

                          Respectfully submitted,

                          /s/ Brandon S. Finz
                          Brandon S. Finz (NY Bar #5483664)
                          FINZ & FINZ, P.C.
                          *Attorneys for Plaintiff*
                          410 East Jericho Turnpike
                          Mineola, New York 11501
                          Telephone: (516) 433-3000
                          Fax: (516) 433-3001
                          Email: bfinz@finzfirm.com
                          Our File No.: 200920

**CERTIFICATE OF SERVICE**

I hereby certify that a true, correct and complete copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated: February 22, 2021

Respectfully submitted,

/s/ Brandon S. Finz