UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**PRETRIAL ORDER NO. 70**

The Court supplements and/or amends the discovery and pretrial schedule set forth in multiple prior Pretrial Orders, including but not limited to Pretrial Order Nos. 46 and 62, and adopts the following discovery and pre-trial schedule for the initial bellwether cases in Trial Groups B, C, and D. The deadlines set forth in this Order supersede all other conflicting deadlines set in prior Pretrial Orders.

| | Group B Due Date | Group C Due Date | Group D Due Date |
|---|---|---|---|
| Completion of depositions of Plaintiffs, subject to timely responses to pending requests served on the U.S. Department of Veterans Affairs, Veterans Benefits Administration, Department of Defense, and Plaintiffs | No amendment | No amendment | October 8, 2021 |

|  | **Group B Due Date** | **Group C Due Date** | **Group D Due Date** |
|---|---|---|---|
| Fact discovery close.[1]  Absent leave of Court, the Parties are permitted up to six case-specific depositions per side. | No amendment | February 5, 2021 | November 19, 2021 |
| Plaintiffs' Fed. R. Civ. P. 26(a)(2) Expert Disclosures (including Reports) due | No amendment | July 6, 2021 | December 3, 2021 |
| Defendants' Fed. R. Civ. P. 26(a)(2) Expert Disclosures (including Reports) due | No amendment | August 9, 2021 | December 30, 2021 |
| Plaintiffs' Expert Rebuttal reports due | January 29, 2021 | August 16, 2021 | January 7, 2022 |
| Depositions of Plaintiffs' and Defendants' Experts Completion Date (Depositions will be phased so that the deposition of Plaintiffs' expert on a particular topic occurs prior to the deposition of Defendants' expert on that same topic) | February 12, 2021 | September 10, 2021 | January 28, 2022 |
| Parties to meet and confer and exchange positions on what states' laws apply to bellwether cases | June 4, 2021 | July 16, 2021 | December 3, 2021 |

---

[1] Corporate discovery and Government discovery closed on September 1, 2020.  The Parties must seek leave of Court for any additional non-case specific corporate or Government discovery beyond this date for Trial Group D.  Fact discovery has already closed for Trial Groups B and C.

|  | **Group B Due Date** | **Group C Due Date** | **Group D Due Date** |
|---|---|---|---|
| To the extent the parties do not agree in choice of law meet and confer, parties to file briefs setting forth their position on choice of law for those plaintiffs as to which they cannot reach agreement | July 6, 2021 | August 17, 2021 | January 4, 2022 |
| To the extent necessary, oral argument on choice of law issues | July 16, 2021 | August 27, 2021 | January 14, 2022 |
| Case-specific *Daubert* and dispositive motions due | August 6, 2021 | September 17, 2021 | February 4, 2022 |
| Oppositions to case-specific *Daubert* and dispositive motions due | August 27, 2021 | October 8, 2021 | February 25, 2022 |
| Trials begin | Mid-to-late Fall 2021 | TBD | TBD |

**SO ORDERED**, on this 22nd day of February 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**