# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION   ) ) ) ) | Case No. 3:19-md-2885 |
| *Zumbar v. 3M Company, et. al.*   ) | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brandon S. Finz of the law firm of Finz & Finz, P.C. hereby enters his appearance in the Master Docket of MDL No. 2885 and as counsel of record for Plaintiff in the individual action of *Christopher J. Zumbar v. 3M Company, et. al.*, case No. 3:21-cv-00331-MCR-GRJ.

Mr. Finz has completed the requirements set forth in Pretrial Order No. 3 (ECF No. 4) (Confirmation No. FLND16137617384169) and his Motion for Admission to appear *pro hac vice* has been granted (ECF No. 1667). Mr. Finz respectfully requests that all filings and other papers in these matters be served upon him via Notices of Electronic Filings to the following email address: bfinz@finzfirm.com.

Dated: February 23, 2021

                                                   Respectfully submitted,

                                                   /s/ Brandon S. Finz
                                                   Brandon S. Finz (NY Bar #5483664)
                                                   FINZ & FINZ, P.C.
                                                   *Attorneys for Plaintif*
                                                   410 East Jericho Turnpike
                                                   Mineola, New York 11501
                                                   Telephone: (516) 433-3000
                                                   Fax: (516) 433-3001
                                                   Email: bfinz@finzfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true, correct and complete copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated: February 23, 2021

        Respectfully submitted,

        /s/ Brandon S. Finz
        Brandon S. Finz