# United States District Court
## CIVIL MINUTES - GENERAL

Case No.:  **3:19-md-2885-MCR/GRJ**                               Date:  February 19, 2021
In Re:  **3M Combat Arms Earplug Products Liability Litigation**

**DOCKET ENTRY: Daubert Motions Hearing**

Attendance of counsel in person, by zoom and telephone.  U.S. Magistrate Judge Gary Jones and Special Master Judge David Herndon present by video.  Testimony heard and evidence entered. Order to follow.  Plaintiffs and Defendants Exhibits (2 accordion folders) placed in clerk's secured storage.

**PRESENT:**

| Honorable | **M. Casey Rodgers** | Tevenia Jacobs | Susan Simms | Donna Boland |
|---|---|---|---|---|
| | **United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |
| Honorable | **Gary R. Jones** | | | |
| | **United States Magistrate Judge** | | | |

**APPEARANCES:**

**Lead Counsel for Plaintiffs:**    Bryan Aylstock, Neil Overholtz, Tom Pirtle and Shelley Hutson

**Lead Counsel for Defendants:**   Kim Branscome, Mike Brock, Mark Nomellini, Nick Wasdin and Larry Hill
**3M Co. and Aearo**

**PROCEEDINGS:**

| Time | |
|---|---|
| 10:12 am | Court in Session - Introduction of Counsel |
| | Defendants expert witness **Dr. GREG FLAMME** sworn – Direct (Branscome); 11:00 Cross (Pirtle); 12:05 Court (MCR) inquiry; 12:12 Court (GRJ) inquiry |
| | *Plaintiffs Exhibits 1, 2, 3, 4, 8, 17, 24* |
| 12:24 pm | Court in Recess (10 minutes) |
| 12:40 pm | Court in Session |
| 12:42 pm | Plaintiffs expert witness **Dr. DAVID EDDINS** sworn – Direct (Aylstock); 2:16 Court (MCR) inquiry; 2:16 Cross (Wasdin); 3:05 Redirect; 3:19 Court inquiry (MCR); 3:23 Recross (Wasdin and Aylstock); 3:38 Court (GRJ) inquiry |
| | *Plaintiffs Exhibits 11, 12, 13, 15, 18, 20, 21, 23, 24, 27, 28* |
| | *Defendants Exhibits DX-1 thru DX-8* |
| 3:42 pm | Court in Recess (10 minutes) |
| 3:54 pm | Court in Session |
| 3:55 pm | Plaintiffs expert witness **ROGER JUNEAU** sworn – Direct (Hutson); 4:30 Cross (Nomellini); 5:00 Court (MCR) inquiry |
| 5:06 pm | Court and counsel discuss witnesses in present or by zoom during the jury trial in March – counsel to notify the court |
| 5:12 pm | Court in Session |