UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| INRE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Court's October 9, 2019 Order, Pretrial Order No. 3, and the Northern District of Florida Local Rule 11.1, Brock A. Chwialkowski, respectfully move for admission to practice *pro hac vice* for purposes of appearance in the above-styled case only, and in support thereof states as follows:

1. Movant resides in California and is not a resident of the State of Florida.

2. Movant is not admitted to practice in the Northern District of Florida and is a member in good standing of the bar of the State of California. A copy of a Certificate of Good Standing from the State of California dated within 30 days of this motion are attached hereto as Exhibit "A".

3. Movant has reviewed the Attorney Admission Memo, reviewed the Local Rules of the Northern District Florida, completed the

1

online Attorney Admission Tutorial, confirmation number **FLND16100426594042** and completed the CM/ECF Online Tutorials.

4. Brock A. Chwialkowski has submitted to the Clerk the required $201.00 pro hoc vice admission fee.

5. Brock A. Chwialkowski has upgraded his PACER account to "NextGen".

6. Movant represents Plaintiff in the following action: Christopher Rodriguez.

RODRIGUEZ v. 3M COMPANY; et al;

WHEREFORE, Brock A. Chwialkowski respectfully request that this Court enter an Order granting Brock A. Chwialkowski of Skol Legal, P.C., *pro hac vice* in this case.

Respectfully submitted this the 22nd day of February 22, 2021.

Brock A. Chwialkowski
Skol Legal, P.C.
28202 Cabot Road
Laguna Niguel, CA 92677
Telephone: (949) 289-2016
Facsimile: (949) 449-8037

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 22nd day of February, 2021

Brock A. Chwialkowski