# Exhibit A



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

February 17, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BROCK ANTHONY CHWIALKOWSKI, #322202 was admitted to the practice of law in this state by the Supreme Court of California on November 28, 2018 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records



# The State Bar
## of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

February 17, 2021

Brock Chwialkowski
29445 Ana Maria Lane
Laguna Niguel, CA 92677

Re: State Bar Number 322202 – Brock Anthony Chwialkowski

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Dina DiLoreto
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1   Standard

Delivery Method: Regular Mail
PH: 9492892016