**Donna Bajzik**

---

**From:** FLNDdb_efile MDL
**Sent:** Wednesday, February 24, 2021 7:22 AM
**To:** Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore
**Subject:** FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, February 24, 2021 1:20:49 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 2/24/2021 at 8:20 AM EST and filed on 2/24/2021

**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** MDL No. 2885
**Filer:**
**Document Number:** 1157

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s) *re: pldg. ([1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Smith v. 3M Company et al
**Case Number:** MN/0:21-cv-00328
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Moye v. 3M Company et al
**Case Number:** MN/0:21-cv-00274
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Scott et al v. 3M Occupational Safety LLC et al
**Case Number:** MN/0:21-cv-00306
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-***

***cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Rohrenbach v. 3M Company et al
**Case Number:** MN/0:21-cv-00294
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Wingo-Ferguson v. 3M Company et al
**Case Number:** MN/0:21-cv-00335
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Moritz v. 3M Company et al
**Case Number:** MN/0:21-cv-00284
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s) *re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Rowe v. 3M Company et al
**Case Number:** MN/0:21-cv-00296
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s) *re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Simpson v. 3M Company et al
**Case Number:** MN/0:21-cv-00324
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s) *re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-***

***cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Rouse v. 3M Company et al
**Case Number:** MN/0:21-cv-00295
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Polk v. 3M Company et al
**Case Number:** MN/0:21-cv-00304
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Moye v. 3M Company et al
**Case Number:** MN/0:21-cv-00275
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Sloan v. 3M Company et al
**Case Number:** MN/0:21-cv-00325
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Williams v. 3M Company et al
**Case Number:** MN/0:21-cv-00334
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s)** ***re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-***

***cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Paustian v. 3M Company et al
**Case Number:** MN/0:21-cv-00285
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s) *re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**Case Name:** Stanfill v. 3M Company et al
**Case Number:** MN/0:21-cv-00318
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 15 action(s) *re: pldg. ( [1140] in MDL No. 2885, 1 in MN/0:21-cv-00274, 1 in MN/0:21-cv-00275, 1 in MN/0:21-cv-00284, 1 in MN/0:21-cv-00285, 1 in MN/0:21-cv-00294, 1 in MN/0:21-cv-00295, 1 in MN/0:21-cv-00296, 1 in MN/0:21-cv-00304, 1 in MN/0:21-cv-00306, 1 in MN/0:21-cv-00318, 1 in MN/0:21-cv-00324, 1 in MN/0:21-cv-00325, 1 in MN/0:21-cv-00328, 1 in MN/0:21-cv-00334, 1 in MN/0:21-cv-00335)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 2/24/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00274, MN/0:21-cv-00275, MN/0:21-cv-00284, MN/0:21-cv-00285, MN/0:21-cv-00294, MN/0:21-cv-00295, MN/0:21-cv-00296, MN/0:21-cv-00304, MN/0:21-cv-00306, MN/0:21-cv-00318, MN/0:21-cv-00324, MN/0:21-cv-00325, MN/0:21-cv-00328, MN/0:21-cv-00334, MN/0:21-cv-00335 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr bbarr@levinlaw.com

MICHAEL ANDREW BURNS epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00328 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00328 Notice will not be electronically mailed to:**

**MN/0:21-cv-00274 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00274 Notice will not be electronically mailed to:**

**MN/0:21-cv-00306 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00306 Notice will not be electronically mailed to:**

**MN/0:21-cv-00294 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00294 Notice will not be electronically mailed to:**

**MN/0:21-cv-00335 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00335 Notice will not be electronically mailed to:**

**MN/0:21-cv-00284 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00284 Notice will not be electronically mailed to:**

**MN/0:21-cv-00296 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00296 Notice will not be electronically mailed to:**

**MN/0:21-cv-00324 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00324 Notice will not be electronically mailed to:**

**MN/0:21-cv-00295 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00295 Notice will not be electronically mailed to:**

**MN/0:21-cv-00304 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00304 Notice will not be electronically mailed to:**

**MN/0:21-cv-00275 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00275 Notice will not be electronically mailed to:**

**MN/0:21-cv-00325 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00325 Notice will not be electronically mailed to:**

**MN/0:21-cv-00334 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00334 Notice will not be electronically mailed to:**

**MN/0:21-cv-00285 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00285 Notice will not be electronically mailed to:**

**MN/0:21-cv-00318 Notice has been electronically mailed to:**

Jerry W Blackwell blackwell@blackwellburke.com

Robert Carmichael Brock mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel jfaleel@blackwellburke.com

Faris Rashid frashid@greeneespel.com

Jeff H Eckland jeckland@ecklandblando.com

Vince C Reuter vreuter@ecklandblando.com

Jared M Reams jreams@ecklandblando.com

**MN/0:21-cv-00318 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/24/2021] [FileNumber=1042919-0]
[438bac80993dfa5fcdd97293eca1ba5b90eb1181c52b593daeec5a61e5418183fc03
48d3ec245cf4d6e71556e0f1fbf30cf716a0b7a0bf84ec39f28b0fb03aca]]