# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Baker*, 7:20cv39 *McCombs*, 7:20cv94 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## PRETRIAL ORDER NO. 71

This Order governs the parties' witness lists, deposition designations, and exhibit lists for the McCombs and Baker trials. In light of the parties' April 16, 2021 pretrial stipulation deadline and the need for an efficient timeline to allow resolution of any disputes before trial, the Court adopts the following deadlines and time limitations:

1. **March 10, 2021**: Parties will exchange
   a. witness lists, clearly identifying which witnesses will be called at trial, which witnesses may be called at trial, and whether those witnesses will testify live in person, live remotely, and/or through prior deposition testimony;
   b. exhibit lists; and
   c. affirmative deposition designations. On submission of affirmative designations, each side will identify those designations that are "Priority Designations" and all bellwether case-specific designations.

2. **March 18, 2021**: Parties will serve objections to exhibits, and objections and counter-designations to deposition designations.

3. **March 23, 2021:** Parties will serve objections to counter-designations.

4. **April 16, 2021**: Parties must submit their deposition designations by witness, pursuant to the same format as the deposition designations submitted for the first bellwether trial.

**SO ORDERED** this 24th day of February, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**