UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## SECOND ORDER AMENDING ORDER SETTING TRIAL AND PRETRIAL SCHEDULE

This Order amends certain requirements that were set forth in the Court's January 25, 201 Order Setting Trial and Pretrial Schedule, Case No. 3:19md2885, ECF No. 1629 pertaining to the pretrial stipulation and other papers to be submitted for trial.  Given the difficulties the parties have encountered identifying disputed issues of law, they are excused from the requirements of Section IV.J.  Also, given their confusion over what a trial brief is, they are excused from that requirement in Section V.B. and should not submit one.

**SO ORDERED**, on this 25th day of February, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**