UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

Plaintiffs' Counsel, Rick Paul, has filed a Memorandum of Law In Support of Limited Objection and Motion to Modify Common Benefit Order, ECF No. 1683. In the motion, Paul claims that he was surprised by the Court's Common Benefit Order No. 3, ECF No. 1659 (CBO 3) and is critical of "the disconnect" he claims it creates, given the lack of coordination by this Court with the Minnesota Court before entering it. He requests that the Court "coordinate with the Minnesota Court to create a uniform common benefit process" and defer its ruling on the Motion in order to allow Plaintiffs Leadership in both the Minnesota Court and the MDL time to resolve the matter without court intervention. ECF No. 1683 at 1 n.1, 14.

First, if there was any surprise in regard to this matter it was the undersigned's. Indeed, no one involved in the Minnesota litigation made any effort to notify the undersigned that the matter was under consideration by the Minnesota Court and certainly never suggested coordination between the two courts on common benefit matters. In fact, until the filing of the instant Motion, Paul has never brought the

matter to the undersigned's attention, in spite of serving as Federal/State Court Liaison counsel. Although the Minnesota Common Benefit Order does not affect cases in the MDL, the best time for the two courts to have coordinated on this matter would have been prior to *any* common benefit order being entered by either court.

Nonetheless, CBO 3 allows for objections and the undersigned will consider Paul's Motion, including the request to defer ruling to allow time for leadership counsel to meet and confer with the assistance of the special masters. On consideration, the undersigned will defer ruling only on a joint request. Plaintiffs Leadership counsel in the MDL should notify the undersigned by close of business on Friday, March 5, 2021 whether they join in the request to defer. To the extent they do, a ruling will be deferred. To the extent they do not, their response to Paul's motion is due in accordance with the Local Rules.

**SO ORDERED**, on this 3rd day of March, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:19md2885/MCR/GRJ