THE LAW OFFICES OF BRANDEE J.K. FARIA, LLLC
BRANDEE J.K. FARIA         6970
841 Bishop Street, Suite 505
Honolulu, Hawai'i 96813
Telephone: (808) 523-2300

Attorney for Plaintiff
ACHIQUE COYASO

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Civil No. 3:19-md-2885 <br> ) (Other Civil Action) <br> ) <br> ) **NOTICE OF APPEARANCE** <br> ) **OF COUNSEL**; CERTIFICATE <br> ) OF SERVICE <br> ) <br> ) Judge M. Casey Rodgers <br> ) Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE OF COUNSEL

BRANDEE J.K. FARIA (hereafter "Ms. Faria" or "Counsel") of The Law Offices of Brandee J.K. Faria, LLLC, hereby enters her appearance as counsel of record for Plaintiff ACHIQUE COYASO in the above entitled action, and requests that all future communications involving this matter be served upon her at the address above.

Counsel has successfully completed the Local Rules Tutorial for the Northern

District of Florida; Confirmation Number: FLND16142074254182. Ms. Faria transfers her matter filed in the State of Hawaii to the matter named in the caption above.

  DATED: Honolulu, Hawai`i, March 5, 2021.

              */s/ Brandee J.K. Faria*
              BRANDEE J.K. FARIA

              Attorneys for Plaintiff
              ACHIQUE COYASO