# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Civil No. 3:19-md-2885 ) ) ) ) CERTIFICATE OF SERVICE ) ) ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the last known electronic mail addresses assigned to the case mentioned above.

Dated: Honolulu, Hawai'i, March 5, 2021.

*/s/ Brandee J.K. Faria*
BRANDEE J.K. FARIA

Attorney for Plaintiff
ACHIQUE COYASO