# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | CASE NO.  3:19md2885 |
| This Document relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   March 5, 2021

Motion/Pleadings:   MOTION TO APPEAR *PRO HAC VICE*

Filed by  Mitchell J. Baker      on  March 4, 2021           Doc. # 1689

Response _____      on _____           Doc. # _____

_____ Stipulated          _____ Joint Pleading
_____ Unopposed        _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record.  *See* ECF No. 86, ¶ II.

**DONE and ORDERED** this 5th day of March 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**