# Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Friday, March 5, 2021 7:20 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Friday, March 5, 2021 1:18:42 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/5/2021 at 8:18 AM EST and filed on 3/5/2021
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** [MDL No. 2885](MDL No. 2885)
**Filer:**
**Document Number:** [1168](1168)

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ([1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448,**

MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)

| | |
|---|---|
| **Case Name:** | Harrison v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00470 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Hartman v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00471 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480,**

MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)

| | |
|---|---|
| **Case Name:** | Boyd, Jr. v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00447 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Haberle v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00491 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Edmonds v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00487 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Gonzales v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00490 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Hanson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00467 |

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Carver v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00478 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Black v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00444 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Adkins v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00440 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Harris v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00469 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL*

*No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Bowers v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00445 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Bronson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00448 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-*

*cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Hawkins v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00473 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Cox v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00482 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-*

*cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Harper v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00468 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Doren v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00484 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-*

cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Hawkins v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00474 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Burton v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00477 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Witt v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00338 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Schepp v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00305 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Clark v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00480 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448, MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)**

| | |
|---|---|
| **Case Name:** | Bellamy v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00441 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-97) - 23 action(s)** *re: pldg. ( [1159] in MDL No. 2885, 1 in MN/0:21-cv-00305, 1 in MN/0:21-cv-00338, 1 in MN/0:21-cv-00440, 1 in MN/0:21-cv-00441, 1 in MN/0:21-cv-00444, 1 in MN/0:21-cv-00445, 1 in MN/0:21-cv-00447, 1 in MN/0:21-cv-00448, 1 in MN/0:21-cv-00467, 1 in MN/0:21-cv-00468, 1 in MN/0:21-cv-00469, 1 in MN/0:21-cv-00470, 1 in MN/0:21-cv-00471, 1 in MN/0:21-cv-00473, 1 in MN/0:21-cv-00474, 1 in MN/0:21-cv-00477, 1 in MN/0:21-cv-00478, 1 in MN/0:21-cv-00480, 1 in MN/0:21-cv-00482, 1 in MN/0:21-cv-00484, 1 in MN/0:21-cv-00487, 1 in MN/0:21-cv-00490, 1 in MN/0:21-cv-00491)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/5/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00305, MN/0:21-cv-00338, MN/0:21-cv-00440, MN/0:21-cv-00441, MN/0:21-cv-00444, MN/0:21-cv-00445, MN/0:21-cv-00447, MN/0:21-cv-00448,**

MN/0:21-cv-00467, MN/0:21-cv-00468, MN/0:21-cv-00469, MN/0:21-cv-00470, MN/0:21-cv-00471, MN/0:21-cv-00473, MN/0:21-cv-00474, MN/0:21-cv-00477, MN/0:21-cv-00478, MN/0:21-cv-00480, MN/0:21-cv-00482, MN/0:21-cv-00484, MN/0:21-cv-00487, MN/0:21-cv-00490, MN/0:21-cv-00491 (JC)

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00470 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00470 Notice will not be electronically mailed to:**

**MN/0:21-cv-00471 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00471 Notice will not be electronically mailed to:**

**MN/0:21-cv-00447 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00447 Notice will not be electronically mailed to:**

**MN/0:21-cv-00491 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00491 Notice will not be electronically mailed to:**

**MN/0:21-cv-00487 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00487 Notice will not be electronically mailed to:**

**MN/0:21-cv-00490 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00490 Notice will not be electronically mailed to:**

**MN/0:21-cv-00467 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00467 Notice will not be electronically mailed to:**

**MN/0:21-cv-00478 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00478 Notice will not be electronically mailed to:**

**MN/0:21-cv-00444 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00444 Notice will not be electronically mailed to:**

**MN/0:21-cv-00440 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00440 Notice will not be electronically mailed to:**

**MN/0:21-cv-00469 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00469 Notice will not be electronically mailed to:**

**MN/0:21-cv-00445 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00445 Notice will not be electronically mailed to:**

**MN/0:21-cv-00448 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00448 Notice will not be electronically mailed to:**

**MN/0:21-cv-00473 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00473 Notice will not be electronically mailed to:**

**MN/0:21-cv-00482 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00482 Notice will not be electronically mailed to:**

**MN/0:21-cv-00468 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00468 Notice will not be electronically mailed to:**

**MN/0:21-cv-00484 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00484 Notice will not be electronically mailed to:**

**MN/0:21-cv-00474 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00474 Notice will not be electronically mailed to:**

**MN/0:21-cv-00477 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00477 Notice will not be electronically mailed to:**

**MN/0:21-cv-00338 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00338 Notice will not be electronically mailed to:**

**MN/0:21-cv-00305 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00305 Notice will not be electronically mailed to:**

**MN/0:21-cv-00480 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00480 Notice will not be electronically mailed to:**

**MN/0:21-cv-00441 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00441 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/5/2021] [FileNumber=1044793-0]
[c870a18ae4b72e164189bc4c02bcf4ab62d61357c089c04eb26ac28b9915371303033
b5d57ec4e955427f1919561ae3c42d8c04e9257d0c95c68a72b9fb500aa]]