IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| **IN RE: 3M COMBAT ARMS** | ) | Case No.:  3:21-CV-00413 |
| | ) |                     3:19-md-2885 |
| **This Document Relates to:** | ) | Judge M. Casey Rogers |
| | ) | Magistrate Judge Gary R. Jones |
| **Mourad Malthlouthi** | ) | |
| | ) | |
| **Plaintiff** | ) | **MOTION FOR LEAVE TO** |
| | ) | **PRACTICE** |
| **V.** | ) | **PRO HAC VICE** |
| | ) | |
| **3M COMPANY, ET AL** | ) | |
| | ) | |
| **Defendants** | ) | |

Now comes Attorney Jeffrey R. Froude, Ohio Registration Number 0075577, to hereby MOVE this Honorable Court for LEAVE to PRACTICE PRO HAC VICE, pursuant to Local Rule 11.1 (C).  Attorney states he has included the fee for this motion.  Attorney Froude further states he has completed the Attorney Admission Tutorial and offers Confirmation Number: FLND16141922484178 as evidence.  Attorney Froude further states he is an Attorney in Good Standing with the Ohio Supreme Court.  A Certificate of Good Standing is attached hereto and made a part hereof.  Finally, Attorney Froude has recently become familiar with CM/ECF e-filing system.

**Wherefore,** Attorney Froude prays this Honorable grant this motion.

Respectfully Submitted,

/S/ Jeffrey R. Froude

Jeffrey R. Froude (OH Reg. 0075577)
P.O. Box 771112
Lakewood OH 44107
216 744-7001
j.froude.atty@att.net
*Counsel for Plaintiff* Mourad Malthlouthi