# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION

This Document Relates to:
*Estes*, 7:20cv137
*Hacker*, 7:20cv131
*Keefer*, 7:20cv104

Case No. 3:19md2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

## SECOND NOTICE FOR PRETRIAL CONFERENCE

All plaintiffs' counsel and *pro se* plaintiffs in the 3M MDL may attend the

upcoming pretrial conference by telephone using the following dial-in information.

Telephone No.: 1-888-684-8852
Access code: 8296522
Security code: 3192885

All telephone participants must mute their phone lines and will not be permitted to

speak during the conference.

**SO ORDERED** this 12th day of March, 2021.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**