# EXHIBIT A

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | |
|---|---|
| In re: 3M Combat Arms Earplug Litigation | Court File No. 27-CV-19-19916 |
| This Document Relates to: ALL ACTIONS | **ORDER APPOINTING LEADERSHIP COUNSEL** |

This matter came before the Court administratively on Plaintiffs' request for the appointment of lead counsel. Defendants took no position on this motion.

Based upon the record, the Court issues the following:

**ORDER**

1. Plaintiffs' motion for appointment of lead counsel is GRANTED;

2. Daniel Gustafson (Gustafson Gluek), William Sieben (Schwebel Goetz & Sieben), and Rick Paul (Paul LLP) are appointed Co-Lead Counsel. The responsibilities of Co-Lead Counsel are as follows:

    a. formulate, determine, and present the position of Plaintiffs on substantive and procedural issues that arise during the litigation;

    b. present such positions in written submission and oral arguments to the Defendants and the Court;

    c. organize and supervise the efforts of Plaintiffs' counsel to ensure that the prosecution of Plaintiffs' claims is conducted effectively and economically;

1

    d. delegate work responsibilities and monitor the activities of Plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and expense are avoided;

    e. speak on behalf of Plaintiffs at all court conferences and hearings;

    f. initiate and conduct discussions and negotiations with Defendants' counsel on all matters, including settlement;

    g. coordinate the initiation of and conduct discovery on behalf of Plaintiffs consistent with the requirements of the Minnesota Rules of Civil Procedure;

    h. consult with and employ experts, as necessary, for Plaintiffs;

    i. receive and initiate communication with the Court, including receiving orders, notices, correspondence and telephone calls;

    j. be the primary contact for all communications between Plaintiffs and Defendants;

    k. perform such other duties as are necessary in connection with the prosecution of this litigation;

    l. coordinate the preparation and presentation of all the Plaintiffs' claims and coordinate all proceedings;

    m. encourage full cooperation and efficiency among all Plaintiffs' counsel; and

    n. assess Plaintiffs' counsel for the costs of the litigation.

3. Amanda Williams (Gustafson Gluek) is appointed Liaison Counsel. The responsibilities of Liaison Counsel are as follows:

   a. receive and distribute notices, orders, motions, and briefs on behalf of the Plaintiffs;

   b. convene meetings of counsel as necessary;

   c. advise parties and attorneys of developments in the litigation;

   d. receive telephone calls from the Court;

   e. maintain complete files with copies of all documents served on them and make such files available to all Plaintiffs' counsel;

   f. maintain and make available to all counsel and the Court an up-to-date service list; and

   g. resolve scheduling conflicts.

BY THE COURT:

October 1, 2020

_____
Thomas S. Fraser
Judge of District Court