**Donna Bajzik**

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, March 15, 2021 7:19 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Monday, March 15, 2021 12:16:57 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 3/15/2021 at 8:16 AM EDT and filed on 3/15/2021

| | |
|---|---|
| **Case Name:** | IN RE: 3M Combat Arms Earplug Products Liability Litigation |
| **Case Number:** | MDL No. 2885 |
| **Filer:** | |
| **Document Number:** | 1184 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ([1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-*

*cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hinton v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00497 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Wedel v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00605 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-*

*cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Moore v. 3M Company et al
**Case Number:**    MN/0:21-cv-00533
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Padilla v. 3M Company et al
**Case Number:**    MN/0:21-cv-00535
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**  Mckague v. 3M Company et al
**Case Number:**  MN/0:21-cv-00523
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Nixon v. 3M Company et al
Case Number:    MN/0:21-cv-00528
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:      Hall v. 3M Company et al
Case Number:    MN/0:21-cv-00465
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-*

*cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Kendall v. 3M Company et al
**Case Number:**      MN/0:21-cv-00514
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Keeney v. 3M Company et al
**Case Number:**      MN/0:21-cv-00511
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-*

*cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Tredway v. 3M Company et al
**Case Number:**      MN/0:21-cv-00594
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Sporleder v. 3M Company et al

Case Number:     MN/0:21-cv-00578
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:       Burnham v. 3M Company et al
Case Number:     MN/0:21-cv-00476
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-*

*cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:       White v. 3M Company et al
Case Number:     MN/0:21-cv-00583
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:       Tate v. 3M Company et al
Case Number:     MN/0:21-cv-00587
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-*

cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:       Jones v. 3M Company et al
Case Number:     MN/0:21-cv-00504
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s) *re: pldg.* ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)** Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:       Huggins v. 3M Company et al
Case Number:     MN/0:21-cv-00501
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s) *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Hess v. 3M Company et al
**Case Number:**    MN/0:21-cv-00495
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s) *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Shoemaker v. 3M Company et al
**Case Number:** MN/0:21-cv-00551
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s) *re: pldg. ( [1169] in MDL No. 2885*, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** Edward v. 3M Company et al
**Case Number:** MN/0:21-cv-00505
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s) *re: pldg. ( [1169] in MDL No. 2885*, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-**

*cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Marshall v. 3M Company et al
Case Number:        MN/0:21-cv-00520
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Newcomb v. 3M Company et al
Case Number:        MN/0:21-cv-00525
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-*

*cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Verhonik v. 3M Company et al

Case Number:        MN/0:21-cv-00597

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:          Smith v. 3M Company et al

Case Number:        MN/0:21-cv-00553

Filer:

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Howell v. 3M Company et al
**Case Number:**   MN/0:21-cv-00500
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Peery v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00544 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | O'Neal v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00532 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-*

*cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Kretzmeier v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00518 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Kelly v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00513 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-*

*cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Metcalf v. 3M Company et al
**Case Number:**    MN/0:21-cv-00524
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Vilar v. 3M Company et al

**Case Number:** MN/0:21-cv-00581
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:** O'Brien v. 3M Company et al
**Case Number:** MN/0:21-cv-00531
**Filer:**
**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-*

*cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Spaar v. 3M Company et al
**Case Number:**     MN/0:21-cv-00558
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Dudley v. 3M Company et al
**Case Number:**     MN/0:21-cv-00485
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-*

cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)** Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Moos v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00537 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s) *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)** Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

| | |
|---|---|
| **Case Name:** | Hall v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00466 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s) *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**        Outlaw v. 3M Company et al
**Case Number:**    MN/0:21-cv-00534
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s) *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Pankey v. 3M Company et al
**Case Number:**    MN/0:21-cv-00562
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Hood v. 3M Company et al
**Case Number:**    MN/0:21-cv-00499
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-*

*cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Jacobs v. 3M Company et al
Case Number:      MN/0:21-cv-00502
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:        Matchett v. 3M Company et al
Case Number:      MN/0:21-cv-00522
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-*

*cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Kelley v. 3M Company et al

**Case Number:**     MN/0:21-cv-00512

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Kopecky v. 3M Company et al

**Case Number:**    MN/0:21-cv-00517

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Tatum v. 3M Company et al
**Case Number:**   MN/0:21-cv-00588
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:         Thomas v. 3M Company et al
Case Number:       MN/0:21-cv-00591
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:         Newell v. 3M Company et al
Case Number:       MN/0:21-cv-00527
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-*

*cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Sheen v. 3M Company et al
**Case Number:**    MN/0:21-cv-00561
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      King v. 3M Company et al
**Case Number:**    MN/0:21-cv-00515
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-*

*cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Hinton v. 3M Company et al
**Case Number:**     MN/0:21-cv-00498
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**       Shelton v. 3M Company et al

