# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:   3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| | Hon. Judge M. Casey Rodgers |
| This Document Relates To All Actions | Magistrate Judge Gary R. Jones |

## ORDER

After consideration of Plaintiffs' Motion to Authorize Disclosure of Military Records, Plaintiffs' Motion is hereby GRANTED. Accordingly, pursuant to 5 U.S.C. § 552a(b)(11), this Court hereby orders the disclosure of the information contained in Plaintiffs' August 8, 2019, *Touhy* requests as it pertains to the individual active duty service members identified in Plaintiffs' Exhibits "A1 through A4."

SO ORDERED on this ___ day of March, 2021.

_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**