# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> *Luke Estes*, No. 7:20-cv-00137; <br> *Stephen Hacker*, No. 7:20-cv-00131; <br> *Lewis Keefer*, No. 7:20-cv-00104 | Case No. 3:19-md-2885 <br><br> Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones <br><br> REQUEST FOR HEARING |

Plaintiffs request an immediate hearing to address Defendants apparent efforts to perform impermissible jury research, influence the jury, and subvert the Court's judgments and evidentiary rulings.

A short while ago, Plaintiffs' counsel learned that Defendants have posted a website on the internet, https://www.3mearplugsfacts.com ("3M Earplugs Facts" website). Defendants apparently paid to "pin" the link to that website at the top of web searches regarding "Combat Arms Earplugs" and "earplugs lawsuit," among others. Since the Combat Arms Earplug version 2 was discontinued in 2015, there is no question that the 3M Earplugs Facts website is entirely litigation driven. Indeed, Plaintiffs' counsel has confirmed that the advertisement listing includes Pensacola. On March 18, 2021, Plaintiffs' counsel sent Defendants a request to immediately take down the 3M Earplugs Facts website and, given that juror questionnaires have already gone out determine how best to mitigate Plaintiffs'

prejudice in the upcoming bellwether trials. *See* Ex. 1 ("Letter to 3M and Exhibits") at 1. As of this submission, Defendants have yet to respond.

Given that the Court has already begun selecting the potential jury pool, including by sending out juror questionnaires that mention, *inter alia*, the upcoming bellwether trial is about earplugs, Plaintiffs believe the 3M Earplugs Facts Website warrants a hearing at the Court's earliest possible convenience as it raises an array of issues, and may, based upon the court's direction, require additional briefing and a thorough investigation. A non-exhaustive list of issues apparent on the face of Defendants' website include:

- Defendants' collection of cookies, which can be used to track site-visitors and collect information about their browsing history, which may violate the Court's directives regarding jury research.
- Defendants' attempts to influence the jury by making expressly the arguments the Court repeatedly informed Defendants they will be unable to make to the jury. For example, in the "About the CAEv2" page, Defendants state that "The military was closely involved in the product's design, specifications and testing, and it approved the CAEv2 product after many rounds of successful testing by both the military and Aearo." *Id.* at 16-18. Defendants further state that "The CAEv2 product met all the specifications requested and required by the U.S. military." *Id.*

- Defendants' attempts to influence the jury by bolstering 3M's reputation violates the Court's orders. For example, while the 3M Earplugs Facts website is litigation-specific, it includes an "About 3M" page that claims 3M products "benefit[] hundreds of millions of people around the world." *Id.* at 19-20. Defendants go on to discuss "philanthropic efforts to benefit the U.S. military" and "the many military veterans, service members and military spouses" employed by 3M. *Id.* at

DATED: March 19, 2021

                    */s/ Christopher A. Seeger*
Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 584-0700
cseeger@seegerweiss.com

Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)

Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street
Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com


Adam Wolfson, Plaintiffs' Executive Committee
(Admitted Pro Hac Vic)
California State Bar No. 262125
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figureroa Street, 10th Fl.
Los Angeles, CA 90017
Tel.: (213) 443-3000
adamwolfson@quinnemanuel.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Christopher A. Seeger