# EXHIBIT 3

The National Consumer Justice Attorneys of Aylstock, Witkin, Kreis & Overholtz are located in Pensacola, Florida.

FREE CASE EVALUATION:   (844) 794-7402     (850) 202-1010

AWKO Justice Foundation | Employment | Client Login



Home | About Us | Litigation Areas | Top Cases | Contact



# 3M Military Earplugs And Hearing Loss

Servicemembers supplied defective ear protection for combat

Learn More

## Personal Injury and Product Liability Attorneys

With 20 attorneys and over 200 staff, the national law firm of Aylstock, Witkin, Kreis & Overholtz is committed to protecting the rights of consumers who are seriously injured by defective products, drugs and medical devices.

We've helped tens of thousands of clients. Put our experience to work for you.

### Our Experience
With over $2.5 Billion in settlements, our attorneys are nationally recognized as leaders in their field.

### Our Commitment
We fight for every single client, whether across the country or in our own neighborhood.

### Our Team
Our legal team is built around talent, experience and the utmost commitment to justice.

## ▸ Our Current Casework ◂

Current and Ongoing Litigation and Investigation

Case 3:19-md-02885-MCR-HTC   Document 1711-3   Filed 03/20/21   Page 3 of 4

3/19/2021                The National Consumer Justice Attorneys of Aylstock, Witkin, Kreis & Overholtz are located in Pensacola, Florida.











## Recognized Leaders in Product Liability and Serious Injury Litigation

### $2.569 Billion
**Over 2.5 Billion Dollars**

Over 2.5 Billion dollars in compensation for our clients.

Orthopedic Hip Litigation
over $100 Million

Groundwater Contamination
$9.5 Million

Transvaginal Mesh Verdict
$20 Million



Let us help you get the compensation you deserve.

We've helped tens of thousands of clients get justice.
Contact us today for a Free Case Evaluation.

### Contact Us Today For A
### FREE CASE EVALUATION

*indicates required field

- Name*
- Email*
- Phone
- Address
- City, State ZIP
- Date Injured
- Cause of Injury
- Age
- Comments

I understand that by submitting this form I am not entering into an attorney-client relationship.

**Send**

## Nationally Recognized for Excellence

Our attorneys have been recognized by the most preeminent legal organizations in the country.








**Aylstock, Witkin, Kreis & Overholtz, PLLC**

The attorneys at Aylstock, Witkin, Kreis & Overholtz, PLLC associate with experienced and licensed attorneys throughout the United States to help people across the country.

## Current Cases

- 3M Earplugs
- Elmiron
- Talcum Powder
- Essure
- Hernia Mesh
- Heartburn Drugs
- Auto Accidents
- Sexual Abuse

## About Us

- Our Attorneys
- AWKO Justice Foundation
- Employment
- Client Login
- Contact Us

## Shortcut Links

- Defective Drugs
- Defective Medical Devices
- Product Liability
- Consumer Fraud
- Personal Injury

## Follow Us

f in

© Aylstock, Witkin, Kreis & Overholtz, PLLC

