# EXHIBIT 4

| FREE CASE EVALUATION:   📞 (844) 794-7402   📞 (850) 202-1010 | AWKO Justice Foundation | Employment | Client Login |



| Home | About Us | Litigation Areas | Top Cases | Contact |

# 3M Earplugs Cause Hearing Loss for Military
## Servicemembers were supplied defective Combat Arms Earplugs.



In a startling settlement in July 2018, the 3M corporation agreed to pay $9.1 million in a False Claims Act lawsuit to settle allegations that it knowingly supplied the United States military with defective earplugs. The lawsuit brought on behalf of the government alleged that the company covered up the fact that the dual-ended earplugs could slightly loosen, allowing hearing damage to occur and that thousands of service members were supplied the defective 3M Combat Arms Earplugs from 2003 to 2015.

## What are 3M Combat Arms Earplugs?

Minneapolis-based 3M manufactured these dual-ended earplugs for hearing protection from close range firearms and other loud impact noises. Due to the defective design, the earplugs can slightly loosen and subtly move out of the ear canal just enough for the loud sounds to cause hearing damage. According to reports, 3M knew of these design defects, but knowingly sold them to the US military from 2003-2015.



## What risks are associated with 3M Combat Arms Earplugs?

Servicemembers and combat veterans have reported multiple side effects, including:

- Hearing loss
- Tinnitus, or ringing in the ears
- Permanent hearing damage
- Deafness

Were you issued 3M Combat Arms earplugs in the military



## Free Case Evaluation

Did you use military-supplied earplugs between 2003 and 2015?*

[ Select one ]

Have you experienced hearing loss or hearing damage since that time?*

[ Select one ]

First name*

Last name*

Email*

Phone number

Street address

City

State/Region

Branch of Service

Age

Comments

Submit

Our attorneys are investigating claims related to the 3M Combat Arms earplugs and the subsequent hearing loss and tinnitus reported by servicemembers. Military personnel who were diagnosed with these problems after using the defective earplugs may file lawsuits against the manufacturer alleging that 3M knowingly supplied the defective earplugs to servicemembers leaving them vulnerable to hearing damage, hearing loss and tinnitus.

Filing a claim against 3M could help you recover compensation for:

- Pain and suffering
- Medical bills
- Past lost wages
- Future lost wages
- Permanent or temporary disability
- Punitive damages
- Loss of enjoyment of life

If you or a loved one was supplied 3M earplugs while in the military and have been diagnosed with hearing loss or tinnitus, contact our Consumer Protection attorneys today for a free consultation. You may be entitled to significant monetary compensation. There is never a fee unless we recover for you.

## References

**References**

DisabledVeterans.org
American Tinnitus Association
Heroes With Hearing Loss

**Documents**

3M Multidistrict Litigation Order declaring Bryan F. Aylstock of Aylstock, Witkin, Kreis & Overholtz, PLLC as interim lead and liaison counsel for the plaintiffs in this Multidistrict Litigation. The order declares that "Mr. Aylstock is well-qualified to carry out the responsibilities of these positions on an interim basis, given his extensive experience in complex litigation, including a leadership role in a prior MDL before this Court, and his local presence."

## About AWKO



Aylstock, Witkin, Kreis & Overholtz is a national law firm geared towards protecting the rights of consumers who are seriously injured as a result of defective products, defective medical devices, accidents, or other negligent behavior.



The lawyers representing Aylstock, Witkin, Kreis & Overholtz are licensed to practice law in fifteen states (FL, AL, MS, LA, TX, CO, MN, MO, PA, NY, NJ, NV, MT, WA, OH), with associated counsel in all remaining states. Aylstock, Witkin, Kreis & Overholtz is a national leader in fighting for consumer justice.

**Aylstock, Witkin, Kreis & Overholtz**

17 E. Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Toll Free: (844) 794-7402
Fax: (850) 916-7449

**Mailing Address**
Post Office Box 12630
Pensacola, Florida 32591



