# EXHIBIT 5

111 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

Posted by u/bryanaylstock 6 months ago

111

# I'm Bryan Aylstock, court-appointed lead counsel for the plaintiffs in the 3M earplug litigation. AMA.

AMA Moderator Approved

EDIT: Thank you all for your questions, I hope this was helpful. If you have any further questions, please feel free to message me or email the court-appointed plaintiffs counsel through the website here. That website also has some helpful legal filings and news articles that provide further details about the case and where things stand today. And once again appreciate the folks of r/Veterans for inviting us to ensure that everyone has accurate info.

---

Hi all,

My name is Bryan Aylstock, and I am one of the court-appointed lead counsel for all of the plaintiffs in the 3M earplug litigation. The full list of those appointed can be found here, and the official plaintiffs' website for this case can be found here.

We have continued to see some questions and occasional confusion regarding the lawsuits. I wanted to do this second AMA (first AMA here) so that I can answer any questions and address any misconceptions you all may have.

There have also been a few recent developments in the case against 3M, notably, some documents were recently unsealed by the Court. For example, when an executive was asked if he believed it was "okay, to sell a product and conceal information where it will have a negative effect on our soldiers?" he responded, "yes." There was also a trove of internal emails showing that 3M joked about price gouging the government and admitted that "CAE pays the bills," despite the fact that they had "no data" on the Combat Arms Earplug v2 it was selling to the military. The full documents are available here.

Following this, one of 3M's key defenses was dismissed by the Judge (more details below).

I'm not here to encourage you to sign up for the lawsuit or promote my law firm. But hopefully I can provide some guidance and perspective about the process and the status of the litigation.

Lastly, some of you may have seen false advertisements on social media saying, for example, that there has been a settlement and you can receive a payout. This is not true, and we've been taking steps to combat these fraudulent ads. If you've been affected by these ads and believe your information may have been used in a way that you did not consent to (for example, if you were contacted by someone other than a law firm or if you believe your personal details were used fraudulently), please send me a message through here or contact us through the official plaintiffs' website.

**First, some background information on the case:**

From 1999 to 2015, 3M marketed, manufactured, and sold the Dual-Ended Combat Arms Earplug, Version 2 (or CAEv2), to consumers and the United States Military. Based on the company's own testing, the CAEv2 were dangerously defective. The earplug could loosen, allowing noise to pass through and subsequently cause serious hearing damage, such as hearing loss and tinnitus.

In 2015, 3M discontinued the CAEv2, and in 2018, reached a $9.1 million settlement with the federal government to resolve a whistleblower complaint regarding the sale of these earplugs to the Department of Defense. This money went to the government (not servicemembers).

Since then, thousands of servicemembers have filed suit against 3M, and in 2019 these cases were transferred and centralized into what is known as a multi-district litigation (MDL). The case is pending before Judge M. Casey Rodgers in the United States District Court for the Northern District of Florida. You can find more details on the plaintiffs' official website here.

r/Veterans

This is a subreddit for news, sites, information and events that may interest veterans. We are here to support one another, and help resolve any VA / Veterans related issues. If you are visiting r/veterans for the first time please read the rules. We ban and do not look back. Veteran Crisis Hotline Dial 1-800-273-8255 Press 1

70.1k Members

255 Online

Created Nov 10, 2009

Join

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



111 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

On April 1, 3M asked the Court to dismiss the litigation by claiming that they were protected under the Government Contractor Defense. However, the Court ruled against them last month, saying that they could not claim, in essence, "the government made me do it." This was a significant victory win for the plaintiffs as we move toward trial; the first is scheduled for April 2021.

106 Comments Share Save Hide Report 89% Upvoted

This thread has been locked by the moderators of r/Veterans
New comments cannot be posted

SORT BY BEST

View discussions in 5 other communities

SCOveterandretired 6 months ago · Stickied comment · *edited 6 months ago*

The AMA is finished and commenting turned off.

