# EXHIBIT 6

84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

Posted by u/bryanaylstock 1 year ago

84

# I'm Bryan Aylstock, court-appointed lead counsel for the plaintiffs in the 3M earplug litigation. AMA.

AMA Moderator Approved

Hi all,

My name is Bryan Aylstock, and I am one of the court-appointed lead counsel for all of the plaintiffs in the 3M earplug litigation. The full list of those appointed can be found here, and the official plaintiffs' website for this case can be found here.

I recently learned of many threads in this subreddit with questions and sometimes confusion regarding the lawsuits against 3M for their defective earplugs. I'm here to answer any questions you may have regarding the litigation, so ask me anything.

I'm not here to encourage you to sign up for the lawsuit or promote my law firm. But considering all the misinformation out there, hopefully I can provide some guidance and perspective about the process and the status of the litigation.

I'll be back to answer as many questions as possible tomorrow, Thursday, February 13 at 10 A.M. CT.

**First, some background information on the main allegations:**

From 1999 to 2015, 3M marketed, manufactured and sold the Dual-Ended Combat Arms Earplug, Version 2 (or CAEv2), to consumers and the United States Military. Based on the company's own testing, the CAEv2 were dangerously defective. The earplug could loosen, allowing noise to pass through and subsequently cause serious hearing damage, such as hearing loss and tinnitus.

In 2015, 3M discontinued the CAEv2, and in 2018, reached a $9.1 million settlement with the federal government to resolve a whistleblower complaint regarding the sale of these earplugs to the Department of Defense.

Since then, thousands of servicemembers have filed suit against 3M, and in 2019 these cases were transferred and centralized into what is known as a multi-district litigation (MDL). The case-- referred to as *In Re: 3M Combat Arms Earplug Product Liability Litigation* (3:19-md-2885), is pending before Judge M. Casey Rodgers in the United States District Court for the Northern District of Florida. You can find more details on the plaintiffs' official website here.

102 Comments Share Save Hide Report 85% Upvoted

This thread has been locked by the moderators of r/Veterans
New comments cannot be posted

SORT BY BEST

SCOveterandretired 1 year ago · Stickied comment
The AMA is completed - the thread will remain up for people to read.
Vote Share Report Save

viperguy56 1 year ago
With how much money your firm has spent on advertising for this law suit combined with the large number of veterans/active that qualify to be included in the class action, as well as the law firms own profit margin, how much are the plaintiffs ACTUALLY going to receive from the law suit?
116 Share Report Save

r/Veterans

This is a subreddit for news, sites, information and events that may interest veterans. We are here to support one another, and help resolve any VA / Veterans related issues. If you are visiting r/veterans for the first time please read the rules. We ban and do not look back. Veteran Crisis Hotline Dial 1-800-273-8255 Press 1

70.1k Members 365 Online

Created Nov 10, 2009

Join

TOP POSTS FEBRUARY 12TH 2020

TOP POSTS OF FEBRUARY, 2020

TOP POSTS 2020

Help About
Reddit App Careers
Reddit Coins Press
Reddit Premium Advertise
Reddit Gifts Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

bryanaylstock 1 year ago

(reposting) Let me try to take this in parts.

First, it would really be foolish for me to predict how this case will resolve itself and how much if anything any individual will receive at this stage in the process. I also think it's important to underscore that there is power in numbers. 3M would of course prefer if this flew under the radar. And it's my job to ensure they are held accountable to the fullest extent of the law.

Regarding ads, those have no impact on how much any individual receives. That money comes out of the pocket of whatever firm is running those ads.

Also, keep in mind that if the lawsuit is not successful, it's the attorneys (not you) who put out several millions of dollars in expenses and resources. 3M is a multi-billion company able to pay for the best defense attorneys possible, and individuals like yourself can't always advance thousands of dollars in legal fees. In fact, they have hired the Kirkland and Ellis firm, the largest firm in the world to defend them.

Lastly, and this may sound like a minor word choice, but matters significantly here. This case has NOT been certified as a class action. In a class action, people who have not put their name on a lawsuit can be included and eligible to benefit. In this litigation, you NEED to file a lawsuit in order to participate. Every state also imposes time limitations, or statutes of limitations, to bring a claim. Those vary by state and situation but it is not in your interest to just wait if you have a valid claim.

