# EXHIBIT 12



# SEEGER WEISS IS A PLAINTIFFS' LAW FIRM

We represent injured persons, wronged consumers, defrauded investors, and corporate whistleblowers in individual, mass tort, class action, and qui tam litigation nationwide. Combining the resources and expertise of a big law firm with the ingenuity, personal attention, and care of a smaller practice, our seasoned attorneys and staff are united in their commitment to excellence and dedication to serving the interests of all our valued clients.

Founded in 1999, our firm has over two decades of experience going up against the largest corporations in the country and recovering billions of dollars to date on behalf of our clients and class members.

## RECENT SUCCESSES



VIEW ALL

## LATEST BLOGS & ARTICLES



February 8, 2021

**Seeger Weiss launches environmental practice with trailblazing litigator Matt Pawa, opening its first Massachusetts office**

Seeger Weiss LLP is proud to announce the launch of a new environmental practice group, to be headed by pioneering environmental litigator Matt Pawa and

READ MORE



February 5, 2021

**Announcing the Seeger Weiss Diversity Fellowship**

Seeger Weiss LLP is pleased to announce that the firm has launched the Seeger Weiss Diversity Fellowship. We believe that diversity makes workplaces, institutions, and

READ MORE





**January 25, 2021**

**Parvin Aminolroaya appointed co-lead counsel in Elmiron multidistrict litigation**

Seeger Weiss LLP is proud to announce the appointment of partner Parvin K. Aminolroaya to the position of plaintiffs' co-lead counsel by the honorable Judge

READ MORE



**January 7, 2021**

**Our Statement on Yesterday's Invasion of the Capitol Building**

We, like many millions of Americans and countless others worldwide, were saddened and appalled by the seditious invasion of the Capitol building yesterday. Although we

READ MORE

VIEW ALL



# FREE CASE EVALUATION

Since its establishment in 1999, Seeger Weiss has led some of the most complex and high-profile litigations in the U.S.

FREE CASE EVALUATION    Call: 888-608-3458

---

**SeegerWeiss LLP**
COMPLEX LITIGATION | SIMPLE JUSTICE

With offices in New York, New Jersey, Pennsylvania, and Massachusetts, our firm is primarily known for multidistrict mass torts and class actions in both state and federal courts, with a strong track record of landmark verdicts and settlements.

**Sign up to our Newsletter**

Enter Email Address     Subscribe Now

### Main Navigation
- Home
- Investigations
- Results
- News
- About Us
- Contact Us

### Practice Areas
- Antitrust
- Consumer Protection & Class Actions
- Drug Injury Lawsuits
- Whistleblower Lawsuits
- Sex Abuse Survivor Claims

- Securities Litigation
- Serious Bodily Injury
- Defective Medical Devices
- Environmental & Toxic Exposure Lawsuits
- General & Commercial Litigation

### Quick Connect
55 Challenger Road 6th Floor, Ridgefield Park, NJ 07660

973-639-9100
973-639-9393

intake@seegerweiss.com

---

Home | About Us | Investigations | Results | News | Contact Us | Disclaimer | Privacy Policy

FREE CASE EVALUATION    Call: 888-608-3458

NOTICE: This website, the related links, and the social media accounts of Seeger Weiss contain Attorney Advertising. No aspect of this or any advertisement has been approved by the Supreme Court of New Jersey. Seeger Weiss' websites and social media accounts are designed for general information only. The information contained on Seeger Weiss' websites and social media accounts should not be construed as legal advice, should not be relied upon as a substitute for the retention of an attorney or for independent legal research, and does not create an attorney-client relationship. The materials presented by this website are not medical advice, and are not a substitute for the opinion of a qualified healthcare professional. Do not stop taking a prescribed medication without first consulting your doctor. Discontinuing a prescribed medication without your doctor's advice can result in injury or death. An endorsement of the firm or report of prior results does not guarantee or predict a similar outcome with respect to any future matter.

© 2021 - Seeger Weiss | All Rights Reserved.

