# EXHIBIT 13

| | |
|---|---|
| **From:** | Adam Wolfson <adamwolfson@quinnemanuel.com> |
| **Sent:** | Thursday, March 18, 2021 7:47 PM |
| **To:** | *Kimberly.branscome@dechert.com; Brock, Mike; Nomellini, Mark J. |
| **Cc:** | Judge David R. Herndon; Bryan Aylstock; Neil Overholtz; Jennifer Hoekstra; Katherine Cornell |
| **Subject:** | In re Combat Arms Earplug Product Liability Litigation, 3:19-md-02885-MCR-GRJ |
| **Attachments:** | 2021.3.18 Letter Wolfson to Branscome and Brock.pdf |

[EXTERNAL EMAIL]

Counsel,

Please find the attached letter.

**Adam Wolfson**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3084 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
adamwolfson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3084**

WRITER'S EMAIL ADDRESS
**adamwolfson@quinnemanuel.com**

March 18, 2021

Kimberly Branscome                    Mike Brock
DECHERT LLP                           KIRKLAND & ELLIS LLP
US Bank Tower                         1301 Pennsylvania Avenue, N.W.
633 West 5th Street, Suite 4900       Washington, D.C. 20004
Los Angeles, CA 90071-2013

**In re: Combat Arms Earplug Product Liability Litigation, No. 3:19-md-02885-MCR-GRJ**

Dear Counsel,

     We write regarding a matter of extreme urgency related to the upcoming bellwether trials.

     A short while ago, Plaintiffs' counsel learned that Defendants have posted a website on the internet aimed at influencing potential jurors, https://www.3mearplugsfacts.com ("3M Earplugs Facts" website). Defendants apparently paid to "pin" the link to that website at the top of web searches regarding "Combat Arms Earplugs" and "earplugs lawsuit," among others. *See* Exs. A & B hereto. Plaintiffs' counsel has confirmed that this listing appears to be nationwide, including in Pensacola.[1]

     Defendants' website is prejudicial to Plaintiffs. The Court has already begun selecting the potential jury pool, including by sending out juror questionnaires that mention, *inter alia*, the upcoming bellwether trial is about earplugs. By paying to list this public relations website for searches like "earplugs lawsuit," Defendants clearly intend to affect potential juror perceptions of the case before it even begins, including by vouching for 3M as a good corporate citizen, providing a skewed "product history" for the Combat Arms Earplugs v2, and discussing 3M's supposed support for the military. *See* Exs. C-F (screenshots and printouts of each page of the 3M Earplugs Facts website).

     This conduct is all the more troubling given that the "About the CAEv2" page on the website clearly contradicts the Court's summary judgment order on Defendants' government

---

[1] I personally accessed the searches screenshotted in Exhibits A and B while in Pensacola, Florida.

quinn emanuel urquhart & sullivan, llp

AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

contractor defense and explicitly makes arguments the Court informed Defendants repeatedly (including as recently as yesterday) they will be unable to make to the jury. For example, in the "About the CAEv2" page, Defendants state that "The military was closely involved in the product's design, specifications and testing, and it approved the CAEv2 product after many rounds of successful testing by both the military and Aearo." Ex. D. Defendants go on:

> The CAEv2 product met all the specifications requested and required by the U.S. military. One specification requested by the military was to shorten the length of the CAEv2 product to improve the performance of the earplugs. Testing later showed that rolling back the flanges improved the fit for some soldiers. This issue was communicated to the military, which was responsible for instructing service members on the proper fitting and use of the CAEv2 product. Testing by the military, 3M and Aearo confirmed that the CAEv2 product met the specifications to decrease noise at every frequency with or without the flanges folded back and rolling the flanges back did not decrease the product's effectiveness.

*Id.* Not only does this contradict the Court's express findings on summary judgment and the recent reiterations on unacceptable trial argument, it also seeks to state and construe facts that are hotly contested and at the heart of the upcoming trial. In short, this is clearly an attempt to tamper the jury pool.

