# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to: *Estes*, 7:20cv137 *Hacker*, 7:20cv131 *Keefer*, 7:20cv104 | Case No. 3:19md2885  Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 72 AND DESTRUCTION OF JUROR QUESTIONNAIRES

I, _____, _____, and _____, as Counsel of Record for _____(party name) accept responsibility for the _____ juror questionnaires received electronically through CM/ECF for the first bellwether trial in the above-captioned cases.  As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 72, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on March 29, 2021.

The individuals who reviewed the juror questionnaires are (please list full name and law firm or other employer):

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

Dated: _____

[Attorney signature]

[Attorney signature]

[Attorney signature]