# EXHIBIT A

**Subject:** FW: In re Combat Arms Earplug Product Liability Litigation, 3:19-md-02885-MCR-GRJ

---

**From:** Chris Seeger
**Sent:** Friday, March 19, 2021 11:18 AM
**To:** Brock, Mike <mike.brock@kirkland.com>; BAylstock@awkolaw.com
**Cc:** *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>
**Subject:** RE: In re Combat Arms Earplug Product Liability Litigation, 3:19-md-02885-MCR-GRJ

Mike, I'm just catching up on emails now and seeing yours. We just filed a request for a hearing with the Court regarding your client's "get the facts" website. Now that we've put this before the Court, do you still want to talk, or wait upon further instruction? If you still want to talk, the 1-3 time slot works for me.

**From:** Brock, Mike <mike.brock@kirkland.com>
**Sent:** Friday, March 19, 2021 10:39 AM
**To:** BAylstock@awkolaw.com; Chris Seeger <CSeeger@seegerweiss.com>
**Cc:** *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>
**Subject:** FW: In re Combat Arms Earplug Product Liability Litigation, 3:19-md-02885-MCR-GRJ

do you guys have 10 minutes this morning to discuss? We are open til 11 and 1-3. Will one of those slots work?

**From:** Adam Wolfson <adamwolfson@quinnemanuel.com>
**Sent:** Thursday, March 18, 2021 7:47 PM
**To:** *Kimberly.branscome@dechert.com <Kimberly.branscome@dechert.com>; Brock, Mike <mike.brock@kirkland.com>; Nomellini, Mark J. <mnomellini@kirkland.com>
**Cc:** Judge David R. Herndon <dave@herndonresolution.com>; Bryan Aylstock <BAylstock@awkolaw.com>; Neil Overholtz <NOverholtz@awkolaw.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Katherine Cornell <kcornell@pulaskilawfirm.com>
**Subject:** In re Combat Arms Earplug Product Liability Litigation, 3:19-md-02885-MCR-GRJ

Counsel,

Please find the attached letter.

**Adam Wolfson**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3084 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
adamwolfson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.