# EXHIBIT B

**Statement from 3M:** We are confident in our case and look forward to defending against plaintiffs' claims at the upcoming trials. As we will demonstrate, the Combat Arms Earplug version 2 (CAEv2) product was not defectively designed and did not cause injuries. The product is effective and safe to use, and its design, development and testing reflect the direction, feedback and approval of individuals acting on the military's behalf.

1. **What was the bidding process for Aearo (3M)? Did the military approach them directly for the development of the Combat Arms Earplugs v.2? What did the contract look like? What was the language?**
   - In December 1997, the U.S. military asked Aearo to produce an earplug containing a non-linear earplug designed by French-German Research Institute of Saint-Louis (ISL) that allowed lower-level sounds such as voice commands to pass through with minimal sound attenuation but provided increasing attenuation for high-level sounds, such as gunfire.
   - Aearo developed the early prototypes alongside the U.S. military's audiologist incorporating his specific instructions on the length and size of the product.
   - Aearo went on to fully design, develop, and test the CAEv2 product in close coordination with the U.S. military.
   -
2. **How involved was the military/DoD in developing the product? What did they determine, what were their needs, etc.**
   - From the beginning, we worked in close coordination with the U.S. military on the CAEv2 product, and its design, development, and testing reflect the direction, feedback, and approval of individuals acting on the military's behalf.
   - The CAEv2 product met all the rigorous specifications requested and required by the U.S. military.
   - Testing by the military, 3M, and Aearo, as well as independent labs and other organizations, confirmed that the CAEv2 product met the specifications to decrease noise at every frequency.
   - The length of the earplug does not, as claimed by plaintiffs, make the earplug defectively designed.
3. **How many units were sold to the military and over what period of time? (start date to end date) What was the total cost?**
   - Questions about how many soldiers received the CAEv2 product and in which branches are better directed to the U.S. military.
4. **Why/when did the military stop using the CAEv2?**
   - We continuously adapt and advance our products. The CAEv2 product was discontinued in November 2015 and was replaced by later versions, which were already on the market at that time.
   - The CAEv2 product, along with the later-designed CAEv4 product that is currently issued to the U.S. military, is effective and safe to use.
5. **3M states it's the responsibility of the military to fit and instruct service members on how to wear the product. Is that in the contract? What does it state?**
   - That is correct. Under laws and DOD regulations, it is the military audiologists who are responsible for fitting individual service members with earplugs and for the information that was supplied to individual service members about the product's proper use and fit.
6. **What kind of testing was conducted by Aearo (3M) of this product? For how long? Did it follow government policy/procedure?**
   - The CAEv2 product's effectiveness in reducing noise was confirmed by testing conducted by Aearo, the U.S. military, independent labs, and other organizations.
   - Aearo's test results met military standards.
   - The CAEv2 earplug was not defectively or negligently designed and did not cause injuries. It is effective and safe to use.
7. **What was the percentage of soldiers who received the earplugs? Do you have a break down by military branch?**
   - That is a question best answered by the U.S. military.

