# EXHIBIT D

BRYAN F. AYLSTOCK (FL, AL, MS)*
JUSTIN G. WITKIN (FL, MS)
DOUGLASS A. KREIS (FL)
NEIL D. OVERHOLTZ (FL)
R. JASON RICHARDS (FL, CO)
BOBBY J. "BRAD" BRADFORD (FL, AL)
STEPHEN H. ECHSNER (FL)
D. RENÉE BAGGETT (FL)
DANIEL J. THORNBURGH (FL, MN)
NATHAN C. BESS (FL)

* States in which attorney is licensed to practice law

C. SAMUEL "SAM" GEISLER (FL, IL)
JENNIFER M. HOEKSTRA (LA)
JAMES D. BARGER (PA, NJ)
CHELSIE R. WARNER (MT, NV, WA)
S. MARY LIU (CA, FL)
SAMANTHA M. KATEN (FL, NC, CO)
CAITLYN P. MILLER (FL, AL)
D. NICOLE GUNTNER (NY)
LYDIA T. LUCIUS (AL, MO)
MARYBETH PUTNICK (DE, NJ)†

† Of counsel

## AYLSTOCK WITKIN KREIS OVERHOLTZ

www.AWKOLAW.com

17 EAST MAIN STREET, SUITE 200 · PENSACOLA, FLORIDA 32502
PHONE: (850) 202-1010 · FAX: (850) 916-7449

February 15, 2021

Richard Schwartz
Richard Schwartz & Associates, PA
162 East Amite Street
Jackson, MS 39201

*FedEx, Signature Required*

Re: False Advertisements Regarding 3M Earplug Settlement
**CEASE AND DESIST DEMAND**

Dear Mr. Schwartz,

We are the court-appointed lead counsel in *In Re: 3M Combat Arms Earplug Products Liability Litigation*, MDL No. 2885, Master Docket No. 3:19-md-02885-MCR-GRJ, currently pending in the United States District Court Northern District of Florida before the Honorable Judge M. Casey Rogers (hereinafter "3M Combat Arms Earplug MDL"). It has recently come to our attention that you, your firm, or other companies affiliated with you are publishing fraudulent ads on Facebook directed to injured members of the military about the pending 3M Combat Arms Earplug MDL. These fraudulent ads are causing confusion to servicemembers and could negatively impact their pending claims. We are writing to demand that you, your firm and all companies affiliated with you immediately and permanently remove these ads, and cease publishing any more such ads. Should you and your affiliates refuse to immediately withdraw these publications from Facebook and all websites on which they appear, we request that you provide notice of a claim to your insurer.

### BACKGROUND OF FRAUDULENT AND ABUSIVE ADS TARGETED TO INJURED US SERVICEMENBERS

#### Substance of the Ads

We have learned that your firm or others affiliated with your firm are responsible for ads on Facebook which falsely "announce" that a settlement has been reached in the pending 3M Combat Arms Earplug MDL, and that money is currently available to be claimed. These ads contain blatantly false statements such as:

File a claim before it's too late (3M agrees to pay $9.1M).

Richard Schwartz & Associates, PA
162 East Amite Street
Jackson, MS 39201
February 15, 2021
Page 2


Did you wear defective earplugs during foreign conflicts between 2003 and 2016? Your compensation is waiting.

All of the ads deceptively refer to and tout an alleged "$9.1M  3M Settlement." But that settlement has nothing to do with the current 3M Combat Arms Earplug MDL. It is actually what 3M paid the federal government in 2018 to resolve government allegations that it sold earplugs without disclosing defects. Contrary to the ads' blatant misstatements, none of that money went to or is available for servicemembers to claim. The ads deliberately seek to exploit unwitting servicemembers injured by defective earplugs, by using the false implication of available money to obtain their personal information and sharing it with undisclosed parties.

There is no doubt that these fraudulent ads harm servicemembers and may have a negative impact on their pending claims in the actual 3M Combat Arms Earplug MDL. Hundreds of comments to the ads reveal that they are causing confusion and frustration among Veterans; some are already involved in active litigation against 3M regarding these earplugs and wonder if they have missed a development. Others, who might have been injured by the defective earplugs and might be interested in joining the litigation, are being actively misled by untrue ads lacking any obvious connection to a real law firm.

