# EXHIBIT E

 reddit

Log In   Sign Up 

| 80 |  I'm Bryan Ayl... AMA Moderator Approved | ✕ Close |

 80

Posted by u/bryanaylstock 1 year ago  

## I'm Bryan Aylstock, court-appointed lead counsel for the plaintiffs in the 3M earplug litigation. AMA.

AMA Moderator Approved

Hi all,

My name is Bryan Aylstock, and I am one of the court-appointed lead counsel for all of the plaintiffs in the 3M earplug litigation. The full list of those appointed can be found here, and the official plaintiffs' website for this case can be found here.

I recently learned of many threads in this subreddit with questions and sometimes confusion regarding the lawsuits against 3M for their defective earplugs. I'm here to answer any questions you may have regarding the litigation, so ask me anything.

I'm not here to encourage you to sign up for the lawsuit or promote my law firm. But considering all the misinformation out there, hopefully I can provide some guidance and perspective about the

### r/Veterans

This is a subreddit for news, sites, information and events that may interest veterans. We are here to support one another, and help resolve any VA / Veterans related issues. If you are visiting r/veterans for the first time please read the rules. We ban and do not look back. Veteran Crisis Hotline Dial 1-800-273-8255 Press 1

| 70.1k | 426 |
| Members | Online |

🎂 Created Nov 10, 2009

Join



process and the status of the litigation.

I'll be back to answer as many questions as possible tomorrow, Thursday, February 13 at 10 A.M. CT.

**First, some background information on the main allegations:**

From 1999 to 2015, 3M marketed, manufactured and sold the Dual-Ended Combat Arms Earplug, Version 2 (or CAEv2), to consumers and the United States Military. Based on the company's own testing, the CAEv2 were dangerously defective. The earplug could loosen, allowing noise to pass through and subsequently cause serious hearing damage, such as hearing loss and tinnitus.

In 2015, 3M discontinued the CAEv2, and in 2018, reached a $9.1 million settlement with the federal government to resolve a whistleblower complaint regarding the sale of these earplugs to the Department of Defense.

Since then, thousands of servicemembers have filed suit against 3M, and in 2019 these cases were transferred and centralized into what is known as a multi-district litigation (MDL). The case-- referred to as *In Re: 3M Combat Arms Earplug Product Liability Litigation* (3:19-md-2885), is pending before Judge M. Casey Rodgers in the United States District Court for the Northern District of Florida. You can find more details on the plaintiffs' official website here.



TOP POSTS FEBRUARY 12TH 2020

TOP POSTS OF FEBRUARY, 2020

TOP POSTS 2020

Help                          About
Reddit App                    Careers
Reddit Coins                  Press
Reddit Premium                Advertise
Reddit Gifts                  Blog
                              Terms
                              Content Policy
                              Privacy Policy
                              Mod Policy

Reddit Inc © 2021  All rights reserved
                Back to Top

84% Upvoted

💬 102 Comments    ↱ Share    🔖 Save    ⊘ Hide    🚩 Report

🔒 **This thread has been locked by the moderators of r/Veterans**

New comments cannot be posted

SORT BY  **Q&A**  ▾

 **SCOveterandretired** 🛡 · 1 year ago · Stickied comment

The AMA is completed - the thread will remain up for people to read.

▲ **Vote** ▼    Share    Report    Save

 **bryanaylstock** 🔬 1 year ago

> With how much money your firm has spent on advertising for this law suit combined with the large number of veterans/active that qualify to be included in the class action, as well as the law firms own profit margin, how much are the plaintiffs ACTUALLY going to receive from the law suit?

u/viperguy56

Let me try to take this in parts.

First, it would really be foolish for me to predict how this case will resolve itself and how much if anything any individual will

receive at this stage in the process. I also think it's important to underscore that there is power in numbers. 3M would of course prefer if this flew under the radar. And it's my job to ensure they are held accountable to the fullest extent of the law.

Regarding ads, those have no impact on how much any individual receives. That money comes out of the pocket of whatever firm is running those ads.

Also, keep in mind that if the lawsuit is not successful, it's the attorneys (not you) who put out several millions of dollars in expenses and resources. 3M is a multi-billion company able to pay for the best defense attorneys possible, and individuals like yourself can't always advance thousands of dollars in legal fees. In fact, they have hired the Kirkland and Ellis firm, the largest firm in the world to defend them.

Lastly, and this may sound like a minor word choice, but matters significantly here. This case has NOT been certified as a class action. In a class action, people who have not put their name on a lawsuit can be included and eligible to benefit. In this litigation, you NEED to file a lawsuit in order to participate. Every state also imposes time limitations, or statutes of limitations, to bring a claim. Those vary by state and situation but it is not in your

interest to just wait if you have a valid claim.

⬆ **2** ⬇    Share    Report    Save



**viperguy56** 1 year ago 

With how much money your firm has spent on advertising for this law suit combined with the large number of veterans/active that qualify to be included in the class action, as well as the law firms own profit margin, how much are the plaintiffs ACTUALLY going to receive from the law suit?

⬆ **116** ⬇    Share    Report    Save



**bryanaylstock**  1 year ago

(reposting) Let me try to take this in parts.

First, it would really be foolish for me to predict how this case will resolve itself and how much if anything any individual will receive at this stage in the process. I also think it's important to underscore that there is power in numbers. 3M would of course prefer if this flew under the radar. And it's my job to ensure they are held accountable to the fullest extent of the law.

Regarding ads, those have no impact on how much any individual receives. That money comes out of the pocket of whatever firm is running those ads.

Also, keep in mind that if the lawsuit is not

successful, it's the attorneys (not you) who put out several millions of dollars in expenses and resources. 3M is a multi-billion company able to pay for the best defense attorneys possible, and individuals like yourself can't always advance thousands of dollars in legal fees. In fact, they have hired the Kirkland and Ellis firm, the largest firm in the world to defend them.

Lastly, and this may sound like a minor word choice, but matters significantly here. This case has NOT been certified as a class action. In a class action, people who have not put their name on a lawsuit can be included and eligible to benefit. In this litigation, you NEED to file a lawsuit in order to participate. Every state also imposes time limitations, or statutes of limitations, to bring a claim. Those vary by state and situation but it is not in your interest to just wait if you have a valid claim.

↑ **7** ↓   Share   Report   Save

viperguy56  1 year ago

Why did your reply get deleted?

↑ **2** ↓   Share   Report   Save



**bryanaylstock** 🎤 1 year ago

Moderator unlocked the original post so it's not separated.

🔼 3 🔽 Share Report Save

Comment removed by moderator 1 year ago



BAMCIS16 1 year ago

How does one prove their hearing loss relates to the 3M plugs? I'm deaf as shit

🔼 32 🔽 Share Report Save

 **bryanaylstock** 🔑 1 year ago

From 1999 to 2015, 3M marketed, manufactured and sold the defective Combat Arms Earplug version 2 (CAEv2) to the United States Armed Forces. Throughout most of that time period, they were widely circulated and used across the military. We are obtaining records from 3M and the military that will help us substantiate this as well. In some branches of the military, they were the only earplug used and the Combat Arms V2 was the only dual-ended earplug used by the United States Armed Forces during this time period.

Hearing loss can be proven through the use of audiograms which are routinely given to servicemembers by the military. Typically, upon entry into military service, an audiogram will be performed and then one also at discharge. Given the loud noises that are part of military service, your attorney should be able to retain experts to give opinions as to whether or not any hearing loss is related to your military service and your use of CAEv2.

⬆ **6** ⬇   Share   Report   Save

 ziemlich-lustig 1 year ago

Great question. Me too and the VA keeps telling me to go away cuz I'm "young and hear fine"

13   Share   Report   Save

 Comment deleted by user   1 year ago

 SteveM19 1 year ago · edited 1 year ago

Ha same thing. I feel like they won't take my shoulder pain seriously because I'm young and can still move it fine for now. Maybe if my arm fell off they'd take seriously. Even then they'd be like "well nothing is connected to your shoulder anymore so no more pain!"

3   Share   Report   Save

 Comment deleted by user   1 year ago

 whatpain 1 year ago

I do the " what?" Thing a lot. Then when my girl gets mad I just say Im sorry I lost my hearing fighting for your country haha. She doesn't like that joke as much as I do

11   Share   Report   Save



 SecretlyLyingToYou 1 year ago

She shouldn't get mad about that.

 2

Share    Report    Save

 Im_Aero 1 year ago

I feel like adding my name to the lawsuit is a waste of time. I'm deaf af from wearing these and working on the Airfield.

 40 

Share    Report    Save

 **bryanaylstock**  1 year ago

First and foremost, I am sorry you are experiencing hearing loss from wearing 3M's defective Combat Arms earplugs. With cases of this size, it can be difficult to see the value in adding just one more name, but there is strength in numbers. It would be much easier for 3M to ignore these cases if there weren't hundreds of thousands of veterans filing suit in order to hold them responsible, but every suit filed is another one that they have to answer to for their negligence and damage they caused. At the same time, it's a very individual and serious choice. A good lawyer walks their client through what the process entails, pros and cons, etc. And if you suffered hearing loss as a result of wearing those earplugs, you should consider protecting your rights under the law.

⬆ 4 ⬇   Share   Report   Save

 **andrewhough** 1 year ago

Same here dude, I keep seeing the ads but I know it ain't shit

 ⬆ 15 ⬇   Share   Report   Save

 regretful-age-ranger 1 year ago

Does money from the lawsuit affect VA disability?

 ⬆ 16 ⬇   Share   Report   Save

 **bryanaylstock** 🔑 1 year ago

No, service-connected VA Disability Compensation Benefits will not be affected. If you have service related hearing loss or tinnitus (or any service related injury), you should consult your local VA office for more information on obtaining the benefits you have earned.

⬆ 6 ⬇   Share   Report   Save

 SecOpsBaby 1 year ago

" Filing a lawsuit will not affect your veteran's benefits. If a resolution were reached that would entitle you to compensation, service-connected VA Disability Compensation Benefits would **not** be affected; other benefits could be impacted in certain situations. More information will be available on this website if a resolution were reached. In the interim we suggest you consult with your attorney or your local VA center."

