## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, March 22, 2021 10:32 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, March 22, 2021 3:30:30 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 3/22/2021 at 11:30 AM EDT and filed on 3/22/2021
**Case Name:** IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:** MDL No. 2885
**Filer:**
**Document Number:** 1190

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ([1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579,**

MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)

**Case Name:**        Willard v. 3M Company et al
**Case Number:**      MN/0:21-cv-00585
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**        Taylor v. 3M Company et al
**Case Number:**      MN/0:21-cv-00589
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**        Soto, Jr. v. 3M Company et al
**Case Number:**      MN/0:21-cv-00556
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

| | |
|---|---|
| **Case Name:** | Midyette v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00526 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

| | |
|---|---|
| **Case Name:** | Wiedrich v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00584 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-*

*cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**     Scott v. 3M Company et al

**Case Number:**     MN/0:21-cv-00560

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**     Ulmschneider v. 3M Company et al

**Case Number:**     MN/0:21-cv-00595

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

| | |
|---|---|
| **Case Name:** | Patterson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00565 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

| | |
|---|---|
| **Case Name:** | Scanlan v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00559 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**      Prichard v. 3M Company et al

**Case Number:**      MN/0:21-cv-00546

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**      Bragg v. 3M Company et al

**Case Number:**      MN/0:21-cv-00579

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**      Kirk v. 3M Company et al

**Case Number:**      MN/0:21-cv-00516

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

| | |
|---|---|
| **Case Name:** | Sotelo v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00554 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

| | |
|---|---|
| **Case Name:** | Patrick v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00564 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-*

*cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**          Roberts et al v. 3M Company et al
**Case Number:**        MN/0:21-cv-00549
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**          Hielscher v. 3M Company et al
**Case Number:**        MN/0:21-cv-00496
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**       Williams v. 3M Company et al
**Case Number:**   MN/0:21-cv-00586
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**Case Name:**       Perry v. 3M Company et al
**Case Number:**   MN/0:21-cv-00545
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-99) - 18 action(s)** *re: pldg. ( [1181] in MDL No. 2885, 1 in MN/0:21-cv-00496, 1 in MN/0:21-cv-00516, 1 in MN/0:21-cv-00526, 1 in MN/0:21-cv-00545, 1 in MN/0:21-cv-00546, 1 in MN/0:21-cv-00549, 1 in MN/0:21-cv-00554, 1 in MN/0:21-cv-00556, 1 in MN/0:21-cv-00559, 1 in MN/0:21-cv-00560, 1 in MN/0:21-cv-00564, 1 in MN/0:21-cv-00565, 1 in MN/0:21-cv-00579, 1 in MN/0:21-cv-00584, 1 in MN/0:21-cv-00585, 1 in MN/0:21-cv-00586, 1 in MN/0:21-cv-00589, 1 in MN/0:21-cv-00595)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/22/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00496, MN/0:21-cv-00516, MN/0:21-cv-00526, MN/0:21-cv-00545, MN/0:21-cv-00546, MN/0:21-cv-00549, MN/0:21-cv-00554, MN/0:21-cv-00556, MN/0:21-cv-00559, MN/0:21-cv-00560, MN/0:21-cv-00564, MN/0:21-cv-00565, MN/0:21-cv-00579, MN/0:21-cv-00584, MN/0:21-cv-00585, MN/0:21-cv-00586, MN/0:21-cv-00589, MN/0:21-cv-00595 (JC)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory    ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr    bbarr@levinlaw.com

MICHAEL ANDREW BURNS    epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00585 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00585 Notice will not be electronically mailed to:**

**MN/0:21-cv-00589 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00589 Notice will not be electronically mailed to:**

**MN/0:21-cv-00556 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00556 Notice will not be electronically mailed to:**

**MN/0:21-cv-00526 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00526 Notice will not be electronically mailed to:**

**MN/0:21-cv-00584 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00584 Notice will not be electronically mailed to:**

**MN/0:21-cv-00560 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00560 Notice will not be electronically mailed to:**

**MN/0:21-cv-00595 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00595 Notice will not be electronically mailed to:**

**MN/0:21-cv-00565 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00565 Notice will not be electronically mailed to:**

**MN/0:21-cv-00559 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00559 Notice will not be electronically mailed to:**

**MN/0:21-cv-00546 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00546 Notice will not be electronically mailed to:**

**MN/0:21-cv-00579 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00579 Notice will not be electronically mailed to:**

**MN/0:21-cv-00516 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid     frashid@greeneespel.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00516 Notice will not be electronically mailed to:**

**MN/0:21-cv-00554 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Robert Carmichael Brock     mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel     jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00554 Notice will not be electronically mailed to:**

**MN/0:21-cv-00564 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00564 Notice will not be electronically mailed to:**

**MN/0:21-cv-00549 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00549 Notice will not be electronically mailed to:**

**MN/0:21-cv-00496 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00496 Notice will not be electronically mailed to:**

**MN/0:21-cv-00586 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Faris Rashid    frashid@greeneespel.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00586 Notice will not be electronically mailed to:**

**MN/0:21-cv-00545 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Robert Carmichael Brock    mike.brock@kirkland.com, 3M_KE_Admin@kirkland.com, lmrussell@kirkland.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

S Jamal Faleel    jfaleel@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00545 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/22/2021] [FileNumber=1047807-0]
[8e29287b13fdfd65712bdd88b7ae3428b308cd33283450943b4af26977ebc3d8d35f
322f2949adde996d7784d755f10060e5faa6a3005f9033fb6ed65e2a45c7]]