# EXHIBIT 1

| | |
|---|---|
| **From:** | Rick Paul |
| **Sent:** | Monday, October 12, 2020 4:29 PM |
| **To:** | Tevenia_Jacobs@flnd.uscourts.gov |
| **Cc:** | Bryan F. Aylstock; Brock, Mike; Nomellini, Mark J.; Mike Burns; Kimberly Branscome |
| **Subject:** | In re: 3M: Minnesota Pleadings (10/12/20) |

Judge Rogers / Tevenia:

Pursuant to paragraph 1 of the Court's Joint Coordination Order Relating to Minnesota Actions (PTO 41), I have updated the Droxbox link below to add recent pertinent filings from the In re: 3M Combat Arms Earplug Litigation proceeding in Minnesota state court.  Specifically, the folder contains the following documents:

10/12/20 Common Benefit Order
Updated Excel Spreadsheet on Cases pending in either state or federal court in Minnesota

https://www.dropbox.com/sh/k1ciart3pmcsidn/AAAsYO5TdsRAoMB6D290wsvsa?dl=0

I will continue to add new filings to the Dropbox and email the Court with the Dropbox link and identify the new material filings in Minnesota.

**Rick Paul**

Managing Partner

**PAUL LLP**
**TRIAL ATTORNEYS**

601 Walnut Street, Suite 300
Kansas City, Missouri 64106
(816) 984-8100 (P)
Rick@PaulLLP.com

DISCLAIMER:  The information contained in this message, any attachments thereto, and any information contained in messages replying to this message are privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email, and any attachments thereto, is strictly prohibited.  If you have received this email in error, please immediately notify me by telephone and permanently delete the original and any copy of this email and any printout thereof.  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of email that (1) email communication is not a secure method of communication, (2) any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you, or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.  I am communicating to you via email because you have consented to receive communications via this medium.  If you change your mind and want future communications sent in a different fashion, please let me know AT ONCE.