UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on: March 22, 2021
Motion/Pleadings: Motion for Leave to File Reply in Support of Limited Objection and Motion to Modify Common Benefit Order
Filed by: Rick Paul   on  March 22, 2021   ECF # 1717
RESPONSES:
_____ on _____ ECF # _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is **GRANTED**. The reply is due on March 30, 2021 and must comply with the Local Rules.

**DONE and ORDERED** this 23rd day of March, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**