UNITED STATES DISTRICT OF COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION, *et al.*<br><br>*This document relates to: All actions.* | CASE NO. 3:19-MD-2885<br>CASE NO. 3-19-CV-1454<br>CASE NO. 3-19-CV-1498<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## **MEMORANDUM OF ATTORNEY WITHDRAWAL**

Ryan J. Loehr hereby enters his withdrawal as counsel in the above-referenced case for 3M Combat Arms Earplug Products Liability Litigation, *et al*.

Respectfully submitted,

**RYAN J. LOEHR, ESQ.**

Dated: March 23, 2021

*/s/ Ryan J. Loehr*
Ryan J. Loehr, KS Bar: 25578
2600 Grand Boulevard, Ste. 440
Kansas City, Missouri 64108
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
rjl@edgarlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on March 23, 2021, I filed a copy of the foregoing with the Court's electronic filing system, which will serve notice and copies of the same to all counsel of record.

                                                 */s/ Ryan J. Loehr*
                                                 Attorney for Plaintiff