UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br><br>Magistrate Judge Gary R. Jones |

**MOTION TO CORRECT THE RECORD WITH REGARD TO MEMORANDUM IN OPPOSITION TO RICHARD M. PAUL'S LIMITED OBJECTION & MOTION TO MODIFY COMMON BENEFIT ORDER**

Plaintiffs respectfully file this memorandum to correct a misstatement of fact in their Opposition to Richard M. Paul's Limited Objection & Motion to Modify Common Benefit Order, ECF No. 1700.

In moving for leave to file a reply, Paul states that he informed the Court and the MDL PLC of the Minnesota common benefit order the day it was entered. ECF No. 1717 at 1-2. Paul is correct. Plaintiffs' statement that "Paul failed to communicate that the Minnesota court had entered a common benefit order in the Coordinated Actions," ECF No. 1700 at 2, was imprecise and mistaken, and the undersigned apologizes to the Court for this error. Plaintiffs' only intention was to echo the Court's sentiment that "the best time for the two courts to have coordinated on this matter would have been prior to any common benefit order being entered by either court." ECF No. 1684 at 2. That Paul sent an email attaching the Minnesota

1

order after it was entered does not affect Plaintiffs' argument that his communication was untimely or change Plaintiffs' position that Paul's objection should be denied.

Date:  March 23 2021                Respectfully submitted,

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
SEEGER WEISS LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Brian H. Barr, Co-Liaison Counsel
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY, & PROCTOR, P.A.
316 South Baylen Street
Pensacola, FL 32502
Tel.: (850) 435-7044
bbarr@levinlaw.com

Michael A. Burns, Co-Liaison Counsel
MOSTYN LAW FIRM
3810 W. Alabama Street
Houston, TX 77027
Tel.: (713) 714-0000
epefile@mostynlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**
## **WITH LOCAL RULE 7.1(F)**

I hereby certify that the foregoing contains 183 words and complies with the Local Rule 7.1(F).

*/s/ Bryan F. Aylstock*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Bryan F. Aylstock*