UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Estes,* 7:20cv137<br>*Hacker,* 7:20cv131<br>*Keefer,* 7:20cv104 | MDL No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**DECLARATION OF CHRISTOPHER A. SEEGER**

Christopher A. Seeger hereby declares under penalty of perjury as follows:

1. I, Christopher A. Seeger, am a founding partner at the law firm Seeger Weiss LLP in New Jersey. I am over the age of eighteen years and competent and qualified to make this declaration in response to this Court's Order, Dkt. No. 1714.

2. Seeger Weiss LLP does not collect or store personal information on visitors to its websites. Seeger Weiss LLP has never engaged in geographical targeting of advertising relating to 3M or the 3M litigation. Seeger Weiss LLP does not possess information that has been used or could be used to target any type of 3M or 3M litigation advertisements to Florida or any specific Florida county or counties.

3. Seeger Weiss LLP contracts with Google Analytics, which I understand is a tool widely used to provide web-related technical services, for the limited purposes of tracking total traffic (*i.e.*, counting all visitors to the website) and

1

conversions (*i.e.*, counting what portion of visitors attempt to retain Seeger Weiss LLP by completing a form or following a linked number) relating to Seeger Weiss LLP websites.[1] Upon investigation, it is my understanding that while Google Analytics may collect or store further information, Seeger Weiss LLP does not and has not accessed or used that information for any purpose, including for advertising or other public statements relating to 3M or this litigation.

4.    The website www.3MEarplugMDL.com does not contain cookies that collect a user's personal identifying information. By default, the site does provide the number of visitors, and the general geographic location of visitors, although Plaintiffs' Counsel has never accessed or requested such information. No third-party tracking or pixels have been added to the site at any time. The information collected by the site cannot be used (and has not been used) to "re-target" visitors in any way. The website does have a form that allows for visitors to submit questions about the case to the PSC via email, and visitors may provide any information via that form.

---

[1] Seeger Weiss LLP's websites allow individuals who are seeking representation to affirmatively initiate contact with the firm by phone, form fills, or chat. Those individuals can and do provide additional information to the firm in order to facilitate discussions about representation, and I understand that our websites rely on technology vendors who use cookies (which do not capture location or other personal or demographic information) to facilitate those interactions. I understand the firm's interactions with such individuals to be beyond the scope of the Court's inquiry.

**No. 2: Plaintiffs' counsel identified above must declare whether they track foot traffic to any website, including their own law firm websites or https://www.3mearplugmdl.com/, and collect location information from visitors to the website(s).**

5. Seeger Weiss LLP does not collect or store any information, including location information, on website visitors.

6. As discussed above, Seeger Weiss LLP contracts with Google Analytics to collect information on traffic (*i.e.*, counting all visitors to the website) and conversions (*i.e.*, counting what portion of visitors complete a form or click on a linked phone number) relating to its websites.

7. The website [www.3MEarplugMDL.com](www.3MEarplugMDL.com) does not contain cookies that collect a user's personal identifying information. By default, the site does provide the number of visitors, and the general geographic location of visitors, although Plaintiffs' Counsel has never accessed or requested such information. No third-party tracking or pixels have been added to the site at any time.

**No. 3(a): Whether demographic and any other personal information is collected from website visitors**

8. Seeger Weiss LLP does not collect demographic, geographic or any other personal information from website visitors. To the extent Google Analytics or any other entity may have collected any such information, Seeger Weiss has not accessed or used any such information.

9. The website www.3MEarplugMDL.com does not use cookies that collect demographic or personal identifying information from visitors.

**No. 3(b): What cookies (i.e. session, persistent, etc.) are used on the website(s) to collect this information, with a brief explanation of how they work, and when the information is collected.**

10. Seeger Weiss LLP does not collect or store any information, including location information, on website visitors.

11. Upon the Court's request, Seeger Weiss LLP has conducted an investigation into the cookies Google Analytics uses to track visitors to Seeger Weiss LLP's websites. That investigation determined that Google Analytics appears to use two types of cookies: (1) persistent "Analytics" cookies, which we understand Google Analytics uses to track the website's traffic and performance statistics (which store information anonymously using randomly generated numeric identifiers); and (2) session "Functionality" cookies, which we understand are used to identify the website to Google Analytics and monitor the rate of page requests.

12. The website www.3MEarplugMDL.com does not use cookies that collect demographic or personal identifying information from visitors.

**No. 3(c): Whether any information collected is stored.**

13. As discussed above, Seeger Weiss LLP does not collect or store any information, demographic or otherwise, on visitors to its websites. Upon investigation, it appears that Google Analytics stores anonymized aggregated

location information that it collects from visitors to Seeger Weiss LLP's websites. Seeger Weiss LLP does not and has not used such information, for targeted advertisements or any other purpose, in this or any other cases.

**No. 3(d): Whether any collected information has been used or is capable of being used to target any type of 3M or 3M litigation advertisements to visitors located in Escambia, Okaloosa, Santa Rosa, and Walton counties in Florida when they later visit other sites with advertisements, including but not limited to Facebook**

14. Seeger Weiss LLP does not possess information that has been used or could be used to target any type of 3M or 3M litigation advertisements to visitors located in Escambia, Okaloosa, Santa Rosa, or Walton counties in Florida when they later visit other sites with advertisements, including but not limited to Facebook.

15. Indeed, Seeger Weiss LLP has not geographically targeted any type of 3M or 3M litigation advertisements to Escambia, Okaloosa, Santa Rosa, or Walton counties in Florida. Seeger Weiss LLP has never used information collected from website visitors to geographically target any type of 3M or 3M litigation advertisements.

16. The information collected by www.3MEarplugMDL.com has not been used and could not be used to target any type of 3M or 3M litigation advertisements to visitors located in Escambia, Okaloosa, Santa Rosa, or Walton counties in Florida

when they later visit other sites with advertisements, including but not limited to Facebook.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2021.

SIGNED:   *s/ Christopher A. Seeger*

                Christopher A. Seeger