UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on: March 23, 2021

Motion/Pleadings: Motion to Correct the Record with Regard to Memorandum in Opposition to Richard M. Paul's Limited Objection and Motion to Modify Common Benefit Order

Filed by: Plaintiffs   on   March 23, 2021   ECF #  1720

RESPONSES:

_____ on _____ ECF # \_\_\_\_\_

\_\_\_ Stipulated    \_\_\_ Joint Pldg.
\_\_\_ Unopposed    \_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

---

On consideration, the motion is **GRANTED, as requested.**

**DONE and ORDERED** this 23rd day of March, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**