UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104 | Case No. 3:19md2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Hearing, ECF No. 1709, regarding Defendants' website, https://www.3mearplugsfacts.com. In the briefing, questions were raised on both sides about the other's internet activity and the potential resulting improper influence on the jury pool. Consequently, the Court ordered Defendants' lead trial lawyers and a corporate representative, and Plaintiffs' lead counsel Bryan Aylstock and Chris Seeger, and all Plaintiffs' counsel of record in the Estes', Hacker's, and Keefer's cases, to submit affidavits or sworn declarations regarding specific aspects of their websites, including visitor information tracking and advertisement targeting, in an effort to pinpoint any attempts to tamper with the jury pool.

After fully considering the affidavits and declarations submitted, the Court is satisfied that neither side has made any effort to influence or attempt to influence the

jury pool.  Accordingly, Plaintiffs' Motion for Hearing is **DENIED**.  However, to mitigate any lingering concerns, the Court will address the issue of internet advertisements and research regarding the 3M litigation during voir dire. Additionally, both sides are free to alert the Court should other information come to light regarding any attempt to improperly influence the jury pool.

**SO ORDERED**, on this 26th day of March, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**