UNITED STATES DISTRICT COURT
NORTHERN DISTIRCT OF FLORIDA (Pensacola)

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | : | |
| EARPLUB PRODUCTS LIABILITY | : | CASE NO. 3:19-md-2885 |
| LITIGATION | : | |
| | : | Judge M. Casey Rodgers |
| | : | Magistrate Judge Gary R. Jones |
| | : | |
| Related Case: 3:19-cv-913 | : | |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

Plaintiffs Anthony Ascanio and James B. Lyle hereby gives notice of withdrawal of co-counsel Gregory M. Travalio, pursuant to Loc. R. 11.1(H)(1)(b). The withdrawal will leave Plaintiffs Ascanio and Lyle with other attorneys of record who intend to continue in the case.

Dated: March 26, 2021              Respectfully submitted,

                                   */s/ Gregory M. Travalio*
                                   Gregory M. Travalio (0000855)
                                   **Isaac Wiles & Burkholder, LLC**
                                   Two Miranova Place, Suite 700
                                   Columbus, Ohio 43215-5098
                                   Phone: (614) 221-2121
                                   Fax:    (614) 365-9516
                                   gtravalio@isaacwiles.com
                                   *Attorney for Plaintiff Ascanio and Lyle*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Gregory M. Travalio*
Gregory M. Travalio (0000855)