**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Estes*, 7:20cv137 *Hacker*, 7:20cv131 *Keefer*, 7:20cv104 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**<u>VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 72
AND DESTRUCTION OF JUROR QUESTIONNAIRES</u>**

I, Robert C. "Mike" Brock, Kimberly Branscome, and Nicholas Wasdin, as Counsel of Record for the 3M Defendants accept responsibility for the juror questionnaires received electronically through CM/ECF for the first bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 72, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on March 29, 2021.

The individuals who reviewed the juror questionnaires are:

1. Robert C. "Mike" Brock, Kirkland & Ellis LLP

2.  Kimberly Branscome, Dechert LLP

3.  Nicholas Wasdin, Kirkland & Ellis LLP

4.  Mark Nomellini, Kirkland & Ellis LLP

5.  Charles Beall, Moore, Hill and Westmoreland

6.  Steven Czak, Kirkland & Ellis LLP

7.  Jill Leibold, Litigation Insights

8.  Nick Polavin, Litigation Insights

Dated: March 29, 2021

*/s/ Robert C. Brock*
Robert C. "Mike" Brock

*/s/ Kimberly Branscome*
Kimberly Branscome

*/s/ Nicholas Wasdin*
Nicholas Wasdin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2021, a copy of the foregoing was filed on the Court's CM/ECF system, which will serve all counsel of record.

DATED:  March 29, 2021

*/s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company,
3M Occupational Safety LLC, Aearo
Technologies LLC, Aearo Holding,
LLC, Aearo Intermediate, LLC and
Aearo, LLC*