# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Chief Judge M. Casey Rodgers <br> Magistrate Judge Gary R. Jones |
| *Estes*, No. 7:20-cv-00137; <br> *Hacker*, No. 7:20-cv-00131; <br> *Keefer*, No. 7:20-cv-00104; | |

## VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 72 AND DESTRUCTION OF JUROR QUESTIONNAIRES

I, Bryan F. Aylstock, as Counsel of Record for Plaintiffs Estes, Hacker and Keefer (party name) accept responsibility for the juror questionnaires received electronically through CM/ECF for the first bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 72, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on March 29, 2021.

The individuals who reviewed the juror questionnaires are (please list full name and law firm or other employer):

1. Bryan F. Aylstock – Aylstock, Witkin, Kreis & Overholtz

2. Neil D. Overholtz – Aylstock, Witkin, Kreis & Overholtz

3. Jennifer M. Hoekstra – Aylstock, Witkin, Kreis & Overholtz

4. Thomas W. Pirtle – Laminack, Pirtle & Martines

5. Katherine Cornell – Pulaski Law Firm

6. Robert Hirchorn – Cathy E. Bennett & Assocites

7. Brian Barr – Levin Papantonio

8. Thomas Cartmell – Wagstaff & Cartmell

9.

10.

Date:  March 30, 2021          Respectfully submitted,
                               */s/ Bryan F. Aylstock*
                               Bryan F. Aylstock, Lead Counsel
                               Neil D. Overholtz
                               Jennifer M. Hoekstra
                               Florida State Bar No. 078263
                               AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
                               17 East Main Street, Suite 200
                               Pensacola, FL 32502
                               Tel.: (850) 202-1010
                               baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
CLARK, LOVE & HUTSON, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
SEEGER WEISS LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

Thomas W. Pirtle, TX Bar No. 16038610
LAMINACK PIRTLE & MARTINES
tomp@lpm-triallaw.com
5020 Montrose Blvd., 9th Floor
Houston, TX 77006
Phone: (713) 292-2750
*Counsel for Plaintiffs*

Katherine Cornell
PULASKI LAW FIRM, PLLC
2925 Richmond Ave., Ste 1725
Houston, TX 77098
Tel: (713) 664-4555
kcornell@pulaskilawfirm.com
*Counsel for Plaintiff Luke E. and Jennifer Estes*

Evan D. Buxner
GORI JULIAN & ASSOCIATES
156 North Main Street
Edwardsville, IL 62025
Tel: (618) 659-9833
evan@gorijulianlaw.com

Quinn Robert Wilson
ONDER LAW LLC
110 E Lockwood Avenue
Second Floor
St. Louis, MO 63119
Tel: (314) 963-9000
wilson@onderlaw.com
***Counsel for Plaintiff Stephen Hacker***

Brian Hugh Barr
LEVIN PAPANTONIO
316 S Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7045
bbarr@levinlaw.com

Winston Troy Bouk
LEVIN PAPANTONIO
316 S Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7045
tbouk@levinlaw.com
***Counsel for Plaintiff Lewis Keefer***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Bryan F. Aylstock*