UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>All cases | Case No.: 3:19-MD-2885<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 3. Case Management Order 1, and the Northern District of Florida Local Rule 11.1, Keith Lovelace hereby moves this Court for an Order for admission *pro hac vice* in the above-styled case, and in support thereof as follows:

1. Keith Lovelace resides in the State of Texas and is not a resident of Florida.
2. Keith Lovelace is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of the Certificate of Good Standing from the State of Texas dated within 30 days of this Motion is attached hereto as Exhibit A.
3. Pursuant to Pretrial No. 3 and Local Rule 11.1, Keith Lovelace has successfully completed both the online Local Rules tutorial exam and the required ECF tutorials and has received a confirmation number: FLND16160795244233.
4. Keith Lovelace has submitted to the Clerk the required $208.00 *pro hac vice* admission fee.
5. Keith Lovelace possesses an updated PACER account.

WHEREFORE, Keith Lovelace respectfully requests the Court enter an Order admitting Keith Lovelace of Law Offices of Keith Lovelace *pro hac vice* in this MDL.

Respectfully submitted,

**LAW OFFICES OF KEITH LOVELACE**
8303 Southwest Freeway, Suite 975
Houston, Texas 77074-1622

By: /s/ Keith Lovelace

Keith Lovelace
SBN: 12600700
Telephone: 713/777-0500
Facsimile:  713/995-5555
klovelace@lovelacefirm.com

**ATTORNEY FOR PLAINTIFF,
WILSON JAMES YOUNG, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with Clerk of Courts through this CM/ECF system.

Dated this 30th day of March 2021.

*Keith Lovelace*

Keith Lovelace