# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE:  3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document relates to All Cases | CASE NO.  3:19md2885  Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __March 30, 2021__

Motion/Pleadings:  __MOTION TO APPEAR *PRO HAC VICE*__

Filed by __Keith Lovelace__   on __March 30, 2021__   Doc. # __1733__

Response _____   on _____   Doc. # _____

_____ Stipulated       _____ Joint Pleading
_____ Unopposed       _____ Consented

        JESSICA J. LYUBLANOVITS
        CLERK OF COURT
        */s/ Kathy Rock*
        Deputy Clerk: Kathy Rock

On consideration, the motion is DENIED without prejudice for failure to identify any individual case **pending within the MDL** in which counsel appears as attorney of record.  *See* ECF No. 86, ¶ II.

**DONE and ORDERED** this 31st day of March 2021.

        *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**