# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 |
| | Master Docket Case No. 3:19-md-2885 |
| | Honorable M. Casey Rodgers |
| **THIS DOCUMENT RELATES TO:**<br><br>JERMAINE MCLAREN,<br><br>    v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC | Case No. 3:21-cv-545 |

## MOTION FOR ADMISSION
## PRO HAC VICE BY DAVID J. DIAMOND

In accordance with Pretrial Order No. 3 (ECF No. 4) and Case Management Order No. 1 and pursuant to Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, David J. Diamond, a licensed member of the Arizona State Bar, respectfully seeks permission of this Court to appear *pro hac vice* and to receive Notices of Electronic Filings in this action.

In support of this motion, David J. Diamond hereby states and certifies:

1. He resides in Arizona and is not a resident of the State of Florida.

2. He is not admitted to practice in the Northern District of Florida.

3.   He is licensed to practice law and is a member in good standing of the bar of the State of Arizona. A copy of his Certificate of Good Standing is attached as **Exhibit 1.**

4.   He has completed the online Attorney Admission Tutorial (Confirmation Number FLND16166092284251) and the online CM/ECF Attorney User's Guide.

5.   He has an active upgraded PACER account.

6.   He has simultaneously with this motion remitted the required $208.00 *pro hac vice* admission fee for this case.

7.   Upon admission, he requests that he receive Notices of Electronic Filings to the following email address: ddiamond@goldbergandosborne.com.

8.   Mr. Diamond is Attorney of Record for Plaintiff Jermaine McLaren in Case No. 3:21-cv-545, Jermaine McLaren v. 3M Company, et. al. in the United States District Court for the Northern District of Florida — Pensacola Division, which was direct filed on March 31, 2021.

Dated this 31st day of March, 2021.

                                              Respectfully Submitted,

                                              */s/ David J. Diamond*
                                              David J. Diamond (AZ 010842)
                                              GOLDBERG & OSBORNE LLP
                                              698 E. Wetmore Road, Suite 200
                                              Tucson, AZ 85705
                                              Tel: (520) 620-3975
                                              Fax: (520) 620-3991
                                              ddiamond@goldbergandosborne.com

                                              *Attorney for Plaintiff McLaren*

## **CERTIFICATE OF SERVICE**

  I, David J. Diamond, hereby certify that on March 31, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

              */s/ David J. Diamond*
              David J. Diamond