AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| Jermaine McLaren | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-545 |
| 3M Company, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jermaine McLaren.

Date: 03/31/2021

/s/ David J. Diamond
*Attorney's signature*

David J. Diamond (AZ: 010842)
*Printed name and bar number*
Goldberg & Osborne LLP
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705

*Address*

ddiamond@goldbergandosborne.com
*E-mail address*

(520) 620-3975
*Telephone number*

(520) 620-3991
*FAX number*