## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Monday, April 5, 2021 9:37 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Monday, April 5, 2021 2:36:57 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/5/2021 at 10:36 AM EDT and filed on 4/5/2021
**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation
**Case Number:**    MDL No. 2885
**Filer:**
**Document Number:** 1218

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ([1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Velazguez v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00810 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Lukawecz v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00788 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00783 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**       Garcia v. 3M Company et al
**Case Number:**     MN/0:21-cv-00769
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**       Holbrook v. 3M Company et al
**Case Number:**     MN/0:21-cv-00780
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in*

*MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

Case Name:      Caplis v. 3M Company et al
Case Number:    MN/0:21-cv-00822
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

Case Name:      Goettz v. 3M Company et al
Case Number:    MN/0:21-cv-00778
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**        Campbell v. 3M Company et al
**Case Number:**      MN/0:21-cv-00760
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**        Duncan v. 3M Company et al
**Case Number:**      MN/0:21-cv-00767
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**        Boyd v. 3M Company et al
**Case Number:**      MN/0:21-cv-00820
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in*

*MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**      Galloso v. 3M Company et al
**Case Number:**      MN/0:21-cv-00768
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**      Batista-Martinez v. 3M Company et al
**Case Number:**      MN/0:21-cv-00817
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Householder v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00782 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Coates v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00763 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Peterson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00801 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

Case Name:        Williams v. 3M Company et al
Case Number:      MN/0:21-cv-00811
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

Case Name:        Thomas v. 3M Company et al
Case Number:      MN/0:21-cv-00807
Filer:
Document Number: 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in*

*MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:** Copland-Sparrow v. 3M Company et al
**Case Number:** MN/0:21-cv-00764
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:** McClurg v. 3M Company et al
**Case Number:** MN/0:21-cv-00800
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**     Lucas v. 3M Company et al
**Case Number:**   MN/0:21-cv-00785
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**     Dodge v. 3M Company et al
**Case Number:**   MN/0:21-cv-00766
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**     Benner v. 3M Company et al
**Case Number:**   MN/0:21-cv-00758
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in*

*MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**          Gatlin v. 3M Company et al
**Case Number:**        MN/0:21-cv-00775
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**Case Name:**          Luck v. 3M Company et al
**Case Number:**        MN/0:21-cv-00787
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Borgards v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00759 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Brown v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00821 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Johnson v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00784 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Casey v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00762 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

| | |
|---|---|
| **Case Name:** | Mack v. 3M Company et al |
| **Case Number:** | MN/0:21-cv-00798 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-102) - 29 action(s)** *re: pldg. ( [1204] in MDL No. 2885, 1 in MN/0:21-cv-00758, 1 in MN/0:21-cv-00759, 1 in MN/0:21-cv-00760, 1 in MN/0:21-cv-00762, 1 in MN/0:21-cv-00763, 1 in MN/0:21-cv-00764, 1 in MN/0:21-cv-00766, 1 in MN/0:21-cv-00767, 1 in MN/0:21-cv-00768, 1 in MN/0:21-cv-00769, 1 in MN/0:21-cv-00775, 1 in MN/0:21-cv-00778, 1 in MN/0:21-cv-00780, 1 in MN/0:21-cv-00782, 1 in MN/0:21-cv-00783, 1 in MN/0:21-cv-00784, 1 in MN/0:21-cv-00785, 1 in MN/0:21-cv-00787, 1 in MN/0:21-cv-00788, 1 in MN/0:21-cv-00798, 1 in MN/0:21-cv-00800, 1 in MN/0:21-cv-00801, 1 in MN/0:21-cv-00807, 1 in*

*MN/0:21-cv-00810, 1 in MN/0:21-cv-00811, 1 in MN/0:21-cv-00817, 1 in MN/0:21-cv-00820, 1 in MN/0:21-cv-00821, 1 in MN/0:21-cv-00822)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/5/2021.**

**Associated Cases: MDL No. 2885 et al. (SM)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory     ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr     bbarr@levinlaw.com

MICHAEL ANDREW BURNS     epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00810 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00810 Notice will not be electronically mailed to:**

**MN/0:21-cv-00788 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00788 Notice will not be electronically mailed to:**

**MN/0:21-cv-00783 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00783 Notice will not be electronically mailed to:**

**MN/0:21-cv-00769 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00769 Notice will not be electronically mailed to:**

**MN/0:21-cv-00780 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00780 Notice will not be electronically mailed to:**

**MN/0:21-cv-00822 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00822 Notice will not be electronically mailed to:**

**MN/0:21-cv-00778 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00778 Notice will not be electronically mailed to:**

**MN/0:21-cv-00760 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00760 Notice will not be electronically mailed to:**

**MN/0:21-cv-00767 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00767 Notice will not be electronically mailed to:**

**MN/0:21-cv-00820 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00820 Notice will not be electronically mailed to:**

**MN/0:21-cv-00768 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00768 Notice will not be electronically mailed to:**

**MN/0:21-cv-00817 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00817 Notice will not be electronically mailed to:**

**MN/0:21-cv-00782 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00782 Notice will not be electronically mailed to:**

**MN/0:21-cv-00763 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00763 Notice will not be electronically mailed to:**

**MN/0:21-cv-00801 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00801 Notice will not be electronically mailed to:**

**MN/0:21-cv-00811 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00811 Notice will not be electronically mailed to:**

**MN/0:21-cv-00807 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00807 Notice will not be electronically mailed to:**

**MN/0:21-cv-00764 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00764 Notice will not be electronically mailed to:**

**MN/0:21-cv-00800 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00800 Notice will not be electronically mailed to:**

**MN/0:21-cv-00785 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00785 Notice will not be electronically mailed to:**

**MN/0:21-cv-00766 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00766 Notice will not be electronically mailed to:**

**MN/0:21-cv-00758 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland      jeckland@ecklandblando.com

Vince C Reuter      vreuter@ecklandblando.com

Jared M Reams      jreams@ecklandblando.com

**MN/0:21-cv-00758 Notice will not be electronically mailed to:**

**MN/0:21-cv-00775 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland      jeckland@ecklandblando.com

Vince C Reuter      vreuter@ecklandblando.com

Jared M Reams      jreams@ecklandblando.com

**MN/0:21-cv-00775 Notice will not be electronically mailed to:**

**MN/0:21-cv-00787 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland      jeckland@ecklandblando.com

Vince C Reuter      vreuter@ecklandblando.com

Jared M Reams      jreams@ecklandblando.com

**MN/0:21-cv-00787 Notice will not be electronically mailed to:**

**MN/0:21-cv-00759 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland      jeckland@ecklandblando.com

Vince C Reuter      vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00759 Notice will not be electronically mailed to:**

**MN/0:21-cv-00821 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00821 Notice will not be electronically mailed to:**

**MN/0:21-cv-00784 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00784 Notice will not be electronically mailed to:**

**MN/0:21-cv-00762 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00762 Notice will not be electronically mailed to:**

**MN/0:21-cv-00798 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00798 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/5/2021] [FileNumber=1050919-0]
[31f553daf33254bdf711ac0f5eaa738ec6c5726043b1c997f218984e0c7fcebe1be05
db2a49dcfa86804a4503e520558f51326a77263f5c2e5fd95163b5d2205]]