UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 2885 |
| | Master Docket Case No. 3:19-md-2885 |
| **THIS DOCUMENT RELATES TO:** | <u>Honorable M. Casey Rodgers</u> |
| KIRK ABBOTT, | Case No. 3:21-cv-546 |
| v. | |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC | |

**MOTION FOR ADMISSION
PRO HAC VICE BY SCOTT ALEXANDER**

In accordance with Pretrial Order No. 3 (ECF No. 4) and Case Management Order No. 1 and pursuant to Local Rule 11.1 of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Scott Alexander a licensed member of the Texas State Bar, respectfully seeks permission of this Court to appear *pro hac vice* and to receive Notices of Electronic Filings in this action.

In support of this motion, Scott Alexander hereby states and certifies:

1. He resides in Texas and is not a resident of the State of Florida.

2. He is not admitted to practice in the Northern District of Florida.

3. He is licensed to practice law and is a member in good standing of the bar of the State of Texas. A copy of his Certificate of Good Standing is attached as **Attachment 1.**

4. He has completed the online Attorney Admission Tutorial (Confirmation Number FLND16172913664275) and the online CM/ECF Attorney User's Guide.

5. He has an active upgraded PACER account.

6. He has simultaneously with this motion remitted the required $208.00 *pro hac vice* admission fee for this case.

7. Upon admission, he requests that he receive Notices of Electronic Filings to the following email address: cazaux1234@gmail.com

8. Mr. Alexander is Attorney of Record for Plaintiff Kirk Abbott in Case No. 3:19-cv-2885, Kirk Abbott v. 3M Company, et. al. in the United States District Court for the Northern District of Florida — Pensacola Division, which was direct filed on April 5, 2021.

Dated this 5th day of April, 2021.

Respectfully Submitted,

*/s/ Scott Alexander*
Scott Alexander
Texas Bar 00793247
3375 Shady Hollow Lane
Beaumont, Texas 77706
(409) 659-0051
cazaux1234@gmail.com
*Attorney for Plaintiff Kirk Abbott*

## CERTIFICATE OF SERVICE

I, Scott Alexander, hereby certify that on April 5, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Scott Alexander*
Scott Alexander