## Donna Bajzik

| | |
|---|---|
| **From:** | FLNDdb_efile MDL |
| **Sent:** | Tuesday, April 6, 2021 7:53 AM |
| **To:** | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; William Moore |
| **Subject:** | FW: Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized |

---

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Tuesday, April 6, 2021 12:52:02 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2885 IN RE: 3M Combat Arms Earplug Products Liability Litigation Conditional Transfer Order Finalized

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/6/2021 at 8:52 AM EDT and filed on 4/6/2021

**Case Name:**     IN RE: 3M Combat Arms Earplug Products Liability Litigation

**Case Number:**     MDL No. 2885

**Filer:**

**Document Number:** 1226

**Docket Text:**

<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) - 8 action(s)** *re: pldg. ([1207] in MDL No. 2885, 1 in MN/0:21-cv-00827, 1 in MN/0:21-cv-00828, 1 in MN/0:21-cv-00830, 1 in MN/0:21-cv-00831, 1 in MN/0:21-cv-00832, 1 in MN/0:21-cv-00837, 1 in MN/0:21-cv-00838, 1 in MN/0:21-cv-00840)* **Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

<span style="color:blue">**Signed by Clerk of the Panel John W. Nichols on 4/6/2021.**</span>

<span style="color:blue">**Associated Cases: MDL No. 2885, MN/0:21-cv-00827, MN/0:21-cv-00828, MN/0:21-cv-00830, MN/0:21-cv-00831, MN/0:21-cv-00832, MN/0:21-cv-00837, MN/0:21-cv-00838, MN/0:21-cv-00840 (SM)**</span>

**Case Name:**     Deleon v. 3M Company et al

**Case Number:**   MN/0:21-cv-00831
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) - 8 action(s)** *re: pldg. ( [1207] in MDL No. 2885, 1 in MN/0:21-cv-00827, 1 in MN/0:21-cv-00828, 1 in MN/0:21-cv-00830, 1 in MN/0:21-cv-00831, 1 in MN/0:21-cv-00832, 1 in MN/0:21-cv-00837, 1 in MN/0:21-cv-00838, 1 in MN/0:21-cv-00840)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/6/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00827, MN/0:21-cv-00828, MN/0:21-cv-00830, MN/0:21-cv-00831, MN/0:21-cv-00832, MN/0:21-cv-00837, MN/0:21-cv-00838, MN/0:21-cv-00840 (SM)**

**Case Name:**   Gallagher v. 3M Company et al
**Case Number:**   MN/0:21-cv-00837
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) - 8 action(s)** *re: pldg. ( [1207] in MDL No. 2885, 1 in MN/0:21-cv-00827, 1 in MN/0:21-cv-00828, 1 in MN/0:21-cv-00830, 1 in MN/0:21-cv-00831, 1 in MN/0:21-cv-00832, 1 in MN/0:21-cv-00837, 1 in MN/0:21-cv-00838, 1 in MN/0:21-cv-00840)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/6/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00827, MN/0:21-cv-00828, MN/0:21-cv-00830, MN/0:21-cv-00831, MN/0:21-cv-00832, MN/0:21-cv-00837, MN/0:21-cv-00838, MN/0:21-cv-00840 (SM)**

**Case Name:**   Garcia v. 3M Company et al
**Case Number:**   MN/0:21-cv-00838
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) - 8 action(s)** *re: pldg. ( [1207] in MDL No. 2885, 1 in MN/0:21-cv-00827, 1 in MN/0:21-cv-00828, 1 in MN/0:21-cv-00830, 1 in MN/0:21-cv-00831, 1 in MN/0:21-cv-00832, 1 in MN/0:21-cv-00837, 1 in MN/0:21-cv-00838, 1 in MN/0:21-cv-00840)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/6/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00827, MN/0:21-cv-00828, MN/0:21-cv-00830, MN/0:21-cv-00831, MN/0:21-cv-00832, MN/0:21-cv-00837, MN/0:21-cv-00838, MN/0:21-cv-00840 (SM)**

**Case Name:**      Conley v. 3M Company et al

**Case Number:**     MN/0:21-cv-00828

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) - 8 action(s)** *re: pldg. ( [1207] in MDL No. 2885, 1 in MN/0:21-cv-00827, 1 in MN/0:21-cv-00828, 1 in MN/0:21-cv-00830, 1 in MN/0:21-cv-00831, 1 in MN/0:21-cv-00832, 1 in MN/0:21-cv-00837, 1 in MN/0:21-cv-00838, 1 in MN/0:21-cv-00840)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/6/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00827, MN/0:21-cv-00828, MN/0:21-cv-00830, MN/0:21-cv-00831, MN/0:21-cv-00832, MN/0:21-cv-00837, MN/0:21-cv-00838, MN/0:21-cv-00840 (SM)**

