UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUGS PRODUCTS LIABILITY LITIGATION  ) ) ) ) | Case No. 3:19-md-2885 |
| *Abbott v. 3M Company, et. al.*  ) | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott Alexander hereby enters his appearance in the Master Docket of MDL No. 2885 and as counsel of record for Plaintiff in the individual action of *Kirk Abbott v. 3M Company, et. al.*, case No. 3:21-cv-546.

Mr. Alexander has completed the requirements set forth in Pretrial Order No. 3 (ECF No. 4) (Confirmation No. FLND16172913664275) and his Motion for Admission to appear *pro hac vice* has been granted (ECF No. XXXX). Mr. Alexander respectfully requests that all filings and other papers in these matters be served upon him via Notices of Electronic Filings to the following email address: cazaux1234@gmail.com

Dated: April 5, 2021

Respectfully Submitted,

*/s/ Scott Alexander*
Scott Alexander
Texas Bar 00793247
3375 Shady Hollow Lane
Beaumont, Texas 77706
(409) 659-0051
cazaux1234@gmail.com
*Attorney for Plaintiff Kirk Abbott*

# CERTIFICATE OF SERVICE

I, Scott Alexander, hereby certify that on April 5, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Scott Alexander*
Scott Alexander