# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG LIABILITY LITIGATION | §<br>§<br>§ | Case No. 3:19-md-2885 |
| This Document Relates to: | §<br>§ | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| KURT JOSEPH PERQUE, JR.<br>Civil Action No. 3:19-cv-02940 | §<br>§<br>§ | |

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

Civil Action No. 3:19-cv-02940 was transferred to this Court pursuant to the JPML transfer process.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Kurt Joseph Perque, Jr.

Dated: April 1, 2021

                                      Respectfully Submitted,

                                      By: /s/ Richard G. Perque
                                      Richard G. Perque
                                      LA State Bar No.: 30669
                                      RICHARD G. PERQUE, LLC
                                      700 Camp Street
                                      New Orleans, Louisiana 70130
                                      Telephone: (504) 681-2003
                                      Facsimile: (504) 681-2004
                                      richard@perquelaw.com
                                      *Attorney for Kurt Joseph Perque, Jr.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney hereby certifies that the foregoing Appearance of Counsel was filed electronically with the Clerk of Court using the CM/ECF system on April 6, 2021 and served electronically on all counsel of record.

                                          By: /s/ Richard G. Perque
                                              Richard G. Perque