**Case Number:**   MN/0:21-cv-00550
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Shroyer v. 3M Company et al
**Case Number:**   MN/0:21-cv-00552
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-*

*cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:     Teal v. 3M Company et al
Case Number:   MN/0:21-cv-00590
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:     Kuykendall v. 3M Company et al
Case Number:   MN/0:21-cv-00519
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-*

*cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:           Heckman v. 3M Company et al

Case Number:         MN/0:21-cv-00608

Filer:

Document Number: 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:           Loske v. 3M Company et al

Case Number:         MN/0:21-cv-00508

Filer:

Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**   Warner v. 3M Company et al
**Case Number:**   MN/0:21-cv-00582
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Johnson v. 3M Company et al
**Case Number:**    MN/0:21-cv-00503
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Thrower v. 3M Company et al
**Case Number:**    MN/0:21-cv-00593
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-*

cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608) Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:       Lee v. 3M Company et al
Case Number:     MN/0:21-cv-00507
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

Case Name:       Rahim v. 3M Company et al
Case Number:     MN/0:21-cv-00547
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-*

*cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Roof v. 3M Company et al
**Case Number:**      MN/0:21-cv-00557
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**Case Name:**      Miller v. 3M Company et al
**Case Number:**      MN/0:21-cv-00529
**Filer:**

**Document Number:** 3

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-98) - 61 action(s)** *re: pldg. ( [1169] in MDL No. 2885, 1 in MN/0:21-cv-00465, 1 in MN/0:21-cv-00466, 1 in MN/0:21-cv-00476, 1 in MN/0:21-cv-00485, 1 in MN/0:21-cv-00495, 1 in MN/0:21-cv-00497, 1 in MN/0:21-cv-00498, 1 in MN/0:21-cv-00499, 1 in MN/0:21-cv-00500, 1 in MN/0:21-cv-00501, 1 in MN/0:21-cv-00502, 1 in MN/0:21-cv-00503, 1 in MN/0:21-cv-00504, 1 in MN/0:21-cv-00505, 1 in MN/0:21-cv-00507, 1 in MN/0:21-cv-00508, 1 in MN/0:21-cv-00511, 1 in MN/0:21-cv-00512, 1 in MN/0:21-cv-00513, 1 in MN/0:21-cv-00514, 1 in MN/0:21-cv-00515, 1 in MN/0:21-cv-00517, 1 in MN/0:21-cv-00518, 1 in MN/0:21-cv-00519, 1 in MN/0:21-cv-00520, 1 in MN/0:21-cv-00522, 1 in MN/0:21-cv-00523, 1 in MN/0:21-cv-00524, 1 in MN/0:21-cv-00525, 1 in MN/0:21-cv-00527, 1 in MN/0:21-cv-00528, 1 in MN/0:21-cv-00529, 1 in MN/0:21-cv-00531, 1 in MN/0:21-cv-00532, 1 in MN/0:21-cv-00533, 1 in MN/0:21-cv-00534, 1 in MN/0:21-cv-00535, 1 in MN/0:21-cv-00537, 1 in MN/0:21-cv-00544, 1 in MN/0:21-cv-00547, 1 in MN/0:21-cv-00550, 1 in MN/0:21-cv-00551, 1 in MN/0:21-cv-00552, 1 in MN/0:21-cv-00553, 1 in MN/0:21-cv-00557, 1 in MN/0:21-cv-00558, 1 in MN/0:21-cv-00561, 1 in MN/0:21-cv-00562, 1 in MN/0:21-cv-00578, 1 in MN/0:21-cv-00581, 1 in MN/0:21-cv-00582, 1 in MN/0:21-cv-00583, 1 in MN/0:21-cv-00587, 1 in MN/0:21-cv-00588, 1 in MN/0:21-cv-00590, 1 in MN/0:21-cv-00591, 1 in MN/0:21-cv-00593, 1 in MN/0:21-cv-00594, 1 in MN/0:21-cv-00597, 1 in MN/0:21-cv-00605, 1 in MN/0:21-cv-00608)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/15/2021.**

**Associated Cases: MDL No. 2885 et al. (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00497 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00497 Notice will not be electronically mailed to:**

**MN/0:21-cv-00605 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00605 Notice will not be electronically mailed to:**

**MN/0:21-cv-00533 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00533 Notice will not be electronically mailed to:**

**MN/0:21-cv-00535 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00535 Notice will not be electronically mailed to:**

**MN/0:21-cv-00523 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00523 Notice will not be electronically mailed to:**

**MN/0:21-cv-00528 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00528 Notice will not be electronically mailed to:**

**MN/0:21-cv-00465 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams-ecklandblando.com

**MN/0:21-cv-00465 Notice will not be electronically mailed to:**

**MN/0:21-cv-00514 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00514 Notice will not be electronically mailed to:**