Frequently asked questions/answers:

https://www.reddit.com/r/AirForce/comments/iicswl/im_bryan_aylstock_courtappointed_lead_counsel_for/g36arc9/ Filing a lawsuit will not affect your veteran's benefits. If a resolution were reached that would entitle you to compensation, service-connected VA Disability Compensation Benefits would not be affected; other benefits could be impacted in certain situations. In the interim, we suggest you consult with your attorney or your local VA center.

https://www.reddit.com/r/Veterans/comments/iicmnp/im_bryan_aylstock_courtappointed_lead_counsel_for/g36a9qv/ This is not a class action. In this litigation, each plaintiff is treated as an individual, with each case having its own facts and merits. In a class action, you can benefit from a settlement without taking any action; in a case like this one, you must "raise your hand" (i.e. file a lawsuit) to have your rights protected and to hold 3M accountable.

https://www.reddit.com/r/Veterans/comments/iicmnp/im_bryan_aylstock_courtappointed_lead_counsel_for/g366zur/ I can assure you that this litigation is very much real; however, we have been made aware of fraudulent ads regarding this case and have been working diligently with the Court to address this issue. The last thing we want is for plaintiffs or potential future plaintiffs to be misled. If you have been scammed because of one these ads, please contact us through here or through the plaintiffs' website. Some of these ads have said there is a settlement or money is available now -- these are false and should be avoided.

Importantly, you should not provide any personal information or sign any documents relating to the 3M CAEv2 litigation if you are unsure of the validity of the request or sender. If you have retained a lawyer in this case, please contact them first before proceeding.

https://www.reddit.com/r/Veterans/comments/iicmnp/im_bryan_aylstock_courtappointed_lead_counsel_for/g3640pd/ Legal fees vary depending on your attorney agreement, and are firm-specific so I can't speak widely on it. Generally, the lawyer will work on a contingency fee. The way a contingency fee works is that the ATTORNEY will pay all expenses associated with your case, and ONLY if they recover anything on your behalf will the lawyer get paid - usually on a percentage of the recovery. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

I strongly recommend that you read the agreement you have with a lawyer carefully, ask questions, and get clarification before signing anything. But at the end of the day, your fee agreement will dictate what percentage you receive of any recovery and what goes to the attorney. I would caution you from working with a lawyer requesting fees or payment prior to a resolution, or promising any specific amount. For this type of litigation, your lawyer should not expect you to pay any fees up front or in advance of a resolution.

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



3/19/2021  I'm Bryan Aylstock, court-appointed lead counsel for the plaintiffs in the 3M earplug litigation. AMA : Veterans



Regarding the time commitment, a good lawyer will streamline much of this process. They will need your service records, medical information, and information regarding your use of the CAEv2. But at this point, much of the work being done in the litigation is on behalf of all plaintiffs, and we are currently working on cases involving a select number of servicemembers who will have their cases heard by a jury starting in April.

https://www.reddit.com/r/Veterans/comments/iicmnp/im_bryan_aylstock_courtappointed_lead_counsel_for/g35ye7u/ You are correct that the Court has appointed Ms. Reisman as a special master. If in the future there is anything to report on the settlement front, we would let you know, but the short of it is right now there is nothing to report. Our focus right now is to prepare for the first trial, which is scheduled for April. This is an important point as some veterans have been seeing advertisements claiming there is a settlement -- this is false and we would advise anyone against responding to any such solicitation.

⬆ Vote ⬇   Share   Report   Save

mshaw09 6 months ago
First off, I would like to thank you for taking the time to do this AMA, and the previous one as well. This subreddit has been full of misinformation and I fear that it's caused many injured Veterans to not seek legal assistance.

In May, Ellen K. Reisman was appointed as a special master to assist the Court in coordinating settlement discussions. Can you give us more information on that? Has any discussions taken place? It seems like the case isn't going well for 3M, especially since their Government Contractor Defense was shot down. Does 3M show any signs of settling, or at least discussing a settlement?

I understand that these questions may not be something you can answer in a public forum.

Thanks for your time.

⬆ 25 ⬇   Share   Report   Save

JamesTBagg 6 months ago
> This subreddit has been full of misinformation and I fear that it's caused many injured Veterans to not seek legal assistance.