7 Share Report Save

Continue this thread →

Comment removed by moderator 1 year ago

Continue this thread →

viperguy56 1 year ago

Why did your reply get deleted?

2 Share Report Save

Continue this thread →

BAMCIS16 1 year ago

How does one prove their hearing loss relates to the 3M plugs? I'm deaf as shit

33 Share Report Save

bryanaylstock 1 year ago

From 1999 to 2015, 3M marketed, manufactured and sold the defective Combat Arms Earplug version 2 (CAEv2) to the United States Armed Forces. Throughout most of that time period, they were widely circulated and used across the military. We are obtaining records from 3M and the military that will help us substantiate this as well. In some branches of the military, they were the only earplug used and the Combat Arms V2 was the only dual-ended earplug used by the United States Armed Forces during this time period.

Hearing loss can be proven through the use of audiograms which are routinely given to servicemembers by the military. Typically, upon entry into military service, an audiogram will be performed and then one also at discharge. Given the loud noises that are part of military service, your attorney should be able to retain experts to give opinions as to whether or not any hearing loss is related to your military service and your use of CAEv2.

7 Share Report Save

ziemlich-lustig 1 year ago

Great question. Me too and the VA keeps telling me to go away cuz I'm "young and hear fine"

14 Share Report Save

Continue this thread →

Comment deleted by user 1 year ago

Continue this thread →

Help About
Reddit App Careers
Reddit Coins Press
Reddit Premium Advertise
Reddit Gifts Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

Im_Aero 1 year ago
I feel like adding my name to the lawsuit is a waste of time. I'm deaf af from wearing these and working on the Airfield.
42 Share Report Save

andrewhough 1 year ago
Same here dude, I keep seeing the ads but I know it ain't shit
13 Share Report Save

bryanaylstock 1 year ago
First and foremost, I am sorry you are experiencing hearing loss from wearing 3M's defective Combat Arms earplugs. With cases of this size, it can be difficult to see the value in adding just one more name, but there is strength in numbers. It would be much easier for 3M to ignore these cases if there weren't hundreds of thousands of veterans filing suit in order to hold them responsible, but every suit filed is another one that they have to answer to for their negligence and damage they caused. At the same time, it's a very individual and serious choice. A good lawyer walks their client through what the process entails, pros and cons, etc. And if you suffered hearing loss as a result of wearing those earplugs, you should consider protecting your rights under the law.
2 Share Report Save

Comment deleted by user 1 year ago

bryanaylstock 1 year ago
You really have two options as it relates to this case: file a lawsuit or not file a lawsuit. If you choose not to file one, you won't be eligible for any potential benefits if we are successful in obtaining them.

Regarding other benefits, generally speaking there is VA compensation benefits, VA pension benefits and VA healthcare benefits. VA compensation benefits would not be affected if there is a judgment or resolution in your favor. Pension and healthcare benefits may be affected, but it is situation-dependent. Pension benefits and healthcare benefits are both income dependent, so depending on your income and whether you receive any benefit from this case (and the amount), it could potentially impact those. However, we are working with VA benefit specialists to navigate these issues.

The mere act of filing a lawsuit or hiring a lawyer will not affect your VA benefits in any way. If and when there is a settlement, your attorney can provide you with advice prior to receiving any compensation to ensure that your rights are protected and you do not lose any VA pension or healthcare benefits.
3 Share Report Save

LetMinnow2 1 year ago · *edited 1 year ago*
How many people (or what percentage of potential plaintiffs) have already opted out of your class action? EDIT: I understand that this actually might be a mass tort and not a class action.

Less serious question: Would your firm please stop spamming or start better targeting its social media ads? I used to see these 10 times a day for months. I am a lawyer too and I get that you need to get a class certified and all that, but it's become a bit of a turnoff.
7 Share Report Save

regretful-age-ranger 1 year ago
Does money from the lawsuit affect VA disability?
15 Share Report Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

bryanaylstock 1 year ago

No, service-connected VA Disability Compensation Benefits will not be affected. If you have service related hearing loss or tinnitus (or any service related injury), you should consult your local VA office for more information on obtaining the benefits you have earned.

8 Share Report Save

SecOpsBaby 1 year ago

" Filing a lawsuit will not affect your veteran's benefits. If a resolution were reached that would entitle you to compensation, service-connected VA Disability Compensation Benefits would **not** be affected; other benefits could be impacted in certain situations. More information will be available on this website if a resolution were reached. In the interim we suggest you consult with your attorney or your local VA center."