The 3M Earplugs Facts website also highlights Defendants' settlement with the DOJ, the magnitude of lawsuits that have been filed throughout the country regarding the CAEv2, and the supposed lack of a product recall for the CAEv2. These are all facts Defendants successfully convinced the Court to exclude from trial in the first instance, but which Defendants spin to their own perceived benefit on the website. Defendants have thus misled the Court on these issues and put them directly at issue.

Plaintiffs demand that Defendants immediately take down the 3M Earplugs Facts website and, given that juror questionnaires have already gone out, hereby request a conference with the Court to determine how best to mitigate Plaintiffs' prejudice in the upcoming bellwether trials. Please let us know your availability for that conference, and please confirm when Defendants have taken down the website from the internet.

Sincerely,

Adam Wolfson

# Exhibit A



Google

earplugs lawsuit

All News Shopping Images Videos More Settings Tools

About 142,000 results (0.47 seconds)

**Ad** · www.earplugdefect.com/3mearplugs

3M Defective Earplug Lawsuit - Join Now - 100% Free

Vets Who Served 2003-2015 & Suffered Hearing Loss May Be Entitled To Millions. File A Claim Before Time Runs Out. Get The Justice You Deserve. No Cost, No Obligation. Let Us Fight For You. Get Your Compensation Now. 100% Free Case Review.

Last Chance To Qualify · Hearing Loss Compensation · Free Case Review

**Ad** · www.3mearplugsfacts.com/

3M Combat Arms Earplugs V2 - Get the Facts Here

CAEv2 helped provide hearing protection to service members in combat environments. It was produced per the military's specifications. 100+ Years In Business.

**Ad** · www.nationalinjuryadvocates.com/ (877) 508-2419

3M Combat Arms Earplug Lawsuit - Find Out What You're Owed

Veterans who suffered hearing loss may be eligible for compensation. Let us help. Call Now. 3M knowingly sold defective Combat Arms **earplugs** to the U.S. Military between 2003-2015.

**Ad** · www.consumertort.com/hearing-loss/attorneys (855) 776-1637

Military Earplug Lawsuit 2020 - Free Fast Case Review

If You Served Between 2003 And 2015, You May Be Entitled To Compensation.

More images

Earplugs lawsuit

In July 2018, the U.S. Department of Justice announced that 3M Corp. agreed to pay $9.1 million to settle a whistleblower False Claims Act suit accusing 3M of knowingly selling defective **earplugs** to the U.S. military. ... The **lawsuit** ended with a ruling in favor of Moldex.

www.levinlaw.com › combat-arms-earplugs-lawsuit

3M Earplug Lawsuit – Military Hearing Loss Claims

About featured snippets • Feedback

People also ask

What is the average payout for the 3M earplug lawsuit?

Is the earplug lawsuit legit?

How much are veterans getting for the ear plug lawsuit?

What is the 3M earplug lawsuit?

Feedback

www.millerandzois.com › ... › Products Liability

3M Combat Arms Earplugs Lawsuits |March 2021 New Update

3M Combat Arms **Earplugs** **Lawsuit** Update ... Thousands of veterans and current military service members may be entitled to receive financial compensation for ...

www.forthepeople.com › defective-product-lawyers › 3...    ⋮

### 3M Earplug Lawsuit | Morgan & Morgan Law Firm

A qui tam **lawsuit** was filed over the **earplugs**, arguing that 3M had made misleading and false statements about the product and failed to disclose design flaws. In ...

www.legalexaminer.com › health › lawsuits-over-3m-m...    ⋮

### Lawsuits over 3M military earplugs reach major milestone ...

Jan 4, 2021 — As the first bellwether trial is scheduled for April, the **litigation** against 3M Co. over defective military **earplugs** has passed a milestone.

www.wexlerwallace.com › investigations › 3m-defectiv...    ⋮

### 3M Defective Combat Earplugs Lawsuit - Wexler Wallace LLP

In 2018, manufacturer 3M agreed to a $9.1 million settlement to resolve claims that the company knowingly sold dual-ended Combat Arms **Earplugs**, Version 2 ( ...

www.drugwatch.com › 3M Combat Arms Earplugs    ⋮

### 3M Combat Arms Earplugs Lawsuits | Hearing Loss & Tinnitus

According to **lawsuits**, the stem of the **earplugs** was too short for soldiers to insert the plug deep enough into the ear canal to obtain a proper fit. This caused the ...