In addition, the 3M Combat Arms Earplug MDL involves Veterans' and servicemembers' health and service records. If such personal information is obtained, fraudulently, by unknown marketing companies, these men and women will be exposed to identity theft and abuse. Most military documents identify servicemembers by their social security numbers, which along with information requested in the "case review" your ads lead to could be used to access a person's VA benefits and more. In fact, in 2019, the Federal Trade Commission reported more than 160,000 cases of fraud were reported by veterans in 2019, with 12-14% of those suffering a monetary loss.

In sum, your efforts to deceive injured servicemembers into disclosing personal information, as these ads do, pose a significant threat to them, especially when it is not at all clear for what purpose this information is being requested. Nowhere do the websites explain who will use the personal information provided, how it will be used, how or if it will be protected, or who exactly is behind the webpages.

Richard Schwartz & Associates, PA
162 East Amite Street
Jackson, MS 39201
February 15, 2021
Page 3

### Connections to Your Firm

Our investigation shows that these ads are all connected to your firm or your affiliates. There are multiple Facebook webpages that the false ads link to, all of which use the similar ad designs, copy, photo variations and links. Photos of a few of these ads are included here:

  

  

Richard Schwartz & Associates, PA
162 East Amite Street
Jackson, MS 39201
February 15, 2021
Page 4

## **DEMAND**

Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce." Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act. Section 12 of the FTC Act, 15 U.S.C. § 52, prohibits the dissemination of any false advertisement in or affecting commerce for the purpose of inducing, or which is likely to induce, the purchase of services. Unfair and deceptive acts such as false advertisements are also actionable under state consumer protection law.

Considering the foregoing, the undersigned demands that you, your firm, and any affiliated or related companies: immediately contact Facebook, and any other platform or media channel on which these ads have appeared, with instructions to permanently stop running these false ads and any similar ads; provide us with a copy of that communication(s); provide us with a written acknowledgement that the ads are false and an affirmative representation that you, your companies, and your affiliated companies will not publish any similar ads. It is further demanded that you provide us with the names and locations of any of your companies that published these ads, and the names, registered owners, and contact information of any affiliated companies connected with these ads. Finally, it is demanded that you provide us with a list of all persons who responded to these ads along with any information they provided.  Your response is demanded by February 26, 2021.

Sincerely,

Bryan F. Aylstock

Bryan F. Aylstock (FL, AL, MS)
Justin G. Witkin (FL, MS)
Douglass A. Kreis (FL)
Neil D. Overholtz (FL)
R. Jason Richards (FL, CO)
Bobby J. "Brad" Bradford (FL, AL)
Stephen H. Echsner (FL)
D. Renée Baggett (FL)
Daniel J. Thornburgh (FL, MN)
Nathan C. Bess (FL)
* States in which attorney is licensed to practice law

# AYLSTOCK WITKIN KREIS OVERHOLTZ

www.AWKOLAW.com

C. Samuel "Sam" Geisler (FL, IL)
Jennifer M. Hoekstra (LA)
James D. Barger (PA, NJ)
Chelsie R. Warner (MT, NV, WA)
S. Mary Liu (CA, FL)
Samantha M. Katen (FL, NC, CO)
Caitlyn P. Miller (FL, AL)
D. Nicole Guntner (NY)
Lydia T. Lucius (AL, MO)
Marybeth Putnick (DE, NJ)†
†Of counsel

17 East Main Street, Suite 200 · Pensacola, Florida 32502
Phone: (850) 202-1010 · Fax: (850) 916-7449

June 23, 2020

Ads 4 Dough and A4D, Inc.
C/O Jason Akatiff
6965 El Camino Real, 105-441
Carlsbad, CA  92009

*FedEx, Signature Required*

Re: False Advertisements Regarding 3M Earplug Settlement
**CEASE AND DESIST DEMAND**

Dear Mr. Akatiff:

We are the court-appointed lead counsel in *In Re: 3M Combat Arms Earplug Products Liability Litigation*, MDL No. 2885, Master Docket No. 3:19-md-02885-MCR-GRJ, currently pending in the United States District Court Northern District of Florida before the Honorable Judge M. Casey Rogers (hereinafter "3M Combat Arms Earplug MDL"). It has recently come to our attention that you, your company, or other companies affiliated with you are publishing fraudulent ads on Facebook directed to injured members of the military about the pending 3M Combat Arms Earplug MDL. These fraudulent ads are causing confusion to servicemembers and could negatively impact their pending claims.  We are writing to demand that you, your company and all companies affiliated with you immediately and permanently remove these ads, and cease publishing any more such ads. Should you and your affiliates refuse to immediately withdraw these publications from Facebook and all websites on which they appear, we request that you provide notice of a claim to your insurer.