 ⬆ 6 ⬇   Share   Report   Save

 SCOveterandretired 1 year ago

https://www.3mearplugmdl.com/faqs

↑ **5** ↓   Share   Report   Save

 Comment deleted by user 1 year ago

 bryanaylstock 🔑 1 year ago

You really have two options as it relates to this case: file a lawsuit or not file a lawsuit. If you choose not to file one, you won't be eligible for any potential benefits if we are successful in obtaining them.

Regarding other benefits, generally speaking there is VA compensation benefits, VA pension benefits and VA healthcare benefits. VA compensation benefits would not be affected if there is a judgment or resolution in your favor. Pension and healthcare benefits may be affected, but it is situation-dependent. Pension benefits and healthcare benefits are both income dependent, so depending on your income and whether you receive any benefit from this case (and the amount), it could potentially impact those. However, we are working with VA benefit specialists to navigate these issues.

The mere act of filing a lawsuit or hiring a lawyer will not affect your VA benefits in any

way. If and when there is a settlement, your attorney can provide you with advice prior to receiving any compensation to ensure that your rights are protected and you do not lose any VA pension or healthcare benefits.

↑ 3 ↓    Share   Report   Save

 **theopinionexpress** 1 year ago

I have a few questions- even with earplugs going into combat, did we really have the reasonable expectation of not being exposed to extremely loud and damaging noises? What type of proof would service members have to provide that they were properly wearing the earplugs in question, at all times during operations? What can the average service member who was issued the earplugs and suffered hearing loss/tinnitus hope to gain from this lawsuit?

↑ 9 ↓    Share   Report   Save

 **bryanaylstock** 🔬 1 year ago

Of course hearing loss and tinnitus have been an ongoing issue for the military. They are two of the most common disabilities amongst veterans. Because of this, the military has developed many hearing conservation programs, and this is what made 3M's CAEv2 so attractive. In fact, 3M's own marketing materials stated that

military hearing loss is NOT inevitable, but entirely preventable with proper hearing protection. 3M also claimed its CAEv2 would provide protection up to 190 db, which means protection for essentially all combat-related noises including explosions and shoulder-fired rockets. So while military service is inherently a noise-ridden environment, 3M held out its product (the CAEv2 earplug) as the answer to this problem -- and profited greatly from it.

3M falsified its testing when in fact these earplugs would loosen and fail to work. 3M then falsely marketed and sold the dangerously defective earplugs to the military, with inadequate instructions and with total disregard for the risks and dangers to servicemembers. 3M also marketed a one size fits all product when it knew that ear canals vary greatly in size and an earplug that doesn't fit properly will not provide protection.

What kind of proof you need will vary by your individual situation, but it may require a variety of records pertaining to your service and hearing issues. VA disability records and audiograms will likely be the most important documents for your claim. With proper authorizations from you, your lawyers can also obtain documents necessary for you to make a claim.

Lastly, like I've mentioned in other answers, it would be premature for me to guess what any resolution would mean for those involved. At this point, 3M is still denying all responsibility to our servicemembers and are claiming that all the cases should be thrown out of court. We feel strongly that our evidence will overcome any such attempt by 3M, but any resolution will ultimately depend on the totality of the evidence against 3M, and your individual facts and circumstances.

⬆ **3** ⬇   Share   Report   Save

 theopinionexpress 1 year ago

Thank you for you response.

⬆ **2** ⬇   Share   Report   Save

 **bryanaylstock** 🎤 1 year ago

Glad to help.

⬆ **2** ⬇   Share   Report   Save

 Comment deleted by user   1 year ago

**bryanaylstock** 🎤 1 year ago

The moderators of this forum asked that I not use this AMA to promote my firm, which I gladly agreed to because first and foremost I thought it would be helpful to correct a lot of misinformation out there.

My recommendation is that you should ask this question of any firm you are seeking to retain. The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found [here](); however, a plaintiff is not obligated to hire one of these firms and there are many excellent law firms who do this type of work. That said, like everything, do your research before hiring a lawyer and ask questions. You will probably be best served by hiring a firm that is experienced in product liability and/or mass tort cases.

Legal fees and charges for various expenses will vary depending on your attorney agreement. Generally, the lawyer will work on a contingency fee. That means they will pay all expenses associated with your case, and only after they recover anything on your behalf will the lawyer receive a certain percentage. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

> Is is true personal legal fees are no longer tax deductible?

Historically, recovery for purely personal injury damages have not been taxed. However, there are exceptions and tax laws continually change. I would recommend

speaking with a tax professional for this type of question.

> My understanding is we would have pay taxes on [full amount of the settlement] (https://www.americanbar.org/groups/business_law/publications/blt/2019/11/gross-recoveries/). Is this correct or is there some sort of exception? Because in my tax bracket this could very easily result in a net tax liability post expenses / contingency.

Historically, recovery for purely personal injury damages have not been taxed. However, there are exceptions and tax laws continually change. I would recommend speaking with a tax professional for this type of question.

> Being a mass tort why shouldn't I just wait and see what happens before moving forward?

It is important to note that this case has NOT been certified as a class action. In a class action, people who have not put their name on a lawsuit can be included and eligible to benefit. In this litigation, which is a mass tort, each individual claimant files his or her own lawsuit in order to

participate. Each case will be decided based on its own merits. It is also important to know that every state limits the time period in which to bring a claim. While states and circumstances vary on this point, if you believe you may have a claim, it is not in your best interest to "wait and see" because it may be too late to bring a claim if you do so.

 2 ⌄   Share   Report   Save

 Comment removed by moderator   1 year ago

 SCOveterandretired 🛡️   1 year ago

Then you need to contact this firm in real life - this discussion will not cover that information today

 1 ⌄   Share   Report   Save

 __wampa__stompa 1 year ago

I'm confused. Mr. Aylstock said he posted here with the intent of clearing up misinformation, and not with the intent of promoting the litigation. Why aren't you allowing transparency into where the money is flowing? There are a lot of misconceptions revolving around the money involved.

A major barrier for people pursuing a case through class action is the money; there is a lot of precedent for class actions leaving victims with pennies to the hundreds that class action firms receive.

↑ 2 ↓   Share   Report   Save

 SCOveterandretired   1 year ago · edited 1 year ago

Your question is about the fees his law firm would be charging - which the mods and the law firm agreed would not be discussed here. ~~This is the 3rd time I have told you this~~ - do not continue to ask this question. You can pick up the phone and call them today.

Yes the purpose of this AMA is to clear up misinformation but fees charged by individual law firms is not the topic on the table today.

Edit: didn't realize you were a different person u/__wampa__stompa - this was answered above per the rules we set:

> The moderators of this forum asked that I not use this AMA to promote my firm, which I gladly agreed to because first and foremost I thought it would be helpful to correct a lot of misinformation out there. My recommendation is that you should ask this question of any firm you are seeking to retain. The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found here; however, a plaintiff is not obligated to hire one of these firms and there are many excellent law firms who do this type

of work. That said, like everything, do your research before hiring a lawyer and ask questions. You will probably be best served by hiring a firm that is experienced in product liability and/or mass tort cases.

Legal fees and charges for various expenses will vary depending on your attorney agreement. Generally, the lawyer will work on a contingency fee. That means they will pay all expenses associated with your case, and only after they recover anything on your behalf will the lawyer receive a certain percentage. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

 1     Share    Report    Save


Comment removed by moderator
1 year ago



SCOveterandretired 🛡   1 year ago

🔒

Per the rules of this AMA, questions like this will not be answered here - you and any other veterans wanting this answer can contact this law firm in real life.

⬆️ 1 ⬇️   Share   Report   Save



sapper2345   1 year ago

I used those earplugs in '07 I got them while On my way to Iraq. I'm rated 10% for tennitus, how does payment work to you guys? Do you take a percentage of the payout if 3m settles? Or Do I have to pay lawyer fees up front? I want to file a lawsuit but am afraid that I will end up owing more To an attorney.

Also thank you for doing this!

⬆️ 8 ⬇️   Share   Report   Save

 **bryanaylstock** 🔑 1 year ago

Legal fees vary depending on your attorney agreement. Generally, the lawyer will work on a contingency fee. The way a contingency fee works is that the ATTORNEY will pay all expenses associated with your case, and **ONLY** if they recover anything on your behalf will the lawyer get paid - usually on a percentage of the recovery. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

3M is able to pay for the best defense attorneys possible, and they are paying them handsomely. Individuals like yourself can't always advance tens of thousands of dollars in legal fees. So the way the system works is if we are successful, you'll receive your compensation and the lawyers will receive their fee. If we're not, the client is not charged for the work. I strongly recommend that you read the agreement you have with a lawyer carefully. I would caution individuals from working with a lawyer requesting fees or payment prior to a resolution. For this type of litigation, your lawyer should not expect you to pay any fees up front or in advance of a resolution.

⬆ 5 ⬇   Share   Report   Save

 SCOveterandretired 1 year ago

u/_wampa_stompa

1    Share    Report    Save



**Krypt1q** 1 year ago · *edited 1 year ago*

Typically the way these class action lawsuits work is the firm that has the cases takes you on with no cost to you if they don't win but if they do win there is a negotiated percentage amount they will take that is usually a large percentage as they carry the risk. The larger the pool of plaintiffs the easier it is for them to get a large settlement. If they do win they make the majority of the money. Then they disperse to the thousands, hundred thousands, or millions who signed up with what's left. I could be wrong and can't wait to see how they respond but this is historically how these cases work. Just so you know it's not necessarily a bad deal for you. Without these types of lawsuits and the high risk/reward factors for the firms bringing them many people would never see anything from these large corporations. The big name corporations have enormous legal resources and typically are super hard to go after.

Edit - sorry it was brought to my attention that this is not a class action suit. I should have looked more before replying and I apologize. Thanks u/PMS24X7

↑ **2** ↓   Share   Report   Save



**chelseadi** 1 year ago

I have tinnitus and was in the Army during this time frame- would I qualify to receive any part of the settlement?