**Case Name:**      Fernau v. 3M Company et al

**Case Number:**     MN/0:21-cv-00830

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) - 8 action(s)** *re: pldg. ( [1207] in MDL No. 2885, 1 in MN/0:21-cv-00827, 1 in MN/0:21-cv-00828, 1 in MN/0:21-cv-00830, 1 in MN/0:21-cv-00831, 1 in MN/0:21-cv-00832, 1 in MN/0:21-cv-00837, 1 in MN/0:21-cv-00838, 1 in MN/0:21-cv-00840)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/6/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00827, MN/0:21-cv-00828, MN/0:21-cv-00830, MN/0:21-cv-00831, MN/0:21-cv-00832, MN/0:21-cv-00837, MN/0:21-cv-00838, MN/0:21-cv-00840 (SM)**

**Case Name:**      Diaz v. 3M Company et al

**Case Number:**     MN/0:21-cv-00840

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) - 8 action(s)** *re: pldg. ( [1207] in MDL No. 2885, 1 in MN/0:21-cv-00827, 1 in MN/0:21-cv-00828, 1 in MN/0:21-cv-00830, 1 in MN/0:21-cv-00831, 1 in MN/0:21-cv-00832, 1 in MN/0:21-cv-00837, 1 in MN/0:21-cv-00838, 1 in MN/0:21-cv-00840)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/6/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00827, MN/0:21-cv-00828, MN/0:21-cv-00830, MN/0:21-cv-00831, MN/0:21-cv-00832, MN/0:21-cv-00837, MN/0:21-cv-00838, MN/0:21-cv-00840 (SM)**

**Case Name:**        Finnigan v. 3M Company et al
**Case Number:**      MN/0:21-cv-00832
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) - 8 action(s)** *re: pldg. ( [1207] in MDL No. 2885, 1 in MN/0:21-cv-00827, 1 in MN/0:21-cv-00828, 1 in MN/0:21-cv-00830, 1 in MN/0:21-cv-00831, 1 in MN/0:21-cv-00832, 1 in MN/0:21-cv-00837, 1 in MN/0:21-cv-00838, 1 in MN/0:21-cv-00840)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/6/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00827, MN/0:21-cv-00828, MN/0:21-cv-00830, MN/0:21-cv-00831, MN/0:21-cv-00832, MN/0:21-cv-00837, MN/0:21-cv-00838, MN/0:21-cv-00840 (SM)**

**Case Name:**        Engleman v. 3M Company et al
**Case Number:**      MN/0:21-cv-00827
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-103) - 8 action(s)** *re: pldg. ( [1207] in MDL No. 2885, 1 in MN/0:21-cv-00827, 1 in MN/0:21-cv-00828, 1 in MN/0:21-cv-00830, 1 in MN/0:21-cv-00831, 1 in MN/0:21-cv-00832, 1 in MN/0:21-cv-00837, 1 in MN/0:21-cv-00838, 1 in MN/0:21-cv-00840)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/6/2021.**

**Associated Cases: MDL No. 2885, MN/0:21-cv-00827, MN/0:21-cv-00828, MN/0:21-cv-00830, MN/0:21-cv-00831, MN/0:21-cv-00832, MN/0:21-cv-00837, MN/0:21-cv-00838, MN/0:21-cv-00840 (SM)**

**MDL No. 2885 Notice has been electronically mailed to:**

Ernest Cory      ecory@cwcd.com, thenderson@corywatson.com

Brian H Barr      bbarr@levinlaw.com

MICHAEL ANDREW BURNS      epefile@mostynlaw.com

**MDL No. 2885 Notice will not be electronically mailed to:**

**MN/0:21-cv-00831 Notice has been electronically mailed to:**

Jerry W Blackwell      blackwell@blackwellburke.com

Benjamin W Hulse      bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00831 Notice will not be electronically mailed to:**

**MN/0:21-cv-00837 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00837 Notice will not be electronically mailed to:**

**MN/0:21-cv-00838 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00838 Notice will not be electronically mailed to:**

**MN/0:21-cv-00828 Notice has been electronically mailed to:**

Jerry W Blackwell    blackwell@blackwellburke.com

Benjamin W Hulse    bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland    jeckland@ecklandblando.com

Vince C Reuter    vreuter@ecklandblando.com

Jared M Reams    jreams@ecklandblando.com

**MN/0:21-cv-00828 Notice will not be electronically mailed to:**

**MN/0:21-cv-00830 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00830 Notice will not be electronically mailed to:**

**MN/0:21-cv-00840 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00840 Notice will not be electronically mailed to:**

**MN/0:21-cv-00832 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00832 Notice will not be electronically mailed to:**

**MN/0:21-cv-00827 Notice has been electronically mailed to:**

Jerry W Blackwell     blackwell@blackwellburke.com

Benjamin W Hulse     bhulse@blackwellburke.com, ckrenos@blackwellburke.com

Jeff H Eckland     jeckland@ecklandblando.com

Vince C Reuter     vreuter@ecklandblando.com

Jared M Reams     jreams@ecklandblando.com

**MN/0:21-cv-00827 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/6/2021] [FileNumber=1051104-0]
[9f551ef4af83ddf8a950d1607fed389557fb5210841f3244efc2bbc2bb263ec8323c8
e6a51723794cb5c27a01d068b46b960813ff8b2595c6c5588b07876053e]]