**MN/0:21-cv-00511 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00511 Notice will not be electronically mailed to:**

**MN/0:21-cv-00594 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00594 Notice will not be electronically mailed to:**

**MN/0:21-cv-00578 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00578 Notice will not be electronically mailed to:**

**MN/0:21-cv-00476 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00476 Notice will not be electronically mailed to:**

**MN/0:21-cv-00583 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00583 Notice will not be electronically mailed to:**

**MN/0:21-cv-00587 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00587 Notice will not be electronically mailed to:**

**MN/0:21-cv-00504 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00504 Notice will not be electronically mailed to:**

**MN/0:21-cv-00501 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00501 Notice will not be electronically mailed to:**

**MN/0:21-cv-00495 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00495 Notice will not be electronically mailed to:**

**MN/0:21-cv-00551 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00551 Notice will not be electronically mailed to:**

**MN/0:21-cv-00505 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00505 Notice will not be electronically mailed to:**

**MN/0:21-cv-00520 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00520 Notice will not be electronically mailed to:**

**MN/0:21-cv-00525 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00525 Notice will not be electronically mailed to:**

**MN/0:21-cv-00597 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00597 Notice will not be electronically mailed to:**

**MN/0:21-cv-00553 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00553 Notice will not be electronically mailed to:**

**MN/0:21-cv-00500 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00500 Notice will not be electronically mailed to:**

**MN/0:21-cv-00544 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00544 Notice will not be electronically mailed to:**

**MN/0:21-cv-00532 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00532 Notice will not be electronically mailed to:**

**MN/0:21-cv-00518 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00518 Notice will not be electronically mailed to:**

**MN/0:21-cv-00513 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00513 Notice will not be electronically mailed to:**

**MN/0:21-cv-00524 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00524 Notice will not be electronically mailed to:**

**MN/0:21-cv-00581 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00581 Notice will not be electronically mailed to:**

**MN/0:21-cv-00531 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00531 Notice will not be electronically mailed to:**

**MN/0:21-cv-00558 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00558 Notice will not be electronically mailed to:**

**MN/0:21-cv-00485 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00485 Notice will not be electronically mailed to:**

**MN/0:21-cv-00537 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00537 Notice will not be electronically mailed to:**

**MN/0:21-cv-00466 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00466 Notice will not be electronically mailed to:**

**MN/0:21-cv-00534 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00534 Notice will not be electronically mailed to:**

**MN/0:21-cv-00562 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00562 Notice will not be electronically mailed to:**

**MN/0:21-cv-00499 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00499 Notice will not be electronically mailed to:**

**MN/0:21-cv-00502 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00502 Notice will not be electronically mailed to:**

**MN/0:21-cv-00522 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00522 Notice will not be electronically mailed to:**

**MN/0:21-cv-00512 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00512 Notice will not be electronically mailed to:**

**MN/0:21-cv-00517 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00517 Notice will not be electronically mailed to:**

**MN/0:21-cv-00588 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00588 Notice will not be electronically mailed to:**

**MN/0:21-cv-00591 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00591 Notice will not be electronically mailed to:**

**MN/0:21-cv-00527 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00527 Notice will not be electronically mailed to:**

**MN/0:21-cv-00561 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00561 Notice will not be electronically mailed to:**

**MN/0:21-cv-00515 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00515 Notice will not be electronically mailed to:**

**MN/0:21-cv-00498 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00498 Notice will not be electronically mailed to:**

**MN/0:21-cv-00550 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00550 Notice will not be electronically mailed to:**

**MN/0:21-cv-00552 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00552 Notice will not be electronically mailed to:**

**MN/0:21-cv-00590 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00590 Notice will not be electronically mailed to:**

**MN/0:21-cv-00519 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00519 Notice will not be electronically mailed to:**

**MN/0:21-cv-00608 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00608 Notice will not be electronically mailed to:**

**MN/0:21-cv-00508 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00508 Notice will not be electronically mailed to:**

**MN/0:21-cv-00582 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00582 Notice will not be electronically mailed to:**

**MN/0:21-cv-00503 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00503 Notice will not be electronically mailed to:**

**MN/0:21-cv-00593 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00593 Notice will not be electronically mailed to:**

**MN/0:21-cv-00507 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00507 Notice will not be electronically mailed to:**

**MN/0:21-cv-00547 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00547 Notice will not be electronically mailed to:**

**MN/0:21-cv-00557 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00557 Notice will not be electronically mailed to:**

**MN/0:21-cv-00529 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00529 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/15/2021] [FileNumber=1046400-0]
[73a28bf1ac183e106535ea47f32ca80fab085796ad916dacf7d1bb80a26f389e61ba
8ffb84843500985e4fe9cc6652c9fcc48b2a21e278262bb57bcb742d961a]]