Not just this sub, everywhere. Ads on damn near every website lead me to believe this was a giant scam.

⬆ 26 ⬇   Share   Report   Save

Continue this thread →

bryanaylstock 🖊 6 months ago
Thank you, hopefully this AMA will be helpful!

You are correct that the Court has appointed Ms. Reisman as a special master. If in the future there is anything to report on the settlement front, we would let you know, but the short of it is right now there is nothing to report. Our focus right now is to prepare for the first trial, which is scheduled for April. This is an important point as some veterans have been seeing advertisements claiming there is a settlement -- this is false and we would advise anyone against responding to any such solicitation.

⬆ 5 ⬇   Share   Report   Save

Comment deleted by user  6 months ago

bryanaylstock 🖊 6 months ago
First and foremost, I am sorry you are experiencing tinnitus after wearing 3M's defective Combat Arms earplugs, and your claim was denied by the VA. However, if you believe you suffered hearing loss as a result of wearing those earplugs, you may have a claim against 3M for its wrongful conduct. You also may want to consult a VA compensation lawyer to determine whether the VA's

111 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

denial was appropriate.

With cases of this size, it can be difficult to see the value in adding just one more name, but there is strength in numbers. It would be much easier for 3M to ignore these cases if there weren't hundreds of thousands of veterans filing suit in order to hold them responsible, but every suit filed by someone who has been harmed by these defective earplugs is another chance to hold 3M accountable for its misconduct.

14 Share Report Save

kirbaeus 6 months ago

> However, the Court ruled against them last month, saying that they could not claim, in essence, "the government made me do it." This was a significant victory win for the plaintiffs as we move toward trial; the first is scheduled for April 2021.

I'm a potential plaintiff (wore these in Iraq doing convoy security, just checked my Audiology report which actually lists the earplugs). But I also just graduated from Law School where I wrote about this contractor defense used by KBR to indemnify themselves from suits due to Burn Pits. Real interesting. Very glad to see the Court threw this defense out in this case.

13 Share Report Save

ReBoRn_SaNiTy 6 months ago

Should service members be encouraged to seek litigation over this issue if they have used these plugs and what is the compensation usually for those people? Thanks!

8 Share Report Save

**bryanaylstock** 6 months ago

There has not been any discussion about a settlement, and it is impossible for me to predict what kind of compensation plaintiffs could possibly receive.

The parties are preparing to begin the trial process. Several cases have been selected as "bellwethers," which are cases selected to provide the parties and the court with information on the strengths and weaknesses of various claims and defenses and the settlement value of cases. So we should have a better understanding of what to expect once those begin in April 2021.

As far as joining the lawsuit, it is a very personal decision. If you used 3M's combat earplugs and are now suffering from hearing injuries such as hearing loss or tinnitus, you can speak with a lawyer about your options. Our motivation as co-lead counsel on behalf of the plaintiffs in this case is to fight for the justice our servicemembers deserve.

Like I said in response to a previous question, there is power in numbers. But we recognize how serious this decision is and there are considerations to weigh as an individual. We're not here to tell you whether or not to file a lawsuit, but if you have questions or concerns, you may want to speak to a lawyer about your rights; typically, there is no charge for such a consultation.

9 Share Report Save

androcus 6 months ago

Thanks for doing all this work and this AMA.

7 Share Report Save

[deleted] 6 months ago

It seems like due diligence was not conducted by the DOD, why are they not being held responsible too?

7 Share Report Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



3/19/2021   I'm Bryan Aylstock, court-appointed lead counsel for the plaintiffs in the 3M earplug litigation. AMA : Veterans



111   I'm Bryan Aylstock, court-appointed lead counsel f...   AMA Moderator Approved          ✕ Close

[deleted] 6 months ago

How come you lawyers make more money than the Marines who were actually harmed by the ear plugs?

This lawsuit will be a drop in the bucket for 3M. A bunch of lawyers are gonna make a bunch of money and a bunch of Marines are going to get tiny settlements and still have hearing problems.