6 Share Report Save

SCOveterandretired 1 year ago

https://www.3mearplugmdl.com/faqs

5 Share Report Save

Comment deleted by user 1 year ago

bryanaylstock 1 year ago

The moderators of this forum asked that I not use this AMA to promote my firm, which I gladly agreed to because first and foremost I thought it would be helpful to correct a lot of misinformation out there. My recommendation is that you should ask this question of any firm you are seeking to retain. The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found here; however, a plaintiff is not obligated to hire one of these firms and there are many excellent law firms who do this type of work. That said, like everything, do your research before hiring a lawyer and ask questions. You will probably be best served by hiring a firm that is experienced in product liability and/or mass tort cases.

Legal fees and charges for various expenses will vary depending on your attorney agreement. Generally, the lawyer will work on a contingency fee. That means they will pay all expenses associated with your case, and only after they recover anything on your behalf will the lawyer receive a certain percentage. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

> Is is true personal legal fees are no longer tax deductible?

Historically, recovery for purely personal injury damages have not been taxed. However, there are exceptions and tax laws continually change. I would recommend speaking with a tax professional for this type of question.

> My understanding is we would have pay taxes on [full amount of the settlement] (https://www.americanbar.org/groups/business_law/publications/blt/2019/11/gross-recoveries/). Is this correct or is there some sort of exception? Because in my tax bracket this could very easily result in a net tax liability post expenses / contingency.

Historically, recovery for purely personal injury damages have not been taxed. However, there are exceptions and tax laws continually change. I would recommend speaking with a tax professional for this type of question.

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

> Being a mass tort why shouldn't I just wait and see what happens before moving forward?

It is important to note that this case has NOT been certified as a class action. In a class action, people who have not put their name on a lawsuit can be included and eligible to benefit. In this litigation, which is a mass tort, each individual claimant files his or her own lawsuit in order to participate. Each case will be decided based on its own merits. It is also important to know that every state limits the time period in which to bring a claim. While states and circumstances vary on this point, if you believe you may have a claim, it is not in your best interest to "wait and see" because it may be too late to bring a claim if you do so.

2 Share Report Save

Continue this thread →

chelseadi 1 year ago

I have tinnitus and was in the Army during this time frame- would I qualify to receive any part of the settlement?

4 Share Report Save

bryanaylstock 1 year ago

It's crucial to note no settlement has been reached with servicemembers. This has been a major point of confusion. The government settled a case with 3M, but that was to compensate the government, not servicemembers suffering from hearing-related injuries.

You could be eligible if you wore a pair of these earplugs from 1999-2015. The documentation needed will vary by lawyer, but most will ask for a variety of records pertaining to your service and hearing issues. And your lawyer will assist in obtaining documents you may not have access to and/or difficulty accessing.

2 Share Report Save

fistdeep43 1 year ago

What's the timeline look like?

3 Share Report Save

bryanaylstock 1 year ago

We expect the first cases to start in early 2021.

7 Share Report Save

Comment deleted by user 1 year ago

bryanaylstock 1 year ago

It would be premature for me to guess what any resolution would mean for those involved. At this point, 3M is still denying all responsibility to our servicemembers and are claiming that all the cases should be thrown out of court. We feel strongly that our evidence will overcome any such attempt by 3M, but any resolution will ultimately depend on the totality of the evidence against 3M, and your individual facts and circumstances.

2 Share Report Save

Comment deleted by user 1 year ago

bryanaylstock 1 year ago

We expect the first cases to start in early 2021.

3 Share Report Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

theopinionexpress 1 year ago

I have a few questions- even with earplugs going into combat, did we really have the reasonable expectation of not being exposed to extremely loud and damaging noises? What type of proof would service members have to provide that they were properly wearing the earplugs in question, at all times during operations? What can the average service member who was issued the earplugs and suffered hearing loss/tinnitus hope to gain from this lawsuit?