Injury Claims · Design Defects · Misleading Earplug Test...

www.stripes.com › news › veterans › judge-unseals-hu...    ⋮

### Judge unseals hundreds of pages of documents in veterans ...

Apr 29, 2020 — The **lawsuit** against 3M claims that the St. Paul, Minn.-based company knew from testing that the **earplugs** were too short to fit properly in an ear ...

militaryearplug.com    ⋮

### 3M Military Earplug Lawsuit | Lawyers for Veterans

3M Company (3M), headquartered in St. Paul, Minnesota, has agreed to pay $9.1 million to resolve allegations that it knowingly sold the dual-ended Combat Arms ...

www.militarytimes.com › your-military › 2019/02/14    ⋮

### Hundreds of vets are suing over these defective combat ...

Feb 14, 2019 — Company to pay $9 million after allegedly selling defective combat **earplugs** to US military. The Minnesota-based 3M Company allegedly sold ...

www.postandcourier.com › news › hundreds-of-sc-vetera...    ⋮

### Hundreds of SC veterans join lawsuit claiming 3M earplugs ...

Dec 12, 2020 — COLUMBIA — In the summer of 2018, Sherri Lydon, the then-U.S. attorney for South Carolina, announced the 3M Co. agreed to a $9 million ...

Ad · militaryearplugs.hickeylawfirm.com/earplugs/lawsuit    ▾

### Let Us Fight for You Now - Earplug Lawsuit

Defective **Earplugs** Were Sold During That Time, if You Used These **Earplugs**, Contact Us.

Ad · www.lernerandrowe.com/3m-earplug/lawsuit    ▾    (844) 977-1900

### 3M Earplugs Lawsuit - Do you meet the criteria?

Service members may be entitled to compensation due to allegedly defective 3M **earplugs**. Contact Us 24/7. Certified Specialist. Free Consultations.

Ad · www.talbottlawfirm.com/    (850) 332-1580

### Defective Earplugs - 3M Lawsuit News Law Office of J.J. Talbott

JJ Talbott - Unpaid Wage / Overtime and other Employment Law. Workers Compensation. FLSA Attorneys. Social Security claims. Amenities: Free case evaluation, Recover double damages, Friendly, educated staff.

900 E Moreno St, Pensacola, FL · Hours & services may vary

Related searches   ⋮

**earplug** lawsuit **how much money**

**3m earplugs** lawsuit **update**

**3m earplug** lawsuit **update 2020**

**3m earplug** lawsuit **payout to veterans**

**3m earplug** lawsuit **payout reddit**

**3m earplug** lawsuit **sign up**

**how long will the 3m earplug** lawsuit **take**

**3m earplug** lawsuit **deadline**

**32504, Pensacola, FL** - From your Location History - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# Exhibit B



Google

combat arms earplugs

All Images Shopping Videos News More Settings Tools

About 614,000 results (0.72 seconds)

**Ad** · www.3mearplugsfacts.com/

Combat Arms Earplugs Version 2 - Get the Facts

CAEv2 was developed specifically for the needs of the military. It helped provide hearing protection to service members in **combat** environments. 100+ Years In Business. Disciplined Approach. Highlights: Providing Military Support, Using A Disciplined Approach.

Commitment to Veterans
Making products to help protect our troops.

About Us
3M uses science to improve lives and help solve tough challenges.

**Ad** · www.audetlaw.com/3m-earplug/lawsuit

3M Combat Arms Earplug Lawsuit - Have Tinnitus or Hearing...

**Combat Arms Earplugs** Defectively Designed. Experienced Defective Product Attorneys. National Law Firm. Free Consultation. Highlights: Nationally Recognized Attorney Team Available, Free Consultation Available.