## BACKGROUND OF FRAUDULENT AND ABUSIVE ADS TARGETED TO INJURED US SERVICEMENBERS

### Substance of the Ads

We have learned that your company, and others affiliated with your company are responsible for ads on Facebook which falsely "announce" that a settlement has been reached in the pending 3M Combat Arms Earplug MDL, and that money is currently available to be claimed. These ads contain blatantly false statements such as:

File a claim before it's too late (3M agrees to pay $9.1M).

Ads 4 Dough and A4D, Inc.
C/O Jason Akatiff
June 23, 2020
Page 2

Did you wear defective earplugs during foreign conflicts between 2003 and 2016? Your compensation is waiting.

All of the ads deceptively refer to and tout an alleged "$9.1M  3M Settlement." But that settlement has nothing to do with the current 3M Combat Arms Earplug MDL. It is actually what 3M paid the federal government in 2018 to resolve government allegations that it sold earplugs without disclosing defects. Contrary to the ads' blatant misstatements, none of that money went to or is available for servicemembers to claim. The ads deliberately seek to exploit unwitting servicemembers injured by defective earplugs, by using the false implication of available money to obtain their personal information and sharing it with undisclosed parties.

There is no doubt that these fraudulent ads harm servicemembers and may have a negative impact on their pending claims in the actual 3M Combat Arms Earplug MDL. Hundreds of comments to the ads reveal that they are causing confusion and frustration among Veterans; some are already involved in active litigation against 3M regarding these earplugs and wonder if they have missed a development. Others, who might have been injured by the defective earplugs and might be interested in joining the litigation, are being actively misled by untrue ads lacking any obvious connection to a real law firm.

In addition, the 3M Combat Arms Earplug MDL involves Veterans' and servicemembers' health and service records. If such personal information is obtained, fraudulently, by unknown marketing companies, these men and women will be exposed to identity theft and abuse. Most military documents identify servicemembers by their social security numbers, which along with information requested in the "case review" your ads lead to could be used to access a person's VA benefits and more. In fact, in 2019, the Federal Trade Commission reported more than 160,000 cases of fraud were reported by veterans in 2019, with 12-14% of those suffering a monetary loss.

In sum, your efforts to deceive injured servicemembers into disclosing personal information, as these ads do, pose a significant threat to them, especially when it is not at all clear for what purpose this information is being requested. Nowhere do the websites explain who will use the personal information provided, how it will be used, how or if it will be protected, or who exactly is behind the webpages.

**Connections to Your Companies**

Our investigation shows that these ads are all connected to your company or your affiliates. There are at least eight Facebook webpages that the false ads link to, all of which use the same ad design, copy, photo variations and links. These are listed below along with the name

Ads 4 Dough and A4D, Inc.
C/O Jason Akatiff
June 23, 2020
Page 3

and the date they were created. Notably, the name "Veterans Advocates," is cynically and deceitfully used in 5 different pages pushing the same ads.[1]

| Page | Page Created |
|------|--------------|
| Veterans Advocates (1) | January 2020 |
| Veterans Advocates (2) | September 2019 |
| Military Support | January 2020 |
| Veterans Advocates (3) | July 2019 |
| Veterans Advocates (4) | May 2019 |
| Veterans Advocates (5) | July 2019 |
| Military Earplug Lawsuit Information | March 2020 |
| Injury Compensation Center | February 2020 |

These pages have over 200 different ad variations. Screenshots of a few appear below.

  

The ads' URLs connect to "Savvy Life Tips," a WordPress blog shell that is registered to an address used by multiple businesses owned by Jason Akatiff. This link ultimately leads to https://earplug.injurycenter.com or https://consumerattention.com/3M.

---

[1] Several examples of the Facebook ads referenced above are provided below and as enclosures to this letter.