 4 Share Report Save

 **bryanaylstock** 🎤 1 year ago

It's crucial to note no settlement has been reached with servicemembers. This has been a major point of confusion. The government settled a case with 3M, but that was to compensate the government, not servicemembers suffering from hearing-related injuries.

You could be eligible if you wore a pair of these earplugs from 1999-2015. The documentation needed will vary by lawyer, but most will ask for a variety of records pertaining to your service and hearing issues. And your lawyer will assist in obtaining documents you may not have access to and/or difficulty accessing.

 2  Share Report Save



**fistdeep43** 1 year ago

What's the timeline look like?

 3 Share Report Save

 **bryanaylstock** 🔑 1 year ago

We expect the first cases to start in early 2021.

⬆ **5** ⬇    Share    Report    Save

 ToeJammies 1 year ago

What are the payouts to individuals who have had approved claims?

How much are the attorneys making with each settlement?

How many applicants have there been?

What is the approval/grant percentage?

What was the toral amount of money set aside by the settlement?

Pleade tell me again what percentagecends up in some law firms pocket?

How many houses do you own?

⬆ **5** ⬇    Share    Report    Save

 **bryanaylstock** 🔑 1 year ago

There has been some misinformation about individual settlements of these cases. While 3M did settle a case for [$9.1 million](#) brought by the United States government under the False Claims Act, 3M has not settled any individual lawsuits for servicemembers

related to their Combat Arms Earplugs. At this point, there are no settlement talks and 3M continues publicly to deny all responsibility. If you are being told that there is a settlement reached for your claim, or that a settlement is imminent, that is not true. Simply put, at this time there has been no resolution and no payments have been made. At this time, there are tens of thousands of lawsuits filed, and within the coming months we expect that number to exceed 100,000 current or former servicemembers.

To be clear, the settlement with the government is separate from this case and the current suit is being brought by servicemembers who are seeking recourse for the hearing-related injuries they have suffered due to the company's negligence.

Legal fees and charges for various expenses will vary depending on your attorney agreement. Generally, the lawyer will work on a contingency fee. That means they will pay all expenses associated with your case, and only after they recover anything on your behalf will the lawyer receive a certain percentage. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

3   Share   Report   Save


mshaw09    1 year ago

Thank you for doing this AMA. There has
been so much misinformation spread
throughout this subreddit regarding the
3M case. I'm glad you are here to clear
things up.

You mentioned that there are tens of
thousands of lawsuits filed already. I've
heard that number was around 140,000
as of December 16th. Is that the quantity
of veterans that have started the process
but haven't officially filed a lawsuit yet?
Any clarification would be greatly
appreciated. Thanks.

⬆ 1 ⬇    Share    Report    Save

fistdeep43    1 year ago

30/40% to the firms

⬆ 2 ⬇    Share    Report    Save

ToeJammies    1 year ago

Reasonable when most worker comp
type of legal administrators take 45%

⬆ 1 ⬇    Share    Report    Save

 03eleventy 1 year ago

So the people I talked to said their cut is 40%if I dont get any money oh well. But 20 bucks for free is 20 bucks for free, ya know if I get anything.

⬆ 3 ⬇   Share   Report   Save

 Potheadmarry 1 year ago

So what would be the disadvantage here then?Cause right now I don't see a one. 

⬆ 3 ⬇   Share   Report   Save

 Comment deleted by user 1 year ago

 **bryanaylstock** 🎤 1 year ago

It would be premature for me to guess what any resolution would mean for those involved. At this point, 3M is still denying all responsibility to our servicemembers and are claiming that all the cases should be thrown out of court. We feel strongly that our evidence will overcome any such attempt by 3M, but any resolution will ultimately depend on the totality of the evidence against 3M, and your individual facts and circumstances.

⬆ 2 ⬇   Share   Report   Save



**five_eight** 1 year ago

I had to get waivers for prior hearing loss/tinnitus to join the Marine Corps, and then again with the waivers to join the Navy ten years later. VSO says don't bother with a claim for worsening of both (plus hyperaccusis). I experienced gunfire and noise but not combat. Should I not bother?

⬆ **2** ⬇   Share   Report   Save



**bryanaylstock** 🎤 1 year ago

Every situation is different so it's difficult to give a concrete recommendation without all the facts. However, this lawsuit is independent of your disability decision or appeal. If you used the earplugs while in service, and they caused additional hearing loss or tinnitus, or made your situation worse, you may still have a claim. Moreover, most military related hearing loss occurs in training, not combat, so legal claims can be brought whether or not you experienced hearing loss in combat.

⬆ **3** ⬇   Share   Report   Save



**five_eight** 1 year ago

Thank you very much!

⬆ **2** ⬇   Share   Report   Save

 curly_as_fuck 1 year ago

How long is the whole process going to take?

↑ 3 ↓    Share  Report  Save

 bryanaylstock 🔑 1 year ago

We are still in the beginning stages of this case. For now, much of the work in the litigation is occurring "behind the scenes" and on behalf of every plaintiff, so it would be normal for there not to be any activity on your specific case. The Court has scheduled the first trial to begin in April 2021 and there will be a lot of activity between now and then. It is difficult to predict exactly how long the whole process will take but typically mass tort cases do take some time to resolve given the large number of plaintiffs involved. What I can tell you is that myself and the other attorneys appointed by the Court are working very hard to push the litigation toward a successful conclusion as quickly as possible.

↑ 2 ↓    Share  Report  Save

Comment deleted by user 1 year ago

 bryanaylstock 🔑 1 year ago

We expect the first cases to start in early 2021.

↑ 3 ↓    Share  Report  Save

 **NerfHerder4life** 1 year ago

How do you find out if your name has been added to the actual list of plaintiffs?

⬆ **3** ⬇   Share   Report   Save

 **bryanaylstock** 🔑 1 year ago

If you or your lawyer did not file a complaint, then you are not a plaintiff. If you still have questions about whether you may be involved or not, the best first step would be to speak with your lawyer and if you don't have one, hire one.

⬆ **2** ⬇   Share   Report   Save

 **NerfHerder4life** 1 year ago

Right but the mass marketed law firms made it hard to actually follow the process. I filled out, talked to and signed tons of stuff. But when you try and reach out it's the same answer if we will have to wait. So is there a list I can check to see if my mass marketed law firm has put my name down as a plaintive?

⬆ **2** ⬇   Share   Report   Save



**MobileUltimate** 1 year ago

When would you estimate bellwether trials to begin? What categories have you filed the different levels of injuries into for the trials, is there already estimated payouts for these categories? I have a very strong feeling we will be seeing settlements from 3M around May of this year, any thoughts towards that? Thank you for your time.

🔼 **1** 🔽   **Share   Report   Save**



**bryanaylstock**  1 year ago

Around the end of this month, the initial bellwether selection process will be complete, resulting in a pool of 20 bellwether cases and six alternates. Assuming at least 20 bellwether cases remain after case-specific discovery and other motions take place, the Court will randomly select four pools of five cases each to proceed with bellwether trials. The first bellwether trial(s) will be held in April 2021. The Court is considering the possibility of consolidating some number of cases for trial and trying other cases individually.

At this point in time, we cannot predict how this case will resolve itself and how much if anything any individual will receive.

There has been some misinformation about

individual settlements of these cases. While 3M did settle a case for [$9.1 million](#) brought by the United States government under the False Claims Act, 3M has not settled any individual lawsuits for servicemembers related to their Combat Arms Earplugs. At this point, there are no settlement talks and 3M continues publicly to deny all responsibility. If you are being told that there is a settlement reached for your claim, or that a settlement is imminent, that is not true. Simply put, at this time there has been no resolution and no payments have been made. At this time, there are tens of thousands of lawsuits filed, and within the coming months we expect that number to exceed 100,000 current or former servicemembers.

⬆ **2** ⬇   Share  Report  Save

 Hlpme85 1 year ago

How do you prove that your command used these ear plugs? I feel like I remember using them, but also that was 10 years ago.

⬆ **1** ⬇   Share  Report  Save



**bryanaylstock**  1 year ago

From 1999 to 2015, 3M marketed, manufactured and sold the CAEv2 to the United States Military. These earplugs were the ONLY dual ended earplugs used by the military, and were standard issue for the Marine Corp during certain periods of time. Moreover, they had a distinctive yellow color on one end and a drab or olive green color on the other end. Throughout most of that time period, they were widely circulated and used across the military. We are obtaining records from 3M and the military that will help us substantiate this as well.

If you believe that you used the earplugs in question during this time period and want to file suit, I would recommend engaging a lawyer to determine next steps.

The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found [here](#); however, a plaintiff is not obligated to hire one of these firms (or any firm at all should they decide to file a lawsuit on their own).

⬆ **2** ⬇   Share   Report   Save

---



**ziemlich-lustig** 1 year ago

How can I take part of this?

 **3** ⬇   Share   Report   Save

 **bryanaylstock** 🔑 1 year ago

I would recommend contacting an experienced attorney to represent your interests and collect the necessary information. The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found here; however, a plaintiff is not obligated to hire one of these firms (or any firm at all should they decide to file a lawsuit on their own).

↑ **2** ↓   Share   Report   Save

**Rdubya291** 1 year ago

Hire a lawyer...

Not trying to be a smart ass, but from what I understand the servicemen who are already participating have hired lawyers.

↑ **4** ↓   Share   Report   Save

**kevin_m_fischer** 1 year ago

I was wondering the same thing... I was hoping it was a VA Claim, or "sign your name here", but that would be too easy.

↑ **3** ↓   Share   Report   Save

 SCOveterandretired 1 year ago

A VA Claim would be through VA and would have nothing to do with this lawsuit.

▲ 1 ▼   Share   Report   Save

 kevin_m_fischer 1 year ago

Guess I read too quickly, they " ... suggest you consult with your attorney or your local VA center." My Bad.

▲ 0 ▼   Share   Report   Save

 whoisthedriz 1 year ago

Where do we go to join the lawsuit?

▲ 1 ▼   Share   Report   Save

 **bryanaylstock** 🎤 1 year ago

I would recommend contacting an experienced attorney to represent your interests and collect the necessary information. The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found here; however, a plaintiff is not obligated to hire one of these firms (or any firm at all should they decide to file a lawsuit on their own).