Why didn't you also sue the US gov for not adequately testing the ear plugs before telling Marines the were safe ? This is just as much the DODs fault as it is 3M.

⬆ 9   ⬇   Share   Report   Save

bryanaylstock 🖉 6 months ago

Let me take this in parts. First, legal fees are always a point of contention so I understand your skepticism. But keep in mind that if the lawsuit is not successful, it's the attorneys (not you) who put out several millions of dollars in expenses and resources. 3M is able to pay for the best defense attorneys possible, but most people can't pay hundreds of thousands of dollars in legal fees up front. So the way the system works is if we are successful, you'll receive your compensation and the lawyers will receive their fee. If we're not successful, the client is not charged for the work. And as mentioned previously, this case is moving to trial and there has been no settlement. Because there is no settlement, none of the attorneys representing the Marines (or other servicemembers) have made any money. If and when there is a settlement, those attorneys will be paid according to the written fee agreements they have with their clients.

In response to your point on suing the government, 3M already agreed to pay $9.1 million to the government as part of a July 2018 settlement resolving allegations that it knowingly sold the CAEv2 to the United States military without ever disclosing the design defects. This money was paid to the government, not to servicemembers.

Additionally, at no point in time did 3M alert the military, DOD, or other purchasers that its earplugs were defective, and recently unsealed documents have proved as much. 3M knowingly misled the military by fabricating test results when the product was in development and then falsely marketing the earplugs' effectiveness to the military. In a recent court decision the Court ruled against 3M, saying that they could not claim, in essence, "the government made me do it." Even if the government was aware of the defect, which is not the case here, the government enjoys immunity from most lawsuits involving injuries to our servicemembers.

⬆ 11   ⬇   Share   Report   Save

Continue this thread →

[deleted] 6 months ago

Good point. How did they even let that happen for that long. 1999-2015 is a long time.

⬆ 4   ⬇   Share   Report   Save

Continue this thread →

marxr87 6 months ago

Hey 11b here suffering hearing loss. I understand your frustration, but don't be mad at these lawyers, be mad at the system. Class actions are incredibly risky for law firms, if they lost it could literally bankrupt even a very large firm. Moreover, you might see that the firm gets millions, but typically even if you divided that all out amongst the plaintiffs it wouldn't make a significant difference in their compensation. If the firm kept 10 million dollars in compensation and there were one hundred thousand plaintiffs, that'd be $100 extra per person. Not a life-changing amount of money sadly. And a firm can't sue the federal government for compensation unfortunately.

⬆ 4   ⬇   Share   Report   Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts

About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved

111 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

Continue this thread →

Not_very_educated 6 months ago
Not just marines. I was in the 82nd and we used them alot.

3 Share Report Save

Continue this thread →

viperguy56 6 months ago
That's just how a class action law suit is structured. The law firm takes maybe 30-40% of the settlement and the remaining is divided among the plaintiffs. So if the settlement is say $10 million and there's 1000 veterans then the law firm gets $4 million as their fee and the $6 million is divided so each veteran would get $6,000. Obviously the more plaintiffs the smaller the distribution of the settlement. It's just how the math works out, even if the law firm only took 10% then as long as there are at least 10 plaintiffs the law firm will make more than an individual plaintiff.

2 Share Report Save

Continue this thread →

Goorancid 6 months ago
There seems to be a lot of confusion around these cases as MDL and a Class Action against 3M. Could you describe, in lay speak, the differences and how individual claims will be heard/settled?

2 Share Report Save

bryanaylstock 6 months ago
An MDL, or multidistrict litigation, occurs when multiple civil cases (lawsuits) that share a common issue (injury and defendant) are transferred to a single district court. In this case, all cases have been transferred to the U.S. District Court for the Northern District of Florida in Pensacola, Florida. Although plaintiffs in most personal injury MDLs are part of a large, consolidated group with a common defendant (3M) and similar claims, the plaintiffs typically are not part of a class.

In this MDL, each plaintiff is treated as an individual, with each case having its own facts and merits. In a class action, you can benefit from a settlement without taking any action; in a case like this one, you must "raise your hand" (i.e. file a lawsuit) to have your rights protected and to hold 3M accountable.