9 Share Report Save

bryanaylstock 1 year ago

Of course hearing loss and tinnitus have been an ongoing issue for the military. They are two of the most common disabilities amongst veterans. Because of this, the military has developed many hearing conservation programs, and this is what made 3M's CAEv2 so attractive. In fact, 3M's own marketing materials stated that military hearing loss is NOT inevitable, but entirely preventable with proper hearing protection. 3M also claimed its CAEv2 would provide protection up to 190 db, which means protection for essentially all combat-related noises including explosions and shoulder-fired rockets. So while military service is inherently a noise-ridden environment, 3M held out its product (the CAEv2 earplug) as the answer to this problem -- and profited greatly from it.

3M falsified its testing when in fact these earplugs would loosen and fail to work. 3M then falsely marketed and sold the dangerously defective earplugs to the military, with inadequate instructions and with total disregard for the risks and dangers to servicemembers. 3M also marketed a one size fits all product when it knew that ear canals vary greatly in size and an earplug that doesn't fit properly will not provide protection.

What kind of proof you need will vary by your individual situation, but it may require a variety of records pertaining to your service and hearing issues. VA disability records and audiograms will likely be the most important documents for your claim. With proper authorizations from you, your lawyers can also obtain documents necessary for you to make a claim.

Lastly, like I've mentioned in other answers, it would be premature for me to guess what any resolution would mean for those involved. At this point, 3M is still denying all responsibility to our servicemembers and are claiming that all the cases should be thrown out of court. We feel strongly that our evidence will overcome any such attempt by 3M, but any resolution will ultimately depend on the totality of the evidence against 3M, and your individual facts and circumstances.

4 Share Report Save

Continue this thread →

SCOveterandretired 1 year ago · *edited 1 year ago*

Moderator Approved - Please read the information on the webpages - here is the FAQ: https://www.3mearplugmdl.com/faqs

Also since some people didn't read the above: Bryan Aylstock said > I'll be back to answer as many questions as possible tomorrow, Thursday, February 13 at 10 A.M. CT.

2nd Edit - Rule # 1 is in effect and I have no problem banning those being jerks.

7 Share Report Save

sapper2345 1 year ago

I used those earplugs in '07 I got them while On my way to Iraq. I'm rated 10% for tennitus, how does payment work to you guys? Do you take a percentage of the payout if 3m settles? Or Do I have to pay lawyer fees up front? I want to file a lawsuit but am afraid that I will end up owing more To an attorney.

Also thank you for doing this!

7 Share Report Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

bryanaylstock 1 year ago

Legal fees vary depending on your attorney agreement. Generally, the lawyer will work on a contingency fee. The way a contingency fee works is that the ATTORNEY will pay all expenses associated with your case, and **ONLY** if they recover anything on your behalf will the lawyer get paid - usually on a percentage of the recovery. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

3M is able to pay for the best defense attorneys possible, and they are paying them handsomely. Individuals like yourself can't always advance tens of thousands of dollars in legal fees. So the way the system works is if we are successful, you'll receive your compensation and the lawyers will receive their fee. If we're not, the client is not charged for the work. I strongly recommend that you read the agreement you have with a lawyer carefully. I would caution individuals from working with a lawyer requesting fees or payment prior to a resolution. For this type of litigation, your lawyer should not expect you to pay any fees up front or in advance of a resolution.

3 Share Report Save

Continue this thread →

Krypt1q 1 year ago · *edited 1 year ago*

Typically the way these class action lawsuits work is the firm that has the cases takes you on with no cost to you if they don't win but if they do win there is a negotiated percentage amount they will take that is usually a large percentage as they carry the risk. The larger the pool of plaintiffs the easier it is for them to get a large settlement. If they do win they make the majority of the money. Then they disperse to the thousands, hundred thousands, or millions who signed up with what's left. I could be wrong and can't wait to see how they respond but this is historically how these cases work. Just so you know it's not necessarily a bad deal for you. Without these types of lawsuits and the high risk/reward factors for the firms bringing them many people would never see anything from these large corporations. The big name corporations have enormous legal resources and typically are super hard to go after.

Edit - sorry it was brought to my attention that this is not a class action suit. I should have looked more before replying and I apologize. Thanks u/PMS24X7

2 Share Report Save

Continue this thread →

NerfHerder4life 1 year ago

How do you find out if your name has been added to the actual list of plaintiffs?

3 Share Report Save

bryanaylstock 1 year ago

If you or your lawyer did not file a complaint, then you are not a plaintiff. If you still have questions about whether you may be involved or not, the best first step would be to speak with your lawyer and if you don't have one, hire one.