More images

Combat Arms ear plugs

The dual-ended **Combat Arms earplugs** filled an immediate need for **hearing protection** for servicemen and women. Hearing loss, tinnitus and other hearing impairments are the most common service-connected disabilities for men and women in the armed forces, according to the U.S. Department of Veteran's Affairs.

www.drugwatch.com › 3m-combat-arms-earplugs

3M Combat Arms Earplugs | Military Uses and Design Defects

Was this useful? Yes No

About Featured Snippets

People also ask

What is the average payout for the 3M earplug lawsuit?

Is earplug lawsuit real?

Is the 3M earplug lawsuit legitimate?

Did the Navy use 3M earplugs?

Feedback

www.consumernotice.org › Drugs & Devices

3M Combat Arms Earplugs | Uses and Alleged Product Defects

Dec 1, 2020 — The United States military used 3M's dual-ended **Combat Arms earplugs** to prevent hearing loss and tinnitus in service men and ...

How the Earplugs Work · Noise Reduction Rating · Alleged Product Defects

www.militarytimes.com › your-military › 2019/02/14

### Hundreds of vets are suing over these defective combat ...

Feb 14, 2019 — "Since late 2003, 3M touted its **Combat Arms earplugs** as capable of allowing users to hear commands from friendly soldiers and approaching ...

amazon.com › 3m-peltor-combat-arms-earplugs

### 3M Peltor Combat Arms Earplugs: Home ... - Amazon.com

The **Combat Arms** are the ultimate shooters **earplugs** providing two way protection. The olive end is designed to provide constant passive noise reduction best ...

www.marksandharrison.com › Blog

### What Is the Problem with 3M Combat Arms Earplugs?

Sep 23, 2019 — The dual-ended 3M **Combat Arms Earplugs** initially were hailed as an innovative type of hearing protection device. A user could insert one end of ...

www.millerandzois.com › ... › Products Liability

### 3M Combat Arms Earplugs Lawsuits |March 2021 New Update

**Combat Arms** uses a sound channel with constrictions and openings to produce a non-linear sound attenuation effect. The idea of 3M's **earplugs** was that people ...

www.rwp-law.com › practice-areas › 3m-earplugs

### 3M Combat Arms Earplugs - Riley Williams & Piatt LLC

3M **Combat Arms Earplugs** (CAEv2) were sold to the military from 2003-2015 and were standard-issue to servicemembers during the same frame. The defective ...

farahandfarah.com › Product Liability Attorneys

### 3M Combat Arms Earplugs Lawsuit - Farah & Farah

3M's **Combat Arms Earplugs** are meant to protect military personnel from the loud noises that can permanently damage their hearing. These dangerous sounds ...

www.goodelawyers.com › 3m-combat-arms-ear-plugs-l...

### 3Ms Combat Arms Ear Plugs Lawsuit | Goode Law Office ...

3M's dual-ended **Combat Arms**TM **earplugs**, were designed to provide soldiers with a single set of **earplugs** that offer them two options for hearing depending upon ...

www.shopmyexchange.com › 3m-combat-arms-earplugs

### 3m Combat Arms Earplugs | Eye & Hearing Protection | Sports ...

Overview. 3M **Combat Arms Earplugs** in three size tips were designed to meet the demanding hearing protection needs of the armed forces. Open Weapons noise ...

Rating: 5 · 3 reviews

---

## Related searches

3M earplugs                                                                              ⌃

| 3M E A R Classic Earplugs 3... | 3M Classic PP-01-002 | 3M E A R Classic Earplugs 3... | E-A-R UltraFit Corded Ea... | 3M 32 dB Disposable Soft Foam... | 3M P1300 Skull Screws Ea... |

→  See more

---

Moldex ear Plugs                                                                         ⌄