Ads 4 Dough and A4D, Inc.
C/O Jason Akatiff
June 23, 2020
Page 4


## **DEMAND**

Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce." Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act. Section 12 of the FTC Act, 15U.S.C. § 52, prohibits the dissemination of any false advertisement in or affecting commerce for the purpose of inducing, or which is likely to induce, the purchase of services. Unfair and deceptive acts such as false advertisements are also actionable under state consumer protection law.

Considering the foregoing, the undersigned demand that you, your company, and any affiliated or related companies: immediately contact Facebook, and any other platform or media channel on which these ads have appeared, with instructions to permanently stop running these false ads and any similar ads; provide us with a copy of that communication(s); provide us with a written acknowledgement that the ads are false and an affirmative representation that you, your companies, and your affiliated companies will not publish any similar ads. It is further demanded that you provide us with the names and locations of any of your companies that published these ads, and the names, registered owners, and contact information of any affiliated companies connected with these ads. Finally, it is demanded that you provide us with a list of all persons who responded to these ads along with any information they provided.  Your response is demanded by June 30, 2020.

Sincerely,

Bryan F. Aylstock

Enclosures





















BRYAN F. AYLSTOCK (FL, IL, MS)
JUSTIN G. WITKIN (FL, MS)
DOUGLASS A. KREIS (FL)
NEIL D. OVERHOLTZ (FL)
R. JASON RICHARDS (FL, CO)
BOBBY J. "BRAD" BRADFORD (FL, AL)
STEPHEN H. ECHSNER (FL)
D. RENÉE BAGGETT (FL)
DANIEL J. THORNBURGH (FL, MN)
NATHAN C. BESS (FL)
* States in which attorney is licensed to practice law

## AYLSTOCK WITKIN
## KREIS OVERHOLTZ
### www.AWKOLAW.com

E. SAMUEL "SAM" GEISLER (FL, IL)
JENNIFER M. HOEKSTRA (LA)
JAMES D. BARGER (PA, NJ, WA)
CHELSIE R. WARNER (MT, NV, WA)
S. MARY LIU (CA, FL)
SAMANTHA M. KATEN (FL, NC, CO)
CAITLYN P. MILLER (FL, AL)
D. NICOLE GUNTNER (NY)
LYDIA T. LUCIUS (AL, MO)
MARYBETH PUTNICK (DE, NJ)†
†Of counsel

17 EAST MAIN STREET, SUITE 200 · PENSACOLA, FLORIDA 32502
PHONE: (850) 202-1010 · FAX: (850) 916-7449

June 23, 2020

Jason Akatiff
6965 El Camino Real, 105-441
Carlsbad, CA  92009

*FedEx, Signature Required*

Re: False Advertisements Regarding 3M Earplug Settlement
**CEASE AND DESIST DEMAND**

Dear Mr. Akatiff:

We are the court-appointed lead counsel in *In Re: 3M Combat Arms Earplug Products Liability Litigation*, MDL No. 2885, Master Docket No. 3:19-md-02885-MCR-GRJ, currently pending in the United States District Court Northern District of Florida before the Honorable Judge M. Casey Rogers (hereinafter "3M Combat Arms Earplug MDL"). It has recently come to our attention that you, your company, or other companies affiliated with you are publishing fraudulent ads on Facebook directed to injured members of the military about the pending 3M Combat Arms Earplug MDL. These fraudulent ads are causing confusion to servicemembers and could negatively impact their pending claims.  We are writing to demand that you, your company and all companies affiliated with you immediately and permanently remove these ads, and cease publishing any more such ads. Should you and your affiliates refuse to immediately withdraw these publications from Facebook and all websites on which they appear, we request that you provide notice of a claim to your insurer.

### BACKGROUND OF FRAUDULENT AND ABUSIVE ADS
### TARGETED TO INJURED US SERVICEMENBERS

### Substance of the Ads

We have learned that your company, and others affiliated with your company are responsible for ads on Facebook which falsely "announce" that a settlement has been reached in the pending 3M Combat Arms Earplug MDL, and that money is currently available to be claimed. These ads contain blatantly false statements such as:

File a claim before it's too late (3M agrees to pay $9.1M).