▲ 2 ▼   Share   Report   Save

 the23lejustin  1 year ago

Do the ATC ones also apply to this lawsuit?

⬆  1  ⬇    Share   Report   Save

 bryanaylstock 🎤 1 year ago

This litigation is in regard to 3M's CAEv2 earplugs. It appears the earplugs you are asking about were made by a different company.

⬆  2  ⬇    Share   Report   Save

 LetMinnow2  1 year ago · edited 1 year ago

How many people (or what percentage of potential plaintiffs) have already opted out of your class action? EDIT: I understand that this actually might be a mass tort and not a class action.

Less serious question: Would your firm please stop spamming or start better targeting its social media ads? I used to see these 10 times a day for months. I am a lawyer too and I get that you need to get a class certified and all that, but it's become a bit of a turnoff.

⬆  6  ⬇    Share   Report   Save



SCOveterandretired  1 year ago · edited 1 year ago

Moderator Approved - Please read the information on the webpages - here is the FAQ: https://www.3mearplugmdl.com/faqs

Also since some people didn't read the above: Bryan Aylstock said > I'll be back to answer as many questions as possible tomorrow, Thursday, February 13 at 10 A.M. CT.

2nd Edit - Rule # 1 is in effect and I have no problem banning those being jerks.

↑ 7 ↓    Share    Report    Save



Robbythedee  1 year ago

An AMA with no replying back though haha

↑ 11 ↓    Share    Report    Save



Jody3434  1 year ago

Says he's coming to answer on Thursday (tomorrow)

↑ 15 ↓    Share    Report    Save



SCOveterandretired  1 year ago

> I'll be back to answer as many questions as possible tomorrow, Thursday, February 13 at 10 A.M. CT.

↑ 7 ↓    Share    Report    Save

 Robbythedee  -13 points · 1 year ago  0 children


**jimbabwe666** 1 year ago

I remember getting those before we landed in Iraq, tried them once, and went back to the blue Christmas tree looking ones, those type also came in orange, and I think red. The 3M ones were awkward and felt loose. I did like the little bottle they came in versus the little ammo can shaped one that was standard.

⬆ **1** ⬇   Share   Report   Save


**twodashgrain** 1 year ago

My tree was green. Still have them.

⬆ **2** ⬇   Share   Report   Save


**[deleted]** 1 year ago

WHAT!? SPEAK UP, I CANT HEAR YOU! Seriously tho, I used those shitty ear plugs.. now I can't hear if more than a couple people talk at once. I'm always guessing what people say and filling in the blanks, I'm not even 30 yet: Oorah for permanent damage!

⬆ **1** ⬇   Share   Report   Save


**anti_lefty97** 1 year ago

I'm fairly certain I never used those ear plugs while I was in. We always had the boxes of disposable ones on hand.

⬆ **1** ⬇   Share   Report   Save

 crabbyliddlelady 1 year ago

And those ones seem like garbage too.

↑ **2** ↓   Share   Report   Save

 anti_lefty97 1 year ago

Not denying that at all but this lawsuit does not cover those as far as I know.

↑ **1** ↓   Share   Report   Save

 Matt13647 1 year ago

Is it true that if a plaintiff is awarded a settlement, the 10% disability will be forfeited?

↑ **1** ↓   Share   Report   Save

 SCOveterandretired 1 year ago

Did you read the FAQ?

↑ **1** ↓   Share   Report   Save

 Matt13647 1 year ago

I have now that I saw the link in a fucking comment.

↑ **1** ↓   Share   Report   Save



snipe4fun   1 year ago

How do I get the damn FB ads to stop? I served 1992-1997 and was issued earplugs that are far superior to that 3m crap! I still use them too! But gotdamn those ads are annoying AF!! I GOT OUT IN 1997 IT EVEN SAYS SO IN MY FB PROFILE INFO!!!

 -5  Share   Report   Save



SCOveterandretired   1 year ago

click Hide Ad, FB will ask for a reason - pick one off the list - done

 2  Share   Report   Save



snipe4fun   1 year ago

Its like playing whack-a-mole, every sketchy law firm in the world seems to be wanting to get in on this.

 -2  Share   Report   Save



**bryanaylstock**  1 year ago

I would not recommend that anyone hire a law firm totally based on a facebook ad. A list of firms appointed by the court to lead this litigation on behalf of veterans can be found [here](#).

This is one of the main reasons why I decided to do this AMA. There is a lot of misinformation going around and while there are many reputable firms representing veterans, it could also be an opportunity for some to take advantage. On the other hand, while these ads can be off-putting, to put it mildly, many veterans have no idea these earplugs were defective and they have rights under the law, and advertising is a powerful way to inform them.

↑  4  ↓    Share   Report   Save



snipe4fun  1 year ago

Holy shit you're actually going through this and answering questions (even inane ones like mine)! You get an upvote.

↑  1  ↓    Share   Report   Save



the23lejustin 1 year ago

**Deactivate your fb**

5   Share   Report   Save

Comment deleted by user   1 year ago

SCOveterandretired 1 year ago

**Live now**

3   Share   Report   Save

Comment deleted by user   1 year ago

**More posts from the Veterans community**

Posted by u/bryanaylstock 6 months ago  

113

# I'm Bryan Aylstock, court-appointed lead counsel for the plaintiffs in the 3M earplug litigation. AMA.

AMA Moderator Approved

EDIT: Thank you all for your questions, I hope this was helpful. If you have any further questions, please feel free to message me or email the court-appointed plaintiffs counsel through the website [here](). That website also has some helpful legal filings and news articles that provide further details about the case and where things stand today. And once again appreciate the folks of [r/Veterans]() for inviting us to ensure that everyone has accurate info.

_____
_____

Hi all,

My name is Bryan Aylstock, and I am one of the court-appointed lead counsel for all of the plaintiffs in the 3M earplug litigation. The full list of those appointed can be found [here](), and the

---

### r/Veterans

This is a subreddit for news, sites, information and events that may interest veterans. We are here to support one another, and help resolve any VA / Veterans related issues. If you are visiting r/veterans for the first time please read the rules. We ban and do not look back. Veteran Crisis Hotline Dial 1-800-273-8255 Press 1

**70.1k**
Members

**426**
Online

 Created Nov 10, 2009

Join

official plaintiffs' website for this case can be found [here](#).

We have continued to see some questions and occasional confusion regarding the lawsuits. I wanted to do this second AMA ([first AMA here](#)) so that I can answer any questions and address any misconceptions you all may have.

There have also been a few recent developments in the case against 3M, notably, some documents were recently unsealed by the Court. For example, when an executive [was asked](#) if he believed it was "okay, to sell a product and conceal information where it will have a negative effect on our soldiers?" he responded, "yes." There was also a trove of internal emails showing that 3M joked about price gouging the government and admitted that "CAE pays the bills," despite the fact that they had "no data" on the Combat Arms Earplug v2 it was selling to the military. The full documents are [available here](#).

Following this, one of 3M's key defenses was [dismissed](#) by the Judge (more details below).

I'm not here to encourage you to sign up for the lawsuit or promote my law firm. But hopefully I can provide some guidance and perspective about the process and the status of the litigation.

Lastly, some of you may have seen false advertisements on social media saying, for example, that there has been a settlement and

you can receive a payout. This is not true, and we've been taking steps to combat these fraudulent ads. If you've been affected by these ads and believe your information may have been used in a way that you did not consent to (for example, if you were contacted by someone other than a law firm or if you believe your personal details were used fraudulently), please send me a message through here or contact us through the official plaintiffs' [website](website).

**First, some background information on the case:**

From 1999 to 2015, 3M marketed, manufactured, and sold the Dual-Ended Combat Arms Earplug, Version 2 (or CAEv2), to consumers and the United States Military. Based on the company's own testing, the CAEv2 were dangerously defective. The earplug could loosen, allowing noise to pass through and subsequently cause serious hearing damage, such as hearing loss and tinnitus.

In 2015, 3M discontinued the CAEv2, and in 2018, reached a $9.1 million settlement with the federal government to resolve a whistleblower complaint regarding the sale of these earplugs to the Department of Defense. This money went to the government (not servicemembers).

Since then, thousands of servicemembers have filed suit against 3M, and in 2019 these cases were transferred and centralized into what is known as a multi-district litigation (MDL). The case is

pending before Judge M. Casey Rodgers in the United States District Court for the Northern District of Florida. You can find more details on the plaintiffs' official website [here](#).

On April 1, 3M asked the Court to dismiss the litigation by claiming that they were protected under the Government Contractor Defense. However, the Court ruled against them last month, saying that they could not claim, in essence, "the government made me do it." This was a significant victory win for the plaintiffs as we move toward trial; the first is scheduled for April 2021.

89% Upvoted

💬 106 Comments    ↱ Share    🔖 Save    ⊘ Hide    ⚑ Report

🔒 **This thread has been locked by the moderators of r/Veterans**

New comments cannot be posted

SORT BY   **Q&A**   ▾

**View discussions in 5 other communities**



**SCOveterandretired** 🛡 6 months ago ·
 Stickied comment · *edited 6 months ago*

The AMA is finished and commenting turned off.

Frequently asked questions/answers:

[https://www.reddit.com/r/AirForce/comments](https://www.reddit.com/r/AirForce/comments)

/iicswl/im_bryan_aylstock_courtappointed_lea
d_counsel_for/g36arc9/ Filing a lawsuit will
not affect your veteran's benefits. If a
resolution were reached that would entitle
you to compensation, service-connected VA
Disability Compensation Benefits would not
be affected; other benefits could be impacted
in certain situations. In the interim, we
suggest you consult with your attorney or
your local VA center.

https://www.reddit.com/r/Veterans/comment
s/iicmnp/im_bryan_aylstock_courtappointed_l
ead_counsel_for/g36a9qv/ This is not a class
action. In this litigation, each plaintiff is
treated as an individual, with each case
having its own facts and merits. In a class
action, you can benefit from a settlement
without taking any action; in a case like this
one, you must "raise your hand" (i.e. file a
lawsuit) to have your rights protected and to
hold 3M accountable.

https://www.reddit.com/r/Veterans/comment
s/iicmnp/im_bryan_aylstock_courtappointed_l
ead_counsel_for/g366zur/ I can assure you
that this litigation is very much real; however,
we have been made aware of fraudulent ads
regarding this case and have been working
diligently with the Court to address this issue.
The last thing we want is for plaintiffs or
potential future plaintiffs to be misled. If you
have been scammed because of one these

ads, please contact us through here or through the plaintiffs' website. Some of these ads have said there is a settlement or money is available now -- these are false and should be avoided.