5 Share Report Save

skank_parade 6 months ago
Just since other veterans with tinnitus are reading this thread .... has anyone found anything that helps with their symptoms? I've had this for years, hearing loss above 8kHz, constant 8 kHz squeal in both ears. Sucks!

2 Share Report Save

marxr87 6 months ago
White noise (fan etc.) is pretty much all i've got to offer as advice

4 Share Report Save

fa53 6 months ago
I have hearing loss and tinnitus, but I don't know what earplugs I had in Iraq. How can I even find out if I had these?

2 Share Report Save

bryanaylstock 6 months ago
From 1999 to 2015, the United States Military purchased and distributed 3M's combat earplug. Throughout most of that time period, they were widely circulated and used across the military. In many cases, they were the standard-

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



111 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

issue earplugs servicemembers were given. The CAEv2 had a distinctive color scheme, and was the only dual-ended earplug used by the U.S. military before or since.

Most lawyers will assist you with finding out whether you used them or not. They will ask for a variety of records pertaining to your service and hearing issues. And it's also your lawyer's job to obtain documents you may not have access to and/or have difficulty accessing.

Through the litigation, we are obtaining records from 3M and the military that will help us substantiate this as well.

1 Share Report Save

Continue this thread →

So_Thats_Nice 6 months ago

They were the green/yellow rubber earplugs from my understanding. I was Army and we used these almost exclusively while I was in Iraq (05-06). I was combat arms, not sure if everyone got the same earplugs.

1 Share Report Save

[deleted] 6 months ago

I received a notice of my potential eligibility for a class action suit recently and buried in the small print they stated my expected payout could be approximately $13.

If there is a payout for this suit can the members expect it to be some trivial amount with the rest being eaten up by court costs, lawyers fees, administrative fees, or are you expecting a payout to be actually meaningful?

2 Share Report Save

bryanaylstock 6 months ago

First, just to clarify -- this case is not a class action. Although all these cases have been consolidated in one court, each plaintiff is still treated as an individual, with each case having its own facts and merits.

As far as potential payouts go, at this point I can't possibly predict how this case will resolve and how much a plaintiff might expect to receive. And I don't know the facts or circumstances of the settlement you received in a separate class action (although class actions typically do not involve physical injuries like this 3M earplug case does). So it's very difficult to make comparisons between what you received in the mail in this case, but I suspect there are hardly if any similarities.

That said, I have great respect for all of you who put your life on the line, and myself and my co-lead counsel take that responsibility very seriously. Judge Rodgers, who is overseeing this case, also served in the military. That of course does not mean she will be "for us" or "against us", but what it does mean is that there is an understanding of what you all have gone through and face.

The short of it is that we as plaintiffs' counsel are fighting not just for compensation but for the justice our servicemembers deserve after being injured as a result of 3M's negligence.

5 Share Report Save

Continue this thread →

LovYouLongTime 6 months ago

The payout in these types of settlements are usually enough to buy yourself dinner from Applebee's (not including a beverage or tip). The legal fees eat up the majority of the settlement and then the people who were the claimants usually get next to nothing because there are so many people who jumped on the list.

-2 Share Report Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts

About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



111 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

[deleted] 6 months ago · *edited 6 months ago*

Realistically what is anyone who suffered hearing loss going to get out of this if they partake? I have hearing loss and tinnitus and I'm sure it's from those hearing plugs. But why would I want to even try to take part for like 20$ or something? Not to sound ungrateful but it seems like it will be a waste of time since so many will be involved.

Edit: typos

2 Share Report Save

**bryanaylstock** 6 months ago

First and foremost, I am sorry you are experiencing hearing loss and tinnitus; after speaking with hundreds of servicemembers I know the enormous impact it can have on your everyday life.

As I mentioned to someone else, with cases of this size, it can be difficult to see the value in adding just one more name, so I understand where you're coming from.