2 Share Report Save

Continue this thread →

Robbythedee 1 year ago

An AMA with no replying back though haha

12 Share Report Save

Jody3434 1 year ago

Says he's coming to answer on Thursday (tomorrow)

15 Share Report Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



3/19/2021    I'm Bryan Aylstock, court-appointed lead counsel for the plaintiffs in the 3M earplug litigation. AMA.



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

ToeJammies 1 year ago

What are the payouts to individuals who have had approved claims?

How much are the attorneys making with each settlement?

How many applicants have there been?

What is the approval/grant percentage?

What was the toral anount of money set aside by the settlement?

Pleade tell me again what percentagecends up in some law firms pocket?

How many houses do you own?

5 Share Report Save

bryanaylstock 1 year ago

There has been some misinformation about individual settlements of these cases. While 3M did settle a case for $9.1 million brought by the United States government under the False Claims Act, 3M has not settled any individual lawsuits for servicemembers related to their Combat Arms Earplugs. At this point, there are no settlement talks and 3M continues publicly to deny all responsibility. If you are being told that there is a settlement reached for your claim, or that a settlement is imminent, that is not true. Simply put, at this time there has been no resolution and no payments have been made. At this time, there are tens of thousands of lawsuits filed, and within the coming months we expect that number to exceed 100,000 current or former servicemembers.

To be clear, the settlement with the government is separate from this case and the current suit is being brought by servicemembers who are seeking recourse for the hearing-related injuries they have suffered due to the company's negligence.

Legal fees and charges for various expenses will vary depending on your attorney agreement. Generally, the lawyer will work on a contingency fee. That means they will pay all expenses associated with your case, and only after they recover anything on your behalf will the lawyer receive a certain percentage. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

3 Share Report Save

Continue this thread →

fistdeep43 1 year ago

30/40% to the firms

2 Share Report Save

Continue this thread →

five_eight 1 year ago

I had to get waivers for prior hearing loss/tinnitus to join the Marine Corps, and then again with the waivers to join the Navy ten years later. VSO says don't bother with a claim for worsening of both (plus hyperaccusis). I experienced gunfire and noise but not combat. Should I not bother?

2 Share Report Save

bryanaylstock 1 year ago

Every situation is different so it's difficult to give a concrete recommendation without all the facts. However, this lawsuit is independent of your disability decision or appeal. If you used the earplugs while in service, and they caused additional hearing loss or tinnitus, or made your situation worse, you may still have a claim. Moreover, most military related hearing loss occurs in training, not combat, so legal claims can be brought whether or not you experienced hearing loss in combat.

3 Share Report Save

Continue this thread →

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

Comment deleted by user 1 year ago

SCOveterandretired 1 year ago
Live now

3 Share Report Save

ziemlich-lustig 1 year ago
How can I take part of this?

3 Share Report Save

Rdubya291 1 year ago
Hire a lawyer...

Not trying to be a smart ass, but from what I understand the servicemen who are already participating have hired lawyers.

4 Share Report Save

**bryanaylstock** 1 year ago
I would recommend contacting an experienced attorney to represent your interests and collect the necessary information. The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found here; however, a plaintiff is not obligated to hire one of these firms (or any firm at all should they decide to file a lawsuit on their own).

2 Share Report Save

kevin_m_fischer 1 year ago
I was wondering the same thing... I was hoping it was a VA Claim, or "sign your name here", but that would be too easy.

2 Share Report Save

Continue this thread →

Comment deleted by user 1 year ago

Hlpme85 1 year ago
How do you prove that your command used these ear plugs? I feel like I remember using them, but also that was 10 years ago.

1 Share Report Save

**bryanaylstock** 1 year ago
From 1999 to 2015, 3M marketed, manufactured and sold the CAEv2 to the United States Military. These earplugs were the ONLY dual ended earplugs used by the military, and were standard issue for the Marine Corp during certain periods of time. Moreover, they had a distinctive yellow color on one end and a drab or olive green color on the other end. Throughout most of that time period, they were widely circulated and used across the military. We are obtaining records from 3M and the military that will help us substantiate this as well.

If you believe that you used the earplugs in question during this time period and want to file suit, I would recommend engaging a lawyer to determine next steps.

The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found here; however, a plaintiff is not obligated to hire one of these firms (or any firm at all should they decide to file a lawsuit on their own).