Case 3:19-md-02885-MCR-HTC   Document 1711-13   Filed 03/20/21   Page 12 of 25

**peltor** combat arms earplugs

combat arms earplugs **version 2 ('caev2')**

**3m peltor** combat arms earplugs

**3m** combat arms earplugs **for sale**

**reversible** combat arms earplugs **(caev2)**

**caev2** earplugs

combat arms **earplugs, version 2 (caev2)**

**military** earplugs

1  2  3  4  5  6  7  8  9  10        Next

**32504, Pensacola, FL** - From your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

# Exhibit C

**3M** Science.
Applied to Life.™

Home    Product History    About 3M    Military Support



# 3M Combat Arms Earplugs Version 2

At 3M, we are committed to using science and innovation to improve lives and solve the world's biggest challenges, including those faced by the U.S. military. 3M has great respect for the brave men and women who protect us around the world, and their safety is our priority. We have a long history of partnering with the U.S. military, and we continue to make products to help protect our troops and support their missions.

3M has supplied Combat Arms Earplugs to the U.S. military for more than a decade. This product represents a significant innovation in hearing protection – it was the first earplug product to offer protection from loud sounds – like gunfire – while maintaining the ability to hear softer sounds – like speech.

search

At 3M, we are committed to using science and innovation to improve lives and solve
faced by the U.S. military. 3M has great respect for the brave men and women who p
priority. We have a long history of partnering with the U.S. military, and we continue
support their missions.

3M has supplied Combat Arms Earplugs to the U.S. military for more than a decade.
hearing protection – it was the first earplug product to offer protection from loud so
to hear softer sounds – like speech.

Currently, the Combat Arms Earplugs Version 2 (CAEv2) is the subject of litigation an
close coordination with the U.S. military on the CAEv2 product, and its design reflect
on the military's behalf. We deny this product was defectively designed and caused
against such allegations.

Learn more about the Combat Arms Earplugs Version 2 **here**.

# Exhibit D

**3M** Science.
Applied to Life.™

Home    Product History    About 3M    Military Support

# About the CAEv2 and Litigation



In the late 1990s, the U.S. military requested earplugs to offer protection from high-level impulse noises – like gunfire – while still allowing the user to hear lower-level sounds – like speech – with limited interruption. To meet this need, Aearo, a predecessor company of 3M, developed the early prototypes of the CAEv2 product alongside the U.S. military, incorporating the instructions and specifications the military had developed based on its own testing and the logistical needs of its troops. The military was closely involved in the product's design, specifications and testing, and it approved the CAEv2 product after many rounds of successful testing by both the military and Aearo.

The CAEv2 product met all the specifications requested and required by the U.S. military. One specification requested by the military was to shorten the length of the CAEv2 product to improve the performance of the earplugs. Testing later showed that rolling back the

In the late 1990s, the U.S. military requested earplugs to offer protection from high-level impulse noises – like gunfire – while still allowing the user to hear lower-level sounds – like speech – with limited interruption. To meet this need, Aearo, a predecessor company of 3M, developed the early prototypes of the CAEv2 product alongside the U.S. military, incorporating the instructions and specifications the military had developed based on its own testing and the logistical needs of its troops. The military was closely involved in the product's design, specifications and testing, and it approved the CAEv2 product after many rounds of successful testing by both the military and Aearo.

The CAEv2 product met all the specifications requested and required by the U.S. military. One specification requested by the military was to shorten the length of the CAEv2 product to improve the performance of the earplugs. Testing later showed that rolling back the flanges improved the fit for some soldiers. This issue was communicated to the military, which was responsible for instructing service members on the proper fitting and use of the CAEv2 product. Testing by the military, 3M and Aearo confirmed that the CAEv2 product met the specifications to decrease noise at every frequency with or without the flanges folded back and rolling the flanges back did not decrease the product's effectiveness.



In July 2018, 3M chose to settle claims brought by the U.S. Department of Justice (DOJ) about the CAEv2 product to avoid the time and expense of litigation. In doing so, the company did not admit any wrongdoing.

Since the settlement with the DOJ, numerous lawsuits have been filed on behalf of veterans and others alleging that the CAEv2 product was defective and caused various injuries. Most cases have been transferred to Multi-District Litigation ("MDL") proceedings before Judge Casey Rodgers in the U.S. District Court for the Northern District of Florida. We deny this product was defectively designed and caused injuries, and we will vigorously defend ourselves against such allegations.