Jason Akatiff
June 23, 2020
Page 2

Did you wear defective earplugs during foreign conflicts between 2003 and 2016? Your compensation is waiting.

All of the ads deceptively refer to and tout an alleged "$9.1M  3M Settlement." But that settlement has nothing to do with the current 3M Combat Arms Earplug MDL. It is actually what 3M paid the federal government in 2018 to resolve government allegations that it sold earplugs without disclosing defects. Contrary to the ads' blatant misstatements, none of that money went to or is available for servicemembers to claim. The ads deliberately seek to exploit unwitting servicemembers injured by defective earplugs, by using the false implication of available money to obtain their personal information and sharing it with undisclosed parties.

There is no doubt that these fraudulent ads harm servicemembers and may have a negative impact on their pending claims in the actual 3M Combat Arms Earplug MDL. Hundreds of comments to the ads reveal that they are causing confusion and frustration among Veterans; some are already involved in active litigation against 3M regarding these earplugs and wonder if they have missed a development. Others, who might have been injured by the defective earplugs and might be interested in joining the litigation, are being actively misled by untrue ads lacking any obvious connection to a real law firm.

In addition, the 3M Combat Arms Earplug MDL involves Veterans' and servicemembers' health and service records. If such personal information is obtained, fraudulently, by unknown marketing companies, these men and women will be exposed to identity theft and abuse. Most military documents identify servicemembers by their social security numbers, which along with information requested in the "case review" your ads lead to could be used to access a person's VA benefits and more. In fact, in 2019, the Federal Trade Commission reported more than 160,000 cases of fraud were reported by veterans in 2019, with 12-14% of those suffering a monetary loss.

In sum, your efforts to deceive injured servicemembers into disclosing personal information, as these ads do, pose a significant threat to them, especially when it is not at all clear for what purpose this information is being requested. Nowhere do the websites explain who will use the personal information provided, how it will be used, how or if it will be protected, or who exactly is behind the webpages.

**Connections to Your Companies**

Our investigation shows that these ads are all connected to your company or your affiliates. There are at least eight Facebook webpages that the false ads link to, all of which use the same ad design, copy, photo variations and links. These are listed below along with the name

Jason Akatiff
June 23, 2020
Page 3

and the date they were created. Notably, the name "Veterans Advocates," is cynically and deceitfully used in 5 different pages pushing the same ads.[1]

| Page | Page Created |
|---|---|
| Veterans Advocates (1) | January 2020 |
| Veterans Advocates (2) | September 2019 |
| Military Support | January 2020 |
| Veterans Advocates (3) | July 2019 |
| Veterans Advocates (4) | May 2019 |
| Veterans Advocates (5) | July 2019 |
| Military Earplug Lawsuit Information | March 2020 |
| Injury Compensation Center | February 2020 |

These pages have over 200 different ad variations. Screenshots of a few appear below.





---

[1] Several examples of the Facebook ads referenced above are provided below and as enclosures to this letter.

Jason Akatiff
June 23, 2020
Page 4

The ads' URLs connect to "Savvy Life Tips," a WordPress blog shell that is registered to an address used by multiple businesses owned by Jason Akatiff. This link ultimately leads to https://earplug.injurycenter.com or https://consumerattention.com/3M.

## **DEMAND**

Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce." Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act. Section 12 of the FTC Act, 15U.S.C. § 52, prohibits the dissemination of any false advertisement in or affecting commerce for the purpose of inducing, or which is likely to induce, the purchase of services. Unfair and deceptive acts such as false advertisements are also actionable under state consumer protection law.

Considering the foregoing, the undersigned demand that you, your company, and any affiliated or related companies: immediately contact Facebook, and any other platform or media channel on which these ads have appeared, with instructions to permanently stop running these false ads and any similar ads; provide us with a copy of that communication(s); provide us with a written acknowledgement that the ads are false and an affirmative representation that you, your companies, and your affiliated companies will not publish any similar ads. It is further demanded that you provide us with the names and locations of any of your companies that published these ads, and the names, registered owners, and contact information of any affiliated companies connected with these ads. Finally, it is demanded that you provide us with a list of all persons who responded to these ads along with any information they provided.  Your response is demanded by June 30, 2020.

Sincerely,

Bryan F. Aylstock

Enclosures



