Importantly, you should not provide any personal information or sign any documents relating to the 3M CAEv2 litigation if you are unsure of the validity of the request or sender. If you have retained a lawyer in this case, please contact them first before proceeding.

https://www.reddit.com/r/Veterans/comments/iicmnp/im_bryan_aylstock_courtappointed_lead_counsel_for/g3640pd/ Legal fees vary depending on your attorney agreement, and are firm-specific so I can't speak widely on it. Generally, the lawyer will work on a contingency fee. The way a contingency fee works is that the ATTORNEY will pay all expenses associated with your case, and ONLY if they recover anything on your behalf will the lawyer get paid - usually on a percentage of the recovery. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

I strongly recommend that you read the agreement you have with a lawyer carefully, ask questions, and get clarification before signing anything. But at the end of the day,

your fee agreement will dictate what percentage you receive of any recovery and what goes to the attorney. I would caution you from working with a lawyer requesting fees or payment prior to a resolution, or promising any specific amount. For this type of litigation, your lawyer should not expect you to pay any fees up front or in advance of a resolution.

Regarding the time commitment, a good lawyer will streamline much of this process. They will need your service records, medical information, and information regarding your use of the CAEv2. But at this point, much of the work being done in the litigation is on behalf of all plaintiffs, and we are currently working on cases involving a select number of servicemembers who will have their cases heard by a jury starting in April.

https://www.reddit.com/r/Veterans/comments/iicmnp/im_bryan_aylstock_courtappointed_lead_counsel_for/g35ye7u/ You are correct that the Court has appointed Ms. Reisman as a special master. If in the future there is anything to report on the settlement front, we would let you know, but the short of it is right now there is nothing to report. Our focus right now is to prepare for the first trial, which is scheduled for April. This is an important point as some veterans have been seeing advertisements claiming there is a

settlement -- this is false and we would advise anyone against responding to any such solicitation.

Vote ↑ ↓ Share Report Save



**mshaw09** 6 months ago

First off, I would like to thank you for taking the time to do this AMA, and the previous one as well. This subreddit has been full of misinformation and I fear that it's caused many injured Veterans to not seek legal assistance.

In May, Ellen K. Reisman was appointed as a special master to assist the Court in coordinating settlement discussions. Can you give us more information on that? Has any discussions taken place? It seems like the case isn't going well for 3M, especially since their Government Contractor Defense was shot down. Does 3M show any signs of settling, or at least discussing a settlement?

I understand that these questions may not be something you can answer in a public forum.

Thanks for your time.

↑ 24 ↓ Share Report Save

 bryanaylstock  6 months ago

Thank you, hopefully this AMA will be helpful!

You are correct that the Court has appointed Ms. Reisman as a special master. If in the future there is anything to report on the settlement front, we would let you know, but the short of it is right now there is nothing to report. Our focus right now is to prepare for the first trial, which is scheduled for April. This is an important point as some veterans have been seeing advertisements claiming there is a settlement -- this is false and we would advise anyone against responding to any such solicitation.

⬆ **5** ⬇   Share   Report   Save

 JamesTBagg 6 months ago

> This subreddit has been full of misinformation and I fear that it's caused many injured Veterans to not seek legal assistance.

Not just this sub, everywhere. Ads on damn near every website lead me to believe this was a giant scam.

⬆ **25** ⬇   Share   Report   Save

 **bryanaylstock** 🎤 6 months ago

I can assure you that this litigation is very much real; however, we have been made aware of fraudulent ads regarding this case and have been working diligently with the Court to address this issue. The last thing we want is for plaintiffs or potential future plaintiffs to be misled. If you have been scammed because of one these ads, please contact us through here or through the plaintiffs' website. Some of these ads have said there is a settlement or money is available now -- these are false and should be avoided.

Importantly, you should not provide any personal information or sign any documents relating to the 3M CAEv2 litigation if you are unsure of the validity of the request or sender. If you have retained a lawyer in this case, please contact them first before proceeding.

We're also very thankful for the moderators of r/Veterans for letting us have these AMA's to ensure that folks have access to accurate information.

⬆ **12** ⬇   Share   Report   Save

[deleted] 6 months ago · *edited 6 months ago*

It's real however you wont get any meaningful reward. Maybe like a $2 check. This is a class action suit which means everyone involved will get a divided check *when the defendant settles. Law firms push these "ads" and 1800 lawsuit numbers, because they get a large portion of the profits. This is essentially attorneys profiting off of your pain.

Source: I've done this before and my wife's an attorney.

⬆ -5 ⬇   Share   Report   Save

bryanaylstock 🔧 6 months ago

This is not a class action. In this litigation, each plaintiff is treated as an individual, with each case having its own facts and merits. In a class action, you can benefit from a settlement without taking any action; in a case like this one, you must "raise your hand" (i.e. file a lawsuit) to have your rights protected and to hold 3M accountable.

⬆ 14 ⬇   Share   Report   Save

 Goorancid 6 months ago

This is not a class action suit. It is mass tort as part of MDL.

⬆ **10** ⬇   Share   Report   Save

 ToeJammies 6 months ago

Attorney says a lot of nothing, servicemembers get nothing in return, lawyers get big money.

This is part of what is wrong with the US.

I dont see why anyone would sign up for these earplug lawsuits--by signing up it precludes your ability to use in the future. If you want to be a part of a class action lawsuit at least find an honest attorney who isn't going to take all the court mandate award. Attorneys and their class action lawsuits are the scum of the Earth and are only enriching their own pockets.

There. I said it.

⬆ **-5** ⬇   Share   Report   Save



**ReBoRn_SaNiTy** 6 months ago

Should service members be encouraged to seek litigation over this issue if they have used these plugs and what is the compensation usually for those people? Thanks!

⬆ **7** ⬇   Share   Report   Save

 **bryanaylstock**  6 months ago

There has not been any discussion about a settlement, and it is impossible for me to predict what kind of compensation plaintiffs could possibly receive.

The parties are preparing to begin the trial process. Several cases have been selected as "bellwethers," which are cases selected to provide the parties and the court with information on the strengths and weaknesses of various claims and defenses and the settlement value of cases. So we should have a better understanding of what to expect once those begin in April 2021.

As far as joining the lawsuit, it is a very personal decision. If you used 3M's combat earplugs and are now suffering from hearing injuries such as hearing loss or tinnitus, you can speak with a lawyer about your options. Our motivation as co-lead counsel on behalf of the plaintiffs in this case is to fight for the justice our

servicemembers deserve.

Like I said in response to a previous question, there is power in numbers. But we recognize how serious this decision is and there are considerations to weigh as an individual. We're not here to tell you whether or not to file a lawsuit, but if you have questions or concerns, you may want to speak to a lawyer about your rights; typically, there is no charge for such a consultation.

▲ **10** ▼   Share   Report   Save

Comment deleted by user   6 months ago

 **bryanaylstock** 🔑 6 months ago

First and foremost, I am sorry you are experiencing tinnitus after wearing 3M's defective Combat Arms earplugs, and your claim was denied by the VA. However, if you believe you suffered hearing loss as a result of wearing those earplugs, you may have a claim against 3M for its wrongful conduct. You also may want to consult a VA compensation lawyer to determine whether the VA's denial was appropriate.

With cases of this size, it can be difficult to see the value in adding just one more name, but there is strength in numbers. It would be much easier for 3M to ignore these cases if there weren't hundreds of thousands of veterans filing suit in order to hold them responsible, but every suit filed by someone who has been harmed by these defective earplugs is another chance to hold 3M accountable for its misconduct.

⬆ **14** ⬇   Share   Report   Save

[deleted] 6 months ago

How come you lawyers make more money than the Marines who were actually harmed by the ear plugs?

This lawsuit will be a drop in the bucket for 3M. A bunch of lawyers are gonna make a bunch of money and a bunch of Marines are going to get tiny settlements and still have hearing problems.

Why didn't you also sue the US gov for not adequately testing the ear plugs before telling Marines the were safe ? This is just as much the DODs fault as it is 3M.

⬆ **11** ⬇   Share   Report   Save

bryanaylstock  6 months ago

Let me take this in parts. First, legal fees are always a point of contention so I understand your skepticism. But keep in mind that if the lawsuit is not successful, it's the attorneys (not you) who put out several millions of dollars in expenses and resources. 3M is able to pay for the best defense attorneys possible, but most people can't pay hundreds of thousands of dollars in legal fees up front. So the way the system works is if we are successful, you'll receive your compensation and the lawyers will receive their fee. If we're not successful, the client is not charged for the work. And

as mentioned previously, this case is moving to trial and there has been no settlement. Because there is no settlement, none of the attorneys representing the Marines (or other servicemembers) have made any money. If and when there is a settlement, those attorneys will be paid according to the written fee agreements they have with their clients.

In response to your point on suing the government, 3M already agreed to pay $9.1 million to the government as part of a July 2018 settlement resolving allegations that it knowingly sold the CAEv2 to the United States military without ever disclosing the design defects. This money was paid to the government, not to servicemembers.

Additionally, at no point in time did 3M alert the military, DOD, or other purchasers that its earplugs were defective, and [recently unsealed documents](#) have proved as much. 3M knowingly misled the military by fabricating test results when the product was in development and then falsely marketing the earplugs' effectiveness to the military. In a recent court decision the Court ruled against 3M, saying that they could not claim, in essence, "the government made me do it." Even if the government was aware of the defect, which is not the case here, the government enjoys immunity

from most lawsuits involving injuries to our
servicemembers.