And I know I sound like a broken record at this point, but there is strength in numbers. It would be much easier for 3M to ignore these cases if there weren't hundreds of thousands of veterans filing suit in order to hold them responsible, and every suit filed is another one that they have to answer for their wrongdoing. At the same time, it's a very individual and serious choice. If you suffered hearing loss as a result of wearing those earplugs, you should consider protecting your rights under the law. A good lawyer walks their client through what the process entails, pros and cons, etc. Because most lawyer agreements are contingent upon the amount of any recovery, the lawyer is incentivized to get you the fullest recovery possible under the law.

3 Share Report Save

Continue this thread →

mshaw09 6 months ago

Since this is a mass tort, where every plaintiff has their own individual lawsuit, you are likely to get more than $20, if there is a settlement or 3M loses at trial. Now, if 3M offered you such a small amount in a settlement, and you accepted their offer, that's on you.

Let's say 3M settles and they offer you less than you feel you deserve, then you will get to decided whether or not to accept their offer or to take your specific case to trial.

I don't think you fully understand how this process works. This isn't a class-action lawsuit.

2 Share Report Save

Continue this thread →

[deleted] 6 months ago

Not for the lawyers, they will get paid thousands, if not millions in legal fees.

1 Share Report Save

Continue this thread →

B0neheaded 6 months ago

Can I come testify?

1 Share Report Save

curly_haired_tog 6 months ago

In my deployment in 2003 and when I was back at my station stateside, I was issued these. I do have hearing issues as well (CE/Combat Engineer in the USAF), since you're the more legit POC/SME on this, who would I need to talk to?

1 Share Report Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



111 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

bryanaylstock 6 months ago

Most servicemembers who filed a lawsuit regarding these earplugs have hired an experienced attorney to represent their interests. The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found here; however, a plaintiff is not obligated to hire one of these firms (or any firm at all should they decide to file a lawsuit on their own).

1 Share Report Save

fistdeep43 6 months ago

At what point will members receive an official update from the law firm? Just kind of curious because it's been months since they've touch base with me.

1 Share Report Save

bryanaylstock 6 months ago

Your best option is to call your lawyer to check in. But for now, much of the work in the litigation is occurring "behind the scenes" and on behalf of every plaintiff, so it would be normal for there not to be any activity on your specific case.

For the case as a whole, we try to keep the official plaintiff website updated with key decisions and news articles. You can find the website here if you want to check out the most recent developments. There was recently a major decision with the court denying one of 3M's key defenses (they had sought to "blame the government", which the court rejected).

2 Share Report Save

jholler0351 6 months ago

I understand that you cannot answer all the "how much will I get" questions, as there are so many variables. Can you say however what a ballpark PERCENTAGE of settlement would be that actually goes to the claimant after legal fees, etc are taken out?

I know the law firms want as many names as possible, but so many of us are trying to decide if it will be worth the time and effort TO US.

1 Share Report Save

bryanaylstock 6 months ago

Legal fees vary depending on your attorney agreement, and are firm-specific so I can't speak widely on it. Generally, the lawyer will work on a contingency fee. The way a contingency fee works is that the ATTORNEY will pay all expenses associated with your case, and ONLY if they recover anything on your behalf will the lawyer get paid - usually on a percentage of the recovery. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

I strongly recommend that you read the agreement you have with a lawyer carefully, ask questions, and get clarification before signing anything. But at the end of the day, your fee agreement will dictate what percentage you receive of any recovery and what goes to the attorney. I would caution you from working with a lawyer requesting fees or payment prior to a resolution, or promising any specific amount. For this type of litigation, your lawyer should not expect you to pay any fees up front or in advance of a resolution.

Regarding the time commitment, a good lawyer will streamline much of this process. They will need your service records, medical information, and information regarding your use of the CAEv2. But at this point, much of the work being done in the litigation is on behalf of all plaintiffs, and we are currently working on cases involving a select number of servicemembers who will have their cases heard by a jury starting in April.

1 Share Report Save

Continue this thread →

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



111 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

LiteralWarCriminal 6 months ago
We were briefed on these earplugs January 2003, and they were given to us the next month before we deployed for the Iraq invasion. I used the combat earplugs for the entirety of my active duty career. I was given a 10% rating by the VA for tinnitus, what else would I need to move forward?