2 Share Report Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

MobileUltimate 1 year ago
When would you estimate bellwether trials to begin? What categories have you filed the different levels of injuries into for the trials, is there already estimated payouts for these categories? I have a very strong feeling we will be seeing settlements from 3M around May of this year, any thoughts towards that? Thank you for your time.

1 Share Report Save

bryanaylstock 1 year ago
Around the end of this month, the initial bellwether selection process will be complete, resulting in a pool of 20 bellwether cases and six alternates. Assuming at least 20 bellwether cases remain after case-specific discovery and other motions take place, the Court will randomly select four pools of five cases each to proceed with bellwether trials. The first bellwether trial(s) will be held in April 2021. The Court is considering the possibility of consolidating some number of cases for trial and trying other cases individually.

At this point in time, we cannot predict how this case will resolve itself and how much if anything any individual will receive.

There has been some misinformation about individual settlements of these cases. While 3M did settle a case for $9.1 million brought by the United States government under the False Claims Act, 3M has not settled any individual lawsuits for servicemembers related to their Combat Arms Earplugs. At this point, there are no settlement talks and 3M continues publicly to deny all responsibility. If you are being told that there is a settlement reached for your claim, or that a settlement is imminent, that is not true. Simply put, at this time there has been no resolution and no payments have been made. At this time, there are tens of thousands of lawsuits filed, and within the coming months we expect that number to exceed 100,000 current or former servicemembers.

2 Share Report Save

Continue this thread →

the23lejustin 1 year ago
Do the ATC ones also apply to this lawsuit?

1 Share Report Save

bryanaylstock 1 year ago
This litigation is in regard to 3M's CAEv2 earplugs. It appears the earplugs you are asking about were made by a different company.

2 Share Report Save

whoisthedriz 1 year ago
Where do we go to join the lawsuit?

1 Share Report Save

bryanaylstock 1 year ago
I would recommend contacting an experienced attorney to represent your interests and collect the necessary information. The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found here; however, a plaintiff is not obligated to hire one of these firms (or any firm at all should they decide to file a lawsuit on their own).

2 Share Report Save

[deleted] 1 year ago
WHAT!? SPEAK UP, I CANT HEAR YOU! Seriously tho, I used those shitty ear plugs.. now I can't hear if more than a couple people talk at once. I'm always guessing what people say and filling in the blanks, I'm not even 30 yet: Oorah for permanent damage!

1 Share Report Save

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts
About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved



84 I'm Bryan Aylstock, court-appointed lead counsel f... AMA Moderator Approved Close

Matt13647 1 year ago
Is it true that if a plaintiff is awarded a settlement, the 10% disability will be forfeited?
1 Share Report Save

SCOveterandretired 1 year ago
Did you read the FAQ?
1 Share Report Save

Continue this thread →

jimbabwe666 1 year ago
I remember getting those before we landed in Iraq, tried them once, and went back to the blue Christmas tree looking ones, those type also came in orange, and I think red. The 3M ones were awkward and felt loose. I did like the little bottle they came in versus the little ammo can shaped one that was standard.
1 Share Report Save

twodashgrain 1 year ago
My tree was green. Still have them.
2 Share Report Save

anti_lefty97 1 year ago
I'm fairly certain I never used those ear plugs while I was in. We always had the boxes of disposable ones on hand.
1 Share Report Save

crabbyliddlelady 1 year ago
And those ones seem like garbage too.
2 Share Report Save

Continue this thread →

snipe4fun 1 year ago
How do I get the damn FB ads to stop? I served 1992-1997 and was issued earplugs that are far superior to that 3m crap! I still use them too! But gotdamn those ads are annoying AF!! I GOT OUT IN 1997 IT EVEN SAYS SO IN MY FB PROFILE INFO!!!
-4 Share Report Save

the23lejustin 1 year ago
Deactivate your fb
4 Share Report Save

SCOveterandretired 1 year ago
click Hide Ad, FB will ask for a reason - pick one off the list - done
2 Share Report Save

Continue this thread →

Help
Reddit App
Reddit Coins
Reddit Premium
Reddit Gifts

About
Careers
Press
Advertise
Blog
Terms
Content Policy
Privacy Policy
Mod Policy

Reddit Inc © 2021. All rights reserved