No recall was ever issued for the CAEv2 product because it was not defectively designed. The product, along with the later-designed CAEv4 product that is currently issued to the U.S. military, is effective and safe to use.

# Exhibit E

**3M** Science.
Applied to Life.™

Home     Product History     About 3M     Military Support



# About 3M

At 3M, we apply a disciplined approach to scientific discovery that allows us to innovate with purpose and help solve the world's biggest challenges, benefitting hundreds of millions of people around the world.



3M started as a small-scale mining venture in Northern Minnesota, then named Minnesota Mining and Manufacturing Company. Since our company was founded more than a century ago, 3Mers have led some of the world's most significant innovations and discoveries, and we continue to work toward our shared goal of improving every life.

More than 60,000 3M products are used in homes, businesses, schools, hospitals and other

search

          

At 3M, we apply a disciplined approach to scientific discovery that allows us to innovate with purpose and help solve the world's biggest challenges, benefitting hundreds of millions of people around the world.



3M started as a small-scale mining venture in Northern Minnesota, then named Minnesota Mining and Manufacturing Company. Since our company was founded more than a century ago, 3Mers have led some of the world's most significant innovations and discoveries,

The first headquarters of Minnesota Mining and Manufacturing in Two Harbors, MN

and we continue to work toward our shared goal of improving every life.

More than 60,000 3M products are used in homes, businesses, schools, hospitals and other industries. Approximately one third of our sales come from products invented within the past five years, thanks to innovations from the thousands of researchers and scientists we employ around the globe. With operations in 70 countries and products delivered to 200, we are committed to creating the technology and products that advance every company, enhance every home and improve every life.

You can learn more about 3M, our people and the impact we make **here**.

# Exhibit F



**3M** Science. Applied to Life.™

Home    Product History    About 3M    Military Support

# Our Commitment to the Military and Veterans

We appreciate our long history of partnership with the U.S. military. 3M helps support the U.S. military with homegrown innovations that withstand the toughest challenges.

3M further supports the military and our veterans through the Secretary of Defense Executive Fellows (SDEF) Program and the U.S. Army Training with Industry Program, both of which help military officers and veterans gain relevant experience in the private sector. Through these programs, 3M hosts fellows full-time for a year and provides them with an immersive experience in industry.

3M also sponsors a variety of philanthropic efforts to benefit the U.S. military, including donations to and volunteering with the National Defense Industrial Association (NDIA), Association of the United States Army (AUSA), Aerospace Industries Association (AIA), and the














Case 3:19-md-02885-MCR-HTC Document 1714-13 Filed 03/26/21 Page 25 of 25

We appreciate our long history of partnership with the U.S. military. 3M helps support the U.S. military with homegrown innovations that withstand the toughest challenges.

3M further supports the military and our veterans through the Secretary of Defense Executive Fellows (SDEF) Program and the U.S. Army Training with Industry Program, both of which help military officers and veterans gain relevant experience in the private sector. Through these programs, 3M hosts fellows full-time for a year and provides them with an immersive experience in industry.

3M also sponsors a variety of philanthropic efforts to benefit the U.S. military, including donations to and volunteering with the National Defense Industrial Association (NDIA), Association of the United States Army (AUSA), Aerospace Industries Association (AIA), and the Coalition for Government Procurement (CGP). In addition, 3M partners with the military through programs and events like Operation Homefront and the **3M Military Bowl**, an annual college football bowl game that benefits many active duty and veterans organizations, including Patriot Point, a facility for our nation's wounded, ill and injured service members and their families.

We are also proud of the many military veterans, service members and military spouses that make up our 96,000 employees. We value the unique skills and experiences they bring to the table, allowing us to apply our science in ways that make a positive impact on people's lives. Our 3M **Military Support Network** provides active support and outreach to employee veterans and their families, including scholarships, professional development, military speaker series, networking opportunities and benefits. For example, to further support employees in the National Guard or Reserve units with their ongoing training responsibilities, 3M offers four weeks of paid leave for military training, with the potential to earn differential pay for the difference between their 3M and military pay.