↑ 9 ↓   Share  Report  Save

[deleted] 6 months ago

So let me get this straight, gov contracts
a vendor for a product. Gov trusts
vendor for all QA, after the vendor QAs
there own product they give it to the
troop?

Seems like the gov should have a larger
role in quality assurance. If they keep
trusting the vendor for all QA, then this
shit is only going to keep happening .

Suing the vendor isn't going to change
as it's a drop the bucket.

↑ 1 ↓   Share  Report  Save

Goorancid 6 months ago

That is generally how government
procurement works. There are tons of
examples of improperly regulated or
manufactured goods being sold to
governments and the government
not being able to utilize the goods
(like Efraim Diveroli and his company
AEY). The government's service
contracts get exploited too. In fact
the term "fly by night" is based on
people who were contracted through

various governmental agencies -
namely the USPS - to air freight
certain shipments. Once the freight
was on board, the contractor
disappeared. Not to mention that the
government also buys into programs
with the concept of planned
obsolescence; buying more than
necessary because a product will be
discontinued and the government
will need backups (like the USAF's
purchase of PS3s).

The government generally relies on
commonly accepted standardization
through an industry to cover its most
basic QA requirements. The concept
of off the shelf equivalents is what
the government often drives for in
many of its standard purchase
orders. That is, it is like a product that
a non-government consumer (aka
citizen or business) could find and
purchase. The logic behind it is that
the manufacturer is better suited to
build a quality product as dealing
with customer service is a loss leader.

The government also attempts to
break up procurement and service so
as to not have all of the eggs put in
the same basket. Diversification of
these contracts will generally lead to

competition and product quality. At least in theory.

Generally, it is not a good idea for a company to screw up too many contracts because past performance is a consideration for future contracts. 3M does so much business with the government and has so many specifically manufactured products that one failed contract is hardly an issue. So it is easier for the government to sue on a poorly executed contracted.

The government does not insure itself but merely indemnifies losses. In terms of damages to military personnel, the government indemnifies itself through the VA via disability entitlements.

⬆ **2** ⬇   Share   Report   Save

⭕ [deleted] 6 months ago

Good point. How did they even let that happen for that long. 1999-2015 is a long time.

⬆ **4** ⬇   Share   Report   Save

[deleted] 6 months ago · *edited 6 months ago*

Why was the water at lejeune cancerous
?

Why did they drop agent orange?

Why did they hand out the M16 in Nam
and tell them it didn't have to be cleaned
?

Let's be clear, there's is a long history of
this shit. This is a fucking DOD problem,
not a 3M problem.

14    Share    Report    Save

 MovingInStereoscope 6 months ago

I was always under the impression that the Lejeune water was cause by the dry cleaners off base that was letting its waste chemical leak into the sewers.

And the M16 came down to it was supposed to be made of aluminum (which is resistant to corrosion) but when it made it through contracting, the manufacturers made it out of steel for cost reasons.

Don't get me wrong, the DoD makes bad choices with the health of troops (PFAs among other things) but not everything comes down to them.

   0   Share   Report   Save

[deleted] 6 months ago

Lejeune command knew about the water quality and did nothing. That is negligence. They actually tried to hide it.

And for the M16, the DOD should have confirmed they wouldn't jam before fielding them. Or at least suggest they should be cleaned .

I'm saying this is a negligence problem, suing the vendor isn't going to stop this shit from happening .

⬆ 1 ⬇   Share   Report   Save

 MovingInStereoscope 6 months ago

It's also a fraud problem on the vendors part, it's easier to prove fraud than negligence.

The DoD has established standards and if a vendor lies about a product and says they comply, then you go after the vendor. The amount of contracts the DoD goes through in a day is mind boggling, and is almost impossible to test every single purchased item against those mil specs.

 2    Share   Report   Save

 [deleted] 6 months ago

Oh there's definitely blame on the vendor, but blame can be shared.

DOD contracts are another story. The bureaucracy and inefficiency of that system is astounding , something you see in non market institutions with no accountability.

Hell the pentagon couldn't account for billions of dollars. These defective products are result of general inefficiency.

⬆ 1 ⬇   Share   Report   Save

 MovingInStereoscope 6 months ago

100% agree

⬆ 2 ⬇   Share   Report   Save

 Jegermuscles 6 months ago

I'm going to need a source for literally all of what you said.

⬆ -1 ⬇   Share   Report   Save



MovingInStereoscope 6 months ago

Literally 30 seconds on Google
to confirm.

Also a decade in the Marines
hearing about both many
times. I've actually held an
original aluminum AR.

---

reddit

🔍

Log In    Sign Up    👤 ▾

| 113 | 💬 I'm Bryan Ayl...   AMA Moderator Approved   ✕ Close

mad at these lawyers, be mad at the
system. Class actions are incredibly risky for
law firms, if they lost it could literally
bankrupt even a very large firm. Moreover,
you might see that the firm gets millions,
but typically even if you divided that all out
amongst the plaintiffs it wouldn't make a
significant difference in their compensation.
If the firm kept 10 million dollars in
compensation and there were one hundred
thousand plaintiffs, that'd be $100 extra per
person. Not a life-changing amount of
money sadly. And a firm can't sue the
federal government for compensation
unfortunately.

⬆ 3 ⬇  Share  Report  Save

| Help | About |
|---|---|
| Reddit App | Careers |
| Reddit Coins | Press |
| Reddit Premium | Advertise |
| Reddit Gifts | Blog |
| | Terms |
| | Content Policy |
| | Privacy Policy |
| | Mod Policy |

Reddit Inc © 2021. All rights reserved

[deleted] 6 months ago

I'm mad at the lawyers for not fixing the system. What we have right now is garbage, but instead of pushing for legal reform, lawyers are happy to collect a pay check while doing nothing that will prevent these things from happening in the future.

⬆ -3 ⬇   Share   Report   Save

Back to Top

Goorancid 6 months ago

Legal reform hardly comes from the legal system. It comes from congressional acts and oversight.

⬆ 6 ⬇   Share   Report   Save

[deleted] 6 months ago ·
 edited 6 months ago

Congressional acts = a bunch of former lawyers that hire lawyers to write laws

⬆ 0 ⬇   Share   Report   Save

 Goorancid 6 months ago

Only about thirty percent of the House and about 25 percent of the Senate are trained lawyers. Almost all of which do not practice while in office. In fact, they're legally forbidden from practicing law while in office. The practice of law is a perishable skill.

And I will argue that lawyers do not write the laws these people introduce. They're gibberish that is thrown onto a piece of paper with input from lobbyists, other congressional members, interns, the congressman's dog walker, and several other interested sources who have the congressional member's ear for a brief period of time.

 2  Share  Report  Save

 Not_very_educated 6 months ago

Not just marines. I was in the 82nd and we used them alot.

 3  Share  Report  Save

[deleted] 6 months ago

> I originally posted this in r/usmc but was told to post here, so I copy pasted. No disrespect meant

⬆ 2 ⬇   Share   Report   Save

viperguy56 6 months ago

That's just how a class action law suit is structured. The law firm takes maybe 30-40% of the settlement and the remaining is divided among the plaintiffs. So if the settlement is say $10 million and there's 1000 veterans then the law firm gets $4 million as their fee and the $6 million is divided so each veteran would get $6,000. Obviously the more plaintiffs the smaller the distribution of the settlement. It's just how the math works out, even if the law firm only took 10% then as long as there are at least 10 plaintiffs the law firm will make more than an individual plaintiff.

⬆ 2 ⬇   Share   Report   Save

 mshaw09 6 months ago

This isn't a class action lawsuit. Each plaintiff has their own individual lawsuit. Each plaintiff will be given the opportunity to accept a settlement amount (if 3M settles, that is) or continue the course and take their case to trial.

⬆ **1** ⬇   Share   Report   Save

 [deleted] 6 months ago

When this many people are affected 3M turns it into a class action suit. The court systems can't and wont handle thousands of the same type of claim from one defendant.

⬆ **-3** ⬇   Share   Report   Save

 mshaw09 6 months ago

That is incorrect. It becomes an MDL. Here's what OP said in response to other person in this thread:

"An MDL, or multidistrict litigation, occurs when multiple civil cases (lawsuits) that share a common issue (injury and defendant) are transferred to a single district court. In this case, all cases have been transferred to the U.S.

District Court for the Northern District of Florida in Pensacola, Florida. Although plaintiffs in most personal injury MDLs are part of a large, consolidated group with a common defendant (3M) and similar claims, the plaintiffs typically are not part of a class.

In this MDL, each plaintiff is treated as an individual, with each case having its own facts and merits. In a class action, you can benefit from a settlement without taking any action; in a case like this one, you must "raise your hand" (i.e. file a lawsuit) to have your rights protected and to hold 3M accountable."

4    Share   Report   Save

Goorancid 6 months ago

This is exactly why I asked him to explain the difference.

3    Share   Report   Save

[deleted] -6 points · 6 months ago

3 children

 Goorancid 6 months ago

This is not a class action. The court system can and shall account for an increased volume of suits against a single defendant, especially considering the individualized basis for claims of each Plaintiff. A class action would be inappropriate.

↑ 3 ↓   Share   Report   Save



[deleted] 6 months ago

I get it. But how does that help the plaintiffs?

We've been getting shitty, defective, and/or dangerous gear for years. These class action lawsuits won't do shit to a big company like 3M. A couple million to them is nothing and suing the vendors hasn't stopped the military getting defective gear.

The DOD should actually make sure this gear is effective and be held responsible if it's not.

Edit: companies choose to face lawsuits rather than recall products. These class action lawsuits benefit the lawyers and barely affect those harmed and those responsible will keep doing the same shit.

⬆ -2 ⬇   Share   Report   Save

crazysult 6 months ago

Because $6,000 is more than 0.

⬆ 3 ⬇   Share   Report   Save

[deleted] 6 months ago

Plaintiffs aren't getting 6000, besides that doesn't do anything to stop the negligence from happening again.

3M will still make a profit even with the lawsuit.

DOD will continue to have shitty QA practices.

Lawyer collects a paycheck.