1 Share Report Save

bryanaylstock 6 months ago
I'm sorry to hear about your tinnitus. An attorney can assist you with the next steps of obtaining records and filing a complaint if you would like to do so. You may also want to visit the website here to get the latest information on where the case stands.

3 Share Report Save

mainelyadad 6 months ago
I still have the ones issued to me in 2005 in Ramadi.

1 Share Report Save

Goorancid 6 months ago
How many bellwether cases can we expect to see with this MDL? Are they full cases containing an opening, arguments, and closing? Are they conducted in front of a bench or jury? Approximately how long do bellwether cases last?

1 Share Report Save

bryanaylstock 6 months ago
The court has selected four bellwether trial groups consisting of six cases in each group. These are individual plaintiffs whose cases are each being prepared by their individual attorneys with assistance from the court-appointed plaintiffs leadership. When they proceed to trial, they will be in front of a jury and there will be opening statements, full presentation of evidence, and closing statements. We anticipate the trials will be two to three weeks in length. The purpose of these "bellwether" trials are for us, 3M and the court to better understand the strengths and weaknesses of the claims and conduct at issue here. The first bellwether trial is scheduled for April.

1 Share Report Save

Continue this thread →

HandsInMyPockets247 6 months ago
The letter I got from my law firm said there were 24 cases selected.

1 Share Report Save

jasunto 6 months ago
How do you know if it was the shots taken with them in or out?

1 Share Report Save

AirPhforce 6 months ago
I have service connected tinnitus and used those ear plugs during the years listed. I distinctly remember them.

What actions should I take?

1 Share Report Save

bryanaylstock 6 months ago
First, I'm sorry to hear about your injury. You should consult with an attorney about your legal rights and they will assist you with the next steps of obtaining records and filing a complaint, if that's what you'd like to do. You might also want to check out the plaintiffs' website to learn about recent developments in

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



111 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

want to check out the plaintiffs' website to learn about recent developments in the case, including the court rejecting 3M's "the government made me do it" defense.

2 Share Report Save

HandsInMyPockets247 6 months ago

For anyone a part of this or thinking about it just remember, it's realistically going to be YEARS before any payouts occur.

1 Share Report Save

NerfHerder4life 6 months ago

Will the payouts be based on extent of injury or blanket payout? Is there any chance to have them pay for all future medical advances such as the new nuerolink from Elon?

1 Share Report Save

**bryanaylstock** 6 months ago

Because this is a mass tort and not a class action, each claim or individual's lawsuit is treated separately, with each case having its own facts and merits. As a result, in a mass tort, compensation varies based on the facts of each claim.

As I mentioned before, at this point I can't possibly predict how this case will resolve and how much a plaintiff might expect to receive. I do share your excitement for medical advances being made seemingly every day, though. WIth these injuries, unfortunately, they only progress in one direction. So we are thinking through those ramifications as part of our advocacy, knowing that many servicemembers have a long life ahead of them with hearing loss and tinnitus that will likely only worsen.

2 Share Report Save

Bigcrusher 6 months ago

What is the qualification for joining the class action lawsuit? Heaven knows there is a bunch of us here that are mostly or partially deaf that could more than likely be caused by those earplugs.

1 Share Report Save

**bryanaylstock** 6 months ago

If you wore 3M's CAEv2 earplugs from 2003-2015 and now suffer from any hearing issues (hearing loss/tinnitus/etc.), you should consult with an attorney about your legal rights.

And to clarify, this is a mass tort and not a class action lawsuit. A key difference to be aware of is that you can benefit from a class action settlement without taking any action. In a mass tort, you have to file a lawsuit.

For everyone's awareness, as of today approximately 200,000 servicemembers and veterans are part of the case against 3M.

1 Share Report Save

Continue this thread →

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts

About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



3/19/2021   I'm Bryan Aylstock, court-appointed lead counsel for the plaintiffs in the 3M earplug litigation. AMA : Veterans