Cycle repeats

0   Share  Report  Save

crazysult 6 months ago

> Plaintiffs aren't getting 6000

You don't know how much each will get. No one does. I'd take 100 dollars over zero dollars.

2   Share  Report  Save

[deleted] 6 months ago

I'm sure you'd love 100 dollars. But that's not helping anyone's hearing loss and it's not actually addressIng the root cause of these issues. No DOD responsibility or accountability for preventable negligence.

↑ -1 ↓   Share   Report   Save

 crazysult 6 months ago

Better than nothing. Not my responsibility to fix the DoD or corrupt corporations. Can't fix the past, can't fix the future. At least these folks will get something.

↑ 0 ↓   Share   Report   Save

[deleted] 6 months ago

Lawyers can fix the DOD.

Yeah the folks MIGHT get something, but it's better to prevent this issues from happening via legal and policy reform. Or else it's just gonna keep happening.

Class actions are just band aids on a bullet hole.

⬆ **1** ⬇   Share   Report   Save

crazysult 6 months ago

> Lawyers can fix the DOD.

Good for them, they can do their thing. Maybe you have a team of lawyers willing to sue the government for free but most of us don't.

⬆ **0** ⬇   Share   Report   Save

**Continue this thread** 

 viperguy56  6 months ago

I would disagree. Class action law suits can have an impact. Some class actions have had significant payouts by the defendant and some cases the plaintiffs have also received significant payouts. It just depends on the math: how big is the settlement and how many veterans are there receiving it.

Absolutely the DoD holds some of the responsibility for the outcome. But that's a different legal process and I'm sure more complex then suing a private company.

 1    Share   Report   Save



[deleted] 6 months ago

Yeah but there's a pattern of this happening repeatedly with the military.

Hearing loss is minor compared to some of the shit that happens, like cancer.

Until the DOD is held responsible , service members are going to bear the brunt of the negligence, which often times a settlement will not help.

1  Share  Report  Save



Goorancid 6 months ago

There seems to be a lot of confusion around these cases as MDL and a Class Action against 3M. Could you describe, in lay speak, the differences and how individual claims will be heard/settled?

2  Share  Report  Save

**bryanaylstock**  6 months ago

An MDL, or multidistrict litigation, occurs when multiple civil cases (lawsuits) that share a common issue (injury and defendant) are transferred to a single district court. In this case, all cases have been transferred to the U.S. District Court for the Northern District of Florida in Pensacola, Florida. Although plaintiffs in most personal injury MDLs are part of a large, consolidated group with a common defendant (3M) and similar claims, the plaintiffs typically are not part of a class.

In this MDL, each plaintiff is treated as an individual, with each case having its own facts and merits. In a class action, you can benefit from a settlement without taking any action; in a case like this one, you must "raise your hand" (i.e. file a lawsuit) to have your rights protected and to hold 3M accountable.

 4 ⬇   Share   Report   Save

[deleted] 6 months ago

I received a notice of my potential eligibility for a class action suit recently and buried in the small print they stated my expected payout could be approximately $13.

If there is a payout for this suit can the members expect it to be some trivial amount with the rest being eaten up by court costs, lawyers fees, administrative fees, or are you expecting a payout to be actually meaningful?

⬆ 2 ⬇   Share   Report   Save

**bryanaylstock**  6 months ago

First, just to clarify -- this case is not a class action. Although all these cases have been consolidated in one court, each plaintiff is still treated as an individual, with each case having its own facts and merits.

As far as potential payouts go, at this point I can't possibly predict how this case will resolve and how much a plaintiff might expect to receive. And I don't know the facts or circumstances of the settlement you received in a separate class action (although class actions typically do not involve physical injuries like this 3M earplug case does). So it's very difficult to make comparisons between what you received in the mail in this case, but I suspect there are hardly if any similarities.

That said, I have great respect for all of you who put your life on the line, and myself and my co-lead counsel take that responsibility very seriously. Judge Rodgers, who is overseeing this case, also served in the military. That of course does not mean she will be "for us" or "against us", but what it does mean is that there is an understanding of what you all have gone through and face.

The short of it is that we as plaintiffs' counsel are fighting not just for compensation but for the justice our servicemembers deserve after being injured as a result of 3M's negligence.

 **5**    Share   Report   Save

[deleted] 6 months ago

> Although all these cases have been consolidated in one court, each plaintiff is still treated as an individual, with each case having its own facts and merits.

> > I suspect there are hardly if any similarities.

That sounds like great news then, though if each case is handled separately on it's own merits, I expect this will take some great amount of time to shake out. Thanks for taking the time to answer.

↑ **2** ↓   Share   Report   Save

 LovYouLongTime 6 months ago

The payout in these types of settlements are usually enough to buy yourself dinner from Applebee's (not including a beverage or tip). The legal fees eat up the majority of the settlement and then the people who were the claimants usually get next to nothing because there are so many people who jumped on the list.

↑ **-3** ↓   Share   Report   Save

[deleted] 6 months ago · *edited 6 months ago*

Realistically what is anyone who suffered hearing loss going to get out of this if they partake? I have hearing loss and tinnitus and I'm sure it's from those hearing plugs. But why would I want to even try to take part for like 20$ or something? Not to sound ungrateful but it seems like it will be a waste of time since so many will be involved.

Edit: typos

⬆ **2** ⬇    Share    Report    Save

**bryanaylstock**  6 months ago

First and foremost, I am sorry you are experiencing hearing loss and tinnitus; after speaking with hundreds of servicemembers I know the enormous impact it can have on your everyday life.

As I mentioned to someone else, with cases of this size, it can be difficult to see the value in adding just one more name, so I understand where you're coming from.

And I know I sound like a broken record at this point, but there is strength in numbers. It would be much easier for 3M to ignore these cases if there weren't hundreds of thousands of veterans filing suit in order to hold them responsible, and every suit filed is another one that they have to answer for

their wrongdoing. At the same time, it's a very individual and serious choice. If you suffered hearing loss as a result of wearing those earplugs, you should consider protecting your rights under the law. A good lawyer walks their client through what the process entails, pros and cons, etc. Because most lawyer agreements are contingent upon the amount of any recovery, the lawyer is incentivized to get you the fullest recovery possible under the law.

⬆ 3 ⬇    Share   Report   Save

 [deleted] 6 months ago

Okay so hypothetically speaking, if I got a lawyer/attorney (idk if there's a difference?) How much of my time would they realistically need to prove it? For example if I work full time, go to school full time, got a whole army of rugrats to take care of. Is this something where I would have to go to court for a long period of time? I'm sure that's a weird question since you can't see into the future but idk

⬆ 1 ⬇    Share   Report   Save



**bryanaylstock** 🔧 6 months ago

Most of this case will be handled by your attorneys (same thing as a lawyer), and they will work with you on any time constraints you may have. Typically, they will need access to your service records and conduct an interview with you about your time in the military, use of the CAEv2, current health issues, etc. Your time commitment should not be significant once your complaint is filed. There is a slight chance your case could be activated for bellwether discovery or be set for trial, and in such case more time may be required. Your lawyer can more fully advise you. Currently, 24 out of the approximately 200,000 cases have been selected thus far for bellwether trials.

2   Share   Report   Save



**mshaw09** 6 months ago

Since this is a mass tort, where every plaintiff has their own individual lawsuit, you are likely to get more than $20, if there is a settlement or 3M loses at trial. Now, if 3M offered you such a small amount in a settlement, and you accepted their offer, that's on you.

Let's say 3M settles and they offer you less than you feel you deserve, then you will get to decided whether or not to accept their offer or to take your specific case to trial.

I don't think you fully understand how this process works. This isn't a class-action lawsuit.

 4    Share   Report   Save

[deleted] 6 months ago

I most certainly have zero clue how it works lol. That's why I'm on the AMA asking questions. Although it does say it isn't class action I can't imagine that they really will pay much anyhow if I somehow settled. If they hired the best law firm in the world to defend them and they are indeed a multi billion dollar company then my poor ass certainly cannot afford a lawyer of caliber to win me any substantial amount of money. Substantial amount is obviously something that would vary. What is substantial to me may not be to others and vice Versa. I have no experience with any lawsuits or anything. Thank you for explaining that though! I do appreciate it. Learn something new everyday

 6 Share Report Save

[deleted] 6 months ago

Not for the lawyers, they will get paid thousands, if not millions in legal fees.

 1 Share Report Save

[deleted] 6 months ago

Yep. Oh well at least my one ear doesn't ring 24/7 lol. Got that going for me

 2 Share Report Save

[deleted] 6 months ago

"Hey do you want $20 dollars for that? You're welcome"

Collects six figures in legal fees.

⬆ 1 ⬇   Share   Report   Save



LiteralWarCriminal 6 months ago

We were briefed on these earplugs January 2003, and they were given to us the next month before we deployed for the Iraq invasion. I used the combat earplugs for the entirety of my active duty career. I was given a 10% rating by the VA for tinnitus, what else would I need to move forward?

⬆ 1 ⬇   Share   Report   Save



bryanaylstock 🎤 6 months ago

I'm sorry to hear about your tinnitus. An attorney can assist you with the next steps of obtaining records and filing a complaint if you would like to do so. You may also want to visit the website here to get the latest information on where the case stands.

⬆ 3 ⬇   Share   Report   Save

 fistdeep43 6 months ago

At what point will members receive an official update from the law firm? Just kind of curious because it's been months since they've touch base with me.

1 Share Report Save

 bryanaylstock  6 months ago

Your best option is to call your lawyer to check in. But for now, much of the work in the litigation is occurring "behind the scenes" and on behalf of every plaintiff, so it would be normal for there not to be any activity on your specific case.

For the case as a whole, we try to keep the official plaintiff website updated with key decisions and news articles. You can find the website here if you want to check out the most recent developments. There was recently a major decision with the court denying one of 3M's key defenses (they had sought to "blame the government", which the court rejected).

2 Share Report Save



**AirPhforce** 6 months ago

I have service connected tinnitus and used those ear plugs during the years listed. I distinctly remember them.

What actions should I take?

⬆ 1 ⬇   Share   Report   Save



**bryanaylstock** 🎤 6 months ago

First, I'm sorry to hear about your injury. You should consult with an attorney about your legal rights and they will assist you with the next steps of obtaining records and filing a complaint, if that's what you'd like to do. You might also want to check out the [plaintiffs' website](#) to learn about recent developments in the case, including the court rejecting 3M's "the government made me do it" defense.

⬆ 2 ⬇   Share   Report   Save



**NerfHerder4life** 6 months ago

Will the payouts be based on extent of injury or blanket payout? Is there any chance to have them pay for all future medical advances such as the new nuerolink from Elon?

⬆ 1 ⬇   Share   Report   Save

 **bryanaylstock** 🔑 6 months ago

Because this is a mass tort and not a class action, each claim or individual's lawsuit is treated separately, with each case having its own facts and merits. As a result, in a mass tort, compensation varies based on the facts of each claim.

As I mentioned before, at this point I can't possibly predict how this case will resolve and how much a plaintiff might expect to receive. I do share your excitement for medical advances being made seemingly every day, though. WIth these injuries, unfortunately, they only progress in one direction. So we are thinking through those ramifications as part of our advocacy, knowing that many servicemembers have a long life ahead of them with hearing loss and tinnitus that will likely only worsen.

⬆ 2 ⬇   Share  Report  Save



kirbaeus 6 months ago

> However, the Court ruled against them last
> month, saying that they could not claim, in
> essence, "the government made me do it."
> This was a significant victory win for the
> plaintiffs as we move toward trial; the first
> is scheduled for April 2021.

I'm a potential plaintiff (wore these in Iraq
doing convoy security, just checked my
Audiology report which actually lists the
earplugs). But I also just graduated from Law
School where I wrote about this contractor
defense used by KBR to indemnify
themselves from suits due to Burn Pits. Real
interesting. Very glad to see the Court threw
this defense out in this case.

⬆ **10** ⬇   Share   Report   Save



[deleted] 6 months ago

It seems like due diligence was not conducted
by the DOD, why are they not being held
responsible too?

⬆ **6** ⬇   Share   Report   Save



androcus 6 months ago

Thanks for doing all this work and this AMA.

⬆ **6** ⬇   Share   Report   Save



**skank_parade** 6 months ago

Just since other veterans with tinnitus are reading this thread .... has anyone found anything that helps with their symptoms? I've had this for years, hearing loss above 8kHz, constant 8 kHz squeal in both ears. Sucks!

⬆ **2** ⬇   Share   Report   Save



**marxr87** 6 months ago

White noise (fan etc.) is pretty much all i've got to offer as advice

⬆ **4** ⬇   Share   Report   Save



**fa53** 6 months ago

I have hearing loss and tinnitus, but I don't know what earplugs I had in Iraq. How can I even find out if I had these?

⬆ **2** ⬇   Share   Report   Save

 bryanaylstock 🔑 6 months ago

From 1999 to 2015, the United States Military purchased and distributed 3M's combat earplug. Throughout most of that time period, they were widely circulated and used across the military. In many cases, they were the standard-issue earplugs servicemembers were given. The CAEv2 had a distinctive color scheme, and was the only dual-ended earplug used by the U.S. military before or since.

Most lawyers will assist you with finding out whether you used them or not. They will ask for a variety of records pertaining to your service and hearing issues. And it's also your lawyer's job to obtain documents you may not have access to and/or have difficulty accessing.

Through the litigation, we are obtaining records from 3M and the military that will help us substantiate this as well.

⬆ 1 ⬇   Share   Report   Save

 fa53 6 months ago

These sound like what I had, but I no longer have them. So how would I go about proving it?

 1 ⬇   Share   Report   Save



**bryanaylstock** 🎤 6 months ago

Your lawyers will be able to assist you in proving you used the earplugs or were in places where the earplugs were widely used. From 1999 to 2015, the CAEv2 were widely circulated and used across the military. In many cases, they were the standard-issue earplugs servicemembers were given; they had a distinctive color scheme and were the only dual-ended earplug used by the U.S. military before or since.

⬆ **2** ⬇    Share    Report    Save



So_Thats_Nice 6 months ago

They were the green/yellow rubber earplugs from my understanding. I was Army and we used these almost exclusively while I was in Iraq (05-06). I was combat arms, not sure if everyone got the same earplugs.

⬆ **1** ⬇    Share    Report    Save



**jholler0351** 6 months ago

I understand that you cannot answer all the "how much will I get" questions, as there are so many variables. Can you say however what a ballpark PERCENTAGE of settlement would be that actually goes to the claimant after legal fees, etc are taken out?

I know the law firms want as many names as possible, but so many of us are trying to decide if it will be worth the time and effort TO US.

⬆ **1** ⬇   Share   Report   Save

 **bryanaylstock** 🔬 6 months ago

Legal fees vary depending on your attorney agreement, and are firm-specific so I can't speak widely on it. Generally, the lawyer will work on a contingency fee. The way a contingency fee works is that the ATTORNEY will pay all expenses associated with your case, and ONLY if they recover anything on your behalf will the lawyer get paid - usually on a percentage of the recovery. If there is no recovery on your behalf, the expenses are still the lawyers' responsibility and not yours.

I strongly recommend that you read the agreement you have with a lawyer carefully, ask questions, and get clarification before signing anything. But at the end of the day,

your fee agreement will dictate what percentage you receive of any recovery and what goes to the attorney. I would caution you from working with a lawyer requesting fees or payment prior to a resolution, or promising any specific amount. For this type of litigation, your lawyer should not expect you to pay any fees up front or in advance of a resolution.

Regarding the time commitment, a good lawyer will streamline much of this process. They will need your service records, medical information, and information regarding your use of the CAEv2. But at this point, much of the work being done in the litigation is on behalf of all plaintiffs, and we are currently working on cases involving a select number of servicemembers who will have their cases heard by a jury starting in April.

⬆ **1** ⬇   Share   Report   Save


jholler0351 6 months ago

What is the industry standard percentage that the law firm keeps, or lacking a standard, what is the percentage YOUR firm will be keeping of any awards?

⬆ **1** ⬇   Share   Report   Save

 HandsInMyPockets247  6 months ago

30-40% is standard. My firm is charging me 30% on this.

 **2** Share  Report  Save

 Goorancid  6 months ago

In general terms, an attorney/law firm can charge anything that they want. However, according to the ABA Model Rule for Professional Conduct, the fees must be reasonable. See Model Rule 1.5. That being said, what is reasonable depends on several factors. Also, keep in mind not all states have adopted the Model Rules and may have set their own rules.

It is industry average that fees for contingency cases remain around 1/3 of or up to about 40% of the settlement or court award. It will mostly depend on how your attorney has set up the fee structure.

  **2** Share  Report  Save



**curly_haired_tog** 6 months ago

In my deployment in 2003 and when I was back at my station stateside, I was issued these. I do have hearing issues as well (CE/Combat Engineer in the USAF), since you're the more legit POC/SME on this, who would I need to talk to?

⬆ **1** ⬇   Share   Report   Save



**bryanaylstock** 🔑 6 months ago

Most servicemembers who filed a lawsuit regarding these earplugs have hired an experienced attorney to represent their interests. The list of firms that have been appointed by the court to lead this litigation on behalf of servicemembers can be found [here](#); however, a plaintiff is not obligated to hire one of these firms (or any firm at all should they decide to file a lawsuit on their own).

⬆ **1** ⬇   Share   Report   Save



**Goorancid** 6 months ago

How many bellwether cases can we expect to see with this MDL? Are they full cases containing an opening, arguments, and closing? Are they conducted in front of a bench or jury? Approximately how long do bellwether cases last?

⬆ **1** ⬇   Share   Report   Save

 **bryanaylstock**  6 months ago

The court has selected four bellwether trial groups consisting of six cases in each group. These are individual plaintiffs whose cases are each being prepared by their individual attorneys with assistance from the court-appointed plaintiffs leadership. When they proceed to trial, they will be in front of a jury and there will be opening statements, full presentation of evidence, and closing statements. We anticipate the trials will be two to three weeks in length. The purpose of these "bellwether" trials are for us, 3M and the court to better understand the strengths and weaknesses of the claims and conduct at issue here. The first bellwether trial is scheduled for April.

⬆ 1 ⬇   Share   Report   Save

 Goorancid 6 months ago

More questions as to MDLs. In regards to bellwether case groups, are the individual groups based around similar operative facts? For example, would all P's in the group suffer from the same amount of hearing loss. If not, how do the different groups relate to each other in terms of claims or damages? Also, are all of the cases heard by the same Judge?

⬆ 1 ⬇   Share   Report   Save



HandsInMyPockets247 6 months ago

The letter I got from my law firm said there were 24 cases selected.

 1 Share Report Save



HandsInMyPockets247 6 months ago

For anyone a part of this or thinking about it just remember, it's realistically going to be YEARS before any payouts occur.

 1 Share Report Save



Bigcrusher 6 months ago

What is the qualification for joining the class action lawsuit? Heaven knows there is a bunch of us here that are mostly or partially deaf that could more than likely be caused by those earplugs.

 1 Share Report Save

 **bryanaylstock** 🔑 6 months ago

If you wore 3M's CAEv2 earplugs from 2003-2015 and now suffer from any hearing issues (hearing loss/tinnitus/etc.), you should consult with an attorney about your legal rights.

And to clarify, this is a mass tort and not a class action lawsuit. A key difference to be aware of is that you can benefit from a class action settlement without taking any action. In a mass tort, you have to file a lawsuit.

For everyone's awareness, as of today approximately 200,000 servicemembers and veterans are part of the case against 3M.

⬆ **1** ⬇   Share   Report   Save

 **jasunto** 6 months ago

How do you know if it was the shots taken with them in or out?

⬆ **1** ⬇   Share   Report   Save

 **mainelyadad** 6 months ago

I still have the ones issued to me in 2005 in Ramadi.

⬆ **1** ⬇   Share   Report   Save



B0neheaded 6 months ago

Can I come testify?

↑ 1 ↓   Share   Report   Save

More posts from the Veterans community